IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRENAS-REYES

    Plaintiff,

v.

PARK COUNTY, et al.

    Defendants,

---

### CARRENAS-REYES'S C.R.S. § 13-20-602 CERTIFICATE OF REVIEW JAMES BACHMAN, M.D.

---

Moises Carrenas-Reyes ("Carrenas-Reyes"), by and through counsel, Lloyd C. Kordick & Associates, William Trine of Trine & Metcalf and Joseph Archuleta, Esq., files this certificate of review pursuant to C.R.S. § 13-20-602.

The undersigned attorneys have consulted a person who has expertise in the area of alleged tortious misconduct, negligent and/or intentional, of the defendants herein;

The professional consulted pursuant to the foregoing paragraph reviewed known facts, including such records, documents, and other materials which the professional has found to be relevant to the allegations of misconduct, intentional and/or negligent, and based upon review of such facts, has concluded that the filing of the Complaint does not lack substantial justification within the meaning of C.R.S. § 13-17-102(4).

The professional consulted can demonstrate by competent evidence that, as a result of education, knowledge, and experience, he/she is competent to express an opinion as to the misconduct alleged (both negligent and intentional).

**DATED** this 22nd day of June, 2005.

Respectfully Submitted,

Lloyd C. Kordick & Associates

By: /s/ Lloyd C. Kordick
Lloyd C. Kordick, III, Atty. No. 6298
805 South Cascade Avenue
Colorado Springs, Colorado  80903

Tel: 719-475-8460
Fax: 719-634-8116
lloyd@kordicklaw.com

William Trine, Esq. #577
Trine & Metcalf
1435 Arapahoe
Boulder, CO 80302

Joseph Archuleta, Esq. #19426
1724 Ogden St.
Denver, CO 80218-1018

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a copy of the foregoing CERTIFICATE OF REVIEW was ☐ hand delivered, or ☐ served by facsimile pursuant to D.C.COLO.LCivR. 5.2, or ☒ served by electronic mail pursuant to D.C.COLO.LCivR. 5.2, or ☐ sent by United States mail postage prepaid, to the following on this 22nd day of June 2005:

Willaim Trine, Esq.
Trine & Metcalf
1435 Arapahoe
Boulder, CO 80302

Joseph Archuleta, Esq.
1724 Ogden St.
Denver, CO 80218-1018

Andrew Ringel
Hall & Evans
1125 17th St., Suite 600
Denver, CO 80202-2052

                                                             */s/ Susan Schomber*
                                                                    Susan Schomber