IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-LUM-377 (BNB)

MOISES CARRANZA-REYES

      Plaintiff,

vs.

PARK COUNTY,
PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
PARK COUNTY SHERIFF'S OFFICE, FRED WEGENER, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY, AND/OR THE SHERIFF OF PARK COUNTY COLORADO
MONTE GORE, INDIVIDUALLY AND IN HIS CAPACITY AS CAPTAIN OF PARK COUNTY
SHERIFF'S DEPT., VICKIE, PAULSEN, INDIVIDUALLY AND AS REGISTERED NURSE
FOR PARK COUNTY AND JAMES BACHMAN, M.D., INDIVIDUALLY AND AS MEDICAL
DIRECTOR OF PARK COUNTY JAIL

      Defendants.

---

### CERTIFICATE OF REVIEW – Vickie Paulsen, R.N.

---

      Plaintiff Moises Carranza-Reyes by and through his attorneys, Joseph J. Archuleta, Lloyd C. Kordick and William A. Trine submits the following Certificate of Review with respect to his claims against the Defendant, Vickie Paulsen, R.N.:

      Pursuant to C.R.S. § 13-20-602(3), the undersigned declares:

      1.     That counsel for the Plaintiff has consulted with persons who have expertise in the area of medicine related to Plaintiff's claims against the Defendant, as set forth in the Amended Complaint for Damages.

      2.     The professionals who were consulted reviewed the known facts, including medical records, documents, and other materials, which the professionals felt to be relevant to the allegations of negligent conduct.

3.      Based on the review of such facts and documents, the professionals consulted concluded that the care rendered by Defendant, Vickie Paulsen, R.N. fell below the accepted standards of practice, and that there is justifiable cause for proceeding with the claims made.

4.      The professionals consulted in this case are, as a result of training, education, knowledge, and experience, substantially familiar with the standards of care and practice applicable to the care rendered to Plaintiff, Moises Carranza-Reyes.

Dated this 27th April, 2005.

Respectfully submitted,

By: _____
Joseph J. Archuleta, #19426
Joseph J. Archuleta and Associates
1724 Ogden Street
Denver Colorado 80218
(303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado 80903
(719) 475-8460

William A. Trine, #577
Trine & Metcalf, PC
1435 Arapahoe Avenue
Boulder Colorado 80302-6390
(303) 422-0173

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing CERTIFICATE OF REVIEW was ☐ hand delivered, or ☐ served by facsimile pursuant to D.C.COLO.LCivR. 5.2, or ☑ served by electronic mail pursuant to D.C.COLO.LCivR. 5.2, or ☐ sent by United States mail postage prepaid, to the following on this 22nd day of June 2005:

Willaim Trine, Esq.
Trine & Metcalf
1435 Arapahoe
Boulder, CO 80302

Joseph Archuleta, Esq.
1724 Ogden St.
Denver, CO 80218-1018

Andrew Ringel
Hall & Evans
1125 17th St., Suite 600
Denver, CO 80202-2052

Susan Schomber