IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   2005-WM-377 (BNB)

MOISES CARRANZA-REYES

      Plaintiff,

v.

PARK COUNTY, et al.

      Defendants,

---

### CARRANZA-REYES'S MOTION FOR THIRTY-DAY EXTENSION OF TIME UNTIL JULY 28, 2005, TO OBTAIN SERVICE OF COMPLAINT AND SUMMONS

---

Moises Carranza-Reyes ("Carranza-Reyes"), by and through lead counsel, Lloyd C. Kordick & Associates, moves the Court for a thirty-day extension of time within which to serve the Complaint and Summons in the above-captioned matter, and as grounds therefore states as follows:

**I.  SERVICE OF PARK COUNTY AND ASSOCIATED ENTITIES AND PARK COUNTY EMPLOYEES WILL BE DONE BY STIPULATION.**

1.    Hall & Evans has agreed to accept service on behalf of Park County and all of its employees except for Vickie Paulson and Dr. William Bachman, M.D.  The signed Acceptance and Waiver of Service is not yet available but it is anticipated that this will be returned shortly and will be filed with this Court within the next few days.

**II.   DR. BACHMAN HAS BEEN SERVED.**

2.   Plaintiff's counsel was advised by telephone that service of process has been completed on Dr. Bachman as he was served the morning of Monday, June 27, 2005, but the return of service has not yet been received from the process server, but expect that to be returned shortly.

**III.   SERVICE OF VICKIE PAULSON, R.N. HAS NOT BEEN OBTAINED.**

3.   Plaintiff's office, through a private investigator, obtained an address in Bakersfield, CA and sent the Summons and Second Amended Complaint to the Kern County Sheriff's Department. Kern County Sheriff attempted to serve Ms. Paulson twice at that location but apparently the house is currently unoccupied. See **Exhibit A**. The Plaintiff's investigator is currently trying to locate Nurse Paulson so that all service of process can be completed.

4.   This is the first motion for extension of time that Carranza-Reyes has filed asking the court to extend the deadline for service of the complaint.

5.   Currently, Carranza-Reyes is required to serve the complaint and summons in this litigation on or before June 28, 2005. See, F.R.C.P. 4(m) (i.e., within 120 days of the date on which the action was commenced). However, Carranza-Reyes requests that a 30-day extension of time be granted so that Carranza-Reyes has until July 28, 2005 to serve the defendants. By this time, all of the Defendants should be served with the possibility of Vickie Paulson, R.N., whose address has not yet been located.

6.   A thirty-day extension will not unduly delay resolution of this matter on its merits and no party will be prejudiced or inconvenienced. Carranza-Reyes does not seek an extension for any other purpose. He has been diligently pursuing service of process on Ms. Paulson, but

does not have a current address for her.

5.     Lloyd C. Kordick, III certifies that he has conferred pursuant to D.C.Colo.LCivR 7.1(A) with counsel for the opposing party, Hall & Evans, prior to filing this pleading, attempting to call him on June 27, 2005, and leaving a message but has not received a return phone call as of this time.

**WHEREFORE**, Carranza-Reyes respectfully asks the Court to grant this motion for a 30-day extension of time to serve the above-named defendants with the complaint and summons by July 28, 2005.

**DATED** this 27 day of June, 2005.

Respectfully Submitted,

Lloyd C. Kordick & Associates

By: _____
Lloyd C. Kordick, III, Atty. No. 6298
805 South Cascade Avenue
Colorado Springs, Colorado  80903

Tel: 719-475-8460
Fax: 719-634-8116
lloyd@kordicklaw.com

William Trine, Esq.
Trine & Metcalf
1435 Arapahoe
Boulder, CO 80302

Joseph Archuleta, Esq.
1724 Ogden St.
Denver, CO 80218-1018

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME TO OBTAIN SERVICE was ☐ hand delivered, or ☒ served by facsimile, or ☐ sent by United States mail postage prepaid, to the following on this 28th day of June 2005:

