| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF COLORADO<br>Court Address: U.S. Custom House<br>721 19th Street<br>Denver, Colorado 80202-2508<br>Phone Number: (303) 844-0236 | |
| **Plaintiff(s):**<br><br>MOISES CARRANZA-REYES<br><br>**Defendant:**<br><br>PARK COUNTY, et al | △ COURT USE ONLY △ |
| Mc Cormick Detective Agency<br>P.O. Box #444<br>Breckenridge, Colorado 80424-0444<br>Phone: (970) 453-6378<br>Fax: (970) 453-6852 // E-mail: mdabrek@aol.com | Case Number: 05 LUM 377 (BNB)<br>Division:         Courtroom: |
| **AFFIDAVIT OF SERVICE** | |

STATE OF COLORADO   )
COUNTY OF SUMMIT   )

The Affiant, Richard G. Eaton, being duly sworn, states that he is over the age of 18 years and is not a party to the action and that he has duly served a copy of the following documents:

SUMMONS, 2ND AMENDED COMPLAINT, AND JURY DEMAND

upon the following:

**JAMES BACHMAN, INDIVIDUALLY AND AS MEDICAL DIRECTOR OF AND FOR THE PARK COUNTY JAIL**

at the following address:

#18, SUMMIT COUNTY ROAD 1030, FRISCO, (SUMMIT COUNTY), COLORADO

by handing to and personally delivering the same to the aforementioned individual, over the age of 18 years, on the following date & time: JUNE 27, 2005 at 12:05 P.M.

Richard G. Eaton
MC CORMICK DETECTIVE AGENCY

State of Colorado   )
County of Summit   )

Subscribed and sworn to before me this ___ day of _____, 2005 by Richard G. Eaton.

Service charge:   to be itemized
To be billed:     07/01/2005

Notary Public
My commission expires _____

## SUMMONS IN A CIVIL ACTION

JUN 3 0 2005

## United States District Court
## for the District of Colorado

Civil Action Number:

05 LUM 377 (BNB)

MOISES CARRANZA-
REYESTIFF(S),

v.

PARK COUNTY, PARK COUNTY BOARD OF COUNTY COMMISSIONERS, PARK COUNTY SHERIFF'S OFFICE, FRED WEGENER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AND/OR THE SHERIFF OF PARK COUNTY COLORADO MONTE GORE, INDIVIDUALLY AND IN HIS CAPACITY AS CAPTAIN OF PARK COUNTY SHERIFF'S DEPT., VICKIE PAULSEN, INDIVIDUALLY AND AS REGISTERED NURSE FOR PARK COUNTY AND JAMES BACHMAN, M.D., INDIVIDUALLY AND AS MEDICAL DIRECTOR OF PARK COUNTY JAIL

**SUMMONS**

DEFENDANT(S).

To the above named Defendant(s): JAMES BACHMAN, M.D., INDIVIDUALLY AND AS MEDICAL DIRECTOR OF PARK COUNTY JAIL c/o Frisco Medical Center, 18 County Road 1030 OR Highway 9 and School Road Frisco, CO 80443

You are hereby summoned and required to serve upon Joseph J. Archuleta, Esq. plaintiff's attorney, whose address is: 1724 Ogden Street, Denver Colorado 80218-1018.

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 30 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
Deputy Clerk

(Seal of the Court)

Date: 3/1/05

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

NAME OF SERVER:

TITLE:

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant.  Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: _____          _____
                   Date                                                    Signature of Server

                                                                            _____
                                                                            Address of Server

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Instructions Regarding
## Notice of Availability of a United States Magistrate Judge
## to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2

Attached please find a copy of the United States District Court for the District of Colorado Local Rules of Practice 72.2 (D.C.COLO.LCivR 72.2), a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Consent to the Exercise of Jurisdiction by a United States Magistrate Judge, and a proposed Order of Reference.

Pursuant to D.C.COLO.LCivR 72.2, it is the responsibility of the filing party to serve a copy of these instructions, D.C.COLO.LCivR 72.2, and the attached forms on the opposing party or parties and to file proof of such service with the court. The filing party is the plaintiff when an action is commenced by the filing of a complaint, the defendant when an action is commenced by the filing of a notice of removal, the third-party plaintiff when a third-party complaint is filed, or any party that adds an additional party to the civil action.

