# SUMMONS IN A CIVIL ACTION

## United States District Court
## for the District of Colorado

Civil Action Number: 05-LUM-377 (BNB)

MOISES CARRANZA-REYES

PLAINTIFF(S),

v.

PARK COUNTY, PARK COUNTY BOARD OF COUNTY COMMISSIONERS, PARK COUNTY SHERIFF'S OFFICE, FRED WEGENER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AND/OR THE SHERIFF OF PARK COUNTY COLORADO MONTE GORE, INDIVIDUALLY AND IN HIS CAPACITY AS CAPTAIN OF PARK COUNTY SHERIFF'S DEPT., VICKIE PAULSEN, INDIVIDUALLY AND AS REGISTERED NURSE FOR PARK COUNTY AND JAMES BACHMAN, M.D., INDIVIDUALLY AND AS MEDICAL DIRECTOR OF PARK COUNTY JAIL

DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s): VICKI ANN PAULSON, 348 Aspen Lane, Hartsel, CO 80449   719-837-2636

You are hereby summoned and required to serve upon Joseph J. Archuleta, Esq. Plaintiff's attorney, whose address is: 1724 Ogden Street, Denver Colorado 80218-1018.

AND FILE WITH THE CLERK OF THE COURT

an answer to the Complaint which is herewith served upon you, within 20 days of service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Gregory C. Langham, Clerk

By: _____
Deputy Clerk

(Seal of the Court)

Date: 6/30/05

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

| RETURN OF SERVICE |||
|---|---|---|
| NAME OF SERVER: O.M. Gray | | TITLE: P.I. |

Check one box to indicate appropriate method of service.

[X] Served personally upon the defendant. Place where left: 348 Aspen Ln also known as ATOKA Rd. Hartsel, CO. 80449 - Residence of Vickie Paulsen

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

[ ] Returned unexecuted:: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE OF FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 7-17-05
Date

Signature of Server

Address of Server: 4230 Bromley Pl. C/S, CO. 80906