**Lloyd C. Kordick & Associates**
ATTORNEYS AT LAW
805 SOUTH CASCADE AVENUE
COLORADO SPRINGS, COLORADO 80903
PHONE: (719) 475-8460
FAX: (719) 634-8116

LLOYD C. KORDICK

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2005

GREGORY C. LANGHAM
_____ CLERK

July 18, 2005

U.S. District Clerk
VIA FAX 303-335-2714

RE:   Carranza-Reyes v. Park County, et al.
      Case No. 2005-WM-377 (BNB)

Dear Clerk:

Please be advised that we are today filing a Second Amended Complaint. This Second Amended Complaint was served on all defendants and no answers have yet been filed. It was my understanding and that of my co-counsel, Joe Archuleta, that this Second Amended Complaint had been previously filed on May 26, 2005. Attached is a copy of a letter from Joe Archuletta's paralegal addressed to the Court Clerk indicating that the Complaint was being submitted for filing on May 26, 2005. Mr. Archuleta was advised today that the Second Amended Complaint is not on file in the Clerk's office and therefore, I am filing it immediately. Thank you for your kind cooperation and attention to this matter.

Please be kind enough to check your file to see if the May 26, 2005 letter is in your file and if the Second Amended Complaint had already been filed as of May 26, 2005.

Very truly yours,

Lloyd C. Kordick

LCK/ss
Attachment
cc:   Mr. Archuleta
      Mr. Trine

**JOSEPH J. ARCHULETA**

ATTORNEY AT LAW
1724 OGDEN STREET
DENVER, COLORADO 80218-1018
TELEPHONE: (303) 837-1642
FACSIMILE: (303) 837-1643

MAY 27 2005

JOSEPH J. ARCHULETA
May 26, 2005

United States District Court
For the District of Colorado
Clerk of the Court
901 19th Street
Denver, Colorado 80202

    Re:    *Moises Carranza-Reyes vs. Park County, a public entity of the State of Colorado and its governing board, et. al.*
            Civil Action No. 2005-LUM-377 (BNB)

Dear Clerk of the Court:

Enclosed you will find an original signature page, executed by Joseph J. Archuleta, #19426, Lloyd C. Kordick, #6298 and William A. Trine, #577. Please attached this original signature page to the original Amended Complaint previously filed with this Court. Also enclosed are two copies of the Amended Complaint with a fully executed signature page. By the filing of this signature page, this signifies Lloyd C. Kordick and William A. Trine's entry of apparance in this matter.

I have enclosed a self-addressed stamped envelope for your convenience in returning a date stamped copy to our office.

As always, should you have any questions, please do not hesitate to contact our office directly. Thank you for your assistance in this matter.

Sincerely,

Linda Neff
Paralegal to
Joseph J. Archuleta

Cc:    Moises Carranza-Reyes
        Lloyd C. Kordick, Esq.
        William A. Trine, Esq.

(Rev. 04/16/02)

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1 and D.C.COLO.LCrR 49.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and no longer than ten pages, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L and D.C.COLO.LCrR 49.3L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _____ 7-18-05

2. Name of attorney or *pro se* party making the transmission: ___Lloyd C. Kordick

   Facsimile number: ___719-634-8116___   Telephone number: __719-475-8460

3. Case number, caption, and title of pleading or paper: __05WM377 (BNB)

4. Number of pages being transmitted, including the facsimile cover sheet: __2

Instructions, if any: