IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff(s),

v.

PARK COUNTY, et al.,

    Defendant(s).
_____

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**
_____

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Boyd N. Boland is designated to conduct proceedings in this civil action as follows:

- (X)   Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X)   Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X)   Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (X)   Hear and determine pretrial matters, including discovery and other non-dispositive motions.

- ( )   Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

- (X)   Conduct a pretrial conference and enter a pretrial order.

    It is ORDERED, that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

   **The parties are directed to my Pretrial and Trial Procedures available in the Clerk's office or on the court's website: <u>www.cod.uscourts.gov</u>.  These govern all proceedings in my court and indicate what my expectations are.**

  DATED at Denver, Colorado on July 19, 2005

                BY THE COURT:

                /s/ Walker D. Miller
                United States District Judge

Case 1:05-cv-00377-WDM-BNB   Document 20   Filed 07/19/05   USDC Colorado   Page 2 of 2

PDF FINAL