# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MOISES CARRANZA-REYES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2005-WM-377 (BNB) |
| ) | |
| PARK COUNTY, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |

## ENTRY OF APPEARANCE

Adele P. Kimmel and Richard H. Frankel of Trial Lawyers for Public Justice, P.C. hereby enter their appearance as co-counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted,

*Adele P. Kimmel*

Adele P. Kimmel
Richard H. Frankel
Trial Lawyers for Public Justice, P.C.
1717 Massachusetts Avenue, NW
Suite 800
Washington, DC 20036
Phone: (202) 797-8600
Facsimile: (202) 232-7203

Counsel for Plaintiffs

Dated: July 20, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 20th day of July, 2005, a true and correct copy of the foregoing was served by first-class U.S. mail, postage prepaid, and properly addressed to:

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade
Colorado Springs, CO  80903

William Trine, Esq.
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, CO  80302

Joseph J. Archuleta
Attorney at Law
1724 Ogden Street
Denver, CO  80218

Andrew D. Ringel
Hall & Evans, L.L.C.
1125 Seventeenth Street, Suite 600
Denver, CO  80202

Adele P. Kimmel