IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-cv-377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board;
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County jail;

      Defendants.

---

**DEFENDANT PAULSEN'S UNOPPOSED MOTION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

---

Defendant Vickie Paulsen, by and through her counsel, Josh A. Marks and Melanie B. Lewis of Berg Hill Greenleaf and Ruscitti, hereby moves for an extension of time of sixteen days, or up to and including August 24, 2005, to file her answer or other response to Plaintiff's second amended complaint and as grounds therefore states as follows:

    1.    Defendant Vickie Paulsen was personally served with the second amended complaint on July 17, 2005, making her answer or other response to it due on August 8, 2005. Defendant Paulsen respectfully requests an extension of sixteen days, or up to and including August 24, 2005, by which to respond to the second amended complaint.

2.  Having just recently received this case, undersigned counsel are in the process of investigating the claims alleged against Defendant Paulsen, including attempting to locate documents and other materials that may bear on the claims against her. In addition, lead counsel Josh A. Marks is out of the office from August 1 to August 12, 2005, and as a result Defendant requests additional time in which to prepare and file her response to the amended complaint.

3.  Pursuant to D.C.Colo.L.CivR 7.1.A, undersigned counsel has conferred with plaintiff's counsel, Lloyd Kordick, who does not oppose this motion.

4.  This is the first extension of time requested for Defendant Paulsen's response, and the extension will not prejudice the parties.

5.  Pursuant to D.C.Colo.L.Civ.R. 6.1.D, counsel certifies that a copy of this Motion for extension has been sent to all defendants and all counsel of record.

WHEREFORE, for all of the foregoing reasons, Defendant Paulsen respectfully requests that the Court grant this motion for extension of time of sixteen days, or up to and including August 24, 2005, by which to file her answer or other response to Plaintiff's second amended complaint., plus such further relief as the Court deems appropriate.

Respectfully submitted: August 8, 2005

BERG HILL GREENLEAF & RUSCITTI LLP

/s/ *Melanie B. Lewis*
_____
Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com, mbl@bhgrlaw.com
*Attorneys for Defendant Paulsen*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 8, 2005, I electronically filed the foregoing **DEFENDANT PAULSEN'S UNOPPOSED MOTION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Lloyd C. Kordick, Esq.
Lloyd C. Kordick & Associates
805 S. Cascade Ave.
Colorado Springs, CO 80903
Lloyd@kordicklaw.com

Andrew David Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, LLC
1125 Seventeenth St., Ste. 600
Denver, CO 80202-5817
ringela@hallevans.com
veigaj@hallevans.com

Craig A. Sargent
Johnson, McConaty & Sargent, PC
400 S. Colorado Blvd., #900
Glendale, CO 80246-3866
csargent@jmspc.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    William A. Trine, Esq.
    Trine & Metcalf, PC
    1435 Arapahoe Ave.
    Boulder, CO 80302

                                                                  _____