IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County jail,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Paulsen's Unopposed Motion for Extension to Answer or Otherwise Respond to Plaintiff's Second Amended Complaint** (the "Motion"), filed on August 8, 2005.

IT IS ORDERED that the Motion is GRANTED and defendant Paulsen shall answer or respond to the plaintiff's Second Amended Complaint on or before **August 24, 2005**.

DATED:  August 9, 2005