IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES

      Plaintiff,

v.

PARK COUNTY;
PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PAR COUNTY SHERIFF'S OFFICE;
FRED WEGENER, individually and in his official capacity, and/or the Sheriff of Park County,
Colorado
MONTE GORE, individually and in his capacity as Caption of Park County Sheriff's
Department;
VICKIE PAULSEN, individually and as Registered Nurse for Park County; and
JAMES BACHMAN, M.D., individually and as Medical Director of Park County Jail

      Defendants.

---

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT
OF MOTION TO DISMISS DEFENDANTS PARK COUNTY AND PARK COUNTY
SHERIFF'S OFFICE**

---

Defendants, Park County and Park County Sheriff's Office, by and through their

attorneys, Hall & Evans, L.L.C., pursuant to D.C.COLO.LR 7.1, hereby moves the Court for an

Order extending their deadline for submitting a reply in support of Motion to Dismiss

Defendants Park County and Park County Sheriff's Office as follows:

      1.      On July 18, 2005, Defendants Park County and Park County Sheriff's Office filed

their Motion to Dismiss arguing they are entitled to dismissal of the claims against them in their

entirety with prejudice because neither Park County nor the Park County Sheriff's Office are proper Defendants for the Plaintiff's 42 U.S.C. § 1983 claims as a matter of law.

2.      Plaintiff's Response in Opposition to Motion to Dismiss Park County and Park County Sheriff's Department was filed on July 29, 2005.  Pursuant to D.C. Colo. LR. 7.1 C., a moving party may file a reply within 15 days after the filing date of the response, or such lesser or greater time the court may allow.  Thus, a reply, to the extent no greater time is sought, is due to be filed on or before August 15, 2005.

3.      Defendants now seek and additional period of time, up to and including one week, within which to file their reply.  This short extension is necessitated due to the other obligations of defense counsel including multiple filings in federal court and out of the office deposition and meetings.  The requested extension would extend the time available to submit such a reply until Monday, August 22, 2005.

4.      Pursuant to D.C. Colo. LR 7.1.A, undersigned defense counsel conferred by telephone with counsel for Plaintiff, Lloyd C. Kordick, Esq., who has no objection to the relief requested herein.

5.      Pursuant to D.C. Colo. LR 7.1.C, a copy of this Motion for Extension of Time is being served on Defendants and counsel for Plaintiff, as indicated on the certificate of mailing.  Pursuant to D.C. Colo. LR 6.1.C, no other extension of time was sought or obtained by Defendants in relation to this matter.

WHEREFORE, Defendants respectfully move the Court to enter an Order granting an extension of time, up to and including August 22, 2005, within which to file a Reply in support of Motion to Dismiss Defendants Park County and Park County Sheriff's Office.

Respectfully submitted this 12th day of August, 2005.

Respectfully submitted,


s/ Jennifer L. Veiga,
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
of HALL & EVANS, L.L.C.
1125 Seventeenth Street, Suite 600
Denver, Colorado 80202
(303) 628-3300 **D.C. Box. 05**
Fax:  303-293-3238
ringela@hallevans.com
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS
PARK COUNTY, PARK COUNTY
BOARD OF COUNTY
COMMISSIONERS, PARK COUNTY
SHERIFF'S OFFICE, FRED WEGENER
AND MONTE GORE**

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 12th day of August, 2005, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS DEFENDANTS PARK COUNTY AND PARK COUNTY SHERIFF'S OFFICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph Archuleta #19426
Archuleta Law Office
1724 Ogden Street
Denver, CO 80218-1018
archuletalaw@qwest.net

Lloyd C. Kordick #6298
Lloyd C. Kordick & Associates
805 So. Cascade Avenue
Colorado Springs, CO 80903-4101
Lloyd@kordicklaw.com

Adele Kimmel, Esq.
Trial Lawyers for Public Justice, P.C.
1717 Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20036
akimmel@tlpj.org

Craig A. Sargent, Esq.
Johnson, McConaty & Sargent, P.C.
400 So. Colorado Blvd. Suite 900
Glendale, CO 80246-1241
csargent@jmspc.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner indicated by the non-participant's name:

(via U.S. Mail)
William Trine, Esq.
Trine & Metcalf
1435 Arapahoe Street
Boulder, CO  80302

Stephen Groome, Esq.
Park County Attorney
P.O. Box 1373
Fairplay, Colorado  80440

s/Denise Gutierrez, Secretary to
Jennifer L. Veiga, Esq.
Andrew D. Ringel, Esq.
HALL & EVANS, L.L.C.
1125 Seventeenth Street, Suite 600
Denver, Colorado 80202
303-628-3300
Fax: 303-293-3238
veigaj@hallevans.com
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS
PARK COUNTY, PARK COUNTY
BOARD OF COUNTY
COMMISSIONERS, PARK COUNTY
SHERIFF'S OFFICE, FRED WEGENER
AND MONTE GORE**