IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRAZA-REYES,

    Plaintiff,

v.

PARK COUNTY, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion for extension of time to reply is granted to August 22, 2005.

Dated:  August 15, 2005

                                        /s/ Jane Trexler, Secretary/Deputy Clerk