IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County jail,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　Pursuant to the Scheduling Conference held on September 16, 2005, it is hereby ORDERED that a **Settlement Conference** is set for **February 22, 2006, at 10:00 a.m.** and a **Pretrial Conference** is set for **December 7, 2006, at 9:30 a.m.**, in Courtroom A-401, Fourth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

　　IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved.  This requirement is not satisfied by the presence of counsel only.

　　IT IS FURTHER ORDERED that on or before **February 15, 2006**, counsel for each party shall submit a brief Confidential Settlement Statement by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov. outlining the facts and issues involved in the case and the possibilities for settlement.  **In addition, each Confidential Settlement Statement must**

**contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.**  The Confidential Settlement Statement should **not** be filed with the Clerk of the Court and need not be supplied to opposing counsel.  Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.

The Final Pretrial Order shall be submitted pursuant to District of Colorado ECF Procedures V.L.1.b. on or before **November 30, 2006**.  The Final Pretrial Order should be prepared in accordance with Appendix G, D.C.COLO.LCivR.

DATED:  September 19, 2005