IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| Civil Action No. 05-cv-00377-WDM-BNB | Date: September 16, 2005 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

---

| MOISES CARRANZA-REYES, | Lloyd Kordick |
|---|---|
| | Joseph Archuleta |
| | William Trine |
| Plaintiff, | |
| v. | |
| PARK COUNTY, et al., | Andrew Ringel |
| | Melanie Lewis |
| Defendants. | Craig Sargent |

---

### COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

Court in Session:     9:03 a.m.

Appearances of counsel.

Court's opening remarks.

Deadline for joinder of parties and amendment of pleadings is: **October 17, 2005**

Discovery cut-off is: For all witnesses other than designated expert witnesses: **June 6, 2006** For designated expert witnesses, the discovery cutoff is **September 6, 2006.**

The dispositive motion deadline is: **October 6, 2006**

The plaintiff shall designate all experts no later than: **June 15, 2006**

The Defendants shall designate all expert no later than: **July 17, 2006**

The parties shall designate all rebuttal experts no later than: **August 15, 2006**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Settlement Conference will be held **February 22, 2006 at 10:00 a.m.**

> Attorneys and client representatives with authority to settle must be present.  (Note: this requirement is not fulfilled by the presence of counsel.  If any insurance company is involved, an adjuster authorized to enter into settlement must also be present.)

Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or before **February 15, 2006** outlining the facts and issues in the case and the party's settlement position.  Counsel shall call Chambers if they feel the settlement conference is premature, or would not be meaningful.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

Pretrial Conference shall be held **December 7, 2006, at 9:30 a.m.**  A proposed Pretrial Order shall be submitted on or before **November 30, 2006.**

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:	9:30 a.m.

Hearing concluded.

Total Time in Court: **27 minutes**