IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board;
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY FROM DEFENDANTS PARK COUNTY, PARK COUNTY BOARD OF COUNTY COMMISSIONERS, PARK COUNTY SHERIFF'S OFFICE, FRED WEGENER AND MONTE GORE**
and Proposed Order

Defendants Park County, the Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener, Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby submit this Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Written Discovery, as follows:

1.     Plaintiff served his First Set of Written Discovery on these Defendants on September 10, 2005.  Accordingly, pursuant to the applicable Federal Rules of Civil Procedure, these Defendants' responses to the Plaintiff's First Set of Written Discovery are due on October 10, 2005.  Defendants respectfully request an extension of fifteen (15) days until and including October 25, 2005, to provide their responses to the Plaintiff's written discovery.  Despite diligent efforts, the Defendants and counsel for the Defendants require additional time to compile the information and documents responsive to the Plaintiff's written discovery requests and to prepare appropriate responses to the Plaintiff's written discovery.  Plaintiff's First Set of Written Discovery consists of 39 Requests for Production of Documents and 29 Interrogatories and requests a vast amount of documentary and other information from these Defendants which has taken considerable time and effort for Park County officials to obtain.  No party will be prejudiced by this brief extension of time as evidenced by the Plaintiff's non-opposition to this Motion.

2.     Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for the Defendants contacted counsel for the Plaintiff, William A. Trine, Esq. prior to filing the instant Motion.  Mr. Trine indicated the Plaintiff does not oppose this Motion.

3.     In addition, also pursuant to D.C.Colo.LCiv.R. 6.1(D), undersigned counsel has served his client representative with a copy of this Motion as indicated on the attached Certificate of Mailing.

WHEREFORE, for all of the foregoing reasons, Defendants Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener, and Monte Gore respectfully request an extension of time to respond to the Plaintiff's First Set of Written

Discovery for fifteen (15) days until and including October 25, 2005, and for all other and further relief as this Court deems just and appropriate.

Dated this 7th day of October, 2005.

Respectfully submitted,

s/Andrew D. Ringel, Esq.
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Tel: (303) 628-3300
Fax: (303) 293-3238
ringela@hallevans.com
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY, PARK COUNTY BOARD OF COUNTY COMMISSIONERS, PARK COUNTY SHERIFF'S OFFICE, FRED WEGENER AND MONTE GORE**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 7th day of October, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

William A. Trine, Esq.
btrine@trine-metcalf.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

Richard H. Frankel, Esq.
rfrankel@tlpj.org

Craig A. Sargent, Esq.
csargent@jmspc.com

Andrew W. Jurs, Esq.
ajurs@jmspc.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant via U.S. Mail, first-class postage prepaid and addressed as follows:

Stephen Groome, Esq.
Park County Attorney
P.O. Box 1373
Fairplay, Colorado 80440

        s/Loree Trout,   Secretary
        Andrew D. Ringel, Esq.
        Hall & Evans, L.L.C.
        1125 17th Street, Suite 600
        Denver, CO 80202-2052
        303-628-3300
        Fax: 303-293-3238
        ringela@hallevans.com
        **ATTORNEYS FOR DEFENDANTS PARK COUNTY, PARK COUNTY BOARD OF COUNTY COMMISSIONERS, PARK COUNTY SHERIFF'S OFFICE, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\ext of time-discovery.doc