IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

     Plaintiff,
v.

PARK COUNTY, a public entity of the State of Colorado and its governing board;
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

     Defendants.

**ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY**

The Court having reviewed the "Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Written Discovery From Defendants Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener and Monte Gore," being duly advised in the premises, and for good cause shown, DOES HEREBY GRANT defendants' motion. The above-referenced defendants shall have up to and including October 25, 2005, to respond to plaintiff's first set of written discovery requests.

DONE ON THIS ____DAY OF OCTOBER 2005.

                                              By the Court:

                                              _____

                                              District Court Judge