IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County jail,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Written Discovery from Defendants Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener and Monte Gore** (the "Motion"), filed on October 7, 2005.

　　　IT IS ORDERED that the Motion is GRANTED and defendants Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener and Monte Gore shall respond to the written discovery on or before **October 25, 2005**.


DATED: October 7, 2005