IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board;
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

    Defendants.

---

**JOINT STIPULATED MOTION FOR PROTECTIVE ORDER**
with proposed Protective Order

---

Plaintiff Moises Carranza-Reyes and Defendants Park County, the Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener, Monte Gore, Vickie Paulsen, R.N., and James Bachman, M.D., by and through their respective counsel, Lloyd C. Kordick & Associates, Trine & Metcalf, P.C., Joseph Archuleta, Esq., Hall & Evans, L.L.C., Johnson, McConaty & Sargent, PC, and Berg Hill Greenleaf & Ruscitti, LLP, hereby submit this Joint Stipulated Motion for Protective Order, and as grounds therefore state as follows:

    1.    Certain documents of Defendants that may be requested and produced in this matter may contain certain personnel and employment information for the Defendants or

employees of Defendant Park County or individual incarcerated in the Park County Jail as to which the individuals possess privacy interests.

2.  Certain documents of Plaintiff that may be requested and produced in this matter may also contain personal, confidential, and medical information protected under constitutional or statutory provisions or under common law privacy interests. In particular, due to the nature of the Plaintiff's claim and requested damages, Plaintiff's medical records will be produced in this matter and Plaintiff retains some privacy interests in such information as to collateral persons.

3.  Nothing contained in this Motion should be construed as an acknowledgement by either the Plaintiff or the Defendants that any specific information that could fall into any of the categories outlined above is properly discoverable pursuant to the applicable Federal Rules of Civil Procedure and federal and Colorado law.

WHEREFORE, for all of the foregoing reasons, the Plaintiff Moises Carranza-Reyes and the Defendants Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener, Monte Gore, Vicki Paulsen and James Bachman respectfully request this Court enter the attached Protective Order as an Order of this Court.

Dated this 28th day of October, 2005.

Respectfully submitted,

/s Lloyd C. Kordick

Lloyd C. Kordick, Esq.
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, Colorado 80903
(719) 475-8460
Lloyd@kordicklaw.com

Joseph J. Archuleta, Esq.
Joseph J. Archuleta & Associates
1724 Ogden Street
Denver, Colorado 80218
(303) 837-1642
archuletalaw@qwest.net

*Attorneys for Plaintiff*

/s Andrew D. Ringel

Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
(303) 628-3300
ringela@hallevans.com
*Attorneys for Park County, Board of
County Commissioners of Park
County, Park County Sheriff's Office,
Fred Wegener, and Monte Gore*

/s Andrew W. Jurs, Esq.

Craig A. Sargent, Esq.
Andrew W. Jurs, Esq.
Johnson, McConaty & Sargent, PC
400 S. Colorado Blvd., Suite 900
Glendale, Colorado 80246
(303) 388-7711
csargent@jmspc.com
*Attorneys for James Bachman, M.D.*

/s William A. Trine

William A. Trine, Esq.
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, Colorado 80302
(303) 442-0173
btrine@trine-metcalf.com
*Attorneys for Plaintiff*

/s Josh A. Marks

Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, Colorado 80302
(303) 402-1600
jam@bhglaw.com
*Attorneys for Vicki Paulsen, R.N.*