IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

      Defendants.

---

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
SECOND SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS FROM DEFENDANTS PARK COUNTY BOARD OF
COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

---

Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby submit this Motion for Extension of Time to Respond to Plaintiff's Second Set of Requests for Production of Documents, as follows:

1.      Plaintiff served his Second Set of Requests for Production of Documents on these Defendants on December 28, 2005. Accordingly, pursuant to the applicable Federal Rules of Civil Procedure, these Defendants' responses to the Plaintiff's Second Set of Requests for

Production of Documents are due on January 30, 2006.  Defendants respectfully request an extension of ten (10) days until and including February 9, 2006, to provide their responses to the Plaintiff's written discovery.  Despite diligent efforts, these Defendants and counsel for these Defendants require additional time to compile the information and documents responsive to the Plaintiff's written discovery requests and to prepare appropriate responses.  Plaintiff's Second Requests for Production of Documents requires the Defendants to examine a vast amount of documentary material to determine all responsive documents which has taken considerable time and effort for Park County officials to obtain.  No party will be prejudiced by this brief extension of time.

2.      Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for the Plaintiff, William A. Trine, Esq., Lloyd Kordick, Esq. and Joseph Archuleta, Esq. via electronic mail on January 26, 2006, prior to filing the instant Motion.  Mr. Trine responded via electronic mail that he did not have any objection to the instant Motion, but that he would defer to Mr. Kordick and Mr. Archuleta.  By the time it became necessary to file the instant Motion, the undersigned counsel had not had a response from Mr. Kordick or Mr. Archuleta to his inquiry.  As a result, the Plaintiff's formal position with respect to this Motion remains unknown at this time.

3.      In addition, also pursuant to D.C.Colo.LCiv.R. 6.1(D), undersigned counsel has served his client representative with a copy of this Motion as indicated on the attached Certificate of Mailing.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore respectfully request an extension of

time to respond to the Plaintiff's Second Requests for Production of Documents for ten (10) days

until and including February 9, 2006, and for all other and further relief as this Court deems just

and appropriate.

Dated this 27th day of January, 2006.

Respectfully submitted,


s/Andrew D. Ringel, Esq.
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Tel:  (303) 628-3300
Fax:  (303) 293-3238
ringela@hallevans.com
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS
PARK COUNTY BOARD OF COUNTY
COMMISSIONERS, FRED WEGENER
AND MONTE GORE**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 27th day of January, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

William A. Trine, Esq.
btrine@trine-metcalf.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

Richard H. Frankel, Esq.
rfrankel@tlpj.org

Craig A. Sargent, Esq.
csargent@jmspc.com

Andrew W. Jurs, Esq.
ajurs@jmspc.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant via U.S. Mail, first-class postage prepaid and addressed as follows:

Stephen Groome, Esq.
Park County Attorney
P.O. Box 1373
Fairplay, Colorado 80440

s/Loree Trout,   Secretary
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\ext of time-discovery2.doc

4