IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

 Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board;
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's
Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park
County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the
Park County Jail;

 Defendants.

---

**ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

---

 The Court having reviewed the "Motion for Extension of Time to Respond to Plaintiff's

Second Set of Requests for Production of Documents From Defendants Park County, Park

County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener and

Monte Gore," being duly advised in the premises, and for good cause shown, DOES HEREBY

GRANT defendants' motion.  The above-referenced defendants shall have up to and including

February 9, 2006, to respond to plaintiff's second set of requests for production of documents.

 DONE ON THIS ____DAY OF _____ 2006.

       By the Court:


       _____

       District Court Judge