IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County jail,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Extension of Time to Respond to Plaintiff's Second Set of Requests for Production of Documents from Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore** (the "Motion"), filed on January 27, 2006.

      IT IS ORDERED that the Motion is GRANTED and defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore shall respond to the plaintiff's second set of requests for production of documents on or before **February 9, 2006**.

DATED:  January 30, 2006