IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

    Plaintiff,

vs.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, Individually and in his capacity as Captain of Park County Sheriff's Dept.; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

    Defendants.

---

## ORDER
---

THIS MATTER coming on the Plaintiff's Motion for Extension of Written Discovery Deadline, said Motion is hereby GRANTED. The Written Discovery Deadline is now extended through June 2, 2006.

    Done this _____ day of _____, 2006.

                                                    _____
                                                    Magistrate/Judge