IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

    Plaintiff,

vs.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, Individually and in his capacity as Captain of Park County Sheriff's Dept.; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

    Defendants.

## MOTION FOR EXTENSION OF WRITTEN DISCOVERY DEADLINE

Plaintiff, Moises Carranza-Reyes by and through his attorneys, Lloyd C. Kordick of Lloyd C. Kordick & Associates, Bill Trine of Trine & Metcalf, P.C., Joseph Archuleta of The Archuleta Law Firm and Adele Kummel of Trial Lawyers for Public Justice, and for his Motion for Extension of Written Discovery Deadline states as follows:

1. That the current written discovery deadline is May 3, 2006.

2. That lead counsel, Mr. Kordick, is preparing for a two-week jury trial in Durango, CO in the case of *Hitti v. Chiefs LLC, et al.*, La Plata County Case No. 02 CV 10 and co-counsel, Mr. Trine is out of the country until May 10, 2006.

3. Plaintiff's counsel is in need of additional time to review the voluminous documents that have been produced by Defendant, Park County, in this case in order to prepare any additional written discovery that may be needed.

EXHIBIT B

4.   Defense counsel, Mr. Ringel, is out of town so Plaintiff's counsel does not know if he objects to this Motion for Extension.

WHEREFORE, Plaintiff requests an additional 30 days to prepare any written discovery that may be required in this case.

Dated: May 3, 2006.

RESPECTFULLY SUBMITTED

Lloyd C. Kordick, Attorney for Plaintiff
805 S. Cascade
Colorado Springs, CO 80903
719-475-8460
E-mail: lloyd@kordicklaw.com

## CERTIFICATE OF MAILING/SERVICE

I, the undersigned, hereby certify that on this 3rd day of May, 2006 a true and correct copy of the foregoing was e-served and e-filed via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

William Trine, Esq.
Trine & Metcalf
1435 Arapahoe
Boulder, CO 80302
*Co-Counsel for Plaintiff*

Joseph Archuleta
1724 Ogden St.
Denver, CO 80218-1018
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th St., Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener and Monte Gore*

Adele P. Kimmel
Richard H. Frankel
1825 K Street NW #200
Washington, DC 20006
*Co-Counsel for Plaintiff*

Craig A. Sargent
400 S. Colorado Blvd. #900
Glendale, CO 80246
*Counsel for Dr. Bachman*

Josh Marks and
Melanie Lewis
1712 Pearl St.
Boulder, CO 80302
*Attorneys for Defendant Paulsen*

Susan Schomber