IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTYSHERIFFS OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually, and in his official capacity as Sheriff of Park County, Colorado;
MONTE-GORE, individually, and in his capacity as Captain of Park County Sheriffs Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail, Defendants.

## JAMES BACHMAN, M.D.'S STIPULATED MOTION TO ATTEND MAY 30, 2006 SETTLEMENT CONFERRENCE VIA TELEPHONE

Attorney for Plaintiff, William A. Trine, and attorney for Defendant, James Bachman, M.D., Craig A. Sargent, respectfully advise this Court that they have agreed to allow Dr. Bachman to attend and participate in the settlement conference on May 30, 2006, via telephone.

1. Consistent with this Court's Minute Order of February 16, 2006, Dr. Bachman will have present at the settlement conference a representative of Copic Insurance Company, Sean Gelsey, as well as Andrew Jurs, attorney at Johnson, McConaty & Sargent, P.C. on behalf of Dr. Bachman. Dr. Bachman will be available by telephone for any questions or input that is required.

WHEREFORE, counsel for Plaintiff and Defendant Bachman request an Order from this Court allowing Dr. Bachman to attend the May 30, 2006, settlement conference via telephone.

DATED this 22nd day of May, 2006

JOHNSON, McCONATY & SARGENT
A Professional Corporation

By: /s/Craig A. Sargent
Craig A. Sargent, #17975
Attorneys for James Bachman, M.D.
400 South Colorado Boulevard, Suite 900
Glendale, Colorado  80246
Telephone: (303) 388-7711

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of May, 2006, I electronically filed the foregoing **DR. BACHMAN'SSTIPULATED MOTION TO ATTEND SETTLEMENT CONFERENCE VIA TELEPHONE**, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
Archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
Lloyd@kordicklaw.com

Susan Kordick, Esq.
susan@kordicklaw.com

William A. Trine, Esq.
Btrine@trine-metcalf.com

Andrew Ringel, Esq.
ringela@hallevans.com

Melanie Lewis, Esq.
mbl@bhgrlaw.com

s/ Craig A. Sargent