IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;
0
    Defendants.

## RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF WRITTEN DISCOVERY DEADLINE FROM DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE

Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby submit this Response to Plaintiff's Motion for Extension of Written Discovery Deadline, as follows:

1.    Plaintiff filed his Motion for Extension of Written Discovery Deadline on May 3, 2006, requesting an extension of thirty (30) days to serve additional written discovery in this matter. On May 10, 2006, this Court issued a Minute Order directing the Defendants to respond to the

Plaintiff's Motion for Extension of Written Discovery Deadline on or before May 24, 2006.  These Defendants now respond to the Plaintiff's Motion pursuant to this Court's Minute Order.

2. Initially, these Defendants, pursuant to Fed. R. Civ. P. 10(c), incorporate herein by reference all of the arguments and authorities presented in James Bachman, M.D.'s Response to Plaintiff's Motion for an Extension of the Written Discovery Deadline filed on May 8, 2006.  In addition to the arguments and authorities presented by Defendant Bachman, these Defendants offer the following additional arguments in opposition to the Plaintiff's Motion.

3. First, these Defendants agree that counsel for the Plaintiff did not appropriately comply with D.C.Colo.LCiv.R. 7.1(A).  On May 3, 2006, the office of counsel for the Plaintiff, Lloyd Kordick, Esq., left a telephone voice mail message with the undersigned counsel to confer about an issue regarding discovery.  However, the telephone voice mail message did not specify that the Plaintiff intended to file a motion for an extension of the written discovery deadline or the length of the requested extension.  The undersigned counsel was in depositions in Cortez, Colorado on May 3, 2006.  As a result, the undersigned counsel requested his assistant, Loree Trout, contact counsel for the Plaintiff.  Ms. Trout left a message with Mr. Kordick's office requesting he call her back due to the undersigned counsel's unavailability.  No return call was made by Mr. Kordick's office to Ms. Trout prior to the time the Plaintiff filed the instant Motion.  Moreover, nothing about the Plaintiff's certification pursuant to D.C.Colo.LCivR. 7.1(A) indicates any effort to confer with counsel for Dr. Bachman or counsel for Vickie Paulsen, R.N., prior to filing the Motion.

4. Second, these Defendants also agree with Defendant Bachman that the Plaintiff has not demonstrated good cause to extend the written discovery deadline.  Plaintiff asserts the Scheduling Order deadline could not be met because of the trial of one of his counsel and the out-

of-country travel of another of his counsel.  In addition to the Plaintiff's failure to explain why Joseph Archuleta, Esq. could not have completed additional written discovery as pointed out by Defendant Bachman, Plaintiff also fails to explain why Adele P. Kimmel, Esq. and Richard H. Frankel, Esq., who are both also counsel of record for the Plaintiff, also could not do so.  Finally, at the Scheduling Conference before this Court, United States Magistrate Judge Boyd N. Boland agreed to an extended discovery period because of the nature of the case.  However, the Magistrate Judge made clear that the parties needed to demonstrate "good cause" within the meaning of Fed. R. Civ. P. 16 to extend any of the deadlines contained in the Scheduling Order.  Plaintiff has not met his burden of doing so here.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore respectfully request this Court deny the Plaintiff's Motion for Extension of Written Discovery Deadline, and for all other and further relief as this Court deems just and appropriate.

Dated this 24th day of May, 2006.

Respectfully submitted,

s/Andrew D. Ringel, Esq.
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Tel:  (303) 628-3300
Fax:  (303) 293-3238
ringela@hallevans.com
veigaj@hallevans.com
**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

### **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 24th day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

William A. Trine, Esq.
btrine@trine-metcalf.com

Richard H. Frankel, Esq.
rfrankel@tlpj.org

Andrew W. Jurs, Esq.
ajurs@jmspc.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

Craig A. Sargent, Esq.
csargent@jmspc.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

s/Loree Trout,   Secretary
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\response extension written discovery.doc