IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-cv-377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board;
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's
      Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park
      County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the
      Park County jail;

      Defendants.

---

### DEFENDANT PAULSEN'S RESPONSE TO PLAINTIFF'S
### MOTION FOR EXTENSION OF WRITTEN DISCOVERY

---

      Defendant Vickie Paulsen, by and through her counsel of record, Melanie B. Lewis and

Josh A. Marks, hereby submits this Response to Plaintiff's Motion for Extension of Written

Discovery [Doc. 54] (the "Motion") as follows:

      1.      Although Defendant Paulsen agrees with the other Defendants that Plaintiff's

counsel failed to comply with D.C. Colo. LCivR 7.1(A), Defendant Paulsen does not take a

position on Plaintiff's Motion.  It appears to Defendant Paulsen that an extension of fact

discovery, for which the cutoff is currently June 6, 2006, may be necessary for all parties to wrap

up some remaining aspects of discovery in this case.  For example, the defense has been working

to obtain documents, pursuant to releases provided by Plaintiff, from the United States

Citizenship and Immigration Services ("USCIS").  This process has proven slow, and only until

such documents are received can the depositions of federal employees from the USCIS be

scheduled.  Thus, given that an extension of the fact discovery may be necessary, Defendant

Paulsen does not take a position on Plaintiff's Motion, despite the failure to comply with D.C.

Colo. LCivR 7.1(A).

     Respectfully submitted:  <u>May 24, 2006</u>

                        s/ Melanie B. Lewis

                        Josh A. Marks, Esq.
                        Melanie B. Lewis, Esq.
                        BERG HILL GREENLEAF & RUSCITTI LLP
                        1712 Pearl Street
                        Boulder, CO  80302
                        Phone:  (303) 402-1600
                        Fax:  (303) 402-1601
                        Email:  jam@bhgrlaw.com, mbl@bhgrlaw.com

                        Attorneys for Defendant Paulsen

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2006, I electronically filed the foregoing **DEFENDANT PAULSEN'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF WRITTEN DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Craig Sargent
Johnson, McConaty & Sargent
400 South Colorado Boulevard, Suite 900
Glendale, CO  80246
csargent@jmspc.com

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO  80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO  80903

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO  80302

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO  80202
ringela@hallevans.com

3