IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-cv-00377 (WDM-BNB)

MOISES CARRANZA-REYES

   Plaintiff,

vs.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, Individually and in his capacity as Captain of Park County Sheriff's Dept.; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

   Defendants.

---

### PLAINTIFF'S WITHDRAWAL OF MOTION FOR EXTENSION OF WRITTEN DISCOVERY FILED MAY 4, 2006
### AND
### REQUEST TO VACATE MOTIONS HEARING OF MAY 30, 2006

---

  Plaintiff, Moises Carranza-Reyes by and through his attorneys, Lloyd C. Kordick of Lloyd C. Kordick & Associates, Bill Trine of Trine & Metcalf, P.C., Joseph Archuleta of The Archuleta Law Firm and Adele Kummel of Trial Lawyers for Public Justice, hereby files the following Motion and as grounds states the following:

1.  Pursuant to F.R.C.P. 121, Plaintiff has conferred with opposing counsel prior to the filing of this motion.

2.  It appears that certain responses of the Defendant were thought to require redrafting because of the objections raised under HIPAA.

3.  Plaintiff's counsel has consulted with defense counsel and is optimistic that these issues can be resolved either through negotiation, in-camera review of certain records, or, if necessary

filing motion to compel.

4. Therefore the Plaintiff withdraws the Motion for Extension of Written Discovery filed May 4, 2006 and requests the Court vacate the Motions Hearing scheduled on May 30, 2006 at 8:30 a.m.

Respectfully submitted this 26th day of May, 2006.

LLOYD C. KORDICK & ASSOCIATES

/s/ Lloyd C. Kordick
Lloyd C. Kordick, Attorney for Plaintiff
805 S. Cascade
Colorado Springs, CO 80903
Phone: 719-475-8460
Facsimile: 719-634-8116

## CERTIFICATE OF MAILING/SERVICE

I, the undersigned, hereby certify that on this 26th day of May, 2006, a true and correct copy of the foregoing was e-served and e-filed via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

William Trine, Esq.
Trine & Metcalf
1435 Arapahoe
Boulder, CO 80302
*Co-Counsel for Plaintiff*

Joseph Archuleta
1724 Ogden St.
Denver, CO 80218-1018
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th St., Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener and Monte Gore*

Adele P. Kimmel
Richard H. Frankel
1825 K Street NW #200
Washington, DC 20006
*Co-Counsel for Plaintiff*

Craig A. Sargent
400 S. Colorado Blvd. #900
Glendale, CO 80246
*Counsel for Dr. Bachman*

Josh Marks and
Melanie Lewis
1712 Pearl St.
Boulder, CO 80302
*Attorneys for Defendant Paulsen*

/s/ Jane M. Steiner

3