IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County jail,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Withdrawal of Motion for Extension of Written Discovery Filed May 4, 2006, and Request to Vacate Motions Hearing of May 30, 2006** [docket no. 66, filed May 26, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The **Motion for Extension of Written Discovery Deadline** [docket no. 54] is DENIED AS MOOT. The motions hearing set for May 30, 2006, is VACATED.

DATED: May 26, 2006