IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES

    Plaintiff(s),

v.

PARK COUNTY, a Public Entity of the State of Colorado and it
Governing Board, and
THE PARK COUNTY BOARD OF COUNTY
COMMISSIONERS, and
PARK COUNTY SHERIFF'S OFFICE, A Public Entity of the
State of Colorado, and
FRED WEGENER, Individually and in his Capacity as Sheriff of
Park County, Colorado, and
MONTE GORE, Individually and in his Capacity as Captain of
Park County Sheriff's Department, and
VICKI PAULSEN, Individually and in her Official Capacity as
Registered Nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., Individually and in his Official
Capacity as Medical Director of the Park County Jail,

    Defendant(s).

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FACT DISCOVERY**

---

Defendant Vicki Paulsen ("Paulsen"), by and through her undersigned counsel and pursuant to F.R.C.P. 6(b) and D.C.COLO.L.CivR 6.1(C), hereby submits this Unopposed Motion for Extension of Time for Fact Discovery up to and including September 6, 2006. In support thereof, Paulsen states as follows:

## D.C.COLO.L.CivR 7.1 Certification

Counsel for Paulsen has conferred in good faith with counsel for Plaintiff, Bill Trine, who stated that Plaintiff does not oppose the relief requested in this Motion. Counsel for Paulsen also conferred with counsel for co-Defendants, Andrew Ringel and Andrew Jurs, regarding this request for extension of time, and has been advised that they have no objection to the extension.

1. The deadline for discovery of non-expert witnesses is currently set for June 6, 2006. (See Scheduling Order, at 13). The deadline for discovery of expert witnesses is currently set for September 6, 2006. (See id.).

2. Defendant Paulsen respectfully requests an extension of the fact discovery cutoff for all parties due to difficulties with discovery that have consumed more time than customarily required. One of these difficulties has been associated with obtaining documents from the federal government, namely the U.S. Citizenship and Immigration Services ("USCIS"), and with securing the depositions of USCIS employees. Federal regulations require counsel to undergo several steps, which have proved to be time-consuming, before the depositions of USCIS individuals can even be noticed. As a result, more time is needed to accomplish the depositions and related fact discovery. Defendant is also still in the process of locating a nurse whose identity and involvement with Plaintiff's treatment was recently disclosed in another witness's deposition. For these reasons, Defendant respectfully requests that the Court grant an extension of time for all parties, up to and including September 6, 2006, to complete fact discovery.

3. Defendant Paulsen has not requested any previous extensions of time related to this matter.

4.  This extension of time will not prejudice either party or interfere with existing deadlines. Notably, counsel for Plaintiff, Bill Trine, stated that Plaintiff is also trying to secure the depositions of federal employees, thereby indicating that an extension would benefit Plaintiff as well as Defendant Paulsen.

5.  Pursuant to D.C. Colo. LCivR 6.1(D), a copy of this Motion is being served on the undersigned's client.

WHEREFORE, Defendant Paulsen respectfully requests that the Court enter an Order granting her Unopposed Motion for Extension of Time for Fact Discovery up to and including September 6, 2006.

Respectfully submitted: June 5, 2006

s/ Melanie B. Lewis
_____
Josh A. Marks, Esq.
Melanie B. Lewis
Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com; mbl@bhgrlaw.com

*Attorneys for Defendant Paulsen*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FACT DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Craig Sargent
Andrew Jurs
Johnson, McConaty & Sargent
400 South Colorado Boulevard, Ste 900
Glendale, CO 80246
csargent@jmspc.com

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218
archuletalaw@qwest.net

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO 80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO 80903

Vicki Paulson
P.O. Box 334
Hartsel, CO 80449

s/ Julie Bozeman
-------------------------
Julie Bozeman


## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FACT DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Craig Sargent
Andrew Jurs
Johnson, McConaty & Sargent
400 South Colorado Boulevard, Ste 900
Glendale, CO 80246
csargent@jmspc.com

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218
archuletalaw@qwest.net

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO 80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO 80903

Vicki Paulson
P.O. Box 334
Hartsel, CO 80449

s/ Julie Bozeman
-------------------------
Julie Bozeman