IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

DEPOSITION OF: MOISES CARRANZA-REYES, Volume I
January 16 AND 17, 2006

MOISES CARRANZA-REYES,

Plaintiff

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

TAKEN PURSUANT TO NOTICE on behalf of the Defendant Park County at 1125 17th Street, Suite 600, Denver, Colorado 80202 at 9:09 a.m. before Laura L. Corning, Federal Certified Realtime Reporter, Certified Shorthand Reporter and Notary Public within Colorado.


EXHIBIT A

*   SUBJECT TO CONFIDENTIALITY DESIGNATIONS   *

e3c27357-3c51-4c77-8eb9-33cbcabdea1d

1   care in Mexico?
2        A.      It all depends on the situation and the
3   place you work.
4        Q.      Okay.  But your -- your ability to have
5   medical care in Mexico depends on where you work and
6   your own monetary resources, not -- it's not provided
7   by the government.
8        A.      Yes, that's true.
9        Q.      Okay.  Are you physically able to work
10  today?
11       A.      I want to move ahead and -- and I don't
12  think I have capacity -- maybe I have a 50 percent
13  capacity to do it today.
14       Q.      Okay.  Has anyone ever talked to you
15  about your ability to work in the future?
16       A.      Yes.
17       Q.      Who?
18       A.      I don't remember the name of the company,
19  unless it was the name that I'm -- what was it?  No, I
20  can't even remember.  No, I can't remember.
21       Q.      Okay.  You are not working today,
22  correct?
23       A.      No, I'm not.
24       Q.      Do you have any -- can you work legally
25  in the United States today?

Carranza-Reyes v. Park County     Moises Carranza-Reyes, Volume I

Page 67

1    the job completely, to finish it.
2        Q.    If you were living in Mexico today, are
3    there jobs available that you believe you could do
4    given your present physical abilities?
5        A.    I could even rise to be the president of
6    Mexico, I suppose.
7        Q.    What -- I'm trying to understand whether
8    you believe that your physical limitations prevent you
9    from working today.
10       A.    I have limitations and I have pain, a lot
11   of pain, and working -- I could maybe work an hour or
12   two, and that's all I could work.  As far as studying
13   goes, like I'm sitting down here right now, studying, I
14   suppose I could study for hours.
15       Q.    Okay.  So if you could do a job that was
16   sedentary, that didn't require physical ability, you
17   believe you could do that full-time.
18       A.    Yeah.  But how much would I make?  It's a
19   manual job.  How much could I make?
20       Q.    Have you attempted any work since you
21   left the hospital?
22       A.    No.
23       Q.    Why not?
24       A.    I was laying around.  I didn't have a
25   leg.  I'm just starting my rehabilitation, starting to

1  walk.  I can't bend my knee, and I've tripped and
2  fallen over, and I have really bad pain in my other
3  leg.
4       Q.     Okay.  Have you ever worked in the United
5  States?
6       A.     No.
7       Q.     Other than when you came to the United
8  States in 2003, have you ever been to the United
9  States?
10      A.     No.
11      Q.     Okay.  Have you ever been outside of
12 Mexico, other than in the United States?
13      A.     Not in any other country, no.
14      Q.     Other than -- we, a little while ago,
15 talked about what I believe are all the jobs that
16 you've had during your lifetime.  Are there any other
17 jobs that you've had during your lifetime that we
18 haven't talked about?
19      A.     No.  That I can recall, no.
20             MR. RINGEL:  Why don't we take a break
21 for five minutes.  Is that okay with everybody?
22             MR. KORDICK:  Sure.
23             (Break from 11:34 a.m. to 1:09 p.m.)
24             (At this time Mr. Gonzales left the
25 deposition room.)

