IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

      Defendants.

---

**JOINT STIPULATED MOTION FOR AMENDMENT TO SCHEDULING ORDER**
with proposed Order

---

Plaintiff Moises Carranza-Reyes and Defendants the Park County Board of County Commissioners, Fred Wegener, Monte Gore, Vickie Paulsen, R.N., and James Bachman, M.D., by and through their respective counsel, Lloyd C. Kordick & Associates, Trine & Metcalf, P.C., Joseph Archuleta, Esq., Hall & Evans, L.L.C., Johnson, McConaty & Sargent, PC, and Berg Hill Greenleaf & Ruscitti, LLP, hereby submit this Joint Stipulated Motion for Amendment to Scheduling Order, and as grounds therefore state as follows:

1.     This Court entered a Scheduling Order in this matter on September 16, 2005. Since the entry of the Scheduling Order, the parties have engaged in extensive discovery including conducting the depositions of sixteen individuals and exchanging thousands of pages

of documents.  The parties, though their counsel, agree that certain of the deadlines established in the Scheduling Order require modification to allow the parties to complete discovery in this matter and file any appropriate dispositive motions at the conclusion of discovery.  The parties submit that good cause exists for this Court to amend the Scheduling Order for the following reasons.

2.     First, Plaintiff designated seven retained experts as well as all of his treating health care providers as experts on June 15, 2006.  Since that time, the parties have been engaged in attempting to schedule the depositions of all of the Plaintiff's retained experts as well as the most important treating health care providers of the Plaintiff who have not been deposed to date.  Due to scheduling issues related to the calendars of all of the counsel involved in this case as well as the experts involved, the parties have had difficulty in scheduling the depositions.  Defendants require the depositions of the Plaintiff's experts before they are able to make final determinations as to the need for the Defendants to designate experts and for any designated experts to complete their expert reports.   Counsel for the parties believe it would be most efficient to schedule the depositions of the Plaintiff's experts prior to the deadline for the Defendants to designate experts.  In addition, counsel for the parties believe that allowing the Plaintiff the opportunity to take the depositions of any experts endorsed by the Defendants followed by a deadline for rebuttal experts makes sense as well.

3.     Second, the parties have been attempting to secure documentary information from Immigration and Customs Enforcement related to the Plaintiff and to schedule depositions of Immigration and Customs Enforcement officials who interacted with the Plaintiff and the Park County Jail.  The applicable federal regulations governing the disclosure of such documents and

depositions have created impediments to the parties' ability to secure such information and depositions.

4.      Third, some additional limited fact discovery depositions may be necessary that have not occurred to date as well as some additional depositions of some health care treating providers of the Plaintiff.

5.      Based on the above considerations, the parties jointly believe the following discovery and dispositive motions schedule will be workable to conclude discovery in this case and respectfully request it be adopted by this Court:

| | |
|---|---|
| Defendants' Expert Disclosure: | August 17, 2006 |
| Plaintiff's Rebuttal Expert Disclosure: | September 15, 2006 |
| Discovery Cut-Off | October 13, 2006 |
| Dispositive Motions Deadline: | November 14, 2006. |

The parties have not requested any extension of the above deadlines and jointly believe that the nature of this case and the impediments to completing discovery described above establish good cause for an amendment to the Scheduling Order as set forth above.

WHEREFORE, for all of the foregoing reasons, the Plaintiff Moises Carranza-Reyes and the Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore, Vickie Paulsen and James Bachman respectfully request this Court extend the discovery and dispositive motions deadlines as set forth above, and for all other and further relief as this Court deems just and appropriate.

Dated this 6th day of July, 2006.

Respectfully submitted,

s/ Lloyd C. Kordick

_____
Lloyd C. Kordick, Esq.
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, Colorado 80903
(719) 475-8460
Lloyd@kordicklaw.com
*Attorneys for Plaintiff*

s/ Andrew D. Ringel

_____
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
(303) 628-3300
ringela@hallevans.com
*Attorneys for Board of County Commissioners of Park County, Fred Wegener, and Monte Gore*

s/ Joseph J. Archuleta

_____
Joseph J. Archuleta, Esq.
Joseph J. Archuleta & Associates
1724 Ogden Street
Denver, Colorado 80218
(303) 837-1642
archuletalaw@qwest.net
*Attorneys for Plaintiff*

s/ Craig A. Sargent

_____
Craig A. Sargent, Esq.
Johnson, McConaty & Sargent, PC
400 S. Colorado Blvd., Suite 900
Glendale, Colorado 80246
(303) 388-7711
csargent@jmspc.com
*Attorneys for James Bachman, M.D.*

s/ William A. Trine

_____
William A. Trine, Esq.
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, Colorado 80302
(303) 442-0173
btrine@trine-metcalf.com
*Attorneys for Plaintiff*

s/ Melanie B. Lewis

_____
Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, Colorado 80302
(303) 402-1600
jam@bhglaw.com
*Attorneys for Vickie Paulsen, R.N.*

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on the 6th day of July, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

William A. Trine, Esq.
btrine@trine-metcalf.com

Richard H. Frankel, Esq.
rfrankel@tlpj.org

Andrew W. Jurs, Esq.
ajurs@jmspc.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

Craig A. Sargent, Esq.
csargent@jmspc.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

s/Leslie Grauberger,   Secretary
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\motion to amend scheduling order.doc

5