IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

    Defendants.

## ORDER GRANTING JOINT STIPULATED MOTION
## FOR AMENDMENT TO SCHEDULING ORDER

This matter comes before the Court on the Joint Stipulated Motion for Amendment to Scheduling Order filed by the parties in this matter. Having reviewed the Motion, and being fully advised, the Court hereby Order the Motion is granted and the following deadlines are extended as follows:

| | |
|---|---|
| Defendants' Expert Disclosure: | August 17, 2006 |
| Plaintiff's Rebuttal Expert Disclosure: | September 15, 2006 |
| Discovery Cut-Off | October 13, 2006 |
| Dispositive Motions Deadline: | November 14, 2006 |

Dated this _____ day of July, 2006.

_____
Boyd N. Boland
United States Magistrate Judge