IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County jail,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the request of the parties,

IT IS HEREBY ORDERED that the Settlement Conference set for July 11, 2006, is **vacated and reset to September 12, 2006, at 1:30 p.m.,** in Chambers A-442, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved.  This requirement is not satisfied by the presence of counsel only.

The Confidential Settlement Statements shall be submitted by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov., on or before **September 5, 2006**.  **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.**  Failure to submit Confidential Settlement Statements on

time may result in the Settlement Conference being vacated.


DATED: July 6, 2006