IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County jail,

Defendants.
_____

## **AMENDED MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Stipulated Motion for Amendment to Scheduling Order** [docket no. 76, filed July 6, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
  The defendants shall designate all experts and provide opposing
  counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on
  or before **August 17, 2006**;

  The plaintiff shall designate all rebuttal experts and provide
  opposing counsel with all information specified in Fed. R. Civ. P.
  26(a)(2) on or before **September 15, 2006**;

Discovery Cut-Off:                                **October 13, 2006**;

Dispositive Motions Deadline:                     **November 14, 2006**.

      IT IS FURTHER ORDERED that the Pretrial Conference set for December 7, 2006, is **vacated and reset to March 13, 2007, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 6, 2007**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: July 7, 2006