IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO PROVIDE SUPPLEMENTAL EXPERT DISCLOSURES FROM DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**
with Proposed Order

---

    Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby respectfully submit this Unopposed Motion for Extension of Time to Provide Supplemental Expert Disclosures, as follows:

    1.    On July 7, 2006, this Court granted the parties' Joint Stipulated Motion for Amendment to Scheduling Order which set a deadline of August 17, 2006, for the Defendants to provide their Fed. R. Civ. P. 26(a)(2) expert disclosures. Contemporaneously with the filing of the

instant Motion, these Defendants are providing their Fed. R. Civ. P. 26(a)(2) expert disclosures. However, these Defendants respectfully request an extension of time until September 15, 2006, to provide a supplemental expert disclosure for two additional experts as described below. In addition, these Defendants' request will also require the extension of the Plaintiff's deadline for the designation of rebuttal experts to any supplemental experts disclosed by these Defendants until October 15, 2006, and for the discovery cut-off to be extended until November 1, 2006, for the sole purpose of the Defendants deposing any rebuttal experts designated by the Plaintiff on October 15, 2006. No party will be prejudiced by this requested extension and the current deadline for dispositive motions of November 14, 2006, and the Final Pretrial Conference set for March 6, 2007, need not be altered by this requested extension.

2. These Defendants require an extension of time to endorse two supplemental experts. First, Defendants plan on endorsing a jail policies and practices expert. These Defendants had contacted and retained a jail policies and practices expert some time ago. During the week of August 8, 2006, that expert informed counsel for these Defendants that he was unable to be an expert in this matter due to a conflict of interest. As a result, Defendants have had to find and retain another jail policies and practices expert. These Defendants' new jail policies and practices expert requires additional time to review the voluminous documentary record in this case and prepare an appropriate expert report. Second, Defendants plan on endorsing an infectious disease expert. Defendants' infectious disease expert has a busy schedule and due to other commitments requires additional time to review the voluminous documentary record in this case and prepare an appropriate expert report as well. Accordingly, these Defendants request the following from this Court: (1) an extension until and including September 15, 2006, for these Defendants to provide a

supplemental expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2); (2) an extension until and including October 15, 2006, for the Plaintiff to endorse any rebuttal experts to any supplemental experts designated by these Defendants on September 15, 2006; and (3) an extension of the discovery cut-off until November 1, 2006, for the limited purpose of the Defendants deposing any rebuttal expert endorsed by the Plaintiff on October 15, 2006.  The parties have worked diligently to schedule the depositions of the Plaintiff's seven (7) retained experts as well as several of the treating health care providers of the Plaintiff.  All but one of the Plaintiff's retained experts has been scheduled for a deposition.  In addition, the parties will work together to schedule any necessary depositions of the Defendants' experts.  These Defendants believe the above extension of time for these limited purposes will prove workable and will not unduly disrupt the discovery and pretrial schedule established by this Court.

3.      Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for the Plaintiff, William A. Trine, Esq. via electronic mail prior to filing the instant Motion.  Mr. Trine indicated that the Plaintiff did not object to this Motion.

4.      In addition, also pursuant to D.C.Colo.LCiv.R. 6.1(D), undersigned counsel has served his client representative with a copy of this Motion as indicated on the attached Certificate of Mailing.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore respectfully request an extension of time as follows:  (1) an extension until and including September 15, 2006, for these Defendants to provide a supplemental expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2); (2) an extension until and including October 15, 2006, for the Plaintiff to endorse any rebuttal experts to any supplemental

3

experts designated by these Defendants on September 15, 2006; and (3) an extension of the discovery cut-off until November 1, 2006, for the limited purpose of the Defendants deposing any rebuttal expert endorsed by the Plaintiff on October 15, 2006, and for all other and further relief as this Court deems just and appropriate.

Dated this 17th day of August, 2006.

Respectfully submitted,

s/Andrew D. Ringel, Esq.
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Tel: (303) 628-3300
Fax: (303) 293-3238
ringela@hallevans.com
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 17th day of August, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| William Trine, Esq. | Melanie Bailey Lewis, Esq. |
| btrine@trine-metcalf.com | mbl@bhgrlaw.com |
| | |
| Joseph Archuleta, Esq. | Josh Adam Marks, Esq. |
| archuletalaw@qwest.net | jam@bhgrlaw.com |
| | |
| Adele Kimmel, Esq. | Andrew Wallace Jurs, Esq. |
| akimmel@tlpj.org | ajurs@jmspc.com |

Lloyd C. Kordick, Esq.
Lloyd@kordicklaw.com; susan@kordicklaw.com

Craig A. Sargent, Esq.
csargent@jmspc.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant via U.S. Mail, first-class postage prepaid and addressed as follows:

Stephen Groome, Esq.
Park County Attorney
P.O. Box 1373
Fairplay, Colorado 80440

                                   s/Loree Trout,   Secretary
                                   Andrew D. Ringel, Esq.
                                   Hall & Evans, L.L.C.
                                   1125 17th Street, Suite 600
                                   Denver, CO 80202-2052
                                   303-628-3300
                                   Fax: 303-293-3238
                                   ringela@hallevans.com
                                   **ATTORNEYS FOR DEFENDANTS**
                                   **PARK COUNTY BOARD OF COUNTY**
                                   **COMMISSIONERS, FRED WEGENER**
                                   **AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\motion extend experts.doc