IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO PROVIDE SUPPLEMENTAL EXPERT DISCLOSURES**

---

This matter comes before the Court on the Unopposed Motion for Extension of Time to Provide Supplemental Expert Disclosures from Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore. Having reviewed the Motion, and being fully advised, the Court hereby Order the Motion is granted and the following deadlines are extended as follows: (1) the above Defendants shall have until September 15, 2006, to provide supplemental expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2); (2) Plaintiff shall have until October 15, 2006, to endorse any rebuttal experts to any supplemental experts designated by the above Defendants on September 15, 2006; and (3) the discovery cut-off is extended until

November 1, 2006, for the sole purpose of the Defendants deposing any rebuttal expert endorsed by the Plaintiff on October 15, 2006.

Dated this _____ day of August, 2006.

By the Court:

_____
Boyd N. Boland
United States Magistrate Judge