IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES

      Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado,
FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as captain of Park County Sheriff's Department,
VICKI PAULSEN, individually and in her official capacity as registered nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as medical director of the Park County Jail,

      Defendants.

## DEFENDANT PAULSEN'S UNOPPOSED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINE

Defendant Vicki Paulsen ("Paulsen"), by and through her undersigned counsel and pursuant to D.C.COLO.L.CivR 6.1(C), hereby submits this Unopposed Motion for Extension of Expert Disclosure Deadline, and as grounds therefore states as follows:

### D.C.COLO.L.CivR 7.1 Certification

Counsel for Paulsen has conferred with counsel for Plaintiff, Bill Trine, who stated that Plaintiff does not oppose the relief requested in this Motion.

1.    The deadline for defense expert witness disclosures is August 17, 2006. (See Minute Order, July 7, 2006).

2.	Defendant Paulsen respectfully requests an extension of the deadline for her to disclose her expert witnesses. Plaintiff has disclosed several experts in this case, and the parties have taken numerous depositions and exchanged thousands of pages of documents. Due to the number of Plaintiff's expert reports, and volume of documents and depositions involved in the case, Ms. Paulsen's expert needs additional time to complete the required report under Fed. R. Civ. P. 26(a)(2). As a result, Defendant Paulsen respectfully requests that the Court grant her an extension up to and including August 30, 2006, in which to disclose her expert witnesses.

3.	Defendant Paulsen has requested two previous extensions in this case. First, Ms. Paulsen filed an Unopposed Motion for Extension of Fact Discovery (Docket No. 68), which was granted, extending fact discovery until September 6, 2006. Second, Ms. Paulsen joined in a motion filed by all parties to amend various deadlines in the Scheduling Order, including the deadlines for expert disclosures. (See Docket No. 76). That motion was granted in a Minute Order dated July 7, 2006.

4.	Pursuant to D.C. Colo. LCivR 6.1(D), a copy of this Motion is being served on the undersigned's client.

WHEREFORE, Defendant Paulsen respectfully requests that the Court enter an Order granting her Unopposed Motion for Extension of Expert Disclosure Deadline up to and including August 30, 2006.

Respectfully submitted: August 17, 2006

                    s/ Melanie B. Lewis

                    Josh A. Marks, Esq.
                    Melanie B. Lewis
                    Berg Hill Greenleaf & Ruscitti LLP
                    1712 Pearl Street
                    Boulder, CO  80302
                    Phone:  (303) 402-1600
                    Fax:  (303) 402-1601
                    Email:  jam@bhgrlaw.com; mbl@bhgrlaw.com

                    *Attorneys for Defendant Paulsen*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I electronically filed the foregoing **DEFENDANT PAULSEN'S UNOPPOSED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Craig Sargent
Andrew Jurs
Johnson, McConaty & Sargent
400 South Colorado Boulevard,
Suite 900
Glendale, CO 80246
csargent@jmspc.com
ajurs@jmspc.com

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO 80903

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO 80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com

s/ Julie Bozeman
Julie Bozeman