IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES

      Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado,
FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as captain of Park County Sheriff's Department,
VICKI PAULSEN, individually and in her official capacity as registered nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as medical director of the Park County Jail,

      Defendants.

---

### MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on Defendant Paulsen's Unopposed Motion for Extension of Expert Disclosure Deadline [filed August 17, 2006].

IT IS ORDERED that the Motion is GRANTED. Defendant Vicki Paulsen has up to and including **August 30, 2006,** by which to designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2).

Dated: _____