IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFFS OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually, and in his official capacity as Sheriff of Park County, Colorado;
MONTE-GORE, individually, and in his capacity as Captain of Park County Sheriffs Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

## JAMES BACHMAN, M.D.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSURE EXPERT WITNESSES

---

Defendant James Bachman, M.D., by and through his attorneys, Craig A. Sargent and Andrew W. Jurs, respectfully submits his Motion for an Extension of Time to Endorse his Expert Witnesses, as follows:

### CERTIFICATION PURSUANT TO D.C.COLO. LR 7.1

Pursuant to D.C.Colo.LR 7.1, undersigned counsel certifies that an attorney with his office contacted Plaintiff's attorney Mr. Trine concerning the relief requested in this Motion and that Plaintiff's counsel does not object to the requested relief.

1.   Pursuant to the Amended Scheduling Order, expert witnesses under Fed. R. Civ. P. 26(a)(2) must be disclosed by the defense no later than August 17, 2006.

2.   Dr. James Bachman respectfully requests additional time to disclose his expert witnesses under Fed. R. Civ. P. 26(a)(2), up to and including August 30, 2006.

3.   Dr. Bachman asks for additional time for the disclosures since, among other reasons, Mr. Sargent, lead counsel for Dr. Bachman, is out of town. Because of this, Mr. Trine agreed that an additional thirteen days would be fine. In addition, no party is prejudiced by the granting of this motion.

4.   Pursuant to D.C.Colo.L.R. 6.1(D), counsel submits that he is serving his client with a copy of this Motion for Extension of Time.

WHEREFORE, Defendant James Bachman, M.D., requests that this Court grant his Motion for Extension of Time to Disclose Expert Witnesses, and permit him up to and including August 30, 2006 to endorse his Fed. R. Civ. P. 26(a)(2) witnesses.

DATED this 17th Day of August, 2006

JOHNSON, McCONATY & SARGENT
A Professional Corporation

By: /s/ Andrew W. Jurs
Craig A. Sargent
Andrew W. Jurs
Attorneys for James Bachman, M.D.
400 South Colorado Boulevard, Suite 900
Glendale, Colorado   80246
Telephone: (303) 388-7711

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th Day of August, 2006, I electronically filed the foregoing **JAMES BACHMAN, M.D.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSURE EXPERT WITNESSES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
Archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
Lloyd@kordicklaw.com

Susan Kordick, Esq.
susan@kordicklaw.com

William A. Trine, Esq.
Btrine@trine-metcalf.com

Andrew Ringel, Esq.
ringela@hallevans.com

Melanie Lewis, Esq.
mbl@bhgrlaw.com

/s/ Andrew W. Jurs
Andrew W. Jurs
Attorney for Defendant Bachman