IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado, and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County jail,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Extension of Time to Provide Supplemental Expert Disclosures from Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore** [docket no. 83, filed August 17, 2006]; **Defendant Paulsen's Unopposed Motion for Extension of Expert Disclosure Deadline** [docket no. 84, filed August 17, 2006]; and **James Bachman, M.D.'s Unopposed Motion for Extension of Time to Disclosure Expert Witnesses** [docket no. 86, filed August 17, 2006] (the "Motions").

IT IS ORDERED that the Motions are GRANTED and the Scheduling Order is amended as follows:

>The defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 15, 2006**;

>The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 15, 2006**;

IT IS FURTHER ORDERED that the discovery cut-off is extended to and including **November 1, 2006**, for the limited purpose of the defendants deposing any rebuttal expert endorsed by the plaintiff on October 15, 2006.

DATED:  August 18, 2006