**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFFS OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually, and in his official capacity as Sheriff of Park County, Colorado;
MONTE-GORE, individually, and in his capacity as Captain of Park County Sheriffs Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

### JAMES BACHMAN, M.D.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSURE EXPERT WITNESSES

---

Defendant James Bachman, M.D., by and through his attorney, Craig A. Sargent, respectfully submits his Motion for an Extension of Time to Endorse his Expert Witnesses, as follows:

### CERTIFICATION PURSUANT TO D.C.COLO. LR 7.1

Pursuant to D.C.Colo.LR 7.1, undersigned counsel certifies that he conferred with Plaintiff's attorney, Mr. Trine, concerning the relief requested in this Motion and that Plaintiff's counsel does not object to the requested relief.

2

1. Pursuant to the August 18, 2006, Minute Order, defendants' expert witnesses under Fed. R. Civ. P. 26(a)(2) must be disclosed by the defense no later than September 15, 2006.

2. Dr. James Bachman respectfully requests additional time to disclose his expert witnesses under Fed. R. Civ. P. 26(a)(2), up to and including September 29, 2006.

3. Mr. Trine, Plaintiff's counsel, agreed that an additional fourteen (14) days would be fine. In addition, no party is prejudiced by the granting of this motion.

4. Pursuant to D.C.Colo.L.R. 6.1(D), counsel submits that he is serving his client with a copy of this Motion for Extension of Time.

WHEREFORE, Defendant James Bachman, M.D., requests that this Court grant his Motion for Extension of Time to Disclose Expert Witnesses, and permit him up to and including September 29, 2006 to endorse his Fed. R. Civ. P. 26(a)(2) witnesses.

DATED this 7th of September, 2006

JOHNSON, McCONATY & SARGENT
A Professional Corporation


By: /s/
Craig A. Sargent
Attorney for James Bachman, M.D.
400 South Colorado Boulevard, Suite 900
Glendale, Colorado   80246
Telephone: (303) 388-7711

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 7th day of September, 2006, I electronically filed the foregoing **JAMES BACHMAN, M.D.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSURE EXPERT WITNESSES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
Archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
Lloyd@kordicklaw.com

Susan Kordick, Esq.
susan@kordicklaw.com

William A. Trine, Esq.
Btrine@trine-metcalf.com

Andrew Ringel, Esq.
ringela@hallevans.com

Melanie Lewis, Esq.
mbl@bhgrlaw.com

                                             /s/_____
                                            Craig A. Sargent
                                            Attorney for Defendant Bachman