**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFFS OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually, and in his official capacity as Sheriff of Park County, Colorado;
MONTE-GORE, individually, and in his capacity as Captain of Park County Sheriffs Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

_____

**PROPOSED ORDER RE: JAMES BACHMAN, M.D.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO DISCLOSURE EXPERT WITNESSES**

_____

This matter comes before the Court on James Bachman, M.D.'s Unopposed Motion for an Extension of Time to Disclose Expert Witnesses, and the Court, having reviewed the Motion and being fully advised, hereby

GRANTS Dr. Bachman's Motion. Dr. James Bachman has up to and including September 29, 2006 to disclose his Fed. R. Civ. P. 26(a)(2) Witnesses to Plaintiff's counsel.

Dated this _____ Day of _____, 2006.

_____

Hon. Boyd N. Boland, U.S. Magistrate Judge