IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado,
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

    Defendants.

---

### MOTION TO WITHDRAW AS COUNSEL

---

Pursuant to D.C. Colo. L. Civ. R. 83.3 D, Richard H. Frankel moves to withdraw as co-counsel for the Plaintiff. Richard H. Frankel has resigned from Trial Lawyers for Public Justice, P.C. ("TLPJ"). TLPJ will continue to serve as co-counsel for the Plaintiff, through Adele P. Kimmel.

DATED this 28th day of September, 2006.

                Respectfully submitted,

                s/Adele P. Kimmel
                Adele P. Kimmel, admitted *pro hac vice*
                Trial Lawyers for Public Justice
                1825 K Street, N.W., Suite 200
                Washington, D.C. 20006
                (202) 797-8600
                Fax: (202) 232-7203
                akimmel@tlpj.org

William A. Trine, #577
Deborah Taussig, #33156
Trine & Metcalf, PC
1435 Arapahoe Avenue
Boulder Colorado  80302-6390
(303) 442-0173

Joseph J. Archuleta, #19426
Attorney at Law
1724 Ogden Street
Denver Colorado  80218
(303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado  80903
(719) 475-8460

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 28th day of September, 2006, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons at the e-mail addresses listed below:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, CO  80218-1018
archuletalaw@qwest.net

Lloyd C. Kordick
Lloyd C. Kordick & Associates
805 S. Cascade
Colorado Springs, CO  80903
Lloyd@kordicklaw.com

William A. Trine
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, CO  80302
Btrine@trine-metcalf.com

Andrew D. Ringel
Jennifer L. Veiga
Hall & Evans, L.L.C.
1125 Seventeenth Street, Suite 600
Denver, CO  80202-2052
ringela@hallevens.com
viegaj@hallevans.com

Craig A. Sargeant
Johnson, McConaty & Sargent, P.C.
400 S. Colorado Blvd., Suite 900
Glendale, Colorado 80246
csargent@jmspc.com

Josh A. Marks
Melanie B. Lewis
Berg Hill Greenleaf & Ruscitti, L.L.P.
1712 Pearl Street
Boulder, CO 80302
jam@bhgrlaw.com
mbl@bhgrlaw.com

                                                               s/Paula D. Athey
Paula D. Athey, Legal Assistant to
Adele P. Kimmel
Trial Lawyers for Public Justice, P.C.
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 797-8600
Fax: (202) 232-7203
akimmel@tlpj.org