IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

      Defendants

---

### UNOPPOSED MOTION TO ISSUE REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY) FROM DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE

---

Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, (collectively the "Park County Defendants") by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L Veiga, Esq. of Hall & Evans, L.L.C., hereby request the Court issue a Request for International Judicial Assistance to obtain documents, and as ground therefore state as follows:

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1

Pursuant to D.C.Colo.L.CivR 7.1(A), counsel for the Park County Defendants have conferred with counsel for all other parties prior to the filing of this Motion. Counsel for the

Plaintiff, William A. Trine, Esq., counsel for Defendant Vicki Paulsen, Josh A. Marks, Esq., and counsel for Defendant James Bachman, Craig A. Sargent, Esq., all do not object to the instant Motion.

1.      The Park County Defendants are seeking to obtain Plaintiff's medical records, employment records, military records, and educational records, all believed to be located in Mexico where the Plaintiff previously resided.

2.      Defendants have obtained from Plaintiff the appropriate releases to obtain the documents yet because of the location of the documents in Mexico, need the assistance of this Court in issuing the Requests for International Judicial Assistance.

3.      The Park County Defendants have attached hereto the Request for International Judicial Assistance to be executed by this Court in both English and Spanish.

WHEREFORE, for the reasons set forth more fully above, the Park County Defendants respectfully request this Court execute the Request for International Judicial Assistance attached hereto.

Dated this 31st date of October, 2006.

Respectfully submitted,


s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Tel:  (303) 628-3300
Fax:  (303) 293-3238


**ATTORNEYS FOR DEFENDANTS
BOARD OF COUNTY
COMMISSIONERS OF PARK
COUNTY, FRED WEGENER
AND MONTE GORE**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 31st day of October, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

William A. Trine, Esq.
btrine@trine-metcalf.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

Craig A. Sargent, Esq.
csargent@jmspc.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Andrew W. Jurs, Esq.
ajurs@jmspc.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

s/Loree Trout,   Secretary
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\motion to issue letters rogatory.doc