IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

    Defendants

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
### (LETTERS ROGATORY)

The United States District Court for the District of Colorado presents its compliments to the appropriate judicial authority in Mexico, and requests international assistance to obtain evidence to be used in a civil proceeding before this court in the above captioned matter.

This court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority in Mexico compel the production of the documents identified on Exhibit A attached hereto.

1. Sender:

    United States Federal District Court, Colorado
    Alfred A. Arraj United States Courthouse
    901 19th Street
    Denver, Colorado 80294-3589

2. Central Authority of the Requested State:

    Secretaría de Relaciones Exteriores
    Dirección General de Asuntos Jurídicos
    Plaza Juárez No. 20, Psio 5
    Colonia Centro, Delegación Cuauhtémoc
    C.P. 06010
    MEXICO, D.F.
    Mexico

3. Person to whom the executed request is to be returned:

    Andrew D. Ringel, Esq.
    Hall & Evans, L.L.C.
    1125 17th Street, Suite 600
    Denver, Colorado 80202-2052

4. In conformity with article 3 of the Convention, the undersigned applicant has the honor to submit the following request.

5. Respective Authorities:

    Requesting Judicial Authority

    United States Federal District Court, Colorado
    Judge Walker D. Miller
    Alfred A. Arraj United Sates Courthouse
    901 19th Street
    Denver, Colorado 80294-3589

To the Competent Authority of

Secretaría de Relaciones Exteriores
Dirección General de Asuntos Jurídicos
Plaza Juárez No. 20, Psio 5
Colonia Centro, Delegación Cuauhtémoc
C.P. 06010
MEXICO, D.F.
Mexico

6. Names and addresses of the parties and their representatives

Plaintiff

Moises Carranza-Reyes
C/o Joseph J. Archuleta, Esq.
Joseph J. Archuleta & Associates
724 Ogden Street
Denver, CO 80218

or

Lloyd C. Kordick, Esq.
Lloyd C. Kordick & Associates
805 So. Cascade Avenue
Colorado Springs, CO 80903-4101

or

William Trine, Esq.
Trine & Metcalf
1435 Arapahoe Street
Boulder, CO 80302

or

Adele Kimmel, Esq.
Trial Lawyers for Public Justice, P.C.
1825 K Street, N.W. Suite 200
Washington, D.C. 20006

Defendant

Park County Board of County Commissioners, Fred Wegener, and Monte Gore
C/o Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202

Other parties (Defendants)

Vicki Paulsen, RN
C/o Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pear Street
Boulder, CO 80302

James Bachman, M.D.
Craig A. Sargent, Esq.
Andrew W. Jurs, Esq.
Johnson, McConaty & Sargent, P.C.
400 So. Colorado Blvd. Suite 900
Glendale, CO 80246-1241

7. Nature and purpose of the proceedings and summary of the facts

The facts of the case pending before the United States District Court for the District of Colorado are that Plaintiff, Moises Carranza-Reyes, filed a lawsuit against several Defendants including the Park County Board of County Commissioners, Fred Wegener, Monte Gore, Vickie Paulsen, and James Bachman, seeking damages for personal injuries sustained while he was detained at the Park County Jail.

The production of the documents described more fully in Exhibit A is authorized by Federal Rules of Civil Procedure, 34 and 45. The medical records are important to determine whether Plaintiff had a pre-existing medical condition that

4

either caused or contributed to the personal injuries he is alleged to have sustained while detained at the Park County Jail. The educational, military, and employment records are important to assess the extent and scope of Plaintiff's potential damages including any future economic loss he may have sustained as a result of the personal injuries he claims from his detention at the Park County Jail.

8. Documents or other records to be obtained

See Exhibit A attached hereto.

9. Fees and costs incurred which are reimbursable under the Convention will be born by the Park County Defendants c/o of their attorneys, as identified herein.

10. This Court expresses its willingness to provide similar assistance to the judicial authorities of Mexico in a similar case when needed.

11. Date of request

_____ day of November, 2006

12. Signature and seal of the requesting authority

_____
Boyd N. Boland
United States Magistrate Judge

# EXHIBIT A

1.      Produce copies of all medical records for Moises Carranza-Reyes, born February 8, 1976, Mexico License No. 0630203524 – CARM760208 from the following:

      a.      Hospital Infantil de Mexico, Mexico City, Districo Federal

      b.      Hospital Central Militar.

2.      Produce all records from academic, educational, career, or vocational institutions for Moises Carranza-Reyes, born February 8, 1976, Mexico License No. 0630203524 – CARM760208 from the following:

      a.      Kinder – Juan Escutia, Mexico City, DF.

      b.      Primaria – Daniel Delgadillo, Mexico City, DF.

      c.      Secundaria – 58, Mexico City, DF.

      d.      Preparatoria – Abierta A. Senestre, Mexico City, DF.

3.      Produce all employment records from the following employers for Moises Carranza-Reyes, born February 8, 1976, Mexico License No. 0630203524 – CARM760208:

      a.      SSP – Policia de destrito, supervisor, Maria De La Luz-Gamez – District Chief of Police, Mexico City, DF.

      b.      Perugia, Rep. Costa Rica 109, Morelos, supervisor, Carlos Alpizar Duran – Mexico City, DF.

      c.      CTM, Chedrahui Ecatapec, Mexico City, DF.

      d.      Regimiento de Caballera Motorizado, Calzada de tlalpan, Campo Militar, #1-C, Heroico Colegiom Militar.  Supervisors, General Brigadier Diplomado de Estado Mayor C. Juan Ernesto Bernal Reyes.

      e.      Carniceria Polomo, supervisor, Alberto Bonfil Deleon, Mexico City, DF.

4.      Produce all military records from Moises Carranza-Reyes, born February 8, 1976, Mexico License No. 0630203524 – CARM760208.

## CERTIFICATE OF TRANSLATION

I, Bety Ziman, hereby certify that the previous attached document is an accurate translation of the following-attached document and that I am competent to render such translation in English and Spanish.

The undersigned translator is a Certified Federal Interpreter, certified by Lion Bridge Language Services as a Spanish/English, Hebrew/English Interpreter and evaluator, and by the National Consortium of State Courts, is the holder of a certificate from the University of the Arizona Institute of Court Interpretation, as well as from the Institute for Interpreters and Translators in Monterey Cal., and is a member of the National Association of Judicial Interpreters and Translators, of the American Translators Association, and of the Colorado Association of Professional Interpreters

**Signature:**   s/Bety Ziman   .     **Date:**   10/30/06   .
Bety Ziman
3329 E. Bayaud Ave.
Denver, CO 80209

7