IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY CUT-OFF

      This matter comes before the Court on the Unopposed Motion for Extension of Discovery Cut-Off from Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore. Having reviewed the Motion, and being fully advised, the Court hereby Order the Motion is granted and the discovery cut-off is hereby extended until December 15, 2006.

      Dated this _____ day of November, 2006.

      By the Court:

      _____
      Boyd N. Boland
      United States Magistrate Judge