EN EL TRIBUNAL DE PRIMERA INSTANCIA FEDERAL
PARA EL DISTRITO DE COLORADO

Causa Civil Núm. 05-cv-00377-WDM-BNB

MOISES CARRANZA REYES,

      Querellante,

contra

LOS COMISIONADOS DE LA JUNTA DIRECTIVA DEL CONDADO DE PARK
FRED WEGENER, individualmente y en su capacidad oficial como alguacil del condado de Park, Colorado;
MONTE GORE, individualmente y en su capacidad oficial como capitán del departamento del alguacil del condado de Park;
VICKIE PAULSEN, individualmente y en su capacidad oficial como enfermera diplomada para el condado de Park, Colorado; y
JAMES BACHMAN, doctor en medicina, individualmente y en su capacidad oficial como Director Médico de la Cárcel del condado de Park;

      Demandados

---

## SOLICITUD PARA RECIBIR AYUDA JUDICIAL INTERNACIONAL
## (CARTAS ROGATORIAS)

---

El Tribunal de Primera Instancia Federal para el Distrito de Colorado se dirige respetuosamente a la autoridad judicial competente en México, y por medio de la presente le solicita ayuda internacional para obtener documentos de prueba que puedan ser usados durante un proceso civil que se ventilara ante este tribunal en la causa arriba mencionada.

Este tribunal solicita la ayuda descrita por la presente como esencial para que se sirvan los fines de la justicia. Se le solicita ayuda a la autoridad judicial competente en México para que obligue a que sean producidos los documentos identificados en el documento de prueba A, adjunta al presente documento.

1.  Remitente:

    United States Federal District Court, Colorado
    Alfred A. Arraj United States Courthouse
    901 19th Street
    Denver, Colorado 80294-3589

2.  Autoridad Central del Estado solicitado:

    Secretaría de Relaciones Exteriores
    Dirección General de Asuntos Jurídicos
    Plaza Juárez No. 20, Piso 5
    Colonia Centro, Delegación Cuauhtémoc
    C.P. 06010
    MÉXICO, D.F.
    México

3.  Persona a la cual se debe enviar la solicitud una vez que sea ejecutada:

    Andrew D. Ringel, Esq.
    Hall & Evans, L.L.C.
    1125 17th Street, Suite 600
    Denver, Colorado 80202-2052

4.  En conformidad con el artículo 3 de la Convención, el abajo firmante respetuosamente presenta la solicitud a continuación.

5.  A las Respectivas Autoridades:

    Autoridad Judicial Solicitante

    Tribunal Federal de Primera Instancia para el Distrito de Colorado
    Su señoría el juez Walker D. Miller
    Alfred A. Arraj United States Courthouse
    901 19th Street
    Denver, Colorado 80294-3589

A la Autoridad Competente de la

Secretaría de Relaciones Exteriores
Dirección General de Asuntos Jurídicos
Plaza Juárez No. 20, Piso 5
Colonia Centro, Delegación Cuauhtémoc
C.P. 06010
MÉXICO, D.F.
México

6. Nombres y direcciones de las partes y los representantes de los mismos

Querellante

Moisés Carranza Reyes
C/o Joseph J. Archuleta, Esq.
Joseph J. Archuleta & Associates
724 Ogden Street
Denver, CO 80218

ó

Lloyd C. Kordick, Esq.
Lloyd C. Kordick & Associates
805 So. Cascade Avenue
Colorado Springs, CO 80903-4101

ó

William Trine, Esq.
Trine & Metcalf
1435 Arapahoe Street
Boulder, CO 80302

ó

Adele Kimmel, Esq.
Trial Lawyers for Public Justice, P.C.
1825 K Street, N.W. Suite 200
Washington, D.C. 20006

3

Demandado

Park County Board of County Commissioners, Fred Wegener, and Monte Gore
C/o Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202

Otras partes (Demandados)

Vicki Paulsen, RN
C/o Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pear Street
Boulder, CO 80302

