IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

      Defendants.

---

**UNOPPOSED MOTION TO EXTEND DISCOVERY
CUT-OFF AND DISPOSITIVE MOTIONS DEADLINE**
with proposed Order

---

Defendants the Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby submit this Unopposed Motion to Extend Discovery Cut-Off and Dispositive Motions Deadline, and as grounds therefore state as follows:

      1.     By Minute Order dated August 18, 2006, this Court extended the discovery cut-off in this matter until November 1, 2006. In addition, by Minute Order dated July 7, 2006, this Court set a deadline of November 14, 2006, for dispositive motions. The parties have worked diligently to complete all of the necessary discovery in this matter and have made substantial

progress in doing so.  However, the parties require additional time until and including December 15, 2006, to complete the remaining discovery in this matter.  In addition, because of the remaining discovery, the parties request until and including December 15, 2006, to file dispositive motions.  On November 1, 2006, these Defendants filed an Unopposed Motion to Extend Discovery Cut-Off.  This Court denied that Motion without prejudice in a Minute Order dated November 2, 2006, informing the parties that a renewed motion should address the dispositive motions deadline.  The instant Motion does so.  Moreover, the parties do not believe that these requested changes in the discovery cut-off and the dispositive will necessitate rescheduling the Final Pretrial Conference presently set for March 13, 2007.

2.      First, the parties have been attempting to secure documentary information from Immigration and Customs Enforcement related to the Plaintiff and to schedule depositions of Immigration and Customs Enforcement officials who interacted with the Plaintiff and the Park County Jail.  The applicable federal regulations governing the disclosure of such documents and depositions have created impediments to the parties' ability to secure such information and depositions.  Counsel for the Defendants have made a formal request to obtain relevant documents and depose relevant individuals from the Immigration and Customs Enforcement and have not received any formal response from the appropriate federal officials.  Counsel have worked diligently to follow-up on their formal request but have not received any formal response whether such documentary information will be provided and whether the requested depositions will be allowed.

3.      Second, based on the schedules of counsel for the parties and the deponents, the parties have scheduled the following depositions:   (1) Michel Holien, LCSW, a treating health

care provider of the Plaintiff, for November 9, 2006; (2) Thomas A. Rosazza, an expert designated by the Defendants, for November 10, 2006; and (3) Anthony G. Volz, MSN, RNC, ANP, an expert designated by the Plaintiff, for December 7, 2006.  In addition to the above depositions, counsel for the Plaintiff has requested the deposition of Donald H. Kearns, M.D., an expert witness retained by the Defendants and counsel for the Defendants may take a further deposition of Robert Greifinger, M.D., who was designated by the Plaintiff as a rebuttal expert. Counsel for the parties believe the remaining depositions of Dr. Kearns and Dr. Greifinger should be able to be scheduled by December 15, 2006, and are working to clear dates on the calendars of counsel and these deponents.

4.      Based on the above considerations, these Defendants, on behalf of all of the parties, respectfully request this Court extend the discovery cut-off until and including December 15, 2006, and the dispositive motions deadline until and including December 15, 2006.

5.      Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for all other parties.  Counsel for the Plaintiff and counsel for the other Defendants indicated that they do not oppose the instant Motion.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, Vickie Paulsen and James Bachman respectfully request this Court extend the discovery and dispositive motions deadlines as set forth above, and for all other and further relief as this Court deems just and appropriate.

Dated this 7th day of November, 2006.

Respectfully submitted,


s/ Andrew D. Ringel
_____
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
(303) 628-3300
ringela@hallevans.com
*Attorneys for Board of County Commissioners of Park County, Fred Wegener, and Monte Gore*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 7th day of November, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

William A. Trine, Esq.
btrine@trine-metcalf.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

Craig A. Sargent, Esq.
csargent@jmspc.com

Andrew W. Jurs, Esq.
ajurs@jmspc.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

s/Loree Trout,   Secretary
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\motion to extend discovery cut-off2.doc