IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFFS OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually, and in his official capacity as Sheriff of Park County, Colorado;
MONTE-GORE, individually, and in his capacity as Captain of Park County Sheriffs Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail, Defendants.

---

**STIPULATED MOTION TO DISMISS *WITH PREJUDICE*
PLAINTIFF'S FOURTH CLAIM FOR RELIEF AGAINST DR. BACHMAN
(ADMINISTRATIVE NEGLIGENCE AGAINST JAMES BACHMAN, M.D.)**

---

COME NOW the parties, Moises Carranza-Reyes, Plaintiff, and James Bachman, M.D., by their respective attorneys, and respectfully stipulate and move this Court to dismiss, with prejudice, Plaintiff's Fourth Claim for Relief Against Dr. Bachman (Administrative Negligence Against James Bachman, M.D.) *with prejudice,* against James Bachman, M.D. It is specifically recognized and agreed that no indemnity or compensation payment has been made to Plaintiff by or on behalf of Dr. Bachman in exchange for this dismissal. Each party is to pay its own costs and attorneys= fees.

IT IS FURTHER stipulated and agreed that an appropriate Order to Dismiss Plaintiff's Fourth Claim for Relief Against Dr. Bachman (Administrative Negligence

Against James Bachman, M.D.) with prejudice be entered herein upon the filing of this Stipulation to Dismiss without further notice by or to any party hereto.

Dated this 8th day of November, 2006.

Respectfully submitted,

TRINE & METCALF, P.C.

By: _____
William A. Trine, Esq., #577
1435 Arapahoe Avenue
Boulder, Colorado 80302-6390
Telephone: 303-442-0173

**COUNSEL FOR PLAINTIFF**

JOHNSON McCONATY & SARGENT, P.C.

By: _____
Craig A. Sargent, No. 17975
400 S. Colorado Boulevard, Suite 900
Glendale, Colorado 80246
Telephone: 303-388-7711

**COUNSEL FOR JAMES BACHMAN, M.D.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th of November, 2006, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS *WITH PREJUDICE* PLAINTIFF'S FOURTH CLAIM FOR RELIEF AGAINST DR. BACHMAN (ADMINSITRATIVE NEGLIGENCE AGAINST JAMES BACHMAN, M.D.)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.

Archuletalaw@qwest.net

Susan Kordick, Esq.
susan@kordicklaw.com

William A. Trine, Esq.
Btrine@trine-metcalf.com

Andrew Ringel, Esq.
ringela@hallevans.com

Melanie Lewis, Esq.
mbl@bhgrlaw.com

/s/ Craig A. Sargent

3