IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTYSHERIFFS OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually, and in his official capacity as Sheriff of Park County, Colorado;
MONTE-GORE, individually, and in his capacity as Captain of Park County Sheriffs Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail, Defendants.

---

**ORDER RE: STIPULATED MOTION TO DISMISS *WITH PREJUDICE*
PLAINTIFF'S FOURTH CLAIM FOR RELIEF AGAINST DR. BACHMAN
(ADMINISTRATIVE NEGLIGENCE AGAINST JAMES BACHMAN, M.D.)**

---

THIS MATTER coming on to be heard upon the Stipulation to Dismiss *with prejudice*, Plaintiff's Fourth Claim for Relief Against Dr. Bachman (Administrative Negligence Against James Bachman, M.C.) the Court being fully advised in the premises,

HEREBY ORDERS, ADJUDGES AND DECREES that Plaintiff's Fourth Claim for Relief Against Dr. Bachman (Administrative Negligence Against James Bachman, M.D.) is hereby dismissed *with prejudice* with each party to pay their own costs incurred with regard to that fourth claim for relief.

DATED this _____ day of _____, 2006

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE

2