IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

PARK COUNTY, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL AS TO JAMES BACHMAN, M.D. ONLY

---

The court takes judicial notice that the parties have filed a Stipulated Motion To Dismiss With Prejudice Plaintiff's Fourth Claim for Relief Against Dr. Bachman in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the Fourth Claim for Relief against James Bachman, M.D. is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 9, 2006

                                          BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL