IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFFS OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually, and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually, and in his capacity as Captain of Park County Sheriffs Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail, Defendants.

## STIPULATED MOTION FOR DISMISSAL *WITH PREJUDICE*

COME NOW the parties, Moises Carranza-Reyes, Plaintiff, and James Bachman, M.D., by their respective attorneys, and respectfully stipulate and move this Court to dismiss Plaintiff's Complaint, and the claims contained therein, *with prejudice*, against James Bachman, M.D. Each party is to pay its own costs and attorneys= fees.

IT IS FURTHER stipulated and agreed that an appropriate Order of Dismissal of Defendant, James Bachman, M.D., *with prejudice* be entered herein upon the filing of this Stipulation to Dismiss Defendant, James Bachman, M.D., *with prejudice*, without further notice by or to any party hereto.

Dated this 15th day of November, 2006.

Respectfully submitted,

TRINE & METCALF, P.C.

By: _____
William A. Trine, Esq., #577
1435 Arapahoe Avenue
Boulder, Colorado 80302-6390
Telephone: 303-442-0173

**COUNSEL FOR PLAINTIFF**

JOHNSON, McCONATY & SARGENT, P.C.

By: _____
Craig A. Sargent, No. 17975
400 S. Colorado Boulevard, Suite 900
Glendale, Colorado 80246
Telephone: 303-388-7711

**COUNSEL FOR JAMES BACHMAN, M.D.**

2