IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board,
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTYSHERIFFS OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually, and in his official capacity as Sheriff of Park County, Colorado;
MONTE-GORE, individually, and in his capacity as Captain of Park County Sheriffs Department;
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail, Defendants.

## ORDER RE: STIPULATED MOTION FOR DISMISSAL *WITH PREJUDICE*

THIS MATTER coming on to be heard upon the Stipulation to Dismiss Defendant, James Bachman, M.D., *with prejudice*, and the Court being fully advised in the premises,

HEREBY ORDERS, ADJUDGES AND DECREES that Defendant, James Bachman, M.D., is hereby dismissed *with prejudice* as a party to the above-described action, each party to pay their own costs with regard to the claims raised against Defendant, James Bachman, M.D.

DATED this _____ day of _____, 2006

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE