IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA REYES,

    Plaintiff,

v.

PARK COUNTY, et al.,

    Defendants.

## NOTICE OF DISMISSAL AS TO JAMES BACHMAN, M.D. ONLY ON ALL CLAIMS

Miller, J.

The court takes judicial notice that the parties have filed a Stipulated Motion for Dismissal With Prejudice (doc no 112), filed November 15, 2006, seeking to dismiss all claims against defendant James Bachman M.D.  Accordingly, all claims against James Bachman, M.D. are dismissed with prejudice, each party to pay his, her or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 30, 2006

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge