IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

---

**UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR MOTION FOR SUMMARY JUDGMENT FROM DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**
and Proposed Order

---

Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby submit this Unopposed Motion to Exceed Page Limit for Motion for Summary Judgment, as follows:

    1.    This Court's Pretrial and Trial Procedures § 6.1 establish a twenty (20) page limit on opening briefs filed in support of motions for summary judgment pursuant to Fed. R. Civ. P. 56. These Defendants respectfully request leave of this Court to file the accompanying Motion for Summary Judgment from Defendants Park County Board of County Commissioners, Fred

Wegener and Monte Gore is fifty-four pages. These Defendants submit an oversize brief is necessary and fully justified in this matter for several different reasons.

2.     First, the underlying factual predicate of this case is quite complicated. Discovery in this matter was extensive and resulted in the depositions of more than 30 individuals and the production of several thousand pages of documents. In addition, Plaintiff has several distinct claims and these Defendants have raised a variety of different defenses that all have required separate factual statements to support and explain. Further, Plaintiff's conditions of confinement claim raises a host of different allegations requiring separate presentation of the different facts germane to each of the Plaintiff's allegations. As a result, the statement of undisputed facts section of these Defendants' Motion for Summary Judgment contains twenty-two pages.

3.     Second, three Defendants are filing this Motion for Summary Judgment and the Plaintiff's claims against Defendants Sheriff Wegener and Captain Monte Gore are against these individual Defendants in both their official and individual capacities. These Defendants filed a combined Motion for Summary Judgment instead of separate Motions for the convenience of this Court and the parties. Because there are three different Defendants, however, each Defendant should be entitled to file a separate twenty page summary judgment effort pursuant to this Court's local rules.

4.     Third, the applicable law for these Defendants' arguments differs and requires separate explication in these Defendants' Motion for Summary Judgment. Moreover, Defendants have provided argument in conjunction with each of their different arguments to fully and adequate explain the Defendants' position to this Court. The fact that there are a variety of different arguments addressing these Defendants' liability has meant that these

Defendants' Motion for Summary Judgment argument section consists of approximately thirty-two pages. Defendants have attempted to be as concise as possible. However, the many different allegations raised by the Plaintiff and the different legal arguments raised by these Defendants has necessitated the expanded presentation contained in these Defendants' Motion for Summary Judgment.

5.  Fourth, these Defendants have no objection to the Plaintiff filing a brief in excess of the twenty pages normally allowed by this Court for summary judgment response briefs. The complicated legal and factual issues presented by this matter fully justifies additional briefing by the parties to allow this Court to make as informed a decision about the issues raised in these Defendants' Motion for Summary Judgment as possible.

6.  Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for the Plaintiff, William A. Trine, Esq., Lloyd Kordick, Esq. and Joseph Archuleta, Esq. via electronic mail prior to filing the instant Motion. Mr. Trine indicated the Plaintiff does not oppose this Motion so long as the Plaintiff is provided the opportunity to submit an oversize response brief. These Defendants do not object to the Plaintiff being allowed to submit an oversize response brief as indicated above.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore respectfully request this Court allow them to file an oversize Motion for Summary Judgment and accept the accompanying Motion for Summary Judgment from Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore for filing with this Court, and for all other and further relief as this Court deems just and appropriate.

Dated this 13th day of December 2006.

Respectfully submitted,

s/Andrew D. Ringel, Esq.
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Phone:  (303) 628-3300
Fax:      (303) 293-3238
ringela@hallevans.com
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 13th day of December, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

William A. Trine, Esq.
btrine@trine-metcalf.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

 

s/Dorhla Krening, Secretary to
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
ringela@hallevans.com
veigaj@hallevans.com
Phone: 303-628-3300
Fax:     303-293-3238
**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\motion exceed page limit.doc