**COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF:   FREDERICK WILLIAM WEGENER, III
January 20, 2006

---

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Plaintiff at

824 Costilla, Fairplay, Colorado at 9:23 a.m. before

Theresa A. Coffman, Federal Certified Realtime Reporter,

Registered Professional Reporter and Notary Public within

Colorado.

*Coffman Reporting*
303.893.0202
303.893.2230 FAX

EXHIBIT
A-1

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

```
                                                                    4
 1              WHEREUPON, the within proceedings were taken
 2    pursuant to the Federal Rules of Civil Procedure:
 3              (At this time Mr. Groome was not present in
 4    the deposition room.)
 5              FREDERICK WILLIAM WEGENER, III,
 6    having been first duly sworn to state the whole truth,
 7    was examined and testified as follows:
 8                          EXAMINATION
 9    BY MR. KORDICK:
10         Q.   Could you please state your full name for
11    the record.
12         A.   Full name.  Frederick William Wegener III.
13         Q.   Mr. Wegener, are you the elected sheriff for
14    Park County?
15         A.   Yes, I am.
16         Q.   Can you tell me, before you were sheriff,
17    did you have any kind of personal experience in law
18    enforcement?
19         A.   Oh, yes.  Let's see.  I started -- in 1981 I
20    was in the Air Force as a military police officer until
21    1987.  Went to work for Park County in '87 for eight and
22    a half years.  I was a patrol deputy, patrol sergeant and
23    investigator.  Left Park County in 1995 and started for
24    the Aurora Police Department.  I was a detention officer
25    opening their new jail.  Was there for -- till '97, and
```

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

                                                                    5

1   then I went to work for the Idaho Springs Police
2   Department as a detective.  I was there until December of
3   '90 -- what was it?  '98, I guess it was.  And then took
4   office in January of '99 as sheriff.
5       Q.   As I understand it, it's a four-year term as
6   sheriff?
7       A.   Yes, correct.
8       Q.   And is this your first term?
9       A.   Second term.  I am just coming down to the
10  end of my second term.
11      Q.   Okay.  Did you run an opposed election in
12  January of '99?
13      A.   Yes, I did.
14      Q.   Are you a Republican or a Democrat?  I don't
15  know.
16      A.   Republican.  Actually, I ran against Betty
17  Royse, who was the -- the sheriff then was Paul Ottmer.
18  Paul had resigned with about six months left to go on his
19  term.  Betty Royse then was the sheriff, and she's the
20  one I ran against.
21      Q.   Was that in a primary you ran?
22      A.   No, it was in the general.
23      Q.   So Betty I guess was a Democrat?
24      A.   Correct.
25      Q.   So you served your first term, and then when

1   A.   No, I don't.  Not that I recall, no.

2   Q.   Are you familiar just generally with the
3   statutory duties of the sheriff?

4   A.   Title XXX.  I mean, I don't have it
5   memorized.

6   Q.   Of course not.

7   A.   But yeah.

8   Q.   The statute provides that you're in charge
9   of the jail; is that correct?

10  A.   Correct.  That is correct.

11  Q.   And it also provides that there's a training
12  course, a required training course?

13  A.   For . . .

14       MR. RINGEL:  Object to the form.

15  Q.   (BY MR. KORDICK)  Sheriff, elected sheriff.

16       MR. RINGEL:  Object to the form.

17  A.   Each sheriff has to be a certified -- or has
18  to go through an academy within a year of becoming
19  sheriff.

20  Q.   (BY MR. KORDICK)  Did you attend the
21  academy?

22  A.   Yes.

23  Q.   And where is the academy held at?

24  A.   Well, it's no longer in existence, but I
25  went -- and I have to explain that the statute says

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

15

1   were you working for the sheriff's office when the jail
2   facility was constructed?
3       A.   Yes. When it was constructed, yes, I was.
4            (At this time Mr. Groome entered the
5   deposition room.)
6       Q.   Who constructed the jail facility?
7       A.   It was Wesley Box I think was the
8   construction company. That was his name. That was our
9   contractor back in -- was it '94, I think, it was built.
10      Q.   Okay. And who managed that jail after it
11  was constructed?
12      A.   Fenton Security is the name of the company
13  that ran it. It was a private company.
14      Q.   Did you ever enter the jail when Fenton
15  Security ran the jail?
16      A.   Yes, I did.
17      Q.   In what circumstance would you enter the
18  facility?
19      A.   Drop off prisoner, somebody I arrested.
20      Q.   Okay. Would you ever go back into the pod
21  area?
22      A.   It was a long time ago, but -- no, not that
23  I recall. If there was a problem, maybe they asked for
24  assistance, but like I say, I didn't always go back. No.
25  I don't recall.

