EXHIBIT
28

539737 02/15/2001 09:30A
2 of 8 R 0.00 D 0.00 BARBARA J PASCO PARK CO

- Bills from specialists or other physicians or nurse practitioners
- Reimbursement of other health care providers at the Park County Jail

All such services shall be referred to in this Agreement as the "Services".

<u>Term of Services</u>: This Agreement is for a term commencing at 12:01AM on January 1, 2001, and terminating at 11:59 p.m. on December 31, 2001, as such term may be extended by mutual consent of the parties.

<u>Compensation</u>: Compensation for all Services for the entire Original Term shall be as follows:

*$5400.00 - to be paid at a rate of $450.00 per month to Frisco Medical Center

All Services shall be billed or invoiced monthly according to the terms of this Agreement. Payment shall be due and owing only following the date of receipt of an invoice referencing this Agreement by the Board of County Commissioners for the COUNTY that describes with a reasonable level of specificity acceptable to the Board the services performed. Compensation includes a flat rate of $450.00 per month for the performance of services described in this Agreement, and no other materials or services shall be billed to or paid by the COUNTY unless included in this Agreement. Any increases or modification of compensation shall be subject to the approval of the COUNTY and shall be made by only by written amendment of this Agreement executed by both parties.

<u>The following additional attachments are made a part of this Agreement</u>: Exhibit A: "Contract Terms and Conditions."

IN WITNESS WHEREOF, CONTRACTOR and the COUNTY have made and executed this Agreement.

CONTRACTOR                                  PARK COUNTY, COLORADO

By: _____                       By: _____

Print Name: James J. Bachman                Chairperson of Board of Commissioners

Date: 2/5/01                                Date: 2-15-01

*Effective date of Agreement shall be the later of the dates of execution by CONTRACTOR or the COUNTY.*

PARK 0312
REYES

DR. BACHMAN IS NOW ON A MONTH TO MONTH CONTRACT AT THE SAME RATE OF $450°° MO.

2

EXHIBIT
A-3

RECEIVED FEB 2 7 2001

539737 02/16/2001 09:30A
1 of 8 R 0.00 D 0.00 BARBARA J PASCO PARK CO

# AGREEMENT FOR PROFESSIONAL SERVICES

## FOR PARK COUNTY, COLORADO

This Agreement for Professional Services is entered into by and between **JAMES J. BACHMAN, M.D.** ("CONTRACTOR"), whose address is Post Office Box 545, Frisco, Colorado 80443, and **PARK COUNTY, COLORADO** ("COUNTY"), a political subdivision of the state of Colorado whose address is P.O. Box 220, 501 Main Street, Fairplay, Colorado 80440, pursuant to which CONTRACTOR will perform the Services described in this Agreement for the compensation set forth below, subject to the General Conditions which are attached hereto and made a part of this Agreement. This Agreement shall become effective following the later of the date of execution by CONTRACTOR or the date of execution by the COUNTY as identified below.

**Scope of Services:** As directed by the COUNTY'S representative as identified below in this Agreement and commencing upon the effective date of this Agreement, CONTRACTOR shall perform the following services:

- Development and review of all medical protocols at Park County Jail, and any other medical administrative duties as related to the position of Medical Director.
- Responsibility for all medical care of inmates provided while they are in the custody of Park County.
- Supervision of the on-site nurse, and on-call nurses at the Park County Jail.
- When available, being on 24-hour call to the on-call nurse, and/or emergency medical service personnel to assist with transport decisions, and/or to answer questions arising from emergency medical situations at the Park County Jail.
- Provide at least one, not to exceed two, visits to the Park County Jail per month to see inmates.
- See all Park County Jail inmates who require a visit to the doctor, and are medically able to be transported, at Contractor's private office located at Frisco Medical Center.
- Review and implement protocols as needed to meet the minimum standards of the Department of Corrections regarding medical care of inmates.
- Review the Park County Jail budget as requested, and provide budget requests for medical equipment.

