# POLICY AND PROCEDURE MANUAL

## INTRODUCTION

Park County Taxpayers are providing an incredibly costly investment in our jail and our staff. Jails take a big bite out of the county budget. It is incumbent upon us as jail professionals to not only house incarcerated persons safely, humanely, and at the same time protect their constitutional rights, we must also make the jail as self supporting as possible. Park county citizens expect our jail to be a professional organization that operates proficiently, anticipates change, and responds to rapidly shifting resources.

This Policy and Procedure Manual is your guide to ensure that all staff are pulling in the same direction. It outlines the rules and regulations, policies and procedures. This is a "living manual" which means new policies may be added and some deleted at any time. It is designed to provide you an in depth understanding of how to operate in the many disciplines you face in a jail operation. It cannot possibly have an answer to every situation that may arise, but it will offer many options that will help you in your daily decision making.

Following this manual will protect you, the Sheriff's Office and Park County from litigation. Read this manual, follow its precepts and it will serve you well in the daily operations of the jail and your career goals.

Fred Wegener
Sheriff

---

*This Manual has been written and prepared by Jerry Sylvia, Deputy Warden (Retired), consultant is Detentions and Corrections.*

EXHIBIT
A-6

PARK 1324
REYES

## PARK COUNTY SHERIFF'S OFFICE

## POLICY AND PROCEDURE MANUAL



| Effective Date: 11-01-00 | Approval: | Number: J-111-A | |
|---|---|---|---|
| Subject: Sanitation Inspections | | | |
| Reference: ACA | | Standard: 3-4310 | |
| Chapter: Eleven | | Reevaluation Date: | No. Pages: |

**PURPOSE:**
    To ensure that sanitation inspections are conducted on a regular schedule to protect the health and safety of inmates and staff.

**DEFINITIONS:**
    None.

**POLICY:**
    It is the policy of the Sheriff's Office that weekly and monthly sanitation and safety inspections be conducted by the Jail Captain.

**PROCEDURES:**
    The Captain may delegate the weekly inspection to one of the supervisors, but the monthly inspection must be conducted by the Jail Captain.

    If delegated, a written weekly inspection report will be provided to the Jail Captain for his information and/or action.

    The Captain's monthly report will be provided to the Undersheriff for his information and/or action.

PARK 1529
REYES

# PARK COUNTY SHERIFF'S OFFICE

# POLICY AND PROCEDURE MANUAL

| | | | |
|---|---|---|---|
| *Effective Date*: 11-01-00 | *Approval*: | | *Number: J-111-B* |
| *Subject:* Housekeeping | | | |
| *Reference:* ACA | | | *Standard: 3-4313-4314* |
| *Chapter:* Eleven | *Reevaluation Date:* | | *No. Pages:* |

**PURPOSE:**

Control of vermin and pests

**DEFINITIONS:**

None.

**POLICY:**

It is the policy of the Sheriff's office that the Sheriff's office building and jail be free of insects, rodents and vermin.

**PROCEDURES:**

It is the responsibility of the maintenance supervisor to ensure compliance with this policy by conducting inspections and contracting pest control professionals to eradicate, to whatever measure is effective, any insects, rodents or vermin found.

Effective housekeeping requires the development of a definite cleaning schedule with staff and inmates assigned specific duties.

Cleaning activities by inmates should be supervised at all times to ensure that the work performed is proper and thorough.

PARK COUNTY SHERIFF'S OFFICE

POLICY AND PROCEDURE MANUAL

| Effective Date: 11-01-00 | Approval: | Number: J-112-A |
|---|---|---|
| Subject: Clothing and Bedding Supplies | | |
| Reference: ACA | | Standard: 3-4315, 4316, 4217, 4318, 4315, 4220 |
| Chapter: Twelve | Reevaluation Date: | No. Pages: |

**PURPOSE:**
To ensure recorded issue of clothing and bedding is available, as needed, at any one time.

**DEFINITIONS:**
None.

**POLICY:**
It is the policy of the Sheriff's Office that a clothing and bedding issue program be established to ensure every inmate is properly clothed and warm bedding provided at all times.

