1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF: DARLENE K. ELLIS
November 3, 2005

---

MOISES CARRANZA-REYES,

Plaintiffs

v.

PARK COUNTY, a public entity of the State of Colorado
and its governing board, THE PARK COUNTY BOARD OF COUNTY
COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public
entity of the State of Colorado; FRED WEGENER,
individually and in his official capacity as Sheriff of
Park County, Colorado; MONTE GORE, individually and in
his capacity as Captain of Park County Sheriff's
Department; VICKIE PAULSEN, individually and in her
official capacity as Registered Nurse for Park County,
Colorado; JAMES BACHMAN, M.D., individually and in his
official capacity as Medical Director of the Park County
Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Plaintiff at
824 Costella, Fairplay, Colorado 80440 at 8:42 a.m.
before Laura L. Corning, Federal Certified Realtime
Reporter, Certified Shorthand Reporter and Notary Public
within Colorado.

EXHIBIT A-7

17

```
 1                THE DEPONENT:  Okay.
 2                MR. RINGEL:  That's okay.  We understand
 3     depositions are not exactly like conversations.  So if
 4     you could do that, that would be appreciated.
 5                THE DEPONENT:  Okay.
 6        Q.      (BY MR. KORDICK)  Now, as I understand
 7     it, there is a handbook -- a prisoner handbook that's
 8     provided to the inmates.
 9        A.      Yes, sir.
10        Q.      And is the prisoner handbook something
11     that is also in English?
12        A.      English and Spanish, sir.
13        Q.      It's in Spanish.  Do you know if the INS
14     detainees actually receive a handbook in all cases?
15        A.      In all cases?
16        Q.      Yes.
17                MR. RINGEL:  Object to the form and the
18     foundation.
19        A.      I can't honestly say in all cases.  I
20     have no idea if they receive a handbook in all cases.
21        Q.      (BY MR. KORDICK)  The distribution of
22     handbooks to INS prisoners, is that something that was
23     not in effect in March of 2003?
24        A.      Yes, it was in effect in 2003.
25        Q.      And does that form explain -- what?  Do
```

57

```
 1        A.      They're usually -- there was never a
 2   problem of anybody grabbing the mop and the broom and
 3   stuff like this and having it cleaned.
 4        Q.      (BY MR. KORDICK)  Okay.  Now, was there
 5   a -- did you have plungers available in the facility?
 6        A.      Yes, sir.
 7        Q.      Was it a common problem to have the
 8   toilets get clogged up with 60 -- well, in this case
 9   50, at this time -- 50 inmates and two toilets?
10                MR. RINGEL:  Object to the form.
11        A.      No, sir.
12        Q.      (BY MR. KORDICK)  Was there a problem at
13   this time, on the 4th, with a number of inmates having
14   diarrhea and vomiting?
15        A.      Not that I know of, sir.
16        Q.      Are you saying you don't remember at this
17   time, or do you say that's not true?
18                MR. RINGEL:  Object to the form.
19        A.      Not that I know of.
20        Q.      (BY MR. KORDICK)  You don't remember?
21        A.      I don't remember.
22        Q.      Okay.  You're not saying that it's not
23   true; is that right?
24                MR. RINGEL:  Object to the form.
25        Q.      (BY MR. KORDICK)  I want to know if
```