

1         IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLORADO

3

4    Case No. 05-cv-377-WDM-BNB

5   ————————————————————————————————————————————

6   DEPOSITION OF EDWARD ALLEN      August 23, 2006

7   ————————————————————————————————————————————

    MOISES CARRANZA-REYES,

8

9             Plaintiff,

10   vs.

11   PARK COUNTY, a Public Entity of the State of
    Colorado and Governing Board, and

12   THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, and

13   PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the
    State of Colorado, and

14
    FRED WEGENER, Individually and in his Capacity as

15   Sheriff of Park County, Colorado, and

16   MONTE GORE, Individually and in his Capacity as
    Captain of Park County Sheriff's Department, and

17
    VICKI PAULSEN, Individually and in her Official

18   Capacity as Registered Nurse for Park County,
    Colorado, and

19
    JAMES BACHMAN, M.D., Individually and in his

20   Official Capacity as Medical Director of the Park
    County Jail,

21
             Defendants.

22

23   ————————————————————————————————————————————

24

25

EXHIBIT

A-8

1            MR. RINGEL:  Thank you.

2       Q.   During the time that you worked in the

3   Park County Jail, did you have an occasion to be

4   involved in intake of INS detainees?

5       A.   Yes.

6       Q.   Can you generally describe for me how

7   that worked?

8       A.   We'd bring them in from transport.  They

9   would all be in handcuffs, and so the first thing

10  you would do is get everybody out of the cuffs.  If

11  there were women there, they pretty much needed to

12  go to the restroom and so you would get that squared

13  away.

14            We would pull a laundry clerk to

15  help issue clothes, and then whoever was doing the

16  actual booking then would -- most generally INS

17  would provide us with the names so we could prebook.

18  So we would have the names of the people there so we

19  could get the cards started.

20            And we would wind up bringing one

21  up at a time, having them go over an inventory sheet

22  of everything that they owned.  Sometimes it was a

23  little tough because my Spanish wasn't very good or

24  their English wasn't very good, but visibly we could

25  see what they had.  We would mark it down, bagged it

1   up.

2                       After they had been issued a set

3   of greens, shoes, which was most generally were the

4   slippers or the slip-on canvass shoes or what they

5   call flip-flops, I guess, and a hygiene bag, then

6   they would be brought up to the booking agent.  And

7   if they had any money on them, we would go through

8   that, take that, put it in the account.  They would

9   receive a receipt.

10                      Once all that was taken care of

11  they would give them their lunches, because very

12  rarely were they fed.  But we always, Park County

13  did do a good job of having a good sack lunch for

14  them.

15                      We would take them to the cell

16  blocks where they would be issued a mattress,

17  because when they got their clothing issued they

18  also had sheets, blankets, pillow case, towel, and

19  wash rag.  And we'd take them into the cell block.

20  Then they would be issued a roll of toilet paper

21  each, and they would either find a bunk if there was

22  one available or find a spot for the mattress.

23       Q.    Were you responsible for issuing any of

24  the materials that you just described being issued

25  to the detainees?

1          A.    Yes, sir.

2          Q.    Do you ever recall a circumstance where

3    the uniform that was given to a detainee was not

4    clean?

5          A.    No, sir.  It's just some of them may have

6    not looked clean because you wash them that many

7    times, that many people because it was boot camp,

8    county parole violators.  Sometimes they would look

9    a little dingy, but they were clean.

10         Q.    What about the sheets or the towels or

11   the blankets?

12         A.    Same thing.  The sheets over a period of

13   time started looking a little gray.  They did at the

14   DOC too, but they were clean.

15         Q.    And the blankets were clean?

16         A.    Yes, sir.

17         Q.    Okay.

18         A.    When they were issued they were clean.

19         Q.    I understand.  Do you ever recall a

20   circumstance where a detainee was not issued shoes?

21         A.    Not -- not when I was there.  They may

22   not have fit real well.  They may have been too big,

23   but I never let them get through without a pair of

24   shoes.

