# LAUNDRY

The laundry trusty/trusties are responsible for the washing of inmates' clothes, bedding, towels, shoes, uniforms, etc. They are to keep the laundry room neat and orderly. They will clean the lint traps on the dryers on a daily basis, clean behind the dryers daily, and report any malfunctions in the machines.

The trusty/trusties will try and maintain a schedule for uniform, INS underwear, and linen exchange. An officer will have to be available to help with this. The schedule will be as follows:

    Tuesday - uniform and INS underwear exchange

    Saturday - uniform, INS underwear, and linen exchange.

Anyone wanting an exchange will give one for one.

EXHIBIT A-9

PARK 0532
REYES