1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF:  SCOTT ALLEN THEOBALD
November 3, 2005

---

MOISES CARRANZA-REYES,

Plaintiffs

v.

PARK COUNTY, a public entity of the State of Colorado
and its governing board, THE PARK COUNTY BOARD OF COUNTY
COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public
entity of the State of Colorado; FRED WEGENER,
individually and in his official capacity as Sheriff of
Park County, Colorado; MONTE GORE, individually and in
his capacity as Captain of Park County Sheriff's
Department; VICKIE PAULSEN, individually and in her
official capacity as Registered Nurse for Park County,
Colorado; JAMES BACHMAN, M.D., individually and in his
official capacity as Medical Director of the Park County
Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Plaintiff at
824 Costella, Fairplay, Colorado 80440 at 8:42 a.m.
before Laura L. Corning, Federal Certified Realtime
Reporter, Certified Shorthand Reporter and Notary Public
within Colorado.

EXHIBIT

A-10

20

```
 1                MR. RINGEL:  Object to the form and the
 2     foundation.
 3          A.     I can't remember.
 4          Q.     (BY MR. KORDICK)  Can you remember if the
 5     laundry had been broken down and the clothes of the
 6     prisoners had not been changed for several days?
 7                MR. RINGEL:  Object to the form and the
 8     foundation.
 9          A.     What do you mean "broke down"?
10          Q.     (BY MR. KORDICK)  Well, was there -- had
11     there been no laundry changes in D Pod for over five
12     days on the 4th when you did your rounds?
13          A.     No.  We did laundry exchange twice a
14     week, uniform exchange.
15          Q.     Okay.  So if they hadn't had a change of
16     clothes for five days, that wouldn't be something that
17     would have been permitted; is that right?
18                MR. RINGEL:  Object to the form and the
19     foundation.
20          A.     We offer a uniform exchange twice a week.
21          Q.     (BY MR. KORDICK)  And if that hadn't
22     occurred, it would have been obvious to you from
23     looking at their condition, wouldn't it?
24                MR. RINGEL:  Object to the form and
25     foundation.
```