All mattresses are sprayed with a bleach solution and wiped down with a clean rag.

Inmates were given cleaning supplies 3 times per day – after each meal.
Supplies consisted of:
- 1 dust mop
- 1 mop
- 1 mop bucket with ringer
- 2 or more rags for cleaning (able to receive more if need)
- 1 broom
- 1 dustpan
- 1 bottle of disinfectant (able to receive more if needed)
    Pine Sol or bleach
- 1 bottle of window cleaner (able to receive more)
- 1 toilet brush (if requested)

If the facility was going through the cold and flu, etc. season the inmates were required to clean thoroughly with a bleach solution each and every day and linens were exchanged at least 3 times per week for each and every pod. The entire facility was cleaned on a daily bases with the same kind of disinfectants that were used in the pods. This was not only to keep the inmates from getting sick but also the officers.

Shower are cleaned on a daily bases. The inmates are given a hose which attaches to the facet at the slop sink, scrub brush, disinfectant or soft scrub soap containing bleach (able to receive more if needed), and a green scrub pad. If the inmates want to clean the shower more then once a day, they were able to request the shower cleaning supplies and they were provided.

The slop sink is also cleaned at least once a day with the previous mentioned supplies as well.

Each pod was and is responsible for the cleaning of their pod.

EXHIBIT
A-11

PARK 0416
REYES