1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF:  GREGORY SCOTT FLINT
November 2, 2005

---

MOISES CARRANZA-REYES,

Plaintiffs

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Plaintiff at 824 Costella, Fairplay, Colorado 80440 at 8:31 a.m. before Laura L. Corning, Federal Certified Realtime Reporter, Certified Shorthand Reporter and Notary Public within Colorado.

EXHIBIT
A-12

40

```
 1        Q.      Okay.  And to your knowledge is the jail
 2   still taking INS detainees?
 3        A.      I believe they are.
 4        Q.      Okay.  Do you know how often that
 5   contract would -- would be renewed with the INS?  Was
 6   that an annual, or do you know?
 7        A.      I believe it was a yearly contract, but
 8   I'm not totally sure on that.
 9        Q.      Do you know the name of anyone at the INS
10   that dealt directly with Monte Gore in dealing with
11   that contract on an annual basis?
12        A.      I don't recall any names.  I recall
13   meeting with those folks occasionally when they took
14   tours or inspections of the jail, which was fairly
15   frequent, but -- I remember faces; I really don't
16   recall any names at this time.
17        Q.      Okay.  Next I want to talk to you a
18   little bit about what the routine was on cleaning the
19   pods --
20        A.      Okay.
21        Q.      -- because we -- we notice in the -- the
22   master log that apparently buckets, I gather, with a
23   mop were placed in the pods routinely.
24        A.      Right.
25        Q.      But why don't you describe what the
```

41

1    procedure was in getting the pods clean when you were

2    sergeant.

3        A.    Well, generally there would be a group of

4    trustees assigned inside the pod.  They would have

5    pod-cleaning rights to utilize the tools:  buckets,

6    mops, brooms, et cetera.  Then you had a group of

7    trustees that were facility-based but inside the

8    facility, and then you had a group of trustees that

9    were approved for outside work only, meaning that they

10   were probably low-end offenders that were low risk and

11   such as that.

12            The facility trustees would be

13   responsible for setting up the mop buckets under the

14   supervision of a -- of a work-release deputy or

15   corporal, so on.

16       Q.    Now -- excuse me -- who are the facility

17   trustees?  They're --

18       A.    They have -- they would pretty much be

19   able to move throughout --

20       Q.    The whole --

21       A.    -- the interior of the jail facility

22   handling cleanups and light-maintenance-type duty

23   inside the facility.  So that meant they could handle

24   pod base, the rec center, hallways outside the nurse's

25   station, hallways leading to booking and those type

42

```
 1     areas.  Basically public venues, if you will, that were
 2     utilized by all inmates and employees.  So --
 3           Q.     So someone would instruct or direct the
 4     public trustee -- or the facility trustees to place the
 5     buckets inside the pods.
 6           A.     Correct.
 7           Q.     And who would generally instruct that to
 8     be done?
 9           A.     Well, that would come from your -- one of
10     your supervisors.  On day shift you had -- that was the
11     largest bulk of officers, on the day-shift squad, so
12     they had a work-release deputy which would supervise
13     the in-house trustees as well, and they would -- you
14     know, it was fairly common, once you got a trustee into
15     the routine, all you'd have to say is, you know,
16     whatever, Jones, start on the mop buckets, and they
17     would proceed to the closet where we stored all that
18     equipment.  And those buckets were set up, and then
19     they were routinely changed throughout the day.
20                 We tried to mimic all three meals,
21     because that was just a common time when people
22     normally like to clean up.  So you would routinely see
23     mop buckets going in and out of the pods before and
24     after meals.  But there was also -- we'd also leave a
25     mop bucket on the evening shift -- say you'd leave a
```

43

```
1    mop bucket in the pod until about time for bed, you
2    know, lockdown, you know, for any cleanups they might
3    need, a shower spill or something like that. So that
4    was supervised by trustees, and generally your onduty
5    supervisors would monitor that.
6         Q.    And then who would select trustees in --
7    inside each pod to clean the pod?
8         A.    That would usually be the work-release
9    trustee, but any corporal or sergeant had the right to
10   override that if that particular trustee was misusing
11   his privileges. If they were a trustee inside the pod,
12   that means that they basically could clean whenever
13   they wanted. They had -- they had really no benefits
14   to it, but if they were misusing that privilege, i.e.,
15   trying to get extra food smuggled in somehow during a
16   transfer of a bucket, et cetera, any officer or
17   supervisor could revoke that privilege and temporarily
18   reassign or notify the work-release officer and they
19   would have to approve a new trustee.
20        Q.    Were the trustees within the pod paid
21   just as the facility trustees were paid?
22        A.    No, not that I'm aware of. They may have
23   been given credit towards their good time or things
24   like that per statute. I don't remember the exact
25   calculation for that. I know they had a formula. The
```

