# EXHIBIT A-16

## Part 1 of 3

Pages 4 of 80 through Pages 28 of 80

**(Detailed inspection report of the Park County Jail)**

*I nspection Report*

| ACCESS TO LEGAL MATERIALS |
|---|
| **Policy:** Facilities holding INS detainees shall permit detainees access to a law library, and provide legal materials, facilities, equipment and document copying privileges, and the opportunity to prepare legal documents. |

| | Components | A | U | NA | Remarks |
|---|---|---|---|---|---|
| 1. | The facility provides a designated law library for detainee use. | ☒ | ☐ | ☐ | |
| 2. | The library contains a sufficient number of chairs, is well lit and is reasonably isolated from noisy areas. | ☒ | ☐ | ☐ | Area Small, 4 chairs & 2 tables. |
| 3. | The law library is adequately equipped with typewriter, computers or both and has sufficient supplies for daily use by the detainees. | ☒ | ☐ | ☐ | |
| 4. | Outside persons and organizations are permitted to submit published legal material for inclusion in the legal library. Outside published material is forwarded and reviewed by the INS prior to inclusion. | ☒ | ☐ | ☐ | With INS approval |
| 6. | The law library contains all materials listed in the "Access to Legal Materials" Standard, Attachment A. The listing of materials is posted in the law library. | ☒ | ☐ | ☐ | |
| 7. | There is a designated INS employee who inspects, updates, and maintain/replace legal material and equipment on a routine basis. The designee properly disposes outdated supplements and replaces damaged or missing material promptly. | ☒ | ☐ | ☒ | Not INS Facility, completed by PCSO Case Manager |
| 8. | Detainees are offered a minimum 5 hours per week in the law library. Detainees are not required to forego recreation time in lieu of library usage. Detainees facing a court deadline are given priority use of the law library. | ☒ | ☐ | ☐ | |
| 9. | Detainees may request material not currently in the law library. Each request is reviewed and where appropriate an acquisition request is initiate and timely pursued. Request for copies of court decisions are accommodate within 3 – 5 business days. | ☒ | ☐ | ☐ | To PCSO Case Manager |
| 10. | The facility permits detainees to assist other detainees, voluntarily and free of charge, in researching and preparing legal documents, consistent with security. | ☒ | ☐ | ☐ | |
| 11. | The INS ensures that illiterate or non-English-speaking detainees without legal representation receive more than access to English-language law books after indicating their need for help. | ☒ | ☐ | ☐ | |
| 12. | Detainees may retain a reasonable amount of personal legal material in the general population and in the special management unit. Stored legal materials are accessible within 24 hours of a written request. | ☒ | ☐ | ☐ | |

**EXHIBIT**

**A-16**

PARK 0171
REYES

| Components | A | U | NA | Remarks |
|---|---|---|---|---|
| 13. Detainees housed in Administrative Segregation and Disciplinary Segregation units have the same law library access as the general population, barring security concerns. Detainees denied access to legal materials are documented and reviewed routinely for lifting of sanctions. | ☒ | ☐ | ☐ | |
| 14. All denials of access to the law library fully documented. | ☒ | ☐ | ☐ | |
| 15. INS Management is aware of each instance where detainees are denied access to the law library or law materials. | ☒ | ☐ | ☐ | |
| 16. Detainees who seek judicial relief on any matter are not subjected to reprisals, retaliation, or penalties. | ☒ | ☐ | ☐ | |

### ACCESS TO LEGAL MATERIALS - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

Remarks: Designated Law Library area is small, 4 chairs, two tables, computer and typewriter. PCSO Case Manager is assigned to assist with all law library related issues.

W.E. Simmons, DO        09/06/2002
Auditor's Signature / Date

**PARK 0172
REYES**

## ADMISSION AND RELEASE

**Policy:** All detainees will be admitted and released in a manner that ensures their health, safety and welfare. The admissions procedure will, among other things, include: medical screening; a file-based assessment and classification process; a body search; and a search of personal belongings which will be inventoried, documented, and safeguarded as necessary.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. In-processing includes an orientation session. At a minimum, orientation addresses: Unacceptable activities and behavior, and corresponding sanctions. How to contact his/her deportation officer. The availability of *pro bono* legal services, and how to pursue such services. Schedule of programs, services, daily activities, including visitation, telephone usage, mail service, religious programs, count procedures, access to and use of the law library and the general library; sick-call procedures, etc and the detainee handbook . | X | ☐ | ☐ | |
| 2. Medical screenings are performed by a medical staff or persons who have received specialized training for the purpose of conducting an initial health screening. | X | ☐ | ☐ | Completed by Medical Staff / RN |
| 3. The accompanying documentation is used to identify and classify each new arrival? | X | ☐ | ☐ | By use of INS I-213 and Case Mg. on Duty. |
| 4. All new arrivals strip-searched in accordance with the "Detainee Search" standard. An officer of the same sex as the detainee conducts the search and the search is conducted in an area that affords as much privacy as possible. | X | ☐ | ☐ | |
| 5. The "Contraband" standard governs all personal property searches. IGSAs use or have a similar contraband standard. Staff prepare a complete inventory of each detainee's possessions. The detainee receives a copy. | X | ☐ | ☐ | Contraband Standards are listed in Detainee Handbook. |
| 6. Staff completes Form I-387 or similar form for CDFs and IGSAs for every lost or missing property claim. IGSA facilities forward all I-387 claims to INS. | X | ☐ | ☐ | |
| 7. Detainees are issued appropriate and sufficient clothing and bedding for the climatic conditions. | X | ☐ | ☐ | |
| 8. The facility provides and replenishes personal hygiene items as needed. Gender-specific items are available. INS Detainees are not charged for these items. | X | ☐ | ☐ | |
| 9. All releases are coordinated with the INS office of jurisdiction. | X | ☐ | ☐ | |
| 10. Staff complete paperwork/forms for release as required. | X | ☐ | ☐ | |
| 11. INS Staff enter all information on detainees admitted, released, or transferred into the Deportable Alien Control System (DACS). | X | ☐ | ☐ | |
| | | | | |

