# EXHIBIT A-16

## Part 2 of 3

Pages 29 of 80 through Pages 53 of 80

**(Detailed inspection report of the Park County Jail)**

| | RECREATION |
|---|---|
| **Policy:** It is INS policy to provide access to recreational programs and activities to all INS detainees, to the extent possible, under conditions of security and supervision that protect their safety and welfare. |

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Does the facility provide:<br>• An indoor recreation program?<br>• An outdoor recreation program? | X | ☐ | ☐ | Both |
| 2. The recreational specialist tailors the program activities and offerings to the particular detainee population. | X | ☐ | ☐ | |
| 3. Regular maintenance keeps recreational facilities and equipment in good condition. | X | ☐ | ☐ | |
| 4. The recreational specialist supervises detainee recreation workers. | X | ☐ | ☐ | Jail Staff |
| 5. The recreational specialist oversees recreation programs for Special Management Unit and special-needs detainees. | X | ☐ | ☐ | Same |
| 6. Dayrooms offer sedentary activities, e.g., board games, cards, television. | X | ☐ | ☐ | |
| 7. Outside activities are restricted to limited-contact sports. | X | ☐ | ☐ | Basketball, Soccer |
| 8. Each detainee has the opportunity to participate in daily recreation. | X | ☐ | ☐ | One hour per day. |
| 9. Detainees have access to recreation activities outside the housing units for at least one hour daily, 5 days a week. | X | ☐ | ☐ | |
| 10. Staff checks all items for damage and condition when equipment is returned. | X | ☐ | ☐ | |
| 11. Staff conducts searches of recreation areas before and after use. | X | ☐ | ☐ | |
| 12. All recreation areas under constant staff supervision. | X | ☐ | ☐ | Jail Staff |
| 13. Supervising staff is equipped with radios. | X | ☐ | ☐ | |
| 14. The facility provides detainees in the SMU at least one hour of recreation time daily. | X | ☐ | ☐ | After hours |
| 15. Detainees in disciplinary segregation receive a written explanation when a panel revokes his/her recreation privileges. | X | ☐ | ☐ | Verbal with written log. |
| 16. Does the OIC review the panel's decision before it becomes effective.<br>If yes, in every case? | X | ☐ | ☐ | By Captain |
| 17. Detainees in administrative segregation receive a written explanation for denied recreational privileges. | X | ☐ | ☐ | |
| 18. Volunteer groups present special programs or religious activities. | X | ☐ | ☐ | |
| 19. Volunteers are required to sign a waiver of liability before entering a secure portion of the facility where detainees are present. | X | ☐ | ☐ | |
| 20. Visitors, relatives or friends are not allowed to serve as volunteers. | X | ☐ | ☐ | |

PARK 0196
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 21. If the facility has no outside recreation, are detainees considered for transfer after six months?<br>• If yes, written procedures ensure timely review of all eligible detainees. | ☐ | ☐ | X | Do have outdoor Rec. |
| 22. Case officers make written transfer recommendations about every six-month detainee to the OIC. | ☐ | ☐ | X | No long term holds at this time. |
| 23. The OIC documents all detainee-transfer decisions, whether yes or no. | X | ☐ | ☐ | |
| 24. The detainee's written decision for or against an offered transfer documented in his/her A-file. | X | ☐ | ☐ | |
| 25. Staff notifies the detainee's legal representative of his/her decision to accept/decline a transfer. | X | ☐ | ☐ | |
| 26. If no recreation is available, the INS District routinely review transfer eligibility for all detainees after 60 days. | ☐ | ☐ | X | |
| 27. Does the A-file of every detainee is held more than 60 days without access to recreation contains either a transfer-waiver signed by the detainee or the OIC's written determination of the detainee's ineligibility for transfer. | ☐ | ☐ | X | |
| 28. The detainee's legal representative is notified of the detainee's/OIC's decision. | X | ☐ | ☐ | |

## RECREATION - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

---

Standard Rating:

X Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

---

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0197
REYES

## RELIGIOUS PRACTICES

Policy: Facilities will provide INS detainees of all faiths with reasonable and equitable opportunities to participate in the practices of their faith, limited only by the constraints of safety, security, the orderly operations of the facility and budgetary considerations.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Detainees are allowed to engage in religious services. | X | ☐ | ☐ | |
| 2. Space is available for detainees to conduct religious services. | X | ☐ | ☐ | |
| 3. The facility allows detainees to observe the major "holy days" of their religious faith.<br>a. List any exceptions. | X | ☐ | ☐ | |
| 4. The facility accommodates recognized holy-day observances by:<br>• Providing special meals, consistent with dietary restrictions.<br>• Honoring fasting requirements.<br>• Facilitating religious services.<br>• Allowing activity restrictions. | X | ☐ | ☐ | |
| 5. Each detainee is allowed religious items in his/her immediate possession. | X | ☐ | ☐ | Limited to Size. |
| 6. Volunteer's credentials are checked and verified before letting him/her participate in detainee programs. | X | ☐ | ☐ | Conduct Background checks. |
| 7. Members of faiths not represented by clergy conduct may request to present their own services within security allowances. | X | ☐ | ☐ | |
| 8. Detainees in the Special Management Unit to participate in religious practices unless otherwise documented for the safety and security of the facility. | X | ☐ | ☐ | |

