# EXHIBIT A-16

## Part 3 of 3

Pages 54 of 80 through Pages 80 of 80

**(Detailed inspection report of the Park County Jail)**

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 14. Written procedures cover:<br>• Work/Food Strike<br>• Disturbances<br>• Escapes<br>• Bomb Threats<br>• Adverse Weather<br>• Internal Searches<br>• Facility Evacuation<br>• Detainee Transportation System Plan<br>• Internal Hostages<br>• Civil Disturbances | ☒ | ☐ | ☐ | |

## EMERGENCY (CONTINGENCY) PLANS

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

*Remarks: Two emergency plans are presently being utilized by the PCSO and training is on going for the new detention staff.

  W.E. Simmons, DO  09/05/2002  .
Auditor's Signature / Date

PARK 0221
REYES

## ENVIRONMENTAL HEALTH AND SAFETY

**Policy:** Every facility will control flammable, toxic, and caustic materials through a hazardous materials program. The program will include, among other things, the identification and labeling of hazardous materials in accordance with applicable standards (e.g., National Fire Protection Association (NFPA)), identification of incompatible materials, and safe-handling procedures.

| | Components | Yes | No | NA | Remarks |
|---|---|---|---|---|---|
| 1. | The facility has a system for storing, issuing, and maintaining inventories of hazardous materials. | ☒ | ☐ | ☐ | |
| 2. | Constant inventories are maintained for all flammable, toxic, and caustic substances used/stored in each section of the facility. | ☐ | ☒ | ☐ | No inventories available, for sally port or laundry |
| 3. | The manufacturer's Material Safety Data Sheet (MSDS) file is up-to-date for every hazardous substance used.<br>• The files list all storage areas, and include a plant diagram and legend.<br>• The MSDSs and other information in the files are available to personnel managing the facility's safety program. | ☒ | ☐ | ☐ | |
| 4. | All personnel using flammable, toxic, and/or caustic substances follow the prescribed procedures.  They:<br>• Wear personal protective<br>• Equipment.<br>• Report hazards and spills to the<br>• designated official. | ☒ | ☐ | ☐ | |
| 5. | The MSDSs are readily accessible to staff and detainees in the work areas. | ☒ | ☐ | ☐ | |
| 6. | Hazardous materials are always issued under proper supervision.<br>• quantities are limited.<br>• Staff always supervises detainees using these substances. | ☐ | ☒ | ☐ | Laundry , no supervision no MSDS.  Reportedly unauthorized use of Clorox. |
| 7. | "flammable" and "combustible" materials (liquid and aerosol) are stored and used according to label recommendations. | ☐ | ☒ | ☐ | No lockers, no accountability. In garage, sally port, not secured |
| 8. | Lighting fixtures and electrical equipment are installed in storage rooms and other hazardous areas meet National Electrical Code requirements. | ☒ | ☐ | ☐ | |
| 9. | All toxic and caustic materials stored in their original containers in a secure area. | ☐ | ☒ | ☐ | Not secured in sally port/garage or laundry |
| 10. | Excess flammables, combustibles, and toxic liquids are disposed of properly and in accordance with MSDSs. | ☒ | ☐ | ☐ | Per policy/supervisor |
| 11. | Staff directly supervises and accounts for products with methyl alcohol.  Staff receive a list of products containing diluted methyl alcohol, e.g., shoe dye.  All such products clearly labeled as such.  "Accountability" includes issuing such products to detainees in the smallest workable quantities. | ☒ | ☐ | ☐ | |
| 12. | Every employee and detainee using flammable, toxic, or caustic materials receives advance training in their use, storage, and disposal. | ☒ | ☐ | ☐ | Per policy |

G-324a Detention Inspection Form Worksheet for IGSAs

**PARK 0222
REYES**

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 14. The facility complies with the most current edition of applicable codes, standards, and regulations of the National Fire Protection Association and the Occupational Safety and Health Administration (OSHA). | ☒ | ☐ | ☐ | |
| 15. A technically qualified officer conducts the fire and safety inspections. | ☒ | ☐ | ☐ | State Certified Firefighter |
| 16. The Safety Office (or officer) maintains files of inspection reports? Including corrective actions taken. | ☒ | ☐ | ☐ | |
| 17. The facility has an approved fire prevention, control, and evacuation plan. | ☒ | ☐ | ☐ | |
| 18. The plan requires:<br>• Monthly fire inspections.<br>• Fire protection equipment strategically located throughout the facility.<br>• Public posting of emergency plan with accessible building/room floor plans.<br>• Exit signs and directional arrows.<br>• An area-specific exit diagram conspicuously posted in the diagrammed area. | ☒ | ☐ | ☐ | |
| 19. Fire drills are conducted and documented monthly. | ☒ | ☐ | ☐ | Staff  participation only |
| 20. A sanitation program covers barbering operations. | ☒ | ☐ | ☐ | Medical |
| 21. The barbershop has the facilities and equipment necessary to meet sanitation requirements. | ☐ | ☐ | ☒ | No designated barbershop |
| 22. The sanitation standards are conspicuously posted in the barbershop. | ☐ | ☐ | ☒ | |
| 23. Written procedures regulate the handling and disposal of used needles and other sharp objects. | ☒ | ☐ | ☐ | |
| 24. All items representing potential safety or security risks are inventoried and a designated individual checks this inventory weekly. | ☒ | ☐ | ☐ | |
| 25. Standard cleaning practices include:<br>• Using specified equipment; cleansers; disinfectants and detergents.<br>• An established schedule of cleaning and follow-up inspections. | ☒ | ☐ | ☐ | |
| 26. The facility follows standard cleaning procedures. | ☒ | ☐ | ☐ | |
| 27. Spill kits are readily available. | ☒ | ☐ | ☐ | |
| 28. A licensed medical waste contractor disposes of infectious/bio-hazardous waste. | ☒ | ☐ | ☐ | |
| 29. Staff are trained to prevent contact with blood and other body fluids and written procedures are followed. | ☒ | ☐ | ☐ | |
| 30. Do the methods for handling/disposing of refuse meet all regulatory requirements. | ☒ | ☐ | ☐ | |
| 31. A licensed/Certified/Trained pest-control professional inspects for rodents, insects, and vermin.<br>• At least monthly.<br>• The pest-control program includes preventive spraying for indigenous insects. | ☒ | ☐ | ☐ | |
| 32. Drinking water and wastewater is routinely tested according to a fixed schedule. | ☒ | ☐ | ☐ | |

