# EXHIBIT A-17

## Part 1 of 2

(Master Control Log - 0966 through 0990)



DEPOSITION
EXHIBIT
3
PENGAD-Bayonne, N.J.

PARK 0966
REYES

**EXHIBIT**

**A-17**

# MASTER CONTROL LOG

COUNT: 127

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|-----------|
| 3-1 | 0810 | RAZOR PU | 127 | WP | Crawford |
| 3-1 | 0826 | CHOW / PACE OUT | 127 | Walker | Crawford |
| 3-1 | 8850 | Dep MWallace in for FID | 127 | | Crawford |
| 3-1 | 0907 | Turn Pu | 127 | | Crawford |
| 3-1 | 0916 | C-BLOCK REC X1 | 127 | Wallace | Crawford |
| 3-1 | 0955 | Phone Cards | 127 | Shostak | Crawford |
| 3-1 | 1041 | Turn out | 12.7 | Walker | Reyes |
| 3-1 | 1120 | Cash Boxs in Warren | 127 | Shostak | Crawford |
| 3-1 | 1144 | In Warren Cash Boxs | 127 | Walker | Crawford |
| 3-1 | 1146 | PERIMETER CHECK - Code 4 | 126 | Walker | Crawford |
| 3-1 | 1213 | CHOW / PACE OT | 126 | Shostak | Crawford |
| 3-1 | 1256 | Tray PU | 126 | Shostak | Crawford |
| 3-1 | 1258 | B-BLOCK TO REC X 7 | 126 | — | Reboll |
| 3-1 | 1307 | PERIMETER CHECK - Code 4 | 126 | Walker | Crawford |
| 3-1 | 1339 | MEN ROUNDS STARTED | 126 | Shostak | Crawford |
| 3-1 | 1359 | B-BLOCK REC CONTINUED | 126 | Walker | Crawford |
| 3-1 | 1400 | A-BLOCK TO REC X2 | 126 | Walker | Crawford |
| 3-1 | 1417 | FRANSUA FROM IN DU 45 DAY MITT | 126 | Walker | Crawford |
| 3-1 | 1420 | MEDS COMPLETE | 127 | Shostak | Crawford |
| 3-1 | 1430 | Buckets out | 127 | Walker | Crawford |
| 3-1 | 1450 | Buckets @ cell blocks | 127 | Wallace | Crawford |

PARK 0967
REYES

## MASTER CONTROL LOG

127

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|-----------|
| 3-1 | 1500 | D-BLOCK TO REC | 127 | White | (signature) |
| 3.1 | 1522 | KITCHEN WKER TO KIT | 127 | White | (signature) |
| 3.1 | 1547 | D-BLOCK REC CONTINUED except 12 | 127 | Birdale | (signature) |
| | 1615 | COUNT | 127 | ST/SC | Bell |
| | 1630 | COUNT IS CLEAR | 127 | SC | Bell |
| | 1630 | MOP Buckets into PODS | 127 | JW | Bell |
| | 1635 | C-BUS + FACE COUNT | 127 | SJ | Bell |
| | 1655 | J-1-9 out to Eagle to ALU INS | 127 | TV | Bell |
| | 1735 | Trash + Buckets out of PODS | 127 | DW | Bell |
| | 1800 | TRASH OUT | 127 | MG | Bell |
| | 1815 | Fingernails - POD WORK | 127 | MG | Bell |
| | 1820 | System released | 126 | DW | Bell |
| | 2005 | COUNT | 126 | MB | Bell |
| | 2015 | COUNT IS CLEAR | 126 | MG | Bell |
| | 2100 | Trustees to REC | 126 | MG | Bell |
| | 2107 | J-1-9 in w/ 7 male INS 1d Fem. IN S | 135 | JT | Bell |
| | 2115 | Meds dispersed | 135 | MC | Bell |
| | 2115 | Caldwell in from work | 136 | DW | Bell |
| | 2120 | Mattern phone call | 136 | MG | Bell |
| | 2355 | COUNT / POD WALK 0 | 130 | BJ-MG | Bell |
| 3/2/03 | 0005 | COUNT IS CLEAR | 136 | B/PR | Bell |

PARK 0968
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 03/12 | 0010 | Perimeter & Lock Front & Down | 136 | WF/DF | RO |
| | 0020 | Pod Walk ② | 136 | RO/WF | RO |
| | 0040 | Pod Walk ③ | 136 | RO 6 | RO |
| | 0041 | 4/m Ashley - Cleared By Comm. Ratinedo T/S | 135 | WF | RO |
| | 0100 | Pod Walk ④ | 135 | WF | RO |
| | 0120 | Pod Walk ⑤ | 135 | DF | RO |
| | 0140 | Pod Walk ⑥ | 135 | WF/DF | RO |
| | 0200 | Pod Walk ⑦ | 135 | DF/WF | RB |
| | 0220 | Pod Walk ⑧ | 136 | DF | WF |
| | 0230 | Preimiter Ck ⑨ | 135 | RB | WF |
| | 0240 | Pod Walk ⑩ | 135 | WF | RB |
| | 0300 | Count / Pod Walk ⑪ | 135 | WF/DF/RO | RB |
| | 0312 | Count is Clear @ 135 W Hours | 136 | WF | RB |
| | 0320 | Pod Walk ⑫ | 135 | DF | RB |
| | 0322 | Access Phone Carlos | 135 | WF | RB |
| | 0340 | Pod Walk ⑬ | 135 | WF | RB |
| | 0350 | Preimiter ③ | 135 | DF | RB |
| | 0401 | Pod Walk ⑬ | 135 | RO | DF |
| | 0420 | Pod Walk ⑭ | 135 | DF | RB |
| | 0433 | Preimiter ④ | 135 | DF | RA |
| 3/12 | 0435 | 4/m Matheny Have Out | 135 | WF | RB |
| | | ⑬ | 135 | RO | RO |

