# EXHIBIT A-17

## Part 2 of 2

(Master Control Log - 0991 through 1014)

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 02-06 | 04:20 | Pod Walk | 158 | RB | |
| | 04:26 | I/M Gazed off B-Block - In Violation for Housing - Pod CO(?) | 17 | | |
| | 04:30 | I/M OTW | 158 | RB | |
| | | I/M Brown Keeze off B-Block - Back to B | 158 | RB | |
| | 04:30 | Communications - Notified US - I/M Wheeler w/ CAPD to Summit | | | |
| | 04:40 | Pod Walk | 18 | 156 | |
| | 04:49 | Pod Walk | 156 | RB | |
| | 05:00 | 19 | 156 | RB | |
| | 05:16 | Don Fikes calling - claims he lost the combination on the pass - Quote to Don Donathon grant on | | 156 | |
| | 05:31 | Roc - Summit notified I/M W calling Summit who is notified as to who when in was - Nurse Rowson on at Pod - he may need to be flown to see a MD - could have brain bleeding - found to head - per Nurse, first they will open CAT Scan on sheriff | | 156 | |

PARK 0991
REYES

# MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| | 0552 | Chairman Custody ran on Icharolea | 156 | | |
| | 0550 | Begen Count Custody ran to be transport to Icharolea | | | |
| | | Pt. will be placed in Fut Intake was a Local Intake - Body Intake this Pre Floor for Icharolea | | | |
| | 0600 | Post BEIK | 156 | | |
| | 0605 | Movforms to Medical Nurse advise Chairman all Vital Signs are good - Ins Body Count normal Recount | 156 | | |
| | 0608 | Began Recount Arrival Recount | | | |
| | 0610 | Began Count Recount used 150 at Recount on Via Medical approx. 0630 hrs | 156 | | |
| | 06:30 | Post BEIK | 156 | | |
| | 06:34 | Recall to Medical | 156 | PB | |
| | 06:54 | Pike's Partial transport to Denver Medical | 156 | PB | |
| 7/6/07 | 07:20 | Count / Pit Walk | 156 | | |
| | 0745 | RAZOR Per + Alcove Foo 22 | 156 | DE | RB |
| | 8:10 | Antroom To Phone Call | 156 | RB | US |
| | 8:7 | Chow Face Count | 156 | CC | US |
| | 8:30 | Pike's Called weeler Barry Admitted | 156 | ST | US |

PARK 0992
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3-6-03 | 902 | Count Cleared | 156 | ST | WS |
| | 915 | Rehr + Brody to Po. 3, SouTer, From Wsh, Nroa | 153 | ST | WS |
| | 924 | 5 Back to medical | 153 | ST | WS |
| | 924 | Ant run ok I to Phone | 157 | ST | WS |
| | 924 | C Pod out to Rec 8 6 | 158 | CG | WS |
| 3-6-03 | 950 | Food Dolvery in Sally Port | 163 | ST | WS |
| | 1010 | Chosr Pervid D Pod Stu Back to M60 Cu1 | 153 | ns | WS |
| | 1020 | Trash + Mot Brokn 5 out of Pods | 163 | CL | WS |
| | 1026 | C Pod out of REC | 153 | ST | WS |
| | 1040 | D Pod out to Rex n 2 | 156 | ST | CG |
| | 11:08 | 2 to Booking Per Count | 153 | St | WS |
| | 11:10 | 173 OTC w/ Auberman, Salazar, Frishholz | 153 | hns | CG |
| | 11:40 | Tibbs is Called 15 Released, Jesbury Jem 163 | 150 | WS | CG |
| | 11:40 | B-Pod out of Rec | 150 | nat | CG |
| | 12:14 | Chow t Pod Count | 150 | SC | CG |
| | 12:37 | F-17 OTCR w 7 | 150 | ST | CG |
| | 12:40 | Chow Complete | 153 | WS | CG |
| | 12:49 | Count CLEAR | 153 | WS | CG |
| | 1:05 | 3 from C Pod out PIthruCun From FnS | 153 | WS | CG |
| | 1400 | MEDS Started | 153 | ST | WS |
| | 14:1 | A Pod out to Rec x 5 | 153 | ST | WS |
| | | | 153 | ST | WS |

PARK 0993
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3/6 | 1420 | MBDS Complaint | 153 | ST | WS |
| 3/6 | 1440 | Ankum out phone call | 153 | CJ | WS |
| | 1455 | Threshold opened Dry Storage | 153 | ST | WS |
| | 1502 | Parmenter Creek Zone 4 | 153 | ST | WS |
| | 1526 | Disturbance in D pod on MUDS 152 / DM | 153 | SB | WS |
| | 1535 | P pod in returns to pod | 153 | | WS |
| | 1546 | Count | 153 | SC/DM | WS |
| | 1555 | HANSEN – SOUTER – ELMISDALE in Elem 12 K | 156 | JT | Eva |
| | 1559 | Count in Alpha | 156 | JT | Eva |
| | 1610 | Creek Collect ?? | 156 | JT | Eva |
| | 1620 | Head/Face / MUDS Served Red Visit | 156 | JL | ?? |
| | 145 | Controls Jn to Prisoners CO for Court | 156 | JT | ?? |
| | 1645 | E. Wilson Enroute to E Leg to MUDS 155 | 156 | JB | ?? |
| | 1700 | Count Clear | 155 | ER | ?? |
| | 1720 | Main passed and sorted; Pod 416 WS | 155 | | ?? |
| | 1825 | Matheny out for phone call | 155 | JB | ?? |
| | 1830 | St Flint to talk with Ankum | 155 | | JT |
| | 1840 | A.A. Meeting | 155 | GF | JT |
| | 1848 | Ankum Shuffen → phone call | 151 | JB | JT |
| | 1900 | Commissary distrubuted | 158 | JT | Belle |
| | 1918 | Both down to bring to pre book | 166 | JB | ?? |

