1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

_____

DEPOSITION OF:  JOHN BELLANTONIO
November 4, 2005

_____

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its
governing board, THE PARK COUNTY BOARD OF COUNTY
COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity
of the State of Colorado; FRED WEGENER, individually and in
his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his capacity as Captain of
Park County Sheriff's Department; VICKIE PAULSEN, individually
and in her official capacity as Registered Nurse for Park
County, Colorado; JAMES BACHMAN, M.D., individually and in his
official capacity as Medical Director of the Park County Jail,

Defendants.

_____

TAKEN PURSUANT TO NOTICE AND AGREEMENT on behalf of the

Plaintiff at 824 Castello, Fairplay, Colorado 80440 at 8:31

a.m. before Theresa A. Coffman, Federal Certified Realtime

Reporter, Registered Professional Reporter and Notary Public

within Colorado.

COFFMAN REPORTING          303.893.0202
* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

EXHIBIT
A-18

1            MR. RINGEL:  Object to the form and the

2       foundation.

3       A.     There's no indication in this log of health

4       problems.

5       Q.     (BY MR. KORDICK)  Okay.  You would not

6       dispute what Officer Thomas said, that these people

7       didn't appear to be sick when he brought them in?

8            MR. RINGEL:  Object to the form and the

9       foundation.

10      A.     I would not dispute it.

11      Q.     (BY MR. KORDICK)  Now, I'd like to ask you

12      some questions about the health procedures -- or, first

13      of all, the admission of inmates at that time.  When a

14      person came in that was an INS detainee, were they placed

15      in any particular area of the Park County Jail?

16           MR. RINGEL:  Object to the foundation and

17      the form.

18      A.     When they were received, they were received

19      into the booking area through the sally port, the garage

20      area, and into the booking area where there were seats

21      and a desk and a processing area.

22           They were later -- after processing, they

23      were later assigned to -- normally at this time we were

24      using D Pod for INS detainees -- for male INS detainees,

25      and I couldn't tell you specifically, but we would, in

18

1   general, use the female pod for female INS detainees.

2          Q.     (BY MR. KORDICK)   That would be the E Pod?

3          A.     E Pod, yes.

4          Q.     When they first came in -- this was, by the

5   way, on the 1st.   The 1st was a Saturday.   I assume at

6   this hour and at this time there was no one physically to

7   examine them or screen them for health problems.   Would

8   that be fair?

9                 MR. RINGEL:   Object to the form and the

10  foundation.

11         A.     There would be no medical person.

12         Q.     (BY MR. KORDICK)   Would they fill out a

13  health-screening form?

14         A.     Yes.

15         Q.     And was that a Spanish form that was

16  available for INS detainees?

17         A.     Yes, it was in Spanish.

18         Q.     Now, there has been a discussion -- I'm

19  going to represent to you that an individual by the name

20  of Candelaria was apparently present when they were

21  admitted to try to help them -- help explain to them the

22  procedures or the practices of the jail.   Do you remember

23  having to use a Mr. Candelaria or using Mr. Candelaria as

24  a translator for INS prisoners?

25                MR. RINGEL:   Object to the form and the