

03CAA00228

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 579-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor

Joe Ortiz
Executive Director

## Renewal Notice Letter

June 1, 2002

Mr. Jerry Solberg, Chair
Park County Board of County Commissioners
Post Office Box 965
1180 Road #16
Fairplay, Colorado 80440

Dear Mr. Solberg:

Pursuant to Section II(6) of contract 02CAA00222 (the Contract) between the State of Colorado Department of Corrections (DOC) and Park County, the DOC hereby notifies you of its intent to renew the Contract for the State fiscal year 2003 commencing July 1, 2002 and expiring June 30, 2003. As renewed, Paragraph II(11)(C) of the Contract shall read:

*The State shall pay the County Fifty-One Dollars and Sixty-Five Cents ($51.65) per bed-day per DOC Offender housed under this Contract for the initial one-year term ending June 30, 2002. Thereafter, for any renewals of this Contract as permitted by Section II(2)(A), the per diem rate shall not exceed the rate set forth in the State's yearly appropriation bill (the "Long Bill") by the Colorado General Assembly. In consideration of the County's services under this Contact, the State is encumbering funds sufficient to purchase Fourteen Thousand, Six Hundred bed days (average daily population of 40 DOC Offenders) during the term of the Contract and may pay the County an amount not to exceed Seven Hundred Fifty-Four Thousand, Ninety and No/100 ($754,090.00) Dollars for the term of the Contract.*

All other Contract provisions shall be unchanged.

This Contract renewal is intended to be effective July 1, 2002, but in no event shall this Renewal Letter be deemed valid until it shall have been approved by the State Controller or his designee.

Please sign, date and return all copies of this Renewal Notice Letter to the Department of Corrections Contract Officer, c/o Purchasing Office, PO Box 1010, Canon City, CO 81215.

- Page 2 of 2 pages -



**EXHIBIT A-19**

## THE PARTIES HERETO HAVE EXECUTED THIS CONTRACT

**CONTRACTOR:**

Park County
Legal Name of Contracting Entity

84-6000712
Social Security Number or FEIN

*[signature]*
Signature of Authorized Officer

Jerry Sonerg, Chair, Board of County Commissioners
Print Name & Title of Authorized Officer

**CORPORATIONS:**
(A corporate seal on attestation is required.)

Attest (SEAL) By *[signature]*
(Corporate Secretary or Equivalent, or Town/City/County Clerk)
DEPUTY CLERK

**STATE OF COLORADO:**
Bill Owens, GOVERNOR

By *[signature]* Dixie A. Reed
Executive Director

Department of Corrections

## ALL CONTRACTS MUST BE APPROVED BY THE STATE CONTROLLER

CRS 24-30-202 requires that the State Controller approve all state contracts. This contract is not valid until the State Controller, or such assistant as he may delegate, has signed it. The contractor is not authorized to begin performance until the contract is signed and dated below. If performance begins prior to the date below, the State of Colorado may not be obligated to pay for the goods and/or services provided.

**STATE CONTROLLER:**
Arthur Barnhart

By *[signature]* Dennis P. Diaz
Date 6/25/02

- Page 2 of 2 pages -