# STATE OF COLORADO

## COLORADO DEPARTMENT OF CORRECTIONS

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:          (719) 579-9580
Fax:            (719) 226-4755
Web:            www.doc.state.co.us



Bill Owens
Governor

Joe Ortiz
Executive Director

Date:        September 17, 2002

To:          Michael Arellano, Chief
             Private prisons Monitoring Unit

From:        Terry Flanagan, Security Specialist
             Private Prisons Monitoring Unit

Subject:     Park County Jail Audit

The Park County Jail is located approximately eighty miles West of Colorado Springs in the town of Fairplay Colorado. The Facility transferred operations to the County Sheriffs approximately two years ago. The facility is classified as a jail and is subject to divergent rules and regulations then their counterparts in state operated facilities. The facility houses a transient population of state offenders sentenced to alternative programs (CCAP, Boot Camp) as well as a population of detainees either waiting sentencing or serving short term sentences. The facility has made significant advances over their predecessors in the areas of physical security systems and staff consciousness.



EXHIBIT

A-20

DOC 0003

Park County Jail Security Audit
September 04, 2002 Page 2

## INSPECTIONS and MAINTENANCE of SECURITY DEVICES

It is the policy of the Department of Correction (DOC) to require systems for routine inspection and maintenance of security devices within its facilities. Inspections are for the purpose of checking the condition and operability of security devices and to ensure the timely correction of problem areas. Ask for written policy and procedure.

    **Observation:** The facility does not have policy written that addresses scheduled periodic maintenance of security devices.

    **Issue:** The intention of the inspection and maintenance of security devices policy is preventative in nature, attempting to avoid problems at inopportune times by having systems in place that monitor the condition of crucial devices and making the necessary repairs before small problems lead to catastrophic failure.

    **Recommendation:** The auditors recommend developing and implementing systems that scrutinize the functions of mechanical devices to minimize the likely hood of systems malfunction.

Each Administrative Head or designee shall develop an inspection and maintenance system to ensure that mechanical and stationary security devices are inspected, at minimum, on a weekly basis. Review existing records to confirm the scope and frequency of inspections.

Each facility shall develop inspection forms which drive and document inspections of security devices including, but not limited to:

1. Perimeter gates and associated locks......
2. Locks.
   A. Security locks (Weekly)
   B. Emergency locks. (Quarterly)
3. A Stationary devices...
4. A Mechanical devices...

    **Observation:** The auditors note that there are no systems in place that allow supervisory review of weekly security inspections.

    **Issue:** The auditors feel as though the facility's security specialists' supervisor should be an integral source of contribution and planning of the facility's overall security systems.

    **Recommendation:** Take advantage of the security supervisors experience through a system of review and recommendation.

Documented inspection results shall be reviewed by the Security Manager each week and forwarded to the Administrative Head. Review report forms for indications of review by the Security Manager and forwarding to the Administrative Head.

    **Observation:** The auditors note that none of the information garnered from the security inspections is forwarded to the supervisor but are forwarded to sergeant in charge of the shift and then kept by maintenance.

    **Issue:** The auditors feel as though the supervisor is a more appropriate source for review and appropriate action item approval.

    **Recommendation:** The auditors recommend developing a review system that includes forwarding the inspection reports to the administrative level of facility operations.

The Administrative Head or designee shall maintain documentation in the form of a written report of all inspections and maintenance performed on security devices. Do a walk through of the zones, does the alarm activate in master control? Does the perimeter patrol respond?

    **Observation:** The auditors note there is no electronic detection systems being used by the facility, and no perimeter patrol although staff do a walk around inspections three times per shift at random times.

**DOC 0004**

Park County Jail Security Audit
September 04, 2002 Page 3

**Issue:** The auditors feel as though any level of staff security checks can be supplemented and enhanced by the addition of electronic detection systems greatly reducing the human error factor from the total security equation.

**Recommendation:** The auditors recommend evaluating the current system to see if it meets the facility's security needs.

## Armory Management and Practices

Temperature controlled to within established parameters for safe storage of required inventory. Request MSDS for the chemicals stored in the armory.

