# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Private Prisons Monitoring Unit
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 226-4929
Fax:     (719) 226-4922
Web:    www.doc.state.co.us

Bill Owens
Governor

Joe Ortiz
Executive Director

## MEMORANDUM

DATE: February 27, 2003

TO: Michael Arellano, Chief of Private Prisons Monitoring Unit

FROM: John Bongirno, Monitor for Private Prisons Monitoring Unit

SUBJECT: Facility Visited: PCJ     Date of Visit: 02-27-03     Hours at Facility: 3

Scheduled Visit: Yes_X_ No____     Impromptu Visit: Yes____ No_X_

Persons Contacted: Captain Gore, Sgt. Muldon, Sheriff Wegener, Under Sheriff Anthony, Staff, Inmates

Purpose of Visit/Observations/Issue:

Attend Park County Commissioners meeting to present amendment to current contract, and monitor jail

Community Concerns:

Captain Gore and I presented the contract amendment to the Park County Commissioners Ms. Leni Walker, Don Staples, Jim Gardner and County Attorney Steve Groom.

I explained the only changes to the existing contract was DOC's request to increase the dollar amount of the contract from $754K to $1.1 Million and increase the number of DOC inmates Park County Jail could house from 50 to 60.

The commissioners and attorney thoroughly reviewed the Contract Amendment # 1 and the sections in the current contract which were changing.

Commissioner Chair Walker informed me she was not a "Mr." and would not sign the contract with her name misspelled. I apologized for the errors and guaranteed corrections would be instituted. Luckily she was light hearted about the matter.

After a series of questions concerning how the PC Jail was performing, Chair Walker informed us the County would "Post the Notice," and add the contract as "recognized" to next week's commissioner meeting. By law they need to provide the public at least twenty fours notice of all financial dealings and would Post the Notice in the local newspaper.

Ms. Walker was kind enough to ask if we needed a special session to approve the contract before their next meeting on March 6th which I declined.

We agreed to the corrected signature page of the Amendment would be mailed to Monte Gore who will provide it to the County Commissioners. The County Attorney has no objections.

Cpt Gore brought up the jail's control center's monitoring upgrades are under way and that the County is considering expanding the jail another eighty beds. The Commissioners inquired if DOC would consider placing

1     EXHIBIT A-21     DOC 0020

more inmates at PCJ. I agreed to present their offer to DOC, but I have no authority to answer the question at this time. I explained our current use of PCJ was to hold inmates for short periods of time awaiting the BV Boot Camp intake which occurred only once a month. DOC requires the private prisons to provide the same programming as an inmate would receive in a DOC facility, e.g. mental health; drug and alcohol; education, academic and vocational; medical and dental... Cpt. Gore informed the commissioners Boulder County was looking at housing some of Boulder County Jail prisoners at Park County Jail and the "Feds" we also looking at PCJ.

Overall the meeting was quite productive and Cpt. Gore was happy with the outcome.

ACTION ITEMS: Send Amendment page two with corrected name (Leni Walker) and six copies to Cpt. Gore.
Consider Park County's inquiry of housing more inmates if the PC Jail is expanded.
I will attend March 6th County Commissioner's Meeting to obtain signed amendment.

**Living Units:**    CCAP Pod, cells and showers were quite clean. Cells were organized, inmates respectful.

**Case Management:**    Met with Dianne Bails, Case Mgr, no issues. She also coordinates all programs.

**Food Services:**    Inmates' noon meal was pizza, lettuce salad with peaches with sizable portions. Inspected kitchen during the serving on noon meal, sanitary practices were utilized.

**Programs:**    Dianne Bails has a number of various religious volunteers visiting PCJ. Life Skills has good attendance, three times per month for two hours each session. AA meets every Thursday. They are having problems locating a GED prep instructor and do not have one at this time.

**Maintenance:** Did not visit today.

**Medical:**    Met the new nurse, Vickie Paulson. Medical area was very clean and well organized.

**Inmate Morale:**    Appears normal, no major concerns.

**Staff Morale:** Staff appeared in good spirits and friendly.

**Other:**    The $178,000 improvements to the PCJ control center console include new monitors, server, cameras and switching equipment. The vendor is Pinkerton which supplied the equipment and is 50% complete with the installation. New equipment meets all the current federal requirements and is state of the art. Quite an improvement.