# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Private Prisons Monitoring Unit
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:   (719) 226-4929
Fax:      (719) 226-4922
Web:    www.doc.state.co.us



Bill Owens
Governor

Joe Ortiz
Executive Director

## *MEMORANDUM*

**DATE:**  April 3, 2003

**TO:**  Michael Arellano, Chief of Private Prisons Monitoring Unit

**FROM:**  John Bongirno, Monitor for Private Prisons Monitoring Unit
Gaynell Pritts, Monitor for Private Prisons Monitoring Unit

**SUBJECT:**  Facility Visited: PCJ      Date of Visit: 04-03-03      **Hours at Facility:**  3.5

**Scheduled Visit :**  Yes__X__   No_____   **Impromptu Visit:**  Yes_____   No__X__

**PPMU Staff:** John Bongirno,  Gaynell Pritts,  Michael Arellano

**Persons Contacted:**  Captain Gore, Sgt. Muldon, Staff, Inmates

**Purpose of Visit / Observations / Issue:**      Monitor Jail, Review Use of Force Incident, Rotation of Monitors, Per Diem Decrease

**ACTION ITEMS:**      Initiate Ad Seg process on 110244 Thomas, Rodney due to behavior.
Provide PCJ Captain Gore with the hardware requirements to have DCIS at the PCJ.
Clothing issues with CCAP inmates arriving from DOC facilities

**Priority:**   Reviewed Use of Force incident involving 110244 Thomas.  PCJ provided a thorough report including an anatomical and copies of various reports from PCJ staff.  M. Arellano determined PCJ utilized appropriate force.  Cpt. Gore will speak with a PCJ officer to determine how BVCF was notified of incident.  M. Arellano recommended assault charges be filed on Thomas.
Discussed policy on the use of the restraint chair.  PCJ follows their internal policy.  PCJ provided DOC a copy of their Use of Force policy and DOC provided PCJ with a copy of AR 300-16RD Use of Force Options, (receipt received.)
PCJ has committed to call DOC on all incidents and off grounds transports of DOC inmates and also agreed to continue providing DOC a written incident summary within one business day.

**Community Concerns:**      None known.

**Living Units:**      Addressed CCAP inmates, inmates respectful.  CCAP Pod living area was clean. Parole and community corrections regressed inmates not being housed with CCAP inmates but in other living pods.

EXHIBIT
A-22

DOC 0022

1

**Case Management:**   Served five detainers to CCAP inmates.  Spoke with Sgt. Muldoon provided DOC with four clothing issues on CCAP inmates arriving from DOC.  Thirty five CCAP inmates moving to BVCF Friday with five inmates moving to PCJ.

**Food Services:**      Inspected kitchen with the new sink and stove.  Kitchen Class A Tool Cabinet was locked and log was current.  PCJ now using only DOC female PV inmates as kitchen workers.

**Inmate Morale:**   Appears normal, no major concerns.

**Staff Morale:** Staff appeared in good spirits and friendly.

**Other:**      Toured facility, the PCJ control center upgrades nearly complete which includes new monitors, servers, cameras, recording capabilities, intercom and doors switching equipment.  The vendor is Pinkerton which supplied the equipment.  New equipment meets all the current federal requirements and is state of the art.  Quite an improvement.
Cpt. Gore also showed us future remodeling and expansion plans for PCJ.
M. Arellano suggested PCJ jail look into video conferencing as this may be helpful for Parole Board hearings and other meetings or communication.
Facility now has email, Cpt Gore provided DOC with his PCJ email address:  pccapt@amigo.net.
M. Arellano informed Cpt. Gore the State is reducing the per diem 10% to all the county jails.
PCJ will invite DOC to Park County Emergency Command Training once it is finalized in April.

**DOC 0023**