**COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF:  MOISES CARRANZA-REYES, Volume I
January 16 AND 17, 2006

---

MOISES CARRANZA-REYES,

Plaintiff

v.

PARK COUNTY, a public entity of the State of Colorado
and its governing board, THE PARK COUNTY BOARD OF
COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a
public entity of the State of Colorado; FRED WEGENER,
individually and in his official capacity as Sheriff of
Park County, Colorado; MONTE GORE, individually and in
his capacity as Captain of Park County Sheriff's
Department; VICKIE PAULSEN, individually and in her
official capacity as Registered Nurse for Park County,
Colorado; JAMES BACHMAN, M.D., individually and in his
official capacity as Medical Director of the Park
County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Defendant
Park County at 1125 17th Street, Suite 600, Denver,
Colorado 80202 at 9:09 a.m. before Laura L. Corning,
Federal Certified Realtime Reporter, Certified
Shorthand Reporter and Notary Public within Colorado.

Coffman Reporting

303.893.0202
303.893.2230 FAX

EXHIBIT

A-23

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

1      Q.      Are you aware of any Mexican consular

2   officials interceding on your behalf with the United

3   States immigration officials to allow you to stay in

4   the United States?

5      A.      I don't know.

6      Q.      When you were first picked up by United

7   States immigration officials, did you agree to

8   voluntary return to Mexico?

9      A.      Yes.

10      Q.      Have you done anything, other than the

11   letter you -- the document you saw from Mr. Pina, to

12   change that voluntary-return status?

13      A.      No.

14      Q.      Have you made any application to stay in

15   the United States with any United States immigration

16   official of any kind?

17      A.      No.  But I would like to think that one

18   day I might be able to make some kind of arrangement

19   and stay here.

20      Q.      Do you have an immigration lawyer?

21      A.      No.

22      Q.      Describe your communications with Mr.

23   Pina about your immigration status in the United

24   States.

25      A.      I haven't seen him for quite a while.

1   been in the United States?

2          A.      I said already that I hadn't.

3          Q.      I apologize for asking that question

4   again.

5          A.      That's fine.

6          Q.      Prior to 2003 did you ever attempt to

7   immigrate to the United States?

8          A.      No.

9          Q.      Do you recall the date in 2003 that you

10  left for the United States?

11         A.      It was in the month of February.  I can't

12  give you the exact date.  I don't remember it.

13         Q.      All right.  If you look at page 2 of

14  Exhibit 14, the last paragraph --

15                 MR. RINGEL:  I would ask the interpreter

16  to translate that last paragraph for Mr. Carranza-

17  Reyes.

18                 THE INTERPRETER:  The interpreter is

19  looking at page 14, page 2.

20                 MR. RINGEL:  From August 2002 to

21  February 10, 2003, that paragraph?

22                 THE INTERPRETER:  Yes.  The interpreter

23  will then interpret that into Spanish.

24                 MR. KORDICK:  I apologize.  What page are

25  you on?

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

80

1              THE INTERPRETER:  Page 2.

2              MR. KORDICK:  Which paragraph?

3              THE INTERPRETER:  Bottom paragraph.

4              MR. RINGEL:  That's correct.

5              THE INTERPRETER:  Mr. Carranza is

6   indicating to the interpreter that the word here, which

7   says "carnicia" in this version should be

8   "carniceria" --

9              MR. RINGEL:  Okay.

10             THE INTERPRETER:  -- which means a

11  butcher shop.  The interpreter will continue then.

12      Q.    (BY MR. RINGEL)  Do you understand what

13  the interpreter just translated for you?

14      A.    Yes.

15      Q.    Okay.  That seems to indicate to me that

16  the last job you had in Mexico ended February 10, 2003.

17  Is that consistent with your memory?

18      A.    Um-hum.  Yes.  Yes, that's correct.

19      Q.    All right.  How long after that day,

20  February 10, 2003, did you begin your journey to the

21  United States?

22      A.    It seems to me it was the following week.

23  I think it maybe could have been the 18th or the 19th.

24  I don't remember.

25      Q.    Describe everything you took with you for

1    that journey to the United States.

