# Memorandum

To: Captain Gore

CC:

From: Deputy Thomas *John Thomas*

Date: 03/13/03

Re: INS Transport

---

On March 1, 2003 at approx. 1900 hrs I arrived at eagle to pick up 9 INS. I transferred the INS individuals from the INS van into the park county van without problems. None of the INS or Officers notified me of any problems with health issues. In transit the INS individuals seemed fine with no coughing or any other signs of illness. I arrived at the Park County Jail and still no signs of illness. There Deputy Woodward and Guerin inprocessed the INS individuals.

EXHIBIT A-24

PARK 0136
REYES

1