## ORDER TO DETAIN OR RELEASE ALIENS

**To:** Sheriff

**Name of Facility:** Park County Jail

**Please detain or release the following aliens, as appropriate:**

**Nature of Proceedings:** V/R

| NAME | AGE | SEX | NATIONALITY / DOB | DETAINED Date | Time | Initials | RELEASED Date | Time | Initials | DAYS Detained |
|---|---|---|---|---|---|---|---|---|---|---|
| CARRION-HERNANDEZ, VICENTE | 22 | M | 5/15/80 MEX | 3/1/03 | 1900 | BZB | | | | |
| CORDERO-SOLEDAD, EDUARDO | 36 | M | 10/13/66 MEX | | | | | | | |
| CARRANZA-REYES, MOISES | 27 | M | 2/8/76 MEX | | | | | | | |
| VILLANO de JESUS, CELSO | 33 | M | 7/28/69 MEX | | | | | | | |
| GOMEZ-VILLALOBOS, BRISELDA | 20 | F | 2/3/83 MEX | | | | | | | |
| CARRANZA-REYES, ABRAHAM | 27 | M | 2/8/76 MEX | | | | | | | |
| ABELINO-FLORES, ROGELIO | 32 | M | 11/9/69 MEX | | | | | | | |
| LLANO-de JESUS, CANDIDA | 19 | M | 7/25/83 MEX | 3/1/03 | 1900 | BZB | | | | |

**EXHIBIT A-25**

PARK 0138
REYES

**Signature of Detention Officer, Sheriff, etc. (Receiving Officer)** John N. Thomas
**Title:** Deputy

**Signature of Officer Directing Action:** Dennis S. Baca   **Date:** 3/1/03
**Title:** BICE / QRT - DEO   **Station:** 65C

Form I-203A (2-15-75)   UNITED STATES DEPARTMENT OF JUSTICE Immigration and Naturalization Service