

Park County Sheriff's Office
**Detention Center**
Inter-Office Memorandum

To: Captain M. Gore

From: Corporal J. Bellantonio

Subject: INS Detainee Carranza-Reyes, Moises

Date: March 12, 2003

---

On March 1, 2003 at 2107 hrs. the attached list of INS detainees was received at the Park County Jail. Deputies Guerin and Woodward processed them into the facility. They were given the medical questionnaire intake form, which is in Spanish. All detainees filled out the forms, which were then forwarded to Nurse Paulson via her mailbox in the Control Room. None of the detainees including Mr. Carranza-Reyes, Moises reported being ill to the Deputies doing the intake. A bi-lingual Park County inmate was used to facilitate the intake process.

EXHIBIT A-26

PARK 0137
REYES