# Park County SHERIFF'S OFFICE

1180 Park County Road (16), Fairplay, Colorado, 80440   Telephone Number: 719-836-4370

## DETENTION CENTER
### INS Detainee Intake Form

DETAINEE'S NAME: __Carranza-Reyes, Moises__
       LAST NAME           FIRST NAME       MIDDLE INTIAL

Date of Birth: 2/8/76   PCSO Booking Number: 03-12715

Intake Date: 3/1/03   Release Date: 03-09-03   Property Tag/Bin Number: 106

INS Bag # NO Bag

Note: A check mark in the box shown denotes one item or one pair each.

Clothing:

**Men's:**
1. UNDERWEAR____
2. T-SHIRT / TANK____
3. SOCKS____
4. SHOES _Boots_
5. SNEAKERS____
6. **Females:**
7. BRA____
8. PANTIES____
9. SKIRT____
10. DRESS____
11. BLOUSE____
12. STOCKINGS____
13. HIGH HEELS____
14. DRESS SHOES____
15. SLACKS____
16. SNEAKERS____

**Generic Clothing:**
- SHIRT L/S ____
- SHIRT S/S ✓
- BLUE JEANS ✓
- DENUM JEANS____
- SWEATSHIRT____
- SWEATPANTS____
- WINDBREAKER____
- WINTER JACKET____
- WINTER GLOVES____
- WINTER BOOTS____
- WINTER HAT____
- WORK GLOVES____
- WORK BOOTS____
- COVERALLS____
- BALLCAP____
- HAT/DESCRIBE____

**Jewelry:**
- PLASTIC WATCH____
- METAL WATCH____
- METAL RING____
- METAL NECKLACE____
- EYEGLASSES____
- SUNGLASSES____
- CRUICIFIX____
- METAL EARRINGS____
- METAL BRACELET____
- MISC. ITEMS:
- HYGENE ITEMS____
- ATHLETIC BAG____
- DUFFLE BAG____
- BACKPACK____
- SUITCASE____
- CAMERA____

*ANY MEDICAL INFO CAN BE LOCATED IN THE NURSES OFFICE*

PARK 0139
REYES

Miscellaneous Items: _____

By signing this form, the Detainee accepts and acknowledges the descriptions and contents of the above said inventory.

Intake Inventory Date: 3/1/03   Time: 2139   Officer: DHW   Detainee: [signature]

Release Inventory Date: 3/04/03   Time: 2130   Officer: Bell   Detainee: _____

Special Inventory Date: _____   Time: _____   Officer: _____   Detainee: _____

EXHIBIT A-27

SPECIAL INSTRUCTIONS: White Copy Original * Yellow Officer Copy * Green Release Copy * Pink Intake Copy