*Carranza-Reyes, Moises*

## Park County Jail
## Reporte Para El Doctor

Nombre __Moises Carranza Reyes__
Estas conociente __SI__
Tienes fierre o hotras enfermedades contajiables __NO__
Tienes tu piel sana o tienes algergia __SANA__
Sientes desesperacion cuando no tienes droga o halchool __NO__
Aspensado en suisidarte o haserte dano o emosiones-mentales __NO__

* * *

Has tenido problemas con medicina por ejemplo
Pupilentes __NO__ lentes __NO__ problema del corason __NO__
Tuberculocis __NO__ asma __NO__ efisema pulmonar __NO__
PPD- si ___ no __NO__
Comienso del sida __NO__ infeccion en tuspartes intimas __NO__

Alta presion _____ deabetes _____ usas insilina
Epilepcia/ataques _____ dolor dental
Problema pulmonar _____ hotros problemas medicos

* * *

Estas alergico a cualquier medicina __NO__ Que Medicina __o__
Estas tomando algun medicamento __NO__ Que medicinas y cuando __NO__
Tienes otras algergias __NO__ cuales alergias __NO__
Estas enbarasada _____ fecha de olar a luz has dado alus las ultimas 6 semanas cuando
Has intentado suisidarte __NO__ ultimo intento __NO__
Has estado hospitalisado ultimamente __NO__ ultima visita __NO__
Ho as mirado un medico siquiatra por algura __NO__
razon por la ultima visita __NO__

EXHIBIT A-28

PARK 0140 REYES