## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Chow_

DATE _3/1/03_          TIME _0830_

A _21_                 E _3_

B _34_                 SEG _1_

C _20_                 B/S _1_

D _41_                 HOLD _1_

VISIT _0_              KITCHEN _5_

LOBBY _0_              OUTSIDE _0_

TOTAL THIS COUNT _127_

_____  _____
OFFICER          CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Shift Change_

DATE _3/1/03_          TIME _0800_

A _21_                 E _3_

B _34_                 SEG _1_

C _20_                 B/S _1_

D _41_                 HOLD _1_

VISIT _0_              KITCHEN _5_

LOBBY _0_              OUTSIDE _0_

TOTAL THIS COUNT _127_

_____  _____
OFFICER          CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Lunch_

DATE _3-1-03_          TIME _1239_

A _20_                 E _3_

B _34_                 SEG _1_

C _19_                 B/S _1_

D _4_                  HOLD _1_

VISIT _0_              KITCHEN _6_

LOBBY _0_              OUTSIDE _1_

TOTAL THIS COUNT _120_

_____  _____
OFFICER          CONTROLLER

_____
SUPERVISOR

**EXHIBIT A-29**

PARK 2796
REYES

swing

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT _Turnover_

DATE **3-1-03**      TIME **1605**

A **20**          E **3**

B **34**          SEG **1**

C **20**          B/S **1**

D **41**          HOLD **1**

VISIT **0**       KITCHEN **6**

LOBBY _____    OUTSIDE _____

TOTAL THIS COUNT **127**

_____
OFFICER          CONTROLLER

_____
SUPERVISOR


**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT _____

DATE **3-1-03**      TIME **2000**

A **26**          E **2**

B **34**          SEG **1**

C **20**          B/S **1**

D **11**          HOLD **1**

VISIT _____     KITCHEN _____

LOBBY _____     OUTSIDE _____

TOTAL THIS COUNT **126**

M6                    Bell
OFFICER          CONTROLLER

Bellar
SUPERVISOR


**PARK CO JAIL COUNT SHEEET**

TYPE OF COUNT _Fed_

DATE **3/1/03**     TIME **1700**

A **27**          E **3**

B **34**          SEG **1**

C **20**          B/S **1**

D **41**          HOLD **1**

VISIT _____     KITCHEN _____

LOBBY _____     OUTSIDE _____

TOTAL THIS COUNT **127**

OFFICER          CONTROLLER

SUPERVISOR

**PARK 2829**
**REYES**

graves

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT __HC__

DATE __012803__   TIME __0000__

A __23__              E __3__

B __34__              SEG __1__

C __20__              B/S __1__

D __26__              HOLD __0__

VISIT _____     KITCHEN _____

LOBBY _____     OUTSIDE _____

TOTAL THIS COUNT __112__

_____ OFFICER        __Bell__ CONTROLLER

_____ SUPERVISOR

---

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT __Head ct__

DATE __3/1/03__   TIME __0257__

A __23__              E __3__

B __34__              SEG __1__

C __20__              B/S __1__

D __41__              HOLD __1__

CLEANING __4__       KITCHEN __0__

LOBBY __0__          OUTSIDE __0__

TOTAL THIS COUNT __128__

DON FRY + KEN G. Rod GREELEY    F-KEJS OFFICER        CONTROLLER

_____ SUPERVISOR

---

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT __HC ☺__

DATE __030103__   TIME __1600__

A __26__              E __3__

B __34__              SEG __1__

C __20__              B/S __1__

D __41__              HOLD __1__

VISIT _____     KITCHEN _____

LOBBY _____     OUTSIDE _____

TOTAL THIS COUNT __127__

_____ OFFICER        _____ CONTROLLER

_____ SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Breakfast_

DATE _030203_   TIME _0800_

A _27_   E _2_

B _34_   SEG _3_

C _20_   B/S _1_

D _48_   HOLD _—_

VISIT _—_   KITCHEN _—_

LOBBY ___   OUTSIDE _—_

TOTAL THIS COUNT _135_

_____   _Cpl Crawford_
OFFICER          CONTROLLER

_Cpl Crawford_
SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Shift Change_

DATE _3/2/03_   TIME _0800_

A _21_   E _2_

B _34_   SEG _3_

C _20_   B/S _1_

D _48_   HOLD _0_

VISIT _0_   KITCHEN _6_

LOBBY _0_   OUTSIDE _0_

TOTAL THIS COUNT _135_

_Walker_          _Cpl Crawford_
OFFICER          CONTROLLER

_Cpl Crawford_
SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Lunch_

DATE _3-2-03_   TIME _1238_

A _19_   E _2_

B _33_   SEG _3_

C _19_   B/S _1_

D _48_   HOLD _1_

VISIT _3_   KITCHEN _6_

LOBBY _0_   OUTSIDE _0_

TOTAL THIS COUNT _135_

_Walker_          _Cpl Crawford_
OFFICER          CONTROLLER

_Cpl Crawford_
SUPERVISOR

PARK 2797
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _FACE_

DATE_3/2/03_   TIME_____

A _27_         E _2_
B _34_         SEG _3_
C _20_         B/S _1_
D _48_         HOLD_____

VISIT_____   KITCHEN_____

LOBBY_____   OUTSIDE_____

TOTAL THIS COUNT _135_

_Bell_
OFFICER        CONTROLLER

SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Head_

DATE _3/2/03_   TIME _2000_

A _25_         E _3_
B _34_         SEG _3_
C _19_         B/S _1_
D _48_         HOLD _0_

VISIT _1_      KITCHEN _0_

LOBBY _0_      OUTSIDE _0_

TOTAL THIS COUNT _134_

_DWoodward_  _Bell_
OFFICER        CONTROLLER

SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Head_

DATE _3/2/03_   TIME _1614_

A _14_         E _2_
B _33_         SEG _3_
C _20_         B/S _1_
D _48 48_      HOLD _3_

VISIT _5_      KITCHEN _6_

LOBBY_____   OUTSIDE_____

TOTAL THIS COUNT _135_

_Bell_
OFFICER        CONTROLLER

SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Head_

DATE_3/2/03_   TIME_____

A _25_         E _3_
B _34_         SEG _3_
C _20_         B/S _1_
D _48_         HOLD_____

VISIT_____   KITCHEN_____

LOBBY_____   OUTSIDE_____

TOTAL THIS COUNT _134_

_Bell_
OFFICER        CONTROLLER

SUPERVISOR

PARK 2830
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _HEAD CT_

DATE _3/2/03_ TIME _0600_

A _27_    E _2_

B _34_    SEG _3_

C _20_    B/S _1_

D _48_    HOLD _⌒_

VISIT _⌒_    KITCHEN _⌒_

LOBBY _⌒_    OUTSIDE _⌒_

TOTAL THIS COUNT _135_

FRYE, GREELEY
FIKEIS    BRIDGE

OFFICER      CONTROLLER

W. Tikeys

SUPERVISOR
OIC

---

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Head_

DATE _030103_ TIME _0000_

A _27_    E _3_

B _34_    SEG _3_

C _20_    B/S _1_

D _48_    HOLD _\_

VISIT _\_    KITCHEN _\_

LOBBY _/_    OUTSIDE _\_

TOTAL THIS COUNT _136_

OFFICER      CONTROLLER

W. Tikeys

SUPERVISOR
OIC

---

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _HEAD CT_

DATE _3/2/03_ TIME _0300_

A _27_    E _2_

B _34_    SEG _3_

C _20_    B/S _1_

D _48_    HOLD _⌒_

VISIT _⌒_    KITCHEN _⌒_

LOBBY _⌒_    OUTSIDE _⌒_

TOTAL THIS COUNT _135_

FIKEIS
GREELEY FRYE    BRIDGE

OFFICER      CONTROLLER

W. Tikeys

SUPERVISOR
OIC

PARK 2862
REYES

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT _Fire_

DATE 3/3/03   TIME 1600

A 24   E 3

B 34   SEG 3

C 19   B/S 1

D 50   HOLD #

VISIT _____   KITCHEN _____

LOBBY _____   OUTSIDE _____

TOTAL THIS COUNT 134

_D. Woodward_
OFFICER       CONTROLLER

SUPERVISOR

---

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT _head_

DATE 3-3-03   TIME 2000

A 24   E 2

B 34   SEG 3

C 20   B/S 1

D 56   HOLD 2

VISIT _____   KITCHEN _____

LOBBY _____   OUTSIDE _____

TOTAL THIS COUNT 136

_Ew. Allen_
OFFICER       CONTROLLER

SUPERVISOR

---

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT _head_

DATE 3-3-03   TIME 2300

A 26   E 3

B 34   SEG 3

C 21   B/S 1

D 50   HOLD _____

VISIT _____   KITCHEN _____

LOBBY _____   OUTSIDE _____

TOTAL THIS COUNT 138

_Ew. Allen_
OFFICER       CONTROLLER

SUPERVISOR

---

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT _head_

DATE 3-3-03   TIME 1600

A 17   E 3

B 34   SEG 3

C 19   B/S 1

D 48   HOLD 3

VISIT _____   KITCHEN 6

LOBBY _____   OUTSIDE _____

TOTAL THIS COUNT 134

_Ew. Allen_       _Cpl. Crawford_
OFFICER       CONTROLLER

SUPERVISOR

**PARK 2831**
**REYES**

## PARK CO JAIL COUNT SHEET
TYPE OF COUNT HEAD COUNT 3.00 AM

DATE 3-3-03  TIME 3:00

A 25   E 2

B 34   SEG 1 - 2

C 20   B/S 1

D 48   HOLD 0

VISIT 0   KITCHEN 0

LOBBY 0   OUTSIDE 0

TOTAL THIS COUNT 134

_____ FIKEJS
OFFICER          CONTROLLER

W. Tikup
SUPERVISOR
OIC

## PARK CO JAIL COUNT SHEET
TYPE OF COUNT HEAD CT.

DATE 3/3/03   TIME 0600

A 24   E 3

B 34   SEG 3

C 20   B/S 1

D 48   HOLD 0

VISIT 0   KITCHEN 0

LOBBY 0   OUTSIDE 0

TOTAL THIS COUNT 133

FIKEJS          FRYE
OFFICER          CONTROLLER

W. Tikup
SUPERVISOR
OIC

## PARK CO JAIL COUNT SHEET
TYPE OF COUNT HEAD CT

DATE 3/3/03   TIME 2355

A 25   E 3

B 34   SEG 2

C 20   B/S 1

D 48   HOLD 0

VISIT 1   KITCHEN 0

LOBBY 0   OUTSIDE 0

TOTAL THIS COUNT 134

FIKEJS          FLINT
OFFICER          CONTROLLER

W. Tikup
SUPERVISOR
OIC

MPL

PARK 2863
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _BREAKFAST_

DATE _3/4/03_    TIME _____

A _18_    E _3_

B _34_    SEG _3_

C _21_    B/S _1_

D _50_    HOLD _2_

VISIT _0_    KITCHEN _6_

LOBBY _0_    OUTSIDE _0_

TOTAL THIS COUNT _138_

OFFICER      CONTROLLER

SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _SHIFT CHANGE_ (DAY)

DATE _3/4/03_    TIME _____

A _18 19_    E _3_

B _34_    SEG _3_

C _21_    B/S _1_

D _50_    HOLD _2_

VISIT _0_    KITCHEN _5_

LOBBY _0_    OUTSIDE _0_

TOTAL THIS COUNT _138_

OFFICER      CONTROLLER

SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Lunch_

DATE _3-4-03_    TIME _1213_

A _18_    E _3_

B _34_    SEG _3_

C _19_    B/S _1_

D _50_    HOLD _2_

VISIT _____    KITCHEN _7_

LOBBY _____    OUTSIDE _1 - BACK FROM COURT_

TOTAL THIS COUNT _131_ _132_

OFFICER      CONTROLLER

SUPERVISOR

PARK 2798
REYES

## PARK CO JAIL COUNT SHEEET

### TYPE OF COUNT _Head Count_

DATE 3-04-03   TIME 6:02

A 26            E 3

B 34            SEG 3

C 21            B/S 1

D 50            HOLD 2

VISIT _____ KITCHEN _____

LOBBY _____ OUTSIDE _____

TOTAL THIS COUNT _____

_____   _____
OFFICER              CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEEET

### TYPE OF COUNT _Head Count_

DATE 3/4/03   TIME 12:10

A 26            E 3

B 21            SEG 1  +2

C 34            B/S 1

D 50            HOLD 1

VISIT _____ KITCHEN _____

LOBBY _____ OUTSIDE _____

TOTAL THIS COUNT 139

_____   _____
OFFICER              CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEEET

### TYPE OF COUNT _Head Count_

DATE 3-04-03   TIME 8:01

A 26            E 3

B 34            SEG 2 + 1

C 21            B/S 1

D 50            HOLD 2

VISIT _____ KITCHEN _____

LOBBY _____ OUTSIDE _____

TOTAL THIS COUNT 140

_____   _____
OFFICER              CONTROLLER

_____
SUPERVISOR

PARK 2864
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Chow_

DATE 03-05-03    TIME 0846

A 17                    E 2
B 35                    SEG 3
C 20                    B/S 1
D 50                    HOLD 3
VISIT 0                 KITCHEN 6
LOBBY 6                 OUTSIDE 6

TOTAL THIS COUNT 137

_____   _____
OFFICER              CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _SHIFT CHANGE DAY_

DATE 3/5/03    TIME 0725

A 17                    E 2
B 35                    SEG 3
C 20                    B/S 1
D 50                    HOLD 4
VISIT 0                 KITCHEN 5
LOBBY 0                 OUTSIDE 0

TOTAL THIS COUNT 137

_____   _____
OFFICER              CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Chow_

DATE 3/5/03    TIME 1230

A 13                    E 2
B 35                    SEG 3
C 20                    B/S 1
D 49                    HOLD 18
VISIT 0                 KITCHEN 7
LOBBY 0                 OUTSIDE 0

TOTAL THIS COUNT 148

_____   _____
OFFICER              CONTROLLER

_____
SUPERVISOR

PARK 2799
REYES

# PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Full_

DATE _3/5/2003_ TIME _1730_

A _33_                E _2_

B _37_                SEG _3_

C _21_                B/S _1_

D _49_                HOLD _____

VISIT _____        KITCHEN _____

LOBBY _____        OUTSIDE _____

TOTAL THIS COUNT _146_

_Qhlredwel_

OFFICER                    CONTROLLER

SUPERVISOR

PARK 2832
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _HEAD_

DATE _03-05-03_ TIME _0540_

A _20_          E _2_

B _35_          SEG _3_

C _20_          B/S _1_

D _50_          HOLD _3_

~~VISIT~~ Janitors _3_     KITCHEN _0_

LOBBY _0_       OUTSIDE _0_

TOTAL THIS COUNT _137_

_____ _DF_
OFFICER          CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _HEAD COUNT_

DATE _3-05-03_ TIME _11:37_

A _25_          E _1_

B _35_          SEG _1+2_

C _19_          B/S _1_

D _50_          HOLD _5_

VISIT _____   KITCHEN _____

LOBBY _____   OUTSIDE _____

TOTAL THIS COUNT _139_

_Dow. Frye_      _____
OFFICER          CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _HEAD Count_

DATE _3-5-03_ TIME _03:00_

A _28 27_       E _2_

B _35_          SEG _2_

C _19_          B/S _1_

D _50_          HOLD _4_

VISIT Janitors _3_   KITCHEN _____

LOBBY _____   OUTSIDE _1_

TOTAL THIS COUNT _139_

_____
OFFICER          CONTROLLER

_____
SUPERVISOR

PARK 2865
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Lunch_

DATE _03-6-03_    TIME _1247_

A _23_                E _5_

B _37_               SEG _2_

C _22_               B/S _1_

D _55_               HOLD _3_

VISIT _____        KITCHEN _5_

LOBBY _____        OUTSIDE _____

TOTAL THIS COUNT _153_

_____    _C. Crowder_
OFFICER              CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Chow_

DATE _03-06-03_    TIME _0901_

A _28_                E _5_

B _37_               SEG _2_

C _22_               B/S _1_

D _55_               HOLD _3_

VISIT _____        KITCHEN _3_

LOBBY _____        OUTSIDE _____

TOTAL THIS COUNT _156_

_____    _____
OFFICER              CONTROLLER

_____
SUPERVISOR

PARK 2800
REYES

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Head_

DATE _____ TIME _____

A _32_     E _5_

B _37_     SEG _2_

C _22_     B/S _1_

D _61_     HOLD _3_

VISIT _Ø_     KITCHEN _Ø_

LOBBY _Ø_     OUTSIDE _Ø_

TOTAL THIS COUNT _163_

_Bell_

OFFICER     CONTROLLER

SUPERVISOR

---

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Head_

DATE _03-06-03_     TIME _2000_

A _30_     E _5_

B _37_     SEG _2_

C _22_     B/S _1_

D _55_     HOLD _3_

VISIT _Ø_     KITCHEN _Ø_

LOBBY _Ø_     OUTSIDE _Ø_

TOTAL THIS COUNT _155_

_Thomas_

OFFICER     CONTROLLER

SUPERVISOR

---

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Head_

DATE _3-6-03_     TIME _1600_

A _24_     E _5_

B _37_     SEG _2_

C _22_     B/S _1_

D _55_     HOLD _3_

VISIT _Ø_     KITCHEN _4_

LOBBY _Ø_     OUTSIDE _Ø_

TOTAL THIS COUNT _153_

_Thomas_     _Bell_

OFFICER     CONTROLLER

SUPERVISOR

---

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Face_ chow

DATE _03-06-03_     TIME _1700_

A _25_     E _5_

B _37_     SEG _2_

C _22_     B/S _1_

D _55_     HOLD _3_

VISIT _Ø_     KITCHEN _6_

LOBBY _Ø_     OUTSIDE _Ø_

TOTAL THIS COUNT _156_

_Thomas_     _Bell_

OFFICER     CONTROLLER

SUPERVISOR

PARK 2833
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _HEAD_

DATE _03-06-03_   TIME _0600_

A _31_   E _5_

B _37_   SEG _2_

C _22_   B/S _1_

D _55_   HOLD _3_

VISIT_____   KITCHEN_____

LOBBY_____   OUTSIDE_____

TOTAL THIS COUNT _156_

OFFICER        CONTROLLER

SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _HEAD_

DATE _03-06-03_   TIME _0300_

A _31_   E _5_

B _37_   SEG _2_

C _22_   B/S _1_

D _55_   HOLD _4_

VISIT _2_   KITCHEN _0_

LOBBY _0_   OUTSIDE _0_

TOTAL THIS COUNT _159_

OFFICER        CONTROLLER

SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _HEAD CT._

DATE _3/5/03_   TIME _3330_

A _35_   E _5_

B _38_   SEG _2_

C _22_   B/S _1_

D _55_   HOLD _12_

VISIT _0_   KITCHEN _0_

LOBBY _0_   OUTSIDE _0_

TOTAL THIS COUNT _159_

OFFICER        CONTROLLER

SUPERVISOR

PARK 2866
REYES

# PARK CO JAIL COUNT SHEET
## TYPE OF COUNT _SHIFT CHANGE_ (DAY)

DATE 3/7/03     TIME ___

A ~~19~~ 19     E 5
B 37            SEG 2
C 22            B/S 1
D 61            HOLD 3

VISIT ___        KITCHEN ~~___~~ 9
LOBBY 1          OUTSIDE ___

TOTAL THIS COUNT ___

_____ OFFICER        CONTROLLER

_____ SUPERVISOR

# PARK CO JAIL COUNT SHEET
## TYPE OF COUNT _Turnover_

DATE 3-7-03     TIME 0745

A 19            E 5
B 37            SEG 2
C 22            B/S 1
D 61            HOLD 3

VISIT ___        KITCHEN 10
LOBBY ___        OUTSIDE 1

TOTAL THIS COUNT ___

13 9
14.
15 0

_____ OFFICER        CONTROLLER

_____ SUPERVISOR

# PARK CO JAIL COUNT SHEET
## TYPE OF COUNT _Chow_

DATE 03-7-03     TIME 0934

A 21            E 4
B 37            SEG 2
C 22            B/S 1
D 61            HOLD 3

VISIT ___        KITCHEN 9
LOBBY ___        OUTSIDE ___

TOTAL THIS COUNT 160

_____ OFFICER        CONTROLLER

# PARK CO JAIL COUNT SHEET
## TYPE OF COUNT _Lunch_

DATE 3-7-03     TIME 1247

A 4            E 7
B 28           SEG 2
C 25           B/S ___
D 60           HOLD 6

Lorn 1          KITCHEN 2
VIS 1           OUTSIDE ___

TOTAL THIS COUNT 134

_____ OFFICER        CONTROLLER

_____ SUPERVISOR

PARK 2801
REYES

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT __Face__

DATE __03-07-03__   TIME __1830__

A __12__          E __9__

B __24__          SEG __2__

C __28__          B/S __1__

D __11__          HOLD __1__

VISIT __∅__       KITCHEN __∅__

LOBBY __∅__       OUTSIDE __∅__

TOTAL THIS COUNT __88__

__Thomas__        __Bell__
OFFICER           CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT ____

DATE __3-7-03__   TIME __1545__

A __6__           E __3__

B __25__          SEG __2__

C __25__          B/S __1__

D __11__          HOLD __5__

MPR VISIT __6__   KITCHEN ____

LOBBY ____        OUTSIDE ____

TOTAL THIS COUNT __84__

__MG__            __5C__
OFFICER           CONTROLLER

__Bellatm__
SUPERVISOR

## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT __Head__

DATE __03-07-03__   TIME __2000__

A __6__           E __10__

B __24__          SEG __1__

C __29__          B/S __1__

D __11__          HOLD __∅11__

VISIT __∅__       KITCHEN __5__

LOBBY __∅__       OUTSIDE __∅__

TOTAL THIS COUNT __98__

__Thomas__        __Bell__
OFFICER           CONTROLLER

_____
SUPERVISOR

PARK 2834
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT __Face__

DATE __030703__     TIME __0800__

A __30__          E __5__

B __37__          SEG __2__

C __22__          B/S __1__

D __18__          HOLD __3__

VISIT_____ KITCHEN_____

LOBBY_____ OUTSIDE_____

TOTAL THIS COUNT __161__

_____     __F.KBJS__
OFFICER                CONTROLLER

__W. Edey__
SUPERVISOR
O I C


## PARK CO JAIL COUNT SHEEET

TYPE OF COUNT __Head__

DATE __09-07-03__     TIME __0300__

A __32__          E __5__

B __37__          SEG __2__

C __22__          B/S __1__

D __61__          HOLD __3__

VISIT__Ø__     KITCHEN__Ø__

LOBBY__Ø__     OUTSIDE__Ø__

TOTAL THIS COUNT __163__

__Thomas__
OFFICER                CONTROLLER

_____
SUPERVISOR


PARK 2867
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Lunch_

DATE 3-8-03   TIME 1250

A 17   E 10

B 24   SEG

C 31   B/S 1

D 10   HOLD

Lau VISIT 1   KITCHEN 3

LOBBY   OUTSIDE

TOTAL THIS COUNT 97

_____   _____
OFFICER         CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Chow_

DATE 03-8-03   TIME 0940

A 20   E 10

B 24   SEG

C 31   B/S 1

D 11   HOLD

VISIT   KITCHEN 3

LOBBY   OUTSIDE

TOTAL THIS COUNT 100

_____   _____
OFFICER         CONTROLLER

_____
SUPERVISOR

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Shift Change_

DATE 3-8-03   TIME 0740

A 22   E 10

B 24   SEG

C 30   B/S 1

D 11   HOLD

LOBBY   KITCHEN 1   OUTSIDE

TOTAL THIS COUNT 100

_____   _____
OFFICER         CONTROLLER

_____
SUPERVISOR

22

PARK 2802
REYES

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Head_

DATE _03-08-05_     TIME _1600_

A _18_          E _9_

B _23_          SEG _0_

C _31_          B/S _1_

D _10_          HOLD _3_

VISIT _2_        KITCHEN _2_

LOBBY _0_        OUTSIDE _0_

TOTAL THIS COUNT _99_

_Thomas C_
OFFICER              CONTROLLER

_Bell_
SUPERVISOR

---

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Head_

DATE _03-08-03_     TIME _2000_

A _23_          E _9_

B _24_          SEG _0_

C _30_          B/S _1_

D _10_          HOLD _0_

VISIT _0_        KITCHEN _00_

LOBBY _0_        OUTSIDE _0_

TOTAL THIS COUNT _97_

_Thomas_
OFFICER              CONTROLLER

_Bell_
SUPERVISOR

---

## PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Feed_

DATE _03-08-03_     TIME _1730_

A _23_          E _9_

B _24_          SEG _0_

C _30_          B/S _1_

D _10_          HOLD _0_

VISIT _0_        KITCHEN _0_

LOBBY _0_        OUTSIDE _0_

TOTAL THIS COUNT _97_

_Thomas_
OFFICER              CONTROLLER

_Bell_
SUPERVISOR

**PARK 2835**
**REYES**

PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Head Count_

DATE 3-8-03   TIME 12:00

A  24          E  10

B  24          SEG  /

C  29          B/S  /

D  11          HOLD  /

VISIT  0       KITCHEN  0

LOBBY  0       OUTSIDE  0

TOTAL THIS COUNT  101

_____   THOMAS
OFFICER         CONTROLLER

W. Elkins
SUPERVISOR
OIC

PARK CO JAIL COUNT SHEET

TYPE OF COUNT _Face_

DATE 030803   TIME 0600

A  23          E  10

B  24          SEG  /

C  30          B/S  /

D  11          HOLD  0

VISIT  0       KITCHEN  0

LOBBY  0       OUTSIDE  0

TOTAL THIS COUNT  100

_____   EKEJS
OFFICER         CONTROLLER

W. Elkins
SUPERVISOR
OIC

PARK CO JAIL COUNT SHEEET

TYPE OF COUNT _Face_

DATE 030803   TIME 0240

A  24          E  10

B  24          SEG  /

C  30          B/S  /

D  11          HOLD  0

VISIT           KITCHEN

LOBBY           OUTSIDE

TOTAL THIS COUNT  101

_____   EKEJS
OFFICER         CONTROLLER

W. Elkins
SUPERVISOR
OIC

PARK 2868
REYES