DATE 3-2-03     SHIFT DAY     SGT/CORPORAL/OIC  Crawford

PARK COUNTY JAIL POD WALK LOG SHEET

| DATE | TIME | A | B | C | D | E | B/S | SEG | OFFICER | REMARKS |
|------|------|---|---|---|---|---|-----|-----|---------|---------|
| 3-2 | 0803 | x | x | x | x | x | x | x | Walker | TURNOVER |
| 3-2 | 0819 | x | x | x | x | x | x | x | Greeley | CHOW/FACE CT |
| 3-2 | 0859 | x | | | | | | | Walker | SHOW SHOVELERS OUT |
| 3-2 | 0901 | x | | | | | | | Greeley | RANDOM |
| 3-2 | 0908 | | | | x | | | | Greeley | Random |
| 3-2 | 0922 | x | x | x | x | | | | Greeley | PHONE COS/TRASH |
| 3-2 | 0930 | | | x | | | | | Walker | Rec Call |
| 3-2 | 0932 | x | x | x | x | x | x | x | Greeley | HOURLY |
| 3-2 | 1006 | x | x | x | x | | | | Walker | Buckets |
| 3-2 | 1021 | | | | | x | x | x | Greeley | HOURLY |
| 3-2 | 1025 | x | x | x | x | | | | Walker | HOURLY |
| 3-2 | 1033 | | | | x | | | | Walker | Rec call |
| 3-2 | 1038 | | | | | x | x | x | Greeley | Random |
| 3-2 | 1100 | x | x | x | x | | | | Greeley | Random Matt ✓ |
| 3-2 | 1107 | | | | | | | x | Walker | Check |
| 3-2 | 1113 | x | x | x | x | | | | Walker | Juis in - |
| 3-2 | 1145 | x | x | x | x | | | | Walker | Random/HOURLY |
| 3-2 | 1230 | | x | | | | | | Greeley | VISIT |
| 3-2 | 1238 | x | x | x | x | x | x | x | Walker | CHOW/FACE CT |
| 3-2 | 1309 | x | | | x | | | | Greeley | HOURLY |
| 3-2 | 1326 | | x | | | | | | Crawford | TAT CHECK |
| 3-2 | 1424 | x | x | x | x | x | x | x | Crawford | Hourly/Meds |
| 3-2 | 1508 | x | x | x | x | | | | Greeley | BUCKETS |
| 3-2 | 1510 | x | x | x | x | | | | Greeley | Trash |
| 3-2 | 1528 | x | x | x | x | x | x | x | Walker | |
| 3-2 | | | | | | | | | | |

EXHIBIT A-30

PARK 0119
REYES

DATE 3-4-03    SHIFT Day    SGT/CORPORAL/OIC Muldoon

PARK COUNTY JAIL POD WALK LOG SHEET

| DATE | TIME | A | B | C | D | E | B/S | SEG | OFFICER | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-4 | 0800 | x | x | x | x | x | x | x | BF | TURNOVER |
| 3-4 | 0807 | x | x | x | x | x | x | x | DE | Chow |
| 3-4 | 0851 | x | x | x | x | x | x | x | Sallee | Podwalk |
| 3-4 | 0916 | x | x | x | x | x | x | x | DE/Walker | hourly |
| 3-4 | 1029 | x | x | x | x | x | x | x | DF | hourly |
| | 1133 | x | x | x | x | x | x | x | ST | Hourly |
| | 1240 | x | x | x | x | x | x | x | ST/JW | Hourly |
| | 1324 | | x | | | | | | ST | Rec. |
| | 1445 | x | x | x | x | x | x | x | JW | Hourly |

PARK 0102
REYES

DATE 3/5/03  SHIFT Days  SGT/CORPORAL/OIC Goodwin

PARK COUNTY JAIL POD WALK LOG SHEET

| DATE | TIME | A | B | C | D | E | B/S | SEG | OFFICER | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/5/03 | 0725 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Ellis | TURNOVER |
| 3-5 | 0815 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Theobald | Chow |
| 3.5 | 0915 | ✓ | ✓ | ✓ | ✓ | ⓔ | | | Theobald | Trio P/U / Bar Code |
| 3.5 | 1030 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Theobald | Hourly |
| 3.5 | 1048 | ✓ | | | | | | | Theobald | Nurse Visits |
| 3.5 | 1220 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Walker | Chow / Face count |
| 3.5 | 1350 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | meds |
| 3.5 | 1441 | ✓ | ✓ | ✓ | ✓ | — | ✓ | ✓ | Theobald | Hourly |
| 3-5 | 1524 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Walker | hourly |

PARK 0090
REYES

DATE 03-06-03 SHIFT 1st    SGT/CORPORAL/OIC _____

PARK COUNTY JAIL POD WALK LOG SHEET

| DATE | TIME | A | B | C | D | E | B/S | SEG | OFFICER | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-6-03 | 7:20 | x | x | x | x | x | x | x | DE | TURNOVER |
|  | 7:45 | x | x | x | x |  |  |  | RB | RAZOR P.U. |
|  | 810 |  |  |  |  |  |  | x | CG | P/Hour cov |
|  | 817 | x | x | x | x | x | x | x | ST | Chow |
|  | 1000 | x | x |  |  |  |  |  | CG | Hourly |
|  | 1030 | x | x | x | x |  |  |  | ST | Trash + Mop Buckets |
|  | 11:25 | x | x | x | x | / | / | / | ST | Hourly |
|  | 12:10 | x | x | x | x | x | x | x | ST | Chow |
|  | 1320 | x | x | x | x | x | x | x | ST | Hourly |
|  | 1430 | x | x | x | x | x | x | x | ST | Hourly |
|  | 1520 | x | x | x | x | x | x | x | ST | Hourly |

PARK 0074
REYES

DATE 3-7-03      SHIFT DAY       SGT/CORPORAL/OIC _(signature)_

PARK COUNTY JAIL POD WALK LOG SHEET

| DATE | TIME | A | B | C | D | E | B/S | SEG | OFFICER | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-7 | 0710 | x | x | x | x | x | x | x | Ellis | TURNOVER |
| 3-7 | 0745 | x | x | x | x | x | x | x | Crawford | Re-Count |
| 3-7 | 0838 |   | x |   |   |   |   |   | Muldoon | Random |
|     | 0844 | x | x | x | x | x | x | x | Salles | Crow/ |
| 3-7 | 1430 | x | x | x | x | x | x | x | Gurrero | hourly |

PARK 0069
REYES