

# Park County Sheriff's Office
## Detention Center
### Inter-Office Memorandum

TO: Sgt. Muldoon / Day Shift

FROM: Sgt. Flint

SUBJECT: Shift Update

DATE: March 4, 2003

COPIES: Captain Gore / Sgt.'s Log

---

Inmate Herbert Maprazo-Hazariegos is complaining of serious pains on his left side (D-pod). Recommend he see the nurse as soon as possible.

Several inmates in D-pod appear to be experiencing chest colds/flue or altitude sickness. Officers placed the coolers in their overnight with drinks and water.

andrail on a lower bunk in A-pod broke off. The remaining portion needs to be removed. If someone would please notify Jim.

There have been _n o_ laundry changes in B, C and D pods for over five days. We had our laundry person (Forester) out our whole shift to deal with D-pod. Could somebody check with day shift laundry trustee where we are breaking down? We have had numerous complaints on Hanson.

CJIMs is not allowing the officers to correct mis-spelled information,ect.

There are three Mexican Nationals that were arrested this evening. They each have street charges from PCSO. They are also illegals, could Deputy Goodwin investigate the possibility of obtaining a detainer from INS regarding these three. We had slight problems identifying these individuals initially.

Thanks in advance.

Sgt. Flint

*PS: Who stole the Peanut Butter cake?*



EXHIBIT A-31

PARK 3517
REYES