3-6-03                              Park Co. Jail

Re: INS hold Carranza,Moises

S: Brought to medical with interpreter c/o body aches,headache,nausea,and diarrhea. States he has nasal cingestion and sore throat.

O: T 100.2 P:88 R:24

A: Skin warm and dry to touch. Abdomen non rigid and slightly tender over stomach. Lungs clear bilaterally,with clear breath sounds and without wheezes. Heart sounds normal and regular. Denies any history of heart, stomach or gastrointestinal problems. Denies any history of ashma or lung problems.Neck non tender.

P: Motrin 400mg for body aches and headache, CTM for nasal congestion, Pepto Bismal for upset nausea.Told through interpreter to drink fluids to keep himself hydrated. Asked inerpreter to to tell him to let medical know if he is not improving.

James Bachman MD                              Vicki Paulsen RN

EXHIBIT
A-32

PARK 3525
REYES

3-7-03                                            Park Co. Jail

Re: Ins hold Carranza, Moises

S: Brought to medical with interpreter with c/o headache, nausea vomiting, body aches and diarhea. Still has nasal congestion.

O: Afebrile T. 97.4 P.92 R. 24

A: Skin warm and dry to touch. Lung sounds clear bilaterally, Clear breath sounds without wheezes. Heart sounds normal and regular. Abdomen slightly tender over stomach.

P: Continue Motrin 400mg, CTM for nasal congestion, and Pepto Bismal for nausea and diarrhea. To contact medical if there are worsening of symptoms.

James Bachman MD                              Vicki Paulsen RN

PARK 3528
REYES

3-8-03

0345: Received a call rom Deputy Fikjas at Park Co. Jailreguarding INS hold Carranza,who was having
trouble breathing and was c/o vomiting and nausea.He stated that they had placed Mr. Carranza on
oxygen and he was feeling better. Deputy Fikjas was told he could give Mr.Carranza Motrin 800mg
for aches and headache,and to give Pepto Bismal for his nausea. and diarrhea. I asked Deputy Fikjas
to call me if there was any change in Mr. Carranzas condition.


0600: Called Deputy Fikjas to see how Mr. Carranza was . He stated he had used the bathroom once
in the last two hours and appeared to be resting.


0750Arrived at Park Co. Jail to assess Mr. Carranza. Shortly after arriving I was told he had just fallen
in the tier. I went to the upper D Pod tier and Corp. Crawford was with Mr. Carranza.Through an
interpreter I assessed he was coherent and c/o right side pain. On assesssment Mr.Carrnaza had
minimal abdominal discomfort but had developed acute right side pain. He had pain over his right
kidney, radiaating to his right flank and down into tha right lower abdomen slightly above his groin.
Mr. Carranza was then moved to the lower tier for his safety and protection.I asked that INS be called
as I felt that Mr. Carranza needed to be transported to Summit Medical for evaluation by a physician.
I talked to Ben at INS and appraised him of the situation with Mr. Carranza.He stated it would be at
least three hours before they could get someone here to transport Mr. Carranza, and he gave us
permission to transport if his condition worsened. Ben asked me what I thought was the problem and
I axplained that it could be anything from possibly kidney stones ,to gall bladder or something else.
Stated I felt he needed to be evaluated by a physician.


1030: Called for an udate on Mr. Carranza and was told by Deputy T

Page 1

heobold that   he was vomiting
more frequently.Being concerned about Mr. Carranza becoming dehydrated,and concerned about
his right side pain, I asked that he be transported to Summit Medical for evaluation.


1130: Called and talked with Corp. Crawford and he stated that Sgt.Muldoon was on his way in to
transport Mr.Carranza to Summit Medical.


1330: Called Corp. Crawford for an update on Mr. Carranza and was told he had not heard anything
from Summit Medical, but he would call and inform me as soon as he heard anything,


1430: Corp. Crawford called and stated that Mr. Carranza was in route to Denver General with a
dianosis of pneumonia.


2300: Called by Capt. Gore and was told that Mr. Carranza was in critical condition and had
become septic.Capt. Gore asked if Mr.Carranza had been treated medically by us and was
told yes,That I had seen him on 3-6-03 and 3-7-03 for flu like symptoms.I wasthen called
in AM of 3-8-03 that his symptoms had become worse.

                                                                Vicki Paulsen Rn