## PARK COUNTY SHERIFF'S OFFICE
### CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number | Date of Report |
|---|---|---|---|
| **Incident Report** | **Carranza, Reyes-Moises** | | **03082003** |

March 7, 2003.
2345 hours

I, Don Frye, a Deputy with Park County Detention center and A Medical First Responder with Jefferson/Como Fire Department, arrived to work at the Detention Center and relieved the Swing Shift. Information from shift briefing indicated several inmates in D block were experiencing altitude and flu like symptoms. Swing shift indicated Nurses instructions were to give Ibuprofen and Pepto Bismol as needed to the inmates.

March 8, 2003.
0100 hours

I entered D Block for my normal round walk, which is conducted on all pods every twenty minutes. Upon entering, Inmate Carranza stated that he was sick. I gave him two Ibuprofen and Pepto Bismol. I then left D Block.

March 8, 2003.
0100-0300

Pod walks conducted and no complaint from Inmate Carranza.

March 8, 2003.
0300 hours

I again entered D Block for a routine pod walk. Inmate Carranza again stated that he was sick. I got an interpreter and took the interpreter and Inmate Carranza back to medical. I then took Inmate Carranza's blood pressure. The result was 143/78. I then took his pulse. The result was 62. I then took his respiration. The result was 34. This indicated shallow breathing. I had the interpreter ask Inmate Carranza about his medical history and any medications he might be on. He gave me no information. All he stated was that he had been sick for the last three days. I placed him on twelve liters of oxygen. After five minutes, he stated the oxygen was not helping him. He wanted to return to his bunk in D Block. I then took them back to D Block. Nurse Paulson was informed of Inmate Carranza's condition. Paulson stated that it was flu like symptoms and she was aware of his condition. Paulson advised to call her back if he gets worse.

**EXHIBIT A-33**

March 8, 2003.
0520-0640 hours

While on routine pod walk, I asked inmate Carranza if he was feeling better, worse, or the same by using hand gestures. Thumbs up was better, thumbs down was worse, horizontal motion from right to left was the same. Each time he indicated horizontal motion meaning the same. I offered oxygen at these times and he declined. Inmate Carranza kept pointing to the mid section of the back on his right side. I lifted his shirt to observe the

| Officer's Signature & Number | Supervisor's Initials & Date | Page ___ of ___ |
|---|---|---|
| Deputy Don Frye #15 | | |

Rev. 6/98 Form: PCSO-N

PARK 0155
REYES

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Incident Report | Carranza, Reyes-Moises | 03082003 |

Case Report Number

area and noticed no deformity or discoloration of the skin. There was no swelling. During these times I observed Inmate Carranza kneeling on the floor with his upper body on the bunk. This indicated signs of discomfort.

March 8, 2003
0700 hours

While on routine pod walk passing out medications to the Inmates, I gave inmate Carranza two more Ibuprofen, and Pepto Bismol per the nurses instructions. He was up walking around and appeared to be doing better. I again asked him if he was better, worse, or the same by using the same hand gestures. He indicated that he was the same. His breathing was still shallow. I again offered him oxygen. Inmate Carranza declined. A short time later Nurse Paulson arrived and accessed his situation.

END OF REPORT.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Deputy Don Frye #15 | | Page ___ of ___ |

Rev. 6/98 Form: PCSO-N

PARK 0156
REYES