

Park County Sheriff's Office
**Detention Center**
Inter-Office Memorandum

To: Capt. Gore

From: Sgt. Muldoon

Subject: INS Detainee Moises Carranza-Reyes

Date: Wednesday, March 12, 2003

---

I was notified at 08:35 on Saturday, March 08, 2003, by Cpl. Steve Crawford, that INS Detainee Moises Carranza-Reyes had a possible kidney stone. He had complained of severe enough pain to have caused Nurse Vicki Paulson to have been called in to examine him. She notified Cpl. Crawford that Carranza-Reyes may need transport if his symptoms became worse.

At approximately 11:15 I was called at my residence by Cpl. Crawford and told that Nurse Paulson had ordered that he be transported as soon as possible. I went on-duty at 11:30 and arrived at the Park County Jail at 11:39.

Detainee Carranza-Reyes was brought to Booking in a wheel chair by Deputy Walker. Restraints were applied, and I departed at 11.55 in Unit 5067. Carranza-Reyes had complained of vomiting and had been provided with a plastic bag for the ride to Summit Medical Center.

I arrived at the Summit Medical Center at approximately 12:40, parked in the handicapped slot and Carranza-Reyes walked in to the Emergency Waiting Room under4 his own power. Carranza-reyes indicated a continuing need to vomit. When I discussed this with the Receptionists they directed me toward the restroom. Carranza-Reyes sat in a chair next-to the restroom and I stood near him. During the 20 minute wait Carranza-Reyes filled out Spanish-language medical admittance forms and twice I escorted him into the restroom to vomit. Both of these restroom visits occasioned minimal amounts of a dark-colored, mucus-appearing vomit.

When we were escorted into the Emergency Room by a Nurse I began to limit my participation to trying to stay out of the way and observing my inmate to be sure that he had no access to contraband. Because he was suspected of having a kidney stone an attempt was made to obtain a urine sample, but Carranza-Reyes was unable to provide this sample.

I did explain that Carranza-Reyes did not speak English. After approximately 30 minutes a Medical Student who spoke Spanish came into the room that we occupied and she began to question Carranza-Reyes in that language. She covered the usual medical questions concerning his medical history. I do not speak Spanish, but I was able to follow the questions from either pronunciation or gestures that accompanied the questions. This continued on-and-off for the entire time we were there. This was also during the time that the Doctor was examining Carranza-Reyes. Any questions that he had were translated by the Medical Student and the answers also translated into English.

Carranza-Reyes was put on two IV lines and oxygen. He kept removing the oxygen mask and it was explained to him in English and Spanish that he needed to leave the oxygen mask in place. The Doctor explained to me that Carranza-Reyes had pneumonia and needed to be transported to Denver Health Medical Center. Summit Ambulance was called and I arranged with them to be able to follow them down rather than ride in the ambulance. This was acceptable due to the condition of Carranza-Reyes.

**EXHIBIT A-35**

PARK 0148
REYES

I contacted Cpl. Crawford and he faxed a Letter of Financial Responsibility to the Denver County Sheriff's Department at Denver Health Medical Center. I was also in contact with Dan Fitzgibbon of INS throughout this re process.

We departed in convoy at approximately 14:30 and arrived at Denver Health at about 1600. I turned over custody of Carranza-Reyes to the Denver County Sheriff's Department.

PARK 0149
REYES