

Park County Sheriff's Office
Detention Center
Inter-Office Memorandum

To: All Staff

From: Corporal Crawford

Subject: Shift Highlights

Date: 030803

---

Inmate Carranza-Reyes, Moises in D-Block has a kidney stone. Nurse has seen him this a.m. Captain advised we may have to transport to Summit Medical if it gets worse. Ben at INS has been advised and if we do transport he will send us the paperwork so that they pay, not us. Inmate has been given a plastic chair to ease the discomfort.

Above inmate to be transported to Summit per Nurse. Sgt. Muldoon to do transport. Capt. and INS advised.
→
Inmate Ankrum back in C-Block per Capt. Gore. Still keep a close eye on him.
→→
Inmate Pacheco, Cory in C-12 is suspected of selling his meds and is also causing some problems in C-Block. Tension is high. If we experience any problems we will Seg him.

There is a possibility that Marshal One, Razkowitz may be arrested for DV. If he is, isolate booking, no inmate traffic, and then after booking keep him isolated from other inmates.
→
Officers who use the Cell Phones need to plug them in after use so that they are charged for the next user.
→
Boulder inmates arrived with no money from Boulder Jail. Call them on Monday and see if they are going to send the inmates' money.
→

EXHIBIT
A-36

PARK 3529
REYES