Summit Medical Center
Emergency Room
PO Box 738 Frisco, CO 80443

Patient Name: Carranza-Reyes, Moises
DOB: 8/2/1976
MODE OF ARRIVAL: Patient was brought to the Emergency Department by police.

CHIEF COMPLAINT: shortness of breath, vomiting
Patient complains of shortness of breath approximately 3 days prior to arrival. Arrived at altitude 3 days ago. The patient has a headache. There is productive cough with sputum. There has been some congestion. There has been tactile fever. The patient complains of restless sleep. There has been marked shortness of breath on exertion and some shortness of breath at rest. Patient claims to have palpitations associated with the symptoms. The patient complains of right pleuritic nonradiating chest pain. There has been multiple episodes of vomiting for 3 days. The patient had a mild cold symptoms for the past week. He has right back pain, but no abdominal pain. The patient is from Mexico and has been incarcerated in the Fairplay jail for the past 3 days.

REVIEW OF SYSTEMS:

Constitutional symptoms: as above.
Eyes: no blurred vision, Wears glasses.
Ears, nose, mouth, throat: as above,. No earache, no sinus pain.
Cardiovascular: as above.
Respiratory: as above.
Gastrointestinal: as above.
Genitourinary: no dysuria,
Musculoskeletal: no joint pain,
Integumentary: no rash,
Neurological: as above..
PMH: generally healthy
PATIENT'S CURRENT MEDICATIONS: none
PATIENT'S ALLERGIES: none
SOCIAL HISTORY:   as above, nonsmoker
FAMILY HISTORY: mother has some lung condition

PHYSICAL EXAM: Vital Signs: Reviewed Nurse's notes.
PATIENT STATUS: alert and cooperative.
EYES: PERRL, EOMI, no discharge or injection.
EARS: TMs without perforation, injection, or bulging. External canals clear without exudate.
THROAT: Pharynx without injection, exudate or tonsillar hypertrophy. Airway patent.
NECK: Supple, nontender, no lymphadenopathy.
CHEST: Nontender, symmetrical, no retractions.
LUNGS: Breath sounds equal both sides. No wheezes on auscultation. Right rales auscultated. Bilateral rhonchi auscultated.
HEART: Rate: rapid. Rhythm: normal. Heart Sounds: normal. No systolic or diastolic murmurs.
ABDOMEN: Soft, nontender, good bowel sounds. No hepatosplenomegaly, rebound, guarding, firm or pulsatile mass. No flank tenderness.
PEDAL EDEMA: none.
NEUROLOGICAL: Alert and cooperative. Sensory and motor functions intact.

DATABASE:
Oxygen saturation: 91% on 15 liter/min by mask.
X-RAY: chest x-ray shows large right middle lobe and right lower lobe pneumonias Interpretation by ED Physician. Results were reviewed with the radiologist.
CBC: WBC 5.0 see results on chart.

| E.D. Clinician: | Timothy B. Keeling, D.O. | EMERGENCY DEPARTMENT |
|---|---|---|
| Date: | Sat Mar 08, 2003 | Page 1 of 2 |
| | CHART COPY | |

EXHIBIT A-37

000002

Comprehensive Metabolic Panel:
The results are normal except for the following:
K 3.1
Cl 94
glucose 164
BUN: 23
Cr 3.8
T BILI: 2.9
CA2: 8.0
AST: 49
ALT: 43
BLOOD CULTURE X 2: obtained.
EKG:
Rhythm: SVT
Axis: normal
Intervals: normal
QRS: normal
ST segment: normal
Interpretation: the EKG is abnormal
The EKG was interpreted by the Emergency Physician.
CONSULT: Dr L Shockley, emergency physician was consulted by phone at 03:04 pm and will evaluate the patient in another Emergency Department.
INTERVENTION: KCl Duratuss 20 meq po, levofloxacin 500 mg IV was given. Patient was hydrated with IV X 2: lactated Ringer's. Procedure was performed by nurse. After treatment the patient's condition is stable.
Discussion:
Medical records unavailable
Risk of complications and morbidity if untreated are potentially high.
Differential diagnosis was considered for: Based on the patient's history, physical exam and hospital course the differential diagnosis was considered for causes of shortness of breath including but not limited to asthma, pneumonia, CHF, acidosis and pulmonary embolism.
DIAGNOSIS: 1. Right middle lobe and right lower lobe pneumonia 2. Sepsis 3. Hypokalemia 4. Elevated creatinine, abnormal chemistries

DISPOSITION:
Patient was transferred to DGMC ED via ambulance at 03:28 pm. Patient was an emergency transfer and patient's condition requires the capabilities at the other facility. Patient's condition at time of transfer is stable. Patient understands the risks of transfer and the benefits.

Timothy B. Keeling, D.O.

Sat Mar 08, 2003 03:28 pm

I authorize my typed signature that I authenticated this report.