

Addendum Exists: ☐   Complete Status:
PCR Locked: ☐   Patient #: 1   Of: 1   Page 1 of 4

## PREHOSPITAL PATIENT CARE REPORT

Medical

| Incident #: | Date: 3/8/03 | Medical Record #: |
|---|---|---|

### PATIENT INFORMATION

| | |
|---|---|
| Name: | Carranza-Reyes   Moises |
| SSN: | Phone: (719) 836-4370 |
| Address: | Park County Sheriff's Office |
| | Fairplay   CO   80440 |
| Gender: Male | Weight: 220 Lbs | Date of Birth: 8/2/76 | Age: 26 Years |

Type of Patient: Difficulty Breathing/Respiratory Distress
Date/Time of Onset: Nausea/Vomiting
Other's on Scene: Campbell, Kim
ED Disposition:
Pay Source: self Park County SO.
Family Physician:
Employer:

### CALL INFORMATION

Provider: Summit County Ambulance
Unit # Ambulance 4   Call Origin: Clinician Request
First Responder:
Call Disposition: Interfacility Transfer
To Non-Emergent   From: Non-Emergent
Transport Provider: Summit County Ambulance
Unit # Ambulance 4   Transport Mode: Ground
Incident Location: SMC

Receiving Hospital: Denver Health Medical Center
Destination Reason: Triage to Specialty Center
From/To:
Received By: ED
Map Zone   Map Zone
Dispatch/Scene District: LDFR - Frisco   LDFR - Frisco
Pt/Total Mileage: 85.0 /   Radio Protocol: Written Order
Scene County/City/Zip: Summit   Frisco   80443

### Pertinent Findings

Chief Complaint: SOB
Initial Trauma Score:
Initial GCS: 15
Est. Blood Loss:
Pt Vehicle:
Pt Position:

Reason for Call: Medical
Severity Impression: Severe (Red)
Mechanism of Injury:
Safety Equipment:

### System Assessment

### Findings

Level of Discomfort: Severe
Level of Distress: Severe
On-Scene Condition: Vomiting, Nausea, Tachypnea, Restlessness, Dyspnea, Difficulty Breathing, Diaphoresis, Cough, Anxiety, Accessory Muscle Usage
Suspected Origin: Pulmonary Edema

Local Resident ? : No

EXHIBIT A-38

Allergies: none

| Crew 1/Primary | Crew 2/Driver | Crew 3 | Crew 4 |
|---|---|---|---|
| Rohwer George (signature) | Arias Miguel   395722570 | | |
| Other Rider | | | |

Medical Control: Keeling,   Base/Time: Summit Medical Center

Carranza-Reyes   Moises   Service Level: ALS1   EMS Case Number: 30305905040023   Printed: 3/8/03 21:07:19

Addendum Exists: ☐         Complete Status:
PCR Locked: ☐     Patient #: 1    Of: 1         Page 2 of 4

# PREHOSPITAL PATIENT CARE REPORT

Medical | Incident #: | Date: 3/8/03 | Medical Record #:

**Current Medications:** none
**Medical History:** none

### HPI:

Paged to SMC to transport a 26 yr. M with difficulty breathing and SOB. Pt AAAx3 days had increasing SOB and N&V for the last 2. Is in custody of the Park County S.O. and the INS for a traffic ticket, was brought in by the S.O. Pt. presented at the ER unable to walk cyanotic, hypotensive and tachycardia, was given 1800cc LR, oxygen with a nasal cannula and a nrb O2 sat increased from unreadable to high 80's to low 90's. Levaquin given and labs drawn. 2" Skin warm and diaphoretic PEARL, chest has ronchi in all lung fields extreme SOB, and L lateral chest discomfort, pelvis, upper and lower ext - movement causes increased SOB monitor shows ST without ectopy or changes. Enroute SOB continued pt vomited x2 blood tinged sputum zofran give with desired affect. Pt states that the SOB is not getting better or worse. 600cc LR infused enroute and Levaquin drip finished Arrived DHS 1700 without change. Report given and care transferred to Rn.

| Crew 1/Primary | Crew 2/Driver | | Crew 3 | Crew 4 |
|---|---|---|---|---|
| Rohwer George | Arias Miguel | 395722570 | | |
| Other Rider | | | | |
| Medical Control: Keeling, | | | Base/Time: Summit Medical Center | |
| Carranza-Reyes  Moises | Service Level: ALS1 | | EMS Case Number 30305905040023 | Printed: 3/8/03 21:07:21 |



Addendum Exists: ☐      Complete Status:
PCR Locked: ☐      Patient #: 1   Of: 1      Page 3 of 4

# PREHOSPITAL PATIENT CARE REPORT

Medical    Incident #:        Date: 3/8/03    Medical Record #:

## Event Chronology

| Time | Procedure | Description | Attendant |
|---|---|---|---|
| 15:15 | | Unit Dispatched | |
| 15:15 | | Unit Enroute | |
| 15:15 | | Arrived Scene | |
| 15:20 | | Patient Contact | |
| 15:55 | | Depart Scene | |
| 15:55 | Monitor IV | RATE 400  CC'S INFUSED: 1800  NOTES: Levaquin drip started at SMC 500 mg in 100cc at the rate of 100cc/hr. Finished at 1630 | Rohwer, George - Paramedic |
| 15:55 | Oxygen | DEVICE: Non-Rebreather Mask  LPM 15  PTRESPONSE: improved  NOTES: NRB and NC applied pts sats would drop to the 80's with the removal of O2 | Rohwer, George - Paramedic |
| 15:55 | Patient Loaded | | Arias, Miguel - EMT I |
| 15:55 | Pulse Oximetry | % SAT 92 | Rohwer, George - Paramedic |
| 16:08 | ASSESS LUNG SOUNDS | Left Lung Sounds: Rhonchi<br>Right Lung Sounds: Rhonchi<br>Notes: | |
| 16:08 | ASSESSMENT | SKIN Color: Normal / Pink- Moisture: Diaphoretic- Temp: Warm<br>Cap Refill: < 2 Seconds- Pupils: L: Normal- R: Normal- PERL: Yes<br>GCS: 15 - Eye: Spontaneous- Motor: Obeys Verbal- Verbal: Oriented | |
| 16:08 | ECG Monitor | NOTES: ST without changes | Rohwer, George - Paramedic |
| 8:08 | VITAL SIGN | SBP/DBP: 110/p ECG Monitor- Pulse: 156 Weak- R-Rate: 42 Shallow/Labored - S02: 91<br>ECG Rhythm: ST-Sinus Tachycardia Ectopy: | |
| 16:10 | Monitor IV | RATE 400  CC'S INFUSED: 2000  NOTES: Changed the bags | Rohwer, George - Paramedic |
| 16:25 | ASSESS LUNG SOUNDS | Left Lung Sounds: Rhonchi Diminished<br>Right Lung Sounds: Rhonchi Diminished<br>Notes: | |
| 16:25 | ASSESSMENT | SKIN Color: Normal / Pink- Moisture: Diaphoretic- Temp: Warm<br>Cap Refill: < 2 Seconds- Pupils: L: Normal- R: Normal- PERL: Yes<br>GCS: 15 - Eye: Spontaneous- Motor: Obeys Verbal- Verbal: Oriented | |
| 16:25 | VITAL SIGN | SBP/DBP: 138/p ECG Monitor- Pulse: 158 Weak- R-Rate: 60 Shallow/Labored - S02: 92<br>ECG Rhythm: ST-Sinus Tachycardia Ectopy: | |
| 16:40 | VITAL SIGN | SBP/DBP: 136/p ECG Monitor- Pulse: 150 Weak- R-Rate: 60 Shallow/Labored - S02: 90<br>ECG Rhythm: Ectopy: | |
| 16:55 | | Arrived Destination | |
| 16:55 | ASSESS LUNG SOUNDS | Left Lung Sounds: Rhonchi Diminished<br>Right Lung Sounds: Rhonchi Diminished<br>Notes: | |
| 16:55 | ASSESSMENT | SKIN Color: Normal / Pink- Moisture: Diaphoretic- Temp: Warm<br>Cap Refill: < 2 Seconds- Pupils: L: Normal- R: Normal- PERL: Yes<br>GCS: 15 - Eye: Spontaneous- Motor: Obeys Verbal- Verbal: Oriented | |
| 16:55 | VITAL SIGN | SBP/DBP: 136/p ECG Monitor- Pulse: 150 Weak- R-Rate: 58 Shallow/Labored - S02: 92<br>ECG Rhythm: ST-Sinus Tachycardia Ectopy: | |

| Crew 1/Primary | Crew 2/Driver | Crew 3 | Crew 4 |
|---|---|---|---|
| Rohwer George | Arias Miguel   395722570 | | |
| Other Rider | | | |
| Medical Control: Keeling, | | Base/Time: Summit Medical Center | |

Carranza-Reyes      Moises      Service Level: ALS1      EMS Case Number 30305905040023      Printed: 3/8/03 21:07:22

NOTHING ON PAGE FOUR