IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES

      Plaintiff,

v.

PARK COUNTY, a Public Entity of the State of Colorado and Its Governing Board;

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;

PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the State of Colorado;

FRED WEGENER, Individually and in His Capacity as Sheriff of Park County, Colorado;

MONTE GORE, Individually and in His Capacity as Captain of Park County Sheriff's Department; and

VICKI PAULSEN, Individually and in Her Official Capacity as Registered Nurse for Park County, Colorado,

      Defendants.

---

## UNOPPOSED MOTION TO EXTEND DISCOVERY
## FOR LIMITED PURPOSE OF COMPLETING DISCOVERY
## FROM FEDERAL AGENCY

---

Defendant Vicki Paulsen ("Paulsen"), by and through her undersigned counsel and pursuant to F.R.C.P. 6(b) and D.C.COLO.L.CivR 6.1(C), hereby submits this Unopposed Motion to Extend Discovery for Limited Purpose of Completing Discovery from Federal Agency, and as grounds therefore states as follows:

## D.C.COLO.L.CivR 7.1 Certification

Counsel for Paulsen has conferred in good faith with counsel for Plaintiff, Bill Trine, who stated that Plaintiff does not oppose the relief requested in this Motion. Counsel for Paulsen also conferred with counsel for co-Defendants, Andrew Ringel, who does not have an objection to the extension.

1. Defendant Paulsen respectfully requests the Court grant an extension of the discovery deadline for the limited purpose of allowing the parties time to complete working toward obtaining information from, and potentially deposing, employees of the U.S. Immigration and Customs Enforcement ("ICE"). The discovery cutoff is currently December 15, 2006. (See Minute Order, Nov. 8, 2006 (Doc. 106)).

2. Information from ICE is critical to this case, which involves an undocumented immigrant's claim that his civil rights were violated at the Park County Jail, where he was detained after being taken into custody by immigration officials. Communications between some of the Defendants and immigration officials are at issue, as well as information that may be contained in the Plaintiff's immigration file. As a result, counsel has been working toward obtaining information from ICE for several months. Specifically, Paulsen's counsel made a Touhey request for documents from ICE and for the depositions of ICE employees Ben Baca and Catherine Malapanes. It is counsel's understanding that ICE is still considering whether to allow the requested discovery, and that the decision was recently delegated to the Denver Regional Counsel's office. The regional counsel, however, has been out of the office and will not return until December 18, 2006, making a decision before the current discovery cutoff impossible.

3. For this reason, Defendant Paulsen requests an extension of discovery until January 31, 2007, for the limited purpose of allowing discovery, and possibly depositions, from ICE employees.

4. Defendant Paulsen has filed two prior motions for extension of the discovery cutoff. (*See* Unopposed Motion for Extension of Time for Fact Discovery, Jun. 5, 2006 (Doc. 68); Joint Motion to Amend/Correct/Modify Scheduling Order, July 6, 2006 (Doc. 76)). Both of those requests were granted. (*See* Minute Orders (Docs. 71, 79)).

5. This extension of time will not prejudice either party or interfere with existing deadlines. The dispositive motions deadline remains at December 15, 2006, and a pretrial conference is not set until March 13, 2007. (*See* Minute Order, July 7, 2006 (Doc. 79)).

6. Pursuant to D.C. Colo. LCivR 6.1(D), a copy of this Motion is being served on the undersigned's client.

WHEREFORE, Defendant Paulsen respectfully requests that the Court enter an Order granting her Unopposed Motion to Extend Discovery for Limited Purpose of Completing Discovery from Federal Agency up to and including January 31, 2007.

Respectfully submitted: December 15, 2006

s/ Melanie B. Lewis

Josh A. Marks, Esq.
Melanie B. Lewis
Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
Phone: (303) 402-1600
Fax: (303) 402-1601
Email: jam@bhgrlaw.com; mbl@bhgrlaw.com

*Attorneys for Defendant Paulsen*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2006, I electronically filed the foregoing Unopposed Motion to Extend Discovery for Limited Purpose of Completing Discovery from Federal Agency with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO 80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO 80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

Andrew Ringel
Jennifer Veiga
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com
Veiga@hallevans.com

s/ Julie Bozeman
_____
Julie Bozeman