IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado;
MONTE GORE, individually and in his capacity as captain of Park County Sheriff's
Department; and
VICKI PAULSEN, individually and in her official capacity as registered nurse for Park County,
Colorado,

      Defendants.

---

## DEFENDANT VICKI PAULSEN'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
### and proposed order

---

Defendant Vicki Paulsen ("Paulsen"), by and through her undersigned counsel, respectfully submits this Unopposed Motion to Exceed Page Limit for Opening Brief in Support of Motion for Summary Judgment, and in support thereof states as follows:

### D.C.COLO.LCivR 7.1 Certification

Counsel for Paulsen has conferred with counsel for Plaintiff, Bill Trine, who stated that Plaintiff does not oppose the relief requested in this Motion as long as Plaintiff has the opportunity to submit a Response Brief in excess of the applicable page limit. Paulsen does not object to Plaintiff's filing an oversize Response Brief.

1.      This Court has set a 20-page limit on the length of the opening brief in support of a motion for summary judgment. *See* Pretrial and Trial Procedures for Matters Before Judge Walker D. Miller, § 6.2 (July 2006).  However, upon appropriate motion, permission to file a brief of greater length may be granted in cases of extraordinary complexity. *Id.*

2.      In this case, Plaintiff brings constitutional claims against Paulsen in her individual and official capacity pursuant to 42 U.S.C. § 1983 based on the provision of allegedly inadequate medical care while Plaintiff was housed in the Park County Jail (the "Jail") as an INS detainee. The complex legal and factual issues associated with this case render an oversize brief appropriate.

3.      Paulsen's Motion for Summary Judgment (the "Motion") involves difficult issues of Plaintiff's Eighth and Fourteenth Amendment right to adequate medical care and Paulsen's qualified immunity defense. The law on these issues, and its application to the facts of this case, is both complex and intricate, and requires extensive discussion.

4.      In addition, the factual background of Paulsen's Brief in Support of the Motion (the "Brief") provides a necessarily detailed discussion of the particulars surrounding the progression and treatment of Plaintiff's illness, both during his stay at the Jail and after his transfer to the hospital. Accordingly, the Statement of Undisputed Material Facts in the Brief is considerably longer and more detailed than the average case.

5.      Given the complex legal and factual issues presented, additional briefing is fully justified in this case.

WHEREFORE, Defendant Paulsen respectfully requests that the Court enter an Order granting her Unopposed Motion for Leave to Exceed Page Limit for Brief in Support of Motion for Summary Judgment and accept as tendered Paulsen's Motion for Summary Judgment and accompanying Opening Brief in Support, filed contemporaneously herewith.

Respectfully submitted:  December 15, 2006

BERG HILL GREENLEAF & RUSCITTI LLP

s/ Melanie B. Lewis

Josh A. Marks
Melanie B. Lewis
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com; mbl@bhgrlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2006, I electronically filed the foregoing **DEFENDANT VICKI PAULSEN'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses, and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO 80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO 80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W., Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com

s/ Julie Bozeman
_____
Julie Bozeman

4