IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado;
MONTE GORE, individually and in his capacity as captain of Park County Sheriff's Department; and
VICKI PAULSEN, individually and in her official capacity as registered nurse for Park County, Colorado,

    Defendants.

---

### ORDER GRANTING DEFENDANT VICKI PAULSEN'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

This matter comes before the Court on Defendant Vicki Paulsen's Unopposed Motion for Leave to Exceed Page Limit for Opening Brief in Support of Motion for Summary Judgment. Having reviewed the Motion, and being fully advised, the Court hereby grants the Motion. The Brief in Support of Motion for Summary Judgment filed by Defendant Vicki Paulsen is accepted for filing by this Court.

    Dated this _____ day of December, 2006.

                                                          _____
                                                          Walker D. Miller
                                                          United States District Judge