IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado;
MONTE GORE, individually and in his capacity as captain of Park County Sheriff's Department; and
VICKI PAULSEN, individually and in her official capacity as registered nurse for Park County, Colorado,

    Defendants.

---

### DEFENDANT VICKI PAULSEN'S MOTION FOR SUMMARY JUDGMENT

---

Defendant Vicki Paulsen ("Paulsen"), by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 56, respectfully submits this Motion for Summary Judgment, and in support thereof states as follows:

1. Plaintiff's causes of action against Defendant Paulsen consist of 42 U.S.C. § 1983 claims for constitutionally inadequate medical care, which is brought against Paulsen in both her individual and official capacities, and a state law negligence claim.

2. As set forth in detail in Defendant Paulsen's Brief in Support of Motion for Summary Judgment (the "Brief"), Paulsen is entitled to qualified immunity on Plaintiff's constitutional claims against her in her individual capacity because, viewing the evidence in the

light most favorable to Plaintiff, Paulsen has not violated a clearly established constitutional right.

3. First, Plaintiff has failed to show that Paulsen violated Plaintiff's constitutional right to adequate medical care because there is no evidence that Paulsen acted with deliberate indifference to his medical condition.

4. Second, even if Plaintiff has shown that Paulsen violated a constitutional right, Plaintiff has failed to show the right allegedly violated was clearly established because a reasonable official would not have considered Paulsen's actions to be unlawful.

5. Plaintiff's claim against Paulsen in her official capacity is duplicative of his claim against Park County. Accordingly, and for the reasons stated in the County's Motion for Summary Judgment, this claim should be dismissed.

6. If Plaintiff's 42 U.S.C. § 1983 claims against Paulsen are dismissed, and the Court grants the County's Motion for Summary Judgment, only a single state law negligence claim against Paulsen will remain in this litigation. Because the negligence claim will no longer be supplemental to any federal claims, the Court should dismiss the claim without prejudice for lack of subject matter jurisdiction.

WHEREFORE, for the reasons stated herein as well as in Defendant Paulsen's Brief in Support of Motion for Summary Judgment filed contemporaneously herewith, Defendant Vicki Paulsen respectfully requests that this Court **GRANT** this Motion for Summary Judgment and dismiss all claims against her.

Respectfully submitted: December 15, 2006

        BERG HILL GREENLEAF & RUSCITTI LLP

        s/ Melanie B. Lewis
        _____

        Josh A. Marks
        Melanie B. Lewis
        1712 Pearl Street
        Boulder, CO  80302
        Phone:  (303) 402-1600
        Fax:  (303) 402-1601
        Email:  jam@bhgrlaw.com; mbl@bhgrlaw.com

        *Attorneys for Defendant Paulsen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2006, I electronically filed the foregoing **DEFENDANT VICKI PAULSEN'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses, and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO 80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO 80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W., Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com

s/Julie Bozeman
_____
Julie Bozeman