1/16/2006 Moises Carranza-Reyes, Vol. 1

0001

1       IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO

2

        Case No. 2005-WM-377 (BNB)

3     _____

4     DEPOSITION OF: MOISES CARRANZA-REYES, Volume I
        January 16 AND 17, 2006

5     _____

6     MOISES CARRANZA-REYES,

7     Plaintiff

8     v.

9     PARK COUNTY, a public entity of the State of Colorado
        and its governing board, THE PARK COUNTY BOARD OF

10    COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a
        public entity of the State of Colorado; FRED WEGENER,

11    individually and in his official capacity as Sheriff of
        Park County, Colorado; MONTE GORE, individually and in

12    his capacity as Captain of Park County Sheriff's
        Department; VICKIE PAULSEN, individually and in her

13    official capacity as Registered Nurse for Park County,
        Colorado; JAMES BACHMAN, M.D., individually and in his

14    official capacity as Medical Director of the Park
        County Jail,

15

        Defendants.

16

17    _____

18    TAKEN PURSUANT TO NOTICE on behalf of the Defendant
        Park County at 1125 17th Street, Suite 600, Denver,

19    Colorado 80202 at 9:09 a.m. before Laura L. Corning,
        Federal Certified Realtime Reporter, Certified

20    Shorthand Reporter and Notary Public within Colorado.

21

22

23

24

25

1           THE INTERPRETER:  Page 2.

2           MR. KORDICK:  Which paragraph?

3           THE INTERPRETER:  Bottom paragraph.

4           MR. RINGEL:  That's correct.

5           THE INTERPRETER:  Mr. Carranza is

6    indicating to the interpreter that the word here, which

7    says "carnicia" in this version should be

8    "carniceria" --

9           MR. RINGEL:  Okay.

10          THE INTERPRETER:  -- which means a

11   butcher shop.  The interpreter will continue then.

12     Q.     (BY MR. RINGEL)  Do you understand what

13   the interpreter just translated for you?

14     A.     Yes.

15     Q.     Okay.  That seems to indicate to me that

16   the last job you had in Mexico ended February 10, 2003.

17   Is that consistent with your memory?

18     A.     Um-hum.  Yes.  Yes, that's correct.

19     Q.     All right.  How long after that day,

20   February 10, 2003, did you begin your journey to the

21   United States?

22     A.     It seems to me it was the following week.

23   I think it maybe could have been the 18th or the 19th.

24   I don't remember.

25     Q.     Describe everything you took with you for

1/16/2006  Carranza-Reyes, Volume I, Moises

1    that journey to the United States.

2         A.    I recall it was about a 36-hour trip from

3    the Federal District to the border, and all I really

4    took with me was money to be able to buy some food at

5    the bus stop for that period of time.

6         Q.    You traveled from the Federal District to

7    the border where you crossed by bus?

8         A.    Yes.

9         Q.    Who did you travel with?

10        A.    With my brother and with my sister-in-

11   law.

12        Q.    Anyone else?

13        A.    No, no one else.

14        Q.    What city in Mexico, or town in Mexico,

15   did you end up in before you crossed the border to the

16   United States?

17        A.    Sonora.

18        Q.    What state of the United States is that

19   directly south of?

20        A.    I don't know.

21        Q.    Do you know what state in Mexico Sonora

22   is in?

23        A.    It's a state.

24        Q.    Okay.  And it's along the Mexico/United

25   States border?

1/16/2006 Carranza-Reyes, Volume I, Moises

1      A.      Yes.

2      Q.      Did someone who is like a coyote or --

3   let me back up.  Did a coyote help you across the

4   border?

5      A.      Well, I don't know.  There were people

6   saying, coyote, coyote, but I don't know who the coyote

7   was.

8      Q.      Did you have to pay to get assistance

9   crossing the border?

10     A.      I think so.

11     Q.      How much did you have to pay?

12     A.      Around 1,500, 1,600 dollars.

13     Q.      Was it -- did you pay the person you paid

14   in dollars or in pesos?

15     A.      Dollars.

16     Q.      Okay.  Did your brother and your sister

17   have to pay a similar amount?

18     A.      I think so.

19     Q.      Describe for me how you actually crossed

20   from the -- from Mexico to the United States.

21     A.      Walking.

22     Q.      How long were you walking?

23     A.      Not too long.

24     Q.      One hour?

25     A.      Could have been around 14 hours, but we

1    were taking rest breaks.  I was in good shape then.

2    Back then I wasn't -- I didn't look like I do now.

3    There were some other pretty chubby people.  Now I

4    couldn't -- I can't exercise anymore.  I can't run or

5    anything, so . . .

6         Q.     How many people were in your party that

7    crossed the border the same time along with you and

8    your brother and your sister?

9         A.     I don't remember, but there was some kids

10   there, too.  Could have been maybe 12 people or more.

11   I don't know.

12        Q.     Was there a leader of the group?

13        A.     There was a person in front, but I don't

14   know if that person was the leader or not.

15        Q.     What were the geographical conditions

16   that you were walking over?

17        A.     It was countryside.  There were places

18   where it was flat, some places where it was hilly, but

19   it was normal.

20        Q.     Did you know all the people that were you

21   with?

22        A.     Just my brother and my sister-in-law.

23        Q.     Had you met any of the people you were

24   with prior to starting across the border?

25        A.     No.

1/16/2006  Carranza-Reyes, Volume I, Moises

1     Q.      What personally did you have with you

2   when you made that journey across the border to the

3   United States?

4     A.      We had some fruit, we had some water and

5   we had some dry meat, we had some crackers.  I went

6   through survival training in the Army about how to

7   survive in the mountains, and I still haven't died from

8   what I've been through, so . . .

9     Q.      What were you wearing?

10    A.      Jeans and some boots, a couple of

11  T-shirts and a thick jacket like this one, yeah, and a

12  cap.

13    Q.      Anything else?

14    A.      No.

15    Q.      Did you have anything else with you?

16    A.      My belt.

17    Q.      Did you have any other provisions with

18  you other than the food and the water that you

19  described?

20    A.      No.  I think -- thought that what I had

21  was going to be sufficient.

22    Q.      So you said it took about 14 hours of

23  walking; is that true?

24    A.      Yeah.  Maybe a little bit less.

25    Q.      Can you estimate the distance that you

1    traveled?

2         A.      It wasn't very much distance.  That's --

3    my experience in the Army is that you -- you go and

4    then you rest up to an hour and then you go some more.

5         Q.      Did you travel at night or during the

6    day?

7         A.      During the day.

8         Q.      At some point you ended up in some place

9    in the United States where you were ultimately picked

10   up by a vehicle; is that true?

11        A.      Correct.

12        Q.      Do you know where that pickup location

13   was?

14        A.      I don't want to act like I'm being --

15   being gross or insulting, but I just don't know the

16   United States.

17        Q.      If you don't know something, Mr.

18   Carranza-Reyes, I understand that.  I don't know what

19   you know, and that's why I have to ask you questions.

20   So if you don't know where it was, you just need to

21   tell me you don't know where it was.

22        A.      I just don't know.

23        Q.      Okay.  What -- you got picked up by a

24   vehicle.  Describe the vehicle for me.

25        A.      It was a pickup.  By that time it was

1/16/2006  Carranza-Reyes, Volume I, Moises

1    pretty dark.  It was kind of like a van.

2        Q.    Okay.  It had a cover to it?

3        A.    No.  It was a Dodge Caravan, but it

4    didn't have -- maybe it was that.  But it didn't have a

5    back roof on it.

6        Q.    It was a pickup truck, like a Dodge

7    Caravan that didn't have a top over the back of it?

8        A.    It didn't have what?

9        Q.    It didn't have a cover over the back of

10    the pickup, the bed?

11        A.    It was a pickup, but it was just one

12    piece.

13        Q.    Okay.  Did that vehicle pick up everyone

14    in the group who traveled with you across the border?

15        A.    Yes.

16        Q.    About how many people were riding in the

17    back of this vehicle with you?

18        A.    Could have been 10 or 12, or maybe fewer

19    than that.  But like I told you, I don't remember how

20    many all together.

21        Q.    Were there seats for everyone in the

22    vehicle?

23        A.    Some of us were -- were hidden, but there

24    were some that had seats.

25        Q.    Where were you in the vehicle?

1/16/2006  Carranza-Reyes, Volume I, Moises

1        A.        I was laying down, relaxed -- relaxed,

2    without problems.

3        Q.        How long were you in this vehicle?

4        A.        I think it could have been around three

5    hours or maybe less.

6        Q.        Okay.  After you were in this vehicle,

7    did you go somewhere else in the United States?  Did

8    you stop somewhere?  Did you get in another vehicle?

9    What happened next?

10       A.        I heard that the people said that we

11   had -- we got to Phoenix, and it was a house.

12       Q.        How many people were staying in this

13   house?

14       A.        Just us.

15       Q.        "Just us" meaning the group that came

16   with you across the border or "just us" meaning your

17   brother and your sister-in-law?

18       A.        Those that came with the group.

19       Q.        Okay.  How long were you in this house in

20   Phoenix?

21       A.        Could have been around four or five days.

22   Not too many, around there.

23       Q.        Then you get in another vehicle, true?

24       A.        Yes.

25       Q.        What -- describe that vehicle.

1/16/2006  Carranza-Reyes, Volume I, Moises

1      A.      It was a pickup with a camper.

2      Q.      Who -- how many people were in that

3      vehicle with you?

4      A.      Three or four people in the front cabin,

5      in the back there were eight or nine of us.

6      Q.      Where were you physically in that

7      vehicle?

8      A.      I was in the cabin -- I'm sorry.  The

9      cabin was in front.  I wasn't there.  I was in the

10     back.

11     Q.      Were there seats in the camper or -- part

12     of it, or were you just sort of sitting on the bed of

13     the truck?

14     A.      We were laying down because the back was

15     carpeted.

16     Q.      How long were you in that vehicle?

17     A.      Not too long.  It was about 9:00 at night

18     when we left.  We got detained the following day there,

19     around there.

20     Q.      Okay.  So let me see if I can understand.

21     You walked across the border for 14 hours or less, then

22     you got picked up in the Dodge Caravan or similar

23     vehicle and that drove you to Phoenix.  You stayed in

24     Phoenix for up to maybe five or six days, and then you

25     left at 9:00 at night in this pickup truck with the

**1/16/2006  Carranza-Reyes, Volume I, Moises**

1    camper with the back carpeted, and then you were picked

2    up by the INS that next morning.

3        A.      We weren't walking for 14 hours.  What

4    happened, it was 14 hours along with all the other

5    time, the wait time, the rest time and everything else.

6        Q.      The whole travel on foot and waiting and

7    resting, from Mexico until you're picked up by the

8    first vehicle, took 14 hours of time.  You weren't

9    walking the entire 14 hours.

10       A.      Yes.

11       Q.      And then after that you drove in the

12   Dodge Caravan or similar vehicle to what you heard

13   someone say was Phoenix.

14       A.      Yes.

15       Q.      And then you stayed some period of time,

16   maybe up to five or six days, in the same house in

17   Phoenix; is that true?

18       A.      Yes.  Five or six days, maybe less.  I

19   don't remember.

20       Q.      I understand.  Then you left at about

21   9:00 at night in the pickup truck with the camper and

22   the carpeting on the back and were then picked up by

23   the immigration officials the following morning; is

24   that true?

25       A.      No.  It was a patrol car that stopped us.

1/16/2006  Carranza-Reyes, Volume I, Moises

1    Q.    Okay.  A patrol car like police or

2    sheriff?

3    A.    I don't know the difference.  I just know

4    that the police officer had some kind of a hat on or --

5    like a sombrero.

6    Q.    But -- all right.  How much money did you

7    have with you when you left Mexico that you didn't pay

8    to the person to help you travel?

9    A.    My brother had the money.

10    Q.    How much money did your brother have?

11    A.    Well, I don't recall exactly, but I think

12    that we had, oh, maybe around -- more or less around

13    $5,000.

14    Q.    Did it cost you collectively, you, your

15    brother and your sister-in-law, money to stay in the

16    house you were staying in in what you heard was

17    Phoenix, Arizona?

18    A.    What cost me?

19    Q.    Did you have to pay the people whose

20    house it was to stay there?

21    A.    I don't know, maybe the house belonged to

22    the people -- the person who was our guide.  And they

23    treated us really very well in the food -- we didn't

24    pay anything for the food or the water, either.

25    Q.    So you were well fed and well hydrated

**1/16/2006  Carranza-Reyes, Volume I, Moises**

1    during the time that you were staying in that house.

2         A.      Yeah.  There was a TV there, too.

3         Q.      Did the TV get Spanish-language channels?

4         A.      Also in English.

5         Q.      Okay.  Did you have the opportunity to

6    take a shower or a bath or otherwise wash yourself

7    during the time that you were staying at the house?

8         A.      Every day.  I -- I like to do that every

9    day.

10        Q.      Did you have a change of clothing with

11   you?

12        A.      Well, the people that brought us allowed

13   us -- well, my brother did, was able to go to Wal-Mart

14   and get some different clothes, and then we were able

15   to discard the clothes that we had crossed with, yeah.

16        Q.      So you changed your clothes during that

17   period of time.

18        A.      Yes.

19        Q.      When you left that house in the vehicle

20   that was a pickup truck that had the carpet on the bed

21   of the pickup truck in the camper, what were you

22   wearing?

23        A.      Well, I kept a jacket that I had crossed

24   with, and I got a chance to wash it and hang it up in

25   the closet there.  And the house had air-conditioning

1/16/2006  Carranza-Reyes, Volume I, Moises

```
 1    or heating, whatever.  And then I was also able to --
 2    to put on a pair of jeans and have some T-shirts that I
 3    was wearing, too.
 4         Q.      Okay.  What did you have in your
 5    possession when you left in that vehicle to continue
 6    your journey?
 7         A.      In the truck you mean?
 8         Q.      Yes.
 9         A.      My jacket, my wallet, and some -- some
10    pop and some -- some food.
11         Q.      Okay.  Where were you going to?  Had you
12    not been picked up by this guy with the sombrero, where
13    were you planning to end up?
14         A.      Chicago.
15         Q.      Was the -- was your understanding that
16    you were going to ride in this particular vehicle from
17    the house to Chicago, or was there a plan to change
18    vehicles?
19         A.      I believe that that vehicle was going to
20    take me to Chicago.
21         Q.      All right.  Was anyone who you traveled
22    with from the time you left Mexico to the time that you
23    were picked up by law enforcement in the United States
24    ill in any way, shape or form?
25         A.      You mean since I left Mexico?
```

1/16/2006  Carranza-Reyes, Volume I, Moises

1       A.      You mean if I had anything like that?

2       Q.      Correct.

3       A.      That I can recall, I didn't have anything

4    at all.

5       Q.      Okay.  Do you recall observing anyone

6    that you were traveling with during that same period of

7    time have a rash or pimples or bug bites or anything

8    along those lines?

9       A.      Those people had clothing covering up

10   their skin.  I never looked at them for that.  I don't

11   know.

12      Q.      Did your brother or your sister-in-law

13   complain about anything like a skin rash or a bug bite

14   or a skin condition during your travel?

15      A.      No.

16      Q.      Okay.  Do you recall anything that we

17   have been talking about, about your travel from Mexico

18   to the United States up to the point where you're

19   picked up by the law enforcement officer who is wearing

20   the sombrero?

21      A.      No.

22      Q.      Okay.  Describe when your -- when the

23   pickup truck you were riding in --

24              MR. RINGEL:  Do you want to take a break?

25              MR. SARGENT:  No.  It was cold.  Now it's

1/16/2006  Carranza-Reyes, Volume I, Moises

```
1    too hot.
2              MR. KORDICK:  You're right.
3              MR. RINGEL:  It's operator error.
4              MR. KORDICK:  Trying to kill us in here.
5              MR. SARGENT:  Not claiming to be an
6    expert.
7              MR. RINGEL:  I know better than to touch
8    it.
9              MR. KORDICK:  Oh, did he touch it?  Oh,
10   he's responsible.
11             MR. RINGEL:  Yeah.  I didn't do anything.
12   Okay.
13        Q.    (BY MR. RINGEL)  Describe the
14   circumstances of when the vehicle you were driving in
15   was stopped by the law enforcement officer who you
16   described as wearing a sombrero.
17        A.    I don't know what the laws are like here
18   in the United States.  In Mexico they can stop a
19   vehicle just because some official doesn't like the
20   color of it.
21        Q.    Do you know why the vehicle was stopped?
22        A.    I think it was for a seatbelt matter,
23   because that's what the official was motioning toward.
24        Q.    Describe that official for me.
25        A.    I saw him out of the side of my eye.  I
```

**1/16/2006  Carranza-Reyes, Volume I, Moises**

1        A.        I said he had -- he was thick chested.

2        Q.        Did anyone ever describe that individual

3    as a police officer?

4        A.        No.  No.  Who knows.

5        Q.        Okay.  Did the inmate that we were just

6    talking about say anything else to you and the group,

7    that you recall?

8        A.        No, I don't recall.

9        Q.        Okay.  Did anything occur at the jail

10   prior to the time that this inmate talked to you and

11   the others?

12       A.        No.  They had given us a piece of paper

13   asking about in what condition were we at that point --

14   at that time.

15       Q.        When you say "in what condition," what

16   are you referring to?

17       A.        Physical condition.

18                 (Deposition Exhibit 16 was marked.)

19       Q.        Directing your attention to what's been

20   marked as Exhibit Number 16, is this the form about

21   your physical condition that you're referring to?

22                 MR. KORDICK:  I've got an objection.

23   What you handed us isn't marked 16, unless the original

24   is marked 16.

25                 MR. RINGEL:  Right.  It's is in his hand.

1/16/2006 Carranza-Reyes, Volume I, Moises

1     Q.     Okay.  Who brought you the food?

2     A.     There were prisoners that brought it, not

3  police officers.  I think it was that same lady that

4  brought the clothing to us.

5     Q.     Okay.  Did you ask for medical attention

6  when you arrived at the jail?

7     A.     No.

8     Q.     Did you need any medical attention when

9  you arrived at the jail?

10     A.     No.  I think that I didn't.  I was fine

11  healthwise.

12     Q.     Okay.  After that first room that you

13  were in with the approximately nine people you came

14  with, where did you go next?

15     A.     I don't know if it was nine or if it was

16  less than that, but they took us to the larger room

17  where there were other prisoners.

18     Q.     About how many prisoners were in there?

19     A.     There was around 45 or 50 in there,

20  around there, but it's not that I could count them that

21  night or even the following night.

22     Q.     Describe the physical layout of the place

23  where you were.

24     MR. KORDICK:  You mean the cell?

25     Q.     (BY MR. RINGEL)  Yeah, if you would call

1/16/2006  Carranza-Reyes, Volume I, Moises

1            MR. SARGENT:  March 2, 2003.  Okay.

2            MR. RINGEL:  Thank you.

3       Q.    (BY MR. RINGEL)  You arrived in the jail

4   on March 1, 2003, correct?

5       A.    I recall that, yes.

6       Q.    So let's talk about March 2, 2003.  Were

7   you -- did you have any sickness or illness or any

8   symptoms of a sickness or illness that you experienced

9   on March 2, 2003?

10      A.    No.  I felt fine.

11      Q.    All right.  When did you wake up on that

12  day?

13      A.    Early.

14      Q.    Okay.  Was it light out or was it still

15  dark?

16      A.    There was light inside.

17      Q.    Okay.  Do you know what time it was at

18  all?

19      A.    I don't know, but I think it was early.

20      Q.    Okay.  What occurred in the cell when

21  everybody was waking up early in the morning?

22      A.    I was watching -- at least I was one that

23  was watching what they were doing.

24      Q.    Who is "they"?

25      A.    The prisoners.

1/16/2006  Carranza-Reyes, Volume I, Moises

1       A.      No, no.

2       Q.      Okay.  Let's talk about March 4, 2003.

3    Okay?  And you believe that was a Tuesday; is that

4    correct?

5       A.      Yes.

6       Q.      Were you sick on March 4, 2003?

7       A.      Started to feel bad.  I don't know if it

8    was because I felt like it was -- it was colder that

9    night.  I don't remember well.  But I think I got up

10   later that day -- late.

11      Q.      When during the day did you start to feel

12   bad?

13      A.      I can't remember if it was Monday night,

14   but I know that on Tuesday I felt bad.

15      Q.      And when you say you felt bad, describe

16   the symptoms that you were first feeling when you first

17   started to feel bad.

18      A.      I felt like headachy and I started to

19   feel that my throat was sore.  My body started to feel

20   very heavy.

21      Q.      Any other symptoms that you recall that

22   you first had when you first started feeling bad?

23      A.      No.  I just felt like I was feeling that

24   everything was bothering me, and I was feeling very

25   uncomfortable.

1/16/2006  Carranza-Reyes, Volume I, Moises

```
1        Q.      So you don't know.

2        A.      No, I don't.  I remember a Thursday or

3    Friday I saw that they were in bad shape and that they

4    were -- had flu, kind of flu and were coughing and they

5    had the same symptoms.  And some of the people that

6    were already there were vomiting and some of them

7    weren't, and --

8        Q.      Okay.  Do you have a girlfriend?

9        A.      No.

10       Q.      Have you had a girlfriend in the United

11   States since you've been here?

12       A.      No.

13       Q.      March 5, 2003, the symptoms that you have

14   previously described for me that occurred on what you

15   believe is Tuesday March 4, 2003, did your condition

16   change the morning of March 5, 2003 in any way?

17       A.      I felt worse.

18       Q.      How did your symptoms change?

19       A.      I felt more pain.  I felt colder.  I

20   started to feel pains in my stomach.  There were people

21   who were -- also had stomach pains, and many of them

22   commented that they had diarrhea.

23       Q.      Right now I want to focus on what was

24   going on with you, not what was going on with other

25   people.  Okay?
```

1     A.     If you want to, yeah.

2          Q.     You just told me you felt worse the

3     morning of March 5, 2003 and you were having more pain

4     and you were having pains in your stomach and you felt

5     colder.  Did anything else change from the day before,

6     the morning of March 5, 2003?

7          A.     I felt worse with those symptoms that I

8     already told you about.

9          Q.     What were you doing the morning of

10    March 5, 2003, the day of the week that you believe was

11    Wednesday?

12         A.     I was laying in bed trying to get the

13    nurse to see me.

14         Q.     How were you trying to get the nurse to

15    see you?

16         A.     I remember that she came by.  Go out and

17    wait for a little while.

18         Q.     Okay.  You remember that she came by.

19    She came by to see you or she came by the cell

20    generally on that morning?

21         A.     She just came by outside the cell.

22         Q.     Okay.  Did you make any efforts to get

23    her attention that morning while she was there?

24         A.     I wanted to get out, but she was very

25    quick.

1/16/2006  Carranza-Reyes, Volume I, Moises

1     Q.     Okay.  What -- you said that you were

2     trying to get the nurse to see you.  How did you go

3     about doing that?

4     A.     I told my English-speaking friend --

5     Q.     Okay.  And what --

6     A.      -- that I wanted to see the nurse.

7     Q.     Where were you when you told him that on

8     that morning?

9     A.     Upstairs.

10    Q.     Was anyone else present?

11    A.     There were a lot of people around.  There

12    were a lot of sick people, too.

13    Q.     Where was your brother?

14    A.     I don't remember.

15    Q.     Are you aware of your English-speaking

16    friend making any effort on your behalf the morning of

17    March 5, 2003 to get you seen by the nurse?

18    A.     The nurse didn't really have time to see

19    me.  She just came by quick, quick, and, let's go.  He

20    asked for -- to be able to talk to her.  She was on the

21    other side.  And I think she told the sheriff that she

22    was coming back.  There were people waiting at the

23    window on the other side there to -- to see her.

24    Q.     Do you know who your English-speaking

25    friend talked to requesting the opportunity to see the

1/17/2006  Carranza-Reyes, Volume II, Moises

1    wasn't let to go?

2           A.     Wanted to go with me.

3           Q.     So you went somewhere?

4           A.     Yes.

5           Q.     Where did you go?

6           A.     To the nurse's station.

7           Q.     Who was with you?

8           A.     The interpreter.  The friend that was in

9    jail with us.  In the block.

10          Q.     And was the individual who you were just

11   talking to with you as well?

12          A.     It was the interpreter.  Which individual

13   are you talking about?

14          Q.     The sheriff's official.

15          A.     He was the one that took us.  Yeah.

16          Q.     I understand.  Where did you go?  Describe

17   from where you went to where you ended up.

18          A.     I was there in Block D.  We went through a

19   hallway, and I don't know if it was just seconds that it

20   took, or maybe it was a couple minutes.  I think we got

21   to the nurse's station because that's where the nurse

22   was.

23          Q.     So you saw the nurse on March 5 of 2003?

24          A.     That's what I remember, that I saw her.

25          Q.     And your memory is specific that the first

1    time that you saw the nurse was on March 5 of 2003?

2          A.    It could have been the 6th or the 7th too,

3    but I know that I saw her.

4          Q.    Okay.  So what you were describing to me was

5    the circumstances of the first time that you ended up

6    being able to see the nurse?

7          A.    Yes.

8          Q.    You don't know exactly what day it was?

9          A.    No, I'm not sure.  I was sick.

10         Q.    Are you -- in terms of did the events with

11   respect to the two notes that you described for me this

12   morning and how the security officer -- his response to

13   those notes and pushing the button, was all of that --

14   did all of that occur on the same day that you first saw

15   the nurse?

16         A.    I remember it was the same day that that all

17   happened.

18         Q.    So what particular day it was you don't

19   know, but you remember that it was all the same day?

20         A.    It could have been any of those days.

21         Q.    And "any of those days" is the 5th, the 6th,

22   or the 7th of March?

23         A.    Could have been.

24         Q.    Tell me everything you recall about your

25   first visit with the nurse.

1/17/2006  Carranza-Reyes, Volume II, Moises

1        A.      Hardly anything at all.

2        Q.      And what happened?

3        A.      I went in with the guy who was helping me,

4    who was interpreting.

5        Q.      What did you tell the nurse?

6        A.      I told my friend to say I was feeling really

7    badly.  I told him that I had what I said:  Headaches,

8    stomachaches.  My body felt very heavy, and I was

9    feeling --

10               INTERPRETER:  Let the interpreter clarify

11   one thing.

12       A.      I felt like I was dizzy.  I told him that,

13   and then he told her, and I remember he said to me that

14   she had asked where was I from.

15       Q.      (BY MR. RINGEL)  Did you tell your friend,

16   the interpreter, who then told the nurse, where you were

17   from?

18       A.      Yes.

19       Q.      You told her you were from Mexico?

20       A.      Mexico City.

21       Q.      Did you tell her any biographical

22   information about yourself?

23       A.      Biographical?  What do you mean?

24       Q.      Personal information, like where you were

25   from specifically, what your work background was, your

1    family, anything like that?

2         A.    No, she never asked me that.

3         Q.    How long would you estimate your visit was

4    in its entirety with the nurse the first time you saw

5    her?

6         A.    I think about five minutes, maybe less.

7         Q.    Did you tell the nurse that you had body

8    aches?

9         A.    Yeah.  I told the interpreter, "Tell her I

10   felt really bad."  I had a bad sore throat, that I had

11   stomachaches, that I felt like I was dizzy and I had the

12   shakes, and the only thing she said back that he told me

13   she'd asked is where are you from.

14        Q.    Did she ask any specific questions through

15   the interpreter about how you -- about any of your

16   symptoms?

17        A.    No, because she said, well, you know, "It's

18   the altitude," that it was just something that was

19   normal, normal, normal.

20        Q.    Did she take your temperature?

21        A.    No.  I don't remember that, no.

22        Q.    Did she take your pulse?

23        A.    No.

24        Q.    Did she listen to your breathing?

25        A.    I don't remember that she even came up to

1   know, because he knows that I wasn't eating.  And I said,

2   "Yeah, I can't.  I can't."

3           And I don't know if this happened Wednesday

4   or not, and I don't know if I passed out, but I remember

5   opening my eyes one time, and my brother was there, and

6   he looked at me, and he said, "Well, what happened?  Are

7   you okay?"  And he picked up the sheet that was on me,

8   and I looked, and I had another sheet on me, and he

9   picked it up, and it was covering me and . . .  I had it

10  on me because I didn't want to have the air hit me.

11          Q.     The first day that you saw the nurse, did

12  you request any further medical attention or assistance

13  from anyone who was an official at the jail later that

14  same day?

15          A.     Not that same day, no.

16          Q.     Do you recall any interactions with any

17  sheriff official?

18          A.     I don't remember, but I think that it could

19  have been my brother that talked to somebody, but I don't

20  know who he talked to.  He wanted somebody to come and

21  look at me and see me where I was.  But nobody else came.

22          Q.     Did you witness your brother talking to

23  someone and hear what he had to say in terms of his

24  communication as you've just described?

25          A.     I don't remember having heard anything, but

1    I remember seeing that he was talking, but I didn't know

2    who he was talking with.

3         Q.    But he was talking to someone who was an

4    official from the jail?

5         A.    Yeah.  I remember he spoke to some official.

6         Q.    The same day after you saw the nurse for the

7    first time?

8         A.    Could have been the same day or not, or it

9    could have been before that or after, but he saw me and

10   how sick I was.

11        Q.    All right.  Other than that conversation

12   that you've just related to me that you saw but did not

13   hear, are you aware of your brother having any other

14   conversations about your illness the day -- or your

15   brother having any conversations about your illness the

16   day you saw the nurse for the first time?

17        A.    It could have happened, because like I told

18   you, I don't remember if I passed out or what, but I

19   would open my eyes and see him in front of me saying

20   something like "There is nobody that can do anything."

21        Q.    Okay.  What happened the night following the

22   day of the time you first saw the nurse?  Describe that

23   night for me.

24        A.    I felt really bad, and I remember that night

25   I started to cough.  I remember a towel that they had

1     given us that I tried to roll up around me, my neck, so

2     it was still wet.  It didn't have anything else besides

3     just that rag that we used to dry ourselves off.  So the

4     rags that I had to use were the same rags that I had to

5     use to clean up the saliva and things like that.  I tried

6     to use those things to cover myself up, to put them over

7     me so that I would protect myself and I wouldn't be

8     coughing.  And -- because when I was coughing, it was

9     hurting me.

10         Q.    Where was it hurting you when you were

11    coughing?

12         A.    In my chest.  I didn't understand why I was

13    starting to cough.  I felt like it was a lot of pain.

14    When I started to breathe in, the air would come in, and

15    it would hurt me very badly in my throat.

16         Q.    Was it a dry cough or a wet cough?

17         A.    It was -- it caused me pain.  It wasn't a

18    normal cough.  It was something that would cause me

19    irritation and something that caused me to keep coughing.

20    It was like (indicated).  It was kind of like a tingling.

21         Q.    Did you cough up any phlegm or saliva or

22    anything like that?

23         A.    It was like a dry cough, but it was like a

24    cough that would spatter -- spatter me.  I started to

25    feel nauseous, but I didn't vomit, but it was like it was

1/17/2006  Carranza-Reyes, Volume II, Moises

1      spitting up saliva, but it was like -- it was something

2      in there that I couldn't get out.

3          Q.    Did anything else happen that night in terms

4      of your symptoms?

5          A.    My brother was there to keep an eye on me,

6      and he says that he thought that I had a fever and so

7      that -- and my lips looked very dry.

8          Q.    Did you receive any other medication that

9      night?

10         A.    No.  No, sir.

11         Q.    Do you recall anything else about that night

12     following the day that you first saw the nurse that we

13     haven't talked about?

14         A.    No, I don't remember.

15         Q.    Let's talk about the next day, the day after

16     the day you first saw the nurse, all right?

17         A.    Yes.

18         Q.    What happened that morning when you woke up?

19         A.    I woke up, and she had already come by.  It

20     was like she didn't even have the intention of waiting

21     for me, like I couldn't even walk more quickly.

22         Q.    I don't understand.  You were asleep when

23     the nurse came by on that following morning?

24         A.    We're talking about the following day?

25         Q.    Correct.  The day after the first day you

1    shouting out.  They were shouting out, "There's people

2    upstairs" and "Let's go."  They were saying that in

3    Spanish.  I don't know if she understood that or not, but

4    she never went in.  But I did hear when she was there,

5    and I even saw her.

6         Q.    Did you hear anybody speaking to her in

7    English on that morning?

8         A.    Yeah, there were people that were speaking

9    to her in English.  I don't know if it was good English.

10   My friend that was interpreting for me was there.  He was

11   always there.

12        Q.    But you couldn't understand the English to

13   know what they were saying to her in English; isn't that

14   true?

15        A.    True.

16        Q.    Anything else about that visit by the nurse

17   to the cell the day after you first saw her that you

18   recall that we haven't talked about?

19        A.    I don't remember.

20        Q.    Did anything else happen to you in terms of

21   your symptoms or condition that morning, the day after

22   you saw the nurse for the first time?

23        A.    After a couple of hours in the morning, I

24   started to get worse and started to vomit.  People saw me

25   vomiting, and there were others that were doing the same,

1/17/2006 Carranza-Reyes, Volume II, Moises

1    but I don't know why they noticed me more.  Maybe it was

2    more an exaggerated vomiting of mine.

3          Q.     Where were you vomiting?

4          A.     Downstairs.  It was wherever I was.  I mean,

5    I was at the tables or I was upstairs or it would happen

6    to me, I would start to feel nauseous, and my brother

7    would try and help me get to the bathroom and . . .

8          Q.     Did you ever vomit somewhere other than in

9    the toilet?

10         A.     Yes.

11         Q.     Where?

12         A.     On the ground.  Normally, everybody was

13   doing it on the floor, on the ground.

14         Q.     Did the vomit just stay there, or was

15   anybody cleaning it up?

16         A.     You had to clean it up with a piece of

17   paper, and then you would throw it over to one side or

18   throw it out.

19         Q.     Okay.  How many people would you estimate

20   that day were vomiting in addition to yourself?

21         A.     I'd say there was an average of -- oh, if

22   there were 50 or 60 of us there altogether, there were 30

23   of us vomiting.  The place was a place that just would

24   make you sick, the way the bathroom was and how dirty it

25   was.  They only wanted to give us water to clean things

1    up.  They didn't want to give us any chemicals.  I don't

2    know why they were doing things that way.  Even though

3    we're Mexicans, we're still people.

4         Q.     Did you request to see the nurse the morning

5    that we're talking about the day after you first saw the

6    nurse?

7         A.     Yes, sir.

8         Q.     How?

9         A.     Well, it was the same procedure, but my

10   brother and this interpreter guy, they were there with

11   me, and I don't remember having seen my face that

12   morning, but I remember that they were saying that I

13   really looked pale and really looked bad.

14        Q.     When you say it was the same procedure, what

15   do you mean?

16        A.     This friend wrote down on that sheet of

17   paper that it was urgent that I needed to see the nurse.

18   And now this time, they took me over there quickly.

19        Q.     So you -- on a similar form, the interpreter

20   wrote down that you needed to urgently see the nurse, and

21   rapidly after that, you then saw the nurse for a second

22   time the day that you -- the day after you saw her for

23   the first time?

24             MR. KORDICK:  Objection to form.

25        A.     I remember that, yeah.

277

1/17/2006 Carranza-Reyes, Volume II, Moises

1    Q.    (BY MR. RINGEL)  Were you taken to the

2    infirmary again to see the nurse, the nurse's station?

3    A.    Yes, sir.

4    Q.    Who was with you?

5    A.    My brother wanted to go with me, but once

6    again, they wouldn't let him.  The interpreter friend who

7    went with me the first time went.

8    Q.    Did you ever learn why they wouldn't let

9    your brother come with you?

10   A.    Could have been because he didn't speak

11   English.

12   Q.    Do you remember the officer who took you to

13   see the nurse on that day?

14   A.    A big guy.

15   Q.    Okay.

16   A.    Can't remember what his face looked like,

17   though.

18   Q.    Had you encountered that individual

19   previously?

20   A.    It could be.

21   Q.    When do you remember encountering him

22   previously?

23         MR. KORDICK:  Objection to form.

24   A.    I was pretty sick, and I said maybe I could

25   remember him, but I don't know.

1/17/2006  Carranza-Reyes, Volume II, Moises

1         Q.      (BY MR. RINGEL)   What time of the day did

2    you see the nurse for the second time?

3         A.      I don't remember the time.

4         Q.      Tell me everything you remember about your

5    meeting with the nurse the second time.

6         A.      She asked me what I felt like.  Sore throat

7    I said.  I felt even worse.  The sore throat was worse.

8    I had been coughing, started to cough more.  I started

9    vomiting.  The interpreter told her that I was feeling

10   pain in my stomach and I was very dizzy.  And she said,

11   "Ah, it could be the altitude."  I don't know why she was

12   reacting in that way, but . . .

13        Q.      Did she examine you in any way?

14        A.      No, sir.

15        Q.      She didn't touch your skin?

16        A.      No, sir.

17        Q.      Did she listen to your lungs or to your

18   heart with a stethoscope?

19        A.      I don't even remember that she approached

20   me.

21        Q.      Did she take your temperature?

22        A.      No, sir.

23        Q.      Did she touch your abdomen?

24        A.      No.

25        Q.      How long was this second visit with the

```
 1    nurse?

 2         A.    Could have been longer.  Maybe five minutes

 3    more.

 4         Q.    Five minutes more than the first visit?

 5         A.    Yes.

 6         Q.    Anything else about that visit the second

 7    time with the nurse that you remember that we haven't

 8    already talked about?

 9         A.    No.  Just the things I said were normal.

10    She said if this is the first time I'd been in this

11    country, if I was from Mexico City, and she said, "Oh,

12    it's the altitude here is very high."

13         Q.    Did she give you any medication the second

14    time you saw her?

15         A.    Yes, sir.

16         Q.    What medication did you get that second

17    time?

18         A.    I remember she came over and gave me about

19    four little pills that were kind of a brown color in a

20    little cup.  And I remember she gave me another cup with

21    pink-colored liquid in it.  Could have been Pepto-Bismol,

22    Pepto.  I think I knew what that was.

23         Q.    Had you had Pepto-Bismol before that day?

24         A.    No, sir.

25         Q.    At any time during your life?
```

1/17/2006  Carranza-Reyes, Volume II, Moises

1       A.      Yes.

2       Q.      You know what Pepto-Bismol is?

3       A.      For digestive things and for colic . . .

4       Q.      But you had taken it growing up or being an

5    adult in Mexico or something?

6       A.      Perhaps, yes.

7       Q.      Did she give you any other medication on

8    that day?

9       A.      No, sir.

10              MR. KORDICK:  Can we take a break?

11              MR. RINGEL:  Yes.

12              INTERPRETER:  He wanted to use the bathroom.

13              (Break from 2:17 p.m. to 2:23 p.m.)

14      Q.      (BY MR. RINGEL)  How did you get to the

15   nurse the second day that you visited with her?

16      A.      A sheriff took me.

17      Q.      Did you walk?

18      A.      Slowly.

19      Q.      After you visited with the nurse for the

20   second time, how did your -- what were your symptoms and

21   your condition like for the remainder of that day?

22      A.      I was worse.  I started to vomit a lot.  I

23   remember my brother said I was very feverish, and I

24   remember he was putting some wet rags on my head.  That

25   went on the whole night.

## 1/17/2006  Carranza-Reyes, Volume II, Moises

1          MR. KORDICK:  It's a Saturday.

2          MR. RINGEL:  Okay.  Thank you for describing

3    that.

4          MR. KORDICK:  It's blank.

5          MR. RINGEL:  Thank you for describing that.

6    I withdraw my request to make it an exhibit.

7          Q.    (BY MR. RINGEL)  Okay.  You recall, Mr.

8    Carranza, that the early morning of Saturday you had a

9    conversation with a deputy about your health?  Is that

10   true?

11         A.    Yes, sir.

12         Q.    What do you recall of that conversation?

13         A.    My brother was there too.

14         Q.    Okay.  What did the deputy look like?

15         A.    Can't remember completely.  I'm not trying

16   to forget what his face was.  I was in really bad shape.

17   You're talking about the early morning hours.  That night

18   I felt like I was dying.

19         Q.    Okay.  Do you recall that deputy giving you

20   medicine?

21         A.    Yes, sir, he did.

22         Q.    What kind of medicine did he give you?

23         A.    The same pills that the nurse had given me.

24         Q.    Did he also give you Pepto-Bismol?

25         A.    Not at those moments, no.

1        Q.      What do you remember about that third visit

2    you had with the nurse?  Where did it take place?

3        A.      I remember I was in bed laying down with my

4    knees on the floor.  I wanted to get my brother -- I

5    wanted to get up and get my brother to help me go to the

6    bathroom, but they say that when I started to get up, I

7    fell over.  And they think that I fainted.  I don't

8    remember the time, but I remember I opened my eyes, and I

9    saw the nurse.  And my brother was there and I remember

10   that other guy that spoke a little bit of English, and

11   they were around me, and some of the other people that

12   were there, there was nine of them, and I remember

13   looking at them, and I saw my brother, and I remember I

14   saw them, and they were like -- they all looked worried,

15   like they were angry.

16       Q.      Do you remember talking to the nurse at that

17   time when you woke up and saw her there?

18       A.      No, I don't remember talking to her, but

19   somebody said to me what was wrong with me, what hurt me.

20   I don't remember if I answered back or not, but I

21   remember that she touched me.  She touched me in my back

22   area.  And then I saw that she was moving her head.  And

23   then she left and I didn't see her again -- or I don't

24   remember seeing her again.

25       Q.      She was moving her head how?