Carranza - Reyes, Moises

## Park County Jail
### Reporte Para El Doctor

Nombre __Moises  Carranza Reyes__
Estas concecinte __si__
Tienes Fierre o hotras enfermedades contajiables __NO__
Tienes tu piel sana o tienes algergia __sana__
Sientes desesperacion cuando no tienes droga o halchool __NO__
Aspensado en suisidarte o haserte dano o emosiones-
mentales. __NO__

........................................................

Has tenido problemas con medicina por ejemplo
Pupilentes __NO__ lentes __NO__ problema del corason __NO__
Tuberculocis __NO__ asma __NO__ efisema pulmonar __NO__
PPD- si ___ no __NO__
Comienso del sida __NO__ infeccion en tuspartes intimas __NO__

Alta presion          deabetes         usas insilina
Epilepcia/ataques                      dolor dental
Problema pulmonar                      hotros problemas medicos

........................................................

Estas alergico a cualquier medicina __NO__ Que Medicina __—__
Estas tomando algun medicamento __NO__ Que medicinas y cuando __NO__
Tienes otras algergias __NO__ cuales alergias __NO__
Estas enbarasada __ fecha de olar a luz has dado aluz las ultimas 6 semanas
cuando
Has intentado suisidarte __NO__ ultimo intento __NO__
Has estado hospitalisado ultimamente __NO__ ultima visita __NO__
Ho as mirado un medico siquiatra por algura __NO__
La razon por la ultima visita __NO__

Exhibit A-3

PARK 3541
REYES