1/19/2006 James Bachman, M.D.

```
     0001
 1         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
 2
           Case No. 2005-WM-377 (BNB)
 3         _____
 4         DEPOSITION OF:  JAMES BACHMAN, M.D.
           January 19, 2006
 5         _____
 6         MOISES CARRANZA-REYES,
 7         Plaintiff,
 8         v.
 9         PARK COUNTY, a public entity of the State of Colorado and
           its governing board, THE PARK COUNTY BOARD OF COUNTY
10         COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public
           entity of the State of Colorado; FRED WEGENER,
11         individually and in his official capacity as Sheriff of
           Park County, Colorado; MONTE GORE, individually and in
12         his capacity as Captain of Park County Sheriff's
           Department; VICKIE PAULSEN, individually and in her
13         official capacity as Registered Nurse for Park County,
           Colorado; JAMES BACHMAN, M.D., individually and in his
14         official capacity as Medical Director of the Park County
           Jail,
15
           Defendants.
16         _____
17
18
19         TAKEN PURSUANT TO NOTICE on behalf of the Plaintiff at
20         340 Peak One Drive, Frisco, Colorado 80443 at 9:22 a.m.
21         before Theresa A. Coffman, Federal Certified Realtime
22         Reporter, Registered Professional Reporter and Notary
23         Public within Colorado.
24
25
```

Exhibit A-5      1

1/19/2006 Bachman, M.D., James

```
1    conclusion that the risk of complications and morbidity
2    if untreated are potentially high?
3              MR. SARGENT:  Same objection.
4         A.   Based on the information that you have shown
5    me, the answer is yes.
6         Q.   (BY MR. TRINE)  Doctor, if you would refer
7    again to Exhibit 2, pages 141 and 142.  And, Doctor,
8    Vicki Paulsen, who authored this document, indicates that
9    on 3/6/03 that she saw Carranza-Reyes in medical with an
10   interpreter, and he was complaining of body aches,
11   headache, nausea, diarrhea, nasal congestion and a sore
12   throat.  And she testified she looked at his throat and
13   it was red.  Would you agree, Doctor, that all of those
14   symptoms are consistent with a strep throat?
15             MR. SARGENT:  Again, Bill, just form and
16   foundation, a standing objection since he wasn't there to
17   evaluate the patient.  If you give me that standing
18   objection, I'll --
19             MR. TRINE:  Sure.  No problem.
20             MR. SARGENT:  Thank you.
21        A.   And like my attorney said, it's hard to
22   second-guess something else in retrospect.  I don't
23   personally think of diarrhea and body aches as signs and
24   symptoms of strep.  And given the information you just
25   showed me, with lack of any other information, I would
```

1/19/2006  Bachman, M.D., James

```
 1    guess this might be a viral illness and not strep, based
 2    on the information you've just shown me.
 3         Q.    (BY MR. TRINE)  And what are you talking
 4    about when you say the information I just showed you?
 5    Are you talking about the information contained on Park
 6    141?
 7         A.    Yes, yes.  The information you just pointed
 8    out to me.  If someone asked me, what do you think
 9    academically given that limited information, my answer
10    would be I think they have a viral illness.
11         Q.    A viral infection?
12         A.    Viral infection and not strep.  So that
13    would be my first --
14         Q.    And why would you say not strep?
15         A.    Repeating myself, that I don't normally
16    think of strep causing diarrhea and body aches.  I think
17    of that being viral.
18         Q.    Doctor, if you are developing bacteremia and
19    a septic condition, you can have body aches, headache,
20    nausea and diarrhea; isn't that correct?
21         A.    I'm sure the answer is yes.  I'm not an
22    expert in sepsis.
23         Q.    So these signs and symptoms that are
24    recorded on Park 141 could be consistent with both sepsis
25    and a strep throat, isn't that right, the combination of
```

93

1/19/2006 Bachman, M.D., James

```
 1    the two?
 2              MR. SARGENT:  Object to form and foundation.
 3    Sorry.  Standing objection, so go ahead.
 4         A.   I think there's a long list of diagnoses
 5    that you could theoretically appropriately include as a
 6    differential.
 7         Q.   (BY MR. TRINE)  I understand that, but that
 8    wasn't my question.
 9              MR. TRINE:  Would you repeat my question,
10    please.
11              (The last question was read back.)
12         A.   My answer is the signs and symptoms would be
13    consistent with a long list of medical problems, and,
14    yes, on that list I would include strep and sepsis.
15         Q.   (BY MR. TRINE)  And that would also be true
16    of an elevated temperature of 100.2 and a pulse of 88 and
17    respiration of 24; is that right?  That would be
18    consistent with both a developing sepsis and a strep sore
19    throat?
20         A.   If I was presented those vital signs on a
21    test and asked to give a diagnosis, I would say most
22    likely viral illness or a cold.  If asked on a test,
23    could that include a long list of diagnoses including
24    sepsis and strep, the answer was I cannot exclude those
25    diagnoses with those vital signs.  Does that answer your
```

1/19/2006  Bachman, M.D., James

1    question?
2         Q.    And, Doctor, with regard to the skin being
3    warm to touch and his being slightly tender over the
4    stomach, again, those symptoms, together with everything
5    else, could be consistent with a combination of sepsis
6    and a strep infection; isn't that right?
7         A.    My first choice would be viral illness.
8    There would be a long list of things that would be
9    possible.  Strep and sepsis would have to be included on
10   that long list.
11        Q.    And in order to make a diagnosis and rule
12   out the most life-threatening diagnosis, you'd want to do
13   some diagnostic testing, wouldn't you?
14        A.    If I saw that patient with that information
15   that I'm presented on this page, I would not be
16   performing diagnostic tests at that time.
17        Q.    Okay.
18        A.    I apologize.  Did that answer your question?
19        Q.    Yeah.  You said you wouldn't have to perform
20   diagnostic testing to rule out the most life-threatening
21   possible diagnosis?
22              MR. SARGENT:  Form and foundation.
23              MR. TRINE:  That was my question.
24        A.    Okay.  And let me try to answer that.  If --
25   and I guess I didn't answer your question, I answered a