8/25/2006 Robert B. Greifinger, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF: ROBERT B. GREIFINGER, M.D.

Volume I

August 25, 2006

---

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Defendants at 1435 Arapahoe Street, Boulder, Colorado 80302 before Laura L. Corning, Federal Certified Realtime Reporter, Certified Shorthand Reporter and Notary Public within Colorado.

Exhibit A-6

1

10/9/2006 Greifinger, Robert Vol. II

```
 1                    R. Greifinger/Marks
 2        Q.     And that's a strain of strep that can
 3   deteriorate in terms of someone's condition very
 4   quickly.  Isn't that right?
 5        A.     Yes.
 6        Q.     And in terms of what you know about
 7   group A strep, do you consider yourself to be an
 8   expert in that area?
 9        A.     No.
10        Q.     Would you, then, defer to a
11   infectious disease expert on, I don't know what you
12   call it but the diagnosability of Mr. Carranza-Reyes
13   with group A strep on a particular date?
14        A.     I read Dr. Niederman's deposition and
15   I concur with him.
16        Q.     Well, didn't he indicate that he
17   didn't think that Mr. Carranza-Reyes was readily
18   diagnosable with group A strep until March 8th?
19               MR. TRINE:  Objection.  Foundation.
20        A.     No.  I read the deposition
21   differently.
22        Q.     Okay. And what was --
23        A.     What I understood from that
24   deposition was he thought that Mr. Carranza-Reyes
25   would have been diagnosed by a throat culture as
```

```
 1                    R. Greifinger/Marks
 2    early as March 6th.
 3            Q.      Do you recall Dr. Niederman
 4    indicating that Mr. Carranza-Reyes, based on his
 5    symptoms, that he was not readily diagnosable with
 6    strep until March 8, 2003?
 7            A.      No.  What I understood Dr. Niederman
 8    to say was that he was not readily diagnosable with
 9    pneumonia until March 8th.  So we have a different
10    understanding of that testimony.
11            Q.      Yes.  And I'm not going to go round
12    and round with you on that.  Based on the symptoms
13    that Mr. Carranza-Reyes presented on March 6, 2003
14    were his symptoms also consistent with a viral
15    infection?
16            A.      Yes.  On March 6th, yes.
17            Q.      And altitude sickness?
18            A.      No.  He had some symptoms that are
19    not typically present with altitude sickness, in
20    particular the fever and the sore throat.
21            Q.      Right.  But those symptoms could have
22    been consistent with a viral infection in addition
23    to experiencing some altitude sickness.  Am I
24    correct?
25            A.      Yes.  All those symptoms together
```

|   |   |
|---|---|
| 1 | R. Greifinger/Marks |
| 2 | could have been a combination of altitude sickness |
| 3 | and viral illness, that's correct. |
| 4 | Q.    And that would also have been true on |
| 5 | March 7th? |
| 6 | A.    Yes. |
| 7 | Q.    Let me direct your attention, then, |
| 8 | to some of your opinions with respect to, I think |
| 9 | it's March 7, 2003 and Nurse Paulsen's handling of |
| 10 | Mr. Carranza-Reyes. |
| 11 | Do you believe on this date that -- |
| 12 | I'm looking at paragraph 23 -- I'm sorry -- of your |
| 13 | July 29th, 2005 opinion -- and at that point you |
| 14 | reference that Nurse Paulsen saw him for the same |
| 15 | symptom, vomiting, and she found that |
| 16 | Mr. Carranza-Reyes had a tender abdomen.  Do you see |
| 17 | that? |
| 18 | A.    Yes. |
| 19 | Q.    And you say a potentially |
| 20 | life-threatening condition.  What kind of conditions |
| 21 | would be potentially life-threatening with a tender |
| 22 | abdomen? |
| 23 | A.    Well, strep pneumonia would be one, |
| 24 | but others would be any acute problem with the |
| 25 | abdomen that might require surgery such as |