9/8/2006  Michael S. Niederman, M.D.

1

```
 1
 2       IN THE UNITED STATES DISTRICT COURT
 3       FOR THE DISTRICT OF COLORADO
 4       ------------------------------------------X
 5       MOISES CARRANZA-REYES,
                         Plaintiff,
 6               -against-
         THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
 7       FRED WEGENER, individually and in his official
         capacity as Sheriff of Park County, Colorado;
 8       MONTE GORE, individually and in his official
         capacity as Captain of Park County Sheriff's
 9       Department;
         VICKIE PAULSEN, individually, and in her
10       official capacity as Registered Nurse for Park
         County, Colorado; and
11       JAMES BACHMAN, M.D., individually and in his
         official capacity as Medical Director of the
12       Park County Jail;
                         Defendants.
13       Civil Action No. 05CV-00377-WD-BNB
14       ------------------------------------------X
15                           222 Station Plaza North
16                           Mineola, New York
17                           September 8, 2006
18                           9:15 A.M.
19
20             EXPERT DEPOSITION of MICHAEL S.
21       NIEDERMAN, M.D., taken pursuant to the Federal
22       Rules of Civil Procedure, and Notice, held at
23       the above-mentioned time and place before
24       Patricia Wor, a Notary Public of the State of
25       New York.
```

Exhibit A-7

9/8/2006 Niederman, Michael

```
 1                M. Niederman
 2     suggest he had pneumonia, but he did have a
 3     sore throat, and that I thought that given his
 4     general complaints and the sore throat, that a
 5     throat culture or rapid strep screening would
 6     have been valuable.
 7          Q.    I understand that.  Now, the
 8     symptoms that he did present with, as I
 9     understand, are, according to the nurse's
10     note, were fever, correct?
11          A.    Well, I'm reading here, it's body
12     aches, headache, nausea, diarrhea, nasal
13     congestion, sore throat.  She records a
14     temperature of 100.2 and she states that his
15     skin was warm and dry to touch.
16          Q.    Are those symptoms also consistent
17     with a generic viral infection?
18          A.    Yes.
19          Q.    Some of those symptoms could also
20     have been explained by some minor or some
21     pulmonary edema, right, from altitude
22     sickness?
23          A.    Some, but not all.
24          Q.    As I understand it then, the next
25     day, according to the nurse's note, he again
```

```
 1              M. Niederman
 2   comes in with the same complaints, except he
 3   doesn't have a fever?
 4        A.   Correct.
 5        Q.   As I understand it, according to
 6   the nurse's records, Nurse Paulsen treated him
 7   with over-the-counter medication, such as
 8   Motrin, Pepto Bismol, Chlor-Trimeton?
 9        A.   That's what's recorded here,
10   correct.
11        Q.   Is there anything that you reviewed
12   that leads you to believe that was not the
13   case?
14        A.   No.  That's what's recorded here.
15        Q.   I'm going back to March 6th, I
16   apologize, then on March 7th, is it your
17   understanding then that when
18   Mr. Carranza-Reyes came in Ms. Paulsen
19   effectively treated him the same way, by
20   continuing those over-the-counter medications
21   and told him to drink fluid?
22        A.   Correct.
23        Q.   Now, on the 8th, I believe you've
24   indicated that at 3:45 you believe that by
25   this time Nurse Paulsen should have recognized
```