## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3/8/8 | 0005 | Count Clear | 101 | DF | Reel |
| | 0020 | Perimeter / Front Door Locked ① | 101 | WF | R |
| | 0020 | Pod Walk ② | 101 | DF | R |
| | 0025 | Inmate Smith out for Interview | 101 | WF | R |
| | 0040 | Pod Walk ③ | 101 | DF | R |
| | 0045 | Work Crew Out | 101 | DF | R |
| | 0058 | Deputy Fikejs in B-6 to photo Beazer's Injuries | 101 | WF | R |
| | 0100 | Pod Walks ④ | 101 | DF | R |
| | 0103 | Beazer & Fikejs in Wreck-Room Video Taping | 101 | WF | R |
| | | Injuries. | 101 | WF | R |
| | 0107 | Beazer Placed back into B-6 | 101 | WF | R |
| | 0120 | Pod Walks ⑤ | 101 | WF/DF | R |
| | 0132 | Ankrum out for phone call | 101 | WF | R |
| | 0140 | Pod Walk ⑥ | 101 | WF/DF | R |
| | 0200 | Ankrum back in Seg | 101 | WF | R |
| | 0200 | Pod Walk ⑦ | 101 | WF/DF | R |
| | 0220 | Pod Walk ⑧ | 101 | DF | R |
| | 0225 | Perimeter ② | 101 | WF | R |
| | 0230 | Pod Walk / Count ⑨ | 101 | DF/RG | WKA |
| | 0250 | West out for his hour out | 101 | RG | WKA |
| | 0300 | Head Ct. completed at 101 in House | 101 | DF/RG | WKA |

PARK 1000
REYES

Exhibit A-10

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3/8 | 0306 | IBUPROPHEN GIVEN TO FORRESTER / COLD PILL | 101 | DF | WH |
|  |  | GIVEN TO HAYS |  |  |  |
|  | 0308 | PERIMETER CK. | 101 | DF | WH |
|  | 0308 | DOING MAIL | 101 | RG | WH |
|  | 0320 | POD WALK | 101 |  |  |
|  | 0329 | CARRANZA-REYES, MOISES REPORTED | 101 | DF | WH |
|  |  | TO FRYE THAT HE IS NOT FEELING WELL AND |  |  |  |
|  |  | IS HAVING TROUBLE BREATHING - WAS PUT |  |  |  |
|  |  | ON OXYGEN AND CALLED THE NURSE. |  |  |  |
|  | 0340 | POD WALK | 101 | RG | WH |
|  | 0400 | POD WALK | 101 | DF | WH |
|  | 0409 | BEAZER OUT FOR A SHOWER IN SEG. | 101 | DF | WH |
|  | 0420 | POD WALK | 101 | DF | WH |
|  | 0429 | BEAZER BACK IN B-6 | 101 | DF | WH |
|  | 0435 | CALDWELL OUT FOR W/R / CT. REDUCED TO /100 | 100 | DF | WH |
|  | 0440 | POD WALK | 100 | DF | WH |
|  | 0457 | PERIMETER CK. | 100 | DF | WH |
|  | 0500 | POD WALK | 100 | DF | WH |
|  | 0520 | POD WALK | 100 | DF | WH |
| 3/8 | 0329 | DEPUTY FRYE TOOK VITALS RESPIRATION 34 | 100 | DF | WH |
|  |  | PULSE 102 AND B/P 143/78 AND GAVE |  |  |  |

CARRANZA - REYES 800mg of IBUPROPHEN AND
PEPTO-BISMAL AND WAS TOLD TO DRINK WATER PER
THE NURSE

PARK 1001
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3/8 | 0540 | POD WALK (17) | 100 | DF | WF |
| 3/8 | 0600 | START HEAD CT. / POD WALK (18) | 100 | DF/RG | WF |
| | 0610 | HEAD CT. COMPLETED AT 100 IN HOUSE | 100 | DF/RG | WF |
| | 0620 | POD WALK (19) | 100 | RG | WF |
| | 0640 | POD WALK (20) | 100 | RG | DF |
| | 0641 | PEREMITER CHECK | 100 | WF | DF |
| | 0700 | POD WALK / MEDS  CARRANZA-REYES MOISES LG-PROFEN - PEPTO BISMOL (21) | 100 | RG | DF |
| | 0730 | START HEAD CT. / POD WALK / SHIFT CHANGE (22) | 100 | S.T. | WF |
| | 0800 | HEAD CT. COMPLETED AT 100 IN HOUSE | 100 | ST | WF |
| | 0802 | NURSE IN FACILITY | 100 | | WF |
| 3-8 | 0810 | SICK I/M in O-Pod (CARRANZA-REYES, MOISES) | 100 | Crawford | |
| 3-8 | 0820 | CALLED CAPT GORE | 100 | | Crawford |
| 3-8 | 0827 | CALLED BEN @ INS - TALKED ē NURSE | 100 | | Crawford |
| 3-8 | 0830 | RAZOR #4 - ALL ACCOUNTED FOR | 100 | | Crawford |
| | 0835 | SGT Muldoon called - Briefed → transf. to Med | 100 | | |
| | 0850 | Dep Theobald to store for juice for I/M | 100 | | |
| | 0853 | I/M Carranza-Reyes → Blood in spit | 100 | Crawford | |
| 3-8 | 0903 | CHOW / FACE CT | 100 | Theobald | Crawford |
| 3-8 | 0908 | I/M Francois & Souter OTW ē Park Co. | 98 | — | Crawford |
| 3-8 | 0920 | I/M Carranza-Reyes given chair to ease discomfort | 98 | Walker | Crawford |
| 3-8 | 1000 | VISITING COMMENCING | 98 | — | Crawford |

PARK 1002
REYES

## MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| | | | 98 | | |
| 3/8 | 1010 | C-BLOCK TO REC X 5 | 98 | Walker | Crawford |
| 3/8 | 1055 | PERIMETER ✓ | 98 | ST | Crawford |
| 3-8 | 1107 | Nurse called said to take Carranza to hosp. | 98 | — | ST |
| 3-8 | 1113 | ADV. CAPT. & SGT. MULDOON - SGT. M TO AD TRANSPORT | 98 | — | Crawford |
| 3-8 | 1126 | C-BLOCK REC COMPLETED | 98 | ST | Crawford |
| 3-8 | 1130 | D-BLOCK TO REC X 2 | 98 | ST | Crawford |
| 3-8 | 1139 | Sgt Muldoon @ facility for transport | 98 | — | Crawford |
| 3-8 | 1143 | Left msg c Ben @ INS | 98 | — | Crawford |
| 3-8 | 1146 | ADV SMC OF INCOMING | 98 | — | Crawford |
| 3-8 | 1155 | J-3 10-76 c INS (CARRENAS-REYES, MOISES) TO SMC -CAPT. ADV. | 97 | Muldoon | Crawford |
| 3-8 | 1206 | Cesar @ INS ADV. GIVEN Sgt. Cell # for CTC | 97 | | Crawford |
| 3-8 | 1217 | D-BLOCK REC CONCLUDED | 97 | JW | Crawford |
| 3-8 | 1220 | CHOW/FACE CT | 97 | ST | Crawford |
| 3-8 | 1242 | J-3 ARRIVAL @ SMC - INS CTC DAN 9861119 | 97 | — | Crawford |
| 3-8 | 1252 | Count CLEAR | 97 | 97 | Crawford |
| 3-8 | 1314 | TRASH OUT | 97 | ST | Crawford |
| 3-8 | 1325 | B-BLOCK REC CALL X 11 | 97 | ST | Crawford |
| 3-8 | 1418 | Paged J-3 for UPDATE | 97 | — | Crawford |
| 3-8 | 1423 | MEDS - | 97 | Walker | |
| 3-8 | 1424 | Sgt. Muldoon to Denv. Gen. | 97 | | |
| 3-8 | 1425 | Cath Gore Advised | 97 | | |

PARK 1003
REYES