No 70940

## SUMMIT MEDICAL CENTER

HWY. 9 at SCHOOL ROAD • P.O. BOX 738 • FRISCO, COLORADO 80443-4660
(970) 668-3300 • DENVER LINE (303) 571-1616
FEDERAL EMPLOYEE NO. 84-0402711-N

**EMERGENCY DEPARTMENT RECORD**

DATE 3-8-03

TIME 1245

E.R.
PATIENT'S NAME (LAST NA   CARRANZA – REYES, MOISES 001952371~0001
08/02/1976   03/09/03 ER  KEELING, TIMOTHY R. DO  SHIT   *26Y*M*U*G*

FAMILY MD

**REPORT AND CLINICAL RECORD**

| AGE | DATE OF BIRTH |
| --- | --- |

( ) MALE
( ) FEMALE

WORKMEN'S COMPENSATION   ☐ YES  ☐ NO

## SUBJECTIVE

## OBJECTIVE

*— dictated —*

## ASSESSMENT

## PLAN

## DIAGNOSIS

**ORDERS**

REGISTER   EKG
IV  L R x 2
Levaquin 500mg IV
Tylenol 975mg po

LAB  CBC
Chem 22
Blood C&S x 2

X-RAY  CXR

OTHER
3/9/23  Dr Douglas chill
revided @ Denver Health
MICU → group A strep
pre existing conditions HIV (+)
colon Ca

303 - 436 - 6885
000001 aws

CONDITION ON TRANSFER   ☒ STABLE   ☐ SERIOUS   ☐ CRITICAL

PHYSICIAN'S SIGNATURE _____   DO ☐  MD

DISPOSITION:   A.M.
TIME:   P.M. ADMIT:   ☐ ROOM#   HOME: ☐  OTHER: ☐

Summit Medical Center
Emergency Room
PO Box 738 Frisco, CO  80443

Patient Name: Carranza-Reyes, Moises
DOB: 8/2/1976
MODE OF ARRIVAL: Patient was brought to the Emergency Department by police.

CHIEF COMPLAINT:  shortness of breath, vomiting
Patient complains of shortness of breath approximately 3 days prior to arrival.  Arrived at altitude 3
days ago.  The patient has a  headache.  There is productive cough with sputum.  There has been
some congestion.  There has been tactile  fever.  The patient complains of restless sleep.  There has
been marked shortness of breath on exertion and some shortness of breath at rest.  Patient claims to
have palpitations associated with the symptoms.  The patient complains of right pleuritic nonradiating
chest pain.  There has been multiple episodes of vomiting for 3 days.  The patient had a mild cold
symptoms for the past week.  He has right back pain, but no abdominal pain.  The patient is from
Mexico and has been incarcerated in the Fairplay jail for the past 3 days.

REVIEW OF SYSTEMS:

Constitutional symptoms: as above.
Eyes: no blurred vision, Wears glasses.
Ears, nose, mouth, throat: as above,.  No earache, no sinus pain.
Cardiovascular: as above.
Respiratory: as above.
Gastrointestinal: as above.
Genitourinary: no dysuria,
Musculoskeletal: no joint pain,
Integumentary: no rash,
Neurological: as above..
PMH: generally healthy
PATIENT'S CURRENT MEDICATIONS: none
PATIENT'S ALLERGIES: none
SOCIAL HISTORY:   as above, nonsmoker
FAMILY HISTORY: mother has some lung condition

PHYSICAL EXAM: Vital Signs: Reviewed Nurse's notes.
PATIENT STATUS: alert and cooperative.
EYES: PERRL, EOMI, no discharge or injection.
EARS: TMs without perforation, injection, or bulging. External canals clear without exudate.
THROAT: Pharynx without injection, exudate or tonsillar hypertrophy.  Airway patent.
NECK: Supple, nontender, no lymphadenopathy.
CHEST: Nontender, symmetrical, no retractions.
LUNGS: Breath sounds equal both sides.  No wheezes on auscultation.  Right rales auscultated.
Bilateral rhonchi auscultated.
HEART: Rate: rapid.  Rhythm: normal.  Heart Sounds: normal.  No systolic or diastolic murmurs.
ABDOMEN: Soft, nontender, good bowel sounds.  No hepatosplenomegaly, rebound, guarding, firm
or pulsatile mass. No flank tenderness.
PEDAL EDEMA: none.
NEUROLOGICAL: Alert and cooperative.  Sensory and motor functions intact.

DATABASE:
Oxygen saturation: 91% on 15 liter/min by mask.
X-RAY: chest x-ray shows large right middle lobe and right lower lobe pneumonias Interpretation by
ED Physician.  Results were reviewed with the radiologist.
CBC:  WBC 5.0 see results on chart.

| E.D. Clinician: | Timothy  B. Keeling, D.O. | EMERGENCY DEPARTMENT |
|---|---|---|
| Date: | Sat Mar 08, 2003 | Page 1 of 2 |
| | CHART COPY | |

Comprehensive Metabolic Panel:
The results are normal except for the following:
K 3.1
Cl 94
glucose 164
BUN: 23
Cr 3.8
T BILI: 2.9
CA2: 8.0
AST: 49
ALT: 43
BLOOD CULTURE X 2: obtained.
EKG:
Rhythm: SVT
Axis: normal
Intervals: normal
QRS: normal
ST segment: normal
Interpretation: the EKG is abnormal
The EKG was interpreted by the Emergency Physician.
CONSULT: Dr L Shockley,emergency physician  was consulted by phone at 03:04 pm and will
evaluate the patient in another Emergency Department.
INTERVENTION: KCl Duratuss 20 meq po, levofloxacin 500 mg IV was given.  Patient was hydrated
with IV X 2: lactated Ringer's.  Procedure was performed by nurse.  After treatment the patient's
condition is stable.
Discussion:
Medical records unavailable
Risk of complications and morbidity if untreated are potentially high.
Differential diagnosis was considered for: Based on the patient's history, physical exam and hospital
course the differential diagnosis was considered for causes of shortness of breath including but not
limited to asthma, pneumonia, CHF, acidosis and pulmonary embolism.
DIAGNOSIS: 1.  Right middle lobe and right lower lobe pneumonia 2.  Sepsis 3.  Hypokalemia 4.
Elevated creatinine, abnormal chemistries

DISPOSITION:
Patient was transferred to DGMC ED via ambulance at 03:28 pm.  Patient was an emergency transfer
and patient's condition requires the capabilities at the other facility.  Patient's condition at time of
transfer is stable.  Patient understands the risks of transfer and the benefits.


      Timothy  B. Keeling, D.O.

      Sat Mar 08, 2003 03:28 pm


I authorize my typed signature that I authenticated this report.

000003

8/02/1976

| Date 8-8-0? | Name Last Carranza-Reyes  First Moises  MI | Age 37 | Sex M | WtKg | PCP |

| Time 245 | BP 66 / 126 | R 24 | Temp 5 | O2Sat 95/917 | LMMP N/A | Immun/Ot □ Referral | Visual Acuity R20/  L20/  B20/ | □ Corrected |

**Current Medications**
(1330)

**Past Medical History**
□ Diabetes  □ Seizures  □ HTN  □ CVA  □ Asthma/COPD
□ Smoker ____ ppd x ____ yrs    □ Cancer
□ Communicable Disease
□ Cardiac                    None known

**Allergies**

| MOA Walk | P | BP | P | R | O2Sat | Rhythm | □ C-spine immob. □ Intubated □ CPR □ O2___ □ IV ___ cc's
□ Splint Meds / Tx: |

**Chief Complaint** Vomiting / possible kidney stone    □ Emergent  □ Urgent  □ Non-Urgent

**Triage Assessment** 3 days c/o R.C.P. fever ; N+V+D ypt brought back
Home WR to BR unable to void to Bed c P diaphoresis    RN

**Pain Rating (0-10)** 8/10  **Acceptable Level:**

**TIME** 131

## NURSING ASSESSMENT/PROBLEM IDENTIFICATION

**■ n/a SKIN**
□ Warm □ Hot ☑ Diaphoretic
□ Dry □ Cool □ Rash
COLOR
□ WNL ☑ Pale/ashen □ Jaundice
□ Cyanotic □ Mottled □ Flushed
TURGOR
☑ WNL □ Decreased
CAPILLARY REFILL
□ < 2 sec □ > 2 sec
MUCOUS MEMBRANES
□ Moist □ Dry
EDEMA
□ Absent □ Present: ____
□ See NN

**■ NEURO**
□ Headache
□ Neck/Back pain: ____
□ Recent trauma
□ Loss of consciousness
□ Seizures
☑ Dizziness/Light headed
□ Numbness: ____
□ Tingling: ____
□ Facial Droop □R □L
□ Slurred speech
□ Aphasic
□ Other: ____
**Level of Consciousness**
☑ Alert □ Cooperative
□ Confused □ Uncooperative
□ Irritable □ Consolable
☑ Restless □ Combative
□ No Response
□ Other: ____
□ See NN

**■ n/a CARDIOPULMONARY**
□ CHEST PAIN/DISCOMFORT
Onset: 3 days PTA
Location: ____
□ Intermittent □ Constant
Radiation: ____
Relieved by: ____
Worsened by: ____
Describe: ____
Severity (0-10) PTA: ____
Now: ____
□ S.O.B. □ Palpitations
☑ Cough □ Dry ☑ Productive
Color: ____
□ Night sweats
PULSES
□ Regular □ Irregular
Radial  R ____ L ____
Pedal   R ____ L ____
□ JVD present
**HEART SOUNDS**
□ WNL □ Gallop □ Rub
□ Murmur
**RESPIRATORY EFFORT**
□ WNL □ Retractions
□ Shallow □ Dyspnea
□ Stridor □ Absent
□ Nasal flaring □ Grunting
**LUNG SOUNDS**
RU RL      LU LL
□ □ Clear      □ □
□ □ Crackles   □ □
□ □ Rhonchi    □ □
□ □ Wheezes    □ □
□ □ Decreases  □ □
□ □ Absent     □ □
□ See NN

**■ n/a GI-GU**
□ ABDOMINAL PAIN
Onset: 3 days
Location: Lt side
Describe: ____
Sharp
Stools: ____
□ N/V: ____
**INTAKE**
Appetite: ____
Recent wt. Loss/gain ____ lbs.
Fluids: ____
Fontanel: ____
**URINATION**
□ Frequency  □ Urgency
□ Burning    □ Pain
□ Hematuria  □ Dysuria
Diapers: ____
□ Testicular pain □R □L
□ Penile discharge
□ Condom use
**BOWEL SOUNDS**
□ Absent □ Present □↑ □↓
**ABDOMEN**
□ Soft □ Distended
□ Rigid □ Guarding
**TENDER**
□ RUQ □ LUQ
□ RLQ □ LLQ
□ Epigastric
□ Suprapubic
□ Periumbilical
□ Generalized
Flank Pain □R □L
□ See NN

**■ n/a GYN**
□ Pregnant EDC: ____
FHT: ____
Gravida: ____ Para: ____
AB/Mis: ____
□ Vaginal Bleeding
Onset: ____
# pads/tampons: ____
□ Clots
□ Tissue
□ Cramping
□ Vaginal discharge: ____
□ Itching
□ Sexually active
□ Birth Control
□ See NN

**■ n/a EENT**
□ Sore Throat
□ Drooling
□ Hoarseness
□ Dysphagia
□ Other: ____

|  | | R | L |
| Eye | Pain | □ | □ |
|  | Drain | □ | □ |
|  | FB | □ | □ |
|  | Red | □ | □ |
| Ear | Pain | □ | □ |
|  | Drain | □ | □ |
|  | FB | □ | □ |
| Nose | Pain | □ | □ |
|  | Drain | □ | □ |
|  | FB | □ | □ |
|  | Bleed | □ | □ |
| □ See NN | | | |

**■ n/a WOUND/ORTHO**
□ Location of Injury: ____
□ Laceration Length: ____
□ Abrasion: ____
□ Puncture: ____
□ Bite: ____
□ Burn: ____
□ Pain
□ Swelling
□ Limited Movement
□ Deformity
□ Ecchymosis
□ Erythema
□ Drainage: ____
**CMS INTACT**
□ Yes □ No □ See NN

**PSYCHOSOCIAL**
**BARRIERS**
□ None □ Cognitive
□ Language □ Compliance
□ Hearing □ Memory deficit
□ Vision □ Cultural/Religious
**Pt Learns Best By**
□ Talking □ Doing
□ Watching □ Reading
**Affect**
□ Normal □ Flat
□ Sad □ Angry
**Eye Contact**
□ Yes □ No
**Ideations**
□ N/A
□ Harmful to self
□ Harmful to others
**Support Systems**
□ Lives alone
□ Family/significant other
□ Assisted living ____
Physical abuse in past year
□ Yes □ No
Feel safe now
□ Yes □ No □ Referral
□ See NN

## INTERVENTIONS

□ NPO Instructions
□ Reassurance
☑ Explanation of procedures
☑ Position of comfort
☑ Elevate HOB
□ C Spine immob.

□ Ice/elevate
□ Side rails up/locked
□ Seizure pads
□ neb by RT/RN
□ Restrained x 2 x 4
□ Security called/notified

□ Psych. evaluation
□ Social service/pastoral care
□ Case manager
□ Community resources referral
☑ Teaching/ACi: age appropriate
□ Other ____

□ Glucometer (Fasting 65-109) ____
□ Etoh test ____
□ Dip UA ____
□ Occult Blood (neg) ____
□ Gastroccult (neg) ____

noted ↑ SOB lngs c coarse rales bodu ↓ VO sats diff to asses on RA
applied sat 90% 4L - Ø radial pulse Paly - SBP 66/ IV
↑ Bilat A/C - LR x ? 1000 cc bols drsg ____ to ____ V ____
(1410) Cont c ↓ BP able to stand (1430) BP ↑ N fluids

St. Anthony
Hospitals
✛ Centura Health  #0023ED  Rev. 07/02
EMERGENCY SERVICES FLOW SHEET

CARRANZA-REYES, MOISES 001952371 -0001
08/02/1976          "28Y"M"U"C
          03/08/03    LEUNG, TIMOTHY B. DO  UNIT

000004

CE   JRA HEALTH PARTNERS AT SUM   .T
RADIOLOGY CENTER

NAME:                    CARRANZA-REYES, Moises    DOB:    08-02-76

X-RAY NUMBER:            03-1327          EXAM DATE:    03-08-03

REQUESTING PHYSICIAN:    DR. KEELING/ER

HISTORY:                 Shortness of breath

EXAMINATION:             CHEST, PA AND LATERAL

COMPARISON:
None.

FINDINGS:
There is extensive consolidation of the right middle lobe and
likely right lower lobe.  The right hemidiaphragm is obscured on
both PA and lateral projections. The possibility of pleural fluid
is also raised. Right upper lung is clear. Minimal patchy
infiltrate likely is present in the left base.  Heart size is
grossly normal as is the mediastinum. There is no left-sided
effusion.

IMPRESSION:
Extensive right basilar disease, likely both consolidation and
potentially pleural fluid.

SLA/tc  SUM TA13       d: 03/08/03  2:23pm   t: 03/08/03  8:19pm


SARA L. ANSCHUETZ, M.D.
RADIOLOGIST
DICTATED AND AUTHENTICATED BY:  Sara L. Anschuetz, M.D.
<<END OF REPORT>>

000005

CENTURA MEDICAL/SURGICAL CENTER-SUMMIT        AUTOSEND REPO

03/11/2003                          P.O. BOX 738                    PAGE 1
08:09                          FRISCO, COLORADO   443

Name: CARRANZA-REYES,MOISES                           AGE: 26Y        SEX:
H#  : 1952371-0001      LOC.: Emergency Department
OR#1 ID: 29387          DR: KEELING, TIMOTHY B. DO       TELE: 5711616


   S14073    COLL: 03/08/2003 15:13 REC: 03/08/2003 15:52 PHYS: KEELING, TIMO
B.


          BLOOD CULTURE
             Specimen or site        Blood
             Special Requests        None
             Preliminary Result:     Gram positive cocci in chains
             Culture:                Yeast
                                     *****  CRITICAL TEST VALUE  *****
                                      called to Dr. Albrecht at Denver Health
                                          0830 0309 by Dr. Koneman

                                     Sent to SAC for identification
                                     Streptococci, Beta hemolytic, Group A
                                       Performed at St. Anthony Central
                                       Hospital
                                     CORRECTED REPORT 3/10/03 1000 JN PREVIOUSLY
                                       REPORTED AS Yeast
                                     Called to: Results FAXed to:
                                      Doctor at DMC, 3/10/03 0930 jn
                                     Specimen Sent To Colorado Department of
                                       Health
             Report Status           FNL 03112003

```
03/11/2003                CENTURA MEDICAL/SURGICAL CENTER-SUMMIT    AUTOSEND REPO
11:46                              P.O. BOX 738                        PAGE 1
                                FRISCO, COLORADO   443

Name: CARRANZA-REYES,MOISES                        AGE: 26Y        SEX:
H#  : 1952371-0001      LOC.: Emergency Department
OR#1 ID: 29387          DR: KEELING, TIMOTHY B. DO      TELE: 5711616


  S14068    COLL: 03/08/2003 UNKNOWN REC: 03/08/2003 15:51 PHYS: KEELING, TI
Y B.
```

```
        BLOOD CULTURE
          Specimen or site        Blood
          Special Requests        None
          Preliminary Result:     Gram positive cocci in chains
          Culture:                Yeast
                                  *****  CRITICAL TEST VALUE  *****
                                   called to Dr. Albrecht at Denver Health
                                       0830 0309 by Dr. Koneman

                                  Sent to SAC for identification
                                  Streptococci, Beta hemolytic, Group A
                                      Performed at St. Anthony Central
                                      Hospital
                                   CORRECTED REPORT 3/10/03 1000 JN,
                                      PREVIOUSLY REPORTED AS Yeast
                                  Called to: Results FAXed to:
                                   Doctor at DMC 3/10/03 0930 jn
          Report Status           FNL 03112003

        SUSCEPTIBILITY           BLOOD CULTURE
          Specimen or site        Blood
          Organism                Streptococci, Beta hemolytic, Group A
                                      Performed at St. Anthony Central
                                      Hospital
                                   CORRECTED REPORT 3/10/03 1000 JN,
                                      PREVIOUSLY REPORTED AS Yeast
          Method                  'Microscan' MIC
          Cefotaxime              <0.03 Sensitive
          Penicillin              <0.03 Sensitive
          Vancomycin              <0.03 Sensitive
```

000007

```
03/11/2003                CENTURA MEDICAL/SURGICAL CENTER-SUMMIT      AUTOSEND REPO
08:26                                P.O. BOX 738                            PAGE 1
                              FRISCO, COLORADO 80443
```

```
Name: CARRANZA-REYES,MOISES                          AGE: 26Y        SEX:
H#  : 1952371-0001       LOC.: Emergency Department
DR#1 ID: 29387           DR: KEELING, TIMOTHY B. DO     TELE: 5711616
```

```
   S14068   COLL: 03/08/2003 UNKNOWN REC: 03/08/2003 15:51 PHYS: KEELING, TI
Y B.
```

```
        BLOOD CULTURE
           Specimen or site         Blood
           Special Requests         None
           Preliminary Result:      Gram positive cocci in chains
           Culture:                 Yeast
                                    *****   CRITICAL TEST VALUE   *****
                                     called to Dr. Albrecht at Denver Health
                                          0830 0309 by Dr. Koneman

                                     Sent to SAC for identification
                                     Streptococci, Beta hemolytic, Group A
                                          Performed at St. Anthony Central
                                          Hospital
                                     CORRECTED REPORT 3/10/03 1000 JN,
                                          PREVIOUSLY REPORTED AS Yeast
                                     Called to: Results FAXed to:
                                     Doctor at DMC 3/10/03 0930 jn
           Report Status            FNL 03112003
```

000008

20:59                                       P.O. BOX 738                        PAGE 1
                                    FRISCO, COLORADO 8[ ] 3

Name: CARRANZA-REYES,MOISES                              AGE: 26Y        SEX:
H#   : 1952371-0001      LOC.: Emergency Department
DR#1 ID: 29387           DR: KEELING, TIMOTHY B. DO     TELE: 5711616


   S14073    COLL: 03/08/2003 15:13 REC: 03/08/2003 15:52 PHYS: KEELING, TIMO
B.


          BLOOD CULTURE
             Specimen or site        Blood
             Special Requests        None
             Preliminary Result:     Gram positive cocci in chains
             Culture:                Yeast
                                     *****  CRITICAL TEST VALUE   *****
                                       called to Dr. Albrecht at Denver Health
                                          0830 0309 by Dr. Koneman

                                       Sent to SAC for identification
             Report Status           PENDING

21:02                                      P.O. BOX 738                                    PAGE 1
                                    FRISCO, COLORADO 8    3

Name: CARRANZA-REYES,MOISES                              AGE: 26Y        SEX:
H#  : 1952371-0001       LOC.: Emergency Department
DR#1 ID: 29387           DR: KEELING, TIMOTHY B. DO        TELE: 5711616


   S14068    COLL: 03/08/2003 UNKNOWN REC: 03/08/2003 15:51 PHYS: KEELING, TI
Y B.


          BLOOD CULTURE
             Specimen or site        Blood
             Special Requests        None
             Preliminary Result:     Gram positive cocci in chains
             Culture:                Yeast
                                     ***** CRITICAL TEST VALUE *****
                                      called to Dr. Albrecht at Denver Health
                                        0830 0309 by Dr. Koneman

                                      Sent to SAC for identification
             Report Status           PENDING

```
03/09/2003              CENTURA MEDICAL/SURGICAL CENTER-SUMMIT      AUTOSEND REPO
08:49                            P.O. BOX 738                          PAGE  1
                              FRISCO, COLORADO 8C..3
```

```
Name: CARRANZA-REYES,MOISES                         AGE: 26Y        SEX:
H#  : 1952371-0001      LOC.: Emergency Department
DR#1 ID: 29387          DR: KEELING, TIMOTHY B. DO      TELE: 5711616
```

```
    S14073    COLL: 03/08/2003 15:13 REC: 03/08/2003 15:52 PHYS: KEELING, TIMO
B.
```

```
          BLOOD CULTURE
             Specimen or site      Blood
             Special Requests      None
             Culture:              Yeast
                                   *****  CRITICAL TEST VALUE  *****
                                    called to Dr. Albrecht at Denver Health
                                       0830 0309 by Dr. Koneman

                                    Sent to SAC for identification
             Report Status         PENDING
```

08:50                                    P.O. BOX 738                              PAGE 1
                                   FRISCO, COLORADO 81 3

Name: CARRANZA-REYES,MOISES                                    AGE: 26Y          SEX:
H#  : 1952371-0001        LOC.: Emergency Department
DR#1 ID: 29387            DR: KEELING, TIMOTHY B. DO           TELE: 5711616


   S14068    COLL: 03/08/2003 UNKNOWN REC: 03/08/2003 15:51 PHYS: KEELING, TI
Y B.


          BLOOD CULTURE
             Specimen or site          Blood
             Special Requests          None
             Culture:                  Yeast
                                       *****  CRITICAL TEST VALUE  *****
                                        called to Dr. Albrecht at Denver Health
                                             0830 0309 by Dr. Koneman

                                        Sent to SAC for identification
             Report Status             PENDING

15:43                              P.O. BOX 738                              PAGE 1
                              FRISCO, COLORADO 8(   )3

Name: CARRANZA-REYES,MOISES                              AGE: 26Y        SEX:
H#  : 1952371-0001      LOC.: Emergency Department
DR#1 ID: 29387          DR: KEELING, TIMOTHY B, DO       TELE: 5711616


  S13927    COLL: 03/08/2003 13:48 REC: 03/08/2003 13:58 PHYS: KEELING, TIMO
B.


        AUTOMATED BLOOD COUNT
          WBC                      4.2        [4.1-11.0]        1000/uL
          RBC Count                5.16       [4.32-6.06]       mil/uL
          Hemoglobin               16.6       [13.4-18.0]       gm/dL
          Hematocrit               45         [40-54]          %
          MCV                      88         [80-102]          fL
          MCH                      32         [26-34]           pg
          MCHC                 H   37         [31-36]           g/dL
          RDW                      14.2       [11.5-15.3]      %
          MPV                  H   10.9       [7.3-10.5]        fL
          Platelet Count       L   118        [140-400]         1000/uL

        DIFFERENTIAL
          Seg Neutrophil       L   14         [46-68]          %
          Lymphocyte           L   8          [21-43]          %
          Monocyte             H   16         [0-13]           %
          Band                 H   38         [0-9]            %
          Eosinophil               0          [0-5]            %
          Basophil                 0          [0-2]            %
          Other Cell           H   24         [0]              %
                                   METAMYELOCYTES
          RBC morphology           Normal
          Platelet estimate        Adequate
          WBC morphology           50 CELL DIFF
          Type differential        Manual


                         TC

                                                                383-
                                                                837
                                                                2990
           Albrecht
           383-436
              8880

                                                            000013

PAGE 1

FRISCO, COLORADO 80443

Name: CARRANZA-REYES,MOISES                                   AGE: 26Y        SEX:
H#  : 1952371-0001      LOC.: Emergency Department
OR#1 ID: 29387          DR: KEELING, TIMOTHY B. DO       TELE: 5711616


   S13927    COLL: 03/08/2003 13:48 REC: 03/08/2003 13:58 PHYS: KEELING, TIMO
B.


Comprehensive Metabolic Panel

| | | | |
|---|---|---|---|
| Sodium | 135 | [135-146] | mMol/L |
| Potassium | L 3.1 | [3.5-5.3] | mmol/L |
| Chloride | L 94 | [98-110] | mMol/L |
| CO2 | 18 | | mMol/L |
| Glucose | H 164 | [65-109] | mg/dL |
| BUN | H 23 | [6-22] | mg/dl |
| Creatinine, Serum | H 3.8 | [0.5-1.4] | mg/dL |
| Calcium | L 8.0 | [8.5-10.5] | mg/dL |
| Total Bilirubin | H 2.9 | [0.2-1.5] | mg/dL |
| Total Protein | 7.2 | [6.0-8.3] | g/dL |
| Albumin | L 3.4 | [3.7-5.1] | g/dL |
| Globulin | 3.8 | [2.2-4.2] | g/dl |
| A/G Ratio | 0.9 | [0.8-2.0] | |
| AST | H 49 | [0-37] | IU,37C |
| ALT | H 43 | [0-40] | IU,37C |
| Alkaline Phosphatase | 71 | [20-125] | U/L |

**Mon 1**

**Trend Report**                                                                 Printed  8 Mar 03 15:21

| 8 Mar 03 | 14:04 | 14:05 | 14:06 | 14:07 | 14:08 | 14:09 | 14:10 | 14:11 | 14:12 | 14:13 | 14:14 | 14:15 | 14:16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR |  |  |  |  |  |  |  | 148 | 148 | 147 |  |  | 148 |
| PVC |  |  |  | -?- | -?- | -?- |  | 0 | 1 | 0 | -?- | -?- | 0 |
| ST-II |  |  |  | -?- | -?- | -?- |  | -?- | 1.3 | 0.6 | -?- | 1.1 | -?- |
| SpO2 |  |  |  | -?- | 89 | 93 | 88 | 83 | 89 | 92 | 90 | 88 | -?- |
| Pulse |  |  |  | -?- | 97 | 146 | 105 | 91 | 100 | 72 | 53 | 64 | -?- |
| RR |  |  |  | -?- | -?- | -?- |  | 18 | 31 | 31 | -?- | -?- | 45 |
| NBPs |  |  |  |  |  |  |  |  |  |  |  |  | -?- |
| NBPd |  |  |  |  |  |  |  |  |  |  |  |  | -?- |
| NBPm |  |  |  |  |  | 146 |  |  |  |  |  |  | -?- |

| 8 Mar 03 | 14:17 | 14:18 | 14:19 | 14:20 | 14:21 | 14:22 | 14:23 | 14:24 | 14:25 | 14:26 | 14:27 | 14:28 | 14:29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR | 147 | 146 | 146 | 147 | 146 | 144 | 145 | 144 | 143 | 145 | 145 | 144 | 143 |
| PVC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ST-II | 1.7 | 1.1 | 1.2 | 1.0 | 1.4 | 1.8 | 1.1 | 1.2 | 1.5 | 0.8 | 1.4 | 1.6 | 1.3 |
| SpO2 | 92 | 92 | 93 | 90 | 90 | 91 | 92 | 93 | 92 | 92 | 92 | 92 | 94 |
| Pulse | 149 | 146 | 146 | 147 | 115 | 142 | 145 | 144 | 143 | 145 | 145 | 143 | 144 |
| RR | 31 | 36 | 42 | 31 | 31 | 25 | 26 | 32 | 40 | 30 | 38 | 45 | 41 |
| NBPs |  |  |  |  |  |  |  |  |  |  |  |  |  |
| NBPd |  |  |  |  |  |  |  |  |  |  |  | -?- |  |
| NBPm |  |  |  |  |  |  |  |  |  |  |  | -?- |  |

| 8 Mar 03 | 14:30 | 14:31 | 14:32 | 14:33 | 14:34 | 14:35 | 14:36 | 14:37 | 14:38 | 14:39 | 14:40 | 14:41 | 14:42 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR |  | 141 | 142 | 142 | 140 | 140 | 141 | 141 | 141 | 141 | 141 | 139 | 141 |
| PVC | -?- | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ST-II | -?- | -?- | 1.0 | 0.6 | 1.2 | 0.9 | 1.2 | 0.5 | 0.7 | 0.5 | 0.8 | 0.5 | 0.3 |
| SpO2 | 95 | 94 | 94 | 94 | 95 | 95 | 96 | 96 | 92 | 95 | 94 | 94 | 96 |
| Pulse | 141 | 141 | 141 | 142 | 139 | 139 | 140 | 138 | 123 | 140 | 138 | 137 | 140 |
| RR | -?- | 46 | 39 | 43 | 42 | 50 | 38 | 53 | 49 | 47 | 40 | 50 | 47 |
| NBPs |  |  |  | 117 |  |  |  |  |  | 114 |  |  |  |
| NBPd |  |  |  | 32 |  |  |  |  |  | 63 |  |  |  |
| NBPm |  |  |  | 61 |  |  |  |  |  | 72 |  |  |  |

| 8 Mar 03 | 14:43 | 14:44 | 14:45 | 14:46 | 14:47 | 14:48 | 14:49 | 14:50 | 14:51 | 14:52 | 14:53 | 14:54 | 14:55 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR | 142 | 143 | 144 | 144 | 143 | 142 | 141 | 144 | 145 | 145 | 146 | 146 | 144 |
| PVC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| ST-II | 1.2 | 0.3 | 0.2 | -?- | 0.4 | -?- | -?- | -?- | -?- | -?- | -?- | 0.9 | 0.8 |
| SpO2 | 94 | 94 | 92 | 92 | 94 | 93 | 93 | 93 | 91 | 93 | 93 | 93 | 93 |
| Pulse | 143 | 141 | 142 | 144 | 143 | 141 | 140 | 143 | 145 | 146 | 146 | 146 | 144 |
| RR | 52 | 44 | 43 | 41 | 45 | 54 | 49 | 44 | 48 | 49 | 43 | 47 | 43 |
| NBPs |  |  |  |  |  |  |  |  |  |  |  | -?- |  |
| NBPd |  |  |  |  |  |  |  |  |  |  |  | -?- |  |
| NBPm |  |  |  |  |  |  |  |  |  |  |  | -?- |  |

| 8 Mar 03 | 14:56 | 14:57 | 14:58 | 14:59 | 15:00 | 15:01 | 15:02 | 15:03 | 15:04 | 15:05 | 15:06 | 15:07 | 15:08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR | 144 | 144 | 143 | 144 | 145 | 144 | 144 | 145 | 145 | 144 | 145 | 145 | 147 |
| PVC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ST-II | -?- | -?- | 0.3 | 0.8 | 0.1 | 0.8 | -?- | 0.0 | -?- | 0.9 | 0.1 | 0.4 | 0.0 |
| SpO2 | 94 | 94 | 94 | 95 | 94 | 93 | 87 | 82 | -?- | -?- | -?- | -?- | -?- |
| Pulse | 143 | 143 | 141 | 144 | 146 | 144 | 104 | 61 | -?- | -?- | -?- | -?- | -?- |
| RR | 39 | 43 | 41 | 38 | 35 | 37 | 37 | 38 | 36 | 37 | 42 | 37 | 31 |
| NBPs |  | -?- |  | 74 |  |  |  |  |  |  |  |  |  |

**PHILIPS**                                          SUMMIT MEDICAL CENTER                                          Page  1

000015

Mon 1

| 8 Mar 03 | 14:56 | 14:57 | 14:58 | 14:59 | 15:00 | 15:01 | 15:02 | 15:03 | 15:04 | 15:05 | 15:06 | 15:07 | 15:08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NBPd | | -?- | | 28 | | | | | | | | | |
| NBPm | | -?- | | 40 | | | | | | | | | |

| 8 Mar 03 | 15:09 | 15:10 | 15:11 | 15:12 | 15:13 | 15:14 | 15:15 | 15:16 | 15:17 | 15:18 | 15:19 | 15:20 | 15:21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR | 147 | 147 | 147 | 143 | 147 | 146 | 147 | 147 | 143 | 148 | 148 | 147 | 146 |
| PVC | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ST-II | 0.7 | 0.1 | 0.8 | 0.1 | 0.7 | 0.3 | 0.6 | -?- | 0.5 | 0.2 | 0.6 | 0.3 | -?- |
| SpO2 | -?- | -?- | 92 | 92 | 92 | 91 | 90 | 91 | 90 | 90 | 91 | 89 | 89 |
| Pulse | -?- | -?- | 147 | 144 | 146 | 146 | 147 | 141 | 135 | 144 | 147 | 147 | 146 |
| RR | 45 | 37 | 34 | 37 | 41 | 39 | 38 | 37 | 35 | 50 | 48 | 47 | 37 |
| NBPs | 129 | | | | | | | | | | | | |
| NBPd | 53 | | | | | | | | | | | | |
| NBPm | 72 | | | | | | | | | | | | |

**PHILIPS**                    SUMMIT MEDICAL CENTER                    Page    2

000016

