# ROCKY MOUNTAIN INFECTIOUS DISEASE SPECIALISTS, P.C.

DONALD H. KEARNS, M.D.  
KAREN A. WENDEL, M.D.

JONATHAN S. HARTE, M.D.

JAMES M. NEID, JR., M.D.  
GEOFFERY W.P. CLOVER, M.D.



COPY

September 14, 2006

Dear Andrew Ringel,

Please note the following summary and opinions on the course of Moises Carranza-Reyes (the patient).

The patient was taken to Park County Jail on 03/01/2003. There was no record of any illness. On 03/06/2003 the patient complained of aches, nausea, diarrhea, nasal congestion and sore throat. Examination of his lungs was normal and he was treated for aches, congestion and diarrhea. On 03/07/2003 the patient was about the same. On 03/08/03 at 0345 the patient was noted to have trouble breathing, nausea and vomiting. At 0750 on 03/08/2003 the patient complained of right sided pain radiating to his flank and groin. He was transported to Summit County. The patient arrived at Summit County Medical Center at 1242.

At Summit Medical Center the patient was noted to have a productive cough, shortness of breath, pleuritic chest pain and to feel warm. His temperature was 98.5, RR24, PP126, BP 66 and Pulse Ox 91% on 15 L 02. A chest x-ray revealed a large right middle and lower lobe pneumonia. The patient was hydrated, given levofloxacin and transferred to Denver Health at 1528. Blood cultures grew Beta Hemolytic Strep, group A. His creatinine was 3.8 and platelet count was 118. In transit his blood pressure was 110 to 138/palp.

The patient arrived at Denver Health at 1700, and was intubated in the emergency department and transferred to the ICU. His vital signs were T38.2, RR 40, BP 76/57, P 150 and Pulse Ox 91% on nrb at 15. He was given ceftriaxone levofloxacin, amphotericin and pressors. The patient sustained a cardiac arrest at 2320 and was resuscitated. He required maximal support for multiorgan failure including ventilator support, hemodialysis antibiotics and pressors. By 03/11/2006 his left leg was mottled with dusky areas, evolving into gangrene and requiring a left below the knee amputation. The patient ultimately recovered.

1550 S. Potomac Street, Suite 270  
Aurora, Colorado 80012  
Phone: 303-750-1800  
Fax: 303-750-8000

10099 Ridge Gate Parkway, Suite 460  
Lone Tree, Colorado 80134  
Phone: 303-799-7372

**EXHIBIT B**

Exhibit A-13

# ROCKY MOUNTAIN INFECTIOUS DISEASE SPECIALISTS, P.C.

DONALD H. KEARNS, M.D.  
KAREN A. WENDEL, M.D.

JONATHAN S. HARTE, M.D.

JAMES M. NEID, JR., M.D.  
GEOFFERY W.P. CLOVER, M.D.

My opinions are as follows:

1. While at the Summit County Jail, the patient became ill with a Group A Strep (GAS) sepsis and pneumonia. This illness can progress from mildly to seriously ill in explosive fashion over a few hours. Only in retrospect can the fulminant course be understood. This is a very rare pneumonia, making it impossible to diagnose accurately prospectively.
2. It is known that crowding can enhance respiratory transmission of GAS pharyngitis. There is no evidence that crowding can enhance development of GAS sepsis and pneumonia.
3. No other inmates suffered from documented GAS disease.
4. The record does not provide evidence as to when the patient acquired GAS. While pharyngitis may be caused by respiratory spread, it can also be acquired after the skin has been colonized for weeks. In other words, the patient could have entered the jail with GAS already in his body without it causing harm or being recognizable. There is no evidence GAS is spread by feces.
5. It is not necessary to be in a jail setting to develop GAS sepsis and pneumonia.
6. GAS sepsis and pneumonia caused severe hypoxia, respiratory and renal failure, hypotension and cardiac arrest in the patient.
7. In conjunction with hypotension and pressors, the patient developed gangrene of his left leg.

*[signature]*

Donald H. Kearns, M.D.

1550 S. Potomac Street, Suite 270  
Aurora, Colorado 80012  
Phone: 303-750-1800  
Fax: 303-750-8000

10099 Ridge Gate Parkway, Suite 460  
Lone Tree, Colorado 80134  
Phone: 303-799-7372  
Fax: 303-799-7371