IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
and
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

Defendants.
_____

## ORDER
_____

This matter is before me on the **Unopposed Motion to Extend Discovery for Limited Purpose of Completing Discovery from Federal Agency** [Doc. # 118, filed 12/15/2006] (the "Motion").

Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **January 31, 2007,** solely to allow discovery against and a possible deposition of the Bureau of Immigration and Customs Enforcement or its agent.

Dated December 18, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge