IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

      Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Coiorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

      Defendants.

---

**UNOPPOSED MOTION TO EXTEND TIME FOR FILING
PLAINTIFF'S RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT
FILED BY THE DEFENDANTS
(and Proposed Order)**

---

Plaintiff, Moises Carranza-Reyes, by and through his attorneys, Bill Trine of Trine & Metcalf, P.C., Lloyd C. Kordick of Lloyd C. Kordick & Associates, Joseph Archuleta of The Archuleta Law Firm, and Adele Kimmel of Trial Lawyers for Public Justice, hereby submits this unopposed Motion to extend the time within which to respond to Defendants' Motions for Summary Judgment, as follows:

Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore electronically filed a 54-page Motion for Summary Judgment on December 13, 2006, and a response to that Motion is due on or before January 2, 2007.

1

Defendant Vickie Paulsen electronically filed a Motion for Summary Judgment on December 15, 2006, and a 34-page brief in support of that Motion on December 15, 2006.

Plaintiff's counsel, Bill Trine, is responsible for filing a response to those Motions and he was on vacation out of state when the Motions were filed, returning to Colorado on December 20, 2006.

Pursuant to D.C. Colo. L.C. Rule VR 56.1, the Plaintiff has 20 days to respond to each of the Motions for Summary Judgment and Plaintiff's responses are therefore due on or before January 2, 2007 (response to Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore) and on January 4, 2007 (response to Defendant Vickie Paulsen).

For the reasons set forth in each of the Defendants' Unopposed Motion to Exceed Page Limit in filing the Motions for Summary Judgment, Plaintiff seeks additional time to and including January 15, 2007, in order to respond to each of the Motions for Summary Judgment. The underlying factual predicate is quite complicated, a variety of different arguments have been presented on complex issues of law, and counsel for Plaintiff has had inadequate time, because of the holidays and vacation, to adequately address the issues presented by the Motions for Summary Judgment. Andrew Ringel, as counsel for the Park County Board of County Commissioners, Fred Wegener, and Monte Gore, has informed Bill Trine that he does not oppose this Motion for Extension of Time through January 15, 2007. Josh Marks, counsel for Vickie Paulsen, also does not oppose this Motion for Extension of Time through January 15, 2007.

WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests this Court for an Order extending the time within which to file answers to each of the Defendants' Motions for Summary Judgment, extending the time for filing from January 2, 2007, on the Motion filed by the Park County Board of County Commissioners, Fred Wegener, and Monte Gore, and from January 4,

2

2007, on the Motion filed by Defendant Vickie Paulsen, with the response to both Motions for Summary Judgment to be filed by counsel for Plaintiff on or before January 15, 2007.

Dated this _27th_ day of December, 2006.

Respectfully submitted,

By: _____
William A. Trine, #577
Trine & Metcalf, PC
1435 Arapahoe Avenue
Boulder Colorado 80302-6390
(303) 442-0173

Joseph J. Archuleta, #19426
Joseph J. Archuleta and Associates
1724 Ogden Street
Denver Colorado 80218
(303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado 80903
(719) 475-8460

Adele Kimmel, Esq.
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
(202) 797-8600

Attorneys for Plaintiff

## CERTIFICATE OF MAILING/SERVICE

The undersigned hereby certifies that on this _27th_ day of December, 2006, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, Colorado 80218-1018
*Co-Counsel for Plaintiff*

Lloyd C. Kordick,
Attorney at Law
805 S. Cascade
Colorado Springs, CO 80903
*Co-Counsel for Plaintiff*

Adele P. Kimmel
Richard H. Frankel
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th Street, Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener, and Monte Gore*

Josh A. Marks
Berg, Hill, Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO 80302
*Counsel for Defendant Vicki Paulsen*

_____