IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUN 1 5 2006

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

    Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

    Defendants.

---

### PLAINTIFF'S F.R.C.P. 26(a)(2)(B) DISCLOSURES

---

    Plaintiff, Moises Carranza-Reyes, by and through his attorneys, Bill Trine of Trine & Metcalf, P.C., Lloyd C. Kordick of Lloyd C. Kordick & Associates, Joseph Archuleta of The Archuleta Law Firm, and Adele Kimmel of Trial Lawyers for Public Justice, respectfully submits his Fed.R.Civ.P. Rule 26(a)(2)(b) expert witness disclosures, as follows:

A.    <u>EXPERTS RETAINED OR SPECIALLY EMPLOYED PURSUANT TO F.R.C.P 26(a)(2)(B)</u>:

    1.    HELEN M. WOODARD, M.A., ReEntry Rehabilitation Services, Inc., 1435 Reed Street, Lakewood, CO 80214, 303-238-3700.

        Helen Woodard is a rehabilitation counselor and life care planner. Her professional fee is $180 per hour and her fee for testimony and deposition is $1,000

1


EXHIBIT A-1

for up to three hours. Her curriculum vitae containing her qualifications as an expert, including publications, is attached as **Exhibit 1.** The list of cases in which she has testified as an expert at trial or deposition within the preceding four years is attached as **Exhibit 2.**

Ms. Woodard's expert opinions are based on her education, training, experience, meetings with and evaluation of Moises Carranza-Reyes, hospital and medical records, interviews, and other documents which are itemized in her Preliminary Report and Life Care Plan dated 4/28/06. Ms. Woodard will testify to those matters contained in her report and Life Care Plan dated 4/28/06, which is attached as **Exhibit 3.** Ms. Woodard has reserved the right to supplement her report if Mr. Carranza-Reyes' condition or circumstances should change.

Ms. Woodard will also testify to those matters contained in her deposition testimony, if taken. To the extent that other issues are called to Ms. Woodard's attention at deposition or trial, she is expected to address those if they fall within her area of expertise. It is also anticipated that Ms. Woodard will be provided with copies of the Defendants' expert designation and/or Defendants' expert deposition transcripts and she may provide rebuttal testimony to opinions formed by Defendants' experts.

2. **PATRICIA PACEY, Ph.D.**, Pacey Economics Group, 6630 Gunpark Drive, Suite 200, Boulder, CO 80301, 303-530-5333.

Dr. Pacey is a consulting economist and she performed an economic appraisal of Plaintiff's losses. Her curriculum vitae is attached as **Exhibit 4.** A list of cases in which Dr. Pacey has testified as an expert at trial or deposition within the preceding

four years is attached as **Exhibit 5**. The compensation that she has received and will receive for her services in this case and her fees for trial and deposition testimony is attached as **Exhibit 6**.

Dr. Pacey will testify to those matters contained in her Economic Appraisal of Loss dated May 17, 2006, which is attached as **Exhibit 7**. She will testify with regard to those matters contained in her written report and attached charts, which will be introduced as exhibits at trial. She has calculated the net present value of Plaintiff's economic losses as a result of his injuries based on two scenarios. In Scenario I, the total value of the loss is $1,640,000, and in Scenario II, the total value of loss is $950,800. Dr. Pacey's report does not include past medical expenses.

Dr. Pacey will rely upon the documentation described in her attached report, upon her interviews of others, and the information supplied to her by the Plaintiff and his counsel.

To the extent that other issues are called to Dr. Pacey's attention at deposition or trial, she is expected to address those issues if they fall within her area of expertise. It is also anticipated that Dr. Pacey will be provided with copies of Defendants' expert designation and/or Defendants' expert deposition transcripts and she may provide rebuttal testimony to opinions formed by Defendants' experts regarding economic losses.

3. **MICHAEL S. NIEDERMAN, M.D.**, Pulmonary/Critical Care Medicine, Winthrop University Hospital, Mineola, NY 11501, 516-663-2381.

Dr. Niederman is Chairman of the Department of Medicine at Winthrop University Hospital and is board-certified in internal medicine, in pulmonary

3

subspecialty, and in critical care medicine. His curriculum vitae containing his qualifications as an expert witness, including a list of publications authored Dr. Niederman, is attached as **Exhibit 8.** Dr. Niederman's fee for case review is $400 per hour and his fee for deposition is $500 per hour. His fee for trial is $5,000 per day of testimony. Attached as **Exhibit 9** is a list of cases in which Dr. Niederman has testified as an expert at trial or deposition within the preceding four years.

Dr. Niederman has reviewed all of the relevant medical records and documents described in his written report dated 6/8/06, which is attached as **Exhibit 10.** His opinions and the bases for his opinions are set forth in his written report.

4. **CATHERINE M. KNOX, LLC,** One Lincoln Center, Suite 380, 10300 SW Greenburg Road, Portland, OR 97223, 503-449-0186.

Ms. Knox is a registered nurse. Her curriculum vitae containing her qualifications as an expert witness, including a list of publications she has authored, is attached as **Exhibit 11.** Ms. Knox's fee for case review is $100 per hour and her fee for deposition and trial testimony is $125 per hour. If travel is necessary, her fee is $80 an hour portal-to-portal, plus actual expenses. Ms. Knox has not given testimony in trial or deposition as an expert witness in the last four years.

Ms. Knox has reviewed all of the relevant medical records and documents described in her written report dated 5/16/06, which is attached as **Exhibit 12.** Her opinions and the bases for her opinions are set forth in her written report. The standards and other documents referred to in her written report may be utilized as exhibits.

4

To the extent that other issues are called to Ms. Knox's attention at deposition or trial, she is expected to address those issues if they fall within her area of expertise. It is also anticipated that Ms. Knox will be provided with copies of Defendants' expert designations and/or Defendants' expert deposition transcripts and she may provide rebuttal testimony to opinions formed by Defendants' experts.

5. **ROBERT G. GREIFINGER, M.D.**, 32 Parkway Drive, Dobbs Ferry, NY 10522-3517, 914-693-9205.

Dr. Greifinger is a physician licensed in New York and Pennsylvania who has specialized in the practice of correctional medicine for the past 18 years. His curriculum vitae containing his qualifications as an expert witness, including a list of publications he has authored, is attached as **Exhibit 13**. His fee is $350 per hour for document review and report writing and $3,500 per day for work outside of his office for trial testimony or deposition testimony, plus reasonable expenses. His expert testimony at trial or by deposition within the preceding four years is attached as **Exhibit 14**.

Dr. Greifinger will testify to those matters contained in his written reports dated 7/29/05 (Exhibit 15), 4/27/06 (Exhibit 16), and 6/2/06 (Exhibit 17).

Dr. Greifinger has reviewed all of the relevant medical records, depositions and other documents described in his written reports and his opinions and the bases for his opinions are contained in his written reports.

To the extent that other issues are called to Dr. Greifinger's attention at deposition or trial, he is expected to address those issues if they fall within his area of expertise. It is also anticipated that Dr. Greifinger will be provided with copies of

5

Defendants' expert designations and/or Defendants' expert deposition transcripts and may provide rebuttal testimony to opinions formed by Defendants' experts.

6. **MANUEL D. ROMERO**, 1607 Ben San Avenue, Belen, NM 87002, 505-861-3944.

Mr. Romero has a B.A. degree in criminal justice and an A.S. degree in correctional studies and is an expert in the operation of correctional facilities. His curriculum vitae containing his qualifications as an expert witness is attached as **Exhibit 18**. Mr. Romero's fee for case review is $200 per hour and his fee for testimony at trial or deposition is $300 per hour. In addition to those fees, he charges for reasonable expenses incurred. A list of his testimony at trial and in depositions, his affidavits and experts' reports, is attached as **Exhibit 19**.

Mr. Romero has reviewed all of the relevant documents and records described in his written report dated 5/2/06, which is attached as **Exhibit 20**. His opinions and the bases for his opinions are set forth in his written report and he will testify to those matters and opinions contained Exhibit 20.

To the extent that other issues are called to Mr. Romero's attention at deposition or trial, he is expected to address those issues if they fall within his area of expertise. It is also anticipated that Mr. Romero will be provided with copies of Defendants' expert designations and/or Defendants' expert deposition transcripts and he may provide rebuttal testimony to opinions formed by Defendants' experts.

7. **ANTHONY G. VOLZ, MSN, RNC, ANP**, 6416 Peak Vista Circle, Colorado Springs, CO 80919, 719-528-1130.

Anthony Volz is a registered nurse with a post-masters certificate as an Adult Nurse Practitioner. We have asked Mr. Volz for a list of cases he has testified in for trial or deposition for the preceding four years, a fee schedule and list of publications. However, he is on vacation until Tuesday, 6/20/06 and we will supplement these Disclosures with that additional information on his return. His curriculum vitae containing his qualifications as an expert is contained on the first page of his report, which is attached as **Exhibit 21**. Mr. Volz' expert opinions are based on his education, training, experience, review of the jail records, Summit County medical records, Denver Health medical records, and other documents, which are referred to in his report, including Colorado statutes and national correctional standards. Mr. Volz will testify to those matters contained in his report and reserves the right to supplement his report if additional information or facts become known. His opinions and the bases for his opinions are contained in his written report.

To the extent that other issues are called to Mr. Volz' attention at deposition or trial, he is expected to address those issues if they fall within his area of expertise. It is also anticipated that Mr. Volz may be provided with copies of Defendants' expert designations and/or Defendants' expert deposition transcripts and he may provide rebuttal testimony to opinions formed by Defendants' experts.

B. <u>NON-RETAINED EXPERTS, INCLUDING TREATING PHYSICIANS AND HEALTH CARE PERSONNEL.</u>

Plaintiff will call expert witnesses who have not been retained or specially employed, but are treating physicians and health care personnel involved in Plaintiff's care, treatment and

7

rehabilitation. Those expert witnesses have been previously described in Plaintiff's Rule 26(a)(1) Disclosures.

Dated this 14th day of June, 2006.

Respectfully submitted,

By: _____
William A. Trine, #577
Trine & Metcalf, PC
1435 Arapahoe Avenue
Boulder Colorado 80302-6390
(303) 442-0173

Joseph J. Archuleta, #19426
Joseph J. Archuleta and Associates
1724 Ogden Street
Denver Colorado 80218
(303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado 80903
(719) 475-8460

Adele Kimmel, Esq.
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
(202) 797-8600

Attorneys for Plaintiff

## CERTIFICATE OF MAILING/SERVICE

The undersigned hereby certifies that on this __14th__ day of June, 2006, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, Colorado 80218-1018
*Co-Counsel for Plaintiff*

Lloyd C. Kordick,
Attorney at Law
805 S. Cascade
Colorado Springs, CO 80903
*Co-Counsel for Plaintiff*

Adele P. Kimmel
Richard H. Frankel
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th Street, Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener, and Monte Gore*

Craig A. Sargeant
Attorney at Law
400 S. Colorado Blvd., Suite 900
Glendale, Colorado 80246
*Counsel for Dr. Bachman*

Josh A. Marks
Berg, Hill, Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO  80302
*Counsel for Defendant Vicki Paulsen*

_____
[signature: Elizabeth Quick]