EXHIBIT
A-4

1

1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE DISTRICT OF COLORADO

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

5    MOISES CARRANZA-REYES,
                              Plaintiff,
6               -against-
     THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
7    FRED WEGENER, individually and in his official
     capacity as Sheriff of Park County, Colorado;
8    MONTE GORE, individually and in his official
     capacity as Captain of Park County Sheriff's
9    Department;
     VICKIE PAULSEN, individually, and in her
10   official capacity as Registered Nurse for Park
     County, Colorado; and
11   JAMES BACHMAN, M.D., individually and in his
     official capacity as Medical Director of the
12   Park County Jail;
                              Defendants.
13   Civil Action No. 05CV-00377-WD-BNB

14   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

15                         222 Station Plaza North

16                         Mineola, New York

17                         September 8, 2006

18                         9:15 A.M.

19

20         EXPERT DEPOSITION of MICHAEL S.

21   NIEDERMAN, M.D., taken pursuant to the Federal

22   Rules of Civil Procedure, and Notice, held at

23   the above-mentioned time and place before

24   Patricia Wor, a Notary Public of the State of

25   New York.

PRECISE COURT REPORTING
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1              M. Niederman
 2        A.    Yes, and that's one of the points
 3   that's in the guideline, is that for a variety
 4   of different pneumonias, there's both local
 5   factors with bacteriology, antibiotic
 6   susceptibility, as well as patient specific
 7   historical factors that make infection of a
 8   certain bacteria more or less likely.
 9        Q.    So if I'm understanding you, and I
10   realize we're talking about this in really
11   broad brush strokes, there needs to be some
12   kind of localization of the guidelines?
13        A.    Correct.
14        Q.    Take a look at the next page.
15        A.    Okay.
16        Q.    Number 42.  I notice that you used
17   the terminology "evidence based medicine."
18        A.    Correct.
19        Q.    What do you mean by that?
20        A.    Well, there's been a movement with
21   recommendations and guidelines to go from
22   expert opinion to opinion based on published
23   data, and so that's evidence based medicine,
24   and there's a lot of discussion as to how that
25   evidence gets evaluated and how that evidence
```

1           M. Niederman

2     and I was responsible for looking at all those

3     articles and writing an introduction as it was

4     put together.

5           Q.     Have you ever provided medical care

6     to anybody in an incarcerated setting?

7           A.     In the jail itself, no.

8           Q.     Based on that answer, I assume that

9     you have treated people who were incarcerated

10    but the setting of your treatment was here or

11    at a similar facility?

12          A.     When patients who have been sick in

13    jail are brought here, it's not been common,

14    but we have taken care of inmates from a

15    jail.

16          Q.     Do you know which ones?

17          A.     Offhand, I cannot remember.

18          Q.     About how many inmates from

19    whatever correctional facility or facilities

20    have you treated during the time that -- well,

21    in your career, I guess?

22          A.     I can't remember very specifically,

23    but I'm sure it's somewhere in the order of

24    six to 10 patients.  It's not a large number.

25          Q.     Would they have been, you know,

1               M. Niederman

2    sort of general medical patients or would they

3    have been patients with pulmonary issues that

4    you specialize in?

5         A.     Generally patients with pulmonary

6    issues.

7         Q.     Do you have any memory of whether

8    any of them were -- let me back up.  I assume

9    that some -- well, you tell me.  The nature of

10   your practice as a consultant on an

11   out-patient basis, I assume, is chronic

12   patients rather than acute patients?

13        A.     Generally, and the situation where

14   we might have taken care of inmates or former

15   inmates was there was a time period, probably

16   about 10 years back, where we were doing the

17   care of tuberculosis for Nassau County, and

18   some of those patients we took care of at the

19   county clinic had been in and out of an

20   incarceration setting, so, actually, the

21   number might be higher, now that I'm thinking

22   back to that.

23        Q.     Have you ever treated a patient

24   that you recall who acquired pneumonia in a

25   correctional facility?

1              M. Niederman

2      A.     I don't remember specifically, no.

3      Q.     Are you aware of the standards of

4    providing medical care in a correctional

5    setting?

6      A.     Not specifically, no.

7      Q.     Have you ever addressed any medical

8    issues related to someone who is on an

9    immigration detention or hold?

10     A.     Again, the only ones that come to

11   mind are I do remember that when we were doing

12   tuberculosis for the county, sometimes we were

13   doing that in relation to filling out papers

14   for recent immigrants and there was a need to

15   determine their tuberculosis status before

16   they could complete their immigration.

17     Q.     Other than that, do you have sort

18   of any general knowledge of how the

19   immigration system in the United States works?

20     A.     Not any more than I think anybody

21   else would have from reading newspapers, no.

22     Q.     Other than what might be in The New

23   York Times or whatever your daily newspaper is

24   or that kind of periodical, you don't have any

25   expertise in the immigration system?

1                    M. Niederman

2    better word?

3        A.    I'm not sure I understand your

4    question.

5        Q.    Fair enough.  It's not a very clear

6    question.

7                    Can you describe for me if there's

8    a particular way that that infection presents

9    itself or the course of its infection in a

10   patient like Mr. Carranza-Reyes or is there a

11   variant of how it would present itself?

12       A.    I think any infection can have

13   variability, but this is a very unusual

14   bacteria to cause pneumonia, and so just its

15   identification, I think, raises a number of

16   issues.  This is not a normal pneumonia

17   bacteria.  The source is very likely to be a

18   preceding sore throat.  Although, many

19   pneumonias begin with colonization of the

20   mouth and then aspiration into the lung, but

21   this could have been an invasive sore throat

22   that progressed to pneumonia, but what we do

23   know, and, again, we don't see a lot of this,

24   I mean, I've probably seen no more than three

25   or four patients with this disease ever, it

1                M. Niederman

2   altered immune response from an acquired viral

3   infection, but, in general, for any infection,

4   and the formula is simple, we all encounter

5   bacteria.  Some of us get infected, some

6   don't, and it's usually that balance between

7   the bacteria and our own host defenses.  Some

8   bacteria like this can be very virulent and

9   overcome even a normal host defense system,

10  particularly if the concentration of the

11  bacteria is very high or even a low

12  concentration of bacteria could lead to

13  infection, if the host defenses were impaired

14  as a result of, say, viral infection,

15  medications, coexisting chronic illnesses, any

16  of those are possibilities.

17       Q.    You didn't make any analysis in

18  this case of anything about Mr. Carranza-Reyes

19  specifically that may have led him to be one

20  of the unlucky ones that had strep in his

21  throat become strep pneumonia?

22       A.    No.  The only thing, I think, that

23  was striking is he really didn't have any

24  predisposing factors that were identifiable.

25  He wasn't on chronic medications.  He didn't

1                    M. Niederman

2    have chronic illness.  He wasn't diabetic.  He

3    was really -- there's really no clear

4    precipitating factor.  We do know that there

5    are genetic variations in the immune system

6    that make some people predisposed, but, I

7    mean, this case you almost have a biologic

8    experiment that tells you that didn't happen

9    because he had a twin brother in the same

10   environment who didn't get the same illness.

11        Q.    What's the basis for your knowledge

12   about what Mr. Carranza-Reyes' prior medical

13   history or condition is?

14        A.    Just his deposition and deposition

15   of his brother.

16        Q.    You don't have any access to any

17   medical record or medical information of

18   Mr. Carranza-Reyes from any previous medical

19   encounter he had in Mexico?

20        A.    No, I have not seen any records of

21   his.

22        Q.    Let me direct your attention to the

23   third paragraph on Exhibit-83, your report.

24   The second sentence in that paragraph

25   indicates "his deposition," and I assume you

1              M. Niederman

2    mean Mr. Carranza-Reyes' deposition, "and the

3    information from the Park County Jail indicate

4    that he arrived at the jail completely

5    healthy."

6         A.    Correct.

7         Q.    When you say "the information from

8    the Park County Jail," is that the form in

9    Spanish that Mr. Carranza-Reyes filled out

10   upon his intake?

11        A.    I don't remember all of the

12   information I used to make that statement, but

13   I remember, again, having read through the

14   depositions of the people who saw him when he

15   arrived from the jail and nobody commented on

16   him being sick at that time.

17        Q.    The mechanism of a Group A

18   beta-hemolytic streptococcal pneumonia is that

19   it would initially colonize in the throat or

20   mouth; is that true?

21        A.    Initially colonize, and in this

22   case probably infect the oral pharynx,

23   correct.

24        Q.    Is there a latency period?

25        A.    It can be variable between

1            M. Niederman

2    progressing from sore throat to pneumonia,

3    and, again, there isn't a specific absolute

4    time period.

5        Q.    Is there a time period for the

6    colonization?

7        A.    I'm not sure I understand.

8        Q.    Let me ask it more directly.

9    Mr. Carranza-Reyes arrived at the jail March

10   1st.  Is there any way to know when he caught

11   the bug that eventually colonized that

12   eventually led him to be sick?

13       A.    No.

14       Q.    Could that have been prior to March

15   1st of 2003?

16       A.    He conceivably could have been

17   colonized prior to arrival, but he had no

18   symptoms of infection when he arrived.

19       Q.    If he was colonized prior to

20   arrival, would the conditions of his

21   confinement make any difference to whether the

22   colonization became an infection?

23       A.    Certainly it's possible that if he

24   was in an environment where he was not

25   sleeping well, if he was in an environment

1              M. Niederman

2    where he was emotionally and physically

3    stressed, all of those could have interfered

4    with his immune function to the point that the

5    colonization could have progressed to

6    infection.

7         Q.    So it would be his environment's

8    reaction --

9         A.    His reaction to the environment.

10        Q.    Yes.

11        A.    It could interfere with his -- in

12   other words, I think there's two possibilities

13   here, either he came in colonized but not

14   infected and the environment he was in

15   interfered with his immune function and

16   allowed this to progress or he came in without

17   it and acquired it from the conditions he was

18   in and the combination of the acquisition and

19   the stress allowed it to progress.

20        Q.    Let's talk about number two first.

21   Okay?  One possibility is he acquired it in

22   the jail?

23        A.    Correct.

24        Q.    If he acquired this in the jail,

25   based on your understanding of the mechanism

1                    M. Niederman

2    the jail?

3                    MR. TRINE:      Objection, form and

4         foundation.

5         A.      Again, I don't think it does, and,

6    again, without really thorough medical records

7    on all of those people over the subsequent

8    week to 10 days, I don't think we really know

9    whether others did or did not have pneumonia,

10   but doing it as a percentage, again, one or

11   two people could fall well within the realm of

12   the percentages in this study.

13        Q.      Is it fair to say that you cannot

14   definitively say one way or the other when

15   Mr. Carranza-Reyes got -- was colonized with

16   the bug that ultimately led him to have

17   this --

18        A.      I have no way to know when he

19   became colonized, but I have information here

20   that when he had symptoms of a sore throat and

21   when he had symptoms and findings of

22   pneumonia.

23        Q.      And the findings of pneumonia, the

24   first time that there's any finding of

25   pneumonia is when?

1           M. Niederman

2      A.     Well, there's no question he had

3  pneumonia on the 8th, and it's likely, given

4  the severity of the pneumonia when it was

5  diagnosed on the 8th, that it was at least

6  present on the 7th, if not before.

7      Q.     But the data that you're relying on

8  in terms of his symptoms is his own testimony,

9  his brother's testimony and then whatever

10  other data existed about his condition when he

11  was at the Park County Jail?

12      A.     Right, and, again, looks like he

13  arrived in the jail on March 1st, he and his

14  brother, and, again, some of the other

15  observations from the jail, I think Mr. Allen,

16  for example, says that he was beginning to

17  have symptoms of being sick on the 4th or the

18  5th, so I think everybody agrees it was a two

19  or three-day period when he was in the jail

20  and had absolutely no symptoms of illness.

21      Q.     But it's fair to say that he could

22  have caught the bug prior to the time he got

23  into the jail and just been asymptomatic?

24      A.     It's certainly possible he was

25  colonized without symptoms when he arrived.   I

78

```
 1              M. Niederman
 2    don't think we have anyway of knowing.
 3          Q.    If the facts were that someone who
 4    Mr. Carranza-Reyes encountered prior to the
 5    time that he was in the jail developed
 6    pneumonia, what does that do to your opinion?
 7          A.    Again, I need to know that it was
 8    the same type of pneumonia and what his
 9    exposure was, whether it was coincidental or
10    whether he really had enough close contact
11    that he could have acquired it from that
12    person.
13          Q.    Would riding in a vehicle with
14    someone for a few hours give sufficient close
15    contact, assuming that it was the same bug?
16          A.    Again, is that person coughing, how
17    close are they, what's the -- again, I don't
18    know the answer to that.
19          Q.    Does that additional fact tip the
20    scale one way or the other about whether or
21    not it was more likely that -- assuming that
22    that fact is true, whether it was more likely
23    that he caught the bug prior to March 1st or
24    after March 1st?
25              MR. TRINE:    Objection, lack of
```

1                    M. Niederman

2        Q.      And that's what I wanted to ask

3    you.  I understand that your opinion is

4    broader than that and one of the issues

5    that -- one of the opinions that you give is

6    that he should have been -- there should have

7    been medical intervention for him earlier and

8    that caused the ultimate outcome?

9        A.      Right, and also, my opinion, as I

10   said, was that I believe that the environment

11   in which he was kept may have either led him

12   to acquire this bacteria or, if not acquire

13   it, may have contributed to it progressing the

14   way it did.

15       Q:      What is the basis for your

16   understanding of the environment that

17   Mr. Carranza-Reyes was in at the jail, what

18   are the sources of your information?

19       A.      There's his deposition, his

20   brother's deposition and there's -- again, I

21   know the corroboration from Mr. Allen and, I

22   can't remember, I think Nurse Paulsen

23   mentioned it as well in her deposition.

24       Q.      But other than the sources of

25   information that you have reviewed that we

1          M. Niederman

2     Q.     Now, that sentence assumes that he

3  acquired it in the jail; is that right?

4     A.     Correct.

5     Q.     But we've already established today

6  that you can't say that he did in fact acquire

7  it in the jail, right?

8     A.     Right.  I think that that sentence

9  would apply if he acquired it in the jail.  If

10  he didn't acquire it in the jail, it would

11  still apply to the impact -- the same

12  environment, on his immunologic function and

13  whether or not that in any way contributed to

14  him progressing the way he did.

15     Q.     That second opinion that you've

16  just given and interpret in that sentence

17  doesn't appear anywhere in this report, does

18  it?

19     A.     Correct.

20     Q.     Why not?

21     A.     Again, as I explained, I was

22  thinking this through recently and I realized

23  exactly the issue that you're raising and

24  trying to think about what happened here and

25  the unusual nature of this infection.  It was

1                    M. Niederman

2    and the more severely ill patients are, the

3    more important timing is, so I would believe

4    that he probably, again, this relates to the

5    records I don't have that we talked about,

6    probably somebody observed him even late on

7    the 7th and if they had observed him late on

8    the 7th, they might have thought he was sick,

9    brought him to a medical center and taken care

10   of him.  I think if he hadn't been

11   incarcerated and he was with his brother on

12   the 8th and he was as sick as it was described

13   at 3:45 in the morning, I would -- I believe

14   he would have sought medical attention at that

15   point and might have gotten antibiotics as

16   much as six or eight hours earlier than he

17   actually did, and that's a huge time frame

18   where it's very likely some of these

19   complications could have been avoided.

20        Q.    Can you testify to a reasonable

21   degree of medical probability that the

22   complications would have been avoided had he,

23   say, gotten antibiotics at 5 o'clock a.m. on

24   the 8th?

25        A.    I think so, because, again, what I

1              M. Niederman

2    can say is that he got these complications and

3    that the majority of patients with pneumonia

4    don't get these complications and that there

5    had to be a time where if he had been treated

6    he would not have gotten these complications,

7    and, as I said in the report, I was trying to

8    really not be too demanding in terms of what

9    they did.   They probably could have and should

10   have treated him before 3:45, but 3:45 was an

11   obvious time to have intervened, and it took

12   nine hours after that before he got anything

13   done.

14        Q.     How close to 12:45 would his

15   earlier arrival at Summit Medical Center have

16   made a difference?  How fine can you make that

17   distinction if -- do you understand what I'm

18   getting at?

19        A.     Well, as I tried to say in the

20   report, this sort of standard for giving

21   antibiotic therapy sooner is better, and for

22   as sick as he was described at 3:45, I would

23   have probably not been critical of his care if

24   he got antibiotics within four hours of that.

25   Say by 8:00 a.m. he got antibiotics, I would

96

1          M. Niederman

2   have said that's pretty reasonable.  I think

3   beyond that he's at greater risk for all of

4   the complications he got.

5          Q.     If he had gotten the antibiotics at

6   8 o'clock, can you say that he wouldn't have

7   had the complications or is there really no

8   way to know?

9          A.     I think it's much less likely,

10  because, again, by experience and

11  statistically, majority of patients with

12  pneumonia don't get the complications he got.

13         Q.     Let me see if I'm understanding

14  it.  The general proposition that nobody can

15  argue with is earlier treatment with

16  antibiotics with patients with pneumonia is

17  better and patients who have pneumonia who get

18  antibiotics sooner have better outcomes?

19         A.     Correct.

20         Q.  ·  And you are trying to extrapolate

21  from your knowledge of that data and your

22  experience of treating patients with pneumonia

23  how that might have impacted

24  Mr. Carranza-Reyes in this instance?

25         A.     Correct.

1                    M. Niederman

2        Q.      Your understanding of the general

3   standard of care is within four hours of

4   presentation to a health care provider in the

5   community, that health care provider, if

6   they're doing their job, should have known

7   enough to figure out to start antibiotics?

8        A.      Correct.

9        Q.      And so anybody who interacted with

10  Mr. Carranza-Reyes who was a health care

11  provider failed in that general standard of

12  care if they didn't do something within four

13  hours of when they should have known it was

14  pneumonia or could have been pneumonia?

15       A.      Yes, but I think more relevant to

16  your question is what's the time period where

17  if they had treated him the outcome might have

18  been better, and, as I said, I don't think I

19  would have been critical if he had gotten

20  antibiotics by, say, 8:00 a.m., and you're

21  asking about is there a time that I could fine

22  tune it.   He got antibiotics -- he didn't even

23  get to Summit County until after 1:00, and I

24  don't know the exact moment he got

25  antibiotics, but it was well after that 8:00

```
 1              M. Niederman

 2    a.m.

 3        Q.     But you don't have the ability to

 4    predict what would have been different in his

 5    outcome based on when he would have gotten

 6    antibiotics, because nobody can predict that;

 7    is that fair?

 8        A.     No, but I think a reasonable way to

 9    look at it is that if you talk about

10    50 percent probabilities, 50 percent of

11    patients who get treated for pneumonia within

12    four hours don't end up with the complications

13    he got.

14        Q.     Then how does that kind of

15    percentage change if it's five hours or six

16    hours or seven hours or eight hours?

17        A.     Beyond four hours -- at least in

18    terms of mortality, there is data that every

19    hour adds -- of delay adds to mortality.

20        Q.     Is there data about the kinds of

21    bad outcomes that Mr. Carranza-Reyes had short

22    of mortality?

23        A.     Not specifically.

24        Q.     Is there any way to tell, based on

25    the data that you reviewed, when
```

1          M. Niederman

2        A.     I'm not sure I understand what you

3    mean by "methodology."  I read the reports

4    and -- or I read the information we talked

5    about and formed an opinion.

6        Q.     Well, what's your process?

7        A.     Process is to read the data and try

8    to understand specifically what happened and

9    have an opinion about that, and, again, I will

10   say that added to that process I had a letter

11   from Mr. Trine that asked very specific

12   questions, so that when I reviewed those

13   records, I was trying to answer those

14   questions.

15       Q.     That focused your analysis?

16       A.     Correct.

17       Q.     Is it fair to say that the

18   methodology you did in this case is analogous

19   to the kind of case study methodology you

20   might do in a clinical research project?

21       A.     It's analogous.  It's not exactly

22   the same.  It's a little broader.  If we're

23   doing a case study, we might be focused on a

24   very specific question and very specific data

25   elements, and this is sort of more

```
 1                    M. Niederman

 2    afterwards wouldn't have happened if it

 3    happened the way it did.

 4         Q.      If one wanted to figure out from --

 5    I'll throw terms, and if you don't think

 6    they're right, tell me, from a scientific or

 7    epidemiologic perspective, when

 8    Mr. Carranza-Reyes got the bug that ultimately

 9    led to this outcome, how would one go about

10    doing that?

11         A.      Scientifically it would require

12    patients to have cultures of their throat on

13    arrival at the jail.

14         Q.      Have you ever been involved in any

15    kind of study like the one that was on that

16    military base that you pulled and looked at in

17    your report?

18         A.      No.

19         Q.      Is that the kind of thing that --

20    the steps that they layout and that were done

21    in this case would be what would be required

22    to be done to get a full picture of this

23    disease mechanism?

24         A.      I mean, if you fully wanted to

25    understand the epidemiology and pathogenesis
```

1                    M. Niederman

2    of his illness, I don't think it's possible,

3    he was the index case, so it's not really

4    possible to have designed a study to go back

5    and figure that out.  I think that if there

6    was real concern about the mechanisms at the

7    time that his illness was identified, tracking

8    down all the people that had been in the jail

9    with him, finding out their medical history

10   and getting throat cultures from them all

11   could have been done at that time and might be

12   very useful information, if we had that.

13        Q.    Did you study at all any policy or

14   procedure or practice of the Park County Jail

15   in terms of access to medical care?

16        A.    No.

17        Q.    Who did things wrong in this case

18   in terms of people?

19        A.    In terms of people?  Well, again, I

20   don't know enough of the structure of the jail

21   to answer that too specifically.  I think,

22   obviously, somebody or some group made a

23   decision that it was okay to put as many

24   inmates as were put in this small area, so

25   that to me was a mistake.  Somebody made a

1          M. Niederman

2     Q.     What do you know about

3  Mr. Carranza-Reyes' journey from Mexico to the

4  United States?

5     A.     I guess I only know what I read in

6  the deposition, that he had crossed over the

7  border, that I think he had somehow paid

8  someone to allow him to sneak in and was in

9  the back of a van from Mexico into Colorado

10  before he was pulled over by the INS, and I

11  can't remember exactly how many days that

12  represented, seemed like, if I recall, three

13  or four days after he entered the country

14  before he was pulled over.

15     Q.     Based on your knowledge of the

16  conditions of Mr. Carranza-Reyes' travels from

17  Mexico to the United States, would those

18  conditions be the type of conditions that

19  could, in terms of crowding or stress or

20  whatever that you had talked about before,

21  vis-a-vis the Park County Jail, could those

22  conditions also be either a contributor or

23  cause to the type of infection that he

24  ultimately got?

25     A.     I think they could contribute in

1                    M. Niederman

2    theory in the same way.  You know, the only

3    fact that's -- that I'm -- reason I'm not

4    thinking about that a lot is that he spent at

5    least two or three days in the jail afterwards

6    not being sick.

7         Q.    Does the infection mechanism of

8    Group A beta-hemolytic streptococcal pneumonia

9    have to be colonized in the throat?

10        A.    I believe so.  Again, this is not a

11   common bacteria that leads to pneumonia.  It's

12   occurred in these epidemic settings, and, in

13   general, almost all bacterial infections are

14   acquired by aspiration from a colonized oral

15   pharynx, and this is the sort of classic

16   bacteria that resides in the throat.

17        Q.    So one couldn't get it from an

18   infected wound or something like that?

19        A.    It would be real unusual to have --

20   again, the only mechanism I could think of

21   from an infected wound is that it would invade

22   the bloodstream from the infected wound and in

23   the course of spreading through the

24   bloodstream reach the lung, and what's against

25   that in this case is that he did have a sore

128

1          M. Niederman

2    acquired this communicable respiratory

3    illness.  Today you discussed that he either

4    acquired or the conditions contributed to the

5    development of the disease after he had

6    acquired it; isn't that true?

7          A.    Well, I'm looking at the wording

8    there.  The wording as it's in here is still

9    correct.  In other words, even if it's true

10   that he arrived at the jail colonized, there's

11   no evidence that he arrived at the jail ill,

12   and he acquired the illness, the symptoms

13   after he was in the jail, so either the

14   mechanism was that he acquired the bacteria

15   and then became ill in the jail or arrived

16   with the bacteria and progressed from

17   colonization to infection while he was in the

18   jail.  In either instance, the crowding

19   conditions, I believe, contributed.

20         Q.    My question is regarding the

21   crowding conditions.  Do you have an opinion

22   to a degree of medical probability what the

23   number of inmates in that facility would

24   prevent that from contributing to the

25   progression or development of disease?

129

1              M. Niederman

2        A.    I don't have that number.  What I

3   did read in several depositions is that the

4   jail was designed to hold 16 people in that

5   pod, and I'm assuming that in the design of

6   the jail somebody considered health issues and

7   that that was a number that was thought to be

8   safe.

9        Q.    But you can't state that as an

10  expert witness in this case, can you?

11       A.    No.  I can state that people claim

12  that this jail was designed to hold 16 people

13  and it held many more.

14            MR. TRINE:    I think it was 18,

15       for the record.  Just so you're not --

16            THE WITNESS:    I thought somewhere

17       it said 16, but okay.

18            MR. TRINE:    Just so you're not

19       misleading anyone.

20       Q.    Have you ever consulted with a jail

21  guard and the number of inmates in which a

22  specific pod or cell can hold?

23       A.    No.

24       Q.    Is this something that people that

25  you work with have done?

131

```
 1                M. Niederman

 2    contribute to the disease.  I'm going to ask

 3    you about some other ones.

 4         A.    That's one possible factor that

 5    could play a role, correct.

 6         Q.    Could the lack of sleep contribute

 7    to the development or progression of the

 8    disease process in plaintiff?

 9         A.    Yes.

10         Q.    Could the lack of proper hydration

11    be a factor in the development or progression

12    of the disease?

13         A.    Yes.

14         Q.    Could the lack of proper nutrition

15    in the week preceding be a factor in the

16    development and progression of this disease in

17    the plaintiff?

18         A.    If it happened, yes.

19         Q.    I think we covered this one, but

20    could the close contact with other individuals

21    during the time plaintiff crossed the border

22    and then traveled to the State of Colorado be

23    a factor in the progression or development of

24    disease?

25         A.    Not probably in the development of
```

1              M. Niederman

2      the disease, but in the -- possibly in the

3      acquisition of the colonization of this

4      bacteria.

5          Q.     Do you know if Moises

6      Carranza-Reyes had a proper amount of water

7      for the journey across the Arizona desert,

8      which he took to cross the United States

9      border?

10         A.     I don't have any information about

11     how much water he drank during his journey.

12         Q.     Same with food?

13         A.     Correct.

14         Q.     Do you know how much sleep he got

15     during that period of time?

16         A.     I don't.  As I said, I didn't

17     really focus on those issues, because we know

18     there was a two or three-day period at least

19     when he arrived at the jail where he was not

20     sick.

21         Q.     Do you know what the period from

22     colonization to onset of symptoms is for Group

23     A Strep like this particular bug?

24         A.     Again, it can be very rapid in 24

25     to 48 hours and it can be more prolonged.

133

1             M. Niederman

2        Q.    How prolonged?

3        A.    Probably -- again, there are people

4   who are colonized with this bacteria for

5   months and then progress to infection, so

6   there's a very wide range.

7        Q.    So just as a hypothetical, I could

8   have this particular bacteria in the back of

9   my throat and I could be walking around

10  everyday asymptomatic, however, as a result of

11  missing a couple nights of sleep or not eating

12  well and feeling tired, all of a sudden I

13  should start to show symptoms?

14       A.    It's not well studied, but that's

15  certainly a possibility.

16       Q.    You indicated that the care at the

17  Denver Health Medical Center was appropriate

18  due to the progressing condition of the septic

19  shock and the pneumonia when he presented at

20  that location?

21       A.    I think what I said was that I

22  thought he got a good quality of care because

23  he arrived there very sick, ended up dieing

24  that afternoon and was successfully

25  resuscitated and left the hospital alive.

1           M. Niederman

2           THE WITNESS:    Certainly.

3           MR. MARKS:    Thank you.  Doctor, I

4      represent Vickie Paulsen in this

5      litigation, and some of my questions may

6      be more streamlined to her.

7  EXAMINATION BY

8  MR. MARKS:

9      Q.    You were asked a little bit about

10  this -- sounds like this four-hour standard

11  for giving antibiotics to patients with

12  strep.  Do you recall those questions?

13      A.    It was actually given to patients

14  with pneumonia.

15      Q.    With pneumonia, I'm sorry.  Do any

16  studies exist correlating the delay in getting

17  antibiotics to patients whose pneumonia had

18  been created through this Group A

19  beta-hemolytic strep?

20      A.    Not that I'm aware.  As I

21  mentioned, this is an uncommon cause of

22  pneumonia, so I don't think there's been

23  systematic data collection on that

24  population.

25      Q.    I want to make sure I understand.

155

1                    M. Niederman

2      The kind of strep, and can I call it Group A

3      Strep for brevity sake?

4           A.     Sure.

5           Q.     This kind of strep is -- can be a

6      rapidly progressing bacteria?

7           A.     Correct.

8           Q.     And I guess when you say "rapidly

9      progressing," in this case,

10     Mr. Carranza-Reyes' pneumonia, had it been --

11     might have progressed to a rapid state prior

12     to 12:45 on March 8th?

13          A.     Correct.  I think that typically

14     rapidly progressing, in my mind, means that he

15     could have gone from not being septic and in

16     septic shock to being in septic shock and not

17     well in under 24 hours.

18          Q.     Are there any studies or any kind

19     of anecdotal articles talking about what the

20     time frame could be, whether it could be just

21     a matter of a couple hours versus 24 hours?

22          A.     For a Group A Strep?

23          Q.     For someone with Group A Strep to

24     progress from being non-septic to septic.

25          A.     Again, I know there have been

1          M. Niederman

2   descriptions.  I haven't reviewed them

3   recently, so I don't know them offhand, but my

4   recollection is that that time period of

5   several hours has been described.

6          Q.    Did you rely upon any of those --

7   that information, that data in forming your

8   opinions in this case?

9          A.    Only in a general way, from my

10  knowledge that this is a rapidly progressive

11  necrotizing pneumonia, which is what he had.

12         Q.    Let me turn your attention then to,

13  I think, some of the medical records that have

14  been done by Nurse Paulsen.  As I understand

15  it, this patient first presented on March 6th

16  to Nurse Paulsen, right?

17         A.    That is correct.

18         Q.    If I understand your opinion, you

19  don't believe that the physical symptoms that

20  were presented to Nurse Paulsen on March 6th

21  were obvious enough for her to have diagnosed

22  this patient with having pneumonia or strep;

23  is that true?

24         A.    What I think I said is I don't

25  think there were any findings on March 6th to