177

```
 1                              UNITED STATES DISTRICT COURT
                                DISTRICT OF COLORADO
 2                              CIVIL ACTION NO. 05-CV-377-WDM-BNB

 3                              CERTIFIED COPY

 4   - - - - - - - - - - - - - - - - - -

 5   MOISES CARRANZA-REYES,             :
                                        : Telephonic
 6              Plaintiff,              :
                                        : Deposition of:
 7        v.                            :
                                        : ROBERT
 8   THE PARK COUNTY BOARD OF COUNTY    : GREIFINGER, M.D.
     COMMISSIONERS; FRED WEGENER,       :
 9   individually and in his official   : Volume II
     capacity as sheriff of Park County,:
10   Colorado; MONTE GORE, individually :
     and in his capacity as captain of  :
11   Park County Sheriff's Department;  :
     VICKIE PAULSEN, individually and   :
12   in her official capacity as        :
     registered nurse for Park County,  :
13   Colorado; and JAMES BACHMAN, M.D., :
     individually and in his official   :
14   capacity as medical director of    :
     the Park County Jail,              :
15                                      :
                Defendants.             :
16
     - - - - - - - - - - - - - - - - - - - -
17

18        TRANSCRIPT of testimony as taken by and before
     MARGE TEILHABER, a Certified Shorthand Reporter
19   (NJ License No. XI00856; CT license No. 446) and
     Notary Public of the states of New York, New Jersey,
20   and Connecticut, at the residence of Robert G.
     Greifinger, M.D., 32 Parkway Drive, Dobbs Ferry,
21   New York, on Monday, October 9, 2006, commencing at
     11:02 in the forenoon.
22

23

24          Atkinson-Baker, Inc. Court Reporters
                800-288-3376    www.depo.com
25                  File No.:  A008B5C
```

EXHIBIT A-6

1              R. Greifinger/Sargent

2     presented so the first few days in March, would it

3     be appropriate and relevant for that health care

4     provider to consider what he had been through in

5     evaluating his presentation?

6          A.     Yes.

7          Q.     And the fact that Mr. Reyes, for

8     example, had been exposed to the elements for a

9     number of days, he had been outside either climbing

10    through tunnels or over fences, traveling on foot or

11    in a truck with other people, that he had been

12    hiding out in a house with other people, that he had

13    been confined in a truck, a crowded truck with other

14    people as he was being transported across the

15    country, would those all be elements and factors

16    that the health care provider at least would

17    consider relevant in determining or evaluating

18    Mr. Reyes' presentation?

19              MR. TRINE:  Objection to both form

20    and foundation.

21         Q.     Would those be relevant

22    considerations for a health care provider?

23         A.     I'll answer this as a hypothetical

24    because I don't believe that I've seen documentation

25    of things like tunnels and trucks and walking.

1          R. Greifinger/Sargent

2     Q.     Okay.

3     A.     But as a hypothetical it might be
4  important, yes.

5     Q.     And those are relevant because when
6  Mr. Reyes presents with the sorts of symptoms that
7  he had, it's relevant to consider his history to
8  determine how it is that perhaps he was exposed to
9  whatever conditions might result in those symptoms.
10 True?

11    A.     I'm not sure I understand your
12 question. But if you're asking me if history is
13 relevant, it's often relevant.

14           MR. RINGEL:  Not to interrupt, but I
15 understand that the next exhibit to be marked is
16 number 94.

17           MR. SARGENT:  So we will mark as
18 Exhibit 94, Dr. Greifinger and Marge, the stack of
19 invoices that Dr. Greifinger has issued for the time
20 spent on this case.

21           (Exhibit No. 94 marked for
22 identification.)

23    Q.     Dr. Greifinger, when we last talked,
24 you gave me three areas that you're critical of
25 Dr. Bachman's care and I want to go through those