

1495 Reed Street
Lakewood, CO 80214
(303) 238-3700 Voice/TDD
(303) 237-3705 Fax

ReEntry Rehabilitation Services, Inc.

Helen M. Woodard, M.A.
Rehabilitation Counselor

**EXHIBIT A-3**

April 28, 2006

RE: Moises Carranza-Reyes
    Preliminary Report

Moises Carranza Reyes was referred for a rehabilitation assessment and preparation of a life care plan. He was interviewed and participated in vocational testing in our office. His medical records were reviewed and potential care providers were contacted regarding current medical needs and future care recommendations. Moises nurse practitioner, Meredith Poppis, provided information by telephone. Labor market information was also used in this assessment.

**HISTORY**

(Moises history was obtained through the use of an interpreter, Dina Valenzuela.)

Moises Carranza Reyes was born in Mexico City, Mexico on February 8, 1976. He attended some high school but quit so he could work full time in a tailoring shop. At the shop, Moises cut out clothing and patterns and operated industrial sewing machines. At age 18, Moises began working for the Public Security Sector as a police officer. He made arrests of people for drugs and traffic violations and provided security for politicians and buildings. From 1998 to 1999, Moises worked in a shoe store called Perugia Zapateria, and also drove a taxi (using his own car) from 1998 to 2001. From 2001 to 2003, Moises served in the Mexican Army. In 2003, he worked in a meat shop in Mexico City called La Paloma. Moises came to the United States to research the process of citizenship (as his father was a U.S. citizen) and to work. He was traveling to Chicago when he was arrested in Rifle, Colorado.

According to Moises, he was taken to a detention center, stripped and told he would be deported in two to three days. He was then transported to a different jail with several other Mexican male immigrants, and given dirty clothing and bedding. He indicated that there were many people there who were sick, and because of the overcrowding, he had to sleep on the floor between beds. Moises became ill and requested to see a doctor, but was denied. He was

PACEY 00032

Page Two
Moises Carranza-Reyes
April 28, 2006

told by a nurse that he had altitude sickness and was given two pills. Moises got sicker with body aches and fever and was told by the nurse to drink water. While Moises was sick, an interpreter complained that his clothes smelled bad, and so they were taken from him and he remained nude. Moises got sicker that night and requested to see the nurse again, but was told she was too busy. Moises was throwing up and a sheriff took him to the infirmary and gave him some unidentified medications. In the morning, Moises tried to stand but passed out. When he awoke, he was instructed to lay on a mattress on the floor with a chair and trash can. Moises continued vomiting, and realized there was blood in his urine. Later that day, Moises was cleaned up and taken to the hospital. He was transferred to a different hospital where a police officer chained him to the bed. Moises lost consciousness and has no recollection of further events, until he woke up and his brother informed him that his leg had been amputated. Moises spent several months in the hospital and afterwards went to live with a friend and then with his brother.

Moises has not worked since his leg was amputated.

MEDICAL RECORDS REVIEW

On March 8, 2003, Dr. Frederick Albrecht, of Denver Health Medical Center, stated that Moises had been arrested three days prior. During incarceration, Moises complained of increasing shortness of breath, fevers, chills, nausea and vomiting. Upon examination in the Summit County emergency room, Moises was noted to be in respiratory distress and was hypotensive. He was transferred to Denver Health and was in extreme respiratory distress and was still hypotensive. He was intubated and aggressively hydrated. Moises had acute respiratory distress syndrome, necrotic right lower lobe, troponin leak, ileus, acute renal failure, left foot gangrene, sepsis and anemia. He was resuscitated, intubated and catheterized.

An interim summary for the dates of April 1, 2003 through April 30, 2003, by Dr. Laura Sarnat and Dr. Richard Albert, stated Moises was treated for multilevel group A beta hemolytic streptococcus pneumonia with subsequent right lower lobe necrosis with cavity formation and sepsis, left upper lobe pneumonia, acute respiratory distress syndrome, acute renal failure, left lower extremity myonecrosis, anemia, Troponin leak, pulseless electrical activity, transaminitis, coagulotherapy, deconditioning and possible adrenal insufficiency. Moises had a tracheostomy on March 8, 2003 and a left below the knee amputation on April 23, 2003, with subsequent drainage and closure procedures.

PACEY 00033

Page Three
Moises Carranza-Reyes
April 28, 2006

A discharge summary, dated May 11, 2003, by Dr. Lauren Sarnat and Dr. Kelly O'Brien-Falls, stated that Moises had right lower lobe cavitary pneumonia with group A hemolytic Streptococcus with near complete obliteration of the cavity, left upper lobe pneumonia, a tracheostomy which was subsequently removed, a left lower below the knee amputation due to myonecrosis, right lower extremity necrosis, trachycardia, acute renal failure (resolved), and deconditioning. He was discharged on May 11, 2003.

An incomplete record from Denver Health, by Dr. Jeffrey Fine, states that Moises was admitted on May 16, 2003 for acute rehabilitation, and treated for left lower extremity myonecrosis, small areas of myonecrosis in the gastrocnemius muscle, low back pain, anemia, bacterimai, fungemia, leukopena, hypnatremia, left knee contracture, right peroneal neuropathy, right toe ischemia, malnutrition, phantom limb pain and nausea and vomiting. (Record incomplete).

On June 3, 2003, Dr. Jaqueline Krumrey performed surgery for irrigation and debridement of Moises infected stump. Dr. Thomas Morre performed the same procedure on June 6, 2003. Moises was treated by the inpatient rehabilitation team, and discharged on June 26, 2003.

On December 12, 2005, Ms. Meredith Poppish, nurse practitioner at Clinica Campesina, reported that Moises had severe leg pain that was worse at night. Moises also reported impotence and nocturia since his amputation. Moises was prescribed medications and referred for physical therapy. An assessment for post traumatic stress disorder was discussed and follow up instructions were given.

Meredith Poppish, family nurse practitioner (acting as Moises primary care provider) was interviewed via phone on December 14, 2005. She stated that Moises had high blood pressure related to pain from his amputated leg. She prescribed medication for pain and Moises needed to follow up with her regarding his high blood pressure. Moises was in need of extensive care that he was not getting due to finances. Ms. Poppish recommended consultation and follow up with a pain management physician for Moises' neuropathic pain. He will require pain management modalities on an ongoing basis. Ms. Poppish recommended consult and follow up with an orthopedic specialist or rehabilitation medicine physician two to three times per year; consult with a pulmonologist with an initial set of visits, followed by annual evaluations; physical therapy to

Page Four
Moises Carranza-Reyes
April 28, 2006

take place once to twice per week, duration to be determined; and psychological evaluation and psychotherapy to address possible post-traumatic stress syndrome and subsequent sexual dysfunction; follow up by the prosthetist for adjustments and replacement prosthetics; and adaptive equipment to include a power chair, a cane, home modification features such as grab bars and shower chair.

On January 10, 2006, MS. Poppish, indicated that Moises experienced fatigue while taking his medication. Ms. Poppish recommended a pain consultation with Dr. Wu. Possible post traumatic stress disorder was discussed and Moises was referred for counseling.

Ms. Poppish was interviewed a second time on April 17, 2006 and stated that Moises is seen in the clinic weekly for primary care, pain management and counseling. Moises needs to be evaluated by a pain management specialist, a physiatrist, an orthopedist, a pulmonologist, and a psychologist but he is unable to do so at the time for financial reasons. Once Moises obtains care by these providers, he will need to be seen for primary care two to three times per year for issues related to his amputation. Ms. Poppish stated that Moises is still in a significant amount of pain. He needs to see a pain management specialist. He requires additional pain management techniques, including prescription medications; Moises is not using pain medications because he does not tolerate being cognitively impaired or fatigued. Moises is currently using Tylenol and Lidocaine gel daily.

CURRENT STATUS

Moises experiences daily pain involving both lower extremities. He is severe at times and exacerbated by the cold weather. He experiences phantom pain in his amputated limb. Moises' pain interferes with his sleep and daily functions. His prosthetic is painful and he gets sores and bleeding and has difficulty standing and walking for long distances. Since his illness in the jail, Moises has ongoing problems with shortness of breath and fatigue, and he becomes sick easily. He is being followed for high blood pressure as well, which Ms. Poppish noted was related to his pain. Moises has problems with breathing and endurance.

Moises currently holds a permit to reside in the United States, but not to obtain employment. He is working to establish citizenship and hopes to stay in the United States to have access to appropriate medical care.

PACEY 00035

Page Five
Moises Carranza-Reyes
April 28, 2006


VOCATIONAL TESTING

The following are tests Moises was given and the scores he attained. The achievement test results are reported as grade levels, and the aptitude testing is reported as percentile levels, where the norm group used for comparison is given. The score is then read as a ranking out of 100, where Moises' percentile rank can be read, "scored higher than 'X' out of 100" in this norm group with "1" being the lowest rank and "99" being the highest rank.

Achievement Testing

The purpose of the Peabody Individual Achievement Test is to provide a measure of achievement in the areas of mathematics, reading, spelling, and general information. This is an individually administered un-timed test.

    Mathematics                                       4.9 grade level

Aptitude Testing

The Bennett Mechanical Comprehension Test measures the ability to perceive and understand the relationship of physical forces and mechanical elements in practical situations.

    <u>Vocational Rehabilitation Client - Various Occupations</u>
      Injured Workers and Employees
          Percentile Rank                       30

Flanagan Industrial Test - Patterns is a test of an individual's ability to copy a given pattern accurately.

    Twelfth Grade Students
        Percentile Rank                            62

The PTI Oral Directions Test assesses an individual's ability to follow instructions presented orally.

    Machine Operators and Feeders at a Southern
    Bearings Manufacturer
        Percentile Rank                            90

Page Six
Moises Carranza-Reyes
April 28, 2006

The Revised Minnesota Paper Form Board Test measures the capacity to visualize how two-dimensional objects would look if they were fitted together.

<u>Vocational Rehabilitation Clients - Various Occupations</u>
A Western Center
    Percentile Rank    .65

The SRA Nonverbal Form measures general abstract reasoning ability. It requires the individual taking the test to decide which one picture in a group of five pictures does not belong. No reading is required.

Industrial Norms
    Percentile Rank    66

Dexterity

The Bennett Hand-Tool Dexterity Test assesses proficiency in using common hand tools, including a screwdriver, wrenches, and an adjustable wrench.

Employees and Applicants in a Manufacturing Company
    Percentile Rank    .97

The Crawford Small Parts Dexterity Test is a performance test designed to measure fine eye-hand coordination and consists of two parts. Tweezers are used to place pins/collars in the first section of the test, and a small screwdriver is used to place small headless screws in the second section.

MALE NORM GROUP
Unselected Applicants
    Percentile Ranks
        Pins/Collars    84
        Screws    53

The Minnesota Rate of Manipulation is a test of manual dexterity. The test involves doing a variety of different movements using one hand or both hands to manipulate small round objects.

The Turning Test
    Percentile Rank    53
Two Hand Turning and Placing Test
    Percentile Rank    58

PACEY 00037

Page Seven
Moises Carranza-Reyes
April 28, 2006

Placing Test
    Percentile Rank (Right)     91
    Percentile Rank (Left)     52

The Purdue Pegboard measures fine finger dexterity. Small pegs, brads and collars are placed in the pegboard.

General Industrial
    Percentile Ranks
        Right     60
        Left     50
        Both     31
        Total     50
        Assembly     80

**NEEDS ASSESSMENT**

Moises has received very minimal follow up care for his amputation and chronic pain and has not seen a pulmonologist since leaving Denver Health Center. He has services through the Clinica Campesina and nurse practitioner Meredith Poppish, who has made recommendations for further care. The life care plan reflects recommendations made per Ms. Poppish and using our experience with patients who have lower extremity amputations and neuropathic pain. As Moises is seen by specialists, further specific recommendations are expected, and will be reflected in a supplemental life care plan.

If you have questions, please call.

Respectfully submitted,

Helen M. Woodard, M.A.
Rehabilitation Counselor

Charlene Morgan B.S.
Rehabilitation Counselor

Original: Bill Trine, Attorney

PACEY 00038

Moises Carranza-Reyes
Preliminary Life Care Plan
April 28, 2006

MEDICAL SERVICES

*Primary Care
    $60 to $100 per visit
    2 to 3 visits per year, to life
        Annual Total: $120 to $300

*Per Ms. Poppish, until Moises is able to see specialists in orthopedics, rehabilitation, pulmonology, psychology and pain management, he will likely have weekly follow-up at the Clinica Compesina.

Orthopedist/Physical Medicine and Rehabilitation
    Initial Evaluation: $100 to $140

    Then,
    Follow up visits: $90 to $111
    2 to 3 visits per year, to life
        Annual Total: $180 to $333

    Imaging (X-rays, MRI, CT-scan)
        To Be Determined

PACEY 00039

Page Two
Moises Carranza-Reyes Life Care Plan
April 28, 2006

Pain Management Specialist
  Initial Evaluation: $260 to $380
  Follow-up:  To Be Determined

Pulmonologist
  Initial Evaluation: $300 to $500
  Then,
  $100 to $300 per visit
  2 to 4 visits initially
    One Time Cost: $200 to $1,200

  Then,
  $300 to $500 per annual evaluation; frequency to be determined
    Annual Total: $300 to $500

Psychological Services
  Initial Evaluation: $125 to $140
  Then,
  $125 to $140 per visit
    Frequency and Duration of Treatment To Be Determined

MEDICATIONS

Tylenol
Lidocaine gel
  Annual Total: $88 to $334, to life

PACEY 00040

Page Three
Moises Carranza-Reyes Life Care Plan
April 28, 2006

## SURGERIES/HOSPITALIZATIONS

Moises is at risk for additional surgery such as stump revisions or plastic surgery. Costs must be considered to allow for these treatment needs as they arise.

## CASE MANAGEMENT

Independent Case Management Services
$72 to $85 per hour
20 to 40 hours per year to life
Annual Total: $1,440 to $3,400

## REHABILITATION SERVICES

Physical Therapy
Initial Evaluation: $155 to $300
Then,
Subsequent Sessions:
$60 to $150 per session
To Be Determined

Vocational Evaluation
One Time Total: $600 to $1,200

Intensive Private ESL Instruction
$5,100 to $8,000

GED Preparation Courses and Test
$700 to $1,000

PACEY 00041

Page Four
Moises Carranza-Reyes Life Care Plan
April 28, 2006

Interpreter Services (for medical appointments, social services, psychological counseling, meetings with prosthetists and therapists, etc.)
$50 to $80 per hour
60 to 80 hours per year, for 3 to 5 years
Annual Total: $3,000 to $6,400

PERSONAL CARE ASSISTANCE

Personal Care Assistance
$20 to $24 per hour
5 hours per week, now through age 49
Annual Total: $5,200 to $6,240
2 to 3 hours per day beginning at age 50 to life
Annual Total: $14,600 to $26,280

EQUIPMENT

| Item | Cost | Replacement |
|---|---|---|
| Manual Wheelchair | $2,000 to $4,000 | Every 5 to 7 years, to life |
| Power Wheelchair | To Be Determined | |
| Cane/Crutches | $45 to $120 | Every 2 to 3 years, to life |
| Hand Held Shower Sprayer | $38 to $42 | Every 5 to 7 years, to life |
| Grab Bars (including installation) | $100 to $150 | Every 5 to 7 years, to life |
| Shower Chair | $100 to $150 | Every 3 to 5 years, to life |
| Prosthetic | $12,000 to $28,000 | Every 3 to 5 years, to life |
| Socket Replacement | $6,000 to $9,000 | Every 3 to 5 years, to life |
| Liners, Socks, Joints, Gels, and Maintenance | $4,000 to $6,000 | Every 3 to 5 years, to life |
| Back-up Prosthesis | $8,000 to $16,000 | Every 3 to 5 years, to life |

PACEY 00042