Case 1:05-cv-00377-WDM-BNB   Document 128-5   Filed 01/03/07   USDC Colorado   Page 1 of 3

EXHIBIT 1



HELEN M. WOODARD, M.A.
1435 Reed Street
Lakewood, Colorado 80214
1-303-238-3700

## EDUCATION

B.A., University of Colorado, Boulder, Colorado, 1968
Major: Philosophy

M.A., University of Northern Colorado, Greeley, Colorado, 1970
Major: Special Education with Major in Rehabilitation Counseling

## WORK HISTORY

1978 to Present  Rehabilitation Counselor/Member, Board of Directors
ReEntry Rehabilitation Services, Inc.
(previously ReEntry Vocational Services, Inc.)

1975 to 1987  Private Practice
Rehabilitation Counseling; Educational and Residential Placement of Handicapped Children and Adults

1975 to 1980  President and Rehabilitation Counselor
Woodard Associates, Inc.

1970 to 1975  Rehabilitation Counselor
Colorado Division of Rehabilitation

## RESEARCH

"A Synthetic Estimate of the Number of Disabled People in Colorado in Need of Vocational Rehabilitation Services" (1979)

"Entry Level Wages of Rehabilitated People Entering Employment in Colorado, 1976 to 1979" (1979)

## PUBLICATIONS

Woodard, H. (2001) 'Basic Life Care Planning Issues', Trial Talk 50, 36-37.

## CERTIFICATIONS

American Board of Vocational Experts (May 1989)
Diplomate

Certification of Disability Management Specialists Commission
(Formerly Certified Insurance Rehabilitation Specialist) (March 1991)
Certified Disability Management Specialist

Commission for Case Manager Certification (November 1993)
Certified Case Manager

Commission on Certification of Work Adjustment and
Vocational Evaluation Specialists (April 1987)
Certified Vocational Evaluation Specialists

Commission on Disability Examiner Certification (April 1998)

## PROFESSIONAL EXPERIENCE

<u>Rehabilitation Counselor and Case Manager</u> - Counseling and assessment of individuals with disabilities regarding vocational and career planning, and work-related problems; counseling people with disabilities regarding psychological adjustment to disability, life style change, personal and career issues; working with employers to modify jobs to accommodate people with disabilities; providing information and assistance to employers for implementation of the Americans with Disabilities Act; planning and implementation of rehabilitation programs; analyzing jobs and conducting labor market surveys; coordinating training and educational efforts, rehabilitation programming, therapies and medical interventions; placing people with disabilities into jobs and doing follow up for maintenance of employment.

<u>Life Care Planner</u> - Preparing life care plans for children and adults with severe or catastrophic injuries or illness and ongoing need for treatment and care; interviewing clients, parents and other care givers; assessing client needs; coordinating services for individuals with severe and catastrophic disabilities; planning for future needs; testing and evaluating people with disabilities to determine levels of cognitive functioning, gross and fine motor skills, emotional and behavioral functioning, and social skills levels; developing recommendations for future medical care needs by contacts and coordination with physicians, therapists, and care providers and past experience; determining probable costs for future medical care, physical, occupational, and speech therapies, attendant and nursing care needs; special educational services, adaptive equipment, home modifications, household services, and other ancillary services; implementing residential and treatment programs; coordinating funding; assisting clients with severe disabilities to apply for assistance under governmental programs, including Social Security Disability, Supplemental Security Income, Medicaid, Medicare, Aid to Families with Dependent Children, low income housing, etc; managing cases of individuals with disabilities; implementing recommendations of medical care providers by identifying appropriate individuals and programs.

<u>Small Business Manager</u> - Supervising rehabilitation counselors, life care planners and researchers, and secretarial staff; selecting and administering health, life and disability insurance programs; selecting and administering pension program; overseeing accounting; performing tasks associated with successful operation of small business enterprise, including main location and satellite offices.