1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 05-cv-377-WDM-BNB
 3
    MOISES CARRANZA-REYES,
 4
    Plaintiff,
 5
    v.
 6
    PARK COUNTY, a Public Entity of the State of Colorado
 7  and its Governing Board, and

 8  THE PARK COUNTY BOARD OF COUNTY
    COMMISSIONERS, and
 9
    PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the
10  State of Colorado, and

11  FRED WEGENER, Individually and in his Capacity as
    Sheriff of Park County, Colorado, and
12
    MONTE GORE, Individually and in his Capacity as Captain
13  of Park County Sheriff's Department, and

14  VICKI PAULSEN, Individually and in her Official Capacity
    as Registered Nurse for Park County, Colorado, and
15
    JAMES BACHMAN, M.D., Individually and in his Official
16  Capacity as Medical Director of the Park County Jail,

17  Defendants.
    _____
18
    DEPOSITION OF:  MEREDITH POPPISH - August 22, 2006
19  _____

20          PURSUANT TO NOTICE AND SUBPOENA, the
    deposition of MEREDITH POPPISH was taken on behalf of
21  the Defendant Vicki Paulsen at 1712 Pearl Street,
    Boulder, Colorado 80302, on August 22, 2006, at
22  9:10 a.m. before Stacy L. Armstrong, Certified Merit
    Reporter, and Notary Public within Colorado.
23

24

25
```

EXHIBIT A-6

COPY

Hunter+Geist, Inc.  |  (303) 832-5966  |  1900 Grant Street, Suite 800
                                          Denver, Colorado 80203
                    ■ www.huntergeist.com   Fax: (303) 832-9525
                    ■ depo@huntergeist.com  Toll Free: 1-800-525-8490

Your Partner in Making the Record    Court Reporting & Videoconferencing

1   Woodard's office about Moises Carranza-Reyes?

2       A.   I don't think so.  I don't know who Helen
3   Woodard is.

4       Q.   She's a life care planning expert.  Do you
5   recall any conversations with life care persons about
6   his future needs?

7       A.   I don't.  That doesn't mean -- I'm so sorry.
8   It doesn't necessarily mean that there wasn't a phone
9   conversation that may have happened at some point, but I
10  have no recollection of that at all.

11      Q.   Well, I'll represent to you that Helen Woodard
12  has in her notes that she had a conversation with you on
13  December 14, 2005.

14      A.   Okay.

15      Q.   Which appears to be about two days after you
16  first saw Moises.

17      A.   Yeah.

18      Q.   Does that refresh your memory at all?

19      A.   It doesn't.  I'm so sorry.  It's not like I --
20  I haven't really been thinking about this too much, so I
21  don't recall.

22      Q.   She states that you told her that
23  Mr. Carranza-Reyes had high blood pressure related to
24  his pain.  It sounds from your testimony today that that
25  isn't accurate.

1     A.     That would be in line with something I would
2  have said.  There may have been other things that I said
3  about it, but, yeah, I would say that that would be
4  perfectly reasonable.
5     Q.     Do you believe he's in need of extensive care
6  that he wasn't getting -- that he's not getting due to
7  his finances?
8     A.     Unfortunately, yeah, I do.
9     Q.     And what extensive care is that?
10    A.     I feel, again, that he needs a consult with an
11 orthopedic specialist, he needs extended physical
12 therapy and rehabilitation services, he needs to meet
13 with a chronic pain specialist and possibly a
14 neurologist.
15    Q.     How about a pulmonologist?
16    A.     Well, given that he had part of his lung taken
17 out, I suppose that would be okay, but I don't recall
18 saying that at all.  I don't recall the conversation at
19 all.
20    Q.     Yeah, I understand.  Is a consult with a
21 pulmonologist something you believe he needs?
22    A.     Not based on what I've talked with him about.
23 But, again, given that part of his lung was removed, in
24 a perfect world, if someone felt that it was warranted,
25 certainly I would refer him there.

1    Q.    Well, I guess I'm confused. Are you saying
2  that you do feel it's warranted?
3    A.    I feel that he or anyone else in his situation
4  would need a full workup with a team of specialists. So
5  if something came up where he was symptomatic with me,
6  then I would probably refer him to a pulmonologist. But
7  if he was asymptomatic and doing well and we had the
8  chest x-rays and everything else that you would want for
9  a person like this to have, I don't think that a regular
10 consultation would be necessary. But if he ever got
11 like a real bad pulmonary disease, I for sure would send
12 him to a pulmonologist.
13   Q.    But we haven't seen anything in your records
14 on your visits that would indicate he needs to see a
15 pulmonologist?
16   A.    I don't think so, no.
17   Q.    Okay. Why do you believe that he needs to
18 have an ortho consult?
19   A.    Because he's a person with a below-the-knee
20 amputation.
21   Q.    Is it your experience that everyone with a
22 below-the-knee amputation has those consults?
23   A.    Moises is my only patient with a
24 below-the-knee amputation. However, with my experience
25 as a registered nurse on an orthopedics surgical floor,

1   that's where those amputations happen, and they very
2   much follow up and consult with an orthopedic surgeon or
3   an orthopedist.
4       Q.   Do you know how often they would follow up
5   with them?
6       A.   No, I don't.
7       Q.   Do you know whether he'd need yearly consults
8   or --
9       A.   I would think that for the first several years
10  after the amputation he would need yearly consults.  I
11  don't know, again, what the long-term follow-up needs
12  are other than yearly consults for a person with the --
13  For someone with the level of symptoms that he has, I
14  would think that the consult would be fairly frequent,
15  if I were to base that on my own practice.  If he were
16  asymptomatic, doing well, functioning well in his life
17  and without complaint, I would think that his follow-up
18  care five, six years down the road after an amputation
19  would be annually.
20      Q.   And you said it would be for the first seven
21  years, is that what you said, or did I mishear you?
22      A.   I think five to six years afterwards.
23      Q.   Okay.
24      A.   Again, it's hard for me to speak to that.
25      Q.   How about a rehabilitation services

1  professional, what would that --

2      A.  For the first year after an amputation,
3  particularly the first six months, it's intensive.  It's
4  something that should happen at least biweekly, I would
5  think, and after that I can't say, but I would feel that
6  it would be regular.  And for someone with symptoms like
7  Moises's, physical therapy would be a documented,
8  indicated, you know, necessity for someone with this
9  kind of pain and difficulty in functioning.

10     Q.  He's had his amputation for almost three
11 years, right?

12     A.  Correct.

13     Q.  And you said biweekly for the first year
14 following the amputation for the rehabilitation
15 services.  Do you still believe he needs rehabilitation
16 services --

17     A.  I do because he never got them.  He never got
18 the rehabilitation that he needed, so better late than
19 never, I guess, is kind of what I'm shooting for.

20     Q.  So you think he would need them biweekly for
21 the next year?

22     A.  At least, yeah.  But, again, I'm not a
23 rehabilitation expert; that would be up to someone
24 else's assessment of what he needs.  I would never be
25 the person to assess what he needs for treatment;

1  out, like on a yearly basis I would need to see him this
2  many times, assuming he had the resources to go see
3  you --
4      A.  Four to ten times a year?  That's hard to do.
5      Q.  It would depend on the consults?
6      A.  It would really, really depend.  I would say a
7  minimum of five times a year, but then it would depend
8  on the consults and how many treatment changes were
9  recommended and sort of what happened within those
10 visits.
11     Q.  And why would he need to see you five times a
12 year?
13     A.  When I prescribe medications for patients, I
14 generally see them about every three months, so that's
15 four visits there, and then another visit for a
16 physical.  So that's why I was thinking five, around
17 there.
18     Q.  Okay.  Assuming he had resources again, are
19 there mental health services that you believe in your
20 professional opinion he needs that aren't provided at
21 your clinic?
22     A.  I can't really say.  I mean, I believe that he
23 needs regular counseling several times a month with a
24 mental health professional, which he can obtain at the
25 clinic; however, I don't know what Michel's opinion as

1   Q.   Can I ask you another question, please?

2   A.   Sure.

3   Q.   Did Moises ever mention to you that he had
4   surgery on his knees when he was a child?

5   A.   No.

6   Q.   Did he ever mention to you a congenital
7   deformity with his knees?

8   A.   No.

9   Q.   Ms. Woodard has in her report that you
10  recommended that Moises get a power wheelchair. Do you
11  recall making that recommendation?

12  A.   No.

13  Q.   Do you --

14  A.   I don't think I would have made that
15  recommendation.

16  Q.   And how about grab bars and shower chair,
17  would you have made that recommendation?

18  A.   I don't know that I've ever uttered the phrase
19  grab bars and shower chair, so I don't think so.

20  Q.   And do you know what a physiatrist is?

21  A.   Physiatrist?

22  Q.   Physiatrist, thanks.

23  A.   It's not something that I've ever used, but I
24  believe a physiatrist is -- Are you sure it's not
25  physiologist, it's physiatrist?

1   Q.   Physiatrist.

2   A.   I believe that's someone who works on exercise
3   and those types of things with patients, like an
4   exercise plan and then also sort of incorporating that
5   into general health.  But, honestly, I couldn't swear to
6   it.

7        I also want to say about the shower rail and
8   bath chair, if she said, "Hey, do you think he could use
9   a shower rail and a bath chair?", I might have said,
10  "It's something you could think about."  You know what I
11  mean?  But I don't think I ever said, "Hey, Moises needs
12  a shower rail."

13  Q.   And you're still not recalling any
14  conversation with her?

15  A.   No.  I know that's so horrible, but I really
16  don't.

17  Q.   Do you think he needs a consult with a
18  physiatrist?

19  A.   I don't think I ever would have said that.

20       MS. LEWIS:  Okay.  That's all.

21                    EXAMINATION

22  BY MR. TRINE:

23  Q.   I have some questions.

24  A.   Okay.

25  Q.   You were earlier talking about Exhibit 66 on