United States. What I learned is that medical insurance in mexico, prescription drugs, surgeries and dental procedures are one third the cost of comparable services in the U.S. . The reasons are: the lower income of medical service consumers, government cost controls on medicine, the scarcity of malpractice litigation in Mexico and the average earnings of health care professionals: medical doctors earn an average of $1,000.00 a month and nurses $500.00 monthly.

The quality of care I have received from my physician, other specialists and dentists in Mexico have been outstanding. I would not trade my "house calling" physician and state of the art dentist for any professional north of the border. Medical training and practices in Mexico are of the highest standards if your physician or hospital is offering services in the private medical sector. The socialized medical care, at the clinic level, leaves much to be desired. However, for major surgeries, this system also offers world class specialists and care.

**EXHIBIT A-7**

## COST OF FOOD IN MEXICO



I can buy a kilo (2+lbs.) of fresh shrimp for $16.00 dlls. We regularly eat lunch in a family restaurant, serving comida corrida (meal of the day), for thirty five pesos or $3.50 dlls. Tortillerias sell freshly made tortillas for 80 cents a kilo. Fresh rolls (birotes), that rival those made in Paris or San Francisco, cost 25 cents each and can be found in bakeries all over Mexico. Mexican desert pastries, that will satisfy any gourmet family's sweet tooth-about $2.00 a bag. Along with savings on our food bill we have the added advantage of buying affordable abalone, lobster, mussels and clams fresh from local fishermen. In addition, door to door vendors offer wonderful selections of home made cheeses, deserts and olives. The olives are not the tasteless variety sold in U.S. supermarkets that are flavor extracted by a lye based, quick curing method. These olives are slowly cured in water filled clay crocks and



# MEXICO CITY

Street Vending and the Economy in la Capital

**M**exico City, like many other developing Latin American countries, posseses a two sector economy: the formal and informal sectors. The formal sector activity is regulated by the state while the informal sector is not. In some circumstances, not only is the informal sector unregulated, it's also illegal. Even though the two sectors are interdependent, each relying on the other for customers and resources, their relationship is by no means stable and is in a constant state of change.

In Mexico City the informal sector of the economy is very important. Statistics show that in 1990 this informal sector contributed around 25 to 40% of Mexico's Gross Domestic Product (GDP). It also provided work for approximately 25% of the economically active population.

This informal sector consists of various and diverse small time enterprises, with services ranging anything from repair workshops to shoe shining. The most visible form of informal activity in Mexico City is street trading. Each street trader is part of a larger network which includes suppliers, competitors, money lenders, customers and authorities.

In the 1980s the street trading industry grew significantly larger due to the harsh economic circumstances, including the 1982 debt crisis. Unemployment increased, inflation rose, minimum wage fell by half and in 1987, 41 million people (51%) in the country were below the poverty line. Street trading provided this urban poor with work opportunities, income, and access to essential goods that are at prices lower than the retail shops. Traders sell food, shoes, clothes, toys, household supplies, alchohol, cigarettes and various other goods.

In 1995 there was about 150, 000 street traders in Mexico City (50% of the traders in Mexico). For every one formal trader there are 2.36 street traders. Over 50% of all the street traders in the capital come from the middle class, 60% of these own their own homes, and approximately 65% of the stalls are run by their owner and the owner's family.

This expansion of informal traders directly clashed with the formal traders. One formal trade orgainization called CONCANACO (Confederation of Chambers of Commerce) is concerned with the competition and impact of street trading on its members. They are also frustrated with how

Mexico Health Care   1

SB

The quality of the medical care provided in Mexico has been researched extensively. It has been rated by many as poor; but in recent years, has been compared to other "North of the Border" hospitals for its attainment of the latest equipment and technology (Mexico Connect, 2005).

One reason that Mexico is not regarded as having great medical care is that Mexico ranks below the Organisation for Economic Co-operation and Development (OECD) average in terms of total health spending per capita. Mexico's per capita spending for health is $583.00 per years whereas the OECD average is $2307.00 per year. According the OECD's 2003 report, Mexico only has 1.5 practicing doctors for every 1,000 people, 1 hospital bed for every 1,000 people, 0.2 MRI's for every million people, and only 1.5 CT scanners for every million people. The effects of the insufficient amount of equipment and resources can be seen in small cities in Mexico. For example, Dr. John O'Handley (2005) states that he saw a patient whop had Chagas' disease in Chiapas, Mexico. The Mexican doctor who tested and diagnosed this patient was unable to get the medications that are necessary for treating the disease. Also, medications that are typically given post-operatively in many countries are not offered by doctors in Mexico (i.e. hormones after a hysterectomy). A study by Hijar, Chu, and Kraus (2000) compared the rate of mortality from injuries in Las Angeles County and Mexico City, Mexico. The results of this study showed that Mexico City has higher death rates resulting from automobile accidents, falls, and undetermined causes than Los Angeles County. This may be due to the underdeveloped trauma care systems in Mexico City. Jack Lewin (2005), chief executive of the California Medical Association, stated that "There are quality standards that we are developing and implementing in

*MEXICO CONNECT*                                                      Living in Mexico

# MEXICO FAQS
# MEDICAL AND SAFETY

How can I get in touch with AA in Mexico?

What is the level of Health Care and Medicine in Mexico?
 (Cómo es la calidad de tratamiento médico en México?)

What about prescription drugs?
 (Me puede decir algo sobre los medicamentos que requieren prescripción médica?)

Can I buy Health Insurance in Mexico?
 (Puedo obtener un seguro médico en México?)

**Discussion Threads**

Tell me about the Mexican National Health Care Plan

Back to the FAQ INDEX

## What is the level of Health Care and Medicine in Mexico?

Mexico has had its share of the US press exploiting some of the non traditional treatments available "South of the Border". However despite this image, the facts are that Mexico has an excellent reputation for the quality of its Health Care system.

As in every country there are good and bad Physicians and better and worse Hospitals. In general, the Physicians and Surgeons in Mexico are well trained and have good diagnostic and treatment skills. Most have received training in the US, Canada or Europe.

The Hospitals (both Private and Public) are usually easily accessible

WOODARD
00183