

# PACEY ECONOMICS GROUP

*A Corporation*
6630 Gunpark Drive, Suite 200 • Boulder, CO 80301 • (303)530-5333 • fax (303)530-5371

EXHIBIT A-2

# ECONOMIC APPRAISAL OF LOSS

## INJURY TO

## MR. MOISES CARRANZA-REYES

May 17, 2006

PREPARED FOR:

WILLIAM A. TRINE, ESQ.

TRINE & METCALF, P.C.
1435 ARAPAHOE AVENUE
BOULDER, COLORADO 80302-6390
(303) 442-0173

*Patricia L. Pacey* PLP

PATRICIA L. PACEY, PH. D.

## BACKGROUND

File information indicates that Mr. Moises Carranza-Reyes was arrested near Rifle, Colorado on March 1, 2003 while traveling to Chicago from Mexico. During his detention Mr. Carranza-Reyes became ill and requested medical attention on or about March 4, 2003. It is understood that a nurse working for the detention center saw Mr. Carranza-Reyes on March 6, 2003 and diagnosed altitude sickness. The documents indicate that Mr. Carranza-Reyes' condition worsened but he received no medical care or attention until he was taken to urgent care on March 8, 2006 where it was determined that he required immediate hospitalization. On March 8, 2006, he was taken by ambulance to Denver Health Medical Center where he was diagnosed with acute respiratory distress syndrome, renal failure, sepsis, left foot gangrene, and necrotic right lower lobe and required a below knee amputation to his right leg. Following his amputation, Mr. Carranza-Reyes underwent several therapies and medical treatments, and the rehabilitation specialist reports that Mr. Carranza-Reyes will require further medical attention over his lifetime.

At the time of his detention, Mr. Carranza-Reyes entered into the United States in attempt to gain citizenship with the help of his brother. (It is understood his biological father was a U.S. citizen that was believed to have resided in the Chicago, Illinois area, but apparently had died a few months before Mr. Carranza-Reyes entered the United States.) Mr. Carranza-Reyes' previous employment included experience within the Mexican military, as well as service with the Mexican police department, retail sales, and a taxi driver after his service with the military and police.

Mr. Carranza-Reyes currently resides with his brother and sister-in-law, Abraham and Briselda in their apartment in Aurora, Colorado.

## BACKGROUND (cont.)

| | |
|---|---|
| DATE OF BIRTH: | February 8, 1976 |
| DATE OF INJURY: | March 4, 2003 |
| DATE OF REPORT: | May 17, 2006 |
| AGE AT INJURY: | 27.1 years |

LOSS PERIODS:
- PAST: 3.2 years
- FUTURE: 34.7 years to retirement at age 65
  47.9 years of life expectancy (*Colorado Statutes*)

FAMILY DATA: single

EDUCATION: junior high equivalence

WORK HISTORY: experience as a police officer, military officer, taxi driver as well as retail sales

## Specific Documents Reviewed

In analyzing this particular case, the following documents have been reviewed:

- Complaint and Jury Demand;

- Deposition of Moises Carranza-Reyes Volume I and Volume II, taken on January 16 and 17, 2006, respectively;

- Plaintiff's Responses to the First Set of Interrogatories and Requests for Production of Documents from Defendants Park County, the Park County Board of County Commissioners, the Park County Sheriff's Office, Fred Wegener, and Monte Gore;

- document titled "Deposition Outline of Abraham Carranza-Reyes Deposition taken February 6, 2006 Volume I Questions by Defense Counsel";

- document titled "Deposition Outline of Briselda Gomez-Villalobos Deposition Taken Volume II Questions by Defense Counsel";

- various medical records and/or reports from Summit Medical Center authored by Dr. Keeling; from Denver Health Medical Center authored by Drs. Smolenski and Sarnat; from St. Anthony Hospitals; and from Clinica Campesina;

- document titled "Medical Records Index" with summary of medical records and/or reports from Denver Health Medical Center; and

- attorney correspondence.

## SPECIFIC DOCUMENTS REVIEWED (cont.)

In addition, specific inquiries and/or research related to this case were also performed by our office, including:

- telephone interview with the client, Mr. Moises Carranza-Reyes; and

- telephone interview with the rehabilitation specialist, Ms. Helen Woodard.

## GENERAL ECONOMIC FOUNDATION

A wealth of general economic data exists which is typically relied upon in any economic evaluation. This information includes:

- current and historical relationships between interest rates, inflation and wage growth indices, in addition to private and government agency forecast data for these economic indicators;

- state and federal labor department information regarding labor force participation rates; employment probabilities, geographic differentials, etc.;

- information on disabled workers including labor force participation, earnings, employment opportunities, unemployment rates, severity of limitations, etc.;

- age-earnings profiles and occupational mobility data;

- materials regarding employee benefit levels;

- retirement and pension information; and

- numerous documents regarding time contributions for household activities.

Academic and government citations for these data sources are located in the Appendix to this report.

## TIME FRAME DEFINITIONS

The PAST loss time period reflects the losses incurred from the time of the incident to the time of this report in May 2006 (3.2 years.)

- The amount of past net pecuniary loss is not adjusted for any probable interest earnings.

- No offset has been made for any monies which may have been received from other sources, unless specifically stated.

The probable FUTURE time frame commences at the time of this report and continues through Mr. Carranza-Reyes's

- worklife to age 65 (34.7 years)

- life expectancy (47.9 years)

Annual loss amounts are set forth in today's dollars, but the stream of future loss amounts is discounted to reflect the probable net level of interest earnings relative to inflation and/or wage growth. In this particular evaluation of probable future loss, the discount rate used for the net present value analysis assumes that probable future average annual wage growth will be less than the probable annual interest returns on a lump-sum payment. For medical care items, a net one-half discount rate is used for the net present value analysis recognizing that the probable future annual inflation of medical costs is still somewhat greater than the price increases of other goods and services but less than the relevant interest earnings. See the Appendix for a more detailed explanation of discounting to net present value.

In the economic loss calculations, the following areas are analyzed:

- Earnings
- Essential/Home Services.
- Medical/Life Care Expenses

## LOSS EVALUATION

### EARNINGS

*Earnings losses for Mr. Carranza-Reyes consists of two Scenarios. Scenario I is predicated upon Mr. Carranza-Reyes' remaining, working, and living in the United States. In Scenario I, the pre-injury earnings opportunities anticipate that Mr. Carranza-Reyes would likely have wages comparable to other males in the United States with less than a high school education. Post-injury earnings opportunities recognize Mr. Carranza-Reyes will require some English training and skills, but then would be expected to maintain part- to full-time employment over the remainder of his work life should he remain in the United States. The medical services and life care needs in Scenario I also are based on costs in the United States.*

*In Scenario II, pre-injury earnings are predicated on Mr. Carranza-Reyes returning to Mexico and earning wages based on relevant occupational opportunities and his more recent earnings history in Mexico. Unlike Scenario I, Scenario II does not anticipate that Mr. Carranza-Reyes will return to work due to the limited employment opportunities in Mexico for individuals with such limitations and impairments. Also, based on information by the rehabilitation specialist and our own research, costs for medical and life care needs are anticipated to be some 50 to 60 percent of U.S. costs under Scenario II.*

#### SCENARIO I

PRE-INJURY WAGES

$22,900/yr
- average annual pre-injury earnings commencing in the past period and continuing into the future period
- based on earnings consistent with that of a male in the United States with less than a high school education, working year round full-time, or approximately $10 to $12 per hour
- no offset has been made over the past period as Mr. Carranza-Reyes has been unable to return to work

POST-INJURY WAGES

$15,600/yr
- average annual post-injury earnings commencing in future period

## LOSS EVALUATION (cont.)

- per the rehabilitation specialist, based on earnings of some $10 per hour at twenty to forty hours per week, with appropriate training and rehabilitation services such that Mr. Carranza-Reyes can enter the United States work force with his post-injury limitations
- consistent with labor market data for similarly situated males
- identified here in 2006 dollars

**SCENARIO II**
**PRE-INJURY WAGES**
**$7,300/yr**

- average annual pre-injury earnings commencing after six months into the past period and continuing into the future period
- based on an average of Mr. Carranza-Reyes' earnings when working in Mexico and predicated upon a return to employment in Mexico in six months post this incident
- currency has been converted to reflect U.S. dollars
- no offset in past or future as it is not anticipated that Mr. Carranza-Reyes will return to work if residing in Mexico given his limitations, impairments, and the employment opportunities in Mexico
- identified here in 2003 dollars

**COMMENTS**

- net discount rate of 1.0% in the future period for both *Scenarios I* and *II*.
- no benefits losses have been included in either scenario
- as additional information becomes available through the discovery process, an adjustment may be necessary

## LOSS EVALUATION (cont.)

### ESSENTIAL/HOME SERVICES

**TIME CONTRIBUTION**

8-12 hrs/wk decreasing to 4 hrs/wk

- loss of time contribution for household responsibilities and activities commencing in the past period but decreasing in the future period for both scenarios
- recognizes over the past period Mr. Carranzas-Reyes required personal care assistance as he recuperated and regained more of his ability to handle activities of daily living
- includes such chores as house cleaning, auto maintenance, and yard work in the future period
- reflects an average weekly amount but recognizes time commitments are likely to be more intermittent
- per information provided by the rehabilitation specialist, interview with client, and tracked to labor market studies

**RATE**

$8-15/hr
or
.60/hr

- market replacement wage of $8-15 per hour over the past and future periods in *Scenario I* should Mr. Carranza-Reyes remain in the United States
- market replacement rate of approximately $.60 per hour to reflect probable minimum wage levels in Mexico (identified here in U.S. dollars); lower rate reflects probably costs of these services in Mexico for *Scenario II*
- based on area wage rates for activities and responsibilities required to manage the household
- rates low relative to professional agency/service costs

PACEY ECONOMICS GROUP

CARRANZA-REYES/ PAGE 11

## LOSS EVALUATION (cont.)

COMMENTS
- net discount rate of 1.0% in the future time period
- past loss reflects the value of time (not necessarily out-of-pocket expenses), while in the future period a fund of money is provided to meet these needs
- reflects likely minimum for hourly rates given additional market costs, etc.

PACEY ECONOMICS GROUP

## LOSS EVALUATION (cont.)

### MEDICAL/LIFE CARE EXPENSES

PAST MEDICAL/LIFE CARE EXPENSES

TBA
- not included at this time
- to be added by the time of the trial

The following future medical care expenses are based on the Life Care Plan provided by the rehabilitation specialist. A net discounting rate of one-half percent has been used for those expenses driven by the medical price index (MPI), whereas for those expenses more closely associated with the consumer price index (CPI), a net discount rate has been used that is appropriate to the designated time frame. *Scenario I* reflects costs for such medical and life care needs in the United States. Per the rehabilitation specialist, these needs and services may not be readily available in Mexico but if available, the specific costs are likely to be lower. To the extent the rehabilitation specialist was able to identify some costs, it is estimated that these costs are likely 50 to 60 percent of costs in the United States in *Scenario II*. Also, our own research on this issue found a similar cost relationship. As such, in my opinion, the overall costs for the Life Care Plan are reasonable.

It should be noted that the summary page of this report identifies the net present value of future medical/life care expenses through a full life expectancy. If information becomes available indicating less than a full life expectancy, the total net present value of the expenses for the appropriate time frame can be identified on the attached spreadsheet. All of the following annual amounts are expressed in 2006 dollars and the spreadsheet indicates current year dollars and present value dollars.

## Loss Evaluation (cont.)

### Future Medical/Life Care Expenses

#### Scenario I

| | | |
|---|---|---|
| Medical Services | $500/yr | • average annual cost for primary care, orthopedist/physical medicine and rehabilitation |
| | $1,700 | • upfront cost for orthopedist/physical medicine and rehabilitation, pain management specialist, and psychological services |
| | TBD | • costs for imaging, and future needs for a pain management specialist, and psychological services after initial visit are to be determined |
| Medications | $200/yr | • average annual cost for Tylenol and lidocaine gel |
| Surgeries/Hospitalizations | TBD | • risks for additional surgery such as stump revision or plastic surgery are to be determined |
| Case Management | $2,400/yr | • average annual cost for independent case management services |
| Rehabilitation Services | $4,700/yr | • average annual cost for interpreter services for 3 to 5 years |
| | $8,500 | • upfront costs for physical therapy, vocational evaluation, intensive private ESL instruction, GED preparation courses and test |
| | TBD | • subsequent sessions for physical therapy after initial evaluations are to be determined |

## LOSS EVALUATION (cont.)

| | | |
|---|---|---|
| Personal Care Assistance | $5,700/yr increasing to $20,400/yr | • average annual cost for personal care assistance<br>• costs increase as needs for personal care assistance are required more frequently beginning at age 50 |
| Equipment | $13,500/yr | • average annual cost for manual wheelchair, cane/crutches, handheld shower sprayer, grab bars, shower chair, prosthetic, socket replacement, liners, socks, joints, gels and maintenance, and backup prosthesis |
| | TBD | • costs for power wheelchair are to be determined |
| SCENARIO II | 50% to 60% | • reflects percentage of costs for the overall Medical/Life Care Plan needs should Mr. Carranza-Reyes be able to obtain services in Mexico |

COMMENTS
- year-to-year expenses are illustrated on the attached spreadsheet for *Scenario I*
- for illustrative purposes, specific rates have been utilized for price increases and interest rates recognizing that over the long-term there is a range of reasonable rates which would afford similar net present values given similar differentials exist between the rates
- *Scenario II* understated in quality and availability of care not comparable to that identified in *Scenario I*

## CONCLUSION

The following chart summarizes the past and future time periods with their associated loss elements as previously discussed. Based upon the analysis presented here, an aggregate fund ranging from $1,640,000 to $950,800 will compensate Mr. Moises Carranza-Reyes for the probable losses from the date of the incident to this report in May 2006 and replace the future lost stream of earnings and other future needs for *Scenarios I* and *Scenario II*, respectively.

- Drawn upon each year in the future, this fund will serve as a substitute for the probable economic losses each year.

- Thus, at the end of the probable future loss period, the fund balance would be $0. (That is, the actual purchasing power of losses replaced year by year at levels enumerated herein will be maintained.)

- To ignore the cost of living or earnings growth factor would understate the losses sustained while a failure to incorporate interest earned from funds on hand today would overstate the probable losses.

- By simultaneously considering these two magnitudes (earnings and interest factors), this economic evaluation appropriately reflects the net present values in real terms.

Past medical care costs should be added for a full accounting of economic losses. No dollar amounts for pain and suffering, loss of enjoyment of life, etc., have been included in this analysis. Also, unless specifically stated, this evaluation makes no offset for any monies received prior to the issuance of this report.

# Summary Of Economic Loss Amounts
## Mr Moises Carranza-Reyes

### Scenario I
*(Mr. Carranza-Reyes Remaining in the United States)*

## Past Losses

| | |
|---|---:|
| Earnings | $73,300 |
| Essential/Home Services | 19,100 |
| Past Medical Expenses | TBA |
| **Total Past Loss** | **$92,400** |

## Future Losses

| | |
|---|---:|
| Earnings | $213,300 |
| Essential/Home Services | 90,700 |
| Medical/Life Care Expenses | 1,243,600 |

| | |
|---|---:|
| Medical Services | $21,600 |
| Medications | 8,100 |
| Surgeries/Hospitalizations | TBD |
| Case Management | 92,500 |
| Rehabilitation Services | 26,900 |
| Personal Care Assistance | 518,700 |
| Equipment | 575,800 |

| | |
|---|---:|
| **Total Net Present Value Of Future Loss** | **$1,547,600** |
| **Total Value Of Loss** | **$1,640,000** |

---

TBA: to be added by the time of trial
TBD: to be determined

Pacey Economics Group

## SUMMARY OF ECONOMIC LOSS AMOUNTS
## MR MOISES CARRANZA-REYES

### SCENARIO II
*(MR. CARRANZA-REYES RETURNING TO MEXICO)*

**PAST LOSSES**

| | |
|---|---:|
| EARNINGS | $20,800 |
| ESSENTIAL/HOME SERVICES | 1,000 |
| PAST MEDICAL EXPENSES | TBA |
| TOTAL PAST LOSS | $21,800 |

**FUTURE LOSSES**

| | |
|---|---:|
| EARNINGS | $233,600 |
| ESSENTIAL/HOME SERVICES | 11,400 |
| MEDICAL/LIFE CARE EXPENSES | 684,000* |

| | |
|---|---:|
| TOTAL NET PRESENT VALUE OF FUTURE LOSS | $929,000 |
| TOTAL VALUE OF LOSS | $950,800 |

---

TBA: to be added by the time of trial
TBD: to be determined
*If Mr. Carranza-Reyes is able to receive medical treatment in Mexico, Life Care\Medical Expenses are anticipated to be some 50-60% of costs in the United States.

PACEY ECONOMICS GROUP

**Mr. Moises Carranza-Reyes**
*Future Medical/Life Care Expenses*

| Year | Medical Services (m) | Medical Services NPV | Medications (d) | Medications NPV | Case Management (d) | Case Management NPV | Rehabilitation Services (d) | Rehabilitation Services NPV | Personal Care Assistance (d) | Personal Care Assistance NPV | Equipment (m) | Equipment NPV | Total NPV | Cum NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 467 | | 211 | | 2,410 | 2,397 | 4,700 | 4,655 | 5,720 | 5,666 | 13,479 | 13,415 | 26,806 | 26,806 |
| 1 | 488 | 465 | 219 | 209 | 2,517 | 2,374 | 4,888 | 4,611 | 5,949 | 5,612 | 14,086 | 13,351 | 26,617 | 53,423 |
| 2 | 510 | 463 | 228 | 207 | 2,617 | 2,352 | 5,084 | 4,567 | 6,187 | 5,558 | 14,719 | 13,287 | 26,429 | 79,853 |
| 3 | 533 | 460 | 237 | 205 | 2,722 | 2,329 | 5,287 | 4,523 | 6,434 | 5,505 | 15,382 | 13,224 | 26,243 | 106,096 |
| 4 | 557 | 458 | 247 | 203 | 2,831 | 2,307 | 5,498 | | 6,692 | 5,453 | 16,074 | 13,161 | 21,578 | 127,674 |
| 5 | 582 | 456 | 257 | 201 | 2,944 | 2,285 | | | 6,959 | 5,401 | 16,797 | 13,098 | 21,437 | 149,111 |
| 6 | 608 | 454 | 267 | 199 | 3,062 | 2,263 | | | 7,238 | 5,349 | 17,553 | 13,036 | 21,298 | 170,409 |
| 7 | 636 | 452 | 278 | 197 | 3,185 | 2,242 | | | 7,527 | 5,298 | 18,343 | 12,974 | 21,159 | 191,568 |
| 8 | 664 | 450 | 289 | 195 | 3,312 | 2,242 | | | 7,828 | 5,248 | 19,168 | 12,912 | 21,021 | 212,589 |
| 9 | 694 | 447 | 300 | 194 | 3,444 | 2,220 | | | 8,141 | 5,198 | 20,031 | 12,851 | 20,885 | 233,474 |
| 10 | 725 | 445 | 312 | 192 | 3,582 | 2,199 | | | 8,467 | 5,148 | 20,932 | 12,790 | 20,749 | 254,223 |
| 11 | 758 | 443 | 325 | 190 | 3,725 | 2,178 | | | 8,806 | 5,099 | 21,874 | 12,729 | 20,615 | 274,838 |
| 12 | 792 | 441 | 338 | 188 | 3,874 | 2,157 | | | 9,158 | 5,051 | 22,859 | 12,668 | 20,481 | 295,319 |
| 13 | 828 | 439 | 351 | 186 | 4,029 | 2,137 | | | 9,524 | 5,003 | 23,887 | 12,608 | 20,348 | 315,667 |
| 14 | 865 | 437 | 365 | 185 | 4,191 | 2,117 | | | 9,905 | 4,955 | 24,962 | 12,548 | 20,217 | 335,884 |
| 15 | 904 | 435 | 380 | 183 | 4,358 | 2,096 | | | 10,301 | 4,908 | 26,086 | 12,488 | 20,086 | 355,970 |
| 16 | 944 | 433 | 395 | 181 | 4,533 | 2,076 | | | 10,713 | 4,861 | 27,260 | 12,428 | 19,956 | 375,926 |
| 17 | 987 | 431 | 411 | 179 | 4,714 | 2,057 | | | 11,142 | 4,815 | 28,486 | 12,369 | 19,827 | 395,754 |
| 18 | 1,031 | 429 | 427 | 178 | 4,902 | 2,037 | | | 11,588 | 4,769 | 29,768 | 12,310 | 19,700 | 415,453 |
| 19 | 1,078 | 427 | 445 | 176 | 5,099 | 2,018 | | | 12,051 | 5,003 | 31,108 | 12,252 | 23,219 | 438,673 |
| 20 | 1,126 | 424 | 462 | 174 | 5,303 | 1,998 | | | 22,209 | 8,370 | 32,507 | 12,193 | 23,219 | 470,159 |
| 21 | 1,177 | 422 | 481 | 173 | 5,515 | 1,979 | | | 46,578 | 16,719 | 33,970 | 12,135 | 31,487 | 501,406 |
| 22 | 1,230 | 420 | 500 | 171 | 5,735 | 1,961 | | | 48,441 | 16,560 | 35,499 | 12,078 | 31,009 | 532,415 |
| 23 | 1,285 | 418 | 520 | 169 | 5,965 | 1,942 | | | 50,379 | 16,402 | 37,096 | 12,020 | 30,773 | 563,189 |
| 24 | 1,343 | 416 | 541 | 168 | 6,203 | 1,923 | | | 52,394 | 16,246 | 38,766 | 11,963 | 30,539 | 593,728 |
| 25 | 1,404 | 414 | 562 | 166 | 6,451 | 1,905 | | | 54,490 | 16,091 | 40,510 | 11,906 | 30,308 | 624,036 |
| 26 | 1,467 | 412 | 585 | 165 | 6,709 | 1,887 | | | 56,669 | 15,938 | 42,333 | 11,849 | 30,078 | 654,113 |
| 27 | 1,533 | 411 | 608 | 163 | 6,978 | 1,869 | | | 58,936 | 15,786 | 44,238 | 11,793 | 29,849 | 683,963 |
| 28 | 1,602 | 409 | 633 | 161 | 7,257 | 1,851 | | | 61,293 | 15,636 | 46,229 | 11,737 | 29,623 | 713,586 |
| 29 | 1,674 | 407 | 658 | 160 | 7,547 | 1,834 | | | 63,745 | 15,487 | 48,309 | 11,681 | 29,399 | 742,985 |
| 30 | 1,749 | 405 | 684 | 158 | 7,849 | 1,816 | | | 66,295 | 15,339 | 50,483 | 11,625 | 29,177 | 772,161 |
| 31 | 1,828 | 403 | 712 | 157 | 8,163 | 1,799 | | | 68,947 | 15,193 | 52,755 | 11,570 | 28,956 | 801,117 |
| 32 | 1,910 | 401 | 740 | 155 | 8,490 | 1,782 | | | 71,705 | 15,048 | 55,129 | 11,515 | 28,737 | 829,854 |
| 33 | 1,996 | 399 | 770 | 154 | 8,829 | 1,765 | | | 74,573 | 14,905 | 57,610 | 11,460 | 28,520 | 858,375 |
| 34 | 2,086 | 397 | 801 | 152 | 9,182 | 1,748 | | | 77,556 | 14,763 | 60,202 | 11,405 | 28,305 | 886,680 |
| 35 | 2,180 | 395 | 833 | 151 | 9,550 | 1,731 | | | 80,658 | 14,623 | 62,911 | 11,351 | 28,092 | 914,771 |
| 36 | 2,278 | 393 | 866 | 150 | 9,932 | 1,715 | | | 83,884 | 14,483 | 65,742 | 11,297 | 27,880 | 942,651 |
| 37 | 2,380 | 391 | 901 | 148 | 10,329 | 1,698 | | | 87,240 | 14,345 | 68,701 | 11,243 | 27,670 | 970,322 |
| 38 | 2,487 | 390 | 937 | 147 | 10,742 | 1,682 | | | 90,729 | 14,209 | 71,792 | 11,189 | 27,462 | 997,784 |
| 39 | 2,599 | 388 | 974 | 145 | 11,172 | 1,666 | | | 94,359 | 14,073 | 75,023 | 11,136 | 27,256 | 1,025,039 |
| 40 | 2,716 | 386 | 1,013 | 144 | 11,618 | 1,650 | | | 98,133 | 13,939 | 78,399 | 11,083 | 27,051 | 1,052,090 |
| 41 | 2,838 | 384 | 1,054 | 143 | 12,083 | 1,635 | | | 102,058 | 13,807 | 81,927 | 11,030 | 26,848 | 1,078,938 |
| 42 | 2,966 | 382 | 1,096 | 141 | 12,567 | 1,619 | | | 106,141 | 13,675 | 85,613 | 10,978 | 26,647 | 1,105,585 |
| 43 | 3,100 | 380 | 1,140 | 140 | 13,069 | 1,604 | | | 110,386 | 13,545 | 89,466 | 10,926 | 26,447 | 1,132,031 |
| 44 | 3,239 | 379 | 1,185 | 138 | 13,592 | 1,588 | | | 114,802 | 13,416 | 93,492 | 10,874 | 26,249 | 1,158,280 |
| 45 | 3,385 | 377 | 1,232 | 137 | 14,136 | 1,573 | | | 119,394 | 13,288 | 97,699 | 10,822 | 26,052 | 1,184,333 |
| 46 | 3,537 | 375 | 1,282 | 136 | 14,701 | 1,558 | | | 124,169 | 13,162 | 102,096 | 10,770 | 25,858 | 1,210,190 |
| 47 | 3,696 | 373 | 1,333 | 135 | 15,289 | 1,543 | | | 129,136 | 13,036 | 106,690 | 9,694 | 23,211 | 1,233,401 |
| 47.9 | 3,476 | 336 | 1,248 | 121 | 14,311 | 1,383 | | | 120,871 | 11,678 | 100,342 | | | |
| **Total NPV** | | **19,950** | | **8,069** | | **92,546** | | **18,357** | | **518,658** | | **575,821** | **1,133,401** | |
| **Upfront Costs** | | **$1,673.00** | | **$0.00** | | **$0.00** | | **$8,528.00** | | **$0.00** | | **$0.00** | **10,201** | |
| **Total Costs** | | **$21,623** | | **$8,069** | | **$92,546** | | **$26,885** | | **$518,658** | | **$575,821** | **$1,243,602** | |

*Surgeries/Hospitalizations TBD