# APPENDIX

---

*Notes on the Determination of Probable Net Present Value*

*Selected Tables and Charts of Economic Indicators and Relationships*

*Notes on Disabled and Displaced Workers*

*Bibliography of General Economic Sources*

*Curriculum Vita*

---

Updated in

JANUARY 2006

© PACEY ECONOMICS GROUP, A CORPORATION 2003

# NOTES ON THE DETERMINATION OF
# PROBABLE NET PRESENT VALUE

*The derivation of the net present value in an appraisal of economic loss must take into account both expected inflationary earnings growth and probable interest returns.   When future expenditures for products, equipment, medical care, etc. are considered, the relevant comparison is future price inflation relative to interest returns.  When wage losses are considered, the relevant comparison is growth in earnings (both macroeconomic and microeconomic) relative to interest returns.  The following discussion focuses on the relationship of earnings growth versus interest returns to establish net present value.  The same analysis is valid for the inflation versus interest returns relationship.*

EARNINGS GROWTH

The reality of wage increases (earnings growth) is a future probability.  Although earnings growth may fluctuate from year to year, the trend over the long-term is quite predictable.  The significance of such economic circumstances is that a continuation of the general historical pattern is, with some variation, highly probable into the future.  By incorporating economic trends into an appraisal one is able to identify, with reasonable economic certainty, the appropriate real earnings loss to be compensated in the future.  Identifying the real earnings loss is critical because economic losses involve a loss of living standards into the future, and it is this lifestyle that is sought as recovery, not an endlessly diminishing monetary value.

Notably, part of the increase in earnings growth is inflationary in nature while further growth is a result of technological advances in our economy, which improve overall (macroeconomic) productivity.  A third component in earnings growth recognizes the increased productivity that accrues over the work years as an individual acquires specific experience and training (i.e., the microeconomic phenomena or age-earnings profile).

For example, inflation or cost of living increases, also referred to as the consumer price index or CPI, is identified on Table II of this Appendix.  Table II indicates that,

A-2

although price level increases have slowed in recent years, over the last thirty-five years the 2005 price level is almost five times the 1970 level. That is, one currently needs $4.99 to purchase each dollar ($1.00) of goods and services consumed thirty-five years ago (i.e., divide the 2005 index of 193.5 by the 1970 index of 38.8). Thus, to maintain the same standard of living or the same basic purchasing power in 2005 as one had in 1970, earnings must also have a similar 4.99 fold increase. Additionally, Table II details the historical price changes for the medical goods and services component of the CPI. Price increases for medical goods and services have increased at a substantially greater rate than other services and commodities in our economy, having experienced a nine and one-half fold (9.52) increase since 1970. Although the rate of increase has slowed over the past decade it continues to outpace other goods and services.

For a variety of market reasons, the average "aggregate" hourly wage earner just barely "kept up" with inflationary increases over this same thirty-five year period. As noted on Table I-A for 2005 vis-à-vis the base year in 1970 produced a 4.76 fold increase (i.e., 206.2 divided by 43.3). However, over the same time frame the wages of the average "aggregate" salaried worker (indicated in Table I-B) improved by a multiple of 7.62 compared to the 4.99 inflation multiple. This information indicates that a typical thirty year old male *hourly* wage earner in 2005 has simply maintained his standard of living in relation to inflation since 1970 while a thirty year old male *salaried* worker in 2005 has a substantially better standard of living than his 1970 counterpart. However, over the past decade wage increases for the average "aggregate" hourly earner was thirty-nine percent while the overall increases in inflation were approximately twenty-seven percent resulting in a more typical increase in the standard of living for these workers. This is evidence of an improved standard of living associated with technological advancements, in general, or macroeconomic activity. Detail by year for the aggregate average hourly wage earners, salaried workers, and the inflation phenomena can be found in Tables I-A, I-B, and II, respectively.

The average "aggregate" earnings discussed above are not the only wage increases either hourly or salaried workers can expect to receive over their work years. As earlier noted, in addition to wage increases due to inflation and/or technological advances (macroeconomic factors), individual workers receive earnings increases associated with their own experience, skill, and training. It is relatively common knowledge and comports with economic principles that wages tend to increase substantially faster in the early years of an individual's worklife as the majority of an individual's training and experience are accrued. In the latter work years, wages continue to increase but at slower rates recognizing some additional increases in training and experience but not at the rate accrued in the earlier years of an individual's worklife. Also, conventional wisdom suggests and various government and academic data confirm that increased levels of education and training will, on average, produce not only better wage increases, but also prolonged opportunity for these wages to continue at accelerated rates. This well-recognized phenomena is best captured in the "age-earnings profiles" compiled by the *Bureau of Census* and also replicated (for a college educated male and female) on Charts I-a and I-b in this Appendix. (Similar age-earnings profiles have been generated by gender for other levels of education but are not included in this Appendix.)

As described above, wage increases consider numerous factors including, but not limited to, general economic conditions, industry specifics, and the special characteristics of the worker such as age, education, occupation, etc. These factors and special characteristics are important in the economic analysis of an individual's earnings.

## INTEREST EARNINGS

In addition to probable earnings growth considerations, interest earnings from a lump sum payment must be incorporated into the analysis. A sum of money available today as compensation for probable future losses has the capacity and expectation to earn additional monies. Since it is necessary that all probable future losses be summarized

*in toto* today, the interest earnings available from a lump-sum payment in the present must be taken into account. (The concept of interest earnings is more precisely labeled "net" interest earnings since the yield, net of investment expenses, is the relevant measure.)

Not surprisingly, if one is required to replace $10,000 ten years from today, less than $10,000 can be set aside for this future obligation. How much less depends upon the probable net interest rate. At a seven percent net interest, only 51 cents is needed now to replace each dollar ($1.00) in ten years; that is, the "present value" of $10,000 is some $5,100, the remaining amount being accumulated through ten years of compounded interest. At a six percent net interest, 56 cents is required today to replace each dollar in ten years and the "present value" of $10,000 is some $5,600, etc.

The data in Table III depicts interest returns on U.S. Treasury bills and bonds and (state and local) Municipal bonds. The government securities are regarded as appropriate rates to use (especially in determining monies needed in regular intervals for wages, medical needs, etc.) when discounting to present value for several reasons:

(1)   They are relatively stable and reasonably prudent investments;

(2)   They are characterized by high liquidity, being easily transformed into money needed for day-to-day living;

(3)   Management costs and the degree of difficulty in managing such an investment are minimal in comparison to investments that are more risky, less liquid, and more likely to have a volatile value; and

(4)   These types of government securities reflect a predictable and reliable stream of income consistent with the earnings stream of the typical worker.

Taxable government bonds of varying time frames or tax-free municipal bonds have appropriate applications, depending upon the nature of the economic loss.

## NET PRESENT VALUE

Whereas earnings growth factors will cause probable future earnings loss values to rise in magnitude over time, the adjustment of probable future dollars for interest earnings will have the opposite effect.

One approach in the determination of the probable net present value is to project the loss of an expected earnings stream by adjusting the current annual dollar loss by a projected wage growth factor and then discounting this value by an anticipated interest rate. This procedure incorporates explicit expectations about the level of probable earnings growth as well as interest rates. Since the economy is not static, specific wage growth and interest rates do not fully capture the dynamic aspects of the market. That is, both the rate of change in the earnings profile of an individual plus the general economic conditions affecting wage and interest rates can be expected to vary over time and across administrations; however, these variations typically fall within a small range. Thus, recognizing variation in the interest rates in combination with wage and/or inflation rates, within a reasonable range, will result in similar present value amounts.

The second, and our preferred method of analysis, determines the probable differential between earnings growth and interest yields over the relevant time frame. This approach recognizes both the statistical relationship among inflation, macro- and microeconomic wage increases, and interest rates plus the dynamic nature of our economy. For example, when inflation is high, wage increases tend to be larger than "average"; however, interest rates (with some lead or lag) also tend to be higher than "average".

Indeed, as noted earlier and as anticipated from basic economic principles, an extremely high correlation between aggregate earnings growth and investment yields exists over time. Also, the percentage spread between these two economic factors is both relatively stable and, when evaluated over the worklife of a "typical" individual, is expected to converge to near zero. Generally, what one finds is that:

(1)   Historically, earnings and interest returns rise and fall together (or with a time lag) in a relatively consistent and/or predictable fashion;

(2)   Interest returns are typically somewhat greater than (and highly correlated to) the average "aggregate" earnings growth for both hourly and salaried workers as depicted on Chart II, although (as expected) a smaller differential exists for the latter group;

(3)   Only the macroeconomic effects of the relationship between earnings growth and interest rates are captured in the aggregate data on Tables I through III while the individual age-earnings profiles (depicted on Charts I-a and I-b) capture the microeconomic growth associated with increases in training and experience.   The movement of individuals across the age-earnings profiles over time (also depicted on Charts I-a and I-b) captures both the microeconomic and macroeconomic components of wage growth over time. When this component is properly incorporated into the analysis, the "net differential" between interest returns and individual earnings growth over time is, and should be, near zero.

If probable earnings growth and probable interest returns are, on average, equal over the relevant time period (which is generally consistent with basic economic principles), the net discount factor is zero. This is oftentimes referred to in the forensic economic literature as the "net offset" approach.  With this approach, the present value of total loss is simply the product of the probable annual loss amount times the probable years of future loss.  (That is, the entirety of interest earnings will cover or provide for the anticipated earnings growth.)  However, our analysis generally (with some exceptions) considers earnings growth to be on average lower than interest yields, resulting in a lowering of present value of loss in comparison to the "net offset" approach.

*The Tables which follow identify some basic economic indicators while the Charts depict certain relevant historical relationships. The Tables provide historical wage, price, and interest return data. Tables I-A and I-B identify the average "aggregate" wage changes for hourly and salaried workers while Table II details overall, plus specific medical, price changes for goods and services in the U.S. economy. Table III identifies interest yields in relevant financial instruments. (Of note, 30 year U.S. Bonds are no longer included as a relevant instrument as new bonds of this time length are no longer available.) Following the Tables are selected Charts which depict relationships such as the age-earnings profile and the comparison of wage growth and interest rates.*

*Following these Tables and Charts are our Notes on Disabled and Displaced Workers. Additional charts are included in this section to illustrate the relevant issues. Selected bibliographies for sources associated with each of these topics are also included.*

*The last section of this Appendix includes a comprehensive, although not exhaustive, bibliography of general economic data sources. When appropriate, given the information available for a particular loss evaluation, more specific data measures and economic studies are utilized.*

A-8

TABLE I-A
EARNINGS INDICES*
HOURLY

| Year | Index (1982=100) | % Change from Previous Year | Year | Index (1982=100) | % Change from Previous Year |
|------|------------------|------------------------------|------|------------------|------------------------------|
| 2005 | 206.2(p) | 3.4% | | | |
| 2004 | 199.5(p) | 2.1% | 1979 | 80.5 | 7.8% |
| 2003 | 195.3 | 2.7% | 1978 | 74.7 | 7.9% |
| 2002 | 190.2 | 2.9% | 1977 | 69.2 | 7.5% |
| 2001 | 184.9 | 3.8% | 1976 | 64.4 | 7.0% |
| 2000 | 178.1 | 3.9% | 1975 | 60.2 | 6.8% |
| 1999 | 171.4 | 3.6% | 1974 | 56.4 | 7.0% |
| 1998 | 165.4 | 4.1% | 1973 | 52.7 | 6.2% |
| 1997 | 158.9 | 3.8% | 1972 | 49.6 | 7.4% |
| 1996 | 153.1 | 3.4% | 1971 | 46.2 | 6.8% |
| 1995 | 148.1 | 2.8% | 1970 | 43.3 | 5.6% |
| 1994 | 144.0 | 2.6% | 1969 | 41.0 | 6.6% |
| 1993 | 140.3 | 2.5% | 1968 | 38.4 | 6.0% |
| 1992 | 136.9 | 2.5% | 1967 | 36.3 | 4.4% |
| 1991 | 133.6 | 3.0% | 1966 | 34.7 | 3.8% |
| 1990 | 129.6 | 4.0% | 1965 | 33.5 | 4.0% |
| 1989 | 124.7 | 3.9% | 1964 | 32.2 | |
| 1988 | 120.0 | 3.3% | | | |
| 1987 | 116.2 | 2.4% | | | |
| 1986 | 113.5 | 2.2% | | | |
| 1985 | 111.1 | 2.9% | | | |
| 1984 | 107.9 | 3.5% | | | |
| 1983 | 104.2 | 4.2% | | | |
| 1982 | 100.0 | 5.8% | | | |
| 1981 | 94.5 | 8.6% | | | |
| 1980 | 87.0 | 8.1% | | | |

(p) = projected

Source:  Table B-47. - Hours and earnings in private nonagricultural industries.  *Economic Report of the President,* Council of Economic Advisors, February 2005.

Note:  Table I-A updated to reflect the conversion to the North American Industry Classification System (NAICS) which replaced the Standard Industrial Classification (SIC) system per the *Bureau of Labor Statistics* and does not provide data prior to 1964.

* *This index captures only inflationary and macroeconomic wage increases and does not include wage increases associated with an individual's training and experience.  Charts I-a and I-b on page A-13 incorporate all three components of earnings increases.*

**TABLE I-B**
**EARNINGS INDICES***
**SALARY**

| Year | Index (1982=100) | % Change from Previous Year |
|---|---|---|
| 2005 | 293.4 (p) | 3.7% |
| 2004 | 283.0 | 3.6% |
| 2003 | 273.1 | 3.6% |
| 2002 | 263.6 | 3.9% |
| 2001 | 253.7 | 4.6% |
| 2000 | 242.6 | 4.6% |
| 1999 | 231.9 | 4.4% |
| 1998 | 222.1 | 4.5% |
| 1997 | 212.6 | 4.3% |
| 1996 | 203.8 | 4.1% |
| 1995 | 195.8 | 4.0% |
| 1994 | 188.3 | 4.0% |
| 1993 | 181.0 | 4.3% |
| 1992 | 173.6 | 4.7% |
| 1991 | 165.8 | 5.0% |
| 1990 | 157.9 | 5.5% |
| 1989 | 149.6 | 5.4% |
| 1988 | 142.0 | 5.2% |
| 1987 | 135.0 | 5.2% |
| 1986 | 128.3 | 5.9% |
| 1985 | 121.1 | 6.4% |
| 1984 | 113.8 | 6.5% |
| 1983 | 106.9 | 6.9% |
| 1982 | 100.0 | 9.1% |
| 1981 | 91.7 | 10.5% |
| 1980 | 82.9 | 9.9% |
| 1979 | 75.5 | 8.0% |
| 1978 | 69.9 | 8.4% |
| 1977 | 64.5 | 8.2% |
| 1976 | 59.6 | 8.2% |
| 1975 | 55.1 | 8.9% |
| 1974 | 50.6 | |
| 1973 | est. ~ 46.8 | |
| - | - | |
| - | - | |
| 1970 | est. ~ 38.5 | |

(p) = projected

Source: *Salary Budget Survey, 2004-05*, WorldatWork (previously American Compensation Association) and various earlier editions.

* This index captures only inflationary and macroeconomic salary increases and does not include salary increases associated with an individual's training and experience. Charts I-a and I-b on page A-13 incorporate all three components of earnings increases.

A-10

TABLE II
## COST OF LIVING FACTORS IN THE AMERICAN ECONOMY

| Year | CPI - All Items (1982-84=100) | % Change from Previous Year | Medical Price Index (1982-84=100) | % Change from Previous Year |
|---|---|---|---|---|
| 2005 | 193.5 (p) | 2.4% | 323.6 (p) | 4.4% |
| 2004 | 188.9 | 2.7% | 310.1 | 4.4% |
| 2003 | 184.0 | 2.3% | 297.1 | 4.0% |
| 2002 | 179.9 | 1.6% | 285.6 | 4.7% |
| 2001 | 177.1 | 2.8% | 272.8 | 4.6% |
| 2000 | 172.2 | 3.4% | 260.8 | 4.1% |
| 1999 | 166.6 | 2.2% | 250.6 | 3.5% |
| 1998 | 163.0 | 1.6% | 242.1 | 3.2% |
| 1997 | 160.5 | 2.3% | 234.6 | 2.8% |
| 1996 | 156.9 | 3.0% | 228.2 | 3.5% |
| 1995 | 152.4 | 2.8% | 220.5 | 4.5% |
| 1994 | 148.2 | 2.6% | 211.0 | 4.8% |
| 1993 | 144.5 | 3.0% | 201.4 | 5.9% |
| 1992 | 140.3 | 3.0% | 190.1 | 7.4% |
| 1991 | 136.2 | 4.2% | 177.0 | 8.7% |
| 1990 | 130.7 | 5.4% | 162.8 | 9.0% |
| 1989 | 124.0 | 4.8% | 149.3 | 7.7% |
| 1988 | 118.3 | 4.1% | 138.6 | 6.5% |
| 1987 | 113.6 | 3.6% | 130.1 | 6.6% |
| 1986 | 109.6 | 1.9% | 122.0 | 7.5% |
| 1985 | 107.6 | 3.6% | 113.5 | 6.3% |
| 1984 | 103.9 | 4.3% | 106.8 | 6.2% |
| 1983 | 99.6 | 3.2% | 100.6 | 8.8% |
| 1982 | 96.5 | 6.2% | 92.5 | 11.6% |
| 1981 | 90.9 | 10.3% | 82.9 | 10.7% |
| 1980 | 82.4 | 13.5% | 74.9 | 11.0% |
| 1979 | 72.6 | 11.3% | 67.5 | 9.2% |
| 1978 | 65.2 | 7.6% | 61.8 | 8.4% |
| 1977 | 60.6 | 6.5% | 57.0 | 9.6% |
| 1976 | 56.9 | 5.8% | 52.0 | 9.5% |
| 1975 | 53.8 | 9.1% | 47.5 | 12.0% |
| 1974 | 49.3 | 11.0% | 42.4 | 9.3% |
| 1973 | 44.4 | 6.2% | 38.8 | 4.0% |
| 1972 | 41.8 | 3.2% | 37.3 | 3.3% |
| 1971 | 40.5 | 4.4% | 36.1 | 6.2% |
| 1970 | 38.8 | 5.7% | 34.0 | 6.6% |
| 1969 | 36.7 | 5.5% | 31.9 | 6.7% |
| 1968 | 34.8 | 4.2% | 29.9 | 6.0% |
| 1967 | 33.4 | 3.1% | 28.2 | 7.2% |
| 1966 | 32.4 | 2.9% | 26.3 | 4.4% |
| 1965 | 31.5 | 1.6% | 25.2 | 2.4% |
| 1964 | 31.0 | 1.3% | 24.6 | 2.1% |
| 1963 | 30.6 | 1.3% | 24.1 | 2.6% |
| 1962 | 30.2 | 1.0% | 23.5 | 2.6% |
| 1961 | 29.9 | 1.0% | 22.9 | 2.7% |
| 1960 | 29.6 | 1.7% | 22.3 | 3.7% |
| 1959 | 29.1 | 0.7% | 21.5 | 4.4% |
| 1958 | 28.9 | 2.8% | 20.6 | 4.6% |
| 1957 | 28.1 | 3.3% | 19.7 | 4.2% |
| 1956 | 27.2 | 1.5% | 18.9 | 3.8% |
| 1955 | 26.8 | <0.4>% | 18.2 | 2.2% |
| 1954 | 26.9 | 0.7% | 17.8 | 2.9% |
| 1953 | 26.7 | 0.8% | 17.3 | 3.6% |
| 1952 | 26.5 | 1.9% | 16.7 | 5.0% |
| 1951 | 26.0 | 7.9% | 15.9 | 5.3% |
| 1950 | 24.1 | 1.3% | 15.1 | 2.0% |

(p) = projected

Source:  Table B-60. – Consumer price indexes for major expenditure classes.  *Economic Report of the President*, Council of Economic Advisors, February 2005; *The Budget and Economic Outlook Fiscal Years 2006 – 2015* from the Congressional Budget Office.

TABLE III
YIELDS ON U.S. TREASURY SECURITIES AND HIGH GRADE MUNICIPAL BONDS*

| Year | 3-Month Bills | 6-Month Bills | 3-Year Bills | 10-Year Bills | High Grade Municipal Bonds |
|---|---|---|---|---|---|
| 2005 | 2.8 (p) | n/a | n/a | 4.8 (p) | n/a |
| 2004 | 1.4 | 1.6 | 2.8 | 4.3 | 4.6 |
| 2003 | 1.0 | 1.1 | 2.1 | 4.0 | 4.7 |
| 2002 | 1.6 | 1.7 | 3.1 | 4.6 | 5.1 |
| 2001 | 3.5 | 3.4 | 4.1 | 5.0 | 5.2 |
| 2000 | 5.9 | 5.9 | 6.2 | 6.0 | 5.8 |
| 1999 | 4.7 | 4.8 | 5.5 | 5.7 | 5.4 |
| 1998 | 4.8 | 4.9 | 5.1 | 5.3 | 5.1 |
| 1997 | 5.1 | 5.2 | 6.1 | 6.4 | 5.6 |
| 1996 | 5.0 | 5.1 | 6.0 | 6.4 | 5.8 |
| 1995 | 5.5 | 5.6 | 6.3 | 6.6 | 6.0 |
| 1994 | 4.3 | 4.7 | 6.3 | 7.1 | 6.2 |
| 1993 | 3.0 | 3.1 | 4.4 | 5.9 | 5.6 |
| 1992 | 3.5 | 3.6 | 5.3 | 7.0 | 6.4 |
| 1991 | 5.4 | 5.5 | 6.8 | 7.9 | 6.9 |
| 1990 | 7.5 | 7.5 | 8.3 | 8.6 | 7.3 |
| 1989 | 8.1 | 8.0 | 8.6 | 8.5 | 7.2 |
| 1988 | 6.7 | 6.9 | 8.3 | 8.9 | 7.8 |
| 1987 | 5.8 | 6.1 | 7.7 | 8.4 | 7.7 |
| 1986 | 6.0 | 6.0 | 7.1 | 7.7 | 7.4 |
| 1985 | 7.5 | 7.7 | 9.6 | 10.6 | 9.2 |
| 1984 | 9.6 | 9.8 | 11.9 | 12.4 | 10.2 |
| 1983 | 8.6 | 8.8 | 10.5 | 11.1 | 9.5 |
| 1982 | 10.7 | 11.1 | 12.9 | 13.0 | 11.6 |
| 1981 | 14.0 | 13.8 | 14.4 | 13.9 | 11.2 |
| 1980 | 11.5 | 11.4 | 11.6 | 11.5 | 8.5 |
| 1979 | 10.0 | 10.0 | 9.7 | 9.4 | 6.4 |
| 1978 | 7.2 | 7.6 | 8.3 | 8.4 | 5.9 |
| 1977 | 5.3 | 5.5 | 6.7 | 7.4 | 5.6 |
| 1976 | 5.0 | 5.3 | 6.8 | 7.6 | 6.5 |
| 1975 | 5.8 | 6.1 | 7.5 | 8.0 | 6.9 |
| 1974 | 7.9 | 7.9 | 7.8 | 7.6 | 6.1 |
| 1973 | 7.0 | 7.2 | 7.0 | 6.8 | 5.2 |
| 1972 | 4.1 | 4.5 | 5.7 | 6.2 | 5.3 |
| 1971 | 4.3 | 4.5 | 5.7 | 6.2 | 5.7 |
| 1970 | 6.5 | 6.6 | 7.3 | 7.4 | 6.5 |
| 1969 | 6.7 | 6.9 | 7.0 | 6.7 | 5.8 |
| 1968 | 5.3 | 5.5 | 5.7 | 5.7 | 4.5 |
| 1967 | 4.3 | 4.6 | 5.0 | 5.1 | 4.0 |
| 1966 | 4.9 | 5.1 | 5.2 | 4.9 | 3.8 |
| 1965 | 4.0 | 4.1 | 4.2 | 4.3 | 3.3 |
| 1964 | 3.5 | 3.7 | 4.0 | 4.2 | 3.2 |
| 1963 | 3.2 | 3.3 | 3.7 | 4.0 | 3.2 |
| 1962 | 2.8 | 2.9 | 3.5 | 4.0 | 3.2 |
| 1961 | 2.4 | 2.6 | 3.5 | 3.9 | 3.5 |
| 1960 | 2.9 | 3.2 | 4.0 | 4.1 | 3.7 |
| 1959 | 3.4 | 3.8 | 4.5 | 4.3 | 4.0 |
| 1958 | 1.8 | . | 2.8 | 3.3 | 3.6 |
| 1957 | 3.3 | . | 4.0 | 3.7 | 3.6 |
| 1956 | 2.7 | . | 3.2 | 3.2 | 2.9 |
| 1955 | 1.8 | . | 2.5 | 2.8 | 2.5 |
| 1954 | 1.0 | . | 1.6 | 2.4 | 2.4 |
| 1953 | 1.9 | . | 2.5 | 2.9 | 2.7 |
| 1952 | 1.8 | . | . | . | 2.2 |
| 1951 | 1.6 | . | . | . | 2.0 |
| 1950 | 1.2 | . | . | . | 2.0 |

(p) = projected

*Note: The yield is different than the stated interest on a bond.

Source: *Economic Report of the President*, Council of Economic Advisors, February 2005; *The Budget and Economic Outlook Fiscal Years 2006 – 2015* from the Congressional Budget Office.





*Note: Charts I-a and I-b utilized college educated males and females for demonstrative purposes. Other education levels yield similar looking charts although with different earnings levels.*





CHART II - COMPARISON OF WAGE RATES VS. INTEREST RATES

HOURLY & SALARY WAGES RATES VS. 3 YEAR & 10 YEAR TREASURY BILLS

# NOTES ON DISABLED AND DISPLACED WORKERS

*Economists are called upon to evaluate economic damages in civil claims such as personal injury, wrongful death, and/or employment termination, among other issues. Typically, a major component of damages is that of earnings loss. As such, sources of information and data exploring the impact of injury or a termination/separation on an individual's earnings are discussed below. The term "disabled" is used in this context to define a person with a permanent impairment that limits access to certain types of employment, requires accommodations or modifications to the place of employment, reduces the individuals efficiency in work performance, etc.*

## DISABLED WORKER

In the context of labor market analysis, the disabled worker is an individual that has a permanent impairment (e.g., a physical, cognitive, or emotional limitation) which impacts (to varying degrees) their ability to function in the labor market. Individuals with such impairments typically have reduced access to certain types of employment, require accommodations or modifications at their place of employment, and experience reduced efficiencies and productivities in their work performance. The *Bureau of Census* conducts surveys through the *Current Population Survey* (CPS) including the March Supplement to the CPS, the *Survey of Income and Program Participation* (SIPP), and the decennial *Census* to gather information regarding socioeconomic characteristics, labor force participation, earnings levels of individuals with and without a disability, etc. Data from these surveys are utilized by government policymakers and legislators for planning and evaluating many government programs. They are also used by students, academics, the press, and the general public. The data generated from these surveys are widely utilized and, although the surveys have some limitations, they are widely accepted for the purposes of evaluating earnings losses due to a disability.

According to the *Bureau of Census* website (www.census.gov), the CPS identifies selected characteristics, labor force status, and mean earnings of individuals with and without a disability, etc.   Questions regarding these topics have been asked in March of each year since 1980.  The data compiled from the CPS survey is considered cross-sectional as the survey, by design, does not necessarily question the same individuals from one year to the next.  On the other hand, the SIPP is a panel survey that began in 1984 in which households were interviewed at intervals over a period of two years or more.  Therefore, this survey is designed to be more longitudinal in nature.  The SIPP study allows, among other things, existing federal, state, and local programs a measure of effectiveness and provides improved statistics on the distribution of income in the country.   For the decennial census, the long-form questionnaires for the last several censuses included questions about disability status.

These surveys as well as other academic and private surveys consistently demonstrate that individuals with impairments will experience economic losses over the long-term, even if they are able to work on a full-time basis.  Not surprisingly, economists expect and common sense suggests that individuals with disabilities have reduced levels of productivity and efficiencies as compared to their likely productivity without limitations and/or as compared to other able-bodied individuals with similar work characteristics. The data clearly demonstrates the statistical probability of these expectations; i.e., that reduced levels of productivity and efficiencies will, over time, manifest themselves in decreased wage growth, diminished promotional opportunities, modification of work schedule, limited labor market access, earlier exit from the labor force, etc.

Because the CPS generates annual data regarding the labor force participation and earnings levels of individuals with and without a disability, this dataset is oftentimes utilized in determining earnings losses of an individual with a disability.  This dataset is also consistent with the other surveys conducted by the *Bureau of Census* as well as other academic and private studies.  (A more extensive bibliography of information regarding disabled worker and the data available follows this section and demonstrates the well accepted academic use of this data for purposes of forecasting earnings losses.)

The data from the CPS is no longer available in hard copy but can be accessed via the internet www.census.gov. For those not familiar with these economic databases, the process of obtaining the relevant charts is the following:

- select "D" in the Subjects A to Z section;
- select "Disability Data" from the listing of topics under "D"; and
- scroll down and select "annual tables of work disability" under the section on the *Current Population Survey*.

The specific tables required to identify an earnings differential from the CPS are:

- Table 2 Labor Force Status of Persons 16 to 74
- Table 3 Mean Earnings of Persons 16 to 74

The data from the CPS can be cross-checked with the other surveys conducted by the *Bureau of Census* such as the SIPP and the decennial Census. To find data from these surveys go to the same website (www.census.gov) and go to the relevant sections under "Disability Data".

The data in the CPS tables identified above are sorted by age, education, gender and level of disability and are combined to obtain the earnings differential between an individual with an impairment and their able-bodied counterparts. The specific process for combining the data from the two charts is discussed below. It should be noted that Pacey Economics Group uses a rolling average incorporating five years of data in order to adjust for anomalies in the data. That is, even though the *Bureau of Census* methods of data collection meet the highest standards, utilizing more years allows for more data and alleviates concerns regarding small sample size.

Table 3 (Mean Earnings of Persons 16 to 74) from the CPS data identifies mean earnings data by age, education, disability status, and level of employment (e.g., all workers or year-round, full-time workers). Disability status is identified as the following: with a work disability, with no work disability, and with severe work disability. The dataset for individuals with a severe work disability is actually a subset of the dataset for individuals

with a work disability.  As such, we have purged the dataset for individuals with a severe work disability from the dataset for individuals with a work disability. Utilizing the mean earnings of 25 to 64 year olds with a work disability (purged of those with severe disability) and the mean earnings of individuals with no work disability, a differential in earnings can be obtained between those individuals with a moderate disability (but not severe) and those with no disability by gender and educational level over their worklife.

In addition to diminished earnings, individuals with an impairment also experience more time out of the workforce over the course of their worklife.  This is represented in the CPS data Table 2 (Labor Force Status of Persons 16 to 74) which identifies labor force participation data by sex, age, education, disability status, and level of employment.  Chart III illustrates this labor force participation data in 2002 for high school educated males by age and disability status.  (It should be noted that labor force participation includes all individuals participating in the labor force such as full-time workers, part-time workers, and unemployed individuals actively seeking employment.)  Chart IV depicts the participation rate of high school educated males that are working full-time in 2002.  As noted on both Charts III and IV, individuals with a moderate disability experience a lower rate of participation in the workforce as well as full-time employment rates over their worklife.  Also, consistent with other studies, the participation of the moderately disabled decreases substantially for individuals in their late 50s and early 60s in comparison to their able-bodied counterparts.

Although the labor force participation rates delineate the labor market experience of individuals with and without a disability over the course of their worklife, another more conservative rate is utilized in determining the earnings loss for an individual with a disability.  The average unemployment rate by sex, age, education, and disability status is utilized. (This is also found on CPS data Table 2.)  This rate is based only on individuals that are considered "in the labor market" and are actively seeking employment.  The rate does not include individuals who have become discouraged and are no longer searching for employment and, as such, likely understates the unemployment (and earnings) difficulties of individuals with a disability.  Even so, utilizing the unemployment rate of those with a

work disability (purged of those with severe disability) and the unemployment rate of individual with no work disability, a differential in the unemployment rate can be obtained by gender and educational level over their worklife. Chart V depicts the differential in the unemployment rate between high school educated males with and without a disability.

Once the differentials in mean earnings and unemployment rates are established, they are combined to determine the annual "amortized" earnings loss to an individual working year-round, full-time with a moderate disability (i.e., not a severe disability). This earnings differential is calculated on a yearly basis, recognizing it is more likely to manifest itself at intermittent time periods over the worklife of an individual. The five year wage and unemployment differentials are combined and adjusted to current years dollars and shown on Chart VI. However, any given year of data will be representative of the differentials but will not track directly to Chart VI.

Periodically, the CPS and SIPP surveys undergo modifications and/or redesigns of some of the survey questions to better capture public policy questions and issues. With the introduction of the Americans with Disabilities Act (ADA), new issues have come to the forefront regarding the employment-population data (i.e., labor force participation rate data) of the disabled which are not fully discernable from the present survey design. Indeed, revisions to survey design and sampling are common practice for government statisticians and economists to improve the precision in the measurement of the data. However, these modifications do not negate the practicality and applicability of the data compiled prior to the modifications. Also, since our analysis considers the statistics and comparisons for "employed" individuals, this design issue is not relevant.



CHART III: PERCENTAGE OF HIGH SCHOOL EDUCATED MALES IN
THE LABOR FORCE BY DISABILITY STATUS
(2002 Current Population Survey)



CHART IV: PERCENTAGE OF HIGH SCHOOL EDUCATED MALES
EMPLOYED FULL-TIME BY DISABILITY STATUS
(2002 Current Population Survey)

*Note: Charts III and IV utilized high school educated males for demonstrative purposes. Other education levels for males and females yield similar looking charts although some differences associated with socioeconomic characteristics are noted.*

CHART V:  UNEMPLOYMENT RATE OF HIGH SCHOOL EDUCATED
MALES BY DISABILITY STATUS
(2002 Current Population Survey)



- - With a moderate work disability      — With no work disabilty

CHART VI:  COMBINED EARNINGS DIFFERENTIAL AND
UNEMPLOYMENT RATE OF HIGH SCHOOL EDUCATED MALES BY
DISABILITY STATUS
(Average of Five Current Population Surveys)



- - With a moderate work disability      — With no work disability

*Note:  Charts V and VI utilized high school educated males for demonstrative purposes.  Other education levels for males and females yield similar looking charts although some differences associated with socioeconomic characteristics are noted.*

A-21

*A wealth of studies and research have been published regarding the labor market experience of individuals with disabilities. The Bibliography of General Economic Sources at the end of this Appendix lists the sources for such information. Below are a few key cites which are representative of the current literature regarding disabled workers.*

Acemoglu, Daron and Joshua D. Angrist. (2001) "Consequences of Employment Protection? The Case of the Americans with Disabilities Act." *Journal of Political Economy* 109(5): 915-957.

Burkhauser, Richard, et al. "Self-Reported Work Limitation Data: What They Can and Cannot Tell Us." FRBSF Working Paper 2002-22.

Charles, Kerwin Kofi. (2003) "The Longitudinal Structure of Earnings Losses among Work-Limited Disabled Workers." *The Journal of Human Resources* 38(3): 618-646.

Hale, Thomas W., Howard V. Hayghe, and John M. McNeil. (1998) "Persons with Disabilities: Labor market activity, 1994," *Monthly Labor Review*, September: 3-12.

Kruse, Douglas L. (1998) "Persons with Disabilities: Demographic, income, and health care characteristics, 1993," *Monthly Labor Review*, September: 13-22.

McNeil, Jack. (2001) "Americans with Disabilities," *Current Population Reports, P70-73*, U.S. Census Bureau.

## DISPLACED WORKER

A displaced worker is an individual that has sustained an interruption in their employment. Workers can be displaced for a number of reasons including closure of the plant, reduction in force, termination, etc. Following the interruption in employment, the length of search time for alternative employment and the reemployment wage level is likely to vary depending upon numerous factors including, but not limited to, age, education, skill set, years experience within the specific firm or industry, characteristics of the occupation, and work history of the individual as well as the local and general market economy and the basis for the interruption. An individual who is provided an advance notice may, depending upon the circumstances, experience a smoother transition than one who is not

provided this notice.  In addition, the research shows that a stigma may be attached to certain types of terminations.  Thus, the nature or type of termination may also result in longer search times and lower reemployment wages.

The likelihood of returning to previously expected wage levels after reemployment is increased if the individual is younger, has a broad-based skill set, and pre-interruption wages comparable with the "age-earnings" profile for similar work characteristics (i.e., age, education, gender, occupation, etc.)  On the other hand, the likelihood of returning to previously expected wage levels after reemployment is decreased if the individual is older, has a narrow skill set or firm-specific skill set, or had been at a wage level significantly higher than the typical age-earnings profile for the appropriate work characteristics. Naturally, local job opportunities and the regional economic conditions will also influence the ability of an individual to return to previously expected wage levels.

In addition to these basic characteristics and trends, consideration of the type of employment (e.g., sales, self-employed, professional service, or the more common W-2 wage earner) can also impact the analysis.  For example, a self-employed individual or an individual in a sales position may have better (or more limited) opportunity to "catch-up" than an individual in a more structured work environment, such as a government worker assigned to certain pay scales or grades.

Another issue that needs to be incorporated in the analysis but should be evaluated with caution is the concept identified in the literature as "catch-up".  Several studies consider "catch-up" to be when a worker returns to the wage level that they had at the time of the displacement or termination.  However, the more appropriate measure of "catch-up" is the wage level that a worker would be expected to be earning in that "catch-up" year.  That is, if the worker had earnings of $35,000 in 2002 (at the time of the displacement or termination), but with average wage increases would expect earnings of $38,500 by 2005, the appropriate "catch-up" wage level in 2005 would be $38,500 and not $35,000.

Another consideration to factor into the analysis of economic loss is job search time, following displacement or termination. As with the earnings level, the amount of time necessary to conduct an appropriate search for comparable employment varies, depending on all of the characteristics discussed above. Not surprisingly, there is no one defined mechanism or formula to be applied, but rather the entire body of labor market literature and studies allows the trained professional to incorporate relevant factors.

*A wealth of studies and research have been published regarding the labor market experience of workers who have been displaced. The Bibliography of General Economic Sources at the end of this Appendix lists the sources for such information. Below are a few key cites which are representative of the current literature regarding displaced workers.*

Bureau of Labor Statistics, "Worker Displacement, 1999-2001," *News Release USDL 02-483*, August 21, 2002.

Chan, Sewin and Ann Huff Stevens. (2001). "Job Loss and Employment Patterns of Older Workers," *Journal of Labor Economics* 19(2): 484-521.

Farber, Henry. (1997). "The Changing Face of Job Loss in the United States, 1981-1995," *Brookings Papers: Microeconomics*: 55-128.

Hipple, Steven. (1999). "Worker displacement in the mid-1990s," *Monthly Labor Review*, July: 15-32.

U.S. Bureau of the Census, *Income and Job Mobility in the Early 1990's*, Bureau of the Census Statistical Brief (SB/95-1), Issued March 1995.

# BIBLIOGRAPHY
## OF
## GENERAL ECONOMIC SOURCES

*Federal, state and local governments plus professional and trade associations, private agencies and academics compile and publish a wide variety of information which can be useful in an economic analysis. Although not exhaustive, the following list of government and private agencies and their publications is comprehensive and indicative of the sources which are generally referred to when performing an economic appraisal of loss. Of note, voluminous academic textbooks and/or handbooks covering an array of economic principles, as well as additional background, training and experience, have not been detailed in this bibliography.*

## BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

The Board of Governors compiles data on various financial and business statistics. Included are yields on securities, interest rates, price indices, and GNP. The *Federal Reserve Bulletin* is published monthly and the *Federal Reserve Statistical Release of Selected Interest Rates* is now available via their website (listed on the last page of this Appendix).

## COUNCIL OF ECONOMIC ADVISORS

The Council compiles statistics including consumer and producer prices by major expenditure, productivity and wage by major industry sector, employment and unemployment figures, bond yields and interest rates. Publications include the *Economic Report of the President* and *Economic Indicators*.

## FEDERAL RESERVE BANK OF ST. LOUIS

The Bank collects data on the financial outlook of the economy. This includes such items as yields on securities, interest rates, general price levels, GNP and monetary components. Publications include *U.S. Financial Data*, *Monetary Trends*, and *National Economic Trends*.

A-25

## U.S. CHAMBER OF COMMERCE, ECONOMIC POLICY DIVISION

The Chamber's annual publication, *Employee Benefits*, is an extensive survey of fringe benefits packages by type of benefit, industry sector, size of firm, geographic location, etc.

## U.S. DEPARTMENT OF AGRICULTURE

The Consumer and Food Economics Research Division collects information relating to the economic aspects of family living, including such topics as home services, personal consumption, and cost of children. Publications issued quarterly include *Family Economics Review* now known as *Family Economics and Nutrition Review*.

## U.S. DEPARTMENT OF COMMERCE

The Bureau of Census provides summary statistics on the social, political and economic organization of the United States as well as disseminating a number of special studies with statistical information by education, age, sex, occupation, labor force participation, work disability, etc. Among its publications are the *Statistical Abstract of the United States* and *Current Population Reports: Selected Studies* including *Earnings by Occupation and Education, Labor Force Statistics and Other Characteristics of Persons with a Work Disability* and *Money Income of Households, Families, and Persons in the United States*. The Bureau of Census also provides data on earnings for workers with impairments/disabilities (as these terms are defined in labor economics) through the following sources: *Survey of Income and Program Participation (SIPP)*, the *Decennial Census of the Population* and the *Current Population Survey (CPS)*. The Bureau of Economic Analysis reviews and presents in its publications various economic time series data useful to business analysts and forecasters as well as information on general business conditions. Publications include the *Business Conditions Digest* and the *Survey of Current Business*.

## U.S. DEPARTMENT OF EDUCATION

The information published by the Office of Educational Research and Improvement includes statistics on graduates, teachers, finances, educational characteristics of the labor force, fields of study, earnings by educational attainment, etc. Among its publications are the *Digest of*

*Education Statistics, Projections of Education Statistics, Education Indicators, The Condition of Education, College Costs; Basic Student Charges at Two-Year and Four-Year Institutions* (Survey Report), *Special Demographic Analysis; Education in the United States 1940-1983, High School and Beyond Tabulations, Educational Attainment in the United States* (various years), and *School Enrollment - Social and Economic Characteristics of Students* (various years). In addition, the National Institute on Disability and Rehabilitation Research (NIDRR) of the Office of Special Education and Rehabilitative Services provides research related to individuals with disabilities.

## U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Included in the Department's publications, *Vital and Health Statistics of the United States and U.S. Decennial Life Tables*, are information regarding life expectancy by age, sex, race, and labor force participation. Another publication, *Health United States*, provides statistical information regarding health status and determinants, utilization of health resources, health care resources and health care expenditures. In addition to their own publications, the U.S. Department of Health and Human Services contracts out carious projects such as a study entitled *A Labor Force Profile of Persons With Disabilities* prepared by Mathematica Policy Research, Inc. and Systemetrics/McGraw Hill. Under this department, the Social Security Administration has also published the *Survey of Disability and Work*. This survey presents information regarding the demographic characteristics of the disabled, the presence of activity limitations and regarding the demographic characteristics of the disabled, the presence of activity limitations and mobility issues, chronic health conditions resulting in disability, labor force status and economic status.

## U.S. DEPARTMENT OF LABOR

This agency, through the Bureau of Labor Statistics, collects and distributes data and statistics on labor force participation, work life expectancies, work patterns, income, budgets by household type, price indices, etc. Publications include the *Handbook of Labor Statistics, Occupational Outlook Handbook, Employment and Earnings, Employment and Wages, National Survey of Professional Administrative, Technical, and Clerical Pay, Area Wage Surveys, Occupational Injuries and Illnesses in the United States by Industry, Employee Benefits in Medium and Large Firms, Monthly Labor Review, Employee Benefits Survey: An MLR Reader, Current Wage Developments, CPI Detailed Report,* and *Consumer Expenditure Survey*. The Bureau of Labor Statistics also issues

*News Bulletins* which cover topics such as Employer Costs for Employee Compensation.

## EMPLOYMENT/OCCUPATIONAL RESOURCES

Supplementing the economic information available on labor market trends and characteristics is specific occupational information that can be found in publications issued by various professional and trade associations. Among these private organizations are American Medical Association, Commission on Professionals in Science & Technology, American Dental Association, and American Compensation Association. Likewise, wage information specific to occupation can be found in the Bureau of Labor Statistics state specific employment and wage estimates. Also, details regarding wages, benefits and other specific information for various employers are outlined in publications such as *Federal Employees Almanac, Railroad Retirement and Survivor Benefits* and *Uniformed Services Almanac* (as well as for Reserve Forces, National Guard and Retired Military).

## ADDITIONAL BACKGROUND MATERIALS

In addition to federal government sources, specific state and local government data also exist, as do studies on a wide range of topics from private sources. State and local labor market data is available through government offices such as the Department of Labor as well as private organizations like the Chamber of Commerce. For the state of Colorado, sources include the *Occupational Supply & Demand Report* and *Occupational Employment Statistics*, both issued by the Colorado Department of Labor & Employment. Wage and benefit information in Colorado's municipalities and communities is available in the *Benchmark Employee Compensation Report* produced by the Colorado Municipal League (CML). Similar data is available for other regions and states. Comparative cost of living data for urban areas is available quarterly from the American Chamber of Commerce Researchers Association (ACCRA).

Studies and surveys on a wide range of topics can be found through private sources such as ECOCIS-the Colorado Career Information System, the Employee Benefit Research Institute (EBRI), the International Center for the Disabled, The Menninger Foundation, Data Resources, Inc., The RAND Corporation, and the Commission on Professionals in Science and Technology.

Moreover, much informative, quantitative and qualitative academic research can be found in and is reviewed from such journals as the *Journal of Human Resources, Journal of Labor Economics, Journal of Law and Economics, Economic Inquiry, Southern Economic Journal, American Economic Review, Journal of Risk and Insurance, Journal of Business, Journal of the Political Economy, Journal of Public Economics, Journal of Forensic Economics, Review of Social Economy, Empirical Economics, Journal of Socio-Economics, Social Security Bulletin, Population and Development Review, Demography, Industrial and Labor Relations Review, Applied Economics, Oxford Bulletin of Economics and Statistics, Review of Economics and Statistics, American Journal of Economics and Sociology, Quarterly Review of Economics and Finance, Journal of Risk and Uncertainty, Review of Income and Wealth*, among others.

More detailed data and analyses regarding home services can be found in the academic and government literature and surveys. These data and surveys are included in publications such as *Monthly Labor Review, Journal of Human Resources, Journal of Marriage and the Family, Gender & Society, Social Forces*, and *Family Economics Review* as well as specific academic articles authored by W.H. Gauger and K.E. Walker, K.E. Walker and M.E. Woods, M.V. Leonesio, H. Paul, T. Van der Lippe and J.J. Siegers, F. Stafford and G. Duncan, M. Minton and J. Bloch, J. Peskin, among others. Specifically, studies such as *The Dollar Value of a Day* published by Expectancy Data and *The Dollar Value of Household Work* authored by W. Keith Bryant, Cathleen D. Zick, and Hyoshin Kim, contain data measuring the value of time usage for home services and associated replacement costs.

Personal consumption information has been obtained from various editions of the *Consumer Expenditure Survey* from the Bureau of Labor Statistics as well as from publications such as *Family Economics Review, Monthly Labor Review, Review of Economics of the Household* and *Economic Report of the President*. In addition, various academic and research articles evaluating this phenomenon are represented in articles authored by E. Cheit, J. Burke and H. Rosen, R. Gieseman and J. Rogers, E. Jacobs and S. Shipp, and others.

Life expectancy tables for Colorado matters are provided by the *Colorado General Assembly (Section 13-25-103, C.R.S.)*. In addition, the *Statistical Abstract of the United States* provides life expectancy tables and articles relating to this topic are found in the *Monthly Labor Review*. Other data on life expectancy and worklife expectancy is published in *Life and Worklife Expectancies* authored by Hugh Richards and in *Healthy Life Expectancy* published by Expectancy Data. In addition, various academic and research

articles on this topic are authored by J. Ciecka, M. Brookshire, A. Gamboa, and others.

The federal government researches the experience of disabled workers in the labor market. Several briefs and reports are issued by the *U.S. Bureau of the Census* on disabled workers including *Current Population Reports* and *Census Briefs*. In addition, individuals from the Bureau present papers and/or topics regarding disabled workers to various economic conferences for associations such as the American Statistical Association, Western Economic Association. The *U.S. Department of Education, National Institute on Disability and Rehabilitation Research* provides reports on the issues that affect disabled workers. In addition to government publications, other research, including academic studies, on disabled workers is found in studies such as the *National Organization on Disability/Harris Survey* as well as in journals such as the *Monthly Labor Review, The Journal of Human Resources, Industrial Relations, Industrial and Labor Relations Review, Journal of Political Economy,* and *Southern Economic Journal.*

Information regarding the experience of displaced workers in the labor market is published by the *Bureau of Labor Statistics* as well as journals including the *Monthly Labor Review, The American Economic Review, Journal of Labor Economics, Industrial and Labor Relations Review* and *Journal of Economic Perspective.*

Information regarding the amount and nature of care provided by children to their parents can be found in journals such as the *Journal of Gerontology, The Gerontologist, Journal of Marriage and the Family, Research on Aging, Demography, Journal of Women & Aging, Family Relations, The Family Coordinator, Family Economics Review,* among others.

National forecasting information is obtained from a number of sources such as *Review of the U.S. Economy* published by DRI/McGraw-Hill, *The Economic and Budget Outlook* issued by the Congressional Budget Office (CBO), *U.S. Economic Outlook* published by The WEFA Group, and various documents obtained through the General Accounting Office (GAO). Local forecasting information for the State of Colorado is presented in the *Colorado Economic Perspective* issued by the Office of State Planning and Budgeting as well as in *Focus Colorado: Economic & Revenue Forecast* which is a Colorado Legislative Council Staff Report.

Financial statistics, personal income and tax data are available quarterly through the *SOI Bulletin* issued by the Department of the Treasury, Internal Revenue Service. Also, financial instruments and yield information are provided through various sources including the *Stocks, Bonds, Bills and Inflation Yearbook* published by Ibbotson Associates. Sources for

A-30

information regarding businesses' financial ratios, discounting, etc. include, but are not limited to, *Valuing a Business* and *Valuing Small Business and Professional Practices*, both authored by Shannon Pratt, *Robert Morris Associates' (RMA's) Annual Statement Studies*, *The Almanac of Business and Industrial Financial Ratios*, *Business Statistics of the United States*, *Guide to Forecasts and Projections* authored by Pallais and Holton, *Guide to Business Valuations* authored by Fishman, Pratt, et al. and *Valuation-Measuring and Managing the Value of Companies* authored by Copeland, Koller and Murrin. Information regarding the valuation of a business in a specific industry can be found in books such as *Valuation of a Medical Practice* authored by Tinsley, Sides and Anderson. Other more specific textbooks that focus on valuing damages specifically in litigation matters involving businesses can be found in a book authored by P. Gaughan titled *Measuring Commercial Damages*.

Finally, a variety of academic textbooks in the economic, finance and general business offer important theoretical and empirical information necessary to understand the dynamics of our economy. This literature provides the foundation and the basic underpinnings for an economic appraisal and include various *Principles of Economics* and more advanced *Micro/Macroeconomic* textbooks authored by Samuelson, Lipsey and Steiner, Baumol and Blinder, Ekelund and Tollison, Ferguson, Henderson and Quandt, Mansfield, and Hirshlefer; various *Managerial Economics* textbooks by Brigham, Pappas and Brigham, Maurice and Smithson, and Rooney; *Financial Theory and Corporate Policy* and *Managerial Finance* both authored by Copeland and Weston; *Financial Institutions* by Edmister; and *Fundamentals of Financial Management* by Brigham.

Also, a sampling of labor economic textbooks which focus more specifically on worker issues include *The Economics of Work and Pay* by Hammermash and Rees, *Contemporary Labor Economics* by McConnell and Brue, *Handbook of Labor Economics* by Ashenfelter and Layard, Editors, *Longitudinal Analysis of Labor Market Data* by Heckman and Singer, to name but a few.

A-31

# WEBSITE RESOURCES

Many agency publications that were previously available only in hardcopy
are now available on line.  Frequently used cites include:

| | |
|---|---|
| Bureau of Labor Statistics | http://www.stats.bls.gov |
| Bureau of the Census | http://www.census.gov |
| Colorado Department of Labor | http://www.state.co.us |
| Congressional Budget Office | http://www.cbo.gov |
| Federal Reserve Board | http://www.federalreserve.gov |
| Federal Reserve Bank | http://www.stls.frb.org |
| Internal Revenue Service | http://www.irs.gov |
| National Center for Education Statistics | http://www.nces.ed.gov |
| Social Security Administration | http://www.ssa.gov |
| US Bureau of Economic Analysis | http://www.bea.doc.gov |
| US Chamber of Commerce | http://www.uschamber.org |
| US Department of Commerce | http://www.doc.gov |
| US Department of Education | http://www.ed.gov |
| US Department of Labor | http://www.dol.gov |
| Employee Benefit Research Institute | http://www.ebri.org |