

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

DEPOSITION OF: MOISES CARRANZA-REYES, Volume I
January 16 AND 17, 2006

MOISES CARRANZA-REYES,

Plaintiff

v.

PARK COUNTY, a public entity of the State of Colorado
and its governing board, THE PARK COUNTY BOARD OF
COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a
public entity of the State of Colorado; FRED WEGENER,
individually and in his official capacity as Sheriff of
Park County, Colorado; MONTE GORE, individually and in
his capacity as Captain of Park County Sheriff's
Department; VICKIE PAULSEN, individually and in her
official capacity as Registered Nurse for Park County,
Colorado; JAMES BACHMAN, M.D., individually and in his
official capacity as Medical Director of the Park
County Jail,

Defendants.

TAKEN PURSUANT TO NOTICE on behalf of the Defendant
Park County at 1125 17th Street, Suite 600, Denver,
Colorado 80202 at 9:09 a.m. before Laura L. Corning,
Federal Certified Realtime Reporter, Certified
Shorthand Reporter and Notary Public within Colorado.

Coffman Reporting
303.893.0202
303.893.2230 FAX

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

75

1   Q.  Are you aware of any Mexican consular
2   officials interceding on your behalf with the United
3   States immigration officials to allow you to stay in
4   the United States?
5   A.  I don't know.
6   Q.  When you were first picked up by United
7   States immigration officials, did you agree to
8   voluntary return to Mexico?
9   A.  Yes.
10  Q.  Have you done anything, other than the
11  letter you -- the document you saw from Mr. Pina, to
12  change that voluntary-return status?
13  A.  No.
14  Q.  Have you made any application to stay in
15  the United States with any United States immigration
16  official of any kind?
17  A.  No.  But I would like to think that one
18  day I might be able to make some kind of arrangement
19  and stay here.
20  Q.  Do you have an immigration lawyer?
21  A.  No.
22  Q.  Describe your communications with Mr.
23  Pina about your immigration status in the United
24  States.
25  A.  I haven't seen him for quite a while.