

# English Language Ability and the Labor Market Opportunities of Hispanic and East Asian Immigrant Men

Sherrie A. Kossoudji, *University of Michigan*

Immigrant workers will be evaluated by their ability to speak English as well as by their other skills. The empirical work in this article addresses the hypothesis that there is an economic cost to English language deficiency both in occupation-specific earnings and in (cross-sectional) occupational mobility. This analysis suggests that it is costly to be deficient in English, but the cost is ethnically and occupationally specific. Hispanics have a higher cost for English language deficiency than Asians at every skill level.

## I. Introduction

Schooling, experience, and on-the-job training are considered to be important determinants of earnings and occupational mobility in the United States. When the research focuses on immigrant workers, however, additional factors must be taken into account. Chief among them is language. English is not the native language of most immigrants, but it is the language

I would like to thank Warren Whatley, Eva Mueller, and William Mason for helpful comments on earlier drafts of this article. Alison Wellington provided research assistance, and the NIH economic demography training grant provided initial financial assistance.

[*Journal of Labor Economics*, 1988, vol. 6, no. 2]
© 1988 by The University of Chicago. All rights reserved.
0734-306X/88/0602-0002$01.50

Copyright © 2001 All Rights Reserved

used in most jobs in the United States. Immigrants, then, must acquire a label that is presumed ubiquitous among natives: at every skill level they will be evaluated by their ability to speak English.

In this article, I test the hypothesis that there is an economic cost to English language deficiency, both in occupation-specific wages and in (cross-sectional) occupational mobility. A simultaneous model of occupational choice and earnings maximization is specified, allowing estimation of parameters that distinguish between occupation-specific productivity effects on wage rates, and language screening, signaling, and search effects that change the order of occupational preferences or access to certain jobs. This approach represents a significant improvement over most of the recent literature in this field because the impact of language ability on occupational choice—outside of its influence on expected earnings—is readily identified.

Very generally, this analysis produces an economic calculation of the private costs of English language deficiency to immigrant workers. If it is as high as some researchers have found (see, e.g., McManus 1985), then why are all immigrants not financing the costs to acquire this skill? The decomposition of the relation among English language ability, earnings, and occupations is useful for this and other reasons. First, it measures the productivity loss from a lack of English language ability within broad occupational groups. If the costs are disproportionately high in the low-skilled occupations, then those who gain most from English language programs are those who are least able to pay. Second, it is generally believed that the human capital skills of immigrants to the United States are severely underutilized. This technique helps to measure the extent to which a lack of English language ability is associated with the underutilization of other, preexisting skills. Third, it helps to evaluate the success of strategies in order to avoid being penalized in the market when workers lack English language skills. Some workers may successfully do so, and a public policy that forces them to learn English may be inefficient when it is based on private calculations.

The study focuses on foreign-born East Asian men and foreign-born Hispanic men. These two groups of men were chosen because their source regions currently represent more than 75% of all legal immigration to the United States. The high rate of immigration from these areas is expected to continue and will dramatically alter the composition of the U.S. labor force. The results are compared with those of native white men.

## II. Immigrants and Labor Markets

Immigrants tend to cluster in relatively few occupations and, on average, to earn lower wages than natives (Kossoudji 1984). There are two major themes in the literature that attempt to explain this. The first emphasizes how historical and institutional factors influence the way markets work, and it claims that most immigrants are limited to certain sectors of the

Copyright © 2001 All Rights Reserved

economy because occupations in this secondary labor market have become identified as "immigrants' jobs" (Bonacich, Light, and Wong 1977; Piore 1979; Portes 1981). The second suggests that immigrants accept undesirable jobs during the first few years in the United States but, through information gathering and job mobility, that they assimilate into the labor market and move into jobs where their productivity is highest. This is the "Assimilation Hypothesis" most visibly promoted in the works of Chiswick (1978a, 1978b, 1982, 1983a).

These views have different implications for a study of immigrant wages. In the first view, immigrants have lower wages than natives because of the kinds of jobs they hold. In the second, it is because of their shorter tenure in the United States. Yet neither approach explicitly specifies and tests the role of English language ability. Chiswick's (1978a, 1983b) work did not incorporate a measure of English language ability because he used census data where a measure was not available. Similarly, Piore's (1979) work makes little mention of the ability to speak English and how this might increase an immigrant's ability to break out of the secondary labor market. In fact, language may be one weapon for destroying the exploitability of immigrant workers.

Many studies that focus on relative immigrant earnings examine earnings' functions and utilize individual-level data on personal characteristics associated with productivity (see, e.g., Chiswick 1978a; Portes and Bach 1980; Borjas 1982). The results are not startling—the earnings of immigrants typically rise with schooling and with time in the United States. In this context, English language ability is simply an omitted variable. With the availability of the Survey of Income and Education (SIE) data, other authors have incorporated measures of language ability along with the more traditional variables (McManus, Gould, and Welch 1983; Borjas 1984; Grenier 1984; Reimers 1984). English language ability, depending on the study, is either positively correlated with earnings or exhibits insignificant effects.

These studies are not strictly comparable because each has its own focus, set of equations, and sample selection criteria. They do, however, share several common problems. First, little attention is given to developing the theoretical relationship between English language ability and earnings. Indeed, it is so intuitively obvious that English language ability (hereafter called ELA) can affect productivity that most authors feel enough has been said. McManus et al. (1983) articulate a complex theory of production and output, specifying that the need for English language communication (and hence its value to the employer) depends on the nature of the product (personal vs. impersonal), nature of production (integrated vs. nonintegrated), and the need to acquire technological improvements. Their empirical work, however, uses standard earnings' functions—allocating no role to their theoretical insights.

Within a strict human capital framework, wages (or earnings) summarize

Copyright © 2001 All Rights Reserved

208                                                                    Kossoudji

the marginal productivity of workers. If English language deficiency reduces a worker's productivity, then the productivity reduction can be measured by comparing wage differentials. But here lies the second problem of general earnings studies: none of them recognizes that wages are paid in the context of employment—and jobs are extremely heterogeneous in their use of language. Communication is necessary in most jobs, but its contribution to productivity clearly varies by occupation. David North (1974, p. 42) interviewed employers of immigrants in his manpower studies of the 1970s and found that they were quick to point out whether certain jobs demanded—or did not demand—knowledge of English: "You don't have to speak English to the sewing machine and you don't have to speak English to the lady sitting beside you." "But we can't promote them beyond a certain level unless they speak English." "Without English they have trouble finding other jobs."

Third, most studies rely exclusively on *observed* earnings. They do not capture the full impact of language because ELA also influences occupational choice. Observed earnings differentials may be small because workers without ELA cluster in jobs where ELA does not matter. Alternatively, large differentials may arise because workers who cannot speak English acquire jobs for which they are overqualified in every other respect. An example may illustrate the point more clearly. Table 1 considers three jobs—A, B, and C—that, with the exception of ELA, require the same skills.

Workers who speak English earn the same wage in all three jobs but workers who do not speak English earn lower wages in jobs B and C. In the short run, income-maximizing workers who do not speak English will cluster in job A, while workers who speak English will be distributed across all three jobs. There would be no observed wage differential, but there would be a significantly different job distribution by ELA. In the long run, if non-English speakers are a high enough proportion of job seekers, then wages in job A (both for ELA and NO ELA) will be driven down because of supply behavior. If a fourth job, D, required fewer skills than the other three but had no language penalty, we would expect to find

**Table 1**
**Hypothetical Wages by English Language Ability**

| Job | Wage Index | |
|-----|-----|-----|
|     | ELA | No ELA |
| A   | 1   | 1   |
| B   | 1   | .75 |
| C   | 1   | .50 |
| D   | .85 | .85 |

Copyright © 2001 All Rights Reserved

English Language Ability                                          209

non-English speakers—even those who otherwise might get jobs A, B, or C—disproportionately represented in job D. A study that compared the earnings of workers in job D would find no evidence of a cost for English language deficiency. In this example, the observed wage differential could range from zero to 50% depending on the job distributions of ELA and NO ELA workers.

Generally, we cannot tell if ELA wage differentials arise because workers earn less in the same jobs or because, in the face of heterogeneous productivity losses on the basis of ELA, they accept lower-productivity jobs—jobs that may require fewer skills in general. Studies that rely exclusively on observed wages will not obtain unbiased measures of the productivity loss associated with English language deficiency but will capture only the net impact of productivity losses and job-switching strategies.

Information costs, screening, and search effects alter access to certain jobs. The prospect for examining the screening function of ELA is enhanced by the realization that productivity in any job is not known ex ante. Employers must make guesses about a potential employee's value to the firm on the basis of skill indicators. Employers are generally less certain of the productivity of immigrant workers compared to native workers (see Chiswick 1978a), and *within* the pool of immigrant workers a lack of ELA may increase that uncertainty. In particular, employers may expect non-English speakers to exhibit a higher variance in productivity—especially on the downside. Wage offers at every skill level (for non-English speakers) will account for this additional risk. Screening may take any one of several forms. If uncertainty about productivity or the possibility of downside variance in a given job is costly to the firm, then wage offers may include monitoring costs, turnover costs, or, in the presence of a single equilibrium wage for a given job, the probability of a wage offer of less than one. This problem is analogous to that presented in the Shapiro and Stiglitz (1984) model. All workers are paid the equilibrium wage in their model, but shirkers (those who expend less than the required level of effort) are fired. In this case, employers may attempt to reduce downside variance in productivity preemptively by screening against those with a higher probability of low productivity.

An average wage offer curve for immigrants (conditional on skills other than ELA) may shift with ELA for two reasons: first, because of the expected productivity reduction brought about because of a lack of ELA and, second, because of the screening effect. Figure 1 shows wage offer curves consistent with this possibility. Curve $W^*$ traces average wage offers in jobs requiring skill level $S$. Curve $W_{NO}$ shows the wage offer curve taking into account the expected productivity loss associated with a lack of ELA. Curve $WS_{NO}$ acknowledges that $W_{NO}$ may be further reduced to account for downside variance or may be offered with probability less than one.

Copyright © 2001 All Rights Reserved


210                                                        Kossoudji



Fig. 1

If the screening operates through job offer probabilities, then, comparing workers who actually acquire jobs requiring skill level $S^*$, the average observed wage differential will reflect the expected productivity loss. If the screening operates through reduced wages rather than through job offer probabilities, then in the short run the wage differential will include the screening effect. In the medium to long run, workers will either prove themselves (hence earning $W_{NO}$ minus monitoring costs), or they will be fired.

Figure 1 assumes a very simple relation between skill level and these reductions. In reality, we do not know the relation between the expected productivity loss from a lack of ELA and jobs requiring skill level $S$. As was discussed earlier, this should, in fact, be job specific. Alternative curves are equally viable. For example, it is possible that screening dominates in jobs generally requiring higher levels of skill (McManus 1985). Effective wage-offer curves might be shaped in such a way that low skill jobs become the preferred choice of high skilled (but non-English-speaking) income maximizers. Figure 2 shows this possibility.

The observed wage differential incorporates the fact that an income-maximizing but non-English-speaking worker will acquire a job requiring fewer skills than he actually has. In this example, "(a)" represents the expected productivity loss from a lack of ELA, "(b)" represents the worker's income loss because he or she has taken a lower-productivity job and "(c)" represents (in the short run) the net screening cost to the worker of be-

Copyright © 2001 All Rights Reserved

English Language Ability  211



Fig. 2

longing to the screened-out group. This example illustrates one reason why immigrants are typically found in enclave markets or in those jobs that other immigrants have traditionally held: employers who are familiar with immigrant workers and non-English speakers are less likely to screen against them.

In some cases the screening will be total. Those individuals who do not speak English well will, no matter what their other skills, simply not be considered for some jobs. Two possibilities arise. There may be some form of employer, employee, or consumer discrimination; for example, employers may not like foreigners, and a less than fluent command of English emphasizes foreignness. Alternatively, no offer will be forthcoming if entry is at the bottom rung of a job ladder and employers believe that non-English speakers are not easily trainable for jobs higher up the job ladder.

Speaking English well, however, may be a positive signal to employers about unmeasurable variables such as ability and effort. English language ability can thus serve two signaling purposes. Individuals who speak English well reduce the general uncertainty about productivity, *and* they provide the extra signal that, by overcoming the language barrier, they have higher levels of ability and drive than the average person with the same measured characteristics. Thus it is possible that the wage differential incorporates an additional component, the positive signaling of ELA. In figures 1 and 2 this would be captured by a curve above $W^*$.

Copyright © 2001 All Rights Reserved

212                                                                                    Kossoudji

Finally, a lack of ELA will alter an immigrant's job-search behavior and will most certainly hamper his or her ability to acquire the maximum information about wage offers and opportunities.

This analysis examines both earnings and occupational outcomes in an attempt to measure the full opportunity cost associated with a lack of ELA. Within-occupation wage differentials measure the expected productivity loss within job categories. It is assumed that the loss differs by job categories, but it is difficult to assert specific, a priori hypotheses about which jobs exhibit the biggest productivity loss. Occupations are considered in a probabilistic framework. Beyond its effect on relative expected wages, how does a lack of ELA influence the probability of observing any given occupational outcome? Finally, the total cost of a lack of ELA is measured by the joint effect of within-occupation wage differentials and by the probabilistic occupational outcomes.

## III. The Econometric Specification and the Data

### A. The Econometric Model

The econometric specification follows from a model of random utility maximization for occupation and earnings (see Kossoudji 1984). First, assume that occupation is an inherently discrete variable that is classifiable into many categories. Estimation of the occupational choice equation, then, requires a polytomous response econometric model.[1] Second, assume that occupation is determined jointly with earnings, but an unbiased predictor of potential earnings for every individual in every occupation is needed. What would a carpenter have made as a restaurant manager? Selectivity bias makes this prediction more difficult.[2]

This analysis uses a version of the simultaneous equations "mixed model." That is, one of the endogenous variables (EARNINGS) is continuous, while the other (OCCUPATION) is discrete. The entire model can be summarized as follows:

[1] An individual does not choose a little more or a little less of one occupation; rather, he or she chooses between distinctly different composite bundles (working conditions, benefit packages, prestige, earnings potential, etc.) called "occupation." Unless the researcher is confident that these composite bundles can be reasonably quantified and aggregated into a single measure, then an econometric technique that distinguishes between "this one" and "that one" represents the best approach.

[2] If there were no selection bias problem, then one could use occupation-specific earnings equations to generate expected earnings conditional on observed characteristics for individuals who are not in that occupation. But the model explicitly allows occupational choice to be related to the earnings that an individual can make in that occupation relative to other occupations. It is highly likely, then, that in an occupation-specific sample the dependent variable is censored. Thus, without correction for selectivity bias, fitted regression functions confound the parameters of interest with parameters of the function determining entrance into the sample.

Copyright © 2001 All Rights Reserved

English Language Ability        213

$$Y_{ij}^1 = 1 \quad \text{if and only if } Z_{ij}\gamma_j > u_{ij}^1$$
$$= 0 \quad \text{otherwise,}$$

$i \sim 1, \dots, n$ (indexes individuals)    (1)

and

$$Y_{ij}^2 = X_{ij}\beta_j + u_{ij}^2,$$

$j \sim 1, \dots, J$ (indexes alternative occupations)    (2)

given that (*a*) $Y_{ij}^2$ is an element of $Z_{ij}$; (*b*) $Y_{ij}^2$ is observed if and only if $Y_{ij}^1 = 1$; and (*c*) $\Sigma_j \, Y_{ij}^1 = 1$.

In these equations, $Y^1$ represents occupation and $Y^2$ earnings. The vectors $Z$ and $X$ are measured variables that affect these outcomes, and $\gamma$ and $\beta$ are linear parameter weights. The error terms $u^1$ and $u^2$ are random errors for the two equations, and they reflect unmeasured components or individual specific taste variation. It is assumed that the expected values of the error terms are $E(u_{ij}^1) = E(u_{ij}^2) = 0$ and $E(u^1 u^2) = \sigma_{12}$.

In the critical value approach, the probability of a discrete alternative is assumed to be related to some observed index, $D = Z\delta$, and some unknown threshold level of that index, $D$, for which some population density function, $f(D^*)$, can be specified. The probabilities are well defined once a cumulative density function (c.d.f.) for $D^*$ is chosen. Two common distributions are the probit, which is derived from the standard normal distribution, and the logit, which assumes a logistic c.d.f. If we assume that the c.d.f. is logistic, then we can write the conditional probability function as follows:

$$\text{pr}(Y_{ij} = 1) = \frac{\exp[Z_{ij}\gamma_j]}{\sum\limits_{j=1}^{J} \exp[Z_{ij}\gamma_j]} = P_{ij}.$$

$P_{ij}$ is the probability of observing person $i$ choosing alternative $j$. The endogenous parameters of the discrete model are then estimated by maximum likelihood.

Since we have nonzero observations only on the conditional distribution for $Y^2$, $f(Y^2 | X, u^1 < Z\gamma)$, we need an estimator ($\lambda$) for $E(u^1 | u^1 < Z\gamma)$. If we assume that the error terms in the first equation have zero means and a standard logistic variance, then an instrumental variable can be found for the conditional error term and the entire model can be estimated in stages. This polytomous analog to the Heckman-type selection bias correction (see Hay [1980] or Maddala [1983]) has been developed for the multinomial logit case.[3] Equation (2'), where $e_{ij}$ has all of the desired properties, is

---

[3] An ordered probit (based on the skill requirements for the occupations) may reflect the occupational decision more accurately. A selection bias correction tech-

Copyright © 2001 All Rights Reserved

214                                                                 Kossoudji

estimated in place of equation (2), using ordinary least squares (OLS) on data with nonzero observations on $Y_{ij}^2$. Appendix A reviews the estimation procedure.

$$Y_{ij}^2 = X_{ij}\beta_j + \hat{\lambda}_{ij}\delta_j + e_{ij} \tag{2'}$$

## B.  The Data and Variables

Appendix B presents the variables and samples used for the estimation with a brief description of each.

The primary data come from the 1976 Survey of Income and Education (SIE). Adult men from three broad ethnic groups were drawn from this sample: native-born white men ($N = 3,157$), foreign-born East Asian men ($N = 548$), and foreign-born Hispanic men ($N = 1,198$). Country-of-origin groups are singled out where possible,[4] and the foreign born are further identified as those who migrated as adults (A.MIG) and those who migrated as children (C.MIG). Most immigrants migrated as adults, and the discussion will concentrate exclusively on them.[5]

The model is estimated separately for Hispanics and Asians. Even though some researchers (e.g., Chiswick [1979]) claim that ethnicity adds little to the investigation of immigrant behavior, others (e.g., Piore [1979]; Portes [1981]) assert that ethnicity is more than a social identity; it has economic ramifications. Ethnic identity is assumed here to alter occupational outcomes through labor market contacts. Also, U.S. immigration laws differ by hemisphere (or did until 1976). Hispanics and East Asians were subject to different sets of preimmigration opportunities and constraints because of these legal differences (see Keely 1975). As a result, migrants represent different subpopulations of the two regions.

All individuals are men aged 20–64 who were in the labor force full time and for whom the relevant data were complete or estimable. No individual was chosen if occupation was coded as missing. While it is true that census occupational groupings sometimes make strange bedfellows of dissimilar occupations, these groupings generally reflect basic skill/

nique has not yet been developed for that model, however, and the bias is very strongly correlated with occupation-specific earnings (see Kossoudji 1987). All of these empirical estimates are subject to the assumptions of the logit model.

[4] These nationality groups can be quite small. For this reason estimation is carried out on the broad ethnic groups, and only dummy variable shifts are used to allow for differences in national groups. For further reference to the data set, its characteristics, and the construction of specific variables, see Kossoudji (1984).

[5] In addition, most child migrants, presumably because U.S. schooling improves English skills, are language assimilated, and the entire question is of little importance. For example, fewer than 1% of Asian child migrants and 6% of Hispanic child migrants did not speak English (ENG.NO). By contrast, 20% of Asian adult migrants and 43% of Hispanic adult migrants did not speak English.

Copyright © 2001 All Rights Reserved

credential requirements and working conditions. It is to be hoped that there is also more across-group variance than within-group variance in ELA needs. For example, most operatives work primarily with machinery, but clerical and sales work requires substantial interpersonal communication. Limitations in the number of groupings that one can use in the estimation restrict me to a small number of broad groups. Six occupational groupings were created: (1 = PROF) professional, technical, and kindred workers; (2 = MNGR) managers, farmers, and farm supervisors; (3 = CLER) clerical and sales workers; (4 = CRAF) craft and kindred workers; (5 = OPER) operatives and transport operatives; and (6 = SERV) service workers and laborers. For expository purposes only, the groups are assumed to be ordered by productivity (from highest to lowest). The analysis itself does not consider the categories to be ordered (see n. 3 above).

Appendix B also lists the independent variables included in the two groups of regressions. Individuals are coded into one of three groups based on their English language ability: fluent English speakers (ENG.FL, the omitted category), those who can communicate in English (ENG.OK), and those who speak little or no English (ENG.NO). The important comparison is between ENG.FL and ENG.NO. Variable ENG.OK is expected to exhibit negative effects only if subtleties in communication are important. These categories were determined solely on the basis of the self-reported skill question.[6] Although a categorical variable is slightly more cumbersome than a continuous variable (at least in part because more parameters are estimated), the limited information in the sample required its use in this case. Other researchers (McManus et al. 1983) have created continuous indices of English ability by combining information from both the skill and usage questions. Many SIE questions addressed the issue of usage habits, but these were explicitly ignored for this study to avoid confounding cultural and family life-style with the basic element of skill.

General labor market experience and years since arriving in the United States are used in the analysis, but in a way that is not strictly comparable with other studies.[7] Two variables, experience abroad (EXP.ABR) and ex-

---

[6] In pretests of the SIE, self-reported skills were compared with scores from administered tests of ELA and were found to have exceptionally high correlations.
[7] The SIE survey coded years since migration on a sliding and gradually larger 12-point categorical scale. Categories 1–7 are single-year categories (person migrated in 1976, 1975, 1974, etc.), but category 8 simply implies migration between 1965 and 1969. Category 12 includes all migration before 1920. It would have been prohibitive to include this as a categorical variable, hence an approximation procedure was used to derive single-year estimates. The SIE provided additional information that could be utilized toward this end: (1) how many years of schooling the person had acquired abroad; (2) the person's age; (3) the number of years (in single years) the person had lived in the U.S. state of current residence; and (4) whether the person had lived in any other U.S. state prior to the one of current residence. See Kossoudji (1984) for the exact procedure.

Copyright © 2001 All Rights Reserved

216                                                                    Kossoudji

perience in the United States (EXP.US), are entered separately into the regression.[8] Thus, experience abroad is assumed to have a different quantitative impact on outcomes from experience in the United States. It is also assumed that the two kinds of experience are not aggregative.

Sample-size problems limit the full analysis. The large number of regressions (and the accompanying small sample sizes) requires that the adult migrants and child migrants be pooled together in the earnings equations. Interaction terms are included on appropriate variables. For example, education is allowed to have a different impact for child migrants (who received their last years of schooling in the United States) and adult migrants (who received all of their education in the home country), but it is assumed that having a health limitation affects A.MIG and C.MIG earnings equally.

The last section of Appendix B lists the samples for each regression. The OCCUPATION regression is estimated separately for each of the five groups. The six EARNINGS regressions (one for each occupation) pool adult and child migrants of each group but maintain general ethnic separation.

## IV. English Language Ability, Earnings, and Occupations

The results of the empirical analysis suggest that the role of English language ability is both occupationally and ethnically specific. Three findings stand out. First, the coefficients reported in table 2 show that ELA has no significant effect on earnings in either of the two highest productivity occupations (professionals and managers) for people *actually observed* in those occupations. The sign is perverse in six out of the eight possibilities, and a total lack of ELA is even associated with a significant earnings increase for Asian managers. At the top of the ladder, then, it appears that a lack of ELA is not associated with an expected productivity loss.

There are two explanations for this curiosity. Immigrant professionals may possess unique skills that are so highly demanded in the United States that employers are willing to ignore language deficiencies (e.g., the brilliant Mexican research chemist), or perhaps a high proportion of immigrant managers—and even professionals—are operating in ethnic enclave markets where English skills are not required. Their businesses may depend on an ethnic rather than on a general clientele. This may be particularly true for Asians and may partially explain the counterintuitive positive and signif-

---

[8] Explicitly recognizing adult migrants and child migrants leads us to consider the different implications of those two variables. Years in the United States, e.g., implies only U.S. labor force experience for adult migrants but also includes some years of schooling, socialization, and job market learning for child migrants. Similarly, total experience represents only U.S. labor market experience for child migrants but experience in the home country as well for adult migrants. For comparative purposes, it is preferable that the adult migrant, child migrant, and native regressions be as close as possible.

Copyright © 2001 All Rights Reserved

English Language Ability                                                         217

Table 2
Occupation-specific Ordinary Least Squares (OLS)
Coefficients on English Language Ability

|  | ENG.OK | ENG.NO |
|---|---|---|
| Hispanic: | | |
| Professionals | 2,284.27 | −11,774.88 |
|  | (3,062.53) | (9,873.21) |
| Managers | −1,045.67 | 2,863.73 |
|  | (3,341.83) | (5,029.21) |
| Sales | −473.24 | −6,069.62* |
|  | (2,253.51) | (2,999.85) |
| Craft | −1,221.33 | −2,504.86* |
|  | (811.34) | (964.50) |
| Operatives | −678.07 | −1,200.54* |
|  | (725.81) | (743.19) |
| Service | −92.71 | −1,210.68* |
|  | (604.55) | (655.93) |
| Asian: | | |
| Professionals | 485.75 | 2,791.35 |
|  | (1,978.31) | (4,090.07) |
| Managers | 673.31 | 10,604.92 |
|  | (3,199.09) | (5,529.59) |
| Sales | 2,990.76 | −370.94 |
|  | (5,228.55) | (9,543.27) |
| Craft | −94.11 | −4,786.84* |
|  | (1,450.61) | (2,444.83) |
| Operatives | 505.10 | 871.98 |
|  | (1,771.77) | (1,838.02) |
| Service | −1,790.40 | −2,446.04* |
|  | (1,115.18) | (1,340.07) |

NOTE.—Dependent variable is earnings. Standard errors are in paren-
theses. Other variables in the regression were total years of education (for
child migrants and adult migrants separately), experience in the United
States (and its square), experience abroad (and its square), whether the
person was single, had a health limitation that affected work ability, and
a selectivity variable.
   * Significant at the 5% level (one-tailed)

icant effect of ENG.NO for Asian managers. Recent work by McManus
(1987) suggests that large enclaves are associated with lower returns
to ELA.

   Second, ELA affects Hispanics and Asians differently in occupations
other than professionals and managers. For both groups of foreign-born
workers, a simple ability to communicate in English (as opposed to fluency)
does not significantly lower earnings in any occupation. The single excep-
tion to this finding is for Asians in service occupations where the earnings'
reduction is at the margin of significance. For Hispanics, ENG.NO is
associated with a large and significant reduction in earnings in all other
occupations. The loss is proportionately largest for craft workers (30%)
and sales workers (66%). Yet there is a less consistent relation between
earnings and English language ability for Asians. The signs of the coeffi-
cients bounce from positive to negative, and only for service and craft

Copyright © 2001 All Rights Reserved

218                                                                 Kossoudji

workers is there a significant loss to ENG.NO. Unless one wanted to hypothesize that a lack of ELA imparted some extra information about a Hispanic worker (say, a lower level of ability) that it does not impart for Asians, it would appear that Hispanics are disproportionately penalized in the labor market when they do not speak English well. It should be noted, however, that the sample size for Asians is small, and this contributes to the size of the standard errors of the coefficients.

The estimates in table 2 measure the earnings loss for immigrants in their *observed* occupation, but they do not inform us about the effect of ELA on job outcomes. Table 3 reports the results from the occupation equations after controlling for expected earnings (and ELA's effect on expected earnings) in each occupation.

A lack of ELA alters access to jobs, but it generally moves Asians toward different jobs than it does Hispanics. One might expect, in comparing any two occupations, a higher and a lower, that a lack of ELA would lower the relative probability of being in the higher of the two (where 1 is the highest and 6 is the lowest). The signs on ENG.OK and ENG.NO in table 3 should all be negative. The coefficient values for Hispanics reflect this limiting effect almost perfectly.[9] In every single higher-to-lower comparison but two ($P1/P3$, $P1/P2$), the sign is negative, and, especially for ENG.NO, it is usually significant. Individuals who do not speak English fluently appear to be "pushed down" the occupational ladder relative to fluent English speakers whose other general characteristics are the same. The most consistently significant occupational push for Hispanics is away from professional and managerial work and toward service work. The probability of being in managerial work is reduced relative to all of the lower jobs for both ENG.OK and ENG.NO, indicating that, for Hispanics, English-language fluency is especially important in this job category. Now the results of table 2 become clearer. Although Hispanics (without ELA) who are professionals and managers do not exhibit a clear expected productivity loss, the probability of being observed in those jobs is dramatically reduced for nonfluent speakers. Either employers are attempting to control for downside variance, or there is some other unobservable selection process operating.

For Asians, the same negative relationship and the push to service work generally holds with three exceptions: not speaking English fluently pushes Asians strictly away from clerical and sales work no matter to what it is compared, ENG.OK tends to increase the probability of managerial work, and ENG.NO is associated with an increase in operative work. Thus, the Asian job pattern is not the same as the Hispanic. Earnings are not reduced for non-English-speaking Asian managers and operatives, and Asians tend

[9] In this, and in all further references—except where noted—Hispanics and Asians refer to those who migrated as adults.

Copyright © 2001 All Rights Reserved

English Language Ability                                                    219

Table 3
Occupational Choice Multinomial Logit Coefficients
on English Language Ability

| Log Odds of Dependent Variable Ratio | Hispanic | | Asian | |
|---|---|---|---|---|
| | ENG.OK | ENG.NO | ENG.OK | ENG.NO |
| $\ln[P_1/P_6]$ | −.463 | −3.145* | −.763 | −.857 |
| | (.478) | (1.092) | (.469) | (.752) |
| $\ln[P_2/P_6]$ | −1.074* | −1.764* | −.070 | −.511 |
| | (.391) | (.514) | (.496) | (.821) |
| $\ln[P_3/P_6]$ | −.719 | −1.027* | −1.778* | −2.042* |
| | (.480) | (.530) | (.544) | (.871) |
| $\ln[P_4/P_6]$ | −.161 | −.535 | −.437 | −.598 |
| | (.290) | (.312) | (.429) | (.585) |
| $\ln[P_5/P_6]$ | −.107 | −.262 | −.972* | .072 |
| | (.268) | (.276) | (.480) | (.547) |
| $\ln[P_1/P_5]$ | −.355 | −2.883* | .210 | −.929 |
| | (.477) | (1.091) | (.577) | (.809) |
| $\ln[P_2/P_5]$ | −.967* | −1.502* | .902 | −.582 |
| | (.386) | (.515) | (.597) | (.835) |
| $\ln[P_3/P_5]$ | −.611 | −.766 | −.805 | −2.113* |
| | (.477) | (.530) | (.655) | (.967) |
| $\ln[P_4/P_5]$ | −.054 | −.274 | .536 | −.669 |
| | (.284) | (.313) | (.550) | (.710) |
| $\ln[P_1/P_4]$ | −.302 | −2.610* | −.326 | −.260 |
| | (.491) | (1.099) | (.526) | (.868) |
| $\ln[P_2/P_4]$ | −.913* | −1.228* | .366 | .087 |
| | (.399) | (.542) | (.550) | (.945) |
| $\ln[P_3/P_4]$ | −.558 | −.492 | −1.341* | −1.444 |
| | (.487) | (.538) | (.613) | (.957) |
| $\ln[P_1/P_3]$ | .256 | −2.118* | 1.015 | 1.185 |
| | (.584) | (1.164) | (.600) | (1.040) |
| $\ln[P_2/P_3]$ | −.355 | −.736 | 1.708* | 1.531 |
| | (.541) | (.697) | (.641) | (1.149) |
| $\ln[P_1/P_2]$ | .611 | −1.382 | −.692 | −.346 |
| | (.532) | (1.162) | (.513) | (.854) |

NOTE.—Standard errors are in parentheses. Dependent variable is chosen occupation. Key to numbers in col. 1: 1 = professional; 2 = manager, 3 = sales and clerical, 4 = craft; 5 = operative, 6 = service and laborer.
* Significant at the 5% level (two-tailed).

to work in these jobs if they do not speak English well. Again, however, the level of significance is very low, indicating that ELA plays a less than prominent role in occupational choice.

It is possible that Asians who do not speak English well have been able successfully to opt out of those areas of the labor market where their wages may be lowered by working as managers within ethnic enclaves or by self-employment. Evidence of the Asian's ability to capitalize new businesses through the paternalistic lending practices of more wealthy Asians and through rotating credit clubs is the focus of much research at this point

Copyright © 2001 All Rights Reserved

(see Light [1972] for an early example of this research). This option appears to have given those workers with a language handicap a profitable alternative opportunity. Hispanics, with the exception of Cubans, have no such support system and have been far less successful in setting up their own businesses. One commonality, however, does arise for all of these groups of immigrants. Not speaking English fluently tends to increase the likelihood of service and laboring work.

Panel A of table 4 gives the expected occupational probability distribution for the average worker in both immigrant groups and provides the expected distribution for the average native as a comparison. These expectations are language-ability specific and are very practical because they can be used to evaluate the impact of ELA on immigrant workers, conditional on a set of preexisting productivity skills. Here the push toward service work (the lowest ranked occupation) and the push toward managerial work for Asians is more readily documented. Panel A is based on the average characteristics of each immigrant group, not on the average characteristics of the entire sample. Thus we get a realistic idea of the occupational oppor-

**Table 4**
Predicted Occupational Probabilities for the Average Worker by Ethnicity and English Language Ability

|  | PROF | MNGR | SALE | CRAF | OPER | SERV |
|---|---|---|---|---|---|---|
| A. Within-group average characteristics:[a] |  |  |  |  |  |  |
| Native | .129 | .205 | .192 | .235 | .115 | .124 |
| Hispanic: |  |  |  |  |  |  |
| ENG.FL | .009 | .133 | .051 | .202 | .301 | .304 |
| ENG.OK | .006 | .057 | .030 | .217 | .331 | .360 |
| ENG.NO | .001 | .026 | .034 | .180 | .328 | .431 |
| Asian: |  |  |  |  |  |  |
| ENG.FL | .050 | .082 | .178 | .167 | .143 | .381 |
| ENG.OK | .035 | .115 | .046 | .162 | .081 | .562 |
| ENG.NO | .030 | .076 | .032 | .123 | .216 | .522 |
| B. Native average characteristics:[b] |  |  |  |  |  |  |
| Native | .129 | .205 | .192 | .235 | .115 | .124 |
| Hispanic: |  |  |  |  |  |  |
| ENG.FL | .151 | .175 | .078 | .183 | .213 | .201 |
| ENG.OK | .111 | .084 | .052 | .221 | .264 | .268 |
| ENG.NO | .021 | .043 | .067 | .209 | .297 | .363 |
| Asian: |  |  |  |  |  |  |
| ENG.FL | .112 | .160 | .193 | .145 | .138 | .251 |
| ENG.OK | .083 | .238 | .053 | .149 | .083 | .393 |
| ENG.NO | .075 | .162 | .038 | .117 | .230 | .377 |

NOTE.—PROF = professional, technical, and kindred workers, MNGR = managers, farmers, and farm supervisors, CLER = clerical and sales workers, CRAF = craft and kindred workers; OPER = operatives and transport operatives, SERV = service workers and laborers
[a] The averages are for *within-group* comparisons only The average Hispanic adult migrant does not have the same characteristics as the average Asian adult migrant
[b] Native workers' average characteristics are used for all groups

Copyright © 2001 All Rights Reserved

tunities of the average Hispanic who migrated as an adult and of the average Asian who migrated as an adult, and so forth. It is clear from this table that all groups show a strong propensity toward service and laboring work when their English skills are not strong.

Predictably, the expected occupation for the average worker differs by nativity. The average native is most likely to be a craft worker, earning about $13,181 a year (in 1975 dollars), or a manager, earning about $16,729 a year. The average Hispanic (fluent in English) is most likely to be an operative, earning about $9,017 a year, but if he does not speak English, he is most likely to be a service worker making only $6,789 a year. The average Asian is most likely to be in service work, earning about $8,969, but if he does not speak English, his expected earnings drop to $8,204 in service work.

Panel B of table 4 assumes that all workers have the same characteristics (with the exception of ELA) as the average native worker. How do their opportunities change? The move away from service work is dramatic and generally reflects the higher average level of skill for native workers. The net gains for both groups are primarily reflected in professional and managerial work. Nonetheless, inability to speak English is associated with a sharp increase in the probability of service and laboring work.

This simple example dramatically portrays the differences in labor market opportunities and remunerative expectations for workers with similar characteristics—except for their facility with the language. Hispanic migrants who do not speak English move into service and operative occupations with near certainty, and their earnings potential is lowered significantly. Asian migrants also move into service work, but Asian migrants maintain a high probability of managerial work where their earnings potential is much higher.

As an aside, note that even when comparing fluent English speakers with natives in panel B (where other characteristics are also the same) the predicted occupational distributions are quite different. Both groups retain a very high probability of service employment and, for Hispanics, of operative employment.

How much does the average individual lose in annual earnings if he does not speak English fluently, and what is the source of that earnings loss? It is possible to separate the loss in earnings in any particular job from a change in job opportunities.

Table 5 shows, in a very efficient way, the total impact on earnings of a less-than-fluent command of English. In it, the expected wage for the average worker in each nativity group is calculated using the probability distributions of table 3 and the expected earnings that correspond to each occupation and each language ability classification. The differences between the entries in this table represent the total earnings loss—both from changing earnings and from changing job opportunities—that are incurred when an individual does not speak English with fluency.

Copyright © 2001 All Rights Reserved

222                                                                      Kossoudji

Table 5
Expected Earnings for Each Group by English Language Ability
(in 1975 dollars)[a]

|  | ENG.FL | ENG.OK | ENG.NO |
|---|---|---|---|
| A. Within-group average characteristics:[b] |  |  |  |
| Native | 13,631 | . . . | . . . |
| Hispanic | 9,423 | 8,531 | 7,441 |
| Asian | 8,969 | 8,915 | 8,204 |
| B. Native average characteristics:[c] |  |  |  |
| Native | 13,631 | . . . | . . . |
| Hispanic | 12,094 | 11,090 | 8,774 |
| Asian | 9,782 | 10,152 | 10,706 |

[a] Expected earnings are equal to $\{\sum \hat{P}_i \hat{E}_i; i = 1, 6\}$ where $\hat{P}_i$ is the predicted probability of being in occupation $i$ and $\hat{E}_i$ is the predicted earnings in occupation $i$.
[b] The averages are for *within-group* comparisons only. The average Hispanic adult migrant, for example, does not have the same characteristics as the average Asian adult migrant
[c] Native workers' average characteristics are used for all groups.

First, it is readily apparent from this table that the average Hispanic worker loses proportionately more from not speaking English than does the average Asian worker. The effect of ELA is heavily contingent upon other skill characteristics. Hispanics lose proportionately more when the natives' average characteristics are used, but Asians, possibly because of their opportunities and earnings in managerial work, actually appear to gain when they do not speak English. Note that even when using the natives' characteristics, of the immigrant workers who speak English fluently, none meets or exceeds the expected earnings of natives. If there is some positive signaling associated with ELA, it is not strong enough to bring immigrant workers up to parity with native workers.

The importance of skill level, hinted at in this table, is brought out more clearly in table 6. This table compares the effect of ELA on the expected

Table 6
Absolute Value and Percentage Change in Expected Earnings
when Deficient in English by Skill Class and Ethnic Group

|  | Hispanic | | Asian | |
|---|---|---|---|---|
|  | Absolute Value (1975 dollars) | Change (%) | Absolute Value (1975 dollars) | Change (%) |
| Professionals | −5,577 | −35.3 | +2,064 | +13.1 |
| Managers | −2,606 | −21.5 | +734 | +5.6 |
| Clericals | −2,567 | −22.3 | +163 | +1.4 |
| Craft | −2,119 | −19.5 | −620 | −4.8 |
| Operative | −1,962 | −19.0 | −1,213 | −9.8 |
| Service | −1,885 | −18.3 | −1,413 | −11.2 |

NOTE.—Numbers and percentages in each occupation are generated by comparing the expected earnings differential between ENG.FL and ENG.NO, holding all other characteristics at the average for all immigrant workers actually in that occupation

Copyright © 2001 All Rights Reserved

earnings of workers in different skill classes. Again, the difference between ethnic groups and skill classes is highlighted. High-skilled Hispanic adults lose more, both proportionately and absolutely, than do low-skilled workers. Even the low-skilled workers, however, have their expected earnings reduced by 18%. High-skilled Asian adults, by contrast, are actually predicted to gain when they do not speak English. This counterintuitive outcome arises because non-English-speaking high-skilled Asians have a high propensity to move into managerial work. Again, Asians appear successfully to avoid being penalized for their lack of ELA. The percentage change gets smaller and turns negative as we look down the skill ladder for Asians. For Asians, the cost of not speaking English is largest for the lowest skill group, but even so it is only 11% of expected earnings. This table illuminates the importance of assessing the cost of English language deficiency by ethnic group and skill level.

What is the source of the earnings loss for the average worker? Table 7 presents the decomposition of the change in earnings, where the change in expected earnings is equal to

$$d\bar{E}_{NO} = \sum_i \hat{P}_i^F \bar{E}_i^F - \sum_i \hat{P}_i^N \bar{E}_i^N \qquad (4)$$

$$= \sum_i \hat{P}_i^F (\bar{E}_i^F - \bar{E}_i^N) + \sum_i \bar{E}_i^N (\hat{P}_i^F - \hat{P}_i^N), \qquad (4')$$

and $d\bar{E}_{NO}$ is the total earnings difference between fluent English speakers and non-English speakers. It is taken from table 5, panel A. The letter $F$ indexes the fluent speakers and $N$ indexes the non-English speakers. The same decomposition is made for those who can communicate in English (ENG.OK). The first term measures the earnings loss attributable to within-occupation earnings' reductions for not speaking English while the second term (assuming the ENG.NO earnings values) evaluates the effect of the change in the probability of obtaining jobs.[10]

The first observation from table 7 is that the earnings effect is generally stronger than the occupation effect. If workers were able to keep the same probability structure for jobs, their expected earnings would still decline with a lack of ELA because of within-occupation earnings reductions. However, the decline in earnings due to probability changes is not negligible. Even with the ENG.OK and ENG.NO expected earnings values, job probability changes account for about one-third of the earnings loss for Hispanics.

[10] There are various methods of decomposition. It is intuitively more appealing to decompose the earnings loss using a single index, e.g., using $\bar{E}_i^F$ in the second part of the equation above. Unfortunately, we are then left with an interaction effect—with little interpretability.

Copyright © 2001 All Rights Reserved

Kossoudji

**Table 7**
**Decomposition of the Expected Earnings Loss[a]**

**A. ENG.OK**

|          | $d\hat{\mathcal{E}}$[b] | $\hat{\beta}_F(\hat{E}_F - \hat{E}_O)$[c] | $\hat{E}_O(\hat{\beta}_F - \hat{\beta}_O)$[d] |
|----------|------|------|------|
| Hispanic | −892 | −623 | −269 |
| Asian    | −54  | −16  | −39  |

**B. ENG.NO**

|          | $d\hat{\mathcal{E}}$[b] | $\hat{\beta}_F(\hat{E}_F - \hat{E}_N)$[c] | $\hat{E}_N(\hat{\beta}_F - \hat{\beta}_N)$[d] |
|----------|--------|--------|------|
| Hispanic | −1,982 | −1,265 | −717 |
| Asian    | −765   | −670   | −95  |

[a] All amounts are 1975 dollars.
[b] The figures in this column are derived by subtracting those in col. 2 (ENG.OK) or 3 (ENG.NO) from col. 1 (ENG FL) in part A of table 5.
[c] The figures in this column are calculated from the first term in equation (4').
[d] The figures in this column are calculated from the second term in equation (4').

## V. Summary

This study, although it does not specifically address the issue, brings up the question of assimilation. Both Chiswick's (1978a, 1983b) cross-sectional analyses, which appear to document the process of assimilation, and Borja's (1985) census cohort study, which disputes the assimilation claim, omit English language as a skill. If English is learned after arrival in the United States, then language assimilation, as it is translated into a job-usable skill, may represent one vehicle of upward mobility. But note that it is neither a necessary nor a sufficient condition. However, if English is learned before arrival and fewer new entrants know English (the cohort quality argument), then "assimilation" may simply be an artifact of preimmigration skill differentials.[11]

The results of this study suggest that not being able to speak English imposes a real cost on some immigrant workers, both by reducing observed earnings and by altering occupational opportunities. Generally, immigrants who do not speak English are "pushed down" the occupational ladder. The effect is much stronger for Hispanics than for Asians, and some workers (especially Asians) appear successfully to pursue strategies to minimize and, in some cases, to eliminate the ELA penalty.

Some precautions are necessary when interpreting these results. First, the six occupation groups represent broad arrays of jobs. The earnings

[11] Kossoudji (1987) finds that, after controlling for ELA and age at arrival in the United States, the assimilation documented in cross-sectional studies remains only for those who immigrate as children, suggesting that it is prelabor-market social experience rather than labor-market adjustments that drive assimilation.

Copyright © 2001 All Rights Reserved

equations used here may simply be capturing the earnings of people in
different occupational strata within the broad groups. Second, it should
also be noted that a synthetic cohort has been formed from cross-sectional
data while English language ability may be strongly correlated with time
in the United States. This study assumes a static presentation of ELA—it
is not endogenous here.

The empirical work in this article adds to the general literature because
occupational opportunities conditional on ELA are identified and the pri-
vate gain to increasing usable human capital is measured. Simple earnings
functions that would be able to produce tabulations similar to those found
in table 5 cannot attribute the earnings loss of English deficiency to its
component parts and cannot discuss the differences between skill classes.
The results reported here imply that language programs will produce two
kinds of private gains. First, they will eliminate the expected earnings loss
from a lack of ELA. Second, they will permit individuals to utilize more
of their (already existing) human capital.

There is good reason to believe that it is not necessary (on the basis of
private calculations) for all workers to acquire English language skills.
Asians at all skill levels lose very little when they are deficient in English.
The average Asian who speaks no English loses only about one-third of
the average Hispanic's loss, and when measured by skill level the differences
between the two become even more apparent. Again, the question of as-
similation can be raised. Why do language costs vary by ethnic group?

Examining ELA alone clarifies the importance of this skill to the earnings
of immigrant workers. However, it rarifies the study of immigrant labor
market behavior. English language ability is often seen as a measure of
assimilation in the broadest economic and social sense and, at the same
time, it is a specific skill necessary for mobility in the labor market. Thus
it is logical to embed it within a broader study of economic assimilation.

## Appendix A

### Estimation Procedure

Very briefly, this is the estimation strategy. (a) Estimate the first-stage
maximum likelihood logit equations on the reduced form occupation
equation (1) without the earnings variable to get estimates of $\delta$, $\hat{\delta}$, and
thus $\hat{P}$. (b) Form consistent estimates of $\lambda_{ij}$, where $\hat{\lambda}_{ij} = \lambda_{ij}(\hat{\delta})$:

$$\hat{\lambda}_{ij}^{k} = (-1)^{(J+1)} \left[ \ln(\bar{P}_{ik}) \frac{\bar{P}_{ik}}{1 - \bar{P}_{ik}} + \ln(\bar{P}_{ij}) \right],$$

$$\hat{\lambda}_{ij} = \left[ \frac{6}{\Pi^2} \sum_{\substack{h=1 \\ h \neq j}}^{J} \hat{\lambda}_{ij}^{h} \frac{1}{j} \right] (-1)^{J+1}.$$

Copyright © 2001 All Rights Reserved

226                                                           Kossoudji

Then equation (2') is estimated by OLS on data with nonzero observations on $Y_{ij}^2$. (c) Consistent predictors, $\hat{Y}_{ij}^2$, are used to estimate the structural form of equation (1).

The estimator for the polytomous logit case was derived by Hay (1980). Interested readers should see Hay (1980) or Kossoudji (1984) for more detail.

The independent variables in the discrete equation can be characterized as attributes of the alternatives ($A_j$) or attributes of individuals ($I_i$). Some restrictions are necessary to identify the coefficients of the model. The single-valued alternative coefficients are identified as long as $A_j \neq A_{j'}$. The coefficients on the individual variables ($\beta_j$) are identified only up to a $J - 1$ vector of relative differences so that we need some normalization rule, say $\beta_J = 0$. Finally, the reader should note that the coefficient values themselves do not indicate a marginal change in the probability of entering any given occupation but indicate the change in the log odds probabilities of $\hat{P}_j$ to $P_J$.

## Appendix B

### Variables and Samples in the Full Empirical Model

Equations (1) and (2') are described in Part IIIA.
Equation (1): the occupation regression:
    Dependent variable:
        OCCUPATION = occupation in the United States, 6 categories
    Independent variables:
        ED.TOT = years of education
        EXP.US, EXP.US$^2$ = United States labor force experience
        ENG.OK, ENG.NO = English language ability dummies; omitted
            category is ENG.FL
        D.COUNTRY = dummy variables for country of origin
        EARNHAT = expected annual earnings in each occupational
            category
        NOCC, EOCC, NYSM, EYSM = local labor market native and
            ethnic occupational distributions
    Samples for occupation regression:
        Hispanic adult migrants
        Hispanic child migrants
        Asian adult migrants
        Asian child migrants
        Native-born white men
Equation (2'): the earnings regression:
    Dependent variable:
        EARNINGS = occupation-specific earnings
    Independent variables:
        ED.TOT · C.MIG, ED.TOT · A.MIG = years of education interacted
            with migrant's status
        EXP.US, EXP.US$^2$ = United States labor force experience

Copyright © 2001 All Rights Reserved

EXP.ABR, EXP.ABR$^2$ = labor force experience abroad for adult migrants

ENG.OK, ENG.NO = English language ability dummies; omitted category is ENG.FL

SINGLE = marital status dummy

H.LIMIT = dummy for health limitation that affects work

LAMBDA = selectivity variable

Samples for earnings regression:

Hispanics: PROF, MNGR, CLER, CRAF, OPER, SERV

Asians: PROF, MNGR, CLER, CRAF, OPER, SERV

Natives: PROF, MNGR, CLER, CRAF, OPER, SERV

## References

Bonacich, Edna; Light, Ivan H.; and Wong, Charles Choy. "Koreans in Business." *Society* (September/October 1977): 54–59.

Borjas, George J. "The Earnings of Male Hispanic Immigrants in the United States." *Industrial and Labor Relations Review* 35 (April 1982): 343–53.

————. "The Economic Status of Male Hispanic Migrants and Natives in the Unites States." In *Research in Labor Economics*, Vol. 6, edited by Ronald G. Ehrenberg. Greenwich, Conn.: JAI 1984, pp. 65–122.

————. "Assimilation, Changes in Cohort Quality, and the Earnings of Immigrants." *Journal of Labor Economics* 3 (October 1985): 463–89.

Chiswick, Barry R. "The Effect of Americanization of the Earnings of Foreign-Born Men." *Journal of Political Economy* 86 (October 1978): 897–921. (*a*)

————. "A Longitudinal Analysis of the Occupational Mobility of Immigrants." In *Proceedings of the 30th Annual Winter Meeting, Industrial Relations Research Association,* edited by Barbara Dennis. Madison, Wis.: Industrial Relations Research Association, 1978, pp. 20–27. (*b*)

————. "The Economic Progress of Immigrants: Some Apparently Universal Patterns." In *Contemporary Economic Problems 1979,* edited by William Fellner. Washington, D.C.: American Enterprise Institute, 1979.

————. "The Employment of Immigrants in the United States." In *Contemporary Economic Problems 1982,* edited by William Fellner. Washington, D.C.: American Enterprise Institute, 1982.

————. "Human Capital and the Labor Market Adjustment of Immigrants: Testing Alternative Hypotheses." Paper presented at the annual meeting of the Population Association of America, April 1983. (*a*)

————. "An Analysis of the Earnings and Employment of Asian-American Men." *Journal of Labor Economics* 1 (April 1983): 197–214. (*b*)

Grenier, Gilles. "The Effect of Language Characteristics on the Wages of Hispanic-American Males." *Journal of Human Resources* 19 (Winter 1984): 25–52.

Hay, Joel Walter. "Occupational Choice and Occupational Earnings: Selectivity Bias in a Simultaneous Logit-OLS Model." Ph.D. Dissertation, Yale University, 1980.

Keely, Charles. "Effects of U.S. Immigration Law on Manpower Characteristics of Immigrants." *Demography* 12 (May 1975): 179–91.

Copyright © 2001 All Rights Reserved

Kossoudji

Kossoudji, Sherrie. "Language and Labor Markets: The Effect of English Speaking Ability on the Labor Market Outcomes of Immigrants." Ph.D. dissertation, University of Michigan, 1984.

———. "Assimilation of Immigrant Workers: Is It a Labor Market Phenomenon?" Unpublished manuscript. Ann Arbor: University of Michigan, Population Studies Center, April 1987.

Light, Ivan H. *Ethnic Enterprise in America.* Berkeley: University of California Press, 1972.

McManus, Walter S. "Labor Market Costs of Language Disparity: An Interpretation of Hispanic Earnings Differences." *American Economic Review* 75 (September 1985): 818–27.

———. "Labor Market Effects of Ethnic Enclaves: Hispanic Men in the United States." Unpublished manuscript. Gainesville: University of Florida, Department of Economics, March 1987.

McManus, Walter; Gould, William; and Welch, Finis. "Earnings of Hispanic Men: The Role of English Language Proficiency." *Journal of Labor Economics* 1 (April 1983): 101–30.

Maddala, G. S. *Limited-dependent and Qualitative Variables in Econometrics.* Cambridge: Cambridge University Press, 1983.

North, David. "Immigrants and the American Labor Market." RD Monograph no. 31. Washington, D.C.: Department of Labor, 1974.

Piore, Michael. *Birds of Passage.* Cambridge: Cambridge University Press, 1979.

Portes, Alejandro. "Modes of Incorporation and Present Theories of Labor Immigration" in *Global Trends in Migration: Theory and Research on International Population Movements,* by Mary Kritz et al. Staten Island, N.Y.: Center for Migration Studies, 1981.

Portes, Alejandro, and Bach, Robert L. "Immigrant Earnings: Determinants of Economic Attainment among Cuban and Mexican Immigrants in the United States." *International Migration Review* 14 (Autumn 1980): 315–41.

Reimers, Cordelia W. "Labor Market Discrimination against Hispanic and Black Men." *Review of Economics and Statistics* 65 (November 1984): 570–79.

Shapiro, Carl, and Stiglitz, Joseph E. "Equilibrium Unemployment as a Worker Discipline Device." *American Economic Review* 74 (June 1984): 433–44.

Wilson, Kenneth L., and Portes, Alejandro. "Immigrant Enclaves: An Analysis of the Labor Market Experiences of Cubans in Miami." *American Journal of Sociology* 86 (September 1980): 295–319.

Copyright © 2001 All Rights Reserved