

**Table PINC-04.  Educational Attainment--People 18 Years Old and Over, by Total Money Earnings in 2004, Age, Race, Hispanic Origin and Sex. (Source:  U.S. Census Bureau, Current Population Survey, 2005 Annual Social and Economic Supplement.  Number in thousands. People 18 years old and over as of March of the following year.)**

Male - All Races (Year-Round, Full-Time)

**EXHIBIT A-7**

**EXHIBIT Pacey 7/13/06 COFFMAN REPORTING**

| Age | Total | Less than 9th grade | 9th to 12th grade (no diploma) | H.S. grad (includes equivalency) | Some college, no degree | Associates degree | College Total | Bachelor's degree | Master's degree | Professional degree | Doctorate degree |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number with Earnings (in thousands)** | | | | | | | | | | | |
| Total | 60,025 | 2,643 | 4,060 | 19,079 | 10,277 | 5,220 | 18,747 | 12,093 | 4,251 | 1,311 | 1,093 |
| Under 65 | 58,955 | 2,517 | 3,947 | 18,654 | 10,030 | 5,142 | 18,303 | 11,821 | 4,123 | 1,230 | 1,029 |
| 18-24 years | 4,560 | 217 | 592 | 2,012 | 1,023 | 307 | 409 | 391 | 8 | 5 | 5 |
| 25-34 years | 14,109 | 663 | 1,133 | 4,339 | 2,507 | 1,262 | 4,206 | 3,167 | 739 | 199 | 101 |
| 25-29 years | 6,659 | 320 | 580 | 2,192 | 1,214 | 562 | 1,791 | 1,445 | 252 | 72 | 21 |
| 30-34 years | 7,450 | 343 | 553 | 2,146 | 1,293 | 701 | 2,415 | 1,721 | 487 | 127 | 80 |
| 35-44 years | 16,546 | 706 | 1,041 | 5,280 | 2,629 | 1,536 | 5,354 | 3,528 | 1,206 | 373 | 247 |
| 35-39 years | 7,923 | 359 | 554 | 2,446 | 1,284 | 686 | 2,596 | 1,713 | 575 | 188 | 119 |
| 40-44 years | 8,622 | 347 | 486 | 2,835 | 1,346 | 850 | 2,758 | 1,816 | 630 | 184 | 128 |
| 45-54 years | 15,255 | 868 | 749 | 4,837 | 2,556 | 1,382 | 5,164 | 3,091 | 1,354 | 398 | 321 |
| 45-49 years | 8,320 | 298 | 476 | 2,742 | 1,392 | 752 | 2,660 | 1,609 | 653 | 236 | 162 |
| 50-54 years | 6,935 | 271 | 273 | 2,095 | 1,169 | 630 | 2,504 | 1,481 | 701 | 163 | 159 |
| 55-64 years | 8,023 | 364 | 432 | 2,186 | 1,316 | 654 | 3,070 | 1,644 | 815 | 256 | 355 |
| 55-59 years | 5,183 | 217 | 249 | 1,405 | 883 | 435 | 1,994 | 1,078 | 528 | 175 | 212 |
| 60-64 years | 2,839 | 146 | 183 | 781 | 434 | 219 | 1,077 | 566 | 287 | 80 | 143 |
| 65 years and over | 1,533 | 126 | 113 | 425 | 246 | 78 | 544 | 272 | 128 | 80 | 64 |
| 65-74 years | 1,271 | 93 | 95 | 361 | 204 | 72 | 446 | 232 | 93 | 66 | 56 |
| 65-69 years | 900 | 61 | 68 | 270 | 125 | 64 | 312 | 153 | 73 | 46 | 37 |
| 70-74 years | 371 | 32 | 27 | 91 | 79 | 8 | 134 | 76 | 19 | 19 | 19 |
| 75 years and over | 261 | 33 | 18 | 64 | 42 | (B) | 97 | 40 | 35 | 15 | 8 |
| **Mean Earnings (dollars)** | | | | | | | | | | | |
| Total | 54,044 | 25,169 | 29,768 | 39,117 | 47,160 | 48,724 | 83,819 | 71,267 | 92,211 | 147,437 | 113,763 |
| Under 65 | 53,877 | 23,938 | 29,866 | 39,089 | 46,885 | 48,667 | 83,700 | 71,477 | 92,568 | 145,690 | 114,534 |
| 18-24 years | 25,913 | 17,744 | 24,174 | 25,919 | 26,835 | 27,691 | 34,080 | 33,899 | (B) | (B) | (B) |
| 25-34 years | 41,766 | 21,356 | 27,270 | 33,100 | 40,459 | 41,909 | 58,498 | 55,599 | 62,979 | 82,812 | 70,815 |
| 25-29 years | 36,807 | 19,901 | 26,513 | 31,059 | 36,639 | 36,997 | 50,256 | 49,203 | 52,817 | (B) | 70,813 |
| 30-34 years | 46,197 | 23,066 | 28,820 | 35,201 | 44,044 | 45,047 | 64,610 | 60,859 | 68,235 | 97,027 | 72,333 |
| 35-44 years | 58,967 | 25,864 | 30,921 | 42,391 | 51,911 | 51,448 | 90,751 | 78,422 | 105,985 | 144,886 | 110,845 |
| 35-39 years | 56,120 | 25,536 | 30,418 | 42,893 | 50,170 | 48,922 | 85,186 | 72,463 | 99,012 | 126,050 | 93,237 |
| 40-44 years | 61,583 | 26,203 | 31,495 | 41,958 | 53,666 | 53,481 | 97,868 | 84,044 | 112,351 | 164,121 | 127,253 |
| 45-54 years | 62,612 | 25,098 | 33,907 | 44,123 | 52,818 | 53,272 | 95,663 | 80,301 | 103,083 | 166,353 | 126,764 |
| 45-49 years | 61,984 | 23,674 | 34,283 | 45,029 | 52,728 | 53,857 | 95,844 | 81,375 | 98,391 | 168,899 | 123,062 |
| 50-54 years | 63,405 | 26,663 | 33,251 | 42,037 | 55,115 | 52,575 | 95,472 | 79,135 | 107,460 | 138,262 | 130,594 |
| 55-64 years | 63,583 | 26,456 | 34,664 | 43,966 | 52,763 | 55,312 | 92,423 | 79,623 | 82,661 | 168,776 | 119,146 |
| 55-59 years | 64,177 | 26,032 | 36,632 | 43,358 | 52,099 | 55,398 | 93,693 | 77,406 | 83,975 | 198,360 | 119,089 |
| 60-64 years | 62,499 | 27,099 | 31,714 | 45,062 | 54,116 | 55,142 | 90,070 | 83,844 | 83,920 | 104,070 | 119,290 |
| 65 years and over | 60,423 | 49,765 | 26,270 | 40,526 | 38,342 | 82,450 | 87,784 | 62,156 | 80,701 | 175,195 | (B) |
| 65-74 years | 60,585 | 33,665 | 25,360 | 40,712 | 62,085 | (B) | 90,290 | 61,995 | 83,079 | (B) | (B) |
| 65-69 years | 60,770 | (B) | (B) | 38,846 | 67,761 | (B) | 91,339 | 61,697 | (B) | (B) | (B) |
| 70-74 years | 60,138 | (B) | (B) | 47,474 | 53,173 | (B) | 87,846 | 62,724 | (B) | (B) | (B) |
| 75 years and over | 59,034 | (B) | (B) | (B) | (B) | (B) | 76,308 | (B) | (B) | (B) | (B) |
| **Standard Error of the Mean (dollars)** | | | | | | | | | | | |
| Total | 311 | 819 | 744 | 344 | 501 | 554 | 798 | 746 | 2,049 | 4,351 | 4,417 |
| Under 65 | 310 | 441 | 764 | 345 | 473 | 546 | 806 | 757 | 2,075 | 4,471 | 4,369 |
| 18-24 years | 771 | 631 | 3,223 | 1,368 | 817 | 1,205 | 1,200 | 1,210 | (B) | (B) | (B) |
| 25-34 years | 330 | 547 | 1,355 | 538 | 599 | 853 | 776 | 898 | 1,516 | 4,610 | 5,041 |
| 25-29 years | 406 | 596 | 1,526 | 450 | 718 | 860 | 1,094 | 1,265 | 2,165 | (B) | (B) |
| 30-34 years | 502 | 889 | 2,266 | 501 | 1,074 | 1,351 | 1,060 | 1,246 | 1,085 | 6,056 | 6,150 |
| 35-44 years | 656 | 831 | 711 | 719 | 1,107 | 1,099 | 1,674 | 1,501 | 5,056 | 7,833 | 8,177 |
| 35-39 years | 814 | 761 | 992 | 1,410 | 1,502 | 1,692 | 1,923 | 2,018 | 3,210 | 8,372 | 6,961 |
| 40-44 years | 1,011 | 1,495 | 1,015 | 938 | 1,619 | 1,436 | 2,690 | 2,201 | 8,412 | 13,203 | 14,214 |
| 45-54 years | 680 | 703 | 1,799 | 743 | 1,092 | 1,070 | 1,635 | 1,869 | 3,890 | 8,684 | 8,255 |
| 45-49 years | 912 | 1,015 | 2,731 | 1,205 | 1,205 | 1,647 | 2,208 | 2,129 | 4,504 | 12,036 | 12,236 |
| 50-54 years | 1,019 | 954 | 1,293 | 684 | 1,918 | 1,282 | 2,422 | 2,011 | 6,230 | 12,153 | 11,346 |
| 55-64 years | 964 | 2,046 | 1,879 | 846 | 1,019 | 1,686 | 2,223 | 2,765 | 2,903 | 10,718 | 9,000 |
| 55-59 years | 1,183 | 1,029 | 3,088 | 894 | 1,232 | 2,157 | 2,728 | 3,019 | 3,328 | 14,577 | 7,375 |
| 60-64 years | 1,659 | 4,848 | 1,388 | 1,739 | 1,810 | 2,642 | 3,830 | 5,603 | 5,519 | 7,431 | 13,752 |
| 65 years and over | 2,629 | 14,284 | 1,612 | 3,014 | 8,060 | 8,912 | 3,337 | 4,326 | 12,758 | 18,269 | (B) |
| 65-74 years | 3,021 | 2,556 | 1,817 | 3,396 | 9,650 | (B) | 6,296 | 4,783 | 17,236 | (B) | (B) |
| 65-69 years | 3,589 | (B) | (B) | 2,009 | 13,422 | (B) | 7,291 | 4,775 | (B) | (B) | (B) |
| 70-74 years | 5,594 | (B) | (B) | 11,960 | 5,171 | (B) | 12,289 | 10,787 | (B) | (B) | (B) |
| 75 years and over | 7,701 | (B) | (B) | (B) | (B) | (B) | 7,296 | (B) | (B) | (B) | (B) |