
EXHIBIT A-8

# Life and Worklife Expectancies

Hugh Richards, M.S.

Jon R. Abele, Esq.


® Lawyers & Judges
Publishing Company, Inc.

tables using 1992–93 and 1994–95 data. Ciecka, Donley, Epstein and Goldman (1998) have also modified increment-decrement tables by incorporating mortality rates by smoking status. This book uses 1996–98 data and, for the first time, incorporates mortality rates by educational attainment. Chapters 9–12 discuss "conventional" model tables that incorporate the effects of education, ethnicity, smoking behavior, and occupation.

- Modified Worklife Expectancy: Earnings are evenly distributed over the years remaining until final separation from the labor force by assigning to each year a probability of being in the labor force equal to the number of years of worklife expectancy divided by the years to final separation (Boudreaux, 1983).

- Year-by-Year Losses: Losses in each year of remaining life are calculated using a formula that accounts for probabilities of survival and transition into and out of the labor force at the midpoint of each age (Becker & Alter, 1985).

- Simplified Year-by-Year Losses: Similar to Year-by-Year Losses but reduces the complexity of the formula by assuming that all changes occur at the beginning of the year.

- Life–Participation–Employment (LPE): The LPE method calculates earnings for each age, adjusting for the joint probabilities of living through that age (L), of participating in the labor force (P), and of being employed (E).

## 7.3 Choice of Tables

In addition to capacity/expectancy distinctions, there may be more than one table from which one can obtain a worklife expectancy estimate for an individual. For example, we might choose between a number of methodologies such as increment-decrement, conventional, LPE, and so forth for the expectancy measures. If we restrict ourselves to increment-decrement tables, we can use a table based on all active males, on active white males, or on active college-educated males. Some considerations include:

Match of cohort to individual: Data for an individual should be derived from the table most representative of the person's characteristics. For instance, data *should always be race/Hispanic origin and education specific.* In some instances, other characteristics might be quite important. Disability status, especially of those severely disabled, is a strong determinator of working behavior. Smoking status and occupation can also have significant impacts on worklife expectancies. Note, however, that estimates based on small sample sizes may have large standard errors, and confounding factors may reduce the reliability of both life and worklife estimates by smoking status for black and Hispanics.

Reliability of the sampled data to represent future trends (i.e. stability of the data): If there are strong indications that the sampled data for a subgroup of the population will not reflect their future experience, it might be preferable to use a larger, aggregated group. This issue is discussed at length in Chapter 16 and specifically calls into question some increment-decrement estimates for subpopulations.

Standard error: If the sample size is too small, the standard errors could become large enough to eliminate the advantages of using a model based on a small subpopulation.

Poorly defined cohort: Characteristics such as race and sex do not change over a lifetime, but other characteristics are less fixed. Examples are smoking status, not being disabled, English language proficiency of Hispanics, or occupation. Estimates based on characteristics that are not stable can have two potential problems. The first is that the observed samples contain significant crossover from one status to another and thus bias the estimates, or the samples may not represent working patterns that will remain stable into the future. The second is that the practitioner has to be aware that using these data carries the implicit assumption that the individual in question will not change to another status.

The following chapters examine various estimates and aspects of duration of working life. The first deals with the "increment-decrement" worklife expectancy model. Chapters 9 through 12 describe "conventional" model estimates, which deal with the effects of characteristics such as detailed educational levels, Hispanic origin, smoking status, and occupation. Chapter 13 discusses the LPE model. This is followed by the only capacity measure presented in this book—a chapter by Tamorah Hunt, Joyce Pickersgill and Herbert Rutemiller on median years to retirement.

The concluding chapters examine other topics affecting the duration of working life. Chapter 15 deals with a variety of issues: capacity versus expectancy, female labor force patterns, disability, and possible trends in future labor force participation. Strengths and weaknesses of some of the methodologies and scaling of "conventional" to "increment-decrement" estimates are presented in Chapter 16. Finally, Chap-

Table 9: Worklife expectancies of Hispanics by English language proficiency and selected educational categories, conventional methodology, 1990

| | Hispanic Males by English Language Proficiency | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | None | Poor | | | Good | | | Very Good | | | Only English | | |
| Age | <HS | <HS | HS | Some College | <HS | HS | Some College | <HS | HS | Some College | <HS | HS | Some College |
| 18 | 38.3 | 38.5 | 40.3 | 41.5 | 37.2 | 40.8 | 41.5 | 36.0 | 39.7 | 41.7 | 34.2 | 40.4 | 41.0 |
| 19 | 37.6 | 37.9 | 39.5 | 40.8 | 36.8 | 40.3 | 41.0 | 35.6 | 39.1 | 41.1 | 33.7 | 39.7 | 40.4 |
| 20 | 36.8 | 37.2 | 38.8 | 40.1 | 36.2 | 39.6 | 40.4 | 35.0 | 38.4 | 40.5 | 33.2 | 39.0 | 39.8 |
| 21 | 36.0 | 36.4 | 38.0 | 39.4 | 35.5 | 38.8 | 39.8 | 34.4 | 37.7 | 39.9 | 32.5 | 38.2 | 39.1 |
| 22 | 35.1 | 35.6 | 37.2 | 38.7 | 34.8 | 38.1 | 39.1 | 33.7 | 37.0 | 39.2 | 31.8 | 37.5 | 38.5 |
| 23 | 34.3 | 34.7 | 36.4 | 37.9 | 34.0 | 37.3 | 38.4 | 32.9 | 36.2 | 38.5 | 31.0 | 36.7 | 37.7 |
| 24 | 33.5 | 33.9 | 35.6 | 37.1 | 33.2 | 36.5 | 37.6 | 32.2 | 35.3 | 37.7 | 30.3 | 35.8 | 36.9 |
| 25 | 32.7 | 33.1 | 34.7 | 36.2 | 32.4 | 35.7 | 36.8 | 31.4 | 34.5 | 36.9 | 29.6 | 35.0 | 36.1 |
| 26 | 31.9 | 32.3 | 33.9 | 35.4 | 31.7 | 34.8 | 35.9 | 30.8 | 33.6 | 36.0 | 28.9 | 34.1 | 35.2 |
| 27 | 31.1 | 31.5 | 33.0 | 34.5 | 30.9 | 33.9 | 35.0 | 30.0 | 32.8 | 35.1 | 28.2 | 33.2 | 34.3 |
| 28 | 30.2 | 30.6 | 32.2 | 33.7 | 30.1 | 33.1 | 34.1 | 29.2 | 31.9 | 34.3 | 27.4 | 32.3 | 33.4 |
| 29 | 29.5 | 29.8 | 31.4 | 32.8 | 29.3 | 32.2 | 33.3 | 28.5 | 31.0 | 33.4 | 26.7 | 31.4 | 32.5 |
| 30 | 28.6 | 29.0 | 30.5 | 31.9 | 28.5 | 31.3 | 32.4 | 27.7 | 30.2 | 32.5 | 26.0 | 30.6 | 31.6 |
| 31 | 27.9 | 28.3 | 29.7 | 31.1 | 27.8 | 30.5 | 31.5 | 27.1 | 29.3 | 31.6 | 25.3 | 29.7 | 30.7 |
| 32 | 27.1 | 27.4 | 28.8 | 30.3 | 27.0 | 29.6 | 30.6 | 26.3 | 28.4 | 30.8 | 24.6 | 28.8 | 29.8 |
| 33 | 26.3 | 26.6 | 27.9 | 29.4 | 26.2 | 28.7 | 29.7 | 25.5 | 27.5 | 29.8 | 23.9 | 27.9 | 28.9 |
| 34 | 25.5 | 25.7 | 27.1 | 28.5 | 25.3 | 27.8 | 28.8 | 24.7 | 26.7 | 28.9 | 23.1 | 27.0 | 27.9 |
| 35 | 24.6 | 24.8 | 26.3 | 27.7 | 24.4 | 27.0 | 28.0 | 23.9 | 25.8 | 28.1 | 22.3 | 26.2 | 27.1 |
| 36 | 23.8 | 24.0 | 25.4 | 26.9 | 23.6 | 26.1 | 27.1 | 23.1 | 25.0 | 27.2 | 21.5 | 25.3 | 26.2 |
| 37 | 23.0 | 23.1 | 24.6 | 26.1 | 22.8 | 25.3 | 26.3 | 22.3 | 24.2 | 26.4 | 20.8 | 24.5 | 25.3 |
| 38 | 22.2 | 22.3 | 23.8 | 25.2 | 21.9 | 24.4 | 25.4 | 21.5 | 23.3 | 25.5 | 20.0 | 23.6 | 24.5 |
| 39 | 21.3 | 21.5 | 23.0 | 24.4 | 21.1 | 23.6 | 24.5 | 20.7 | 22.5 | 24.6 | 19.2 | 22.7 | 23.6 |
| 40 | 20.6 | 20.7 | 22.2 | 23.6 | 20.3 | 22.8 | 23.7 | 20.0 | 21.7 | 23.8 | 18.5 | 21.9 | 22.8 |
| 41 | 19.8 | 19.9 | 21.5 | 22.8 | 19.5 | 22.0 | 22.9 | 19.2 | 20.9 | 23.0 | 17.8 | 21.2 | 22.0 |
| 42 | 18.9 | 19.0 | 20.7 | 21.9 | 18.6 | 21.2 | 22.1 | 18.3 | 20.1 | 22.1 | 17.0 | 20.3 | 21.1 |
| 43 | 18.1 | 18.1 | 19.9 | 21.1 | 17.8 | 20.4 | 21.2 | 17.6 | 19.2 | 21.3 | 16.2 | 19.5 | 20.2 |
| 44 | 17.3 | 17.3 | 19.2 | 20.4 | 17.0 | 19.6 | 20.4 | 16.8 | 18.4 | 20.4 | 15.5 | 18.7 | 19.4 |
| 45 | 16.4 | 16.5 | 18.4 | 19.6 | 16.2 | 18.8 | 19.6 | 16.0 | 17.6 | 19.6 | 14.8 | 17.9 | 18.5 |
| 46 | 15.6 | 15.7 | 17.7 | 18.8 | 15.4 | 18.0 | 18.8 | 15.2 | 16.8 | 18.8 | 14.1 | 17.1 | 17.7 |
| 47 | 14.8 | 14.9 | 16.9 | 18.0 | 14.6 | 17.2 | 18.0 | 14.4 | 15.9 | 17.9 | 13.4 | 16.3 | 16.8 |
| 48 | 14.0 | 14.1 | 16.1 | 17.2 | 13.8 | 16.3 | 17.1 | 13.6 | 15.1 | 17.1 | 12.6 | 15.4 | 15.9 |
| 49 | 13.2 | 13.3 | 15.3 | 16.3 | 13.0 | 15.5 | 16.3 | 12.8 | 14.2 | 16.2 | 11.9 | 14.6 | 15.0 |
| 50 | 12.4 | 12.5 | 14.5 | 15.5 | 12.2 | 14.6 | 15.5 | 12.0 | 13.4 | 15.3 | 11.2 | 13.8 | 14.2 |
| 51 | 11.7 | 11.7 | 13.7 | 14.7 | 11.5 | 13.8 | 14.7 | 11.3 | 12.6 | 14.5 | 10.5 | 13.0 | 13.4 |
| 52 | 10.9 | 10.9 | 13.0 | 13.9 | 10.7 | 13.0 | 13.9 | 10.5 | 11.8 | 13.7 | 9.8 | 12.1 | 12.5 |
| 53 | 10.2 | 10.1 | 12.2 | 13.1 | 9.9 | 12.2 | 13.0 | 9.8 | 11.0 | 12.9 | 9.1 | 11.3 | 11.7 |
| 54 | 9.4 | 9.4 | 11.4 | 12.4 | 9.2 | 11.4 | 12.3 | 9.0 | 10.2 | 12.1 | 8.4 | 10.5 | 10.9 |
| 55 | 8.7 | 8.6 | 10.6 | 11.6 | 8.4 | 10.6 | 11.4 | 8.3 | 9.5 | 11.2 | 7.7 | 9.7 | 10.1 |
| 56 | 8.0 | 7.9 | 9.9 | 10.9 | 7.6 | 9.9 | 10.6 | 7.5 | 8.7 | 10.5 | 7.0 | 9.0 | 9.3 |
| 57 | 7.3 | 7.2 | 9.1 | 10.1 | 6.9 | 9.1 | 9.8 | 6.8 | 8.0 | 9.6 | 6.4 | 8.2 | 8.5 |
| 58 | 6.6 | 6.6 | 8.3 | 9.3 | 6.2 | 8.4 | 9.0 | 6.1 | 7.2 | 8.9 | 5.7 | 7.5 | 7.7 |
| 59 | 5.9 | 5.9 | 7.6 | 8.5 | 5.5 | 7.7 | 8.2 | 5.5 | 6.5 | 8.1 | 5.1 | 6.8 | 7.0 |
| 60 | 5.2 | 5.2 | 6.8 | 7.8 | 4.9 | 7.0 | 7.5 | 4.8 | 5.8 | 7.3 | 4.5 | 6.1 | 6.2 |
| 61 | 4.6 | 4.6 | 6.1 | 7.0 | 4.3 | 6.3 | 6.8 | 4.3 | 5.1 | 6.6 | 3.9 | 5.5 | 5.5 |
| 62 | 4.0 | 4.0 | 5.5 | 6.2 | 3.7 | 5.6 | 6.2 | 3.7 | 4.5 | 6.0 | 3.5 | 4.9 | 4.9 |
| 63 | 3.5 | 3.5 | 4.9 | 5.5 | 3.2 | 5.0 | 5.5 | 3.3 | 4.0 | 5.4 | 3.0 | 4.3 | 4.3 |
| 64 | 3.0 | 3.0 | 4.3 | 4.9 | 2.8 | 4.5 | 4.9 | 2.9 | 3.5 | 4.9 | 2.6 | 3.9 | 3.8 |
| 65 | 2.6 | 2.6 | 3.8 | 4.3 | 2.4 | 4.0 | 4.4 | 2.5 | 3.2 | 4.5 | 2.3 | 3.5 | 3.3 |
| 66 | 2.2 | 2.3 | 3.4 | 3.7 | 2.1 | 3.6 | 3.9 | 2.3 | 2.9 | 4.1 | 2.0 | 3.2 | 3.0 |
| 67 | 1.9 | 2.0 | 3.0 | 3.2 | 1.9 | 3.2 | 3.4 | 2.0 | 2.6 | 3.7 | 1.8 | 2.9 | 2.7 |
| 68 | 1.6 | 1.8 | 2.6 | 2.7 | 1.7 | 2.8 | 3.0 | 1.8 | 2.4 | 3.3 | 1.6 | 2.7 | 2.4 |
| 69 | 1.4 | 1.6 | 2.3 | 2.2 | 1.5 | 2.5 | 2.6 | 1.6 | 2.2 | 3.0 | 1.4 | 2.5 | 2.2 |
| 70 | 1.2 | 1.4 | 2.0 | 1.9 | 1.3 | 2.3 | 2.3 | 1.5 | 2.0 | 2.7 | 1.2 | 2.3 | 2.1 |
| 71 | 1.0 | 1.2 | 1.7 | 1.6 | 1.2 | 2.0 | 2.0 | 1.3 | 1.8 | 2.4 | 1.1 | 2.2 | 1.9 |
| 72 | 0.9 | 1.0 | 1.5 | 1.4 | 1.1 | 1.7 | 1.7 | 1.2 | 1.6 | 2.1 | 0.9 | 2.0 | 1.7 |
| 73 | 0.7 | 0.9 | 1.2 | 1.2 | 0.9 | 1.5 | 1.4 | 1.0 | 1.5 | 1.8 | 0.9 | 1.8 | 1.5 |
| 74 | 0.6 | 0.8 | 1.1 | 1.1 | 0.9 | 1.3 | 1.1 | 0.9 | 1.3 | 1.6 | 0.8 | 1.6 | 1.3 |
| 75 | 0.5 | 0.7 | 1.0 | 1.0 | 0.8 | 1.2 | 0.9 | 0.9 | 1.2 | 1.5 | 0.7 | 1.5 | 1.2 |

* Calculated from aggregated data. Sources: see Chapter 10.