

EXHIBIT A-9

# The New Worklife Expectancy Tables

**Revised 2006**

By Gender, Level of Educational Attainment, and Level of Disability

A.M. Gamboa, Jr., Ph.D., MBA
David S. Gibson, MBA, CPA

**vocational econometrics inc**

The New Worklife Expectancy Tables

The Tables 63

## Table 1 Worklife Expectancies for Males, Less Than High School

Gender: Males  Education: Less Than High School

| Age | Not Disabled | Current Population Survey ||| Not Disabled | American Community Survey ||||
|---|---|---|---|---|---|---|---|---|---|
| | | All Persons | All Not Severe Disabled | All Disabled | Severely Disabled | | All Persons | Physical Only | Physical Severe | Cognit. Only | Cognit. Severe |

| Age | Not Disabled | All Persons | Not Severe Disabled | All Disabled | Severely Disabled | Not Disabled | All Persons | Physical Only | Physical Severe | Cognit. Only | Cognit. Severe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 36.6 | 30.1 | 26.8 | 7.9 | 3.4 | 35.5 | 31.1 | 18.6 | 4.6 | 18.9 | 5.6 |
| 17 | 36.3 | 29.8 | 26.5 | 7.7 | 3.3 | 35.2 | 30.8 | 18.4 | 4.6 | 18.7 | 5.6 |
| 18 | 35.9 | 29.4 | 26.1 | 7.5 | 3.3 | 35.0 | 30.5 | 18.2 | 4.5 | 18.4 | 5.5 |
| 19 | 35.5 | 29.1 | 25.8 | 7.4 | 3.2 | 34.7 | 30.3 | 18.0 | 4.5 | 18.2 | 5.5 |
| 20 | 35.2 | 28.7 | 25.4 | 7.2 | 3.1 | 34.4 | 30.0 | 17.7 | 4.5 | 18.0 | 5.4 |
| 21 | 34.8 | 28.4 | 25.1 | 7.1 | 3.0 | 33.8 | 29.4 | 17.2 | 4.4 | 17.6 | 5.3 |
| 22 | 34.5 | 28.0 | 24.7 | 6.9 | 2.9 | 33.1 | 28.7 | 16.7 | 4.3 | 17.2 | 5.2 |
| 23 | 34.1 | 27.6 | 24.4 | 6.7 | 2.8 | 32.5 | 28.1 | 16.2 | 4.2 | 16.8 | 5.1 |
| 24 | 33.8 | 27.3 | 24.0 | 6.6 | 2.7 | 31.8 | 27.5 | 15.7 | 4.1 | 16.5 | 5.0 |
| 25 | 33.4 | 26.9 | 23.7 | 6.4 | 2.6 | 31.1 | 26.9 | 15.2 | 4.0 | 16.1 | 4.9 |
| 26 | 32.6 | 26.2 | 23.1 | 6.2 | 2.5 | 30.4 | 26.1 | 14.8 | 3.9 | 15.7 | 4.7 |
| 27 | 31.8 | 25.5 | 22.4 | 6.0 | 2.4 | 29.6 | 25.4 | 14.4 | 3.8 | 15.3 | 4.6 |
| 28 | 31.0 | 24.7 | 21.8 | 5.8 | 2.3 | 28.9 | 24.7 | 14.0 | 3.7 | 14.9 | 4.5 |
| 29 | 30.2 | 24.0 | 21.1 | 5.6 | 2.2 | 28.1 | 23.9 | 13.6 | 3.6 | 14.5 | 4.3 |
| 30 | 29.4 | 23.3 | 20.4 | 5.4 | 2.2 | 27.3 | 23.2 | 13.2 | 3.5 | 14.1 | 4.2 |
| 31 | 28.6 | 22.5 | 19.8 | 5.3 | 2.1 | 26.5 | 22.5 | 12.7 | 3.3 | 13.8 | 4.1 |
| 32 | 27.8 | 21.8 | 19.1 | 5.1 | 2.0 | 25.8 | 21.7 | 12.3 | 3.2 | 13.4 | 3.9 |
| 33 | 27.0 | 21.0 | 18.5 | 4.9 | 1.9 | 25.0 | 21.0 | 11.8 | 3.1 | 13.0 | 3.8 |
| 34 | 26.3 | 20.3 | 17.8 | 4.7 | 1.8 | 24.2 | 20.2 | 11.4 | 3.0 | 12.6 | 3.6 |
| 35 | 25.5 | 19.6 | 17.2 | 4.5 | 1.7 | 23.4 | 19.5 | 10.9 | 2.9 | 12.3 | 3.5 |
| 36 | 24.6 | 18.9 | 16.6 | 4.3 | 1.6 | 22.6 | 18.8 | 10.5 | 2.8 | 11.8 | 3.4 |
| 37 | 23.8 | 18.1 | 16.0 | 4.2 | 1.5 | 21.8 | 18.0 | 10.1 | 2.7 | 11.4 | 3.3 |
| 38 | 23.0 | 17.4 | 15.4 | 4.0 | 1.5 | 21.1 | 17.3 | 9.7 | 2.6 | 11.0 | 3.1 |
| 39 | 22.2 | 16.7 | 14.8 | 3.8 | 1.4 | 20.3 | 16.6 | 9.3 | 2.5 | 10.6 | 3.0 |
| 40 | 21.4 | 16.0 | 14.2 | 3.7 | 1.3 | 19.5 | 15.9 | 8.9 | 2.4 | 10.2 | 2.9 |
| 41 | 20.5 | 15.3 | 13.6 | 3.5 | 1.2 | 18.7 | 15.2 | 8.5 | 2.3 | 9.8 | 2.7 |
| 42 | 19.7 | 14.6 | 13.0 | 3.4 | 1.2 | 18.0 | 14.5 | 8.1 | 2.2 | 9.4 | 2.6 |
| 43 | 18.9 | 14.0 | 12.4 | 3.2 | 1.1 | 17.2 | 13.8 | 7.7 | 2.1 | 9.0 | 2.5 |
| 44 | 18.1 | 13.3 | 11.8 | 3.1 | 1.0 | 16.5 | 13.2 | 7.4 | 2.0 | 8.6 | 2.4 |
| 45 | 17.3 | 12.6 | 11.2 | 2.9 | 0.9 | 15.7 | 12.5 | 7.0 | 1.9 | 8.2 | 2.2 |