# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO: Docketing

DATE: January 5, 2007

FROM: Boyd N. Boland
United States Magistrate Judge

SUBJECT: Case No.: 05-cv-00377-WDM-BNB
Case Name: Carranza-Reyes v. park County

A Settlement Conference was held today. No settlement was reached.

Settlement Conference and preparation time: 3 hours.

Settlement Conference concluded: Yes

Record Made: No