IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

   Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

   Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT
FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT
FROM DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, AND MONTE GORE
And Proposed Order**

---

Plaintiff, Moises Carranza-Reyes, by and through his counsel, Bill Trine of Trine & Metcalf, P.C., hereby submits this Unopposed Motion to Exceed Page Limit for Response to Motion for Summary Judgment as follows:

1. By Court order dated December 18, 2006, the Park County Defendants were permitted to exceed the twenty (20) page limit on opening briefs filed in support of Motions for Summary Judgment. The Park County Defendants then electronically filed a 54-page Motion on December 13, 2006.

1

2. In support of the Unopposed Motion to Exceed Page Limits, the Park County Defendants explained that the underlying factual predicate of this case is quite complicated and the Motion involves three difference Defendants. Further, because of the complicated legal and factual issues presented, the Defendants have no objection to the Plaintiff filing a brief in excess of the twenty pages normally allowed by this Court for summary judgment response briefs.

3. The Park County Defendants did not fully set forth the facts which support Plaintiff's claims against the Park County Defendants, making it necessary that the Plaintiff supplement those facts. Because discovery in this matter was extensive and resulted in the depositions of more than 30 individuals and the production of several thousand pages of documents, it is necessary that Plaintiff identify the facts, both in dispute and undisputed, which support Plaintiff's claims.

WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests this Court to allow him to file an oversized response to the Motion for Summary Judgment and accept the accompanying Response to the Park County Defendants' Motion for Summary Judgment for filing with this Court, and for all other and further relief as this Court deems just and appropriate.

Dated this _12th_ day of January, 2007.

Respectfully submitted,

By: /s/ William A. Trine, Esq.
William A. Trine, #577
Trine & Metcalf, PC
1435 Arapahoe Avenue
Boulder Colorado 80302-6390
(303) 442-0173

Joseph J. Archuleta, #19426
Joseph J. Archuleta and Associates
1724 Ogden Street
Denver Colorado 80218

2

(303) 837-1642

Lloyd C. Kordick, #6298  
Lloyd C. Kordick & Associates  
805 S. Cascade Avenue  
Colorado Springs Colorado 80903  
(719) 475-8460

Adele Kimmel, Esq.  
Trial Lawyers for Public Justice  
1717 Massachusetts Avenue, N.W.  
Suite 800  
Washington, D.C. 20030  
(202) 797-8600

Attorneys for Plaintiff

## CERTIFICATE OF MAILING/SERVICE

The undersigned hereby certifies that on this _12th_ day January, 2007, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, Colorado 80218-1018
*Co-Counsel for Plaintiff*

Lloyd C. Kordick,
Attorney at Law
805 S. Cascade
Colorado Springs, CO 80903
*Co-Counsel for Plaintiff*

Adele P. Kimmel
Richard H. Frankel
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th Street, Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener, and Monte Gore*

Josh A. Marks
Berg, Hill, Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO 80302
*Counsel for Defendant Vicki Paulsen*

/s/ Elizabeth Peach

4