IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

      Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

      Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO EXCEED PAGE LIMIT
FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT
FROM DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, AND MONTE GORE**

---

This matter comes before the Court on the Unopposed Motion to Exceed Page Limit for Plaintiff's Response to Motion for Summary Judgment from Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore. Having reviewed the Motion, and being fully advised, the Court hereby grants this Motion. Plaintiff's Response to Motion for Summary Judgment from Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore is accepted for filing by this Court.

Dated this _____ day of January, 2007.

                                                                                                 _____

                                                                                                 Walker D. Miller
                                                                                                 United States District Judge