## PARK COUNTY SHERIFF'S OFFICE

## POLICY AND PROCEDURE MANUAL

| Effective Date: 11-01-00 | Approval: | Number: J-108-A |
|---|---|---|
| Subject: Inmate Sleeping Areas | | |
| Reference: ACA | | Standard: 3-4128 |
| Chapter: Eight | Reevaluation Date: | No. Pages: |

**PURPOSE:**
To ensure inmates are housed in sleeping areas that are safe, clean, with proper lighting and heating.

**DEFINITIONS:**
None.

**POLICY:**
It is the policy of the Sheriff's office that inmates are housed in cell or dormitory sleeping areas that provide at least 80 square feet of total living space per occupant. Proper lighting both artificial and natural.

**PROCEDURES:**
Lighting is inmate housing units is at least 20 foot candles at desk level and in personal grooming areas.



EXHIBIT
1

PARK 1450
REYES

## PARK COUNTY SHERIFF'S OFFICE

## POLICY AND PROCEDURE MANUAL

| Effective Date: 11-01-00 | Approval: | | Number: J-108-B | |
|---|---|---|---|---|
| Subject: Housing Area Furnishings | | | | |
| Reference: None | | | Standard: | |
| Chapter: Eight | | Reevaluation Date: | | No. Pages: |

**PURPOSE:**
   To ensure each inmates has a proper sleeping area with furnishings that provide some comfort yet are fire resistant.

**DEFINITIONS:**
   None.

**POLICY:**
   It is the policy of the Sheriff's office that each inmate confined to a cell, room or dormitory for 10 or more hours daily is provided a sleeping area with a bed, mattress; a writing surface and proximate area to sit; storage for clothing and personal items. Toilet and hand-washing facilities are in-cell and available 24 hours a day.

**PROCEDURES:**
   The only allowable items of furnishings are indicated in the policy above. Any other items such as cardboard boxes, milk trays, homemade stands, etc, will be considered contraband and will be removed from the sleeping unit.

   All sleeping areas will be kept clean, neat and orderly with beds made upon rising. Excess magazines, newspaper, or other burnable items will not be allowed in the sleeping areas.

PARK COUNTY SHERIFF'S OFFICE

POLICY AND PROCEDURE MANUAL

| Effective Date: 11-01-00 | Approval: | Number: J-108-C |
|---|---|---|
| Subject: Inmate Housing – Showers | | |
| Reference: ACA | | Standard: 3-4134 |
| Chapter: Eight | Reevaluation Date: | No. Pages: |

**PURPOSE:**
To provide shower facilities for all inmates housed in the jail facility.

**DEFINITIONS:**
None.

**POLICY:**
It is the policy of the Sheriff's Office to ensure that all inmates in the jail facility have the opportunity to shower daily. All showering units will be maintained at 105° Fahrenheit to prevent the danger of scalding.

Indigent inmates will be provided appropriate hygiene items to maintain a clean and healthy body. Those inmates who can afford it may purchase hygiene items through the jail commissary.

**PROCEDURES:**
None.

PARK 1452
REYES