

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLORADO

3

4     Case No. 05-cv-377-WDM-BNB

5     _____

6     DEPOSITION OF EDWARD ALLEN          August 23, 2006

7     _____

8     MOISES CARRANZA-REYES,

                    Plaintiff,

9

      vs.

10

11    PARK COUNTY, a Public Entity of the State of
      Colorado and Governing Board, and

12    THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, and

13    PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the
      State of Colorado, and

14

15    FRED WEGENER, Individually and in his Capacity as
      Sheriff of Park County, Colorado, and

16    MONTE GORE, Individually and in his Capacity as
      Captain of Park County Sheriff's Department, and

17

18    VICKI PAULSEN, Individually and in her Official
      Capacity as Registered Nurse for Park County,
      Colorado, and

19

20    JAMES BACHMAN, M.D., Individually and in his
      Official Capacity as Medical Director of the Park
      County Jail,

21

22                    Defendants.

23    _____

24

25

EXHIBIT
4
PENGAD 800-631-6989

37

| | | |
|---|---|---|
| 00:41 | 1 | talking to a deputy while you're exchanging keys, to |
| 00:41 | 2 | know what was going on.  The sergeant got the |
| 00:41 | 3 | formal, we got the informal, which was probably the |
| 00:41 | 4 | best because they knew what was really going on. |
| 00:41 | 5 | Q.   The other deputies did? |
| 00:41 | 6 | A.   Yes, sir. |
| 00:41 | 7 | Q.   Because the sergeant was typically mostly |
| 00:41 | 8 | in the master control; is that right? |
| 00:41 | 9 | A.   Correct. |
| 00:41 | 10 | Q.   Do you ever remember reviewing any |
| 00:41 | 11 | policies and procedures of the Park County Jail? |
| 00:41 | 12 | A.   No, sir. |
| 00:41 | 13 | Q.   Do you ever remember reviewing an inmate |
| 00:41 | 14 | handbook? |
| 00:41 | 15 | A.   No, sir. |
| 00:41 | 16 | Q.   Was there anything that was given to the |
| 00:41 | 17 | inmates when they arrived at the jail in terms of a |
| 00:42 | 18 | handbook or any description of their policies and |
| 00:42 | 19 | procedures that they had to follow? |
| 00:42 | 20 | A.   No, sir.  The only thing that I can |
| 00:42 | 21 | remember any inmates receiving would be the boot |
| 00:42 | 22 | camp inmates, and they had some literature from the |
| 00:42 | 23 | DOC as to -- the DOC procedures for when they would |
| 00:42 | 24 | arrive at Buena Vista, or what they might have |
| 00:42 | 25 | brought in from other facilities that they had with |

38

| | | |
|---|---|---|
| 00:42 | 1 | them.  We didn't give them anything other than the |
| 00:42 | 2 | health screening deal that they filled out, and of |
| 00:42 | 3 | course if they come in from another facility |
| 00:42 | 4 | stateside we didn't have to do that because that was |
| 00:42 | 5 | already taken care of. |
| 00:42 | 6 | Q.   Okay.  When you talk about boot camp |
| 00:42 | 7 | inmates, what are you talking about? |
| 00:42 | 8 | A.   DOC inmates that were being held by |
| 00:42 | 9 | contract to go to Buena Vista, for their boot camp |
| 00:42 | 10 | that they had set up with DOC. |
| 00:42 | 11 | Q.   So am I understanding right that these |
| 00:43 | 12 | inmates would get processed through DRDC, come to |
| 00:43 | 13 | Park County, and wait for space at the boot camp of |
| 00:43 | 14 | Buena Vista? |
| 00:43 | 15 | A.   Most generally that's how it worked, yes, |
| 00:43 | 16 | sir. |
| 00:43 | 17 | Q.   Okay.  And DRDC is the Denver Reception |
| 00:43 | 18 | and Diagnostic Center? |
| 00:43 | 19 | A.   Correct. |
| 00:43 | 20 | Q.   Where were the DOC inmates that you just |
| 00:43 | 21 | described housed in the Park County Jail? |
| 00:43 | 22 | A.   Well, they would move to several |
| 00:43 | 23 | different places.  They started out in D-Block and |
| 00:43 | 24 | then they moved them over to A and put the INS in |
| 00:43 | 25 | D.  And then when I left, the boot camp was in the |

39

| | | |
|---|---|---|
| 00:43 | 1 | C-Block -- or excuse me, B. |
| 00:43 | 2 | Q.   Was there any construction or expansion |
| 00:43 | 3 | of the Park County Jail at the time that you were |
| 00:43 | 4 | there? |
| 00:43 | 5 | A.   No, sir. |
| 00:43 | 6 | Q.   Okay.  What I want to do now, Mr. Allen, |
| 00:44 | 7 | is ask you some specific questions about your |
| 00:44 | 8 | statement, okay? |
| 00:44 | 9 | A.   Okay. |
| 00:44 | 10 | Q.   You understand that -- well, let me ask |
| 00:44 | 11 | it as a better question.  Do you understand that |
| 00:44 | 12 | Mr. Carranza-Reyes was in the Park County Jail from |
| 00:44 | 13 | March 1st, 2003 through March 8th, 2003? |
| 00:44 | 14 | A.   Yes, sir. |
| 00:44 | 15 | Q.   Okay.  Do you know which of those days |
| 00:44 | 16 | you were working? |
| 00:44 | 17 | A.   I wasn't there the 1st.  My days off were |
| 00:45 | 18 | Friday and Saturday.  I don't think I came in |
| 00:45 | 19 | contact with him until probably he had been there a |
| 00:45 | 20 | day or maybe two before.  Well, my first day would |
| 00:45 | 21 | have been the first contact I would have had with |
| 00:45 | 22 | him, if I had even visited with him personally.  I |
| 00:45 | 23 | know I did visit with him and his brother, but he |
| 00:45 | 24 | had been there several days by then. |
| 00:45 | 25 | Q.   Okay.  Take a look at page 5 of your |

40

| | | |
|---|---|---|
| 00:45 | 1 | statement.  At the fifth sort of entry where it says |
| 00:45 | 2 | LK, and then it says, "Can you tell me when these |
| 00:45 | 3 | pods -- how big was D-Pod?"  Do you see where I'm |
| 00:46 | 4 | at? |
| 00:46 | 5 | A.   Can I tell you how big D-Pod was, yes, |
| 00:46 | 6 | sir. |
| 00:46 | 7 | Q.   And then you say, "Originally it was an |
| 00:46 | 8 | 18-man unit." |
| 00:46 | 9 | A.   Correct. |
| 00:46 | 10 | Q.   How do you know it was originally an |
| 00:46 | 11 | 18-man unit? |
| 00:46 | 12 | A.   Well, two things.  They had 18 bunks |
| 00:46 | 13 | upstairs. |
| 00:46 | 14 | Q.   Okay. |
| 00:46 | 15 | A.   By the approximate floor size -- DOC is |
| 00:46 | 16 | required approximate 80 square foot for inmate, and |
| 00:46 | 17 | that's just -- I never measured it, but just |
| 00:46 | 18 | stepping it off and looking at it, that would have |
| 00:46 | 19 | been about what that was supposed to be.  And then |
| 00:46 | 20 | other deputies that had worked there several years |
| 00:46 | 21 | prior to me coming, we got to visiting, and that's |
| 00:46 | 22 | how -- they stated it was an 18-man unit at that |
| 00:46 | 23 | time. |
| 00:46 | 24 | Q.   Let me ask you a couple questions about |
| 00:46 | 25 | that.  Who are the deputies that you just referred |

41

00:46  1   to?
00:46  2        A.   One of them was a lady by the name of
00:47  3   Darlene Ellis that had been there for I don't know
00:47  4   how long.  Anyway, she was there quite a while
00:47  5   before I was.
00:47  6        Q.   Okay.
00:47  7        A.   And I can't tell you the name of the
00:47  8   other one now because I can't remember it.
00:47  9        Q.   Was it --
00:47 10        A.   It was just in the course of a
00:47 11   conversation as to what was the population of the
00:47 12   cell blocks, and it came up several times then.
00:47 13   That's what made me kind of step the place off to
00:47 14   see, and it was about a right, just informal
00:47 15   measurement.
00:47 16        Q.   Okay.  So when you started working at the
00:47 17   Park County Jail, there were 18 bunks upstairs in
00:47 18   D-Pod?
00:47 19        A.   18 bunks, and A and D were exactly the
00:47 20   same type of pods, just one across from the other.
00:47 21   Both had 18 bunks, yes.
00:47 22        Q.   At some point during the time that you
00:47 23   were working at the Park County Jail, were more
00:47 24   bunks put in A and D-Pod?
00:48 25        A.   Yes, sir.

42

00:48  1        Q.   When did that happen?
00:48  2        A.   I would say it would have been sometime
00:48  3   in the summer to late -- late summer, early fall of
00:48  4   2003 we started -- they started increasing a bunk
00:48  5   here and a bunk there until they finally just got it
00:48  6   filled up.
00:48  7        Q.   Okay.
00:48  8        A.   I don't remember all of a sudden coming
00:48  9   in one night and there was 10 more bunks in there.
00:48 10   It seemed like it just kind of gradually grew.
00:48 11        Q.   When there were 18 bunks, how were they
00:48 12   configured?
00:48 13        A.   The bunks were upstairs because they had
00:48 14   the sleeping area upstairs, and the downstairs was
00:48 15   basically what we would call a day room.  It had the
00:48 16   stationary tables to eat, TV areas, showers and
00:49 17   bathroom facilities.  And they were lined up with
00:49 18   like the exterior wall, head of the bunk to the wall
00:49 19   so there was a distance between, and it just went
00:49 20   around in an L shape at that point.  The whole front
00:49 21   where the rail was was open, so that you would have
00:49 22   room to maneuver through in there.
00:49 23        Q.   When it was 18 bunks, were they double
00:49 24   stacked or triple stacked?
00:49 25        A.   They were bunked, just doubles, bottom

43

00:49  1   and an upper.
00:49  2        Q.   How many bunks ultimately were in there
00:49  3   during the time that you worked there?
00:49  4        A.   I can't say for sure, but it seems to me
00:49  5   like there was at least -- it was at least doubled
00:49  6   because they kept them in the same direction on the
00:49  7   exterior walls, but they were turned sideways along
00:49  8   the rail that overlooked the day room.
00:50  9        Q.   Okay.
00:50 10        A.   And they got considerably closer on the
00:50 11   exterior wall, but I believe they were somewhere
00:50 12   between 36 and 40 altogether at that particular
00:50 13   time.
00:50 14        Q.   Okay.  And they were triples at that
00:50 15   point; is that right?
00:50 16        A.   No, they were still -- let's see, wait a
00:50 17   minute.  They did have some triples, didn't they?
00:50 18   You know, I believe you're right.  I believe there
00:50 19   was a few of them that were tripled because the
00:50 20   18 original bunks stayed the same.  And towards the
00:50 21   end they did have some triple bunks, I believe
00:50 22   you're right.
00:50 23        Q.   Okay.  And you think that -- when do you
00:50 24   think they kind of maxed out in terms of the number
00:50 25   that was there in April of '03 when you left?  How

44

00:51  1   much before April of '03 when you left were there,
00:51  2   what you said, 36 to 40 or however many there were?
00:51  3        A.   Well, when I left they still had every
00:51  4   one of those bunks in there.
00:51  5        Q.   Okay.
00:51  6        A.   They had taken a bunch of them out to
00:51  7   clean when they did their big cleanup.  I can't
00:51  8   honestly remember if they still had all those bunks
00:51  9   in there the day that I left or if they had taken
00:51 10   part of them out.
00:51 11        Q.   Okay.  How much time prior to April 21st
00:51 12   of '03 were all those bunks that you described in A
00:51 13   and D-Pods?
00:51 14        A.   They were there for at least -- when they
00:52 15   took the man to the hospital, we got emptied out
00:52 16   quite a bit.  I can't remember exactly how many it
00:52 17   did drop to, but there was quite a few that did
00:52 18   leave the facility.  That's when they were able to
00:52 19   start getting them outside to -- and get them warmed
00:52 20   up a little bit more so they can get out of -- the
00:52 21   whole facility could get out of cell blocks at
00:52 22   times.
00:52 23             It had to have been several weeks
00:52 24   after March 1st before any of the bunks really
00:52 25   started getting moved around, let's put it that way.

45

| | | |
|---|---|---|
| 00:52 | 1 | I guess that would be the best way to put it. |
| 00:52 | 2 | Q.   I think you may not have understood my |
| 00:53 | 3 | question. |
| 00:53 | 4 | A.   Oh, okay. |
| 00:53 | 5 | Q.   What I'm trying to figure out is you said |
| 00:53 | 6 | that you would estimate between 36 and 40 bunks were |
| 00:53 | 7 | in there ultimately, right? |
| 00:53 | 8 | A.   Yes, sir. |
| 00:53 | 9 | Q.   How long before you left did it become |
| 00:53 | 10 | that way? |
| 00:53 | 11 | A.   How long before I left, oh, okay.  So it |
| 00:53 | 12 | started growing March -- right after the first of |
| 00:53 | 13 | the year our INS population started growing |
| 00:53 | 14 | considerably.  It may have been sooner, but I |
| 00:53 | 15 | remember January, February, those months it just |
| 00:53 | 16 | steadily kept growing. |
| 00:53 | 17 | Q.   Okay. |
| 00:53 | 18 | MR. KORDICK:  We're talking about |
| 00:53 | 19 | 2003? |
| 00:53 | 20 | THE WITNESS:  Yes, sir. |
| 00:53 | 21 | MR. KORDICK:  Okay. |
| 00:53 | 22 | Q.   Take a look a little farther down.  You |
| 00:53 | 23 | talk about where it says that, "There was a small |
| 00:53 | 24 | rec room that was designated times for inmates to go |
| 00:54 | 25 | that was separated from the cell blocks, yes."  Do |

46

| | | |
|---|---|---|
| 00:54 | 1 | you see that? |
| 00:54 | 2 | A.   Uh-huh. |
| 00:54 | 3 | Q.   Do you mean yes? |
| 00:54 | 4 | A.   Excuse me? |
| 00:54 | 5 | Q.   You said uh-huh, so I'm asking do you |
| 00:54 | 6 | mean yes? |
| 00:54 | 7 | A.   Yes.  Yes. |
| 00:54 | 8 | Q.   Sorry, Mr. Allen.  Where was the |
| 00:54 | 9 | recreation room located in relationship to D-Pod? |
| 00:54 | 10 | A.   When you walked into the control room the |
| 00:54 | 11 | whole thing faced east.  D-Pod was on your |
| 00:54 | 12 | right-hand side, which would have been the south |
| 00:54 | 13 | side for the cell block there.  A was on the north, |
| 00:54 | 14 | B was on north, C was on the south, and your rec |
| 00:54 | 15 | room was just directly in front of the control room |
| 00:54 | 16 | on the east. |
| 00:54 | 17 | Q.   And how big was the rec room? |
| 00:54 | 18 | A.   It wasn't very big.  If you had a full |
| 00:55 | 19 | block of 18 and you put them all in there, it would |
| 00:55 | 20 | be a little crowded. |
| 00:55 | 21 | Q.   Okay. |
| 00:55 | 22 | A.   You had a few recreation equipment. |
| 00:55 | 23 | Q.   Take a look farther down.  You have the |
| 00:55 | 24 | third entry from the bottom, looks like there it |
| 00:55 | 25 | says, "Fiscus"? |

47

| | | |
|---|---|---|
| 00:55 | 1 | A.   Uh-huh. |
| 00:55 | 2 | Q.   Do you mean yes? |
| 00:55 | 3 | A.   Yes, I'm sorry. |
| 00:55 | 4 | Q.   That's okay.  Do you mean Fijkes? |
| 00:55 | 5 | A.   Fijkes, yes. |
| 00:55 | 6 | Q.   And I think that's spelled, and you tell |
| 00:55 | 7 | me if you remember, F-I-J-K-E-S, or something along |
| 00:55 | 8 | those lines? |
| 00:55 | 9 | A.   I'm not sure, but I believe that's right |
| 00:55 | 10 | because it was an odd-looking name. |
| 00:55 | 11 | Q.   And what was Deputy Fijkes' first name? |
| 00:55 | 12 | A.   Deputy.  That's all I knew him by. |
| 00:55 | 13 | Q.   I understand.  Fair enough. |
| 00:55 | 14 | A.   I didn't know his first name. |
| 00:55 | 15 | Q.   Did he work on your shift? |
| 00:56 | 16 | A.   No, sir. |
| 00:56 | 17 | Q.   Okay.  That might explain why you didn't |
| 00:56 | 18 | know his name. |
| 00:56 | 19 | A.   That helped. |
| 00:56 | 20 | Q.   I assumed you called Mr. Bellantonio |
| 00:56 | 21 | John, right? |
| 00:56 | 22 | A.   Correct. |
| 00:56 | 23 | Q.   I want to ask you about the process of |
| 00:56 | 24 | intake when an INS detainee would come into the |
| 00:56 | 25 | Park County Jail, all right? |

48

| | | |
|---|---|---|
| 00:56 | 1 | A.   Okay, sir. |
| 00:56 | 2 | Q.   You did that, right? |
| 00:56 | 3 | A.   John did the actual part with the |
| 00:56 | 4 | computer.  I'm dyslexic, so I see things -- it takes |
| 00:56 | 5 | me a while to -- so I did all the hands-on, he did |
| 00:56 | 6 | all the smart stuff. |
| 00:56 | 7 | Q.   Okay. |
| 00:56 | 8 | MR. KORDICK:  For the record, I |
| 00:56 | 9 | object.  When you said the question he did that, I |
| 00:56 | 10 | think he testified earlier that he didn't work in |
| 00:56 | 11 | the control room, I think. |
| 00:57 | 12 | MR. RINGEL:  Okay.  Well, you can |
| 00:57 | 13 | object for the record, but as you know -- |
| 00:57 | 14 | MR. KORDICK:  Sure. |
| 00:57 | 15 | MR. RINGEL:  -- you need to object to |
| 00:57 | 16 | the form or foundation. |
| 00:57 | 17 | MR. KORDICK:  And that's a form |
| 00:57 | 18 | objection because you said he did it, and I don't |
| 00:57 | 19 | think he did testify to that.  I think he testified |
| 00:57 | 20 | he didn't work in the control room. |
| 00:57 | 21 | MR. RINGEL:  That's fine, but your |
| 00:57 | 22 | objection is limited to the words object to the |
| 00:57 | 23 | form. |
| 00:57 | 24 | MR. KORDICK:  Object to the form, |
| 00:57 | 25 | that's right. |

69

01:23 1    Q.   Do you recall occasions where there was a
01:23 2    problem with the temperature of the water in the
01:23 3    shower that got fixed?
01:23 4         A.   Well, I had to assume it got fixed when
01:23 5    all of a sudden it worked good there for a few days,
01:23 6    but all of a sudden it would go buggy again.
01:23 7         Q.   So was this -- let me ask it this way.
01:23 8    Was the temperature of the water in the shower
01:23 9    something that the deputies and the maintenance
01:23 10   people and others at the Park County Jail ignored?
01:24 11        A.   I can't say they ignored it, but they
01:24 12   might have put it off because of low priority for
01:24 13   four, five, six days.  There might be something
01:24 14   else.  I don't know if he could be waiting on parts.
01:24 15   I wasn't privileged to that information.
01:24 16        Q.   Okay.  Do you recall the cleanliness of
01:24 17   the showers during the time that you worked in the
01:24 18   Park County Jail?
01:24 19        A.   Yeah.  They were given material to clean
01:24 20   things every day, but with as many people as they
01:24 21   had in the cell block it's pretty impossible to keep
01:24 22   it clean.  And then when we were having problems
01:24 23   with -- plumbing problems, that didn't help matters
01:24 24   none.  So it could get pretty sad looking at times.
01:24 25        Q.   Do you have any specific memory of the

70

01:24 1    condition of the showers between March 1st of 2003
01:25 2    and March 8th of 2003 in D-Pod?
01:25 3         A.   There was problems at that time with the
01:25 4    toilets, and I believe there was also problems with
01:25 5    the shower draining, which coincided with the
01:25 6    toilets.
01:25 7         Q.   When there was problems with toilets not
01:25 8    working right and potentially overflowing, there
01:25 9    were also problems with the shower drains?  Am I
01:25 10   understanding you right?
01:25 11        A.   A lot of the times it would coincide with
01:25 12   each other.  Other times it would be just strictly a
01:25 13   toilet problem or a shower problem.  But there was
01:25 14   times, yes, that they both would -- when one would
01:25 15   plug, the other one would plug.
01:25 16        Q.   Okay.  You do recall between March 1st of
01:25 17   2003 and March 8th of 2003 problems with toilets; is
01:25 18   that true?
01:25 19        A.   Yes, sir.
01:25 20        Q.   What kind of problems were going on with
01:25 21   the toilets at that period of time?
01:25 22        A.   Well, they just overflowed.  They
01:26 23   wouldn't flush.  I mean, they would flush, but they
01:26 24   wouldn't go down.  We would have to go in there
01:26 25   with -- issue plungers or go in with plungers.

71

01:26 1    There were several times you go in there with a
01:26 2    snake, you know, a Roto-Rooter on a little electric
01:26 3    motor.  We had access to get one of those.
01:26 4    Sometimes it worked, but a lot of times it didn't.
01:26 5         We also put -- the same problems
01:26 6    would be going on with other cell blocks too.  Some
01:26 7    not to the same extent because of the amount of use
01:26 8    involved, but that was an ongoing problem, yes.
01:26 9         Q.   During the entire time you worked at the
01:26 10   jail, were there problems with toilets overflowing?
01:26 11        A.   It wasn't a constant problem, but, yeah,
01:26 12   you always had something come up.  With any of the
01:27 13   particular cell blocks you could have a toilet
01:27 14   plugging.  Sometimes it was their fault, a lot of
01:27 15   times it was our fault.
01:27 16        Q.   You worked in corrections for a long
01:27 17   time, and it strikes me that on occasion people who
01:27 18   are behind bars might intentionally back up a
01:27 19   toilet?
01:27 20        A.   That's why I said sometimes it was their
01:27 21   fault, sometimes it was our.
01:27 22        Q.   So you observed that occur at the Park
01:27 23   County Jail?
01:27 24        A.   As to them causing the problems?
01:27 25        Q.   Right.

72

01:27 1         A.   I did.  Strangely enough it was just DOC
01:27 2    inmates.  I never had a problem with county inmates
01:27 3    doing it or INS, but then damn boot campers would.
01:27 4         Q.   They just wanted to cause havoc and make
01:27 5    you clean up their mess?
01:27 6         A.   And they were cutting their own throats
01:27 7    when they did because you'd make sure DI had a
01:27 8    little bird in his ear and tell him which inmate it
01:27 9    was, and his life was pretty miserable for a few
01:28 10   days.
01:28 11        Q.   When there was a problem with the
01:28 12   toilets, did maintenance address it?
01:28 13        A.   Regardless to whether we got it to
01:28 14   working or not, we passed on to the next shift to
01:28 15   have Jim take a look at them.  I can't sit here and
01:28 16   tell you that he did or he didn't because I didn't
01:28 17   observe that, but word would be passed on to him,
01:28 18   yes.
01:28 19        Q.   How would a problem with the shower,
01:28 20   with either the water temperature or its drain
01:28 21   or the toilet, be communicated from your shift to
01:28 22   Jim Deathridge?
01:28 23        A.   We would let -- theoretically it was
01:28 24   supposed to have a work order that would be put in
01:28 25   his box that he would pick up when he'd come on

**73**

01:28 1 shift. If you didn't have a work order, we'd try to
01:29 2 write a note and let day shift know. But if it
01:29 3 worked like it was supposed to, it would be written
01:29 4 and verbal communication to him the following day.
01:29 5 Q. That would go -- you guys would make sure
01:29 6 that there was some written record that there was a
01:29 7 problem that would get passed through the graveyard
01:29 8 shift to Mr. Deathridge; is that right?
01:29 9 A. Yes, sir.
01:29 10 Q. Okay. Would it be noted on the master
01:29 11 control log?
01:29 12 A. Probably not, unless it was a real
01:29 13 serious problem. The control log basically was for
01:29 14 the movement in and out of the facility, as far as
01:29 15 inmates coming and going, staff coming and going,
01:29 16 visitors. The normal day-to-day work load basically
01:29 17 didn't go into that. If it did, it would be here's
01:29 18 a car out there in the lane. So it would be passed
01:29 19 on as notes or verbally.
01:30 20 Q. Would it ever be that there would be a
01:30 21 memo that was created by the graveyard shift that
01:30 22 would go to maintenance to say we're really having a
01:30 23 problem with the --
01:30 24 A. Should.
01:30 25 Q. -- toilets here?

**74**

01:30 1 A. Should, yes.
01:30 2 Q. Did you ever write such a memo?
01:30 3 A. I didn't write them. I came in and would
01:30 4 verbally tell them because by then I was usually up
01:30 5 to my you know what.
01:30 6 Q. When you were on shift and there was a
01:30 7 toilet overflow problem, would you be someone who
01:30 8 would be responsible for helping to deal with that
01:30 9 problem?
01:30 10 A. Well, anybody that's there should be
01:30 11 helping, should be responsible for it.
01:30 12 Q. Okay.
01:30 13 A. I mean, that's -- you always seem to have
01:30 14 some inmates that kind of know what's going on, but
01:30 15 you best need to be there to watch who knows what
01:30 16 it's about. So I always just either did it or
01:30 17 helped do it.
01:30 18 Q. So you have a recollection of
01:30 19 occasionally yourself working a plunger or the
01:31 20 snake?
01:31 21 A. Yes, sir.
01:31 22 Q. Do you have any specific recollection of
01:31 23 having to use a plunger or the snake between
01:31 24 March 1st of 2003 until March 8th of 2003?
01:31 25 A. Yes, I do because when I was doing a -- I

**75**

01:31 1 don't remember if I was just doing a walk through or
01:31 2 if it was a count. But there was an inmate there
01:31 3 trying to -- and when I say inmate, I mean INS
01:31 4 detainee to DOC I guess, but trying to clean up a
01:31 5 mess that the toilets was overflowing. And it was
01:31 6 pretty obvious what was going on. So once we
01:31 7 completed count, if that's what I was doing, then we
01:31 8 went and got the tools or the material and mop
01:31 9 buckets to try and clean the mess up.
01:31 10 Q. Okay.
01:31 11 A. It happened several times for whatever
01:31 12 reason at that time, yes.
01:31 13 Q. And you think that -- what you earlier
01:31 14 talked about, sometimes it was their fault and
01:32 15 sometimes it was your fault, but I have the
01:32 16 impression that you believe when the toilets
01:32 17 overflowed in the D-Pod when INS detainees were
01:32 18 there that it was the jail's fault?
01:32 19 A. Yeah. Yes, sir, because of the fact that
01:32 20 usually when you snake something out you can find
01:32 21 out what was down there, and there was nothing like
01:32 22 a wadded up roll of toilet paper or sheets or
01:32 23 bedding. It was just -- yeah.
01:32 24 Q. I understand.
01:32 25 MR. KORDICK: Did you get that?

**76**

01:32 1 Q. It was human waste?
01:32 2 A. Yes, sir.
01:32 3 Q. Okay. I don't need any more detail than
01:32 4 that. Thank you, Mr. Allen.
01:32 5 When there was a problem with the
01:32 6 toilets between March 1st and March 8th of 2003 that
01:32 7 you recall, do you recall it getting cleaned up?
01:32 8 A. Well, we'd always try to clean it up.
01:33 9 We'd take in the mop buckets and disinfectant,
01:33 10 whatever we could put in there. But at the same
01:33 11 time I can't tell you that it got real clean because
01:33 12 there was just too many people. What it really
01:33 13 needed to have done when something like that happens
01:33 14 is just go from floor to ceiling, but wasn't able to
01:33 15 do that.
01:33 16 Q. Do you remember seeing feces on the
01:33 17 floor?
01:33 18 A. When I ran that snake down through there,
01:33 19 yes, sir.
01:33 20 Q. Were the feces cleaned up from the
01:33 21 bathroom at least?
01:33 22 A. Yes.
01:33 23 Q. Okay.
01:33 24 A. Hopefully it was cleaned up good enough,
01:33 25 but (indicating).

81

01:53 1  even know for sure who did, but I happened to walk
01:53 2  in there just shortly after somebody had gotten
01:53 3  sick. I didn't see it happen, but to me it
01:53 4  definitely looked like vomit on the floor.
01:53 5      Q.    During that period of time or during
01:53 6  another period of time?
01:54 7      A.    No, it was during this period of time
01:54 8  that the cell block, INS cell block was so full.
01:54 9  There was 50, 55 count, something like that at that
01:54 10 particular time.
01:54 11     Q.    What happened when you observed the vomit
01:54 12 on the floor? Did it get cleaned up?
01:54 13     A.    Well, we got it cleaned up and then we
01:54 14 tried to figure out who in the heck was sick. It
01:54 15 was at that particular time there was quite of few
01:54 16 of them that were sick. I do not remember ever
01:54 17 finding out exactly which one did do it, but it was
01:54 18 cleaned up.
01:54 19     Q.    Do you ever recall observing during the
01:54 20 March 1 to March 8, 2003 period of time anybody
01:54 21 vomiting not on the floor?
01:54 22     A.    I remember seeing guys with their heads
01:54 23 stuck in the toilets, so I had to assume that's what
01:55 24 they were doing.
01:55 25     Q.    Did you observe anybody -- my

82

01:55 1  understanding -- well, let me ask it this way. Was
01:55 2  there a trash receptacle in the D-Pod?
01:55 3      A.    There was one downstairs. All the cell
01:55 4  blocks had the main trash can downstairs. A lot of
01:55 5  the times INS when it would get so crowded, at least
01:55 6  there towards the end, they would take one upstairs.
01:55 7  We did finally find another small one and put
01:55 8  upstairs. My shift went looking for one, and we
01:55 9  found a little one to put upstairs because there was
01:55 10 just too many people blowing their nose. But
01:55 11 basically it was downstairs, so the one that we did
01:55 12 put upstairs was just for a short period of time.
01:55 13     Q.    Was there one upstairs March 1 to March 8
01:55 14 of '03, do you know that?
01:55 15     A.    I don't remember if it was then or
01:56 16 shortly thereafter. It seems to me like we did put
01:56 17 one up in there towards the end of it because we
01:56 18 couldn't keep the downstairs one -- they couldn't
01:56 19 get to it at night, and after stepping in a couple
01:56 20 of wadded up rolls, pieces of toilet paper I went
01:56 21 and found one.
01:56 22     Q.    What was the trash receptacle on the main
01:56 23 floor of the D-Pod, what did it look like?
01:56 24     A.    It was one of those big, what, 35-gallon
01:56 25 plastic containers, the same we had in every one of

83

01:56 1  the cell blocks.
01:56 2      Q.    Did you ever observe anybody throwing up
01:56 3  in that trash receptacle?
01:56 4      A.    I don't remember them throwing up in
01:56 5  them, no. Just the toilet and the one time on the
01:56 6  floor.
01:56 7      Q.    Do you ever recall the trash receptacle
01:56 8  on the first floor of D-Pod leaking?
01:56 9      A.    I couldn't --
01:56 10     Q.    I'm sorry. Do you ever recall the trash
01:56 11 receptacle on the first floor of the D-Pod leaking?
01:57 12     A.    Not unless it was overflowing on top
01:57 13 because we washed the trash cans out. Once a day
01:57 14 they got washed. I don't remember anything leaking
01:57 15 from a cut or a slit in the trash can, no.
01:57 16     Q.    Okay. Was it your shift's responsibility
01:57 17 to wash the trash cans?
01:57 18     A.    Day shift.
01:57 19     Q.    Did your shift have responsibility for
01:57 20 emptying the trash cans?
01:57 21     A.    Yes, we would empty the trash cans after
01:57 22 evening chow. We would go through and there would
01:57 23 be new plastic trash bags put in, and I would escort
01:57 24 the trustee, if there was one. If there wasn't one,
01:57 25 then I hauled it out myself.

84

01:57 1      Q.    Do you ever recall on a shift that you
01:57 2  worked where trash wasn't taken out of the D-Pod?
01:57 3      A.    No, sir. The trash was taken out every
01:57 4  night when I worked. It could be pretty damn full,
01:58 5  but it was taken out.
01:58 6      Q.    Can you see into the D-Pod from outside
01:58 7  of D-Pod?
01:58 8      A.    Yes. All the cell blocks had glass
01:58 9  fronts. You could -- the best thing you could see
01:58 10 was the downstairs living area. When you were going
01:58 11 upstairs you had the handrail there, and it was
01:58 12 harder to see what was going on. And then when in
01:58 13 INS' case when the bunks got put up there, it was
01:58 14 virtually impossible to see anything other than just
01:58 15 the bunks.
01:58 16     Q.    On your shift did you ever have
01:58 17 responsibility to walk around the D-Pod?
01:58 18     A.    Yes, sir. They had what they called so
01:58 19 many required pod walks, then you did your counts.
01:58 20 I spent all my time in the cell blocks because that
01:59 21 was what I was comfortable with doing, and I would
01:59 22 just randomly bounce around from one to another.
01:59 23 That was the only way I could figure out what was
01:59 24 going on, the tension, and hopefully alleviate some
01:59 25 problems before they got started. That was the way

93

02:10 1   March 8, 2003, how many of them do you believe were
02:10 2   of Mexican national origin?
02:10 3       A.   My guess would be probably all of them,
02:10 4   unless there was some from Honduras or El Salvador
02:10 5   or something like that.  We had a few of those every
02:10 6   now and then, but on the whole about 98 percent of
02:10 7   the time it was Mexican nationals.
02:10 8       Q.   So the detainee population in the
02:11 9   Park County Jail was almost all Mexican nationals?
02:11 10      A.   Except for rare occasions, yes, that I
02:11 11  knew of.
02:11 12      Q.   Okay.  Do you remember any disturbance
02:11 13  amongst the detainees between the time of March 1 of
02:11 14  2003 and March 8 of 2003?
02:11 15      A.   The Mexican nationals was probably the
02:11 16  easiest people in a correctional setting I've ever
02:11 17  dealt with.  They were always well mannered.
02:11 18           The only thing that I know of,
02:11 19  there was a time or two you would get one that was
02:11 20  being deported back that had been in the stateside
02:11 21  for quite a few years and had a criminal record and
02:11 22  thought that he was -- but other than that the
02:11 23  Mexican nationals just didn't give us a problem.
02:11 24           There was a time when there was
02:12 25  supposed to have been a hunger strike during this

94

02:12 1   period that apparently had happened on day shift.
02:12 2   They decided that they weren't going to eat, but by
02:12 3   the time we came on that evening they all took their
02:12 4   trays.  I did talk to some of them that night
02:12 5   because they liked to talk.  If you would come in
02:12 6   and spend a few minutes with them, they were tickled
02:12 7   to death that you were there.
02:12 8            And their big concern that
02:12 9   particular evening was that when are we going home?
02:12 10  There's so many of us.  Too many, too many.  And
02:12 11  they really didn't mention anything about a hunger
02:12 12  strike.  They were just concerned about the fact
02:12 13  that there were just too many and they were sick.
02:12 14  They wanted to go home.
02:12 15      Q.   How long -- or how did you learn that
02:12 16  there had been a hunger strike on the day shift?
02:12 17      A.   When we come on the shift, that was part
02:12 18  of the briefing that we had received.
02:12 19      Q.   Do you remember anything else about that
02:13 20  incident that you heard in the briefing?
02:13 21      A.   I heard word that they had received --
02:13 22  that somebody wanted to write their Mexican
02:13 23  Consulate, which is okay for them to do.  That's one
02:13 24  of their rights.  And apparently that didn't reach
02:13 25  where it was supposed to go.

95

02:13 1            I don't know.  You know, I can
02:13 2   have my own ideas, but that's beside the point.  But
02:13 3   I can't tell you who it was that supposedly received
02:13 4   that form or what for sure did happen to it.
02:13 5       Q.   Was there a phone in the D-Pod in March
02:13 6   of 2003?
02:13 7       A.   Yes, sir.
02:13 8       Q.   Was there any sign in Spanish by the
02:13 9   phone?
02:13 10      A.   Was there what?
02:13 11      Q.   Any signage in Spanish by the phone?
02:13 12      A.   No.  No.
02:13 13      Q.   Was there any way for the INS detainees
02:13 14  to call the Mexican Consulate by telephone?
02:14 15      A.   When they came in, we had canteen and you
02:14 16  would buy phone time/canteen.  If they had the money
02:14 17  and wanted to, which was rare but some of them did,
02:14 18  they could order canteen and order phone time.
02:14 19           The other way that they could do
02:14 20  it is that there was a phone back in the booking
02:14 21  area, particularly for county people that came in to
02:14 22  call their lawyer or whatever, their telephone call,
02:14 23  and we would make exceptions.  You weren't supposed
02:14 24  to use that other than on special deals, but there
02:14 25  was times that we would allow an inmate to make a

96

02:14 1   collect call from the back phone.  We would take
02:14 2   them back there where they could do that.
02:14 3       Q.   Okay.  Take a look at page 13.  Do you
02:15 4   see the big paragraph, the third one from the top
02:15 5   where Mr. Kordick's asking you about the night of
02:15 6   March 4th, 2003 and being approached by Abraham
02:15 7   Carranza-Reyes?
02:15 8       A.   Yes, sir.
02:15 9       Q.   Prior to the encounter that you describe
02:15 10  there, March 4th, 2003 with Abraham Carranza-Reyes,
02:15 11  do you recall any contact or encounter that you had
02:15 12  with Abraham Carranza-Reyes?
02:15 13      A.   He spoke a little bit of English to where
02:15 14  it was one of those deals again it was pretty tough
02:15 15  to communicate, but we could.  And I can't tell you
02:16 16  if it was the same night or another night when I did
02:16 17  the face count with chow, but at that point in time
02:16 18  I talked to him or he tried to talk to me about
02:16 19  taking a tray to his brother, that his brother was
02:16 20  sick.  As far as I can remember, that was the first
02:16 21  time that I had actually talked to Abraham himself.
02:16 22      Q.   And do you believe that was before the
02:16 23  incident that you were recounting on page 13 of your
02:16 24  statement?
02:16 25           MR. KORDICK:  I object to the form of

97

02:16 1    the question. I don't think he said that. It's a
02:16 2    leading question.
02:16 3         A.    I think it was -- I'm sure it was before
02:16 4    he came down that particular night. It may have
02:16 5    been the day before when I went up and saw him. I
02:17 6    just don't know for sure. It may have been the same
02:17 7    night.
02:17 8         Q.    Okay.
02:17 9         A.    And it may have been that this happened
02:17 10   that same evening.
02:17 11        Q.    How many conversations or communications
02:17 12   do you remember with Abraham Carranza-Reyes?
02:17 13        A.    I remember the deal with the chow and
02:17 14   then when he got my attention on this particular
02:17 15   instant where his brother came down in a blanket,
02:17 16   and then at least two other times after this
02:17 17   incident about is my brother going to get to go to
02:17 18   the medical, and we tried to fill out a medical
02:17 19   request.
02:17 20              And then after he was, the
02:17 21   brother -- or Mr. Carranza-Reyes was sent to
02:17 22   Summit County and then later to Denver, the brother
02:17 23   asked me if I knew anything. So there was half a
02:18 24   dozen times there were probably altogether in the
02:18 25   time that they were there at least.

98

02:18 1         Q.    Okay. How many occasions did you attempt
02:18 2    with them to fill out a medical request that you
02:18 3    remember?
02:18 4         A.    We did one the night that he came down in
02:18 5    the blanket. And then I did help him do one the
02:18 6    next day when his brother -- if I remember right,
02:18 7    his brother hadn't been seen yet when we come on
02:18 8    shift, and we tried to do another one then. Both of
02:18 9    those, once they filled them out -- I stood there
02:18 10   with them. Of course they filled it out in Spanish.
02:18 11   And I took both of those and put them in the medical
02:18 12   box at our control room, so there was at least two
02:18 13   occasions that we did that.
02:18 14        Q.    And you believe one of them was -- the
02:18 15   first one was on the occasion that you're describing
02:19 16   on page 13 of your statement?
02:19 17        A.    That night we filled out one, yes, sir.
02:19 18        Q.    And then the second one was a subsequent
02:19 19   meeting; is that true?
02:19 20        A.    It would have been the next night because
02:19 21   the brother had caught me when I -- you know, when
02:19 22   is my brother going to see medical. And I asked him
02:19 23   if he had seen the nurse at that point, and he said
02:19 24   not yet. We went and got another request kite and
02:19 25   tried it again.

99

02:19 1         Q.    And you put the kite yourself in the
02:19 2    medical box?
02:19 3         A.    Yes, sir.
02:19 4         Q.    And where was that medical box?
02:19 5         A.    It was located in the control room.
02:19 6    There was the -- the boxes was in there. They had
02:19 7    one for each of the deputies, for Ms. Bayles who
02:19 8    worked back in the back, one for the SO's office.
02:19 9    So there was just the little pigeon-hole boxes.
02:19 10        Q.    Do you have any idea what happened to
02:19 11   that --
02:19 12        A.    No, sir.
02:19 13        Q.    -- kite after you put it in the box?
02:20 14        A.    No, sir. Hopefully what's supposed to
02:20 15   happen is they would be picked up the next day,
02:20 16   sorted through. And I know with medical they have
02:20 17   to go through a priority kind of a deal, and so it
02:20 18   was very possible in a lot of cases that a guy would
02:20 19   put in a medical kite and not see the nurse the very
02:20 20   next day, but hopefully it got back to the nurse.
02:20 21   But do I know for sure, no, sir. All I know is they
02:20 22   were put in the box that night.
02:20 23        Q.    Who had responsibility for picking them
02:20 24   up? Did the nurse pick them up, or did someone have
02:20 25   to give them to the nurse?

100

02:20 1         A.    The nurse would have picked them up
02:20 2    herself.
02:20 3         Q.    Okay. Do you know who was the nurse at
02:20 4    the time in March of 2003 at the Park County Jail?
02:20 5         A.    Ms. Paulsen.
02:20 6         Q.    That would be Vicki Paulsen?
02:20 7         A.    Yes, sir.
02:20 8         Q.    You observed her on occasion -- or let me
02:20 9    ask you. Did you observe her pick up kites for
02:21 10   medical issues or medical requests from the box in
02:21 11   the control room that you've just described?
02:21 12        A.    No, sir. Her shift was day shift and
02:21 13   mine was swings. About the only time I got to see
02:21 14   Vicki, I might get to see her passing as she was
02:21 15   leaving while I was doing count in the back.
02:21 16        Q.    Okay. Now, I understand that your wife
02:21 17   and Ms. Paulsen know each other; is that true?
02:21 18        A.    Yes, sir.
02:21 19        Q.    Do you have any kind of -- I mean, would
02:21 20   you consider Vicki Paulsen a friend of yours?
02:21 21        A.    I didn't know Vicki, and my wife -- my
02:21 22   wife worked in the medical records department in the
02:21 23   Buena Vista Correctional Facility and Vicki had
02:21 24   worked at other facilities. And after I had left
02:21 25   Buena Vista, Vicki had come to work there at -- you

105

02:27 1 guess is it would be if I was in their shoes
02:27 2 inappropriate. I didn't like that. I already
02:27 3 stated I didn't like that style, but that's how he
02:27 4 did it.
02:27 5      Q.   Okay.  But that style in and of itself to
02:27 6 you may have been ineffective, but it wasn't
02:27 7 inappropriate?
02:27 8      A.   Ineffective but not so much
02:27 9 inappropriate. It's just that it just didn't get
02:27 10 the job done the way it should, but it could very
02:27 11 well be perceived as inappropriate by people that
02:27 12 didn't know what the man's style was.
02:27 13      Q.   All right.  But the -- well, let me --
02:28 14 would you make a distinction between how a detainee
02:28 15 would perceive Sergeant Muldoon's style versus a
02:28 16 boot camper?
02:28 17      A.   Yeah. He did, in my opinion, treat INS
02:28 18 differently, although he would keep the same basic
02:28 19 drill sergeant style with the inmates, you know,
02:28 20 give me 10 and all this crap. But his general
02:28 21 attitude toward the INS, in my opinion, was
02:28 22 different from the boot campers, yes.
02:28 23      Q.   Okay.  But the boot campers, because they
02:28 24 had been in jail settings or correctional settings
02:28 25 in the past, might have a different understanding of

106

02:28 1 his style?
02:28 2      A.   Yes, sir.
02:28 3      Q.   Okay.
02:28 4      A.   I think that's a lot of the reason why he
02:28 5 did it is because, you know, he knew they were going
02:28 6 to boot camp. He even had several of the younger
02:29 7 officers doing that. And I pulled him off to the
02:29 8 side and, man, this ain't working. You know, you're
02:29 9 a female and you're pretty, it just doesn't work.
02:29 10 It just doesn't work.
02:29 11      Q.   All right.  Your communications with
02:29 12 Abraham Carranza-Reyes, can you generally describe
02:29 13 what the topics of your communications were?  What
02:29 14 did you guys talk about?
02:29 15      A.   Well, at the time I come in contact with
02:29 16 him his brother was sick, so pretty much the whole
02:29 17 conversation was either trying to explain to me how
02:29 18 sick his brother was or can we get him to the nurse.
02:29 19 And then of course after he was gone, how is my
02:29 20 brother and when are we going home. That was the
02:29 21 basic topic of every discussion I had with him.
02:29 22      Q.   Do you recall having a conversation with
02:30 23 Moises Carranza-Reyes?
02:30 24      A.   The night that he came down the steps we
02:30 25 tried to talk.

107

02:30 1      Q.   Okay.
02:30 2      A.   And the night that he didn't come down
02:30 3 for his meal, which I'm almost certain was the same
02:30 4 night when I went to look for him, we visited. And
02:30 5 it was pretty obvious that the kid was sick.
02:30 6      Q.   Describe your communications with Moises
02:30 7 Carranza-Reyes on those two occasions.
02:30 8      A.   Well, when they don't come down and get
02:30 9 the meal, you're trying to find out why. Are you
02:30 10 sick or are you just not hungry or whatever. And
02:30 11 the best I could get from between him and Abraham,
02:30 12 because he went with me because he spoke a little
02:30 13 bit better English than the brother, was that, you
02:30 14 know, he didn't feel good.
02:30 15           He was sick. He was wrapped up.
02:30 16 He had wadded up toilet paper. I'm not doctor, but
02:30 17 I've raised a batch of kids and he damn sure was
02:31 18 sick.
02:31 19      Q.   All right.  What symptoms of sickness did
02:31 20 you observe in Moises Carranza-Reyes?
02:31 21      A.   To me it looked -- when you're wrapped up
02:31 22 in a blanket, that tells me one thing. You're
02:31 23 either freezing or burning up from a fever, and it
02:31 24 seems like he just can't make it up. He was wrapped
02:31 25 up in a blanket tight. When I felt his face, it

108

02:31 1 felt warm to me, you know, runny nose, aching. To a
02:31 2 guy like me it looked like a bad case of the flu.
02:31 3      Q.   Okay.  Did either Moises Carranza-Reyes
02:31 4 or Abraham Carranza-Reyes describe Moises
02:31 5 Carranza-Reyes' symptoms to you?
02:31 6      A.   Moises would try to tell Abraham and
02:31 7 Abraham would try to tell me, and the ones that I
02:31 8 could see, that I didn't have to worry about, but he
02:32 9 was talking about a pain in his side. I don't
02:32 10 remember which side, you know, if it was a pain in
02:32 11 his side or a stomach ache. But he was also kind of
02:32 12 holding his blanket and doing one of these
02:32 13 (indicating). And that usually told me you were
02:32 14 aching somewhere other than just the normal body.
02:32 15 So I assumed it was the stomach, and then Abraham
02:32 16 tried to tell me it was either his stomach or his
02:32 17 side, somewhere along there.
02:32 18      Q.   Do you remember anything else about your
02:32 19 personal observations of Moises Carranza-Reyes' --
02:32 20      A.   Other than --
02:32 21      Q.   -- status?
02:32 22      A.   Other than he just looked terrible.
02:32 23      Q.   Okay.  Do you remember anything else that
02:32 24 either of the two brothers told you about his
02:32 25 symptoms?

109

02:32 1     A.   No.  It was pretty much the nose, the

02:32 2 aching, just the side ache, the cold.  He was cold.

02:32 3     Q.   Did you hear -- did anybody tell you that

02:32 4 he was suffering from diarrhea?

02:33 5     A.   Yeah.  I think when he was talking about

02:33 6 his side hurting, he kept saying bathroom or what I

02:33 7 took to be bathroom.  So I had to figure out that

02:33 8 either he couldn't go to the bathroom or he was

02:33 9 going too much.  And later I found out it was too

02:33 10 much, but I didn't -- I couldn't figure out for sure

02:33 11 which problem was the one at that particular time.

02:33 12         The following day I found out that

02:33 13 it was he was having diarrhea, but that night when

02:33 14 we were trying to talk all I could understand was

02:33 15 the bathroom part of it.

02:33 16     Q.   How did you find out the following day

02:33 17 that he was having problems with diarrhea?

02:33 18     A.   One of other inmates, between Abraham and

02:33 19 somebody else, finally figured out how to tell me

02:33 20 what it was.

02:33 21     Q.   Okay.  Did you ever hear that Moises

02:34 22 Carranza-Reyes was having a little problem with

02:34 23 vomiting?

02:34 24     A.   Well, vomiting, I know he did because --

02:34 25 he didn't tell me this.  But, I mean, if you have

110

02:34 1 kids or have been around a drunk and they vomit, you

02:34 2 can smell it, and that's just what he smelled like.

02:34 3     Q.   So you smelled the aftereffects of

02:34 4 vomit --

02:34 5     A.   Yes, sir.

02:34 6     Q.   -- on his person?

02:34 7     A.   Yes, sir.

02:34 8     Q.   Okay.  Now, correct me if I'm wrong.  I

02:34 9 understand that you had two communications,

02:34 10 observations of Moises Carranza-Reyes, or were there

02:34 11 more than two?

02:34 12     A.   Well, I would come in contact with him of

02:34 13 course more often than that at night with the counts

02:34 14 and what have you, but there was two individual

02:34 15 times that I can remember that we tried to speak to

02:34 16 each other, yes.

02:34 17     Q.   And those were the time that he's trying

02:34 18 to come down the stairs and the time that you were

02:35 19 looking for him to give him his meal or find out

02:35 20 what was going on?

02:35 21     A.   Right.  And the rest of it I would see

02:35 22 him, but he would either be asleep and then his

02:35 23 brother would try to talk to me.

02:35 24     Q.   Okay.

02:35 25     A.   From the time I saw him wrapped up in the

111

02:35 1 blanket on the stairs, he didn't have much -- he

02:35 2 wasn't really able to talk to me or couldn't because

02:35 3 he was always on his mattress asleep, so his brother

02:35 4 was doing the talking to me then.

02:35 5     Q.   Was Abraham Carranza-Reyes sick?

02:35 6     A.   If he was, he sure wasn't near as sick as

02:35 7 his brother.  But there was so many up them up there

02:35 8 at that particular time that had the runny nose and

02:35 9 the -- I think he probably had a little bit of the

02:35 10 flu, but it wasn't near as bad as some of the

02:35 11 others.

02:35 12     Q.   Did he ever, did Abraham ever complain to

02:35 13 you about being sick?

02:35 14     A.   Not that I remember.  I think he was so

02:35 15 concerned about his brother that I don't think he

02:36 16 was -- because I can't remember him complaining to

02:36 17 me, other than he needed some more toilet paper,

02:36 18 which is kind of an ongoing thing with all of them.

02:36 19 And we were concerned about trying to get kites to

02:36 20 see the nurse for his brother.

02:36 21     Q.   During the time period that you helped

02:36 22 Moises Carranza-Reyes and Abraham Carranza-Reyes

02:36 23 fill out kites to see medical, did you do the same

02:36 24 thing with any other detainee in D-Pod?

02:36 25     A.   Several, yes, sir.

112

02:36 1     Q.   Okay.

02:36 2     A.   Once they figured out that that's what we

02:36 3 were doing, there was four or five of them probably

02:36 4 that evening and probably another three or four the

02:36 5 next evening when I come on shift.

02:36 6     Q.   Okay.

02:36 7     A.   Which was a common thing anyway.  When

02:36 8 one of them didn't feel good, it happened even prior

02:36 9 to this, that if they weren't feeling good we'd

02:36 10 get -- try to figure out how to get them a kite

02:36 11 filled out.  But on this particular case there was

02:37 12 several of them filled out in the course of the two

02:37 13 days that this was going on.

02:37 14     Q.   Do you remember anything about the

02:37 15 sicknesses of any of those other detainees?

02:37 16     A.   Other than the fact that they all had

02:37 17 pretty much the same symptoms as far as the runny

02:37 18 nose and the chills.  I don't know that any of the

02:37 19 others had the diarrhea or the vomiting or the achy,

02:37 20 you know, the pain in the side.  But there was a lot

02:37 21 of flu-like symptoms to me that I saw there.

02:37 22     Q.   How many detainees do you believe had

02:37 23 flu-like symptoms as you are describing during that

02:37 24 first week in March of 2003 in the D-Pod?

02:37 25     A.   Boy, there was a bunch.  I'd be willing

113

02:37 1 to bet that there was -- by the time that they
02:37 2 all -- you know, when the counts first started
02:37 3 coming up, I don't remember anybody particularly
02:37 4 being sick, but then all of a sudden it was just a
02:38 5 whole bunch of them that come down. I don't think
02:38 6 it would be out of reason to say there was at least
02:38 7 20 of them --
02:38 8     Q.   Okay.
02:38 9     A.   -- that had, because there was a bunch.
02:38 10    Q.   I understand. Prior to March of 2003 was
02:38 11 there ever an occasion where the number of detainees
02:38 12 in the D-Pod was similar to the number of detainees
02:38 13 that were there in early March of 2003?
02:38 14    A.   I don't remember it quite getting that
02:38 15 bad. There was quite a few times that the count
02:38 16 would get up well over 40, 45, and we had them on
02:38 17 the floor. But I don't remember it being quite as
02:38 18 bad as it was during this particular time period.
02:38 19 If I remember right, that was probably the peak of.
02:39 20 It seems to me like we got above 60 there for a day
02:39 21 or two. But it was not uncommon to be between 35 to
02:39 22 50. Maybe just for a night or two, but it was not
02:39 23 uncommon.
02:39 24    Q.   Do you know if anybody with the INS was
02:39 25 aware of the number of detainees that were being

114

02:39 1 housed at the Park County Jail?
02:39 2     A.   Yeah. We would talk to Ben or Dan when I
02:39 3 would go pick them up and tell them we're getting --
02:39 4 we're full. And they pretty much knew what our
02:39 5 count was because they were the ones that was
02:39 6 bringing them to us and then they would pick them
02:39 7 back up. Either Ben, Dan, or Ceaser were the three
02:39 8 that we dealt with.
02:39 9     Q.   Ben --
02:39 10    A.   And I can't tell you their last name
02:39 11 because I don't know.
02:39 12    Q.   Does Ben Baca sound right to you?
02:40 13    A.   Yeah, that does. I'm pretty sure that
02:40 14 was Dan's last name.
02:40 15    Q.   Dan Fitzgibbons?
02:40 16    A.   It was an odd name, I remember that.
02:40 17 That was probably correct.
02:40 18    Q.   And you don't know Ceaser's last name?
02:40 19    A.   I don't know. Normally we dealt with Ben
02:40 20 and Dan. But Ceaser was, if I remember right, was
02:40 21 kind of their immediate supervisor, you know, one
02:40 22 step above them in the same type of field
02:40 23 operations, and we dealt with him a half of dozen
02:40 24 times over the course of that year.
02:40 25    Q.   Do you recall talking to any of those

115

02:40 1 INS folks, Dan or Ben or Ceaser, about the
02:41 2 conditions in Pod D at any time?
02:41 3     A.   Not so much that, you know -- when you
02:41 4 have 60 or 50, 60, whatever we may have had, in a
02:41 5 unit designed for 18, it doesn't seem like it takes
02:41 6 too smart of a fellow to figure out that the
02:41 7 conditions aren't real well. So the biggest gist of
02:41 8 the conversation would be holy crap, Dan, we've got
02:41 9 35 now and I'm taking 11 more. We're up to our neck
02:41 10 in people. We don't have room.
02:41 11    Q.   And what was the response from the INS
02:41 12 officials?
02:41 13    A.   Basically that we'll try to see if we can
02:41 14 get some people out of here as fast as we can. I
02:41 15 don't know how their end worked, but if they
02:41 16 couldn't get them sent to Grand Junction to catch a
02:42 17 plane they stayed, and that's -- but basically their
02:42 18 response was we'll try to get them out as fast as we
02:42 19 can, but then the next night we'd pick up five more.
02:42 20    Q.   So it sounds to me like you were involved
02:42 21 on occasion in transports?
02:42 22    A.   I did the biggest share of transports on
02:42 23 the last six months I was there on swing shifts, yes
02:42 24 sir.
02:42 25    Q.   And transports involved you meeting an

116

02:42 1 INS field officer and taking custody of INS
02:42 2 detainees and then bringing them to the jail; is
02:42 3 that right?
02:42 4     A.   Correct.
02:42 5     Q.   Where would you generally meet, though?
02:42 6     A.   Most generally we would meet at Eagle at
02:42 7 the county jail there.
02:42 8     Q.   The way I understand how it worked, it
02:42 9 was in the Eagle County Jail sally port; is that
02:42 10 right?
02:42 11    A.   Correct. Correct.
02:42 12    Q.   So that the detainees would not get
02:42 13 processed into the Eagle County Jail. You would
02:43 14 meet with a vehicle, an INS field officer with
02:43 15 another vehicle, and do the exchange in their sally
02:43 16 port?
02:43 17    A.   Most of the time they had an entryway
02:43 18 between the sally port and the control room that had
02:43 19 restroom facilities that would allow us to do that.
02:43 20 On a rare occasion we would, Ben or Dan would go
02:43 21 back into the jail part of Eagle because they might
02:43 22 have picked up one on a whatever charge and found
02:43 23 out that he was an illegal, and then they would
02:43 24 bring him out to us.
02:43 25         We never went in there. We stayed

125

02:54 1     A.   I have a memory of letting them know, but
02:54 2 I can't tell you now which one particularly because
02:54 3 we all would just be in the same room sharing
02:54 4 information.
02:54 5     Q.   I understand. Do you know who was
02:54 6 working on the graveyard shift at that point,
02:54 7 typically speaking?
02:54 8     A.   Deputy Guerraro was the corporal.
02:54 9 Deputy Guerraro was the corporal at that time
02:54 10 because Nick had come down to swings in his
02:54 11 promotion. And then Fijkes would have been one of
02:54 12 them, and they hired a couple of new guys that I
02:54 13 didn't really know. I can't even tell you now what
02:54 14 their names were because they were only there for
02:54 15 about a month before I left. And then I believe his
02:54 16 name was Bridger or Bridge was the other one that
02:54 17 was on graveyard.
02:54 18     Q.   Okay. Does the name Frye sound familiar
02:55 19 to you?
02:55 20     A.   He was one of the new ones. That would
02:55 21 have been Frye, and there was one other one too.
02:55 22     Q.   How about the name Greeley?
02:55 23     A.   Greeley, that was it.
02:55 24     Q.   And Deputy Greeley and Deputy Frye you
02:55 25 believe were hired within the last month of you

126

02:55 1 working or so?
02:55 2     A.   Yeah, they weren't there very long before
02:55 3 I left. I can't tell you for sure when, but
02:55 4 somewhere along there.
02:55 5     Q.   All right. Take a look at page 16 of
02:55 6 your statement. At the bottom there was a -- and
02:55 7 continuing on to page 17 there's an issue with
02:55 8 respect to not having laundry changes in a couple of
02:55 9 the pods for five days during this period of time.
02:55 10 What do you remember about that?
02:55 11     A.   The laundry exchange was typically
02:55 12 done -- when they would pick up laundry to be
02:55 13 washed, it would be typically done by day shift.
02:56 14 And there was times when swing shift would issue
02:56 15 them back because just for the -- they may have been
02:56 16 late picking it up or the quantity of it, but it was
02:56 17 typical for us to take laundry back but not to wash
02:56 18 it. And if you didn't take laundry back during the
02:56 19 course of your shift, you figured the day shift had
02:56 20 gotten it all done.
02:56 21     But I didn't -- nobody had said
02:56 22 anything about a breakdown happening. But then all
02:56 23 of a sudden we found out that -- and it was INS
02:56 24 again that come down and said when do we get clean
02:56 25 clothes. And I said, well -- and we had our roster

127

02:56 1 there. Certain parts of cell block got them this
02:56 2 day and then this day and then this day. And I said
02:56 3 -- well, I don't remember what rotation they were
02:56 4 in, but I said you should have had them on such and
02:56 5 such a day. No, no, no, we don't have it.
02:57 6     So it took a little bit to figure
02:57 7 out from what they were saying and going back and
02:57 8 checking, and they hadn't had laundry in four or
02:57 9 five, six days, whatever it was. And there was a
02:57 10 point in time when there was a problem with the
02:57 11 dryer, but apparently that wasn't it on this time.
02:57 12 You can have mechanical malfunctions and have a
02:57 13 problem for the day, but we didn't have mechanical
02:57 14 malfunctions for four or five days.
02:57 15     So I don't remember exactly why
02:57 16 they didn't get it, but for whatever reason they
02:57 17 didn't and so we washed them.
02:57 18     Q.   On your shift?
02:57 19     A.   Yes, sir.
02:57 20     Q.   Do you know what day that was?
02:57 21     A.   No. It was just one of the days that I
02:57 22 was working, so it had to have either been Sunday
02:57 23 through Monday, one of those days. And it was
02:57 24 probably closer to the first part of my shift
02:57 25 because if it had lasted that long, I would have

128

02:58 1 known about it before then because I was in their
02:58 2 cell block so many times. So my guess would have
02:58 3 been like on a Sunday or Monday when I went back.
02:58 4     Q.   Okay. And you washed them, and what were
02:58 5 the conditions of the detainees as their clothing
02:58 6 was being washed?
02:58 7     A.   The Mexican nationals were kind of odd in
02:58 8 the fact that you rarely ever got their underwear.
02:58 9 They would take a shower and wash their underwear on
02:58 10 their person. So when I did this, they said what
02:58 11 are we going to wear? I said, well, I don't have
02:58 12 enough greens to give every one of you without
02:58 13 washing these. So they wrapped up in blankets,
02:58 14 sheets, you know, and it took several hours.
02:58 15     But we got them down, got them
02:58 16 washed, got them dried, got them reissued. And from
02:59 17 that point on I just basically told Flint if the day
02:59 18 shift can't do it, we'll do it, and we pulled down a
02:59 19 laundry person. If they don't like the one we've
02:59 20 got, that's their business, but we'll find one that
02:59 21 can do the job and we'll do it. So that's kind of
02:59 22 how that came down.
02:59 23     Q.   And that was okay with Sergeant Flint?
02:59 24     A.   Well, yeah. He knew they had to have
02:59 25 some clothes. It was crazy for them to go five days

137

03:13 1 saying he just knew it had to happen. I asked him
03:13 2 again what the hell was this all about? I said,
03:13 3 man, we need to talk, and we need to talk soon. He
03:13 4 wouldn't see me that night.
03:13 5          And when I come on shift the next
03:14 6 day -- and I told my wife, I told her -- she was
03:14 7 already working in Canon City at the time, so we
03:14 8 were kind of in between, you know, having to visit
03:14 9 back and forth. I said I'm going to be looking for
03:14 10 another job. And I told her kind of what the deal
03:14 11 was, and I said I spent all these years in the
03:14 12 penitentiary and never had anything like that
03:14 13 happen. If you thought I was having problems with
03:14 14 the person, you come up and slip another arm bar on
03:14 15 the side. You don't tackle us on the damn floor.
03:14 16          So the next afternoon I went in
03:14 17 for swing shift. Sergeant Flint says we're going to
03:14 18 go see Captain Gore. I figured that that's what
03:14 19 this was about. And it was pretty formal really.
03:14 20 Both sergeants were sitting in there, and
03:14 21 Captain Gore was reading straight from a written
03:15 22 statement as to what went down. And he told me that
03:15 23 he thought I was losing control of this guy. I told
03:15 24 him, man, I've been doing this for a living for
03:15 25 20 plus years. I've never lost control. He said,

138

03:15 1 well, that was my stance on this deal. And I go
03:15 2 okay.
03:15 3          I reached over and picked up the
03:15 4 piece of paper and wrote on it I quit as of two
03:15 5 weeks from now. And it was nothing really personal
03:15 6 with the guy. It's just the accumulation of things
03:15 7 that went down. And I know he did not like this
03:15 8 inmate, but, hell, I didn't like a lot of inmates,
03:15 9 you know. So it was just, for me it was the time to
03:15 10 get going.
03:15 11      Q.   I understand. Did you ever complain to
03:16 12 anyone about the conditions of confinement for the
03:16 13 INS detainees at the Park County Jail?
03:16 14      A.   Oh, sure, you complain to your shift
03:16 15 supervisor. They can take it up the chain of
03:16 16 command, but, hell, they were making money off of
03:16 17 this. Who was going to listen to you? $45 a head
03:16 18 for everyone that was in there. At least that was
03:16 19 my opinion, what good would it have done to talk to
03:16 20 anybody other than the people right there. They
03:16 21 didn't want to change it.
03:16 22          You know, during the course of
03:16 23 conversation with these guys it was pretty typical
03:16 24 that they were pretty proud, and I don't blame them.
03:16 25 They were making good money. But there should have

139

03:16 1 been a lid somewhere, but nobody -- because I talked
03:16 2 to Flint and talked to Muldoon, and we was told to
03:16 3 take them. Don't say no.
03:16 4      Q.   Did you ever talk to anybody about the
03:16 5 issue other than Flint or Muldoon?
03:17 6      A.   No. I didn't even know who the sheriff
03:17 7 was really. I saw him once after the Hayman Fire,
03:17 8 and he gave everybody a little doodad pin. That was
03:17 9 the first and only time I ever saw him.
03:17 10      Q.   Okay. Did you ever talk to Crawford
03:17 11 about it?
03:17 12      A.   Crawford knew about it, yes, sir.
03:17 13      Q.   Well, did you --
03:17 14      A.   Yeah, during the course, you know, of
03:17 15 shift change and talking, when is this going to end.
03:17 16 What's the limit. Are we going to just keep taking
03:17 17 these people.
03:17 18          MR. RINGEL:  Off the record.
03:17 19          (Discussion held off the record.)
03:17 20      Q.   Did you talk to any member of the Board
03:18 21 of Commissioners of Park County about the conditions
03:18 22 at the jail at any time?
03:18 23      A.   For two reasons, no. One, I didn't even
03:18 24 know who they were. Two, man, if you look at the
03:18 25 paper and listen to the way Captain Gore talked,

140

03:18 1 they were making money. Why would they want to --
03:18 2 why would they want to take in less inmates. So I
03:18 3 just figured that it would be a waste of time.
03:18 4      Q.   Did you ever observe any DOC
03:18 5 representative do an inspection of the Park County
03:18 6 Jail?
03:18 7      A.   I knew that they did inspections, but
03:18 8 apparently they always did them on day shift because
03:18 9 I never saw anybody come through. And then the DOC,
03:18 10 they were needing bed space too, so I guess they
03:18 11 would overlook the doors. That's always boggled my
03:18 12 mind, as to why in the hell they overlooked the cell
03:18 13 block that they couldn't lock the damn doors, but
03:18 14 apparently they were needing -- I don't know,
03:19 15 apparently they were needing the bed space so they
03:19 16 either didn't ask, and nobody bothered to tell them,
03:19 17 I'm sure.
03:19 18      Q.   In your opinion, could a DOC person
03:19 19 inspect the Park County Jail and not observe the
03:19 20 conditions of confinement in the D-Pod that you have
03:19 21 described today?
03:19 22      A.   If that person had any common sense, even
03:19 23 if they weren't in corrections, there's no way you
03:19 24 can go in there and see 55, 60 people stacked on the
03:19 25 floor and not wonder what the hell is wrong with

157

| | | |
|---|---|---|
| 03:46 | 1 | mattresses. Do you remember that? |
| 03:46 | 2 | A. Yes, ma'am. |
| 03:46 | 3 | Q. Were mattresses disinfected throughout |
| 03:46 | 4 | the entire time you worked at the Park County Jail? |
| 03:46 | 5 | A. They were disinfected when they weren't |
| 03:46 | 6 | in use. If an inmate left, the mattress -- the cell |
| 03:46 | 7 | would be emptied out, the mattress would be taken, |
| 03:46 | 8 | and it was supposed to have been disinfected at that |
| 03:46 | 9 | particular time so it would be ready to use again |
| 03:46 | 10 | later down the road. |
| 03:47 | 11 | Q. So if I understand you, that's the way it |
| 03:47 | 12 | worked the whole time you were working at the jail? |
| 03:47 | 13 | A. Supposed to, yes. |
| 03:47 | 14 | Q. Okay. |
| 03:47 | 15 | A. Whether it always did, I can't tell you |
| 03:47 | 16 | that, but that's how it was supposed to be. |
| 03:47 | 17 | Q. Okay. Did you ever see Moises and |
| 03:47 | 18 | Abraham banging on the door to the pod? |
| 03:47 | 19 | A. Well, Abraham was banging on the window |
| 03:47 | 20 | to get my attention the night I went in to talk to |
| 03:47 | 21 | him, yes. |
| 03:47 | 22 | Q. And you responded? |
| 03:47 | 23 | A. That's how I found out what was going on, |
| 03:47 | 24 | yes, ma'am. |
| 03:47 | 25 | Q. Was Moises at the door? |

158

| | | |
|---|---|---|
| 03:47 | 1 | A. Well, the door is right beside the glass, |
| 03:47 | 2 | so he was right next to the door when he was |
| 03:47 | 3 | knocking on the glass to get my attention. |
| 03:47 | 4 | Q. And you're talking about Abraham? |
| 03:47 | 5 | A. Abraham was, Moises wasn't. No, Moises |
| 03:47 | 6 | was upstairs. |
| 03:47 | 7 | Q. Okay. |
| 03:47 | 8 | A. It wasn't until later that he started |
| 03:47 | 9 | trying to come downstairs. |
| 03:48 | 10 | Q. Do you know anything about Nurse |
| 03:48 | 11 | Paulsen's involvement in the care of Moises that we |
| 03:48 | 12 | haven't talked about today? |
| 03:48 | 13 | A. No, ma'am, I don't, other than just what |
| 03:48 | 14 | we talked about. I know my observation of her. She |
| 03:48 | 15 | was a very professional lady, so I -- other than |
| 03:48 | 16 | what we talked about here, I never did see her with |
| 03:48 | 17 | him because there again I wouldn't be around when |
| 03:48 | 18 | that was going on. |
| 03:48 | 19 | MS. LEWIS: Okay. I have no other |
| 03:48 | 20 | questions. |
| 03:48 | 21 | MR. JURS: I'm going to get the |
| 03:48 | 22 | chance to ask you some questions. |
| 03:48 | 23 | |
| 03:48 | 24 | |
| 03:48 | 25 | |

159

| | | |
|---|---|---|
| 03:48 | 1 | EXAMINATION |
| 03:48 | 2 | BY MR. JURS: |
| 03:48 | 3 | Q. I'm Andrew Jurs and I represent |
| 03:48 | 4 | Dr. James Bachman in this case. |
| 03:48 | 5 | I'm going to jump around a bit |
| 03:49 | 6 | because I'm following up on Mr. Ringel's and |
| 03:49 | 7 | Ms. Lewis' questions, if that's okay. If you don't |
| 03:49 | 8 | understand where I am, just ask me and I'll explain |
| 03:49 | 9 | because I'm going to be going all around. Is that |
| 03:49 | 10 | okay? |
| 03:49 | 11 | A. Yes, sir. |
| 03:49 | 12 | Q. You've described the conditions in the |
| 03:49 | 13 | pod during the period of March 1st through 8th |
| 03:49 | 14 | during this deposition. And I want to ask you, was |
| 03:49 | 15 | there a period of time before those dates that the |
| 03:49 | 16 | condition of the pod was similar to that which |
| 03:49 | 17 | you've described? |
| 03:49 | 18 | A. Well, any time the count -- like I was |
| 03:49 | 19 | trying to say earlier, any time the count went above |
| 03:49 | 20 | that 38, 40 people it started to get to be a wreck. |
| 03:49 | 21 | You just can't put that many people in there and not |
| 03:49 | 22 | have conditions not so good. |
| 03:49 | 23 | Q. But all the conditions that you've |
| 03:49 | 24 | described were only present during that period of |
| 03:49 | 25 | time, March 1st through 8th? |

160

| | | |
|---|---|---|
| 03:49 | 1 | A. No. |
| 03:49 | 2 | Q. No, okay. |
| 03:49 | 3 | A. No. I mean, we had the same plumbing |
| 03:49 | 4 | problems off and on. We had the same ventilation |
| 03:49 | 5 | problems off and on. Whenever the crowding -- we |
| 03:50 | 6 | didn't have quite that many people until then. But |
| 03:50 | 7 | as far as some of the plumbing and heating and |
| 03:50 | 8 | cooling problems and water problems, we had those |
| 03:50 | 9 | prior to that, yes. |
| 03:50 | 10 | Q. Okay. So the problems with the heat |
| 03:50 | 11 | regulation within the pods and the problems with the |
| 03:50 | 12 | toilets and the showers as you've described already; |
| 03:50 | 13 | is that correct? |
| 03:50 | 14 | A. Right. That was -- I mean, that's a |
| 03:50 | 15 | typical problem you're going to run into in a |
| 03:50 | 16 | correctional facility anyway, but it seemed like it |
| 03:50 | 17 | was a little more often than it should have been at |
| 03:50 | 18 | this one, yes. |
| 03:50 | 19 | Q. And you said the number of detainees was |
| 03:50 | 20 | never as high as it was during that period of time? |
| 03:50 | 21 | A. I'm sorry, sir, I didn't hear you. |
| 03:50 | 22 | Q. You just said the number of detainees was |
| 03:50 | 23 | never as high as it was during that period of time; |
| 03:50 | 24 | isn't that true? |
| 03:50 | 25 | A. In INS cell block during my time there, I |

185

| | | |
|---|---|---|
| 04:20 | 1 | these people were admitted, not counting them I |
| 04:20 | 2 | guess, and then at one point it got to 61 inmates. |
| 04:20 | 3 | A.    The best that I can remember, the -- |
| 04:20 | 4 | MR. RINGEL:  Object to form and |
| 04:20 | 5 | foundation. |
| 04:20 | 6 | A.    -- peak number was 60 something.  I can't |
| 04:20 | 7 | tell you if it was 61 or more, but I do know that we |
| 04:20 | 8 | got over 60 INS people at one time, yes. |
| 04:20 | 9 | Q.    Is it serious to have that number of |
| 04:20 | 10 | people not having any clean laundry for a period of |
| 04:21 | 11 | five days? |
| 04:21 | 12 | MR. RINGEL:  Object to the form and |
| 04:21 | 13 | the foundation. |
| 04:21 | 14 | Q.    Go ahead and answer. |
| 04:21 | 15 | A.    In my opinion it was because you have |
| 04:21 | 16 | that many people, No. 1, come in, there was people |
| 04:21 | 17 | with the flu and colds.  And I don't like wearing |
| 04:21 | 18 | the same clothes five days, so it just made sense |
| 04:21 | 19 | that, you know, that was unacceptable and we needed |
| 04:21 | 20 | to take care of that. |
| 04:21 | 21 | Q.    I'd like to talk to you a little bit |
| 04:21 | 22 | about the logistic problems with cleaning this place |
| 04:21 | 23 | up with 60 or 61 inmates in there.  First of all, |
| 04:21 | 24 | you've testified that it was the toilets were |
| 04:21 | 25 | overflowing during this period of time and you |

186

| | | |
|---|---|---|
| 04:21 | 1 | remember fixing those, correct? |
| 04:21 | 2 | A.    That was a problem that was occurring |
| 04:21 | 3 | then, yes. |
| 04:21 | 4 | Q.    And aren't the toilets right by or in |
| 04:21 | 5 | front of the sinks, the two sinks in this? |
| 04:21 | 6 | A.    They were right next to the sinks and the |
| 04:21 | 7 | showers. |
| 04:21 | 8 | Q.    So if a person was going to not even use |
| 04:22 | 9 | the toilet, just use the sink, the overflow from the |
| 04:22 | 10 | toilet, they'd have to step in it, wouldn't they? |
| 04:22 | 11 | MR. RINGEL:  Object to the form. |
| 04:22 | 12 | A.    If it wasn't cleaned up, they would be |
| 04:22 | 13 | standing in it, yes. |
| 04:22 | 14 | Q.    And in order to go to the shower, you |
| 04:22 | 15 | would have to walk through this water from the |
| 04:22 | 16 | overflowed toilets to get to the shower, correct? |
| 04:22 | 17 | MR. RINGEL:  Object to the form and |
| 04:22 | 18 | the foundation. |
| 04:22 | 19 | A.    Yes. |
| 04:22 | 20 | Q.    Okay.  That's based on your knowledge of |
| 04:22 | 21 | this cell and your observation of it, correct? |
| 04:22 | 22 | MR. RINGEL:  Object to the form and |
| 04:22 | 23 | the foundation. |
| 04:22 | 24 | Q.    He's going to keep objecting. |
| 04:22 | 25 | A.    Correct. |

187

| | | |
|---|---|---|
| 04:22 | 1 | Q.    And he has a right to object.  But for |
| 04:22 | 2 | purposes of your answering the question, you answer |
| 04:22 | 3 | the question, okay? |
| 04:22 | 4 | A.    Okay. |
| 04:22 | 5 | Q.    And this is just -- you know, what's |
| 04:22 | 6 | throwing you off candor-wise is I don't object to |
| 04:22 | 7 | every one and he does.  I could if I wanted to, |
| 04:22 | 8 | okay? |
| 04:22 | 9 | A.    Okay. |
| 04:22 | 10 | Q.    So now with reference to the mopping of |
| 04:23 | 11 | the floor, when you have 61 inmates in there with |
| 04:23 | 12 | mattresses on the floor, is it possible to mop the |
| 04:23 | 13 | floor completely? |
| 04:23 | 14 | A.    Yes, it's possible, but it's awful tough. |
| 04:23 | 15 | You know, the only way that you could really do that |
| 04:23 | 16 | with that number of inmates is to have all the |
| 04:23 | 17 | mattresses stacked up on top of other bunks, which |
| 04:23 | 18 | now you're putting a dirty mattress on top of |
| 04:23 | 19 | somebody else's bedding, and get people to move from |
| 04:23 | 20 | one area to the next so you could have as much open |
| 04:23 | 21 | space as possible.  It's possible but very hard and |
| 04:23 | 22 | likely not to have -- likely not to happen. |
| 04:23 | 23 | Q.    And these paper shoes they were wearing, |
| 04:23 | 24 | if they had to go to the sink in the morning to |
| 04:23 | 25 | brush their teeth or wash their hair, they're right |

188

| | | |
|---|---|---|
| 04:23 | 1 | by the toilet if the toilet's overflowing, they're |
| 04:23 | 2 | going to be stepping in this liquid, aren't they, |
| 04:24 | 3 | that's on the floor? |
| 04:24 | 4 | MR. RINGEL:  Object to the form and |
| 04:24 | 5 | the foundation. |
| 04:24 | 6 | A.    If there was any type of fluid on the |
| 04:24 | 7 | floor in that area, there would be no way not to |
| 04:24 | 8 | step into it, yes. |
| 04:24 | 9 | Q.    And even if the toilet's cleaned up, |
| 04:24 | 10 | whatever bacterial, fecal material, whatever's on |
| 04:24 | 11 | their shoes is going to be continued to be tracked |
| 04:24 | 12 | around the cell, aren't they? |
| 04:24 | 13 | MR. RINGEL:  Object to the form and |
| 04:24 | 14 | the foundation. |
| 04:24 | 15 | A.    Yes, sir. |
| 04:24 | 16 | Q.    And with that many people, upstairs -- |
| 04:24 | 17 | let's go upstairs to this thing.  You've got |
| 04:24 | 18 | mattresses between the bunks, correct, laid out? |
| 04:24 | 19 | A.    Correct. |
| 04:24 | 20 | Q.    And you've got people that are coughing |
| 04:24 | 21 | and spitting phlegm and other things, body fluids, |
| 04:24 | 22 | and they're putting them in papers around the floor? |
| 04:24 | 23 | MR. RINGEL:  Object to the form. |
| 04:24 | 24 | A.    Correct. |
| 04:24 | 25 | Q.    And if those people step on those |

**189**

04:24 1 materials with their paper shoes, they're going to
04:24 2 move those all over the place too, aren't they?
04:24 3     A.   That would be another way for it to be
04:24 4 spread around, yes.
04:24 5     Q.   And if these paper shoes aren't washed
04:24 6 for a period of up to five days as the note
04:24 7 reflects, that stuff's going to be tracked all over
04:25 8 the place whether they're cleaning the floor or not,
04:25 9 aren't they?
04:25 10          MR. RINGEL:  Object to the form and
04:25 11 the foundation.
04:25 12     A.   Yes.
04:25 13     Q.   Now, you were asked about some -- when
04:25 14 you left DOC they were starting to double bunk in
04:25 15 some of the areas that had bigger cells; is that
04:25 16 right?
04:25 17     A.   Correct.
04:25 18     Q.   Had those been single cells before?
04:25 19     A.   They had always been single.  There was
04:25 20 certain cells that was left as a single cell.  It
04:25 21 was a type of incentive type thing that if you were
04:25 22 completing the programs and doing what you were
04:25 23 supposed to be and report free and had a job, that
04:25 24 you would be eligible for a single cell, which is
04:25 25 what most all of them wanted to get to.  They were a

**190**

04:25 1 little bit bigger.  They were up on the third tier,
04:25 2 so it was quieter.  But when we started getting all
04:26 3 the population explosion, they went to double cells
04:26 4 also, double bunk cells.
04:26 5     Q.   Okay.  But they were bigger than the
04:26 6 other double bunk cells?
04:26 7     A.   Not a whole lot, but they were bigger,
04:26 8 yes.
04:26 9     Q.   So the conditions weren't any worse than
04:26 10 the other double bunks?
04:26 11     A.   They weren't really different than the
04:26 12 cells that had already been double bunked.
04:26 13     Q.   Did you ever see the kind of overcrowding
04:26 14 problems in the DOC as you saw in the Park County
04:26 15 Jail?
04:26 16     A.   There was -- in my opinion, any time a
04:26 17 physical plant gets bigger -- or population is
04:26 18 bigger than the physical plant's able to -- designed
04:26 19 for, it's not good.  But I didn't see things quite
04:26 20 like what I was seeing in Park County, no.
04:26 21     Q.   We know that the day shift was charged
04:26 22 with doing laundry, and they weren't doing the
04:27 23 laundry, were they?
04:27 24          MR. RINGEL:  Object to the form and
04:27 25 the foundation.

**191**

04:27 1     A.   Apparently they weren't at this
04:27 2 particular time.
04:27 3     Q.   And we know that the machines weren't
04:27 4 broke down there then because you were able to get a
04:27 5 laundry person out and you used the machines, didn't
04:27 6 you?
04:27 7     A.   Correct.
04:27 8     Q.   If the machines had been broken down, you
04:27 9 wouldn't have been able to do the laundry on your
04:27 10 shift either, could you?
04:27 11     A.   Correct.
04:27 12     Q.   And you also testified that the face
04:27 13 count or head count was something that you as a DOC
04:27 14 retired officer was trying to instill in the other
04:27 15 officers and train them to do, correct?
04:27 16     A.   Correct.  They didn't have a problem so
04:27 17 much with the regular body count.  It was the face
04:27 18 count that they typically slacked off in because
04:27 19 instead of taking the time to go hunt the individual
04:27 20 down and make sure that that's who they were talking
04:28 21 to, they would either believe another inmate that
04:28 22 said he's asleep or a voice that would come down
04:28 23 from another cell that said I don't want my chow.
04:28 24 And that was one of the things that we were trying
04:28 25 to get them to understand, that you've got to put a

**192**

04:28 1 face to a name.
04:28 2     Q.   When you first came there April of 2002
04:28 3 were the jailers who were working there, the
04:28 4 deputies then, not doing the face count?
04:28 5     A.   Well, they were doing what I think they
04:28 6 thought was a face count.  But see, John Bellantonio
04:28 7 had started there and another fellow from DOC were
04:28 8 there however long, John, probably five or six
04:28 9 months before I came to work there.  So they got
04:28 10 part of them to understand some of it.
04:28 11     Q.   Right.
04:28 12     A.   But when I went to work there it was
04:29 13 still with me a pretty big issue with the face
04:29 14 counts.
04:29 15     Q.   So some of the -- so on your shift -- I
04:29 16 mean, you didn't know what was going on on the other
04:29 17 shifts I assume?
04:29 18     A.   No, sir.
04:29 19     Q.   But during your shift when you first
04:29 20 arrived there, they weren't doing the face count
04:29 21 properly?
04:29 22     A.   On my shift was probably the only one
04:29 23 that was doing the face count properly because John
04:29 24 wouldn't allow it otherwise.
04:29 25     Q.   I see.  But you're aware that other