

# Park County Sheriff's Office
P.O. Box 27, Fairplay, CO 80440
Sheriff Fred Wegener

Fairplay (719) 836-2494
Bailey (303) 838-4949
Guffey (719) 748-3888
Lake George (719) 748-3888
Jail (719) 836-4370



DEPOSITION EXHIBIT 35

February 10, 2003

US Immigration and Naturalization Service
Amelia Sanchez
D & R Section
4730 Paris Street
Denver, CO 80239

Dear Ms. Sanchez,
Here is a billing invoice for January 2003 for the INS holds. This report reflects the following totals:

| | |
|---|---|
| Total inmate-days: | 810 |
| balance due: | $36,450.00 |
| Total mileage: | 1500 |
| balance due: | $ 517.50 (1500 @ .345 per mile) |
| Total man-hours: | 36 |
| balance due: | $ 720.00 (36 @ $20 hour) |
| Meals: | $ 560.00 (320 @ $1.75 per meal) |
| **Total amount due:** | **$38,247.50** |

Please remit to:   Park County Jail
P.O. Box 965
Fairplay, CO 80440

If you have any questions, please contact Sherrie Muldoon at (719) 836-4370.

Thank you.

Sincerely,

Sherrie Muldoon, Business Manager
Park County Jail

Cc: Kathy Boyce, Park County Finance Director

EXHIBIT 6

PARK 0443
REYES



# Park County Sheriff's Office
P.O. Box 27, Fairplay, CO  80440
Sheriff Fred Wegener

Fairplay (719) 836-2494
Bailey (303) 838-4949
Guffey (719) 748-3888
Lake George (719) 748-3888
Jail (719) 836-4370

March 13, 2003

US Immigration and Naturalization Service
Amelia Sanchez
D & R Section
4730 Paris Street
Denver, CO 80239

Dear Ms. Sanchez,

Here is a billing invoice for February 2003 for the INS holds. This report reflects the following totals:

| | |
|---|---|
| Total inmate-days: | 883 |
| balance due: | $39,735.00 |
| Total mileage: | 900 |
| balance due: | $ 310.50 (900 @ .345 per mile) |
| Total man-hours: | 33 |
| balance due: | $ 660.00 (33 @ $20 hour) |
| Meals: | $ 521.50 (298 @ $1.75 per meal) |
| **Total amount due:** | **$41,227.00** |

Please remit to:   Park County Jail
P.O. Box 965
Fairplay, CO 80440

If you have any questions, please contact Sherrie Muldoon at (719) 836-4370.

Thank you.

Sincerely,

Sherrie Muldoon, Business Manager
Park County Jail

Cc:  Kathy Boyce, Park County Finance Director

PARK 0444
REYES



# Park County Sheriff's Office
P.O. Box 27, Fairplay, CO 80440
Sheriff Fred Wegener

Fairplay (719) 836-2494
Bailey (303) 838-4949
Guffey (719) 748-3888
Lake George (719) 748-3888
Jail (719) 836-4370

April 14, 2003

US Immigration and Naturalization Service
Amelia Sanchez
D & R Section
4730 Paris Street
Denver, CO 80239

Dear Ms. Sanchez,

Here is a billing invoice for the March 2003 INS holds. This report reflects the following totals:

| | |
|---|---|
| Total inmate-days: | 632 |
| balance due: | $28,448.00 |
| Total mileage: | 1280 |
| balance due: | $ 441.60 (1280 @ .345 per mile) |
| Total man-hours: | 34 |
| balance due: | $ 680.00 (34 @ $20 hour) |
| Meals: | $ 00 (00 @ $1.75 per meal) |
| **Total amount due:** | **$29,596.60** |
| | 29,561.60 |

Please remit to:  Park County Jail
P.O. Box 965
Fairplay, CO 80440

If you have any questions, please contact Sherrie Muldoon at (719) 836-4370.

Thank you.

Sincerely,

Sherrie Muldoon, Business Manager
Park County Jail

PARK 0445
REYES