**PARK CO JAIL COUNT SHEEET**

TYPE OF COUNT _____

DATE 3-1-03      TIME 2000

A 26          E 2
B 34          SEG 1
C 20          B/S 1
D 41          HOLD 1
VISIT ____    KITCHEN ____
LOBBY ____    OUTSIDE ____
TOTAL THIS COUNT 126

MG / Bell
OFFICER / CONTROLLER
Bellaton
SUPERVISOR

---

**PARK CO JAIL COUNT SHEEET**

TYPE OF COUNT Fac?

DATE 3/1/03      TIME 1700

A 27          E 3
B 34          SEG 1
C 20          B/S 1
D 41          HOLD ____
VISIT ____    KITCHEN ____
LOBBY ____    OUTSIDE ____
TOTAL THIS COUNT Ø 127

(signature)
OFFICER / CONTROLLER
Bell
SUPERVISOR

---

**PARK CO JAIL COUNT SHEEET**

TYPE OF COUNT Turnover

DATE 3-1-03      TIME 1605

A 20          E 3
B 34          SEG 1
C 20          B/S 1
D 41          HOLD 1
VISIT 0       KITCHEN 6
LOBBY ―       OUTSIDE ―
TOTAL THIS COUNT 127

Cpl Crawford
OFFICER / CONTROLLER
Bell
SUPERVISOR

EXHIBIT 7

000007

# Park County Jail
## SERGEANTS DAILY LOG

DATE: 3-1-03   SHIFT: DAY   SGT/CPL/OIC: CRAWFORD

Deputies on Duty: WALKER / THEOBOLD / WALLACE (RES. FTO)

Over Time Authorized: NONE

Supervisor Authorized Strip Searches: _____

Use of Force: N/A       Report Number: —     Video Submitted: —

Suicide Watch/Name: N/A                      Cell Location: —

Meds Distributed: 0700 N/A   1500 JW   2100 N/A   Building / Perimeter Check: 2
                  (1)        (1)       (1)        (1)
Rec's A 1400  B 1259  C 0916  D 1500  E ____   B/S N/A   SEG N/A

Face Counts: 2   Head Counts: 1   POD Walks / Visits: See log   POD Searches: —

Close Cash Drawer: JW   Packages / Commissary Checked: N/A

Transports: NONE SCHEDULED

Security Problems / Concerns: NONE

ACCOUNTED FOR Items:

Tools ✗       Keys SEE LOG       Kitchen ✗

AREA CONDITIONS:  C=Clean   D=Dirty   O=Other (Explain in Comments)

Booking: C   Master Control: C   Intox Room: C   Holding Cells: C   POD Area: C

Cells: C   Work Release: C   Lobby: C   Segregation Cells: C   Sally Port Area: C

OTHER INFORMATION / COMMENTS:

BATTERY CHARGERS REPAIRED —
DEP. M. WALLACE (Res. Dep. FTO) in JAIL TODAY
1 CO. MITT IN (FRANSUA, ADAM)
P/u 11 INS TONIGHT 1930 EAGLE — DEP. THOMAS WILL P/u.

Sgt/Cpl/OIC Signature: _Crawford_

# KEY LOG

SHIFT __DAY__    DATE __3-1-05__

| | OUT TIME/INT | IN TIME/INT | OUT TIME/INT | IN TIME/INT | OUT TIME/INT | IN TIME/INT |
|---|---|---|---|---|---|---|
| SUPERVISOR | Crystal 0800 | 1600 CC | | | | |
| BOOKING 1 | | | | | | |
| BOOKING 2 | Worker 0800 | 1600 | | | | |
| BOOKING 3 | | | | | | |
| POD 1 | Shultd 0600 | 1600 CC | | | | |
| POD 2 | Wollace 0800 | 1600 Y | | | | |
| POD 3 | | | | | | |
| 5081 | | | | | | |
| 5082 | | | | | | |
| 5103 | | | | | | |
| 5062 | Assignment | | | | | |
| 5064 | | | | | | |
| 5067 | Assignment Division | | | | | |
| COURT 1 | | | | | | |
| COURT 2 | | | | | | |
| MAINTENANCE | | | | | | |
| | Walker 0800 | 1600 CC | | | | |



DATE 3-1-03    SHIFT DAY    SGT/CORPORAL/OIC Crawford

PARK COUNTY JAIL POD WALK LOG SHEET

| DATE | TIME | A | B | C | D | E | B/S | SEG | OFFICER | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-1 | 0800 | Y | Y | Y | X | X | X | X | Walker | TURNOVER |
| 3-1 | 0826 | X | X | X | X | X | X | X | Walker | CHOW / FACE CT |
| 3-1 | 0907 | X | X | X | X | X | X | X | Wallace | TRAY P/U |
| 3-1 | 0914 |   |   | X |   |   |   |   | Theobald | Rec Call |
| 3-1 | 0938 | X | X | X | X | X | X | X | Walker | hourly |
| 3-1 | 1015 | X | X | X | X | X | X | X | Walker | Random / Buckets |
| 3-1 | 1050 | X | X | X | X | X | X | X | WALKER | HOURLY |
| 3-1 | 1135 | X | X | X | X | X | X | X | Theobald | HOURLY |
| 3-1 | 1213 | X | X | X | X | X | X | X | Theobald | CHOW / FACE CT |
| 3-1 | 1258 |   | X |   |   |   |   |   | Walker | Rec Call |
| 3-1 | 1317 | X | X | X | X | X | X | X | Theobald | HOURLY |
| 3-1 | 1339 | X |   |   |   |   |   |   | Theobald | Visiting |
| 3-1 | 1339 |   |   |   |   | X | X | X | Walker | Meds |
| 3-1 | 1359 |   | X |   |   |   |   |   | Walker | Rec Rtn |
| 3-1 | 1400 | X |   |   |   |   |   |   | Walker | Rec Call |
| 3-1 | 1430 | X | X | X | X |   |   |   | Walker | Bucket P/u |
| 3-1 | 1449 | X | X | X | X |   |   |   | Wallace | Buckets @ Pods |
| 3-1 | 1500 | X |   |   | X |   |   |   | Wallace | Rec rtn. |

**PARK CO JAIL COUNT SHEEET**

TYPE OF COUNT: Shift Change

DATE: 03/1/03   TIME: 0600

A: 21         E: 3
B: 34         SEG: 1
C: 20         B/S: 1
D: 41         HOLD: 1
VISIT: 0      KITCHEN: 5
LOBBY: 0      OUTSIDE: 0

TOTAL THIS COUNT: 127

_[signature]_ OFFICER   _[signature]_ CONTROLLER

_[signature]_ SUPERVISOR

---

**PARK CO JAIL COUNT SHEEET**

TYPE OF COUNT: Chow

DATE: 3/1/03   TIME: 0830

A: 21         E: 3
B: 34         SEG: 1
C: 20         B/S: 1
D: 41         HOLD: 1
VISIT: 0      KITCHEN: 5
LOBBY: 0      OUTSIDE: 0

TOTAL THIS COUNT: 127

_[signature]_ OFFICER   _[signature]_ CONTROLLER

_[signature]_ SUPERVISOR

# PARK CO JAIL COUNT SHEEET

TYPE OF COUNT: Lunch

DATE: 3-1-03    TIME: 1239

A: 20           E: 3
B: 34           SEG: 1
C: ~~80~~ 19    B/S: 1
D: 4            HOLD:
VISIT: 1        KITCHEN: 6
LOBBY:          OUTSIDE:

TOTAL THIS COUNT: 120

_____ OFFICER    Cpl Crawford CONTROLLER

Cpl Crawford SUPERVISOR

# Park County Jail
## SERGEANTS DAILY LOG

DATE: 3/2/03  SHIFT: GRAVES  SGT./CPL./OIC: W. FIKEJS

Deputies on Duty: BRIDGE, GREELEY, FRYE

Over Time Authorized: _____

Supervisor Authorized Strip Searches: NONE

Use of Force: NONE   Report Number: N/A   Video Submitted: N/A

Suicide Watch/Name: NONE   Cell Location: N/A

Meds Distributed: 0700 [✓]  1500 ___  2100 ___   Building / Perimeter Check: 6

Rec's  A ___  B ___  C ___  D ___  E ___  B/S ___  SEG ___

Face Counts: 0   Head Counts: 3   POD Walks / Visits: 23   POD Searches: 0

Close Cash Drawer: Y   Packages / Commissary Checked: ✓

Transports: NONE

Security Problems / Concerns: _____

ACCOUNTED FOR Items:

Tools: N/A   Keys: N/A   Kitchen: N/A

AREA CONDITIONS:  C=Clean  D=Dirty  O=Other (Explain in Comments)

Booking: C   Master Control: C   Intox Room: C   Holding Cells: C   POD Area: C

Cells: ___  Work Release: ___  Lobby: ___  Segregation Cells: ___  Sally Port Area: ___

OTHER INFORMATION / COMMENTS:

GOT JANITORS UP, DID PHONE CARDS DID POSTAGE, PREP. RAZORS, WEST DECLINED REC, MATHINY OUT FOR REC, JANITORS OUT FOR REC., SEG. I OUT FOR SHOWERS, RELEASED HARTY AT 0030, KITCHEN CREW UP TO WORK, J. BELL TOOK 5064, SUE DECLINED REC.

Sgt/Cpl/OIC Signature: W. Fikeje #3508

# KEY LOG

SHIFT: GRAVES     DATE: 3-2-03

| Location | OUT TIME/INT | IN TIME/INT | OUT TIME/INT | IN TIME/INT | OUT TIME/INT | IN TIME/INT |
|---|---|---|---|---|---|---|
| SUPERVISOR | | | | | | |
| BOOKING 1 | | | | | | |
| BOOKING 2 | 0001 JB | | | | | |
| BOOKING 3 | | | | | | |
| POD 1 | 0001 DF | 0800 DF | | | | |
| POD 2 | 0001 WH | | | | | |
| POD 3 | | | | | | |
| 5081 | | | | | | |
| 5082 | | | | | | |
| 5103 | | | | | | |
| 5062 | | | | | | |
| 5064 | 0001 JB | | | | | |
| 5067 | | | | | | |
| COURT 1 | | | | | | |
| COURT 2 | | | | | | |
| MAINTENANCE | | | | | | |
| MEDICAL | 0700 DF | | | | | |

**PARK CO JAIL COUNT SHEEET**

TYPE OF COUNT  Head ct.

DATE 3/2/03            TIME 0300

A  27            E  2

B  34            SEG  3

C  20            B/S  1

D  48            HOLD  ○

VISIT  ○        KITCHEN  ○

LOBBY  ○        OUTSIDE  ○

TOTAL THIS COUNT  135

FIKEJS
GREELEY FRYE        BRIDGE
OFFICER              CONTROLLER

W. Tikeys
SUPERVISOR
OIC

---

**PARK CO JAIL COUNT SHEEET**

TYPE OF COUNT  Head CJ

DATE 3/2/03            TIME 0600

A  27            E  2

B  34            SEG  3

C  20            B/S  1

D  48            HOLD  ○

VISIT  ○        KITCHEN  ○

LOBBY  ○        OUTSIDE  ○

TOTAL THIS COUNT  135

FRYE, GREELEY
FIKEJS              BRIDGE
OFFICER              CONTROLLER

W. Tikeys
SUPERVISOR
OIC

---

**PARK CO JAIL COUNT SHEEET**

TYPE OF COUNT  Head

DATE 030103            TIME 0000

A  27            E  3

B  34            SEG  3

C  20            B/S  1

D  48            HOLD  \

VISIT  \        KITCHEN  \

LOBBY  \        OUTSIDE  \

TOTAL THIS COUNT  136

OFFICER              RD
                     CONTROLLER

W. Tikeys
SUPERVISOR
OIC

000015

## PARK CO JAIL COUNT SHEET

DATE 3/4/03    TYPE OF COUNT SHIFT CHANGE (DAY)    TIME _____

- A 19
- B 34
- C 21
- D 50
- E 2
- B/S 1
- SEG 3
- HOLD 2
- VISIT 0
- KITCHEN 5
- LOBBY 0
- OUTSIDE 0

TOTAL THIS COUNT **138**

OFFICER _____    CONTROLLER _____    SUPERVISOR _____

---

## PARK CO JAIL COUNT SHEET

DATE 3/4/03    TYPE OF COUNT BREAKFAST    TIME _____

- A 19
- B 34
- C 21
- D 50
- E 2
- B/S 1
- SEG 3
- HOLD 2
- VISIT 0
- KITCHEN 6
- LOBBY 0
- OUTSIDE 0

TOTAL THIS COUNT **138**

OFFICER _____    CONTROLLER _____    SUPERVISOR _____

000030



# Park County Sheriff's Office
## Detention Center
### Inter-Office Memorandum

TO: Sgt. Muldoon / Day Shift

FROM: Sgt. Flint

SUBJECT: Shift Update

DATE: March 4, 2003

COPIES: Captain Gore / Sgt.'s Log

---

Inmate Herbert Maprazo-Hazariegos is complaining of serious pains on his left side (D-pod). Recommend he see the nurse as soon as possible.

Several Inmates in D-pod appear to be experiencing chest colds/flue or altitude sickness. Officers placed the coolers in their overnight with drinks and water.

A handrail on a lower bunk in A-pod broke off. The remaining portion needs to be removed. If someone would please notify Jim.

There have been _no_ laundry changes in B, C and D pods for over five days. We had our laundry person (Forester) out our whole shift to deal with D-pod. Could somebody check with day shift laundry trustee where we are breaking down? We have had numerous complaints on Hanson.

CJIMs is not allowing the officers to correct mis-spelled information, ect.

There are three Mexican Nationals that were arrested this evening. They each have street charges from PCSO. They are also illegals. could Deputy Goodwin investigate the possibility of obtaining a detainer from INS regarding these three. We had slight problems identifying these individuals initially.

Thanks in advance.

Sgt. Flint


*PS: Who stole the Peanut Butter cake?*

**PARK CO JAIL COUNT SHEET**

DATE 03-06-03   TYPE OF COUNT Chow   TIME 0901

- A 28
- B 37
- C 22
- D 55
- E 5
- SEG 2
- B/S 1
- HOLD 3
- VISIT
- KITCHEN 3
- LOBBY
- OUTSIDE
- TOTAL THIS COUNT 156

OFFICER (signature)   CONTROLLER   SUPERVISOR

---

**PARK CO JAIL COUNT SHEET**

DATE 03-6-03   TYPE OF COUNT Lunch   TIME 1247

- A 23
- B 37
- C 22
- D 55
- E 5
- SEG 2
- B/S 1
- HOLD 3
- VISIT
- KITCHEN 5
- LOBBY
- OUTSIDE
- TOTAL THIS COUNT 153

OFFICER (signature)   CONTROLLER C. Gaulke   SUPERVISOR

# Park County Jail
## SERGEANTS DAILY LOG

DATE: 03-06-03  SHIFT: Evening  SGT./CPL./OIC: Flint

Deputies on Duty: CPL. Bellantonio, E. Allen, J. Thomas

Over Time Authorized: J. Thomas - Staying to 0400 hrs

Supervisor Authorized Strip Searches: (2) forward to files

Use of Force: None  Report Number: —  Video Submitted: —

Suicide Watch/Name: Ankrum (per 100)  Cell Location: I.

Meds Distributed: 0700 ✓  1500 ✓  2100 yes  Building / Perimeter Check: 1

Rec's: A ___  B ✓  C ✓  D ___  E yes  B/S ___  SEG ___

Face Counts: 1  Head Counts: 3  POD Walks / Visits: 8  POD Searches: 0

Close Cash Drawer: ___  Packages / Commissary Checked: yes

Transports: Allen to Eagle Co SO - Picked up (6) INS

Security Problems / Concerns: Same doors as listed prev

ACCOUNTED FOR Items:
Tools: yes  Keys: yes  Kitchen: yes

AREA CONDITIONS:  C=Clean  D=Dirty  O=Other (Explain in Comments)

Booking: C  Master Control: O  Intox Room: N/A  Holding Cells: IN USE  POD Area: C
Cells: C  Work Release: N/A  Lobby: C  Segregation Cells: USE IN  Sally Port Area: O

OTHER INFORMATION / COMMENTS:
Boot Camp Bags sorted and stacked by Deputy Allen
AA Classes started at 1845 -
Matheny/Ankrum given phone calls
Ankrum shower
Commissary sorted/passed out

PROCESSED: (6) INS IN  (1) Boot Camp out

Sgt/Cpl/OIC Signature: ___

**PARK CO JAIL COUNT SHEEET**
TYPE OF COUNT Face chow
DATE 03-06-03  TIME 1700
A 25     E 5
B 37     SEG 2
C 22     B/S 1
D 55     HOLD 3
VISIT 0     KITCHEN 6
LOBBY 0     OUTSIDE 0
TOTAL THIS COUNT 156

Thomas Bell
OFFICER        CONTROLLER
SUPERVISOR

---

**PARK CO JAIL COUNT SHEEET**
TYPE OF COUNT Head
DATE 03-06-03  TIME 2000
A 30     E 5
B 37     SEG 2
C 22     B/S 1
D 55     HOLD 3
VISIT 0     KITCHEN 0
LOBBY 0     OUTSIDE 0
TOTAL THIS COUNT 155

Thomas
OFFICER        CONTROLLER
SUPERVISOR

---

**PARK CO JAIL COUNT SHEEET**
TYPE OF COUNT Head
DATE 3-6-03  TIME 1600
A 24     E 5
B 37     SEG 2
C 22     B/S 1
D 55     HOLD 3
VISIT 0     KITCHEN 4
LOBBY 0     OUTSIDE 0
TOTAL THIS COUNT 153

Thomas Bell
OFFICER        CONTROLLER
SUPERVISOR

---

**PARK CO JAIL COUNT SHEEET**
TYPE OF COUNT Head
DATE _____  TIME _____
A 32     E 5
B 37     SEG 2
C 22     B/S 1
D 61     HOLD 3
VISIT 0     KITCHEN 0
LOBBY 0     OUTSIDE 0
TOTAL THIS COUNT 163

Bell
OFFICER        CONTROLLER
SUPERVISOR

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT: chow
DATE: 03-8-03   TIME: 0940
A: 28
B: 29
C: 31
D: 11
E: 10
B/S: 1
SEG: —
HOLD: —
VISIT: —
KITCHEN: 3
LOBBY: —
OUTSIDE: —
TOTAL THIS COUNT: 100

OFFICER: [signature]
CONTROLLER: [signature]
SUPERVISOR: [signature]

---

**PARK CO JAIL COUNT SHEET**

TYPE OF COUNT: lunch
DATE: 3-8-03   TIME: 1250
A: 17
B: 24
C: 31
D: 10
E: 10
B/S: 1
SEG: —
HOLD: —
VISIT: (law)
KITCHEN: 3
LOBBY: —
OUTSIDE: —
TOTAL THIS COUNT: 97

OFFICER: [signature]
CONTROLLER: [signature]
SUPERVISOR: [signature]