3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

DEPOSITION OF: MOISES CARRANZA-REYES, Volume I
January 16 AND 17, 2006

MOISES CARRANZA-REYES,
Plaintiff

v.

PARK COUNTY, a public entity of the State of Colorado
and its governing board, THE PARK COUNTY BOARD OF
COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a
public entity of the State of Colorado; FRED WEGENER,
individually and in his official capacity as Sheriff of
Park County, Colorado; MONTE GORE, individually and in
his capacity as Captain of Park County Sheriff's
Department; VICKIE PAULSEN, individually and in her
official capacity as Registered Nurse for Park County,
Colorado; JAMES BACHMAN, M.D., individually and in his
official capacity as Medical Director of the Park
County Jail,

Defendants.

TAKEN PURSUANT TO NOTICE on behalf of the Defendant
Park County at 1125 17th Street, Suite 600, Denver,
Colorado 80202 at 9:09 a.m. before Laura L. Corning,
Federal Certified Realtime Reporter, Certified
Shorthand Reporter and Notary Public within Colorado.

                                      I N D E X
EXAMINATION OF MOISES CARRANZA-REYES:                    PAGE
Volume I
January 16, 2006
By Mr. Kordick                                            --
By Mr. Archuleta                                          --
By Mr. Ringel                                             6
By Ms. Lewis                                              --
By Mr. Sargent                                            --

                                                     INITIAL
DEPOSITION EXHIBITS                                  REFERENCE
13   Plaintiff's Rule 26(a)(1) Disclosures             11
14   Plaintiff's Responses to the First Set of         34
     Interrogatories and Requests for Production
     of Documents from Defendants Park County,
     the Park County Board of County Commissioners,
     the Park County Commissioners, the Park
     County Sheriff's Office, Fred Wegener, and
     Monte Gore
15   Order to Detain or Release Aliens                123
16   Park County Jail Reporte Para El Doctor          128
17   Form                                             225
18   Letter from Don, Hiller & Galleher               227
19   Records release authorization                    230
(Attached to Original and copy transcripts.)

2

                 APPEARANCES
For the Plaintiff:   LLOYD C. KORDICK, ESQ.
                     805 South Cascade
                     Colorado Springs, Colorado 80903
                     JOSEPH J. ARCHULETA, ESQ.
                     Law Office of Joseph Archuleta
                     1724 Ogden Street
                     Denver, Colorado 80128

For the Defendants   ANDREW D. RINGEL, ESQ.
Park County, Park    Hall & Evans, LLC
County Board of      1125 17th Street
Commissioners, Park  Suite 600
County Sheriff's     Denver, Colorado 80202-2037
Office, Wegener,
Gore:

For the Defendant    MELANIE B. LEWIS, ESQ.
Paulsen:             Berg Hill Greenleaf
                       & Ruscitti LLP
                     1712 Pearl Street
                     Boulder, Colorado 80302

For the Defendant    CRAIG SARGENT, ESQ.
Bachman:             Johnson McConaty & Sargent, P.C.
                     400 South Colorado Boulevard
                     Suite 900
                     Glendale, Colorado 80246

Also Present:        Jack G. Mudry, Interpreter
                     Jose M. Gonzalez
                     Jackie Beaver

4

1            WHEREUPON, the within proceedings were
2    taken pursuant to the Federal Rules of Civil
3    Procedure:
4            (At this time Ms. Beaver was not present in
5    the deposition room.)
6            MR. KORDICK:  For the record --
7            MR. SARGENT:  Wait just a second.  I just
8    want to meet some people.
9            MR. KORDICK:  I'm going to introduce you.
10           MS. LEWIS:  Okay.
11           MR. KORDICK:  For the record, I've asked
12   Joe Gonzales, who is a translator, to be present to
13   observe the procedures for at least a portion of the
14   time and be available if we need to consult with our
15   client sometime during the deposition.  And I've asked
16   my client, because of translation issues I've had in
17   other cases unrelated to this -- I had a case where I
18   had a Puerto Rican client who didn't speak English, and
19   the translator was from Peru, and it turned out they
20   could not understand each other for some reason, and it
21   was a very difficult situation.
22           So I've tried to simplify it by telling
23   my client to listen to the question carefully and to
24   answer slowly so that the translator can translate
25   contemporaneously with his answer.

*Coffman Reporting*

303.893.0202
303.893.2230 FAX

EXHIBIT

8

PENGAD 800-631-6989

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

129

1      MR. KORDICK: Oh, I'm sorry. Thank you.
2      A.    This is the sheet.
3      Q.    (BY MR. RINGEL) Of all the handwriting
4   on this sheet, what is your handwriting, if any?
5      A.    Everything that's written.
6      Q.    It looks to me like at the top of the
7   page, that -- that writing of your name at the very top
8   is not in your handwriting; is that true?
9      A.    Yeah, it's true, it's not my writing.
10     Q.    But everything else that's in handwriting
11  on this page is yours?
12     A.    Yes.
13     Q.    Okay. Did you have any problem
14  understanding this form when you filled it out?
15     A.    No, none.
16     Q.    Other than the form that's been marked as
17  Exhibit 16, did you complete any other form during your
18  time at the -- when you first arrived at the jail?
19     A.    No, I don't think so.
20     Q.    Okay. So you filled out this form and
21  then you talked to the inmate with the ponytail. What
22  else happened when you first arrived?
23     A.    No. He was already talking to us.
24     Q.    Okay. While you were filling out the
25  form or before you got the form?

130

1      A.    I was concentrating on this paperwork.
2   He was talking to us before and during this, but I
3   wasn't paying attention to him.
4      Q.    Okay. Did you complete the -- this
5   paperwork -- this document that's been marked as
6   Exhibit 16 as completely and accurately as you could at
7   that time?
8      A.    Yes, as honestly as I could.
9      Q.    What color was the inmate's uniform that
10  you were talking to with the ponytail?
11     A.    He had a uniform that was white with dark
12  stripes, and I don't remember if it was blue stripes or
13  brown stripes. He didn't have the same blue uniform
14  that we were wearing.
15     Q.    When did you get your blue uniform?
16     A.    When we finished filling out the sheets.
17     Q.    Describe -- did you get things other than
18  the blue uniform?
19     A.    Dirty shoes, a torn uniform, dirty
20  blankets, something to clean yourself with, some soap,
21  and a toothbrush. I don't know if that was used or
22  not.
23     Q.    Okay. Were you interacting with any
24  officials of the jail at that point in time, when you
25  received that -- all that stuff?

131

1      A.    Yeah. It was an official.
2      Q.    Was it a man or a woman?
3      A.    A man.
4      Q.    One official or more than one official?
5      A.    There was one that was talking to us in
6   English, and I didn't understand anything, even less
7   than I do now, and then there was another one who was
8   standing back there who had a face that, you know,
9   could have killed you.
10         MR. SARGENT: Do you have a brother
11  working there?
12     Q.    (BY MR. RINGEL) The individual with the
13  face that could have killed you, was that a man or a
14  woman?
15     A.    Man.
16     Q.    Okay. Did that man speak to you at all?
17     A.    He was saying something to the other
18  sheriff, and I don't know what it was, that he was
19  giving him orders or what. He was saying something,
20  but I don't know what it was.
21     Q.    Was anyone translating the information --
22  or translating what either of the two sheriffs were
23  saying to you, to you or anyone else in the group?
24     A.    The supposed interpreter that they had
25  there, after we filled these things out, the only thing

132

1   that he was saying was where are you from, where are
2   you from, where are you from. I don't know if he was
3   interpreting what they were saying. That's all he was
4   saying.
5      Q.    Was that the same guy with the ponytail?
6      A.    Yes.
7      Q.    Okay. So that inmate was there during
8   this period of time.
9      A.    Yeah. He was a prisoner. He said he was
10  helping us and doing what he was doing because they
11  would either give him a reduction of his sentence or
12  they would allow him to say whatever he wanted, because
13  of that he was helping us or something like that.
14     Q.    How long were you in the initial jail?
15     A.    I can't tell you, but I think it was
16  about an hour or a little more. I lost all sense of
17  time.
18     Q.    Did you -- you received a uniform,
19  correct?
20     A.    A torn one, yeah.
21     Q.    Was the uniform clean or dirty?
22     A.    It smelled bad. I mean, it was folded,
23  but when you unfolded it, you could tell that there was
24  something there. It was -- I don't know. It was dirty
25  or -- it was -- and it smelled bad.

*   SUBJECT TO CONFIDENTIALITY DESIGNATIONS   *

133

1  Q.    Did you receive any other clothing other
2  than the uniform?
3  A.    No other clothing.
4  Q.    Did you receive any shoes?
5  A.    Dirty, torn ones.
6  Q.    What kind of shoes were they?
7  A.    They were like slippers that were
8  enclosed. They were closed up, but what they had
9  inside, well, you know, it almost made me throw up to
10 put them on, but I had to do it.
11 Q.    What were shoes made out of?
12 A.    Just some kind of cheap cloth.
13 Q.    Did you receive toiletry or hygiene
14 items?
15 A.    Yes. Yeah, I remember they gave me some
16 soaps, some toilet paper and, I think, yeah, a
17 toothbrush.
18 Q.    Anything else?
19 A.    They gave us some blankets.
20 Q.    Did you have bedding, like blankets,
21 pillow, mattress, that sort of thing?
22      MR. KORDICK: Do you remember all that?
23      THE INTERPRETER: Yeah.
24 A.    Yeah. They gave us a really thin
25 mattress. They gave us a blanket that was even

134

1  thinner, and it was like these things were worse than
2  dirty. It was like they were greasy or -- or stained
3  with something, and you would pass your hand over it
4  and you would feel that it had something on it, like it
5  was -- it was stained, it was dirty and in that way
6  greasy.
7  Q.    (BY MR. RINGEL) Did you get a pillow?
8  A.    I don't recall that. I remember that I
9  was using towels for that.
10 Q.    How many towels did you get?
11 A.    They gave me one, and then they gave me
12 like scrap cloth.
13 Q.    To use as like a washcloth?
14 A.    Yes.
15 Q.    Did you have a -- did you get a bag to
16 keep your clothes in at all?
17 A.    No, no. They -- we would throw it into a
18 bucket.
19 Q.    Did you have a mesh bag of any kind?
20 A.    You mean here at the jail?
21 Q.    Yes.
22 A.    No.
23 Q.    Did you receive any written materials
24 about the rules of the jail?
25 A.    I don't remember, but I don't think so.

135

1  Q.    Did you receive anything called an inmate
2  handbook?
3  A.    No, no.
4  Q.    Did you receive any paper or writing
5  implements?
6  A.    No.
7  Q.    Did you receive anything else that we
8  haven't talked about?
9  A.    No.
10 Q.    During the time that you were in the
11 first area when you were in the jail, did anyone
12 provide you with an orientation to the rules of the
13 jail?
14 A.    No, no one.
15 Q.    Did you ever get an orientation to the
16 jail at any time while you were there?
17 A.    No, no one.
18 Q.    How did you learn the rules of the jail?
19 A.    I don't know if there were any rules.
20 Q.    Okay. No one who is an official
21 explained any rules to you in the jail at any time?
22 A.    No.
23 Q.    What time did you arrive at the jail?
24 A.    It was dark out. It could have been 8:00
25 or 9:00. It could have been earlier. It could have

136

1  been later. I don't remember.
2  Q.    Did you wear a watch at the time?
3  A.    They took it away from me.
4  Q.    "They" being the immigration officials?
5  A.    Yes.
6  Q.    Okay. Anything else you remember about
7  the events in the first place you were in the jail?
8  A.    No. Just that this guy was there
9  acting -- making fun of us. I don't know if it --
10 maybe I'm just being a little too -- too negative, but
11 I could tell the other guy that was there, I think he
12 felt badly about what his colleague was doing, but it
13 seemed like the first guy, everything that he would
14 give me was broken or dirty or torn or whatever.
15 Q.    Was the guy that was giving you the
16 broken or dirty or torn things the guy with the face
17 that could kill, or another guy?
18 A.    No. This was a prisoner that was giving
19 us those things, a female.
20 Q.    Do you remember what she looked like?
21 A.    She was an older woman, a blue uniform, I
22 think. I don't remember the color. She was
23 bringing -- going back and forth bringing clothing in.
24 I don't know if it was right there or she had to go
25 somewhere else to get it. She was kind of chubby. She

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

---

**137**

1   was a good person, behaved well, and you would think
2   that she'd try and give you -- and she did try and give
3   us clothing that was the right size. You know, she
4   said, well, look at this, see if it fits. If it fits,
5   then you can keep it.
6      Q.   Did she speak Spanish?
7      A.   No.
8      Q.   Were you able to communicate with her?
9      A.   No.
10     Q.   I don't understand something you said
11  earlier. You said that one of the gentlemen was giving
12  you things and the other was, you thought -- somehow
13  didn't like what that guy was doing, giving you broken
14  things. Can you clarify what you meant by that?
15     A.   Remember I told you there were two
16  officials? One older guy, and he looked like he was
17  pretty friendly. The other guy was younger, and he was
18  a little bit more robust and a little stronger. Maybe
19  he just had a rough-looking face. I don't -- I didn't
20  really mean that he could kill you with his looks,
21  but --
22     Q.   But the guy that we were talking about
23  that you said could kill you with his looks or had a
24  rough face was the younger of the two?
25     A.   Yeah. He looked like he was a little

**138**

1   younger.
2      Q.   All right.
3      A.   Yeah.
4      Q.   Would you recognize these two gentlemen
5   today, do you believe, if you saw a picture of them?
6      A.   I could tell you maybe. I couldn't say
7   yes or no. I'd have to it look at the picture in
8   detail.
9      Q.   Do you have any -- do you recall any
10  interaction that you had with either of those two men
11  other than at the beginning of the time that you were
12  in the jail?
13     A.   Later, after that, no, I don't remember.
14     Q.   Were either of those two men the man who
15  drove you from Mr. Baca's vehicle to the jail?
16     A.   No, I don't think so.
17     Q.   Did you have the opportunity to take a
18  shower or wash yourself when you first arrived at the
19  jail?
20     A.   No.
21     Q.   When did you eat when you were first at
22  the jail?
23     A.   When I was filling out the paperwork when
24  I first got there, that's when they brought us some
25  food.

**139**

1      Q.   Okay. Who brought you the food?
2      A.   There were prisoners that brought it, not
3   police officers. I think it was that same lady that
4   brought the clothing to us.
5      Q.   Okay. Did you ask for medical attention
6   when you arrived at the jail?
7      A.   No.
8      Q.   Did you need any medical attention when
9   you arrived at the jail?
10     A.   No. I think that I didn't. I was fine
11  healthwise.
12     Q.   Okay. After that first room that you
13  were in with the approximately nine people you came
14  with, where did you go next?
15     A.   I don't know if it was nine or if it was
16  less than that, but they took us to the larger room
17  where there were other prisoners.
18     Q.   About how many prisoners were in there?
19     A.   There was around 45 or 50 in there,
20  around there, but it's not that I could count them that
21  night or even the following night.
22     Q.   Describe the physical layout of the place
23  where you were.
24         MR. KORDICK: You mean the cell?
25     Q.   (BY MR. RINGEL) Yeah, if you would call

**140**

1   it a "cell."
2      A.   It could be a little wider than this
3   room. The one upstairs, the part upstairs was narrower
4   and smaller. There were three tables about this size
5   (indicated), and there were places where you could sit
6   underneath. It was a small place, and I'll tell you,
7   and you don't have to believe me if you don't want to,
8   but when you walk in there, it stinks.
9      Q.   Were there bunk beds up on top?
10     A.   Yes.
11     Q.   How many levels to the beds?
12     A.   They were twin beds. I didn't count
13  them.
14     Q.   Okay. Do you have any idea how many beds
15  were up there?
16     A.   I could say it would have been around 12
17  or so. I couldn't say for sure. It was very small,
18  and I'm telling you that the mattresses that that he
19  give us -- that they gave us were mattresses that
20  almost fit perfectly in the space there between the
21  beds.
22     Q.   Okay. Who took you from the first place
23  you were in the jail to this -- to this cell?
24     A.   Police officer.
25     Q.   One of the two that you were interacting

141

1 with at the beginning, or someone else?
2   A.   I think it was another one.
3   Q.   What did he or she look like?
4   A.   That officer -- it was a man.
5   Q.   What did he look like?
6   A.   Maybe I just felt like I was overwhelmed,
7 you know what I mean? I'll just tell you that, you
8 know, I wasn't really paying much attention to the way
9 the people looked because here I was overwhelmed with
10 carrying these things, this blanket, and I was all
11 smelly, and it was just terrible, and I didn't know
12 what was going to happen to me and where I was going to
13 end up.
14   Q.   Okay. What did the physical layout of
15 the first floor of the cell look like?
16   A.   Downstairs, at the bottom?
17   Q.   Yes.
18   A.   Well, it looked clean, but there was
19 toilet paper thrown all over the place and the bathroom
20 was dirty and it just stunk. You could see the poop
21 that was in the -- in the bowl there. You could see it
22 there.
23   Q.   Okay. What was the physical layout like?
24   A.   Three tables, I recall that. There was a
25 phone there. There was a drinking fountain. There

142

1 were two toilet bowls. There were showers. You would
2 go in there, and then on this side (indicated)-- at the
3 end of the cell block where I was there was this little
4 window, and it was all sealed up and everything, but
5 there was a window there.
6   Q.   You could look out of the cell where you
7 were --
8   A.   Yes.
9   Q.   --- inside into the jail? Or could
10 you --
11   A.   To the other cell blocks you mean, you
12 could see there? Yes, I could see. I could see the
13 sheriffs.
14   Q.   There wasn't a window to the outside of
15 the jail, correct?
16   A.   Yes.
17   Q.   Where was that window?
18   A.   At the end of where the tables were.
19 Here is the entrance, here (indicated) is where this
20 little window is completely sealed up. A very small
21 window. Might have been about this (indicated) big, up
22 there. You had to stretch up to look at it, to look
23 through it.
24   Q.   But through that little window you could
25 see the outside world?

143

1   A.   Yes.
2   Q.   What was the floor made out of of the
3 bottom of the cell?
4   A.   I don't know. I think it could have been
5 concrete.
6   Q.   What were the tables made out of?
7   A.   Cement.
8   Q.   Was there normal bathroom tile in the
9 bathroom part of the jail, or was it made out of
10 something else?
11   A.   I don't remember, but it was so dirty,
12 the showers looked like they were black. And I
13 think -- it smelled like mold in there.
14   Q.   Okay. When you first arrived in the
15 cell, what were the other inmates doing?
16   A.   There were some that were sleeping and
17 the lights were out. There were people that were
18 sneezing and coughing all over the place, and I saw a
19 lot of --
20        THE INTERPRETER: Allow the interpreter
21 to clarify one thing.
22   A.   There was tissue or toilet paper thrown
23 all over the place that had people's saliva or mucus on
24 it. I think so, because upstairs there was no water.
25   Q.   (BY MR. RINGEL) Okay. Was there a trash

144

1 can anywhere in the cell?
2   A.   Yeah. But it had a hole in it, because
3 everything you threw into it would come out the bottom.
4   Q.   Describe the trash can.
5   A.   A big one. It was -- it was broken, and
6 it was -- it had a break in the bottom.
7   Q.   When you say "a big one," how big?
8   A.   Like about this size (indicated). It was
9 split in the bottom. It was really dirty, and it had a
10 bag in it, but I don't think they ever changed the bag.
11   Q.   What was the trash can made out of?
12   A.   Plastic.
13   Q.   What were the bunks made out of?
14   A.   Metal.
15   Q.   Did they have springs on them?
16   A.   Yes. Yeah. They had like springs.
17   Q.   Am I correct in understanding that during
18 the entire time that you were at the jail, you never
19 slept in a bunk; is that true?
20   A.   I never did.
21   Q.   Where did you sleep?
22   A.   On the floor.
23   Q.   On a mattress?
24   A.   If you want to call it that.
25   Q.   Describe that mattress for me.

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

145

1    A.    Very thin one. So it was like you were
2  laying on the floor, because when you lay down on it,
3  the top of it would compress down to where the bottom
4  was and you could feel the cold rising up from the
5  floor through it. I remember the room that we were
6  sleeping in, I remember I could touch the wall and I
7  remember it was like cold and humid.
8    Q.    Where was the mattress physically
9  situated that first night?
10   A.    On the ground.
11   Q.    I understand on the ground. On the
12 first -- on the first level? On the second level?
13   A.    Upstairs.
14   Q.    Okay. Where upstairs physically?
15   A.    Wherever we could clean it up to put it
16 down, because everybody had to clean up their little
17 area to put it down.
18   Q.    Were you in between bunks?
19   A.    Yes.
20   Q.    Your brother was with you, correct?
21   A.    Yes.
22   Q.    Did your brother have a bunk the first
23 night?
24   A.    No. There was no room.
25   Q.    Your -- did your brother have a bunk any

146

1  of the nights that you and he were together in the
2  jail?
3    A.    No.
4    Q.    Your sister-in-law was somewhere else in
5  the jail as far as you know, correct?
6    A.    I think so.
7    Q.    When's the last time you saw your sister-
8  in-law at the jail?
9    A.    I remember when I was getting put into my
10 cell I saw her, and then after that I saw her again,
11 and I remember I saw them taking her to an exercise
12 room or the gymnasium or whatever.
13   Q.    Other than that one time, did you see
14 your sister-in-law at any other time that you were in
15 the jail?
16   A.    I think so.
17   Q.    Where?
18   A.    Once or twice -- I don't remember what
19 time or what part of the day or -- but I remember
20 because they would take her back and forth to the
21 gymnasium, and maybe I saw her once or twice.
22   Q.    Did you have the opportunity to talk with
23 your sister-in-law from the time that you were
24 separated in the jail?
25   A.    No.

147

1    Q.    And then the next time that you were able
2  to talk to your sister-in-law was when you were in the
3  hospital; is that true?
4    A.    Yes. The hospital?
5    Q.    Yes, the hospital. Let me just clarify.
6  After you and your brother went into the cell that you
7  described and your sister went somewhere else -- your
8  sister-in-law went somewhere else, you didn't have any
9  opportunity to speak with your sister-in-law until the
10 time you were in the hospital.
11   A.    Yeah. Yeah. At the end, when I was in
12 the hospital, yeah.
13   Q.    Did you meet any of the people that
14 were -- let me back up. When was the first time that
15 you communicated with the other individuals that were
16 in the cell with you?
17   A.    That same night.
18   Q.    Describe your communications with them.
19   A.    They would say, don't feel bad, we've
20 been here for a long time. Take it easy, don't
21 despair. That was all. Yeah, just that night trying
22 to think things through, but that was all.
23   Q.    Did you have an understanding of why
24 these other individuals were in the jail?
25   A.    Not at those moments, no.

148

1    Q.    Sometime later did you learn why those
2  individuals were in the jail?
3    A.    Yes.
4    Q.    What did you learn about your fellow
5  people in the jail?
6    A.    The ones that were in Block D with me?
7    Q.    Yes.
8    A.    They had been -- were being held for
9  immigration holds.
10   Q.    Was everyone in the cell with you there
11 for an immigration hold, as far as you understood?
12   A.    Yes.
13   Q.    Okay. Where were some of the other
14 people in that cell from?
15   A.    From Mexico. I think there were some
16 others from Central America, too.
17   Q.    Did most of the people in that cell with
18 you speak Spanish?
19   A.    All of them spoke Spanish.
20   Q.    Did any of them speak English?
21   A.    Yes.
22   Q.    How many of them?
23   A.    There were a number of them that did, but
24 there was one in particular that spoke good English.
25   Q.    Do you recall the one in particular who

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

## 153

1   Q.   What were the other prisoners doing?
2   A.   Some were going by with their towels and
3   their soap. I think they were going to bathe
4   themselves.
5   Q.   Did you -- what did you do after you woke
6   up?
7   A.   I continued to be laying down.
8   Q.   How long did you continue to lay down?
9   A.   I don't recall.
10   Q.   Okay. Was your mattress on the floor all
11   day, or was your mattress put somewhere else at some
12   point during the day?
13   A.   It was on the ground. We didn't have any
14   space anywhere.
15   Q.   Did it stay in the place where you slept
16   between the bunks all day?
17   A.   Yes.
18   Q.   Did you have breakfast that day?
19   A.   Yes.
20   Q.   Do you recall what breakfast was like?
21   A.   Not very good.
22   Q.   Okay. Describe the type of food that you
23   ate for breakfast while you were in the jail.
24   A.   It was a little bit of juice, very little
25   food, a pancake and maybe some crackers. It wasn't

## 154

1   enough to fill you up even.
2   Q.   Okay. What happened after breakfast?
3   A.   I think I bathed myself.
4   Q.   Did you take a shower?
5   A.   If you want to call it that, yeah.
6   Q.   What do you mean by if I want to call it
7   that?
8   A.   It was very, very hot water. You start
9   to go in, and you had to jump right out. You couldn't
10   bathe yourself that way.
11   Q.   Okay.
12   A.   You couldn't shower that way.
13   Q.   Is there anything else about the shower
14   that is noteworthy?
15   A.   I had to go in barefooted to the shower,
16   to take off those slippers they gave me, because they
17   didn't -- they didn't give me sandals to wear in there,
18   and I had to walk in, and it was all dirty. I had to
19   take off the slippers because I was afraid if I got
20   them wet, that I would have to keep on wearing them the
21   whole time.
22   Q.   Did other people that were in the cell
23   have shoes to wear in the shower?
24   A.   No.
25   Q.   Nobody?

## 155

1   A.   No. Of those -- the people that had
2   sandals, they had sandals; the other ones had the
3   slippers that were closed, that's what they had.
4   Q.   The people who were wearing the slippers
5   that were closed, did you observe anybody else wear
6   those into the shower?
7   A.   Yes. It was according to each person's
8   criteria.
9   Q.   And when you say some of your fellow
10   residents of the cell had slippers, describe those
11   slippers for me.
12   A.   I think that I told you they were the
13   dirty, torn ones that they gave us when we first came
14   into the jail.
15   Q.   It sounded to me like you were describing
16   two different kinds of footwear. Is that a mistake on
17   my part?
18   A.   Yeah. Well, there are two different
19   kinds of them. You had one that was like a closed
20   slipper that was a cloth one, and the other ones were
21   kind of like a sandal, what we call in Mexico, we call
22   them chonklas (phonetic) in Mexico, and they were ones
23   that were made of plastic and they were more open.
24   Q.   And you had the cloth kind.
25   A.   Um-hum. Yes.

## 156

1   Q.   Which kind did your brother have?
2   A.   I think the same as me.
3   Q.   All right. After you tried to take a
4   shower, what did you do next that morning of March 2,
5   2003?
6   A.   Think about things.
7   Q.   Okay. Where were you physically when you
8   were thinking about things?
9   A.   Laying down on the ground.
10   Q.   The same place that you slept?
11   A.   Yes.
12   Q.   Where did you eat your breakfast?
13   A.   Downstairs.
14   Q.   What did you do with the -- whatever your
15   breakfast was served on, after you were done with it?
16   A.   Just leave it there on the table.
17   Q.   Did someone pick it up?
18   A.   Yes.
19   Q.   Who?
20   A.   The prisoners.
21   Q.   Prisoners that were in your cell or
22   different prisoners?
23   A.   Others.
24   Q.   What color uniform were they wearing?
25   A.   Some had the same uniform that we had,

157

1 others had a striped uniform.
2     Q.     The same stripes that you talked about,
3 about the earlier inmate with long hair in a ponytail?
4     A.     Yes.
5     Q.     Okay. Were there any activities that
6 occurred after breakfast, before lunch?
7     A.     We would play chess.
8     Q.     Were there any other games or cards that
9 you were able to occupy your time with?
10    A.     I didn't like those games. I thought it
11 was a more intelligent way to spend my time playing
12 chess.
13    Q.     But there were other games that other
14 people were playing?
15    A.     Yes.
16    Q.     And people played them on those same
17 tables where you ate breakfast?
18    A.     Yes, sir.
19    Q.     Did you play chess with your brother?
20    A.     Yes, sir.
21    Q.     Who won?
22    A.     Well, we were winning all the time, and I
23 don't know if it was just because we were so good or if
24 it was because these other guys had been there for so
25 long that they were not quite as good anymore.

158

1     Q.     Did you play your brother?
2     A.     Yes.
3     Q.     Who is better at chess, you or your
4 brother?
5     A.     I think he is.
6     Q.     Okay.
7     A.     Not too much better, though, and if I
8 have some luck, I can win.
9     Q.     Okay. Do you recall playing chess that
10 morning?
11    A.     Yes.
12    Q.     Okay. Did you do anything else the
13 morning of March 2, 2003 other than take a shower and
14 play chess?
15    A.     I had to pick up the pieces of paper that
16 were thrown on the floor around the side of the beds.
17    Q.     Okay. Did someone ask you to pick those
18 pieces of paper up?
19    A.     No, but that was where I had to sleep.
20    Q.     Okay. Was the cell cleaned the morning
21 of March 2, 2003 by anyone?
22    A.     That I can remember, no.
23    Q.     Do you recall any cleaning supplies being
24 given to the people in the cell during any time that
25 you were in the cell?

159

1     A.     No. I don't recall that.
2     Q.     Okay. Does that mean it didn't happen or
3 does that mean you don't recall whether it did or not?
4     A.     I don't think they ever cleaned it. The
5 whole time it was really dirty.
6     Q.     Okay. The next thing that happened that
7 day was lunch. Do you remember lunch on March 2, 2003?
8     A.     Yes.
9     Q.     What do you remember about lunch?
10    A.     By "lunch," what do you mean?
11    Q.     The meal during the middle of the day.
12    A.     Okay. In Mexico we have what we call
13 breakfast and then we have the main meal, the comida,
14 and then we have dinner.
15    Q.     And am I correct in understanding that
16 what you would have as the comida is your big meal of
17 the day?
18    A.     Yeah. The second meal of the day.
19    Q.     And then the dinner that you would have
20 in Mexico is a lighter meal than the second meal of the
21 day?
22    A.     No.
23    Q.     Okay. You understand that in the United
24 States the second meal of the day is usually lighter
25 than the third meal of the day?

160

1         MR. KORDICK: Not necessarily.
2     A.     Here? Yes.
3     Q.     (BY MR. RINGEL) And that's how it was at
4 the jail, right? The second meal of the day was not as
5 big as the third meal of the day at the jail; is that
6 true?
7     A.     In any event, you would be hungry.
8         THE DEPONENT (In English): Sorry.
9     Q.     (BY MR. RINGEL) Where did you have
10 lunch?
11    A.     On the ground.
12    Q.     Okay. On the ground where?
13    A.     Next to the garbage can.
14    Q.     Which was on the first level or the
15 second level?
16    A.     Downstairs.
17    Q.     Why did you eat lunch on the ground when
18 you ate breakfast at the table?
19    A.     Because in the morning very few wanted to
20 eat, so there is room. In the afternoon there was no
21 room. Everybody wanted to eat.
22    Q.     What did you do after lunch?
23    A.     Well, I might have slept, or I might have
24 been playing. I played a lot. The other guys would
25 try and talk you into it because they thought that they

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

**169**

1  telephone during the time that you were in the jail?

2    A.    Yes.

3    Q.    Did you make any phone calls while you

4  were in the jail?

5    A.    Yes.

6    Q.    Okay. Who did you call while you were in

7  the jail?

8    A.    My mom.

9    Q.    How many times did you speak to your

10  mother while you were in the jail?

11    A.    Once, about two minutes, and that was

12  all. Somebody loaned me a telephone card. I don't

13  think the police officers knew how to give me one. I

14  had -- I had some money, but they would always tell me.

15  sure, tomorrow. They never gave me a calling card.

16    Q.    You asked the officers for a calling

17  card?

18    A.    There at the door there is a place where

19  you have to write down what it is that you want, if you

20  wanted a calling card or the other things that you

21  wanted, and then what would happen is that they were

22  supposed to follow up on those things. And if you

23  wanted to buy a card, you would be able to buy it or

24  buy something else. Well, they never followed up on

25  it, so I never got one.

**170**

1    Q.    Was there a form that you had to write on

2  to request things from the officers at the place that

3  you were just describing?

4    A.    There were sheets, it was all in English,

5  and there was a guy that was helping me fill it out.

6    Q.    What did you request on such a form --

7  well, let me back up. Describe everything -- how many

8  times did you fill out one of those forms?

9    A.    Maybe I did it around two times, but my

10  brother did it more than that.

11    Q.    What did you request yourself in one of

12  those forms from the officers?

13    A.    A calling card.

14    Q.    Anything else?

15    A.    No.

16    Q.    Okay. What did your brother request on

17  any of those forms in any of the times that he filled

18  it out, to your knowledge?

19    A.    A calling card.

20    Q.    Anything else that your brother requested

21  in such a form?

22    A.    No.

23    Q.    You said you had money to buy a calling

24  card; is that true?

25    A.    Yes.

**171**

1    Q.    Okay. You yourself had money to buy a

2  calling card?

3    A.    It was my brother's account, in the same

4  one.

5    Q.    All right. What do you remember about

6  dinner on March 2, 2003?

7    A.    You eat and then you go to bed, and

8  sometimes get up, but it was very cold, and it

9  was very dry in there, and it was dirty, and it

10  smelled. There were people who would come down just to

11  eat and go right back up, and there were other people

12  that would try and take their trays up because it

13  smelled so bad downstairs.

14    Q.    What do you believe was smelling

15  downstairs?

16    A.    The toilet was plugged up, all the poop

17  was in there, and it just didn't work.

18    Q.    That's what was smelling?

19    A.    There wasn't circulation of air. The air

20  that would come in there was very dry and it was almost

21  painful to breathe in in there, because of the cold

22  air. I remember that in the evenings some of the

23  companeros there, the guys that were there, they would

24  try and stop up the air duct. I don't know if they --

25  because of the cold. Maybe they didn't understand what

**172**

1  they were doing and they didn't see what was happening.

2    Q.    Do you understand that the jail in --

3  where you were in Park County had an elevation of

4  approximately 3,000 meters?

5    A.    I don't know.

6    Q.    Prior to March of 2003 had you ever been

7  in your lifetime at an elevation of 3,000 meters?

8    A.    I don't think that I know. I mean, who

9  knows if I was or I wasn't. Elevation has never

10  bothered me, though.

11    Q.    Are there mountains in Mexico?

12    A.    No.

13    Q.    Okay.

14    A.    They're hills.

15    Q.    What's the elevation of Mexico City?

16    A.    Who knows. I don't know.

17        MR. KORDICK: It's up there.

18        MR. RINGEL: Okay.

19    A.    Maybe.

20        MR. RINGEL: Now is as good a time to

21  stop as any. So let's call it a day.

22        THE DEPONENT (In English): Okay.

23        MR. RINGEL: Thank you for your patience

24  today.

25        WHEREUPON, the within proceedings were

181

1  yesterday?
2     A.    Yes.
3     Q.    Okay. What responses do you want -- why
4  don't you describe for me what the areas are that you
5  want to supplement, and then go ahead and supplement
6  them.
7     A.    About the forms that I talked about that
8  we were to fill out to get the telephone cards and to
9  request to see a doctor.
10    Q.    Okay. What -- what do you want to add to
11  your responses yesterday?
12    A.    When you were asking me about the 2nd and
13  the 3rd, the Sunday and the Monday, I didn't know after
14  that if you asked me if any other time during the week
15  I would comment or say that anything was different or
16  if you were just asking me about those two days.
17    Q.    I believe we asked yesterday about the
18  1st and the 2nd and hadn't gotten to the 3rd yet.
19  There were some questions that were asked about the
20  entirety of your stay in the jail. So . . .
21    A.    Yeah. And that's where I got confused.
22  Maybe it wasn't specific enough what I said.
23    Q.    Okay. So what do you want to add to a
24  response related to forms that you filled out
25  requesting things from jail personnel?

182

1     A.    I remember that I filled out those forms
2  as well to request to see a nurse. I don't know if it
3  was just that day exclusively that I requested to see a
4  doctor, but during that week I did.
5     Q.    Do you remember what day it was that you
6  filled out a request to see a nurse?
7     A.    I don't remember exactly. It could have
8  been on Wednesday or Thursday. I don't recall. I
9  remember, though, then I felt very sick, I felt very
10  bad. I remember I had a fever and I just felt very
11  bad.
12    Q.    Did you request -- did you fill out a
13  form to request to see a nurse on one occasion or more
14  than one occasion?
15    A.    More than one time.
16    Q.    How many times?
17    A.    I think there were two or three, it could
18  have been as many as four different forms that I filled
19  out.
20    Q.    Did your brother fill out any forms on
21  your behalf to see a nurse, that you're aware of?
22    A.    He didn't speak English.
23    Q.    Did someone assist you in filling out the
24  forms?
25    A.    Yes.

183

1     Q.    Who?
2     A.    A prisoner that was with me in jail
3  there.
4     Q.    Do you know that individual's name?
5     A.    It's a shame that I don't, but I don't.
6     Q.    Do you know anything about that
7  individual?
8     A.    I don't remember anything.
9     Q.    Do you know where that individual was
10  from?
11    A.    I don't remember.
12    Q.    Do you know if the individual was from
13  Mexico?
14    A.    Could have been. Who knows, though.
15    Q.    But that individual filled out the form
16  in English; is that true?
17    A.    Yes.
18    Q.    Okay. You told him what to fill out and
19  he did in English, as far as you know?
20    A.    I told him how I felt, and he looked at
21  me and he saw how I looked. I told him that I was in a
22  lot of pain and my throat was hurting me a lot. I
23  think that's what he put down on the form.
24    Q.    Okay. But you couldn't read the form
25  because it was in English, right?

184

1     A.    Right, I couldn't.
2     Q.    Did you -- in this form that you filled
3  out, did you request to see a doctor, or were you just
4  requesting to see a nurse?
5     A.    I knew that there was a nurse that had
6  come by, and I wanted to see somebody, have somebody
7  come and see me.
8     Q.    Okay. Is there any other response to any
9  other question that you were asked yesterday that you
10  want to change or supplement in any fashion?
11    A.    I remember there was one or two -- I
12  think there were two prisoners that were with me. I
13  remember that they were on like either side of me in
14  the cell, and I remember one of them was so sick that
15  he couldn't get out of the bunk, and I remember I
16  brought his food tray up to him.
17    Q.    Do you know anything about that prisoner?
18    A.    Just that he was very sick. It was
19  somebody who was complaining a lot, just I saw that his
20  eyes were very watery and he was crying, and I don't
21  know if it was because he was -- nobody was coming to
22  see him and that's why it was or because he was just to
23  the point of desperation, but I remember him. He was
24  very sick.
25           I remember -- I think I mentioned this,

185

1  but that in that space where I was, I had to get over
2  there and clean it out, and I had to clean it up and
3  wipe it out with some towels, because there was saliva
4  all over the place and there was spit, and it was
5  just -- I had to get there and I had to clean it up
6  because it was all really filthy.
7      Q.    Do you know anything about who the
8  individual that you've just described was in terms of
9  where he was from, what his name was, what his
10 background was or any facts that might lead someone to
11 be able to identify who it was?
12     A.    No.
13     Q.    Are there any other questions that you
14 were asked yesterday that you want to change or
15 supplement your responses to?
16     A.    I remember when I was talking about that
17 day, that Sunday -- I remember that they brought in a
18 pail of water, and I remember I was playing chess and
19 that somebody had said, well, do we have any soap for
20 the water, or somebody asked for chemicals or something
21 to clean up. And -- and they were told no, there
22 wasn't any, they didn't have any.
23     Q.    What did this pail of water look like?
24     A.    It was dirty water.
25     Q.    What was the pail made out of?

186

1      A.    It was a yellow bucket with wheels, but
2  it was almost black because it was so dirty.
3      Q.    Are there any other responses to any
4  questions that you were asked yesterday that you would
5  like to supplement or change in any fashion?
6      A.    You know, I have a lot of memories, and I
7  think perhaps as we go along there will be some other
8  things that come to my mind.
9      Q.    Okay. I would ask you this: If during
10 the course of today you recall anything that you
11 believe might be responsive to a question of yesterday
12 or earlier today before [sic] your recollection, that
13 you interrupt or supplement or change or provide that
14 information as you remember it.
15     A.    I did remember something else, too.
16     Q.    Okay.
17     A.    And I want to add one other thing, too,
18 because I remember this -- I remember about these
19 blankets that I talked about having covered the duct
20 because the cold air that was coming through these
21 ducts. I also remember that there was a grille, and
22 they had that covered upstairs. The grille was covered
23 upstairs, so, you know, you wouldn't fall through it.
24 And I remember about sleeping on this dirty mattress
25 and how dirty it was and what it looked like.

187

1      Q.    Anything else that you remember?
2      A.    That's what I recall at this moment.
3      Q.    Okay. Where was this grille that you
4  just described that was covered up?
5      A.    Upstairs.
6      Q.    Was it on the ceiling? Was it on a wall?
7  Was it on the floor?
8      A.    It was like this (indicated). It was
9  upstairs. Here is a bed and a bed and a bed, and here
10 is the grille right here (indicated), so that you
11 wouldn't fall.
12     Q.    Was the grille on the floor?
13     A.    Yeah. I think it was anchored into the
14 floor and on the part up there (indicated).
15     Q.    Describe everything that you remember
16 about this grille, in terms of where it was, what it
17 looked like and how it was covered.
18     A.    It was like a grille. It was on -- it
19 was on the top. You know what I mean when I'm talking
20 about a grille, right?
21     Q.    It's like an air vent?
22     A.    In Mexico the grille I'm talking about is
23 something that's a protective thing. It's a metal
24 thing. It has intervals of spaces that are squared.
25 It could be 30 centimeters, it could be 50 centimeters.

188

1  This would be a grille (indicated). And that's where
2  the blankets were. Not just on one of these but a
3  number of them they were covering, and they would be
4  tied in the grille pieces. And this was to protect
5  people from falling down through them in the
6  downstairs.
7      Q.    Okay. So the grille was in the floor,
8  and the blankets were to protect someone's foot from
9  going into the open spaces of the grille.
10         MR. KORDICK: This isn't an objection,
11 this is a point of information. Mr. Archuleta speaks
12 some Spanish, and he thinks that maybe there is a
13 mistake about whether he's saying sheets covering the
14 grille or blankets, and I just wanted to clarify that
15 if he's talking about a sheet that is covering the
16 grille or blanket.
17     A.    They were blankets. They were like
18 covers.
19         MR. KORDICK: Okay.
20     A.    There were people that had just covers
21 and other people had blankets, and sometimes they would
22 use the covers --
23         THE INTERPRETER: Allow the interpreter
24 to clarify one thing.
25     A.    It was like a cover that was kind of like

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

Carranza-Reyes v. Park County

Moises Carranza-Reyes, Volume I

### 189

1  a sheet, and there were people that would use the
2  sheets to stuff into the grille and then they would
3  have to cover themselves just with the blanket that
4  they had. And there were other people that used the
5  blanket to stuff into the holes of the grille and they
6  would end up just covering them just with the sheets on
7  their mattress.
8    Q.   (BY MR. RINGEL) How big was the grille
9  in length and width?
10   A.   It's a big one. It covered the entire
11 top area there. They were -- it was a grille, but it
12 was an open grille. There is no glass or anything in
13 between these (indicated). It's just a protective
14 grille. They're pieces of -- strips of metal, and you
15 could see -- when you would come into Block D, you
16 could see through them. But because of the cold, there
17 were those of us that had to plug this up so you
18 couldn't see through it.
19   Q.   So the grille is on the floor?
20   A.   What do you mean?
21   Q.   Is the grille that you're describing
22 affixed to the edge of the top floor to prevent someone
23 from falling down from the top floor to the bottom
24 floor?
25   A.   Yeah. Yes.

### 190

1    Q.   So it's -- there is an edge of the top
2  floor. The top floor doesn't extend as far as the
3  bottom floor, correct?
4    A.   Exactly.
5    Q.   And this is barrier like a railing with a
6  grille on it so that people don't fall over the side.
7    A.   It's the whole thing, from the second
8  floor up to the roof.
9    Q.   Okay. I finally understand.
10   A.   Yeah. I understand.
11       MR. KORDICK: I don't understand. The
12 second floor up to the roof?
13   Q.   (BY MR. RINGEL) Okay.
14       THE INTERPRETER: I'm sorry. If the
15 interpreter could clarify one thing.
16   A.   It would be from the second floor to the
17 ceiling inside, not outside to the roof but to the
18 inside ceiling.
19   Q.   (BY MR. RINGEL) Okay. Are there any
20 other responses to any of my questions that you want to
21 supplement or change of yesterday?
22   A.   I think that's fine for the moment.
23   Q.   Okay.
24   A.   If I remember something else, I will
25 certainly tell you.

### 191

1    Q.   I would appreciate that.
2    A.   Of course.
3    Q.   If Mr. Carranza-Reyes could be given
4  Exhibit Number 14 again. Directing your attention to
5  Exhibit Number 14.
6       MR. RINGEL: If the interpreter could
7  read on page 4, Question Number 12, and then the answer
8  to Question Number 12, I'd like to ask Mr. Carranza-
9  Reyes about that.
10      THE INTERPRETER: The interpreter then is
11 starting at number 12, reading where it starts,
12 "Identify each and every physician."
13      MR. RINGEL: That is correct.
14      THE INTERPRETER: Okay. The interpreter
15 is finished reading the bottom line of page 4. I
16 believe there is another paragraph on the top of
17 page 5. Should the interpreter continue to read that?
18      MR. RINGEL: Yes. And I would ask that
19 you reflect to Mr. Carranza-Reyes what you're about to
20 read is the answer that he provided through his
21 attorneys to the question you just read.
22   Q.   (BY MR. RINGEL) Is that answer correct,
23 as far as you're concerned?
24   A.   Yes.
25   Q.   Based on that answer, I understand that

### 192

1  you are telling us that from 1995 until 2000 the only
2  medical attention of any kind that you received in
3  Mexico was for hemorrhoid surgery.
4    A.   Between what years did you say?
5    Q.   1995 and -- let me clarify, until you
6  came to the United States.
7    A.   So it's not until 2000 then?
8    Q.   No. From -- well, this question asks you
9  the past 10 years.
10   A.   Yeah. That's fine.
11   Q.   Is that answer correct?
12   A.   Which answer?
13   Q.   The answer that was interpreted to you to
14 Question Number 12.
15   A.   My -- with the exception of the
16 hemorrhoid surgery, yes, that was the only one.
17   Q.   Okay. When did you have hemorrhoid
18 surgery?
19   A.   It's not easy to remember the date. It
20 took a couple of hours.
21   Q.   What year was it?
22   A.   I think it was in 2001.
23   Q.   Where did that hemorrhoid surgery take
24 place?
25   A.   In Mexico City.

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

205

1  contaminated your food or that the food was
2  contaminated in any way?
3      A.    Who knows, it could have been. It's hard
4  to know. You're hungry and you're just waiting for the
5  food to come, and, you know, it gets there and you grab
6  it and you eat it. The food didn't really have a good
7  taste to it. It needed salt. It didn't have the
8  condiments it should have. For me, it wasn't good. I
9  don't know.
10     Q.    Okay. Is it fair to say that you don't
11 know sitting here today whether the food that you were
12 served at the Park County Jail was contaminated or not?
13     A.    I didn't prepare the food, so I couldn't
14 assure you that it was contaminated or it wasn't. The
15 meat could have been sitting in refrigeration for 10
16 days and it gets prepared and it looks like that it
17 came in the same day, and, you know, that meat can be
18 contaminated.
19     Q.    Let me ask --
20           MR. KORDICK: Can I talk to him for a
21 second?
22           MR. RINGEL: No.
23     Q.    (BY MR. RINGEL) Let me ask the question
24 this way.
25           MR. RINGEL: Let me just finish this

206

1  inquiry and then you can talk to him.
2      Q.    (BY MR. RINGEL) Did you personally
3  observe anything about the food that led you to believe
4  it was contaminated?
5      A.    Could be. The food wasn't fresh. I
6  could tell you that it wasn't freshly prepared that
7  day.
8      Q.    Okay. You observed with your own eyes
9  that the food was not fresh, correct?
10     A.    I could say maybe yes, maybe not. I
11 could say that when it's prepared it looks like it came
12 in the same day.
13     Q.    Okay.
14           MR. RINGEL: Lloyd, do you think you can
15 help on this?
16           MR. KORDICK: Well, it's up to you.
17 You're the one taking the deposition. I could talk to
18 him a little bit. Maybe it will speed it up.
19           MR. RINGEL: Yeah. What I want to
20 understand --
21           MR. KORDICK: I mean, let me have a
22 conference with him.
23           MR. RINGEL: What I understand is if he's
24 alleging that the bad conditions of the jail included
25 the food or not.

207

1            MR. KORDICK: I understand. Let me talk
2  to him.
3            MR. RINGEL: Thank you.
4            (Discussion off the record between
5  deponent and deponent's counsel.)
6            MR. RINGEL: Back on the record. By
7  agreement of counsel, counsel for Mr. Carranza-Reyes
8  just had a conversation with him, with the interpreter,
9  to attempt to clarify the issue of food. So let me ask
10 Mr. Carranza-Reyes a broad question and then see if he
11 can respond to it.
12     Q.    (BY MR. RINGEL) Mr. Carranza-Reyes, are
13 you claiming that the food that was served to you in
14 the jail was unsanitary or contaminated in any fashion?
15     A.    No.
16     Q.    Okay. Thank you.
17           MR. RINGEL: Thank you, Counsel.
18     Q.    (BY MR. RINGEL) Did anything else occur
19 on -- let me ask you this: On March 3, 2003, which you
20 believe was a Monday, did any of the officers, in your
21 observation, patrol the cell?
22     A.    Yes.
23     Q.    How frequently did that patrol occur?
24     A.    I think they were doing it constantly.
25 Who knows how many.

208

1      Q.    During the daytime hours or during the
2  nighttime hours or both?
3      A.    Total, all the time.
4      Q.    Did anything else occur on March 3, 2003
5  during that day when you were in the jail that you
6  believe is important that we haven't talked about?
7      A.    I saw some of the young guys there that
8  they were sick, but I didn't know what -- the system
9  that they had was like at the jail.
10     Q.    When you say that there were people sick
11 on March 3, 2003, what symptoms of sickness did you
12 observe in people that were sharing a cell with you on
13 that day?
14     A.    Well, what you would call here the flu.
15 There were people coughing, in pain. There were people
16 who were sweating and had covered themselves up, and
17 there were some that were -- were shaking and were
18 shivering.
19     Q.    And any other symptoms of anybody that
20 you recall observing on March 3, 2003 who was a fellow
21 detainee with you on that day?
22     A.    Almost everybody had similar symptoms.
23     Q.    I understand, but were there any
24 additional symptoms than the ones you just listed for
25 me that you observed in anybody that was in that jail

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

209

1  cell with on March 3, 2003?
2     A.    No.  The same symptoms that I told you
3  about.
4     Q.    What did you believe was wrong with these
5  people that you were housed with?
6     A.    I think it was the flu because of the
7  cold.
8     Q.    Do you have any medical training in your
9  lifetime?
10    A.    Yes.
11    Q.    What kind of medical training have you
12  had in your lifetime?
13    A.    First aid.
14    Q.    When did you receive first-aid training?
15    A.    In the Army.
16    Q.    Did you have any first-aid training as
17  part of being a police officer in Mexico?
18    A.    I did as well, but that was very basic.
19    Q.    Describe the first-aid training that you
20  received as a police officer.
21    A.    It would depend on the circumstances that
22  you find yourself confronting.
23    Q.    I don't understand your response.
24    A.    It would depend what kind of injury,
25  whether it was a person -- in what area they would be

210

1  in, whether it was a fracture, whether it was a sprain
2  or whether -- what kind of injury it was.
3     Q.    Did you take a first-aid class as part of
4  either your training for or your status as a police
5  officer in Mexico?
6     A.    Not as a police officer, but as a
7  military person, yes.
8     Q.    Okay.  How many hours was the class?
9     A.    It was part of the training that we did
10  over three months.  It was 24-hour-a-day training.
11    Q.    And during that three-month period of
12  time, how much of it was devoted to first-aid training?
13    A.    Could have been a couple of hours or a
14  little more.
15    Q.    Describe basically what you learned how
16  to do as a first-aid person while in the Army in
17  Mexico.
18    A.    But these things we're talking about
19  first aid, when it's in the -- in the terrain of the
20  military activity.
21    Q.    What did they teach you how to do?
22    A.    Well, you know, this is in case somebody
23  was choking or something like that.  You know, it's
24  very common in Mexico where people would get kind of
25  like a flu or things like that that go away after a few

211

1  days.  You could observe a person's face, see what
2  color their face is to see what kind of flu they might
3  have, what kind of fever they might be showing,
4  observing their lips, looking at throat and tongue.
5  You can look at the person's throat to see what level
6  of inflammation it has.  If they show a headache, you
7  could try and determine whether it was because of a
8  blow or whether it had to do with an infection or
9  something like that.
10    Q.    And this was the type of thing that you
11  were taught how to recognize in your first-aid training
12  in the military?
13    A.    How to identify, yeah.
14    Q.    So that you could get them to appropriate
15  medical attention?
16    A.    Yeah.  To the doctor, yeah.
17    Q.    Okay.
18    A.    So, yeah, you as a soldier, then you ask
19  questions, how do you feel, what's happening, and you
20  can look at that person, see if you can take them
21  somewhere, if you should take them somewhere or if
22  they're just making it up.
23    Q.    Did you have any other medical training,
24  other than what you just described for me in the
25  military or otherwise, at any time in your lifetime?

212

1     A.    No, no.
2     Q.    Okay.  Let's talk about March 4, 2003.
3  Okay?  And you believe that was a Tuesday; is that
4  correct?
5     A.    Yes.
6     Q.    Were you sick on March 4, 2003?
7     A.    Started to feel bad.  I don't know if it
8  was because I felt like it was -- it was colder that
9  night.  I don't remember well.  But I think I got up
10  later that day -- late.
11    Q.    When during the day did you start to feel
12  bad?
13    A.    I can't remember if it was Monday night,
14  but I know that on Tuesday I felt bad.
15    Q.    And when you say you felt bad, describe
16  the symptoms that you were first feeling when you first
17  started to feel bad.
18    A.    I felt like headachy and I started to
19  feel that my throat was sore.  My body started to feel
20  very heavy.
21    Q.    Any other symptoms that you recall that
22  you first had when you first started feeling bad?
23    A.    No.  I just felt like I was feeling that
24  everything was bothering me, and I was feeling very
25  uncomfortable.

213

1   Q.   Did you -- at that time, when you first
2   started feeling the symptoms that you just described
3   for me, what did you believe was wrong with you?
4   A.   Maybe it was like flu.
5   Q.   Did you request medical attention on
6   March 4, 2003 from anyone?
7   A.   Yes.
8   Q.   How did you -- describe how you requested
9   medical attention.
10   A.   I told the young guy that was there who
11   spoke English that I didn't feel well and I wanted to
12   see the nurse. He said, we need to talk to the sheriff
13   first, and we were waiting for him to arrive.
14   Q.   The young guy who spoke English that you
15   were just referring to is the same individual who we
16   were talking about earlier today who helped you fill
17   out the forms requesting things from jail officials; is
18   that correct?
19   A.   Yes.
20   Q.   And when you say "the sheriff," what are
21   you referring to?
22   A.   A police officer.
23   Q.   One of the officials who ran the jail?
24   A.   I think so.
25   Q.   What time of day did you talk to this man

214

1   who spoke English about your need for medical
2   attention?
3   A.   I don't remember the time. It could have
4   been after noon.
5   Q.   What specifically do you recall telling
6   this man about what your medical status was?
7   A.   That I didn't feel well, I felt like I --
8   my throat was very sore. I felt like I was having
9   shakes, and my body felt -- my body felt very heavy,
10   like . . .
11   Q.   I understand how you felt, but what did
12   you tell this man about how you felt?
13   A.   What I told you I felt like: sore
14   throat, body felt heavy, a very bad headache. That's
15   what I told him.
16   Q.   What did he tell you?
17   A.   He said, let's wait for the sheriff to
18   come in.
19   Q.   Okay. Did either -- did you attempt to
20   communicate or did you communicate with any official of
21   the jail -- "sheriff" in your term -- that afternoon
22   about your illness?
23   A.   Yes.
24   Q.   Okay. Who did you speak to?
25   A.   This young guy is the one that spoke to

215

1   the sheriff for me, and he was interpreting what I
2   said.
3   Q.   Okay. So there was a conversation where
4   you, the young guy who spoke English and a sheriff,
5   official from the jail, were participating?
6   A.   Yes.
7   Q.   Okay. What time of day was this
8   conversation?
9   A.   It was after noon.
10   Q.   Okay. Do you recall the sheriff official
11   who you spoke to? Do you know his or her name?
12   A.   No.
13   Q.   Was it a man or a woman?
14   A.   A man.
15   Q.   Do you know any -- do you recall anything
16   specific about this man at all?
17   A.   No.
18   Q.   If I had a picture of this man or you saw
19   him walk into this room, do you believe you would
20   recognize him?
21   A.   It's been a long time. Who knows.
22   Q.   How long was your conversation with this
23   man and the guy who spoke English?
24   A.   It was very rapid. I don't remember.
25   Q.   10 minutes?

216

1   A.   He was coming through on his patrol, so
2   it could have been less.
3   Q.   What did you tell him through the
4   interpreter?
5   A.   I wanted to see the nurse because I felt
6   very badly.
7   Q.   Did you describe your symptoms to him?
8   A.   Yes.
9   Q.   In the same way that you've described
10   them to me today?
11   A.   Yes, um-hum.
12   Q.   What was his response to you and the
13   English -- the man who spoke English who was
14   interpreting for you?
15   A.   That it couldn't be done.
16   Q.   That what could not be done?
17   A.   Couldn't see the nurse.
18   Q.   Were you -- did he tell you why?
19   A.   No, I don't remember.
20   Q.   Did you ask him why?
21   A.   I think so.
22   Q.   Okay.
23   A.   I remember I didn't see her that day,
24   that it couldn't be done. I don't remember if I was
25   waiting for her thinking she was going to come by and

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

217

1  then she didn't or what.
2      Q.    Do you recall seeing the nurse that day
3  at all?
4      A.    No. I don't remember. I remember I felt
5  badly, and I remember I was waiting to try and see her,
6  and I remember I didn't.
7      Q.    Do you recall anyone passing out medicine
8  in the cell on March 4, 2003?
9      A.    No, I don't remember.
10     Q.    Do you remember anything else about your
11 conversation with the jail official and the young guy
12 who spoke English that we haven't already talked about?
13     A.    The only thing I do remember is that he
14 was saying, "Tomorrow, tomorrow."
15     Q.    Who was saying "tomorrow"?
16     A.    The sheriff. He told the young guy that
17 was interpreting for me that.
18     Q.    And then young guy who was interpreting
19 for you told you?
20     A.    Well, the young guy told me "tomorrow,
21 tomorrow" in Spanish, because I think the sheriff told
22 him in English, "tomorrow, tomorrow."
23     Q.    I understand. Anything else about that
24 conversation that you remember?
25     A.    No.

218

1      Q.    Did your symptoms get worse or change in
2  any way later on March 4, 2003?
3      A.    I started feeling sleepy and started
4  feeling like I didn't feel well. I thought maybe
5  trying to go to sleep would help me a little.
6      Q.    When did your symptoms change during the
7  course of the day on March 4, 2003?
8          MR. KORDICK: Object to the form of the
9  question.
10     A.    I couldn't tell you how they changed or
11 when they changed, but I started to feel very bad.
12     Q.    (BY MR. RINGEL) Okay. Other than
13 feeling very bad, the symptoms that you've listed for
14 me, based on my memory and what I've written down, are
15 headaches, shakes, a sore throat and your body felt
16 heavy. Did you experience any other symptoms on
17 March 4, 2003 that you recall?
18     A.    I said that I started to feel sleepy. I
19 thought maybe it would be good for me to try and sleep.
20     Q.    Okay. Did you sleep, that you recall,
21 during the daytime hours of March 4, 2003?
22     A.    I think I was drowsy or I was just laying
23 down, but I don't -- no, I don't think I was able to
24 sleep. I don't know if I was or not.
25     Q.    Where was your brother when you were

219

1  having the conversation with the sheriff officer and
2  the guy who was speaking English to translate for you?
3      A.    I think he was playing chess.
4      Q.    Was your brother present at the time that
5  you were having the initial conversation with the
6  fellow who spoke English earlier that afternoon that
7  you previously described for me?
8      A.    I don't understand the question.
9      Q.    You told me a few minutes ago that you
10 had a conversation with the young man who spoke English
11 about that you needed medical attention prior to when
12 you spoke with him to the sheriff official.
13     A.    Yes.
14     Q.    Do you remember telling me about that
15 conversation?
16     A.    Yes.
17     Q.    Where was your brother when you were
18 having that conversation with the young man who spoke
19 English?
20     A.    I think he was playing chess.
21     Q.    So he was not a participant in that
22 conversation?
23     A.    No. That I can recall, no.
24     Q.    And your brother was also not a
25 participant in the conversation that you and the young

220

1  man who spoke English had with the sheriff official; is
2  that true?
3      A.    True.
4      Q.    Okay. Did you request medical assistance
5  at any other time on March 4, 2003 from anyone?
6      A.    Who else could I ask for it from except
7  the sheriffs?
8      Q.    Okay. But you only asked for it once on
9  that day; am I correct?
10     A.    True, because they told me no. They said
11 tomorrow.
12     Q.    Okay. During the evening and night of
13 March 4, 2003, did your symptoms or how you felt change
14 at all?
15     A.    Well, I think I told you that I don't
16 know, but I -- I remember getting tired. I thought
17 that if I tried to lay down and go to sleep, it would
18 be good for me, but I tried to, and I couldn't.
19     Q.    Did anything change, as far as your
20 physical condition, on March 4, 2003 in the evening or
21 the nighttime that we haven't already talked about?
22     A.    I don't remember, but I think maybe,
23 yeah, that the clothing was dirty, that they didn't
24 want to wash the clothing for us. I think that was
25 when an official that night talked to the whole group

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

Carranza-Reyes v. Park County

Moises Carranza-Reyes, Volume I

---

221

1 and said that there was no -- there were no clean
2 clothes and that we'd have to take off the clothes that
3 we had on so that they could wash them.
4    Q.   Who was that official?
5    A.   I don't know who he was. He was a very
6 friendly guy, though.
7    Q.   What do you recall him telling everyone?
8    A.   Just that.
9    Q.   Did everybody take off their clothes and
10 have them washed on the evening of March 4, 2003?
11    A.   I remember it was the beginning of the
12 week that this happened. I don't remember if it was
13 Tuesday or Wednesday, though.
14    Q.   And you believe that March 4, 2003 was
15 Tuesday; is that correct?
16    A.   Yes.
17    Q.   Did you give up the clothes you were
18 wearing?
19    A.   Yes.
20    Q.   And were they washed?
21    A.   Yes.
22    Q.   How long were you without clothes?
23    A.   Could have been two or three hours. I
24 was sick, so I thought it felt like it was longer than
25 that. I remember I got a sheet and put it around me

---

222

1 because I felt cold.
2    Q.   Were you in bed at the time, during this
3 two or three hours that you did not have clothes?
4    A.   I remember I was upstairs. I came down
5 to go to the bathroom. I remember a couple moments
6 when I was on the stairs just sitting there and
7 standing there and I felt restless.
8    Q.   Did the clothing -- what you've just
9 described for me, the event where the people in the
10 cell gave up their clothing and had it washed and it
11 was gone, in your estimation, for two or three hours,
12 did that happen during the daytime or during the
13 nighttime?
14        MR. KORDICK: Objection, asked and
15 answered.
16    A.   I remember it was dark out. It was late.
17 And I don't remember having seen that official during
18 the day, in the morning.
19    Q.   (BY MR. RINGEL) Is there anything else
20 about that event, in terms of the request for everyone
21 to take off their clothes and have them washed, that
22 you recall that we haven't already talked about?
23    A.   That we were pleased.
24    Q.   Okay. Anything else that you recall
25 about that incident?

---

223

1    A.   Not that I can remember. I just remember
2 how cold it was and those dirty toilet bowls, and I
3 don't remember why they were doing those things.
4    Q.   Did someone translate for the man who
5 told you that everybody was to take off their clothes
6 and have them washed?
7    A.   Yes, sir.
8    Q.   Who?
9    A.   The young guy that helped me.
10    Q.   Did he just translate or was he asked by
11 the man who told you this information to translate?
12    A.   I think he did it because there was
13 nobody else to do it.
14    Q.   Was it your impression that the official
15 knew that this young man spoke English and could
16 translate?
17    A.   I'm telling you that -- not that they
18 told him to do it but, rather, he did it because he
19 wanted to do it for our sake, not for the other guy.
20 Nobody told him, do this, you interpret.
21    Q.   I understand that. But was it your
22 impression that the official knew that this individual
23 could serve as an interpreter?
24        MR. KORDICK: Object to the form of the
25 question.

---

224

1    A.   I'll give you an example. Everybody
2 spoke Spanish there, right? So let's say that the
3 sheriff comes in and says, "Who speaks English?" And
4 everybody speaks Spanish and there is only one person
5 that says, "Yeah, I do." Well, then who is the sheriff
6 going to talk to?
7    Q.   (BY MR. RINGEL) Okay. I understand.
8 But was this young man identified in that fashion by
9 the sheriff officials, to your knowledge?
10    A.   At that moment -- in those moments, yes.
11    Q.   Okay. Is there anything about your
12 medical condition on March 4, 2003 that you recall that
13 we haven't already talked about?
14    A.   No. I had the same symptoms.
15    Q.   Okay. Was the routine of the day in the
16 jail similar to the routine that you had experienced
17 and described for me the two preceding days?
18    A.   Yeah, you could say it's the same, the
19 same sick people or even more sick.
20    Q.   In terms of breakfast, lunch, dinner and
21 activities, was it similar to the previous two days?
22    A.   Yes. I remember a couple of members of
23 the group went out to the gym. Some stayed upstairs,
24 still sick, the others would go to the gym. But that's
25 all I remember.

233

1    Q.    Do you understand that the Summit Daily
2  News in September of 2003 published a week-long series
3  on you?
4    A.    I didn't know about that.
5    Q.    Okay. All right. Back to March 4 of
6  2003, you testified that there were some people that
7  were sick in the cell where you were staying on that
8  day. Do you remember that?
9    A.    Yeah. They were very sick.
10    Q.    Were any of the people who you observed
11  being sick on March 4, 2003 people who you had traveled
12  with in any vehicle in the United States?
13    A.    The ones that arrived with us.
14    Q.    Okay. There were some that arrived with
15  you that were sick along with you in the Park County
16  Jail that you observed; is that correct?
17    A.    It could have been. Who knows, but there
18  were other sick people in the jail as well. I remember
19  there were people there who were sick who were
20  vomiting, too. I can tell you this happened: There
21  were people that were sick there and that nobody got
22  any medical attention until later in the afternoon.
23    Q.    Okay. My question --
24    A.    There were people vomiting, too.
25    Q.    My question was very specific. Let's see

234

1  if you can answer my question. Did you observe anyone
2  who you traveled with in the United States in any
3  vehicle sick in the Park County Jail on March 4, 2003?
4    A.    I don't recall that they were sick.
5    Q.    Does that mean that they weren't sick or
6  you don't know one way or the other?
7    A.    They weren't sick.
8    Q.    Your testimony is none of the people that
9  you traveled with that were -- entered into the Park
10  County Jail on March 1, 2003 with you and your brother
11  and your sister-in-law were sick.
12    A.    When we arrived at the jail, no one was
13  sick that I noticed, that somebody like that was sick.
14  No. My brother wasn't sick.
15    Q.    Did you observe any of the people that
16  you arrived with at the jail sick during any time you
17  were in the jail?
18    A.    Yeah. They did get sick.
19    Q.    Who?
20    A.    A number of them.
21    Q.    When?
22    A.    I remember that I got very sick, so I
23  don't remember things very well. Maybe it was that I
24  got sick sooner than they did, because I was sleeping
25  over in an area that was next to all this saliva and

235

1  people coughing, and the people that were next to me
2  were sick, too.
3    Q.    Okay. Do you know whether anyone that
4  you arrived at the jail with was sick before you or
5  after you, or do you have any remembrance of when they
6  might have been sick one way or the other?
7    A.    I didn't know them and I didn't know who
8  they were. I remember that the trip was fine and that
9  the only thing that we were asking for -- we were
10  demanding when we got to the jail was that we were
11  hungry.
12    Q.    I'm not asking about whether they were
13  sick before. I already asked you that. I'm asking
14  about whether anybody was sick who you traveled with
15  and arrived at the jail with at any time that you were
16  in the jail. You said some of them may have been sick,
17  but I want to know when, and I want to know whether it
18  was before you got sick or after you got sick or
19  whether you don't know.
20    A.    I saw some of them sick, and I think it
21  was after I got sick.
22    Q.    Do you know for -- do you know for a fact
23  it wasn't before you got sick?
24    A.    I didn't ask them if they didn't feel
25  well.

236

1    Q.    So you don't know.
2    A.    No, I don't. I remember a Thursday or
3  Friday I saw that they were in bad shape and that they
4  were -- had flu, kind of flu and were coughing and they
5  had the same symptoms. And some of the people that
6  were already there were vomiting and some of them
7  weren't, and --
8    Q.    Okay. Do you have a girlfriend?
9    A.    No.
10    Q.    Have you had a girlfriend in the United
11  States since you've been here?
12    A.    No.
13    Q.    March 5, 2003, the symptoms that you have
14  previously described for me that occurred on what you
15  believe is Tuesday March 4, 2003, did your condition
16  change the morning of March 5, 2003 in any way?
17    A.    I felt worse.
18    Q.    How did your symptoms change?
19    A.    I felt more pain. I felt colder. I
20  started to feel pains in my stomach. There were people
21  who were -- also had stomach pains, and many of them
22  commented that they had diarrhea.
23    Q.    Right now I want to focus on what was
24  going on with you, not what was going on with other
25  people. Okay?

Carranza-Reyes v. Park County                                                Moises Carranza-Reyes, Volume I

---

237

1    A.    If you want to, yeah.
2    Q.    You just told me you felt worse the
3 morning of March 5, 2003 and you were having more pain
4 and you were having pains in your stomach and you felt
5 colder. Did anything else change from the day before,
6 the morning of March 5, 2003?
7    A.    I felt worse with those symptoms that I
8 already told you about.
9    Q.    What were you doing the morning of
10 March 5, 2003, the day of the week that you believe was
11 Wednesday?
12    A.    I was laying in bed trying to get the
13 nurse to see me.
14    Q.    How were you trying to get the nurse to
15 see you?
16    A.    I remember that she came by. Go out and
17 wait for a little while.
18    Q.    Okay. You remember that she came by.
19 She came by to see you or she came by the cell
20 generally on that morning?
21    A.    She just came by outside the cell.
22    Q.    Okay. Did you make any efforts to get
23 her attention that morning while she was there?
24    A.    I wanted to get out, but she was very
25 quick.

---

238

1    Q.    Okay. What -- you said that you were
2 trying to get the nurse to see you. How did you go
3 about doing that?
4    A.    I told my English-speaking friend --
5    Q.    Okay. And what --
6    A.    -- that I wanted to see the nurse.
7    Q.    Where were you when you told him that on
8 that morning?
9    A.    Upstairs.
10    Q.    Was anyone else present?
11    A.    There were a lot of people around. There
12 were a lot of sick people, too.
13    Q.    Where was your brother?
14    A.    I don't remember.
15    Q.    Are you aware of your English-speaking
16 friend making any effort on your behalf the morning of
17 March 5, 2003 to get you seen by the nurse?
18    A.    The nurse didn't really have time to see
19 me. She just came by quick, quick, and, let's go. He
20 asked for -- to be able to talk to her. She was on the
21 other side. And I think she told the sheriff that she
22 was coming back. There were people waiting at the
23 window on the other side there to -- to see her.
24    Q.    Do you know who your English-speaking
25 friend talked to requesting the opportunity to see the

---

239

1 nurse and talk to her on your behalf?
2    A.    We told an officer.
3    Q.    What did that officer look like?
4    A.    I don't recall.
5    Q.    Was it the same officer that you had
6 talked to the day before or a different officer?
7    A.    I don't know if it was the same one or
8 not.
9    Q.    Did you -- describe the conversation --
10 did you have a conversation with the English-speaking
11 detainee and the officer, all three of you together, or
12 was -- were you not present?
13    A.    I was present, and he told him to have
14 the nurse come back.
15    Q.    So this was after the nurse had arrived
16 at the cell and passed out medicine and then left; is
17 that true?
18    A.    Yeah. After she had come by and she had
19 left.
20    Q.    Where did this conversation take place?
21    A.    I was upstairs, and I was coming down
22 because we wanted the nurse to come back, and this was
23 after -- when the officer came by to make his pass
24 through.
25    Q.    Okay. So the conversation took place

---

240

1 between the three of you on the stairs?
2    A.    It could have been, or it might have been
3 downstairs. I don't remember.
4    Q.    Was your brother present for that
5 conversation?
6    A.    I don't remember his being there at that
7 conversation.
8    Q.    Did you tell this officer on that
9 morning, March 5, 2003, through the interpreter,
10 anything else other than what you've just testified to?
11    A.    No, just that I felt really badly.
12    Q.    Did you describe your symptoms to the
13 officer through the interpreter?
14    A.    Yeah. And I said that's why I wanted to
15 see nurse and that she should come back.
16    Q.    Okay. What was the response of the
17 officer?
18    A.    Yeah. He said, yeah, but she's gone now,
19 so fill out one of those pieces of paper for her to be
20 able to see you.
21    Q.    Did you do that?
22    A.    No. My friend did.
23    Q.    And when you say "my friend," that's the
24 same fellow who spoke English and helped you translate?
25    A.    True.

---

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

261

1  wasn't let to go?
2      A.    Wanted to go with me.
3      Q.    So you went somewhere?
4      A.    Yes.
5      Q.    Where did you go?
6      A.    To the nurse's station.
7      Q.    Who was with you?
8      A.    The interpreter. The friend that was in
9  jail with us. In the block.
10     Q.    And was the individual who you were just
11 talking to with you as well?
12     A.    It was the interpreter. Which individual
13 are you talking about?
14     Q.    The sheriff's official.
15     A.    He was the one that took us. Yeah.
16     Q.    I understand. Where did you go? Describe
17 from where you went to where you ended up.
18     A.    I was there in Block D. We went through a
19 hallway, and I don't know if it was just seconds that it
20 took, or maybe it was a couple minutes. I think we got
21 to the nurse's station because that's where the nurse
22 was.
23     Q.    So you saw the nurse on March 5 of 2003?
24     A.    That's what I remember, that I saw her.
25     Q.    And your memory is specific that the first

262

1  time that you saw the nurse was on March 5 of 2003?
2      A.    It could have been the 6th or the 7th too,
3  but I know that I saw her.
4      Q.    Okay. So what you were describing to me was
5  the circumstances of the first time that you ended up
6  being able to see the nurse?
7      A.    Yes.
8      Q.    You don't know exactly what day it was?
9      A.    No, I'm not sure. I was sick.
10     Q.    Are you -- in terms of did the events with
11 respect to the two notes that you described for me this
12 morning and how the security officer -- his response to
13 those notes and pushing the button. was all of that --
14 did all of that occur on the same day that you first saw
15 the nurse?
16     A.    I remember it was the same day that that all
17 happened.
18     Q.    So what particular day it was you don't
19 know, but you remember that it was all the same day?
20     A.    It could have been any of those days.
21     Q.    And "any of those days" is the 5th, the 6th,
22 or the 7th of March?
23     A.    Could have been.
24     Q.    Tell me everything you recall about your
25 first visit with the nurse.

263

1      A.    Hardly anything at all.
2      Q.    And what happened?
3      A.    I went in with the guy who was helping me,
4  who was interpreting.
5      Q.    What did you tell the nurse?
6      A.    I told my friend to say I was feeling really
7  badly. I told him that I had what I said: Headaches,
8  stomachaches. My body felt very heavy, and I was
9  feeling --
10           INTERPRETER: Let the interpreter clarify
11 one thing.
12     A.    I felt like I was dizzy. I told him that,
13 and then he told her, and I remember he said to me that
14 she had asked where was I from.
15     Q.    (BY MR. RINGEL) Did you tell your friend,
16 the interpreter, who then told the nurse, where you were
17 from?
18     A.    Yes.
19     Q.    You told her you were from Mexico?
20     A.    Mexico City.
21     Q.    Did you tell her any biographical
22 information about yourself?
23     A.    Biographical? What do you mean?
24     Q.    Personal information, like where you were
25 from specifically, what your work background was, your

264

1  family, anything like that?
2      A.    No, she never asked me that.
3      Q.    How long would you estimate your visit was
4  in its entirety with the nurse the first time you saw
5  her?
6      A.    I think about five minutes, maybe less.
7      Q.    Did you tell the nurse that you had body
8  aches?
9      A.    Yeah. I told the interpreter, "Tell her I
10 felt really bad." I had a bad sore throat, that I had
11 stomachaches, that I felt like I was dizzy and I had the
12 shakes, and the only thing she said back that he told me
13 she'd asked is where are you from.
14     Q.    Did she ask any specific questions through
15 the interpreter about how you -- about any of your
16 symptoms?
17     A.    No, because she said, well, you know, "It's
18 the altitude," that it was just something that was
19 normal, normal, normal.
20     Q.    Did she take your temperature?
21     A.    No. I don't remember that, no.
22     Q.    Did she take your pulse?
23     A.    No.
24     Q.    Did she listen to your breathing?
25     A.    I don't remember that she even came up to

Carranza-Reyes v. Park County

Moises Carranza-Reyes, Volume II

265

1  me.
2      Q.   Did she examine you in any way?
3      A.   No, I don't recall that.
4      Q.   Did you ask her to examine you?
5      A.   I said that I was sick.  I think she should
6  know how to do her job.  I don't know.
7      Q.   But did you say, "Please examine me" or any
8  words to that effect?
9      A.   I didn't tell her, "Examine me."  I just
10  said, "I feel bad, my body hurts.  Help me."  She said,
11  "Just drink some water," that it was the altitude and it
12  was normal.
13      Q.   Okay.  Did she put her hands on you at all?
14      A.   No.
15      Q.   She didn't touch your skin?
16      A.   No.
17      Q.   She didn't feel your abdomen?
18      A.   No.
19      Q.   Did she give you any medicine?
20      A.   She gave me a little cup with some pills.
21      Q.   Did you have any understanding of what those
22  pills were?
23      A.   She told my friend that it was for the pain.
24      Q.   Did you get any other medicine but those
25  pills?

266

1      A.   I don't remember that day whether I did.
2  She just give them to me and said, "Okay, go on now.
3  You're going to feel better.  Just drink a lot of water."
4      Q.   Did she give you any Pepto-Bismol?
5      A.   Yeah, but not that big.  Not in that
6  occasion -- on that occasion.
7      Q.   Okay.  The first time that you met with the
8  nurse, she did not give you any Pepto-Bismol?
9      A.   Not that I can remember.
10      Q.   Do you have any ability to place your visit
11  to the nurse that we've just been talking about in a
12  point in time of a day?
13      A.   I don't remember the time.  Could have been
14  the afternoon, could have been in the morning.  When
15  you're in jail like that, you lose sense of time.
16      Q.   Is there anything about your first visit
17  with the nurse that you recall that we haven't already
18  talked about?
19      A.   No.  It was very quick.  That was all.  It
20  was normal for her.
21      Q.   What do you mean, it was normal for her?  I
22  don't understand.
23      A.   Like she said, it was normal what was
24  happening to me because it was just the altitude.
25      Q.   She told you she believed you were feeling

267

1  the way you were because of the altitude of where the
2  jail was.  Is that true?
3      A.   Who said that?
4      Q.   You told me that the nurse said to you,
5  "Everything's normal, it's just the altitude" or
6  something to that effect.  Is that true?
7      A.   Yes.
8      Q.   Did you question that determination by the
9  nurse?
10      A.   I remember she asked me, "Oh, is this the
11  first time you've come to the United States," and I said
12  yes, and she said, "Oh, yes, then definitely it's got to
13  be the altitude.  It's normal."
14      Q.   Did you question her determination that it
15  was the altitude?
16      A.   No, because I didn't know.
17      Q.   Did it sound to you that it was wrong for
18  her to believe that you were sick because of the
19  altitude?
20      A.   I don't know.  She was the nurse.
21      Q.   Is there anything else about that encounter
22  with the nurse that we haven't talked about?
23      A.   No, I don't remember anything else.  If I do
24  remember something, I'll tell you.
25      Q.   Thank you.  I appreciate that.  What

268

1  happened next after you saw the nurse for the first time?
2      A.   We went back to the block, and my brother
3  was waiting at the door, and he said, "What happened?"  I
4  said that the nurse had just given me some pills to take
5  and he said, "Well, how do you feel?"  I told him I felt
6  really bad.  And so I told him I felt bad, and I went up
7  and laid down, and I remember that he stayed, and he was
8  talking to the guy who was my interpreter, and I could
9  tell that my brother was very bothered by this.
10      Q.   Could you hear the conversation between the
11  fellow who was your interpreter and your brother, or
12  could you just watch it without hearing it?
13      A.   I went upstairs, and they stayed down.
14      Q.   So you could not hear them?  Right?
15      A.   No.
16      Q.   Did anything else happen -- well, what
17  happened next in terms of what you were doing after you
18  went upstairs to lie down on that day?
19      A.   I stayed laying down.
20           MR. RINGEL:  Can we go off the record for a
21  second?
22           (Discussion off the record.)
23      Q.   (BY MR. RINGEL)  Did you stay laying down
24  for the rest of that day, or did something else happen
25  with respect to you?

Carranza-Reyes v. Park County                                    Moises Carranza-Reyes, Volume II

273

1  spitting up saliva, but it was like -- it was something
2  in there that I couldn't get out.
3      Q.   Did anything else happen that night in terms
4  of your symptoms?
5      A.   My brother was there to keep an eye on me,
6  and he says that he thought that I had a fever and so
7  that -- and my lips looked very dry.
8      Q.   Did you receive any other medication that
9  night?
10     A.   No. No, sir.
11     Q.   Do you recall anything else about that night
12 following the day that you first saw the nurse that we
13 haven't talked about?
14     A.   No, I don't remember.
15     Q.   Let's talk about the next day, the day after
16 the day you first saw the nurse, all right?
17     A.   Yes.
18     Q.   What happened that morning when you woke up?
19     A.   I woke up, and she had already come by. It
20 was like she didn't even have the intention of waiting
21 for me, like I couldn't even walk more quickly.
22     Q.   I don't understand. You were asleep when
23 the nurse came by on that following morning?
24     A.   We're talking about the following day?
25     Q.   Correct. The day after the first day you

274

1  saw the nurse.
2      A.   Yeah, I was laying down. I couldn't get
3  down, though. I didn't have the strength. My brother
4  helped me stand up later.
5      Q.   Okay. At the time that the nurse came by,
6  was that the time the nurse would come by in the morning
7  to deliver medicine?
8      A.   Yes.
9      Q.   And you didn't have the opportunity to
10 communicate with the nurse on that morning. Am I
11 correct?
12     A.   I didn't have the opportunity, but the
13 people were telling her that there were sick people
14 upstairs. I don't recall if my brother told her that
15 too, but she didn't come up. She didn't come into the
16 cell. She didn't see anybody upstairs.
17     Q.   You were upstairs at the time she came to
18 the cell door; is that correct?
19     A.   Yes.
20     Q.   And given where you were upstairs, it was
21 not possible for you to hear any conversation between the
22 nurse and anyone at the cell door. Is that true?
23     A.   The door was here, and the people would come
24 up and gather around, and they were shouting because it
25 was a small place, and they were inside. They were

275

1  shouting out. They were shouting out, "There's people
2  upstairs" and "Let's go." They were saying that in
3  Spanish. I don't know if she understood that or not, but
4  she never went in. But I did hear when she was there,
5  and I even saw her.
6      Q.   Did you hear anybody speaking to her in
7  English on that morning?
8      A.   Yeah, there were people that were speaking
9  to her in English. I don't know if it was good English.
10 My friend that was interpreting for me was there. He was
11 always there.
12     Q.   But you couldn't understand the English to
13 know what they were saying to her in English; isn't that
14 true?
15     A.   True.
16     Q.   Anything else about that visit by the nurse
17 to the cell the day after you first saw her that you
18 recall that we haven't talked about?
19     A.   I don't remember.
20     Q.   Did anything else happen to you in terms of
21 your symptoms or condition that morning, the day after
22 you saw the nurse for the first time?
23     A.   After a couple of hours in the morning, I
24 started to get worse and started to vomit. People saw me
25 vomiting, and there were others that were doing the same,

276

1  but I don't know why they noticed me more. Maybe it was
2  more an exaggerated vomiting of mine.
3      Q.   Where were you vomiting?
4      A.   Downstairs. It was wherever I was. I mean,
5  I was at the tables or I was upstairs or it would happen
6  to me. I would start to feel nauseous, and my brother
7  would try and help me get to the bathroom and . . .
8      Q.   Did you ever vomit somewhere other than in
9  the toilet?
10     A.   Yes.
11     Q.   Where?
12     A.   On the ground. Normally, everybody was
13 doing it on the floor, on the ground.
14     Q.   Did the vomit just stay there, or was
15 anybody cleaning it up?
16     A.   You had to clean it up with a piece of
17 paper, and then you would throw it over to one side or
18 throw it out.
19     Q.   Okay. How many people would you estimate
20 that day were vomiting in addition to yourself?
21     A.   I'd say there was an average of -- oh, if
22 there were 50 or 60 of us there altogether, there were 30
23 of us vomiting. The place was a place that just would
24 make you sick, the way the bathroom was and how dirty it
25 was. They only wanted to give us water to clean things

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

277

1 up. They didn't want to give us any chemicals. I don't
2 know why they were doing things that way. Even though
3 we're Mexicans, we're still people.
4     Q.   Did you request to see the nurse the morning
5 that we're talking about the day after you first saw the
6 nurse?
7     A.   Yes, sir.
8     Q.   How?
9     A.   Well, it was the same procedure, but my
10 brother and this interpreter guy, they were there with
11 me, and I don't remember having seen my face that
12 morning, but I remember that they were saying that I
13 really looked pale and really looked bad.
14     Q.   When you say it was the same procedure, what
15 do you mean?
16     A.   This friend wrote down on that sheet of
17 paper that it was urgent that I needed to see the nurse.
18 And now this time, they took me over there quickly.
19     Q.   So you -- on a similar form, the interpreter
20 wrote down that you needed to urgently see the nurse, and
21 rapidly after that, you then saw the nurse for a second
22 time the day that you -- the day after you saw her for
23 the first time?
24         MR. KORDICK: Objection to form.
25     A.   I remember that, yeah.

278

1     Q.   (BY MR. RINGEL)  Were you taken to any
2 infirmary again to see the nurse, the nurse's station?
3     A.   Yes, sir.
4     Q.   Who was with you?
5     A.   My brother wanted to go with me, but once
6 again, they wouldn't let him. The interpreter friend who
7 went with me the first time went.
8     Q.   Did you ever learn why they wouldn't let
9 your brother come with you?
10    A.   Could have been because he didn't speak
11 English.
12    Q.   Do you remember the officer who took you to
13 see the nurse on that day?
14    A.   A big guy.
15    Q.   Okay.
16    A.   Can't remember what his face looked like,
17 though.
18    Q.   Had you encountered that individual
19 previously?
20    A.   It could be.
21    Q.   When do you remember encountering him
22 previously?
23        MR. KORDICK: Objection to form.
24    A.   I was pretty sick, and I said maybe I could
25 remember him, but I don't know.

279

1     Q.   (BY MR. RINGEL)  What time of the day did
2 you see the nurse for the second time?
3     A.   I don't remember the time.
4     Q.   Tell me everything you remember about your
5 meeting with the nurse the second time.
6     A.   She asked me what I felt like. Sore throat
7 I said. I felt even worse. The sore throat was worse.
8 I had been coughing, started to cough more. I started
9 vomiting. The interpreter told her that I was feeling
10 pain in my stomach and I was very dizzy. And she said,
11 "Ah, it could be the altitude." I don't know why she was
12 reacting in that way, but . . .
13    Q.   Did she examine you in any way?
14    A.   No, sir.
15    Q.   She didn't touch your skin?
16    A.   No, sir.
17    Q.   Did she listen to your lungs or to your
18 heart with a stethoscope?
19    A.   I don't even remember that she approached
20 me.
21    Q.   Did she take your temperature?
22    A.   No, sir.
23    Q.   Did she touch your abdomen?
24    A.   No.
25    Q.   How long was this second visit with the

280

1 nurse?
2     A.   Could have been longer. Maybe five minutes
3 more.
4     Q.   Five minutes more than the first visit?
5     A.   Yes.
6     Q.   Anything else about that visit the second
7 time with the nurse that you remember that we haven't
8 already talked about?
9     A.   No. Just the things I said were normal.
10 She said if this is the first time I'd been in this
11 country, if I was from Mexico City, and she said, "Oh,
12 it's the altitude here is very high."
13    Q.   Did she give you any medication the second
14 time you saw her?
15    A.   Yes, sir.
16    Q.   What medication did you get that second
17 time?
18    A.   I remember she came over and gave me about
19 four little pills that were kind of a brown color in a
20 little cup. And I remember she gave me another cup with
21 pink-colored liquid in it. Could have been Pepto-Bismol.
22 Pepto. I think I knew what that was.
23    Q.   Had you had Pepto-Bismol before that day?
24    A.   No, sir.
25    Q.   At any time during your life?

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *

285

1  was sick in the jail.
2      MR. RINGEL: Whose handwriting is on that
3  document?
4      MR. KORDICK: It's mine. And on Monday, the
5  3rd, it says, "Food," and it has the number 50 and 48
6  above it, which are the amount of people that were in the
7  jail, D Pod, and Tuesday, the 4th, says, "50 people.
8  Nurse not in."
9      MR. RINGEL: Have you read everything that's
10 on that?
11     MR. KORDICK: Actually, these are not --
12 these are my notes. They don't refer to my client or
13 anything that's in the file, and he was referring to it,
14 pulled it over to get the right date for the day of the
15 week, and . . .
16     MR. RINGEL: The notes are in English, I
17 understand?
18     MR. KORDICK: Yeah, correct, and I don't
19 even know what some of them mean. The 5th says, "No more
20 food delivery, sick, did not get up." That's on
21 Wednesday, the 5th. The 6th has no note at all. And the
22 7th, it says, "Too ill to get food downstairs." And the
23 8th doesn't have anything written on it at all.
24     MR. RINGEL: Is the 8th as far as you know,
25 based on that document, a Saturday?

286

1      MR. KORDICK: It's a Saturday.
2      MR. RINGEL: Okay. Thank you for describing
3  that.
4      MR. KORDICK: It's blank.
5      MR. RINGEL: Thank you for describing that.
6  I withdraw my request to make it an exhibit.
7      Q. (BY MR. RINGEL) Okay. You recall, Mr.
8  Carranza, that the early morning of Saturday you had a
9  conversation with a deputy about your health? Is that
10 true?
11     A. Yes, sir.
12     Q. What do you recall of that conversation?
13     A. My brother was there too.
14     Q. Okay. What did the deputy look like?
15     A. Can't remember completely. I'm not trying
16 to forget what his face was. I was in really bad shape.
17 You're talking about the early morning hours. That night
18 I felt like I was dying.
19     Q. Okay. Do you recall that deputy giving you
20 medicine?
21     A. Yes, sir, he did.
22     Q. What kind of medicine did he give you?
23     A. The same pills that the nurse had given me.
24     Q. Did he also give you Pepto-Bismol?
25     A. Not at those moments, no.

287

1      Q. Do you remember anything else about the
2  conversation with him? Did you tell him what was going
3  on with you at that time?
4      A. No, I just remember that he looked -- he
5  looked very upset, and he would come in -- he would go
6  out and come in again, and he would look at me, and I
7  don't know if he requested authorization or not, but then
8  he took me with him.
9      Q. Was the person who was translating there?
10     A. No, sir.
11     Q. So there was difficulty in communicating
12 with this deputy?
13     A. A lot of problems, but I remember that he
14 spoke and he understood a little bit of Spanish.
15     Q. Do you recall going with this man to
16 medical?
17     A. Yes, sir.
18     Q. What do you recall of you going with this
19 man to medical?
20     A. A very friendly guy. He was -- would touch
21 me like this (indicating), and it was like he was saying
22 relax, relax. I remember he took me to the nurse's
23 station, and he helped me to lean back. It wasn't in a
24 bed, but it was, like, on the seats where they see you
25 when the nurse sees you.

288

1      Q. Did he take your blood pressure?
2      A. I remember he took my blood pressure, yeah.
3      Q. Did he take your pulse?
4      A. I remember he took my pulse.
5      Q. Did he listen to you with a stethoscope to
6  check your breathing?
7      A. I think so. I remember he was checking me
8  out, you know, and he would feel, and he would squeeze
9  me, and he would touch me like this.
10     Q. Did he ask you questions about your medical
11 status?
12     A. He might have, but I don't know if I
13 understood him. But I remember he talked to Vicki
14 Paulsen, the nurse.
15     Q. At that time did you know what the nurse's
16 name was?
17     A. No.
18     Q. Did he talk to the nurse while you were in
19 medical with him?
20     A. Yes.
21     Q. And your friend, the interpreter, was there
22 too?
23     A. No.
24     Q. And how did he talk to the nurse? By
25 telephone?

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

293

1    A.   He saw me laying down, and I saw him, and I
2  tried to show him where it was I felt so much pain, and I
3  didn't know what to do. And he brought me some pills,
4  and I was still -- was the same.
5    Q.   When you were describing that, you placed
6  your right hand on the right lower side of your back; is
7  that correct?
8    A.   Yes, sir.
9    Q.   And your doing so was to demonstrate to us
10 in similar fashion what you demonstrated to the man on
11 that night?
12   A.   Yes.
13   Q.   Okay. Where is the next area you showed him
14 you were having a physical problem?
15   A.   When he took me to the nurse's station. I
16 touched myself here, showing him that I had pain here.
17 Here and in the chest area.
18   Q.   The last two places you just touched
19 yourself were you placed both hands around the upper part
20 of your throat. Is that true?
21   A.   Yes, sir.
22   Q.   And then you placed both your hands across
23 each other on your chest. Is that true?
24   A.   Yes, sir.
25   Q.   Is there any other place where you showed

294

1  him you were having a physical problem on that night?
2    A.   I showed him back here, but he had me laying
3  back, and I showed him that I couldn't stand the pain
4  laying back in that position.
5    Q.   And when you say "back here," you're talking
6  about that same place where you had already placed your
7  right hand on the lower right side of your back?
8    A.   When I was laying down in bed, he came by,
9  and I showed him that. The first time was when I was in
10 bed, and the second time was at the nurse's station.
11   Q.   So the first time that you were describing
12 with your right hand on your right lower back was when
13 you were in bed?
14   A.   Yes, sir.
15   Q.   Was that prior to when you went with him to
16 the nurse's station or after?
17   A.   Before going with him to the nurse's
18 station.
19   Q.   And where you were showing him with your
20 hands where it hurt on your throat and on your chest was
21 at the nurse's station?
22   A.   Yeah. It's really a strong pain.
23   Q.   Do you recall anything else about your
24 communications with hand signals or in any way with this
25 man on that night?

295

1    A.   No. No, I don't remember anything more.
2    Q.   Did you ever use your thumb as a thumbs-up,
3  or the same or below, a thumbs-down signal with this
4  individual?
5    A.   I don't remember that, sir.
6    Q.   Is that a possibility?
7    A.   It could be. I don't know. I don't
8  remember it.
9    Q.   What happened next in terms of your
10 receiving medical attention after you were seen by this
11 deputy?
12   A.   I remember they took me back to the cell.
13 Before that, he gave me some medicine. I said that.
14   Q.   And what's happening to you when you're back
15 in the cell? What are you doing and what's going on with
16 you?
17   A.   My brother came up and helped me lay back
18 and laid down on the ground there, on the mattress. But
19 I didn't feel right standing up, and I couldn't be laying
20 down either.
21   Q.   Was the deputy that --
22       INTERPRETER: I'm sorry. Can the
23 interpreter clarify one thing?
24       MR. RINGEL: My fault.
25   A.   That was the first time that I could be

296

1  laying down like this in a bed. That was the first night
2  I was in a bed.
3    Q.   (BY MR. RINGEL) Do you recall that the
4  Friday night into Saturday morning, that night you were
5  in a bed and not on the floor on a mattress?
6    A.   Yes, sir. I remember the way that I was
7  laying down, though. It wasn't that I was laying down
8  like in the bed. It was with my knees on the ground and
9  my chest on the floor -- or like that in the bathroom
10 too. And I was vomiting, and my brother would help me go
11 down and come back up again because he thought I was
12 vomiting a lot.
13       MR. RINGEL: Can I ask the interpreter a
14 clarification? When you translated it as his chest was
15 on the floor, based on what he was miming, it struck me
16 that maybe his chest was on the bed. Can you ask him
17 that clarification?
18   A.   It was that my knees were on the ground, but
19 my chest was on the bed, on the bunk. As I remember
20 that, that was that Friday at night.
21   Q.   (BY MR. RINGEL) Was anyone checking on you
22 during the time period after you returned from the
23 nurse's station?
24   A.   My brother and another young guy.
25   Q.   Was it the young guy who was the interpreter

Pages 293 to 296

**301**

1 was trying to talk to them, and they were speaking
2 English to him, and then the other guy that spoke a
3 little bit of English was trying to communicate to them
4 as well about what was going on with me.
5        My brother carried me to bring me down with
6 another person. Carried me down.
7    Q.   With another detainee or a sheriff official?
8    A.   It was with another detainee.
9    Q.   Anything else you remember happening that
10 morning?
11   A.   They brought a chair over to me, and they
12 said, "Sit down here." I would attempt -- and I didn't
13 understand all of it, but my brother was demanding things
14 from them. I remember an officer gave my brother some
15 juice. I don't know who it was.
16   Q.   What kind of juice was it?
17   A.   They were red-colored things that they were
18 supposed to help me, and I don't know how many things of
19 juice there were.
20   Q.   Did you drink some of the juice?
21   A.   They said I had to drink it.
22   Q.   Did you drink it?
23   A.   Yes, sir.
24   Q.   How much juice did you drink?
25   A.   I drank it all down, and then I vomited it

**302**

1 all up.
2    Q.   Okay.
3    A.   Somebody told my brother that an officer in
4 the past had been sick with the same thing that I had.
5    Q.   Do you recall someone saying "kidney stones"
6 to you?
7    A.   Not that anybody said that to me. I
8 remember something that happened with my brother. It's a
9 female sheriff that gave him, like, a funnel with
10 something in it, and they were supposed to carry me down
11 and -- because it was --
12        INTERPRETER: And the interpreter didn't
13 understand this part of going down with the funnel. If I
14 could clarify that.
15   A.   I was downstairs. What my brother
16 understood, along with the other guy who spoke some
17 English, was that I was supposed to try to urinate to get
18 a stone out, and they were going to be able to use that
19 to send it in for analysis to see what it was that I had
20 wrong. I got scared because when I urinated, it was
21 bloody.
22        My brother was really upset because they
23 wanted me to keep drinking and finish up all this juice.
24 I vomited into the garbage can, but it all came out, and
25 it got me all full of vomit because my feet were on the

**303**

1 ground, and it all came out.
2    Q.   At some point you were taken in a vehicle to
3 the hospital. Do you remember that?
4    A.   Yes, sir.
5    Q.   And that occurred on March 8 of 2003,
6 Saturday; is that correct?
7    A.   Yes, sir.
8    Q.   Do you recall anything that happened at the
9 jail up to the time that you were transported to the
10 hospital that we haven't already talked about?
11   A.   Yes, sir.
12   Q.   Okay. What else do you recall of that
13 period of time?
14   A.   I remember they put me into a wheelchair and
15 took me. They saw how bad I was. They gave me a garbage
16 can because I was vomiting, and they let me keep
17 vomiting -- it could have been for 30 minutes -- in the
18 garbage can. And they could see that my clothes were all
19 torn up.
20        They took me somewhere, I don't know where
21 it was, and they gave me some clean clothes, and I don't
22 know where they got them. I remember they handcuffed me,
23 and they chained me up around the waist, and I remember
24 they gave me a plastic bag to put in between my hands so
25 I could vomit into that.

**304**

1        I felt really bad, and I couldn't breathe.
2 And I was having trouble breathing when I was being
3 transported.
4    Q.   Let me back up and talk about the time
5 before you were transported. Where did they take you to
6 give you the clean clothes?
7    A.   It was the same place where I had come in.
8 I remember where they had sit us down on the benches
9 where they gave us that questionnaire. The difference
10 was that this time I was in a wheelchair.
11   Q.   What kind of clothes did they give you?
12   A.   Clean -- clean clothes. It looked like they
13 were clean and they were new. They took those sandals
14 that they had given me -- they took those away from me.
15   Q.   Was it the same kind of jail uniform that
16 you had on before?
17   A.   Yes, sir.
18   Q.   And the same kind of shoes but just a
19 different pair of them?
20   A.   They had given me -- they gave me now
21 sandals that were open without the closed heel.
22   Q.   Were there any problems with the clothes or
23 the sandals that you got on March 8 of 2003?
24   A.   Just to put them on myself, sir.
25   Q.   Did anybody help you put them on?

305

1    A.   No.
2    Q.   Was anyone -- who was with you?
3    A.   I don't remember. It was an officer.
4    Q.   Your brother was no longer with you?
5    A.   They didn't let him. no.
6    Q.   And none of the people that could speak
7 English were with you either; is that correct?
8    A.   No one else.
9    Q.   Do you recall anything else about being at
10 the jail before the transport that we haven't now talked
11 about?
12   A.   I can remember what the officer said.
13   Q.   What --
14   A.   Something to my brother about somebody else
15 had been in sick with the same thing I had, and they had
16 given him that juice, and it had gotten him better.
17   Q.   Okay. Anything else that you recall?
18   A.   No, sir. I remember it took them a long
19 time to be able to transfer me.
20   Q.   Do you recall what time of day it was when
21 you left on the transport?
22   A.   I don't remember the time, but I think it
23 was late, sir.
24   Q.   Was it daylight or nighttime?
25   A.   It was during the day.

306

1    Q.   Was it in the morning or in the afternoon?
2    A.   It was in between morning and afternoon. I
3 don't know, really.
4    Q.   Do you recall the type of vehicle that you
5 were transported in from the jail to the hospital?
6    A.   Yes, sir.
7    Q.   What kind of vehicle was it?
8    A.   That it was like a small car. Well, it
9 wasn't like a car. It was a Jeep. But very small.
10   Q.   Do you recall the -- how many people
11 transported you?
12   A.   One. A guy in civilian clothes.
13   Q.   Do you recall what he looked like?
14   A.   No. I don't remember him very much.
15   Q.   Had you seen him at the jail before that
16 moment?
17   A.   I don't remember him, no. I don't know,
18 sir. He was dressed in civilian clothes. He didn't have
19 a uniform that I can remember.
20   Q.   Okay. Where did you sit in the vehicle?
21   A.   In the rear part but on the driver's side.
22   Q.   What do you recall of the trip?
23   A.   I was suffocating, and I was trying to
24 communicate that I wanted him to lower a window to get
25 some air in there. He could see me trying to get some

307

1 air, and I was vomiting in the backseat. He could see me
2 through the rearview mirror.
3    Q.   Anything else you recall of that trip?
4    A.   Well, we got to the hospital.
5    Q.   How long did the trip take?
6    A.   I don't know, sir. I don't remember. It
7 could have been an hour, it could have been two. I
8 remember going downhill, and I remember the curves, but I
9 don't remember.
10   Q.   Did the man in the car that was driving
11 recognize that you needed to get some air?
12   A.   I don't know if he didn't understand or it
13 didn't matter to him. Well, I do think that he
14 understood, but I don't think it mattered.
15   Q.   Did you speak to him in Spanish or English
16 or both?
17   A.   I spoke to him in Spanish. I remember that
18 he spoke a couple of words in Spanish. Not English.
19   Q.   You believe that he understood what you
20 needed?
21   A.   I think he did, and I was trying to show him
22 like this, making these movements like this, and I think
23 he understood because he would see me. At one time he
24 looked around, and he was making these kind of movements
25 to, like, tell me, easy, take it easy. And he could see

308

1 that I was vomiting, and I was trying to get air
2 and . . .
3    Q.   You were moving your hands around your face
4 and your mouth. Is that true?
5    A.   Yes, sir.
6    Q.   Trying to demonstrate similarly to what you
7 were doing with this man in the vehicle transporting you
8 from the jail to the hospital?
9    A.   Yes.
10   Q.   Do you remember anything else about the trip
11 from the jail to the hospital?
12   A.   No, no.
13   Q.   What do you remember about the hospital?
14   A.   He helped me to get into the hospital. He
15 didn't take the handcuffs off me, though. I guess that
16 was normal. I don't know. But it was very heavy, the
17 chains were, and the handcuffs. They felt very heavy on
18 me. I remember going into the hospital. I waited for, I
19 don't know --
20        INTERPRETER: Have the interpreter clarify
21 one thing.
22   A.   I remember waiting, I don't know, five
23 minutes or maybe less before going into the hospital.
24   Q.   (BY MR. RINGEL) Did you see a doctor in the
25 hospital?

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *