**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

DEPOSITION OF: ABRAHAM CARRANZA-REYES
February 6, 2006

MOISES CARRANZA-REYES,
Plaintiff
v.
PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

TAKEN PURSUANT TO NOTICE on behalf of the Defendant Park County at 1125 17th Street, Suite 600, Denver, Colorado 80202 at 9:00 a.m. before Laura L. Corning, Federal Certified Realtime Reporter, Certified Shorthand Reporter and Notary Public within Colorado.

**Page 2**

APPEARANCES

For the Plaintiff:   LLOYD C. KORDICK, ESQ.
                     805 South Cascade
                     Colorado Springs, Colorado 80903
                     JOSEPH J. ARCHULETA, ESQ.
                     Law Office of Joseph Archuleta
                     1724 Ogden Street
                     Denver, Colorado 80218

For the Defendants   ANDREW D. RINGEL, ESQ.
Park County, Park    Hall & Evans, LLC
County Board of      1125 17th Street
Commissioners, Park  Suite 600
County Sheriff's     Denver, Colorado 80202-2037
Office, Wegener,
Gore:

For the Defendant    JOSH A. MARKS, ESQ.
Paulsen:             Berg Hill Greenleaf
                     & Ruscitti, LLP
                     1712 Pearl Street
                     Boulder, Colorado 80302

For the Defendant    ANDREW W. JURS, ESQ.
Bachman:             Johnson McConaty & Sargent, P.C.
                     400 South Colorado Boulevard
                     Suite 900
                     Glendale, Colorado 80246

Also Present:        Bety Ziman, Interpreter
                     Moises Carranza-Reyes

**Page 3**

INDEX

EXAMINATION OF ABRAHAM CARRANZA-REYES:           PAGE
February 6, 2006

By Mr. Kordick                                    188
By Mr. Archuleta                                   --
By Mr. Ringel                                   5, 196
By Mr. Marks                                      173
By Mr. Jurs                                       188

                                              INITIAL
DEPOSITION EXHIBITS                          REFERENCE

37    Statement                                    33
38    U.S. Department of Justice Notice of Action  42

(Original exhibits attached to original deposition;
copy exhibits included in continuing exhibit file;
copies provided to counsel as requested.)

REQUESTED PORTIONS OF TESTIMONY:                 PAGE
(None.)

REFERENCES TO EXHIBITS MARKED PREVIOUSLY:
Exhibit No.     Page Reference
    16             114
    17             115

**Page 4**

1       WHEREUPON, the within proceedings were
2   taken pursuant to the Federal Rules of Civil
3   Procedure:
4       (At this time Mr. Archuleta was not
5   present in the deposition room.)
6       MR. KORDICK: For the record, I'm Lloyd
7   Kordick, and I represent Moises Carranza-Reyes as his
8   legal attorney, and I -- Mr. Carranza-Reyes -- Moises
9   Carranza-Reyes is represented by a David Simmons, who
10  is an immigration attorney, in the sense that he does
11  exclusively immigration work --
12      BETY ZIMAN,
13  having been first duly sworn to interpret Spanish to
14  English and English to Spanish, and
15      ABRAHAM CARRANZA-REYES,
16  having been first duly sworn to state the whole truth,
17  was examined and testified through the interpreter as
18  follows:
19      MR. KORDICK: Just that David Simmons
20  represents my client, Moises Carranza-Reyes, and
21  apparently I spoke with him with reference to my
22  client -- and he also represents Abraham Carranza-
23  Reyes, his twin brother. He had indicated that he was
24  directing Mr. Abraham Carranza-Reyes to plead the Fifth
25  Amendment against self-incrimination, if any questions

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

117

1 40 minutes.
2   Q.   Okay. Let me -- describe for me
3 everything that you were given when you were in this
4 room in the jail.
5       MR. KORDICK:  Object to form.
6   A.   I am not understanding the question.
7   Q.   (BY MR. RINGEL) Okay. Did you get
8 clothes?
9   A.   Yes.
10   Q.   What kinds of clothes?
11   A.   It was like torn, clothes that were torn.
12 They smelled dirty. And they also gave us like this
13 sleepers [sic]. They were also broken. They also gave
14 us these, like, sort of blankets, but to the touch they
15 were, like, sticky. They also gave me toilet paper.
16 They gave me something to clean my mouth, and they gave
17 me like a little piece of something that was like soap.
18 I used that to bathe myself. That is what I recall
19 they gave me.
20   Q.   So you had a uniform; is that true?
21   A.   Yes.
22   Q.   What color was the uniform?
23   A.   It was like -- it was like dark blue.
24   Q.   Is there anything else about the uniform
25 that you remember that you haven't told me about?

118

1   A.   The only thing is that it was torn, it
2 wasn't my size, that it smelled bad.
3       MR. KORDICK:  And -- and I -- this is a
4 point of information. I think he was talking about
5 what he received, and I think he said two "sleepers,"
6 but I think those were slippers. Maybe I'm wrong. Can
7 we clarify that?
8       THE INTERPRETER:  Please repeat.
9 "Slippers"?
10      MR. KORDICK:  "Slippers."
11      THE DEPONENT:  Yes. They were slippers.
12      THE INTERPRETER:  That was my accent. It
13 was slippers. Thank you, sir.
14   Q.   (BY MR. RINGEL) Did you receive
15 underclothes?
16   A.   I think so.
17   Q.   Was the underclothing clean or dirty?
18   A.   Well, it smelled like -- it smelled bad.
19 It didn't smell like soap.
20   Q.   Okay. Did you receive any other
21 clothing?
22   A.   I believe I got some towels and some
23 linen and a blanket.
24   Q.   Were the towels clean?
25   A.   All of it smelled bad, and the towels and

119

1 the linen, they were stained.
2   Q.   Do you believe the towels and the linen
3 were dirty, or do you believe they had been washed
4 before they had been given to you?
5   A.   I wouldn't be able to answer you
6 correctly. All I know is that they really smelled bad,
7 like musky, like humid.
8   Q.   Okay. How many towels did you receive?
9   A.   I don't recall. Maybe two.
10   Q.   Did you receive a bag of any kind?
11   A.   A bag of what?
12   Q.   When you were receiving your clothes at
13 the jail, did you also receive a bag?
14   A.   No, they never gave me a bag.
15   Q.   Did you receive a pencil or paper?
16   A.   No.
17   Q.   Did you receive any materials describing
18 the rules of the jail?
19   A.   No.
20   Q.   What kind of toiletry or hygiene items
21 did you receive at the time?
22   A.   The ones I already mentioned to you.
23   Q.   Okay. Something to clean your teeth and
24 something that was like soap; is that true?
25   A.   And toilet paper.

120

1   Q.   Nothing else?
2   A.   That's what I remember.
3   Q.   Did you receive a pillow?
4   A.   No.
5   Q.   Did you receive a mattress?
6   A.   No.
7   Q.   Is there anything that you remember
8 receiving that we haven't talked about?
9   A.   Yes.
10   Q.   What is that?
11   A.   A thicker blanket, like a comforter.
12   Q.   Okay. Describe that thicker blanket like
13 a comforter for me.
14   A.   You see, a mattress, it's about yea
15 thick (indicated), and a comforter is about this
16 (indicated) thick.
17   Q.   Okay. Was this comforter --
18      MR. KORDICK:  Well, wait, stop. We're --
19 we don't have a proper record on the relative size.
20 He's saying that this was much thinner than a mattress,
21 I think is the gist of that.
22      MR. RINGEL:  I'll ask him.
23   A.   (IN ENGLISH) Okay.
24   Q.   (BY MR. RINGEL) Was the comforter that
25 you described, how does it compare in size to a

121

1 mattress in words as opposed to in hand signals?
2   A.   I now understand. The comforter, it's
3 very thin, particularly the one they gave me. It was
4 made out of plastic, and it's my feeling that it was
5 worn out, because it was really worn out. Because when
6 I laid on top of it, you could feel the coldness
7 emanating from the floor. And when you lay on a
8 mattress, that doesn't happen. The mattress is high
9 and big and it's not made out of plastic. Well, at
10 least those that I know of. I think that that's the
11 best way I can describe the difference.
12   Q.   This comforter that you're describing was
13 designed for you to sleep on top of. Am I
14 understanding you correctly?
15   A.   That is correct.
16   Q.   Okay. Did you receive any orientation
17 about the rules of the jail when you arrived?
18   A.   No.
19   Q.   Is there anything else about the time
20 where you were in the first room, that you've
21 described, in the jail that you remember that we
22 haven't already talked about?
23   A.   The only thing is that the guy -- the guy
24 who interpret for us, he said that in that place we
25 were going to be treated like animals, that we were

122

1 going to be released from there to go to speak to our
2 consul. That's what I remember.
3   Q.   You don't remember that individual's
4 name?
5   A.   No.
6   Q.   Do you remember whether that individual
7 was like you, a detainee of Immigration?
8   A.   No.
9   Q.   Do you know anything about where that
10 individual was from or anything about him that might
11 help us identify who it was?
12   A.   No.
13   Q.   Do you remember anything else about the
14 first location where you were in the jail, other than
15 what you've already told me about this afternoon?
16   A.   The only thing is the officer who took us
17 in, he seems to be a decent kind of guy. He was really
18 trying to communicate with us. He stayed calm. He was
19 patient. And, well, you know, he had to bring that
20 other individual. That's as far as I can remember.
21   Q.   What do you mean "the other individual"?
22 I don't understand.
23   A.   The interpreter that they brought.
24   Q.   Do you remember anything else about being
25 in that first room in the jail that we haven't already

123

1 talked about?
2   A.   Well, you know, like he was trying to
3 really communicate with us. The truth is, he was a
4 really decent guy. He was really trying to talk to us,
5 but I don't remember. You know, I think that he talked
6 with some of my other -- the other people who were
7 there, but I don't know who with or -- or what.
8   Q.   The information that I have is that the
9 day or the evening or the night that you arrived at the
10 jail was March 1 of 2003. Is that consistent with your
11 memory?
12   A.   Yes. I am in agreement, sir.
13   Q.   Okay. After this first room, where did
14 you go in the jail?
15   A.   They took me to -- how can I explain this
16 to you? -- to a larger place.
17   Q.   Is that the place where you spent most of
18 your time while you were in the jail?
19   A.   Yes.
20   Q.   So this was kind of -- I would call it a
21 dormitory cell. Does that seem right to you?
22   A.   Well, yes.
23   Q.   Okay. How many people were in that cell
24 when you arrived?
25   A.   There were plenty. Lots.

124

1   Q.   Okay. What time of day or night was it?
2   A.   I don't know. It was nighttime.
3   Q.   What was everybody else doing in the cell
4 when you arrived?
5   A.   Well, they were already laying down.
6   Q.   Where did you put your mattress or your
7 comforter?
8   A.   On the floor.
9   Q.   On the -- the way that I -- on the first
10 level or on the second level?
11   A.   On the second level.
12   Q.   Describe where it was in comparison to
13 the bunk beds that were on the second level.
14   A.   Okay. The bunk beds, they were not on
15 the floor. And I don't know, they have like a base. I
16 don't know if they were made out of wood or stone. And
17 on top of it they even -- some of them would have two
18 comforters, I remember. Some of the guys there had bad
19 [sic].
20   Q.   Where did you put your comforter in
21 relation to the bunk beds?
22   A.   On top.
23   Q.   Your -- I don't understand. You said you
24 put your comforter on the floor; is that correct?
25   A.   That is correct.

125

1  Q. Where on the floor in relationship to the
2  bunk beds did you put your comforter?
3  A. I put it in between those bunk beds on
4  the floor. I have to tell you, it was very filthy.
5  Q. Where did your brother put his comforter?
6  A. Also on the floor.
7  Q. How far away was he from you that first
8  night?
9  A. There were about four or five beds in
10 between us.
11 Q. Describe for me the conditions, to the
12 best of your recollection, on the upper tier of the
13 dormitory cell the first night that you were there.
14 A. You only want of the upper tier?
15 Q. We're going to start with the upper tier,
16 correct.
17 A. As soon as I arrived, I went up. It is
18 quite a small place. I had to remove shoes, tissue
19 paper that had gook in it, snot in it, and the little
20 towel that they gave me, I had to clean the floor.
21 Well, first things first. First I cleaned my
22 comforter, and then I put it down. As I mentioned to
23 you, I moved the shoes away to the side. Truth to be
24 told, the papers that had snot in it, I just shoved
25 them under the bed, because I did not see a trash can.

126

1       You know, more or less, I got a little
2  comfortable. I remember that they turned off the
3  lights, and, you know, I tried to go to sleep. Well,
4  you know, I was thinking, what's going on? And I
5  remember that I said to my brother, I'm going to go to
6  sleep now. And I also notice he was also cleaning.
7  And, you know, we laid down, the usual.
8  Q. Do you remember anything else about the
9  conditions of the upper floor in the cell the first
10 night that you arrived that you haven't talked to me
11 about already?
12 A. You know, in general terms in the room,
13 but given that it was on the upper part, you know, you
14 could feel a cold draft coming in, like we were closer
15 to the air-conditioning units. It was dry. You know,
16 it hurt.
17      Oh, the wall looked to the outside -- the
18 wall -- the wall that -- you know, the outer wall
19 looked as if it was wet. I'm so lucky I didn't sleep
20 there, but Moises did.
21 Q. Okay. Moises was -- your brother was
22 sleeping against the wall that looked wet?
23 A. Yes.
24 Q. Was his comforter touching that wall or
25 not?

127

1  A. Yes.
2  Q. Anything else you remember about the
3  upper tier that night?
4  A. Well, it was not -- they didn't let you
5  go to sleep. There was a guy three beds from where I
6  was laying down, he was coughing really hard. And the
7  guy who was right next to me, he was just throwing more
8  and more papers. That's all.
9  Q. Okay. When you arrived at the jail, did
10 you ask for any medical attention?
11 A. Myself?
12 Q. Correct.
13 A. No.
14 Q. Did your brother?
15 A. I don't think so.
16 Q. Did your wife?
17 A. I don't know. I was not in touch with
18 her anymore.
19 Q. When did you see your wife last before
20 either you or she left the first room you were at?
21 A. The last time was right there in that
22 little room.
23 Q. Did you both leave that little room at
24 the same time?
25 A. I don't recall.

128

1  Q. Your wife was housed in a different
2  location than you and your brother in the jail; is that
3  true?
4  A. I think so.
5  Q. Did you see your wife during the time
6  that you were in the jail?
7  A. I would think about twice.
8  Q. Describe the circumstances of you seeing
9  your wife during the time you were in the jail.
10 A. I don't remember the days. You know,
11 they took them over to a little room so that they could
12 do some exercise there, a group of women, and my wife
13 was among them. They were African-American, some of
14 them were American. That's what I was able to discern.
15 That's more or less what I remember.
16 Q. Did you have the opportunity to talk to
17 your wife at any time after you were both in this
18 initial room during the time you were in the jail?
19      (At this time Mr. Archuletta and Mr.
20 Moises Carranza-Reyes left the deposition room.)
21 A. No.
22 Q. Do you know if your brother had any
23 opportunity to talk to your wife after you were in this
24 initial room during the time that he was in the jail?
25 A. I don't think he was, either.

129

1  Q.  Did anything else happen that first night
2  that you were in the dormitory cell, that you recall,
3  that we haven't already talked about?
4  A.  We're talking about the upper tier,
5  right?
6  Q.  No. We're talking about anything that
7  occurred the first night that you were at the jail that
8  we haven't already talked about.
9      (At this time Mr. Archuleta and Mr.
10 Moises Carranza-Reyes entered the deposition room.)
11 A.  Okay. The very first day I came into
12 that place -- are you talking to me in general terms
13 about the jail or about the place where they took me?
14 Q.  What I was trying to do is understand
15 what occurred during the time from the moment you
16 arrived at the jail until you woke up on your first
17 morning at the jail.
18 A.  Okay.
19 Q.  Is there anything that happened during
20 that period of time that we haven't talked about?
21 A.  Yes.
22 Q.  What was that?
23 A.  When I first got into the block -- cell
24 block, before I went upstairs, it stunk. That jail
25 really smelled bad. And then I went to use the

130

1  facilities, the toilet, and there was a toilet that was
2  absolutely filthy, filled up with excrement. And to
3  the side of the toilets you could see dry urine, you
4  know, that paper that -- the soap, they were all over
5  the place, litter all over the place, stains on the
6  floor. That part on the first floor, it really smelled
7  very badly.
8      Oh, yeah, they told us we could shower,
9  but I didn't even want to do that because, you know, in
10 the bathroom there was like mold, and I hadn't gotten
11 my slippers yet, the sandals, so that I could shower.
12 All I had were the first pair of sandals that they gave
13 me to begin with.
14 Q.  Did you get shower shoes later?
15 A.  They never gave me sandals for the
16 shower.
17 Q.  Did you take a shower at any time?
18 A.  Yes.
19 Q.  How many times?
20 A.  Let's say, three, four times, just
21 partial, because the water was very hot. It was like
22 to peel chickens. It was hot enough to peel off the
23 chicken skin. Do you know what bothered me there about
24 the bathroom --
25     THE INTERPRETER: The expression in

131

1  English is skin chickens. The water was so hot that
2  you could skin a chicken with it. Correction for the
3  record.
4  A.  What was bothering me about the bathroom,
5  with that room, was I recall there was an air-
6  conditioning unit in between two showers up on top, and
7  you couldn't regulate the water. You know, I would
8  open it, and hot water would come out all the time. I
9  understand that I was detained, but I wanted to take a
10 decent shower. And as soon as we'd go near the water,
11 I could feel it scalding my skin. I would turn red.
12 And then, you know, the air was coming out very cold.
13     Truth is you couldn't take a shower.
14 And -- you know, and I think that amongst the guys that
15 were in there, there was green snot all over the place.
16 You know, they didn't clean. It was filthy.
17 Q.  (BY MR. RINGEL) Okay. Anything else you
18 remember about the first floor of the cell block that
19 you observed the first night that you were there?
20 A.  No. Just what I've mentioned.
21 Q.  Did you talk to anyone else who was a
22 fellow detainee that first night?
23 A.  No.
24 Q.  Did you talk to any other officers that
25 first night?

132

1  A.  No.
2  Q.  Did the officers patrol the cell block
3  during the night?
4  A.  Perhaps.
5  Q.  How often?
6  A.  You know, I have to tell you that first
7  night I got there, I was tired, I was sleepy. I wanted
8  to shower and go to sleep, but, you know . . .
9  Q.  Okay. Was anybody sick the first night
10 in the cell block?
11     MR. KORDICK: I object to the form of the
12 question, because he already testified there were.
13 A.  People were already sick, because people
14 were coughing, and you could hear how they were
15 cleaning their noses with paper.
16 Q.  (BY MR. RINGEL) Did you observe anyone
17 else's sickness present itself in any other way than
18 what you've just described?
19 A.  Well, you know, that day -- not on that
20 day.
21 Q.  Do you have any medical training in your
22 lifetime?
23 A.  No.
24 Q.  Do you have any first aid training of any
25 kind?

Page 133

1  A.  No.
2  Q.  I want to talk to you about the first
3  full day you were in the jail. Okay?
4  A.  I did not understand your question.
5  Q.  Okay. This next series of questions is
6  going to be about March 2, 2003 -- okay? -- which I
7  understand is the second day you're in the jail; is
8  that correct?
9  A.  That is right.
10 Q.  Was your brother sick at all that day?
11 A.  No.
12 Q.  Did you observe others in the cell being
13 sick on March 2, 2003?
14 A.  Many people.
15 Q.  Okay. How did they manifest their
16 illness to you on March 2, 2003?
17     MR. KORDICK: Object to form.
18 A.  Because they were coughing, they had
19 mucus coming out of their noses. Oh, you know, there
20 was a guy, the one that was sleeping right next to
21 Moises -- this guy, his eyes were teary. I recall that
22 Moises used to bring him food -- used to bring him
23 food. You see, the same as he -- I think that he's the
24 one who was the sickest of them. There were so many
25 people that they couldn't -- and, you know, then --

Page 134

1  well, you know, I wasn't able to have that much of a
2  dialogue with them because we were just getting to know
3  each other.
4  Q.  (BY MR. RINGEL) What other physical
5  manifestations of illness did you observe in your
6  fellow detainees on March 2, 2003?
7  A.  Well, the issue with the cough, the cold,
8  the eyes, then it wasn't normal that they didn't want
9  to eat, loss of appetite. Their mouth was very dry and
10 they had cracks, bloody cracks on their lips. That is
11 more or less what I recall.
12 Q.  Okay. Do you recall anyone vomiting on
13 March 2, 2003?
14 A.  Could be, because -- because the toilet
15 seats always had vomit on them, and they -- there was
16 spit around them.
17 Q.  At any time March 2, 2003 were the people
18 in this cell block, including yourself, provided with
19 cleaning materials of any kind?
20 A.  As we are talking right now, on March the
21 2nd, the only thing we got that day was like a
22 bucket -- well, it was more like a wheel bucket with
23 water, and they also gave us -- what do they call it
24 here? It was like a mop. They gave us a mop for us to
25 clean the place up. That's what I recall.

Page 135

1  Q.  Did anybody who was a detainee clean the
2  cell up on March 2, 2003, that you observed?
3  A.  Truth be told, no. That, I did not -- I
4  didn't notice.
5  Q.  Okay. Did you have breakfast on March 2,
6  2003?
7  A.  Yes.
8  Q.  Did Moises eat breakfast?
9  A.  I would think he did.
10 Q.  Did you have a midday meal or lunch on
11 March 2, 2003?
12 A.  Of 2003. Okay. Yes.
13     THE INTERPRETER: I need a water.
14     MR. RINGEL: Okay.
15     THE INTERPRETER: Thank you.
16     MR. RINGEL: No problem.
17     (At this time Mr. Marks left the
18 deposition room.)
19 Q.  (BY MR. RINGEL) Okay. Do you recall
20 having an evening meal on March 2, 2003?
21 A.  Yes.
22 Q.  What did you do during the daytime of
23 March 2, 2003?
24 A.  Well, I like to play dexterity games, and
25 they had a chess set. As of that day we started to

Page 136

1  play like champion chess.
2  Q.  You had a tournament of chess amongst the
3  detainees; is that fair?
4  A.  Yes.
5  Q.  If you kept winning, you kept getting to
6  play?
7  A.  That is correct.
8  Q.  Did Moises play chess?
9  A.  Yes, he does.
10 Q.  Did he play on that day?
11 A.  Yes. All of us who knew how to play, we
12 were playing.
13     THE INTERPRETER: Like a round-robin.
14 Q.  (BY MR. RINGEL) Did you do anything else
15 other than play chess that day?
16 A.  We were playing dominoes, anything that
17 passed the time.
18 Q.  Were you taken outside or -- for
19 recreation?
20 A.  The guys did.
21 Q.  Were you taken outside -- did you have
22 the opportunity to go -- to go outside for recreation?
23 A.  Yes.
24 Q.  Did you go outside?
25 A.  No.

**137**

1  Q. Did your brother?
2  A. I don't know. I don't think so.
3  Q. Did anybody come by during any time of
4  March 2, 2003 and provide medicine to the detainees who
5  were in the cell with you?
6  A. I don't recall exactly.
7  Q. Okay. Do you recall anything unusual
8  happening on March 2, 2003?
9  A. No, I don't recall.
10 Q. Let's talk about the next day, March 3rd
11 of 2003. Okay?
12 A. Fine.
13 Q. So your third day in the jail. Okay?
14 A. Is it the 3rd?
15 Q. You arrived on the 1st, and now it's the
16 3rd, so it would be the third calendar day that you
17 were in the jail.
18 A. Yes. Calendar day, yes.
19 Q. Okay. Was your brother sick on March 3,
20 2003, that you remember?
21 A. He was not sick.
22 Q. Okay. What was the first day, in terms
23 of a calendar day, that you recall your brother being
24 sick?
25 A. The calendar. I -- okay. I think this

**138**

1  was -- he started to feel -- his throat was hurting,
2  headaches -- because he told me so -- that happened
3  Tuesday afternoon. Is it Tuesday? The 4th?
4  Q. You think it was Tuesday in terms of the
5  day of the week, but you don't know what calendar day
6  it was?
7  A. It was Tuesday.
8  Q. Okay. What did you observe in terms of
9  physical manifestations of other people who were sick
10 on March 3, 2003 in that cell?
11 A. I apologize. I don't understand the
12 question. What do you mean "physical"?
13 Q. Okay. What did you observe in terms of
14 the condition of others in the cell on March 3, 2003
15 that led you to believe they were ill?
16 A. Their state of mind. You know, many of
17 them were just sleeping, and under their beds there was
18 lots of paper. Some of them even didn't want to eat,
19 and that is the difference that I noticed.
20 Q. Okay. Do you recall anybody bringing
21 medicine to anyone in the cell on March 3, 2003?
22 A. March the 3rd? That would be a Monday.
23 I don't recall.
24 Q. Do you recall anyone bringing medicine to
25 the cell at any time that you were there?

**139**

1  A. Yeah, I think that there was a guy. He
2  had something that helped him to, you know --
3     THE INTERPRETER: And the interpreter
4  believes it's an inhaler for asthma.
5  Q. (BY MR. RINGEL) Okay. Did the nurse
6  ever come by the cell and hand out medicine to a
7  variety of people who were in the cell at any time that
8  you were in the jail?
9  A. Yes.
10 Q. How many times?
11 A. Twice a day, I think.
12 Q. Did that happen every day that you were
13 there or not every day that you were there?
14 A. Not every day, as far as I remember.
15 Q. Did it happen every work -- or every
16 weekday and not on weekends, or was it not
17 differentiated in that fashion?
18 A. There was no -- there was no control.
19 Q. That was not the pattern?
20 A. I don't know.
21 Q. Okay. Did someone bring medicine around
22 twice a day every day, whether it was the nurse or not?
23 A. Yes.
24 Q. What was the first symptoms of illness
25 your brother had?

**140**

1  A. His throat was sore. He felt like a
2  tickling in it, raspy. In my thinking it was like cold
3  symptoms, like his head hurt. That's it. Those were
4  the symptoms.
5  Q. What did you think was wrong with your
6  brother at the beginning of when he first became sick?
7  A. Well, it looked to me like he was
8  catching a cold, as I mentioned to you.
9  Q. At some point during the time you were
10 with your brother in jail, did you believe something
11 was wrong with him that was more serious than a cold?
12 A. Yes.
13 Q. When?
14 A. Wednesday and Thursday and Friday,
15 Saturday he was -- it was critical.
16 Q. Okay. By Wednesday, you thought there
17 was something wrong with your brother other than a
18 cold; is that correct?
19 A. At night.
20 Q. Wednesday night.
21 A. Yes.
22 Q. Wednesday night what did you think was
23 wrong with your brother?
24 A. It wasn't more than that cold -- okay.
25 Wednesday night he felt very tired. His throat was

141

1  bothering him even more. And, you know, to tell you
2  very frankly, I didn't notice. He coughed, and there
3  was blood on the paper, and I don't know if the blood
4  came from his nose or from his mouth. A lot of mucus.
5          And I noticed that -- I had noticed
6  another guy's before that, his lips were very chapped,
7  like he was dehydrating. That's what I remember about
8  that Wednesday.
9    Q.   That was your brother's condition
10 Wednesday night.
11   A.   That's more or less what I remember.
12   Q.   Okay. At that point Wednesday night, you
13 thought it was more serious than a cold, but what did
14 you think was wrong with your brother?
15   A.   That it was a bad cold. It wasn't just a
16 cold, but a more serious condition.
17   Q.   Like the flu?
18   A.   Yes.
19   Q.   Did you think your brother had the flu
20 Wednesday night?
21   A.   Not as bad, but I thought it was a very
22 bad cold.
23   Q.   Okay. At some point did you think your
24 brother had something different than a cold or the flu?
25         MR. KORDICK: I object to the form,

142

1  because I don't know if you're talking about that day
2  or the whole time he was there.
3          MR. RINGEL: Fair clarification.
4    Q.   (BY MR. RINGEL) Throughout the entire
5  time he was in the jail with you.
6    A.   Well, you see, I come back -- I'm going
7  back now to Wednesday. You see, it looked strange to
8  me, because supposedly he had been to see the nurse on
9  that day, and they told me they gave him some
10 brown-looking pills. And I understand that when you're
11 giving him medication for him to improve, not for him
12 to worsen.
13   Q.   Okay. I'm not sure you understood my
14 question, so let me ask it again.
15   A.   (IN ENGLISH) Okay.
16   Q.   From Wednesday night through the rest of
17 the time your brother was in the jail, was there a
18 point in time where you believed your brother was sick
19 with something different than a cold or the flu?
20         (At this time Mr. Marks entered the
21 deposition room.)
22   A.   Well, the problem is that from Wednesday
23 on the symptoms changed. I was looking at him, I was
24 watching over him. He had fever, and then he had pain
25 in his lower back.

143

1    Q.   Let me interrupt. When did he start
2  having fever?
3          MR. KORDICK: Wait. Stop. He didn't get
4  to finish his answer. I object to not letting him
5  finish.
6          MR. RINGEL: I'm trying to clarify
7  something. You can object all you want.
8          MR. KORDICK: Well, he didn't finish his
9  last answer.
10   Q.   (BY MR. RINGEL) Okay. Finish the rest
11 of your answer.
12   A.   Well, I --
13   Q.   When did your brother start having fever?
14   A.   Thursday he started, with the pain. I
15 used to massage his back, and I remember I was already
16 worried. I realized that this was not so normal, and I
17 remember he asked to go to the infirmary.
18   Q.   Okay.
19   A.   And then he told me that -- when he came
20 back, that the nurse had said that -- the height. It
21 wasn't only my brother who said that to me; the guy
22 that went with him said the same thing.
23         MR. KORDICK: This isn't an objection,
24 but by "height," you mean altitude?
25         THE INTERPRETER: Yes. Altitude.

144

1          MR. KORDICK: Okay.
2          THE INTERPRETER: I stand corrected.
3  Thank you, sir.
4    Q.   (BY MR. RINGEL) What symptoms did your
5  brother have on Thursday?
6    A.   Fever, he was very weak, he was walking
7  kind of slow, he was shaky, he was having cold sweats.
8  You know, when you finish eating, you burp. He was
9  burping constantly. He had lots of gas in his stomach.
10 And I kept saying, This makes no sense. And I was
11 asking, What did the nurse say? And he said that she
12 gave him a double doses of some pills, for him to drink
13 them in some pink liquid. And the guy that went with
14 him told me the same thing. It looked very, very
15 strange to me.
16   Q.   Okay. Did your brother have any other
17 symptoms on Thursday than what you've described for me?
18   A.   You know, that's as far as I remember,
19 but he was getting worse and worse as time progressed.
20 He kept on . . .
21   Q.   What additional symptoms did your brother
22 have on Friday?
23   A.   Well, by Friday he couldn't even stand
24 up. Oh, I remember that that nurse came up, and there
25 was another guy there, prostrated there, that was the

145

1 first guy that was sick when we first got there. And
2 they told her that that guy was really ill, so she came
3 up, and my brother was right next to him. And then
4 they said that there was yet another guy, and she just
5 kind of passed by to look at them a little bit and she
6 left. The nurse left.
7   Q.   And that occurred on Friday?
8   A.   Yes, I remember.
9   Q.   What time of day on Friday did what you
10 just relate occur?
11  A.   Must have been -- there was lots of
12 confusion going on.
13  Q.   What other symptoms did your brother have
14 on Friday that we haven't already talked about?
15  A.   Yes. Come the afternoon I was already
16 afraid because his skin tone was changing. I don't
17 know if it was because of the temperature. You know, I
18 was trying to massage his back, and he didn't want me
19 to touch him anymore.
20       Oh, and then I remember he asked me to
21 please call for medical attention. But, to tell you
22 the truth, I was really scared now, because on Thursday
23 a guy there that asked for some pills -- I don't
24 remember at what time it happened -- the nurse shut the
25 door on him because he was not able to get down quick

146

1 enough. He was upstairs, and when he came down, she
2 slammed the door on him. And he -- and he rung the
3 bell, and I remember that he asked for his meds and
4 they said no.
5        So then he started to kick the door, he
6 was so upset. I think so. And then about three agents
7 came in. They even had like a stick -- I don't know
8 what it was -- and they grabbed him by the arms and by
9 the hair and they pulled him out. That's why I was
10 really scared about my brother. And I said to him on
11 Friday, you know, if that happened to me, who was going
12 to take care of him? Because I said, you know, if you
13 ask for medicine, you get mistreated. My brother
14 couldn't even get up. The only assistance he had was
15 myself.
16  Q.   Okay. What other symptoms did your
17 brother have on Friday that we haven't already talked
18 about?
19  A.   Loss of appetite, also it's like he was
20 dizzy. He got dizzy, very weak, his eyes were teary.
21 And then I was taking care of him. I would put my
22 comforters in between the beds to prevent that cold air
23 would hit him and myself as well.
24       On Friday, you know, I tell you, frankly,
25 I did not know what to do, because the sheriffs looked

147

1 at him, and he was just laying there on Friday. And --
2 and then I was so scared that they were going to remove
3 me from the cell if I would become really angry or
4 something. I was very depressed on that day.
5   Q.   Okay. See if we can focus on my
6 question. On Friday did your brother have any other
7 symptoms than you've already described for me?
8   A.   As far as I remember, no.
9   Q.   On Saturday did your brother have any
10 other symptoms than any of the previous symptoms you've
11 described for me this afternoon?
12  A.   Let me see. Was it Saturday, early
13 morning that he asked one of the sheriffs -- that one
14 of the sheriffs took him to the infirmary because he
15 wasn't able to sleep. You know, he had a very bad pain
16 in his lower back that he was prostrated on the ground.
17 His hands were on top of the bed. And that very kind
18 policeman took him to the infirmary, but my brother
19 said -- that's what my brother told me, that they gave
20 him oxygen. I think that agent gave him first aid. I
21 don't know. I don't recall. And then my brother came
22 back to the cell.
23  Q.   Okay. Any other symptoms that your
24 brother exhibited on Saturday that we haven't talked
25 about?

148

1   A.   Yes. He fainted. I don't -- it was
2 early in the morning. I don't recall exactly.
3   Q.   On Saturday?
4   A.   Yes. And then I went took off running,
5 because we were in the top tier, and I rang the bell
6 for the sheriff. And I started to hit the door, and I
7 told them that I need help, that I needed for them to
8 take my brother to the hospital. I was very scared by
9 then. And then immediately the policeman followed me
10 upstairs.
11       It took about 10, 20 minutes -- I'm not
12 sure how long -- and then seems to me the nurse
13 arrived, because she was not wearing a uniform. I
14 remember that. And she touched my brother where it
15 hurt, and the moment she touch him, he complained about
16 severe pain. And then she started to talk with the
17 agents and the sheriff, that it looked as -- you know,
18 she kept saying something about kidneys and she kept
19 saying that word "kidneys." Among them they were
20 talking about it.
21       And then later on one of the agents, he
22 gave me like three grape -- three cans of juice,
23 cranberry, and he said that one of their people had
24 been sick as my brother and that he had gotten better
25 drinking the juice. But I was very angry.

**153**

1  first visit he had with the nurse?
2  A.   That it was the altitude, that if he was
3  coming from Mexico City, that the altitude was the same
4  and that his symptoms were just normal, and that is
5  when he showed me that they had given him those pills.
6  Q.   Okay. Did he take those pills?
7  A.   I think he did.
8  Q.   Do you recall anything else your brother
9  told you about his first visit with the nurse?
10 A.   No.
11 Q.   What did the nurse look like?
12 A.   Of course. She is an elderly lady. She
13 is kind of to the chubby side. She is not very tall.
14 Q.   How old would you estimate her to be?
15 A.   She's in years, way in --
16      MR. KORDICK: How many?
17      THE INTERPRETER: She's into years
18 already.
19 A.   I can't tell you she's an old lady, but
20 she's not young, either.
21 Q.   (BY MR. RINGEL) How old is your mother?
22 A.   56.
23 Q.   Is the nurse younger than your mother or
24 older than your mother?
25 A.   She looks older than my mother.

**154**

1  Q.   Okay. Anything else about the nurse that
2  you remember?
3  A.   You know, she was like a very angry
4  person. She would bang the doors, not once, several
5  times. No patience. I would say she's a negative
6  person. I don't know. What else can I tell you about
7  her?
8  Q.   What do you recall about the second --
9  what do you recall about your brother telling you about
10 his second visit with the nurse?
11 A.   That he had the same thing. That given
12 the symptoms that he was presenting had to do with the
13 altitude. Oh, and he said that she said -- and she
14 prescribed double the doses, and he said he had more of
15 that pink liquid that he had -- she had given him.
16 Q.   Was the pink liquid Pepto-Bismol?
17 A.   I don't know.
18 Q.   Do you know what Pepto-Bismol is?
19 A.   Yes.
20 Q.   Okay. Have you used Pepto-Bismol in the
21 past?
22 A.   Yes.
23 Q.   Do you recall anything else about your
24 brother's second visit with the nurse?
25 A.   Well, only what I've just mentioned.

**155**

1  Q.   Okay. Were you involved with your
2  brother filling out a form to seek medical attention at
3  any time?
4  A.   When was that? What do you mean by
5  request medical assistance?
6  Q.   Asking to see the nurse.
7  A.   Oh, yes, yes.
8  Q.   You were involved with your brother
9  filling out something in writing to see the nurse?
10 A.   Yes.
11 Q.   Who helped you and your brother?
12 A.   That guy from Central America.
13 Q.   The one whose name you don't remember?
14 A.   No, I don't recall.
15 Q.   Did he write on the form in English?
16 A.   Yes.
17 Q.   How many forms did you observe the man
18 from Central America fill out on behalf of your
19 brother?
20 A.   I would say like three.
21 Q.   Okay. When was the first one filled out,
22 what day?
23 A.   I would think it was on that Wednesday.
24 Q.   What happened to that form?
25 A.   I don't know, because soon thereafter

**156**

1  they were filling out another one.
2  Q.   Was a second form filled out that
3  Wednesday?
4  A.   Yes.
5  Q.   Do you know what happened to that form?
6  A.   Yes. The guy stuck it in between the
7  door and the wall, and same thing as with the first
8  one, he rung the bell for somebody to come and pick it
9  up.
10 Q.   When you say "the guy stuck it in," who
11 stuck it in?
12 A.   The guy from Central America.
13 Q.   And he rang the bell to alert the sheriff
14 officers?
15 A.   Yes. And my brother sat there right next
16 to the window waiting for someone to come see him.
17 Q.   What happened to that form? Did someone
18 come pick it up?
19 A.   Well, I think they did, because they took
20 him to the infirmary.
21 Q.   Okay. And then you said there was a
22 third form. When was that filled out?
23 A.   I want to say it was -- I believe it was
24 on Thursday.
25 Q.   What happened with that form?

**157**

1  A.  My brother went, once again, to the
2  infirmary.
3  Q.  Do you recall observing any sheriff
4  official throw away one of the forms your brother
5  filled out?
6  A.  No, I don't recall.
7  Q.  Do you recall any sheriff's official
8  destroying in any way a form that your brother filled
9  out?
10  A.  No. I think that the one who can answer
11  that is Moises, because he's the one that was looking
12  through the window.
13  Q.  Okay. Did you have your clothes changed
14  during the time that you were in the jail?
15  A.  That is so.
16  Q.  How many times?
17  A.  Once.
18  Q.  Describe the circumstances of the change
19  of clothes.
20  A.  It was one of the few people. It was a
21  sheriff. We would tell him that our clothes were
22  filthy, that they stunk, and he would say that the only
23  way -- the only way to go about it was for us to
24  undress and stand there naked, for them to take it to
25  be washed. And that's the way it went.

**158**

1  Q.  What day did that happen?
2  A.  I don't recall, happened Tuesday,
3  Wednesday.
4  Q.  Okay. Did any religious person come and
5  visit any of the detainees during the time that you
6  were in the jail?
7  A.  Well, I saw that outside -- I don't
8  recall the day, but it was one afternoon -- there was a
9  man and a woman, several people, I recall, and they
10  would give us like books for us to read. Could be that
11  they came from a church.
12  Q.  Okay. Did anyone who was a detainee in
13  the cell with you, during the time you were in the
14  jail, communicate with the Mexican consulate?
15  A.  No one.
16  Q.  Was there a phone in the cell?
17  A.  Yes.
18  Q.  Were there any signs next to the phone in
19  Spanish?
20  A.  Nothing. There was nothing.
21  Q.  Okay. Did any official of the jail treat
22  you inappropriately or poorly at any time you were in
23  the jail?
24  A.  Yes.
25  Q.  Who?

**159**

1  A.  An officer on Saturday, later in the
2  afternoon. I felt that he was violating my rights. I
3  asked him that I needed the telephone number for the
4  Mexican consulate, and he told me that they did not
5  have it, that he was going to try to get it, and he
6  never got it.
7       MR. RINGEL: Let's take a break.
8       (Break from 4:08 p.m. to 4:16 p.m.)
9  Q.  (BY MR. RINGEL) When we broke, we were
10  talking about the officer that you asked to get the
11  number from the -- for the Mexican consulate on
12  Saturday. Is there anything else about your
13  interaction with that officer on that Saturday that you
14  recall that we haven't talked about?
15  A.  No, that's it.
16  Q.  Did any other officer do anything
17  inappropriate or treat you poorly during your stay in
18  the Park County Jail?
19  A.  No. Quite the contrary. The agent that
20  helped a lot, he was also an elderly gentleman, and
21  when my brother was throwing up, he asked him, Are you
22  feeling okay?
23  Q.  Was that the man that helped your brother
24  in the infirmary on Saturday morning?
25  A.  I think so, yes.

**160**

1  Q.  Did any officer in the jail treat your
2  brother inappropriately or poorly that you witnessed at
3  any time during the time he was in the jail?
4  A.  No.
5  Q.  Did you witness any officer in the jail
6  treat anyone who was housed with you inappropriately or
7  poorly during the time you were in the jail?
8  A.  Yes.
9  Q.  Okay. What did you witness?
10  A.  When the guy was not feeling well and the
11  nurse slammed the door on him, then he asked for his
12  meds and she didn't give it to him, so then he kicked
13  the door. Right away, two or three policemen came in
14  and they restrained him by the arms and they pull him
15  by the hairs and took him out.
16  Q.  Other than that incident, did you witness
17  the officers treat anyone inappropriately or poorly in
18  the jail?
19  A.  I don't recall.
20  Q.  Did the nurse treat your brother
21  inappropriately or poorly?
22  A.  I do not understand the question.
23  Q.  Okay. I'll move on. Do you recall an
24  officer asking you questions about your brother with an
25  interpreter after your brother had left the jail?

189

1  Q.  (BY MR. KORDICK) When?
2  A.  Wednesday, Thursday, I remember.
3  Q.  During the time that you were in the
4  jail, did your brother develop a condition of vomiting?
5      MR. RINGEL: Object to the form.
6  A.  Yes.
7  Q.  (BY MR. KORDICK) When?
8  A.  I remember he started on Wednesday. I
9  think I already mentioned that to the attorney. Then
10 later he kept burping. He wasn't able to throw up
11 anymore. He was just like -- you know, like burping
12 and burping, like reflex. I don't know what he felt.
13 He wasn't able to vomit anymore.
14 Q.  When he took the juice, what effect did
15 that have on him?
16 A.  He threw up. He threw them up -- he
17 threw it all up.
18 Q.  Where was he vomiting?
19 A.  In the trash can.
20 Q.  Is that in the lower level?
21 A.  Yes.
22 Q.  Was there ever a discussion among the
23 prisoners of a hunger strike because of the conditions
24 in there?
25     MR. RINGEL: Object to the form.

190

1  A.  Oh, yes.
2  Q.  (BY MR. KORDICK) Did the prisoners
3  prepare a petition to the Mexican consulate during the
4  time you were in the jail to try to present to the
5  Mexican consulate?
6      MR. RINGEL: Object to the form.
7  A.  That is correct.
8  Q.  (BY MR. KORDICK) Okay. Did the sheriffs
9  accept the petition?
10     MR. RINGEL: Object to the form.
11 A.  I remember that they threw it away. I
12 remember we wrote a letter. That guy from Central
13 America is the one who helped us. We wrote down the
14 conditions we were under at that jail and we all
15 signed. You know, I don't know. They took it, but
16 they never paid attention to it. Maybe they threw it
17 away. I don't know.
18 Q.  (BY MR. KORDICK) Did the prisoners
19 demand that they supply cleaning supplies for the jail?
20     MR. RINGEL: Object to the form.
21 A.  Well, that time we were going to do like
22 a hunger strike. We were not going to eat until they
23 gave us like Brillo for us to scrub and Clorox and
24 chemicals for us to disinfect the bathroom and
25 everything. And they did give it to us.

191

1      MR. KORDICK: Okay. That was after they
2  demanded?
3      MR. RINGEL: Object to the form.
4      THE DEPONENT: Yes.
5      MR. KORDICK: Does he recall about what
6  day that was?
7      THE INTERPRETER: "You."
8      MR. MARKS: Object to the form.
9      THE DEPONENT: It could have been between
10 Wednesday and Thursday. I don't recall exactly.
11     MR. KORDICK: Now, is it his
12 recollection --
13     THE INTERPRETER: Please use the first
14 person, sir, for the record.
15 Q.  (BY MR. KORDICK) Do you believe that
16 your brother saw the nurse on Wednesday and Thursday?
17     MR. RINGEL: Object to the form and the
18 foundation. Can --
19     THE INTERPRETER: I need repetition of
20 the question, please.
21 Q.  (BY MR. KORDICK) Do you believe that the
22 nurse saw your brother on Wednesday and Thursday?
23 A.  Yes. Probably so.
24     MR. KORDICK: And on that -- is it his
25 recollection that on Friday the nurse came up to the

192

1  cell but did not examine his brother?
2      MR. RINGEL: Object to the form.
3      THE DEPONENT: That is correct.
4      MR. KORDICK: Does he know that it was
5  clear to the nurse that his brother was sick and his
6  brother wanted to see the nurse?
7      MR. RINGEL: Object to the form.
8      MR. MARKS: Object to the form.
9      THE DEPONENT: Yes.
10     MR. KORDICK: How does he know that it
11 was clear to the nurse?
12     MR. RINGEL: Same objection.
13     THE DEPONENT: Because the day the nurse
14 came, on that Friday, when she was told that a boy was
15 sick, my brother was about two beds away. And one of
16 the guys said to her in English that there was a
17 person, that it wasn't just us ill. And then they told
18 her in Spanish, I remember, that my brother was there,
19 and I pointed that to her. I pointed with my finger.
20 I showed her. And what she did is she just looked to
21 where he was laying and she left.
22     MR. KORDICK: Did he actually see --
23 Q.  (BY MR. KORDICK) Did she see your
24 brother?
25     MR. MARKS: Object to the form of the