3-6-03                                        Park Co. Jail

Re: INS hold Carranza, Moises

S: Brought to medical with interpreter c/o body aches, headache, nausea, and diarrhea. States he has nasal cingestion and sore throat.

O: T 100.2 P:88 R:24

A: Skin warm and dry to touch. Abdomen non rigid and slightly tender over stomach. Lungs clear bilaterally, with clear breath sounds and without wheezes. Heart sounds normal and regular. Denies any history of HEART, stomach or gastrointestinal problems. Denies any history of ashma or lung problems. Neck non tender.

P: Motrin 400mg for body aches and headache, CTM for nasal congestion, Pepto Bismal for upset nausea. Told through interpreter to drink fluids to keep himself hydrated. Asked inerpreter to to tell him to let medical know if he is not improving.

James Bachman MD                              Vicki Paulsen RN

EXHIBIT 11

PARK 0141
REYES