3-7-03                                                      Park Co. Jail

Re: Ins hold Carranza, Moises

S: Brought to medical with interpreter with c/o headache, nausea vomiting, body aches and diarhea. Still has nasal congestion.

O: Afebrile T. 97.4 P.92 R. 24

A: Skin warm and dry to touch. Lung sounds clear bilaterally, Clear breath sounds without wheezes. Heart sounds normal and regular. Abdomen slightly tender over stomach.

P: Continue Motrin 400mg, CTM for nasal congestion, and Pepto Bismal for nausea and diarrhea. To contact medical if there are worsening of symptoms.

James Bachman MD                                   Vicki Paulsen RN

EXHIBIT 12

PARK 0142
REYES