# MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3/8 | 0300 | IBUPROPHEN GIVEN TO FORRESTER / COLD PAX | 101 | DF | WKA |
|  | 0305 | GIVEN TO HAYS | / | / | / |
|  | 0304 | PULSEOMETER ck. | 101 | DF | WKA |
|  | 0305 | DOOR MAG | 101 | DF | WKA |
|  | 0310 | POD WALK | 101 | RG | WKA |
|  | 0329 | CARRANZA - REYES + MOISES REPORTED | 101 | DF | WKA |
|  |  | TO C/VE THAT HE IS NOT FEELING WELL AND |  |  |  |
|  |  | IS HAVING TROUBLE BREATHING - WAS PUT |  |  |  |
|  |  | ON OXYGEN AND CALLED THE NURSE | (10) |  |  |
|  | 0340 | POD WALK | 101 | RG | WKA |
|  | 0400 | POD WALK | 101 | RG | WKA |
|  | 0409 | BEAZER OUT FOR A SHOWER IN SEG. | 101 | DF | WKA |
|  | 0420 | POD WALK | 101 | DF | WKA |
|  | 0429 | BEAZER BACK IN B-le | 101 | DF | WKA |
|  | 0435 | CALLWELL OUT FOR W/L-CT. ACCORD TO 100 | 100 | DF | WKA |
|  | 0440 | POD WALK | 100 | DF | WKA |
|  | 0447 | PULSEOMETER ck. | 100 | DF | WKA |
|  | 0500 | POD WALK | 100 | DF | WKA |
|  | 0520 | POD WALK | 100 | DF | WKA |
|  | 0529 | DEPUTY FIVE TOOL VITALS RESPIRATION 34 | 100 | DF | WKA |
|  |  | PULSE 102, AND B/P 143/78 AND GAVE |  |  |  |
|  |  | CARRANZA - REYES 800mg of IBUPROPHEN AND |  |  |  |
|  |  | PEPTO-BISMAL AND WAS TOLD TO DRINK WATER PER |  |  |  |
|  |  | THE NURSE |  |  |  |

PARK 1001
REYES

EXHIBIT 15

# MASTER CONTROL LOG

| DATE | TIME | EVENT | COUNT | OFFICER | CONTROLLER |
|---|---|---|---|---|---|
| 3/8 | 0540 | POD WALK | 100 | DF | WF |
| 3/8 | 0600 | SNGT HEAD CT / POD WALK | 100 | DF/RC | WF |
| | 0610 | HEAD CT. COMPLETED AT 100/W HOUSE | 100 | DF/RC | WF |
| | 0620 | POD WALK | 100 | RC | WF |
| | 0640 | POD WALK | 100 | RC | WF |
| | 0641 | PERIMETER CHECK | 100 | RC | WF |
| | 0700 | POD WALK / MEOS CARRANZA-REYES ADVISES LG-PROBLEM – PHOTOBIOSOL – | 100 | RC | DF |
| | 0730 | SNGT HEAD CT / POD WALK / SUPER CLEAN UP 100 | 100 | ST | WF |
| | 0740 | HEAD CT. COMPLETED AT 1100 DN HOUSE | 100 | ST | WF |
| | 0802 | NURSE IN FACILITY | 100 | ST | WF |
| 3-8 | 0810 | Sick IM in D-POD (CARRANZA-REYES, NOISES) | 100 | | WF |
| 3-8 | 0824 | CALLED BOOT GEAR | 100 | | |
| 3-8 | 0827 | CALLED POD @ 135 – 2 HERO & NURSE | 100 | | |
| 3-9 | 0830 | RADIO Ch – ALL ACCOUNTED FOR | 100 | | |
| | 0835 | SGT HULSON CALLED – BAILIFF TOLD HER | 100 | | |
| | 0853 | Sgt Theobald to Store to guide for IM | 100 | | |
| | 0853 | EMS CARRANZA-REYES → Rtodslin hosp | 100 | | |
| 3-8 | 0903 | CHOW / FACE CT | 100 | | |
| 3-8 | 0908 | VA Fremont / Sawyer OTW & Park Co. | 98 | | |
| 3-8 | 0920 | VA Corranza-Reyes given chair tu use chow court | 98 | | Walker |
| 3-8 | 1000 | VISITING COMMENCING | 96 | | |