

Park County Sheriff's Office
Detention Center
Inter-Office Memorandum

To: Capt. Gore

CC: Sgt. Muldoon

From: Corporal Crawford

Subject: INS INMATE Carranza-Reyes, Moises

Date: 030803

---

At 0810 I received word that an inmate was on the floor in D-Block. I left Control and proceeded to D-Block. Upon arrival I went upstairs and observed that inmate Carranza-Reyes, Moises was lying on his back between the rows of bunks. I quickly ascertained that he was breathing and immediately summoned the Nurse who was in the facility at the time. I did a quick check of the ABC's of the patient and ascertained that his airway was free, his pulse was normal and Circulation was OK. Through an interpertator I was told that he had severe pain on his right side in the area of the kidney. The Nurse arrived and was also told of the pain. The nurse did a quick assessment and determined that the inmate probably had a kidney stone. The inmate was well hydrated and was then taken downstairs along with his bedding as I felt that it would be safer for him if he tried to use the urinal. The Nurse agreed with the move.
At 0820 I called Capt. Gore and advised him of the situation.
 0827 I called Ben at INS and advised him of the situation and the possibility of a transport to Summit Medical Center.
At 0835 Sgt. Muldoon called in and he was also briefed of the situation.
At 0850 I sent Dep. Theobald to the local store to purchase some Cranbury Juice for the Inmate.
At 0853 a small amount of blood was observed in the inmates spittle.
At 0920 I authorized a chair be placed in D-Block to aid the inmate in his discomfort.
At 1107 the Nurse called and recommended the Inmate Carranas-Reyes, Moises be taken to Summit Medical Center for Evaluation/Treatment.
At 1113 Capt. Gore and Sgt. Muldoon were advised of the Nurse's recommendation. Sgt. Muldoon to do the transport.
At 1139 Sgt. Muldoon arrived at the facility for the transport.
At 1143 I left a message with Ben at INS as to what was transpiring.
At 1146 I called Summit Medical Center and advised them of the transport that we were making to their facility.
At 1155 Sgt. Muldoon left the facility with Inmate Carrenas-Reyes to Summit Medical Center.
At 1206 Cesear from INS called and was updated and given Sgt. Muldoons cell #.
At 1242 Sgt Muldoon arrived at Summit Medical Center.
At 1245 disinfectant was applied to mattresses and trash can from D-Block where inmate Carrenas_Reyes had be vomiting.
At 1246 Dan from INS became the contact between us and INS during this situation. Sgt. Muldoon advised of this and Dan's Cell Number. Dan also stated that they had no place to put this inmate and that he would probably return to Park County after eval/treatment.
1415 Nurse called in for an update and was told that I didn't have one other than the inmate was at Summit Medical Center.
1418 paged J-3 for an update.
 724 Sgt Muldoon called. Inmate has Pneumonia and is being transported to Denver Health. Sgt. Muldoon following.

EXHIBIT 16

PARK 3530
REYES

1425 Advised Capt. Gore and was directed to type a letter of Financial Responsibility concerning this inmate.

40 Advised the Nurse of the Diagnosis from Summit Medical Center.

1510 Faxed a letter of Financial Responsibility off to Denver Health.

1512 Captain Gore advised of latest, INS Dan also advised.

1600 Briefed Swing shift of all of this.

PARK 3531
REYES