
MAR. 12. 2003 11:10AM  MEXICO IMMIGRATION INV    NO. 4291   P. 2





DEPOSITION
EXHIBIT
30

# THE CONSULATE GENERAL OF MEXICO
## DENVER, COLORADO

DEN0818

Denver, Colorado, March 10, 2003

Scott Weber
Immigration and Customs Enforcement, Director
Denver District
Denver, Colorado

Dear Mr. Weber,

This is regarding the case of the Mexican national Moises Carranza (DOB 04/05/1978) who is hospitalized with a critical medical condition in Denver, Colorado. Mr. Carranza was arrested on March 1st, 2003 in Rifle Colorado with a group of 7 people with charges of illegal entrance to the United States and the whole group was sent to Park County Jail in Fairplay, Colorado.

According to Mr. Carranza's statements, he started to feel sick and requested medical attention to which the officers gave him Tylenol and no further examinations. On March 9th, Mrs. Carranza was sent to the hospital in a coma with a diagnostic of *streptococcus Group A*, an illness that begins with a simple cold or nasal infection and its considered highly contagious. According to the Doctor's opinion, the rest of the group is in high risk of getting the same illness, so they would need medical attention as soon as possible.

This Consulate General is very concerned about Mr. Carranza's life and the causes that originate his condition. Moreover, we are concerned about the prevention of the propagation of this illness to the rest of the group. For this reason, we kindly request the complete information regarding Mr. Carranza's case and the reasons why he did not receive the necessary medical attention before his diagnostic was critical, and your support so the rest of the group may be attended properly to prevent other cases like Mr. Carranza's.

The Consulate General of Mexico will highly appreciate your attention to these important matters and expect to hear from you soon.

Respectfully yours,

Leticia Calzada Gomez
Consul General of Mexico.

/rsf

**CONFIDENTIAL**

PARK 0496
REYES


EXHIBIT
25