

**Park County Sheriff's Office**
**Detention Center**
**Inter-Office Memorandum**

To: All Staff

From: Corporal Crawford

Subject: Shift Highlights

Date: 030903

---

Talked with Nurse Paulson about cleaning all pods with a 10-percent bleach solution and she concurs. Heavy attention to removing any mold that has accumulated on the housing unit walls. Complete linen exchange done in D & C blocks along with uniform and underwear exchange in D Block.

MPR Weight Room sanitized as well as Visitation area.

Summit County Jail transferring **8** inmates they are holding for Lake County to us this afternoon. Sgt. Muldoon advised. Housing will be in A-Block.

Tortillas from the kitchen found in the janitor's closet wrapped up in a pair of blue worker pants.

<u>When an INS goes to Hospital, Public Health must be notified. This came from Kate Malapanes of INS. She will get us all the information about notification procedures. This will take care of billing/payment for services. Kate is making the notifications this time.</u>

B-Block mold removed from walls at Sheriffs request. All cells need painting with Kilz paint.

<u>INS will be in this evening to pick up Carrenas-Reyes, Abraham and take him to Denver tonight.</u>

<u>Swings, please bag & tag all INS Property. Use masks & gloves. Bag entire blue tray with property and tag with inmate's name.</u>

EXHIBIT 26

PARK 3545
REYES