

**Park County Sheriff's Office**
**Detention Center**
**Inter-Office Memorandum**

To: All staff

From: Sgt. Muldoon

Subject: Shift update

Date: Monday, March 10, 2003

---

There are three rolls of Swanson tape in Booking-when they are gone please notify Sherrie so she can issue the three that she has. She then knows to re-order.

**On Wednesday, Loretta Chavez, (PV) needs to be ready for pick up at 0500. She is going out to court but will return to us.**

Deputy Greeley is making an INS run to Eagle today. He will meet them at 1500 to pick up 8.

We gained 2 PV's today.

Carranza-Reyes is still alive, on 12 drips, kidney dialysis etc. They are looking at various diseases, and whatever you heard to-date is probably wrong. The end result is that nobody is sure what he has. INS says that he has a 5% chance f survival.

Wheeler will probably be returning on Tuesday.

All inmates must be photographed upon arrival. This includes contract and courtesy holds. Please ensure that this is done during the booking process. For contract and courtesy holds we need at least a front-full-face view with appropriate identification as to originating agency.

Per Medical, each housing unit WILL be cleaned daily with a 10% Bleach solution and Linen Will be exchange daily if possible. Also per Medical, every attempt will be made to ensure at least ½ hour of outside recreation each day. (Outside facility) or MPR - or which ever available?

OUT OF DOORS

W

RB

EXHIBIT 27

PARK 3544
REYES