

**Park County Sheriff's Office**
**Detention Center**
**Inter-Office Memorandum**

To: All staff

From: Sgt. Muldoon

Subject:  Shift update

Date: Tuesday, March 11, 2003

---

At the suggestion of Medical we need to work up a protocol regarding sanitizing mats when inmates are released. We will need to pull the vacated mats and wipe them down with a disinfectant and then place them in the sunlight out in the yard for UV disinfectant.

All INS Detainees have been transported to Summit Medical to be examined for the mysterious disease. The Mexican Consulate called today and INS has requested this. All detainees were cleared by Dr. Bachman and none have anything especially worrisome....

We had one BA/C I/M return today and one go OTC. Court Services were notified in each instance.

Due to the INS medical appointment it was necessary to call Eddie Allen in at 12:30 for transport. He took one DOC to Jeffco, picked up Wheeler at Denver Health and then picked up two again at Jeffco.

DOC Parole came and picked up one male and one female today.

Pinkerton is in process of installing cameras in the pods. We are having to empty out the pods to the MPR to accommodate them.





EXHIBIT
28

PENGAD 800-631-6989

**PARK 3548**
**REYES**