# ROBERT B. GREIFINGER, M.D.

32 Parkway Drive (914) 693-9205
Dobbs Ferry, New York 10522 Fax (914) 674-0113

Physician executive with extensive experience in development and management of complex community and institutional health care programs. Demonstrated strengths in leadership, program development, negotiation, communication, operations and the bridging of clinical and public policy interests. Teacher of community health and criminal justice.

## SUMMARY OF EXPERIENCE

### MEDICAL MANAGEMENT AND QUALITY IMPROVEMENT SERVICES         1995-Present

Consultant on the design, management, operations, quality improvement and utilization management for managed care organizations and correctional health care systems.

- Current clients include (among others) Neighborhood Health Plan of Rhode Island, Virginia Premier Health Plan, and the U.S. Department of Justice Civil Rights Division, monitoring ten correctional systems. Consultant for the jails in Philadelphia, Washington, D.C. and Albuquerque, NM (Court Auditor). Consultant for the Michigan Department of Corrections.

- National Commission on Correctional Health Care. Principal Investigator for an NIJ funded project to make recommendations to Congress on identifying public health opportunities in soon-to-be-released inmates.

- Associate Editor, Puisis M (ed), <u>Clinical Practice in Correctional Medicine, Second Edition</u>, St. Louis. Mosby 2006.

- John Jay College of Criminal Justice. Professor (adjunct) of Health and Criminal Justice and Distinguished Research Fellow.

- Centers for Disease Control and Prevention. Consultant on correctional public health issues.

### NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES           1989 - 1995

Operating budget of $1.4 Billion. Responsible for inmate safety, program, and security. Sixty-nine facilities housing over 68,000 inmates with 30,000 employees.

<u>Deputy Commissioner/Chief Medical Officer, 1989 - 1995</u>

Operating budget of $140 million; health services staff of 1,100. Accountable for inmate health services and public health. Directed major initiatives in policy and program development, quality and utilization management.

- Developed and implemented comprehensive program for HIV prevention, surveillance, education, and treatment in nation's largest AIDS medical practice.

- Managed the rapid implementation of an infection control program responding to a major outbreak of multidrug-resistant tuberculosis. Helped bring the nation's tuberculosis epidemic to public attention.

- Developed $360 million five-year capital plan for inmate health services. Opened the first of five regional medical units for multispecialty ambulatory and long-term care.

- Implemented a centralized and regional pharmacy system, improving quality, service and cost management.

EXHIBIT 32

Robert B. Greifinger, M.D.                                                                                                          Page Two

### MONTEFIORE MEDICAL CENTER, Bronx, NY                                                                 1985 - 1989

A major academic medical center with 8,000 employees and annual revenue of $500 million.

<u>Vice President, Health Care Systems, 1986 - 1989</u>

<u>Director, Alternative Delivery Systems, 1985 - 1986</u>

Operating budget of $60 million with 1,100 employees. Managed a multi-specialty group, a home health agency, and prison health programs.

- Negotiated contracts, including bundled service, risk capitation, fee-for-service arrangements, and major service contracts. Developed a high technology home care joint venture.
- Taught epidemiology and health care organization at Albert Einstein College of Medicine. Lectured nationally on health care delivery and managed care.
- Conceived and collaborated in development of a consortium of six academic medical centers, leading to a metropolitan area-wide, joint venture HMO. Organized a network of physicians to contract with HMO's preparing for cost-containment.

### WESTCHESTER COMMUNITY HEALTH PLAN, White Plains, NY                                   1980 - 1985

Independent, not-for-profit, staff-model HMO, acquired by Kaiser-Permanente in 1985. Operating revenue $17 million with 200 employees and 27,000 members.

<u>Vice President and Medical Director</u>

Chief medical officer and COO. Managed the delivery of comprehensive medical services. Accountable to the Board of Directors for quality assurance and utilization management. Practiced pediatrics.

- Accomplished turnaround with automated utilization management, improved service, sound personnel management principles, and quality management programs.
- Implemented performance based compensation program.

### COMMUNITY HEALTH PLAN OF SUFFOLK, INC.                                                              1977 - 1980

Community based, not-for-profit, staff model HMO, with enrollment of 18,000.

<u>Medical Director</u>

Developed and operated clinical services. Accountable for quality of care. Practiced clinical pediatrics, and taught community health and medical ethics at SUNY Stony Brook School of Medicine.

### MONTEFIORE MEDICAL CENTER, Bronx, NY                                                                  1976 - 1977

<u>Residency Program in Social Medicine</u>, <u>Deputy Director, 1976-1977</u>

Unique clinical training program focused on community health and change agentry. Developed curriculum and supervised 40 residents in internal medicine, pediatrics and family medicine.

### UNITED STATES PUBLIC HEALTH SERVICE                                                                       1972 - 1974

Commissioned officer in the National Health Service Corps. Functioned as medical director and family physician in a federally funded neighborhood health center in Rock Island, Illinois. Honorable Discharge.

Robert B. Greifinger, M.D.                                                                              Page Three

## FACULTY APPOINTMENTS

| | |
|---|---|
| 1976 - 2002 | Assistant Professor of Epidemiology and Social Medicine, Albert Einstein College of Medicine |
| 2005 - | Professor (adjunct) of Health and Criminal Justice and Distinguished Research Fellow, John Jay College of Criminal Justice |

## NATIONAL COMMITTEE FOR QUALITY ASSURANCE

Worked with NCQA since its inception in 1980. Began training surveyors in 1989, and continued as faculty for NCQA sponsored educational sessions. Served for six years as a charter member of the Review Oversight (accreditation) Committee. Served on the Reconsideration (appeals) Committee for six years. Surveyed dozens of managed care organizations, and reviewed several hundred quality management programs.

## OTHER PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 2005 - present | Member, Advisory Board to the Prisoner Reentry Institute, John Jay College |
| 2002 - present | Member, Editorial Board, Journal of Correctional Health Care |
| 2001 - 2003 | Member, Advisory Board to CDC on Prevention of Viral Hepatitis in Correctional Facilities |
| 1999 - present | Member, Advisory Board to CDC on Prevention and Control of Tuberculosis in Jails |
| 1997 - 2003 | Member, Reconsideration Committee, NCQA |
| 1997 - 2001 | Moderator, Optimal Management of HIV in Correctional Systems, World Health Communications |
| 1997 - 2000 | Member, Reproductive Health Guidelines Task Force, CDC |
| 1993 - 1995 | Co-chair, AIDS Clinical Trial Community Advisory Board, Albany Medical Center |
| 1992 - Present | Society of Correctional Physicians |
| 1991 - 1997 | Member, Review Oversight (accreditation) Committee, NCQA |
| 1983 - 1985 | Executive Committee, Medical Directors' Division, Group Health Association of America (Secretary, 1984-1985) |
| 1983 - 1985 | Member, National Advisory Committee for Health Care Management in the Workplace, |

## EDUCATION

University of Pennsylvania, College of Arts and Sciences, Philadelphia; B.A., 1967 (Amer. Civilization)

University of Maryland, School of Medicine, Baltimore; M.D., 1971

Residency Program in Social Medicine (Pediatrics), Montefiore Medical Center, Bronx, NY; 1971-1972, 1974-1976, Chief Resident 1975-1976

## CERTIFICATION

Diplomate, National Board of Medical Examiners, 1971

Diplomate, American Board of Pediatrics, 1976

Fellow, American Academy of Pediatrics, 1977

Fellow, American College of Physician Executives, 1983

Fellow, Society of Correctional Physicians, 2000

License: New York, Pennsylvania