Robert B. Greifinger, M.D.
January 2006

## PUBLICATIONS

Greifinger RB, A Summer Program in Life Sciences. Journal of Medical Education 1970; 45: 620-622.

Greifinger RB, Sidel VW, American Medicine - Charity Begins at Home. Environment 1977; 18(4): 7-18.

Greifinger RB, An Encounter With the System. The New Physician 1977; 26(9): 36-37.

Greifinger RB, Sidel VW, Career Opportunities in Medicine. In Tice's(eds) Practice of Medicine. Hagerstown: Harper & Row 1977; 1(12): 1-49.

Greifinger RB, Grossman RL, Toward a Language of Health. Health Values 1977; 1(5): 207-209.

Grossman RL, Greifinger RB, Encouraging Continued Growth in the Elderly. In Carnevali DL & Patrick M (eds), Nursing Management for the Elderly. Philadelphia: Lippincott 1979: 543-552.

Greifinger RB, Jonas S, Ambulatory Care. In Jonas S (ed), Health Care Delivery in the United States (second edition). New York: Springer 1980: 126-168.

Greifinger RB, Toward a New Direction in Health Screening. In Health Promotion: Who Needs It? Washington: Medical Directors Division, Group Health Association of America 1981: 61-67.

Greifinger RB, Sidel VW, American Medicine. In Lee, Brown & Red (eds), The Nation's Health. San Francisco: Boyd & Fraser 1981: 122-134.

Greifinger RB, Bluestone MS, Building Physician Alliances for Cost-Containment. Health Care Management Review 1986: 63-72.

Greifinger RB, An Ethical Model for Improving the Patient-Physician Relationship. Chicago: Inquiry 1988: 25(4): 467-468.

Glaser J, DeCorato DR, Greifinger RB, Measles Antibody Status of HIV-Infected Prison Inmates. Journal of Acquired Immunodeficiency Syndrome 1991; 4(5): 540-541.

Ryan C, Levy ME, Greifinger RB, et al, HIV Prevention in the U.S. Correctional System, 1991. MMWR 1992; 41(22): 389-397.

Greifinger RB, Keefus C, Grabau J, et al, Transmission of Multidrug- resistant Tuberculosis Among Immunocompromised Persons in a Correctional System. MMWR 1992; 41(26): 509-511.

Greifinger RB, Tuberculosis Behind Bars, in Bruce C Vladeck ed, The Tuberculosis Revival: Individual Rights and Societal Obligations In a Time of AIDS. New York: United Hospital Fund 1992: 59-65.

Bastadjian S, Greifinger RB, Glaser JB. Clinical characteristics of male homosexual/bisexual HIV-infected inmates. J AIDS 1992;5:744-5.

PENGAD 800-631-6989

EXHIBIT
33

Glaser JB, Greifinger R. Measles antibodies in HIV-infected adults. J Infect Dis. 1992 Mar;165(3):589.

Glaser J, Greifinger RB, Correctional Health Care:  A Public Health Opportunity.  Annals of Internal Medicine 1993; 118(2): 139-145.

Greifinger RB, Glaser JG and Heywood NJ, Tuberculosis In Prison:  Balancing Justice and Public Health, Journal of Law, Medicine and Ethics 1993; 21 (3-4):332-341.

Valway SE, Greifinger RB, Papania M et al, Multidrug Resistant Tuberculosis in the New York State Prison System, 1990-1991, Journal of Infectious Disease 1994; 170(1):151-156.

Wolfe P, Greifinger RB, Prisoners in Service of Public Health: Focus New York State.  New York Health Sciences Journal 1994 1(1):35-43.

Valway SE, Richards S, Kovacovich J, Greifinger RB et al, Outbreak of Multidrug-Resistant Tuberculosis in a New York State Prison, 1991.  American Journal of Epidemiology 1994 July 15; 140(2):113-22.

Smith HE, Smith LD, Menon A and Greifinger RB, Management of HIV/AIDS in Forensic Settings, in Cournos F(ed), AIDS and People with Severe Mental Illness: A Handbook for Mental Health Professionals. New Haven: Yale Press 1996.

Greifinger RB, La Plus Ca Change . . . ., Public Health Reports 1996 July/August; 111(4):328-9.

Greifinger RB, TB and HIV, Health and Hygiene 1997;18,20-22.

Greifinger RB, Horn M, "Quality Improvement Through Care Management," chapter in Puisis M (ed), Clinical Practice in Correctional Medicine, St. Louis: Mosby 1998.

Greifinger RB, Glaser JM, "Desmoteric Medicine and the Public's Health," chapter in Puisis M (ed), Clinical Practice in Correctional Medicine, St. Louis: Mosby 1998.

Greifinger RB, Commentary: Is It Politic to Limit Our Compassion? Journal of Law, Medicine & Ethics, 27(1999):213-16.

Greifinger RB, Glaser JG and Heywood NJ, "Tuberculosis In Prison:  Balancing Justice and Public Health," chapter in Stern V (ed), Sentenced to die? The problem of TB in prisons in Eastern Europe and Central Asia, London: International Centre for Prison Studies, 1999.

Greifinger, RB (Principal Investigator).  National Commission on Correctional Healthcare.  The Health Status of Soon-to-be-Released Inmates, a Report to Congress.  August 2002. http://www.ncchc.org/pubs_stbr.html.

Kraut JR, Haddix AC, Carande-Kulis V and Greifinger RB, Cost-effectiveness of Routine Screening for Sexually Transmitted Diseases among inmates in United States Prisons and Jails. National Commission on Correctional Healthcare.  The Health Status of Soon-to-be-Released Inmates, a Report to Congress.  August 2002. http://www.ncchc.org/stbr/Volume2/Report5_Kraut.pdf.

Hornung CA, Greifinger RB, and Gadre S, A Projection Model of the Prevalence of Selected Chronic Diseases in the Inmate Population. National Commission on Correctional Healthcare.  The Health Status of Soon-to-be-Released Inmates, a Report to Congress. August 2002.

http://www.ncchc.org/stbr/Volume2/Report3_Hornung.pdf.

Hornung CA, Anno BJ, Greifinger RB, and Gadre S, Health Care for Soon-to-be-Released Inmates: A Survey of State Prison Systems," National Commission on Correctional Healthcare. The Health Status of Soon-to-be-Released Inmates, a Report to Congress. August 2002. http://www.ncchc.org/stbr/Volume2/Report1_Hornung.pdf.

Patterson RF & Greifinger RB, Insiders as Outsiders:  Race, Gender and Cultural Considerations Affecting Health Outcome After Release to the Community, Journal of Correctional Health Care 10:3 2003; 399-436.

Howell E & Greifinger RB, What is Known about the Cost-Effectiveness of Health Services for Returning Inmates?, Journal of Correctional Health Care 10:3 2003; 437-455.

Kraut JR, Haddix AC, Carande-Kulis V and Greifinger RB, Cost-effectiveness of Routine Screening for Sexually Transmitted Diseases among inmates in United States Prisons and Jails, J Urban Health: Bulletin of the New York Academy of Medicine 2004: 81(3):453-471. (Finalist, Charles C. Shepard Science Award)

Greifinger RB. Health Status in U.S. and Russian Prisons:  More in Common, Less in Contrast. Journal of Public Health Policy 2005 26:60-68. http://www.palgrave-journals.com/cgi-taf/DynaPage.taf?file=/jphp/journal/v26/n1/full/3200003a.html&filetype=pdf

Greifinger RB. Health Care Quality Through Care Management, M. Puisis (ed). Clinical Practice in Correctional Medicine, Second Edition. St. Louis. Mosby 2006: pp. 510-519.

Greifinger, RB. Pocket Guide Series on tuberculosis, HIV, MRSA, sexually transmitted disease, viral hepatitis and management of outbreaks.  See http://www.achsa.org/displaycommon.cfm?an=1&subarticlenbr=23

Greifinger, RB. Inmates are Public Health Sentinels.  Washington University Journal of Law and Policy.  In press, summer 2006).

## ABSTRACTS & RESEARCH PRESENTATIONS

Mikl J, Kelley K, Smith P, Greifinger RB, Morse D, Survival Among New York State Prison Inmates With AIDS.  Florence:  Seventh International Conference on AIDS 1991 (poster session).

Sherman M, Coles B, Buehler J, Greifinger RB, Smith P, The HIV Epidemic in Inmates.  Atlanta: Centers for Disease Control. 1991

Mikl J, Kelley K, Smith P, Greifinger RB, Morse D, Survival Among New York State Prison Inmates With AIDS, American Public Health Association. 1991 (poster session)

Mikl J, Smith P, Greifinger RB, Forte A, Foster J, Morse D, HIV Seroprevalence of Male Inmates Entering the New York State Correctional System.  American Public Health Association. 1991 (poster session)

Valway SE, Richards S, Kovacovich J, Greifinger R, Crawford J, Dooley SW. Transmission of Multidrug-resistant Tuberculosis in a New York State Prison, 1991. Abstract No 15-15, In: World Congress on TB Program and Abstracts, Washington, D.C., November, 1992.

Mikl J, Smith PF, Greifinger RB, HIV Seroprevalence Among New York State Prison Entrants.  Ninth International Conference on AIDS 1993 (Poster Session)

Hornung CA, Greifinger RB, McKinney WP. Projected Prevalence of Diabetes Mellitus in the Incarcerated Population. J Gen Int Med 14 (Supplement 2):40, April 1999.