**Catherine M. Knox R.N., MN, CCHP**
One Lincoln Center, Suite 380
10300 SW Greenburg Road
Portland, OR 97223

EXHIBIT 11

### Education:

Master of Nursing, Psychiatric Mental Health Nursing, Oregon Health Sciences University, 1977

Bachelor of Science, Nursing, Oregon Health Sciences University, 1973

*Post graduate study in Public Administration at Lewis and Clark College 1993-1995, Geriatric Psychology at University of Oregon 1982, and Understanding the New World of Health Care at the Kennedy School of Government, Harvard University 1999.*

### Employment History:

**Director of Nursing**                                                  **2004 to present**
Washington Department of Corrections, Health Services

New position created by the Washington Department of Corrections responsible for implementing the recommendations of the 2001 Master Plan for Correctional Health Care. Responsible for establishing standards for staffing and delivery of services by nurses at state correctional facilities, development and delivery of training and continuing education for nursing staff, establishing policy and procedure to guide the work done by nurses and the evaluation of nursing performance. Chairs the Infection Control Committee, which is responsible for the development and implementation of statewide plans and procedures for the prevention and management of infectious diseases. Responsible for the development of the plan and methods to manage quality improvement and professional services review for Health Services, standardizing the Department's procedures and tools for emergency medical response and the implementation of a comprehensive program for managing chronic disease. Represents the Department of Corrections at the Interagency Provider Quality Task Force, reviews and resolves complaints about service delivery and develops the means to recruit and retain nurses to work in correctional health care.

**Consultant**                                                          **2001 to present**
Catherine M. Knox, LLC, Portland, Oregon

Consult and provide expert advice regarding health care, particularly in the correctional setting. Projects include start-up and operation of private health care contracts in Arizona and New Mexico, evaluated nursing services at Pearce County on behalf of the court monitor and provided recommendations on staffing, scheduling and program development, evaluated the organizational structure for governance and budget for health care in the Wisconsin Department of Corrections and made recommendations on structure, process and funding, provided an independent evaluation of several models being considered by the New Jersey Department of Corrections for the delivery of health care, surveyed facilities for NCCHC accreditation, and provided technical assistance on behalf of NIC. Collected material and conducted interviews to produce a manual to guide the development of a program to bring caregiver assistance to people living in independent retirement facilities.

EXHIBIT 37

**Catherine M. Knox R.N., MN, CCHP**
One Lincoln Center, Suite 380
10300 SW Greenburg Road
Portland, OR 97223

From January 2002 through April 2004 provided expert services and consultation to Addus HealthCare, Inc., a private, for profit, company with contracts to provide health care in correctional settings. Work has included evaluating opportunities to provide health care in New Mexico, Pennsylvania and Kansas, preparing responses to requests from these states for proposals to deliver health care in state prisons and participating in the negotiation of contracts. From June 2002 through June 2003 managed the start-up and first year operation of the statewide program to deliver health care for the New Mexico Department of Corrections. Responsible for execution of an operating budget the first 12 months of $24 million, the initial hiring of all personnel and the establishment of operating procedures and practices to comply with NMCD expectations. From July 2003 through March 2004 rewrote existing policies and procedures, drafted portions of a manual to guide the work of mid-level providers, drafted the statewide plan for CQI, developed the policy and procedure for peer review as well as a plan for managing chronic disease consistent with ACA standards and the 2003 NCCHC standards.

**Health Services Administrator**                                        **1984 to 2001**
Department of Corrections, State of Oregon

Hired to improve services and reduce costs of health care in the state's correctional system. Recruited and supervised a staff of 300 medical, dental, nursing and other professionals who provide primary and preventive health care at 13 correctional institutions located throughout the state. Conceptualized, funded and started a mental health program in corrections, that has also become nationally recognized. Established several ways to purchase care from the community when the program was not able to provide it efficiently or effectively.

Operated three licensed pharmacies; established a medical supplies program, information services unit and a training component. Built nine health care clinics in new correctional facilities. Recruited and negotiated health care networks in five different communities. Responsible for a budget of $27 million for fiscal year 2000-2001 and delivered health care in correctional settings costing less than other publicly funded health care programs.

Established a nationally recognized program that is fully accredited by the NCCHC and modeled by others in the correctional health care field. Provided consultation or technical assistance to prison systems in Australia, Scotland, Great Britain, Montana, Minnesota and the Federal Bureau of Prisons, as well as the juvenile and local correctional facilities within Oregon. Accomplishments also include reducing the costs of litigation 85%, reducing health care costs by 35% by increasing patient compliance with treatment, establishing one of only three licensed hospice programs in the nation, and creating medical and dental staff organizations which effectively conduct peer review and make clinical decisions.

Catherine M. Knox R.N., MN, CCHP
One Lincoln Center, Suite 380
10300 SW Greenburg Road
Portland, OR 97223

**Director of Nursing Services**                                       1978-1984
Oregon State Hospital, Mental Health Division, State of Oregon

Responsible for administering a nursing services department comprised of 350 employees for a 612 bed psychiatric facility. The hospital operated four statewide, specialized treatment programs (child/adolescent, geriatric, forensic, corrections) and one regional treatment program for civilly committed adults. Major accomplishments include helping to change the hospital's mission from general psychiatry to specialized treatment and achieving JCAHO accreditation; establishing an accredited program to train nursing assistants, establishing the first advanced practice nursing positions and establishing standards of practice and criteria for review of clinical services.

**Program Co-Director**                                                1982-1984
Geropsychiatric Treatment Program, Oregon State Hospital, Mental Health Division, State of Oregon

Established a 132-bed statewide program specializing in the treatment, case management and care of elderly psychiatric patients. Responsibilities were shared with a peer and included developing and presenting the program proposal, planning the organizational structure, selecting the treatment model, recruiting and selecting staff, and admitting patients. This program has been recognized for providing a level of service and consultation that exceeds the expertise of other mental health programs serving the elderly. Also completed and presented a study which distinguished the characteristics and treatment needs of elderly psychiatric patients from those of younger chronically mentally ill patients.

**Health Records Analyst,**                                            1977-1978
Program Evaluation Center, Oregon State Hospital, Mental Health Division, State of Oregon

Developed standards to measure the quality of inpatient psychiatric treatment, collected and analyzed data documenting the degree to which treatment met standards for patient care; evaluated program performance.

**Case Manager**                                                       1973-1975
Child Psychiatric Day Treatment Program, Oregon Health Sciences University

Provided day treatment for emotionally disturbed children, managed the return of children completing treatment to public schools, provided group therapy for parents and consulted with schools to keep children with behavioral problems in the classroom.

Catherine M. Knox R.N., MN, CCHP
One Lincoln Center, Suite 380
10300 SW Greenburg Road
Portland, OR 97223

## Professional Certifications and Affiliations:

Washington Registered Nurse License # 00154439, RN, 2004 to Present
*Expires 05/06/2007*

Oregon Registered Nurse License # 000031606RN, 1973 to Present
*Expires 05/06/2007*

Clinical Instructor, Department of Biobehavioral Nursing and Health Systems, School of Nursing, University of Washington, 2005 to Present

Certified Correctional Health Professional # F92151, 1992 to Present
*Elected to CCHP Board of Trustees, 2001 to 2003, Re-elected 2003 - 2005*

Sigma Theta Tau, Inc., National Honor Society of Nursing, Beta Psi Chapter, 1977 to Present

American Nurses Association, Certified Nurse Administrator, Advanced # 024649, 1982 to 1986

Alumni Association, Oregon Health Sciences University, 1977 – Present
Board of Directors, Alumni Association Oregon Health Sciences University, *Vice President 1979-1981, President 1981-1983, Director 1983-1985*

Board of Trustees, Oregon Health Sciences University Foundation, 1987 to 1990

American Correctional Health Services Association, 1984 to Present
*Vice-President, 1991 to 1993; Editor, CorHealth, 1995-1997, Program Chair 1995, Program Committee 2002, Program Committee, Nursing Track 2004*

National Commission on Correctional Health Care
*Prison Standards Task Force, 1996; Accreditation Surveyor, 1998 to Present, Senior Surveyor-in-Training 2004 to Present*

National Institute of Corrections, Consultant, 1995 to Present

Chemeketa Community College, Health Services Advisory Commission, 1986 to 1989

## Awards

*Distinguished Service Award*, American Correctional Health Services Association, 2005 for distinguished achievements and outstanding contributions to the correctional health care profession

*Program of the Year*, National Commission on Correctional Health Care, 2001 for the hospice program at the Oregon Department of Corrections

**Catherine M. Knox R.N., MN, CCHP**
One Lincoln Center, Suite 380
10300 SW Greenburg Road
Portland, OR 97223

*Employee of the Year* for Correctional Programs, Oregon Department of Corrections, 2000

*Bernard Harrison Award of Merit*, National Commission on Correctional Health Care, 1999 for outstanding leadership in correctional health care

*Award of Merit*, Oregon Department of Corrections, 1996

*Facility of the Year*, National Commission on Correctional Health Care, 1995 for Eastern Oregon Correctional Institution

*Director's Award*, Oregon Department of Corrections, 1994

**Publications and Abstracts**

Andrus J; Fleming D; Knox C; McAlister R; Horan J; Foster L. The effect of mandatory AIDS education on voluntary HIV testing in prisons. Int Conf AIDS 1989 Jun 4-9;5:878 (abstract no. Th.E.P.32)

Andrus JK; Fleming DW; Knox C; McAlister RO; Skeels MR; Conrad RE; Horan JM; Foster LR. HIV testing in prisoners: is mandatory testing mandatory? Am J Public Health 1989 Jul; 89 (7):840-2.

Knox CM; Shelton SS. Health Care Cost Containment: What Works? Correctional Health Care Report 2002 May/June; 3 (4); 49-50; 61-63.

Knox,C; NCCHC Accreditation-A Primer in Three Parts, Part 3 Survey Day....and Beyond. Correct Care Summer 2002, 16, (3), 11.

Associate Editor, Clinical Practice in Correctional Medicine, 2nd Edition, Puisis, M. (ed) 2006 Mosby/Elsevir, Inc.

Knox, C and Shelton, S.; "Sick Call" Clinical Practice in Correctional Medicine, 2nd Edition, Puisis, M. (ed) 2006 Mosby/Elsevir Inc.

Burrows, G., Knox, C., Villanueva, H., "The Nurses Role in the Primary Care Setting" Clinical Practice in Correctional Medicine, 2nd Edition, Puisis, M. (ed) 2006 Mosby/Elsevir, Inc.

**Presentations**

"Ethical Issues Related to Patient's Rights and Civil Commitment", OHSU School of Nursing, 1980 to 1982; "Managing Psychiatric Mental Health Emergencies", Newburg Hospital, 1979

"The Geropsychiatric Client", Annual Conference of the Association of Oregon Community Mental Health Program Directors, 1984, "Program Evaluation", Community Psychiatry Seminar, OHSU 1977-1978

"Budgeting and Expenditure Control", DHR Entry Level Management Training 1983 to 1986; "Managing Employee Offender Relations", Oregon Department of Corrections, Leadership Academy, 1997 to 2001.

**Catherine M. Knox R.N., MN, CCHP**
One Lincoln Center, Suite 380
10300 SW Greenburg Road
Portland, OR 97223

"AIDS"; Oregon Corrections Association Conference, 1987; Board of Parole and Post Prison Supervision, 1988; Chemeketa Community College, 1988; Forum 50, State of Oregon Executive Staff, 1988; Board of Police Standards and Training, 1988 and 1989

"An Overview of Correctional Health Care"; Umatilla/Morrow County Medical Society, 1987; Oregon Legal Nurse Consultants, 1997, "The Health Needs of Incarcerated Individuals", Forensic Nursing 2005, University of Washington

"Managing Health Care Provided in Correctional Facilities"; Oregon Sheriff's Association Conference, 1993; Tri State Superintendents Conference, 1994; " Organizational Models for Correctional Health Care", American Public Health Association Conference, 1998; "Managed Care: How Good Is It?" American Correctional Health Services Association Conference, 2000; "Cost Containment Strategies: What Works?", National Commission on Correctional Health Care Conference, 2002; "Cost Containment Strategies: What Works?", American Correctional Health Services Association Conference, 2002

"Evaluating Sick Call Utilization"; National Commission on Correctional Health Care Conference, 1996; Oregon Chapter of the American Correctional Health Services Association Conference, 1997

"Managing the Aging and Terminally Ill Inmate", National Institute of Corrections, Training Teleconference, 2001

"Workplace Relationships", Oregon Chapter of the American Correctional Health Services Association Conference, 1993; "Violations of Professional Boundaries in Correctional Health Care", National Commission on Correctional Health Care Conference, 1993

"Ins and Outs of Accreditation", National Commission on Correctional Health Care Conference, 1999; "Practical Preparations for Initial NCCHC Accreditation", National Commission on Correctional Health Care Conference, 2000, 2001, 2002, 2003, 2004, and 2005, "Early Parole Release for Medical Reasons", National Commission on Correctional Health Care Conference, 2002