# CURRICULUM VITAE
## MICHAEL S. NIEDERMAN, M.D., FACP, FCCP, FCCM

Winthrop-University Hospital
Pulmonary & Critical Care Medicine
222 Station Plaza North, Suite 509
Mineola, NY 11501

Phone: (516)663-2381    Fax: (516)663-8796
Voice Mail (516)663-4876
E-Mail: mniederman@winthrop.org

## Personal Data

| | |
|---|---|
| Birthdate and Place: | March 30, 1953, New York, NY |
| Marital Status: | Married to Ronna Kay, Publicist |
| Children: | Alex, Eric |
| Social Security Number: | 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 |
| Home Address: | 3 Verity Lane |
| | Roslyn, NY 11576 |

## Hospital & Academic Positions

| | |
|---|---|
| Feb 2003 – Present | Vice Chairman<br>Department of Medicine<br>SUNY Stony Brook |
| May 2001 - Present | Chairman,<br>Department of Medicine<br>Winthrop University Hospital<br>259 First Street<br>Mineola, NY, USA 11501 |
| May 1999 – May 2001 | Acting Chairman,<br>Department of Medicine<br>Winthrop University Hospital |
| September 1997 – June 2001 | Chief, Division of Pulmonary<br>& Critical Care Medicine<br>Winthrop-University Hospital |
| 1991 - August 1997 | Director, Critical Care Subsection<br>Winthrop-University Hospital |
| 1983 - August 1997 | Director, Medical and Respiratory<br>ICU Winthrop-University Hospital |

EXHIBIT 40

| | |
|---|---|
| July 1994 - Present | Attending<br>Pulmonary & Critical Care Medicine<br>Department of Medicine<br>Winthrop-University Hospital |
| 1990 - 1994 | Associate Attending<br>Winthrop-University Hospital |
| 1983 - 1990 | Assistant Attending<br>Winthrop-University Hospital |
| 1997 - Present | Professor of Medicine<br>SUNY at Stony Brook |
| 1990 - 1996 | Assoc. Professor of Medicine,<br>SUNY at Stony Brook |
| 1983 - 1990 | Assistant Professor of Medicine<br>SUNY at Stony Brook |
| 1982 - 1983 | Attending Physician, Pulmonary<br>Medicine, West Haven V.A. Hospital,<br>W. Haven, CT |
| 1981 - 1983 | Attending Physician,<br>Pulmonary Rehabilitation<br>Gaylord Hospital, Wallingford, CT |

## Education

Boston University School of Medicine
Boston, MA
M.D. Magna Cum Laude, 1977

Boston University College of Liberal Arts, Boston, MA
A.B. Summa Cum Laude, 1977 through the Sixth Year
Combined Liberal Arts-Medical Education Program

Newton South High School, Newton, MA
Diploma 1971

## Training

Pulmonary Medicine Fellow,
7/1/80-6/30/83
Pulmonary Section, Dept. of Medicine
Yale University School of Medicine
New Haven, CT

Internship and Residency, Internal Medicine
7/1/77-6/30/80, Northwestern University Medical School
Chicago, IL

Hematology Research, Summer 1974
Boston University, Boston, MA

## Board Status

Certified American Board of Internal Medicine, September 9,1980

Certified in Pulmonary Subspecialty, November 9,1982

Certified, Critical Care Medicine, 1987 (re-certified 1997)

# MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

## American College of Chest Physicians

Member, 1979-Present, Fellow 1986

Regent-at-Large, November 1998-November 2001, Nov. 2001 – Nov. 2004

Member, Consensus Panel for the Diagnosis of Pneumonia in the Critically Ill Patient, 1996-1999

Member, ACCP Workforce and Training Committee, 1994-1997

Chairman, ACCP Credentials Committee, 1995-1997

Member, ACCP Credentials Committee, 1991-1997

ACCP Postgraduate Education Committee, 1995-1996

Member, ACCP Original Investigations Committee, 1993

Member, ACCP Annual International Scientific Assembly Program Committee, 1990-1993

### American College of Chest Physicians Cont'd

Steering Committee, Section on Cardiopulmonary Infections, American College of Chest Physicians, 1989-1993

ACCP Board of Regents choice for Ad Hoc Nominations Committee 2000/2001/2002.

### American College of Physicians

Member, 1985-Present, Fellow 1988

Member, ACP Pulmonary and Critical Care Medicine MKSAP 2, 1995-1998

Member, ACP MKSAP Task Force Committee, December 1996-July 1997

Editorial Committee, ACP MKSAP Syllabuses XI (1989-1992)

Editorial Committee, ACP MKSAP Syllabuses IX (1995-1997)

### American Thoracic Society

Member, 1979-Present

Co-Chairman, ATS/IDSA Consensus Statement on Nosocomial Pneumonia 2003

Co-Chairman, ATS Consensus Conference-Update and Re-Evaluation of Community-Acquired Pneumonia Guidelines, 2001

Member, ATS Long Range Planning Committee, Scientific Assembly of Microbiology, Tuberculosis, and Pulmonary Infections, 1995-1998

Co-Chairman, ATS Hospital-Acquired Pneumonia in Adults: Diagnosis, Assessment of Severity, Initial Antimicrobial Therapy, and Prevention Strategies Guidelines, 1995-1996

Member, ATS Organizing Committee, State-of-the-Art Review Courses, 1995-1997

Member, ATS/ALA Asthma Research Initiative, 1995-1997

Chairman, ATS Consensus Conference Community-Acquired Pneumonia, 1992-1993

Chairman, ATS Scientific Assembly Microbiology, Pulmonary and Tuberculous Infections, 1990-91

**American Thoracic Society Cont'd**

Chairman-Elect, ATS Scientific Assembly Microbiology, Pulmonary and Tuberculous Infections, 1989-90

Chairman, Program Committee, Eastern Section American Thoracic Society, 1989-1990

Secretary, ATS Scientific Assembly Microbiology, Pulmonary and Tuberculous Infections, 1988-1989

**Miscellaneous Memberships**

Fellowship in the Nassau Academy of Medicine – 2006
(In recognition of contributions to medicine in Nassau County)

Member, Physician Consortium for Performance Improvement – American Medical Association - 2002

Member, Society of Critical Care Medicine, 1993-Present
Fellow 1995

Member, European Respiratory Society Task Force on Ventilator-Associated Pneumonia, 1998

Member, Update of Canadian Community-Acquired Pneumonia Guidelines, 1999-2000

Chairman, Bayer Clear Steering Committee: Managing Infection in COPD, 1997

Member, Bayer Steering Committee for Bronchitis Education Program, 1996-1997

Member, Pulmonary-Allergy Drugs Advisory Committee, Food & Drug Administration, 1999 – Present.

Member, The Drug-Resistant Streptococcus Pneumoniae Therapeutic Working Group (CDC) 2000.

## Hospital & Community Committee Service

Director, Chronic Ventilator Unit/Respiratory Rehab Unit
Director, Surgical Search Committee, 1998 - 2000
Director, Critical Care Fellowship Program, 1988-1994
Chairman, Pulmonary Quality Assurance Program
Chairman, Hospital-Wide Critical Care Committee
Chairman, Department of Medicine Critical Care/Quality Assurance
Member, Pharmacy & Therapeutics Committee 1996-Present
Firm Director, 1994-1995
Medical Mortality Committee
Director, Organ Donation Program Physicians Performance Committee
Continuing Medical Education Committee
Initiated Inter-Island Pulmonary Conference, 1985-1988
Director, Pulmonary Rehabilitation Program, 1988-1989
Pulmonary Education Committee, American Lung Association 1987-1990
Physician Director, Critical Care Collaborative Practice Lectures

## Journal Activities

Editorial Board, Chest, January 1, 2006
Editorial Board, American Journal of Respiratory & Critical Care Medicine, 1994-Present
Editorial Board, Chest, July 1994-July 1998, July 1999-July 2004
Editorial Board, Critical Care Medicine, 2003-Present
Editorial Board, Internal Medicine, 2003-Present
International Editorial Board, PharmacoEconomics, 2002
Editorial Board, Medscape Pulmonary Medicine, 2002
Editorial Board, "COPD: Journal of Chronic Obstructive Pulmonary Disease – 2002 - Present
Editor-in-Chief, Clinical Pulmonary Medicine, 1992-Present
Editorial Board, Infections in Medicine, 1998-Present
Editorial Board, Seminars in Respiratory Infections, 1992-Present
Editor-in-Chief, Pulmonary Infections Forum, December 1996-2000
Editor, Respiratory Tract Infections Education Supplement, 1997-1998
Editorial Board, Medscape Respiratory Care, 1997-1998
Editorial Board, Contemporary Internal Medicine, 1994-1998
Editorial Board, Infectious Disease Practice, 1997
Editor, Clues to Diagnosis-Respiratory Infectious Diseases, 1996-1997
Section Editor, Current Opinion in Pulmonary Medicine, 1993-1997
Editorial Board, ACCP Pulmonary & Critical Care Update, 1992-1995
Editorial Board, Enfermedades Infecciosas y Microbiologia Clinica, 1994
Editorial Board, Patient Outcomes, 1993-1994

**Ad Hoc Reviewer for**:
Pulmonary Pharmacology and Therapeutics
Alcoholism: Clinical and Experimental Research
American Journal of Managed Care
American Journal of Medicine
American Journal of Respiratory Cell and Molecular Biology
American Journal of Respiratory and Critical Care Medicine
Annals of Internal Medicine
Antimicrobial Agents and Chemotherapy
Canadian Journal of Infectious Diseases
Canadian Respiratory Journal
Cleveland Clinic Journal of Medicine
Clinical Infectious Diseases
Critical Care
Critical Care Medicine
Disease Management & Health Outcomes
European Respiratory Journal
Respiratory Care
The Journal of Critical Illness
Infections in Medicine
Infectious Disease in Clinical Practice
Intensive Care Medicine
Journal of Respiratory Diseases
Lung
Mayo Clinic Proceedings
Medscape
Journal of the American Medical Association
Journal of Antimicrobial Chemotherapy
Journal of General Internal Medicine
Journal of Immunological Methods
Journal of Intensive Care Medicine
Journal of Respiratory Diseases
Journal of Maternal-Fetal & Neonatal Medicine
Respiratory Medicine
Respiratory Medicine Today
PharmacoEconomics
Clinical Microbiology & Infection
Respiration (Int'l Review of Thoracic Diseases)

## CME Course Director Activities

Course Director, ACP-ASIM New York Internal Medicine Board Review Course, New York, NY. July 1992 - 2003.

Chairman, ACCP Panel Discussion, "Quality Improvement in Critical Care Patients: Opportunities, Goals, and Gaps," New Orleans, LA. October 29, 1997.

Chairman, ACCP Panel Discussion, "How Do You Apply Guidelines to Antibiotic Therapy in COPD Patients." New Orleans, LA. October 30, 1997.

Chairman, ATS Symposium, "New Paradigms in the Treatment of Common and Atypical Respiratory Tract Infections." San Francisco, CA, May 18, 1997.

Chairman, ATS Mini-Symposium, "Nosocomial Pneumonia," San Francisco, CA, May 20, 1997.

Chairman, ACCP Panel Discussion, "Antibiotics for the Treatment of Chronic Airways Infections: Are They All the Same? " San Francisco, CA. October 28, 1996.

Chairman, ACCP Interactive Symposium- "Management of Hospital Acquired Pneumonia: Can an Organized Approach to Care Improve Outcomes?" San Francisco, CA. October 31, 1996.

Chairman, ATS Postgraduate Course, "Management of Respiratory Tract Infections: A Scientific And Clinical Foundation," New Orleans, LA. May 11, 1996.

Moderator and Organizing Committee, ATS Pulmonary & Critical Care Medicine State-of- the-Art Review Course, Washington, D.C. February 24-27, 1996.

Chairman, ACCP Panel Discussion, "Innovative Approaches for the Diagnosis, Treatment, and Prevention of Pneumonia, New York, NY. October 30, 1995.

Chairman, ATS Postgraduate Course, "Impact of Nosocomial Pneumonia on Outcome of Mechanically Ventilated Patients," Seattle, WA. May 22, 1995.

Chairman, ACCP Controversies in Nosocomial Pneumonia Symposium, New Orleans, LA. October 31, 1994.

Chairman, ATS Postgraduate Course, "Respiratory Infections: New Concepts in Treatment, Prevention, and Pathogenesis," Boston, MA. May 21, 1994.

Chairman, ACCP Postgraduate Course, "New Concepts in Diagnosis and Management of Respiratory Infections, Orlando, FL. October 24, 1993.

## CME Course Director Activities Cont'd

Co-Chairman, ATS Postgraduate Course, "Pneumonia: New Directions in Therapy, Diagnosis, and Management," Miami Beach, FL. May 16, 1992.

Course Director, ATS Postgraduate Course on Pneumonia. May 1991.

Course Director, ACCP Critical Care Symposium. San Francisco, CA, 1991.

Program Committee, 1990 World Congress on Lung Health.

Director, Symposium on "Pneumonia in the Elderly," American Thoracic Society, 1989

Co-Director, Advanced Cardiac Life Support Course, Winthrop-University Hospital, Mineola, NY. June 1989.

Program Committee, 1989 Meeting of American Thoracic Society.

Director, Postgraduate Pneumonia Course, American College of Chest Physicians, Anaheim, CA. October 1988.

Director, ACP Course, "Intensive Care Medicine 1988-Attention to the Critical Details," New York, NY. October 1988.

Co-Director, ACP Board Review Course on Critical Care Medicine, New York, NY, June 15-19, 1987.

Director, ACP Course, "Intensive Care Medicine 1986-Attention to the Critical Details," New York, NY. October 23-25, 1986.

Director, Advanced Cardiac Life Support Course, Winthrop-University Hospital, Mineola, NY. 5/86, 2/87, 6/87, 6/88.

Director, ACP Course, "Intensive Care Medicine 1985-Attention to the Critical Details," New York, NY. 10/85.