IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRAZA-REYES,

    Plaintiff,

v.

PARK COUNTY, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to file excess pages is granted.

Dated:  January 12, 2007

                                    s/ Jane Trexler, Secretary/Deputy Clerk