IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0037-WDM-BNB

MOISES CARRANZA-REYES

    Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT
FOR RESPONSE TO DEFENDANT VICKI PAULSEN'S
MOTION FOR SUMMARY JUDGMENT
And Proposed Order**

---

    Plaintiff, Moises Carranza-Reyes, by and through his counsel, Bill Trine of Trine & Metcalf, P.C., hereby submits this Unopposed Motion to Exceed Page Limit for Response to Defendant Vicki Paulsen's Motion for Summary Judgment, and requests that this Motion be granted for the following reasons:

    1.    By Court order dated December 18, 2006, the Defendant Vicki Paulsen was permitted to exceed the twenty (20) page limit on opening brief filed in support of her Motion for Summary Judgment. Defendant Vicki Paulsen electronically filed a 33-page Brief in support of her Motion for Summary Judgment on December 15, 2006.

1

2. In support of the Unopposed Motion to Exceed Page Limits, Defendant Vicki Paulsen explained that the complex legal and factual issues associated with this case render an oversized brief appropriate because Paulsen's Motion for Summary Judgment involves difficult issues of Plaintiff's Eighth and Fourteenth Amendment rights to adequate medical care and Paulsen's qualified immunity defense. She stated that the law on these issues, and its application to the facts of this case, is both complex and intricate and requires extensive discussion.

3. Because of the complicated legal and factual issues presented, the Defendants have no objection to the Plaintiff filing a brief in excess of the twenty pages normally allowed by this Court for summary judgment response briefs.

4. The Defendant Vicki Paulsen did not fully set forth the facts which support Plaintiff's claims against her, making it necessary that the Plaintiff supplement those facts. Because discovery in this matter was extensive and resulted in the depositions of more than thirty individuals and the production of several thousand pages of documents, it is necessary that Plaintiff identify the facts, both in dispute and undisputed, which support Plaintiff's claims.

WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests this Court to allow him to file an oversized response to the Motion for Summary Judgment and accept the accompanying Response to Defendant Vicki Paulsen's Motion for Summary Judgment for filing with this Court, and for all other and further relief as this Court deems just and appropriate.

Dated this _15th_ day of January, 2007.

Respectfully submitted,

By: /s/ William A. Trine, Esq.
William A. Trine, #577
Trine & Metcalf, PC

1435 Arapahoe Avenue
Boulder Colorado 80302-6390
(303) 442-0173

Joseph J. Archuleta, #19426
Joseph J. Archuleta and Associates
1724 Ogden Street
Denver Colorado 80218
(303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado 80903
(719) 475-8460

Adele Kimmel, Esq.
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
(202) 797-8600

Attorneys for Plaintiff

## CERTIFICATE OF MAILING/SERVICE

The undersigned hereby certifies that on this _15th_ day January, 2007, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, Colorado 80218-1018
*Co-Counsel for Plaintiff*

Lloyd C. Kordick,
Attorney at Law
805 S. Cascade
Colorado Springs, CO 80903
*Co-Counsel for Plaintiff*

Adele P. Kimmel
Richard H. Frankel
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th Street, Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener, and Monte Gore*

Josh A. Marks
Berg, Hill, Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO 80302
*Counsel for Defendant Vicki Paulsen*

/s/ Elizabeth Peach