IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0037-SDM-BNB

MOISES CARRANZA-REYES

    Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR RESPONSE TO DEFENDANT VICKI PAULSEN'S MOTION FOR SUMMARY JUDGMENT

---

This matter comes before the Court on the Unopposed Motion to Exceed Page Limit for Plaintiff's Response to Defendant Vicki Paulsen's Motion for Summary Judgment. Having reviewed the Motion, and being fully advised, the Court hereby grants this Motion. Plaintiff's Response to Defendant Vicki Paulsen's Motion for Summary Judgment is accepted for filing by this Court.

    Dated this _____ day of January, 2007.

                                                    Walker D. Miller
                                                   United States District Judge