nurse report

3-8-03

0345: Received a call rom Deputy Fikjas at Park Co. Jailreguarding
 INS hold Carranza,who was having
trouble breathing and was c/o vomiting and nausea.He stated that t
hey had placed Mr. Carranza on
oxygen and he was feeling better. Deputy Fikjas was told he could
give Mr.Carranza Motrin 800mg
for aches and headache,and to give Pepto Bismal for his nausea. an
d diarrhea. I asked Deputy Fikjas
to call me if there was any change in Mr. Carranzas condition.

0600: Called Deputy Fikjas to see how Mr. Carranza was . He stated
 he had used the bathroom once
in the last two hours and appeared to be resting.

0750Arrived at Park Co. Jail to assess Mr. Carranza. Shortly after
 arriving I was told he had just fallen
in the tier. I went to the upper D Pod tier and Corp. Crawford was
 with Mr. Carranza.Through an
interpreter I assessed he was coherent and c/o right side pain. On
 assesssment Mr.Carrnaza had
minimal abdominal discomfort but had developed acute right side pa
in. He had pain over his right
kidney, radiaating to his right flank and down into tha right lowe
r abdomen slightly above his groin.
Mr. Carranza was then moved to the lower tier for his safety and p
rotection.I asked that INS be called
as I felt that Mr. Carranza needed to be transported to Summit Med
ical for evaluation by a physician.
I talked to Ben at INS and appraised him of the situation with Mr.
 Carranza.He stated it would be at
least three hours before they could get someone here to transport
Mr. Carranza, and he gave us
permission to transport if his condition worsened. Ben asked me wh
at I thought was the problem and
I axplained that it could be anything from possibly kidney stones
,to gall bladder or something else.
Stated I felt he needed to be evaluated by a physician.

1030: Called for an udate on Mr. Carranza and was told by Deputy T



EXHIBIT
5

PARK 3542
REYES

heobold that    he was vomiting
more frequently.Being concerned about Mr. Carranza becoming dehydr
ated,and concerned about
his right side pain, I asked that he be transported to Summit Medi
cal for evaluation.

1130: Called and talked with Corp. Crawford and he stated that Sgt
.Muldoon was on his way in to
transport Mr.Carranza to Summit Medical.

1330: Called Corp. Crawford for an update on Mr. Carranza and was
told he had not heard anything
from Summit Medical, but he would call and inform me as soon as he
heard anything,

1430: Corp. Crawford called and stated that Mr. Carranza was in ro
ute to Denver General with a
dianosis of pneumonia.

2300: Called by Capt. Gore and was told that Mr. Carranza was in c
ritical condition and had
become septic.Capt. Gore asked if Mr.Carranza had been treated med
ically by us and was
told yes,That I had seen him on 3-6-03 and 3-7-03 for flu like sym
ptoms.I wasthen called
in AM of 3-8-03 that his symptoms had become worse.

                                            Vicki Paulse

n Rn

PARK 3543
REYES