Anthony G. Volz
6416 Peak Vista Circle, Colorado Springs, CO, 80918
719-266-8776
tagvolz@hotmail.com

## EDUCATION

*Continuing Education – 30 hours per year - 10 of which is in pharmacology*

*Beth El College of Nursing, Colorado Springs, CO*
**Post Masters Certificate: Nursing**                                                    1995
Advanced practice nursing degree with an emphasis in health wellness, maintenance and acute care of disease states in the adult. Additional course work in nursing forensic with an emphasis in human abuse.

*University of Colorado Health Sciences Center-School of Nursing, Denver, CO*
**M.S. in Nursing**                                                                          1983
Degree work in Nursing Administration. Emphasis in operational and business direction of small and large healthcare settings of both nursing and non nursing entities.

*University of Southern Mississippi, Hattiesburg, MS*
**B.S. in Nursing**                                                                          1978
Degree granted to provide nursing care of client's in a variety of health care settings across their lifespan.

## TEACHING EXPERIENCE

*Beth El School of Nursing – University of Colorado - Colorado Springs*
**Preceptor** – Senior Nurse Practitioner Students: 2 students per year          **1997 - Present**
Provide monitored clinical experiences for Adult Care nurse practitioner students.

*Eli Lily Pharmaceutical Company*
**Independent Contractor - Instructor** – Osteoporosis: 30 classes per year     **2004 - Present**
Teach patients self care and prescribed care for Osteoporosis. Teach medical personnel about osteoporosis and alternative care measures.

*Penrose-St. Francis HealthCare Centers, Colorado Springs, CO*
**Instructor** – Asthma Management                                                          1997
Developed syllabus, overall course structure and taught Nurses in the hospital setting.

*Penrose-St. Francis HealthCare Centers, Colorado Springs, CO*
**Instructor** – Continuous Quality Improvement                                             1994
Developed syllabus, overall course structure and taught staff and management of various departments the principals to assure continuous quality care and fiscal accountability.

## RELATED EXPERIENCE

*Mountain View Medical Group, Colorado Springs, Co*
**Adult Nurse Practitioner – Internal Medicine**                                 **1995 - Present**
Provide preventive, acute and chronic health care to the adult with emphasis on care of the aging adult.

*Penrose-St. Francis HealthCare Centers, Colorado Springs, CO*
**Administrative Consultant**                                                      **1992 - 1995**
Coordinator/educator on Continuous Quality Improvement process management with emphasis in patient care.

Project clinical coordinator for new and remodel services – required familiarity


EXHIBIT 102


EXHIBIT 7

with hospital and clinic building codes.

*Penrose-St. Francis HealthCare Centers, Colorado Springs, CO*
**Nursing Administrator**       **1990-1992**
Directed 9 departments, 250 personnel and a 4 million dollar budget. Site coordinator for Joint Commission on Hospital Accreditation survey – successful recertification.

*Humana Healthcare Inc. of Louisville, Ky*
**Assistant Director and Associate Director of Nursing**     **1983-1990**
Over a course of 7 years I directed the services of both nursing and non-nursing departments in three separate hospitals ranging in size from 150 to 450 beds. Budgets ranged from 2 million to 16 million dollars. I also over saw or participated in 4 successful recertifications by the Joint Commission. I also over saw the successful surveys by Medicare and State of Texas Health Department.

## PUBLICATIONS AND PAPERS

- "Nursing Interventions in Munchausen Syndrome by Proxy"
  <u>Journal of Psychosocial Nursing and Mental Health Services,</u> September 1995, Vol.33,No.9,51-58.

## LICENSURE AND CERTIFICATIONS

- Colorado Nursing License in Advanced Practice – active in good standing: exp.9/30/07
- Mississippi, Kentucky, Texas License in Basic Practice – inactive in good standing
- American Nurses Credentialing Center – Board Certified as an Adult Nurse Practitioner:exp.8/31/11
- Drug Enforcement Administration/controlled substance registered: exp.5/31/08

## MEMBERSHIPS

- American College of Nurse Practitioners - member
- American Academy of Nurse Practitioners - member
- Southern Colorado Advanced Practice Nurses Assoc. – President
- Sigma Theta Tau – Honor Society of Nursing – charter member gama lambda chapter