IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES

      Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

      Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTIONS TO
EXCLUDE OR LIMIT THE TESTIMONY OF
PLAINTIFF'S DESIGNATED EXPERT WITNESSES
And Proposed Order**

---

    1.    Defendants have filed a motion to limit the expert testimony by Michael S. Niederman, M.D., and Robert B. Greifinger, M.D., and a response to this motion is due on or before January 22, 2007.

    2.    Defendants have also filed a motion to exclude Plaintiff's expert witness, Patricia L. Pacey, Ph.D., and a response to that motion is due on or before January 23, 2007.

    3.    Defendants have also filed a motion to exclude the testimony of Plaintiff's expert witness, Helen M. Woodard, M.A., and a response to that motion is due on or before January 23, 2007.

1

4.	Each of these motions raises issues under *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and its progeny, which requires a factual and legal analysis of the expert's opinions under Fed.R.Evi. 702.

5.	Counsel for Plaintiff have devoted the previous two weeks to responding to Motions for Summary Judgment filed by each of the Defendants and have not had adequate time to respond to the above-described motions.

Therefore, Plaintiff respectfully requests an order of the Court extending the time within which to respond to Defendants Motion to Limit Expert Testimony by Michael S. Niederman, M.D., and Robert B. Greifinger, M.D., to and including January 30, 2007, and to extend the time within which to respond to the Defendants' Motion to Exclude the Expert Testimony of Helen M. Woodard, M.A., and Patricia L. Pacey, Ph.D., to and including February 1, 2007.

Counsel for Plaintiff has conferred with counsel for Defendants and counsel for Defendants do not oppose this Motion for Extension of Time.

Dated this _17th_ day of January, 2007.

                Respectfully submitted,

By: s/ William A. Trine, Esq.
    William A. Trine, #577
    Trine & Metcalf, PC
    1435 Arapahoe Avenue
    Boulder Colorado 80302-6390
    (303) 442-0173

    Joseph J. Archuleta, #19426
    Joseph J. Archuleta and Associates
    1724 Ogden Street
    Denver Colorado 80218
    (303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado 80903
(719) 475-8460

Adele Kimmel, Esq.
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
(202) 797-8600

Attorneys for Plaintiff

## CERTIFICATE OF MAILING/SERVICE

The undersigned hereby certifies that on this _17th_ day January, 2007, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, Colorado 80218-1018
*Co-Counsel for Plaintiff*

Lloyd C. Kordick,
Attorney at Law
805 S. Cascade
Colorado Springs, CO 80903
*Co-Counsel for Plaintiff*

Adele P. Kimmel
Richard H. Frankel
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th Street, Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of County Commissioners, Park County Sheriff's Office, Fred Wegener, and Monte Gore*

Josh A. Marks
Berg, Hill, Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO 80302
*Counsel for Defendant Vicki Paulsen*

s/ Elizabeth Peach

4