IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES

    Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESS HELEN M. WOODARD, M.A., DEFENDANTS' MOTION TO EXCLUDE EXPERT WITNESS PATRICIA L. PACEY, Ph.D., AND DEFENDANTS' MOTION TO LIMIT EXPERT TESTIMONY BY MICHAEL S. NIEDERMAN, M.D., AND ROBERT B. GREIFINGER, M.D.

---

This matter comes before the Court on the Unopposed Motion to Extend the Time for Plaintiff's Response to Defendants' Motion to Exclude Plaintiff's Expert Witness Helen M. Woodard, M.A., Defendants' Motion to Exclude Expert Witness Patricia L. Pacey, Ph.D., and Defendants' Motion to Limit Expert Testimony by Michael S. Niederman, M.D., and Robert B. Greifinger, M.D. Having reviewed the Motion, and being fully advised, the Court hereby grants this Motion. Plaintiff's Response to Defendants' Motions to Exclude Plaintiff's Expert Witnesses, Helen M. Woodard, M.A., and Patricia L. Pacey, Ph.D., shall be filed with the Court on or before February

1, 2007, and Plaintiff's Response to Defendants' Motion to Limit the Expert Testimony of Michael S. Niederman, M.D., and Robert B. Greifinger, M.D., shall be filed with the Court on or before January 30, 2007.

Dated this _____ day of January, 2007.

 

_____
Walker D. Miller
United States District Judge