IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

        Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

        Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

This matter comes before the Court on the Unopposed Motion for Extension of Time to Submit Reply Brief in Support of Motion for Summary Judgment from Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore. Having reviewed the Motion, and being fully advised, the Court hereby Order the Motion is granted and these Defendants shall have until and including February 12, 2007, to submit their Reply Brief in Support of Motion for Summary Judgment.

Dated this _____ day of January, 2007.

By the Court:

_____
Walker D. Miller
United States District Court Judge