IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
and
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Extension of Time to Submit Reply Brief in Support of Motion for Summary Judgment From Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore** [docket no. 140, filed January 24, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants Wegener and Gore may file a reply to their Motion for Summary Judgment on or before **February 12, 2007**.


DATED:  January 25, 2007