**Invited Lectures**

January 1996  - Grand Rounds, Hershey Medical Center, Hershey, PA. "Nosocomial Pneumonia."

January 1996 - Transatlantic Airway Conference: Bacterial Interactions with Airway Cells and Secretions, Lucerne Switzerland.

January 1996 - Grand Rounds, University of Florida, Jacksonville,  FL. "Current Concepts in the Pathogenesis, Prevention, and Treatment of Nosocomial Pneumonia" and "Bronchoscopy in the ICU."

February 1996 - Grand Rounds, St. Vincent's Hospital, New York, NY. "Nosocomial Pneumonia."

February 1996 - First International Symposium on Infections in Critically Ill Patients, Barcelona, Spain.  Member, Organizing Committee. Lectures:  "Bacterial Adherence in the Pathogenesis of Lung Infection," Empiric Regimens for the Therapy of Nosocomial Pneumonia."

February 1996 - ATS Pulmonary and Critical Care Medicine State-of-the-Art Review Course, Washington D.C. Lectures:  "New Concepts in Community-Acquired Pneumonia" and "Diagnosis of Respiratory Infections."

March 1996 - Keynote Speaker, North Carolina Thoracic Society Meeting-Chapel Hill, NC.  "Emerging Drug Resistant Bacterial Lung Infections."

April 1996 - 44th Annual Scientific Assembly Meeting of the West Virginia Chapter American Academy of Family Physicians, Charleston, WV.  "Treatment of Outpatient COPD and Pneumonia."

May 1996 - 4th International Conference on the Prevention of Infections (CIPI), Nice France.  "Determinants of Nosocomial Infections in the ICU" and "Optimization of Antibiotic Therapy for the Treatment of Severe Pneumonia in the ICU."

May 1996 - American Thoracic Society International Meeting, New Orleans, LA. Chairman, Postgraduate Course- Management of Respiratory Tract Infections: A Scientific And Clinical Foundation.  Lecture for Postgraduate Course:  "Guidelines for the Treatment of Pneumonia In and Out of the Hospital." Chairman, Mini-Symposium- Recent Developments in the Diagnosis and Treatment of Community-Acquired Pneumonia. Lecture for Symposium- Guidelines in Pulmonary Medicine Medicine: "Guidelines for the Treatment of Community-Acquired Pneumonia." Lecture for Postgraduate Course- Evidence Based Medicine and Outcomes Evaluation in Pulmonary Disease: "Pro- Evidence Based Medicine:  Has the Application Gone too Far, too Fast?"

PENGAD 800-631-6989

EXHIBIT

_1_

**Invited Lectures Cont'd**

May 1996 - Visiting Professor, Evanston Hospital, Evanston, IL. "Critical Issues in Nosocomial Pneumonia."

May 1996 - Grand Rounds, Detroit Medical Center, Detroit, MI. Management of Nosocomial Pneumonia."

June 1996 - The 14th Asia Pacific Congress on Diseases of the Chest, Bali, Indonesia. Lectures: "Guidelines for the Empirical Initial Treatment in Pulmonary Infection," and "What To Do When Pneumonia Does Not Resolve." Chairman, Satellite Symposium: Lower Respiratory Tract Infections- Time for a Reappraisal.

June 1996 - AIPO Meeting, Mattinata, Italy. Lectures: "Role of Infections in Exacerbations of Chronic Obstructive Lung Disease," "Empiric Therapy of Nosocomial Pneumonia and Principles Associated with Therapy."

July 1996 - American Association of Physicians from India Meeting, Boston, MA. "Guidelines for the Treatment of Pneumonia."

September 1996 - Grand Rounds, St. Elizabeth's Medical Center, Boston, MA. "Community-Acquired Pneumonia."

September 1996 - First Annual Chicago Conference on Pulmonary & Critical Care Medicine, Chicago, IL. "Invasive Diagnostic Approach Improves Outcome in Nosocomial Pneumonia."

September 1996 - Pulmonary Grand Rounds, Jefferson Medical School, Philadelphia, PA. "Pneumonia."

October 1996 - Update on Pulmonary and Critical Care Medicine Course, University of Michigan Medical Center. "ATS Guidelines for Community-Acquired Pneumonia: Impact 3 Years Later," and "Non-Resolving Pneumonia."

October 1996 - XIV Uruguayan Congress of Neumology and the XII Riverplate Conferences of Tisiology, Montevideo, Uruguay. Lectures: "A Re-Evaluation of the ATS Guidelines for Community-Acquired Pneumonia" and "Controversies in the Management of Nosocomial Pneumonia."

**Invited Lectures Cont'd**

October 1996 - American College of Chest Physicians, San Francisco, CA.  Lecture for Postgraduate Course- Pulmonary Literature Review:  Partnering to Improve Outcome:  Community and Hospital-Acquired Pneumonia. Lecture for Postgraduate Course- Partnering to Improve Outcome: Bronchoscopy Confuses the Issue (Con)." Lecture for Postgraduate Course- Pulmonary Infections:"The Case for Empiric Management in the Office and In-Patient Ward." Chairman, Interactive Symposium-Management of Hospital-Acquired Pneumonia:  Can an Organized Approach Improve Outcomes? Lecture for Symposium:  "Therapeutic Strategies for Nosocomial Pneumonia."  Chairman, Panel Discussion: "Antibiotics for the Treatment of Chronic Airways Infections:  Are They All the Same?" Moderator, Respiratory Discovery Luncheon. Abstract Poster Presentation:  Validation of the Therapeutic Recommendations of the ATS Guidelines for Community-Acquired Pneumonia in Hospitalized Patients.

October 1996 - Pulmonary & Critical Care Symposium, NYU Medical Center, New York, NY.  "Recent Advances in the Diagnosis and Treatment of Community-Acquired and Nosocomial Pneumonia."

November 1996 - Lecture, University of Pennsylvania Medical Center, Laennec Society, Philadelphia, PA. "Community-Acquired Pneumonia- Update and Review of Guidelines for Treatment."

November 1996 - Grand Rounds, SUNY, Stony Brook, NY. "Community-Acquired Pneumonia " and "COPD."

December 1996 - Medical Grand Rounds, Cabrini Medical Center, New York, NY. "New Concepts in Community-Acquired Pneumonia- An Update of Guidelines."

December 1996 - American Lung Association's 12th Annual Pulmonary Update, Melville, NY. "Treatment of Pneumonia in the Managed Care Environment."

January 1997 - Medical Grand Rounds, Henderson General Hospital and McMaster University, Ontario, Canada.  Medical Grand Rounds:  "Update on Community-Acquired Pneumonia Guidelines."

January 1997 - Grand Rounds, Brooklyn VA Hospital, Brooklyn, NY. "Nosocomial Pneumonia."

January 1997 - Medical Grand Rounds, The New York Hospital, Flushing, NY. "Hospital-Acquired Pneumonia."

**Invited Lectures Cont'd**

February 1997 - Second International Symposium on Infections in the Critically Ill Patient, Barcelona, Spain.

(Member, Organizing Committee).  Co-Chairman, Pulmonary Infections Session. Lecture:  "The Approach to Treatment of Ventilator-Associated Pneumonia:  An American Perspective." Participant, Prevention of Pulmonary Infections Roundtable.

February 1997 - Visiting Professor, Yale University School of Medicine, New Haven, CT.  "Community & Hospital-Acquired Pneumonia:  A 1996 Literature Review."

February 1997 - Society of Critical Care Medicine Symposium-Critical Care: The Beacon of Excellence, San Diego, CA. Moderator:  Controversies and Consensus in the Management of Nosocomial Pneumonia.  Lecture:  "Approaches to the Diagnosis and Antibiotic Treatment of Nosocomial Pneumonia."

March 1997 - Medical Grand Rounds, South Shore Hospital, Weymouth, MA. "Community-Acquired Pneumonia." Medical Grand Rounds, Milton Hospital, Milton, MA. ER Conference, Norwood Hospital, Norwood, MA.

March 1997 - Visiting Professor,  Hospital Louis Mourier, Colombes, France. Lectures:  "Diagnostic Strategy in Patients with Suspected Ventilator-Associated Pneumonia," "Antimicrobial Treatment of Severe Community-Acquired Pneumonia," and "Antibiotic Treatment of Ventilator-Associated Pneumonia: Mono or Combination Therapy."

March 1997 - Director, American College of Chest Physicians' Symposium on Mechanisms and Management of COPD, Chicago, IL.

March 1997 - Co-Moderator, American College of Physicians Meeting-Update in Pulmonary Diseases, Philadelphia, PA.

March 1997 - IPRO Symposium- Adult Pneumonia: Current Concepts and Newer Approaches, Jamaica, NY.  "Guidelines for Managing Community-Acquired Pneumonia."

April 1997 - Grand Rounds, Fairfax Hospital, Falls Church, VA. "The ATS Guidelines:  An Update."

**Invited Lectures Cont'd**

April 1997 - Grand Rounds, Riverside Methodist Hospital, Columbus, OH.
"Controversies in the Management of Nosocomial Pneumonia."
Conference Lecture, Mt. Carmel Hospital, Columbus, OH.  "Nosocomial
Pneumonia."

May 1997 - 7th Annual NY Critical Care Symposium, St. Vincent's Hospital and
Medical Center, New York, NY.  Lectures: "Antibiotic Therapy in Critical Illness,"
"Community-Acquired Pneumonia," and "Controversies in the Diagnosis of
Pneumonia."

May 1997 - American Thoracic Society International Meeting, San Francisco, CA.
Chairman, Symposium- New Paradigms in the Treatment of Common and Atypical
Respiratory Tract Infections
Lecture: New Treatment Strategies in Respiratory Tract Infections."
Chairman, Poster Session:  Community-Acquired Pneumonia. Chairman, Mini-
Symposium:  Nosocomial Pneumonia.
Lectures:  "Preventive Strategies for Community-Acquired Pneumonia."
"From Oropharyngeal and Lower Airway Colonization to Ventilator-Associated
Pneumonia."

May 1997 - Annual Family Medicine Update, University Hospital, Stony Brook, NY.
"Community-Acquired Pneumonia."

May 1997 - Grand Rounds, Stanford University Medical Center, Palo Alto, CA.
"Management of the Patient with Nosocomial Pneumonia."

June 1997 - Seventh World Congress of Intensive an Critical Care Medicine,
Ottawa, Canada.  "Managing Infection," and "Sepsis Due to Hospital-Acquired
Infection."

June 1997 - Grand Rounds, Walter Reed Army Medical Center, Washington, D.C.
"Nosocomial Pneumonia Guidelines."

August 1997 - Thoracic Society of Australia and New Zealand Tsanz Advanced
Course in Pulmonary Infections, Melbourne, Australia. "Community-Acquired
Pneumonia, " Clinical Relevance of Antibiotic   Resistance in Pneumonia," and "The
Case For and Against Invasive Investigation of Nosocomial Pneumonia."

September 1997 - The Anti-Infectives Renaissance- Bayer Ciprofloxacin 10-Year
Anniversary Symposium, Leverkusen, Germany.  Moderator, Panel Discussion:
Antimicrobial Therapy Symposium.

**Invited Lectures Cont'd**

September 1997 - First Annual Thomas J. Godar Pulmonary & Critical Care Symposium, St. Francis Hospital and Medical Center, Hartford, CT. "Overview of Community-Acquired Pneumonia and Nosocomial Pneumonia."

September 1997 - Second Chicago Conference on Current Issues in Pulmonary and Critical Care Medicine, Chicago, IL. "Invasive Diagnostic Approach to Ventilator-Associated Pneumonia is Beneficial to Outcome (Con).

September 1997 - 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Ontario, Canada. Presenter, Abstract:  "A Double Blind, Randomized, Multicenter, Global Study in Hospital Community-Acquired Pneumonia Comparing Trovafloxacin with Ceftriaxone + Erythromycin."

October 1997 - Lecture, Medical Center of Delaware-Christiana Hospital, Newark, DE.  "Diagnosis and Treatment of Hospital-Acquired Pneumonia."

October 1997 - American College of Chest Physicians Meeting, New Orleans, LA. Roundtable Leader-Master Teacher:  4th Fellows Conference.  Lecture for Pulmonary Literature Review Postgraduate Course:  "Pulmonary Infections in the Non-Immunocompromised Host.  Lectures for Postgraduate Course Home Mechanical Ventilation Respiratory Home Care:  "Community-Acquired Pneumonia: Ways to Achieve and Early Discharge, " and "Pneumonia Complicating Mechanical Ventilation." Chairman, Literature Review Courses.  Co-Moderator, Slide Session: COPD: Bugs & Drugs. Chairman, Panel Discussion-Quality Improvement in Critical Care Patients: Opportunities, Goals, and Gaps-Lecture:  Guidelines in Pulmonary & Critical Care Medicine: How Should they be Defined?" Chairman, Panel Discussion-How do you Apply Guidelines to
Antibiotic Therapy in COPD Patients?-Lecture:  "Defining Subsets of Patients with Exacerbations of COPD."

November 1997 - The Ninth Atlantic Respirology Conference, Halifax, Nova Scotia. "Lower Respiratory Tract Infections in COPD" and Nosocomial Pneumonia."

November 1997 - Medical Grand Rounds, New York Medical College, Valhalla, NY. "The New ATS Guidelines for Pneumonia: Their Significance in the Era of Managed Care."

November 1997 - Respiratory Systems Course, University Hospital, Stony Brook, NY.  "Lung Infections."

**Invited Lectures Cont'd**

December 1997 - American Lung Association's 13th Annual Professional Education Conference, Melville, NY. "New Antibiotics for Infection Control," and "Case Management Studies: Dealing with Drug Resistant Infections."

December 1997 - Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY. "Stepdown Therapy in Community-Acquired Pneumonia."

January 1998 - Medical Grand Rounds, The New York Hospital Medical Center of Queens, Flushing, NY. "Nosocomial Pneumonias."

January 1998 - Clinical Problems in Medicine Conference, Brookhaven Memorial Hospital, East Patchogue, NY. "Community-Acquired Pneumonia: Practice Guidelines."

January 1998 - Medical Grand Rounds, Albert Einstein Medical Center, Philadelphia, PA. Diagnosis and Treatment of Pneumonia in Hospitalized Patients."

January 1998 - Family Practice Grand Rounds, North Shore University Hospital at Plainview, Plainview, NY. "Nosocomial Pneumonia."

January 1998 - Medical Grand Rounds, Boston University Medical Center, Boston, MA. " Controversies in the Management of Community-Acquired Pneumonia."

February 1998 - Third International Symposium on Infections in the Critically Ill Patient, Barcelona, Spain. Member, Organizing Committee. Lectures: "Should Evidence Based Medicine be Used to Guide Clinical Decision in Critical Care? (Con) "Future Antibiotics in
Respiratory Infections."

February 1998 - Society of Critical Care Medicine Meeting-
Frontiers in Critical Care, San Antonio, TX.  Moderator of session:
Severe Community-Acquired Pneumonia-Lecture: "Definitions of Severe Pneumonia and Guidelines for Treatment."  Moderator of session:
Controversies in the Management of Nosocomial Pneumonia-Lecture:
"Controversies in the Diagnosis of Ventilator-Associated Pneumonia."
Chairman, Symposium: DPD: Management Issues in Severe Pneumonia-Lecture:
"Antibiotic Therapy of Severe Pneumonia."

February 1998 - Grand Rounds, University of New Mexico Medical School, Santa Fe, NM. "Community-Acquired Pneumonia."

**Invited Lectures Cont'd**

February 1998 - New Mexico Thoracic Society Lung Symposium, Santa Fe, NM. "Antibiotics and the Lung."

February 1998 - Lecture, Lovelace Health Systems, Albuquerque, NM. "Community-Acquired Pneumonia."  Lecture, New Mexico Thoracic Society, Santa Fe, NM. "Antibiotics and the Lung."  Lecture, Indian Health Services, Santa Fe, NM. "Community-Acquired Pneumonia."

March 1998 - 24th Stanford University Winter Course in Infectious Diseases, Sun Valley, ID.  "Community-Acquired Pneumonia: Empiric Therapy versus Organism Directed Therapy, " "Nosocomial Pneumonia,"

March 1998 - Clinical Infectious Disease '98: A Management Review for the Practicing Physician, New York, NY.  "Community-Acquired Pneumonia:  Empiric vs. Specific Management."

March 1998 - 26th Annual Joint Conference of New Jersey Thoracic Society and American College of Chest Physicians, New Brunswick, NJ.  "Controversies in Community-Acquired Pneumonia."

March 1998 - 18th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium.  Chairman: Candida Infections Session.  Participant, Pro-Con Debates: "Evidence Based Medicine Roundtable (con)." "Invasive Diagnostic Techniques in VAP (con)."  Lectures:  "Antibiotic Therapy of Pneumonia." "How I Select an Antibiotic."  Participant, Round Table:  Evidence Based Medicine.

April 1998 - ACP Critical Care Medicine 1998 Course, San Diego, CA.  "Dia0gnosis and Management of Severe Community Acquired and Severe Hospital Acquired Pneumonia."  "Diagnosis and Management of Acute Respiratory Failure in Patients with COPD."

April 1998 - Grand Rounds, Parker Jewish Institute, New Hyde Park, NY. "Pneumonia."

**Invited Lectures Cont'd**

April 1998 - American Thoracic Society / American Lung Association
International Conference, San Diego, CA.
Co-Chairman, Poster Discussion Session: Diagnosis and Therapy of Community-
Acquired and Nosocomial Pneumonia. Chairman, Meet-the-Professor Seminar:
Community-Acquired Pneumonia: Approach to Diagnosis and Therapy. Co-
Chairman, Poster Discussion Session: Diagnosis and Management of Community-
Acquired and Nosocomial Pneumonia." Chairman, Evening Postgraduate Course-
Emerging Trends in Lower Respiratory Tract Infections- Lecture: "New Pathogens
for Respiratory Tract Infections: The Role of Atypical Organisms." Chairman,
Symposium: Respiratory Tract Infections in the Era of Increasing Bacterial
Resistance- Lecture: "Considerations in the Treatment and Management of COPD."
Lecture, Postgraduate Course- Non-Pulmonary Topics in Critical Care: Use and
Abuse of Drugs in the ICU: "Rational Antibiotic Use." Lecture: "Role of Infection: Do
Preventive Strategies Make Sense?" Lecture, Critical Care Symposium- Pulmonary
Infections in the ICU: "Diagnosis of Pneumonia in Ventilated Patients: Invasive
Techniques are not Justifiable for Routine Care." Lecture, Postgraduate Course-
Drug Resistance Pneumococci and other Resistance Microorganisms and Their
Impact on Pulmonary Infections: "Treatment Considerations In Community-Acquired
and Nosocomial Pneumonia." Presenter of two abstracts: "The Cost of Treating
Community-Acquired Pneumonia" and "The Cost of Treating Acute Exacerbations of
Chronic Bronchitis."

April 1998 – Medical Grand Rounds, Bridgeport Hospital, Bridgeport, Ct. "ATS
Community-Acquired Guidelines."

April 1998 – Pulmonary Conference, SUNY at Stony Brook, Stony Brook, NY.
"Community-Acquired Pneumonia."

May 1998 - European Congress of Chemotherapy, Hamburg, Germany.
Co-Chair, Symposium- Rational Treatment Options for Pneumonia  Lecture:
"Efficient Use of Hospital Resources in Community-Acquired Pneumonia." Raxar
Symposium-Empiric Therapy for Community-Acquired Lower Respiratory Tract
Infections. Lecture: Diagnosis-Does it Matter."

May 1998 - CME Lecture Series, Brunswick Hospital Center, Amityville, NY.
"Nosocomial Pneumonia."

May 1998 - 18th Annual WUH-ACP Internal Medicine Board Review Course,
Winthrop-University Hospital, Mineola, NY.  "Critical Care Review."

May 1998 - Medical Grand Rounds, Presbyterian Hospital in the City of New York,
NY.  "Community-Acquired Pneumonia."

**Invited Lectures Cont'd**

May 1998 - Sunrise Dialogues held in conjunction with ICID Meeting, Boston, MA. "Diagnosis, Assessment of Severity, and Treatment Guidelines in Community-Acquired Pneumonia."

June 1998 - 7th International Congress of Internal Medicine, Buenos Aires, Argentina. "Community-Acquired Pneumonia 1998: An Overview," "Nosocomial Pneumonia," and "Controversies in the Diagnosis of Nosocomial Pneumonia."

June 1998 - Grand Rounds, Jacksonville University Medical Center, Jacksonville, FL. Grand Rounds, University of Florida, Gainesville, FL. "Update on ATS Guidelines." Grand Rounds, University of Florida at Gainesville, Gainesville, FL. "Update on ATS Guidelines."

June 1998 - Medical Grand Rounds, Lakewood Hospital, Lakewood, OH. "Nosocomial Pneumonia."

July 1998 - The First International, Independent, Multidisciplinary Meeting on Chronic Obstructive Pulmonary Disease, Birmingham, England. Chairman of Plenary Session: Infection/Immunology. Lecture for Clinical Issues in Infection Simultaneous Session: Antibiotic Choice and Resistance.

July 1998 - Conference, Nassau County Medical Center, East Meadow, NY. "Update on Pneumonia."

September 1998 - Utah Chapter of the American College of Physicians Annual Scientific Session, Salt Lake City, UT. "Community-Acquired Pneumonia."

September 1998 - ACCP Pulmonary Board Review Course, Washington, D.C. "Pneumonia I." "Pneumonia II."

September 1998 - Visiting Professor, William Beaumount Hospital, Royal Oak, MI. "Pneumonia Management."

September 1998 - Critical Care Grand Rounds, Henry Ford Health System, Detroit, MI. "Nosocomial Pneumonia."

October 1998 - Lecture, The 12th Annual Kjeldgaard Day Symposium, Portland, ME. "New Concepts in Community-Acquired Pneumonia."

**Invited Lectures Cont'd**

October 1998 - Guest Speaker, 29th Congresso Brasileiro De Pneumologia e Tisiologia Meeting, Rio de Janeiro, Brazil.  Lectures: "Guidelines for the Treatment of Nosocomial Pneumonia." "The Clinical  Relevance of Antimicrobial Resistance for the Treatment of Respiratory Infections." "The Empirical Treatment of Community-Acquired Pneumonia:  An American View." "New Quinolones on Respiratory Infections."

October 1998 - Pulmonary Grand Rounds, Brooklyn V.A. Medical Center, Brooklyn, NY.  "Nosocomial Pneumonia."

October 1998 - Grand Rounds, Hershey Medical Center, Hershey, PA. "New Strategies for the Treatment of Community-Acquired Pneumonia."
October 1998 - Department of Medicine Grand Rounds, Truman Medical Center, Kansas City, MO.  "Nosocomial Pneumonia."  Pulmonary Round Table Lecture: "Nosocomial Pneumonia."

October  1998 - Philippine Medical Society Meeting, New Hyde Park, NY.  "Acute Bacterial Exacerbation of Chronic Bronchitis."

October 1998 - City-Wide Chest Conference, Strong Memorial Hospital, Rochester, NY.  "Controversies in the Management of Nosocomial Pneumonia."

October 1998 - Medical Seminar-Diagnosis and Treatment of Pulmonary Infections, Allegheny University Hospitals, Philadelphia, PA.
"Community-Acquired Pneumonia: Update on Diagnosis and Therapy." Pro/Con Debates:  Controversies in the Diagnosis of Pneumonia- Can we do Without the Gram Stain? Con:  "Against Gram Stain." "Are Protected Brush Samples of Value-Con?"  Lecture: "Pneumonia in the ICU Patient:  How Can we Improve Management."

November 1998 - Second International Meeting on the Therapy of Infections, Florence, Italy.  "Community and Hospital Pneumonia: Diagnosis, Assessment of Severity, and New Strategies for Antimicrobial Therapy."

November 1998 - American College of Chest Physicians Meeting -
64th Annual International Scientific Assembly and the
XIX World Congress on Diseases of the Chest, Toronto, Ontario, Canada.
Chairman, Plenary Session: Are Guidelines Useful for Improving Outcomes in Patients with Respiratory Infections?  Lecture, Postgraduate Course-Pulmonary Literature Review:  "Non-immunosuppressed Host Infections."  Lecture, Literature Review Panel Discussion:  "Pulmonary Infection."

November 1998 - Grand Rounds, Buffalo General Hospital, Buffalo, NY.
"New ATS Guidelines in the Management of Community-Acquired Pneumonia."

**Invited Lectures Cont'd**

November 1998 - Respiratory Systems Course, SUNY at Stony Brook, Stony Brook, NY.  "Lung Infections."

December 1998 - Medical Grand Rounds, Michael Reese Hospital and Medical Center, Chicago, IL.  "Advances in the Treatment of Community-Acquired Pneumonia." Primary Care Symposium Lecture: "Scientific Basis of Guidelines in the Diagnosis and Treatment of Community-Acquired Pneumonia."

December 1998 - Medical Grand Rounds, St. Barnabus Hospital, Bronx, NY. "Diagnosis and Treatment of Pneumonia - An Old Man's Friend."

January 1999 - Grand Rounds, Newport Hospital, Newport, RI. "Management of Community-Acquired Pneumonia."

January 1999 - Lecture, New England Medical Center, Boston, MA. "Community-Acquired Pneumonia and the ATS Guidelines."

January 1999 - Grand Rounds, Maricopa Medical Center, Phoenix, AZ. "Guidelines for Community-Acquired Pneumonia: New Strategies."

January 1999 - Grand Rounds, University of South Carolina, Columbia, SC. "Community-Acquired Pneumonia."

January 1999 - Grand Rounds, Greenville Memorial Hospital, Greenville, SC. "Community-Acquired Pneumonia."

January 1999 - City Wide Pulmonary Conference, University of Minnesota, Minneapolis, MN.  "Current Strategies in the Treatment of Community-Acquired Pneumonia and the Importance of Early Intervention."  Grand Rounds, Regions Hospital, St. Paul, MN.
"Current Strategies in the Treatment of Community-Acquired Pneumonia."

January 1999 - Medical Grand Rounds, Mount Sinai Services-Queens Hospital Center, Jamaica, NY.  "Treatment of Community-Acquired Pneumonia versus Hospital-Acquired Pneumonia.

January 1999 - Grand Rounds, Lincoln Medical and Mental Health Center, Bronx, NY,  "Community-Acquired Pneumonia."

February 1999 - Grand Rounds, East Orange General Hospital, East Orange, NJ. "The Treatment of Nosocomial and Community-Acquired Pneumonia."

February 1999 - Issues & Controversies in Respiratory Medicine Symposium, Key West, FL.  "Respirology - Can Quinolones Improve Outcomes?"

**Invited Lectures Cont'd**

February 1999 - Grand Rounds, Fairfax Hospital, Fairfax, VA. "Atypical Pneumonia."

February 1999 - Grand Rounds, Montefiore Medical Center, Bronx, NY. Nosocomial/ICU Pneumonia."

February 1999 - Medical Grand Rounds, Danbury Hospital, Danbury, CT. "Guidelines for the Management of Community and Hospital-Acquired Pneumonia."

February 1999 - Grand Rounds, Baystate Medical Center, Springfield, MA. "Guidelines for the Management of Community and Hospital-Acquired Pneumonia."

February 1999 - ATS State-of-the-Art Course, Valencia, CA. "Diagnosis and Management of Ventilator-Associated Pneumonia."

February 1999 - Grand Rounds, Harlem Hospital, Harlem, NY. "Community-Acquired Pneumonia."

February 1999 - Pulmonary Conference, Cedars-Sinai Hospital, Los Angeles, CA. "Respiratory Tract Infections."

March 1999 - Grand Rounds, Hackensack Medical Center, Hackensack, NJ. "Update on Guidelines for Pneumonia."

March 1999 - 9th European Congress of Clinical Microbiology and Infectious Disease, Berlin, Germany. "Perspectives of Diagnostic Tools in Community-Acquired Pneumonia."  "Are Invasive Diagnostic Measurements Indicated in Ventilation Acquired Pneumonia?"

March 1999 - Clinical Infectious Disease 1999 - A Management Review for the Practicing Physician, The Waldorf-Astoria Hotel, New York, NY.  "Community-Acquired Pneumonia:  Empiric versus Specific Management."

April 1999 - Infectious Disease Grand Rounds, Long Island College Hospital, Brooklyn, NY.  "Community-Acquired Pneumonia."

April 1999 - Grand Rounds, UCLA Medical Center, Los Angeles, CA. "New Strategies for the Treatment of Community-Acquired Pneumonia."

**Invited Lectures Cont'd**

April 1999 - ACP-ASIM Critical Care 1999 Medicine Course, New Orleans, LA. "Diagnosis and Management of Severe Community-Acquired and Hospital-Acquired Pneumonia." "Management of Respiratory Failure in Patients with COPD."

April 1999 - Department of Medicine Grand Rounds, Santa Clara Valley Medical Center, Santa Clara, CA. "Community-Acquired Pneumonia and ATS Guidelines."

April 1999 - The 54th Annual Meeting of the Massachusetts Thoracic Society Meeting, Burlington, MA. "New Strategies for Community-Acquired Pneumonia."

April 1999 - American Thoracic Society/American Lung Association International Conference, San Diego CA. Lecture, Postgraduate Course-Advances in the Diagnosis of Lung Infection: "Cost-Effective and Rational Approaches to Diagnosing Community-Acquired Pneumonia: When is it Important to Establish an Etiologic Agent?" Lecture, Critical Care Track-Controversies in Critical Care Medicine I: "The Optimal Treatment for Hospital-Acquired Pneumonia: Empirical Therapy Based on Practice Guidelines (Pro)." Lecture, Clinical

April 1999 - American Thoracic Society/American Lung Association International Conference, San Diego CA.: [Cont'd]
Topics in Pulmonary Medicine-Clinical Year in Review 3: "Pulmonary Infections." Presenter, Meet-the-Professor Seminar-Prevention and Treatment of Nosocomial Pneumonia In and Out of the ICU."

April 1999 - Internal Medicine Grand Rounds, St. Francis Medical Center, Pittsburgh, PA. "Nosocomial Pneumonia."

May 1999 - American Geriatric Society Symposium-Respiratory Infections in Older Adults, Philadelphia, PA. "Critical Decisions in the Management of Community-Acquired Pneumonia."

May 1999 - Grand Rounds, Mid-Hudson Health Center, Poughkeepsie, NY. "New Strategies for the Management of Community-Acquired Pneumonia."

May 1999 - 19th Annual WUH-ACP Internal Medicine Board Review Course, Jericho Terrace, Mineola, NY. "Critical Care Review."

May 1999 - Infectious Disease Lecture, State University of NY Health Science Center, Brooklyn, NY. "Nosocomial Pneumonia."

August 1999 - ACCP Pulmonary Board Review Course, Orlando, FL. "Pneumonia I." "Pneumonia II."

**Invited Lectures Cont'd**

October 1st, 1999 – Winkleman Lecture, SUNY Health Science Center, Syracuse, NY.  "Nosocomial Pneumonia."

November 1999 – IPRO Regional Community Acquired Pneumonia Conference, New York City, "Community Acquired Pneumonia"

November 1999 – IDSA Symposium, "Strategies for Improving Patient Outcome in Community-Acquired and Nosocomial Pneumonia", Philadelphia, PA

December 1999 – Hellenic Congress on Chest Diseases, Athens Greece: "Controversies in the Management of the Nosocomial Pneumonia."

January 2000 – New York State Thoracic Society/American Thoracic Society's annual scientific assembly, White Plains, NY; "Community-Acquired Pneumonia:  A Decade in Perspective".

January 2000 – MCP Hahnemann University, Philadelphia, PA.  "Update on the Management of Community-Acquired Pneumonias"

January 2000 – University of Pennsylvania, Philadelphia, PA. "Community Acquired Pneumonia"

January 2000 – University of Rochester,  Rochester, NY, "Treatment Guidelines for Community Acquired Pneumonia

January 2000 – New York State Thoracic Society 2000 Annual Scientific Assembly, White Plains, NY,  "Community Acquired Pneumonia: a Decade in Perspective"

February 2000 – Barcelona, Fifth International Symposium on Infections in the Critically Ill Patient, "New ATS Guidelines For Community Acquired Pneumonia"

February 2000 – American Thoracic Society, Fifth Annual State of the Art Review Course, Washington D.C., "Diagnosis and Treatment of Ventilator-Associated Pneumonia"

February 2000 – Forum on Respiratory Infections, Monte Carlo, "Achieving Optimal Outcomes in CAP:  Cost Effective Management.

March 2000 – 20TH International Symposium on Intensive Care and Emergency Medicine,  Brussels, Belgium:  "Treatment of VAP"

**Invited Lectures Cont'd**

**April** 2000 – ACP/ASIM, Philadelphia, PA, "New Recommendations For Diagnosis & Treatment of CAP" & "Controversies In The Treatment of Respiratory Bacterial Infections"

May 2000 – ATS 2000, Toronto, "Antibiotic Resistance in the Critical Care Unit"

June 2000 – Visiting Professor, Lahey Clinic Grand Rounds, "New Concepts In Community-Acquired Pneumonia.

June 4, 2000 – **ACCP,** Pulmonary Board Review 2000, Anaheim, CA, "Pneumonia I & II"

July 2000 – NATO Conference, Corfu, Greece, "Empirical Treatment of Pneumonia in the ICU"

August 2000 – ACCP Pulmonary Board Review, Pittsburgh, PA "Pneumonia"

September 2000 – 40th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto Canada, "Community Acquired Pneumonia"

September 2000 – Pennsylvania Thoracic Society Annual Scientific Sessions, Philadelphia, PA, "New Concepts in CAP".

September 2000 –Lenox Hill Hospitals, NYC, "Community Acquired Pneumonia"

October 2000 – ACCP 66TH Annual International Scientific Assembly, Hilton Hotel, San Francisco, CA, "New Concept For Community Acquired Pneumonia"; "Challenges In the Management of Serious Gram-Positive Bacterial Infections"; New Options in the Management of Gram Positive Bacterial Pneumonia"; "Antimicrobial Resistance in the ICU"; "current Trends in the Management of the Critically Ill Patient"; "Options for the Treatment of Community-Acquired Respiratory Tract Infections"

November 2000 – Grand Rounds, Medical University of South Carolina, "Community Acquired Pneumonia".

December 2000 – 28th Argentine Congress on Respiratory Medicine, " Controversies in the Management and Prevention of Community Acquired Pneumonia", "New Therapeutics Agents in Nosocomial Pneumonias","Ventilator Associated Pneumonia", New Concepts in Management of Community Acquired Pneumonia".

**Invited Lectures Cont'd**

January 2001 – The 6th Boehringer Ingelheim Annual Respiratory Workshop (Singapore/Bangkok),  "Pneumonia, an update": "Controversies in the diagnosis of nosocomial pneumonia", "New strategies for the management of community-acquired pneumonia", Treatment and pathogenesis of nosocomial pneumonia", "Antibiotic resistance in the ICU".

**January 2001** – Sixth symposium on infections in the critically ill patient, Barcelona, Spain, "New Antibiotics Agents".

February 2001 – Hawaii Thoracic Society, "Controversies in Nosocomial Pneumonia", New strategies for CAP", "The role of infection in exacerbations of COPD".

February 2001 – Rush-Presbyterian-St. Luke's Medical Center, Chicago, Ill, "Controversies in the management of nosocomial pneumonia".

February 2001 – Medical Grand Rounds Northwestern University Medical School, Chicago, Ill, "New Concepts in CAP".

March 2001 – 25TH Annual Internal Medicine Conference, Orlando, FL., "Community Acquired Pneumonia".

March 2001 – International Symposium on Intensive Care Medicine, Brussels, " "Preventing Infections",  "Antibiotic Resistance:  How Does it Influence Empiric Therapy?", "Therapy of CAP",

April 2001 – San Juan Hospital, San Juan, Puerto Rico, "Controversies in the Management of Nosocomial Pneumonia".

May 2001 – 97TH International Convention, Joint ATS/ERS Symposium, San Francisco, Calif., "Choosing an Antibiotic for CAP", "Current Issues in the Diagnosis and Management of CAP", "Pneumonia in the Elderly", "Pneumonia in the ICU".

June 2001 – Spanish Society Congress of Pulmonology, La Coruna.  "Use of Macrolides According to Recent Guidelines for CAP", "New ATS Guidelines 2001".

June 2001 – 1ST International Symposium on Intensive Care Therapy, Sao Paolo, Brazil, "Micro-organism Resistance in the ICU", "Antibiotic Rotation:  Usefulness for Controlling Antimicrobial Resistance in ICU", "How to Choose Antibiotics for Severe CAP", "Current Status of the Treatment for Ventilator Associated Pneumonia".

**Invited Lectures Cont'd**

August 2001 – ACCP Board Review, Orlando, "Pneumonia I & II.

Sept 2001 – 5th Annual Thomas J. Godar Pulmonary/Critical Care Symposium, St. Francis Hospital and Medical Center, Hartford, CT, "Nosocomial Pneumonia."

Sept 2001 – Grand Rounds at Lincoln Hospital, Bronx, NY, "Community Acquired Pneumonia."

Oct 2001 – Connecticut Thoracic Society 2001 Annual Meeting and Scientific Sessions, New Haven, CT, "New Concepts in Community-Acquired Pneumonia."

Oct 2001 – Mather Hospital, Port Jefferson, NY, "Severe Sepsis".

Oct 2001 – Grand Rounds, The National Naval Medical Center, Bethesda, MD, "New Concepts in Community-Acquired Pneumonia."

Nov 2001 – American College of Chest Physicians Annual Meeting, Philadelphia, PA, "Creating The Right Environment:  Appropriate Use of Antibiotics in an Era of Resistance", Drug-Resistant Lower Respiratory Tract Pathogens:  Should we be concerned?, "2001 ATS Guidelines and The 2000 Guidelines For CAP", The Importance of Gram-Positive Bacterial Infections in the Hospital Setting – Optimizing the Antibiotic Management of CAP.", "Drug-Resistant Pneumococcus", "The Critical Role of Initial Empiric Therapy in HAP", "The Critical Role of Empiric therapy in Optimizing Outcomes", Improving Outcomes in Community-Acquired Pneumonia – Making Sense of New Guidelines for CAP".

Nov. 2001, Grand Rounds, North Shore University Hospital, Manhasset, NY, "Community Acquired Pneumonia:  New Guidelines".

Dec. 2001, Grand Rounds University of Illinois, Chicago, IL, "Emerging Antibiotic Resistance in Community-Acquired Pneumonia".

Dec. 2001, Pulmonary Grand Rounds, Barnes Jewish Hospital, St. Louis, MO, "Community-Acquired Pneumonia Guidelines."

Jan, 2002, University of Iowa, Iowa City, Iowa, "New Concepts and Guidelines for Community-Acquired pneumonia."

Jan, 2002, University of Rochester Critical Care Conference, Rochester, NY, "Nosocomial Pneumonia".

**Invited Lectures Cont'd**

Jan, 2002, 7th International Symposium on Infections in the Critically Ill Patient, Barcelona, Spain, Chairman.  "Pulmonary Infections: Literature Update on Pulmonary Infections", "Quinolones Monotherapy for Severe Acquired Pneumonia".

Feb, 2002, II FORUM ON respiratory Tract Infections, Monte-Carlo.  "CAP: Optimizing Therapy for Hospitalized Patients, Role of CAP Guidelines."

March, 2002, Thoracic Society of Australia and New Zealand, Cairns, Australia, "Global Trends in Antibiotic Resistance", "Antibiotic Guidelines for CAP", "Invasive Diagnostic Testing can Improve Outcome in Ventilator Associated Pneumonia."

April, 2002, University of Michigan, Ann Arbor, Michigan-Symposium, NCCLS Guidelines 2002: Microbiology Recommendations and Clinical Relevance", "Is Pneumococcal Resistance Relevant in the Therapy of CAP?

April, 2002, ACP/ASIM Annual Session, Phil, PA, "Community Acquired Pneumonia", "Management of Respiratory Infection in the Office Setting".

April, 2002, ECCMID, Milan, Italy, "Treat The Infection Or Follow the protocol?  (An Interactive debate), Do we need a fail-safe option?

May, 2002, 22nd Annual Internal Medicine Board Review Course, Jericho Terrace, Mineola, NY, "Sepsis".

May, 2002, International Consensus Conference in Intensive Care Medicine, ICU-Acquired Pneumonia, Chicago, ILL, Question 1:  Pathophysiological Characteristics and Pathogenesis of ICU-Acquired Pneumonia: The relationship between upper-airway colonization and ICU-acquired lung infection", Question 2: On which grounds should empiric therapy for pneumonia be initiated?

June,2002, Symposium "Resistant Infections from the Community to the ICU, Ghent, Belgium.

July, 2002, Pakistani Medical Society Lecture, New York, NY, "Community-Acquired Pneumonia".

July, 2002     Lenox Hill Hospital, NY, NY, "Acute Exacerbations of Bronchitis in COPD.

August, 2002, 4th Combined Critical Care Course (ACCP), Chicago, IL., "Pneumonia", "Antibiotic Use in the ICU".

**Invited Lectures Cont'd**

August, 2002, ACCP Pulmonary Board Review, Chicago, IL, "Pneumonia I" & "Pneumonia II".

Sept, 2002, European Respiratory Society Annual Congress 2002, Stockholm, Sweden, Bacterial infection and Acute Exacerbations of COPD, "Which Antibiotics and When? "Hot Topics in Antibiotic Use in RTI'S."

Sept, 2002, Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), San Diego, Calif., Meet the expert: VAP and CAP.

Oct, 2002,     Santiago, Chilie, Antibioticos En Infecciones Respiratorias, Instituto Nacional del Torax, "Germenes Comunitarios en Neumonia communitaria:Resistencia a los antibioticos, "Germenes nosocomiales. Resistencia a los Antibioticos", "Exacerbacion Infecciosa En COPD" Nuevas Guias ATS".

Oct, 2002, Massachusetts General Hospital, Pulmonary & Critical Care Division, "Acute Exacerbations of Chronic Bronchitis."

Nov, 2003, Chest 2002 68th Annual International Scientific Assembly, San Diego convention Center, Calif., "Community-Acquired Pneumonia, Infection in AECB, Nosocomial Pneumonia", "Nosocomial Pneumonia Forum: 2[nd] Annual Debate on the Critical Role of Empiric Therapy", "Community-Acquired Pneumonia: Macrolides vs. Fluoroquinolones, Clinical Controversy", Pneumonia: Treatment and Prevention", "Reassessing Community-Acquired Pneumonia Guidelines."

Nov, 2002, Grand Rounds at St. Luke's Roosevelt Hospital, NY, NY, "Acute Exacerbation of Chronic Bronchitis".

Dec. 2002, Grand Rounds, Parker Geriatric, New Hyde Park, NY, "Community-Acquired Pneumonia".

Dec, 2002, Grand Rounds, Emergency Department, University of Maryland "Community-Acquired Pneumonia".

Dec. 2002, Visiting Professor, Pulmonary, Mountainside Hospital, Montclair, New Jersey, "Community Acquired Pneumonias".

Jan. 2003, Visiting Professor, LSU Medical Center, New Orleans, LA, "Community-Acquired Pneumonia".

Jan. 2003, St. Raphael's Hospital, New Haven, Conn., "Changing Pattens in Resistance of Lower Respiratory Tract Infections".

## Invited Lectures Cont.

Feb. 2003, Morristown Memorial Hospital, Morristown, NJ, "Antibiotic Therapy"

Feb. 2003, 41st Annual Symposium on Critical Care, Trauma and Emergency Medicine, Las Vegas, Nevada, "Nosocomial Pneumonias: Pathogenesis, Diagnosis and Management", "Advances in Mechanical Ventilation & Weaning", General Principles of Antibiotic Therapy", "Management of Sepsis with Special References to Empiric Therapy".

Feb. 2003, Eighth International Symposium on Infections in the Critically Ill Patient, Paris, France, "Natural History of Resolution of VAP", Do you Follow Guidelines for CAP".

March 2003, New York State Society of Physicians Assistants Spring CME Conference, NY, NY, "Acute Bacterial Exacerbation of Chronic Bronchitis".

March 2003, International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, "Antibiotic Resistance in Respiratory Infections", "Invasive Diagnostic Methods Improve Outcome in VAP", "Nosocomial Infections: Prevention", "When to Stop ATB Therapy", "Getting it Right From the Start to Finish: The Role of De-Escalation Therapy Held in the Benelux Room At The Congress Center", "The Piro Concept".

April  2003, ACP/ASIM 2003 Annual Session, San Diego, California, "Critical Care Medicine", "Community Acquired Pneumonia", "Acute Exacerbation of Obstructive Lung Disease", "Pneumonia in the Critically Ill Patient: Diagnosis and Management Goals".

April 2003, Menkes Memorial Lecture at Maryland Thoracic Society's Annual Meeting & Scientific Session, Infectious Diseases in Pulmonary and Critical Care Medicine, "ventilator-Associated Pneumonia", "ATS Guidelines on CAP".

April 2003, 7TH State of the Art Interdisciplinary Review Course on Pulmonary and Critical Care Medicine, Athens, Greece. "Controversies in the Diagnosis of Nosocomial Pneumonia", The Impact of Antibiotic Resistance on the Management of Nosocomial Pneumonia".

May 2003, ECCMID, Glasgow, Scotland, "The Clinical Impact of Antibiotic Resistance", "Bacterial Etiology of RTI's: An Update", "The Current Role of Macrolides in the Treatment of CAP".

**Invited Lectures Cont.**

May 2003, American Thoracic Society, Seattle WA, "Diagnosis & Management of VAP", "Novel Insights in the Treatment Options of AECB: When to Prescribe Antibiotics and Which?

May 2003, Regional Pulmonary & Critical Care Course, Mexico, "Controversies in the Management of Nosocomial Pneumonia".

June 2003, 2ND International Symposium on Intensive Care and Emergency Medicine for Latin America, Sao Paulo, Brazil, "Management of Severe Acquired Pneumonia in the ICU", "Management of VAP: A Non-Bronchoscopic Clinical Approach".

July 2003, St. Vincents Medical Center, Bridgeport, Conn, Medical Grand Rounds "Community-Acquired Pneumonia".

August 2003, ACCP Critical Care Review Board, Scottsdale, Arizona, "Pneumonia", "Antibiotic Use In The ICU", "Infectious Disease problems", "Pneumonia I" & "Pneumonia II".

Sept 2003, Creighton University Medical Center, Omaha, NE, Medical Grand Rounds, "Nosocomial Pneumonia-Update in Treatment and Prevention".

Sept 2003, International Society of Chemotherapy conference on CAP, Ontario, Canada.

Sept 2003, Thomas J. Godar Critical Care Conference at St. Francis Hospital, Hartford, Conn., "The Role of Antibiotics in the Treatment of COPD".

Sept 2003, European Respiratory Society, Vienna, Austria, "What are the Benefits to Antibiotic Therapy"?

Oct 2003, Columbian Society of Pulmonology & Thoracic Surgery, Cartagena, Columbia, "Controversies in the Management of Nosocomial Pneumonia", Diagnosis of Nosocomial Pneumonia & the Resolution of Nosocomial Pneumonia",

Oct 2003, DeKalb Medical Center, Decatur, GA, "Management of CAP".

Oct 2003, Clinical SARS Conference, Bethesda, Maryland.

Oct 2003, Sixty-Ninth Annual Assembly of the ACCP, Orlando, Fla., "Issues in the Management of AECB", length of Therapy for Uncomplicated CAP".

**Invited Lectures Cont.**

Nov 2003, Puerto Rico Pneumology Society, San Juan, Puerto Rico, "New Concepts in CAP", "The Role of Infection in the Exacerbation of COPD".

Nov 2003, Duke University, Chapel Hill, NC, "New Concepts in Community-Acquired Pneumonia"

Nov 2003, Baylor Medical Center, Dallas, TX, "New Concepts in Community-Acquired Pneumonia".

Jan. 2004, Hahnemann University Hospital, Phil, PA, "Difficulty to Manage Pneumonias Including ventilator Associated Pneumonia".

Jan. 2004, University of Miami, 39th Annual Postgraduate Course in Internal Medicine, "Community Acquired Pneumonia".

Jan. 2004, Ninth Internal Symposium on Infections in the Critically Ill Patient, Rome, Italy, "The Relationship Between Upper-Airway Colonization and ICU Acquired Pneumonia", "New ATS Nosocomial Pneumonia Guidelines".

Feb. 2004, Critical Care Medicine Conference, Caesars Palace, Las Vegas, Nevada., "Ventilator-Associated Pneumonia".

Feb. 2004, Third Forum on Respiratory Tract Infections, Contemporary Issues and Controversies. (Treatment of Severe Pneumonia in the Elderly), "Role of Carbapenems in Bacterial Pneumonia", The Continuing Role of Macrolides in CAP, "Clinical Significance of Macrolide Resistance".

Feb. 2004, Critical Care Medicine and Pediatric Critical Care Medicine Editorial Board Meeting, St. George, Orlando. "Microbiologic Diagnosis of Pneumonia in ICU: Noninvasive.

March/April 2004, 24TH International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium. "Invasive Diagnostic Methods in Suspected VAP", "De-escalation is a valuable option", "Duration of ATB Therapy", "Challenges in the Management of CAP & HAP in the ICU", "Community-Acquired Pneumonia", "Current Expert Consensus on Delivering De-escalation therapy in Clinical Practice", "New Guidelines"

April 2004, Grand Rounds, Baystate Hospital, Mass., "Infectious Disease/VAP".

April 2004, ACP/ASIM Critical Care Pre-session, New Orleans, Louisiana. "Pneumonia in the Critically Ill Patient: Diagnostic and Management Goals", "Acute Exacerbation of Obstructive Lung Disease".

**Invited lectures cont.**

April 2004, Infection, Maximizing the Probability of Positive Outcomes, Frisco, Texas.  "How can we use antibiotics responsibly in the ICU", "New Guidelines for the therapy of Nosocomial Pneumonia".

May 2004, 14TH European Congress of Clinical Microbiology and Infectious Disease, (ECCMID), Prague, Czech Republic.  "Clinical Relevance of In Vitro Antibiotic Resistance".

May 2004, Yale Univ. Medical Ctr., Boston, Mass., "New Concepts of CAP/Management of Nosocomial Pneumonia in the Era of Antibiotic Resistance".

May 2004, American Thoracic Society 2004, Orlando, Fla., "Treatment of Pulmonary Infections", "New Guidelines for Nosocomial Pneumonia".

June 2004, Grady Memorial Hospital, Atlanta, GA., "De-escalation Therapy: Current Concepts in the Management of serious bacterial infections".

June 2004, University of Minnesota, Saint Paul, Minn.   Visiting Professor, Pulmonary Division. "Tequin".

June 2004, American Lung Association, Chicago, IL, "Challenges in Community-Acquired Pneumonia and Ventilator-Associated Pneumonia".

June 2004, University of Miami, Grand Rounds, Miami, Florida. "Nosocomial Pneumonia".

August 2004, Critical Care Board Review Course/ACCP Pulmonary Board Review Course, Orlando, Florida, "Antibiotic Use in the ICU", Pneumonia in the ICU", "Pneumonia I" & "Pneumonia II".

September 2004, European Respiratory Society, Glasgow, Scotland, "guidelines in the United States – Focus on the New American Thoracic Society Guidelines", "Treatment Guidelines for CAP and the Role of Macrolides".

October 2004, Chest 2004, Seattle, WA, "Pneumonia/Tuberculosis", "Escalation/De-Escalation of Initial empiric ventilator-associated pneumonia therapy: Interim results form the assessment of local antimicrobial resistance measures study", "Panel Discussion/Patient-focused care for respiratory infections: Optimizing patient outcomes", "Optimizing outcomes of ventilator-associated Pneumonia",  "Panel Discussion – New nosocomial pneumonia guidelines", "Algorithms for Therapy",

**Invited lectures Cont.**

October 2004, Chest 2004, Seattle, WA Continued.

Posters-Bacteriologic eradication of haemophilus influenzae to patients with acute "bacterial exacerbations of chronic bronchitis: a comparison of moxifloxacin to macrolide agents", Moderator -"Respiratory Infections: evaluation and Outcome", "Panel Discussion-Severe-community-acquired Pneumonia", "Empiric therapy in SCAP".

November 2004, SUNY Downstate Medical Center, Brooklyn.  "VAP & Tracheobronchitis".

November 2004, Fairfax Hospital, Canada.  "New Concepts in the Management of CAP".

December 2004, Asia Pacific Society of Respirology, Hong Kong & Bejing, China. "The use of antibiotics in respiratory infections", "New approaches to management of CAP and AECB", The principles of antibiotic use and the selection of empiric therapy for pneumonia", "New approaches to management of LRTI and AECB", "COPD exacerbation/venue", "CAP Guideline: is it an important criteria to follow when treating CAP?"

January 2005, Grand Rounds for University of Connecticut, "Implications of Gram Positive Resistance in the Critically Ill Patient".

Jan, 2005, Grand Rounds for Lenox Hill Hospital, NYC,"Community-Acquired Pneumonia".

Jan. 2005, 10th International Symposium on Infections in the Critically Ill Patient, Porto, Portugal, "Nosocomial Pneumonia in the ICU – Diagnosis, Risk Factors and Prevention".

Feb. 2005, 43rd Dr. Harry Weil Annual Critical Care, Trauma and Emergency Medicine Symposium, Las Vegas, Nevada, "Management of Exacerbations of COPD".

Feb. 2005, VAP Conference for AARC and Respiratory Care, Cancun, Mexico, "The Clinical Diagnosis of VAP".

March 2005, 20th Annual State of the Art Conference (SOTA X) – American Thoracic Society, "Outpatient Management of Respiratory Infections"

March 2005, The National Foundation for Infectious Diseases (NFID).  "Pros and Cons of Broad Spectrum Antibiotic Use".

**Invited lectures Cont.**

March 2005, 25TH ISICEM, Brussels, Belgium, "Severe Infections", "Severe Community Acquired Pneumonia", "Recent Guidelines – Diagnosis of VAP", "Nosocomial Infections", "How do PK Properties play a role in empiric therapy treatment choice in HAP", Antibiotic Therapy", How to restrict antibiotic use", "

April 2005, 15th ECCMID, Copenhagen, Denmark, "The Issue of Resistance and the Need for Future Development of Antimicrobial Therapies."

April 2005, 2005 Annual Session of the American College of Physicians, San Francisco, Calif., "Critical Care Medicine", "Treatment of Community-Acquired Pneumonia in the Era of Multiple Clinical Guidelines", "Pneumonia in the Critically Ill Patient: Diagnostic and Management Goals", Management of Acute Airflow Obstruction".

April 2005, Jefferson University Hospital, Philadelphia PA, "Community-Acquired Pneumonia".

April/May 2005, Bayer Avelox Meeting in Australia, "."Reassessing Respiratory Tract Infections", "Community-Acquired Pneumonia".

May, 2005, John Hopkins, Baltimore, MD, "Community-Acquired Pneumonia'.

May, 2005, American Thoracic Society International Conference, San Diego, CA. "Nosocomial Pneumonia Guidelines", "Resolving Controversies in Pneumonia Management: New Guidelines for CAP and HAP – Treatment Algorithms' for HAP", "Treatment and Outcome of Respiratory Infections".

July, 2005, International Congress of Intensive Care Medicine, Lima, Peru, "A clinical approach to the diagnosis of VAP", "New Treatment Guidelines for HAP", "How To Use Antibiotics responsibly in the ICU"

July, 2005, Combined South African Thoracic Society & Critical Care Society of Southern Africa, Sun City, So. Africa, "When To Change Antibiotics in the Therapy of VAP", "Understanding the Natural History of Ventilator Pneumonia Resolution to Optimize Duration of Therapy", "Severe CAP" "How to Use Antibiotics Responsibly in the ICU", The Role of Infection in COPD Exacerbations", "New Guidelines for HAP"

August, 2005, ACCP Critical Care Board Review Course 2005, Scottsdale, AZ, "Pneumonia", "Antibiotic Use In The ICU", Infectious Disease Problems"

Sept, 2005, Orlando Regional Medical Center, Orlando, Fla, "New Guidelines for Nosocomial Pneumonia.

Invited Lectures, Cont.

Sept. 2005, 2nd ISC-CAP 2005 Congress (Int'l Society of Chemotherapy), Montreal, Quebec, "Impact of Bacterial Resistance on Practical Management (Betalides & Macrolides).

Sept. 2005, 18th Annual Congress of the European Society of Intensive Care Medicine (ESICM), Amsterdam, Netherlands, "Clinical Guideliens for the Management of Adults with MRSA, HAP".

Oct. 2005, Chest 2005 71st Annual Intern'l Scientific Assembly, Montreal, Quebec, "Antibiotic Choice in Critically Ill Patients with Pneumonia: Identifying the Source and Choosing the Drugs", "The Evolving Face of CAP: How to treat, where to treat (CAP Treatment Principles)", "CAP: Current State and Future Directions (Current economic and epidemiologic overview of CAP)", "Nosocomial Pneumonia: What's New?

Nov. 2005, ACCP Inter'l Meeting on Antimicrobial Chemotherapy in Clinical Practice, Portofino, Italy, "Re-examining Quinolone Use in the ICU: Use them right'.

Jan. 2006, CAPNETZ-Symposium on Community-Acquired Pneumonia, Berlin, Germany, "The American CAP-Guidelines".

Feb. 2006, 11th International Symposium on Infections in the Critically Ill Patients, Seville, Spain, "What is really new on VAP".

Feb. 2006, USC Critical Care Trauma & Emergency Medicine Meeting, Las Vegas, NV, "Diagnosis & Management of Nosocomial Pneumonia", "Management of Exacerbations of COPD – Update 2006".

Feb. 2006, Henry Ford Hospital, Detroit, Michigan, "New Guidelines for Nosocomial Pneumonia".

Feb, 2006, Infection 2006: Maximizing The Probability of Positive Outcomes, Las Vegas, NV, "Update on Diagnosis and Management of VAP, ABX Cycling".