# ROBERT B. GREIFINGER, M.D.

32 Parkway Drive  (914) 693-9205
Dobbs Ferry, New York 10522  Fax (914) 674-0113

Physician executive with extensive experience in development and management of complex community and institutional health care programs. Demonstrated strengths in leadership, program development, negotiation, communication, operations and the bridging of clinical and public policy interests. Teacher of community health and criminal justice.

## SUMMARY OF EXPERIENCE

### MEDICAL MANAGEMENT AND QUALITY IMPROVEMENT SERVICES  1995-Present

Consultant on the design, management, operations, quality improvement and utilization management for managed care organizations and correctional health care systems.

- Current clients include (among others) Neighborhood Health Plan of Rhode Island, Virginia Premier Health Plan, and the U.S. Department of Justice Civil Rights Division, monitoring ten correctional systems. Consultant for the jails in Philadelphia, Washington, D.C. and Albuquerque, NM (Court Auditor). Consultant for the Michigan Department of Corrections.

- National Commission on Correctional Health Care. Principal Investigator for an NIJ funded project to make recommendations to Congress on identifying public health opportunities in soon-to-be-released inmates.

- Associate Editor, Puisis M (ed), Clinical Practice in Correctional Medicine, Second Edition, St. Louis. Mosby 2006.

- John Jay College of Criminal Justice. Professor (adjunct) of Health and Criminal Justice and Distinguished Research Fellow.

- Centers for Disease Control and Prevention. Consultant on correctional public health issues.

### NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES  1989 - 1995

Operating budget of $1.4 Billion. Responsible for inmate safety, program, and security. Sixty-nine facilities housing over 68,000 inmates with 30,000 employees.

Deputy Commissioner/Chief Medical Officer, 1989 - 1995

Operating budget of $140 million; health services staff of 1,100. Accountable for inmate health services and public health. Directed major initiatives in policy and program development, quality and utilization management.

- Developed and implemented comprehensive program for HIV prevention, surveillance, education, and treatment in nation's largest AIDS medical practice.

- Managed the rapid implementation of an infection control program responding to a major outbreak of multidrug-resistant tuberculosis. Helped bring the nation's tuberculosis epidemic to public attention.

- Developed $360 million five-year capital plan for inmate health services. Opened the first of five regional medical units for multispecialty ambulatory and long-term care.

- Implemented a centralized and regional pharmacy system, improving quality, service and cost management.

EXHIBIT 3

Robert B. Greifinger, M.D.                                                                                          Page Two

### MONTEFIORE MEDICAL CENTER, Bronx, NY                                            1985 - 1989

A major academic medical center with 8,000 employees and annual revenue of $500 million.

Vice President, Health Care Systems, 1986 - 1989

Director, Alternative Delivery Systems, 1985 - 1986

Operating budget of $60 million with 1,100 employees. Managed a multi-specialty group, a home health agency, and prison health programs.

- Negotiated contracts, including bundled service, risk capitation, fee-for-service arrangements, and major service contracts. Developed a high technology home care joint venture.
- Taught epidemiology and health care organization at Albert Einstein College of Medicine. Lectured nationally on health care delivery and managed care.
- Conceived and collaborated in development of a consortium of six academic medical centers, leading to a metropolitan area-wide, joint venture HMO. Organized a network of physicians to contract with HMO's preparing for cost-containment.

### WESTCHESTER COMMUNITY HEALTH PLAN, White Plains, NY                              1980 - 1985

Independent, not-for-profit, staff-model HMO, acquired by Kaiser-Permanente in 1985. Operating revenue $17 million with 200 employees and 27,000 members.

Vice President and Medical Director

Chief medical officer and COO. Managed the delivery of comprehensive medical services. Accountable to the Board of Directors for quality assurance and utilization management. Practiced pediatrics.

- Accomplished turnaround with automated utilization management, improved service, sound personnel management principles, and quality management programs.
- Implemented performance based compensation program.

### COMMUNITY HEALTH PLAN OF SUFFOLK, INC.                                           1977 - 1980

Community based, not-for-profit, staff model HMO, with enrollment of 18,000.

Medical Director

Developed and operated clinical services. Accountable for quality of care. Practiced clinical pediatrics, and taught community health and medical ethics at SUNY Stony Brook School of Medicine.

### MONTEFIORE MEDICAL CENTER, Bronx, NY                                             1976 - 1977

Residency Program in Social Medicine, Deputy Director, 1976-1977

Unique clinical training program focused on community health and change agentry. Developed curriculum and supervised 40 residents in internal medicine, pediatrics and family medicine.

### UNITED STATES PUBLIC HEALTH SERVICE                                              1972 - 1974

Commissioned officer in the National Health Service Corps. Functioned as medical director and family physician in a federally funded neighborhood health center in Rock Island, Illinois. Honorable Discharge.

Robert B. Greifinger, M.D.                                                                                              Page Three

## FACULTY APPOINTMENTS

| | |
|---|---|
| 1976 - 2002 | Assistant Professor of Epidemiology and Social Medicine, Albert Einstein College of Medicine |
| 2005 - | Professor (adjunct) of Health and Criminal Justice and Distinguished Research Fellow, John Jay College of Criminal Justice |

## NATIONAL COMMITTEE FOR QUALITY ASSURANCE

Worked with NCQA since its inception in 1980. Began training surveyors in 1989, and continued as faculty for NCQA sponsored educational sessions. Served for six years as a charter member of the Review Oversight (accreditation) Committee. Served on the Reconsideration (appeals) Committee for six years. Surveyed dozens of managed care organizations, and reviewed several hundred quality management programs.

## OTHER PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 2005 - present | Member, Advisory Board to the Prisoner Reentry Institute, John Jay College |
| 2002 - present | Member, Editorial Board, Journal of Correctional Health Care |
| 2001 - 2003 | Member, Advisory Board to CDC on Prevention of Viral Hepatitis in Correctional Facilities |
| 1999 - present | Member, Advisory Board to CDC on Prevention and Control of Tuberculosis in Jails |
| 1997 - 2003 | Member, Reconsideration Committee, NCQA |
| 1997 - 2001 | Moderator, Optimal Management of HIV in Correctional Systems, World Health Communications |
| 1997 - 2000 | Member, Reproductive Health Guidelines Task Force, CDC |
| 1993 - 1995 | Co-chair, AIDS Clinical Trial Community Advisory Board, Albany Medical Center |
| 1992 - Present | Society of Correctional Physicians |
| 1991 - 1997 | Member, Review Oversight (accreditation) Committee, NCQA |
| 1983 - 1985 | Executive Committee, Medical Directors' Division, Group Health Association of America (Secretary, 1984-1985) |
| 1983 - 1985 | Member, National Advisory Committee for Health Care Management in the Workplace, |

## EDUCATION

University of Pennsylvania, College of Arts and Sciences, Philadelphia; B.A., 1967 (Amer. Civilization)

University of Maryland, School of Medicine, Baltimore; M.D., 1971

Residency Program in Social Medicine (Pediatrics), Montefiore Medical Center, Bronx, NY; 1971-1972, 1974-1976, Chief Resident 1975-1976

## CERTIFICATION

Diplomate, National Board of Medical Examiners, 1971

Diplomate, American Board of Pediatrics, 1976

Fellow, American Academy of Pediatrics, 1977

Fellow, American College of Physician Executives, 1983

Fellow, Society of Correctional Physicians, 2000

License: New York, Pennsylvania

Robert B. Greifinger, M.D.
January 2006

## PUBLICATIONS

Greifinger RB, A Summer Program in Life Sciences. Journal of Medical Education 1970; 45: 620-622.

Greifinger RB, Sidel VW, American Medicine - Charity Begins at Home. Environment 1977; 18(4): 7-18.

Greifinger RB, An Encounter With the System. The New Physician 1977; 26(9): 36-37.

Greifinger RB, Sidel VW, Career Opportunities in Medicine. In Tice's(eds) Practice of Medicine. Hagerstown: Harper & Row 1977; 1(12): 1-49.

Greifinger RB, Grossman RL, Toward a Language of Health. Health Values 1977; 1(5): 207-209.

Grossman RL, Greifinger RB, Encouraging Continued Growth in the Elderly. In Carnevali DL & Patrick M (eds), Nursing Management for the Elderly. Philadelphia: Lippincott 1979: 543-552.

Greifinger RB, Jonas S, Ambulatory Care. In Jonas S (ed), Health Care Delivery in the United States (second edition). New York: Springer 1980: 126-168.

Greifinger RB, Toward a New Direction in Health Screening. In Health Promotion: Who Needs It? Washington: Medical Directors Division, Group Health Association of America 1981: 61-67.

Greifinger RB, Sidel VW, American Medicine. In Lee, Brown & Red (eds), The Nation's Health. San Francisco: Boyd & Fraser 1981: 122-134.

Greifinger RB, Bluestone MS, Building Physician Alliances for Cost-Containment. Health Care Management Review 1986: 63-72.

Greifinger RB, An Ethical Model for Improving the Patient-Physician Relationship. Chicago: Inquiry 1988: 25(4): 467-468.

Glaser J, DeCorato DR, Greifinger RB, Measles Antibody Status of HIV-Infected Prison Inmates. Journal of Acquired Immunodeficiency Syndrome 1991; 4(5): 540-541.

Ryan C, Levy ME, Greifinger RB, et al, HIV Prevention in the U.S. Correctional System, 1991. MMWR 1992; 41(22): 389-397.

Greifinger RB, Keefus C, Grabau J, et al, Transmission of Multidrug- resistant Tuberculosis Among Immunocompromised Persons in a Correctional System. MMWR 1992; 41(26): 509-511.

Greifinger RB, Tuberculosis Behind Bars, in Bruce C Vladeck ed, The Tuberculosis Revival: Individual Rights and Societal Obligations In a Time of AIDS. New York: United Hospital Fund 1992: 59-65.

Bastadjian S, Greifinger RB, Glaser JB: Clinical characteristics of male homosexual/bisexual HIV-infected inmates. J AIDS 1992;5:744-5.

Glaser JB, Greifinger R. Measles antibodies in HIV-infected adults. J Infect Dis. 1992 Mar;165(3):589.

Glaser J, Greifinger RB, Correctional Health Care: A Public Health Opportunity. Annals of Internal Medicine 1993; 118(2): 139-145.

Greifinger RB, Glaser JG and Heywood NJ, Tuberculosis In Prison: Balancing Justice and Public Health, Journal of Law, Medicine and Ethics 1993; 21 (3-4):332-341.

Valway SE, Greifinger RB, Papania M et al, Multidrug Resistant Tuberculosis in the New York State Prison System, 1990-1991, Journal of Infectious Disease 1994; 170(1):151-156.

Wolfe P, Greifinger RB, Prisoners in Service of Public Health: Focus New York State. New York Health Sciences Journal 1994 1(1):35-43.

Valway SE, Richards S, Kovacovich J, Greifinger RB et al, Outbreak of Multidrug-Resistant Tuberculosis in a New York State Prison, 1991. American Journal of Epidemiology 1994 July 15; 140(2):113-22.

Smith HE, Smith LD, Menon A and Greifinger RB, Management of HIV/AIDS in Forensic Settings, in Cournos F(ed), AIDS and People with Severe Mental Illness: A Handbook for Mental Health Professionals. New Haven: Yale Press 1996.

Greifinger RB, La Plus Ca Change . . . ., Public Health Reports 1996 July/August; 111(4):328-9.

Greifinger RB, TB and HIV, Health and Hygiene 1997;18,20-22.

Greifinger RB, Horn M, "Quality Improvement Through Care Management," chapter in Puisis M (ed), Clinical Practice in Correctional Medicine, St. Louis: Mosby 1998.

Greifinger RB, Glaser JM, "Desmoteric Medicine and the Public's Health," chapter in Puisis M (ed), Clinical Practice in Correctional Medicine, St. Louis: Mosby 1998.

Greifinger RB, Commentary: Is It Politic to Limit Our Compassion? Journal of Law, Medicine & Ethics, 27(1999):213-16.

Greifinger RB, Glaser JG and Heywood NJ, "Tuberculosis In Prison: Balancing Justice and Public Health," chapter in Stern V (ed), Sentenced to die? The problem of TB in prisons in Eastern Europe and Central Asia, London: International Centre for Prison Studies, 1999.

Greifinger, RB (Principal Investigator). National Commission on Correctional Healthcare. The Health Status of Soon-to-be-Released Inmates, a Report to Congress. August 2002. http://www.ncchc.org/pubs_stbr.html.

Kraut JR, Haddix AC, Carande-Kulis V and Greifinger RB, Cost-effectiveness of Routine Screening for Sexually Transmitted Diseases among inmates in United States Prisons and Jails. National Commission on Correctional Healthcare. The Health Status of Soon-to-be-Released Inmates, a Report to Congress. August 2002. http://www.ncchc.org/stbr/Volume2/Report5_Kraut.pdf.

Hornung CA, Greifinger RB, and Gadre S, A Projection Model of the Prevalence of Selected Chronic Diseases in the Inmate Population. National Commission on Correctional Healthcare. The Health Status of Soon-to-be-Released Inmates, a Report to Congress. August 2002.

http://www.ncchc.org/stbr/Volume2/Report3_Hornung.pdf.

Hornung CA, Anno BJ, Greifinger RB, and Gadre S, Health Care for Soon-to-be-Released Inmates: A Survey of State Prison Systems," National Commission on Correctional Healthcare. The Health Status of Soon-to-be-Released Inmates, a Report to Congress. August 2002. http://www.ncchc.org/stbr/Volume2/Report1_Hornung.pdf.

Patterson RF & Greifinger RB, Insiders as Outsiders: Race, Gender and Cultural Considerations Affecting Health Outcome After Release to the Community, Journal of Correctional Health Care 10:3 2003; 399-436.

Howell E & Greifinger RB, What is Known about the Cost-Effectiveness of Health Services for Returning Inmates?, Journal of Correctional Health Care 10:3 2003; 437-455.

Kraut JR, Haddix AC, Carande-Kulis V and Greifinger RB, Cost-effectiveness of Routine Screening for Sexually Transmitted Diseases among inmates in United States Prisons and Jails, J Urban Health: Bulletin of the New York Academy of Medicine 2004: 81(3):453-471. (Finalist, Charles C. Shepard Science Award)

Greifinger RB. Health Status in U.S. and Russian Prisons: More in Common, Less in Contrast. Journal of Public Health Policy 2005 26:60-68. http://www.palgrave-journals.com/cgi-taf/DynaPage.taf?file=/jphp/journal/v26/n1/full/3200003a.html&filetype=pdf

Greifinger RB. Health Care Quality Through Care Management, M. Puisis (ed). Clinical Practice in Correctional Medicine, Second Edition. St. Louis. Mosby 2006: pp. 510-519.

Greifinger, RB. Pocket Guide Series on tuberculosis, HIV, MRSA, sexually transmitted disease, viral hepatitis and management of outbreaks. See http://www.achsa.org/displaycommon.cfm?an=1&subarticlenbr=23

Greifinger, RB. Inmates are Public Health Sentinels. Washington University Journal of Law and Policy. In press, summer 2006).

## ABSTRACTS & RESEARCH PRESENTATIONS

Mikl J, Kelley K, Smith P, Greifinger RB, Morse D, Survival Among New York State Prison Inmates With AIDS. Florence: Seventh International Conference on AIDS 1991 (poster session).

Sherman M, Coles B, Buehler J, Greifinger RB, Smith P, The HIV Epidemic in Inmates. Atlanta: Centers for Disease Control. 1991

Mikl J, Kelley K, Smith P, Greifinger RB, Morse D, Survival Among New York State Prison Inmates With AIDS, American Public Health Association. 1991 (poster session)

Mikl J, Smith P, Greifinger RB, Forte A, Foster J, Morse D, HIV Seroprevalence of Male Inmates Entering the New York State Correctional System. American Public Health Association. 1991 (poster session)

Valway SE, Richards S, Kovacovich J, Greifinger R, Crawford J, Dooley SW. Transmission of Multidrug-resistant Tuberculosis in a New York State Prison, 1991. Abstract No 15-15, In: World Congress on TB Program and Abstracts, Washington, D.C., November, 1992.

Mikl J, Smith PF, Greifinger RB, HIV Seroprevalence Among New York State Prison Entrants. Ninth International Conference on AIDS 1993 (Poster Session)

Hornung CA, Greifinger RB, McKinney WP. Projected Prevalence of Diabetes Mellitus in the Incarcerated Population. J Gen Int Med 14 (Supplement 2):40, April 1999.