Slip Copy                                                                                                          Page 101

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

and Affidavit) Plaintiffs' Opposition to Defendants' Motion for Judgment as a Matter of Law (Jan. 11, 2006) Original Image of this Document (PDF)
• 2006 WL 399313 (Verdict, Agreement and Settlement) Defendants' Proposed Jury Verdict Forms (Jan. 11, 2006) Original Image of this Document (PDF)
• 2006 WL 399314 (Verdict, Agreement and Settlement) Defendants' Proposed Verdict Form for the Dow Chemical Company (Jan. 11, 2006) Original Image of this Document (PDF)
• 2006 WL 399315 (Verdict, Agreement and Settlement) Defendants' Proposed Verdict Form for Rockwell International Corporation (Jan. 11, 2006) Original Image of this Document (PDF)
• 2006 WL 622550 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Clarification and Other Relief%n1%n (Jan. 11, 2006) Original Image of this Document (PDF)
• 2006 WL 399291 (Jury Instruction) Defendants' Proposed Changes to Preliminary Jury Instructions (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 399292 (Jury Instruction) (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 399293 (Jury Instruction) (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 399294 (Jury Instruction) (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 399295 (Jury Instruction) (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 399296 (Jury Instruction) (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 399297 (Jury Instruction) (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 399298 (Jury Instruction) (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 622549 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Response to Defendants' Motion to Preclude Rebuttal Witnesses (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 659504 (Trial Deposition and Discovery) Trial Deposition and Discovery (Jan. 10, 2006) Original Image of this Document (PDF)
• 2006 WL 403023 (Verdict, Agreement and Settlement) Verdict Form (Jan. 9, 2006) Original Image of this Document (PDF)
• 2006 WL 403024 (Verdict, Agreement and Settlement) Plaintiffs' Proposed Verdict Form (Jan. 9, 2006) Original Image of this Document (PDF)
• 2006 WL 451763 () Declaration of M. Laurentius Marais (Jan. 9, 2006) Original Image of this Document (PDF)
• 2006 WL 622548 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Preclude Rebuttal Witnesses (Jan. 9, 2006) Original Image of this Document (PDF)
• 2006 WL 622709 (Verdict, Agreement and Settlement) Plaintiffs' Proposed Verdict Form (Jan. 9, 2006) Original Image of this Document (PDF)
• 2006 WL 622710 (Verdict, Agreement and Settlement) Verdict Form (Jan. 9, 2006) Original Image of this Document (PDF)
• 2006 WL 639171 () Proffer of Testimony of Nurse Who Participated in Rocky Flats Community Needs Assessment Final Report - Either. Judy Barton, RN, PhD. or Lauren Clark, RN, PhD. (Jan. 9, 2006)
• 2006 WL 639172 () Expert Report (Jan. 9, 2006)
• 2006 WL 403025 (Trial Filing) Defendants' Statement Concerning Photographs, Maps, Graphs, Charts, Models, and Other Exhibits That Summarize Data (Jan. 6, 2006) Original Image of this Document (PDF)
• 2006 WL 668570 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Support of Defendants' Motion for Mistrial or, in the Alternative, Defendants' Proposed Instructions (Jan. 6, 2006) Original Image of this Document (PDF)
• 2006 WL 668720 (Trial Filing) Plaintiffs' Proffers Regarding the Testimony of Rebuttal Witnesses (Jan. 6, 2006) Original Image of this Document (PDF)
• 2006 WL 668721 (Trial Filing) Defendants' Statement Concerning Photographs, Maps, Graphs, Charts, Models, and Other Exhibits That Summarize Data (Jan. 6, 2006) Original Image of this Document (PDF)
• 2006 WL 668722 (Trial Filing) Plaintiffs' Supplemental Proffer for Rebuttal Witness Randall Bell (Jan. 6, 2006) Original Image of this Document (PDF)
• 2006 WL 668568 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to Defendants' Motion for Reconsideration of Order to Exclude the Testimony of Paul G. Voillequ%21e (Jan. 5, 2006) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy  
Slip Copy, 2006 WL 3533049 (D.Colo.)  
**(Cite as: Slip Copy)**

Page 102

- 2006 WL 668569 (Trial Motion, Memorandum and Affidavit) Reply to Defendants' Response to Plaintiffs' Motion to Exclude the Expert Testimony of Dr. Laurentius Marais (Jan. 5, 2006) Original Image of this Document (PDF)
- 2006 WL 393174 (Trial Motion, Memorandum and Affidavit) Defendants' Amended Proffer of Testimony for Paul Voillequ%21e and Motion for Reconsideration of Court's Order Striking Testimony of Paul Voillequ%21e (Jan. 4, 2006) Original Image of this Document (PDF)
- 2006 WL 403026 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Exclude the Expert Testimony of Dr. Laurentius Marais (Jan. 4, 2006) Original Image of this Document (PDF)
- 2006 WL 451762 () Declaration of M. Laurentius Marais (Jan. 4, 2006) Original Image of this Document (PDF)
- 2006 WL 668567 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Preclude the Reading of Designations from the Testimony of Charles Mckay (Jan. 4, 2006) Original Image of this Document (PDF)
- 2006 WL 668719 (Trial Filing) Defendants' Amended Proffer with Respect to the Testimony of Shirley Fry (Jan. 4, 2006) Original Image of this Document (PDF)
- 2006 WL 403029 (Trial Transcript) (Jan. 3, 2006) Original Image of this Document (PDF)
- 2006 WL 668565 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion for Mistrial or, in the Alternative, Defendants' Proposed Instructions (Jan. 3, 2006) Original Image of this Document (PDF)
- 2006 WL 668566 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Preclude the Reading of Designations From the Testimony of Charles Mckay (Jan. 3, 2006) Original Image of this Document (PDF)
- 2006 WL 385062 () Affidavit of Paul C. Liu (2006) Original Image of this Document (PDF)
- 2005 WL 3869202 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Supplemental Motion to Exclude the Expert Testimony of M. Laurentius Marais (Dec. 31, 2005) Original Image of this Document (PDF)
- 2005 WL 3869200 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply Brief in Support of Motion to Exclude the Testimony of Paul G. Voillequ%21e (Dec. 30, 2005) Original Image of this Document (PDF)
- 2005 WL 3869201 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to Defendants' Renewed Motion to Strike the Testimony of Drs. Biggs and Selbin (Dec. 30, 2005) Original Image of this Document (PDF)
- 2005 WL 3785112 (Jury Instruction) (Dec. 28, 2005) Original Image of this Document (PDF)
- 2005 WL 3785158 (Trial Motion, Memorandum and Affidavit) Memorandum in Support of Defendants' Motion for Mistrial or, in the Alternative, Defendants' Proposed Instructions (Dec. 28, 2005) Original Image of this Document (PDF)
- 2005 WL 3785163 (Trial Transcript) Reporter's Transcript (Jury Trial -- Volume IV-A) (Dec. 28, 2005) Original Image of this Document (PDF)
- 2005 WL 3785164 (Trial Transcript) Reporter's Transcript (Jury Trial -- Volume IV-A) (Dec. 28, 2005) Original Image of this Document (PDF)
- 2005 WL 3785165 (Trial Transcript) Reporter's Transcript Trial to Jury Volume 35 (Dec. 28, 2005) Original Image of this Document (PDF)
- 2005 WL 3785166 (Trial Transcript) Reporter's Transcript Trial to Jury Volume 37 (Dec. 28, 2005) Original Image of this Document (PDF)
- 2005 WL 3785167 (Trial Transcript) Redorter's Transcript Trial to Jury Volume 48 (Dec. 28, 2005) Original Image of this Document (PDF)
- 2005 WL 3785168 (Trial Transcript) Reporter's Transcript Trial to Jury Volume 68 (Dec. 28, 2005) Original Image of this Document (PDF)
- 2005 WL 3869199 (Trial Motion, Memorandum and Affidavit) Memorandum in Support of Defendants' Motion for Mistrial or, in the Alternative, Defendants' Proposed Instructions (Dec. 28, 2005) Original Image of this Document (PDF)
- 2005 WL 3783171 (Trial Deposition and Discovery) Deposition of Paul G. Voilleque (Dec. 23, 2005) Original Image of this Document (PDF)
- 2005 WL 3783188 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Strike the Testimony of Dr. Biggs and Dr. Selbin (Dec. 23, 2005) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                       Page 103

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

- 2005 WL 3783190 (Trial Transcript) Reporter's Transcript Trial to Jury (Dec. 23, 2005) Original Image of this Document (PDF)
- 2005 WL 3785157 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Supplemental Brief in Support of Plaintiffs' Motion to Exclude the Testimony of Paul G. Voilleque (Dec. 23, 2005) Original Image of this Document (PDF)
- 2005 WL 3785161 (Trial Transcript) Reporter's Transcript Trial to Jury Volume 55 (Dec. 23, 2005) Original Image of this Document (PDF)
- 2005 WL 3785162 (Trial Transcript) Reporter's Transcript Trial to Jury Volume 56 (Dec. 23, 2005) Original Image of this Document (PDF)
- 2005 WL 3869195 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Preclude the Reading of Designations from the Testimony of Charles McKay (Dec. 23, 2005) Original Image of this Document (PDF)
- 2005 WL 3869196 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Strike the Testimony of Dr. Biggs and Dr. Selbin (Dec. 23, 2005) Original Image of this Document (PDF)
- 2005 WL 3869198 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Supplemental Brief in Support of Plaintiffs' Motion to Exclude the Testimony of Paul G. Voilleque (Dec. 23, 2005) Original Image of this Document (PDF)
- 2005 WL 3785156 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Supplemental Brief in Support of Plaintiffs' Motion to Exclude the Testimony of Paul G. Voillequ%21e (Dec. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3869194 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Supplemental Brief in Support of Plaintiffs' Motion to Exclude the Testimony of Paul G. Voillequ%21e (Dec. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3802604 () Deposition of Paul G. Voilleque (Dec. 16, 2005)
- 2005 WL 3869229 (Trial Deposition and Discovery) Deposition of Paul G. Voilleque (Dec. 16, 2005) Original Image of this Document (PDF)
- 2005 WL 3869230 (Trial Deposition and Discovery) Deposition of Paul G. Voilleque (Dec. 16, 2005) Original Image of this Document (PDF)
- 2005 WL 3869268 (Trial Filing) Defendants' Proffer with Respect to the Testimony of Paul Voilleque (Dec. 16, 2005) Original Image of this Document (PDF)
- 2005 WL 3869193 (Trial Motion, Memorandum and Affidavit) Motion to Compel Defendants to Disclose Their Entire Witness List (Dec. 15, 2005) Original Image of this Document (PDF)
- 2005 WL 3869190 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Compel Production of the ""Barrel Incident" Document Relied on By Rac and Dr. Till But Withheld by Defendants (Dec. 13, 2005) Original Image of this Document (PDF)
- 2005 WL 3869191 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply Memorandum in Support of Motion to Exclude Testimony from Michael Norton (Dec. 13, 2005) Original Image of this Document (PDF)
- 2005 WL 3869192 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Compel Production of the ""Barrel Incident" Document (Dec. 13, 2005) Original Image of this Document (PDF)
- 2005 WL 3785153 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Compel the Production of Documents from William Weston and to Limit His Testimony (Dec. 12, 2005) Original Image of this Document (PDF)
- 2005 WL 3785154 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Exclude Target Letter and Any Evidence Related to That Letter or Any Individual Indictment Against Dr. Weston (Dec. 12, 2005) Original Image of this Document (PDF)
- 2005 WL 3785155 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Compel Production of Documents From William Weston and to Limit His Testimony (Dec. 12, 2005) Original Image of this Document (PDF)
- 2005 WL 3802603 () Deposition of WILLIAM F. WESTON, Ph. D. (Dec. 12, 2005) Original Image of this Document (PDF)
- 2005 WL 3869186 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Compel the Production of Documents from William Weston and to Limit His Testimony (Dec. 12, 2005) Original Image of this Document (PDF)
- 2005 WL 3869187 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs'

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                     Page 104

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

Supplement to Their Motion to Exclude the Testimony of Shirley Fry (Dec. 12, 2005) Original Image of this Document (PDF)
• 2005 WL 3869188 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Exclude Target Letter and any Evidence Related to That Letter or any Individual Indictment Against Dr. Weston (Dec. 12, 2005) Original Image of this Document (PDF)
• 2005 WL 3869189 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Compel Production of Documents from William Weston and to Limit His Testimony (Dec. 12, 2005) Original Image of this Document (PDF)
• 2005 WL 3869267 (Trial Filing) Statement Regarding Defendants' Motion in Limine To Exclude Target Letter and any Evidence Related to That Letter or Any Individual Indictment Against Dr. Weston (Dec. 12, 2005) Original Image of this Document (PDF)
• 2005 WL 3785111 (Jury Instruction) (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3785122 (Trial Deposition and Discovery) Deposition of General Harold Donnelly (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3785123 (Trial Filing) Summary Fee and Scope Appraisal of Performance the Dow Chemical Company Contract At(29-1)-1106 Rocky Flats Plant (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3785151 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Supplement to Their Motion to Exclude the Testimony of Shirley A. Fry, M.D. (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3785152 (Trial Motion, Memorandum and Affidavit) Motion to Exclude Defendants' Untimely Expert Evidence Regarding Dose Calculations (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3802601 () (Partial Testimony) (Dec. 11, 2005)
• 2005 WL 3869182 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Proposed Instruction Regarding the Type of Compensatory Damages That Can be Awarded (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869183 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Supplement to Their Motion to Exclude the Testimony of Shirley A. Fry, M.D. (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869184 (Trial Motion, Memorandum and Affidavit) Motion to Exclude Defendants' Untimely Expert Evidence Regarding Dose Calculations (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869185 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Reconsideration of 12/10/05 Order Granting Plaintiffs' Motion to Compel Discovery from Dr. John Till or in the Alternative for Limited Extension of Time (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869376 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Proposed Instructions Regarding Stigma and Class Members (Dec. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3783189 (Trial Motion, Memorandum and Affidavit) Supplemental Response to Plaintiffs' Motion to Exclude the Testimony of Dr. Shirley A. Fry (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3802600 () The deposition upon oral examination of Shirley Fry, a witness produced and sworn before me, sally Cekander, RPR, Notary Public in and for the County of Boone, State of Indiana, taken on behalf of the Plaintiffs at the offices of Cohen & Malad, One I ndiana Square, Suite 1400, Indianapolis, Indiana, on Federal Rules of Civil Procedure. (Dec. 9, 2005)
• 2005 WL 3869160 () Deposition of William F. Weston, Ph.D. (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869165 () Deposition of William F. Weston, Ph.D. Volume I (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869197 (Trial Motion, Memorandum and Affidavit) Supplemental Response to Plaintiffs' Motion to Exclude the Testimony of Dr. Shirley A. Fry (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869374 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Compel Discovery from Dr. John Till (Dec. 9, 2005)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                    Page 105

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

Original Image of this Document (PDF)
• 2005 WL 3869375 (Trial Motion, Memorandum and Affidavit) Supplemental Response to Plaintiffs' Motion to Exclude the Testimony of Dr. Shirley A. Fry (Dec. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3785150 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Judgment as A Matter of Law (Dec. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3869373 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Judgment as a Matter of Law (Dec. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3785147 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3785148 (Trial Motion, Memorandum and Affidavit) Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Exclude the Testimony of Dr. Selbin and Defendants Objections to Exhibits Sought to be Used During the Testimony of Dr. Selbin (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3785149 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Second Motion to Admit Documents and Present Them Directly to the Jury (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3802602 () (Partial Testimony) (Dec. 7, 2005)
• 2005 WL 3869163 () (Partial Testimony) (Dec. 7, 2005)
• 2005 WL 3869164 () (Partial Testimony) (Dec. 7, 2005)
• 2005 WL 3869266 (Trial Filing) Defendants' Statement Concerning Hunsperger Exhibits (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3869369 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion for a Protective Order Barring the Deposition of William Weston (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3869370 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3869371 (Trial Motion, Memorandum and Affidavit) Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Exclude the Testimony of Dr. Selbin and Defendants Objections to Exhibits Sought to be Used During the Testimony of Dr. Selbin (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3869372 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Reply in Support of Their Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3785146 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion to Exclude the Testimony of Joel Selbin (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869365 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion to Exclude the Testimony of Joel Selbin (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869366 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Exclude the Testimonies of Fry, Grogan and Voilleque (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869367 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Response to Motion for Reconsideration or Clarification (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869368 (Trial Motion, Memorandum and Affidavit) Defendants' Opposition to Plaintiffs' Motion to Exclude Certain Testimony from Michael Norton (Dec. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3802393 () Deposition of John R. Frazier, Ph.D. (Dec. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3844965 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Exclude Certain Testimony from Michael Norton (Dec. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3844966 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion in Limine to Limit The Testimony of Wayne Hunsperger Regarding Government Restrictions (Dec. 5, 2005) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy
Page 106

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

- 2005 WL 3844967 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 5, 2005) Original Image of this Document (PDF)
- 2005 WL 3851423 () Deposition of John R. Frazier, Ph.D. (Dec. 5, 2005) Original Image of this Document (PDF)
- 2005 WL 3869159 () Deposition of John R. Frazier, Ph.D. (Dec. 5, 2005) Original Image of this Document (PDF)
- 2005 WL 3869162 () Deposition of John R. Frazier, Ph.D. (Dec. 5, 2005) Original Image of this Document (PDF)
- 2005 WL 3869203 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Limit the Scope of Testimony of Dr. John R. Frazier (Dec. 5, 2005) Original Image of this Document (PDF)
- 2005 WL 3785145 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Exclude Expert Testimony From Dr. Shirley Fry, Dr. Helen A. Grogan, & Mr. Paul G. Voillequ%21e (Dec. 4, 2005) Original Image of this Document (PDF)
- 2005 WL 3844963 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Reconsideration of the Court's Order Admitting Plaintiffs' Expert Reports Or, In the Alternative, for Clarification Of the Court's Order (Dec. 4, 2005) Original Image of this Document (PDF)
- 2005 WL 3844964 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger Regarding Government Restrictions (Dec. 4, 2005) Original Image of this Document (PDF)
- 2005 WL 3851430 () (Report or Affidavit of John A. Auxier, Ph.D.) (Dec. 4, 2005)
- 2005 WL 3864246 (Trial Deposition and Discovery) Trial Deposition and Discovery (Dec. 4, 2005) Original Image of this Document (PDF)
- 2005 WL 3844932 (Trial Deposition and Discovery) Reporter's Transcript Trial to Jury Volume 32 (Dec. 2, 2005) Original Image of this Document (PDF)
- 2005 WL 3851421 () Deposition of Helen Grogan, Ph.D. (Dec. 2, 2005) Original Image of this Document (PDF)
- 2005 WL 3869125 () Deposition of Helen Grogan, Ph.D. (Dec. 2, 2005) Original Image of this Document (PDF)
- 2005 WL 3785144 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude the Testimony of Dr. Joel Selbin (Dec. 1, 2005) Original Image of this Document (PDF)
- 2005 WL 3802394 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
- 2005 WL 3802395 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
- 2005 WL 3802599 () (Partial Testimony) (Dec. 1, 2005) Original Image of this Document (PDF)
- 2005 WL 3851422 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
- 2005 WL 3851424 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
- 2005 WL 3869117 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
- 2005 WL 3869123 () Videotaped Deposition of John E. Till, Ph.D. (Dec. 1, 2005) Original Image of this Document (PDF)
- 2005 WL 3844962 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion to Strike the Expert Reports of Drs. Budnitz, Goble, Slovic, and Flynn" (Nov. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3785143 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Support of Its Motion to Exclude Evidence of Plaintiffs' Consumer Price Index Adjustment for Property Damages (Nov. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3844959 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Plaintiffs' Designations from the Deposition of A. Bryan Siebert (Nov. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3844960 (Trial Motion, Memorandum and Affidavit) Defendants' Reply to Plaintiffs' Memorandum in Opposition to ""Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger" (Nov. 21, 2005) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                    Page 107

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

- 2005 WL 3844961 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Further Support of Their Motion to Exclude Plaintiffs' Designations From the Deposition of A. Bryan Siebert (Nov. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3869361 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion in Limine Regarding Cross-Examination of Bowman and Lund (Nov. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3869364 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Support of its Motion to Exclude Evidence of Plaintiffs' Consumer Price Index Adjustment for Property Damages (Nov. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3869356 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger" (Nov. 20, 2005) Original Image of this Document (PDF)
- 2005 WL 3869357 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger" (Nov. 20, 2005) Original Image of this Document (PDF)
- 2005 WL 3869358 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion in Limine Regarding Cross-Examination of Bowman and Lund (Nov. 20, 2005) Original Image of this Document (PDF)
- 2005 WL 3869360 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Plaintiffs' Designations From the Deposition of A. Bryan Siebert (Nov. 20, 2005) Original Image of this Document (PDF)
- 2005 WL 3869355 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion in Limine Regarding Cross-Examination of Bowman and Lund (Nov. 17, 2005) Original Image of this Document (PDF)
- 2005 WL 3869359 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Strike the Expert Reports of Drs. Budnitz, Goble, Slovic, and Flynn (Nov. 17, 2005) Original Image of this Document (PDF)
- 2005 WL 3869353 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion to Exclude Evidence of Plaintiffs' Consumer Price Index Adjustment for Property Damages" (Nov. 16, 2005) Original Image of this Document (PDF)
- 2005 WL 3869354 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to Defendants' Motion to Exclude Testimony By Charles Mckay Regarding Other Lawsuits (Including Government Takings) and Regarding Mr. McKay's Interactions With Rocky Flats Security (Nov. 16, 2005) Original Image of this Document (PDF)
- 2005 WL 3785142 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion of 11/14/05 to Exclude Testimony by Dr. Wing (Nov. 15, 2005) Original Image of this Document (PDF)
- 2005 WL 3869232 (Trial Deposition and Discovery) Deposition of Charles C. McKay - Volume II (Nov. 15, 2005) Original Image of this Document (PDF)
- 2005 WL 3869349 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion of 11/14/05 to Exclude Testimony By Dr. Wing (Nov. 15, 2005) Original Image of this Document (PDF)
- 2005 WL 3869350 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Exhibits Sought to be Admitted By Plaintiffs in Conjunction With Candice Jierree Deposition Designations (Nov. 15, 2005) Original Image of this Document (PDF)
- 2005 WL 3869351 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Exhibits Sought to Be Used By Plaintiffs With Dr. Steven Wing and Related Testimony (Nov. 15, 2005) Original Image of this Document (PDF)
- 2005 WL 3869352 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger (Nov. 15, 2005) Original Image of this Document (PDF)
- 2005 WL 3785140 (Trial Motion, Memorandum and Affidavit) Defendants' Combined Objections to Exhibits for Richard Kaufman and Reply in Support of Their Motion to Strike Richard Kaufman as a Witness (Nov. 14, 2005) Original Image of this Document (PDF)
- 2005 WL 3785141 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Testimony by Dr. Wing Regarding: (1) Allegedly Improper Classification by the Doe/Aec; and (2)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                       Page 108

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

Alleged Improper Efforts by the Doe/Aec to Influence the Scientific Process%n1%n (Nov. 14, 2005) Original Image of this Document (PDF)
• 2005 WL 3869347 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Testimony By Dr. Wing Regarding: (1) Allegedly Improper Classification By the DOE/AEC; and (2) Alleged Improper Efforts By the DOE/AEC to Influence the Scientific Process%n1%n (Nov. 14, 2005) Original Image of this Document (PDF)
• 2005 WL 3869348 (Trial Motion, Memorandum and Affidavit) Defendants' Motion Regarding Objections to Mark Silverman Deposition Designations and Exhibits%n1%n (Nov. 14, 2005) Original Image of this Document (PDF)
• 2005 WL 3785120 (Trial Deposition and Discovery) Reporter's Transcript (Jury Trial -- Volume IV-B) (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3785139 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike Richard Kaufman as Witness (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3869339 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike Richard Kaufman as Witness (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3869340 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion to Bar Certain Testimony from Dr. Thomas Cochran" (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3869341 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit Whalen's Testimony (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3869342 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to Motion to Limit Whalen's Testimony (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3869343 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion to Exclude Testimony By Dr. Wing" (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3869344 (Trial Motion, Memorandum and Affidavit) Response to Defendants' Objections to Plaintiffs' Designations of Testimony and Exhibits from Karl Z. Morgan, Ph.D. (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3869345 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Testimony By Charles McKay Regarding Other Lawsuits (Including Government Takings) and Regarding Mr. Mckay's Interactions With Rocky Flats Security (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3869346 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Testimony By Charles McKay Regarding Other Lawsuits (including Government Takings) and Regarding Mr. McKay's Interactions With Rocky Flats Security (Nov. 13, 2005) Original Image of this Document (PDF)
• 2005 WL 3785118 (Trial Deposition and Discovery) (Nov. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869241 (Trial Filing) Appraisal Standards Board (Nov. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869265 (Trial Filing) Defendants' Statement Concerning its Trial Witness List (Nov. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869270 (Trial Filing) Defendants' Statement Concerning its Trial Witness List (Nov. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869337 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Strike Richard Kaufman as A Witness (Nov. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869338 (Trial Motion, Memorandum and Affidavit) Defendants' Objections to Plaintiffs' Designations of Deposition Testimony of Albert J. Hazle and to Use of Deposition Exhibits at Trial (Nov. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3785117 (Trial Deposition and Discovery) Reporter's Transcript (Jury Trial -- Volume IV-B) (Nov. 10, 2005) Original Image of this Document (PDF)
• 2005 WL 3869333 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to Motion to Exclude Gretchen Robb from Testifying (Nov. 10, 2005) Original Image of this Document (PDF)
• 2005 WL 3869334 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Strike and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                          Page 109

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

Exclude Testimony of Dr. Richard Clapp and Related Exhibits (Nov. 10, 2005) Original Image of this Document (PDF)
• 2005 WL 3869335 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine Regarding the Examination of Rodney Hoffman and Richard Kaufman (Nov. 10, 2005) Original Image of this Document (PDF)
• 2005 WL 3869336 (Trial Motion, Memorandum and Affidavit) Defendants' Objections to Plaintiffs' Designations of Deposition Testimony of Karl Z. Morgan and to Use of Deposition Exhibits at Trial (Nov. 10, 2005) Original Image of this Document (PDF)
• 2005 WL 3785137 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to ""United States' Statement of Interest and Motion for Protective Order" (Nov. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3785138 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Certain Testimony from Dr. Thomas Cochran (Nov. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869328 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Response to ""United States' Statement of Interest and Motion for Protective Order" (Nov. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869329 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of Gretchen Robb (Nov. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869330 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Robb from Testifying (Nov. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3869331 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Certain Testimony from Dr. Thomas Cochran (Nov. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 4867458 () Reporter's Transcript Trial to Jury Volume 34 (Nov. 9, 2005) Original Image of this Document (PDF)
• 2005 WL 3802598 () Reporter's Transcript (Nov. 7, 2005)
• 2005 WL 3869264 (Trial Filing) United States' Statement of Interest and Motion for Protective Order (Nov. 7, 2005) Original Image of this Document (PDF)

• 2005 WL 3869327 (Trial Motion, Memorandum and Affidavit) Memorandum in Support of the United States' Statement of Interest and Motion for Protective Order (Nov. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3869323 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Compel Plaintiffs to Provide a Realistic Witness List (Nov. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869324 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Exhibits Sought to Be Used By Plaintiffs On November 7, 2005 (Nov. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869325 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of Dr. W. Gale Biggs (Nov. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869326 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for a limiting Instruction Regarding the Testimony of Dr. S. Paul Slovic (Nov. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3785136 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition To ""Defendants' Objections and Renewed Motion to Strike Portions of Lipsky Testimony" (Nov. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3869321 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion for Admission of Exhibits (Nov. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3869322 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to ""Defendants' Objections and Renewed Motion to Strike Portions of Lipsky Testimony" (Nov. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3785134 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Dr. Robert Goble from Offering Undisclosed Opinions and from Relying Upon Documents not Cited in His Expert Report (Nov. 2, 2005) Original Image of this Document (PDF)
• 2005 WL 3785135 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of K. Shawn Smallwood (Nov. 2, 2005) Original Image of this Document (PDF)
• 2005 WL 3869178 () Declaration of Andrew Weston-Dawkes (Nov. 2, 2005) Original Image of

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy

Page 110

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

this Document (PDF)
• 2005 WL 3869320 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Limit the Testimony of K. Shawn Smallwood (Nov. 2, 2005) Original Image of this Document (PDF)
• 2005 WL 3785133 (Trial Motion, Memorandum and Affidavit) Defendants' Objections and Renewed Motion to Strike Portions of Lipsky Testimony (Nov. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3869205 (Trial Deposition and Discovery) Declaration of Mell J. Roy (Nov. 2005) Original Image of this Document (PDF)
• 2005 WL 3869318 (Trial Motion, Memorandum and Affidavit) Defendants' Objections and Renewed Motion to Strike Portions of Lipsky Testimony (Nov. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3869319 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Set a Firm Order of Witnesses and Schedule and to Preclude Cumulative Testimony (Nov. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3785115 (Trial Deposition and Discovery) Deposition Of Anthony Putzier (Oct. 30, 2005) Original Image of this Document (PDF)
• 2005 WL 3785116 (Trial Deposition and Discovery) Deposition of Edward A. Putzier - Volume II March 16, 1995 (Oct. 30, 2005) Original Image of this Document (PDF)
• 2005 WL 3785132 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion in Limine to Exclude Exhibit P-63 (Oct. 30, 2005) Original Image of this Document (PDF)
• 2005 WL 3869317 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion in Limine to Exclude Exhibit P-63 (Oct. 30, 2005) Original Image of this Document (PDF)
• 2005 WL 3869262 (Trial Filing) Statement (Oct. 28, 2005) Original Image of this Document (PDF)
• 2005 WL 3785130 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion for Reconsideration Regarding Admission of Sanchini Journals (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3802597 () (Partial Testimony) (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869227 (Trial Deposition and Discovery) Declaration of Daniel T. Rooney (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869263 (Trial Filing) Plaintiffs' Statement Re Mode of Cross-Examination and Redirect Examination and Examination Time Limits (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869310 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion for Reconsideration Regarding Admission of Sanchini Journals (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869314 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Exclude Robert Budnitz'S Proposed Testimony About ""Potentially Catastrophic" Releases That Never Occurred (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869315 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Exclude Exhibit PX-63 (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3869316 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion for a Protective Order or to Quash Discovery (Oct. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3785128 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Reconsideration Regarding Admission of Sanchini Journals (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3785129 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit the Testimony by Robert Budnitz Concerning Issues in the North and Budnitz Report (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3785131 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit the Testimony by Robert Budnitz Concerning Issues in the North and Budnitz Report (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3802595 () (Partial Testimony) (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3802596 () (Partial Testimony) (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869226 (Trial Deposition and Discovery) Declaration of Ellen T. Noteware, Esq.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                              Page 111

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

(Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869305 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Admit Search Warrant Affidavit (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869306 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Use James Willging's Prior Deposition Testimony (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869307 (Trial Motion, Memorandum and Affidavit) Defendants' Motion for Reconsideration Regarding Admission of Sanchini Journals (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869308 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit the Testimony by Robert Budnitz Concerning Issues in the North and Budnitz Report (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869311 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion for Protective Order or to Quash Discovery (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869312 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Limit the Testimony By Robert Budnitz Concerning Issues in the North and Budnitz Report (Oct. 26, 2005) Original Image of this Document (PDF)
• 2005 WL 3869304 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Evidence of Plaintiffs' Consumer Price Index Adjustment for Property Damages (Oct. 25, 2005) Original Image of this Document (PDF)
• 2005 WL 3869303 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion Concerning Exhibits P-1239 Through P-1249 (The Sanchini Diaries) (Oct. 24, 2005) Original Image of this Document (PDF)
• 2005 WL 3785114 (Trial Deposition and Discovery) Deposition of: Jon S. Lipsky - October 16, 2005 (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3785126 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Bar Testimony By Wes Mckinley (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3785127 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Bar Testimony by Jon Lipsky (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869300 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Bar Testimony By Wes McKinley (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869301 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Bar Testimony By Jon Lipsky (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869302 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion Concerning Defendants' Exhibit D-66 (Oct. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3785113 (Trial Deposition and Discovery) Deposition of: Jon S. Lipsky - October 16, 2005 (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3785124 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Testimony By Wes Mckinley (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3785125 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Testimony By Jon Lipsky (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869221 (Trial Deposition and Discovery) Plaintiffs' Responses and Objections to Defendants' Supplemental Interrogatories (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869222 (Trial Deposition and Discovery) Trial Deposition and Discovery (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869297 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Testimony By Wes Mckinley (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869298 (Trial Motion, Memorandum and Affidavit) Defendants' Motion in Limine to Exclude Evidence of Lorren Babb's Emotional Distress (Oct. 20, 2005) Original Image of this Document (PDF)
• 2005 WL 3869299 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Bar Testimony By Jon Lipsky (Oct. 20, 2005) Original

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                              Page 112

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

Image of this Document (PDF)
• 2005 WL 3869296 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum in Opposition to ""Defendants' Motion Concerning Plaintiffs' Violations of the Court's in Limine Rulings During Opening Statements" (Oct. 19, 2005) Original Image of this Document (PDF)
• 2005 WL 3869223 (Trial Deposition and Discovery) Deposition of: Wesley Paul McKinley - October 18, 2005 (Oct. 18, 2005) Original Image of this Document (PDF)
• 2005 WL 3869231 (Trial Deposition and Discovery) Deposition of Richard C. Kaufman (Oct. 18, 2005) Original Image of this Document (PDF)
• 2005 WL 3869294 (Trial Motion, Memorandum and Affidavit) Memorandum in Opposition to Defendants' Motion to Exclude the ""Mary Walker" Briefing (Oct. 17, 2005) Original Image of this Document (PDF)
• 2005 WL 3869295 (Trial Motion, Memorandum and Affidavit) Memorandum in Opposition to Defendants' Motion to Exclude the ""Mary Walker" Briefing (Oct. 17, 2005) Original Image of this Document (PDF)
• 2005 WL 3869224 (Trial Deposition and Discovery) Deposition of: Jon S. Lipsky - October 16, 2005 (Oct. 16, 2005) Original Image of this Document (PDF)
• 2005 WL 3869261 (Trial Filing) Defendants' Statement Concerning the Walker Memorandum and Federal Rule of Evidence 803(8) (Oct. 16, 2005) Original Image of this Document (PDF)
• 2005 WL 3869260 (Trial Filing) Defendants' Submission of Limiting Instructions Pursuant to the 10/7/05 Hearing and a Related Statement by Defendants (Oct. 10, 2005) Original Image of this Document (PDF)
• 2005 WL 3785119 (Trial Deposition and Discovery) Reporter's Transcript Trial to Jury Volume 3 (Oct. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3869233 (Trial Deposition and Discovery) Reporter's Transcript Trial to Jury Volume 3 (Oct. 7, 2005) Original Image of this Document (PDF)
• 2005 WL 3844953 (Trial Filing) Defendants' Statement Concerning Its Trial Witness List (Oct. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3869259 (Trial Filing) Defendants' Statement Concerning its Trial Witness List (Oct. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3869269 (Trial Filing) Defendants' Statement Concerning its Trial Witness List (Oct. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3869292 (Trial Motion, Memorandum and Affidavit) Defendants' Emergency Motion for a Protective Order and to Quash Discovery (Oct. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3869293 (Trial Motion, Memorandum and Affidavit) Defendants' Motion Concerning Plaintiffs' Violations of the Court's in Limine Rulings During Opening Statements (Oct. 5, 2005) Original Image of this Document (PDF)
• 2005 WL 3783169 (Trial Deposition and Discovery) Reporter's Transcript Pretrial Conference (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3783170 (Trial Deposition and Discovery) (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3783186 (Trial Motion, Memorandum and Affidavit) Defendants' Emergency Motion to Compel Compliance with Pretrial Requirements (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3783187 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion for Protective Order or to Quash Discovery (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3869220 (Trial Deposition and Discovery) Affadavit of Daniel Wolfe, J.D., PH.D. (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3869289 (Trial Motion, Memorandum and Affidavit) Defendants' Opposition to Plaintiffs' Emergency Motion to Halt Defendants' Telephone Survey and for Related Discovery and Further Relief (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3869290 (Trial Motion, Memorandum and Affidavit) Defendants' Emergency Motion to Compel Compliance With Pretrial Requirements (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3869291 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs'

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                 Page 113

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

Motion for Protective Order or to Quash Discovery (Oct. 4, 2005) Original Image of this Document (PDF)
• 2005 WL 3782259 () (Report or Affidavit of Wayne L. Hunsperger and David B. Clayton) (Oct. 3, 2005)
• 2005 WL 3782269 () (Report or Affidavit of John Radke, Ph.D.) (Oct. 3, 2005)
• 2005 WL 3783764 (Jury Instruction) (Oct. 3, 2005) Original Image of this Document (PDF)
• 2005 WL 3869287 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion for Protective Order or to Quash Discovery (Oct. 3, 2005) Original Image of this Document (PDF)
• 2005 WL 3869288 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Emergency Motion to Halt Defendants' Telephone Survey Contacting Representative Plaintiffs and Class Members, and for Related Discovery and Further Relief (Oct. 3, 2005) Original Image of this Document (PDF)
• 2005 WL 3783168 (Trial Deposition and Discovery) Reporter's Transcript Pretrial Conference (Sep. 30, 2005) Original Image of this Document (PDF)
• 2005 WL 3869286 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Witnesses for Whom Discovery has Not Been Provided (Sep. 30, 2005) Original Image of this Document (PDF)
• 2005 WL 3782266 () Supplememental Expert Report Regarding Environmental Releases at the Rocky Flats Plant (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3782267 () (Report or Affidavit of F. Ward Whicker) (Sep. 29, 2005)
• 2005 WL 3782268 () (Report or Affidavit of Risk Assessment Corporation) (Sep. 29, 2005)
• 2005 WL 3783185 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion to the Testimony of Dr. Steven Wing (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3783763 (Jury Instruction) Plaintiffs' Objections to Defendants' Supplemental Jury Instructions (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3869256 (Trial Filing) Defendants' Statement Regarding National Security (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3869257 (Trial Filing) Defendants' Statement Regarding the Jury Verdict (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3869258 (Trial Filing) Defendants' Amended Pre-Trial Submissions, and Defendants' Statement Regarding Status of Pre-Trial Submissions, Including Witness Lists, Deposition Designations, Proposed Stipulations, Exhibit Lists, Demonstratives, And Pre-Trial Order (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3869271 (Trial Filing) Defendants' Amended Pre-Trial Submissions, and, Defendants' Statement Regarding Status of Pre-Trial Submissions, Including Witness Lists, Deposition Designations, Proposed Stipulations, Exhibit Lists, Demonstratives, and Pre-Trial Order (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3869285 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendants' Motion to the Testimony of Dr. Steven Wing (Sep. 29, 2005) Original Image of this Document (PDF)
• 2005 WL 3785121 (Trial Deposition and Discovery) (Sep. 28, 2005) Original Image of this Document (PDF)
• 2005 WL 3869219 (Trial Deposition and Discovery) Trial Deposition and Discovery (Sep. 28, 2005) Original Image of this Document (PDF)
• 2005 WL 3869225 (Trial Deposition and Discovery) Videotaped Deposition of Charles C. Mckay (Sep. 28, 2005) Original Image of this Document (PDF)
• 2005 WL 3869228 (Trial Deposition and Discovery) Videotaped Deposition of Charles C. McKay (Sep. 28, 2005) Original Image of this Document (PDF)
• 2005 WL 3869284 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude Newly Disclosed Witnesses (Sep. 28, 2005) Original Image of this Document (PDF)
• 2005 WL 3869283 (Trial Motion, Memorandum and Affidavit) Joint Motion for Clarification Re September 22, 2005 Minute Order (Sep. 27, 2005) Original Image of this Document (PDF)
• 2005 WL 3783760 (Jury Instruction) (Sep. 23, 2005) Original Image of this Document (PDF)
• 2005 WL 3783761 (Jury Instruction) Defendants' Amended Submission of Supplemental Jury Instructions (Sep. 23, 2005) Original Image of this Document (PDF)
• 2005 WL 3783762 (Jury Instruction) (Sep. 23,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                Page 114

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

2005) Original Image of this Document (PDF)
• 2005 WL 3783167 (Trial Deposition and Discovery) Declaration of Peter Nordberg (Sep. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869282 (Trial Motion, Memorandum and Affidavit) Opposition to Defendants' Motion to Compel Discovery (Sep. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3783184 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Compel Discovery from Plaintiffs (Sep. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3869280 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Compel Discovery from Plaintiffs (Sep. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3869281 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Enter Proposed Order Re: Privacy of Jury Venire, and Incorporated Memorandum of Law (Sep. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3782258 () (Report or Affidavit of Steven Wing, Ph.D.) (Sep. 16, 2005)
• 2005 WL 3783183 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude The Testimony of Dr. Steven Wing (Sep. 16, 2005) Original Image of this Document (PDF)
• 2005 WL 3783757 (Jury Instruction) (Sep. 16, 2005) Original Image of this Document (PDF)
• 2005 WL 3783759 (Jury Instruction) (Sep. 16, 2005) Original Image of this Document (PDF)
• 2005 WL 3869279 (Trial Motion, Memorandum and Affidavit) Defendants' Motion to Exclude the Testimony of Dr. Steven Wing (Sep. 16, 2005) Original Image of this Document (PDF)
• 2005 WL 3869255 (Trial Filing) Defendants' Statement Regarding National Security Evidence (Sep. 14, 2005) Original Image of this Document (PDF)
• 2005 WL 3869254 (Trial Filing) Defendants' Status Report in Connection With the September 13, 2005 Conference (Sep. 12, 2005) Original Image of this Document (PDF)
• 2005 WL 3869253 (Trial Filing) Joint Statement Regarding September 13 and September 22 Conferences (Sep. 8, 2005) Original Image of this Document (PDF)
• 2005 WL 3783755 (Jury Instruction) Plaintiffs' Supplemental Proposed Jury Instructions (Sep. 6,

2005) Original Image of this Document (PDF)
• 2005 WL 3783756 (Jury Instruction) Plaintiffs' Objections to Defendants' Proposed Supplemental Jury Instructions (Sep. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3869252 (Trial Filing) Joint Report on Jury Questionnaire (Sep. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3782260 () (Report or Affidavit of Robert Goble, Ph.D.) (Aug. 22, 2005)
• 2005 WL 3782261 () Deposition of Kenneth T. Wise, Ph.D. (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3782262 () (Partial Testimony) (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3782263 () (Report or Affidavit of Wayne Hunsperger) (Aug. 22, 2005)
• 2005 WL 3782264 () (Report or Affidavit of Paul Slovic) (Aug. 22, 2005)
• 2005 WL 3782265 () Affidavit of Daniel L. McFadden (Aug. 22, 2005) Original Image of this Document with Appendix (PDF)
• 2005 WL 3783165 (Trial Deposition and Discovery) (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3783166 (Trial Deposition and Discovery) (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869170 () Supplemental Expert Report of Ralph C. d'Arge (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869171 () (Report or Affidavit of Robert L. Goble, Ph.D.) (Aug. 22, 2005)
• 2005 WL 3869172 () (Report or Affidavit of Robert Goble, Ph.D.) (Aug. 22, 2005)
• 2005 WL 3869173 () Affidavit of Dr John A. Auxier and Dr John R. Frazier (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869175 () Affidavit of Geoffrey R. Howe, Ph.D. (Aug. 22, 2005)
• 2005 WL 3869213 (Trial Filing) Guiding Principles for Monte Carlo Analysis (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869214 (Trial Filing) Technical Steering Panel Research Directive (Aug. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 3869215 (Trial Filing) Trial Filing (Aug. 22, 2005) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy

Page 115

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

- 2005 WL 3869216 (Trial Filing) Trial Filing (Aug. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869246 (Trial Filing) Status Report Responding to the Court's September 11, 2003 Order (Aug. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869247 (Trial Filing) Plaintiffs' Response to ""Defendants' Statement Identifying A Matter for Discussion at the August 22 Conference" (Aug. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869249 (Trial Filing) Trial Filing (Aug. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869250 (Trial Filing) Trial Filing (Aug. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869251 (Trial Filing) Rocky Flats Nuclear Weapons Plant Property Impact Study November 21, 1996 (Aug. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869276 (Trial Motion, Memorandum and Affidavit) Supplement to Defendants' Motions in Limine--Defendants' Exhibits from July 28-29 Oral Arguments (Aug. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869277 (Trial Motion, Memorandum and Affidavit) Supplement to Defendants' Motion to Strike Plaintiffs' Expert Witnesses--Exhibits from July 29 and August 2-3, 2005 Oral Argument (Aug. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869278 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Aug. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869245 (Trial Filing) Defendants' Statement Identifying A Matter for Discussion at the August 22 Conference (Aug. 19, 2005) Original Image of this Document (PDF)
- 2005 WL 3869243 (Trial Filing) Plaintiffs' Statement of Claims (Aug. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3869244 (Trial Filing) Defendants' Theories of the Case (Aug. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3851425 () Affidavit of Dr. John A. Auxier (Aug. 7, 2005) Original Image of this Document (PDF)
- 2005 WL 3783178 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion to Exclude Testimony of Certain Defense Expert Witnesses (Jul. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3783179 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Omnibus Motion in Limine (Jul. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3783180 (Trial Motion, Memorandum and Affidavit) Defendants' Combined Reply in Support of Their Motions in Limine (Jul. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3783182 (Trial Motion, Memorandum and Affidavit) Class Plaintiffs' Response to Defendants' Motion to Compel the Production of Material Relied on By Dr. John Radke and for A Protective Order Postponing the Deposition of Dr. Daniel McFadden (Jul. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869273 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Motion to Exclude Testimony of Certain Defense Expert Witnesses (Jul. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869274 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Their Omnibus Motion in Limine (Jul. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3869363 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of their Omnibus Motion in Limine (Jul. 22, 2005) Original Image of this Document (PDF)
- 2005 WL 3783181 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Support of Their Motion to Exclude Expert Witness Testimony (Jul. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3869275 (Trial Motion, Memorandum and Affidavit) Defendants' Reply in Support of Their Motion to Exclude Expert Witness Testimony (Jul. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3869242 (Trial Filing) Joint Statement of the Parties Regarding Hearings on Daubert Motions and Motions in Limine and on Other Issues (Jul. 15, 2005) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                 Page 116

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

• 2005 WL 3783177 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3785159 (Trial Pleading) Second Amended Class Action Complaint and Jury Demand (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3785160 (Trial Transcript) Continued Hearing Transcript of Proceedings (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3802589 () Affidavit of Dr. John A. Auxier (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3802590 () Overview of Rocky Flats Operations by Thomas B. Cochran, Ph.D. (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3802591 () (Report or Affidavit of Daniel M. Conway) (Jul. 11, 2005)
• 2005 WL 3802592 () (Report or Affidavit of Roger) (Jul. 11, 2005)
• 2005 WL 3802593 () (Report or Affidavit of James Flynn Wayne Hunsperger) (Jul. 11, 2005)
• 2005 WL 3802594 () Factors Influencing Risk Assessment, Risk Perception, and Risk Acceptance (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3805358 (Trial Deposition and Discovery) (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3805359 (Trial Deposition and Discovery) (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844937 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844938 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844939 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844940 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844941 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844942 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844943 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844944 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844945 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844946 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844947 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844948 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844949 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844950 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844958 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Motion to Exclude Testimony of Certain Defense Witnesses (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3851426 () Declaration of F. Ward Whicker, Ph.D. (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3851427 () Affidavit of Dr. John A. Auxier (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3851428 () (Report or Affidavit of Daniel M. Conway) (Jul. 11, 2005)
• 2005 WL 3851429 () Report on Value Influences on Residential Real Estate in Northeast Jefferson County By Geneva Austin Smart, SRA (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3864247 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869133 () Attachment B Statement of Qualifications and Background Robert J. Budnitz, Ph.D. (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869169 () (Report or Affidavit of Albert Wilson) (Jul. 11, 2005)
• 2005 WL 3869206 (Trial Filing) Rocky Flats Environmental Technology Site Action Levels and Standards Framework for Surface Water, Ground Water, and Soils (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869207 (Trial Filing) A Survey Approach for Demonstrating Stigma Effects in Property Value Litigation (Jul. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869208 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                    Page 117

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

- 2005 WL 3869209 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869210 (Trial Filing) Environment and the Appraiser (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869211 (Trial Filing) Environment and the Appraiser (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869212 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869234 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869235 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869236 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869237 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869238 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869239 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869240 (Trial Filing) Trial Filing (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869272 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869309 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869313 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3869332 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions to Exclude Expert Testimony (Jul. 11, 2005) Original Image of this Document (PDF)
- 2005 WL 3783175 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Omnibus Motion in Limine (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3783176 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Sixteen Motions in Limine (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3802586 () Supplemental Expert Report Plutonium in Soil Near the Rocky Flats Environmental Technology Site F. Ward Whicker. (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3802800 (Trial Deposition and Discovery) Deposition of Deborah Millage (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3802801 (Trial Deposition and Discovery) Deposition of Richard N. Moorehouse (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3805347 (Trial Filing) (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3805357 (Trial Deposition and Discovery) (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3844934 (Trial Filing) Trial Filing (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3844935 (Trial Filing) Trial Filing (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3844936 (Trial Filing) Trial Filing (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3844956 (Trial Motion, Memorandum and Affidavit) Defendants' Response to Plaintiffs' Omnibus Motion in Limine (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3844957 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Sixteen Motions in Limine (Jul. 8, 2005) Original Image of this Document (PDF)
- 2005 WL 3844933 (Trial Filing) Defendants' Statement Identifying Their Proposed Witness for the Daubert Hearing (Jun. 29, 2005) Original Image of this Document (PDF)
- 2005 WL 3783173 (Trial Motion, Memorandum and Affidavit) Defendants' Amended Brief in Support of Their Motion to Exclude Expert Witness Testimony Relating to Damages (Jun. 21, 2005) Original Image of this Document (PDF)
- 2005 WL 3783174 (Trial Motion, Memorandum and Affidavit) Defendants' Amended Motion to Exclude Expert Witness Testimony Relating to Risk (Jun. 21, 2005) Original Image of this Document

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                           Page 118

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

(PDF)
• 2005 WL 3844954 (Trial Motion, Memorandum and Affidavit) Defendants' Amended Brief in Support of Their Motion to Exclude Expert Witness Testimony Relating to Damages (Jun. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3844955 (Trial Motion, Memorandum and Affidavit) Defendants' Amended Motion to Exclude Expert Witness Testimony Relating to Risk (Jun. 21, 2005) Original Image of this Document (PDF)
• 2005 WL 3844951 (Trial Filing) Trial Filing (Jun. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3844952 (Trial Filing) Trial Filing (Jun. 11, 2005) Original Image of this Document (PDF)
• 2005 WL 3869362 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Omnibus Motion in Limine (Jun. 3, 2005) Original Image of this Document (PDF)
• 2005 WL 3803490 () Deposition Of: ROBERT J. BUNDNITZ, Ph. D. (Apr. 25, 2005) Original Image of this Document (PDF)
• 2005 WL 3844931 (Trial Deposition and Discovery) Supplemental Declaration of Peter Elzi (Mar. 17, 2005) Original Image of this Document (PDF)
• 2005 WL 3802588 () Supplemental Declaration of PETER ELZI (Mar. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 3844930 (Trial Deposition and Discovery) Declaration of Peter Elzi (Jan. 14, 2005) Original Image of this Document (PDF)
• 2005 WL 3844968 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Motion to Compel Production of Brattle Group Billing & Fee Information Withheld By Defendants (Jan. 10, 2005) Original Image of this Document (PDF)
• 2005 WL 3869204 (Trial Motion, Memorandum and Affidavit) Defendants' Surreply to Plaintiffs' Motion to Exclude the Testimony of M. Laurentius Marais (Jan. 6, 2005) Original Image of this Document (PDF)
• 2005 WL 3863768 (Verdict, Agreement and Settlement) ÝDefendants' Proposed¨ Stipulated Pretrial Order (2005) Original Image of this Document (PDF)
• 2005 WL 3863769 (Verdict, Agreement and Settlement) ÝProposed¨ Stipulated Pretrial Order (2005) Original Image of this Document (PDF)

• 2004 WL 3735504 (Trial Deposition and Discovery) Videotaped Oral Deposition of Roy E. Thigpen (Nov. 20, 2004) Original Image of this Document (PDF)
• 2004 WL 3735505 (Trial Deposition and Discovery) Videotaped Oral Deposition of Roy E. Thigpen (Nov. 20, 2004) Original Image of this Document (PDF)
• 2004 WL 3704898 (Verdict, Agreement and Settlement) Defendants' Submission of Revised Trespass Jury Instructions and Jury Verdict Forms (Aug. 6, 2004) Original Image of this Document (PDF)
• 2004 WL 3706348 (Jury Instruction) Defendants' Submission of Revised Trespass Jury Instructions and Jury Verdict Forms (Aug. 6, 2004) Original Image of this Document (PDF)
• 2004 WL 3710553 () Supplemental Expert Report Plutonium in Soil Near the Rocky Flats Environmental Technology Site F. Ferd Whicker (Aug. 6, 2004) Original Image of this Document (PDF)
• 2004 WL 3731562 () Expert Report (Aug. 6, 2004) Original Image of this Document with Appendix (PDF)
• 2004 WL 3737212 () Expert Report (Aug. 6, 2004) Original Image of this Document (PDF)
• 2004 WL 3737213 () Expert Report (Aug. 6, 2004) Original Image of this Document (PDF)
• 2004 WL 3737214 () (Report or Affidavit of Frank J. Blaha, P.E.) (Aug. 6, 2004)
• 2004 WL 3710554 () Deposition of Walter Gale Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)
• 2004 WL 3737207 () Deposition of Walter Gale Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)
• 2004 WL 3737208 () Deposition of Walter Gale Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)
• 2004 WL 3737210 () Deposition of Walter Gale Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)
• 2004 WL 3737211 () Deposition of Walter Gale Biggs, Ph.D. (Jul. 29, 2004) Original Image of this Document (PDF)
• 2004 WL 3735502 (Trial Deposition and Discovery) Deposition of Deborah Millage (Jun. 18, 2004) Original Image of this Document (PDF)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                          Page 119

Slip Copy, 2006 WL 3533049 (D.Colo.)
**(Cite as: Slip Copy)**

- 2004 WL 3704151 () Deposition of Edward C. Tomlinson (Jun. 16, 2004) Original Image of this Document (PDF)
- 2004 WL 3737216 (Trial Deposition and Discovery) Deposition of Donald M. Park Volume 1 of 2 Pages 1 through 115 (Jun. 15, 2004) Original Image of this Document (PDF)
- 2004 WL 3737224 (Trial Deposition and Discovery) Deposition of Joseph S. Bowman (Jun. 10, 2004) Original Image of this Document (PDF)
- 2004 WL 3737219 (Trial Deposition and Discovery) Deposition of Luther B. Lund (Jun. 8, 2004) Original Image of this Document (PDF)
- 2004 WL 3737220 (Trial Deposition and Discovery) Deposition of Luther B. Lund (Jun. 8, 2004) Original Image of this Document (PDF)
- 2004 WL 3737225 (Trial Deposition and Discovery) Deposition of Luther B. Lund (Jun. 8, 2004) Original Image of this Document (PDF)
- 2004 WL 3704655 (Trial Deposition and Discovery) Deposition of Len Ackland (May 26, 2004) Original Image of this Document (PDF)
- 2004 WL 3727600 () Deposition of Len Ackland (May 26, 2004) Original Image of this Document (PDF)
- 2004 WL 3728939 (Trial Deposition and Discovery) Deposition of Len Ackland (May 26, 2004) Original Image of this Document (PDF)
- 2004 WL 3737218 (Trial Deposition and Discovery) Deposition of Aubrey Edward Ladwig (May 26, 2004) Original Image of this Document (PDF)
- 2004 WL 3737221 (Trial Deposition and Discovery) Deposition of Aubrey Edward Ladwig (May 26, 2004) Original Image of this Document (PDF)
- 2004 WL 3735503 (Trial Deposition and Discovery) Deposition of Richard N. Moorehouse (May 21, 2004) Original Image of this Document (PDF)
- 2004 WL 3737217 (Trial Deposition and Discovery) Deposition of Charles S. Ozaki (May 20, 2004) Original Image of this Document (PDF)
- 2004 WL 3706349 (Trial Deposition and Discovery) Deposition of Karen C. Whalen (May 13, 2004) Original Image of this Document (PDF)
- 2004 WL 3737223 (Trial Deposition and Discovery) Deposition of Karen C. Whalen (May 13, 2004) Original Image of this Document (PDF)
- 2004 WL 3737222 (Trial Deposition and Discovery) Deposition of Gretchen Robb (May 11, 2004) Original Image of this Document (PDF)
- 2001 WL 34892130 (Trial Filing) Proffer of Testimony for Dr. William E. Wecker (2001) Original Image of this Document (PDF)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.