EXHIBIT 6

## COMMUNICABLE DISEASES

A communicable (or infectious) disease is one which can be transmitted from one person to another. There are various methods of transmission, some direct and others indirect.

In a jail, like any place where people are obliged to live together in close contact, communicable disease can be a big problem. Disease can spread rapidly through the jail, infecting inmates and staff alike. For that reason, it is very important to be aware of the possibility that an inmate has an infectious disease, and then to know what to do about that.

First, it is important to try to learn during receiving screening whether or not an inmate has a communicable disease. You should ask him directly if he does. And you should also observe him for signs and symptoms of possible communicable disease. The disposition protocol should indicate what to do if you do suspect that an inmate has such a disease; generally, the protocol will indicate that he or she should be isolated from other inmates.

It is also important to be aware of signs and symptoms of possible disease after an inmate has been admitted to the jail. Because such diseases have an incubation period, the signs or symptoms may not become apparent until he has been in the jail for some time.

PARK 1995
REYES

EXHIBIT 8

HO-3

There are two main goals regarding the recognition of communicable disease:

1. To identify the disease as early as possible so that treatment can be started.

2. To prevent the spread of the disease.

In this section, some general information about communicable diseases will be covered. In addition, there is a chart of some communicable diseases which might be encountered in a jail. This chart gives specific information regarding incubation period, method of transmission, symptoms, possible complications, and so on.

## GENERAL INFORMATION ABOUT COMMUNICABLE DISEASES

### Methods of Transmission

Communicable diseases can be spread and transmitted in a variety of ways. The more common methods of transmission include:

#### Direct Contact

- Contact with an infected person
- Eating infected food
- Infection of an open skin wound

#### Indirect Contact

- Contact with contaminated objects, such as soiled dressings or clothing from an infected person

#### Inhalation

- Inhaling the droplets spread from an infected person when he sneezes or coughs
- Inhaling dust contaminated with infecting agents

**PARK 1996**
**REYES**

Occassionally, a carrier (one who may transmit an infectious disease) may himself be immune to the disease but still able to transmit it.

## COMMON SIGNS & SYMPTOMS OF COMMUNICABLE DISEASE

Every communicable disease presents certain characteristics--certain signs and symptoms--which may appear following the incubation period. These signs and symptoms vary greatly according to the particular disease.

Here are some of the more common signs and symptoms of a number of diseases:

- Fever
- Chills
- Headache
- Rash
- Cough (especially in which phlegm is coughed up)
- Diarrhea or cramps
- Sore throat
- Sudden joint swelling and pain (commonly along with fever)
- Weakness
- Itching

## DISPOSITION FOR SUSPECTED CASE OF COMMUNICABLE DISEASE

If an inmate says that he has or thinks that he has a communicable disease, or if you notice signs or symptoms indicating possible disease, then do the following:

1. Isolate the inmate from other inmates. Place him in a single cell.

2. Call M.D. to report the observed symptoms and to receive specific instructions.

3. Treat as M.D. indicates.

**PARK 1997**
**REYES**

### Incubation Period

When a person is infected with a communicable disease, the disease does not become immediately evident. There is an "incubation period," which is the time between the actual infection and the first appearance of the signs of the disease in the infected individual.

The incubation period varies according to the disease. It can be a matter of days or weeks. With diptheria or scarlet fever, the first signs of the disease can appear within two to five days following infection. With infectious hepatitis, the incubation period is two to six weeks. And with tuberculosis, the symptoms may not appear until four to twelve weeks after infection.

The reason for this variability is that it takes different kinds of infectious agents (bacteria, etc.) different amounts of time to develop within the body of the infected person.

### Period of Communicability

A person who has a communicable disease cannot transmit the disease to another person at <u>any</u> time that he has the disease. Instead, there is only a certain period of time in which this can happen. That period of time is known as the "period of communicability" or "contagious period."

This period varies greatly according to the disease. With chicken pox, the period of communicability is one day before skin lesions appear to six days after lesions appear. With smallpox, the communicability period lasts from the time the first symptoms appear until the symptoms disappear--however long that time span is. Gonorrhea can be transmitted for months or even years unless the disease is treated. With some diseases, such as infectious hepatitis and monoucleosis, the period of communicability is unknown.

### Immunity

Not everyone is equally susceptible to the same disease. A person may be infected, but the disease may never develop. He or she might be immune to the disease, either naturally or because of immunization, such as an injection of an immunizing agent.

**PARK 1998**
**REYES**

## GENERAL TREATMENT GUIDELINES

In addition to the above guidelines for disposition, here are some further general guidelines for handling a suspected case of infectious disease:

1. Keep the inmate comfortable--not too hot and not too cold.

2. Make sure that the inmate keeps himself clean.

3. Use disposable dinnerware with the inmate (plates, cups, forks, spoons, etc.)

4. Wash your hands after _every_ contact with the inmate.

5. Allow him to keep his own clothes. Wash clothes separately from those of other inmates.

6. Ask physician about any special care needed for clothes, bedding, pillow, and mattress.

7. Ask physician for special instructions on cleaning the cell. (Depending upon the disease, there may be such special instructions.)

8. If an inmate has lice or scabies, he will usually be required to shower with a medicated lotion or shampoo. Be sure that he knows how to use it properly, and monitor his use of it. (Just telling him how to use a lotion or shampoo may not be enough.)

## EMERGENCY SITUATIONS

A communicable disease can result in a medical emergency. If you notice any of the following signs and symptoms, consider the situation an emergency. Call M.D. _immediately_, describe the signs and symptoms, and follow his advice.

- Fever and headache, confusion, stupor or coma.

- Respiratory distress, such as rapid breathing or great difficulty breathing.

- Extreme weakness (which may be due to fever)

**PARK 1999**
**REYES**