IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES

       Plaintiff,

v.

PARK COUNTY, a Public Entity of the State of Colorado and Its Governing Board;

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;

PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the State of Colorado;

FRED WEGENER, Individually and in His Capacity as Sheriff of Park County, Colorado;

MONTE GORE, Individually and in His Capacity as Captain of Park County Sheriff's Department; and

VICKI PAULSEN, Individually and in Her Official Capacity as Registered Nurse for Park County, Colorado,

       Defendants.

---

### DEFENDANT PAULSEN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

Defendant Vicki Paulsen ("Paulsen"), by and through her undersigned counsel and pursuant to F.R.C.P. 6(b) and D.C.COLO.L.CivR 6.1(C), hereby submits this Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment, and as grounds therefore states as follows:

### D.C.COLO.L.CivR 7.1 Certification

Counsel for Paulsen has conferred in good faith with counsel for Plaintiff, Bill Trine, who stated that Plaintiff does not oppose the relief requested in this Motion.

1. Defendant Paulsen respectfully requests an extension of time, up to and including February 12, 2007, by which to file her reply in support of her motion for summary judgment. Although Defendant Paulsen's reply is currently due on January 30, 2007, she needs additional time in which to prepare and file her reply brief. Plaintiff's response to Defendant Paulsen's motion for summary judgment contains a lengthy statement of additional undisputed facts, which incorporated by reference the statement of facts contained in Plaintiff's response to Park County's motion for summary judgment. Given the amount of evidence involved, analyzing the response to each of these facts, and preparing a reply brief, requires additional time.

2. Further, the Park County defendants' reply in support of their motion for summary judgment is due on February 12, 2007. In the interests of efficiency, rather than file a separate response to each of the facts that Plaintiff incorporated by reference from his response to the Park County defendants' motion, Defendant Paulsen may simply incorporate by reference the Park County defendants' responses to those facts. To coordinate such an effort with Park County, however, requires an extension of time so that Defendant Paulsen can review Park County's response to those facts and determine whether adopting that response would be appropriate.

3. For these reasons, Defendant Paulsen requests an extension of the due date for her reply in support of her motion for summary judgment until February 12, 2007, the same date on which the Park County defendants' reply is due.

4.  This motion represents Defendant Paulsen's first request for an extension of the deadline to file her reply in support of her motion for summary judgment.

5.  This extension of time will not prejudice either party or interfere with existing deadlines. A pretrial conference is not set until March 13, 2007.

6.  Pursuant to D.C. Colo. LCivR 6.1(D), a copy of this Motion is being served on the undersigned's client.

WHEREFORE, Defendant Paulsen respectfully requests that the Court enter an Order granting her Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment up to and including February 12, 2007.

Respectfully submitted: January 30, 2007

s/ Melanie B. Lewis

Josh A. Marks, Esq.
Melanie B. Lewis
Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
Phone: (303) 402-1600
Fax: (303) 402-1601
Email: jam@bhgrlaw.com; mbl@bhgrlaw.com

*Attorneys for Defendant Paulsen*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, I electronically filed the foregoing **DEFENDANT PAULSEN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO 80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO 80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO 80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

Andrew Ringel
Jennifer Veiga
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO 80202
ringela@hallevans.com
veigaj@hallevans.com

*s/Fern H. Regan*

Fern H. Regan