IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES

      Plaintiff,

v.

PARK COUNTY, a Public Entity of the State of Colorado and Its Governing Board;

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;

PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the State of Colorado;

FRED WEGENER, Individually and in His Capacity as Sheriff of Park County, Colorado;

MONTE GORE, Individually and in His Capacity as Captain of Park County Sheriff's Department; and

VICKI PAULSEN, Individually and in Her Official Capacity as Registered Nurse for Park County, Colorado,

      Defendants.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on Defendant Vicki Paulsen's Unopposed Motion to For Extension of Time to File Reply in Support of Motion for Summary Judgment.

      IT IS ORDERED that the Motion is GRANTED. Defendant Paulsen has up to and including February 12, 2007, by which to file her reply in support of her motion for summary judgment.

DATED: