IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA REYES,

    Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board;
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

    Defendant Vicki Paulsen's Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment is GRANTED. Paulsen may file her reply brief on or before February 12, 2007.

Dated:   January 30, 2007

                                          s/ Judge Walker D. Miller