CARANZA - REYES, MOISES
LIFE CARE PLAN

PENGAD 800-631-6989

EXHIBIT
**9**

49
EXHIBIT
Woodard
7/12/06
COFFMAN REPORTING

WOODARD
00001

Moises Carranza-Reyes
Preliminary Life Care Plan
April 28, 2006

## MEDICAL SERVICES

*Primary Care
$60 to $100 per visit
2 to 3 visits per year, to life
Annual Total: $120 to $300

*Per Ms. Poppish, until Moises is able to see specialists in orthopedics, rehabilitation, pulmonology, psychology and pain management, he will likely have weekly follow-up at the Clinica Compesina.

Orthopedist/Physical Medicine and Rehabilitation
Initial Evaluation: $100 to $140

Then,
Follow up visits: $90 to $111
2 to 3 visits per year, to life
Annual Total: $180 to $333

Imaging (X-rays, MRI, CT-scan)
To Be Determined

WOODARD
00002

Page Two
**Moises Carranza-Reyes Life Care Plan**
April 28, 2006

Pain Management Specialist
   Initial Evaluation: $260 to $380
   Follow-up:  To Be Determined

Pulmonologist
   Initial Evaluation: $300 to $500
   Then,
   $100 to $300 per visit
   2 to 4 visits initially
      One Time Cost: $200 to $1,200

   Then,
   $300 to $500 per annual evaluation; frequency to be determined
      Annual Total: $300 to $500

Psychological Services
   Initial Evaluation: $125 to $140
   Then,
   $125 to $140 per visit
      Frequency and Duration of Treatment To Be Determined

**MEDICATIONS**

Tylenol
Lidocaine gel
      Annual Total: $88 to $334, to life

**WOODARD**
**00003**

Page Three
**Moises Carranza-Reyes Life Care Plan**
April 28, 2006

## SURGERIES/HOSPITALIZATIONS

Moises is at risk for additional surgery such as stump revisions or plastic surgery.
Costs must be considered to allow for these treatment needs as they arise.

## CASE MANAGEMENT

Independent Case Management Services
$72 to $85 per hour
20 to 40 hours per year to life
Annual Total: $1,440 to $3,400

## REHABILITATION SERVICES

Physical Therapy
Initial Evaluation: $155 to $300
Then,
Subsequent Sessions:
$60 to $150 per session
To Be Determined

Vocational Evaluation
One Time Total: $600 to $1,200

Intensive Private ESL Instruction
$5,100 to $8,000

GED Preparation Courses and Test
$700 to $1,000

WOODARD
00004

Page Four
**Moises Carranza-Reyes Life Care Plan**
April 28, 2006

Interpreter Services (for medical appointments, social services, psychological counseling, meetings with prosthetists and therapists, etc.)
$50 to $80 per hour
60 to 80 hours per year, for 3 to 5 years
Annual Total: $3,000 to $6,400

## PERSONAL CARE ASSISTANCE

Personal Care Assistance
$20 to $24 per hour
5 hours per week, now through age 49
Annual Total: $5,200 to $6,240
2 to 3 hours per day beginning at age 50 to life
Annual Total: $14,600 to $26,280

## EQUIPMENT

| Item | Cost | Replacement |
|---|---|---|
| Manual Wheelchair | $2,000 to $4,000 | Every 5 to 7 years, to life |
| Power Wheelchair | To Be Determined | |
| Cane/Crutches | $45 to $120 | Every 2 to 3 years, to life |
| Hand Held Shower Sprayer | $38 to $42 | Every 5 to 7 years to life |
| Grab Bars (including installation) | $100 to $150 | Every 5 to 7 years to life |
| Shower Chair | $100 to $150 | Every 3 to 5 years to life |
| Prosthetic | $12,000 to $28,000 | Every 3 to 5 years, to life |
| Socket Replacement | $6,000 to $9,000 | Every 3 to 5 years, to life |
| Liners, Socks, Joints, Gels, and Maintenance | $4,000 to $6,000 | Every 3 to 5 years, to life |
| Back-up Prosthesis | $8,000 to $16,00 | Every 3 to 5 years, to life |

WOODARD
00005

RE: Moises Carranza-Reyes
Comparison of average medical costs in the US versus Mexico City

| Services | US avg costs | Mexico avg costs | % difference | | | | |
|---|---|---|---|---|---|---|---|
| Orthopedist | $99 | $70 | -33% | | | | |
| Physical Medicine | Init: $311 F/U: $91 | F/U: $63 | -31% | | | | |
| Primary Care | $67 | $18 | -73% | | | | |
| Pain Management | Init: $335 F/U: $198 | $50 | -75% | | | | |
| Psychologist | $130 | $42 | -68% | | | | |
| Physical Therapy | Init: $185 session: $106 | Eval: $88 F/U: $61 | -52% -42% | | | | |
| Occupational Therapy | Init: $113 session: $88 | Eval: $88 F/U: $61 | -52% -42% | | | | |
| MRI | $851 | $395 + reading fees (est $100-$150) | -39% | | | | |
| CNA/Care Assistance | $22/hour 4 hour minimum $88/day | $73/day | -17% | | | | |

Avg 48% less in Mexico

Rsch says 66% less in Mexico

WOODARD
00006

1s

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Family Doctor
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| CEMI | Mexico DF 5287-3043 | Dr. Romero | $150 per visit |
| Intermedik | Mexico DF | Receptionost | $200 per visit |
| | | | |
| | | | |
| | | | |

WOODARD
00007

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Orthopedic Doctor
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Hospital Angeles Mexico | Mexico DF 5516-9900 | Dr. Garfias | $500 per Visit. |
| Hospital Angeles Lomas | Mexico DF 5246-5000 | Dr. Jorge Romo | $800 Per Visit |
| Instituto Nacional de Ortopedia | Mexico DF 5999-1000 | Dr. Jose Clemente Ibarra | $800 per Visit |
| | | | |
| | | | |

WOODARD
00008

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Physical Medicine
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Orthosport | Mexico DF 5532-8909 | Jorge Duran | $600 per visit |
| Medicina Fisica y Deportiva | Mexico DF 5553-1217 | Dr. Rosas | $650 per visit |
| | | | |
| | | | |
| | | | |

WOODARD
00009

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: MRI
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Instituto Nacional de Rehabilitacion | Mexico DF 5999-1000 | Rosa | Starts @ $3000 |
| Servicios de Resonancia Magnetica | Mexico DF 5286-0454 | Receptionist | $4,900 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

WOODARD
000010

1s

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Pain Management Specialist
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION | | | |
|---|---|---|---|---|---|---|
| Tecnicas Orientales | Mexico DF 5331-3811 | Dr. Raul Estrada | $500 per visit | | | |
| Clinica de Especialidades Medicas | Mexico DF 5603-7933 | Marisela Rodriguez | $400 to 600 per visit | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WOODARD
00011

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Psychologist
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Dr. Carmeluza Patino | Mexico DF 5217-1628 | Dr. Carmeluza Patino | $450 per session |
| Dordesa y Asociados | Mexico DF 5682-0189 | Patricia | $350 per session |
| Psicoterapia Integral Especializada | Mexico DF 5665-5897 | Dra. Nora Beltran | $450 per session |
| | | | |
| | | | |

WOODARD
00012

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Prosthetist
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Clinica del Norte | Mexico DF 5528-5725 | Dr. Rivero | $800 per visit |
| Dr. Vidales | Mexico DF 5606-3449 | Dr. Vidales | $1,500 Initial Evaluation $1,000 per visit |
| | | | |
| | | | |
| | | | |

WOODARD
00013

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: PT - O T
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Hospital Angeles Lomas | Mexico DF 52 46-96 43 | Eduardo Branderburg (Supervisor) ebranderburg@t utopia.com | PT Visit $500 to $550 PT @ home around $850 (According to Eduardo, Orthopedic Doctors charge between $500 to $3,500. |
| Hospital Espanol | Ciudad de Mexico 5255-9659 | PT | 1st visit $750. PT starts at $421 per session. |
| Instituto Nacional de Ortopedia | Mexico DF 5999-1000 | PT Department | $1,000 Evaluation $600 per Visit |
| | | | |
| | | | |

WOODARD 00014

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Certified Nurse
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Hospital Angeles del Pedregal | Mexico DF 5449-5500 X3960 | Victor Villareal | Certified Nurse Service $825 for 12Hrs requires $7,500 Deposit |
| Enfermeras Independientes | Mexico Df 5577-1865 | Irene | $650 for 12 hrs |
| Servicios Integral de Medicos y Enfermeria | Mexico DF 5539-0769 | Antonieta | $705 for 12 hrs |
| | | | |
| | | | |

WOODARD
00015

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Housekeeping Service
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| ABC Agencia Espanola | Mexico DF 5512-1112 | Hector Gonzalez | One time fee of $2,500. $200/ 8hrs a day. |
| Angeles | Mexico DF 5338-4229 | Maria | One time fee of $2,200. $170 8 hr day |
| Servihogar | Mexico DF 5521-9913 | Luz Elena | One time fee of $2,500. $150 to 200 a day. |
|  |  |  |  |
|  |  |  |  |

WOODARD
00016

MEDICATIONS

WOODARD
00017

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Primary Care
DATE: January 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Clinica Compesina | Denver, CO 303-665-2962 303-650-4460 | Claudia (lafayette) Receptionist (Denver) | Up to $60 for full visit (could be more depending on level of care-). Sliding scale for persons without income. 720-xxx-xxxx   303-359-5768 |
| Rocky Mountain Primary Care | Westminister, Colorado 303-252-7790 #4 | Mary | Average charge for follow-up – $81.00 Ranges from $60.00 to $128.00 |
| Mile High Primary Care | Aurora, CO (303) 341-4200 | Lynnay | Office visits on average are $60.00 |

ls

WOODARD
00018

1s

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Family Doctor
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION | | | |
|---|---|---|---|---|---|---|
| CEMI | Mexico DF 5287-3043 | Dr. Romero | $150 per visit $15 | | | |
| Intermedik | Mexico DF | Receptionost | $200 per visit $20 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WOODARD
00019

1s

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Orthopedist
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Advanced Orthopedics and Sports Medicine Specialists - Dr. Wayne Gersoff* | Denver, Colorado 303-344-9090 | Linda | Follow-up visits are usually a 99213 - $111.00 |
| Western Orthopedics | Denver, Colorado 303-321-1333 | Ren | Initial evaluation: $95.00 and $140.00 Follow-up: $90.00 |
| Orthopedic Physicians of Colorado | Denver, Colorado 303-789-2663 | Iris | Initial evaluation: $150.00 Follow-up: $95.00 |
| | | | Will allow 40% off at time of service. |

WOODARD
00020