Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Orthopedic Doctor
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION | |
|---|---|---|---|---|
| Hospital Angeles Mexico | Mexico DF 5516-9900 | Dr. Garfias | $500 per Visit. | $50 US |
| Hospital Angeles Lomas | Mexico DF 5246-5000 | Dr. Jorge Romo | $800 Per Visit | $80 US |
| Instituto Nacional de Ortopedia | Mexico DF 5999-1000 | Dr. Jose Clemente Ibarra | $800 per Visit | $80 US |
| | | | | |
| | | | | |

WOODARD
00021

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Physical Medicine
DATE: February 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Dr. Gregory Gerber - Red Rocks Center for Rehabilitation | Golden, Colorado 303-277-0700 | Michelle | Initial evaluation - $300.00 Follow-up - $125.00 Michelle stated that these estimates can go up depending on what the doctor does. |
| Dr. Brooks Conforti | Aurora, Colorado 303-858-6404 | Fran | Initial: $195.00 Follow-up: $79.00 (October 2005) |
| Centeno Clinic | Westminster, CO 303-429-6448 | Leslie | Initial Evaluation: $250 to $500 Follow up visits: $35 to $125 |

WOODARD
00022

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Physical Medicine
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION | |
|---|---|---|---|---|
| Orthosport | Mexico DF 5532-8909 | Jorge Duran | $600 per visit | $60 |
| Medicina Fisica y Deportiva | Mexico DF 5553-1217 | Dr. Rosas | $650 per visit | $65 |
| | | | | |
| | | | | |
| | | | | |

WOODARD
00023

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: MRI
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Denver Nmr Inc | Denver, CO (303) 623-5701 | Becky-billing | Residual Limb MRI: $1,020 (includes reading and test- if paid at time of service, discount 50%) = $510 to $1,020 |
| Center for Advanced Medical Imaging | Denver, CO (303) 427-8000 | Vicki | MRI of residual stump: $747-$1,125 |
| | | | |

WOODARD
00024

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: MRI
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION | |
|---|---|---|---|---|
| Instituto Nacional de Rehabilitacion | Mexico DF 5999-1000 | Rosa | Starts @ $3000 | $300 US → |
| Servicios de Resonancia Magnetica | Mexico DF 5286-0454 | Receptionist | $4,900 | $ 480 US |
| | | | | |
| | | | | |
| | | | | |

WOODARD
00025

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Pain Management
DATE: November 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Colorado pain Management | Denver, CO 303-286-5067 | Jean | An initial consultation is $384. Follow up visits are $150 - $220. |
| Dr. Ricewig - Colorado Pain Management | Denver, CO 303-422-7991 | Linda | An initial consultation is $360. Follow up visits are $180 - $240. |
| Center for Pain Management | Aurora, CO 303-363-5333 | Sydney/June | An initial 30-minute office consultation is $260. An initial 80-minute office consultation is $520. |

WOODARD 00026

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Pain Management Specialist
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Tecnicas Orientales | Mexico DF 5331-3811 | Dr. Raul Estrada | $500 per visit   $50 US |
| Clinica de Especialidades Medicas | Mexico DF 5603-7933 | Marisela Rodriguez | $400 to 600 per visit   $40-60US |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

WOODARD
00027

CN

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Pulmonology
DATE: March & April 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Randall Bjerke, M.D. | Boulder, CO 303-442-2150 303-245-7056 (billing) | Joan Debra | Consultation/Initial Evaluation (physician only): $250 to $300 TC 4/17/06 - follow-up visit: $85 to $150 |
| Dennis Clifford, M.D. | Wheat Ridge, CO 303-940-1661 | Elena | Consultation/Initial Evaluation (physician and breathing test): $500 to $800 (4/17/06)Follow-up: $100 to $325 + any additional testing. |
| Colorado Pulmonology Associates Timothy Kennedy, M.D. | Denver, CO 303-863-0300 | Jeanie | Consultation/Initial Evaluation: $248 to $428 (physician fee), testing would be additional (4/17/06) Follow up visits- $101-$152 + testing. |

WOODARD
00028

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Psychological Counseling
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Dr. Robert Chinisci | Denver, CO 303-757-4142 | Dr. Chinisci | Initial and Follow up visits - $125 |
| Dr. David Milner | Denver, CO 303-321-2170 | Dr. Milner | Initial and Follow up visits - $160 |
| Building Bridges Dr. Pat Koestner | Denver, CO 303-875-2109 | Dr. Koestner | Initial and Follow up visits - $120 |

**WOODARD 00029**

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Psychologist
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION | |
|---|---|---|---|---|
| Dr. Carmeluza Patino | Mexico DF 5217-1628 | Dr. Carmeluza Patino | $450 per session | $45 US |
| Dordesa y Asociados | Mexico DF 5682-0189 | Patricia | $350 per session | $35 US |
| Psicoterapia Integral Especializada | Mexico DF 5665-5897 | Dra. Nora Beltran | $450 per session | $45 US |
| | | | | |
| | | | | |

WOODARD 00030

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Prosthetist
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Clinica del Norte | Mexico DF 5528-5725 | Dr. Rivero | $800 per visit       $80 US |
| Dr. Vidales | Mexico DF 5606-3449 | Dr. Vidales | $1,500 Initial Evaluation  $1,50 US $1,000 per visit  $100 US |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

WOODARD
00031

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Medications
DATE: April 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Walgreens | www.walgreens.com | website | Lidocaine gel: $6.49 per bottle $78-$156/year Tylenol Extra $14.99 for 250 $87.50 (4/day) to $175 (8/day) per year **Annual Total: $88.28 to $334** |
| | | | |
| | | | |
| | | | |
| | | | |

WOODARD
00032



WOODARD
00033

MD

**SERVICES SURVEY**

**RE: Moises Caranza-Reyes**

Type of Service: Case Management
Date of Service: April, 2005

| COMPANY NAME | CITY, ST PHONE NUMBER | CONTACT PERSON | INFORMATION COLLECTED |
|---|---|---|---|
| Matrix Rehabilitation Consultants | Denver, CO (303)734-0293 | Cindy | The cost varies, however it generally runs between $75 and $85 per hour. |
| Human Network System Inc | Denver, CO (303)758-8182 | Jessica | Case management is $90 per hour. |
| Reaffirm Inc. Richard Stika | Lakewood, CO (303)232-7950 | Richard Stika | Does mostly bill paying, he charges $60 for all non-court related activities. And $75 for everything else. |
| James Gracey, EdD/Colorado Institute for Injury Rehabilitation | Denver, CO 303-757-6970 | Lynn | Case management is $120 - $190 per hour, not a large component of their work. |
| Bonnie Ruth & Associates | Denver, CO 303-757-7935 | Theavy | Case management and vocational services are $95/hour. |

WOODARD
00034



WOODARD
00035

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: PT
DATE: January 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| University of Colorado Health Sciences Center | Denver, CO 303-372-0000 | Sonji | A physical therapy evaluation is $300 - $500. Subsequent treatments are $75 - $160. |
| OT Plus, Inc. | Denver, CO 303-753-0309 | Jeri | A PT initial evaluation is $155 per hour. PT follow up services are $155 per hour. |
| Physiotherapy and Associates | Golden, Colorado 303-275-2190 | Laura | PT evaluation: $100.00 PT therapies: $30.80 to $46.20 per modality |

WOODARD
00036

1s

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: PT - O T
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Hospital Angeles Lomas | Mexico DF 5246-9643 | Eduardo Branderburg (Supervisor) ebranderburg@utopia.com | PT Visit $500 to $550 - $50-$55 US PT @ home around $850 - $85 US (According to Eduardo, Orthopedic Doctors charge between $500 to $3,500. 50 to 350 US |
| Hospital Espanol | Ciudad de Mexico 5255-9659 | PT | 1st visit $750. PT starts at $421 per session. $75 US $42 US |
| Instituto Nacional de Ortopedia | Mexico DF 5999-1000 | PT Department | $1,000 Evaluation $600 per Visit $100 US 60 US |
| | | | |
| | | | |

WOODARD
00037

SMS

**SERVICES SURVEY**

**RE: Moises Caranza-Reyes**

**Service: Vocational Counseling**

**Date: August 2005**

| Company | City/Phone | Contact Person | Information |
|---|---|---|---|
| Career Coaching and Testing Services | Denver, CO 720-291-7087 | Marjorie | 04/05 - After the testing and scoring, the cost is $399 per month for three appointments, usually for a three month period. |
| James Gracey, EdD/Colorado Institute for Injury Rehabilitation | Denver, CO 303-757-6970 | Lynn | 04/05 - Vocational Counseling costs depend on who you work with in the office. The range is between $130 - $200 per hour. The length of time depends on the client. |
| Bonnie Ruth & Associates | Denver, CO 303-757-7935 | Theavy | Case management and vocational services are $95 per hour. |
| Dragon Spirit Coaching | Longmont, CO 303-678-5322 | Iola | 04/05 - Intake interview is $300. Monthly costs for coaching is $350. Services may be done in person, or by telephone, e-mail, and/or mail. |

WOODARD
00038

SB

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: ESL Classes
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Community College of Denver | Denver, CO | website www.ccd.edu | $72.75 per resident credit hour and $152.75 per non resident credit hour. Each student is required to receive at least one tutoring hour for each class they are enrolled in. They offer classes in conversation, reading, pronunciation, spelling, grammar and writing. (See attached) |
| Tutoring Club | Denver, CO 303-757-8886 | Mark, owner | They have an ESL program that is designed for all foreign language speakers. one time Registration: $50 Tuition: $320 per month (2 hour-long sessions per week for four weeks) The typical beginning student has two one hour sessions per week. On average, a student improves one grade level every 32 hours All student are tutored at the center. Group ratios are no more than 3:1.    2 grade levels = $2,560 4 grade levels = $5,120 |

WOODARD
00039

CN

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: GED classes
DATE: April 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| AIMS Adult ELL | Denver, CO 720-424-5319 | Jenifer | No GED classes. Recommended contacting Bill Furney at the the Dept of Educa. |
| Bill Furney | Denver, CO www.cde.stat e.co.us | Bill | Recommended: -CCD/GED Inst -Coalition of Literacy- Jefferson Cnty -Learning Source for Adults and Families -Front Range Comm College |
| CCD/GED Institute | Denver, CO 303-556-3805 | Vera Polack | LM 4/18/06 |
| Learning Sources for Adults and Families | Lakewood, CO 303-922-4683 | Beatrice | Classes are $40 to $60 per semester. Number of semesters depends on each person and their demonstrated grade level. |
| Front Range Comm College | Westminster, CO 303-404-5000 | Julie Donna | GED prep classes: $120 (one time summer course for high level students. Prep Classes: Reading, writing, math $120 per class. ($360 for 3 classes) If he scored really low on reading level pre-test, he would prob have to take a few reading classes before he started GED prep classes (also $120 each). $80 for GED test |

WOODARD
00040