| NW Community College | Craig, CO 970-824-1103 | Jean Billadue | Take an assessment to see where placement starts. Costs are $72 to $152 per credit. Someone with a low education level would probably need several classes. |
|---|---|---|---|
| Literacy Coalition of Jefferson Cnty | Edgewater, CO 720-251-3141 | | LM 4/18/06 |

WOODARD
00041

ls

Services Survey Form
RE: Moises Caranza-Reyes

TYPE OF SERVICE: Interpreter Services
DATE: May 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Denver Translation Team | Denver, CO 303-935-1512 | Sue | Call Mike at 313-668-6881 to book services. Hourly cost (non-legal): $60 per hour |
| Interpreter of Network of Colorado | Denver, CO 303-831-4151 | Marybell | Hourly cost (non-legal): $80 per hour |

WOODARD
00042

WOODARD
00043

PERSONAL CARE ASSISTANCE


Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: CNA
DATE: April 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Maxim Healthcare Services | Westminister, CO 303-487-7143 | Mike | CNA is $25/hr Minimum 1 hour |
| Bayada Nursing Services | Denver, CO 303-333-2900 | Jackie | CNA is $19/hr with a four hour minimum |
| Expert Nursing/Companion | Denver, CO 303-340-3390 | Rene | CNA is $22/hour – four hour minimum |

ls

WOODARD
00044

ls

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Certified Nurse
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION | | | |
|---|---|---|---|---|---|---|
| Hospital Angeles del Pedregal | Mexico DF 5449-5500 X3960 | Victor Villareal | Certified Nurse Service $825 for 12Hrs requires $7,500 Deposit $750 dpsd $825/12hrs | | | |
| Enfermeras Independientes | Mexico Df 5577-1865 | Irene | $650 for 12 hrs $65/12 hrs | | | |
| Servicios Integral de Medicos y Enfermeria | Mexico DF 5539-0769 | Antonieta | $705 for 12 hrs $70/12 hrs | | | |
| | | | | | | |
| | | | | | | |

WOODARD
00045

SB

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Housecleaning
DATE: March 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| Mile High Maids | Denver, CO 720-200-4474 | Katie | Weekly cleaning: $109.95 for up to 1000 square feet and up to 4 hours of cleaning  $119.95 for up to 1500 square feet and up to five hours of cleaning |
| Merry Maids | Denver, CO 303-790-1900 | Kris | weekly cleaning: $94 for two cleaners and supplies |
| Angel Reflection | Denver, CO 303-693-1959 | | They do not service north Denver. |

WOODARD
00046

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Housekeeping Service
DATE: July 2005

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION | |
|---|---|---|---|---|
| ABC Agencia Espanola | Mexico DF 5512-1112 | Hector Gonzalez | One time fee of $2,500. $200/ 8hrs a day. $250us | daily $20/8hrs |
| Angeles | Mexico DF 5338-4229 | Maria | One time fee of $2,200. $170 8 hr day $220 | daily $17/8hrs |
| Servihogar | Mexico DF 5521-9913 | Luz Elena | One time fee of $2,500. $150 to 200 a day. $250 | daily $15-20/day |
| | | | | |
| | | | | |

— Daily Service

WOODARD 00047

ls

SB

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Handyman
DATE: March and April 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| A Gentleman's Handyman | Denver, CO 303-683-1855 | | Service charge: Hourly rate: |
| Handyman Matters | Denver, CO 303-722-7846 | Brian | Service charge: $30 Hourly rate: $60 |
| Mr. Handyman | Denver, CO 303-215-1131 | Steve | First hour is $119 (includes service charge) Hourly rate after first hour is: $84 |
| Handyman Connection | Denver, CO 303-427-9777 | Renee | They do not quote prices. |
| A Affordable Handyman | Denver, CO 303- | | There is a $20 service charge. The hourly charge is $55. |

WOODARD 00048

SB

Services Survey Form
RE: Moises Carranza-Reyes

TYPE OF SERVICE: Lawn Care/Snow Removal
DATE: March and April 2006

| COMPANY NAME | CITY/STATE TELEPHONE | CONTACT PERSON | INFORMATION |
|---|---|---|---|
| A A Mowing and Landscape (Lawn maintenance and Snow removal) | Denver, CO (303) 841-8161 | | left message 3-30-06 Lawn mowing is between ___ fertilization and cultures are ___ and are done 5 times per year, aerations are ___ Snow removal is ___ per season and they automatically come out after it snows. |
| A Red Wagon Landscape & Sprinklers (Lawn Maintenance Only) | Denver, CO (303) 639-4971 | | left message 3-30-06 $___ per hour for yard maintenance with a minimum of ___ hours. Mowing can range from ___ depending on the yard size and accessibility, mowing is weekly. They do not do residential snow removal. |
| Affordable Snow Removal (Snow removal only) | Denver, CO (303) 573-6666 | | left message 3-30-06 Snow removal is ___ |

WOODARD
00049

| | | | |
|---|---|---|---|
| AAA Quality Lawn Care Service (*Lawn Maintenance and snow removal*) | Evans, CO (970) 330-7777 | Josh | $28 to $30 is the cost for lawn mowing for an average sized lawn<br><br>$25 to $35 is the cost for snow removal for an average sized residential lot |
| Clean Cut | Denver, CO 303-321-1479 | Jaime | It costs $19.00 to $34.00 to mow most residential lawns. Clean Cut charges $75 per month for 5 months to do snow removal for the whole season. |
| Mountain High Tree Service and Lawn Care | Lakewood, CO 303-232-4745 | Becky | They do not mow lawns or offer snow removal services. |
| Hart's Lawn Care | Lakewood, CO 303-763-7004 | Paul Hart | They charge about $25 to mow the front and back lawn. |
| Lawn Care Unlimited | Lakewood, CO 303-753-3192 | Gene | left message 4-3-06 |
| Lawnco | Lakewood, CO 303-934-9978 | | left message 4-3-06 |
| Three Oaks | Lakewood, CO 303-232-2598 | | left message 4-3-06 |
| Organic Solutions | Lakewood, CO 303-289-4113 | | disconnected |
| Team Mowing | Denver, CO 303-455-4112 | Ryan (owner) | They charge $25 per week to mow, do edging, weed-eating, and blowing. Ryan did not offer snow removal services this year but might add that service next year. |

WOODARD 00050



WOODARD
00051

EQUIPMENT

WOODARD
00052



Catalog Code: 7033236

1.800.850.0...

<Enter Search Here>

| Manual Wheelchairs | Electric Wheelchairs | Scooters | Lifts & Ramps | Lift Chairs | Walking Aids | Patient Lifts | Cushions & Backs | Heavy Duty |

Bath Safety

Folding · Jazzys, Jets & Prontos · Heavy Duty · Custom · Travel · Accessories

Home > Power Wheelchairs > Custom Power Wheelchairs



(image may show options)

 COLORS

LARGER IMAGE

SPECIFICATIONS

SEND TO A FRIEND

QUICKIE POWER BROCHURE



Questions?

LIVE HELP
EMAIL US

1.800.850.0335

Mon-Fri   9 am - 10 pm EST
Sat-Sun   10 am - 4 pm EST

WHEELCHAIR
Measuring Guide 
view details »

**Sunrise / Quickie**

## Quickie Z-500 Custom Power Wheelchair



**Our Price: $4,495.00**

Features:
- Rigid base.
- Powerful, direct-drive motors.
- 30 degree tilt-in-space range of adjustment.
- Multiple growth adjustments.
- Programmable electronic controller and remote joystick.
- Fun color options.

## Key Specifications:

- Heaviest Piece: 65 lbs.
- Top Speed: 5 MPH
- Battery Charge (Range): 20 Miles
- Turning Radius: 24"
- Weight capacity is 250 lbs.
- Weighs 65 lbs.

## Description:

The Quickie Z-500 is a full-featured, high-performance power wheelchair in a kid' size. Direct-drive motors convert power directly into motion. The wheelchair accelerates smoothly to 5mph and its handling is crisp and responsive. The wheelchair comes standard with 30 degrees of tilt-in-space adjustment to accommodate functional and positioning needs. The Quickie Z-500also responds when a child's needs change. Growth kits allow the wheelchair to grow as the chi grows.

**Customize It** | Specifications

Options highlighted in red need attention.
Need help selecting? Call 1.800.850.0335

**Seat Width**
None

Next Step

**Shipping Costs**
- Ground Shipping (FREE)
- Second-Day $249.99
- Overnight $299.99

What's Included
- FREE Batteries
- FREE Home Delivery
- "Best on the Net" 30-Da Return Policy
- Plus, We Bill Medicare
- Lifetime Limited Warranty

Updated Total: $4,49!

WOODARD
00053

**Seat Depth**
None

**Color**
Choose One                                                                    View c

**Control**
None

**Joystick**
None

**Specialty Input Device**
None

**Specialty Interface Display**
Choose One

**Single Switches**
None

**QTRONIX Remote Joystick**
Choose One

**Remote Joystick Options**
Choose One

**Specialty Control Accessories**
None

**Auxiliary Controls**
None

**Seat Accessories**
☐ Standard Stroller w/ext

**Back/Seat Type**
None

**Backpack & Seat Pouch**
☐ Adult $30.00
☐ Kids $37.50
☐ Seat Pouch $30.00

**Back Height**
Low; 11"/12"

**Armrest**
None

**Hanger Type**
Choose One

**Footplates**
Choose One

**Footrest Extension Tubes**
Choose One

**Drive Wheels**
Choose One

**Wheel Locks**
Choose One

**Wheel Lock Options**

WOODARD
00054

None

**Caster**

Choose One

**Wheelchair Tray Table**

None

**Accessories**

☐ Battery Alt Charge Port Left Side Mount $187.50
☐ Battery Alt Charge Port Right Side Mount $187.50
☐ Belt 2" Aircraft Buckle $63.75
☐ Belt 2" Aircraft Buckle Padded $86.25
☐ Caddy $33.75
☐ Leg Strap $22.50
   Transit System $150.00

**Touch Up Paint**

None

**Batteries**

None

**Battery Charger**

None

Updated Total: $4,49!

Continu[e]

Home | Manual Wheelchairs | Power Wheelchairs | Electric Scooters | Lift Chairs | Walkers
Patient Lifts | Cushions & Backs | Heavy Duty | Home Care | Contact Us | Affiliates

SpinLife Reliability










küschall   drive


 

1108 City Park Avenue, Columbus OH 43206    (800) 850-0335    (614) 449-8123

© SpinLife.com LLC 1999-2006    |7033236|
key phrase site map

WOODARD
00055

Sign In:
User name     Password                                              (0 items)

| Electronics | Health Care | Household | Personal | Toys | S... |
| Vitamins & Nutrition | Beauty & Spa | Medical Nutrition | Gifts & Seasonal | Fitness & Diet | ... |

Search:

Shop > Health Care > Pain Relief > Acetaminophen

Shop by Brand
Excedrin
Excedrin PM
Goody's
Panadol 500
Percogesic
Tylenol
Tylenol PM
Walgreens
XL-DOL
Show All

Extra Strength Acetaminophen 500 mg, Caplets
by Tylenol

Price:     $14.99   250.0 ea.
Unit Price: $0.06/ea.
In-Stock
Quantity: 1

Save to list

Shopping List
Weekly Ad
Online Specials
Rebates
Sweepstakes & Promotions

- Pain Reliever/Fever Reducer.
- Contains no aspirin.
- How Tylenol Products are Different:
    o Recommended the most by doctors and used the most by hospitals.
    o Aspirin free.
    o Unlikely to cause the gastric irritation often associated with aspirin, naproxen sodium or even ibuprofen.

- Temporarily relieves minor aches and pains due to:
    o headache
    o muscular aches
    o backache
    o arthritis
    o the common cold
    o toothache
    o menstrual cramps
- Temporarily reduces fever.

WOODARD
00056

### Instructions

- Do not take more than directed - see overdose warning.
- Adults and Children 12 Years and Over:
    - Take 2 caplets every 4 to 6 hours as needed.
    - Do not take more than 8 caplets in 24 hours.
- Children Under 12 Years:
    - Do not use this adult Extra Strength product in children under 12 years of age; this will provide more than the recommended dose - overdose of Tylenol and could cause serious health problems.
- Store between 20 to 25 degrees C/68 to 77 degrees F.

### Active Ingredients

Acetaminophen in each Caplet - 500 mg

### Ingredients

Cellulose, Corn Starch, FD&C Red No. 40, Hypromellose, Magnesium Stearate, Polyethylene Glycol, Sodium Starch Glycolate, Titanium Dioxide

### Warnings

- Alcohol Warning: If you consume 3 or more alcoholic drinks every day, ask your doctor whether you should take acetaminophen or other pain relievers/reducers. Acetaminophen may cause liver damage.
- Do not use with any other product containing acetaminophen.
- Stop use and ask a doctor if:
    - new symptoms occur
    - redness or swelling is present
    - pain gets worse or lasts for more than 10 days
    - fever gets worse or lasts for more than 3 days
- If pregnant or breast-feeding, ask a health professional before use.
- Keep out of reach of children.
- Overdose Warning: Taking more than the recommended dose - overdose may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
- Do not use if carton is opened or neck wrap or foil liner seal imprinted with Safety Seal is broken or missing.

© McNeal-PPC, Inc. '04

Package Weight: 0.51LB

Package Dimensions: 5.62 in W * 2.46 in H * 2.46 in D

Flat Shipping Fee: N/A

Return Policy: Many of our products can be returned to your local

WOODARD
00057

Sign In:
User name      Password                                          (0 items)

| Electronics | Health Care | Household | Personal | Toys |
| Vitamins & Nutrition | Beauty & Spa | Medical Nutrition | Gifts & Seasonal | Fitness & Diet |

Search:

Shop > Health Care > First Aid > Sunburn & After Sun Relief

**Shop by Brand**
Banana Boat
Dermoplast
Hawaiian Tropic
Jericho
Neutrogena
Solarcaine
Sun Fusion
Walgreens
Show All

Shopping List
Weekly Ad
Online Specials
Rebates
Sweepstakes & Promotions

Cool Aloe I.C.E. Lidocaine Burn Relief Gel, Maximum Strength
by Hawaiian Tropic

Price:      $6.49    12.0 oz.
Unit Price: $0.54/oz.
In-Stock
Quantity:  1

Save to list

FREE shipping at $49

by Hawaii
$8

Ozone Spa SPF
by Hawaii
$10

FREE ship

Forever Ta Sun Mo
by Hawaii
$6

- I.C.E. - Instant Cooling Effect
- Soothes burns
- Vitamins A & E
- A cooling touch of Hawaiian tropical, exotic, natural flora, fruit and nut extracts, maximize your sunburn relief with the ultimate in after sun
- This powerful formula has increased levels of Lidocaine and will I.C.E. your burn with an instant cooling effect
- Enriched with Allantoin and nature's healer - Aloe Vera, this formula helps to prevent peeling and aids in the temporary pain relief of sunburns, scrapes, and most minor skin irritations
- Soothing
- Moisturizing
- Vitamins A & E
- Non-sticky
- Maximum burn relief
- No animal testing

**Instructions**

WOODARD
00058

- Adults and children 2 years and older
    - Apply to affect area not more than 3 to 4 times daily
- Children under 2 years of age
    - Ask a doctor

**Active Ingredients**
Lidocaine 0.8%
**Ingredients**
Aloe Barbadensis Leaf Juice , Water , SD Alcohol 40B 12.3% V/V , Propylene Glycol , Laureth-23 , Glycerin , Polysorbate 20 , Allantoin , Tocopheryl Acetate Vitamin E Acetate , Retinyl Palmitate Vitamin A Palmitate , Carbomer , Triethanolamine , Menthyl Lactate , Diazolidinyl Urea , Disodium EDTA , Menthol , Fragrance , Blue 1 , Yellow 5 , Plumeria Acutifolia Flower Extract Plumeria , Mangifera Indica Fruit Extract Mango , Psidium Guajava Fruit Extract Guava , Carica Papaya Fruit Extract Papaya , Passiflora Incarnata Fruit Extract Passionflower , Colocasia Antiquorum Root Extract Dasheen , Aleurites Moluccana Seed Extract Kukui Nut

**Warnings**

- For external use only
- Do not use in large quantities, particularly over raw surfaces or blistered areas
- When using this product avoid contact with eyes
- Stop use and ask a doctor if condition worsens, or if symptoms persist for more than 7 days or clear up and occur again within a few days
- Keep out of the reach of children
- If swallowed get medical help or contact a Poison Control Center right away

© Tanning Research Labs Inc/Ron Rice Beach Products

Package Weight: 0.92LB

Package Dimensions: 3.13 in W * 7.35 in H * 1.6 in D

Flat Shipping Fee: N/A

Return Policy: Many of our products can be returned to your local Walgreens. Get details.

Shipping Information: Questions? Read our shipping policy.

Notice of Privacy Practices | Terms of Use | Online Privacy & Security
© Copyright 2006 Walgreen Co. All rights reserved.



## mexicomatters.net
### Your Complete guide to Mexico

Home | Sections | Last articles | About

Home / Retirement in Mexico / The Economics Of Living And/Or Working In Mexico

# THE ECONOMICS OF LIVING AND OR WORKING IN MEXICO



I caution folks about impulsively starting a small business in México. If you are considering a small, retail or service related business, my advice is don't. Unless you have a product to manufacture or purchase for export your chances for success in Mexico are probably not very good. The business climate for maquiladoras (foreign owned manufacturing) is excellent due to cheaper production costs in Mexico. The average factory worker, on the U.S. side of the border, makes $1,600 dlls a month. The Mexicano Maquiladora worker makes $400.00 dlls a month. Profit margins in manufacturing or brokering products for export justify the extra hassles of doing business in Mexico.

Click on topic to Expand Menu
**Cultural Distinctions**
**Foreign Owned Business**
**Investment**
**Real Estate**
**Retirement in Mexico**
**Travel**
**Mexico U.S. Relations**

Some of the most popular US corporations in Mexico still working because they take care of the mexican people.



For most retail or service oriented businesses the red tape and anti gringo bureaucrats are not worth the small profit margins. Consider how tough it is to succeed in a small, U.S. based business. It is tough enough when you understand the laws, language and culture. Now, imagine how rough it is to deal in a foreign

http://www.mexicomatters.net/retirementmexico/02_livingandorworkinginmexico.php     4/4/2006

WOODARD
00060