country and language, with different laws, a difficult to understand "non-system" and three times more bureaucrats in Mexico to get in your way than the stateside system. Call me for a free consultation and I will be happy to elaborate on why you would probably fail in a small, foreign owned, Mexican business. If you are suffering from RAPTURE OF BAJA you will most likely proceed against my advice but at least you will be forewarned.

Now lets talk about something that makes sense: **living in Mexico** as a retiree or residing close enough to the border to commute to work in the states. A third possibility, occurring with greater frequency, is running a global market business from your beach home in Mexico via fax, phone and modem. What kind of lifestyle can you enjoy and at what cost?

# COST OF LIVING IN MEXICO

## COST OF HOUSING IN MEXICO



Unless you choose to live in Los Cabos, Cancun or Puerto Vallarta (PV) your dream of a beach home is very affordable. I am presently assisting a gringo in the purchase of a 3 bedroom, 2 bath, ocean view home, on a half acre, in the beautiful state of Nayarit (close to PV), for $35,000.00. Last year I assisted another client in purchasing a similar home in San Felipe for $25,000.00. There are homes for sale throughout Mexico, in these post 1994 devaluation times, that sell for less than the cost of constructing the home. As a result the property itself becomes a bonus.

The reason for this real estate market is simple: a lack of liquidity in the economy. I recently spoke with a Mexicano friend in Morelia Michoacan who lost a

Case 1:05-cv-00377-WDM-BNB   Document 150-17   Filed 01/30/07   USDC Colorado   Page 2 of 20.

Living And Or Working in Mexico, the economics - Retire in Mexico - MexicoMatters          Page 3 of 9

bundle in the "Xmas surprise" of 1994 (a 50% devaluation). His house has been put up for auction, by the bank holding his notes, three times. He is still occupying his home because no buyers are available who can even meet the minimum bidding price. This lack of capital has created a huge inventory of foreclosed properties and sellers offering below market prices to meet creditor demands.

Available rental properties in Ensenada have taken a sharp decrease in the last two years for lack of new construction capital. Fewer new apartments and an increase of migration from the interior of Mexico to Baja California has created a rental housing shortage. Baja California needs more housing starts to satisfy worker émigrés attracted to a state with little or no unemployment. The employment boom is due to the increase in, post NAFTA, foreign owned manufacturing plants (maquiladoras).

Despite the demand for housing, rents are still a fraction of what they are north of the border. I recently moved from my apartment where I had lived for 12 years. My rent (in dollars) decreased over that 12 year period due to peso devaluations. I started paying the equivalent of $150 U.S. dollars, in pesos, when I moved in and was paying the equivalent of $128.00 before I moved out. The new tenant moved in before I could finish cleaning my old apartment and the landlord had increased the rent to $300.00. Still a bargain for a 1300 square foot townhouse in the middle of town. My present home: a three bedroom bungalow, in an upper - middle class neighborhood, rents for $500.00 a month. Housing is a very big savings for foreigners moving here.

## COST OF MEDICAL CARE IN MEXICO



I have researched, for a series of articles on medical care, the cost and quality of that care in comparison to the

WOODARD
00062

United States. What I learned is that medical insurance in mexico, prescription drugs, surgeries and dental procedures are one third the cost of comparable services in the U.S. . The reasons are: the lower income of medical service consumers, government cost controls on medicine, the scarcity of malpractice litigation in Mexico and the average earnings of health care professionals: medical doctors earn an average of $1,000.00 a month and nurses $500.00 monthly.

The quality of care I have received from my physician, other specialists and dentists in Mexico have been outstanding. I would not trade my "house calling" physician and state of the art dentist for any professional north of the border. Medical training and practices in Mexico are of the highest standards if your physician or hospital is offering services in the private medical sector. The socialized medical care, at the clinic level, leaves much to be desired. However, for major surgeries, this system also offers world class specialists and care.

## COST OF FOOD IN MEXICO



I can buy a kilo (2+lbs.) of fresh shrimp for $16.00 dlls. We regularly eat lunch in a family restaurant, serving comida corrida (meal of the day), for thirty five pesos or $3.50 dlls. Tortillerias sell freshly made tortillas for 80 cents a kilo. Fresh rolls (birotes), that rival those made in Paris or San Francisco, cost 25 cents each and can be found in bakeries all over Mexico. Mexican desert pastries, that will satisfy any gourmet family's sweet tooth-about $2.00 a bag. Along with savings on our food bill we have the added advantage of buying affordable abalone, lobster, mussels and clams fresh from local fishermen. In addition, door to door vendors offer wonderful selections of home made cheeses, deserts and olives. The olives are not the tasteless variety sold in U.S. supermarkets that are flavor extracted by a lye based, quick curing method. These olives are slowly cured in water filled clay crocks and

WOODARD
00063

taste the way olives should taste.

## TRANSPORT AND TRAVEL



Gasoline prices are higher in México but the real savings are in automotive repairs, particularly body shops with labor costs about 80-90% less than garages north of the border. General mechanics typically charge about 1/3 of what mechanics demand in the states. Taxi cabs "de ruta", which means they pick up multiple passengers over a constant route, will cost you about 55 cents to go from one end of town to the other. There is virtually no waiting for these cabs, given the enormous number that maintain a constant flow throughout all Mexican cities. Buses in Mexico, which have improved dramatically, in quality and comfort over the past five years, cost about 20% of what bus fares cost in the U.S.; the number of routes and bus departures are significantly greater than in the states.

Hotels are a real bargain in Mexico. My wife and I choose modest rooms that rarely cost more than $40.00 and most frequently are in the $30.00 range. These are not elegant rooms but always offer a clean environment with good mattresses and bed springs. Some freinds recently traveled Mexico in a motor home and found that the combined costs for the gas guzzler and hookup fees were costlier than staying in hotel rooms. As mentioned earlier, restaurants and entertainment are also significantly less expensive in México. A first run U.S. film with Spanish subtitles, for example, costs two dollars.

## AFFORDABLE DECADENCE

When asked about my religion I sometimes jokingly respond that I am an Orthodox Hedonist. Decadence is expensive in the states. Some comparisons: Premium dark roasted coffee (Starbuck quality) that I buy direct from the local roaster is $4.50 a pound. I also enjoy premium dark beers, good cabernet

WOODARD
00064

sauvignon, Spanish brandy and hand rolled 100% tobacco leaf cigars from the gulf port of Veracruz. My cigars that I pay 65 cents a piece for cost three to five dollars in the states. My Spanish brandy I buy for $6.00 a fifth in the duty free store and my Bohemia or Negra Modelo beer (selling for $7.00 a six pack in the U.S.) is priced at $4.50 here in Ensenada.

## HIRED HELP IN MEXICO



My secretary is paid hundred dollars a week and my house servant who: cooks, cleans, washes and irons clothes is paid sixty five dollars a week. It is affordable help and greatly enhances our enjoyment of additional free time.

I don't live in Mexico to save money. I live in this country because my quality of life is better. However, a major contribution to that quality of life is that I can afford a little decadence and am able to avoid household chores that I neither like nor am good at performing. Viva Mexico and Viva the good life!.

On a Fixed Income in México You Need Not Eat PET FOOD.

As mentioned above housing and medical costs in Mexico, are a third of those in the United States. Recently, I was reminded, by an expatriate friend, how this economic advantage translates into quality of life benefits.

At age 57 I am quickly approaching the receipt of Social Security benefits. Damn. How time flies. My friend at age 62 has preceeded me in qualifying for Social Security payments and his comments, regarding same, struck a responsive chord in me: "If I were living in the U. S., on Social Security benefits alone", I would be eating dog food like so many older American. Here in México, I have a damned decent life style on $ 900.00 a month.

WOODARD
00065

My friend owns a home in Ensenada. A 2,000 square foot abode with a great view of the city and bay, He pays approximately $150.00 a year for property taxes. The same home in the States would cost him thousands of dollars a year. Property taxes force many seniors in the U. S. to be uprooted from a home they have enjoyed for decades before retirement.

A market survey I recently conducted for a client, Travelers Investment Corporation, further underscores the economic advantages of México for U S. citizens. Travelers Investment Corporation (T. I. C.) provides loans for elective medical procedures: cosmetic surgery, Radial Keratomy, dental implants and other services not covered by medical insurance.

T. I. C. makes these loans very accesible to patients via physicians, hospitals, clinics and dentists. The medical provider informs the patient about T. I. C. loans and offers assistance in completing a simple one page application that is faxed to T. I. C.. Within 24 hours of receiving the loan application the patient is accepted or told that a qualified cosigner is required.

Assuming T. I. C. approves the loan, the service provider is paid directly to perform the procedure. Everyone wins: the patient is treated, the provider gets paid and T. I. C. receives a fair interest rate.

T. I. C. asked us to verify what they believed was a burgeoning market of U. S. citizens, traveling to México for quality medical care at a savings of 50 to 70 percent of what they would pay in the U. S. I was amazed at our survey results. Medical and dental specialists in Ensenada, on average, estimate that U. S. patients represent 30% of their total practice and 50% of those U.S. residents are Hispanics.

As already stated, I am very impressed with the quality of medical and dental care I receive in Ensenada. I believe that care to be superior to the services I received when living in Northern California. Also, I enjoy substancial medical insurance savings. My medical premiums are $ 55.00 dollars a month for full coverage with a small deductible and I have my choice of of providers. An HMO, without the choice advantage, would cost me three times more in California.

WOODARD
00066

My decision to live in Baja Mexico, again repeating myself, has more to do with cultural considerations than economic reasoning. However, my quality of life owes a lot to economics.

A large tourism sector for Baja California are the thousands of U.S. citizens who travel here every month to take advantage of elective surgeries and or medical treatments at savings of up to 75%. U.S. and Canadian citizens, who live in Baja California, quickly learn that they can receive better medical and dental care from private practicioers here compared to what they received when living in the States. House calls, twenty four hour emergency care and a doctor who spends time explaining treatment options often shocks foreign patients accustomed to indifferent and "too busy to talk" practitioners at home.

Medical and dental specialists in Ensenada report that an average of 30% of their patients are U.S. citizens; retirees, living in Ensenada, or folks that travel to Mexico from north of the border. At least one half of those U.S. patients are Hispanic.

Another benefit of being treated in Mexico is that some very effective medical modalities exist here but are not approved for use in the United States. RK surgery in Mexico for many folks who have extremely bad eyesight is not available in the United States because of a special laser not yet approved by the FDA but available in Mexico and Canada. Last year, an RK surgeon in Tijuana performed four million dollars worth of RK on U.S. patients referred to him by Scripps, UCSD hospitals and leading eye surgeons in San Diego unable to provide the surgery necessary.

The problem for patients who want to take advantage of the benefits of being treated in Mexico is that they do not know where to go for a decent referral.
The best resource for quality medical care are the retirees in the region of Mexico you are interested in. Talk with them and you will soon hear a list of names repeated. Talk to those profesionnals; if you feel comfortable with them ask them to refer you to other specialists who are bi lingual. Mexican surgeons are famous throughout.

**Contact us:** México (646)176-6759 U.S. (619)-819-

WOODARD
00067

9369

Both numbers ring at our offices in Ensenada
Email: info@mexicomatters.net

W3C HTML 4.01 ✓

Home | About Us | Site Map | Our Services | Contact Us | Links | ©2005 Mexico Matters

9369

Both numbers ring at our offices in Ensenada
Email: info@mexicomatters.net

W3C HTML 4.01 ✓

Home | About Us | Site Map | Our Services | Contact Us | Links | ©2005 Mexico Matters

WOODARD 00068

Mexico Economy    1

SB

Mexico minimum wages were raised on January 1, 2005; however, they are still quite low and often insufficient. The percentage of the wage increase depends on geographic location. Mexico City enforced a 6.5% increase to 40.35 pesos a day (equal to $3.76) according to the Mexican Economic Report (Mexico Connect, 2005). A Mexican worker can expect to earn about 1291.80 Mexican Pesos (equal to $120) for working 8 hours shifts for a month (Becerril, 2005). According to data from the Mexican Institute of Social Security, seven million Mexican workers make less than that minimum wage, almost a million workers make that minimum wage, and 10 million workers make between one and two minimum wages.

It is difficult for many Mexicans to afford basic necessities such as rice (which costs one hour's worth of work for a Mexican worker) or a gallon of milk (which costs almost half a day's work for a Mexican worker). SEDEPAC (which stands for Service, Development, and Peace), found that it takes 1500 pesos a week for a family of four to afford housing, food, and transportation. Most average maquiladora workers are only able to make 320 - 350 pesos per week. This is why many children work and families often live together and share expenses.

The Mexican community is divided into classes including: upper, upper-middle, middle, and lower. About 10% of Mexicans are classified in either the upper or upper-middle class, 30% belong to the middle class, and the remaining 60% belong to the lower class. The lower class includes industrial workers, informal-sector employees (not regulated by the state), and peasants. The rate of unemployment and partial employment (less than 35 hours a week of employment) is 20% (Merril & Miro, 1996). The labor force in relatively young with 50% of the workers being under the age of twenty. The jobs are somewhat diverse, but according to the Trad Commission

WOODARD
00098

Mexico Economy    2

of Mexico in Los Angeles (2005) it is estimated that 13% are in agriculture and fishing, 20% are in commerce, 34% are in the service sector, 17% are in manufacturing, 6% are in construction, 4% are in mining, and 25% are in the informal sector.

WOODARD
00099

**InfoJobs.com.mx** — La bolsa de trabajo online gratuita de México

| Acceso Candidatos |

> Visualizar Oferta

### SECRETARIA

**Fecha de la Oferta:** 16-12-2005
**Nombre de la Empresa:** Integra de Occidente S.A de C.V
**Más Información**

#### UBICACIÓN

**Población:** Azcapotzalco
**País:** México
**Provincia:** Distrito Federal

#### DESCRIPCIÓN

**Cargo vacante:** Secretaria
**Categoría:** Administración
**Departamento:** Admon
**Número de Puestos Vacantes:** 1
**Descripción de la Oferta:**
Manejo Conmutador, Fax, 20 Líneas,
Facilidad de Palabra
Trato Agradable
Experiencia en el Área de Recepción
Experiencia en nominas, COI, SUA, LEVICOM
impuestos, Archivo

Ofrecemos atractivo sueldo  *salary*
4,500.00
5,000.00
segun experiencia
mas prestaciones superiores a las de la ley
vales despensa
fondo ahorro
premio puntualidad
premio asistencia

Interesadas mandar curriculum
angel.guevara@integradyp.com.mx

#### REQUISITOS

**Estudios Mínimos:** Graduado Escolar
**Experiencia Mínima:** Al menos 1 año
**Requisitos Mínimos:**
Preferente/m personal Femenino
Edad Hasta 27 años
Excelente Presentación
Facilidad de Palabra
Trato Agradable con la Gente
Disponibilidad de Horario
NO CONFLICITIVA
Trabajo en Equipo
Agradable

**WOODARD**
**00100**

| Requisitos Deseados: | Preferente/m personal Femenino<br>Edad Hasta 28 años<br>Excelente Presentación<br>Facilidad de Palabra<br>Trato Agradable con la Gente<br>Disponibilidad de Horario<br>NO CONFLICITIVA<br>Trabajo en Equipo<br>Agradable |
|---|---|

**CONTRATO**

| Tipo de Contrato: | Indefinido |
|---|---|
| Duración del Contrato: | 3 de 30 dias |
| Jornada: | Completa |
| Horario Laboral: | 9:00 a 19:00 |

Enviar Oferta a un Amigo

[ INSCRIBIRSE A ESTA OFERTA ]

Ver más ofertas de la misma empresa   Buscar más ofertas

**Número de personas inscritas a esta oferta: 14**

Notas:

- El número de candidatos refleja el total de inscritos desde la primera publicación de la oferta, a excepción de aquellos que han sido descartados o borrados por la empresa.
- Si la empresa ha borrado algunos CVs, estos no se contabilizan en la cifra indicada.

| Ayuda | Reglas de Uso | Privacidad

WOODARD
00101

mexicocity.craigslist.org > admin/office jobs > Personal assistant required
last modified: Tue, 29 Nov 16:03 CST

please flag with care :   [ **miscategorized**]   [ **prohibited**]   [ **spam**]   [ **discussion**]   [ **best of**]

email this posting to a friend

# Personal assistant required

Reply to: job-114554831@craigslist.org
Date: 2005-11-29, 4:03PM CST


Seeking a personal assistant to start in Jan. 2006 in Mexico City.
You must be a Mexican citizen currently in Mexico.
Speak English at least 70% ( proof required)
Have experience as a bilingual secretary or a recent graduate from university (except Tec).
Female between 24 and 30 years old.
Contract position. Full time Monday to Friday 9 to 5.
Experience with Microsoft Office, answering telephone, etc.

Job location is Mexico City
Compensation: five thousand Mexican pesos per month.    = $466.11 /month
This is a contract job.
no -- Principals only. Recruiters, please don't contact this job poster.
no -- Please, no phone calls about this job!
no -- Please do not contact job poster about other services, products or commercial interests.
no -- Reposting this message elsewhere is NOT OK.


114554831


Copyright © 2005 craigslist, inc.   terms of use   privacy policy   feedback forum

Trabajo Temporario, ganar dinero haciendo compras.                                   Page 1 of 1

mexicocity.craigslist.org > customer service jobs > Trabajo Temporario, ganar dinero haciendo compras.

last modified: Wed, 9 Nov 17:56 CST

please flag with care :   [ **miscategorized** ]   [ **prohibited** ]   [ **spam** ]   [ **discussion** ]   [ **best of** ]

email this posting to a friend

# Trabajo Temporario, ganar dinero haciendo compras.

Reply to: lspiva@nationalshoppingservice.com
Date: 2005-11-09, 5:56PM CST

Una companía de compras de misterio (National Shopping Service) esta buscando individuos locales para hacer evaluaciónes de tiendas/restaurantes de pizza. ¡Se puede ganar hasta $30 Dólares Estadounidenses por cada visita y recibir pizza gratis! Por Favor, mándenos un e-mail para obtener más información.

Compensation: Hasta $30 Dólares Estadounidenses por cada visita.   → *$30 by each view* [handwritten]
yes -- OK for recruiters to contact this job poster.
yes -- Phone calls about this job are ok.
no -- Please do not contact job poster about other services, products or commercial interests.
yes -- Reposting this message elsewhere is OK.
yes -- OK to repost to Job Developers for Persons with Disabilities.

110109120

Copyright © 2005 craigslist, inc.   terms of use   privacy policy   feedback forum



**Mexico Property**
Mexico Properties & Real Estate. View Development Plans & Amenities!
Ads by Goooooogle

**Copper Canyon Adventures**
Small group tours and independent adventures since 1983.

Advertise on this site

 

**OFFICIAL NAME:** United Mexican States
**CAPITAL:** Mexico City
**SYSTEM OF GOVERNMENT:** Federal Multiparty Republic
**AREA:** 1,972,547 Sq Km (761,605 Sq Mi)
**ESTIMATED 2000 POPULATION:** 105,146,900

**LOCATION & GEOGRAPHY:** Mexico is located in the southern region of the North American Continent. It is bound by the United States of America to the north, the Gulf of California to the northwest, the Pacific Ocean to the west and southwest, Guatemala and Belize to the south as well as the Gulf of Mexico to the east. Around 66% of the country is mountainous and the terrain rises steeply from the Pacific Ocean and Gulf of Mexico coastal plains to a central plateau which is bound by the Sierra Madre Occidental to the west and the Sierra Madre Oriental to the east. In the north the Sonoran Desert covers most of the region which lies west of the Sierra Madre Occidental. The Central Meseta in the northern plateau region contains three great desert basins, called Bolsons. Central Mexico consists of rolling hills interspersed by broad basins and valleys. South of the plateau the Sierra Madre de Chiapas extends to the Guatemalan border. In the southeast limestone lowlands or broad plains of the Yucatan Peninsula reach the Gulf of Mexico. There are a few large rivers and a number of smaller ones and the country's largest lake is Lake Chapala. Major Cities (pop. est.); Mexico City 9,815,800, Guadalajara 1,650,000, Ciudad Netzahualcoyotl 1,255,500, Monterrey 1,069,000, Puebla 1,007,200, Leon 872,500, Juarez 789,300, Tijuana 698,800 (1990). Land Use; forested 26%, pastures 39%, agricultural-cultivated 13%, other 23% (1993).

**CLIMATE:** Mexico has a tropical and temperate climate depending on altitude, winds and cool Pacific Ocean currents. A tropical climate is experienced along the coastal region of the Yucatan Peninsula and the lower areas of southern Mexico while a temperate climate is experienced in areas with an elevation higher than 900 metres (3,000 feet). Most of Mexico is dry with about 14% of the land area receiving adequate rainfall in all seasons. During summer and autumn both the east and west coasts are subject to hurricanes. Average temperature ranges in Mexico City are from 6 to 19 degrees Celsius (43 to 66 degrees Fahrenheit) in January to 12 to 26 degrees Celsius (54 to 79 degrees Fahrenheit) in May.

**PEOPLE:** The principal ethnic majority are the Mestizos who account for around 55% of the population and are of mixed AmerIndian and European (Spanish) descent. The AmerIndians account for 29% of the population while 15% of the population is divided among the Whites and a small number of Black Africans. Other ethnic minorities include Mulattoes, who are of mixed Black and Spanish descent, and the Chinese.

**DEMOGRAPHIC/VITAL STATISTICS:** Density; 42 persons per sq km (109 persons per sq mi) (1991). Urban-Rural; 72.6% urban, 27.4% rural (1990). Sex Distribution; 49.2% male, 50.8% female (1990). Life Expectancy at Birth; 66.5 years male, 73.1 years female (1990). Age Breakdown; 36% under 15, 32% 15 to 29, 18% 30 to 44, 9% 45 to 59, 4% 60 to 74, 1% 75 and over (1990). Birth Rate; 31.5 per 1,000 (1990). Death Rate; 5.3 per 1,000 (1990). Increase Rate; 26.2 per 1,000 (1990). Infant Mortality Rate; 46.6 per 1,000 live births (1988).

**RELIGIONS:** Mostly Christians with 93% of the population Roman Catholic. Other religious minorities include Protestants and Jews.

**LANGUAGES:** The official language is Spanish which is spoken by the majority of the population while 7% of the population speak various AmerIndian languages only.

**EDUCATION:** Aged 25 or over and having attained: no formal schooling 38.0%, incomplete primary 31.7%, primary 17.3%, incomplete secondary 8.1%, higher 4.9% (1980). Literacy; literate population aged 15 or over 87.3% (1990).

**MODERN HISTORY - WWI TO 1993:** In 1929 the last military revolt of the country's Revolution saw the formation of the National Revolutionary Party (PNR). In 1934 Pres. Gen. Lazaro Cardenas implemented further land reforms, cooperative farms and the nationalization of US and British oil companies. In 1938 the PNR was renamed the

Mexican Revolutionary Party (PRM) and in 1946 the PRM was renamed the Institutional Revolutionary Party (PRI). During the 1940's Mexico experienced an "Economic Miracle" after receiving a boost to the economy, resulting from US collaboration during World War II. In 1953 women received the right to vote in all elections and in 1968 the Olympic Games were held in Mexico City. During the 1970's major new petroleum deposits were discovered on the Gulf of Mexico coast and due to a slump in world petroleum prices combined with the end of agricultural self sufficiency the economy declined. In 1982 Miguel de la Madrid Hurtado was elected President and embarked on an anti-corruption program. In Aug. 1982 the government announced that it could no longer meet its foreign debt of $80 Billion which resulted in the devaluation of the Peso several times and the nation's banks being taken over by the government. In 1984 the country eased its foreign investment policies and in 1985 a severe earthquake struck Mexico City killing around 7,000 people. In May 1987 a former executive of the state-owned petroleum concern, Pemex, was sentenced to 10 years imprisonment for the embezzlement of $54 Million. In 1988 Carlos Salinas de Gotari was elected President. In May 1990 Norma Corona Sapienz, President of the Commission for the Defense of Human Rights was assassinated. In June 1990 Pres. Salinas created a National Commission of Human Rights to curb abuses and promote human rights. During 1991 negotiations were held for a North American Free-Trade Agreement (NAFTA) that culminated with meetings between US Pres. Bush and Pres. Salinas at Camp David in Dec. 1991. In Jan. 1991 Pres. Salinas established a Integral Program to Fight Atmospheric Pollution with a budget of US $2.5 billion and in March 1991 due to a record breaking increase in Mexico City's pollution levels shut down the 18 de Marzo refinery which was responsible for 4% of the city's pollution. In June 1991 the government began to re-privatise the country's banks while the government also finalized the privatization of the state-owned telephone company, Telmex. In Aug. 1991 the ruling PRI won midterm Chamber of Deputies' elections taking nearly all 300 directly elected seats. In Sept. 1991 Mexico and Chile signed a free-trade agreement while Mexico also signed agreements in 1991 with five Central American nations that would allow them to negotiate bilateral trade agreements. Also in 1991 a series of reforms aimed at improving Mexico's human rights record was introduced, although a report from Amnesty International claimed the reforms had failed to halt the torture and ill-treatment of civilians by law enforcement agents. In March and April 1992 schools were closed in Mexico City after pollution levels reached dangerous levels while industry was order to cut output to 75% and 300,000 cars were forced to stay off the roads. On April 22, 1992 a series of sewer explosion rocked the city of Guadalajara destroying some 20 blocks, resulting in some 200 deaths and 1,500 injuries. Following the disaster 11 officials from the local government, the water board and Pemex were charged for criminal negligence for not taking the necessary precautions after residents had complained of strong petrol odors coming from the sewers several days earlier. On Aug. 12, 1992 agreement on a NAFTA was reached by Mexico, the US and Canada with Jan. 1, 1994 as the target implementation date, although it still required ratification by the three governments. In July and Aug. 1992 state elections resulted in the PRI winning all but one state that fell to the right-wing National Action Party (PAN). On Aug. 29, 1992 some 40,000 demonstrators, led by PRD leader Cuauhtemoc Cardenas Solorzano, protested in Mexico City's main square against the controversial elections and demanding electoral reforms. Also in Aug. 1992 the government announced plans for the privatization of some 60 enterprises, included mining, gas, petrol and fertilizer companies that resulted in union-led strikes in several of the industries throughout the year. Also in 1992 the government announced plans to convert 144,000 transport and freight vehicles to natural gas or liquefied petroleum gas by 1994. In 1993 the government continued with its privatization program with the introduction of new regulations to open up the electricity sector, water-supply system and maritime port authorities to private

companies. In Aug. 1993 amendments to NAFTA were made that included trade sanctions against any member for breach of national laws that included wage levels and standards, the environment or human rights while in Nov. 1993 the governments of the US and Mexico ratified the treaty. In Oct. 1993 the Pres. Salinas announced economic measures agreed upon by the government, labor unions and the private sector that include company tax cuts and an increase in the minimum wage. In the same month the government also introduced radical agricultural reforms that included direct cash grants versus price subsidies. In Nov. 1993 the PRI announced Luis Donaldo Colosio Murrieta as the next Presidential candidate and Pres. Salinas' successor for the planned 1994 elections. Under Mexico's constitution a President is not allowed to hold two consecutive terms in office. Also in 1993 electoral reforms were introduced that included donation ceilings, increased independence for electoral institutes and regulations on access to the media.

**CURRENCY:** The official currency is the New Peso (MexP) divided into 100 Centavos.

**ECONOMY:** Gross National Product; USD $324,951,000,000 (1993). Public Debt; USD $85,960,000,000 (1993). Imports; USD $65,366,500,000 (1993). Exports; USD $60,882,000,000 (1994). Tourism Receipts; USD $6,167,000,000 (1993). Balance of Trade; MexP -80,166,000,000,000 (1994). Economically Active Population; 33,651,812 or 38.9% of total population (1993). Unemployed; 2.4% (1993).

**MAIN TRADING PARTNERS:** Its main trading partners are the USA, the EU and Japan.

**MAIN PRIMARY PRODUCTS:** Aluminum, Barley, Beans, Cattle, Coal, Coffee, Copper, Cotton, Fruit, Gold, Iron, Lead, Maize, Oil and Natural Gas, Phosphates, Rice, Silver, Sorghum, Sugar, Uranium, Wheat, Zinc.

**MAJOR INDUSTRIES:** Agriculture, Aluminum Refining, Cement, Iron and Steel, Machinery, Mining, Oil and Natural Gas Production and Refining, Pottery, Services, Textiles, Transportation, Vehicles.

**MAIN EXPORTS:** Chemicals, Coffee, Cotton, Fruit and Vegetables, Machinery and Industrial Goods, Oil and Gas, Shrimps.

**TRANSPORT:** Railroads; route length 26,361 km (16,380 mi) (1991), passenger-km 5,404,000,000 (3,358,000,000 passenger-mi) (1991), cargo ton-km 34,000,000,000 (23,287,000,000 short ton-mi) (1991). Roads; length 242,294 km (150,554 mi) (1991). Vehicles; cars 6,941,104 (1989), trucks and buses 2,828,479 (1989). Merchant Marine; vessels 640 (1990), deadweight tonnage 1,803,313 (1990). Air Transport; passenger-km 16,439,900,000 (10,215,277,000 passenger-mi) (1990), cargo ton-km 1,526,635,000 (1,045,592,000 short ton-mi) (1990).

**COMMUNICATIONS:** Daily Newspapers; total of 392 with a total circulation of 11,256,000 (1986). Radio; receivers 21,000,000 (1994). Television; receivers 13,100,000 (1992). Telephones; units 7,620,900 (1993).

**MILITARY:** 175,000 (1995) total active duty personnel with 74.3% army, 21.1% navy and 4.6% air force while military expenditure accounts for 0.5% (1993) of the Gross National Product (GNP).

SCHOOL USE License - HTML & PRINT Commercial Use Licenses

© 1993-2005, Latimer Clarke Corporation Pty Ltd. All Rights Reserved.
http://www.latimerclarke.com
Use of these site materials or portion thereof is restricted.
Atlapedia is a trademark and in worldwide use.

See our Legal Notice for Copyright and Linking conditions of use.



Country Listing

Mexico Table of Contents

# Mexico

## Income Distribution

**Population Growth**
Read & Post Opinions on Current Environmental Issues & Solutions.

**Workforce Demographics**
Hundreds of Facts. Free Newsletter. Download Sample Chapters of Book

**The Economist**
Read about Economic forecast at Economist.com.

**SocialClass.org**
Discuss social class & sta Tools, research, forums

Ads by Gooooogle                                                              Advertise

In the mid-1990s, Mexico had a highly inequitable distribution of income, a pattern that, according to government statistics, became particularly skewed during the economic crisis of the 1980s. The country's continuing inability to create sufficient employment opportunities for its labor force has produced high levels of unemployment and underemployment and has required aggressive survival strategies among Mexico's poor. Such strategies include sending more family members, even children, into the labor market and reducing consumption of basic commodities.

The 1990 census reported a total national workforce of 24.3 million people. Although population growth slowed to around 2 percent per annum in the early and mid-1990s, analysts estimated that the workforce expanded by up to 4 percent per annum over the same period. Workforce expansion is expected to remain at these rates through the late 1990s, as those born during the peak fertility years of 1970-76 come of age. Thus, Mexico will need approximately 1 million new jobs each year through the remainder of the 1990s to provide work for persons entering the job market. During the early 1990s, however, net job growth was believed to have been less than 500,000 per annum.

Approximately 10 percent of all Mexicans can be characterized as belonging to the upper- and upper-middle-income sectors, consisting of the nation's business executives and government leaders. Upper-income Mexicans are both highly urbanized and well educated. Government surveys of household income revealed that these groups absorbed an increasing share of wealth during the 1980s. The top 10 percent of the population accounted for 33 percent of all income in 1984 and 38 percent in 1992.

The middle sector comprises approximately 30 percent of the nation. Like its upper-income counterparts, this sector is largely urban and has educational levels superior to the national average. It consists of professionals, mid-level government and private-sector employees, office workers, shopkeepers, and other nonmanual workers. The middle-sector share of overall income declined from 39 percent in 1984 to 36 percent in 1992. Inflation seriously eroded the purchasing power of the middle class during that period, causing many to modify their buying habits and to withdraw from private education and health care systems.

The remaining 60 percent of Mexicans make up the lower sector, itself a heterogeneous group of industrial workers, informal-sector employees, and peasants. Of these, industrial workers have the most favored situation, reflecting both their higher wage scale and membership in the health care system and retirement or disability programs of the Mexican Institute of Social Security (Instituto Mexicano del Seguro Social--IMSS) (see Health and Social Security, this ch.). However, industrial workers also experienced a decline in purchasing power and share of national income during the 1980s. Overall, the bottom 60 percent of the population saw its share of total income fall from 29 percent in 1984 to 26