percent in 1992.

Analysts estimate that the informal sector of the economy represents from 30 to 40 percent of the urban workforce in the mid-1990s. Informal-sector workers are self-employed or work in small firms (during 1993, businesses with one to five employees accounted for 42 percent of the urban workforce). They face considerable job instability, and, unlike those in the formal sector, are effectively excluded from IMSS benefits. The informal sector includes street vendors, domestic servants, pieceworkers in small establishments, and most construction workers.

During the early 1990s, Mexico reported unemployment rates of between 3 and 4 percent. These rates, based on surveys of conditions in Mexico's three dozen largest cities, excluded those who had ceased looking for work over the previous two months, as well as those working only a few hours per week. A much more accurate government measure of unemployment and underemployment includes both the unemployed and those who work less than thirty-five hours per week. This level of urban partial employment and unemployment stood at around 20 percent during the early 1990s. The government does not measure rural unemployment or underemployment, where rates are regarded by analysts as significantly higher than those found in urban Mexico.

According to government statistics, the vast majority of urban workers in the early 1990s earned less than US$15 per day. Minimum wage rates vary according to region and are adjusted every January to account for inflation. If inflation rates are high, labor groups can ask the regulatory committee, the Tripartite National Minimum Wage Commission, to consider an additional raise during the year. In December 1995 in Mexico City, the daily minimum wage stood at 20.15 new pesos, or US$2.70 (for value of new peso--see Glossary). In 1993 the government reported that 10 percent of workers earned less than the minimum wage, 34.7 percent made between one and two times the minimum wage, and 36.5 percent received between two and five times the minimum wage.

Government surveys of household income in 1984 and 1989 revealed a worsening pattern of income distribution. As noted by economist Rodolfo de la Torre, the poorest 30 percent of the population had only 9 percent of total national income in 1984, a figure that had dropped to 8.1 percent in the 1989 survey. The poorest half saw its share of income drop from 20.8 percent in 1984 to 18.8 percent in 1989. The middle 30 percent of the population controlled 29.7 percent of the total income in 1984 but only 27 percent in 1989. In contrast, the wealthiest 20 percent received 49.5 percent of all income in 1984 and 53.6 percent in 1989. Income for the top 10 percent alone increased from 32.8 percent in 1984 to 37.9 percent five years later.

Throughout 1995 Mexico experienced a sharp economic contraction. Observers estimated that approximately 1 million jobs were lost during this period. Official unemployment rates skyrocketed to more than 6 percent for the year. Interest rates also rose sharply in the wake of several currency devaluations. Millions of Mexicans with adjustable-rate mortgages or substantial credit-card debt were particularly hard hit. Analysts suggested that the events of 1995 may have contributed to a further skewing of income distribution, with the wealthiest Mexicans more able to weather the economic storm because their capital often resided abroad.

## Structure of Society

*Data as of June 1996*

Mexico - Income Distribution

Country Listing

Mexico Table of Contents

# Minimum Wages and the Wage Structure in Mexico

David Fairris[*]
Department of Economics
University of California Riverside

Gurleen Popli[±]
Department of Economics
University of Sheffield, Sheffield

Eduardo Zepeda
Department of Economics
Universidad Autonoma Metropolitana, Azcapotzalco
Mexico City, Mexico

July 2005

We acknowledge the helpful comments of Jose Gavidia, Craig Gundersen, Tom Kelly, José Pagán, Julia Paxton, Richard Sutch, Aman Ullah, Chris Woodruff, and participants in presentations at the 2001 Latin American Studies Association Meetings, the 2002 Eastern Economic Association Meetings, and the Department of Economics at the University of California, Riverside.

[*] 3108 Sproul Hall, Riverside, CA 92521-0427. Email: david.fairris@ucr.edu; Tel: ++1-951-8271578; Fax: ++1-951-8275685.
[±] 9 Mappin Street, Sheffield, S1 4DT, UK. Email: g.popli@shef.ac.uk; Tel: ++44-114-2223485; Fax: ++44-114-2223458.

**WOODARD
00112**

Minimum Wages and the Wage Structure in Mexico

Abstract

Instead of merely setting a lower bound on the wages of formal sector workers, minimum wages serve as a norm for wage setting more generally throughout the Mexican economy. Our results suggest that wages are commonly set at multiples of the minimum wage, and that changes in minimum wages influence wage changes across the occupational distribution. Moreover, our findings suggest that these normative features of minimum wages have their greatest impact on the mid-to-lower tail of the wage distribution, including the informal sector of the economy. Thus, the results lend support to the view that declining real minimum wages and stabilization programs that strengthened the link between wage levels, wage changes, and minimum wages, might account for a portion of the growing wage inequality in Mexico over the period of the late 1980s and early 1990s.

*JEL classification:* J31, J38
*Key Words*: wage distributions, minimum wages, wage inequality, Mexico

1

**WOODARD 00113**

1. Introduction

Research on the impact of minimum wage policies in Mexico has typically concluded that they have little if any effect on the structure of wages. The informal sector of the economy is thought to be mostly immune to government regulations of this sort. Whereas in the formal sector, where mandated wage minimums are expected to have their greatest impact, wage levels tend to be well above the minimum, there appears to be no significant spike or clustering in the distribution around the minimum, and the variation in minimum wages over time accounts for none of the inter-temporal variation in either wages or employment (Bell, 1997).[1]

Our data confirm many of these empirical regularities regarding labor market outcomes in Mexico. For example, in our data only 5% of formal sector workers earned less than the minimum wage in 1984, and only 2.5% earned less than the minimum in 1992. Moreover, we find little evidence of a sizeable spike or clustering of workers around the minimum wage in the formal sector. However, our empirical results are not supportive of the view that minimum wages have no impact on the wage structure in Mexico. We find strong evidence of clustering around *multiples* of the minimum wage, and some evidence to suggest that wage increases over time for certain occupations follow stipulated increases in the minimum wage. Indeed, there is much anecdotal evidence to suggest that minimum wages play precisely this kind of normative role in overall wage setting in Mexico.

We are unaware of any existing empirical analyses that formally link observed clustering in wage distributions to minimum wage multiples. Maloney and Nuñez (2001) offer evidence of clustering in the wage distributions of many Latin American countries, and suggest that this clustering may be explained by the fact that the minimum wage serves as a "numeraire" for wage and price setting more generally throughout the economies of this region. However, they do not establish an empirical relationship between the observed clustering and minimum wage multiples. In an in-depth analysis of the impact of the minimum wage on the wage distribution in Columbia[2], the authors find that minimum wage

---

[1] Bell's analysis utilizes panel data on a select set of formal sector firms. A similar analysis, but with a different, less-privileged set of formal sector firms, finds evidence of a significant employment impact of minimum wages (Feliciano, 1998). And, indeed, Bell's own analysis suggests that, although few formal sector firms possess average wages that are less than the minimum wage, there are a significant number of workers in the formal sector who earn less than the minimum. While Bell views this as an indication that minimum wage policies might affect formal sector wages, others see this as evidence that minimum wage regulations are not well enforced even in the formal sector (Bravo and Vial, 1997).

[2] Similar work has been done for Brazil as well; refer to Lemos (2004), Fajnzylber (2001) and the references cited therein.

2

WOODARD
00114

changes affect a significant range of the lower tail of the wage distribution, which is suggestive of "numeraire" effects and not mere general equilibrium adjustment.[3]

Our results, for Mexico, also suggest that the normative impact of the minimum wage is most significant for the lower tail of the wage distribution. The lower tail of the distribution appears to be directly linked to multiples of the minimum wage, and wage changes for occupations in this tail of the distribution follow more closely changes in minimum wages. This linkage suggests that the declining real value of the minimum wage in Mexico over the past two decades might account for a portion of the growing wage inequality in that country over the same period.[4]

Evidence suggests that the declining real value of the US minimum wage during the 1980s accounts for growing wage inequality in the country (DiNardo, Fortin, and Lemieux, 1996). The argument for US however is one of general equilibrium adjustment (Grossman, 1983; Card and Krueger, 1995) – the minimum wage is binding for low-wage workers, and changes in the minimum wage primarily affect this group of workers and perhaps a small number of other workers in the lower tail of the wage distribution. Our analysis suggests that in Mexico, by contrast, while the minimum wage is not especially binding at the level of the minimum, it serves as a powerful norm for wage setting beyond the level of the minimum. Thus, when real minimum wages decline while in the US, only workers earning around the minimum wage suffer a wage loss, in Mexico wages decline for a significant portion of the lower tail of the wage distribution – i.e., that portion for which minimum wages serve as a wage setting norm.[5]

In the next section of the paper, we discuss anecdotal evidence suggesting that minimum wages serve this normative role in overall wage setting in Mexico. In section 3, we offer an empirical exploration of this normative feature of minimum wages. There we present evidence to suggest that wages are indeed set as multiples of the minimum wage, especially for workers in the lower tail of the wage distribution. While our data do not allow great insight into the relationship between changes in wages and changes in minimum wages over time, some evidence on this aspect of the normative role of minimum wages in Mexico

---

[3] A minimum wage increase may elicit general equilibrium effects on wages both above and below the minimum as workers who are displaced from the covered sector seek work and thereby depress wages in the uncovered sector, or as firms substitute for higher-skilled labor and thereby raise the wages of higher-paid workers in the covered sector.

[4] For a discussion of the extent of wage inequality growth over this period and the factors that might account for this growth, see Alarcón and McKinley (1997), Fairris (2003) and the references cited therein.

[5] Cortez (2001) offers evidence that declining minimum wages explain part of the growing wage inequality in Mexico over the period of the 1980s and 1990s, but does not consider the normative aspect of minimum wages, which is the focus of this paper.

WOODARD
00115

is offered in section 4 of the paper. In section 5 we offer suggestive evidence of the link between changing wage inequality over the period of the 1980s and early 1990s and the normative role of minimum wages. Section 6 concludes the paper.

## 2. The Normative Role of Minimum Wages

The minimum wage in Mexico is intended to be the wage that would be sufficient to support a worker and his or her family for a day. Minimum wage levels are currently set once a year by a tripartite commission (the Comisión Nacional de Salarios Mínimos) representing the interests of labor, employers and the state. Due to substantive economic differences across regions in Mexico, minimum wages have been traditionally set at different levels for different regions. Recently, the number of regions has been streamlined significantly. Minimum wages are also established for trades and types of occupations, including construction workers, cashiers, truck drivers, operators of pressure melting machinery, and attendants at gas stations.

There is much anecdotal evidence to suggest that minimum wages serve as a norm for wage setting at both the micro and macro levels in Mexico. At the micro level, many prices are fixed as multiples or fractions of the minimum wage. Moreover, fines, bails, income brackets for income tax rates, eligibility for certain social services (housing credits, for example), bonuses as part of fringe benefits, and productivity bonuses for teachers and university professors are tied to multiples of the minimum wage. Thus, it would not be surprising to see wage levels, both above and perhaps even below the minimum, set at multiples or fractions of the minimum wage.

In fact, it is fairly common in Mexico to hear workers and employers report wages in multiples of the local wage minimum. Bair and Gereffi's (2001) study of jean production in Torreon notes that many employers offer pay in multiples of the minimum wage. Base pay in the companies they interviewed ranged between 1.25 and 1.5 multiples of the local minimum wage (p. 1898).

Tying wages to multiples of the minimum wage probably began as a mechanism for indexing wages to changes in the cost of living. Over time, however, the established levels may have come to be viewed as norms of fairness in relative pay across occupations in the workplace, and thus agreed to by workers because they are perceived as fair, and by

4

employers because they maintain work norms which are premised on workers' perceptions of fairness in pay.[6]

At a macro level, these normative dynamics can be related in part to the role that minimum wages have played in stabilization policies (in 1977, 1983, 1985-86, 1987-89, and 1995-97), which have served, among other things, to battle the stubbornly high inflation rates from which Mexico has periodically suffered.[7] Under these stabilization policies, changes in minimum wages have been systematically used as signals to indicate acceptable changes in wages more generally (Woodruff, 1999). Policy makers are interested in directly controlling wage increases as a device to quell increases in commodity and service prices and as a tool to avoid increases in government payroll expenses. As part of these stabilization programs, minimum wages are set according to carefully calculated desired changes in prices and subject to budget adjustments. These measures are typically part of an overall social agreement involving workers and business representatives along with government officials at the highest rank.[8]

Setting wages at minimum wage multiples is arguably more acceptable and meaningful for low-skill workers than for high-skill workers. Enforcement of stabilization policies is also arguably easier for low-skill workers than for high-skill workers. Woodruff (1999) finds, for example, that wage drift away from stabilization targets in Mexico was much greater for white-collar workers than for blue-collar workers during the late 1980s and early 1990s. This suggests that we might expect the influence of the minimum wage as a reference price for labor to diminish as the wage increases.

## 3. Empirical Analysis

### 3.1. Data

The data used for the empirical analysis come from the Comisión Nacional de Salarios Mínimos and from the Encuesta Nacional de Ingresos y Gastos de los Hogares (ENIGH) for the years 1984, 1989, and 1992. The period 1984 to 1996 was one of dramatic reductions in the real value of minimum wage levels in Mexico (Feliciano, 1998). Stabilization policies were especially prominent in Mexico during the late 1980s and early 1990s.

---

[6] Wages being determined by "norms" is a well established concept in economics. Classic reference on this topic would include Akerlof (1982) and Grossman (1983).
[7] Freeman (1993) cites the need for further research on the impact of stabilization policies on wages in developing countries.
[8] The best known of such agreements are the various "Pactos de Solidaridad" of 1987 to 1994.

5

WOODARD
00117

ENIGH is a national household survey of similar format for the years 1984, 1989, 1992, and every two years thereafter. Each survey is a stratified sample based on city size, with a similar sampling distribution across the survey years, and with weights that render the sample representative of the national experience.

The sample utilized in this analysis is of working individuals who are sixteen years of age or older. The earnings variable is the hourly wage and is computed from reported earnings during the month before the survey and reported hours worked in the last week. No fringe benefits, tips, bonuses or commissions are included in the wage measure. To insure an accurate measure of the wage, all those who are self-employed or working without pay are excluded from the sample. We also exclude from the analysis all those who hold more than one job.

The data for daily minimum wages come from the Comisión Nacional de Salarios Mínimos.[9] Over the years of our analysis, the country was divided into different economic zones and a minimum wage was set for each economic zone. In 1984 there were eleven economic zones, and by 1992 there were only three. Some states in Mexico possess more than one economic zone. This presents a problem for our analysis because the ENIGH data allow us to locate only the state of residence of respondents. We are thus unable to associate a unique minimum wage to every individual in our sample. The analyzed sample therefore contains only people for whom we can assign a unique minimum wage.

Using this selection criterion we have individuals from thirteen states,[10] encompassing three economic zones in 1984. For 1992, we have individuals from twenty-five states (this includes all the thirteen states of 1984),[11] encompassing two economic zones. We have defined the zones consistently over the two years; however two of the economic zones from 1984 were collapsed into one zone in 1992 due to further reductions in the number of minimum wage regions in Mexico.[12]

---

[9] The minimum wage changed frequently during this period. For each year of our survey we pick the minimum wage level corresponding to the timing of the ENIGH survey. For example, the 1984 ENIGH survey was conducted from July to December and so we use the minimum wage level adopted on July 11.

[10] The thirteen states are: Aguascalientes, Baja California – Norte, Baja California – Sur, Campeche, Colima, Distrito Federal, Morelos, Nayarit, Quintana Roo, Sinaloa, Tabasco, Tlaxcala and Zacatecas.

[11] The additional twelve states are: Coahuila, Chiapas, Durango, Hidalgo, Mexico, Michoacan, Oaxaca, Puebla, Queretaro, San Luis Potosi, and Yucatan.

[12] In 1984, our Zone A includes the states of Campeche and Zacatecas; Zone B includes the states of Aquascalientes, Colima, Morelos, Nayarit, Quintana Roo, Sinaloa, Tabasco, and Tlaxcala; and Zone C includes the states of Baja California Norte, Baja California Sur, and the Distrito Federal. In 1992, the states from our 1984 Zone A and B are combined along with the states of Coahuila, Chiapas, Durango, Guanajuato, Hidalgo, Estado de Mexico, Michoacan, Oaxaca, Puebla, Queretaro, San Luis Potosi, and Yucatan to form one zone, and Zone C remains the same.

WOODARD
00118

Table 1 gives the hourly minimum wage levels (computed as the daily minimum wage divided by eight, the stipulated length of the workday) for the three economic zones in our analysis for 1984 and 1992, along with the mean wage in each zone or region from our sample.

### 3.2. Minimum Wages and the Wage Structure

To see how minimum wage norms may affect the wage distribution, we begin the analysis by presenting nonparametric kernel density estimates of the cumulative wage distributions for our data in 1984 and 1992 in Figures 1 and 2 respectively.

The most notable characteristic of these distributions with regard to the subject of this paper is the existence of significant clustering at certain intervals in the distributions. There are several possible explanations for such clusters; among these are the clustering of human capital characteristics and the standardization of wages for sizeable occupational groups as a result of company policy or collective bargaining agreements.[13] Minimum wage norms are another possible explanation.

In Figures 3 through 7 we present the cumulative distributions for the separate economic zones in 1984 and 1992, with 0.25 multiples of the zone-specific minimum wages as overlays. Given the various forms of measurement error in our computation of both the hourly wage (which is derived from information on monthly labor income and hours worked in the previous week) and the hourly minimum wage (which is the official daily minimum divided by eight), even if minimum wage policies account for the wage clusters, it is only reasonable to expect the wage clusters and minimum wage multiples to be less than perfect matches.

In our view, the matches are surprising for both their extent and accuracy. In 1984, for example, the largest clusters in the wage distributions match up perfectly with minimum wage multiples, except in Figure 5 where the "matches" are close but not exact. The graphs reveal some clustering around the minimum wage, but these are far from the most sizeable clusters in the graphs. Moreover, matches exist both above and below the wage minimum. Finally, and somewhat more speculatively, it appears that the extent of matching diminishes as one moves out towards the upper tails of the wage distributions.

The evidence is very similar for the 1992 distributions in Figures 6 and 7, with a couple of important exceptions. First, it appears as though the extent of matching is even

---

[13] The clustering we observe is not due to rounding in either reported monthly income or hours worked. Within a given hourly wage cluster there are numerous values for monthly income and hours worked.

WOODARD
00119

greater for this year than for 1984. This may be related to the highly significant and widely publicized stabilization agreements of the late 1980s, which may have served to reinforce minimum wage multiples as wage norms. Second, there are fewer clusters, and virtually no matches between clusters and minimum wage multiples, in the wage distribution below the minimum wage. This is presumably an indication of just how far minimum wages had fallen in the intervening period. The absence of matches among the first few intervals above the wage minimums is another such indication.

Some of the matching we observe between minimum wage multiples and wage clusters may be due to occupational minimum wages, a portion of which are set at exact or near multiples of the general minimum wage. In 1993, for example, 45 of the 88 occupational minimum wages in Zone C fell within a 5% range around multiples of the minimum wage.[14] None of the occupational minimum wages exceeded 2 times the minimum wage. This is yet another example of how the minimum wage serves as a reference price for wage setting above the minimum.

Our data lack occupational categories at the level of detail for which occupational minimum wages are defined, and so we cannot say to what extent these occupational minimum wages are binding for relevant groups of workers. If the occupational minimum wages were primarily responsible for the matching we observe between multiples of the minimum wage and wage clusters in the figures, our contention that minimum wages serve as a *norm* for wage setting above the minimum would be undercut. The matches would be explained by minimum wage requirements, not formal or informal wage setting *norms*. It is clear from the figures, however, that this is not the case. The matches at 2 times the minimum wage or lower are by no means the dominant matches in these figures. In fact, the most significant matches, in terms of both numbers and the size of the wage cluster, occur in the mid-to-lower range of the distribution – above 2 and below 4 times the minimum wage.

The graphs give a visual depiction of the amount of clustering in the data and the extent to which multiples of minimum wages match up with these clusters. Table 2 offers a numerical depiction of the extent of matching between multiples of the minimum wage and wages. It does so under three different assumptions regarding errors in measurement. If there were no errors in measuring either hourly minimum wages or hourly wages, the hourly wage would have to be exactly equal to a multiple of the hourly minimum wage in order to be legitimately labeled a match. The numbers in column (1) invoke this assumption.

---

[14] Of these 45, 17 were within 5% of 1.25 times the minimum wage, 24 within 5% of 1.5 times the minimum wage, 2 within 55 of 1.75 times the minimum, and 2 within 5% of 2 times the minimum wage.

8

WOODARD
00120

However, given that both hourly minimum wages and hourly wages are measured with some imprecision, we might also label as a match those instances in which the two are equal to one another but within some fixed band of error.

In columns (2) and (3), we allow for fixed bands of error of $\pm 0.025$ and $\pm 0.05$ respectively. In constructing the bands, we have done the following: Let $W_i$ be the wage of individual $i$ in any one of the economic zones and $MW$ be the minimum wage of that economic zone. We define $D_i = W_i / MW$. If $D_i = 0.25$ then $W_i$ is an exact $0.25$ multiple of the $MW$. However because of potential measurement error in the data we consider instances where the matches are not exact, but rather exist within fixed bands of error. For example, the $\pm 0.05$ band means that if $D_i \in (0.2, 0.3)$ then we consider $W_i$ as a $0.25$ multiple of the $MW$.

A cluster is defined as a grouping of workers earning the same hourly wage and composing at least 2% of the sample. We chose the 2% threshold by invoking a series of proportions tests. Suppose that at wage $W_i$ there are $x_i$ number of people, or $p_i$ proportion of the sample, where $p_i = x_i / n$ and $n$ is the sample size. The first proportions test involves a test of the statistical significance of the $max\ p_i$ against all the other $p_i$'s in the sample. If $max\ p_i$ is statistically significantly different from all other proportions, then we say that there is a statistically significant cluster of people at that particular wage. We do the same for the next largest proportion in the sample, and if that is also significantly different from all the remaining proportions in the sample then we call that a cluster as well. This test is repeated recursively until we arrive at a cluster that is not statistically significantly different from all remaining clusters in the sample. Utilizing this test, the 2% threshold is if anything conservative.[15]

Using the above definition of a cluster, there are 18 clusters in 1984 and 13 clusters in 1992. The column (1) results show that 17% of these clusters match 0.25 multiples of minimum wages in 1984, but that there are no exact matches in 1992. However, allowing for a fixed band of error in the matching process, the percentage of matches rises to 44% in 1984 and 69% in 1992 using a $\pm 0.025$ band, and to 72% and 77% in respective years using a $\pm 0.05$ band.

---

[15] According to the statistical procedure, the 2% threshold is just about right for the 1984 data, but it is far too conservative for the 1992 data, where a much lower threshold for defining a cluster would pass a test of statistical significance.

WOODARD
00121

In the final three rows of results for each year we give the incidence of matches in the sample, whether part of a cluster or not, and the percentage of the entire sample that is matched (the proportion of the sample earning the minimum wage or some multiple of it). Here, we ignore the issue of clusters and inquire about the extent of matching in the overall sample. Once again, we do this under different assumptions regarding the extent of measurement error in the data. About 3% of the sample in 1984 has a wage that is an exact multiple of the minimum wage, while for 1992 there are no exact matches. Allowing for a fixed band of error of $\pm 0.025$ yields an increase in the percentage of the sample matched to 24% and 30% in respective years. And, finally, for the larger fixed band of $\pm 0.05$ almost 44% of the sample in 1984 and 45% of the sample in 1992 has a wage that is a multiple of the minimum wage.

The visual depictions and descriptive statistics lend support to the view that minimum wages act as a reference price for labor in Mexico in that there appears to be a significant amount of matching between minimum wage multiples and wages. However, it is also important to ask whether these matches are significant in a statistical sense. We indicate with an asterisk in Table 2 those instances in which statistical tests revealed the matches to be significantly different from zero. The proportion of clusters matched and the proportion of samples matched in Table 2 were significantly different from zero in every instance in which we allow for a margin of error in the matching process.

A visual inspection of the graphs reveals not only that hourly wages cluster around multiples of the minimum wage, but that this matching of clusters and minimum wage multiples exists both above and below the stipulated minimum. Because so few formal sector workers receive wages below the minimum wage, this raises an issue of the normative influence of minimum wages on pay in the informal sector, which, in the conventional view, is presumed to be immune to minimum wage policies. We replicated the graphs and descriptive statistics presented above for the formal and informal sectors separately.[16] They reveal that the normative impact of minimum wages on the wage structure is as significant in the informal sector as it is in the formal sector.

The cumulative wage distributions for the formal and informal sectors suggest just as much clustering and matching of clusters with minimum wage multiples in the informal sector as in the formal sector. This is confirmed in the descriptive statistics shown in Table 3, where, in the informal sector for the year 1984, the number of clusters, the proportion of

---

[16] We define formal sector workers as those who qualify for certain state-provided social benefits, the costs of which are partially paid for by registered employers.

10

matched clusters and the proportion of matches in the overall sample generally exceed those in the formal sector. In 1992, while the number of clusters is larger in the informal sector, the proportion of matched clusters and the proportion of matches in the overall sample is generally greater in the formal sector.

A final, and somewhat more speculative, conclusion one might draw from the graphs of cumulative wage distributions in Figures 3-7 is that the matching between wages and minimum wage multiples is more pronounced in the mid-to-lower tails of the distributions. If true, this would indicate that the normative role of minimum wages in the Mexican economy has a greater impact on low-wage workers than on high-wage workers, and, somewhat more speculatively, that changes in minimum wage policies might therefore have a significant impact on wage inequality.

One way to subject this issue to the rigors of statistical testing is by investigating statistical correlation. Suppose we utilize the data on the wages of individuals to create a dichotomous variable that equals 1 if the individual is paid a multiple of the minimum wage and 0 if not.[17] We can then ask whether there is any correlation between this variable and the wages of individuals. A negative and significant correlation would indicate that matches are statistically more likely to be found among low-wage workers. The results of this analysis reveal a negative and statistically significant relationship (at the .05 level, one-tailed test) between wages and being paid a multiple of the minimum wage for both 1984 and 1992. These findings thus suggest that the pay of low-skill workers is more likely to be influenced by minimum wage norms than is the pay of high-skill workers.

## 4. Changing Minimum Wage Levels and Changing Wages[18]

There is a second way in which minimum wages might serve as a norm for wage setting in Mexico – annual changes in minimum wage levels might form the basis for wage changes more generally throughout the economy.[19] Indeed, this was an explicit goal of the various stabilization programs Mexico undertook during the late 1980s to quell inflationary pressures.

---

[17] We use the ±0.05 band of error in labeling the wage and multiples of the minimum wage a "match."

[18] When talking about the relationship between changing minimum wage and its impact on inequality, analysis done in the spirit of Neumark et. al. (2000) comes to mind. However we cannot do any such analysis as we do not panel data that such an analysis would require.

[19] Obviously, if wage norms tie wages to a specific multiple of the minimum wage, and this multiple remains unchanged over time, then wage changes will accord with minimum wage changes and there is little distinction between the two normative roles we have spelled out for minimum wages in Mexico. However, wages do not seem to be tied to unchanging multiples of the minimum wage over time. The modal minimum wage multiple in 1984 was 1.25, whereas by 1992 this had risen to 1.75.

11

WOODARD
00123

 



Versión Español   Home | Business | Doing Business | Business Practices
Deutsche Version   Welcome to SolutionsAbroad.com                LivePerson Help



**Business Practices**

| The Basics Hours | Social Other Practices | Information and Sources | **Interactive Tools** Ask Sam Discussion Forum Business Directory |

relocation
getting started
living
retirement
cities
info source
security

 

social
cultural
travel



community
interaction
expatriate
profiles
social
organizations

### The Basics
In Mexico City, most offices are open from 9:00am to 5:00pm, but they can be open until 7:00pm from Monday to Friday. Most people leave for lunch around 2:00 pm and take between 1 and 2 hours. The federal branch of the Mexican government has tried to institute a 9:00am-6:00pm schedule, but they tend to stay later. The local government is going by the old rules of being in by 10:00am and leaving very late at night after a long lunch break. Lunch is generally expected to start between 2:00-3:30pm and end between 4:00-5:30pm.

### Dress code
Mexico City is a relatively formal place, so Mexican business people wear suits. Guadalajara and Monterrey are different in that a collared shirt with pants is enough. Except for use in a beach resort, shorts do not enter into the dress code anywhere. Not even for a picnic. In fact, the easiest way to spot a tourist in Mexico City is by looking for people in shorts. If you are invited to a picnic or a tour of the countryside, dress casually, but elegantly. Polo style shirts, a sweater and sports slacks are best.

**Business**

finding a job
doing business
consulting
mexican state
governments

### Negotiations
This is difficult because it very much depends on the type of company you're dealing with. Many multinational corporations negotiate like one does in the US, but in Mexican business circles "yes" can mean no and "no" can mean maybe.
In Mexico it is impolite to turn people down. As an example, if you organize a party, most people would assure you that they would attend regardless of whether they will or won't; only a last-minute confirmation will get you the right answer. In situations where people have no interest in the deal it is pretty common for people to refuse to take your calls (always with a polite lie), or to tell you that they'll "study the situation" and get back to you. It's the "don't call us, we'll call you" syndrome. It is important that you learn to distinguish between those cases where your business partner may need a bit more pushing and those cases where there is no chance of actually proceeding through with the deal, so as not to waste resources. People like to promise you the world while they are leading you down the garden path. The best way to avoid being taken down that road is to sit down and do the numbers meticulously and with realistic assumptions.



*Correo Internacional Privado*

### Closing a deal
Like in all countries, including the US, you have to be careful and look for references from your potential business partner if you don't want to be had, or at least have your time wasted. It is important to remember that Mexican firms



**Relocation & Living**
relocation
getting started
living
retirement
cities
info source
security

**Where to Go What to Do**
social
cultural
travel



**Community**
community
interaction
expatriate
profiles
social
organizations

**Business**
finding a job
doing business
consulting
mexican state governments



Recommend this site to a friend

[ search ]

Correo Internacional Privado

...ler funded and thus can run into serious ...ply problems. This is ...e dearth of credit and the cost of money (a loan in pesos has a... ...e of 25%/year. In this respect, Mexican business people are heroes). ...have these issues worked out beforehand - if the Mexican company is going to need a little money up-front to get the raw materials to produce what you want, then you should just make sure that they will dedicate their company to working on your order.

Make sure to leave a paper trail. The exchange of money and merchandise should happen at once. Payment should be by certified check, approved credit card transaction or with a transfer of funds in a bank. If you're supplying a Mexican company, the perennial letter of credit is the best idea.

### Business Breakfasts and Lunches
A lot of business is done at breakfast and/or lunch. Breakfasts are also the preferred choice to meet, get to know, and exchange information over the potential business deal. People tend to have power breakfast and/or lunch, lasting over two hours, in expensive settings. As mentioned above, unless you want to go out drinking, breakfast is the best bet.

It is impolite to split the bill. The person who is making the sale, is traditionally expected to pick up the tab, or, alternatively, the person who suggested or "invited" other parties to join him/her for a meal is understood to be offering to pay for that meal. (People rarely split the bill on a business meal). Tips, which are not included in the bill, are generally around 10%, although people are very appreciative of a good tip and they often deserve one.

### Hiring
In Mexico, jobs can be advertised for man or woman, with an age range, and marital status specified as well. Unless you've done business in Mexico before, you should never try to hire anyone without having talked to a lawyer. The rigidities in the law make firing very difficult.

### Minimum Wage Structure
Minimum wage in Mexico is about 100 USD a month plus benefits, although few people in the formal economy make so little. The Federal Government, depending on "economic zone" and tradesmanship, sets minimum wage. If you want to reduce the turnover factor of your employees in the shop you will most likely have to pay at least three times the minimum wage.

### Language
As we've mentioned in other sections, you should take advantage of the language schools offered to learn Spanish. If you don't, you'll need at least one bilingual person working with you.

### Translation
According to Mexican laws, and common sense, you must <u>translate</u> your marketing literature, product manuals, labels, and warranty. This may sound obvious to you, but surprisingly many companies provide only a single sheet in English, which hampers your business potential and/or may result in the sequestering of your merchandise at customs or sales point. Products from NAFTA countries must have manufacturer's label in Spanish.

### Distribution




- Relocation & Living
  - relocation
  - getting started
  - living
  - retirement
  - cities
  - info source
  - security
- Where to Go / What to Do
  - social
  - cultural
  - travel
- Community
  - community interaction
  - expatriate profiles
  - social organizations
- Business
  - finding a job
  - doing business
  - consulting
  - mexican state governments

- Business Practices
  - Basics
  - Social
  - Hours
  - Other Practices
- Information and Sources
- Interactive Tools
  - Ask Sam
  - Discussion Forum
  - Business Directory

...d Mexican business fairs.

The well-established enterprises, with a long tradition, and solid financial position.

- Ask (see information).

### Benefits

As in Canada and the US a worker may be your employee or may be an independent worker providing you a service under contract (por honorarios) in the latter case, you are not responsible for any benefits. In the former, minimum legal benefits include (but are not limited to):

- Health Insurance under the "Seguro Social" (IMSS)
- 15 days of wages at the end of the year. (Aguinaldo)
- Housing Development. (INFONAVIT)
- Retirement Funds. (SAR)
- Holidays. 5 days of paid holidays a year minimum.
- No more than 8 hours of working day under regular wages.
- Profit Sharing. Workers are entitled to a small percentage of your profits. (10% of the total).

Sometimes these regulations are ignored. Especially when it comes to white-collar workers.

top

### Hours

### Business Hours

- All banks are open from 9:00am until 5:00pm, Monday to Friday. Some banks have extended hours, including Saturday, at some branches.

- Supermarkets in Mexico City are open seven days a week, from 9:00am to 12:00am, although there are many that are open 24 hours a day.

- In Mexico City, street front stores are usually open from 10:00am to 8:00pm. In other cities hours may be shorter.

### Working Hours for factory workers

The standard working schedule in the shop is Monday to Friday, eight hours a day and half-day Saturday. (See section 3).




*Correo Internacional Privado*

### Working hours and days

According to Mexican law, the working week cannot be more than 48 hours a week. Some workers get paid by the week others may get paid bi-weekly (quincena). Few workers get paid monthly. Workers are usually under a 5.5-day workweek. Legally, lunch hour must be paid for workers whose work shift includes lunch time (3:00-4:00pm).

top

### Social

### Personal Relationships

Once again, the conventional wisdom relies on the stereotype that business deals are only closed between friends. While you should probably develop the






Relocation & Living
- relocation
- getting started
- living
- retirement
- cities
- info source
- security

Where to Go What to Do
- social
- cultural
- travel

Community
- community interaction
- expatriate profiles
- social organizations

Business
- finding a job
- doing business
- consulting
- mexican state governments

Recommend this site to a friend

Search

Business Practices
- The Basics
- Hours
- Social Other Practices
- Information and Sources

Interactive Tools
- Ask Sam
- Discussion Forum
- Business Directory

re friendly banter with your customers in Mexico don't feel the need. What there does have to be is trust. Too many foreigners come to meetings and consideration, promising the world and finally not where. Nothing irritates a Mexican more than going through the steps and having the person they're dealing with not take a decision. This is especially onerous because of the fact that Mexicans can be generous and they often spend money on their business contacts.

Business meals are the time to get to know each other, conversation may wander through many different topics and the actual topic at hand is sometimes reached over coffee (or cognac, depending on who you're dealing with). From business breakfast and lunches people usually move on to an after-hour business outing, where drinking is involved, or to be invited for dinner in a family setting. Breakfast meetings are very recommendable, in that they are much more to-the-point.

### Greetings in society

In Mexico it's a common practice for people of the opposite sex to greet one another with a kiss on the cheek, especially if they already know each other, but also upon first meeting. Among men, a handshake suffices. A simultaneous bear hug is common between close male friends. When it comes to business, the proper practice is a handshake, regardless of gender. A kiss or a hug can be acceptable among business associates who have developed a personal relationship.

### Status

Mexicans are very status conscious. They care about what you wear, what car you drive. Professional titles are also very important. It is customary to address your business partner as "licenciado" which is the equivalent to a bachelors' degree. Do this even if you know that your business partner is not a licenciado. "Ingeniero" (Engineer) and "Doctor" (either medical doctor or PhD) are also quite common.

### Other Practices

top

#### Using the telephone and fax

The telephone is a useful tool to set up appointments and ask some general inquiries, but deals are never closed over the phone. The telephone is considered an informal means of communication. It is also the method used to make sure you are not stood up: confirm all meetings the day of the meeting (or the afternoon before, if it's for breakfast the next day).



Correo Internacional Privado

Cellular phones are pervasive in Mexico. Fax machines are also very common. They are preferred over the phones when with dealing important issues. Remember that a spoken commitment in Mexican business culture is never binding. Practically all professionals in the service industries have email.

In most cases when phoning a Mexican businessperson, you will have to go through 1-3 secretaries before reaching the desired person. These secretaries may not speak English, so have a short sentence in Spanish prepared, asking for the specific person.

### Other common business practices

In Mexico, time is not money. They may take their time to reach a decision. Nepotism is a common practice in business circles, not only may the son of the

**Relocation & Living**
- relocation
- getting started
- living
- retirement
- cities
- info source
- security

**Where to Go What to Do**
- social
- cultural
- travel

**Community**
- community interaction
- expatriate profiles
- social organizations

**Business**
- finding a job
- doing business
- consulting
- mexican state governments

Recommend this site to a friend

search


Correo Internacional Privado

**Business Practices**
- The Basics
- Social Hours
- Other Practices

**Interactive Tools**
- Information and Sources
- Ask Sam
- Discussion Forum
- Business Directory

of the company (indeed as is often the case in the USA) but many the CEO and higher-level managers may do so as well. Tips big in Mexico! Always take with you copies of most relevant files documents that may be required during the transaction. It is also very important to take photocopies and originals of your passport as proof of identification when you're closing a deal.

### Information and Sources

top

#### Newspapers and Magazines

- Reforma
- El Financiero
- La Jornada
- Expansión (magazine)
- The Mexico City News (in English)

top

**Diario Oficial** A government newspaper edited daily, with information about new federal laws. It is your duty to keep abreast of the latest legislation. It is possible to buy specialized selections from it according to line of business. It can be purchased and subscribed to on-line.

top

### Interactive Tools

Much of the eventual usefulness of this information is ultimately tied with the participation of the community and the utilization of the interactive tools, which we have provided for you. Much advice can be given only after a more detailed description of the specific needs of the enquirer, therefore, as always, we encourage you to **Ask Sam** whenever any sort of doubt arises. For all of our research, your participation in the **Discussion Forums** related to each topic is crucial. If you're looking for expert help in any particular field, you can find the necessary certified service provider in our **Services** section.



Alliant International University
Prepare to lead the world.

Study in Mexico City

& Living | Where to go What to do | Community | Business | Business Directory
About Us | Link To Us | Advertise With Us | Contact Us | Useful Links | Site Map | Privacy Policy | Terms of Use
Copyright © All rights reserved
Powered by Solucion@

WOODARD
00129