home / subscribe / donate / tower / books / archives / search / links / feedback / events

# "America's Best Political Newsletter" Out of Bounds Magazine

# counterpunch

## edited by alexander cockburn and jeffrey st.clair

---

**A Special Expanded-Edition for Our Print Subscribers**
The War So Far: a Failure Worse Than Vietnam
by Patrick Cockburn in Baghdad

"The need for the White House to produce a fantasy picture of Iraq is because it dare not admit tha
engineered one of the greatest disasters in American history. It is worse than Vietnam because the
punier and the original ambitions greater." Get the answers you're looking for in the subscriber-onl
of CounterPunch ... CounterPunch Online is read by millions of viewers each month! But remember
funded *solely* by the subscribers to the print edition of CounterPunch. Please support this website b
subscription to our newsletter, which contains fresh material you won't find anywhere else, or by m
donation for the online edition. Remember contributions are tax-deductible. Click here to make a do
**you find our site useful please: Subscribe Now!**

**Get CounterPunch's Print Edition By Email!**

**Call Toll Free 1-800-840-3683**
or write **CounterPunch, PO BOX 228, Petrolia, CA 95558**

---

**Today's Stories**

October 22 / 23, 2005

Billy Sothern
Letter from the Circle
Bar, New Orleans

Ralph Nader
An Open Letter to
Bush on Harriet Miers

Patrick Cockburn
Murder of Saddam
Trial Defense Lawyer

October 21, 2005

**October 22 / 23, 2005**

*Mexico City Seamstresses Remember*

# Two Decades of Aftershocks from 1985 Quake

# By LAURA CARLSEN

Twenty years ago, on September 19th 1985, an 8.0 earthquake struck Mexico City. Over 20,000 people died that day, or in the aftershock the following day. A nation mourned, surrounded by a devastation unimagined in the complacency of urban daily life. But as in the 2005 hurricane that hit New Orleans, the wreckage revealed that the fault lay not so much in the natural disaster as in disasters of the human variety.

Comin
from C

The Case
By Mich



Dave Lindorff
The Democrats'
Abortion Hypocrisy

Winslow T. Wheeler
Paying for Their
Mistakes:
Incompetence,
Deception and the
Defense Budget

Col. Dan Smith
The Destruction of
the National Guard

Norman Solomon
Media at Crossroads:
25 Years After
Reagan's Triumph

Madis Senner
Abusing Katrina

Michael Donnelly
Richard Pombo:
DeLay in Cowboy
Boots

October 20, 2005

Dave Lindorff
Impeachment Comes
to NYC

Ray McGovern
16 Fatal Words:
Cheney's Chickens
Come Home to Roost

Jeremy Brecher /
Brendan Smith
Attack Syria? Invade
Iran?: By What
Constitutional Right?

Patrick Cockburn
Saddam Refuses to
Recognize Court

Kevin Zeese
Was the Iraqi
Constitution Vote

In Mexico's capital, many of the buildings that crumbled were found to be substandard constructions where money saved on cheap materials and feeble foundations had gone straight into the pockets of corrupt politicians.

Among the earthquake victims were hundreds of seamstresses who worked in the sweatshops of a downtown zone called San Antonio Abad. The death toll that mounted in the weeks after the earthquake was boosted by shop owners who used heavy equipment to remove sewing machines and industrial goods while leaving women workers hopelessly trapped in the ruins.

Survivors told horror stories of being locked in overcrowded rooms with no escape routes, no direction, and no hope as the buildings fell. Their indignation turned to rage when, left jobless, their bosses refused to pay wages due and severance pay. Then their rage turned into a union.

The women workers formed Mexico's first women-led, independent union in decades: the September 19th Seamstresses Union.

The first few years passed quickly in union meetings, street mobilizations, and marches, international solidarity tours. Feminist and labor union activists descended on the union with offers of help and advice. They were heady days of women's empowerment, confronting the establishment, and discovering newfound talents and challenges.

But at the same time, the struggle for collective contracts was an increasingly uphill battle. Official union thugs beat up seamstresses from the new union and bought off union elections. Owners closed down shops with hard-won union contracts and simply opened up elsewhere. If some walls had fallen in the quake, for the struggling union others were standing as thick and impenetrable as ever.

The clothing industry grew at first under NAFTA, fuelled by investment in the export maquiladora sector and later the 1995 peso devaluation that cut labor costs, but in 2000 it began a steep decline that is expected to deepen in coming years. China's entry into the WTO and the end of the Multifiber Act have opened up global competition for production that drives wages into the ground and closes factory doors forever. The $2.45 an hour in wages and benefits on average paid legally employed Mexican workers, looks like a fortune next to the 27 cents an Indonesian worker earns, or the 68 cents paid Chinese clothing workers.

Click Here
Philoso
Neuman
Rebuttal of

**WHA**
Grand T
Tales
Profiteerin

by Jef





Fixed?

Ross Eisenbrey
Millions Would Lose
Pay and Protections
Under Enzi
Amendment

Randy Shields
James McMurtry
Makes It in Dayton

Justine Davidson
Prosecuting Bush in
Canada for Torture: a
Small Victory

After Lucas Cranach
Judy and Holofernes

Joe Allen
The Scandalous
History of the Red
Cross


October 19, 2005

Christopher Reed
Koizumi and the Rape
of Nanking

Stephen Soldz
Bush and Avian Flu:
the Excuses Begin to
Fly

Chet Richards
War and Intelligence

Patrick Cockburn
Saddam on Trial

Scott Richard Lyons
Multicultural
Columbus?

Ralph Nader
An Interview with
Rev. William Sloane
Coffin

Globalization of the clothing industry set off a race to the bottom that has led to the loss of nearly 200,000 jobs in the Mexican clothing industry since 2000. Export jobs have gone to countries where workers earn even less. Many more shops have gone underground. Mexico's Economy Ministry estimates that 58% of the national market is illegal-including goods produced in the informal economy, contraband, and stolen goods.

Marisol Hernandez, press secretary of the September 19th Union in its early days, comments on the then-and-now of a lifetime of stitching t-shirts. After the union fell apart in the early 90s, she found a job sewing in a large factory owned by a Mexican company. Several years ago, the factory was bought by Sara Lee, producers of the Hanes brand. Not long after, the factory closed its doors on the 6,000 workers in the Mexico City plant and moved to the state of Aguascalientes.

Although Sara Lee paid legal requirements to laid-off workers, this is not the first time that the company has closed a plant to seek greener pastures (lower wages) elsewhere. Workers at the Mexico City factory report that after working up to wages of around $20 a day, the factory was offering Aguascalientes workers only $5 a day.

In a nation facing a deficit of over a million jobs, the prospects for a middle-aged woman in the formal economy are little to none. Mexico City's Sara Lee workers were sent first to another factory, but the wages were only $30-40 a week. Many, like Marisol, have turned to piecework in the home. A men's shirt goes for $2 and, according to Marisol, if she really hurries she can earn $90 a week. That's without any benefits, and the seamstresses themselves have to provide the sewing machine, maintenance, and utilities.

As for the union, infighting among the feminist and labor advisors, free trade, and an industry built on union-busting all contributed to its demise.

The short but luminous history of the "union born of the ruins" left its mark on Mexican labor history in more ways than one. Ultimately, it failed as both a tool for defending the rights of workers and as a catalyst for a feminist-labor movement. Its sad end marked the stark limitations of a national labor movement in a globalized economy and the costs of imposing warring ideologies on a fledgling workers' organization.

Failed, but not without forging major changes in the lives of its members. As the young son of union leader Rafaela Dominguez put it during the hyperactive days of



The Cou

A Red
on tl
Click her



Been B
It Looked
The Pol
by Je

Website of the Day
Shocking Video: Why
Birds May Be Taking
Viral Vengeance on
Humans


October 18, 2005

Chet Flippo
Merle Haggard: "Let's
Get Out of Iraq"

Ron Jacobs
Dual Devotions: the
Catholic Church and
the US Flag

Keeanga-Yamahtta
Taylor
A Tale of Two Cities:
From DC to Toledo

Dave Lindorff
Judy Miller: Little Miss
Run Amok

Virginia Rodino
A Winter Patriot:
Reflections on the
Antiwar Movement

Thomas Healy
The Weather in
Goshen: Still Radical
After All These Years

Ralph Nader
A New New Orleans

Stephen Lendman
The Sorrows of Haiti

Patrick Cockburn
On the Eve of
Saddam's Trial: a
Divided Iraq


October 17, 2005

union organizing, "Mommy, when the earth shook, it left
its shaking in you!"

Many continue to shake. Union member Concepción
Guerrero worked for years at the cooperative formed by
the union. Following the Zapatista uprising, she became
a dedicated supporter of the indigenous communities in
Chiapas and in her native state of Guerrero. Other
members of the union continue to be active in the Urban
Popular Movement, and many still work and live together
in low-income housing communities won through the
struggles of the late 80s.

The experience of leadership, public participation, and
empowerment they gained in the union may not have
changed the world, but for many it profoundly and
permanently modified the parameters of their personal
relationships and sense of self. "No-one can take from us
what we learned during those years," says Marisol. "I
know where I stand now. I'm a seamstress and I have
rights."



Impe
Iraq, A
Y
Alexan
Jeff

But, 20 years after the earthquake and the surge of
popular organizing, Mexico seems to have learned
nothing from the experience. The labor movement
continues to be controlled by unions bound to
management or to the former ruling Party of the
Institutional Revolution (PRI). In most cases, it's both.
The ever-more-real threat of flight paralyzes workers in
a survival mode of existence.

In a recent interview with the Mexican daily La Jornada,
Evangelina Corona, former secretary general of the
union summed up the experience somewhat bitterly:
"We are still victims, though not of the earthquake-but
of the government, of the free trade agreement signed
by former President Carlos Salinas de Gortari that was
the tomb of so many industries and the father of
unemployment. We are the victims of corrupt labor and
we are trapped by need."



The Politic
Edited by A
and Je

Indeed, manufacturing wages lost 41% of their value
between 1982 when the economy began liberalization
and 2000. Mexico's gender development index of equity
for women has remained relatively stagnant over the
past years of a radical free trade economy. Women
workers continue to be the worst paid and the most
vulnerable, as seen by the murders-many of
maquiladora workers-in Ciudad Juarez on the northern
border. The deep dividing line of race, often
unacknowledged in a mestizo (mixed) society, shows up
unmistakably in the moreno faces of the seamstresses,
the factory workers, and the murdered women.

Peter Linebaugh
Spinoza and the Black
Limos

Norman Solomon
Judith Miller, the
Fourth Estate and the
Warfare State

Cockburn / Sengupta
"If the Sunnis Don't
Like It, That's Their
Problem"

Mike Whitney
Miller's Confession:
Last Gasp Before
Indictments?

Uri Avnery
Iraq Now: What
Awaits Samira?

Harold Pinter
Torture & Misery in
the Name of Freedom

Website of the Day
Al Joudi v. Bush

October 15 / 16,
2005

Alexander Cockburn
Ayatollahs of the
Apocalypse

Patrick Cockburn
"This Constitution
Won't Get Me a Job"

Saul Landau
Two Terrorists and a
Lush: Osama, Posada
and Bush's Drinking

Neve Gordon
"Beyond Chutzpah":
Exposing Grave Moral
Distortions

There is only one gain that natural disaster and the human disasters of free trade, unemployment, and sexism cannot take back-the change within. "Before we were completely submissive," says Marisol. "If they told us to go back in to work in a falling down building, we went. But now none of us will do what is unjust. As people, our way of thinking has changed."

Marisol's young daughter Dulce plays in the next room. With any luck, and, one hopes, without need of a natural disaster as a catalyst, she will carry on where her mother's generation leaves off.

**Laura Carlsen** directs the Americas Program of the International Relations Center, based in Mexico City. She worked with the September 19th Seamstresses Union from 1986-1989.



Whit
Drug
by Alex
and J



Serpen
Liaisons





Thelonious Monk
Quartet with John
Co...
Thelonious Monk
New $13.49!

(Prices May Change)
Privacy Information



ROB

Exchange Rates Graph (American Dollar, Mexican Peso)                    Page 1 of 1



## Menu
. Currency Calculator
. Custom Table
. Historic Lookup
. Currency Photos
. Home

**FXCM**

**News & Quotes**
. Real Time Quotes
. Forex Market News
. Currency Forecasts

**Currency Trading**
. Why trade currency?
. What moves rates?
. How to get started?
. The $300 Mini Acct
. Free Practice Acct

**Services**
Currency Trading
Course

**More Links**
. Euro Information
. Bookmark help
. Frequent questions
. Feedback
. Developers
. Advertising FAQ
. Advertise here
. Terms of Service

### Mexican Pesos to 1 USD (invert,data)



_120 days_      **latest** (Dec 15)      **lowest** (Dec 6)      **highest** (Oct 13)
                10.727                  10.4135                 10.938

American Dollar      [ base currency ]
change target currency by clicking on list at right

graph : 30 days | 120 days | monthly average
use American Dollar as target currency
view data used in this graph
see table for American Dollar or Mexican Peso

**Currency**
. American Do
. Argentine Pe
. Australian D
. Botswana Pu
. Brazilian Rea
. British Poun
. Canadian Do
. Chilean Peso
. Chinese Yua
. Colombian P
. Danish Kron
. Euro
. Hong Kong I
. Hungarian F
. Iceland Kror
. Indian Rupe
. Iranian Rial
. Israeli New
. Japanese Ye
. Malaysian Ri
. Mexican Pes
. Nepalese Ru
. New Zealand
. Norwegian k
. Omani Rial
. Pakistan Rup
. Qatari Rial
. Saudi Riyal
. Singapore D
. Slovenian To
. South Africa
. South Korea
. Sri Lanka Ru
. Swedish Kro
. Swiss Franc
. Taiwan Dolla
. Thai Baht
. Venezuelan

advertise on this site
read our privacy policy

© 2004 x-rates.com, all rights reserved
Terms of Use, Copyright and Disclaimer

we like feedback
our answers to frequently asked questions

**WOODARD**
**00135**

Currency Calculator

x-rates.com

## THE EURO

| 1.24 | 1.21 | |
|------|------|---|
| AUGUST | SEPTEMBER | O |

**Profit from the Trend.** TRADE CURRENCY
CLICK HERE FOR A FREE PRACTICE ACCOUNT

**Menu**

. Currency Calculator
. Custom Table
. Historic Lookup
. Currency Photos
. Home

**FXCM**

**News & Quotes**

. Real Time Quotes
. Forex Market News
. Currency Forecasts

**Currency Trading**

. Why trade currency?
. What moves rates?
. How to get started?
. The $300 Mini Acct
. Free Practice Acct

**Services**

Currency Trading
Course

**More Links**

. Euro Information
. Bookmark help
. Frequent questions
. Feedback
. Developers
. Advertising FAQ
. Advertise here
. Terms of Service

10.727 MXN

convert
American Dollar

into
Mexican Peso

amount

1

[ Calculate ]

Quick Bar

| from | to |
|------|-----|

invert

December 15, 2005

graph the past history of these two currencies
popup a simple math calculator
see a value in all currencies

**Currency**

. American Dollar
. Argentine Peso
. Australian Dollar
. Botswana Pula
. Brazilian Real
. British Pound
. Canadian Dollar
. Chilean Peso
. Chinese Yuan
. Colombian Peso
. Danish Krone
. Euro
. Hong Kong Dollar
. Hungarian Forint
. Iceland Krona
. Indian Rupee
. Iranian Rial
. Israeli New Shekel
. Japanese Yen
. Malaysian Ringgit
. Mexican Peso
. Nepalese Rupee
. New Zealand Dollar
. Norwegian Kroner
. Omani Rial
. Pakistan Rupee
. Qatari Rial
. Saudi Riyal
. Singapore Dollar
. Slovenian Tolar
. South African Rand
. South Korean Won
. Sri Lanka Rupee
. Swedish Krona
. Swiss Franc
. Taiwan Dollar
. Thai Baht
. Venezuelan Bolivar

advertise on this site
read our privacy policy

© 2004 x-rates.com, all rights
reserved
Terms of Use, Copyright and Disclaimer

we like feedback
our answers to frequently asked
questions

WOODARD
00136

12/16/2005

# MEXICO

# CITY

## Street Vending and the Economy in la Capital

Mexico City, like many other developing Latin American countries, posseses a two sector economy: the formal and informal sectors. The formal sector activity is regulated by the state while the informal sector is not. In some circumstances, not only is the informal sector unregulated, it's also illegal. Even though the two sectors are interdependent, each relying on the other for customers and resources, their relationship is by no means stable and is in a constant state of change.

In Mexico City the informal sector of the economy is very important. Statistics show that in 1990 this informal sector contributed around 25 to 40% of Mexico's Gross Domestic Product (GDP). It also provided work for approximately 25% of the economically active population.

This informal sector consists of various and diverse small time enterprises, with services ranging anything from repair workshops to shoe shining. The most visible form of informal activity in Mexico City is street trading. Each street trader is part of a larger network which includes suppliers, competitors, money lenders, customers and authorities.

In the 1980s the street trading industry grew significantly larger due to the harsh economic circumstances, including the 1982 debt crisis. Unemployment increased, inflation rose, minimum wage fell by half and in 1987, 41 million people (51%) in the country were below the poverty line. Street trading provided this urban poor with work opportunities, income, and access to essential goods that are at prices lower than the retail shops. Traders sell food, shoes, clothes, toys, household supplies, alchohol, cigarettes and various other goods.

In 1995 there was about 150, 000 street traders in Mexico City (50% of the traders in Mexico). For every one formal trader there are 2.36 street traders. Over 50% of all the street traders in the capital come from the middle class, 60% of these own their own homes, and approximately 65% of the stalls are run by their owner and the owner's family.

This expansion of informal traders directly clashed with the formal traders. One formal trade orgainization called CONCANACO (Confederation of Chambers of Commerce) is concerned with the competition and impact of street trading on its members. They are also frustrated with how

Mexico City

much informal trading turn-over evades legal regulation and taxation. Most formal traders are located in permanant built structures and street traders are viewed as intruders. Street traders are mostly located in the main streets and public areas of El Centro (city centre), especially around the main plaza-Zocalo. They usually target the entrances to the metro stations, transport sections, major tourist attraction areas (e.g. cathedral), and business districts.

In response to this street trader controversy, authorities have tried to remove the traders from public spaces of the Zocalo. This removal process was based on the notion that it would relieve congestion, reduce health and fire risks and eliminate unfair competition against the formal sector. CONCANACO believes that the street traders block entrances to the permanant shops and clutter the urban landscape.

Other reasons for removing street traders are food health concerns and crime. Many times food preparation is not sanitary and incidents of food poisoning exceeded one million in 1992. Trading areas are also associated with high levels of crime. Drug dealers and prostitutes concentrate in the street trading areas.

The future of street traders is uncertain. The policies around street trading raise the question of what activity is acceptable in public space and who should decide what happens in that space. Many street traders will loose their stalls and many goods will become more expensive, raising the cost of living for many citizens in Mexico City.

Click on these links for more information on street vending

street vendadores

artilcle by John Cross #1

article by John Cross #2

article by John Cross #3

Back to the front page



## "Mexico Business Opportunities And Legal Framework"

# XIII. EXCHANGE CONTROLS

## EXCHANGE CONTROL REGIME

Convertibility is not restricted in Mexico nor was it ever controlled except for a relatively short period after the decree of December, 1982, which was totally abrogated in November 10, 1991. Moreover, no requirements exist for registering direct foreign investment made in foreign currency to pay dividends or repatriate capital investments.

The Monetary Law states that any dollar-denominated operation payable in Mexico may be paid in pesos at the exchange rate of the day of payment. For such purpose the Bank of Mexico publishes the official exchange rate daily in the Official Daily Gazette.

Nevertheless the parties may agree to make payments in foreign currency to be paid outside of Mexico, in which case the Monetary Law would not be applicable.

The official monetary policy of the government to date is a floating peso. At present different alternative monetary regimes are being discussed.

Foreign currency may be purchased from authorized banks and exchange houses at quoted rates and upon availability of such foreign currency.

Although there is no exchange control, bank accounts may not be denominated in foreign currency, except in a few cases for individuals and for maquiladoras on the border.



## CAPITALIZATION AND PAYMENT OF DIVIDENDS

Apart from the general capitalization requirements discussed in Section XII.A.4.b. hereinabove, no capitalization requirements apply before a dividend is paid.

WOODARD
00139

12/16/2005

Dividends to foreign shareholders are not taxed when distributed, if they are paid from a net taxed profit account. (See Section XIV.C.4.m. hereinafter).

There are no limitations on capital remittances imposed when operations are wound down or dissolved.



## "Mexico Business Opportunities And Legal Framework"

# XV. LABOR

The labor force in Mexico is generally young (one half of the population is under 20) and readily available for unskilled and semi-skilled work throughout the country. Skilled and managerial level employees are also available in the large metropolitan centers.

The economically active population in Mexico is approximately 26 million. About 34% are employed in the service sector, 13% in agriculture and fishing, 20% in commerce and distribution, 17% in manufacturing, 6% in construction, 6% in transportation and 4% in mining. A sizable portion (approximately 25%) of the labor force works in the informal sector, i.e., unregistered for tax purposes or for social security benefits.

The Federal Labor Law of 1970 governs all aspects of the employer-employee relationship, including collective bargaining, the right to strike, minimum wage rates, work hours and compensation, and occupational health and safety. The Law establishes employee rights that go well beyond the guarantees provided in many industrialized countries. For example, employees are entitled to mandatory profit sharing, may only be dismissed for a limited number of justifiable causes and enjoy the right to severance pay upon unjustifiable dismissal as well as seniority pay.

Labor legislation is predominantly the province of the Federal Government. However, state labor boards may enforce the federal labor law within their jurisdiction, except for specific

Conclusion

cases in which the Federal Government maintains exclusive enforcement jurisdiction.

Any individual rendering services to another individual or entity, under supervision or subordination is considered an employee. This is a concept not to be ignored in drafting independent contracting agreements.

In a transfer of an on-going business, the transferee becomes a substitute employer of the transferor and acquires all the transferor's obligations towards the latter's employees. The transferor is jointly obliged to such employees for six months after notice of such transfer is served to the Labor Board. (See Section X.A. hereinabove).



# UNIONS

The Law provides that groups of 20 or more employees, irrespective of whether or not they are employees of the same company, may form a labor union. That is, if there is a company with less than 20 employees, its employees may affiliate with another union and request the companies the execution of a bargaining agreement. Over one half of the nonagricultural labor force is unionized. Labor unions are particularly strong in the oil and petrochemical sector, mining, education, banking, transportation, entertainment, textile, restaurant, electric energy, soft drinks, automobile and communications. The largest and most influential labor union in Mexico is the Confederation of Mexican Workers (CTM).

The main unions frequently support the ruling party, the PRI. Many of their members form part of the government as municipal authorities, state governors, representatives and senators.

Strikes are recognized and protected by law as a tool at the service of the workers for obtaining improved benefits and working conditions. Although legally the labor authorities may only resolve the legality of a strike once started, they vigorously intervene in order to conciliate interests in order to avoid work stoppages.



# LOCAL EMPLOYEE REQUIREMENTS

WOODARD
00141

12/16/2005

Pursuant to the Law at least 90% of a company's employees should be Mexican nationals, except for directors, administrators and other managerial level employees. In practice, this rule is not significant since foreign nationals require proper immigration documentation in order to be employed. Such immigration authorizations are normally restricted to upper level positions. (See Section XXII hereinafter).



# GENERAL LABOR REGULATIONS

### Wages

The government is not empowered to mandate salary increases, with the exception of the minimum wage. The National Minimum Wage Commission periodically sets the minimum wage rate by geographical area. At present, the daily minimum wage in Mexico City is N$18.30. The Commission also sets specific ranges of minimum wage rates for a number of occupations.

During the 1980's, spiraling inflation in Mexico led to several minimum wage adjustments per year. During the last years of the 1980's and until late 1994, inflation was tempered as a result of labor management and the government establishing wage parameters through national agreements such as the Economic Solidarity Agreement and the Economic Stability and Growth Agreement. While these national agreements kept wages in check, their terms were a framework for the establishment of wages.

The last of the series of national agreements was renewed in December 1994 and was to be in force until December 1995, but in January 1995 the Unity Agreement to Overcome the Economic Emergency was announced. This agreement was complemented by the Action Program to Reinforce the Agreement to Overcome the Economic Emergency which included a mandatory minimum wage increase of 12%.

### Working hours

Under the Federal Labor Law, the maximum work week is determined depending on the work shift.

There are three types of work shifts:

a.  Day work shift.- From 06:00 A.M. to 08:00 P.M., with a maximum of forty-eight hours per week.

WOODARD
00142

b. Night work shift.- From 08:00 P.M. to 06:00 A.M., with a maximum of forty-two hours per week.

c. Composite shift.- Includes hours of the day and night shifts. The night shift hours must be 3 and a half hours at most. If more, then it becomes a night shift. Maximum number of hours per week amounts to forty-five hours.

Workers are entitled to at least a thirty minute break. Overtime is permitted by the Law.

### Rate of overtime

Workers may only work up to three extra hours in a single day for which they are entitled to a double pay.

If workers render their services on their rest day, they are entitled to a double pay plus their salary corresponding to that rest day.

If workers render their services on Sunday they are entitled to a 25% premium.

### Rest days

Workers shall enjoy one fully paid day of rest for each six days of work. Saturday working hours may be spread on the other weekly working days.

Compulsory holidays are observed on January 1st, February 5, March 21, May 1st, September 16, November 20, December 1st every six years, December 25 and the day fixed by the Elections Law to exercise the right to vote.

### Benefits

Fringe benefits are high relative to total payroll costs. Employee benefits are compulsory under the Labor Law. The most significant fringe benefits are the following:

a. Paid vacations

After one year of employment, an employee is entitled to a vacation of six working days, increasing by two days for each of the next three years of service. Thereafter, the vacation period increases by two days for every additional five years of service.

| Years of Service | No. of vacation days |
|---|---|
| 1 | 6 |
| 2 | 8 |
| 3 | 10 |
| 4 to 8 | 12 |
| 9 to 13 | 14 |

**WOODARD
00143**

12/16/2005

Workers are entitled to a vacation premium of 25% over the salaries of their respective vacation days.

b. Christmas bonus

Employees are entitled to an annual bonus of not less than fifteen days' salary payable on or before December 20.

c. Housing fund

Employers must contribute 5% of payroll, up to a maximum equal to ten times the statutory minimum wage, to the National Workers' Housing Fund Institute. The housing contribution is deposited in an interest-bearing bank account in the employee's name. Employees may use the funds to purchase, repair, or remodel their homes based on a preference policy followed by the Institute. The net fund balance, if any, will be paid to the employee in the case of total disability, retirement or death.

d. Retirement savings fund

Employers must contribute 2% of payroll, up to a maximum equal to 25 times the statutory minimum wage, to the Retirement Savings Fund. This contribution is deposited in an interest-bearing bank account in the employee's name. Employees may use this fund once retired.

e. Profit sharing

Profit sharing is compulsory for all businesses, regardless of size or organizational structure (i.e. whether organized as a partnership, corporation or sole proprietorship). Employees are entitled to receive an amount equal to the percentage determined by the National Commission on Profit-Sharing. This percentage currently amounts to 10% of the taxable income as calculated for income tax purposes under the terms of the Income Tax Law.

In businesses whose income is derived exclusively from personal services, the amount of profit share is capped at one month's salary.

The mandatory profit sharing does not apply in the following cases:

i. newly established entities, during the first year of operation;

ii. newly established entities engaged in manufacturing a new product, during the first two years in operation;

iii. entities engaged in mining, during the exploration period;

iv. public and private welfare institutions; and

WOODARD
00144

   v.  businesses whose capital and/or gross income do not meet certain minimums established by the Ministry of Labor.

Distribution of profit-sharing must be made no later than May 30.

The officer with the highest level of authority is not entitled to a share of the company profits. Workers holding confidential positions will have a share in the company's profits; however, if their salary is higher than that of the highest paid unionized worker (or in the absence of a union, the non-confidential worker), such salary plus 20% will be considered as the maximum salary for profit sharing distribution which is made on the basis of salary earned and days worked during the fiscal year.

Temporary workers shall be entitled to their share of the profits, provided they have worked at least sixty days during the respective year.

### Social security

All non-governmental employers must register with the Mexican Social Security Institute (IMSS) and register their employees. Social security quotas are paid by both the employer and the employee (via withholding) to the IMSS every month taking as a basis the daily salary received by the workers. This contribution basis has a cap equivalent to 25 times the minimum wage. Social Security benefits cover work risks, general sickness and maternity, disability, old age, unemployment at an advanced age and death; children's nurseries and retirement. (See 5.d. above).

IMSS maintains medical clinics and hospital facilities throughout Mexico and provides services free of charge to eligible employees and their families. IMSS pays 100% of an employee's salary in the event of job-related accident or illness in case of temporary disability. It also pays a percentage of an employee's salary where the employee is permanently disabled and remits benefits to heirs in case of death from job-related causes.

The quotas regarding the work risks insurance depend on the risk class applicable to the field of employment. Until 1995, IMSS determined the risk class and applicable premium percentage for employee classes in Mexico. Beginning in 1995, however, the employee's risk class and the applicable percentage contributions shall be determined by the employer, based on procedures set forth in the Social Security Regulations.

An employee may obtain pension benefits upon retirement at 65 or earlier as per the Social Security Law. There is no legal mandatory retirement age.



# LABOR REGULATIONS AND FOREIGN EMPLOYEES

Foreign personnel is subject to the same legal requirements as Mexican employees and are treated equally both in benefits and sanctions.



# EMPLOYMENT CONTRACTS AND TERMINATION

Apart from the requirements under the Law, the employment contract sets the conditions for the employee's services, especially a description of his or her services, compensation and working hours.

Employment contracts are for an indefinite period unless terminated for justifiable cause. An employer may only justifiably dismiss an employee without liability if the latter incurs in any of the causes foreseen in the Law, such as, presenting false certificates misrepresenting his capabilities, negligence, disclosure of manufacturing secrets, unjustified absences in a 30 day period, and insubordination. The Law obligates employers to give employees written notice of their justified dismissal.

An employee may appeal his termination to an administrative labor dispute board. At the administrative trial, the employer has the burden of showing that the worker engaged in one of the specific culpable acts contained in the Law, and that the employer gave the employee written notice of such justified dismissal. If the employer fails to meet this burden, the employee may request either: 1) reinstatement to his previous job, or 2) severance equivalent to three months plus twenty days of wages per year of employment at integrated full salary, a seniority bonus equivalent to twelve days of wages per year of services rendered, with a cap of twice the minimum wage as well as any fringe benefits accrued. The right to reinstatement will not apply to certain employees who occupy positions of trust with their employer or who have been employed less than one year.

Employment may be for a defined term provided the purpose of such employment is specific and has a determined timetable. If the specific work is prolonged, the employee cannot be dismissed or replaced until such work is terminated.



WOODARD
00146

12/16/2005

Mexico Health Care     1

SB

The quality of the medical care provided in Mexico has been researched extensively.  It has been rated by many as poor; but in recent years, has been compared to other "North of the Border" hospitals for its attainment of the latest equipment and technology (Mexico Connect, 2005).

One reason that Mexico is not regarded as having great medical care is that Mexico ranks below the Organisation for Economic Co-operation and Development (OECD) average in terms of total health spending per capita.  Mexico's per capita spending for health is $583.00 per years whereas the OECD average is $2307.00 per year.  According the OECD's 2003 report, Mexico only has 1.5 practicing doctors for every 1,000 people, 1 hospital bed for every 1,000 people, 0.2 MRI's for every million people, and only 1.5 CT scanners for every million people.  The effects of the insufficient amount of equipment and resources can be seen in small cities in Mexico.  For example, Dr. John O'Handley (2005) states that he saw a patient whop had Chagas' disease in Chiapas, Mexico.  The Mexican doctor who tested and diagnosed this patient was unable to get the medications that are necessary for treating the disease.  Also, medications that are typically given post-operatively in many countries are not offered by doctors in Mexico (i.e. hormones after a hysterectomy).    A study by Hijar, Chu, and Kraus (2000) compared the rate of mortality from injuries in Las Angeles County and Mexico City, Mexico.  The results of this study showed that Mexico City has higher death rates resulting from automobile accidents, falls, and undetermined causes than Los Angeles County.  This may be due to the underdeveloped trauma care systems in Mexico City.  Jack Lewin (2005), chief executive of the California Medical Association, stated that "There are quality standards that we are developing and implementing in

WOODARD
00148

America that are not going to be implemented there for a long time".

Though Mexico is has not been ranked above average in any category of health care by the OECD, its health care system has made considerable progress (Nations Encyclopedia, 2005). Mexico's largest private hospital chain, Grupo Angeles, is expanding and building new hospitals. Grupo Angeles is based in Mexico City but has most recently built a new state-of-the-art hospital in Tijuana. This hospital includes 118 hospital beds, its own pharmacy, blood bank, X-Ray equipment, neonatal care unit, nuclear medicine lab, monitoring equipment, emergency room, and a dozen operating rooms. The chief executive of Grupo Angeles stated that "the goal is to be as competitive as US hospitals in terms of quality". The new hospital (Hospital Angeles) expects to get 25% of its patients from California (Dibble & Skidmore, 2005). In fact, many United States companies are offering health insurance that covers physicians in Mexico. This is due to the fact that the health care is cheaper, thus making the insurance premiums less expensive. Mary Edson, director of legal compliance for the Western Growers Association stated "A hysterectomy that averages $2025 in the United States costs $810 in Mexico". Not only is labor less expensive, but the malpractice insurance cost is much less. Some physicians practice on both sides of the border to take advantage of the lower costs. Dr. David Castillejos Rios says that he has performed laser eye surgery in San Diego, California and in Tijuana, Mexico. He charges only one-third of his typical San Diego charge to Tijuana patients because the overhead expenses are so much lower (Geis, 2005). According to Mexico Connect (2005), most physicians and surgeons receive their training in the United States, Canada, or Europe and are therefore just as qualified as US doctors.