William Trine, Esq.
Trine & Metcalf
1435 Arapahoe
Boulder, CO 80302

Joseph Archuleta, Esq.
1724 Ogden St.
Denver, CO 80218-1018

Andrew Ringel
Hall & Evans
1125 17th St., Suite 600
Denver, CO 80202-2052

*Susan Schamber*



**MACK WIMBISH**
*Sheriff-Coroner*

**To:** Lloyd Kordick
**From:** Alyson
**FAX #:**
**Date:** alysen
**Number of Pages (including cover):** 3

---

**Transmitting Station Information:**

1415 Truxtun Avenue

Post Office Box 2208

Bakersfield, CA 93303-2208

Telephone Confirmation: 661-868-5500

Return FAX number: 661-868-5520

---

**Special Instructions:**

mail to follow



EXHIBIT
A

**WARNING**
THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO BE PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

The Kern County Sheriff's Department is committed to work in partnership with our community to enhance the safety, security, and quality of life for the residents and visitors of Kern County through professional public safety services.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Joseph J. Archuleta, Attorney at Law<br>1724 Ogden Street<br>Denver, CO 80218<br>E-MAIL | (303) 837-1642<br>FAX | |
| ATTORNEY FOR: Moises Carranza-Reyes | | |

**CO-United States District Court - Denver**
STREET ADDRESS: 901 19th Street
MAILING ADDRESS:
CITY AND ZIP CODE: Denver, CO 80294
BRANCH NAME: Denver

PLAINTIFF: Moises Carranza-Reyes

DEFENDANT: Park County, et al

| PROOF OF SERVICE | FILE NUMBER<br>2005040672 | COURT CASE NUMBER<br>05LUM377(BNB) |
|---|---|---|

1. At the time of service, I was at least 18 years of age and not a party to this action

2. I received the following papers on 6/2/2005:
   f. other (specify documents):    Summons and Amended Complaint and Jury Demand

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:
   Vickie Paulsen, Individually and as Registered Nurse for Park County
   23421 Lakeview Drive
   Tehachapi, CA 93561

4. See Attachment for Declaration of Diligence.

7. Person who attempted Service:
   a. Name:      Valeriano Garcia, Deputy Sheriff
   b. Address:   Sheriff's Civil Division
                 P.O. Box 2208 1415 Truxtun Avenue
                 Bakersfield, CA 93303
   c. Phone:     (661) 868-5500
   d. The fee for service was:    $30.00

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

                                              Sheriff's Authorized Agent
Date: June 14, 2005                           MACK WIMBISH, Sheriff-Coroner

Hearing:  <No Information>
Remarks: Residence is vacant.

Judicial Council form POS-010                                              102376

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state Bar number, and address): Joseph J. Archuleta, Attorney at Law<br>1724 Ogden Street<br>Denver, CO 80218<br>E-MAIL<br>ATTORNEY FOR: Moises Carranza-Reyes | Telephone<br>(303) 837-1642<br>FAX | FOR COURT USE ONLY | |
|---|---|---|---|
| CO-United States District Court - Denver<br>STREET ADDRESS: 901 19th Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Denver CO 80294<br>BRANCH NAME: Denver | | | |
| PLAINTIFF: Moises Carranza-Reyes | | | |
| DEFENDANT: Park County, et al | | | |
| **DECLARATION OF DILIGENCE** | | FILE NUMBER<br>2005040672 | COURT CASE NUMBER<br>05LUM377(BNB) |

Declaration of attempts to personally serve: Vickie Paulsen, Individually and as Registered Nurse for Park County

1st: Date/Time: 6/3/2005 8:10 AM    Deputy: Valeriano Garcia, Deputy Sheriff
    Addr: 23421 Lakeview Drive Tehachapi CA 93561
2nd: Date/Time: 6/10/2005 4:40 PM    Deputy: Valeriano Garcia, Deputy Sheriff
    Addr: 23421 Lakeview Drive Tehachapi CA 93561 , Remark: Residence is vacant

June 14, 2005                                                                                         102376