If ALL parties have consented to this exercise of jurisdiction please file an original and two copies of the Notice and Consent and proposed Order of Reference. In accordance with D.C.COLO.LCivR 72.2D, the Notice and Consent must be filed no later than ten days after the discovery cut-off. In cases not requiring discovery, the parties shall have 40 days from the filing of the last responsive pleading to file their unanimous consent.

If any additional parties are added after the entry of an Order of Reference to the magistrate judge under 28 U.S.C. § 636(c), the party adding an additional party or parties MUST file with the clerk a document titled "Notice," which informs the clerk that an additional party has or parties have been added. The notice MUST provide the added party's address, or parties' addresses, so that the clerk can serve a copy of these instructions, D.C.COLO.LCivR 72.2, and attached forms upon the newly added party or parties in accordance with D.C.COLO.LCivR 72.2F. This mailing will be completed promptly.

You are encouraged to serve the summons and complaint promptly so that the added party or parties will understand the reason for being sent the attached forms from the Clerk's Office.

(06/21/02)

**D.C.COLO.LCivR 72.2**
**CONSENT JURISDICTION OF MAGISTRATE JUDGES**

A.  Designation. Pursuant to 28 U.S.C. § 636(c)(1) and subject to the provisions of this rule, all full-time magistrate judges in the District of Colorado are specially designated to conduct any or all proceedings in any jury or nonjury civil matter and order the entry of judgment in the case. This rule, implementing 28 U.S.C. § 636(c) consent jurisdiction in the District of Colorado, does not affect assignments to magistrate judges under other court rules and orders of reference.

B.  Prohibition. No judicial officer, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule. The form of notice of right to consent to disposition by a magistrate judge shall make reference to the prohibition and shall identify the rights being waived.

C.  Notice. Upon the filing of any civil case, the clerk shall deliver to the plaintiff(s) written notice of the right of the parties to consent to disposition of the case by a magistrate judge pursuant to 28 U.S.C. § 636(c) and the provisions of this rule. The written notice shall be in such form as the district judges shall direct. The clerk shall also provide copies of such notice to be attached to the summons and thereafter served upon the defendant(s) in the manner provided by Fed. R. Civ. P. 4. A failure to serve a copy of such notice upon any defendant shall not affect the validity of the service of process or personal jurisdiction over the defendant(s).

D.  Unanimous Consent; Determination. Written consent to proceed before a magistrate judge must be filed no later than ten days after the discovery cut-off date. In cases not requiring discovery, the parties shall have 40 days from the filing of the last responsive pleading to file their unanimous consent. When there is such consent, the magistrate judge shall forthwith notify the assigned district judge, who will then determine whether to enter an order of reference pursuant to 28 U.S.C. § 636(c).

E.  Reassignment. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be reassigned to a magistrate judge by random draw, excluding the magistrate judge previously assigned.

(06/21/02)

F.     Additional Parties. Any party added to the action or served after reference to a magistrate judge under this rule shall be notified by the clerk of the right to consent to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c). If any added party does not file a consent to proceed before a magistrate judge within 20 days from the date of mailing of the notice, the action shall be returned to the assigned district judge for further proceedings.

G.     Vacating Reference. The district judge, for good cause shown on the district judge's own initiative or under extraordinary circumstances shown by a party, may vacate a reference of a civil matter to a magistrate judge under this rule.

H.     Appeal. Upon entry of a judgment in any civil action on consent of the parties under 28 U.S.C. § 636(c) authority, an appeal shall be directly to the United States Court of Appeals for the Tenth Circuit in the same manner as an appeal from any other judgment of this court.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

Plaintiff(s),

v.

Defendant(s).

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be drawn randomly to a magistrate judge, excluding the magistrate judge previously assigned.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| Print _____ | _____ | _____ |
| Print _____ | _____ | _____ |
| Print _____ | _____ | _____ |
| Print _____ | _____ | _____ |

NOTE: Return the original and a copy of this form to the clerk of the court ONLY IF all parties have consented ON THIS FORM to the exercise of jurisdiction by a United States magistrate judge. Also attach a captioned proposed order. (See attached).

(06/21/02)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

        Plaintiff(s),

v.

        Defendant(s).

---

ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

Pursuant to D.C.COLO.LCivR 72.2 on the _____ day of _____, _____, Magistrate Judge _____ notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge. Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636 (c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge _____; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

BY THE COURT:

DATED: _____

_____
Judge, United States District Court

**NOTICE OF REASSIGNMENT**

Pursuant to the above order, this civil action is reassigned to United States Magistrate Judge _____.

Gregory C. Langham, Clerk

By _____, Deputy Clerk

(06/21/02)