1   care in Mexico?
2       A.      It all depends on the situation and the
3   place you work.
4       Q.      Okay. But your -- your ability to have
5   medical care in Mexico depends on where you work and
6   your own monetary resources, not -- it's not provided
7   by the government.
8       A.      Yes, that's true.
9       Q.      Okay. Are you physically able to work
10  today?
11      A.      I want to move ahead and -- and I don't
12  think I have capacity -- maybe I have a 50 percent
13  capacity to do it today.
14      Q.      Okay. Has anyone ever talked to you
15  about your ability to work in the future?
16      A.      Yes.
17      Q.      Who?
18      A.      I don't remember the name of the company,
19  unless it was the name that I'm -- what was it? No, I
20  can't even remember. No, I can't remember.
21      Q.      Okay. You are not working today,
22  correct?
23      A.      No, I'm not.
24      Q.      Do you have any -- can you work legally
25  in the United States today?

Carranza-Reyes v. Park County    Moises Carranza-Reyes, Volume I

Page 65

1   A.   If I had a work permit, I would.
2   Q.   Have you applied for a work permit?
3   A.   Yes.
4   Q.   When?
5   A.   In the past.
6   Q.   Do you have documentation about the
7   status of your application for a work permit to work in
8   the United States today?
9   A.   I've talked to the consulate that I'd
10  like to get a work permit. I haven't signed anything.
11  I don't know if they have any data or anything else
12  about that.
13  Q.   Okay. Do you know whether you've applied
14  for a work permit with any government agency of the
15  United States?
16       MR. KORDICK: And I object to the
17  question -- the form of the question, because it
18  doesn't limit it to any time period. Maybe it does. I
19  don't know.
20  A.   Can you repeat that?
21  Q.   (BY MR. RINGEL) Sure. Are you aware of
22  you completing any kind of paperwork to obtain a work
23  permit to work in the United States at any time?
24  A.   No.
25  Q.   Are you aware of anyone completing such

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

e3c27357-3c51-4c77-8eb9-33cbcabdea1d

Carranza-Reyes v. Park County    Moises Carranza-Reyes, Volume II

Page 332

1  visa?
2       A.    No.
3       Q.    Does your sister-in-law currently have a
4  work visa?
5       A.    She doesn't work.
6       Q.    And you don't currently have a work visa?
7       A.    No.
8             MR. KORDICK:  Asked and answered.
9       Q.    (BY MR. SARGENT)  Did you plan to work in
10 the United States illegally?
11      A.    Not for a long time.
12      Q.    Did you plan to make arrangements to pay
13 taxes on any money that you earned here in the United
14 States?
15            MR. KORDICK:  Objection as to form.
16      A.    Logically, I would.
17      Q.    (BY MR. SARGENT)  How were you going to make
18 arrangements to pay taxes on money you earned here in the
19 United States?
20      A.    I don't know.
21      Q.    When your brother was here in the United
22 States before February of 2003, did he have a work visa
23 at that time?
24      A.    I don't know.  I don't know.
25      Q.    When your brother was here before February

*   SUBJECT TO CONFIDENTIALITY DESIGNATIONS   *

96ec2d46-9c56-485c-86bc-db2124c58398

Carranza-Reyes v. Park County    Moises Carranza-Reyes, Volume II

Page 319

1   you.  It won't take as long as Mr. Ringel's.
2        A.    That's fine.
3        Q.    You said you live with your brother and
4   sister-in-law, correct?
5        A.    Yes.
6        Q.    And I understand that your rent is about
7   $400 a month; is that right?
8        A.    My brother does.
9        Q.    So do you make any -- do you personally make
10  any contribution to the rent?
11       A.    No.
12       Q.    Do you make any monetary contribution to
13  help pay for food?
14       A.    No.
15       Q.    Who pays for that?
16       A.    My brother.
17       Q.    Did your sister-in-law work before she had a
18  baby?
19       A.    Yes.
20       Q.    Do you know what type of work she did?
21       A.    Yes.
22       Q.    What type of work?
23       A.    She was doing housecleaning.
24       Q.    Do you have any bank accounts in the United
25  States?

*    SUBJECT TO CONFIDENTIALITY DESIGNATIONS    *