James Bachman, M.D.
Craig A. Sargent, Esq.
Andrew W. Jurs, Esq.
Johnson, McConaty & Sargent, P.C.
400 So. Colorado Blvd. Suite 900
Glendale, CO 80246-1241

7.   Índole y fin de las diligencias y resumen de los hechos

Los hechos del caso pendiente ante el tribunal de primera instancia federal para el Distrito de Colorado; que el Querellante, Moisés Carranza Reyes, elevó una demanda en contra de varios demandados entre ellos la junta directiva de comisionados del condado para el condado de Park, Fred Wegener, Monte Gore, Vickie Paulsen, y James Bachman, tratando de obtener compensación por lesiones personales que sostuvo durante su detención en el condado de Park.

La producción de los documentos descritos con más detalle en el documento de prueba A queda autorizada conforme a las normas federal de procedimientos civiles, 34 y 45. Las actas médicas son esenciales para poder determinar si es que

4

el Querellante sufría de una condición médica que existía con anterioridad que ya sea haya causado o haya contribuido a las lesiones personales que él supuestamente sostuvo durante su detención en la cárcel del condado de Park. Los certificados escolares, militares y de empleo son esenciales para poder determinar el alcance y la amplitud de los posibles daños del Querellante incluyendo cualquier pérdida financiera futura que pudiera haber sostenido como resultado de los daños personal que dice él haber sufrido durante su detención en la cárcel del condado de Park.

8. Documentos o actas adicionales que son necesarias

Véase el documento de prueba A adjunto al presente documento.

9. Honorarios y costes incurridos los cuales son reembolsables conforme lo establece la Convención correrán a cargo de los Demandados del Condado de Park por medio de sus abogados, tales como se identifican en la presente.

10. Este tribunal expresa su disponibilidad para prestar ayuda similar a las autoridades judiciales de México en un caso parecido cuando sea necesario.

11. Fecha de la solicitud

    2 _nd_ día de noviembre de 2006

12. Firma y sello de la autoridad que solicita la información

_[signature]_
Boyd N. Boland
Juez de Instrucción Federal

## DOCUMENTO DE PRUEBA A

1. Presentar copias de todas las actas médicas para Moisés Carranza Reyes, nacido el 8 de febrero de 1976, Licencia Mexicana Núm. 0630203524 – CARM760208 de las instituciones a continuación:

    a. Hospital Infantil de México, Ciudad de México, Distrito Federal

    b. Hospital Central Militar.

2. Producir todas las actas ya sean académicas, escolares, de institutos de carrera o vocacionales para Moisés Carranza Reyes, nacido el 8 de febrero de 1976, Licencia Mexicana Núm. 0630203524 – CARM760208 de las siguientes instituciones:

    a. Kinder – Juan Escutia, México, DF.

    b. Primaria – Daniel Delgadillo, México, DF.

    c. Secundaria – 58, México, DF.

    d. Preparatoria – Abierta A. Senestre, México, DF.

3. Producir todas las actas de empleo de los siguientes patrones para Moisés Carranza Reyes, nacido el 8 de febrero de 1976, Licencia Mexicana Núm. 0630203524 – CARM760208:

    a. SSP – Policía de distrito, supervisora, María De La Luz Gámez – Jefe de Policía de Distrito México, D.F.

    b. Perugia, Rep. Costa Rica 109, Morelos, supervisor, Carlos Alpizar Durán – México, D.F.

    c. CTM, Chedrahui Ecatepec, México, D.F.

    d. Regimiento de Caballera Motorizado, Calzada de Tlálpan, Campo Militar, #1-C, Heroico Colegio Militar. Supervisores, General de Brigada Diplomado de Estado Mayor C. Juan Ernesto Bernal Reyes.

    e. Carnicería Polomo, supervisor, Alberto Bonfil Deleón, México, D.F.

4. Producir todas las actas militares para Moisés Carranza Reyes, nacido el 8 de febrero de 1976, Licencia Mexicana Núm. 0630203524 – CARM760208.