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

16

1   Q.   Do you know when it was constructed, was it
2   constructed at the behest of the private contractor or
3   the county?
4   A.   It was at the behest of the county.
5   Q.   And do you know if it complied with ACA
6   standards?
7   A.   No, I do not recall.
8   Q.   Okay.  Who managed it next?
9   A.   Fenton got bought up by, I believe it was,
10  CiviGenics.
11  Q.   Were you ever in the facility when
12  CiviGenics owned the facility?
13  A.   Yes, I was.
14  Q.   Not owned the facility but operated the
15  facility?
16  A.   Yes, I was.
17  Q.   Were you ever in the pod area at that time?
18  A.   Yes.  Sure.
19  Q.   Did you observe D Pod at that time?
20  A.   Yes, um-hum.
21  Q.   Do you know if they were required to comply
22  with ACA standards?
23  A.   Required to comply?
24  Q.   Yes.
25  A.   No, I don't know if they were required to

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

Case 1:05-cv-00377-WDM-BNB   Document 117-1   Filed 12/13/06   USDC Colorado   Page 7 of 9
Carranza-Reyes v. Park County                                    Frederick William Wegener III

19

1  A.  Let's see. Yeah, it is.

2  Q.  I want to describe what we're looking at

3  here, and I don't know how precisely how to do it because

4  I don't see a directional area here, but we're looking

5  at --

6       MR. RINGEL: Want a suggestion?

7       MR. KORDICK: Yeah.

8       MR. RINGEL: Why don't you do it in terms of

9  the writing at the bottom of the page.

10 Q.  (BY MR. KORDICK) Okay. So if we're looking

11 at the bottom at the right of the page, which may be

12 south, and the right-hand -- or the lower right-hand

13 corner of the D Pod in relationship to that writing, it

14 looks like there's a wall of some sort, and you don't

15 remember if that corner's out of there or not?

16 A.  I don't recall there being a -- like that up

17 there, but that's -- I could think of the plumbing that's

18 upstairs, and -- or as far as how the plumbing goes, but

19 I just don't recall that wall, no.

20 Q.  Now, when they were running the facility,

21 you eventually, as sheriff, took over the facility from

22 the private contractor that was managing it, didn't you?

23 A.  Yes, that's correct.

24 Q.  And you were sheriff at the time you took

25 over?

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

Case 1:05-cv-00377-WDM-BNB   Document 117-1   Filed 12/13/06   USDC Colorado   Page 8 of 9
Carranza-Reyes v. Park County                                   Frederick William Wegener III

28

1    medical needs, so I don't know what the profit margin
2    would be.
3        Q.    Okay.  Well, let's go on.  It says, "The
4    jail was previously a privately managed facility, serving
5    as a financial albatross around the neck of the
6    commissioners and Park County taxpayers."  Is that an
7    accurate statement?
8        A.    Yes, sir.
9        Q.    I'm sorry?
10       A.    Yes, it does cost.
11       Q.    It says, "In September 2000, when Gore came
12   on board from his previous position as jail captain of
13   Summit County, the jail had only 12 inmates and was
14   losing money."  Is that right?
15       A.    I'm going to say yes, that's correct, other
16   than Monte wasn't -- he was the undersheriff at Summit
17   County, not the jail captain.
18       Q.    Okay.  But in September of 2000 when he came
19   on, there were only 12 inmates in that facility, correct?
20       A.    It depends on what month.  Yeah.  There
21   could have been.  I'd have to look.
22       Q.    So probably some of those bunks in D Pod
23   that we looked at in the original architectural drawing
24   would have been empty when you took it over, right?
25              MR. RINGEL:  Object to the form and the

Case 1:05-cv-00377-WDM-BNB   Document 117-1   Filed 12/13/06   USDC Colorado   Page 9 of 9
Carranza-Reyes v. Park County                                    Frederick William Wegener III

63

1    A.    Sure.

2    Q.    Once every two weeks, you walk through the
3 entire jail facility, more or less, correct?

4    A.    Yes.

5    Q.    And you're aware of the number of prisoners
6 that are being housed in the facility, aren't you?

7    MR. RINGEL: Object to the form and the
8 foundation.

9    A.    I'm aware of the total number.

10    Q.    (BY MR. KORDICK)  Did you know that -- are
11 you aware that from March 1 through March 8 that prisoner
12 totals were 48, 50, 51 and got as high as 61 prisoners in
13 the D Pod?

14    MR. RINGEL: Object to the form and the
15 foundation.

16    A.    No.

17    Q.    (BY MR. KORDICK)  You're not aware of that?

18    A.    No.  Huh-uh.

19    Q.    Were those figures available to you on your
20 computer in your office?

21    A.    No.  The only thing that's available to me
22 is the total number of prisoners in the jail.

23    Q.    Why is that?

24    A.    Because we don't break it down by pods.

25    Q.    Well, we've had materials produced to us