Services DO NOT include:

- The cost of transporting inmates to Contractors office
- Lab or X-ray costs
- Emergency room costs
- Hospital costs

*Approved
2/15/01
Bob Pasco
has original*

1

PARK 0313
REYES




- Bills from specialists or other physicians or nurse practitioners
- Reimbursement of other health care providers at the Park County Jail

All such services shall be referred to in this Agreement as the "Services".

**Term of Services**: This Agreement is for a term commencing at **12:01AM on January 1, 2001**, and terminating at **11:59 p.m. on December 31, 2001**, as such term may be extended by mutual consent of the parties.

**Compensation**: Compensation for all Services for the entire Original Term shall be as follows:

*$5400.00 - to be paid at a rate of $450.00 per month to Frisco Medical Center

All Services shall be billed or invoiced monthly according to the terms of this Agreement. Payment shall be due and owing only following the date of receipt of an invoice referencing this Agreement by the Board of County Commissioners for the COUNTY that describes with a reasonable level of specificity acceptable to the Board the services performed. Compensation includes a flat rate of $450.00 per month for the performance of services described in this Agreement, and no other materials or services shall be billed to or paid by the COUNTY unless included in this Agreement. Any increases or modification of compensation shall be subject to the approval of the COUNTY and shall be made by only by written amendment of this Agreement executed by both parties.

The following additional attachments are made a part of this Agreement: Exhibit A: "Contract Terms and Conditions."

IN WITNESS WHEREOF, CONTRACTOR and the COUNTY have made and executed this Agreement.

CONTRACTOR

By: _____

Print Name: James J. Bachn Jr

Date: 2/5/01

PARK COUNTY, COLORADO

By: _____

Chairperson of Board of Commissioners

Date: 2-15-01

*Effective date of Agreement shall be the later of the dates of execution by CONTRACTOR or the COUNTY.*

PARK 0314
REYES

```
539737 02/16/2001 09:30A
3 of 8 R 0.00 D 0.00 BARBARA J PASCO PARK CO
```

STATE OF COLORADO    )
                     ) ss.
COUNTY OF _____ )

The foregoing instrument was acknowledged before me this _____ day of _____,
19_____, by _____ as CONTRACTOR.

Witness my hand and official seal.
My Commission Expires: _____

[ S E A L ]

_____
Notary Public

ATTEST:

_Barbara J. Pasco_
Clerk or Deputy Clerk

PARK 0315
REYES

539737 02/16/2001 09:30A
4 of 8 R 0.00 D 0.00 BARBARA J PASCO PARK CO

EXHIBIT A
*CONTRACT TERMS AND CONDITIONS*

This Agreement is comprised of the cover sheets, this Exhibit A entitled "Contract Terms and Conditions."

## SECTION 1: CONTRACTOR'S RESPONSIBILITIES

1.1   CONTRACTOR, through its owner(s) and employees, shall provide the Services described in the cover sheet of this Agreement. In performing such Services, CONTRACTOR will use that degree of care and skill ordinarily exercised under similar circumstances by members of the same profession practicing in the same locality. CONTRACTOR represents to the COUNTY that he is properly licensed within the state of Colorado for the performance of the Services, holds valid and effective license(s) and possesses the skills, knowledge, and abilities to competently and professionally perform the Services in accordance with this Agreement and the standard set by this paragraph 1.1. Failure to be properly licensed or to hold valid and effective licenses shall constitute a breach of this Agreement by CONTRACTOR and shall entitle the COUNTY to unilaterally terminate this Agreement upon the payment in full of compensation and reimbursable expenses earned by CONTRACTOR up to and only including the date that CONTRACTOR failed to hold such license.

1.2   CONTRACTOR shall perform all Services as an independent contractor, and shall not be deemed by virtue of this Agreement to have entered into any partnership, joint venture, employer/employee or other relationship with the COUNTY. The COUNTY shall not be obligated to secure and shall not provide any insurance coverage or employment benefits of any kind or type to or for CONTRACTOR or its employees or representatives, including but not limited to workers' compensation, disability, errors and omissions, or retirement contributions.

1.3   CONTRACTOR will assume all liability for medical decisions, and for those decisions made by nurses and other medical personnel under CONTRACTOR'S supervision, and for all medical practice by CONTRACTOR, and by those medical personnel under CONTRACTOR'S supervision.

1.4   *CONTRACTOR will advise the nurse, or a supervisor at the Park County Jail whenever CONTRACTOR is not available for on-call consultation.

## SECTION 2: COUNTY'S RESPONSIBILITIES

2.1   COUNTY designates **FRED WEGENER**, Sheriff of Park County, or such other person designated in writing by Sheriff Wegener, and/or **MONTE GORE**, Captain of the Park County Jail, or the Board of County Commissioners, as the person(s) to act as the COUNTY'S representative with respect to the CONTRACTOR'S performance of the Services. The COUNTY'S representative or designee shall have complete authority to transmit instructions, receive information, interpret and define the COUNTY'S policies and decisions with respect to the Services. Other than the Board of County Commissioners, neither the COUNTY'S representative nor any COUNTY employee, agent, attorney, contractor, individual member or groups of members of any board or commission, or any other person shall have any authority to amend, waive, alter, or revise any term or condition of this Agreement.

2.2   The COUNTY agrees to provide CONTRACTOR with reasonable access to the

539737 02/16/2001 09:30A
5 of 8 R 0.00 D 0.00 BARBARA J PASCO PARK CO

COUNTY'S facilities and properties as may be necessary or convenient to undertake and complete the Services. Any keys or other equipment provided to CONTRACTOR shall remain the property of the COUNTY and shall be returned to the COUNTY immediately upon the termination of this Agreement.

2.3   The COUNTY will be responsible for the transport of inmates to Frisco Medical Center for treatment by the CONTRACTOR. The COUNTY will provide security while inmates are on the premises of the Frisco Medical Center, and an officer(s) will remain with the inmate(s) at all times.

## SECTION 3: DOCUMENTS AND REPORTS

3.1   All documents (excluding confidential medical records) and any other materials created or prepared by CONTRACTOR as part of his performance of the Services and this Agreement (the "Work Products") shall become the property of the COUNTY.

3.2   Copies of all Work Products will be retained by CONTRACTOR for a period of five (5) years following completion of the Services or shall be delivered to the COUNTY at no cost contemporaneously with the termination of this Agreement. Prior to CONTRACTOR'S disposal or destruction of any Work Product retained after the termination of this Agreement, CONTRACTOR shall notify the COUNTY in writing and, if the COUNTY so instructs, CONTRACTOR shall have such Work Product delivered to the COUNTY at not cost to the COUNTY. Following any notice that any Work Product is scheduled for disposal or destruction, CONTRACTOR shall provide to the COUNTY a reasonable opportunity to inspect such Work Product in order to permit the COUNTY to determine whether the Work Product should be retained by the COUNTY.

3.3   *All medical records will be maintained in accordance with the standards required by the medical profession.

## SECTION 4: PAYMENT OF COMPENSATION

4.1   CONTRACTOR shall deliver an invoice or other billing statement to the COUNTY at the following address: Park County Jail, PO Box 965, Fairplay, CO 80440. The invoice or statement shall contain information sufficient to determine that the invoiced services are properly payable in accordance with this Agreement and shall reference this Agreement. The COUNTY will pay the balance stated in the invoice within not more than sixty (60) days of the COUNTY'S receipt of the invoice, unless the COUNTY informs CONTRACTOR in writing of specific objections to the invoice within a ten day period. Any invoiced charge or cost not contested or objected to shall be paid by the COUNTY within the specified period. CONTRACTOR acknowledges that the COUNTY is a public entity and a political subdivision of the state of Colorado corporation and, except as expressly provided by this Agreement, County Resolutions, or promulgated County regulations rules, or by any applicable state or federal law, the COUNTY may officially act only through its elected Board of County Commissioners during a properly scheduled and conducted public meetings; therefore, the COUNTY may be delayed in acting upon certain requests as a result of unforeseen events or irregularities in meetings and in setting meeting schedules, including but not limited to holidays or lack of a quorum of the Board of County Commissioners.

4.2   Any invoiced amounts that are not contested by the COUNTY and which are outstanding and owing after sixty days of the COUNTY'S receipt of a properly submitted invoice will bear interest at the rate of 1.0% simple interest per month (12% per annum)

539737 02/16/2001 09:30A
6 of 8 R 0.00 D 0.00 BARBARA J PASCO PARK CO

commencing upon the sixty first (61st) day following the date of the COUNTY'S receipt of the invoice, until paid. Payment, and any notice permitted or required by this Agreement, shall be deemed made and completed upon hand delivery to the CONTRACTOR, or upon deposit of such payment in the U.S. Mail, postage pre-paid, addressed to CONTRACTOR at the address identified above.

## SECTION 5: RISK, DISPUTES AND INSURANCE

5.1 The parties agree that all disputes between them will be submitted to a mutually agreeable neutral mediator as a condition precedent to litigation or other remedies provided by law. A party desiring to assert a dispute to mediation shall notify the other in writing. The fee and costs of the mediator shall be apportioned equally between the parties. Failure to retain a mutually agreeable neutral mediator within twenty (20) days of receipt of a notice of a dispute shall void any requirement to seek mediation imposed by this section. The findings, results, or recommendation of any mediator shall not be binding on the parties.

5.2 Neither party will be liable to the other unless suit is commenced within three years of the date of discovery of loss or injury, or within three years after the completion of Services, whichever is earlier.

5.3 CONTRACTOR shall maintain general liability, errors and omissions, and other professional liability insurance policies in amounts deemed appropriate by CONTRACTOR or required by federal, state, or local laws. Certificates of insurance will be provided to COUNTY within three (3) working days following the effective date of this Agreement. Failure of CONTRACTOR to secure or maintain insurance for any reason shall not alter or modify any obligation or duty on the part of CONTRACTOR contained in this Agreement; provided that failure to secure or maintain insurance, and to maintain insurance in such amounts, required by federal, state, or local law shall constitute a material breach of this Agreement and entitle COUNTY to terminate this Agreement as provided below.

## SECTION 6: MISCELLANEOUS PROVISIONS

6.1 ENTIRE AGREEMENT. These Contract Terms and Conditions and the agreement coversheet constitute the entire agreement between the parties and supersedes any prior agreements, whether verbal or written, between the parties or its employees or representatives. Neither party has made any representation or promise of performance to the other that is not stated in this Agreement.

6.2 NOTICES. Any notice required or permitted by this Agreement shall be in writing and shall be deemed to have been sufficiently given for all purposes if personally served or if sent by certified mail or registered mail, postage and fees prepaid, addressed to the party to whom such notice is to be given at the address set forth on the signature page below, or at such other address as have been previously furnished in writing, to the other party or parties. Such notice shall be deemed to have been given when deposited in the United States Mail.

6.3 ASSIGNMENT. Neither party may assign this Agreement without the express written consent of the other party evidenced by and contained within a document titled "Assignment of Professional Services Agreement." CONTRACTOR may enter into

PARK 0318
REYES

539737 02/16/2001 09:30A
7 of 8 R 0.00 D 0.00 BARBARA J PASCO PARK CO

subcontracts for portions of the work ONLY upon notice to and prior written approval of the COUNTY contained within a document titled "Subcontract for Professional Services." The COUNTY shall not pay any costs associated with assignment or subcontracting of Services unless and until such subcontracting is properly approved by the COUNTY in accordance with this Agreement.

6.4 NO BENEFICIARIES. Nothing contained in this Agreement is intended to or shall create a contractual relationship with, cause of action in favor of, or claim for relief for, any third party. Absolutely no third party beneficiaries are intended by this Agreement. Any third-party receiving a benefit from this Agreement is an incidental and unintended beneficiary only.

6.5 LAW AND VENUE. This Agreement shall be interpreted according to the law of the state of Colorado. Venue for any action arising under this Agreement shall be in the appropriate court for Park County, Colorado; provided that, at the discretion and election of the COUNTY, the COUNTY may seek venue for any such action in the appropriate court for either Park County, Colorado, or the City and County of Denver, Colorado, and, in the event of such election by the COUNTY, the CONTRACTOR hereby consents and shall not object to venue in either court.

6.6 SEVERABILITY. Each provision of this Agreement is intended to be severable. If any provision of this Agreement is declared illegal or invalid for any reason, such illegality or invalidity shall not affect the remainder of this Agreement.

6.7 TERMINATION. Except as otherwise provided by this Agreement, this Agreement may be terminated in writing without cause or reason by the COUNTY upon thirty (30) days written notice to the CONTRACTOR or by the CONTRACTOR upon thirty (30) days written notice to the COUNTY. In the event of termination pursuant to this paragraph, the COUNTY shall pay CONTRACTOR all owed fees and, if applicable, reimbursable expenses incurred up to the date of termination in accordance with this Agreement unless such fees or expenses are subject to dispute or contest as provided by this Agreement.

6.8 ARTICLE X, SECTION 20/TABOR. The parties understand and acknowledge that the COUNTY is subject to Article X, § 20 of the Colorado Constitution ("TABOR"). The parties do not intend to violate the terms and requirements of TABOR by the execution of this Agreement. It is understood and agreed that this Agreement does not create a multi-fiscal year direct or indirect debt or obligation within the meaning of TABOR and, therefore, notwithstanding anything in this Agreement to the contrary, all payment obligations of the COUNTY are expressly dependent and conditioned upon the continuing availability of funds beyond the term of the COUNTY'S current fiscal period ending upon the next succeeding December 31. Financial obligations of the COUNTY payable after the current fiscal year are contingent upon funds for that purpose being appropriated, budgeted, and otherwise made available in accordance with the rules, regulations, and resolutions of Park County and other applicable law. Upon the failure to appropriate such funds, this Agreement shall be terminated.

6.9 NO WAIVER OF GOVERNMENTAL IMMUNITY. Nothing in this Agreement is intended to waive any protection afforded to the COUNTY by the Colorado Governmental Immunity Act, C.R.S. § 24-10-101 et seq. or any other applicable law providing immunity to the COUNTY, its officials, and employees.

PARK 0319
REYES

539737 02/16/2001 09:30A
8 of 8 R 0.00 D 0.00 BARBARA J PASCO PARK CO

6.10    WAIVER.  A waiver by any party to this Agreement of the breach of any term or provision of this Agreement shall not operate or be construed as a waiver of any subsequent breach by either party.

6.11    INDEMNIFICATION AND HOLD HARMLESS.  CONTRACTOR expressly agrees to indemnify and hold harmless the COUNTY, and any of its commissioners, officials, officers, agents, consultants, attorneys, or employees from any and all claims, damages, liability, or court awards, including costs and attorney's fees that are or may be awarded as a result of any loss, injury or damage sustained or claimed to have been sustained by anyone, including but not limited to, any person, firm, partnership, or corporation, in connection with or arising out of any negligent or tortuous conduct, error, omission, or act of commission by CONTRACTOR or any of its employees, agents, or others acting on CONTRACTOR'S behalf in performance of the Services.  Nothing in this Agreement shall be construed as constituting a covenant, promise, or agreement by the CONTRACTOR to indemnify or hold the COUNTY, its commissioners, officials, officers, agents, consultants, attorneys, or employees harmless for any negligence attributable solely to the COUNTY, its commissioners, officials officers, agents, consultants, attorneys, or employees.

SECTION 7:  SPECIAL PROVISIONS

7.1    COMPLIANCE WITH ALL FEDERAL AND STATE LAWS.  The Parties understand and acknowledge that the Services require and involve the practice of medicine which is governed by federal and state laws. The CONTRACTOR represents that he is qualified, knowledgeable, and licensed to practice medicine in the State of Colorado, and shall perform the Services in strict accordance with all federal and state laws. The CONTRACTOR'S agreement to indemnify and hold the COUNTY harmless as provided by this Agreement specifically includes indemnification and hold harmless for any and all penalties, fines, court costs, actions, and claims related in any way or arising from the practice of medicine in the performance of the Services.

**THE REMAINER OF THIS PAGE IS INTENTIONALLY BLANK**

PARK 0320
REYES