**PROCEDURES:**
More clothing, linen, and bedding be available than needed at any one time, so there is no delay in replacing item.

The issue of clothing and bedding will be recorded, and inmates will be held accountable for its use.

No civilian clothing will be allowed for inmates.

Standard issue at time of admission should include shirts, trousers, undergarments, socks string-less shoes.

Inmates assigned to outside work activities will be issued appropriate coats, jackets and headwear.

Laundry service will be available according to posted laundry schedule.

Exchange of clothing and bedding will be on a posted bedding and clothing exchange schedule.

PARK 1532
REYES

PARK COUNTY SHERIFF'S OFFICE

POLICY AND PROCEDURE MANUAL

| Effective Date: | Approval: | Number: J-116-A |
|---|---|---|
| Subject: Inmate Handbook ||| 
| Reference: ACA | | Standard: |
| Chapter: Sixteen | Reevaluation Date: | No. Pages: |

**PURPOSE:**
To inform inmates of the jail procedures, programs, discipline and grievance policy.

**DEFINITION:**
None

**POLICY:**
It is the policy of the Sheriff's Office that all newly arrived inmates are given a copy of the Park County Jail Inmate Handbook.

**PROCEDURES:**
Inmates must sign that they have received a copy of the Inmate Handbook. At first meeting with the Case Manager, the inmate will sign that he or she has read the handbook and completely understands it. In the event the inmate cannot read, has a vision or language problem, the Case Manager will make arrangements to have the handbook read to him or her.

PARK COUNTY SHERIFF'S OFFICE

POLICY AND PROCEDURE MANUAL

| Effective Date: | Approval: | Number: J-119-A |
|---|---|---|
| Subject: Admission – Booking Process | | |
| Reference: ACA | | Standard: 3-4272 |
| Chapter: Nineteen | Reevaluation Date: | No. Pages: |

**PURPOSE:**
To provide an orientation program that introduces new inmate arrivals of what is expected of him/her during their stay at the Park County Jail.

**DEFINITIONS:**
New arrivals may be pre-trial arrestees, other county agency prisoners, state and federal adjudicated inmates and holds for Immigration/Naturalization.

**POLICY:**
It is the policy of the Sheriff's Office that all new arrivals be processed into the jail facility through a booking and orientation system that introduces the inmate to the facility and provides the Sheriff's Office with pertinent personal information.

**PROCEDURES:**
The procedures include, at a minimum, the following:

- Photographs and fingerprints all new arrivals
- Inputs data into computer and checks NCIC/CCIC database for wants, warrants, driver's license and criminal history records.
- Enters new arrivals into jail record and jail log
- Thorough search of the inmate and their possessions
- Disposition of personal property
- Shower, if necessary
- Issue clean, laundered clothing
- Medical screening
- Assignment to a housing unit
- Record basic personal data and information to be used for mail and visiting list
- New bookings are allowed a telephone call
- Provide an Inmate Handbook

Staff should explain the procedure for inmates who have a reading deficit or a language barrier.

PARK 1664
REYES

PARK COUNTY SHERIFF'S OFFICE

POLICY AND PROCEDURE MANUAL

| Effective Date: | Approval: | Number: J-121-A |
|---|---|---|
| Subject: Responsible Health Authority | | |
| Reference: ACA | | Standard: 3-4326 |
| Chapter: Twenty-one | Reevaluation Date: | No. Pages: |

**PURPOSE:**
To define a health professional to protect the health and well-being of inmates.

**DEFINITIONS:**
None

**POLICY:**
It is the policy of the Sheriff's Office that a staff member from the medical profession arranges for all levels of health care, assuring the quality of all health reviews, and assuring that inmates have access to them. The health authority may be a registered nurse, physicians assistant or other health care authority operating under the supervision of a single designated physician.

**PROCEDURES:**
None

PARK 1684
REYES