25         Q.    Did you ever observe anybody else let

52

1    somebody get through without a pair of shoes?

2         A.    Not that I saw, sir, no.

3         Q.    Were the towels and wash cloths clean?

4         A.    They were clean.  May have been gray, but

5    they were clean.

6         Q.    You described a hygiene bag.  What was in

7    the hygiene bag?

8         A.    The plastic bag, it will be the soap, a

9    comb, toothbrush, toothpaste.  I believe that was

10   all that was in there.

11        Q.    Was there a razor in there?

12        A.    No.  Razors were issued by graveyard

13   early of the morning to each cell block.  You know,

14   each cell block had a separate bunch, and then they

15   were picked up at that time.  I was never involved

16   in the issuing of razors.  It wasn't on my shift so

17   I didn't really see how that worked, but that was my

18   understanding.

19        Q.    Fair enough.  Anything else in that

20   hygiene bag that you recall?

21        A.    Not that I can remember.  It was just,

22   you know, the basic little deal like you would get

23   in the military when you first showed up or

24   whatever, just the basic needs.

25        Q.    Was that stuff new in the hygiene bag?

1      A.    Yes, sir.

2      Q.    Did you ever observe used hygiene items

3    being ever issued to anybody?

4      A.    No, because the bags were made up -- one

5    of the ladies in the sheriff's department front, in

6    the main sheriff's department themselves had some

7    people that would fill those bags and bring them

8    back to us.  They were already closed back up.  If

9    one was broke open and parts of it fell out, we just

10   left it and issued new ones.

11     Q.    Okay.  Did you ever use a translator in

12   booking that you recall?

13     A.    On occasion we had to because there

14   was -- not very often, but there was times when

15   there just wasn't enough communication skills

16   between the two parties to get it done.

17     Q.    Is it fair to say that some of the

18   Park County folks understood some Spanish and some

19   of the detainees understood some English?

20     A.    Yes, sir.

21     Q.    Okay.

22     A.    That was how we would communicate the

23   biggest part of the time.

24     Q.    Did you do any kind of orientation to the

25   detainees when they hit the door?

54

1       A.      Typically the INS, when we first started

2    getting them, weren't there but a day or two.  Some

3    of them would just be overnight.  Then it gradually

4    got to the point where they were staying

5    considerably longer periods of time.

6               So we would try to let them know

7    when chow was, if they needed something how to get

8    ahold of us; you know, stand there at the window and

9    wave at us.  Whatever they needed to do.  That was

10   pretty typical of what we would -- because once they

11   were there for the first day, then they knew what

12   was going on.  We tried to let them know when

13   laundry would be picked up because that would be

14   kind of out of sync for them.

15      Q.      Were they issued underclothes, underwear?

16      A.      No.  They had -- let's see.  Yes, they

17   were.  They were issued T-shirts and boxers.

18      Q.      And were the T-shirts and boxers they

19   were issued clean?

20      A.      They were always given to them clean.

21   They may not have looked clean.  I'll keep saying

22   that.

23      Q.      I understand.

24      A.      Because that was just the way it was, but

25   they were clean, yes.

1          Q.    And when you say things looked gray,

2     that's similar to how things ended up looking at the

3     Buena Vista Correctional Facility too, right?

4          A.    Oh, yeah.  You have laundry services done

5     for people wearing the same clothes over and over

6     for any long period of time, it eventually turns a

7     little bit gray looking.

8          Q.    How did they smell?

9          A.    Smelled like soap.

10          Q.    Did you ever recall any kind of clothing

11     or bedding being issued to a detainee that smelled

12     like body odor?

13          A.    No.  And then again, it's kind of hard to

14     tell too when you've got 50 people in the cell

15     block.  You walk in and the whole place smells.  But

16     I did not ever issue anything that smelled like body

17     odor, no.

18          Q.    Were you involved in issuing mattresses

19     to inmates at the cell block?

20          A.    Yes, sir.

21          Q.    Were the mattresses clean?

22          A.    The mattresses would be -- once an inmate

23     left or you had extra mattresses, they were pulled

24     out.  They were disinfected with a bleach type

25     solution, and then it depended on the weather.  If

1    we could put them outside, they were.  If it wasn't,

2    then they kind of got put in that rec room we were

3    talking about to try to air out and dry out.

4         Q.    If they could be put outside, sunshine

5    was used as a disinfectant too?

6         A.    I wasn't there for that.  That was

7    typically taken care of on day shift, but that was

8    what was supposed to be done if possible.

9         Q.    Did you observe mattresses at any point

10   in time airing out either outside or in the rec

11   room?

12        A.    Yeah, they would be stacked in the

13   rec room or else right in front of that lobby desk

14   in the area in front of the control room because

15   that's where we would typically pick them up to

16   issue them.

17        Q.    Okay.

18        A.    That doesn't mean that some of these

19   mattresses didn't have a tear or rip, because they

20   got that way.

21        Q.    I understand.  Take a look at the bottom

22   of page 6, the last statement next to your initials

23   where it says EA.  You talk about a lady that spoke

24   Spanish.  Do you see that there?

25        A.    Uh-huh.  Yes, sir.

1        top on page 8.  Do you see where I'm at?

2            A.    Yes, sir.

3            Q.    In that line you indicate that there was

4        an issue at the Park County Jail with the heat; is

5        that true?

6            A.    Correct.

7            Q.    Describe for me what the issue with the

8        heat at the Park County Jail was.

9            A.    It's like the HVAC units, the ventilation

10       system, the heating units, whatever you would want

11       to call them, you couldn't regulate them.  One side

12       of the cell block would be just hotter than a

13       pistol, the other side of the facility would be

14       cold.  You would get condensation on the walls.  You

15       got 40, 50, 60 people packed in a sleeping area and

16       it's 20 below zero outside and the system's not

17       working, there's condensation.

18                        But then the next day or two it

19       would be reversed, it would go from one side to the

20       other.  So there was an ongoing problem with that

21       that whole winter I was there.  And even in the

22       summer it was the same thing, it would just be

23       ungodly hot because things wasn't working right.

24           Q.    Were the problems with the heating and

25       cooling pretty consistent during the time that you

1    worked in the Park County Jail, or was there

2    anything that was worse than any --

3         A.    Well, you would notice it worse when it

4    was a hot day, but from that particular winter in

5    2003 it seemed like it was pretty constant during

6    that time, yes.

7         Q.    Was anybody that you're aware of trying

8    to address the heating or cooling issues?

9         A.    Well, I had to assume that the

10   maintenance man was because he was sure as heck

11   getting a lot of work orders from it.

12        Q.    Okay.

13        A.    Somewhere along the line they finally

14   figured out that they had filters in them.  Once

15   they changed the filters it didn't completely cure

16   it, but it damn sure helped.

17        Q.    Do you remember when the filters were

18   changed?

19        A.    It was sometime probably mid March.

20        Q.    Of 2 --

21        A.    It was -- it was springtime anyway of

22   2003.

23        Q.    Do you know whether it was before or

24   after March 1 to March 8 of '03?

25        A.    I believe it was after, but I'm not

1       100 percent certain, but I'm pretty sure that it is.

2              Q.    Who was the maintenance man?

3              A.    Jim Deathridge, I believe was his name.

4              Q.    Did you have any conversations with

5       Mr. Deathridge about the heating and cooling?

6              A.    I would rarely see him because he would

7       be gone before we'd come on shift, so we had work

8       orders that you fill out.  You would pass the

9       information on to day shift, could you get ahold of

10      him.  That was the way we would communicate with

11      each other.

12             Q.    Was Mr. Deathridge a county employee, as

13      far as you know?

14             A.    As far as I know, yes.

15             Q.    Did he have maintenance responsibilities

16      for county facilities other than the jail, do you

17      know?

18             A.    I believe he was just hired for the jail,

19      but I'm not certain 100 percent.

20             Q.    Okay.  Do you recall filling out work

21      orders about heating or cooling issues yourself?

22             A.    No, sir, I didn't fill them out.  The

23      control room officer would fill them out.

24             Q.    So if I'm understanding right, if you

25      observed a problem with the heat, you'd tell whoever

     1      was in the control room why don't we fill out a work

     2      order, or something like that?

     3            A.    Yeah, it was Corporal Crawford.  The day

     4      shift corporal was sort of the guy in charge of that

     5      stuff, or he assumed that he was.  So you would give

     6      him the information, and then again we would make

     7      sure to verbally tell the day shift we're having

     8      problems with this.  Can you get ahold of Jim.

     9            Q.    During those kind of informal briefings

    10      between deputies that you talked about before?

    11            A.    Well, you would talk about it informally,

    12      but you would make sure that the control room

    13      officer, which was normally the shift sergeant or

    14      the corporal, or the person in command of that

    15      particular shift would know about it.

    16            Q.    Do you remember who on the day shift you

    17      would typically communicate with during the informal

    18      briefings that you talked about?

    19            A.    Informally?

    20            Q.    Yes.

    21            A.    Well, Chris Goodwin was the booking

    22      officer and he would let us know, come up and say

    23      he's expecting such and such booking to come in, or

    24      he had one he started and wasn't finished.  It

    25      wouldn't be necessarily done in a formal pass along,

1    but it would let us know.  Whoever else is on day

2    shift might tell us they didn't get this done or

3    that done.

4         Q.   Who do you recall communicating with who

5    was on graves in the same fashion?

6         A.   Deputy Fijkes would be one.

7         Q.   Okay.

8         A.   You know, I don't remember too much

9    people on graves, other than Deputy Fijkes and

10   Guerraro, because McGarin was on graves and then he

11   got promoted to corporal so he came to swing shift

12   with us.

13        Q.   When did that happen, do you remember?

14        A.   That happened after Deputy Stanick left.

15   It had to have been mid, late February, somewhere

16   along there.

17        Q.   Who was in charge of swing shift?

18        A.   Sergeant Flint at the end.  The first

19   half of it was Sergeant Muldoon.

20        Q.   The sergeants would only work five days a

21   week; is that right?

22        A.   All of us were only supposed to work five

23   days, yes, sir.

24        Q.   So on the two days where either Muldoon

25   or Flint wasn't on duty, who would have been in

1    charge?

2         A.    It would have been John Bellantonio, who

3    was corporal.

4         Q.    Okay.  Going down a little bit more on

5    page 8, Mr. Kordick asks you, "Was there a

6    particular wall or something that was cold?"  Do you

7    see that?

8         A.    Yes, sir.

9         Q.    And you say, "The exterior wall on all of

10   those cell blocks was usually in the wintertime or

11   late spring -- and of course in Fairplay spring is

12   still awful cold.  That exterior wall, if you had to

13   bunk up next to it, could be very cold, yes."

14        A.    Correct.

15        Q.    Was there bunks up against that exterior

16   wall in A-Pod and D-Pod?

17        A.    What they did in D-Pod and A-Pod, the

18   head of the bunk, one end of bunk, the short, would

19   be up against it.

20        Q.    Okay.  Was that the wall that you

21   described earlier that might have condensation on

22   it?

23        A.    Yes, sir.

24        Q.    So it was the exterior wall for the jail

25   that was in whatever pod, that was the wall that was

1    cold to the touch and might have condensation?

2         A.    Correct.  Well, you could have

3    condensation on about any of the walls once you had

4    all the showers running during cold weather,

5    particularly if the room wasn't very warm.  But on

6    the exterior walls it was pretty typical to have

7    condensation simply because of the heat on one side

8    and the cold on the other.

9         Q.    Because in February or March of the

10   winter at night during your shift in Fairplay,

11   Colorado it can get to be pretty cold?

12        A.    Yes, sir.

13        Q.    Do you have any idea what the temperature

14   in the pods was supposed to be set at?

15        A.    I believe they were supposed to have been

16   set around 65, 70 degrees, but the thermostat that I

17   remember was in the control room.  About half the

18   time it didn't work.

19               I know Deputy -- or Corporal

20   Crawford, I guess it was at the end.  He thought he

21   was a pretty good hand at that stuff so he was

22   always messing with it, but it never seemed to do a

23   bit of good.

24        Q.    All right.  Take a look at the next page,

25   page 9.  There were two showers in the D-Pod; is

1    that right?

2            A.    Yes, sir.

3            Q.    And there were problems with the hot

4    water in the showers; is that true?

5            A.    Yes, sir.

6            Q.    How often did that problem occur during

7    the time that you worked at the Park County Jail?

8            A.    Well, you would go for a while and things

9    would work pretty good.  And then you would have

10   several weeks where it was just freezing one minute

11   or so cotton picking hot you couldn't get in it the

12   next.  I'm not real sure why that was and if the

13   boiler system had a glitch to it or what, but it

14   could be a problem off and on pretty regularly.

15               When I say pretty regularly, I

16   meant you could go a couple weeks and no problem.

17   Then you would have a period that you would have it

18   again, and there in the spring of that particular

19   year the problem was hitting again.

20           Q.    All right.  Do you specifically remember

21   a problem with the showers between March 1st of 2003

22   and March 8th of 2003?

23           A.    Yeah.  And I can't tell you the exact

24   dates, but I know it was when the count was up

25   considerably high, which was at the same time

```
 1    period.   It was very hot water at that time there.

 2         Q.    How did you know it was hot?

 3         A.    Because they would bail in and bail out

 4    and they would tell me it was hot.

 5         Q.    But you didn't touch it?

 6         A.    Oh, yeah.  Yeah, I stuck my hand in, and

 7    it damn sure was hot.

 8         Q.    Did anybody try to do anything about the

 9    shower problem?

10         A.    As far as the deputies, we were limited.

11    I mean, he could go back and a lot of those heaters

12    there they have a temperature gauges.  120 degrees

13    is what it should be set at for human beings to take

14    a comfortable shower.  Well, they could say that,

15    but apparently it wasn't.  So there was something

16    beyond what we could fix.  So there again is when we

17    would try to relay the message to Jim to take a look

18    at it.

19         Q.    Do you recall ever observing Jim

20    Deathridge trying to fix the temperatures of the

21    showers?

22         A.    No, but there again he was gone before we

23    got there.  Or if he was there, he was just sitting

24    in the control room getting ready to leave.  So his

25    shift ended when ours started.
```

1        Q.    Do you recall occasions where there was a

2    problem with the temperature of the water in the

3    shower that got fixed?

4        A.    Well, I had to assume it got fixed when

5    all of a sudden it worked good there for a few days,

6    but all of a sudden it would go buggy again.

7        Q.    So was this -- let me ask it this way.

8    Was the temperature of the water in the shower

9    something that the deputies and the maintenance

10   people and others at the Park County Jail ignored?

11       A.    I can't say they ignored it, but they

12   might have put it off because of low priority for

13   four, five, six days.  There might be something

14   else.  I don't know if he could be waiting on parts.

15   I wasn't privileged to that information.

16       Q.    Okay.  Do you recall the cleanliness of

17   the showers during the time that you worked in the

18   Park County Jail?

19       A.    Yeah.  They were given material to clean

20   things every day, but with as many people as they

21   had in the cell block it's pretty impossible to keep

22   it clean.  And then when we were having problems

23   with -- plumbing problems, that didn't help matters

24   none.  So it could get pretty sad looking at times.

25       Q.    Do you have any specific memory of the

1        Q.    During the time that you were on the

2   swing shift, was there any kind of regular procedure

3   in terms of providing the detainees in D-Pod with

4   cleaning supplies?

5        A.    Yes, sir.  When we'd come in for shift

6   change, the very first thing that we did was head

7   counts, and that was always my job.  As soon as head

8   count was completed and count was cleared, then

9   would I pull -- if we happened to have an inmate

10  trustee, I would pull them out and physically stand

11  there and watch them fill mop buckets with the

12  proper disinfectant and all the utensils that was

13  needed for each cell block.  The cell blocks

14  themselves did not have a particular janitor in

15  charge of cleaning that.  That was up to the cell

16  block.  The janitors were the common areas.

17                  And you would roll those buckets

18  in.  Boot camp, they hummed, heyed, hawed and whined

19  if they had to clean it.  I was always impressed

20  because INS would just bell right in and everybody

21  would start trying to clean.  If they needed more,

22  well, then we got more.  But there was no particular

23  person assigned to do that, no, sir.

24       Q.    Okay.  Do you remember whether there was

25  a trustee that was doing that between March 1 and

1       March 8th of '03?

2               A.      Doing what, sir?

3               Q.      On cleaning duty the way you described

4       it, at least to fill up the buckets and get the

5       supplies?

6               A.      I don't remember.  If I didn't have a

7       trustee doing it, I did it.  And if there was a

8       trustee doing it, I was standing there watching him

9       do it.

10              Q.      Do you ever recall a situation where the

11      INS detainees didn't clean their pod?

12              A.      No, sir, not in my observation.  Every

13      time I rolled a bucket in, they went to work.

14              Q.      Do you ever recall a circumstance where

15      buckets weren't put in during a shift that you

16      worked?

17              A.      The buckets were technically supposed to

18      have been put in before we come on shift, but that

19      was a rare occasion.  And they always got put in on

20      my shift, always got put in when I was on shift.

21      And I, knowing the crew that I worked with, I can

22      almost guarantee that they always had buckets put

23      in.

24              Q.      Are you aware of --

25                      MR. KORDICK:  I'm sorry.  Objection

1    as to form.   You're talking about during his shift,

2    right?

3

4           Q.     Sure, during the time that you worked --

5           A.      My shift.

6                   MR. KORDICK:   Right.

7           Q.     -- on the swing shift at the Park County

8    Jail?

9           A.     Correct.

10          Q.     And the next question will address

11   Mr. Kordick's issue.   Do you have any knowledge of

12   buckets being put in to clean the D-Pod on other

13   shifts?

14          A.     I had to assume there was buckets put in

15   on other shifts because half the time that's where

16   we would pick them up out of, is their cell blocks.

17   Not always was that -- did I observe a bucket in

18   there?   Sometimes they're already back in the

19   janitor's closet.   But the way the procedure was

20   supposed to be, day shift was also supposed to put a

21   bucket in and then we would put one in on our shift.

22          Q.     Okay.   Was graves supposed to put a

23   bucket in also, as far as you know?

24          A.     No, because at that point they're locked

25   down.   We lock down and counted for final lockdown

1     on my shift.

2          Q.    Okay.

3          A.    So there would be no mop bucket.  That

4     had to be all picked up when we did count at night,

5     so there was nothing in there.

6          Q.    Graves ended at 8:00 in the morning,

7     right?

8          A.    Yes, sir.

9          Q.    Do you have any understanding of buckets

10    being put in by the graveyard shift after breakfast?

11         A.    I don't know if graveyard put them in or

12    day shift put them in, but somebody was supposed to

13    put buckets in during the morning.

14         Q.    And as you said, sometimes to use the

15    bucket again, you'd get it from the cell block or

16    the pod, which would lead you to believe that it had

17    been put in and used during the day?

18         A.    Yes, sir.

19               MR. RINGEL:  Let's take a little bit

20    of a break now, if that's okay with everybody.

21                    (Break from 11:11 a.m. to

22                    11:26 a.m.)

23         Q.    Do you recall vomit being on the floor

24    between March 1 and March 8 of 2003 in the D-Pod?

25         A.    I can't tell you the date, and I don't