44

```
 1    work release used to track time of trustees for good
 2    time and so on, but I don't recall.
 3         Q.     And then who was assigned to ensure that
 4    the trustee inside a pod was actually cleaning the pod?
 5         A.     Well, that would be any -- any officer's
 6    responsibility.  If you as a floor deputy became aware
 7    of an unsanitary condition or situation, they would
 8    immediately instruct -- they had the authority to
 9    instruct the trustee, and/or the pod for that matter,
10    to, you know, get the situation corrected, you know,
11    start cleaning it up.
12                Like I said, the detainees were a totally
13    different mind-set for us, as far as dealing with those
14    folks.  I mean, I actually enjoyed dealing with them
15    because you weren't dealing with a real criminal
16    element.  But if any officer came in and saw, you know,
17    an unsanitary condition, somebody had thrown up, or
18    whatever, the toilet had backed up, you'd either ask
19    the pod trustee to immediately rectify that situation
20    or, if it was a small flood or whatever, you'd ask help
21    from the whole pod.  Usually they were pretty good,
22    especially the detainees.  It was kind of their
23    temporary home.  They would all pitch in and clean up
24    right away.  I never had any major accidents at all
25    with the trustees -- or the detainees that I can
```

49

```
 1        Q.      And do you remember when you were
 2   sergeant that there were times where there were
 3   problems in trying to regulate temperature because some
 4   of the pods, perhaps C and D, might be cold, while
 5   A and B would be hot or warmer, and there was trouble
 6   regulating temperature?
 7        A.      I mean, there would be those occasions.
 8   I mean, it wasn't an everyday thing or everyday
 9   occurrence.  I mean, it was as temperatures dropped,
10   you know, the heating system would be working harder,
11   et cetera.  So, yeah, there was occasional adjustments
12   made where they had to come in and try and balance the
13   systems, but usually that was always handled by
14   maintenance at a supervisor's request or captain's
15   or --
16        Q.      Were there at times complaints by inmates
17   who had bunks up against the cold walls in the winter
18   because it was cold?
19                MS. LEWIS:  Object to the form of the
20   question.
21        A.      I recall some inmates in the DOC Pod, the
22   boot camp pod, as we called it, making those
23   complaints, but I don't recall that complaint being
24   made in the detainee pod specifically.  I'm not saying
25   that it wasn't made; it wasn't made to me directly,
```

50

```
 1    so . . .
 2         Q.      (BY MR. TRINE)  Okay.  Was there also
 3    a -- a problem at times with the showers in Pod
 4    D because the water could suddenly go from cold to hot
 5    and back to cold, and inmates were complaining about
 6    that?
 7         A.      I'm sure that we had those type
 8    complaints.  I recall a few incidents, not in great
 9    detail.  But there again, you're pulling water through
10    a long, you know, system within the facility.  We
11    usually would try and get it regulated as quickly as
12    possible, because the showers were pretty much open as
13    long as the pod was up and running.  All detainees had
14    access to the showers, or inmates.
15                 So, yeah, I recall that we dealt with
16    those issues over a period of time, but they weren't
17    long-term.  They were -- you know, just needed
18    regulation by maintenance, which at the time was --
19    Mr. Deathrage would usually get right on that.
20         Q.      What was the name?
21         A.      "Deathrage."
22         Q.      "Deathrage"?
23         A.      "Deathrage."
24         Q.      "Deathrage."  Yeah.  We've heard that
25    name before.  He was the maintenance supervisor?
```

51

1      A.      He was pretty much the maintenance
2   employee exclusively assigned to the jail at that time,
3   so . . .
4      Q.      During the time you were sergeant?
5      A.      Correct.  And he could get outside help
6   from other maintenance people that worked for the
7   county, if it was a larger project, but usually that --
8   heating, you know, of the facility, water issues, were
9   all -- all generally things that he handled on a
10  routine basis as part of his assignment as a
11  maintenance person.
12     Q.      And that would be true if toilets
13  overflowed or plugged up or something; would there be a
14  work order filled out for him?
15     A.      There could be, or it could be just a
16  direct request, you know, if it was something quick
17  that he could handle.  You know, most of the water-flow
18  problems that we had were due to inmates, true inmates,
19  from another pod trying to back up the system.
20             Now, a lot of the officers -- I would say
21  most of the officers were trained where the shutoff
22  valves were to shut down the water, just so we could
23  control that, until we could get a maintenance person
24  on scene.  But other than that, routine maintenance was
25  handled by Mr. Deathrage.

80

```
 1   temporarily, you know, so that you could assess.  I
 2   think as I've indicated here, you know, there is a
 3   possibility of many things I had to look at.  Was it
 4   altitude sickness?  Because some of these folks had
 5   come from, you know, around 2,000 feet into a 9600-foot
 6   environment.  That's why I want to make sure they were
 7   hydrated, give them enough water, et cetera, and other
 8   drinks that we had made up.
 9         Q.    Now, you say you wanted to make sure of
10   that.  Are you the one that ordered the officers to
11   place the coolers in there?
12         A.    That's correct.
13         Q.    Okay.  So you were concerned about
14   dehydration, too?
15         A.    Dehydration from many potential
16   scenarios.
17         Q.    Right.
18         A.    I mean, altitude is a concern here.  As
19   any first responder you have to be aware of that.
20   So -- and I might add that, you know, the officers were
21   working in the very same scenario that the inmates were
22   and trustees and detainees were working in.  So, I
23   mean, you didn't want to contaminant your own
24   environment.  So . . .
25         Q.    And were you aware of officers calling in
```