**PARK 0173**
**REYES**

**ADMISSIONS AND RELEASE - Rating**

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)*

Ron Giebel DEO 09/05/02
Auditor's Signature / Date

PARK 0174
REYES

### CLASSIFICATION SYSTEM

**Policy:** All facilities will develop and implement a system according to which INS detainees are classified. The classification system will ensure that each detainee is placed in the appropriate category, physically separated from detainees in other categories.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. The facility has a system for classifying INS detainees. In IGSAs, an Objective Classification System or similar is used. | ☒ | ☐ | ☐ | |
| 2. The facility classification system includes:<br>• Classifying detainees upon arrival.<br>• Separating individuals who cannot be classified upon arrival from the general population.<br>• The first-line supervisor or designated classification specialist reviewing every classification decision. | ☒ | ☐ | ☐ | Case Manager |
| 3. The intake/processing officer reviews work-folders, A-files, etc., to identify and classify each new arrival. | ☒ | ☐ | ☐ | |
| 4. Staff use only information that is factual, and reliable to determine classification assignments. Opinions and unsubstantiated/ unconfirmed reports may be filed but are not used to score detainees classifications. | ☒ | ☐ | ☐ | |
| 5. Housing assignments are based on classification-level. | ☒ | ☐ | ☐ | |
| 6. A detainee's classification-level does not affect his/her recreation opportunities. Detainees recreate with persons of similar classification designations. | ☒ | ☐ | ☐ | |
| 7. Detainee work assignments are based upon classification designations. | ☐ | ☐ | ☒ | No work assignments |
| 8. The classification process includes reassessment/reclassification. Reassessments are conducted between 45 and 60 days after arrival and subsequent reassessments are completed every 60 to 90 days? | ☒ | ☐ | ☐ | |
| 9. The classification system includes standard procedures for processing new arrivals' appeals. Only a designated supervisor or classification specialist has the authority to reduce a classification-level on appeal. | ☒ | ☐ | ☐ | |
| 10. Classification appeals are resolved within five business days and detainees are notified of the outcome within 10 business days. | ☒ | ☐ | ☐ | |
| 11. Classification designations may be appealed to a higher authority such as the Officer in Charge or equivalent. | ☒ | ☐ | ☐ | |
| 12. The Detainee Handbook or equivalent for IGSAs explains the classification levels, with the conditions and restrictions applicable to each. | ☒ | ☐ | ☐ | |
| 13. The Detainee Handbook or equivalent for IGSAs specifies the procedures a detainee must follow to appeal his/her classification or request reclassification. | ☒ | ☐ | ☐ | |

**PARK 0175**
**REYES**

## CLASSIFICATION SYSTEM: Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks:*Classification is completed by the PCSO Case Manager using the INS A files, NCIC and CCIC. All INS inmates are separated until the classification and medical screening are completed.

 W.E. Simmons, DO  09/06/2002.
Auditor's Signature / Date

PARK 0176
REYES

## CORRESPONDENCE AND OTHER MAIL

**Policy:** All facilities will ensure that detainees send and receive correspondence in a timely manner, subject to limitations required for the safety, security, and orderly operation of the facility. Other mail will be permitted subject to the same limitations. Each facility will widely distribute its guidelines concerning correspondence and other mail.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. The rules for correspondence and other mail are posted in each housing or common area or providd to each detainee via a detainee handbook. | X | ☐ | ☐ | Mail is picked up each morning at 0900, Evening shift hands it out. |
| 2. The facility provides key information in languages other than English; In the language(s) spoken by significant numbers of detainees. List any exceptions. | X | ☐ | ☐ | Handbook in English and Spanish. |
| 3. Incoming mail distributed to detainees on the day it is received by the facility and in no case more than 24 hours after it is received. | X | ☐ | ☐ | Every day, Excluding bad weather conditions. |
| 4. Outgoing mail routinely delivered to the postal service within one day of its entering the internal mail system (excluding weekends and holidays). | X | ☐ | ☐ | |
| 5. Staff records all priority, overnight, and certified mail delivered by the U.S.P.S. and all deliveries from commercial alternatives to the U.S.P.S. | X | ☐ | ☐ | |
| 6. Staff do not open and inspect incoming general correspondence and other mail (including packages and publications) without the detainee present unless documented and authorized by the Officer-In-Charge or equivalent for prevailing security reasons. | X | ☐ | ☐ | |
| 7. Staff does not ever read incoming general correspondence without the OIC's prior approval. | X | ☐ | ☐ | |
| 8. Staff does not inspect incoming special Correspondence for physical contraband or to verify the "special" status of enclosures without the detainee present. | X | ☐ | ☐ | |
| 9. Staff are prohibited from reading or copying incoming special correspondence. | X | ☐ | ☐ | |
| 10. Staff are only authorized to inspect outgoing correspondence or other mail without the detainee present when there is reason to believe the item might present a threat to the facility's secure or orderly operation, endanger the recipient or the public, or might facilitate criminal activity. Inspection of outgoing special correspondence is done in the presence of the detainee and for contraband only. | X | ☐ | ☐ | |
| 11. Correspondence to a politician or to the media is processed as special correspondence and is not read or copied. | X | ☐ | ☐ | |
| 12. The official authorizing the rejection of incoming mail sends written notice to the sender and the addressee. | X | ☐ | ☐ | |
| | | | | |

**PARK 0177
REYES**

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 13. The official authorizing censorship or rejection of outgoing mail provides the detainee with signed written notice. | X | ☐ | ☐ | |
| 14. Staff maintains a written record of every item removed from detainee mail. | X | ☐ | ☐ | With Detainee present. |
| 15. The OIC monitors staff handling of discovered contraband and its disposition. Records are accurate and up to date. | X | ☐ | ☐ | Logged into evidence book. |
| 16. The procedure for safeguarding cash removed from a detainee is effective. The amount of cash credited to detainee accounts is accurate. Discrepancies are documented and investigated. Standard procedure includes issuing a receipt to the detainee. | X | ☐ | ☐ | |
| 17. Original Detainee identity documents (e.g., passports, birth certificates) are maintained A-files. | X | ☐ | ☐ | In INS control. |
| 18. Staff provides the detainee an INS-certified copy of his/her identity document(s) upon request. | X | ☐ | ☐ | |
| 19. Staff disposes of prohibited items found in detainee mail in accordance with the "Control and Disposition of Contraband" Standard or the similar prevailing policy in IGSAs. | X | ☐ | ☐ | |
| 20. Every indigent detainee has the opportunity to mail, at government expense: Correspondence about a legal matter: At least three other letters per week: Packages deemed necessary by INS. | X | ☐ | ☐ | |
| 21. The facility has a system for detainees to purchase stamps and for mailing all special correspondence and a minimum of 5 pieces of general correspondence per week. | X | ☐ | ☐ | |
| 22. The facility provides writing paper, envelopes, and pencils at no cost to INS detainees. | X | ☐ | ☐ | |
| | | | | |

## CORRESPONDENCE AND OTHER MAIL Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel DEO 09/06/02
Auditor's Signature / Date

**PARK 0178
REYES**

| DETAINEE HANDBOOK |
|---|
| Policy: Every OIC will develop a site-specific detainee handbook to serve as an overview of, and guide to, the detention policies, rules and procedures in effect at the facility. The handbook will also describe the services, programs and opportunities available through various sources, including the facility, INS, private organizations, etc. Every detainee will receive a copy of this handbook upon admission to the facility. |

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. The detainee handbook is written in English and translated into Spanish or into the next most-prevalent Language(s). | X | ☐ | ☐ | Detainee Handbook in English and Spanish. |
| 2. The handbook supplements the facility orientation video where one is provided. | X | ☐ | ☐ | TV and VCR provided by INS. |
| 3. All staff members receive a handbook and training regarding the handbook contents. | X | ☐ | ☐ | |
| 4. The handbook is revised as necessary and there are procedures in place for immediately communicating any revisions to staff and detainees. | ☐ | X | ☐ | Handbook needs to be revised on charges for Mail and Medical cost. |
| 5. There is an annual review of the handbook. By a designated committee or staff member. | X | ☐ | ☐ | |
| 6. The detainee handbook address the following issues:<br>• Personal Items permitted to be retained<br>• by the detainee.<br>• Initial issue of clothes. | X | ☐ | ☐ | Reference: Handbook |
| 7. The detainee handbook states in clear language basic detainee responsibilities. | X | ☐ | ☐ | |
| 8. The handbook identifies:  Initial issue of clothing and bedding and personal hygiene items. | X | ☐ | ☐ | |
| 9. The handbook states when a medical examination will be conducted. | X | ☐ | ☐ | Reference: Medical staff on duty. |
| 10. The handbook describes the facility, housing units, dayrooms, In-dorm activities and special management units. | X | ☐ | ☐ | |
| 11. The handbook describes; Official count times and count procedures Meal times, feeding procedures, procedures for medical or religious diets, additional information, Smoking policy, Clothing exchange schedules and if authorized, clothes washing and drying procedures and expected personal hygiene practices. | X | ☐ | ☐ | |
| 12. The handbook describe times and procedures for obtaining disposable razors and allows that detainees attending court will be afforded the opportunity to shave first. | X | ☐ | ☐ | |
| 13. The handbook describes barber hours and hair cutting restrictions. | X | ☐ | ☐ | |
| 14. The handbook describes;  the telephone policy, debit card procedures, direct and frees calls; Locations of telephones; Policy when telephone demand is high; Policy and procedures for emergency phone calls, and the Detainee Message System. | X | ☐ | ☐ | Facility has INS phone system in place for Detainee Legal needs. |
| 15. The handbook addresses religious programming. | X | ☐ | ☐ | |

PARK 0179
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 16. The handbook states times and procedures for commissary or vending machine usage. (where available) | X | ☐ | ☐ | |
| 17. The handbook describes the detainee voluntary work program procedures and pay procedures. | ☐ | ☐ | X | Transfer to soon. |
| 18. The handbook describes the library location and hours of operation and law library procedures and schedules. | X | ☐ | ☐ | |
| 19. The handbook describes the; attorney visitation hours; Location of the list of pro bono legal organizations; Group legal rights presentations schedule and sign up procedures. | X | ☐ | ☐ | INS TV for group presentations. |
| 20. The handbook describes the facility search procedures and contraband policy. | X | ☐ | ☐ | |
| 21. The handbook describes the facility visiting hours and schedule and visiting rules and regulations. | X | ☐ | ☐ | |
| 22. The handbook describes the correspondence policy and procedures. | X | ☐ | ☐ | |
| 23. The handbook describes the detainee disciplinary policy and procedures: Including: • Prohibited acts and severity scale sanctions. • Time limits in the Disciplinary Process. • Summary of Disciplinary Process. | X | ☐ | ☐ | |
| 24. The handbook describes the detainee grievance procedures including appeals. | X | ☐ | ☐ | |
| 25. The detainee handbook describes the sick call procedures for general population and segregation. | X | ☐ | ☐ | |
| 26. The handbook describes the facility recreation policy including: • Outdoor recreation hours. • Indoor recreation hours. • In dorm leisure activities. • Rules for television viewing. | X | ☐ | ☐ | One hour of Rec. Per Day. May be indoor or outdoor Rec. |
| 27. The handbook describes the detainee dress code for daily living; Work assignments. | X | ☐ | ☐ | |
| 28. The handbook specifies the rights and responsibilities of all detainees. | X | ☐ | ☐ | |
| | | | | |

## DETAINEE HANDBOOK Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.  For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel DEO 09/06/02
Auditor's Signature / Date

G-324a Detention Inspection Form Worksheet for IGSAs

**PARK 0180
REYES**

## FOOD SERVICE

**Policy:** Every facility will provide detainees in its care with nutritious and appetizing meals, prepared in accordance with the highest sanitary standards.

| Components | Yes | No | N/A | Remarks |
|---|:---:|:---:|:---:|---|
| 1. The food service program is under the direct supervision of a <u>professionally trained</u> and certified service administrator. Responsibilities of cooks and cook foremen are in writing. The FSA determines the responsibilities of the Food Service Staff. | X | ☐ | ☐ | Jail Staff/Food Service Administrator on Duty. |
| 2. The CS is on duty on days when the FSA is off duty and vice versa. | X | ☐ | ☐ | |
| 3. The FSA provides food service employees with training that specifically addresses detainee-related issues.<br>• In INS Facilities this includes a review of the INS "Food Service" standard | X | ☐ | ☐ | |
| 4. Knife cabinets close with an approved locking device and the on-duty cook foreman maintains control of the key that locks the device. | X | ☐ | ☐ | |
| 5. All knives not in a secure cutting room are physically secured to the workstation and staff directly supervise detainees using knives at these workstations. Staff monitor the condition of knives and dining utensils | X | ☐ | ☐ | |
| 6. Special procedures govern the handling of food items that pose a security threat. | X | ☐ | ☐ | |
| 7. Standard operating procedures include daily searches (shakedowns) of detainee work areas. | X | ☐ | ☐ | |
| 8. The FSA monitor staffs implementation of the facility's counting procedures. These procedures in written form and staff are trained in counting procedures. | X | ☐ | ☐ | |
| 9. The detainees assigned to the food service department look neat and clean. Their clothing and grooming comply with the "Food Service" standard. | X | ☐ | ☐ | Wear Blue Jump Suits. |
| 10. The FSA annually reviews detainee-volunteer job descriptions to ensure they are accurate and up-to-date. | ☐ | ☐ | X | |
| 11. The CS instructs newly assigned detainee workers in the rules and procedures of the food service department. | X | ☐ | ☐ | |
| 12. During orientation and training session(s), the CS explains and demonstrates:<br>• Safe work practices and methods.<br>• Safety features of individual products/ pieces of equipment.<br>• Training covers the safe handling of hazardous material[s] the detainee are likely to encounter in their work. | X | ☐ | ☐ | |
| 13. The CS documents all training in individual detainee detention files? | ☐ | X | ☐ | No formal training. |

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 14. Detainees are paid in accordance with the "Voluntary Work Program" standard or prevailing IGSA standards. | ☐ | ☐ | X | Do not have work program for INS Detainees. |
| 15. Detainees are served at least two hot meals every day. No more than 14 hours elapse between the last meal served and the first meal of the following day. | X | ☐ | ☐ | |
| 16. A transparent "sneeze guard" protects both the serving line and salad bar line. | ☐ | ☐ | X | |
| 17. The facility has a standard 35-day menu cycle. IGSAs use a 35 day or similar system for rotating meals. | X | ☐ | ☐ | |
| 18. The FSA or facility considers the ethnic diversity of the facility's detainee population when developing menu cycles. (Provide examples) | X | ☐ | ☐ | With written notice from Detainee of Ethnicity. |
| 19. A registered dietitian conducts a complete nutritional analysis of every master-cycle menu planned. | X | ☐ | ☐ | Same program as DOC. |
| 20. The CS has established procedures to ensure that items on the master-cycle menu are prepared and presented according to approved recipes. | X | ☐ | ☐ | Use DOC Cycle. |
| 21. Does the CS have the authority to change menu items if necessary? <br> • If yes, documenting each substitution, along with its justification <br> • With copy to FSA | X | ☐ | ☐ | Only by Captain |
| 22. All staff and volunteers know and adhere to written "food preparation" procedures. | X | ☐ | ☐ | |
| 23. Detainees whose religious beliefs require the adherence to particular religious dietary laws are referred to the Chaplain or FSA. | X | ☐ | ☐ | |
| 24. A common-fare menu available to detainees whose dietary requirements cannot be met on the main. <br> • Changes to the planned common-fare menu can be made at the facility level. <br> • Hot entrees are offered three times a week. <br> • The common-fare menus satisfy nutritional recommended daily allowances (RDAs). <br> • Staff routinely provides hot water for instant beverages and foods. <br> • Common-fare meals are served with: <br> • Disposable plates and utensils? <br> • Reusable plates and utensils? <br> • Staff use separate cutting boards, knives, spoons, scoops, etc., to prepare the common-fare diet items. | ☒ | ☐ | ☐ | Reuseable plates. |
| 25. A Supervisor at the command level must approve a detainee's removal from the Common-Fare Program. <br> a. Under what circumstances? | X | ☐ | ☐ | |
| 26. The OIC, in conjunction with the Chaplain and/or local religious leaders, provide the FSA a schedule of the ceremonial meals for the following calendar year. | X | ☐ | ☐ | |

**PARK 0182
REYES**

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 27. The common-fare program accommodates detainees abstaining from particular foods or fasting for religious purposes at prescribed times of the year.<br>• Muslims fasting during Ramadan receive their meals after sundown?<br>• Jews who observe Passover but do not participate in the Common-Fare Program receive the same Kosher-for- Passover meals as those who do participate.<br>• Main-line offerings include one meatless meal (lunch or dinner) on Ash Wednesday and Fridays during Lent. | x | ☐ | ☐ | |
| 28. The food service program addresses medical diets. | X | ☐ | ☐ | By Medical Staff. |
| 29. Satellite-feeding programs follow guidelines for proper sanitation. | ☐ | ☐ | X | No satellite program. |
| 30. Hot and cold foods are maintained at the prescribed, "safe" temperature(s) after two hours. | X | ☐ | ☐ | Refer to Procedures Guidelines. |
| 31. All meals provided in nutritionally adequate portions. | X | ☐ | ☐ | |
| 32. Food is not used to punish or reward detainees based upon behavior. | X | ☐ | ☐ | |
| 33. The food service staff instructs detainee volunteers on:<br>• Personal cleanliness and hygiene;<br>• Sanitary techniques for preparing, storing, and serving food, and;<br>• The sanitary operation, care, and maintenance of equipment. | X | ☐ | ☐ | |
| 34. Everyone working in the food service department complies with food safety and sanitation requirements.<br>a. If not, explain non-compliance. | X | ☐ | ☐ | |
| 35. Standard operating procedures include weekly inspections of all food service areas, including dining and food-preparation areas and equipment.<br>• who conducts the inspections? | X | ☐ | ☐ | Daily |
| 36. Equipment is inspected for compliance with health and safety codes and regulations.<br>• How often?<br>• When was the most recent inspection?<br>• Which agency conducted the inspection? | X | ☐ | ☐ | Daily |
| 37. Reports of discrepancies are forwarded to the OIC or AOIC and corrective action is scheduled and completed. | X | ☐ | ☐ | To Maintained |
| 38. Standard procedure includes checking and documenting temperatures of all dishwashing machines during each meal. | X | ☐ | ☐ | Daily log |
| 39. Staff documents the results of every refrigerator/ freezer temperature check. | X | ☐ | ☐ | Daily log |
| 40. The cleaning schedule for each food service area is conspicuously posted. | X | ☐ | ☐ | Cleaned on Daily Schedule. |

G-324a Detention Inspection Form Worksheet for IGSAs

PARK 0183
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 41. Do procedures include inspecting all incoming food shipments for damage, contamination, and pest infestation? | X | ☐ | ☐ | |
| 42. Storage areas are locked. | X | ☐ | ☐ | |

| FOOD SERVICE - Rating |
|---|

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel DEO 09/06/02
Auditor's Signature / Date

## FUNDS AND PERSONAL PROPERTY

**Policy:** All facilities will implement procedures to control and safeguard detainees' personal property. Procedures will provide for the secure storage of funds, valuables, baggage and other personal property, the documentation and receipting of surrendered property, and the initial and regularly scheduled inventorying of all funds, valuables and other property.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Detainee funds and valuables are properly separated and stored away. Detainee funds and valuables are accessible to designated supervisor(s) only. | ☐ | X | ☐ | Property Valuables are not logged in when Detainees are booked in. |
| 2. Detainees' large valuables are secured in a location accessible to designated supervisor(s) or processing staff only. | X | ☐ | ☐ | |
| 3. Staff itemizes the baggage and personal property of arriving detainees, including funds and valuables). For IGSAs and CDFs, using a personal property inventory form that meets the INS standard? | ☐ | ☒ | ☐ | Stored with I-77 Tag and Separated by storage bin. No property itemized, stored with I-77 only |
| 4. Staff forwards an arriving detainee's Medicine to the medical staff. | X | ☐ | ☐ | |
| 5. Staff searches arriving detainees and their personal property for contraband. | X | ☐ | ☐ | |
| 6. There is a written policy for returning forgotten property to detainees and staff follows procedures? | X | ☐ | ☐ | Staff make contact with INS to return Property. |
| 7. Property discrepancies are immediately reported to the CDEO or Chief of Security. | X | ☐ | ☐ | |
| 8. Staff follows written procedures when returning property to detainees. | X | ☐ | ☐ | |
| 9. CDF/IGSA facility procedures for handling detainee property claims are similar with the INS standard. | X | ☐ | ☐ | |
| 10. The facility attempts to notify an out-processed detainee that he/she left property in the facility. <br> • By sending written notice to the detainee's last known address; <br> • Via certified mail; <br> • The notice state that the detainee has 30 days in which to claim the property, after which it will be considered abandoned. | X | ☐ | ☐ | |
| 11. The facility disposes of abandoned property in accordance with written procedures. <br> • If a CDF/IGSA facility, written procedure requires the prompt forwarding of abandoned property to INS. | X | ☐ | ☐ | Property is forwarded to INS office. |

PARK 0185
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

## FUNDS AND PERSONAL PROPERTY - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☐ Acceptable  x  Deficient  ☐ Repeat Deficiency  ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel DEO 09/06/02
Auditor's Signature / Date

PARK 0186
REYES

## GROUP LEGAL RIGHTS PRESENTATIONS

**Policy:** Facilities housing INS detainees shall permit authorized persons to make presentations to groups of detainees for the purpose of informing them of U.S. immigration law and procedures, consistent with the security and orderly operation of each facility. INS encourages such presentations which instruct detainees about the immigration system and their rights and options within it.

| Components | Yes | No | NA | Remarks |
|---|:---:|:---:|:---:|---|
| 1. The INS/OIC is responsive to requests by attorneys and accredited representatives for group presentations. | ☒ | ☐ | ☐ | To INS for approval |
| 2. Upon receipt of concurrence by the District Director, the OIC ensures proper notification to attorneys or accredited representatives in a timely manner. | ☒ | ☐ | ☐ | |
| 3. The facility follows policy and procedure when rejecting or requesting modifications to objectionable material provided or presented by the attorney or accredited representative. | ☒ | ☐ | ☐ | |
| 4. Posters announcing presentations appear in common areas at least 48 hours in advance and sign-up sheets are available and accessible. | ☒ | ☐ | ☐ | Never requested |
| 5. Documentation is submitted and maintained when any detainee is denied permission to attend a presentation and the reason(s) for the denial. | ☒ | ☐ | ☐ | |
| 6. When the number of detainees allowed to attend a presentation is limited, the facility allows a sufficient number of presentations so that all detainees signed up may attend. | ☒ | ☐ | ☐ | |
| 7. Detainees in segregation and unable to attend for security reasons may request separate sessions with presenters. Such requests are documented. | ☒ | ☐ | ☐ | |
| 8. Interpreters are admitted when necessary to assist attorneys and other legal representatives. | ☒ | ☐ | ☐ | |
| 9. Presenters are afforded a minimum of one hour to make the presentation and to conduct a question-and-answer session. | ☒ | ☐ | ☐ | |
| 10. Staff permits presenters to distribute INS-approved materials. | ☒ | ☐ | ☐ | |
| 11. The facility permits presenters to meet with small groups of detainees to discuss their cases after the group presentation. INS Staff are present but do not monitor conversations with legal providers. | ☒ | ☐ | ☐ | |
| 12. Group presenters who have had their privileges suspended are notified in writing by the OIC and the reasons for suspension are documented. The District Director is notified when a group or individual is suspended from making presentations. | ☒ | ☐ | ☐ | |
| 13. The facility plays INS-approved videotaped presentations on legal rights, at regular opportunities at the request of outside organizations. | ☒ | ☐ | ☐ | |
| 14. A copy of the Group Legal Rights Presentation policy, including attachments, is available to detainees upon request | ☒ | ☐ | ☐ | |

G-324a Detention Inspection Form Worksheet for IGSAs

**PARK 0187**
**REYES**

## GROUP LEGAL RIGHTS PRESENTATIONS

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

**Standard Rating:**

☒ Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

*Remarks: Never requested, policy clear on INS and facility responsibilities.*

W.E. Simmons, DO       09/06/2002.
Auditor's Signature / Date

PARK 0188
REYES

## DETAINEE GRIEVANCE PROCEDURES

**Policy:** Every facility will develop and implement standard operating procedures (SOPs) for addressing detainee grievances in timely fashion. Each step in the process will occur within the prescribed time frame. Among other things, a grievance will be processed, investigated, and decided (subject to appeal) in accordance with the SOPs; a grievance committee will convene as provided in the SOPs. Standard procedure will include providing the detainee with a written response to any formal grievance, which will include the basis for the decision. The facility will also establish standard procedures for handling emergency grievances. All grievances will receive supervisory review. Reprisal against the filer of a grievance will not be tolerated.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Written procedures provide for the informal resolution of oral grievances.<br>• If yes, the detainee has up to five days within which to make his/her concern known to a member of the staff. | ☒ | ☐ | ☐ | |
| 2. Detainees have access to the grievance committee (or equivalent in IGSA), using formal procedures.<br>• Detainees may seek help from other detainees or facility staff when preparing a grievance.<br>• Illiterate, disabled, or non-English-speaking detainees receive special assistance when necessary. | ☒ | ☐ | ☐ | |
| 3. Every member of the staff knows how to identify emergency grievances, including the procedures for expediting them. | ☒ | ☐ | ☐ | |
| 4. There are no documented substantiated cases of staff harassing, disciplining, penalizing, or otherwise retaliating against a detainee who lodges a complaint.<br>• If yes, explain. | ☒ | ☐ | ☐ | |
| 5. Procedures include maintaining a Detainee Grievance Log.<br>• If not, an alternative acceptable record keeping system is maintained.<br>• "Nuisance complains" are identified in the records.<br>• For quality control purposes, staff documents nuisance complaints received but not filed. | ☒ | ☐ | ☐ | |
| 6. Staff is required to forward any grievance that includes officer misconduct to a higher official or, in a CDF/IGSA facility, to INS. | ☒ | ☐ | ☐ | All relating to INS detainees are forwarded to COTR |

PARK 0189
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 7. The grievance section of the handbook explains all steps in the grievance process -- Including:<br>• Informal and formal grievance procedures;<br><br>• The appeals process and step-by-step procedures;<br>• In CDFs/IGSA facilities: procedures for filing an appeal with INS.<br>• Staff/detainee availability to help during the grievance process<br>• Guarantee against staff retaliation for filing/pursuing a grievance.<br>• How to file a complaint about officer misconduct with the Department of Justice. | ☒ | ☐ | ☐ | |

### DETAINEE GRIEVANCE PROCEDURES - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

---

Standard Rating:

☒ Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

---

*Remarks: (Record significant facts, observations, other sources used, etc.)*

 W.E. Simmons, DO     09/06/02
Auditor's Signature / Date

**PARK 0190
REYES**

## ISSUANCE AND EXCHANGE OF CLOTHING, BEDDING, AND TOWELS

**Policy:** INS requires that all facilities housing INS detainees provide clean clothing, bedding, linens and towels to every INS detainee upon arrival. Further, facilities shall provide INS detainees with regular exchanges of clothing, linens, and towels for as long as they remain in detention.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. The facility has a policy and procedure for the regular issuance and exchange of clothing, bedding, linens and towels.<br>• The supply of these items exceeds the minimum required for the number of detainees. | X | ☐ | ☐ | Laundry is done on Monday, Wednesday and Friday. |
| 2. All new detainees are issued clean, temperature-appropriate, presentable clothing during in-processing.  Detainees receive<br>• One uniform shirt and one pair of uniform pants or one jumpsuit.<br>• One pair of socks.<br>• One pair of underwear (Daily change).<br>• One pair of facility-issued footwear. | ☐ | X | ☐ | Undergarments washed every other day. No additional undergarments issued. |
| 3. Additional clothing is available for changing weather conditions or is seasonally appropriate. | X | ☐ | ☐ | |
| 4. New detainees are issued clean bedding, linens and towel.  They receive<br>• One mattress<br>• One blanket<br>• One pillow<br>• Two sheets<br>• One pillowcase<br>• One towel<br>• Additional blankets are issued based on local weather conditions. | X | ☐ | ☐ | |
| 5. Detainees assigned to special work areas are clothed in accordance with the requirements of the job. | X | ☐ | ☐ | |
| 6. Detainees are provided clean clothing, linen and towels.<br>• Socks and undergarments exchanged daily.<br>• Outer garments at least twice weekly.<br>• Sheets at least weekly.<br>• Towels at least weekly.<br>• Pillowcases at least weekly. | ☐ | X | ☐ | Undergarments washed every other day and bedding every Sunday. |
| 7. Food service detainee volunteer workers permitted to exchange outer garments daily. | ☐ | ☐ | X | No work program. |
| 8. Volunteer detainee workers are permitted to exchanges of outer garments more frequently. | ☐ | ☐ | X | |

**PARK 0191**
**REYES**

G-324a Detention Inspection Form Worksheet for IGSAs

## ISSUANCE AND EXCHANGE OF CLOTHING, BEDDING AND TOWELS - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☐ Acceptable  x  Deficient  ☐ Repeat Deficiency  ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0192
REYES

## MARRIAGE REQUESTS

**Policy:** All detainee marriage requests will receive case-by-case consideration from INS management.

| Components | Yes | No | NA | Remarks |
|---|:---:|:---:|:---:|---|
| 1. The OIC/INS considers detainee marriage requests on a case-by-case basis. | ☒ | ☐ | ☐ | |
| 2. The ADD reviews every marriage request rejected by an OIC or IGSA. Rejections are documented. | ☒ | ☐ | ☐ | |
| 3. It is standard practice to require a written request for permission to marry. | ☒ | ☐ | ☐ | |
| 4. The written request includes a signed statement or comparable documentation from the intended spouse, confirming marital intent. | ☒ | ☐ | ☐ | |
| 5. The OIC provides a written copy of his/her decision to the detainee and his/her legal representative. | ☒ | ☐ | ☐ | |
| 6. When permission is denied, the OIC states the basis for his/her decision. | ☒ | ☐ | ☐ | |
| 7. The OIC provides the detainee with a place and time to make wedding arrangements. | ☒ | ☐ | ☐ | |
| 8. The detainee handbook (or equivalent) explains the marriage request process? | ☒ | ☐ | ☐ | |

## MARRIAGE REQUESTS

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

---

**Standard Rating:**

☒ Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

---

*Remarks: (Record significant facts, observations, other sources used, etc.)*


  W.E. Simmons, DO      09/06/2002
Auditor's Signature / Date

PARK 0193
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

**NON-MEDICAL EMERGENCY ESCORTED TRIPS**

**Policy:** The Immigration and Naturalization Service (INS) may provide detainees with staff-escorted trips into the community for the purpose of visiting critically ill members of the detainee's immediate family or for attending funerals.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. The OIC considers and approves, on a case-by-case basis, trips to immediate family member's:<br>• Funeral<br>• Deathbed | ☐ | ☐ | ☒ | All Completed by INS Staff per ADD. |
| 2. The facility recognizes mother, father, brother, sister, spouse, child, stepparent, and foster parent as "immediate family". | ☒ | ☐ | ☐ | |
| 3. The IGSA facility notifies INS of all detainee requests for non-medical escorts. | ☒ | ☐ | ☐ | |
| 4. The District Director is the approving official for non-medical escorted trips. | ☒ | ☐ | ☐ | |
| 5. The detainee's Deportation Officer reviews the file before forwarding a detainee's request, with recommendation, to the approving official. Each recommendation addresses the individual's suitability for travel, e.g., the kind of supervision required? | ☐ | ☐ | ☒ | |
| 6. Detainees who require overnight housing placed in approved IGSA facilities. | ☐ | ☐ | ☒ | |
| 7. Each escort includes at least two officers.<br>• The detainee under constant, direct visual supervision of escorting staff. | ☐ | ☐ | ☒ | |
| 8. The Chief Detention Enforcement Officer responsible for training escort officers to follow written procedures. | ☐ | ☐ | ☒ | |
| 9. Escorting officers report unexpected situations to the originating facility as a matter of procedure and the ranking supervisor on duty has the authority to issue instructions for completion of the trip. | ☐ | ☐ | ☒ | |
| 10. Escorting officers have the discretion to: a. Increase or decrease minimum restraints in accordance with written instruction, procedures and classification level of the detainee. | ☐ | ☐ | ☒ | |
| 11. Escort officer training includes INS Firearms Policy, Section 20.012? | ☐ | ☐ | ☒ | |
| 12. Escort officers do not accept gifts/gratuities from a detainee, detainee's relative or friend for any reason. | ☐ | ☐ | ☒ | |

PARK 0194
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 13. Escort officers ensure that detainees:<br>• Conduct themselves in a manner that does not bring discredit to the INS.<br>• Do not violate federal, state, or local laws.<br>• Do not purchase, possess, use, consume, or administer narcotics, other drugs, or intoxicants.<br>• Do not arrange to visit family or friends unless approved before the trip.<br>• Make no unauthorized phone calls.<br>• Know they are subject to search, urinalysis, breathalyzer, or comparable test upon return to the facility. | ☐ | ☐ | ☒ | |
| 14. Standard procedure requires the immediate return to the facility of any detainee who violates trip rules. | ☐ | ☐ | ☒ | |

### NON MEDICAL EMERGENCY ESCORT - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

---

**Standard Rating:**

☒ Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

---

*Remarks: All non medical escorted trips are the responsibility of INS; all requests are forwarded to the Denver District ADD.*

 W.E. Simmons, DO  09/05/2002.
Auditor's Signature / Date

PARK 0195
REYES