## RELIGIOUS PRACTICES

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)*

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0198
REYES

## DETAINEE TELEPHONE ACCESS

**Policy:** All facilities housing INS detainees will permit detainees reasonable and equitable access to telephones

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Detainees allowed access to telephones during established facility waking hours. | ☒ | ☐ | ☐ | |
| 2. Upon admittance, detainees are made aware of the facility's telephone access policy. | ☒ | ☐ | ☐ | Posted |
| 3. Notification of this policy is in the detainee handbook. | ☒ | ☐ | ☐ | INS phone system policy is posted, will be added to handbook |
| 4. The telephone access rules are posted in each housing area. | ☒ | ☐ | ☐ | |
| 5. The facility makes a reasonable effort to provide key information to detainees in languages spoken by any significant portion of the facility's population. | ☒ | ☐ | ☐ | |
| 6. Telephones are provided at a minimum ratio of one telephone per 25 detainees in the facility population. | ☒ | ☐ | ☐ | |
| 7. Telephones are inspected regularly (daily in SPCs/CDFs), by designated facility staff, to ensure that they are in good working order. | ☒ | ☐ | ☐ | |
| 8. The facility administration promptly reports out-of-order telephones to the facility's telephone service provider. | ☒ | ☐ | ☐ | |
| 9. The facility administration monitors repair progress and take appropriate measures to ensure that the required repairs are begun and completed timely. | ☒ | ☐ | ☐ | |
| 10. Detainees are afforded a *reasonable degree of privacy* for legal phone calls. | ☒ | ☐ | ☐ | |
| 11. A procedure exists to assist a detainee who is having trouble placing a confidential call. | ☒ | ☐ | ☐ | |
| 12. The facility provides the detainees with the ability to make non-collect (special access) calls. | ☒ | ☐ | ☐ | |
| 13. Special Access calls are at no charge to the detainees. | ☒ | ☐ | ☐ | |
| 14. In facilities unable to fully meet this requirement initially because of limitations of its telephone service, the INS makes alternate arrangements to provide required access within 24 hours of a request by a detainee. | ☒ | ☐ | ☐ | |
| 15. No restrictions are placed on detainees attempting to contact attorneys and legal service providers who are on the approved "Free Legal Services List". | ☒ | ☐ | ☐ | INS phone system is in this facility as of 2002 |
| 16. Special arrangements are made to allow detainees to speak by telephone with an immediate family member detained in another Facility? | ☒ | ☐ | ☐ | |
| 17. Use of general access phones is ordinarily not restricted. | ☒ | ☐ | ☐ | In housing area |

PARK 0199
REYES

| Components | Yes | No | NA | Remarks |
|---|:---:|:---:|:---:|---|
| 18. Any restrictions are documented and fall within one of the categories in paragraph VIII section G? | ☒ | ☐ | ☐ | |
| 19. The facility has a system for taking and delivering detainee telephone messages. | ☒ | ☐ | ☐ | Legal and emergency calls only |
| 20. Emergency phone call messages are immediately given to detainees. | ☒ | ☐ | ☐ | |
| 21. Detainees are allowed to return emergency phone calls as soon as possible. | ☒ | ☐ | ☐ | |
| 22. Detainees in disciplinary segregation are allowed phone calls relating to the detainee's immigration case or other legal matters, including consultation calls. | ☒ | ☐ | ☐ | |
| 23. Detainees in disciplinary segregation are allowed phone calls to consular/embassy officials. | ☒ | ☐ | ☐ | |
| 24. Detainees in disciplinary segregation allowed phone calls for family emergencies. | ☒ | ☐ | ☐ | |
| 25. Detainees in administrative segregation and protective custody afforded the same telephoning privileges as those in general population. | ☒ | ☐ | ☐ | |
| 26. When detainee phone calls are monitored, notification is posted by detainee telephones that phone calls made by the detainees may be monitored. Special Access calls are not monitored. | ☒ | ☐ | ☐ | |

## DETAINEE TELEPHONE ACCESS  Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating: _

☒ Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

*Remarks: *INS Phone system installed and operational. Phones are located within each housing area.*

W.E.Simmons, DO     09/05/2002.
Auditor's Signature / Date

**PARK 0200
REYES**

## VISITATION

**Policy:** INS shall permit detainees to visit with family, friends, legal representatives, special interest groups and the news media.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. There is a written visitation schedule and hours for general visitation. | X | ☐ | ☐ | Wed 6-8pm, Sat. 2-6pm and Sun 2-6pm |
| 2. The visitation hours tailored to the detainee population and the demand for visitation. | X | ☐ | ☐ | |
| 3. The visitation schedule and rules are available to the public. | X | ☐ | ☐ | |
| 4. The hours for all categories of visitation are posted in the visitation waiting area. | X | ☐ | ☐ | |
| 5. A written copy of the rules regulating visitation and the hours of visitation is available to visitors. | X | ☐ | ☐ | |
| 6. A general visitation log is maintained. | X | ☐ | ☐ | |
| 7. The detainees are permitted to retain personal property item specified in the standard. | X | ☐ | ☐ | |
| 8. A visitor dress code is available to the public. | X | ☐ | ☐ | |
| 9. Visitors are searched and identified according to standard requirements. | X | ☐ | ☐ | |
| 11. The requirement on visitation by minors is complied with. | X | ☐ | ☐ | May vist with Adult present. |
| 12. At facilities where there is no provision for visits by minors, the INS arranges for visits by children and stepchildren, on request, within the first 30 days. | X | ☐ | ☐ | |
| 13. After that time, on request, INS considers a transfer, when possible, to a facility that will allow minor visitation. At a minimum, monthly visits are allowed. | ☐ | ☐ | X | |
| 14. Detainees in special housing afforded visitation. | X | ☐ | ☐ | |
| 15. Legal visitation is available seven (7) days a week, including holidays? | X | ☐ | ☐ | |
| 16. On regular business days legal visitation hours provide for a minimum of eight (8) hours per day and a minimum of four hours per day on weekends and holidays. | X | ☐ | ☐ | |
| 17. On regular business days, detainees are given the option of continuing a meeting with a legal representative through a scheduled meal. | X | ☐ | ☐ | |
| 18. The call ahead inquiry policy is available to legal service providers. | X | ☐ | ☐ | |
| 19. Private consultation rooms are available for attorney meetings. There is a mechanism for the detainee and his/her representative to exchange documents. | X | ☐ | ☐ | |
| 20. There are written procedures governing detainee searches. The procedure is also listed in the detainee handbook or equivalent. | X | ☐ | ☐ | |

PARK 0201
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 21. When strip searches are required after every contact visit with a legal representative, the facility provides an option for non-contact visits with legal representatives. | X | ☐ | ☐ | |
| 22. Prior to each visit, legal service providers and assistants are identified per the standard. | X | ☐ | ☐ | |
| 24. The current list of *pro bono* legal organizations is posted in the detainee housing areas and other appropriate areas. | X | ☐ | ☐ | Provided by INS |
| 25. The decision to permit or deny a tour is not delegated below the level of District Director? | X | ☐ | ☐ | |
| 26. Provisions for NGO visitation as stated in the Detention Standards are complied with. | X | ☐ | ☐ | |
| 27. Law enforcement officials, requesting to visit with a detainee, are referred to the OIC for approval. | X | ☐ | ☐ | By Captain |
| 28. Former detainees or aliens in proceedings, requesting to visit with a detainee, are referred to the OIC. | X | ☐ | ☐ | By Captain |
| 29. Procedures are in place, consistent with the detention standard, for examinations by independent medical service providers and experts. | X | ☐ | ☐ | |

## VISITATION Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.  For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)*

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0202
REYES

## VOLUNTARY WORK PROGRAM

**Policy:** In every facility offering a voluntary work program, INS detainees will have the opportunity to work and earn money by participating. While not legally required, INS affords detainee workers basic Occupational Safety and Health Administration (OSHA) protections.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Does the facility have a voluntary work program? If yes, do detainees participate? | ☐ | ☐ | ☒ | No voluntary work program for INS inmates |
| 2. Detainee housekeeping meets neatness and cleanliness standards. | ☒ | ☐ | ☐ | |
| 3. Detainees have the opportunity to participate in special details, however, are never allowed to work outside the secure perimeter. | ☒ | ☐ | ☐ | |
| 4. Written procedures govern selection of detainees for the Voluntary Work Program.<br>• The same procedures apply for replacement workers as for "new" workers.<br>• Staff follows written procedures. | ☐ | ☐ | ☒ | |
| 5. Where possible, physically and mentally challenged detainees participate in the program. | ☐ | ☐ | ☐ | |
| 6. The facility complies with work-hour requirements for detainees, not exceeding:<br>• Eight hours a day.<br>• Forty hours a week. | ☐ | ☐ | ☐ | |
| 7. Detainee volunteers generally work according to fixed schedule. | ☐ | ☐ | ☐ | |
| 8. If a detainee is removed from a work detail, staff places the written justification for the action in the detainee's detention file. | ☐ | ☐ | ☐ | |
| 9. Staff, in accordance with written procedure, ensures that detainee volunteers understand their responsibilities as workers before they join the work program. | ☐ | ☐ | ☐ | |
| 10. The voluntary work program meets:<br>• OSHA standards<br>• NFPA standards<br>• ACA standards<br>• EOSH standards | ☐ | ☐ | ☐ | |
| 11. Medical staff screens and formally certifies detainee food service volunteers.<br>• Before the assignment begins<br>• As a matter of written procedure | ☒ | ☐ | ☐ | |
| 12. Detainees receive safety equipment/ training sufficient for the assignment | ☒ | ☐ | ☐ | |
| 13. Proper procedure is followed when an INS detainee is injured on the job. | ☐ | ☐ | ☒ | |

PARK 0203
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

## VOLUNTARY WORK PROGRAM - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: *Presently INS Detainees do not participate in the volunteer work program as the majority of INS detainees are held in this facility for less than 5 days.*

 W.E.Simmons, DO  09/06/2002
Auditor's Signature / Date

PARK 0204
REYES



# Section II

# Health Services Standards

PARK 0205
REYES

## HUNGER STRIKES

Policy: All facilities will follow standard guidelines for the medical and administrative management of INS detainees engaging in hunger strikes. By monitoring of the health and welfare of the individual detainees, facilities will strive to sustain their lives.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. When a detainee has refused food for 72 hours, it is standard practice for staff to refer him/her to the medical department. | X | ☐ | ☐ | |
| 2. CDFs and IGSAs immediately report a hunger strike to the INS. | X | ☐ | ☐ | |
| 3. The facility has established procedures to ensure staff respond immediately to a hunger strike. | X | ☐ | ☐ | |
| 4. Policy and procedure require that staff isolate a hunger-striking detainee from other detainees. a. If yes, in an observation room? | X | ☐ | ☐ | |
| 5. Medical personnel are authorized to place a detainee in the Special Management Unit or a locked hospital room. | X | ☐ | ☐ | |
| 6. Medical staff records the weight and vital signs of a hunger-striking detainee at least once every 24 hours. | X | ☐ | ☐ | |
| 7. The OIC of the facility obtains a hunger striker's consent before medical treatment. | X | ☐ | ☐ | |
| 8. A signed Refusal of Treatment form is required of every detainee who rejects medical evaluation or treatment. | X | ☐ | ☐ | |
| 9. During a hunger strike, staff documents and provides the hunger-striking detainee three meals a day. | X | ☐ | ☐ | |
| 10. Staff maintains the hunger striker's supply of drinking water/other beverages. | X | ☐ | ☐ | Logged on Strike Log. |
| 11. During a hunger strike, staff removes all food items from the hunger striker's living area. | X | ☐ | ☐ | |
| 12. Staff is directed to record the hunger striker's fluid intake and food consumption, does staff always use Hunger Strike Monitoring Form I-839. IGSA's use a similar form. | X | ☐ | ☐ | |
| 13. The medical staff has written procedures for treating hunger strikers. | X | ☐ | ☐ | |
| 14. Staff documents all treatment attempts, including attempts to persuade hunger striker of medical risks. | X | ☐ | ☐ | |
| 15. Staff has received training in identification of hunger strikes. Medical staff receives early training in hunger-strike evaluation and treatment. Staff remain current in evaluation and treatment techniques. | X | ☐ | ☐ | |

PARK 0206
REYES

## HUNGER STRIKES - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X  Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)*

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0207
REYES

## ACCESS TO MEDICAL CARE

**Policy:** Every facility will establish and maintain an accredited/accreditation-worthy health program for the general well-being of INS detainees.

| Components | Yes | No | NA | Remarks |
|---|:---:|:---:|:---:|---|
| 1. IGSA facilities operate a health care facility in compliance with State and Local laws and guidelines. | ☒ | ☐ | ☐ | |
| 2. The facility's in-processing procedures of arriving detainees include medical screening. | ☒ | ☐ | ☐ | |
| 3. All detainees have access to and receive medical care. | ☒ | ☐ | ☐ | |
| 4. For IGSAs, the district has access to a Managed Health Care Coordinator. | ☒ | ☐ | ☐ | |
| 5. The medical staff large enough to provide examine and treat the facility's detainee population. | ☒ | ☐ | ☐ | |
| 6. The facility has sufficient space and equipment to afford each detainee privacy when receiving health care. | ☒ | ☐ | ☐ | |
| 7. The medical facility has its own restricted-access area. The restricted access area is located within the confines of the secure perimeter. | ☒ | ☐ | ☐ | |
| 8. The medical facility entrance includes a holding/waiting room. | ☒ | ☐ | ☐ | Small waiting area, on callout |
| 9. The medical facility's holding/waiting room under the direct supervision of custodial staff. | ☒ | ☐ | ☐ | |
| 10. Detainees in the holding/waiting room have access to a toilet and a drinking fountain. | ☒ | ☐ | ☐ | |
| 11. Medical records are kept apart from other files. They are:<br>• Secured in a locked area within the medical unit.<br>• With physical access restricted to authorized medical staff.<br>• Procedurally, no copies made and placed in detainee files. | ☒ | ☐ | ☐ | |
| 12. Pharmaceuticals are stored in a secure area. | ☒ | ☐ | ☐ | |
| 13. Medical screening includes a Tuberculosis (TB) test.<br>• Every arriving detainee receives a TB test.<br>• During the admission process.<br>• Detainee's TB-screening does not occur more than one business day after his/her arrival at the facility.<br>• Detainees not screened are housed separate from the general population. | ☒ | ☐ | ☐ | |
| 14. All detainees receive a mental-health screening upon arrival. It is conducted:<br>• By a health care provider or specially trained officer;<br>• Before a detainee's assignment to a housing unit. | ☒ | ☐ | ☐ | By RN |
| 15. The facility health care provider promptly reviews all I-794s (or equivalent) to identify detainees needing medical attention. | ☒ | ☐ | ☐ | |

G-324a Detention Inspection Form Worksheet for IGSAs

**PARK 0208**
**REYES**

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 16. The health care provider physically examines/assesses arriving detainees within 14 days of admission. | ☒ | ☐ | ☐ | |
| 17. Detainees in the Special Management Unit have access to health care services. | ☒ | ☐ | ☐ | 2 visits per day |
| 18. Staff provides detainees with health- services request slips daily, upon request.<br>• Request slips are available in the languages other than English, including every language spoken by a sizeable number of the facility's detainee population.<br>• Service-request slips are delivered in a timely fashion to the health care provider. | ☒ | ☐ | ☐ | |
| 19. The facility has a written plan for the delivery of 24-hour emergency health care when no medical personnel are on duty at the facility, or when immediate outside medical attention is required. | ☒ | ☐ | ☐ | |
| 20. The plan includes an on-call provider. | ☒ | ☐ | ☐ | |
| 21. The plan includes a list of telephone numbers for local ambulances and hospital services. | ☒ | ☐ | ☐ | Auto dialer in control |
| 22. The plan includes procedures for facility staff to utilize this emergency health care consistent with security and safety. | ☒ | ☐ | ☐ | |
| 23. Detention staff is trained to respond to health-related emergencies within a 4-minute response time. | ☒ | ☐ | ☐ | RN trained in ALS with AED and crash cart. |
| 24. In IGSAs, if staff is used to distribute medication, a health care provider properly trains these officers. | ☒ | ☐ | ☐ | |
| 25. The medical unit keeps written records of medication that is distributed. | ☒ | ☐ | ☐ | |
| 26. The I-819 (or IGSA equivalent) is used to notify the OIC/Facility of a detainee that has special medical needs. | ☒ | ☐ | ☐ | |
| 27. A signed and dated consent form is obtained from a detainee before medical treatment is administered. | ☒ | ☐ | ☐ | |
| 28. Detainees use the I-813 (or IGSA equivalent) to authorize the release of confidential medical records to outside sources. | ☒ | ☐ | ☐ | |
| 29. The facility health care/IGSA provider is given advance notice prior to the release, transfer, or removal of a detainee. | ☒ | ☐ | ☐ | |
| 30. Detainee's medical records or a copy thereof, are available and transferred with the detainee. | ☒ | ☐ | ☐ | |
| 31. Medical records are placed in a sealed envelope or other container labeled with the detainee's name and A-number and marked "MEDICAL CONFIDENTIAL". | ☒ | ☐ | ☐ | |

PARK 0209
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

## ACCESS TO MEDICAL CARE

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks:*Excellent medical unit.*

  W.E. Simmons, DO    09/06/2002.
Auditor's Signature / Date

**PARK 0210**
**REYES**

## SUICIDE PREVENTION AND INTERVENTION

**Policy:** All detention staff working with INS detainees will be trained to recognize suicide-risk indicators. Staff will handle potentially suicidal individuals with sensitivity, supervision and referrals. A clinically suicidal detainee will receive preventive supervision and treatment.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Every new staff member receives suicide-prevention training. Suicide-prevention training occurs during the employee orientation program. | ☒ | ☐ | ☐ | |
| 2. Training prepares staff to:<br>• Recognize potentially suicidal behavior;<br>• Refer potentially suicidal detainees, following facility procedures;<br>• Understand and apply suicide-prevention techniques. | ☒ | ☐ | ☐ | |
| 3. A health-care provider or specially trained officer screens all detainees for suicide potential as part of the admission process?<br>• Screening does not occur later than one working day after the detainee's arrival. | ☒ | ☐ | ☐ | |
| 4. Written procedures cover when and how to refer at-risk detainees to medical staff and procedures are followed. | ☒ | ☐ | ☐ | |
| 5. The facility has a designated isolation room for evaluation and treatment. | ☒ | ☐ | ☐ | |
| 6. The designated isolation room does not contain any structures or smaller items that could be used in a suicide attempt. | ☒ | ☐ | ☐ | |
| 7. Medical staff has approved the room for this purpose. | ☒ | ☐ | ☐ | Per medical staff |
| 8. Staff observes a suicide-watch detainee at least once every 15 minute. | ☒ | ☐ | ☐ | Camera, Video recorded and staff visits |

## SUICIDE PREVENTION AND INTERVENTION : Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

---

**Standard Rating:**

☒ Acceptable   ☐ Deficient   ☐ Repeat Deficiency   ☐ At-Risk

---

*Remarks: (Record significant facts, observations, other sources used, etc.)*

 W.E. Simmons, DO   09/05/2002.
Auditor's Signature / Date

**PARK 0211
REYES**

## TERMINAL ILLNESS, ADVANCED DIRECTIVES, AND DEATH

**Policy** All facilities housing INS detainees shall have policies and procedures addressing the issues of terminal illness or injury, medical advanced directives, and detainee death, to include the procedures to ensure proper notification is provided to INS officials, family members and other interested parties in the event of a detainee becoming terminally ill or injured or death of a detainee occurs. In addition, the policy will cover procedures to be taken if the death of a detainee occurs while in transit.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Detainees, who are chronically or terminally ill, are transferred to an appropriate offsite medical facility. | ☒ | ☐ | ☐ | By INS, per IGSA |
| 2. The facility or appropriate INS office promptly notifies the next of kin of the detainee's: medical condition.<br>• The detainee's location.<br>• The limitations placed on visiting. | ☒ | ☐ | ☐ | Per Policy and IGSA, notifications made by INS only. |
| 3. For IGSAs There are guidelines addressing State Advanced Directive Form for Implementing Living Wills and Advanced Directives.<br>• The guidelines include instructions for detainees who wish to have a living will other than the generic form the DIHS provides or who wish to appoint another to make advance decisions for him or her. | ☒ | ☐ | ☐ | |
| 4. The guidelines provide the detainee the opportunity to have a private attorney prepare the documents. | ☒ | ☐ | ☐ | |
| 5. There is a policy addressing "Do Not Resuscitate Orders"? | ☒ | ☐ | ☐ | |
| 6. Detainees with a "Do Not Resuscitate" order in the medical record receive maximal therapeutic efforts short of resuscitation? | ☒ | ☐ | ☐ | |
| 7. The facility notifies the DIHS Medical Director and Headquarters' Legal Counsel of the name and basic circumstances of any detainee with a "Do Not Resuscitate" order in the medical record. In the case of IGSAs, this notification is made through the local INS representative. | ☒ | ☐ | ☐ | |
| 8. The facility has written procedures to address the issues of organ donation by detainees. | ☒ | ☐ | ☐ | |
| 9. The facility has written procedures to notify INS officials, deceased family members and consulates, when a detainee dies while in Service. | ☒ | ☐ | ☐ | INS makes notifications |
| 10. The facility has a policy and procedure to address the death of a detainee while in transport. | ☒ | ☐ | ☐ | |
| 11. At all INS locations the detainee's remains disposed of in accordance with the provisions detailed in this standard. | ☒ | ☐ | ☐ | |
| 12. In the event that neither family nor consulate claims the remains, the DD schedules an indigent's burial, consistent with local procedures.<br>• If the detainee's is a U.S. military veteran is the Department of Veterans Affairs notified. | ☒ | ☐ | ☐ | |
| 13. An original or certified copy of a detainee's death certificate is placed in the subject's a-file. | ☒ | ☐ | ☐ | |

G-324a Detention Inspection Form Worksheet for IGSAs

PARK 0212
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 14. The facility follows established policy and procedures describing when to contact the local coroner regarding such issues as <br>• Performance of an autopsy. <br>• Who will perform the autopsy. <br>• Obtaining State approved death certificates. <br>• Local transportation of the body. | ☒ | ☐ | ☐ | |
| 15. INS staff follow established procedures to properly close the case of a deceased detainee. | ☒ | ☐ | ☐ | |

## TERMINAL ILLNESS, ADVANCED DIRECTIVES, AND DEATH

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

---

Standard Rating:

☒ Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

---

*Remarks: (Record significant facts, observations, other sources used, etc.)

W.E. Simmons, DO       09/06/2002

Auditor's Signature / Date

PARK 0213
REYES



# Section III

## *Security and Control*

PARK 0214
REYES

| CONTRABAND | | | | |
|---|---|---|---|---|
| Policy: All detention facilities will ensure the proper handling and disposal of all contraband. Documentation of contraband destruction is required. | | | | |

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. The facility follows a written procedure for handling illegal contraband. Staff inventories, holds, and reports it when necessary to the proper authority for action/possible seizure. | X | ☐ | ☐ | |
| 2. Contraband that is government property is retained as evidence for potential disciplinary action or criminal prosecution. | X | ☐ | ☐ | |
| 3. Staff returns property not needed as evidence to the proper authority. Written procedures cover the return of such property. | X | ☐ | ☐ | |
| 4. Altered property is destroyed following documentation and using established procedures. | X | ☐ | ☐ | |
| 5. Before confiscating religious items, the OIC or designated investigator contacts a religious authority. | X | ☐ | ☐ | |
| 6. Staff follows written procedures when destroying hard contraband that is illegal. | X | ☐ | ☐ | |
| 7. Hard contraband that is illegal (under criminal statutes) may be retained and used for official use, e.g. training purposes. If yes, under specific circumstances and using specified written procedures. Hard contraband is secured when not in use. | X | ☐ | ☐ | |
| 8. Upon admittance, detainees receive notice of items they can and cannot possess. | X | ☐ | ☐ | Listed in Detainees Handbook. |

| CONTRABAND |
|---|

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0215
REYES

## DETENTION FILES

**Policy**: Every facility will create a detention file for every INS detainee booked into the facility, excluding only detainees scheduled to depart within 24 hours. The detention file will contain copies and, in some cases, the original of specified documents concerning the detainee's stay in the facility: classification sheet, medical questionnaire, property inventory sheet, disciplinary documents, etc.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. A detention file is created for every new arrival whose stay will exceed 24 hours. | ☐ | X | ☐ | Detainee Files not complete w/Med. & Class |
| 2. The detainee detention file contains either originals or copies of documentation and forms generated during the admissions process. | ☐ | X | ☐ | I-213 from INS filed but not put in File or Folder. |
| 3. The detainee's detention file also contains documents generated during the detainee's custody.<br>• Special requests<br>• Any G-589s and/or I-77s closed-out during the detainee's stay<br>• Disciplinary forms/Segregation forms<br>• Grievances, complaints, and the disposition(s) of same | X | ☐ | ☐ | Detainee maintaines I-77 |
| 4. The Chief Detention Enforcement Officer (CDEO) or equivalent directs certain documents be added to an alien's detention file. | X | ☐ | ☐ | By Captain |
| 5. The detention files are located and maintained in a secured area.  If not the cabinets are lockable and distribution of the keys is limited to supervisors. | X | ☐ | ☐ | |
| 6. The detention file remains active during the detainee's stay.  When the detainee is released from the facility, staff adds copies of completed release documents, the original closed-out receipts for property and valuables, the original I-385 or equivalent and other documentation. | X | ☐ | ☐ | Once again no File just Paperwork maintained. |
| 7. The officer closing the detention file makes a notation that the file is complete and ready to be archived. | X | ☐ | ☐ | |
| 8. Staff makes copies and sends documents from the file when appropriately requested by supervisory personnel at the receiving facility or office. | X | ☐ | ☐ | |
| 9. Appropriate staff has access to the detention files and other departmental requests are accommodated by making a request for the file. Each file is properly logged out and in by a representative of the responsible department. | X | ☐ | ☐ | |
| 10. Field offices controlling detention in IGSA facilities create and maintain detention files on all detainees admitted to IGSA facilities.  These files contain the forms and documents set forth for SPC/CDF detention files to the extent that the field office creates them or the IGSA forwards them. | X | ☐ | ☐ | |

PARK 0216
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

## DETENTION FILES Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☐ Acceptable  x  Deficient  ☐ Repeat Deficiency  ☐ At-Risk

**\*Remarks:** *(Record significant facts, observations, other sources used, etc.)*


Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0217
REYES

## DISCIPLINARY POLICY

**Policy:** All facilities housing INS detainees are authorized to impose discipline on detainees whose behavior is not in compliance with facility rules and regulations.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. The facility has a written disciplinary system using progressive levels of reviews and appeals. | ☒ | ☐ | ☐ | |
| 2. The facility rules state that disciplinary action shall not be capricious or retaliatory. | ☒ | ☐ | ☐ | |
| 3. Written rules prohibit staff from imposing or permitting the following sanctions:<br>• corporal punishment<br>• deviations from normal food service<br>• clothing deprivation<br>• bedding deprivation<br>• denial of personal hygiene items<br>• loss of correspondence privileges<br>• deprivation of physical exercise | ☒ | ☐ | ☐ | |
| 4. The rules of conduct, sanctions, and procedures for violations are defined in writing and communicated to all detainees verbally and in writing. | ☒ | ☐ | ☐ | |
| 5. The following conspicuously posted in Spanish and English or other dominate languages used in the facility:<br>• Rights and Responsibilities<br>• Prohibited Acts<br>• Disciplinary Severity Scale<br>• Sanctions<br>• If so, where posted | ☒ | ☐ | ☐ | |
| 6. When minor rule violations or prohibited acts occur, informal resolutions are encouraged. | ☒ | ☐ | ☐ | |
| 7. If informal resolutions are not appropriate, incident reports and Notice of Charges are promptly forwarded to the INS/CDF supervisor. | ☒ | ☐ | ☐ | To COTR |
| 8. Incident reports are investigated within 24 hours of the incident report. The Unit Disciplinary Committee (UDC) or equivalent does not convene before investigations have ended. | ☒ | ☐ | ☐ | |
| 9. An intermediate disciplinary process is used to adjudicate minor infractions. | ☒ | ☐ | ☐ | |
| 10. A disciplinary panel (or equivalent in IGSAs) adjudicates infractions. The panel:<br>• Conducts hearings on all charges and allegations referred by the UDC<br>• Considers written reports, statements, physical evidence, and oral testimony<br>• Hears pleadings by detainee and staff representative<br>• Bases its findings on the preponderance of evidence<br>• Imposes only authorized sanctions | ☒ | ☐ | ☐ | |
| 11. A staff representative is available, if requested for a detainee facing a disciplinary hearing | ☒ | ☐ | ☐ | |

PARK 0218
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 12. The facility permits hearing postponements or continuances when conditions warrant such a continuance. Reasons for are documented. | ☒ | ☐ | ☐ | |
| 13. The duration of punishment set by the OIC/recommended by the disciplinary panel does not exceed established sanctions. The maximum time in disciplinary segregation does not exceed 60 days for a single offense. | ☒ | ☐ | ☐ | |
| 14. Written procedures govern the handling of confidential-informant information. Standards include criteria for recognizing "substantial evidence" | ☒ | ☐ | ☐ | |
| 15. All forms relevant to the incident, investigation, committee/panel reports, etc., are completed and distributed as required. | ☒ | ☐ | ☐ | |

## DISCIPLINARY POLICY

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable   ☐ Deficient   ☐ Repeat Deficiency   ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

W.E. Simmons, DO   09/06/2002
Auditor's Signature / Date

PARK 0219
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

## EMERGENCY (CONTINGENCY) PLANS

**Policy** All facilities holding INS detainees will respond to emergencies with a predetermined standardized plan to minimize the harming of human life and the destruction of property. It is recommended that SPCs and CDFs enter into agreement, via Memorandum of Understanding (MOU) with federal, local and state agencies to assist in times of emergency.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1.  No Detainee or detainee groups exercise control or authority over other detainees. | ☒ | ☐ | ☐ | |
| 2.  Detainees are protected from:<br>• Personal abuse<br>• Corporal punishment<br>• Personal injury<br>• Disease<br>• Property damage<br>• Harassment from other detainees | ☒ | ☐ | ☐ | |
| 3.  Staff are trained to identify signs of detainee unrest.<br>• What type of training and how often? | ☒ | ☐ | ☐ | |
| 4.  Does staff effectively disseminates information on facility climate, detainee attitudes, and moods to the Officer In Charge (OIC)?<br>• From the OIC to line staff? | ☒ | ☐ | ☐ | |
| 5.  There is a designated person or persons responsible for emergency plans and their implementation. Sufficient time is allotted to the person or group for development and implementation of the plans. | ☒ | ☐ | ☐ | |
| 6.  The plans address the following issues:<br>• Confidentiality<br>• Accountability (copies and storage locations)<br>• Annual review procedures and schedule<br>• Revisions | ☒ | ☐ | ☐ | |
| 7.  Contingency plans include a comprehensive general section with procedures applicable to most emergency situations. | ☒ | ☐ | ☐ | |
| 8.  The facility has cooperative contingency plans with applicable:<br>• Local law enforcement agencies<br>• State agencies<br>• Federal agencies | ☒ | ☐ | ☐ | |
| 9.  All staff receive copies of Hostage Situation Management policy and procedures. | ☒ | ☐ | ☐ | |
| 10.  Staff is trained to disregard instructions from hostages, regardless of rank. Within 24 hours after release hostages are screened for medical and psychological effects. | ☒ | ☐ | ☐ | |
| 11.  Emergency plans include emergency medical treatment for staff and detainees during and after an incident. | ☒ | ☐ | ☐ | |
| 12.  The food service maintain at least 3-days' worth of emergency meals for staff and detainees. | ☒ | ☐ | ☐ | 7 Days |
| 13.  Written plans locate shut-off valves and switches for all utilities (water, gas, electric). | ☒ | ☐ | ☐ | |

PARK 0220
REYES