G-324a Detention Inspection Form Worksheet for IGSAs

**PARK 0223**
**REYES**

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 33. Emergency power generators is tested at least every two weeks. <br>• Other emergency systems and equipment receive testing at least quarterly. <br>• Testing is followed-up with timely corrective actions (repairs and replacements). | ☒ | ☐ | ☐ | |

## ENVIRONMENTAL HEALTH AND SAFETY

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☐ Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☒ At-Risk

*Remarks*: *Currently the facility is lacking storage areas, the toxic and flammable materials are stored in the sally port (garage) the materials are stored on shelves or on the counter, no secure flammable/toxic lockers. The kitchen carts and trash bags are being stored in the hallway which is blocking the east fire exit. A small number of fire extinguishers were in need of an annual inspection. No secure area for inmate movement (detention) during a fire drill for the north section of the facility, the designated holding area is being utilized as storage area. Control closet for sprinkler system being used as storage, access. The kitchen also utilizes the sally port (garage) as a storage area; food items are stored in the same area as toxic/flammable materials.*

  W.E. Simmons, DO      09/06/2002
Auditor's Signature / Date

**PARK 0224**
**REYES**

## HOLD ROOMS IN DETENTION FACILITIES

**Policy:** Hold rooms will be used only for temporary detention for detainees awaiting removal, transfer, EOIR hearings, medical treatment, intra-facility movement, or other processing into or out of the facility.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. The hold room is situated in a location within the secure perimeter. | ☐ | ☐ | x | |
| 2. The hold rooms well ventilated, well lighted and all activating switches located outside the room. | ☐ | ☐ | X | |
| 3. The hold rooms contain sufficient seating for the number of detainees held. | ☐ | ☐ | X | |
| 4. No bunks/cots/beds or other related make shift sleeping apparatuses are permitted inside holdrooms. | ☐ | ☐ | X | |
| 5. The walls of the hold rooms escape proof.<br>• The hold room ceilings are escape and tamper resistant. | ☐ | ☐ | X | |
| 6. Individuals are not held in hold rooms for more than 12 hours. | ☐ | ☐ | X | |
| 7. Male and females are segregated from each other at all times. | ☐ | ☐ | X | |
| 8. Every effort is made to ensure that detained detainees under the age of 18 are not held with adult detainees. | ☐ | ☐ | X | |
| 9. Detainees are provided with basic personal hygiene items such as water, soap, toilet paper, cups for water, feminine hygiene items, diapers and wipes. | ☐ | ☐ | X | |
| 10. In older facilities officers are within visual or audible range to allow detainees access to toilet facilities on a regular basis. | ☐ | ☐ | X | |
| 11. All detainees are given a patdown search for weapons or contraband before being placed in the room. | ☐ | ☐ | X | |
| 12. Officers closely supervise the detention hold rooms using direct supervision (Irregular visual monitoring.).<br>• Hold rooms are irregularly monitored every 15 minutes.<br>• Unusual behavior or complaints are noted. | ☐ | ☐ | X | |
| 13. When the last detainee has been removed from the hold room, it is given a thorough inspection.<br>• Cleaning.<br>• Evidence of tampering with doors, locks, windows, grills, plumbing or electrical fixtures is reported to the shift supervisor for corrective action or repair. | ☐ | ☐ | X | |
| 14. There is a written evacuation plan?<br>• There is a designated officer to remove detainees from the holdrooms in case of fire and/or building evacuation. | ☐ | ☐ | X | |
| 15. An appropriate emergency service is called immediately upon a determination that a medical emergency may exist. | ☐ | ☐ | x | |

G-324a Detention Inspection Form Worksheet for IGSAs

**PARK 0225
REYES**

## HOLD ROOMS IN DETENTION FACILITIES - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0226
REYES

**KEY AND LOCK CONTROL**
**(SECURITY, ACCOUNTABILITY AND MAINTENANCE)**

Policy-It is the policy of the INS Service to maintain an efficient system for the use, accountability and maintenance of all keys and locks.

| Components | Yes | No | NA | Remarks |
|---|:---:|:---:|:---:|---|
| 1. The security officer[s], or equivalent in IGSAs, has attended an approved locksmith training program. | ☐ | ☒ | ☐ | Not available |
| 2. The security officer, or equivalent in IGSAs, has responsibly for all administrative duties and responsibilities relating to keys, locks etc. | ☒ | ☐ | ☐ | |
| 3. The security officer, or equivalent in IGSAs, provides training to employees in key control. | ☒ | ☐ | ☐ | |
| 4. The security officer, or equivalent in IGSAs, maintains inventories of all keys, locks and locking devices. | ☒ | ☐ | ☐ | |
| 5. The security officer follows a preventive maintenance program and maintains all preventive maintenance documentation. | ☒ | ☐ | ☐ | |
| 6. Facility policies and procedures address the issue of compromised keys and locks. | ☒ | ☐ | ☐ | |
| 7. The security officer, or equivalent in IGSAs, develops policy and procedures to ensure safe combinations integrity. | ☐ | ☐ | ☒ | |
| 8. Only dead bolt or dead lock functions are used in detainee accessible areas. | ☒ | ☐ | ☐ | Folger Adams Locks |
| 9. Non-authorized locks (as specified in the Detention Standard) are not used in detainee accessible areas. | ☒ | ☐ | ☐ | |
| 10. The facility does not use grand master keying systems. | ☒ | ☐ | ☐ | |
| 11. All worn or discarded keys and locks cut up and properly disposed of. | ☒ | ☐ | ☐ | |
| 12. Padlocks and/or chains are not used on cell doors. | ☒ | ☐ | ☐ | |
| 13. The entrance/exit door locks to detainee living quarters, or areas with an occupant load of 50 or more people, conform to<br>• Occupational Safety and Environmental Health Manual, Chapter 3<br>• National Fire Protection Association Life Safety Code 101. | ☐ | ☐ | ☒ | No areas house over 50 |
| 14. The operational keyboard sufficient to accommodate all the facility key rings including keys in use is located in a secure area. | ☒ | ☐ | ☐ | |
| 15. Procedures in place to ensure that key rings are:<br>• Identifiable<br>• Numbers of keys on the ring are cited?<br>• Keys cannot be removed from issued key rings | ☒ | ☐ | ☐ | |
| 16. Emergency keys are available for all areas of the facility. | ☒ | ☐ | ☐ | |
| 17. The facilities use a key accountability system. | ☒ | ☐ | ☐ | Chit & initials |
| 18. Authorization is necessary to issue any restricted key. | ☒ | ☐ | ☐ | |

**PARK 0227**
**REYES**

G-324a Detention Inspection Form Worksheet for IGSAs

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 19. Individual gun lockers are provided.<br>• They are located in an area that permits constant officer observation.<br>• In an area that does not allow detainee or public access. | ☒ | ☐ | ☐ | |
| 20. The facility has a key accountability policy and procedures to ensure key accountability.  The keys are physically counted daily. | ☒ | ☐ | ☐ | |
| 21. All staff members are trained and held responsible for adhering to proper procedures for the handling of keys.<br>• Issued keys are returned immediately in the event an employee inadvertently carries a key ring home.<br>• When a key or key ring is lost, misplaced, or not accounted for, the shift supervisor is immediately notified.<br>• Detainees are not permitted to handle keys assigned to staff. | ☒ | ☐ | ☐ | |

## KEY AND LOCK CONTROL - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)*

 W.E. Simmons, DO 09/05/2002
Auditor's Signature / Date

**PARK 0228
REYES**

| POPULATION COUNTS - Rating | | | | |
|---|---|---|---|---|
| **Policy:** All detention facilities shall ensure around-the-clock accountability for all detainees. This requires that they conduct at least one formal count of the detainee population per shift, with additional formal and informal counts conducted as necessary. | | | | |

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Staff conducts a formal count at least once each shift. | X | ☐ | ☐ | |
| 2. Activities cease or are strictly controlled while a formal count is being conducted.   *500* | X | ☐ | ☐ | |
| 3. Do certain operations continue during formal counts? | X | ☐ | ☐ | Kitchen Staff |
| 4. Is a certain amount of movement tolerated during a formal count? | X | ☐ | ☐ | Same/ Area secured for count. |
| 5. Formal counts in all units take place simultaneously. | X | ☐ | ☐ | |
| 6. Officers do not allow detainee participation in the count. | X | ☐ | ☐ | |
| 7. A face-to-photo count follows each unsuccessful recount. | X | ☐ | ☐ | |
| 8. Officers positively identify each detainee before counting him/her as present. | X | ☐ | ☐ | |
| 9. Written procedures cover informal and emergency counts.<br>• They followed during informal counts.<br>• During emergencies. | X | ☐ | ☐ | |
| 10. The control officer (or other designated position) maintains an out -count record of all detainees temporarily leaving the facility. | X | ☐ | ☐ | |
| 11. This training is documented in each officer's training folder. | X | ☐ | ☐ | |

| Population Counts |
|---|

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

---

**Standard Rating:**

X  Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

---

*Remarks: (Record significant facts, observations, other sources used, etc.)*

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0229
REYES

## POST ORDERS

**Policy:** INS provides officers all necessary guidance for carrying out their duties. This guidance includes the post orders established for every post, which are reviewed at least annually and given to each officer upon assignment to that post.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Every Fixed post has a set of post orders. | ☐ | X | ☐ | Only one set of post orders. |
| 2. Each set contains the latest inserts (emergency memoranda, etc.) and revisions. | X | ☐ | ☐ | |
| 3. One individual or department is responsible for keeping all post-orders current with revisions that take place between reviews. | X | ☐ | ☐ | |
| 4. The IGSA maintains a complete set (central file) of post orders. | X | ☐ | ☐ | |
| 5. The central file accessible to all staff. | X | ☐ | ☐ | |
| 6. The OIC or Contract / IGSA equivalent initiate/authorizes all post-order changes. | X | ☐ | ☐ | By Captain |
| 7. The OIC or Contract / IGSA equivalent has signed and dated the last page of every section. | X | ☐ | ☐ | |
| 8. A review/updating/reissuing of post orders occurs regularly. At a minimum, Annually. | X | ☐ | ☐ | |
| 9. Procedures keep post orders and logbooks secure from detainees at all times. | X | ☐ | ☐ | |
| 10. Every armed-post officer qualifies with the post weapon(s) before assuming post duty. | X | ☐ | ☐ | |
| 11. Armed-post orders provide instructions for escape attempts. | X | ☐ | ☐ | |
| 12. The post orders for housing units track the event schedule. | X | ☐ | ☐ | |
| 13. Housing-unit post officers record all detainee activity in a log. The post order include instructions on maintaining the logbook. | X | ☐ | ☐ | |

## POST ORDERS Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☐ Acceptable  ☒ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

**\*Remarks:** *(Record significant facts, observations, other sources used, etc.)*

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

**PARK 0230**
**REYES**

## SECURITY INSPECTIONS

Policy: Post assignments in the facility's high-risk areas where special security procedures must be followed will be restricted to experienced personnel with a thorough grounding in facility operations.

| Components: | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. The facility has a comprehensive security inspection policy. The policy specifies:<br>• Posts to be inspected<br>• Required inspection forms<br>• Frequency of inspections<br>• Guidelines for checking security features<br>• Procedures for reporting weak spots, inconsistencies, and other areas needing improvement | X | ☐ | ☐ | Inspected by Jail Pod. |
| 2. Every officer is required to conduct a security check of his/her assigned area. The results are documented. | X | ☐ | ☐ | Every Hour on the Hour. |
| 3. Documentation of security inspections is kept on file. | X | ☐ | ☐ | |
| 4. Procedures ensure that recurring problems and a failure to take corrective action are reported to the appropriate manager. | X | ☐ | ☐ | |
| 5. The front-entrance officer checks the ID of everyone entering or exiting the facility. | X | ☐ | ☐ | |
| 6. All visits officially recorded in a visitor logbook or electronically recorded. | X | ☐ | ☐ | |
| 7. The facility has a secure visitor pass system. | X | ☐ | ☐ | |
| 8. Every Control Center officer receives specialized training. | x | ☐ | ☐ | |
| 9. The Control Center is staffed around the clock. | X | ☐ | ☐ | |
| 10. Policy restricts staff access to the Control Center. | X | ☐ | ☐ | All Officers / S.O. |
| 11. Detainees do not have access to the Control Center. | X | ☐ | ☐ | |
| 12. Communications are centralized in the Control Center. | X | ☐ | ☐ | |
| 13. Officers monitor all vehicular traffic entering and leaving the facility. | X | ☐ | ☐ | Camera controlled. |
| 14. The facility maintains a log of all incoming and departing vehicles to sensitive areas of the facility. Each entry contains:<br>• The driver's name<br>• Company represented<br>• Vehicle contents<br>• Delivery date and time<br>• Date and time out<br>• Vehicle license number<br>• Name of employee responsible for the vehicle during the facility visit | ☐ | X | ☐ | Only for seclude delivery. |
| 15. Officers thoroughly search each vehicle entering and leaving the facility. | X | ☐ | ☐ | |
| 16. The facility has a written policy and procedures to prevent the introduction of contraband into the facility or any of its components. | X | ☐ | ☐ | |
| 17. Tools being taken into the secure area of the facility are inventoried before entering and prior to departure. | X | ☐ | ☐ | |
| 18. The SMU entrance has a sallyport. | X | ☐ | ☐ | |
| 19. Written procedures govern searches of detainee housing units and personal areas. | X | ☐ | ☐ | |

**PARK 0231
REYES**

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 20.  Housing area searches occur at irregular times. | X | ☐ | ☐ | |
| 21.  Every search of the SMU and other housing units documented. | X | ☐ | ☐ | Logbook |
| 22.  Storage and supply rooms; walls, light and plumbing fixtures, accesses, and drains, etc. undergo frequent, irregular searches.  These searches are documented. | X | ☐ | ☐ | |
| 23.  Walls, fences, and exits, including exterior windows, are inspected for defects once each shift. | X | ☐ | ☐ | |
| 24.  Daily procedures include:<br>• Perimeter alarm system tests.<br>• Physical checks of the perimeter fence.<br>• Documenting the results. | X | ☐ | ☐ | |
| 25.  Visitation areas receive frequent, irregular inspections. | X | ☐ | ☐ | |

## SECURITY INSPECTIONS  Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0232
REYES

| SPECIAL MANAGEMENT UNIT (SMU) Administrative Segregation | | | | |
|---|---|---|---|---|
| Policy: The Special Management Unit, required in every facility, isolates certain detainees from the general population. The Special Management Unit will consist of two sections. One, Administrative Segregation, houses detainees isolated for their own protection; the other for detainees being disciplined for wrongdoing (see the "Special Management Unit [Disciplinary Segregation]" standard). | | | | |

| Components | Yes | No | NA | Remarks |
|---|:---:|:---:|:---:|---|
| 1. The Administrative Segregation unit provides non-punitive protection from the general population and individuals undergoing disciplinary segregation.<br>• Detainees are placed in the SMU (administrative) in accordance with written criteria. | ☒ | ☐ | ☐ | |
| 2. In exigent circumstances, staff may place a detainee in the SMU (administrative) before a written order has been approved.<br>• A copy of the order given to the detainee within 24 hours. | ☒ | ☐ | ☐ | |
| 3. The OIC (or equivalent) regularly reviews the status of detainees in administrative detention?<br>• A supervisory officer conducts a review within 72 hours of the detainee's placement in the SMU (administrative). | ☒ | ☐ | ☐ | |
| 4. A supervisory officer conducts another review after the detainee has spent seven days in administrative segregation.<br>• Every week thereafter for the first month.<br>• Every 30 days after the first month.<br>• Does each review include an interview with the detainee.<br>• Is a written record made of the decision and the justification. | ☒ | ☐ | ☐ | |
| 5. The detainee is given a copy of the decision and justification for each review.<br>• If not, why not?<br>• The detainee is given an opportunity to appeal the reviewer's decision to someone else in the facility. | ☒ | ☐ | ☐ | |
| 6. The OIC (or equivalent) routinely notifies the Assistant District Director (or staff officer in charge of IGSAs), Detention and Deportation (ADDD), any time a detainee's stay in administrative detention exceeds 30 days.<br>• Upon notification that the detainee's administrative segregation has exceeded 60 days, the ADDD forwards written notice to the Assistant Regional Director for DRO. | ☒ | ☐ | ☐ | |
| 7. The OIC or equivalent) reviews the case of every detainee who objects to administrative segregation after 30 days in the SMU.<br>• A written record is made of the decision and the justification.<br>• The detainee receives a copy of this record. | ☒ | ☐ | ☐ | |

G-324a Detention Inspection Form Worksheet for IGSAs

PARK 0233
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 8. The detainee is given the right to appeal to the OIC (or equivalent) the conclusions and recommendations of any review conducted after the detainee has remained in administrative segregation for seven consecutive days. | ☒ | ☐ | ☐ | |
| 9. Administratively segregated detainees enjoy the same general privileges as detainees in the general population. | ☒ | ☐ | ☐ | |
| 10. The SMU well ventilated.<br>• Adequately lighted.<br>• Appropriately heated.<br>• Maintained in a sanitary condition. | ☒ | ☐ | ☐ | |
| 11. All cells are equipped with beds.<br>• Every bed securely fastened to the floor or wall. | ☒ | ☐ | ☐ | |
| 12. The number of detainees in any cell does not exceed the occupancy limit.<br>• Does the OIC approve excess occupancy on a case-by-case basis?<br>• When occupancy exceeds recommended capacity, do basic living standards decline?<br>• Do criteria for objectively assessing living standards exist?<br>• If yes, are the criteria included in the written procedures? | ☒ | ☐ | ☐ | |
| 13. The segregated detainees do not have fewer opportunities to exchange/launder clothing, bedding, and linen than detainees in the general population. | ☒ | ☐ | ☐ | |
| 14. Detainees receive three nutritious meals per day.<br>• From the general population's menu of the day.<br>• Do detainees eat only with disposable utensils.<br>• Is food ever used as punishment. | ☒ | ☐ | ☐ | |
| 15. Each detainee maintains a normal level of personal hygiene in the SMU.<br>• The detainees have the opportunity to shower and shave at least three times a week.<br>• If not, explain. | ☒ | ☐ | ☐ | |
| 16. The detainees are provided:<br>• Barbering services.<br>• Recreation privileges in accordance with the "Detainee Recreation" standard.<br>• Non-legal reading material.<br>• Religious material.<br>• The same correspondence privileges as detainees in the general population.<br>• Telephone access similar to that of the general population.<br>• Personal legal material. | ☒ | ☐ | ☐ | |
| 17. A health care professional visits every detainee at least three times a week.<br>• The shift supervisor visits each detainee daily.<br>• Weekends and holidays. | ☒ | ☐ | ☐ | 2 times daily |

PARK 0234
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 18. Procedures comply with the "Visitation" standard.<br>• The detainee retains visiting privileges.<br>• The visiting room available during normal visiting hours. | ☒ | ☐ | ☐ | |
| 19. Visits from clergy are allowed. | ☒ | ☐ | ☐ | |
| 20. Detainees do not have have less law-library access than the general population.<br>• Are they required to use the law library separately, as a group?  If so:<br>• Legal materials brought to them. | ☒ | ☐ | ☐ | |
| 21. The SMU maintains a permanent log.<br>• Detainee-related activity, e.g., meals served, recreation, visitors etc. | ☒ | ☐ | ☐ | |
| 22. SPC procedures include completing the SMU Housing Record (I-888) immediately upon a detainee's placement in the SMU.<br>• Staff completes the form at the end of each shift.<br>• CDFs and IGSA facilities use Form I-888 (or local equivalent). | ☒ | ☐ | ☐ | |
| 23. Does staff record whether the detainee ate, showered, exercised and took any medication during every shift?<br>• Does the log record all pertinent information, e.g., a medical condition, suicidal/assaultive behavior, etc.?<br>• Does the medical officer/health care professional sign each individual's record during each visit?<br>• Does the housing officer initial the record when all detainee services are completed or at the end of the shift? | ☒ | ☐ | ☐ | |
| 24. A new record is created for each week the detainee is in Administrative Segregation.<br>• These weekly records are retained in the SMU until the detainee's return to the general population. | ☒ | ☐ | ☐ | |

### SPECIAL MANAGEMENT UNIT (SMU) Rating
### Administrative Segregation

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

  W.E. Simmons, DO   09/06/2002   .
Auditor's Signature / Date

**PARK 0235
REYES**

G-324a Detention Inspection Form Worksheet for IGSAs

| SPECIAL MANAGEMENT UNIT (Disciplinary Segregation) |
| --- |

Policy: Each facility will establish a Special Management Unit in which to isolate certain detainees from the general population. The Special Management Unit will have two sections: one for detainees in Administrative Segregation; the other for detainees being segregated for disciplinary reasons.

| Components | Yes | No | NA | Remarks |
| --- | --- | --- | --- | --- |
| 1. Officers placing detainees in disciplinary segregation follow written procedures. | ☒ | ☐ | ☐ | |
| 2. The sanctions for violations committed during one incident do not exceed 60 days. | ☒ | ☐ | ☐ | |
| 3. A completed Disciplinary Segregation Order accompanies the detainee into the SMU?<br>• The detainee receives a copy of the order within 24 hours of placement in disciplinary segregation. | ☒ | ☐ | ☐ | |
| 4. Standard procedures include reviewing the cases of individual detainees housed in disciplinary detention at set intervals.<br>• Who conducts the review?<br>• What is reviewed?<br>• How is the review documented?<br>• Does the reviewer interview the detainee?<br>• Can the reviewing officer recommend an early release from the SMU?<br>• If yes, under what circumstances?<br>• After each formal review, does the detainee receive a written copy of the decision and reason(s) for it? | ☒ | ☐ | ☐ | |
| 5. The conditions of confinement in the SMU are proportional to the amount of control necessary to protect detainees and staff. | ☒ | ☐ | ☐ | |
| 6. Detainees in disciplinary segregation have fewer privileges than those housed in administrative segregation. | ☒ | ☐ | ☐ | |
| 7. Living conditions in disciplinary SMUs modified to reinforce acceptable behavior.<br>• If yes, does staff prepare written documentation for this action.<br>• Does the OIC sign to indicate approval. | ☒ | ☐ | ☐ | |
| 8. Every detainee in disciplinary segregation receive the same humane treatment, regardless of offense. | ☒ | ☐ | ☐ | |
| 9. The quarters used for segregation are:<br>• Well-ventilated.<br>• Adequately lighted.<br>• Appropriately heated.<br>• Maintained in a sanitary condition. | ☒ | ☐ | ☐ | |
| 10. All cells are equipped with beds.<br>• The beds securely fastened to the floor or wall of the cell. | ☒ | ☐ | ☐ | |

PARK 0236
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 11. The number of detainees confined to each cell or room do not exceed the number for which the space was designate.<br>• Does the OIC approve excess occupancy on a temporary basis. | ☒ | ☐ | ☐ | |
| 12. Is a dry cell part of the disciplinary SMU? | ☒ | ☐ | ☐ | |
| 13. When a detainee is segregated without clothing, mattress, blanket, or pillow, a justification is made and the decision is reviewed each shift. Items are returned as soon as it is safe. | ☒ | ☐ | ☐ | |
| 13. Detainees in the SMU have the same opportunities to exchange clothing, bedding, etc., as other detainees. | ☒ | ☐ | ☐ | |
| 14. Detainees in the SMU receive three nutritious meals/days.<br>• Selected from the Food Service's menu of the day.<br>• Food is not used as punishment. | ☒ | ☐ | ☐ | |
| 15. Detainees are allowed to maintain a normal level of personal hygiene, including the opportunity to shower and shave at least three times/week. | ☒ | ☐ | ☐ | |
| 16. The detainees receive, unless documented as a threat to security:<br>• Barbering services.<br>• Recreation privileges.<br>• Other-than-legal reading material.<br>• Religious material.<br>• The same correspondence privileges as other detainees.<br>• Personal legal material. | ☒ | ☐ | ☐ | |
| 17. When phone access is limited by number or type of calls, limits do not apply/apply to the following:<br>• Calls about the detainee's immigration case or other legal matters.<br>• Calls to consular/embassy officials.<br>• Calls during family emergencies (as determined by the OIC/Warden). | ☒ | ☐ | ☐ | |
| 18. A health care professional visits every detainee in disciplinary segregation every day, Monday through Friday.<br>• The shift supervisor visit each segregated detainee daily<br>• Weekends and holidays. | ☒ | ☐ | ☐ | |
| 19. SMU detainees are allowed visitors, in accordance with the "Visitation" standard. | ☒ | ☐ | ☐ | |
| 20. SMU detainees receive legal visits, as provided in the "Visitation" standard.<br>• Legal service providers notified of security concerns arising before a visit. | ☒ | ☐ | ☐ | |
| 21. Visits from clergy are allowed.<br>• The clergy member given the option of visiting/not visiting the segregated detainee.<br>• Violent/uncooperative detainees denied access to religious services when safety and security would otherwise be affected. | ☒ | ☐ | ☐ | |

G-324a Detention Inspection Form Worksheet for IGSAs

**PARK 0237**
**REYES**

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 22. SMU detainees have law library access.<br>&bull; Violent/uncooperative detainees retain access to the law library unless adjudicated a security threat in writing.<br>&bull; Legal material brought to individuals in the SMU on a case-by-case basi.<br>&bull; Staff document every incident of denied access to the law library. | ☒ | ☐ | ☐ | |
| 23. All detainee-related activities are documented, e.g., meals served, recreation activities, visitors, etc. | ☒ | ☐ | ☐ | |
| 24. Is the SPC's, the Special Management Housing Unit Record (I-888) is prepared as soon as the detainee is placed in the SMU.<br>&bull; All I-888s filled out by the end of each shift<br>&bull; The CDF/IGSA facility use Form<br>&bull; I-888 (or equivalent local form). | ☒ | ☐ | ☐ | |
| 25. SMU staff records whether the detainee ate, showered, exercised, took medication, etc.<br>&bull; Details about the detainee logged, e.g., a medical condition, suicidal/violent behavior, etc.<br>&bull; The health care official sign individual records after each visit.<br>&bull; The housing officer initials the record when all detainee services are completed or at the end of the shift.<br>&bull; A new record is created weekly for each detainee in the SMU.<br>&bull; The SMU retains these records until the detainee leaves the SMU. | ☒ | ☐ | ☐ | |

## SPECIAL MANAGEMENT UNIT - Rating
## (Disciplinary Segregation)

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

W.E. Simmons, DO   09/05/2002.
Auditor's Signature / Date

PARK 0238
REYES

| TOOL CONTROL |
|---|
| Policy: It is the policy of all facilities that all employees shall be responsible for complying with the tool control policy. The Maintenance Supervisor shall maintain a computer generated or typewritten Master Inventory list of tools and equipment and the location in which tools are stored. These inventories shall be current, filed and readily available for tool inventory and accountability during an audit. |

| | Components | Yes | No | NA | Remarks |
|---|---|---|---|---|---|
| 1. | There is an individual who is responsible for developing a tool control procedure and an inspection system to insure accountability. | X | ☐ | ☐ | |
| 2. | Department heads are responsible for implementing this standard in their departments. | X | ☐ | ☐ | Captain |
| 3. | Tool inventories are required for:<br>• Maintenance Department<br>• Medial Department<br>• Food Service Department<br>• Electronics Shop<br>• Recreation Department<br>• Armory | X | ☐ | ☐ | All have logbook. |
| 4. | The facility has a facility policy for the regular inventory of all tools.<br>• The policy sets minimum time lines for physical inventory and all necessary documentation.<br>• INS facilities use AMIS bar code labels when required. | X | ☐ | ☐ | |
| 5. | The facility has a tool classification system. Tools are classified according to:<br>• Restricted (dangerous/hazardous)<br>• Non Restricted (non-hazardous). | X | ☐ | ☐ | All dangerous tools are secured to tables in Kitchen. |
| 6. | Department heads are responsible for implementing tool-control procedures. | X | ☐ | ☐ | |
| 7. | The facility has policies and procedures in place to ensure that all tools are marked and readily identifiable. | X | ☐ | ☐ | All shadowed and Locked. |
| 8. | The facility has an approved tool storage system.<br>• The system ensures that all stored tools are accountable.<br>• Commonly used tools (tools that can be mounted) are stored in such a way that missing tool are readily notice. | X | ☐ | ☐ | |
| 9. | Each facility has procedures for the issuance of tools to staff and detainees. | X | ☐ | ☐ | |
| 10. | The facility has policies and procedures to address the issue of lost tools.  The policy and procedures include:<br>• Verbal and written notification.<br>• Procedures for detainee access.<br>• Necessary documentation/review for all incidents of lost tools. | X | ☐ | ☐ | |
| 11. | Broken or worn out tools are surveyed and disposed of in an appropriate and secure manner. | X | ☐ | ☐ | |

PARK 0239
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 12. All private or contract repairs and maintenance workers under contract to the INS, or other visitors, submit an inventory of all tools prior to admittance into or departure from the facility. | X | ☐ | ☐ | |

### TOOL CONTROL Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

X Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

*Remarks: (Record significant facts, observations, other sources used, etc.)

Ron Giebel, DEO 09/05/02
Auditor's Signature / Date

PARK 0240
REYES

## TRANSPORTATION
### (Land Transportation)

Policy: The Immigration and Naturalization Service will take all necessary precautions to protect the lives, safety, and welfare of our officers, the general public, and those in INS custody during the transportation of detainees. Standards have been established for professional transportation under the supervision of experienced and trained Detention Enforcement Officers or authorized contract personnel.

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 1. Transporting officers comply with applicable local, state, and federal motor vehicle laws and regulations. Records support this finding of compliance. | ☒ | ☐ | ☐ | |
| 2. Every transporting officer required to drive a commercial size bus has a valid Commercial Driver's License (CDL) issued by the state of employment. | ☐ | ☐ | ☒ | No commercial vehicles |
| 3. Supervisors maintain records for each vehicle operator. | ☒ | ☐ | ☐ | |
| 4. Officers use a checklist during every vehicle inspection.<br>• Officers report deficiencies affecting operability.<br>• Deficiencies are corrected before the vehicle goes back into service. | ☒ | ☐ | ☐ | |
| 5. Transporting officers:<br>• Limit driving time to 10 hours in any 15 hour period.<br>• Drive only after eight consecutive off-duty hours.<br>• Do not receive transportation assignments after having been on duty, in any capacity, for 15 hours.<br>• Drive a 50-hour maximum in a given work week; a 70-hour maximum during eight consecutive days.<br>• During emergency conditions (including bad weather), officers may drive as long as necessary and safe to reach a safe area--exceeding the 10-hour limit. | ☒ | ☐ | ☐ | |
| 6. Two officers with valid CDLs required in any bus transporting detainees.<br>• When buses travel in tandem with detainees, there two qualified officers per vehicle.<br>• An unaccompanied driver transport an empty vehicle. | ☐ | ☐ | ☒ | No buses or commercial vehicles. |
| 7. Before the start of each detail, the vehicle is thoroughly searched. | ☒ | ☐ | ☐ | Observed |
| 8. Positive identification of all detainees being transported is confirmed. | ☒ | ☐ | ☐ | |
| 9. All detainees are searched immediately prior to boarding the vehicle by staff controlling the bus or vehicle. | ☒ | ☐ | ☐ | |
| 10. The facility ensures that the number of detainees transported does not exceed the vehicles manufacturers occupancy level. | ☒ | ☐ | ☐ | |
| 11. Protective vests are provided to all transporting officers. | ☒ | ☐ | ☐ | Issued |

PARK 0241
REYES

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 12. The vehicle crew conducts a visual count once all passengers are on board and seated.<br>• Additional visual counts are made whenever the vehicle makes a scheduled or unscheduled stop. | ☒ | ☐ | ☐ | |
| 13. Policies and procedures are in place addressing the use of restraining equipment on transportation vehicles. | ☒ | ☐ | ☐ | |
| 14. Officers ensure that no one contacts the detainees.<br>• One officer remains in the vehicle at all times when detainees are present. | ☒ | ☐ | ☐ | |
| 15. Meals are provided during long distance transfers.<br>• The meals meet the minimum dietary standards, as identified by dieticians utilized by the Service. | ☒ | ☐ | ☐ | |
| 16. The vehicle crew inspects all Food Service pickups before accepting delivery (food wrapping, portions, quality, quantity, thermos-transport containers, etc.).<br>• Before accepting the meals, the vehicle crew raises and resolves questions, concerns, or discrepancies with the Food Service representative.<br>• Basins, latrines, and drinking-water containers/dispensers are cleaned and sanitized on a fixed schedule. | ☒ | ☐ | ☒ | All meals, including bag lunches are provided by the facility kitchen |
| 17. INS Vehicles have:<br>• Two-way radios.<br>• Cellular telephones.<br>• Equipment boxes stocked in accordance with the Use of Force Standard. | ☒ | ☐ | ☐ | All PCSO vehicles have required equipment |
| 18. The vehicles are clean and sanitary at all times. | ☒ | ☐ | ☐ | |
| 19. Personal property of a detainee transferring to another facility:<br>• Is inventoried.<br>• Is inspected.<br>• Accompanies the detainee. | ☐ | ☒ | ☐ | Property not inventoried. |
| 20. The following contingencies are included in the written procedures for vehicle crews:<br>• Attack<br>• Escape<br>• Hostage-taking<br>• Detainee sickness<br>• Detainee death<br>• Vehicle fire<br>• Riot<br>• Traffic accident<br>• Mechanical problems<br>• Natural disasters<br>• Severe weather<br>• Passenger list is not exclusively men or women or minors | ☒ | ☐ | ☐ | |

PARK 0242
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

**TRANSPORTATION Rating
(Land Transportation)**

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

**Standard Rating:**

☒ Acceptable  ☐ Deficient  ☐ Repeat Deficiency  ☐ At-Risk

\*Remarks: *Personal property of transferring inmates not inventoried or inspected. This was reporteded in the sectionfunds and personal property.*

 W.E. Simmons, DO     09/06/2002
Auditor's Signature / Date

PARK 0243
REYES

## USE OF FORCE

**Policy:** The U.S. Immigration & Naturalization Service authorizes the use of force only as a last alternative after all other reasonable efforts to resolve a situation have failed. Only that amount of force necessary to gain control of the detainee, to protect and ensure the safety of detainees, staff and others, to prevent serious property damage and to ensure institution security and good order may be used. Physical restraints necessary to gain control of a detainee who appears to be dangerous may be employed when the detainee.

| | Components | Yes | No | NA | Remarks |
|---|---|---|---|---|---|
| 1. | Written policy authorizes staff to respond in an immediate-use-of-force situation without a supervisor's presence or direction. | ☒ | ☐ | ☐ | |
| 2. | When the detainee is in an area that is or can be isolated (e.g., a locked cell, a range), posing no direct threat to the detainee or others, officers must try to resolve the situation without resorting to force. | ☒ | ☐ | ☐ | |
| 3. | Written policy asserts that calculated rather than immediate use of force is feasible in most cases. | ☒ | ☐ | ☐ | |
| 4. | The facility subscribes to the prescribed Confrontation Avoidance Procedures.<br>• Ranking detention official, health professional, and others confer before every calculated use of force. | ☒ | ☐ | ☐ | |
| 5. | When a detainee must be forcibly moved and/or restrained and there is time for a calculated use of force, staff use the Use-of-Force Team Technique.<br>• Under staff supervision. | ☒ | ☐ | ☐ | |
| 6. | Staff members are trained in the performance of the Use-of-Force-Team-Technique. | ☒ | ☐ | ☐ | Patrol & Detention Staff |
| 7. | All use-of-force incidents are documented and reviewed. | ☒ | ☐ | ☐ | |
| 8. | Staff:<br>• Does not use force as punishment.<br>• Attempts to gain the detainee's voluntary cooperation before resorting to force<br>• Uses only as much force as necessary to control the detainee.<br>• Uses restraints only when other non-confrontational means, including verbal persuasion, have failed or are impractical. | ☒ | ☐ | ☐ | |
| 9. | Medication may only be used for restraint purposes when authorized by the Medical Authority as medically necessary. | ☒ | ☐ | ☐ | |
| 10. | Use-of-Force Team follow written procedures that attempt to prevent injury and exposure to communicable disease(s). | ☒ | ☐ | ☐ | |

PARK 0244
REYES

G-324a Detention Inspection Form Worksheet for IGSAs

| Components | Yes | No | NA | Remarks |
|---|---|---|---|---|
| 11. Standard procedures associated with using four-point restraints include:<br>• Soft restraints (e.g., vinyl)<br>• Dressing the detainee appropriately for the temperature.<br>• A bed, mattress, and blanket/sheet.<br>• Checking the detainee at least every 15 minutes.<br>• Logging each check.<br>• Turning the bed-restrained detainee often enough to prevent soreness or stiffness.<br>• Medical evaluation of the restrained detainee twice per eight-hour shift.<br>• When qualified medical staff is not immediately available, staff position the detainee "face-up". | ☒ | ☐ | ☐ | |
| 12. The shift supervisor monitors the detainee's position/condition every two hours.<br>• He/she allow the detainee to use the rest room at these times under safeguards. | ☒ | ☐ | ☐ | |
| 13. All detainee checks are logged. | ☒ | ☐ | ☐ | |
| 14. In immediate-use-of-force situations, staff contacts medical staff once the detainee is under control. | ☒ | ☐ | ☐ | |
| 15. When the OIC authorizes use of non-lethal weapons:<br>• Medical staff is consulted before staff use pepper spray/non-lethal weapons.<br>• Medical staff review the detainee's medical file before use of a non-lethal weapon is authorized. | ☒ | ☐ | ☐ | |
| 16. Special precautions are taken when restraining pregnant detainees.<br>• Medical personnel are consulted | ☒ | ☐ | ☐ | |
| 17. Protective gear is worn when restraining detainees with open cuts or wounds. | ☒ | ☐ | ☐ | |
| 18. Staff documents every use of force and/or non-routine application of restraints. | ☒ | ☐ | ☐ | |
| 19. It standard practice to review any use of force and the non-routine application of restraints. | ☒ | ☐ | ☐ | |
| 20. All officers receive training in self-defense, confrontation-avoidance techniques and the use of force to control detainees.<br>• Specialized training is given Officers are certified in all devices they use. | ☒ | ☐ | ☐ | |
| 21. The officers are thoroughly trained in the use of soft and hard restraints. | ☒ | ☐ | ☐ | |
| 22. In SPCs is the Use of Force form is used. In other facilities (IGSAs / CDFs) this form or its equivalent is used. | ☒ | ☐ | ☐ | |

PARK 0245
REYES

## USE OF FORCE - Rating

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.   For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

Standard Rating:

☒ Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk

*Remarks: *Both Detention and Patrol staff are utilized during an emergency within the Detention Facility; both have their own use of force policy. Although both policies are similar in content, it was recommended that training be provided to all Officers using both policies, or one departmental use of force policy be adopted.*

W.E. Simmons, DO    09/06/2002
Auditor's Signature / Date

PARK 0246
REYES

| IGSA's ONLY |
|---|

The following items must be inspected for compliance with those Justice Core Standards not covered by the INS Detention Standards:

| # | Item | A | U | NA |
|---|---|---|---|---|
| **Standard – Policy Development and Monitoring** | | | | |
| 1 | Written Policy and Procedures are in place to provide staff with the necessary information to operate and maintain the facility on a daily basis and in accordance with local, state, and federal law | ☒ | ☐ | ☐ |
| 2 | Written policy and procedure are reviewed annually and updated accordingly | ☒ | ☐ | ☐ |
| **Standard – Reporting Requirement** | | | | |
| 3 | The facility provides for a system of monitoring through internal audits and reviews | ☒ | ☐ | ☐ |
| 4 | The internal administrative audit is separate from any external audits or reviews | ☒ | ☐ | ☐ |
| 5 | Audit or inspection reports identify areas of concern, identify necessary corrective action, and provide for a system follow-up | ☒ | ☐ | ☐ |
| 6 | Audit and Inspection reports are maintained on file until at least the next review is conducted | ☒ | ☐ | ☐ |
| **Standard – Direct Supervision** | | | | |
| 7 | To the extent Possible, physical plant design facilitates continuous personal contact and interaction between staff and detainees in the housing unit and recreation / leisure areas. | ☒ | ☐ | ☐ |
| 8 | Written policies and procedures are in place that outline a comprehensive program which promotes and encourages staff/detainee communications. A daily rotation schedule should be established to ensure adequate staff coverage is provided throughout the meal. | ☒ | ☐ | ☐ |
| **Standard – Cultural Diversity** | | | | |
| 9 | Staff are provided appropriate annual cultural diversity or sensitivity training. Such training is designed and implemented in a fashion that will further enhance staff members' ability to communicate with detainees in an effective manner. | ☒ | ☐ | ☐ |

| DOJ Core Standards – Rating |
|---|
| IGSA's Only |

When rated below Acceptable, facilities must attach a Plan of Action for bringing operations into compliance.  For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

| Standard Rating: |
|---|
| ☒ Acceptable ☐ Deficient ☐ Repeat Deficiency ☐ At-Risk |

*Remarks: Numerous internal, municipal, county and state inspection reports provided for review.*

W.E. Simmons, DO     09/06/2002
_____
Auditor's Signature / Date

PARK 0247
REYES