PARK 0969
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 03/62 | 0440 | Pod Walk ⑭ | 135 | RU/DF | RB |
| | 0450 | I/M West & Return Rec. | 135 | WF | RB |
| | 0455 | Clear Control | 135 | WF/RB | RB |
| | 0500 | Podwalk ⑤ | 135 | DF | RB |
| | 0531 | Podwalk ⑥ | 135 | DF | RB |
| | 0540 | Dayroom ⑤ Trash Out | 135 | WF | RB |
| | 0540 | Pod Walk ⑤ | 135 | WF/RB | RB |
| | 0544 | I/M Matthey Back to Seg. | 135 | WF | RB |
| | 0600 | Count / Pod Walk ⑥ | 135 | WF/RB DE | RB |
| | 0622 | Pod Walk ⑦ | 136 | DF | RB |
| | 0635 | Seg. I out for Showers | 135 | WF | RB |
| | 0640 | Pod Walk ⑧ | 135 | DF | RB |
| | 0700 | Meds – | 136 | RU/DF | RB |
| | 0707 | Flags up / Perimeter CK ⑨ | 135 | WF | RB |
| | 0710 | Meds – Complete | 135 | RU/DF | RB |
| | 0720 | Pod Walk ⑨ | 135 | DF | RB |
| | 0740 | Pod Walk ⑪ | 135 | RU/DF | RB |
| | 0742 | Razor P/U | 135 | RU/DF | WF |
| 3.2 | 0803 | Staff Headcount / Pre Walk | 135 | JW | WF |
| 3.2 | 0819 | Day Shift On Duty – Count Clear | 135 | SW | |
| | | CMDJ/Race CJ | 135 | RB | |

PARK 0970
REYES

## MASTER CONTROL LOG

135



| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|-----------|
| 3-2 | 0855 | E/A STONE CLAIMS TO SGT W/2 — NO RECORDS FRAME PENDING TILL MM. | 185 | — | (signature) |
| 3-2 | 0910 | VA'S HANSON & FRASING SHORELINE SHOW @ ENTRANCE | 155 | Walker | (signature) |
| 3-2 | 0913 | TRAY PM | 135 | | (signature) |
| 3-2 | 0936 | C-BLOCK TO REC x 1 | 135 | Barley | (signature) |
| 3-2 | 1006 | PM MED BUCKETS | 135 | Walker | (signature) |
| 3-2 | 1028 | C-BLOCK REC CONCLUDED | 185 | Walker | (signature) |
| 3-2 | 1033 | D-BLOCK REC CALLED x 15 | 185 | Walker | (signature) |
| 3-2 | 1238 | CHOW / FACE CT | 135 | Walker | (signature) |
| 3-2 | 1311 | COUNT CLEAR | 135 | Walker | (signature) |
| 3-2 | 1326 | B-BLOCK TO REC CALLED XY | 135 | Walker | (signature) |
| 3-2 | 1326 | Tal Check B/C | 135 | (signature) | (circle) |
| 3-2 | 1424 | START MEDS | 135 | | (signature) |
| 3-1 | 1454 | Meds Complete | | | |
| 3-1 | 1458 | C-POCHECO & D-BENDAR HAD SMALL SHDWNK MATCH IN | 135 | (signature) | (signature) |
| | | C-BLOCK OVER T/V VOLUME — BARRED TO HOLDER | | | |
| | | TO COM RUND | | | |
| 3-2 | 1510 | A-BLOCK X 3 TO REC | 135 | Walker | (signature) |
| 3-2 | 1529 | Head cut | 135 | (signature) | (signature) |
| 3-2 | 1535 | BUCKETS TO RODS | 131 | Barley | (signature) |
| | 1545 | # Thomas Truck | 135 | Walker | (signature) |
| | 1600 | COOK | 135 | DW | Ball. |

PARK 0971
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3/2/03 | 1610 | COUNT IS Clear | 135 | RV | Bell |
| | 1710 | Head/face One-S-Count / men observed | 136 | ~8 | |
| | " | Pod Visit | " | " | |
| | 1730 | FACE COUNT | 135 | Bell | GF |
| | 1806 | Ryan & Bradley (/zeese | 135 | Ryan | GF |
| | 1830 | TABA Cutlege / Cox cell Released | 133 | Ryan | |
| | 1846 | Counsel visits / Pod visits / Ryan in | 133 | Ryan | |
| | 1902 | Counsel Ryan Jed | 133 | Ryan | |
| | 2000 | Sen Obs / Pod walk / Facility PCSO Arced | 134 | Ryan | |
| | 2107 | Head Count | 134 | DV | |
| | 2110 | Meds Passed / Pod visits mtg | 134 | DV | |
| | 2118 | Yanmons / Rec (x3) & Rec | 134 | DV | |
| | 2212 | Pod walk | 134 | SB | |
| | 2212 | INS remads to Rec (x2) | 134 | BW | |
| | 2316 | Matheny and Cox Shower | 134 | DV | |
| | 2310 | thus for Done to Shower | 134 | JB | |
| | 2320 | COUNT | 134 | Ryan | Bell |
| | 2355 | COUNT IS clear | 134 | Bell | Bell |
| 3/3/03 | 0005 | COUNT | 137 | BF | Bell |
| 3/3/03 | 0006 | West out in POD | 134 | BF | Bell |
| | 0010 | COUNT is clear | 134 | BF | Bell |
| | | Perimeter check / lights O | 134 | BF | |

PARK 0972
REYES

# MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3/8/63 | 0020 | Pod wo ok | 134 | Frys | |
| | 0020 | Medewine ord of Rec | 134 | BF | |
| | 0025 | Right Janitors on | 134 | BF | BF |
| | 0045 | Rdc cks | 134 | DF | |
| | 0102 | Pod walks | 134 | BF | |
| | 0105 | Reduins out for the morning | 184 | DF | |
| | 0120 | Pod Walks | 184 | BF | |
| | 0135 | Perimeter Check ② | 134 | BF | |
| | 0148 | Pod walk | 134 | BF | 20 |
| | 0200 | Perimeter ck | 134 | DF | WF |
| | 0210 | Pod walk | 134 | DF | WF |
| | 0235 | Pod walk | 134 | WF | DF |
| | 0305 | Swart Head cu / Pod walk - offered | 134 | WF | DF |
| | | Rec to Sue - Declined/Night Janitors | | DF | WF |
| | | In mpl for Rec | | | |
| | 0315 | Head ct. completed at 134 by House | 134 | DF | WF |
| | 0320 | Pod walk | 134 | WF | DF |
| | 0340 | Pod walk / Janitors in Bderom mpl | 134 | WF | WF |
| | 0400 | Pod walk | 134 | WF | DF |
| | 0420 | Pod walk / Caldwell up to go wk | 134 | DF | DF |
| | 0440 | Pod walk | 134 | DF | WF |

PARK 0973
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|-----------|
| 3/3 | 0450 | CALDWELL OUT TO W/L COUNT (RECALLED) | 133 | DF | WF |
|  |  | TD 133/ BY HOUSE |  |  |  |
|  | 0500 | POD WALK |  |  |  |
|  | 0510 | PRESENTATION CHECK / TRASH (4) |  |  | DF |
|  | 0530 | POD WALK | 133 | WF | DF |
|  | 0540 | POD WALK / CALLED KITCHEN CREW | 133 | WF | WF |
|  | 0600 | POD WALK / START SHARP CT | 133 | DF | WF |
|  | 0615 | HEAD CT. COMPLETED AT 133/IN HOUSE (18) | 133 | DF | WF |
|  | 0615 | RUNNING THE FLAGS / POD INMATE CLEAN | 133 | WF | DF |
|  | 0620 | POD WALK | 133 | WF | DF |
|  | 0630 | CALLED FOR THE KITCHEN CREW AGAIN (19) | 133 | DF | WF |
|  | 0640 | POD WALK | 132 | WF | WF |
|  | 0700 | START MEDS / POD WALK (20) | 133 | DF | WF |
|  | 0708 | START HEAD CT / POD WALK / START CHECK (21) | 133 | DF | WF |
|  | 0710 | MEDS COMPLETED | 133 | DF | WF |
|  | 0720 | HANSON OUT TO CLEAN THE LOBBY | 133 | DF | WF |
|  | 0725 | POD WALK | 133 | DF | WF |
|  | 0745 | TAKING UP RAZORS (23) | 133 | DF | WF |
| 3-3 | 0800 | DAY SHIFT ON DUTY | 133 | DF | WF |
| 3-3 | 0802 | CHOW FACE CT. | 135 | — |  |
| 3-3 | 0823 | Arapahoe City m 5 1 | 133 | Walker | Kaufland |
|  |  |  | 134 | Godwin | Kaufland |

PARK 0974
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3-3 | 0829 | 1/M ANDRUM OTC | 133 | Soolee | |
| 3.3 | 0835 | TRAY PU | 133 | Wether | |
| 3.3 | 0846 | C-BLOCK TD REC | 133 | Ellis | |
| 3-3 | 0847 | COUNT CLEAR @ 134 | 133 | Wether | |
| 8.3 | 0923 | STRVER OUT W/R | 133 | Ellis | |
| 3.3 | 0950 | C-BLOCK REC CONC | 133 | Wether | |
| 3.3 | 0954 | B-BLOCK TD REC x4 | 133 | Wether | |
| 8.3 | 1006 | 3-12 10-76 PONCHA PU 2 INS | 132 | Wether | |
| 3.3 | 1037 | B-BLOCK REC CONCLUDED | 132 | Wether | |
| 3.3 | 1038 | D-BLOCK REC CALLED | 132 | Ellis | |
| 3-3 | 1041 | INGS TD HOUSING | 132 | Ellis | |
| 3.3 | 1056 | FRANZEN INT W/R | 132 | Ellis | |
| 3.3 | 1114 | (1) 10-45 10-76 (FEMALE) FEHLER, SANDRA | 131 | Ellis | |
| 3.3 | 1123 | LOGISTICS'N OTC PARK | (3) | — | |
| 3-3 | 1124 | DER HANDLE IN C 1 FEMALE 10-95 FEHLER, SANDRA | 130 | Goodman | |
| 3.3 | 1134 | 3-17 10-76 C 2 INS MALES | 131 | — | |
| 3.3 | 1142 | CHOW/ FACE CT | 131 | Walker | |
| 8.3 | 1218 | COUNT CLEAR | 131 | Muldoon | |
| 3.3 | 1224 | TRAY PU | 131 | — | |
| 3.3 | 1233 | 3-11 Ah from | 131 | Ellis | |
| 3.3 | 1235 | 3-17 Ah c 2 INS | 132 | Goodwin | |
| | | | 134 | Wether | |

PARK 0975
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| | | | 134 | | |
| 3.3 | 1248 | J.13 Bb from Our to Auditorium | 135 | Salle | |
| 3.3 | 1250 | Bucket in unit | 135 | Eale | |
| 3.3 | 135 | AUDITORIUM OUT PARK | 134 | Salle | |
| 3.3 | 1333 | MED. EMT. ATTACK Wm COLE - Moto Shut | 134 | Vicki | |
| 3.3 | 1319 | Wm TRANSout BACK IN WJR | 135 | Ellis | |
| 3.3 | 1403 | Wm Schnell, Seywo Bonded cmsh | 134 | Godwin | |
| 3.3 | 1409 | MED ROUNDS STARTED | 134 | Unruh/Vicki? | |
| 3.3 | 1421 | BUCKETS OUT | 134 | Ellis | |
| 3.3 | 1431 | MEDS COMPLETE | 134 | Ellis | |
| 3.3 | 152.3 | 1 Pm Intox ✓ QUIET CELLED PO | 134 | Walter | |
| 3.3 | 1531 | INDX OUT OF FACILITY | 134 | Walter | |
| " | 1546 | Count Announced | 134 | — | |
| " | 1559 | Count Clear | 134 | | |
| " | 1640 | Clear Completed Head [Rec Couic/Rec Couic | 134 | am/OT | |
| " | 1730 | Trash Collected All Pots P.O. Visit S/Readed | 134 | DW | Clerx |
| " | 1820 | Church Services Started (3) Inmates @ Cha Out | 134 | IT | |
| " | 1835 | POD in W (1) arrest | 134 | ST/Lu | |
| " | 1846 | POD Visit Passed out Commissary Sheets | 135 | MV | |
| " | 1845 | POD Visits/Mail Distr/Busted all locations | 136 | IT | |
| " | 1920 | Minor Hudec. Problem (D) Pod | 136 | SA BW | |
| " | 1925 | Sees taking slammed from Pod Blocked off | 136 | SA | |

PARK 0976
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 03/03/03 | 2055 | Count Head / Pod Walk | 135 | EA | |
| 1/6 | 1710 | Chickens Returned from Count | 136 | DW | |
| | 2046 | Meds distributed all Pods | 136 | ST | |
| | 2046 | Pods to bed | 136 | EA | |
| | 2111 | Cold wrell in from w/R w/ Storm | 138 | DW | |
| | 2185 | Females out of Rec | 138 | EA | |
| | 2120 | Trustees to Rec | 138 | EA | |
| | 2220 | Trustees Rec Over | 137 | EA | |
| | 2256 | Cold wrell drawn / Return oks | 138 | ST | |
| | 2310 | Count Clear | 138 | W | |
| | 2230 | Pop wash gts / Doors checked | 138 | DW | |
| | 2347 | Count Pod Walk | 138 | BF | |
| | 0008 | PCSB IN With own Master / Sleura | 139 | RG | Cus |
| | 0012 | Shift change Count clean | 139 | DF | |
| 03/4/03 | 0014 | Return / Lock Door | 139 | DF | |
| 3/4/03 | 0034 | Front Smith- Blood Draw CALLED (NORMS) 215-886-0560 to Leave message 876 JISB | | DE | |
| 3/4/03 | 0045 | CALLED CPT. GENE REGIMONIE no Answer Draw Person. No Answer Front Smith | | | |
| LE | 0030 | WEST RICHARD WEST | 140 | | |
| | | PCSO HAVIN He Out Air C | | | |
| LE | 2020 | PCSO / MOLONEY, MICHAEL | 140 | | |
| | | Pod Walk | 140 | ICC | |
| LE | 0046 | Pod Walk | 140 | ICC | DF |

PARK 0977
REYES

## MASTER CONTROL LOG

PARK 0978
REYES

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 03-04-03 | 0105 | Pod Walk | 140 | KG | WF |
| 3/4/03 | 0135 | I.B. Perin to "REA" | 140 | KG. | DF |
| | 0120 | Pod Walk | 140 | KG | DF |
| | 0140 | Pod Walk - District 5 inhouse Draw | 140 | KG | DT |
| | 0200 | Pod Walk | 140 | KG | |
| | 0205 | Pod Walk | 140 | 29 | |
| | 0237 | Pod Walk | 140 | DF | |
| | 0257 | Count (Pod Walk) ⑧ | 140 | DF | |
| | 0324 | Pod Walk ⑩ | 140 | DF | |
| | 0335 | Perimeter | 140 | KG | |
| | 0346 | Perc Walk | 140 | DF | |
| | 0343 | Phone Cards / Commissary | 140 | RG | |
| | 0400 | Pod Walk | 140 | DF | |
| | 0412 | Perimeter | 140 | DT | |
| | 0425 | Pod Walk ⑤ | 140 | DF | |
| | 0440 | Pod Walk .13 | 140 | DF | |
| | 0455 | Tim 0717 +2 | 140 | DF | |
| | 0500 | Pod Walk | 138 | DF | |
| | 0514 | Pod Walk | 138 | DF | |
| | 0536 | Pod Walk | 138 | RG | |
| | 0536 | Perimeter / TRASH OUT ④ | 138 | DF | |

# MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3-04 | 0551 | Lobby Search C-4 | 138 | DeRea | |
| | 0600 | Count / Pool Walk | 138 | DeRea | |
| | 0605 | Thy / Alonzy - Shower | 138 | DF | |
| | 0620 | Pool Walk | 138 | DF | |
| | 0640 | Pool Walk / Razors | 238 | DF | |
| | 0650 | Pennington / Flags Hung | 138 | DF | |
| | 0700 | Pool Walk | 138 | PG | |
| | 0710 | Count / Pool Walk | 138 | DF | |
| | 0736 | Forest st lw refused meds | | | |
| 3-4 | 0800 | Razor P/U cake 4 | 138 | walker | Thobald |
| 3-4 | 0801 | Shift change | 138 | — | Thobald |
| 3-4 | 0805 | Bread del. | 135 | — | Thobald |
| 3-4 | 0807 | Breakfast served | 136 | DE | ST |
| 3-4 | 0815 | Sallee Veh - Main | 138 | | ST |
| 3-4 | 0834 | Atrium to booking | 138 | | ST |
| 3-4 | 0859 | Jackets out | 139 | Sallee | ST |
| 3-4 | 0844 | Ambern OTC | 136 | Duffie | ST |
| 3-4 | 0850 | C Pod Rec 4/6 | 137 | mulson | ST |
| 3-4 | 0912 | Laundry P/U | 137 | walker | ST |
| 3-4 | 0920 | 1171 Phone Sallee | 137 | | ST |
| 3-4 | 0920 | Cobb & Bender out of Count | 135 | Sallee | ST |

PARK 0979
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT (ACTION) | COUNT | OFFICER | CONTROLLER |
|------|------|----------------|-------|---------|------------|
| 3-4 | 0824 | Sended OJT | 135 | | |
| 3-4 | 0925 | Trash P/U – Buckets | 134 | Contreras | ST |
| 3-4 | 0930 | Finger Prints in lobby | 134 | DE | ST |
| 3-4 | 0937 | Good win out on Relay | 134 | walker | ST |
| 3-4 | 0946 | Trash out | 134 | - | ST |
| 3-4 | 0958 | Rec C-Pod Complete | 134 | DE | ST |
| 3-4 | 1001 | D-Pod out to Rec | 134 | DE | ST |
| 3-4 | 1025 | Finger Prints in Lobby | 134 | DE | ST |
| 3-4 | 1047 | Juice out | 134 | walker | ST |
| | 1106 | D-pod in Lomaux / Resuples check | 134 | wilron | ST |
| | 1120 | Tony Feilley Master OTC | | ST | ATC |
| | 1133 | D-pod walker | 131 | SW | ATC |
| | 1145 | Chow Line head count | | ST | ATC |
| | 1149 | La Plata Co in for a courtesy chow | | ST | ATC |
| | 1208 | Sallee called and headcheck from B/W/I | | CG | ATC |
| | 1210 | Anymous beach room count | 132 | SM | ATC |
| | 1213 | La Plata Co in out of facility | | CG | ATC |
| | 1216 | Count cleared | 132 | ST | ATC |
| | 1218 | Tony Feilley Master back from count | 135 | SW | ATC |
| | 1240 | Pod walke & checks assigned | | ST/SW | ATC |
| | - | Tray pick-up | | | |

PARK 0980
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 2/4/03 | 1247 | Caller back w/1 - Daniels | 135 | | |
| | 1308 | Ankrum out to visit | 134 | WS | |
| | 1324 | B-pod out to rec | | SE | |
| | 1325 | Vm Master handed 0 - cleared by comm | | SL | |
| | 1333 | Vm Gray OTC - Ryan and Moore hung | 135 | CG | |
| | | Trooper #156 Odin counties - out of count | 132 | WS | |
| | 1350 | Vm Fetter bonded - cleared by comm | | | |
| | 1407 | Vm Terry released by count - cleared by comm | 131 | CG | |
| | 1419 | Vm Ankrum - visit in order | 130 | CG | |
| | 1430 | Meds started | | SL | |
| | 1445 | Vm walk | | | |
| | 1448 | Vm Tabaum OTC | | SW | |
| | 1455 | B-pod 2 chow rec | 129 | VM | |
| | 1450 | F-pod out to rec | | SL | |
| | 1508 | Remote check color | | SL | |
| | 1515 | Callee called in/sheded back with Kinsle | | SL | |
| | 1519 | Vm Daniels opposite C-pod | | WS | |
| | 1521 | Med being given out | | CG | |
| | 1550 | Count cleared Wed | 129 | SL | |
| | 1601 | Count cleared | 129 | SA | |
| | 1607 | Ankrum back two - Comm | 130 | Dm | |

PARK 0981
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 23/04/03 | 1620 | Mop Buckets Out | 130 | C4 | |
| | 1633 | Meals served / Head / Free Count / Pod Visit | 130 | C4 | |
| | 1636 | Salous — facility w/ C4, D18 to Courts | 130 | BS | |
| | 1632 | Courten / Woodward to Booking | 134 | MG | |
| | 1645 | Wollek to D6 Rotwaerd — Doc Note Red | 134 | BS | |
| | 1715 | Admin — kites — mail / orders | 134 | C4 | |
| | 1746 | Transfer Collected / Pod visits / Transfer to C4 | 134 | C4 | |
| | 1808 | Pod Wash Out | 134 | MG | |
| | 1818 | Perimeter check code (4) | 134 | E14 | |
| | 1926 | Pod Walks | 134 | MG | |
| | 1930 | Razors Issued — Pod visits | 134 | SA | |
| | 2005 | Colby Started Pod Walk | 134 | C4 | |
| | 2008 | Kitchen Hard Water / Spilled in area | 134 | MG | |
| | | of main door dog #2 / Clean up | | | |
| | 2037 | Colby / W Rom W5/R | 18 | E14 | |
| | 2115 | Showers / W5/R | 136 | E14 | |
| | 2115 | E Miller / Loft for East | 136 | C4 | |
| | 2153 | PCSO INS w/ (3) arrests | 13 | C4 | |
| | 2205 | Guise / Collins to booking — to assign | 13 | Dw | |
| | 2233 | Mop Buckets Picked up — status | 13 | E14 | |
| | | Uniform exchange / D-Pod | 13 | C4 | |

PARK 0982
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 03/04/03 | 2258 | Cont'd Lock down - [Red Walls] | 139 | 84 | |
| 0305 | 0000 | Count | 139 | RB/DF | |
| | 0010 | Count | 139 | RB/DF | |
| | 0020 | Pod/Walk | 139 | RB | |
| | 0030 | Pat/Walk | 139 | RB | |
| | 0035 | Pod/Walk - Night Janitors Out - to Clean | 139 | DF | |
| | 0045 | Pod/Walk | 139 | RB | |
| | 0100 | Pod walk | 139 | KG. | DF. |
| | 0120 | Pod walk | 139 | RB/KG | DF |
| | 0122 | N Janitors - Done RSC - 1 Pod issued | 139 | KG | DF |
| | 0130 | Pod walk | 139 | RB/C | DF |
| | 0140 | West, R    Rec | 139 | KG | DF |
| | 0200 | Pod walk | 139 | RB/KG | OF |
| | 0220 | Pod walk | 139 | RB/KC | OF |
| | 0230 | Perimeter | 139 | DF | |
| | 0235 | Lobby Scanner | 139 | DF | |
| | 0240 | Pod Dox - 1M door up - up [clean lobby] | 139 | RB | |
| | 0258 | 1M Janitor clean lobby | 139 | DF | |
| | 0300 | Ground Pool Bult     1b | 139 | | |
| | 0310 | Perimeter     Count clear (3) | 139 | DF | |
| | 0315 | Stano Scanner 1M Janitor | 139 | DF | |

PARK 0983
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 0305 | 0325 | Pod Walk — 17 RPS — 12 | 139 | DF | |
| | 0331 | Pod Walk — 13 Tм Bennoua - food to Say | 130 | | |
| | 0405 | Bennett Spogus | | | |
| | 0405 | Bennett - Count Out Chow ⑮ | 139 | DF | |
| | 0417 | Bennett Chow | 139 | RB | DF |
| | 0510 | Bennett Walk | | | DF |
| | 0175 | Food Walk ⑯ | 139 | DF/RB/RB | RB/RB |
| | 0430 | Trash / Perimeter ⑰ | 139 | RB | |
| | 0445 | Pod Walk ⑱ | 139 | RB | DF |
| | 0450 | I/м Caldwell of Stover 076 | 137 | RB | YM |
| | 0500 | Pod Walk ⑲ | 137 | DF | RG |
| | 0510 | Pod Walk | 132 | RB | DF |
| | 0530 | Perimeter ⑳ | 137 | RB | DF |
| | 0540 | Pod Walk ㉑ | 137 | RB | DF |
| | 0600 | Count / Pod Walk ㉑ | 137 | RB | DF |
| | 0620 | Pod Walk ㉒ | 137 | AB | DF |
| | 0640 | Pod Walk ㉓ | 137 | DF | RB |
| | 0653 | Meals Started Pod Visit ㉔ | 137 | | |
| | 0710 | Count Meds Done 25 | 137 | DF | |
| | 0725 | Count Clear | 137 | DF | |
| | 0733 | Perm called Sick / MAY COME IN LATE | 137 | | |

PARK 0984
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 0305 | 0724 | 1/A House on clean (out S.O.- | 137 | DE | |
| | 0735 | Rec Yard | 137 | | |
| | 0744 | Inmate Hazenkao5 Herbert (N5 D.Pd) to Seg Nurse | | | |
| | 0745 | Razors | 137 | DF | |
| | 0750 | Rec Walk | 137 | CB | |
| | 0730 | Sim Deatwidoe called in sick and also had to get his wife who is short in diet | 137 | JW | |
| | 0815 | Phone | 137 | DS | |
| | 0822 | 1/A Ankrum - prepare for court | 137 | ST | |
| | 0848 | 1/A Ankrum GTC | 137 | | |
| | 0850 | Count Clear @ 137 | 136 | Salter | |
| | 0900 | Dietary Kitchen - Lis Sapp for Inc Blanca | 136 | ST | |
| | 0915 | Tiere Pick up | 136 | | |
| | 0916 | | 136 | Marshall | |
| | 0918 | Phone Clouds Passed out | 136 | Marshall | |
| | 0984 | Goodwin to do relays | 136 | Marshall | |
| | 1020 | Sapp into Kitchen | 136 | Goodwin | |
| | 1030 | Goodwin back from relays | 136 | | |
| | 1030 | Mop buckets into Pod | 136 | Marshall | |
| | 1032 | Razors Outlet into Razors X 4 | 136 | Marshall | |

PARK 0985
REYES

## MASTER CONTROL LOG

COUNT 130

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 2/3 | 1034 | Inm Mayorga - Union Saul - for Medical | 136 | ST | ~ |
|  | 1037 | Inm Mayorga returned to P/U | 136 | ST | ~ |
|  | 043 | Inm Mayorga returned to Pod | 136 | ST | ~ |
|  | 1018 | Inm Wesley to showers Duse | 136 | ST | ~ |
|  | 1054 | Ims out w/ 1 Male | 135 | ST | ~ |
|  | 101 | Doc in Facility | 135 |  | ~ |
|  | 1023 | MrBuckets out of Pods | 135 | ST | ~ |
| 3-5 | 1123 | Walter OTC x3 | 132 | walter | ~ |
| 3-5 | 1124 | 3 new Doc - "ward" | 145 | - | ~ |
| 3-5 | 1125 | 1 Doc Gone "ward" | 144 | - | ~ |
| 3-5 | 1205 | 3 Back from court | 142 | walter | ~ |
| 3-5 | 1206 | 1 Back from court | 148 | Salbe | ~ |
| 3-5 | 1220 | Stacy / Face court | 149 | walter | ~ |
| 3-5 | 1220 | Bad gone w/ Lee | 148 | walter | ~ |
| 3-5 | 1246 | Inkrum OTC | 147 | Salbe | ~ |
| 3-5 | 1312 | Doc Daniels / Dubois | 145 | walter | ~ |
| 3-5 | 1315 | Life class | 145 | - | ~ |
| 3-5 | 1350 | Meds started | 145 | - | ~ |
| 3-5 | 1405 | Meds Complete | 145 | - | ~ |
| 3-5 | 1505 | Allen & Ball on Transport to Dover P/U | 145 | - | ~ |
| 3-5 | 1505 | Walker Back from court w/2 | 145 | Walter | ~ |

PARK 0986
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3/5/3 | 1548 | I/M Daniels Rel. R/O Bond | 141 | Bru | (signed) |
| 3-5 | 1602 | 6 Dog into Pod | 146 | | (signed) |
| | 1546 | Cave/Ward/Egg. Meas Q Pod visit | 146 | Bru | |
| | 1730 | Mac.D Sort'd | 146 | J.W | (signed) |
| | 1745 | Cell Bell Called - Start m/use (31804) | 146 | E.B | |
| | " | Two femme 806 on 3 secures | " | " | (signed) |
| | 1755 | Sundy fum to Vermont | 146 | J.W | |
| | 1755 | Mop Brushes 809 May Pick up | 146 | Bru | (signed) |
| | 1800 | D)Pod to Rec | 146 | J.W | |
| | 1815 | Mac.D Passed 809 - Pod change | 146 | Bru | (signed) |
| | 1902 | ADK www arrived in Facility | 147 | BS | |
| | * | 9080 Placed upo Suicide Watch/water Res | 100 | | |
| | 1904 | Officers in booking to 985 & new Bunker | 147 | | |
| | 1915 | SEG Cell I Cleaning (2) INS Relocated | 147 | | |
| | | to Holding | | | |
| | 1958 | Col Bellportion & Deputy Allen held with 2 females | 150 | B3 | (signed) |
| | | (contact) 1 contact male | | | |
| 4-2 | 2000 | Keys 804y Returned by Deputy Fuller | 150 | B2 | Bru |
| | 1930 | A/Rod & Trustee to Rec | 150 | D | (signed) |
| | 2026 | Perimeter check | 150 | RB | |
| | 2037 | Recieve w/ (4) INS (2) males (1) female | 151 | RP | (signed) |

PARK 0987
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 03/5/03 | 2105 | Ankrow to Visitation | 157 | EA | |
| | 2130 | Stover Called w/co w/r | 167 | To w/r | |
| | 2213 | Ankrow Visit over | 159 | | |
| 03/06 | 0000 | Count - Halfwalk ① | | | |
| | 0020 | Pod Doors - Blind - Clear ② | 159 | w/r/PB | |
| | 0031 | Pod Walk - Problems in A-Block ③ | | | |
| | 0045 | Blinds can on yealing - Night Janitors out | 159 | PB | |
| | 0101 | Pod Walk | 159 | PB | |
| | 0114 | Jim Matthew out for Meds Cart | 159 | Blue | |
| | 0116 | Arimistea | 159 | w/r | |
| | 0120 | Pod Walk / Night Janitors in Pod - | 159 | KG | |
| | 0129 | Fight in A-Block - Brager/Shannon to seg | 159 | w/r | |
| | 0132 | Meaney - | | | |
| | 0142 | In Pod - Meds Shanna - Lockup | | | |
| | | | | | |
| | 0158 | Capt. Clint - Enroute On Post to Pit | 159 | w/r | |
| | 0211 | TM Bearon to Visitation Probably Pullin | 159 | | |
| | 0213 | Count In Yealing Pod Walk | 159 | | |
| | | | 159 | | |

PARK 0988
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 03/06 | 0215 | Captain - A-Block - Sgt. Flint in | 159 | wt | [signature] |
|  | 0220 | Sgt. Ramirez - from holding back to B-Block Pod Walt | | | |
|  | 0218 | Sgt. taylor to stand down - per Captain | | | |
|  | 0226 | IM Boog 2 Comm - also on radio Pod Walk | 159 | C-F | [signature] |
|  | 0227 | Question Dwyer | 159 | Carlson | [signature] |
|  | 0246 | IMAS - LT | 159- | Captain | [signature] |
|  | 0247 | Pod Visits / Captain Sgt. Flint | 159 | LT | [signature] |
|  | 0247 | Private the nurse / EP Booth | 164 | | |
|  | 0250 | Pod Walk Unknown answering | 159 | RB | [signature] |
|  | 0250 | Sgt. Thompson to stand down | | | |
|  | | IM to pod - no returns to day | | | |
|  | 0253 | A-B-Block | 159 | wt | [signature] |
|  | 0255 | Count | 159 | RB | [signature] |
|  | 0256 | Question IM Cont - back to cell | 159 | wt | [signature] |
|  | 0259 | Captain this is assigned - mute rooms | 159 | Captain | [signature] |
|  | 0301 | Medstand - A-Block - Captain | 159 | wt | [signature] |
|  | 0301 | IM returned - IM Michael | | | |
|  | 034I | Captain | | | |
|  | 032 | Pod | 159 | RB | [signature] |

PARK 0989
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 2-26 | 0327 | Inmate Young in C. Block - TNCD TO STAND DOWN | | DM | |
| | 0330 | Stand Down (2) | 159 | RB | |
| | 0330 | Started takein of IM Woodley/Sgt Flint | 159 | WF | |
| | 0313 | Ice Pack | 159 | RB | |
| | 0344 | IM Boozer - Property Saving | 159 | RB | |
| | 0346 | Deputie Flint and Sgt Flint Keeping IM Woodley in Cell | | | |
| | 0349 | Nurse in Cell | 159 | | |
| | 0350 | Nurse assessing smoking In Wheeler | 159 | | |
| | 0350 | Doc Mack | 159 | RB | |
| | 0356 | Deputie Flint called STAR in window | | | |
| | | Deputie Nurse to go transported to Hos | 159 | | |
| | | Deputie Flint Nurse -w- Contained on approval | 159 | WF | |
| | 0900 | SPA (5) | 159 | Cut | |
| | 0402 | IM SARP - For IM WHEELER | | | |
| | 0401 | IM SARP - to Quin Kay | 159 | GF | |
| | 0405 | Deputie - Flint w SARP - Following (3) leaving IN set | | | |
| | 0408 | IM WHEELER - out of cell/my w/ WHEELER | 159 | | |
| | 0410 | RN nurse (3) | 159 | RB | |

PARK 0990
REYES