PARK 0994
REYES

## MASTER CONTROL LOG

155

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|-----------|
| 3/6/03 | 2050 | Mids Passed Rod Visits | 150 | DK | JV |
| | 2055 | Fam OUS to Rec | 166 | JB | (scribble) |
| | 2100 | All clear in w/ (co) TNB | 161 | JB | (scribble) |
| | 2107 | Coldwell & Stover in from W/12 | 163 | SW | (scribble) |
| | 2117 | Rod Walks | 163 | JT | (scribble) |
| | 2201 | See Odda preload Bootcampers | 163 | JB | (scribble) |
| | 2240 | Pod Walks | 163 | JB | (scribble) |
| | 2300 | Count 1 Head Pod Walks | 163 | GT | (scribble) |
| NS | 2000 | Count 1 Head Pod Walk | 163 | JT | (scribble) |
| | 2325 | Bootcamp Bags complete Res Dd | 163 | JB | (scribble) |
| | | Lockdown Procedures | 163 | JT | W |
| | 0015 | Cleaning Crew out for work | 163 | RG | JT |
| | 0020 | Pod Walk ① | 163 | RG | JT |
| | 0025 | Perimeter Check ② | 163 | DE | JT |
| | 0045 | Perimeter Code 4 ③ | 163 | DE | JT |
| | 0045 | Razors being prepared / Pod Walk ④ | 163 | DE/RG | |
| | 0056 | Razors requested Jhupanwin X3 | 163 | RG | JT |
| | 0105 | Pod Walks ⑤ | 163 | DF | ✓ |
| | 0120 | Pod Walks ① | 163 | DF | (scribble) |
| | 0130 | Perimeter ② | 163 | JT | (scribble) |
| | 0137 | Perimeter 10-4 | 163 | JT | (scribble) |

PARK 0995
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3/9 | 0140 | Pod Walk. | 163 | RG | DF |
| | 0200 | Pod Walk. | 163 | RG | DF |
| | 0203 | Mathony       Rec. | 163 | RG | DF |
| | 0205 | West 1 - Asleep   Not out for Rec | 163 | RG | DF |
| | 0220 | Pod Walk. | 163 | RG | DF |
| | 0225 | Cleaning Crew back in Pod | 163 | DF/RG | JT |
| | 0245 | Cal walks | 163 | DF | JT |
| | 0255 | Perimeter Check | 163 | DF | JT |
| | 0302 | Perimeter Cool 4 | 163 | DF | JT |
| | 0303 | Pod Walk /Count | 163 | JT | RG |
| | 0320 | Pod Walk. | 163 | DF | JT |
| | 0340 | Pod Walk | 163 | DF | JT |
| | 0400 | Pod Walks | 163 | DF | JT |
| | 0420 | Pod Walks / West out Pod Rec | 163 | DF | RG |
| | 0440 | Pod Walk / Phone calls | 163 | DF | RG |
| | 0452 | Cal walk and Steven OTW /Cell at | 161 | DF/RG | Walk |
| | 0500 | Pod Walk | 161 | DF | Walk |
| | 0520 | Pod Walk | 161 | DF | Walk |
| | 0540 | Pod Walk | 161 | DF/RG | Walk |
| | 0555 | Perimeter Check | 161 | DF | Walk |
| | 0600 | Start Higbie CS / Pod Walk | 161 | RG | Walk |

PARK 0996
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| | 0620 | POD WALK | 141 | DF | WB |
| | 0640 | POD WALK / LAZOR GIVEN + MAKES UP | 14.1 | DF | WB |
| | 0650 | B POD INF TO CLEAR | 141 | DF/WB | B |
| | 0655 | meds STARTED/POD WALK | 141 | DF/WB | B |
| | 0720 | POD WALKS | 161 | DF/WB | B |
| 3-7 | 0745 | COUNT — | 141 | | |
| 3-7 | 0755 | COUNT CLEAR | 161 | | |
| 3-7 | 0800 | DAY SHIFT ON DUTY | 161 | | |
| 3-7 | 0841 | J-6 OUT TO PUEBLO TO PU LeClerc | 161 | Ellis | |
| 3-7 | 0844 | CHOW/EXCE | 161 | Salter | |
| 3-7 | 0851 | VAN CALE OTC | 160 | Geolkin | |
| 3-7 | 0854 | DOC IN G 2 | 162 | — | |
| 3-7 | 0855 | TOMPSON IN G 4 | 166 | — | |
| 3-7 | 0915 | Francour & Soulter OTM 2 Park Co | 161 | — | |
| 3-7 | 0933 | COUNT REST FROM COUNT | 165 | Geolkin | |
| 3-7 | 0954 | C-BLOCK REC | 165 | Thatcher | |
| 3-7 | 0955 | J-13 OTMAN 2 5 /DOU NOT WE CHAVEZ J. | 160 | Salter | |
| 3-7 | 0952 | DOC IN TO P/U blc | 160 | | |
| 3-7 | 1010 | TRASH OUT | 161 | Mudd | |
| 3-7 | 1025 | C-BLOCK REC CONCLUDED | 162 | Mudd | |

PARK 0997
REYES

# MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT 160 | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3-7 | 1036 | Cpl. Guerrell & Dep Walker on duty @ A221BT | 160 | — | Crawford |
| | 1045 | PCSO in Z I (Edwards, Scott [Mitt]) | 161 | " | Crawford |
| 3-7 | 1056 | Doc in Z I Female (Chavez, Jamaster PV) | 161 | | Crawford |
| 3-7 | 1057 | MBP Buckets picken up | 162 | | Crawford |
| 3-7 | 1125 | Doc out Z 34 B/C | 162 | M? | Crawford |
| | 1258 | Denver Parole m/walker (1) P.V. Perse, Richard | 128 | — | Crawford |
| | 1240 | Dep Sallee Leaving Survey Medical | 129 | SC | ? |
| | 1247 | Doc out of Facility (WDW) -FC | 129 | SC | ? |
| | 1321 | J-13 in Z 5 from Med. Advised Parwu (Chavez, J) | 129 | SC | ? |
| | 1326 | INS here for PU | 134 | Sallee | Crawford |
| | 1345 | Meds | 134 | — | Crawford |
| | 1409 | J-13 10-76 To Boulder for PU 10 | 134 | Simmons | Crawford |
| | 1428 | He in Z La Clerk | 134 | Sallee | Crawford |
| | 1501 | Lunch out | 135 | E? | Crawford |
| 3.7 | 1520 | INS moving to Bldg for transfer | 135 | ? | Crawford |
| | 1526 | E-Pod to Pod Z7 | 135 | Godwin | Crawford |
| 3.7 | 1545 | INS out Z 50 males 1 female | 84 | | Crawford |
| | 1551 | Count (clear) (turnover) | 84 | ? | Crawford |
| | 1625 | 2 Ins females moved from Holding to E-Pod | 84 | EA | JT |
| | 1647 | J-13 returning from Boulder w/ 10 | 84 | CS | Q? |
| | 1700 | CSP in cu Fritz, Melody | 8? | | Q? |

PARK 0998
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3-7-0? | 1733 | ( How Sewer | 85 | JT | Eva |
| | 1755 | Myeren up on unit | 86 | KG | Eva |
| | 1800 | Sewter and Fransua in From Works | 88 | JT | Eva |
| | 1832 | Face count clear | 88 | ST | Eva |
| | 1845 | Church | 88 | EA | JT |
| | 1846 | Ankum out for phone call | 98 | MG | JT |
| | 1850 | Sullen back with 10 contract mades | 98 | Bell | JT |
| | 1900 | Mathery moved to C-pool | 98 | EA | JT |
| | 1909 | Delum Kum 5103 | 98 | 9yS | Eva |
| | 1927 | Contdenic Cleaning Seg II | 98 | EA | JT |
| | 2000 | Count | 98 | JT | Bell |
| | 2005 | Church over | 98 | JT | Bell |
| | 2100 | 10 males from Hablig to A-Pod | 98 | JT | Bell |
| | 2105 | Caldwell in form WR with Stover | | EA | JT |
| | 2130 | Meds dispensed   POD Visit | 100 | JT | JT |
| | 2135 | Meal distributed – POD Visit | 100 | Ett | Bell |
| | 2215 | Hygeine distributed | 100 | JT | Bell |
| | 2225 | Mathery given property | 100 | | |
| | 2225 | Women in E given phone calls | 100 | JT | Bell |
| | 2330 | Conejos in w Remeyro, Mott | 100 | WESt | Bell |
| | | | 101 | | Good |
| | 2345 | Count | 101 | OF | JT |

PARK 0999
REYES

# MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3/8/8 | 0005 | COUNT Clear | 101 | DF | REYES |
|  | 0020 | Perimeter/Front Door Locked ① | 101 | wf | ② |
|  | 0030 | Pod Walk | 101 | DF | ② |
|  | 0025 | Inmate Smith out for Interviews | 101 | wf | ② |
|  | 0040 | Pod Walk | 101 | DF | ② ③ |
|  | 0045 | Work Crew out | 101 | DF | ② |
|  | 0058 | Deputy Erkeys In B-6 to photo Brazer's Injuries | 101 | wf | ② |
|  | 040 | Pod Walks | 101 | DF | ② ④ |
|  | 0103 | Brazer + Erkeys In week-Room video taping Injuries | 101 | wf | ② |
|  | 0107 | Brazer placed back Into B-6 | 101 | wf | ② |
|  | 0130 | Pod Walks | 101 | wf | ② ⑤ |
|  | 0132 | Ankrum out for phone Call | 101 | wf/DF | ② |
|  | 0140 | Pod Walk | 101 | wf | ② ⑥ |
|  | 0200 | Ankrum Back In Seg. | 101 | wf/DF | ② |
|  | 0200 | Pod Walk | 101 | wf | ② ⑦ |
|  | 0220 | Pod Walk | 101 | wf/DF | ② ⑧ |
|  | 0225 | Perimeter | 101 | DF | ② |
|  | 0245 | Pod Walk/Count ⑨ | 101 | wf | ② ⑨ |
|  | 0250 | West out for his Hand ovr | 101 | DF/RG | UTA |
|  | 0300 | Head ct. completed at 101 In House | 101 | RG | UTA |
|  |  |  | 101 | DF/RG | WA |

PARK 1000
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3/8 | 0305 | IBUPROPHEN Given to Follester/Cole Pod | 101 | DF | WMA |
|  | 0305 | Given to Hays |  | / | / |
|  | 0308 | Perimeter ck. |  |  |  |
|  | 0315 | Dorm ct-mart | 101 | DF | MM |
|  | 0320 | Pod Walk | 101 | RG | WMA |
|  | 0329 | CARLANZA - REYES, MOISES Released | 101 | / | / |
|  |  | TO F(K)IS That He Is NOT Feeling well and | 101 | DF | WMA |
|  |  | IS Having Trouble Breathing - WAS Put |  |  |  |
|  |  | ON OXYGEN AND CALLED THE NURSE |  |  |  |
|  | 0340 | Pod Walk | / | / | / |
|  | 0400 | Pod Walk | 101 | RG | WMA |
|  | 0409 | Brazer out for a Shower In Seg. | 101 | DF | WMA |
|  | 0420 | Pod Walk | 101 | DF | WMA |
|  | 0432 | Brazer Back In B-6 | 101 | DF | WMA |
|  | 0435 | Caldwell out for W/C /CI. Aleared to /100 | 101 | DF | WMA |
|  | 0440 | Pod Walk | 100 | DF | WMA |
|  | 0457 | Perimeter ck. | 100 | DF | WMA |
|  | 0500 | Pod Walk | 100 | DF | WMA |
|  | 0520 | Pod Walk | 100 | DR | WMA |
|  | 0389 | DEPUTY FYRE Took Vitals Respiration 34 | 100 | DF | WMA |
| B/6 |  | Pulse 163 AND B/P 143/78 AND Gave | / | / | / |

CARLANZA - REYES 800mg of IBUPROPHEN AND
REPRO-BOSMAL AND WAS TOLD TO DRINK WATER PER
THE NURSE

PARK 1001
REYES

## MASTER CONTROL LOG

PARK 1002
REYES

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3/8 | 0540 | Pod Walk | | | |
| 3/9 | 0600 | Start Head ct / Pod Walk | ⑬ 100 | DF | WF |
| | 0610 | Head ct. completed at 1000 by House | ⑲ 100 | DF/PG | WF |
| | 0620 | Pod Walk | 100 | DF/PG | WF |
| | 0640 | Pod Walk | ⑯ 100 | RL | WF |
| | 0641 | Perimeter check. | 100 | RL | DF |
| | 0700 | Pod Walk / MEOS | ⑳ 100 | WF | DF |
| | 0730 | Start Head ct / Pod Walk / Sleep Charlie | ㉑ 100 | RL | DF |
| | 0802 | Head ct. completed at 100 / on House | 100 | S.T. | WF |
| 3-8 | 0802 | Nurse in facility | 100 | S.T. | WF |
| 3-8 | 0810 | Sgt. Im in Q-Pod (Carranza-Reyes noises) | 100 | collard | WF |
| 3-8 | 0820 | Called Bart Gore | 100 | collard | |
| 3-9 | 0827 | Called Bev @ 105 - 74 hrs & nurse | 100 | | |
| 3-9 | 0830 | Braun PU - All accounted for. | 100 | | |
| | 0835 | Sgt Muldoon called - Braun/Stroud fcr Med | 100 | | |
| | 0850 | Leo Theobald En route for junior fcr Med | 100 | | |
| | 0853 | Im Carranza - Reyes → Block on Avid | 100 | | |
| 3-8 | 0903 | Chow / Face ct | 100 | Muldoon | |
| 3-8 | 0908 | Im Francois & Sauter O.T.W. & Park Co. | 98 | — | |
| 3-8 | 0920 | Im Carranza-Reyes given chair transfer to see document | 95 | Whitlow | |
| 3-8 | 1000 | Visiting commencing | 96 | — | |

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|-----------|
| 3/8 | 1010 | C-BLOCK TO REC x5 | 98 | Keeler | Crawford |
| 3/8 | 1055 | PERIMETER √ | 98 | ST | Crawford |
| 3-8 | 1107 | Nurse called said To Take Carranza To hosp | 98 | – | ST |
| 3-8 | 1113 | ADV. CAPT. & SGT. MULDOON – SGT-M TO DO TRANSPORT | 98 | – | Crawford |
| 3-8 | 1126 | C-BLOCK REC COMPLETED | 98 | – | Crawford |
| 3-8 | 1130 | D-BLOCK TO REC x2 | 95 | ST | Crawford |
| 3-8 | 1139 | Sgt. Muldoon @ FACILITY FOR TRANSPORT | 95 | ST | Crawford |
| 3-8 | 1143 | Left armory & Ben @ INS | 98 | – | Crawford |
| 3-8 | 1146 | ADV SIMC OF INCOMING | 98 | – | Crawford |
| 3-8 | 1155 | J-3 10-76 TO INS (CARRANZA-REYES, MOISES) TO SIMC  -CAPT. ADV. | 97 | Muldoon | Crawford |
| 3-8 | 1206 | Called @ INS ADV. GIVEN Sgt. cell ## FOR CTL | 97 | – | Crawford |
| 3-8 | 1217 | D-BLOCK REC CONCLUDED | 97 | ST | Crawford |
| 3-8 | 1226 | CMNO/RACE CT | 97 | JW | Crawford |
| 3-8 | 1242 | J-3 ARRIVAL @ SIMC – INS CTC DAN 986119 | 97 | ST | Crawford |
| 3-8 | 1252 | Count clear | 97 | – | Crawford |
| 3-8 | 1314 | TRASH OUT | 97 | 97 | Crawford |
| 3-8 | 1325 | B-BLOCK REC CALL x11 | 97 | 87 | Crawford |
| 3-8 | 1418 | Paged J-3 for UPDATE | 97 | 87 | Crawford |
| 3-8 | 1423 | Maps – | 97 | – | Crawford |
| 3-8 | 1424 | SGt. Muldoon to Dept. Gen. | 97 | Keeler |  |
| 3-8 | 1425 | Call Gore & Advised | 97 |  |  |

PARK 1003
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3-8 | 1442 | Meds Complete | 97 | Wilder | Berzberg |
|     | 1504 | Adv. Ins of Den |    |         |            |
| 3-8 | 1522 | Snyder & Granous ch from work | 97 | Michael | Berzberg |
| 3-8 | 1542 | Mr. Jack in for Bond on Fobs melody | 99 | Walker | Berzberg |
| 3-8 | 1549 | Trash | 99 | Michael | Berzberg |
|     | 1550 | Count | 99 | MG | Bell |
|     | 1605 | Count is Clear | 97 | JT | Bell - |
|     | 1630 | Released Entr, + Dubois | 97 | DW | Bell |
|     | 1715 | Chew + Face Count | 97 | mc.ist | Bell |
|     | 1715 | Romero bloodd Count | 97 | DW | Bell |
|     | 1745 | Count is Clear stuck | 97 | JT | Bell |
|     | 1815 | Pod Walk | 97 | JT | JT |
|     | 1930 | Ann Trujillo given snack | 97 | Bell | JT |
|     | 1935 | Pod Walk | 97 | DW | JT |
|     | 1940 | Perimeter Check | 97 | MG | JT |
|     | 1950 | Perimeter Code H | 97 | MG | JT |
|     | 1955 | Trash Out | 97 | DW | Bell |
|     | 2000 | Count | 97 | JT | Bell |
|     | 2005 | Count is Clear | 97 | DW/JL | Bell |
|     | 2010 | A-Pod to Res | 97 | DW/JL | Bell - |
|     | 2105 | Coldwell in from W/K | 98 | Bell | JT |

PARK 1004
REYES

# MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3-8 | 2110 | Meds Started – Pod Visits | 98 | MG/DN | JT |
| | 2115 | A-Pod Rec Complete | 98 | Bell | JT |
| | 2126 | E-Pod to Rec | 98 | Bell | JT |
| | 2140 | Meds Complete | 98 | MG | JT |
| | 2200 | E-Pod Rec Complete | 98 | Bell | JT |
| | 2210 | Pod Walk | 95 | JT | |
| | 2310 | Pod Walk | 95 | JT | |
| | 2350 | Count – Pod walk ① | 98 | DW | |
| 3/9 | 0002 | Count Clear | 98 | DF | JT |
| | 0010 | Preparation – ① Lock Lobby Door | 98 | DF | JT |
| | 0020 | Pod Walk ② | 98 | WF | RB |
| | 0040 | Pod Walk ③ | 98 | RG/DF | RB |
| | 0042 | Night Janitas out to work | 98 | RB | RB |
| | 0050 | Jm Romero is in C-6 – for Pod Chores | 98 | DF | RB |
| | 0100 | Pod Walk | 98 | | RB |
| | 0119 | Pod Walk ④ | 98 | DF | RB |
| | 0141 | Pod Walk ⑤ | 98 | WF/DF | RB |
| | 0200 | Pod Walk ⑥ | 98 | RG/DF | RB |
| | 0220 | Pod Walk ⑦ | 98 | WF/DF | RB |
| | 1222 | Jm Romero 2 ⑧ | 98 | DF | RB |
| | 0230 | Tylenal tol Gale meds to 4 Ins Inmates | 98 | RB | RG |
| | | | 98 | Wf | Rey |

PARK 1005
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| | 0240 | Pod Walk | 9 | RB | RG |
| | 0250 | Restraster (3) | 98 | wf | RG |
| | 0300 | Count/Pod Walk | 98 | RB/DF/RG | wf |
| | 0315 | Count completed at 981 1st House | 10 98 | CF/DF | wf |
| | 0320 | Pod Walk | 98 | CF/DF | wc |
| | 0340 | Pod Walk | 11 98 | RG/DF | wc |
| | 0400 | Pod Walk | 12 98 | CF/DF | WE |
| | 0420 | Pod Walk / Preliminary ck | 13 98 | CG/DF | WF |
| | 0438 | Stolen out on W/C in House cf (conductor) TO/97 | 14 98 | CF/DF | WF |
| | 0446 | Pod Walk | 15 97 | RG | WF |
| | 0500 | Pod Walk | 16 97 | DF | WF |
| | 0520 | Pod Walk ④ | 17 97 | DF | wf |
| | 0530 | Remington ck ⑤ | 1 97 | RB | wf |
| | 0526 | Pod Walk | 18 97 | RG | wf |
| | 0545 | PC Load Control Room | 97 | RG/DF | WF |
| | 0600 | Count / Pod Walk | 19 97 | DF | wf |
| | 0620 | Pod Walk | 20 97 | RG | WF |
| | 0640 | Pod Walk 19 | 21 97 | DF | wc |
| | 0654 | Remington ck ⑥ Chessed Fungs | 97 | DF | wf |
| | 0700 | Pod Walk / Start meds | 22 97 | RB | WF |
| | | Romero Blood Sugar IS 170 | 97 | DF | wf |

PARK 1006
REYES

# MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3/9 | 0740 | TAKEN UP (KAZAS) | 97 | R15 | WE |
|  | 0746 | STAFF BRIEFCT POWMAYC/SHIFT CHANGE | 97 | 5F/SW | WE |
|  | 0755 | HEAD CT COMPLETED AT 97 TALFORA | 97 | 5F/Tu | WE |
| 3/9 | 0800 | DAY SHIFT ON DUTY | 97 |  |  |
| 3/9 | 0817 | CONN/FACE CT | 97 |  |  |
| 3/9 | 0824 | NURSE VICKY CALLED IN - ORDERING-REYES CATONY @ DRY MONTH | 97 | Flosberl |  |
| 3/9 | 0825 | ADVISED NURSE TO COLL CAPT GORE WITH UPDATES | 97 | - |  |
| 3/9 | 0828 | ORDERED STAFF TO SANITIZE ALL PODS-SUPER CLEAN E 1/2 BLOCK | 97 | - |  |
| - | - | SOLUTION AS ROUTINE CLEANING. / NURSE CONTINUES | - | - |  |
| 3/9 | 0928 | ADVISED SGT. MULDOON OF ALL EVENTS | 97 | - |  |
| 3/9 | 0905 | C-BLOCK TO REC. X 5 | 97 | - |  |
| 3/9 | 0916 | SORTER / MANSON | 97 | Walter |  |
| 3/9 | 0919 | PERIMETER CHECK SORTER CTW E REL | 95 | Mulder |  |
| 3/9 | 0925 | CAPT. GORE ADVISED OF LAST NIGHT PATIENT UPDATE - | 95 | Mulder |  |
| " | " | GIVEN NURSE'S # | 95 |  |  |
| 3/9 | 0950 | COMPLETE LINEN EXCHANGE & UNIFORM / UNDERWEAR EXC | 95 | - |  |
| " | - | DONE IN D-BLOCK | - |  |  |
| 3-9 | 1000 | VISITATION STARTED | 95 | - |  |
| 3/9 | 1045 | SUMMIT CO. BRING IN 7 GONE CO HOLD FOR WS. EST MULDOON | 95 | - |  |
| - | - | ADVISED | - |  |  |
| 3-9 | 1116 | SORTER BL BLOWER BACK | 95 / 97 | - |  |

PARK 1007
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 2/9/03 | 1145 | D-BLOCKD REC x 6 | | | |
| 3/9 | 1146 | Washout | | | |
| 3/9 | 1202 | DAN FROM INS CALLED WANTING WMATE - RESPONDED TO D.G. ICU | | Thelfield | |
| 3/9 | 1207 | ALLOWED BROTHER TD CALL MOTHER IN DENVER | 97 | | |
| 3/9 | 1225 | CALLED D.G. ICU - NO CHANGE - NO DIAGNOSIS AS YET | 97 | | |
| 3/9 | 1234 | NO BACK NOTHING ▪▪▪ / NURSE/OPT. UPDATED | 97 | | |
| 3/9 | 1309 | KATE FROM INS CALLED - SHE WILL NOTIFY PUBLIC DEFENDER BILLIE | 97 | | |
| 3/9 | 1312 | Count Clear | 97 | Marshall | |
| 3.9 | 1338 | Marshal 1" in w/ 1 | 99 | | |
| 3.9 | 1343 | Tammy cate out | 97 | walker | |
| 3.9 | 1418 | Summit Co-in w/ 4 contract males | 105 | | |
| 3.9 | 1429 | marshal 1 Gone | 105 | | |
| 3.9 | 1429 | Summit car Gone | 105 | | |
| 3.9 | 1437 | West out For Phone call | 105 | | |
| 3.9 | 1450 | West back in LD | 105 | | |
| 3.9 | 1459 | Buckets out | 105 | SC | |
| 3-9 | 1505 | MEDS STARTED | 105 | ST | |
| | 1550 | COUNT | 105 | ST | |
| | 1555 | Count is Clear | 105 | | |
| | 1600 | Powers blood stick | 105 | | |

PARK 1008
REYES

# MASTER CONTROL LOG

COUNT: 105

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3/9/6? | 1200 | CHOW + FACE COUNT | 105 | JT | Reel. |
| | 1861 | Nurse Cleared / Released | | DW | *(signature)* |
| | 1816 | Pod Visits Trans Collected/Removed | | JT | *(signature)* |
| | 1840 | Church + Females | 10 4 | JT | JT |
| | 1845 | Haircuts | 104 | Bell/DW | JT |
| | 1920 | POD WALK | 104 | Bell | II |
| | 2002 | Church Over | 104 | DW | Reel. |
| | 2005 | Count | 104 | DW | JT |
| | 2085 | Count Clear | 104 | Bell/DW | JT |
| | 2105 | A-Pod to Rec | 104 | Bell/DW | JT |
| | 2125 | INS arrived a/ Recid Ls | 104 | DW | *(signature)* |
| | 2130 | Tues - as to booking - to dept R C Ls | 104 | INS | *(signature)* |
| | 2146 | Stower In Nature WDR | 104 | JT | *(signature)* |
| | 2150 | CARRANZA, REYES, ABeratum/Gomez/Villalbos | 105 | JB | *(signature)* |
| | " | Beischke - Laywus Facility Permanently | " | JB | *(signature)* |
| | 8151 | Per DHS-CARRANZA-Reyes, bes Dr | 103 | JB | *(signature)* |
| | " | Hospital dropped from Pars as well | " | JB | *(signature)* |
| | 2156 | Meds Stacked all Pods/Pod Visits | 103 | JB | *(signature)* |
| | 8158 | Captain Gore notified Re: AnnA | " | DW | *(signature)* |
| | " | Inmate Throwing the Diabetic - possible | " | | |
| | " | dry/dry due - Nurse recommending transporting | " | | |

PARK 1009
REYES

# MASTER CONTROL LOG

163

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3/9/03 | 2236 | To SMC w/ A. Trujillo Street Miles: 106785 | 102 | JB | (signature) |
| | 2300 | Mech down (Sink) Pod walk / head Ct | 102 | 5T SW | JT |
| | 2337 | Poll walk | 102 | GF | JT |
| | 2350 | Coont | 102 | DF | JT |
| 3/10 | 0010 | Count / Clean ① | 102 | DF | RB |
| | 0015 | Night Janitors out to work 2 | 102 | DF | RB |
| | 0020 | Pod walk | 102 | DF | RB |
| | 0041 | Pod walk ③ | 102 | DF | RB |
| | 0100 | Pod walk ④ | 102 | DF | RB |
| | 0107 | Perimeter ① | 102 | DF | RB |
| | 0120 | Pod walk / Lock Front Door | 102 | WF | RB |
| | 0140 | Pod walk ⑤ | 102 | WF | RB |
| | 0150 | Perimeter ⑥ | 102 | DF | RB |
| | 0206 | Pod walk ⑦ | 102 | RB | RB |
| | 0210 | Part new razors ⑧ | 102 | WF | WF |
| | 0220 | Pod walk ⑨ | 102 | RB | DF |
| | 0240 | Pod walk ⑩ | 102 | WF | WF |
| | 0248 | 5-6 Bell Back From Summit Add Center Alliance 106848 | 102 | WF | DF |
| | | Anna Trujillo / in house count raised to 103 | 103 | | |
| | 0300 | Count / Pod walk / To left at 3110 | 103 | WF/RB | DF |
| | 0314 | West - (T-Mne out / Declined | 103 | WF | DF |

PARK 1010
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3/10 | 0320 | POD WALK ⑩ | | WF | DE |
| | 0324 | BEAZER - OFFERED SEG/SHOWER DECLINED BOTH REC IN REC AREA | 103 | WF | DE |
| | 0340 | POD WALK ⑫ | 103 | WF | DE |
| | 0344 | PERIMETER CHECK | 103 | WF DE | DE |
| | 0405 | POD WALK / ASKED S. SUE IF HE WANTED RID AND DECLINED ⑪ | 103 | WF | DE |
| | 0420 | POD WALK ⑬ | 103 | DE | WF |
| | 0420 | WEST OUT FOR A SHOWER | 103 | DE | WF |
| | 0440 | POD WALK ⑭ | 103 | DE | WF |
| | 0445 | CALDWELL AND STOVER OUT ON W/R / REMOVE WEST COUNTS TO 101 / EW HOUSE | WEST | CB | WF |
| | 0450 | PERIMETER CK ⑮ | | CB | WF |
| | 0500 | POD WALK | 101 | CB | WF |
| | 0520 | POD WALK ⑯ | 101 | DF | WF |
| | 0540 | POD WALK / WAKE KITCHEN CREW / CT ⑰ | 101 | PB/DE | WF |
| | 0600 | POD WALK | 101 | PB/DF | WF |
| | 0620 | POD WALK ③ | 101 | DF | WF |
| | 0640 | POD WALK ⑲ | 101 | DF | WF |
| | 0701 | STAFF MED / POD WALK ⑳ | 101 | DF | WF |
| | 0710 | STAFF HEAD CT / POD WALK ② | 101 | DF | WF |
| | 0710 | PERIMETER CK ② / POD WALK / SHIFT CHANGE | 101 | DE | WF |

PARK 1011
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|------|------|-------|-------|---------|------------|
| 3-10 | 0740 | Pick up of Razors | 101 | CB | WF |
| 3-10 | 0800 | Day shift on duty | 101 | | Crawford |
| 3-10 | 0801 | U.S. Foods @ Sally Port for Delivery | 101 | | Crawford |
| 3-10 | 0832 | Chow/Face ct | 101 | | Crawford |
| 3-10 | 0854 | Latimer, Marx (Sunmaxe) to Bk06 | 101 | Ellis | Crawford |
| 3-10 | 0857 | Transfer in s/p 2.1 (Pt [Walker, Joseph]) | 101 | Salter | Crawford |
| 3-10 | 0915 | C-Block to Rec x 5 | 102 | Salter | Crawford |
| 3-10 | 0916 | I/M Latimer, Marx otc c 3-13 | 102 | Ellis | Crawford |
| | 0947 | West Grishim/Serr Marsey OTC x J-5 | 101 | Salter | Crawford |
| | 1015 | Shower OTW w/ county | 91 | SC | Crawford |
| | 1137 | Comm Care in/out | 96 | | Crawford |
| | 1346 | 1-5 Bachel w/ 4 otc Grishim west Serr Marsey | 97 | | Crawford |
| | 1254 | 1-5 otc w/ 5 Prisoners (cost Watson/Supmax Nelo/Headmarez) | 101 | | Crawford |
| | 1315 | RC 50 in w/ 1 Harrison/Son Marou/plu | 98 | | Crawford |
| | 1330 | J-32 10-714 Eagle for plu | 97 | | Crawford |
| | 1416 | Med Call | 97 | | Crawford |
| | 1428 | B-Buck Rec Convened /Sauter In Comwork | 97 | Ellis | Crawford |
| | 1432 | 3-13 Bhd c 5 Ko | 97-98 | Ellis | Crawford |
| | 1444 | A-Buck x 14 to Rec | 103 | | Crawford |
| | 1514 | Tracy bonded | 103 | | Crawford |
| | 1725 | Fullsweller PR-Bond | 102 | | CB |
| | | | 100 | | |

PARK 1012
REYES

3244

## MASTER CONTROL LOG

| DATE 3/10 | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| | 1615 | I- Enroute to SMC & 2 INS | 98 | Nlee | |
| | 1700 | Perimeter Check | 99 | GF | JT |
| | 1725 | Mail brings Sorted | 99 | DW | JT |
| | 1740 | Women to Medical for blood sugar test | 99 | | |
| | 1746 | Minds Serrant Need free bus Pod Visits | 99 | DW | JT |
| | 1806 | Paged Cophia Grove Severd trings | 99 | JT | |
| | 1835 | Church Services Started/Mens & Womens | 98 | — | |
| | 1700 | Mail Sorted/Passed / Pod Vksts | 99 | JT | |
| | 1952 | E. Allen Back from SMC w/ (2) | 99 | JT | |
| | 2000 | Head Count Q - Pod Walk | 101 | SA | |
| | 2010 | Pod Visit - Inmates Pulled for | 101 | SA | |
| | '' | Photographs this day couldn't get | 101 | DW | |
| | '' | for the day Good wing Sargeant | '' | '' | |
| | 2010 | Pod Visits / Trash Collected/Trash out | 101 | JT | |
| | 2034 | Pod Visits / Computer Sheets/Meds | 101 | SA | |
| | 2104 | I'm Coplied w/ facility | 101 | JT | |
| | 2106 | I'm Slower w/ Pro w/ P/R | 102 | JT | |
| | 2150 | Admin A Pos - files etc | 103 | JT | |
| | 2151 | Mop Bucket to Sue's Co. | 103 | SA | |
| | 1715 | Pod w/all A thed burden to her | 103 | DW | |
| | 2244 | I'm West 10 cut for phone Call | 103 | GF | |
| | | | 103 | CB | DW |

PARK 1013
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3/10 | 2300 | Count / Lockdown (Pod West | 103 | 2A | (circled) |
|  | 2330 | Count / Bossed shields and backs adjusted | 103 | AW |  |
| 3/11 | 0000 | Count / Pod Walk ① | 103 | DF/RB | GF |
|  | 0015 | Aggravation ok / lock front door #1 | 103 | DF | RB |
|  | 0025 | Pod Walk | 103 | DF | RB |
|  | 0040 | Pod Walk ② | 103 | DF | RB |
|  | 0055 | Night Janitors out to work | 103 | DF | RB |
|  | 0100 | Pod walk | 103 | DF | RB |
|  | 0120 | Pod Walk ③ | 103 | DF/WF | RB |
|  | 0130 | Prep Razars | 103 | RB/WF | RB |
|  | 0140 | Podwalk | 103 | DF | RB |
|  | 0202 | Pod walk ④ | 103 | WF/DF | RB |
|  | 0220 | Pod walk ⑤ | 103 | WF/DF | RB |
|  | 0230 | Aggravation ck #2 ® | 103 | WF/DF | RB |
|  | 0240 | Pod Walk | 103 | RB | DF |
|  | 0300 | Count / Pod Walk | 103 | RB/WF | DF |
|  | 0320 | Pod Walk | 103 | RB/WF | DF |
|  | 0340 | Pod Walk - West out to Rec | 103 | RB/WF | DF |
|  | 0350 | Aggravation Check #3 | 103 | RB/WF | DF |
|  | 0400 | Pod Walk | 103 | RB/DF | DF |
|  | 0420 | Pod Walk (14) | 103 | RB/DF | WF |

PARK 1014
REYES