**Observation:** There were no Material Safety Data Sheets in the armory.

**Issue:** The room designated as armory is small enough to raise concerns about the level of oxygen (if the oxygen level drops below 19.5% it will not sustain life) in the event of a rupture of a canister of chemical agent.

**Recommendation:** The auditors recommend following the MSDS guidelines as well as departmental and ACA recommended storage of chemical agents, perhaps adding an appropriate vented fire/chemical cabinet.

Racks must be provided on which to store rifles and shotguns upright.

**Observation:** The armory is small and there are no racks for any of the weapons being stored.

**Issue:** The auditors feel that it would be difficult at best to do a quick visual inspection of the armory with any accuracy as there are weapons stacked several deep an obstructed from view by other equipment.

**Recommendation:** The auditors feel that the best remedy would be to construct a weapons rack that provides the Armorer with adequate storage, utilizing the limited amount of space.

Chemical agents will be stored in an appropriate cabinet according to manufacturer's specifications and Material Safety Data Sheet requirements. Chemical agents of different types are stored separately, clearly marked, and labeled with expiration date. Expired chemical agents are clearly distinguished from the current stock.

**Observation:** The chemicals stored in the armory are consolidated in a single canister.

**Issue:** A system that incorporates an amalgamation of chemical munitions in one location, lends itself to confusion at best.

**Recommendation:** The auditors recommend storing the chemical agents in a vented cabinet and clearly separating and properly labeling the munitions to include expiration dates as recommended by the manufacturer.

A bullet trap must be provided for the safe loading and unloading of weapons, both inside the armory itself and at the issue point.

**Observation:** The auditors note that there are no discharge barrels either in the facility or outside the building.

**Issue:** In the event of an accidental discharge an errant round discharged in an environment of concrete and steel the possibility ricochet induced injury expands exponentially.

**Recommendation:** The auditors recommend constructing and implementing bullet traps and policy instructing staff to clear weapons pointing the muzzle into the trap.

There is a current master inventory of all firearms, munitions, chemicals, and security equipment. Munitions are recorded by make, type, caliber and serial number. Firearms are recorded by serial number, brand and assigned location.

**Observation:** The inventory posted in the armory did not appear to be complete.

**Issue:** The auditors feel that the lack of accountability of weapons and munitions has the potential for considerable consequence.

Park County Jail Security Audit
September 04, 2002 Page 4

> **Recommendation:** The auditors feel that the best response to avoid litigation is to require a higher level of personal responsibility and accountability of equipment.

Firearms; ammunition; chemical agents, defensive, detections, and communication equipment are inspected at least monthly and an official inventory made at least once each month. All armory equipment inventories are perpetual with a new balance established at the conclusion of each adjustment. Inventory reports are reviewed by the Chief Security Officer of the facility. Each armory shall conduct a physical inspection and inventory once a month.

> **Observation:** There is no policy or procedures in place to compel this event to happen. The auditors also note that this is not the practice as there does not appear to be an inventory conducted on a regular scheduled basis.
> **Issue:** With the current system it would be some time before a discrepancy in inventory is noticed.
> **Recommendation:** The auditors recommend developing policy that supports conducting periodic inventorying of all equipment assigned to the armory, preferably a 30 day minimum.

## EMERGENCY PLAN

It is the policy of the CDOC to maintain a system of emergency management uniform in format and designed to meet the DOC's needs as well as specific needs of each facility. All DOC contract facilities and agencies will consider the following goals:

> **Observation:** The auditor notes that there are differences in the delivery of services but that the mission is essentially the same as that of the CDOC in providing a safe and secure environment.

Ask for and review written policy on the facility Emergency Plan.

> **Observation:** The auditor notes that the emergency plan and the hostage plan are homogeneous and although not identical with the CDOC format it provides the essential elements.

The emergency plans developed will be unique based upon physical plant, staffing, local resources and statutory requirements. Emergency plans will be reviewed and updated annually by the Facility Administrative Head in consultation with the DOC Emergency Management Coordinator. The review shall include changes to the plan and issues raised by the EAD "After Action Reports". Emergency plans will be available to staff at all times. When was the last time the Emergency Plans for the facility was reviewed and updated? Are the Emergency plans available to staff at all times?

Each facility shall develop and maintain an Emergency Management Plans.

> a. Each facility and Central Office shall develop and maintain Emergency Management plans.
> b. The Emergency Management Plan shall be maintained by each respective Emergency Management Coordinator. All operational changes in the manual(s) at the facility shall be approved by the Administrative Head and in the Central Office by the Emergency Management Coordinator. Policy changes for the DOC must be approved by the Executive Director and shall be immediately reflected in all manual(s). Is the manual(s) described above available?
> **Observation:** The auditor notes that the facility is currently in the process of developing a comprehensive emergency plan.

The Emergency Management Plan shall be maintained by each respective Emergency Management Coordinator.

**DOC 0006**

Park County Jail Security Audit
September 04, 2002 Page 5

Employee Emergency Plan Orientation: Shall occur for all new employees within the first forty (40) hours of employment under the provisions in DOC AR 1500-3, "Extended Orientation Training Program" and for all other staff on an annual basis. [3-4208]Talk to various staff throughout the facility to ascertain their level of knowledge. Request and review the training records for Emergency Plan training. Is all new staff given an extended orientation training program? Is other staff trained annually on Emergency Plans?
    **Observation:** The auditor notes that the employees are provided with a handbook detailing emergency procedure.

Table top training shall be conducted at least annually at each facility. Are these types of training exercises being done on an annual basis? Request and review the After Action Reports.
    **Observation:** The facility has not conducted any table top training as yet but is in the process of developing an emergency plan of action to cover responses to specific threats.

Are After Action Reports being sent to the CDOC Emergency Management Coordinator?
    **Observation:** The auditor notes that there is no system set up to do this nor is the facility emergency plan complete.

At least once annually the facility shall conduct a mobilization of that facility's entire emergency management plan to include all operational staff, and at least one (1) outside agency that is committed under a Mutual Aid Agreement. Check to see if one of the 4 quarterly reports was a full scale mobilization.
    **Observation:** The auditor notes that there is no structure in place that addresses mobilization or mutual aid agreements.

Emergency Call Back System: A system by which facility employees are summoned to support the emergency management effort. Each facility will maintain a system which provides the capability of notification and requiring facility staff to immediately respond. Test the system with various numbers. Is there a system in place? Does the system have the correct numbers?
    **Observation:** The auditor notes that the facility provides pagers for SORT members only.
    **Issue:** If a situation requires the mobilization of an emergency response team the conditions probably also require support staff to reinforce the positions vacated by the responders.
    **Recommendation:** The auditors recommend that the facility look at developing a system that includes the usage of cell phones in the call back system and the inclusion of additional support staff.

Facility Maps:
    Emergency entrances and exits of all buildings,
    Window locations and sizes,
    Location of critical supplies or equipment noted on map,
    Location of all electrical and mechanical rooms, to include phone rooms,

A listing of cubic footage with the recommended levels of safe chemical applications for each room in each building, and key listings.
    **Observation:** The auditor notes that the facility has the necessary listing of cubic footage but does not have the corresponding quantity of chemical type (CS, CN) to achieve an LCT or ICT.

DOC 0007

Park County Jail Security Audit
September 04, 2002 Page 6

**Issue:** If the facility is going to stock and include using CS and CN in response to an emergency it is a must to understand the limitations and restrictions on their usage. These types of chemicals deplete the oxygen levels; if the oxygen level drops below 19.5 % the environment will not sustain human life.
**Recommendation:** The auditors recommend if the facility policy is to use CS/CN gas to calculate the LCT and ICT 50 of each area in the building to ensure proper quantities of chemical agents are applied or consider the use of OC as it does not have a lethal dosage.

Emergency Keys: Those keys...to effect personnel and/or equipment movement to and from designated areas and locations as needed during emergency situations. Keys that, if lost or duplicated by offenders, would jeopardize the safety or security...staff or offenders. Staff shall be aware of the location, identification and function of emergency keys should comply with AR 300-8.
**Observation:** The auditor notes that the facility does not have systems in place identifying keys by color coding or listing their usage by area or specific door.
**Issue:** Unless staff routinely checkout these sets of keys and are familiar with their operation the potential exists for unnecessary confusion during an actual situation.
**Recommendation:** The auditors recommend a color coding system as well as inclusion of a cue card with the emergency keys/key rings as the responder may not have the desired level of familiarity with the facility floor plan.

If this is a report on an actual emergency, a brief description of the incident shall be made telephonically to the duty officer with a complete report following.
**Observation:** The auditor notes that the facility does follow the reporting sequence on actual emergencies but not on drills.
**Issue:** The primary function of drills is an evaluation of the connected response systems. The information should be reviewed for content as they provide training for all parties who have a vested interested.
**Recommendation:** The auditors recommend that the facility partake in emergency drills involving outside agencies and be an integral part of the review process as we can all learn from our shared or similar experiences.

A minimum of one training exercise will be conducted yearly that involves activation of the ESC. Has this occurred within the last year?
**Observation:** The auditor notes that this has not happened as yet.
**Issue:** Communications are often cited as the bane of most emergency related failures.
**Recommendation:** The auditor recommends working with the units' security specialist in developing emergency scenarios that involve the activation of the ESC.


## HOSTAGE POLICY

The purpose of this directive is to establish guidelines for response to a hostage situation.

Are there dedicated phone and radio lines and other forms of communications?
**Observation:** The auditor notes that there are currently some systems in place and the facility is in the process of increasing fiber optics as well as other existing equipment capability.

DOC 0008

Park County Jail Security Audit
September 04, 2002 Page 7

Does the facility have an Emergency Plan with a pre-established, systematic plan of response to specific emergency situations? Request and review emergency plan, does the hostage plan make reference to these initial acts?

     **Observation:** The facility is in the process of merging their needs with the Larimer County Sheriff's Department Policy and Procedure which was available for review

     **Recommendation:** The auditor recommends that they strive for a completion date within six months.

Make the appropriate notifications per AR100-07; does the facility utilize checklists to facilitate the process?

     **Observation:** The auditor notes that while the facility does notify the PPMU SDO by telephone and then faxed reports, a check list has never been implemented. The facility safety and emergency procedure plan does stipulate procedure but not by a check list arrangement.

     **Issue:** The use of check list ensures that required action items are indeed completed, without checklists staff rely on memory and a possible experience with human risk factor.

     **Recommendation:** The auditor recommends unit monitor Mike Colvin should work with the facility EMC to develop and implement a checklist within the next 30 day's.

All media responses shall be made through the DOC Office of Community Relations.

     **Observation:** The auditor notes that facility policy states that notifications are made through the sheriff's office.

     **Issue:** This is in contrast with the contract, page 6; paragraph F., "Institutional or other officials of the County shall not be authorized to release publicity concerning DOC offenders. They shall not release personal histories or photographs of DOC offenders or information concerning their arrivals or departures".

     **Recommendation:** The auditors recommend contacting the CDOC liaison prior to releasing any public information.

Family members of hostages shall be notified as soon as possible.

     **Observation:** The auditor notes that when staff members were questioned about facility procedure pertaining to this issue they were unsure what is in policy.

     **Issue:** If an actual hostage situation occurs and an affected family member hears about through the media they will undoubtedly either show up at the facility or attempt to call in for information in either instance it will be a drain of facility resources.

     **Recommendation:** The auditors recommend including in policy, a notification flow chart as well as staging areas to include at a minimum media, responding staff offender(s) relatives and staff relatives.

## INTELLIGENCE

Practice exists to prevent a person to socially visit more than one offender unless the person is a member of the immediate family of each offender being visited. (Are staff aware of this?)

Facility practice supports mandate that the following persons will not ordinarily be approved for visits: Persons on parole, probation, community corrections; Felony or Misdemeanor conviction in last three (3) years; Co-defendants; ex DOC (or contract) staff.

**DOC 0009**

Park County Jail Security Audit
September 04, 2002 Page 8

> **Observation:** There are no electronic systems in place to identify if a visitor is on more than one offenders visiting list, if the intended visitor is an ex-offender or a victim of the offender, the facility is operating a paper system only.
> **Issue:** The use of a paper system as the primary identification verification can be laborious and time intensive.
> **Recommendation:** The auditors recommend using an electronically stored data base to increase the effectiveness of personnel assigned to monitor the visiting program.

Facility practice supports Executive Directive explaining that any victim of the offender who wishes to visit the offender must submit such request in writing to the Executive Director in writing seeking authorization to visit.

All visitors under the age of 18 must be accompanied by an immediate family member or documented legal guardian. Minors must be accompanied by at least one adult who is identified as legal guardian or immediate family member and is so noted on that adult Visitor Application form. (Check records and practice).

> **Observation:** The facility does not check for verification of relationship of visitors and their children.
> **Issue:** An offender could conceivably receive a visit from someone who he has victimized in possible violation of a restraining order or other court ordered stipulation and the violation would go unnoticed.
> **Recommendation:** The auditors recommend appraising the current systems in place to evaluate there capabilities to track readily available intelligence information.

## OFENDER READING MATERIAL

It is the policy of the CDOC to respect and respond to the reading needs and preferences of offenders, consistent with the security needs and good order of Colorado correctional facilities, public safety and rehabilitative goals set for the offender. Is the AR current?

The purpose of this AR is to provide guidelines that govern offender access to publications.

Reading Material Committee: As established by each facility, a committee of at least 3 persons to assist in the evaluation of reading materials. This committee may consist of representatives or the facility's mental health, security, librarian or administrative sections or other persons the Administrative Head deems appropriate. Who is on the committee?

> **Observation:** The auditors noted that there is no set reading committee, and participation as well as determining appropriateness of materials is determined by the deputy on duty.
> **Issue:** Are all facility personnel versed in the appropriate policy and applicable laws governing offender reading materials. (Perhaps with the size of the department)
> **Recommendation:** To be consistent in interpretation of facility policy, specific personnel with an in depth knowledge of the subject should be identified as Reading Committee Members.

Following evaluation of reading material under the standards set forth in the procedures, the Administrative Head shall make a written decision to permit or prohibit reading material in question. A decision to prohibit material shall indicate which of the criteria are violated by the material. The decision shall also describe how the material violates the criteria. Check past evaluations using Form 300-26A.

**DOC 0010**

Park County Jail Security Audit
September 04, 2002 Page 9

**Observation:** The auditors note that there is no policy addressing offender notification of prohibited materials.
**Issue:** The Colorado Department of Corrections is currently experiencing the effects of several ongoing offender law suits regarding reading materials.
**Recommendation:** The auditors recommend developing and implementing policy and procedures that address this specific area.

### OFFENDER MAIL

It is the policy of the CDOC to allow offenders ... to correspond with family, friends, courts, legal counsel ... public/private entities as appropriate. Check for a written policy and procedure.

The CDOC shall ensure the policy governing offender correspondence is reviewed annually and updated as necessary. Review written policy for correct dates.

All incoming non-privileged letters and packages ... inspected to intercept cash, checks, money orders and contraband. Observe mail room in operation.

Are letters and packages inspected? Captain Gore approves all packages
How is contraband dealt with? Letters opened in the inmates' presence
Is notice sent to the offender? No notices generated

How are cash and money orders tracked when they are removed from the mail? Is the offender notified? Put on inmates books
**Observation:** The auditors note that there is no process that documents the receipt of cash or contraband.
**Issue:** If it is not in writing it did not happen, perhaps staff at the facility are more fortunate then others and have not had to explain the location of alleged funds, inmates on occasion have been know to alter the truth in attempts to enrich their financial situation.
**Recommendation:** The auditors recommend using some system that documents the disposition of any item received at the facility that is intended to be delivered to an offender.

The facility shall keep logs of all incoming and outgoing privileged mail. Review logs, are they accurate and current? Does the offender sign for incoming/outgoing privileged mail?
**Observation:** The auditors noted that there are no logs that document receipt of privileged mail.
**Issue:** The nature of a large portion of privileged mail is legal and usually is time sensitive. Without a system to document when a particular mail item was either sent or received an offender stands a better chance of winning an appeal on a technicality.
**Recommendation:** The auditors recommend that in order to avoid an undue overturn of criminal charges that the facility implements a system to document receipt of inmate mail.

### INTELLIGENCE OFFICER FUNCTIONS/DUTIES

Does the facility have access to office of the Investigator General releases? If so what is facility policy on dissemination?
**Observation:** The auditors note that there is no dialogue taking place between the entities.

DOC 0011

Park County Jail Security Audit
September 04, 2002 Page 10

> **Issue:** The amount and type of information that the facility personnel are missing out on can make a considerable difference to officer safety.
> **Recommendation:** The audit team recommends ascertaining what is necessary to open a channel of communication to tap this resource.

Is there any coordination with outside agencies concerning security threat groups? Does the facility track Gang activity? Is staff aware of the capabilities?

> **Observation:** The auditors note that the facility does interact with the CDOC for STG information but that there are no databases utilized.
> **Issue:** In order to handle the enormous amount of intelligence information generated the best response to remain affective is to utilize electronic systems that the information is easily accessed.
> **Recommendation:** The auditors recommend evaluating existing systems to determine the capabilities and compatibility with other agencies.

Review training for staff about STG issues. What percentage of the staff gets training? Is there any further in service training?

> **Observation:** The auditors note that the last time staff attended STG related training was approximately two years ago.
> **Issue:** STG is a complex and evolving area of criminal activity that needs constant monitoring to stay intone with the intelligence gathering techniques available to law enforcement.
> **Recommendation:** The auditors recommend that staff interact with other agencies particularly the intelligence community in order to perform at peak efficiency.

It is the policy of the Department of Corrections (DOC) to monitor and/or record offender phone calls to enhance facility security: staff, offender, and public safety: and reduce the occurrence of criminal activities. Has the facility received training in legal issues?

Does the facility have the technology to record phone calls? How are the calls recorded? How long are tapes kept on file? Is there a log fro keeping track of tapes?

Is there a policy regarding offender phone monitoring?

> **Observation:** The auditors noted that there is no monitoring of offender phone calls.
> **Issue:** The monitoring of phone calls has proven to be an effective measure in gathering incriminating evidence and precluding a substantial amount of criminal activity to include; drug smuggling, escape attempt, assaults etcetera.
> **Recommendation:** The auditors recommend exploring the options available to implement this powerful pro active law enforcement tool.

## KEY/LOCK CONTROL

The policy of the CDOC is to control the inventory, issue, use and type of keys in its facilities. The strict control of facility keys is essential to ensure public safety, facility security and the safety of staff, visitors and offenders. Is there a written policy and procedure?

> **Observation:** The auditors did not locate policy that addresses these issues.

**DOC 0012**

Park County Jail Security Audit
September 04, 2002 Page 11

**Issue:** Not all staff is security minded and without proper training or policy and procedures to educate and direct staff actions there will be as many interpretations as there is staff assigned to the facility.

**Recommendation:** The auditors recommend developing and implementing policy and procedure that guide staffs actions.



The following areas shall have access by Restricted Keys:

    a. Property storage
    b. Evidence storage
    c. Armory
    d. Medical department
    e. Primary issue point (Lock Shop) for keys
    f. Administrative offices
    g. Perimeter fence gates
    h. Other critical areas as designated by Administrative Head

Check and observe restricted keys. Are all categories listed treated as Restricted keys? Review restricted key sign out log, compare to key box. None found

**Observation:** The auditors note that there is no practice that supports the concept of restricted keys.

**Issue:** By not marking or in some way identifying sets of keys that are more sensitive (restricted) and should have limited access, the possibility exists that these keys could be issued to someone who is not authorized access to a particular areas or items.

**Recommendation:** The auditors recommend developing and implementing key control policy that identifies at a minimum emergency keys and restricted keys.

The Key Control Officer shall assign essential key rings to secondary issue points. Secondary issue points shall be determined by the Administrative Head of the facility. Are these points identified in written policy and procedure?

**Observation:** The auditors note that due to the size of the facility there is no dedicated lock shop.

DOC 0013

Park County Jail Security Audit
September 04, 2002 Page 12

**Issue:** If there is a problem requiring the services of a locksmith i.e., cutting a new key, pinning a core or replacing a core the service is contracted. If there is a failure to an essential door locking mechanism it could pose a substantial risk to the safety of persons living and working within the institution.

**Recommendation:** The auditors recommend keeping an inventory of replacement parts available and providing training to an appropriate number of staff to reduce reliance on outside services.

Staff members that take custody of keys will accept responsibility for the key rings by:

a. Exchanging a chit for the key ring issued.
b. Verifying the number of keys assigned to the key ring.
c. Checking the condition of the key ring and keys.
d. Reporting discrepancies to the shift commander. Check key rings verifying number of keys.

**Observation:** The auditors noted that there are no chits on key rings to inform staff as to how many keys they are responsible for, nor are the key rings sealed.

**Issue:** Unless a person takes it upon them selves to determine how many keys are suppose to be on a key ring and then accounts for that amount each time he or she receives a key ring there is no way to determine how many keys there are maybe more importantly, where and what the key accesses. There is no way to determine if there is a discrepancy.

**Recommendation:** The auditors recommend assessing the key rings to ensure the keys that are assigned to that ring are appropriate for the deputy's duties and will not allow unwanted egress from a secured area, and then seal the rings (solder).

The Key Control Officer shall maintain a secure storage and work area, which contains records and reports with regard to key control at the primary issue point. Is this area secure, adequate storage?

**Observation:** The auditors noted that there is no designated Key Control officer assigned to keep track of inventory or documentation.

The Key Control Officer shall introduce keys into the system by:

a. Determining necessity of key
b. Receiving documented authorization from Administrative Head or designee to cut the key
c. Classifying the key according to type and nature of use
d. Marking the key for identification
e. Placing the key on the appropriate key ring
f. Assigning the storage peg/area for the key ring
h. Updating records to include the new key(s)
i. Issuing the key for use

**Observation:** The auditors spoke with a facility medical professional who stated she brings in keys to add to the key ring.

The Key Control Officer shall maintain records and inventories as follows:

Perpetual key inventory shall be maintained by listing location of use, zone, access area, key number, door number and issue. Current key inventories will be cross-indexed by brand name, key number, the key type, location of use by zone, key ring number, key ring board location and key status. Check inventory list, make sure information is accurate and current. Check accuracy by selecting items and validating their presence on the inventory.

DOC 0014

Park County Jail Security Audit
September 04, 2002 Page 13

    **Observation:** The auditor noted that there is no key inventory in the control center and there is no cross-indexing.

Key custody sign out logs which identify the key, custody transfer, date and signature of the keys return for keys issued to specific staff members authorized by the Administrative Head to take keys home. Check log. Check accuracy by selecting items and validating the <u>presence</u> on the inventory.
    **Observation:** The auditors could not locate a list of who is authorized to bring keys home. One person told the auditor that the only person who can take keys out of the facility is the food service person.

A listing of key rings stating the number of keys and the identifying numbers for each key ring. Check key list, cross check against selected key rings.
    **Observation:** The auditors noted that there is no practice in place that identifies how many keys are assigned to a key ring.

A record file of negligent use of keys and associated reports.
    **Observation:** The auditor notes that when questioned staff didn't know and deferred to the sergeant as he would keep this with the shift logs.

A record file of weekly key/lock security checks. Check records. What is repair time?
    **Observation:** The auditors note that maintenance personnel are responsible for key control.

A written report of inventories of all emergency keys...to the Administrative Head or designee on a quarterly basis. Check last quarter's report.
    **Observation:** The auditors did not locate any documentation identifying emergency keys.

All secondary issue points shall have a roster of staff that may check out restricted keys. A log shall be kept at each secondary issue point of the date, time, key ring number and staff member receiving and returning a restricted key. Staff members receiving restricted keys shall sign on the log for the restricted key ring. Check accuracy by selecting items and validating their presence or absence in the log.
    **Observation:** The auditors not that there are no designations for emergency or restricted keys.

## TOOL CONTROL

The Colorado Department of Corrections will govern the control and use of tools and culinary and medical equipment.

The facility shall establish classification for all tools in the categories of Class A and Class B.
    1. <u>Class A</u>: Items that can be used as weapons or in an escape, or can be used to fabricate weapons or facilitate an escape.
    2. <u>Class B</u>: Any tool not presenting a threat to the security of the facility but requiring accountability if accessed by an offender.

<u>Tool Issue</u>: When a tool is issued, the person to whom the tool was issued will replace the tool with a durable tag/chit or utilize a sign-in log. What is the practice at this facility?
    **Observation:** The auditors' note that are no issue logs nor is a signature required to receive tools.

**DOC 0015**

Park County Jail Security Audit
September 04, 2002 Page 14

**Issue:** If a staff were to sign out a tool and lose track of its where about the likely hood of it         being found by an offender is far greater than being found by a staff.

    **Recommendation:** Develop and implement a tracking system for all tools and janitorial equipment that includes area inventories as well as a master inventory of all controlled items in the confines of the facility.

Personal tools are unauthorized for facility use.

    **Observation:** The auditors note that Leatherman multi-tools are allowed in the facility.

    **Issue:** Not all staff members exhibit the level of personal responsibility that should accompany either issued or personal tools. With the proliferation of the multi purpose tools comes the problem of their potentially incredible threat to facility security systems.

    **Recommendation:** If the policy is to allow this type of tool within the secured perimeter of the facility, steps to promote accountability should include numbering the item, if a personal item an employee number should be etched on the tool.

Tool Control officer will receive all tools and mark and inventory them prior to issue.

    **Observation:** There is no practice of marking and inventorying tools coming in to the facility.

    **Issue:** If a person were so inclined they could conceivably replace a lost item with a like item and the transaction would go unnoticed until the lost item shows up at a crime scene (assault/escape).

    **Recommendation:** The auditors recommend marking all tools coming into the facility and placing them on inventory for continued tracking/accountability.

Replacement tools shall be issued a new number, not the number of the tool it replaced. Review the record, (DC Form 300-9d) and discuss with Tool Control Officer how tools are disposed of.

    **Observation:** The auditor notes that there was a broken set of vice grip pliers that were taken off of inventory but not discarded.

Physical Plant Manager is to be the contact person for outside contractors. The contractors will provide a list of tools to the Physical Plant Manager who will provide the Security Manager with a copy and will be notified if a tool is reported lost or missing.

    1)    Contractor tools should be inventoried against the supplied list at the end of each work day.

    2)    All contractors working inside the institution will receive written instructions outlining their responsibilities regarding tool and contraband control and this is documented.

    **Observation:** There is no inventory conducted on contractor or vendors tools entering the facility.

A current Master Tool Inventory is maintained (DC Form 300-9E) by the facility work area supervisor. Each tool storage area including tool boxes and pouches will have a current inventory of all tools assigned to that area, which will remain with the tools at all times. Include check of hobby craft area.

    **Observation:** The auditors note that there was only one tool inventory located in the facility (maintenance) that did not contain kitchen tools or medical instruments.

If the missing tool is class "A" a copy of report is submitted to the Security Specialist at the Central Office.

    **Observation:** The facility does not use a classification for levels of sensitivity.

**DOC 0016**

Park County Jail Security Audit
September 04, 2002 Page 15



The facility is clean in most of the common offender access areas but other areas not accessible to offenders a little closer scrutiny is in order i.e., corners, vents and walls. The fire egress routes should be limited to the area which it affects only and should be marked<you are here>, offenders do not need the entire facility floor plan. There were numerous amounts and types of caustic chemicals that the auditors did not see MSDS for. Captain Gore has done an exceptional job addressing recommendation presented by the Chief of the Private Prisons Monitoring Unit. The facility has progressed considerably in the short time from our first visit. It is a pleasure working with an individual who is motivated to do the right thing.

DOC 0017