2         A.      I recall it was about a 36-hour trip from

3    the Federal District to the border, and all I really

4    took with me was money to be able to buy some food at

5    the bus stop for that period of time.

6         Q.      You traveled from the Federal District to

7    the border where you crossed by bus?

8         A.      Yes.

9         Q.      Who did you travel with?

10        A.      With my brother and with my sister-in-

11   law.

12        Q.      Anyone else?

13        A.      No, no one else.

14        Q.      What city in Mexico, or town in Mexico,

15   did you end up in before you crossed the border to the

16   United States?

17        A.      Sonora.

18        Q.      What state of the United States is that

19   directly south of?

20        A.      I don't know.

21        Q.      Do you know what state in Mexico Sonora

22   is in?

23        A.      It's a state.

24        Q.      Okay.  And it's along the Mexico/United

25   States border?

1          A.       Yes.

2          Q.       Is there a particular city in that state

3    of Mexico that you ended up in before you crossed to

4    the United States?

5          A.       I was in the Federal District.

6                   THE DEPONENT (In English):  Mexico City.

7          Q.       (BY MR. RINGEL)  I'm not sure that you're

8    understanding me.  What you just told me was that

9    Sonora is a state.

10         A.       Agua Prieta.

11         Q.       And that's a city in the state of Sonora?

12         A.       Yes.  Yeah.

13                  THE DEPONENT (In English):  Sorry.

14         Q.       (BY MR. RINGEL)  I understand.  Sometimes

15   I'm slow.

16                  THE DEPONENT (In English):  That's okay.

17         Q.       (BY MR. RINGEL)  And sometimes I don't

18   ask the right question.

19         A.       That's okay.

20         Q.       Okay.  Do you -- you indicated in our

21   discussion about this topic that you believe you left

22   Mexico City or the Federal District on either the 18th

23   or the 19th of February.  Is that consistent with your

24   understanding?

25         A.       I think it was right around those dates.

1    I don't recall exactly.

2         Q.    And then it took you about 36 hours to

3    get from the Federal District to the state of Sonora?

4         A.    Yes, about that.

5         Q.    How long were you in the city that I

6    can't pronounce before you attempted to cross the

7    border?

8         A.    It was a number of days.  It could have

9    been four or five or six, around there.

10        Q.    Prior to leaving the Federal District,

11   did you have an arrangement made to have someone assist

12   you across the border, or did you make that arrangement

13   when you arrived at the city?

14        A.    I didn't have any arrangement at all,

15   just everything came together as we were on the road.

16        Q.    You made arrangements in the city for you

17   and your brother and your sister to get assistance from

18   someone to cross the border; is that correct?

19        A.    That's what somebody normally does when

20   they're getting ready to cross.

21        Q.    Those people are called "coyotes"; is

22   that correct?

23        A.    I have heard that they're called

24   "coyotes."

25        Q.    Is that a term that you're familiar with?

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

84

1      A.     Yes.

2      Q.     Did someone who is like a coyote or --

3  let me back up.  Did a coyote help you across the

4  border?

5      A.     Well, I don't know.  There were people

6  saying, coyote, coyote, but I don't know who the coyote

7  was.

8      Q.     Did you have to pay to get assistance

9  crossing the border?

10     A.     I think so.

11     Q.     How much did you have to pay?

12     A.     Around 1,500, 1,600 dollars.

13     Q.     Was it -- did you pay the person you paid

14  in dollars or in pesos?

15     A.     Dollars.

16     Q.     Okay.  Did your brother and your sister

17  have to pay a similar amount?

18     A.     I think so.

19     Q.     Describe for me how you actually crossed

20  from the -- from Mexico to the United States.

21     A.     Walking.

22     Q.     How long were you walking?

23     A.     Not too long.

24     Q.     One hour?

25     A.     Could have been around 14 hours, but we

1   were taking rest breaks.  I was in good shape then.

2   Back then I wasn't -- I didn't look like I do now.

3   There were some other pretty chubby people.  Now I

4   couldn't -- I can't exercise anymore.  I can't run or

5   anything, so . . .

6       Q.      How many people were in your party that

7   crossed the border the same time along with you and

8   your brother and your sister?

9       A.      I don't remember, but there was some kids

10   there, too.  Could have been maybe 12 people or more.

11   I don't know.

12       Q.      Was there a leader of the group?

13       A.      There was a person in front, but I don't

14   know if that person was the leader or not.

15       Q.      What were the geographical conditions

16   that you were walking over?

17       A.      It was countryside.  There were places

18   where it was flat, some places where it was hilly, but

19   it was normal.

20       Q.      Did you know all the people that were you

21   with?

22       A.      Just my brother and my sister-in-law.

23       Q.      Had you met any of the people you were

24   with prior to starting across the border?

25       A.      No.

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

1   traveled?

2          A.        It wasn't very much distance.  That's --

3   my experience in the Army is that you -- you go and

4   then you rest up to an hour and then you go some more.

5          Q.        Did you travel at night or during the

6   day?

7          A.        During the day.

8          Q.        At some point you ended up in some place

9   in the United States where you were ultimately picked

10  up by a vehicle; is that true?

11         A.        Correct.

12         Q.        Do you know where that pickup location

13  was?

14         A.        I don't want to act like I'm being --

15  being gross or insulting, but I just don't know the

16  United States.

17         Q.        If you don't know something, Mr.

18  Carranza-Reyes, I understand that.  I don't know what

19  you know, and that's why I have to ask you questions.

20  So if you don't know where it was, you just need to

21  tell me you don't know where it was.

22         A.        I just don't know.

23         Q.        Okay.  What -- you got picked up by a

24  vehicle.  Describe the vehicle for me.

25         A.        It was a pickup.  By that time it was

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

88

1    pretty dark.  It was kind of like a van.

2        Q.      Okay.  It had a cover to it?

3        A.      No.  It was a Dodge Caravan, but it

4    didn't have -- maybe it was that.  But it didn't have a

5    back roof on it.

6        Q.      It was a pickup truck, like a Dodge

7    Caravan that didn't have a top over the back of it?

8        A.      It didn't have what?

9        Q.      It didn't have a cover over the back of

10   the pickup, the bed?

11       A.      It was a pickup, but it was just one

12   piece.

13       Q.      Okay.  Did that vehicle pick up everyone

14   in the group who traveled with you across the border?

15       A.      Yes.

16       Q.      About how many people were riding in the

17   back of this vehicle with you?

18       A.      Could have been 10 or 12, or maybe fewer

19   than that.  But like I told you, I don't remember how

20   many all together.

21       Q.      Were there seats for everyone in the

22   vehicle?

23       A.      Some of us were -- were hidden, but there

24   were some that had seats.

25       Q.      Where were you in the vehicle?

89

```
 1        A.      I was laying down, relaxed -- relaxed,
 2   without problems.
 3        Q.      How long were you in this vehicle?
 4        A.      I think it could have been around three
 5   hours or maybe less.
 6        Q.      Okay.  After you were in this vehicle,
 7   did you go somewhere else in the United States?  Did
 8   you stop somewhere?  Did you get in another vehicle?
 9   What happened next?
10        A.      I heard that the people said that we
11   had -- we got to Phoenix, and it was a house.
12        Q.      How many people were staying in this
13   house?
14        A.      Just us.
15        Q.      "Just us" meaning the group that came
16   with you across the border or "just us" meaning your
17   brother and your sister-in-law?
18        A.      Those that came with the group.
19        Q.      Okay.  How long were you in this house in
20   Phoenix?
21        A.      Could have been around four or five days.
22   Not too many, around there.
23        Q.      Then you get in another vehicle, true?
24        A.      Yes.
25        Q.      What -- describe that vehicle.
```

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

1    A.    It was a pickup with a camper.

2    Q.    Who -- how many people were in that

3    vehicle with you?

4    A.    Three or four people in the front cabin,

5    in the back there were eight or nine of us.

6    Q.    Where were you physically in that

7    vehicle?

8    A.    I was in the cabin -- I'm sorry.  The

9    cabin was in front.  I wasn't there.  I was in the

10   back.

11   Q.    Were there seats in the camper or -- part

12   of it, or were you just sort of sitting on the bed of

13   the truck?

14   A.    We were laying down because the back was

15   carpeted.

16   Q.    How long were you in that vehicle?

17   A.    Not too long.  It was about 9:00 at night

18   when we left.  We got detained the following day there,

19   around there.

20   Q.    Okay.  So let me see if I can understand.

21   You walked across the border for 14 hours or less, then

22   you got picked up in the Dodge Caravan or similar

23   vehicle and that drove you to Phoenix.  You stayed in

24   Phoenix for up to maybe five or six days, and then you

25   left at 9:00 at night in this pickup truck with the

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

1   camper with the back carpeted, and then you were picked

2   up by the INS that next morning.

3        A.      We weren't walking for 14 hours.  What

4   happened, it was 14 hours along with all the other

5   time, the wait time, the rest time and everything else.

6        Q.      The whole travel on foot and waiting and

7   resting, from Mexico until you're picked up by the

8   first vehicle, took 14 hours of time.  You weren't

9   walking the entire 14 hours.

10       A.      Yes.

11       Q.      And then after that you drove in the

12  Dodge Caravan or similar vehicle to what you heard

13  someone say was Phoenix.

14       A.      Yes.

15       Q.      And then you stayed some period of time,

16  maybe up to five or six days, in the same house in

17  Phoenix; is that true?

18       A.      Yes.  Five or six days, maybe less.  I

19  don't remember.

20       Q.      I understand.  Then you left at about

21  9:00 at night in the pickup truck with the camper and

22  the carpeting on the back and were then picked up by

23  the immigration officials the following morning; is

24  that true?

25       A.      No.  It was a patrol car that stopped us.

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

92

1      Q.      Okay.  A patrol car like police or

2   sheriff?

3      A.      I don't know the difference.  I just know

4   that the police officer had some kind of a hat on or --

5   like a sombrero.

6      Q.      But -- all right.  How much money did you

7   have with you when you left Mexico that you didn't pay

8   to the person to help you travel?

9      A.      My brother had the money.

10      Q.      How much money did your brother have?

11      A.      Well, I don't recall exactly, but I think

12   that we had, oh, maybe around -- more or less around

13   $5,000.

14      Q.      Did it cost you collectively, you, your

15   brother and your sister-in-law, money to stay in the

16   house you were staying in in what you heard was

17   Phoenix, Arizona?

18      A.      What cost me?

19      Q.      Did you have to pay the people whose

20   house it was to stay there?

21      A.      I don't know, maybe the house belonged to

22   the people -- the person who was our guide.  And they

23   treated us really very well in the food -- we didn't

24   pay anything for the food or the water, either.

25      Q.      So you were well fed and well hydrated

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

1    talking?

2         A.       He went back to his patrol car, he

3    started writing things down, then another patrol car

4    pulled up.  They saw that we were inside of the camper.

5    He opened up the camper and looked in, and I saw a

6    negative expression on his face, and it's like he

7    slammed it back down again and took off.

8         Q.       Was it the first officer who opened the

9    camper or the second officer?

10        A.       Could have been either one.

11        Q.       What did the officer who opened the

12   camper look like?

13        A.       He looked like a good guy, but I don't

14   know what his job was like -- I don't know what kind of

15   job he did.  He just moved his head around with his

16   negative expression and then let the thing fall back

17   down again.

18        Q.       Was he white, black, Hispanic, Asian?

19        A.       I think he was an American guy.

20        Q.       Okay.  Did he have any facial hair?

21        A.       I don't remember.

22        Q.       What happened next?

23        A.       We were there for a while, and then a

24   white pickup pulled up.  There were some guys that came

25   out, and they were dressed just like you and I are.

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

1      Q.      Okay.

2      A.      And they came over and said, do you have

3   papers?  You speak English?  And they said, we're from

4   immigration.

5      Q.      Were they speaking to you in Spanish or

6   English?

7      A.      Spanish.

8      Q.      Did you understand them?

9      A.      Yes.

10      Q.      What happened next?

11      A.      Nothing.  They put us into their pickup

12   truck and they took us to a place that I didn't know

13   where it was.

14      Q.      What -- the place that they took you, how

15   long did it take to get from when they picked you up to

16   the place that they took you?

17      A.      It was very quick.  I think it could have

18   been 15 or 20 minutes, a little bit more or less maybe.

19      Q.      How many people did they -- did they pick

20   up everybody that was in the pickup truck that you were

21   originally riding in?

22      A.      Yes.

23      Q.      And then describe the surroundings of the

24   place where they took you.  What did it look like?

25      A.      It was a pretty clean place.  It was like

1    a conference area almost, and it could have been a fire

2    department, maybe.  It looked like maybe one of those

3    fire departments that you have here.

4         Q.      Did you see a fire pole or a fire truck?

5         A.      Where we were there were paintings, like,

6    that had fireman's hats on them.

7         Q.      That's what made you think it was maybe a

8    fire station?

9         A.      Yeah, I think so.

10        Q.      Was it like an office?  Were there desks

11   and chairs and that kind of thing?

12        A.      There were tables like this, and behind

13   them there were like students' desks, like when you

14   were a pupil at school, and then also back there there

15   were some blackboards, things to write on -- not like

16   blackboards in the school, but there were things that

17   you could write on.

18        Q.      Did it look like a classroom?

19        A.      Yeah.  But it was more like something for

20   a social event or a conference or gathering of

21   politicians or something like that.

22        Q.      Did the immigration officials talk to you

23   individually or all as a group?

24        A.      First of all they talked to us as a group

25   saying, we're immigration, we're going to take some

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

1      A.      Could have been around 40, maybe a little

2   older.

3      Q.      I won't ask you how old you think I am.

4   How long were you at the place where the interviews

5   with -- or the interview or the conversation with this

6   man took place?

7      A.      I was there around four hours, maybe.

8      Q.      What time of day or night were you

9   stopped by the immigration or by the -- let me back up.

10  Excuse me.  What time of day or night were you stopped

11  by the officer who stopped your pickup truck?

12     A.      It was in the day.

13     Q.      What time of day?  Do you remember?

14     A.      I don't know the exact time.  I could

15  tell you that it was pretty warm outside.

16     Q.      The sun was out?

17     A.      Yeah, it was out.

18     Q.      How long were you waiting after you were

19  stopped until the immigration people showed up?

20     A.      It was pretty quick.  I could only tell

21  you that it could have been 30 minutes, it could have

22  been an hour, but I think it was closer to around 30 to

23  40.

24     Q.      Okay.  After the four hours that you

25  spent at this office, or wherever it was where you were

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

1    interviewed and talked to the immigration official,

2    what happened next?

3         A.    They got us into a pickup truck and they

4    said they were going to take us to have something to

5    eat.

6         Q.    Okay.

7         A.    They took our clothes away and they had

8    handcuffed us, too.

9         Q.    Okay.

10        A.    They had the --

11              THE INTERPRETER:  Allow the interpreter

12   to clarify one thing.

13        A.    They had the air-conditioning on, and I

14   don't know why it was that the air-conditioning was

15   hot, and I remember that it was snowing.  That was the

16   first time that I had ever seen snow, and I was pleased

17   about that, and I thought, well, I've accomplished

18   something here.

19              We went into some mountains, and there

20   were tunnels, and I -- I was watching all this.  I was

21   noticing it was like having your first love, you know,

22   seeing snow for the first time.

23        Q.    (BY MR. RINGEL)  Let me clarify, the

24   air-conditioner was blowing hot in the vehicle or in

25   the office?

1   Mr. Kordick.

2        Q.      (BY MR. RINGEL)  Was Mr. Baca

3   unprofessional, in your opinion?

4        A.      Maybe he just had a bad day.  Maybe it

5   wasn't that he was being unprofessional.  I don't know.

6        Q.      Okay.  Mr. Baca -- the individuals -- the

7   one immigration official who drove you from this office

8   to what next -- when you next stopped was different

9   than Mr. Baca and different than the American gentleman

10  that you had the one-on-one conversation with?

11       A.      It was Mr. Baca.

12       Q.      Okay.  Mr. Baca drove you to where you

13  next stopped?

14       A.      Yes.

15       Q.      Did you have -- did Mr. Baca have

16  conversation with you or the other individuals in the

17  vehicle during that period of time that you were

18  driving?

19       A.      No.  He just was saying that, yeah, we'll

20  be there soon.

21       Q.      What happened when you -- where did you

22  stop?

23       A.      In a parking lot.

24       Q.      Okay.  Were you transferred from the

25  vehicle where Mr. Baca was to a different vehicle?

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

 1        A.        Yes.  It was snowing.

 2        Q.        The parking lot was outside or inside?

 3        A.        Inside of the parking area.

 4        Q.        I don't know if you are going to have any

 5    clue of how to translate this, but was it in what I

 6    would describe as a sally port?

 7        A.        No.  It was out on the street.  I was

 8    feeling the snow fall on me.

 9        Q.        So it wasn't covered in any way?

10        A.        No.  It's like between here and outside,

11    that -- like that.

12        Q.        What -- describe the vehicle that you

13    were put in after the vehicle that was driven by

14    Mr. Baca.

15        A.        It was a pickup like the immigration

16    pickups.

17        Q.        Did you know -- do you know -- did you

18    know then or do you know now what agency or

19    organization's pickup it was.

20        A.        I didn't know back then.  Even now I'm

21    not sure, but I think it was part of the Rifle,

22    Colorado jail.

23        Q.        It was -- was the -- as far as you know,

24    was the vehicle associated with Park County in any way?

25        A.        I don't know.

119

1      A.      Yes.

2      Q.      About how long were you outside?

3      A.      Around 15 minutes.

4      Q.      Then you go into this other vehicle and

5   you drive for less time than you drove before.  Was

6   there any conversation during your drive?

7      A.      No.  But I think I felt like it was a

8   different environment.  I think that this official had

9   the temperature at a normal level in his vehicle.

10      Q.      Okay.  Where did you go with this

11   individual in his vehicle?

12      A.      It was a jail, but I didn't know it was a

13   jail because we pulled in, and it was like in a room,

14   and it was like you went through a curtain, and then

15   there was another room there where we got out.  So it

16   was like another space entirely.

17      Q.      Do you know now that that location was

18   the Park County Jail, or was that somewhere else other

19   than the Park County Jail?

20      A.      I think it was that jail.  It was the

21   only jail because that's where they got me out of.

22      Q.      Okay.  You -- other than the office where

23   you had the interview with the immigration official

24   after you were picked up on the side of the road, the

25   only other physical location where you were was the

Case 1:05-cv-00377-WDM-BNB   Document 117-26   Filed 12/13/06   USDC Colorado   Page 24
of 24
Carranza-Reyes v. Park County                                      Moises Carranza-Reyes, Volume I

120

1    jail; is that true?

2         A.    Yes.  Yeah.

3         Q.    All right.  How many people drove you in

4    the vehicle that you just described to what you believe

5    was the Park County Jail?

6         A.    How many people drove?

7         Q.    How many official people were there,

8    officers?

9         A.    One.

10        Q.    What did -- was it a man or a woman?

11        A.    Man.

12        Q.    What did he look like?

13        A.    I didn't see him well, because, well, you

14    know, it was dark out.  And then -- from outside and

15    where it was dark coming in, and then all of a sudden

16    they turn on all these lights and it flashes in front

17    of your face and you can't really see well or you can't

18    tell who is who.

19        Q.    Did you talk to this individual who was

20    driving the vehicle in Spanish?

21        A.    No.

22        Q.    Did you talk with the other people that

23    were riding in the vehicle with you in Spanish?

24        A.    No.

25        Q.    Am I correct in understanding that during

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *