


Embassy News & Info   U.S. Citizen Services   Visas to the U.S.   Policy & Issues   Resources   B. Franklin Library

## U.S. CITIZEN SERVICES

You Are In: Home > U.S. Citizen Services

- **Medical Assistance**
  - If case of illness or injury
  - **Hospitals in Mexico City**
  - Doctors in Mexico City
- Lost or Stolen Passport
- Citizens Consular Services
- Victims of Crime
- Financial Assistance
- Arrest of a U.S. Citizen
- Death of a U.S. Citizen
- Child Abductions
- Legal Assistance
- Missing Persons - Locating Someone
- **NON-EMERGENCY SERVICES**
- Information on Mexico

## MEDICAL ASSISTANCE

**Hospitals in Mexico City**
American Embassy
Mexico City

Office of Citizens Consular Services
2004

| HOSPITALS IN MEXICO CITY (English Spoken) | | |
|---|---|---|
| **PRIVATE** | | Telep (from the U.S. dial 0: |
| American British Cowdray Hospital Calle Sur 136, on corner of Avenida Observatorio Col. Las Americas (opposite the American School) | (Emergency) | 5 5 5 |
| Centro Medico Dalinde Tuxpan 25 y Baja California Col. Roma Sur | | 5 5 |
| Clinica Londres Durango No. 50, Col. Roma | | 5 |
| Hospital Angeles del Pedregal Camino a Santa Teresa No. 1055 Col. Heroes de Padierna | (Emergency) | 5 5 5 |
| Hospital Angeles de Interlomas Av. Vialidad de la Barranca S/N Col. Valle de las Palmas 52763 Huixquilucan Edo. de Mexico | (Emergency) | 5 5 5 |
| Hospital Espanol Av. Ejercito Nacional No. 613 Col. Granada | | 5 5 |

| | | |
|---|---|---|
| Hospital Infantil Privado<br>Viaducto Rio Becerra No. 97<br>Col. Napoles | | 5<br>5 |
| | (Emergency) | 5 |
| Hospital Metropolitano<br>Tlacotalpan No. 51<br>Col. Roma Sur | | 5<br>5 |
| Hospital de Mexico<br>Agrarismo 208, Col. Escandon | | 5<br>a |
| Hospital Mocel<br>Gelati No. 29<br>Col. San Miguel Chapultepec | | 5 |
| Medica Sur<br>Puente de Piedra 150<br>Col. Toriello Guerra<br>Tlalpan, D.F. | | 5<br>5<br>5 |
| | (Emergency) | 5 |
| Hospital Español<br>Av. Ejercito Nacional No. 613<br>Col. Granada | | 5<br>5 |
| Sanatorio Durango<br>Durango 296, Col. Roma | | 5 |
| **INEXPENSIVE/FREE** | | |
| Cruz Roja (Red Cross)<br>Ejercito Nacional 1032<br>(Ambulance & Emergency Service) | | 5 |
| | (Emergency) | 0 |
| Hospital de la Mujer<br>Prolongacion<br>Salvador Diaz Miron 374<br>Col. Santo Tomas Close to "Colegio Militar"<br>Subway Station | | 5 |
| Hospital Juarez<br>Av. Politecnico No. 5160 | | 5<br>5<br>5 |
| | (Emergency) | E |
| Hospital General Balbuena (DDF)<br>Cecilio Robelo y Sur # 103<br>Col. Jardin Balbuena | | 5<br>5<br>5 |
| | (Emergency) | 5 |
| Hospital General Ticoman<br>Plan de San Luis y Bandera | | 5<br>5 |

| | | |
|---|---|---|
| Col. Ticoman | | 5 |
| Hospital Juarez 3 (Niños Heroes SS)<br>Heroes # 151<br>Col. Doctores | | 5<br>5<br>5 |
| Hospital Peralvillo<br>Tolnahuac # 14<br>Col. San Simon Tolnahuac | | 5<br>5<br>5 |
| Hospital Tacubaya<br>Carlos Lazo, *corner of* Gaviota<br>Col. Tacubaya | | 5<br>5<br>5<br>5 |
| Instituto de Nutricion Salvador Zubiran<br>Vasco de Quiroga # 15<br>Col. Seccion 16, Tlalpan | | 5<br>5 |
| Hospital Ruben Lenero<br>Plan de San Luis y Diaz Miron<br>Col. Santo Tomas<br>Cerca Hospital de la Mujer | | 5<br>5 |
| Shriners' Hospital<br>Calle Suchil No. 152 | | 5<br>5<br>5 |
| Hospital Xoco<br>Av. Mexico-Coyoacan *sin numero*<br>Esq. Con Bruno Traven<br>Col. General Anaya | | 5<br>5<br>5 |
| Clinica Sinaloa<br>Cuernavaca #84-A<br>Col. Condesa<br>Mexico, D. F. | | 5<br>5 |
| **CARDIOLOGY** | | |
| Instituto de Cardiologia<br>Juan Badiano # 1<br>Col. Seccion 16, Tlalpan | | 5<br>5 |
| **PEDIATRIC** | | |
| Hospital Infantil Privado<br>Viaducto Rio Becerra No. 97<br>Col. Napoles<br>03810 Mexico, D. F. | | 5<br>5 |
| Hospital Pediatrico Peralvillo<br>Tolnahuac No. 14<br>Col. San Simon Tolnahuac<br>Del. Cuauhtemoc | | 5<br>5<br>5<br>5 |

| | | |
|---|---|---|
| 06920 Mexico, D. F.<br>Director Gral. Dr. Hector Sucilla | | 5 |
| Instituto Nacional de Pediatria<br>Dr. Rogelio Paredes<br>Director de Ematologia<br>Insurgentes Sur 3700-c<br>*Close to PERISUR Mall*<br>Mexico, D.F. | | 5 |
| Hospital Pediatrico Coyoacan<br>Moctezuma # 18<br>Col. El Carmen | | 5 |
| Hospital Infantil de Mexico<br>Dr. Marquez # 162<br>Col. Doctores | | 5 |
| Hospital de Enfermedades Respiratorias<br>Calzada de Tlalpan 4502<br>Col. Seccion 16<br>Tlalpan, D.F. | | 5 |
| Instituto Para la Atencion del Nino Quemado<br>Prolongacion 16 de Septiembre<br>Esq. Camino a Nativitas<br>Col. Xaltogan<br>Del. Xochimilco | | 5 |
| **PSYCHIATRIC** | | |
| Hospital Psiquiatrico Fray Bernardino<br>Av. San Fernando, *corner of* Niño Jesus<br>Col. Tlalpan | .. | 5<br>5<br>5<br>5 |
| Clinica San Rafael<br>Insurgentes Sur No. 4177<br>Col. Santa Ursula Xitla | | 5<br>5<br>5 |
| | | |
| March, 2004 | | |

HOME | EMBASSY NEWS & INFO | CITIZEN SERVICES | VISAS | POLICY & ISSUES | RESOURCES
CONTACT US | B. FRANKLIN LIBRARY | FAQ'S | SITE INDEX | PRIVACY | WEBMASTER



http://mexico.usembassy.gov/mexico/eacs_hospitals.html

12/16/2005

WOODARD
00153

Health at a Glance - OECD Indicators 2003
Country Notes (Mexico)
*[No media use until 16 October 2003]*

For questions, please contact:
Gaetan Lafortune, OECD Health Policy Unit
Tel: +33 1 45 24 92 67, email: gaetan.lafortune@oecd.org

### Health spending

Total health expenditure (public and private) in 2001 represented 6.6% of **Mexico's** GDP as compared to the OECD average of 8.4% (Chart 3.4). Between 1990 and 2001, health expenditure as a share of GDP in **Mexico** increased by 2 percentage points, narrowing the gap with the OECD average (Chart 3.5).

Health spending tends to rise with income. In general, OECD countries with higher GDP per capita spend more on health (Chart 3.7). It is not surprising therefore to observe that health spending per capita in **Mexico** is less than one third of the average in OECD countries and eight times lower than the United States, which spent by far the most on health in 2001 (Chart 3.1 and Table 3.1).

### Public and private financing

Public spending is the main source of health financing in all OECD countries except for **Mexico**, the US and Korea. On average across OECD countries, 72% of health spending was paid for by public sources in 2001. In **Mexico**, the public share stood at 46% (Table 3.8).

Private funds, therefore, remained the main source of health care financing in **Mexico** in 2001 of which nearly all came from out-of-pocket payments (Table 3.10). This is in contrast with the US where private insurance covers a large part of health spending and out-of-pocket payments accounts for only 15% of total health spending. The burden of out-of-pocket spending on households can be measured alternatively by its share of final household consumption. The percentage of household consumption on health in **Mexico** stood at 4 % in 2000, compared with the OECD average of less than 2%. According to a Mexican study of the National Household Income-Expenditure survey (1998), 7 percent of families in the lowest income decile incurred catastrophic health expenditures in the previous three months compared with only 3 percent of those in the highest income decile[1].

### Resources and activities in the health sector

**Mexico** had 1.1 doctors per 1000 population in 2000 compared to the OECD average of 2.9 doctors per 1000 population. The number of nurses per 1000 population was also lower, with 2.2 nurses per 1000 population, compared to the OECD average of 8.2 nurses per 1000 population (Chart 2.1 and 2.5)[2].

While the number of doctors in **Mexico** remains low compared to the OECD average, it has increased significantly over the past decade. In tandem with the rise in the number of doctors, **Mexico** has also

---

[1] Barraza-Llorens, M et al., Addressing Inequity in Health and Health Care in Mexico, *Health Affairs*, May/June 2002.

[2] It must be noted, however, that for both doctors and nurses, **Mexico** reports full-time equivalents instead of head counts, which results in an under-estimation.

1

WOODARD
00154

reported one of the largest increases in doctor consultations per capita between 1990 and 2000, although the average number of doctor consultations per person per year still is only about half the OECD average (Charts 2.17 and 2.18).

The number of acute care hospital beds in **Mexico** was 1 per 1 000 population in 2000, four times lower than the OECD average. The average length of stay for acute care in hospitals was also relatively low, at 3.6 days, the lowest among OECD countries (Chart 2.29). Focussing on specific conditions leading to hospitalisation, the average length of stay following a normal delivery was less than 2 days in **Mexico**, also the lowest among OECD countries (Chart 2.32).

Income is an important factor influencing also the adoption and subsequent diffusion of health technologies throughout health systems. The diffusion of leading edge cardiovascular procedures to treat heart diseases provides a striking example. In 2000, only one coronary artery bypass graft surgery and one coronary angioplasty per 100,000 population was performed in **Mexico** (Table 2.13). In no other OECD country was this figure less than 15 per 100,000 population in 2000. This variation cannot be explained by the much smaller differences in the incidence of heart disease (as measured by mortality rates) between Mexico and other OECD countries.

Similarly, **Mexico** has among the lowest number per capita of leading edge diagnostic technologies such as magnetic resonance imaging (MRI) and computed tomography (CT) scanners (Charts 2.13 and 2.14).

Childhood immunisation remains a cornerstone of a country's disease prevention programme. **Mexico** has achieved great progress in childhood immunisation coverage over the past decade. By 2001, the measles immunisation rate was more than 95%. Similarly, diphtheria, tetanus, and pertussis (DTP) vaccine coverage increased from 50% in 1990 to 97% in 2001 (Chart 2.21 and 2.22). These figures contrast with the relatively low immunisation coverage in the United States, which reports 91% coverage for measles and 82% for DTP coverage.

### Health status of the population

Life expectancy has risen markedly in all OECD countries over the past 40 years and **Mexico** is no exception. Gains in life expectancy in **Mexico** between 1960 and 2000 reached 16.6 years, rapidly narrowing the gap with the OECD average. In 2000, life expectancy at birth in **Mexico** was 76.5 years for females and 71.6 years for males, compared with the OECD average of 80.1 years for females and 74.2 years for males (Tables 1.2 and 1.3).

Although infant mortality rates in **Mexico** (23.3 deaths per 1000 live births in 2000) are still significantly higher than the OECD average (6.5 deaths per 1000 live births), there have been substantial reductions over the past few decades (Table 1.6). However, there remain wide variations in infant mortality rates between income levels and states in **Mexico**[3].

### Risk factors

Obesity in adults is increasing in all OECD countries. **Mexico** ranks only second to the United States among OECD countries in terms of adult obesity rates. The percentage of the adult population (15+) considered obese in **Mexico** was 24% in 2000, compared with 31% in the United States. The proportion of

---

[3] Infant mortality rates have been reported to range from 9 deaths per 1000 live births in the richest municipalities to 103 in the poorest areas (Barraza-Llorens, M et al., Addressing Inequity in Health and Health Care in Mexico, *Health Affairs*, May/June 2002).

2

males and females defined as obese was 19% and 29% respectively (Chart 4.9 and 4.10). By comparison, adult obesity rates are much lower in Japan, Korea and Continental European countries, although they are also on the rise. A recent review of the literature on the cost of obesity to health care systems in the United States and other countries suggests that obesity in the late 1990s accounted for about 5.5% to 7% of total health expenditure in the United States, and 2% to 3.5% in other countries such as Canada, Australia and New Zealand[4]. The time lag between the onset of obesity and increases in related chronic diseases (such as diabetes and asthma) also suggest that the rise in obesity that has occurred in **Mexico** and most OECD countries will have substantial implications for future incidence of health problems and related spending.

By contrast with most other OECD countries which have seen tobacco smoking come down over time, **Mexico** is also reporting a rise in the proportion of adults who smoke during the 1990s. The overall proportion of daily smokers among adults increased from 26% in 1990 to 28% in 1998. It went up for both males and females. There remains however a marked gender gap in smoking rates in **Mexico**: 16% of females reported smoking on a daily basis in 1998 as opposed to 43% of males (Table 4.1 and Chart 4.2).

---

[4] Thompson, D and Wolf, A., The medical-care cost burden of obesity, *Obesity Reviews* (2001) 2, 189-197.

WOODARD
00156

*OECD Health Data 2005*
How Does Mexico Compare

### Health spending and financing

Total health spending accounted for 6.2% of GDP in Mexico in 2003, more than two percentage points lower than the average of 8.6% in OECD countries. This places Mexico among the countries with the lowest share in the OECD, after Korea (5.6%), Slovakia (5.9%), Poland (6.0%) and Luxembourg (6.1%).

Mexico also ranks below the OECD average in terms of total health spending per capita, with spending of 583 USD in 2003 (adjusted for purchasing power parity), compared with an OECD average of 2307 USD. Health spending per capita in Mexico is the second lowest across OECD countries after Turkey. Between 1998 and 2003, health spending per capita in Mexico increased in real terms by 4% per year on average, a growth rate slightly lower than the OECD average of 4.5% per year.

Pharmaceutical spending account for an increasing share of health costs in Mexico and in many other OECD countries. In 2003, spending on pharmaceuticals accounted for 21.4% of total health spending in Mexico, up from 18.6% in 1999. This is above the OECD average of 17.7%. In Mexico, most spending on pharmaceuticals is financed through private sources, especially out-of-pocket expenditures.

The public sector is the main source of health funding in all OECD countries, except the United States, Mexico and Korea. With 46.4% of health spending paid from public sources in 2003, Mexico has the second lowest public share after the United States. While the public share of health spending rose from 40.4% in 1990, it remains well below the OECD average of 72% in 2003.

Private financing in Mexico is almost entirely in the form of out-of-pocket payments, as only 3.1% of total expenditure on health is funded through private health insurance. This contrasts with the United States, where private health insurance arrangements account for 66% of total private health financing and 36.7% of total health financing.

### Resources in the health sector (human, physical, technological)

Health-care supply is low in Mexico by OECD standards. In virtually all dimensions for which data are available, Mexico lies well below average.

While the number of doctors per capita increased by 50% in Mexico over the past decade or so, up from 1 practising doctor per 1 000 population in 1990 to 1.5 in 2003, the doctor-to-population ratio in Mexico was only half the OECD average of 2.9 in 2003.

There were 2.1 nurses per 1 000 population in Mexico in 2003, a much lower figure than the average of 8.2 in OECD countries. However, as in most other countries, the number of nurses per capita has increased in Mexico, up from 1.7 in 1990.

The number of acute care hospital beds in Mexico was 1 per 1 000 population in 2003, about a quarter the OECD average of 4.1 beds per 1 000 population. Unlike other OECD countries where the number of hospital beds per capita has fallen over time, in Mexico the number of beds has been stable since 1990. The average length of stays for acute care in hospitals has slightly decreased over the past decade in Mexico, from 4.4 days in 1993 to 4.1 in 2003, a downward trend observed in other OECD countries.

During the past decade, there has been rapid growth in the availability of diagnostic technologies such as computed tomography (CT) scanners and magnetic resonance imaging (MRI) units in most OECD

WOODARD
00157

countries. In **Mexico**, the number of MRIs remains the lowest in the OECD, at 0.2 per million population in 2003. **Mexico** still lags well behind the OECD average of 7.6 MRI units per million population. Similarly, the number of CT scanners in **Mexico** stood at 1.5 per million population in 2003, below the OECD average of 17.9.

**Health status and risk factors**

Most OECD countries have enjoyed large gains in life expectancy over the past 40 years, thanks to improvements in living conditions, public health interventions and progress in medical care. Since 1960, **Mexico** experienced one of the largest increases in life expectancy in the OECD area. Nonetheless, life expectancy at birth in **Mexico** stood at 74.9 years in 2003, about three years lower than the OECD average.

Infant mortality rate in **Mexico** is the second highest among OECD countries, at 20.1 deaths per 1 000 live births in 2003 compared with the OECD average of 6.1. However, it has fallen greatly over the past decades, from 79.3 deaths per 1 000 live births in 1970.

The proportion of daily smokers among adults has shown a marked decline over the past two decades in most OECD countries. However, **Mexico** has not achieved much progress in reducing tobacco consumption, with current rates of daily smokers among adults going slightly up from 25.8% in 1988 to 26.4% in 2002, around the OECD average of 26.5%. Sweden, the United States and Canada provide examples of countries that have achieved remarkable success in reducing tobacco consumption, with current smoking rates among adults at about 17%.

Obesity rates have increased in recent decades in all OECD countries, although there remain notable differences across countries. In **Mexico**, the obesity rate among adults, at 24.2% in 2000, is higher than in all other OECD countries except the United States (30.6% in 2002)[1]. The cost of obesity to health care systems has been estimated to account for about 5.5% to 7% of total health expenditure in the United States in the late 1990s, and 2% to 3.5% in other countries such as Canada, Australia and New Zealand (Thompson and Wolf, 2001). There is a time lag of several years between the onset of obesity and related health problems (such as diabetes and asthma), suggesting that the rise in obesity that has occurred in most OECD countries, including **Mexico**, will mean higher health care costs in the future.

More information on *OECD Health Data 2005* is available at www.oecd.org/health/healthdata. Note that *OECD Health Data 2005* is available in Spanish in the CD-ROM and on the SourceOECD version.

For more information on OECD's work on Mexico, please visit www.oecd.org/mexico.

---

[1] It should be noted that the data for the United States (and also for the United Kingdom and Australia) are more accurate than those from other countries since they are based on *actual measures* of people's height and weight, while estimates for other countries are based on *self-reported* data, which generally under-estimate the real prevalence of obesity.

WOODARD
00158

# Diary

*From a Week in Practice*

JOHN O'HANDLEY, M.D., *Columbus, Ohio*

After years spent in private family practice and academia, John O'Handley, M.D., was appointed medical director of the Mount Carmel Outreach Program in Columbus, Ohio. The program provides free medical care to uninsured and homeless patients throughout the city on a mobile coach clinic. Dr. O'Handley continues to see private patients two mornings a week.

Address correspondence to John O'Handley, M.D., 4040 East Broad Street, Columbus, OH 43213 (e-mail: johandley@mchs.com).

To preserve patient confidentiality, the patients' names and identifying characteristics have been changed in each scenario.

## Monday

This week, I returned to Palenque in the state of Chiapas, Mexico, for a mission with the Franciscan Sisters of Stella Niagra. The team consisted of two family physicians, one internal medicine/pediatric resident, a pediatric nurse practitioner, an interpreter/physical therapist, and an assistant. The first order of business was to sort the abundant supply of antimicrobials, $H_2$ blockers, antiparasitics, antihypertensives, analgesics, hypoglycemics, and creams for every type of rash, which were donated to the mission by the good Sisters from the hospital at San Cristobal. Even with such an armamentarium, the first patient of the day caught me off guard. Manuel came to the clinic (set up in the Sisters' convent) with a note from a doctor and laboratory results attesting that he had Chagas' disease. At his present stage, he was free from the debilitating cardiomyopathy that signifies invasion of the parasite into the heart muscle or the swallowing difficulties that result from esophageal involvement. Manuel was highly cognizant of the disease progression and was willing to do anything to prevent its potentially fatal course. Unfortunately, the Mexican doctor who ordered the test was unable to acquire the medicines recommended for treating the disease: benznidazole or nifurtimox. He thought the patient's only chance was to ask the American doctors for help. I copied the reports and told Manuel I would do what I could. The first step was to learn more about this scourge and determine the efficacy of treatment. If the proper medication could be obtained and it was effective, I would send it down with the next mission team in three months.

## Tuesday

The ability of people to tolerate illness when they lack access to care or the ability to pay for it has never ceased to amaze me. While many people seem to seek relief at the first hint of a problem, for those eking out an existence and lacking what many consider the bare necessities of life (i.e., running water, sanitation, a solid floor under their feet, and an intact roof overhead), medical care is far down on the list of priorities. Years of stomach pain, headache, vision and dental problems, back pain, and skin rashes go untreated until the opportunity arises for free care. When that time comes, even a trip of four hours seems worth it. Today, patients came from the ejidos (villages) in the hills surrounding Palenque at great personal sacrifice. The heavy rains in the past month had brought disease to the animals and a sparse harvest, and the one or two chickens it cost to make the trip to town were much harder to spare. Come they did, speaking their native tongues of Chol or Tseltal, which the good Sisters translated into Spanish for the "docs." "Kush-kush" (pain) was universal—the hard part was sorting out the specific origins of their maladies. It was not always possible, and many of the patients could be treated only symptomatically. Diagnostic studies were a luxury few of them could afford. This was the practice of medicine that for the most part relied on history and physical examination. Our teachers in medical school always stressed that those two skills revealed 90 percent of diagnoses. We would have made them proud.

## Wednesday

Doña Lucy, a native of Palenque, arrives early each day to enroll the patients as they queue up at the convent clinic iron gate. Today, as she called the next patient, I introduced myself to Jesenia, a middle-aged woman, two years post hysterectomy, still suffering from surgical menopausal symptoms. Sister Consuelo, the mother superior, told me that "they don't give hormones after hysterectomy in Mexico." There was a medicine given immediately after surgery, but Jesenia had forgotten the name, and it did not relieve ▶

Downloaded from the American Family Physician Web site at www.aafp.org/afp. Copyright© 2005 American Academy of Family Physicians. For the private, noncommercial use of one individual user of the Web site. All other rights reserved. Contact copyrights@aafp.org for copyright questions and/or permission requests.

WOODARD 00159

## Diary

the subsequent hot flashes. Several other complaints were elicited, including urinary frequency, headaches, and a lump in her neck that had been there for five months. Her blood pressure was 172/90 mm Hg, the urine dipstick showed leukocytes, and there was a 2-cm nodule on the right lobe of her thyroid that moved with deglutition. The nodule had a firm consistency, not rock hard, and was most likely cystic. Jesenia's husband was invited into the examination room and I explained the options. If it was a cyst, aspiration could resolve it. If it was solid, the nodule probably would require more extensive study and possibly excisional biopsy. Not having access to an ultrasound, I explained that aspiration could help with the diagnosis and treatment. The patient and her husband were agreeable to the procedure and aspiration was performed. No fluid was obtained and a diagnosis of adenoma became more likely. I gave Jesenia a diuretic for her blood pressure, an antibiotic for her urinary tract infection, an analgesic for her headache, and the recommendation to follow-up with a surgeon. Without Sister Consuelo's help, there is little likelihood that the latter will ever be accomplished, but she seems to be able to accomplish the difficult tasks, and at times, even the impossible ones.

### Thursday

The 'colonias' are small communities that spring up in Mexico on land no one seems to own. The plywood or cement-block walls hold up corrugated tin roofs that keep most of the elements out and serve as conduits for the rain water, channeling it into cisterns to be used for bathing and washing. Today, I was asked by one of the patients to make a house call on her mother in a home close to the convent. She had fallen and injured her shoulder and the daughter was concerned about a fracture. I followed the daughter to her home, which had a low wire fence around the front to keep in the chickens. The mother was lying in a hammock resting on the opposite shoulder from the injured one. The vital signs were normal, but as I was removing the patient's blouse to examine her shoulder, I felt a cold, liquid substance that I at first thought was blood. When her shoulder was revealed, it was covered in Vaseline and ice. The shoulder was fully mobile, there was no point tenderness, swelling, or bruising, and the arm was neurologically intact. I reassured the family that nothing was broken, gave her some acetaminophen for the pain, and gathered my equipment to leave. "Por favor, esto es para ti." *(Please, this is for you.)* The sack of oranges they gave me was the family's way of saying thank you. I had not expected anything, but graciously acknowledged their generosity and returned to the convent with much more than I had when I left.

### Friday

Today, the clinic moved from the old convent to the new one located on the outskirts of Palenque. This new "orange house," named for its bright color, is where the medical team had been sleeping for the past week. The roosters that inhabit the convent grounds have no sense of time and crow throughout the night which, along with the barking of the plentiful canine population, punctuates the night air making it difficult to have a complete night's rest. Mosquitoes are another ubiquitous neighbor, especially during the evening hours, but are kept at bay by the slow burning of an insect repellant coil and the liberal use of DEET. One of my first patients was a teenage girl, Micaela, who spoke so rapidly it was difficult to follow. "Tengo bronchitis," *(I have bronchitis)* was easy to understand, but how long she had had it was a different story. "Todo el tiempo," *(all the time)* was her answer. The wheezes in both lung fields were sufficient to diagnose asthma, but an even more pressing problem was the tension that was occurring at home between her and her mother. They were constantly battling over school, her clothes, and her friends, and the conflict was taking its toll on Micaela. She had made suicidal gestures and now was seeking help for a situation that was deteriorating. The clinic's asthma medicine would improve her breathing problems, but she needed a person to talk with to help her handle the adolescent angst that was causing her so much pain. Sister Consuelo knew of a counselor in Palenque who would help, and she talked at length with Micaela, reassuring her that she would be there for her. There was no easy solution to all her problems, and with limited resources, the path would be difficult.

### Saturday/Sunday

This was the day of goodbyes. Our interpreter/physical therapist chose to remain an extra half day to help the Sisters restore the convent to its pre-mission state. Her generous nature and fluency in Spanish made her a vital member of the team. At 8 a.m., the bus left Palenque for the two-and-a-half-hour ride to Villahermosa, where the team would catch a flight home. While waiting at the airport, the team made suggestions for what might have been done better, what other medicines were needed, and what other resources could be tapped to help those who have so little. One immediate need that could be met was the lack of an automatic washer in the Sisters' convent. All clothing was washed by hand and hung out to dry on the third-floor roof. Our assistant came up with the idea and got the team to chip in for the "luxury." It wasn't anything extravagant, but would certainly give the Sisters a bit more time to minister to the physical and spiritual needs of their poor neighbors. Sometimes it is the simple, mundane things that can mean so much. ■

WOODARD 00160

Copyright of American Family Physician is the property of American Academy of Family Physicians and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

WOODARD
00161

Oxford Journals

- Contact Us
- My Basket
- My Account

# International Journal of Epidemiology

- About This Journal
- Contact This Journal
- Subscriptions
- Current Issue
- Archive
- Search

- Oxford Journals
- Medicine
- International Journal of Epidemiology
- Volume 29, Number 4
- Pp. 715-721

*International Journal of Epidemiology* 2000;**29**:715-721
© International Epidemiological Association 2000

## Cross-national comparison of injury mortality: Los Angeles County, California and Mexico City, Mexico

Martha Hijar[a], Lawrence D Chu[b] and Jess F Kraus[b]

[a] Instituto Nacional de Salud Publica, Cuernavaca, Mexico.
[b] Southern California Injury Prevention Research Center, University of California, Los Angeles, CA, USA.

Reprint requests to: Jess F Kraus, Southern California Injury Prevention Research Center, UCLA School of Public Health, 10833 Le Conte Avenue, Los Angeles, CA 90095-1772, USA. E-mail: jkraus@ucla.edu

*This Article*
- **Abstract** FREE
- **FREE Full Text (PDF)** FREE
- **Alert me when this article is cited**
- **Alert me if a correction is posted**

*Services*
- **Email this article to a friend**
- **Similar articles in this journal**
- **Similar articles in ISI Web of Science**
- **Similar articles in PubMed**
- **Alert me to new issues of the journal**
- **Download to citation manager**
- **Cited by other online articles**
- **Search for citing articles in: ISI Web of Science (8)**
- **Request Permissions**

*Google Scholar*
- **Articles by Hijar, M.**
- **Articles by Kraus, J. F**
- **Articles citing this Article**

*PubMed*
- **PubMed Citation**
- **Articles by Hijar, M.**
- **Articles by Kraus, J. F**

## Abstract

**Background** Cross-national comparisons of injury mortality can suggest possible causal explanations for injuries across different countries and cultures. This study identifies differences in injury mortality between Los Angeles (LA) County, California and Mexico City DF, Mexico.

Top
- Abstract
  Introduction
  Methods
  Results
  Discussion
  References

**Methods** Using LA County and Mexico City death certificate data for 1994 and 1995, injury deaths were classified according to the International Classification of Diseases Ninth Revision—Clinical Modification external cause of injury codes. Crude, gender-, and age-adjusted annual fatality rates were calculated and comparisons were made between the two regions.

**Results** Overall and age-adjusted injury death rates were higher for Mexico City than for LA County. Injury death rates were found to be higher for young adults in LA County and for elderly residents of Mexico City. Death rates for motor vehicle crashes, falls, and undetermined causes were higher in Mexico City, and relatively high rates of poisoning, homicide, and suicide were found for LA County. Motor vehicle crash and fall death rates in Mexico City increased beginning at about age 55, while homicide death rates were dramatically higher among young adults in LA County. The largest proportion of motor vehicle crash deaths was to motor vehicle occupants in LA County and to pedestrians in Mexico City.

**Conclusions** These findings illustrate the importance of primary injury prevention in countries having underdeveloped trauma care systems and should aid in setting priorities for future work. The high frequency of pedestrian fatalities in Mexico City may be related to migration of rural populations, differing vehicle characteristics and traffic patterns, and lack of safety knowledge. Mexico City's higher rate of fall-related deaths may be due to concurrent morbidity from chronic conditions, high-risk environments, and delay in seeking medical treatment.

**Keywords** Mortality, injury deaths, external cause, rates

**Accepted** 2 February 2000

## Introduction

Cross-national, international or cross-cultural comparisons of injury mortality data have provided much useful information on causal explanations, the identification of potential risk factors for injury occurrence and the description of hazardous exposures and prevention strategies.[1-3] For example, Langlois *et al.*[4] compared injury mortality data for the elderly in New Zealand and the US and found that age-specific injury death rates from falls for those ≥65 years in New Zealand were significantly higher compared with the US. In addition, while age-adjusted hospitalization rates for fall injures for New Zealanders were only slightly higher than the estimated rate for the US, there were great differences between the two countries in in-hospital case-fatality rates for hip fracture with New Zealand rates 1.8 times the rate for US men

Top
Abstract
- Introduction
  Methods
  Results
  Discussion
  References

WOODARD
00163

and 2.7 times the rate for US women. Explanations for the gross discrepancies observed were varied but were not thought to be due to difference in risk of falls. The explanation was conjectured to be due to differences in length of hospital stay (LOS) between New Zealand (longer LOS) than the US. Hence, New Zealand elderly with hip fractures from falls are more likely to die in acute care settings (hospitals) because of longer LOS whereas in the US similar deaths are more frequent in non-acute care rehabilitation hospitals.

Other differences were noted by Langlois *et al.*[4] in method of suicide and homicide rates and a few other external causes.

The importance of cross-national comparisons of injury mortality findings prompted the US National Centers for Disease Control and Prevention, National Center for Health Statistics, to initiate the International Collaborative Effort (ICE) on Injury Statistics. The goal of ICE is to foster improvements in the quality and international comparability of injury data.[5] Recent findings from 11 participating ICE countries, using similar methods of cause (mechanism) of death coding, showed injury deaths rates to be highest in France and Denmark compared with England, Wales and Israel, which had the lowest rates. In addition, remarkable differences in rates were noted for several specific external causes such as poisonings where the death rate for Denmark was higher than the US rate largely due to the significant differences in suicide poisoning in Denmark.[6]

Prompted by the desirability of identifying differences in injury death rates (and possible causal explanations) we undertook a comparison of injury death rates between Los Angeles (LA) County, California and Mexico City DF, Mexico for 1994–1995.

## Methods

### Study design

This was an analysis of injury mortality using death certificate data. The population base consisted of all residents of LA County or Mexico DF (Mexico City) who died from an injury in 1994 or 1995.

Top
Abstract
Introduction
• Methods
Results
Discussion
References

### Data sources

Death certificate data for residents of LA County were obtained from the California Department of Health Services, Office of the Registrar. The data are found in the California Master Mortality database and provide detailed information on age, race, gender, cause of death, and whether the person was injured at work or not. In 1994 and 1995, there were 9930 injury deaths among LA County residents.

Death certificate data from Mexico City were available from the Instituto Nacional de Estadistica Geografia e Informatica (INEGI) database for 1994 and 1995. These data provide detailed information on deaths by age, gender, cause of death, place of occurrence and whether the person was injured at work or not. In 1994 and 1995, there were 9253 injury deaths among Mexico City residents.

We identified all LA County and Mexico City deaths involving an injury using the International Classification of Diseases Ninth Revision—Clinical Modification (ICD-9-CM) external cause of injury codes (E-codes) E800–E999. We excluded therapeutic misadventures (870–879), and deaths from drugs, medicinal and biological substances causing adverse effects in therapeutic use (930–949). Injury fatalities were classified into 11 mutually exclusive external cause groups: motor vehicle-related (810–825, 929.0), falls (880–888, 929.3), drownings (830, 832, 910), fires/burns/explosions (890–899, 923–925, 929.4), poisonings (850–869, 929.2), homicides/legal intervention (960–978), suicides (950–959), other transportation (800–809, 826–829, 831, 833–848, 929.1), non-homicide firearms (922), undetermined causes (980–989), and all other causes (900–909, 911–921, 926–928, 929.5, 929.8, 929.9, 990–999). Motor vehicle-related injuries were further subset into vehicle occupants, pedestrians, motorcyclists, and pedal cyclists.

Los Angeles County population estimates by age, gender, and race for 1994 and 1995 were obtained from the California Department of Finance (Race/Ethnic Population Estimates with Age and Sex Detail, 1990–1996. Sacramento, CA: January 1998). This data file covers state- and county-wide intercensal population estimates from 1990 to 1996 for residents of California.

Mexico City population estimates by age and gender for 1994 and 1995 were obtained from the Centro de Estudios Sobre Población y Salud de la Secretaría de Salud. This data file covers state- and delegation-wide intercensal population estimates from 1990 to 1996 for residents of Mexico City.

### Analytical methods

Crude annual injury fatality rates as well as gender- and age-adjusted rates per 100 000 population (and 95% CI) were calculated for LA County and Mexico City. The standard used to obtain adjusted rates was the sum of the two populations by age and gender. The Mantel-Haenszel test for no association between injury fatality and population area was used for comparison analysis between the two regions. Race was not evaluated in the analyses because Mexico City has a very homogeneous population and stratified cell sizes for minority ethnic groups would fall below the threshold for meaningful analysis, and hence, rate estimates would not be robust. Specific rates by Hispanic ethnic group for LA County were compared with Mexico City.

Microsoft Excel and SAS statistical software were used for data management.

## Results

Population data, numbers of deaths and crude and age-adjusted injury death rates are summarized in Table 1⊞. Crude rates for 1994–1995 for LA County and Mexico City were significantly different and age adjustment showed a significantly higher rate in Mexico City compared with LA County.

| Top |
| Abstract |
| Introduction |
| Methods |
| • Results |
| Discussion |
| References |

**View this table:**   Table 1 Average population, number of deaths, average annual crude and age-

[in this window] adjusted rates per 100 000, and the rate ratios comparing Mexico City with
[in a new window] Los Angeles County, overall and by gender, 1994–1995

There is an approximate fourfold difference in the injury rate between males and females in both LA County and Mexico City. This ratio does not change using age-adjusted rates (Table 1⊡). Age-specific death rates for LA County and Mexico City are illustrated in Figure 1⊡. For both regions, the death rates increase at ages 5–19 years, and for both regions the death rates level off but then begin to increase among older populations. The most dramatic increases are seen among elderly residents of Mexico City. It is noteworthy that injury death rates are higher for young adults aged 15–24 in LA County, but a reverse pattern is seen for children aged 0–4 in Mexico City.



View larger version (16K):
[in this window]
[in a new window]

**Figure 1** Age-specific injury death rates, Los Angeles County and Mexico City, 1994–1995

Age- and gender-specific injury death rates are found in Figure 2⊡. There is very little difference between LA County and Mexico City in the pattern of female-specific injury rates with the exception of an increase in the rate for individuals over age 65 among females in Mexico City. A somewhat similar pattern is seen for males as well, with a dramatic increase in the rate among young adults. For adults in Mexico City there is a departure in the rate pattern with a significant and sharp increase in injury death rates after about age 55 compared with adults in LA County.



View larger version (23K):
[in this window]
[in a new window]

**Figure 2** Age and gender-specific injury death rates, Los Angeles County and Mexico City, 1994–1995

Among LA County Hispanics the average annual crude injury death rate is 47.9 per 100 000 population. The average annual rate for Mexico City is 55.1 per 100 000 population. These rate differences persisted after adjustment for age. Figure 3 shows age-specific injury death rates for Hispanics in LA County compared with Mexico City residents and all other LA County residents (non-Hispanics). A somewhat similar trend in age-specific rates is seen for Hispanics and non-Hispanics in LA County. The rates for residents of Mexico City follows the overall pattern until about age 55, then the death rates increase dramatically.



View larger version (18K):
[in this window]
[in a new window]

**Figure 3** Age-specific injury death rates by ethnicity, Los Angeles County and Mexico City, 1994–1995

Injury death rates by external cause for LA County and Mexico City are summarized in Figure 4. The rates in the two regions are similar for drownings, fires, other transportation, and non-intentional firearm causes. Death rates from motor vehicle crashes, falls and from undetermined and other causes are significantly elevated in Mexico City compared with LA County. Age-specific rates for the four leading external causes of death for Mexico City and LA County are given in Figure 5. The rates for these two regions for motor vehicle crash deaths are generally similar in pattern until about age 55 where the rate in Mexico City becomes exponentially greater with each older age interval. The same pattern is seen for fall-related deaths. Homicide death rates are significantly higher (relative risk [RR] = 2.88, 95% CI : 2.14–3.15) among young adults aged 15–24 in LA County than for young adults in Mexico City. For older adults in both regions the rates stabilize (Mexico City) or decline (LA) to some of the lowest levels. Suicide rates are significantly elevated (RR = 2.63, 95% CI : 2.38–2.89) in LA County compared with Mexico City after age 20. High rates of suicide are noted in the ≥75 age group for both Mexico City (8.3 per 100 000) and LA County (22.0 per 100 000).

**Figure 4** Age-adjusted injury death rates by cause for Los Angeles County and Mexico City, 1994–1995



**View larger version (26K):**
[in this window]
[in a new window]



**View larger version (23K):**
[in this window]
[in a new window]

**Figure 5** Age-specific injury death rates per 100 000 by leading causes of death, Los Angeles County (solid line) and Mexico City (dashed line), 1994–1995

Among motor vehicle crash injury deaths, the single largest proportion in LA County were occupants of motor vehicles and the second highest rates are observed for pedestrians. In Mexico City, on the other hand, the highest rates are for pedestrians followed by deaths of occupants of motor vehicles (Figure 6 ⊡).



**View larger version (45K):**
[in this window]
[in a new window]

**Figure 6** Age-adjusted motor vehicle crash injury death rates for Los Angeles County and Mexico City, 1994–1995

## Discussion

WOODARD 00168

Both crude and age-adjusted injury death rates were higher in Mexico City than in LA County during 1994–1995. The difference in rates increased following age adjustment, indicating differences in age-specific rate distributions between the two populations. Relative to LA County, Mexico City had lower injury fatality rates in 15–24 year olds and higher injury fatality rates over the age 55. These age groups are at high risk of motor vehicle crash involvement and falls, respectively.

Top
Abstract
Introduction
Methods
Results
• Discussion
References

The high frequency of pedestrian fatalities in Mexico City may relate to the influx of rural migrants into the City who are not accustomed to heavy vehicular traffic and the conventions of pedestrian behaviour with that traffic. Hijar[7] recently reported that 55% of deaths in traffic injuries were to pedestrians while in the US the percentage was only 12.6 in 1997.[8] Likewise, there may be less exposure to Mexico City residents as occupants of motor vehicles in terms of vehicle miles driven. Vehicle characteristics and patterns of vehicular traffic differ between the two regions. In addition, there is a lack of road use safety knowledge in Mexico City. Since specific vehicle use exposure measures (such as miles driven) are not available in either region it is not possible to make strict comparisons of the findings from this study.

The primary prevention of pedestrian-related fatal injuries in Mexico City may best be addressed by expanded efforts in providing more compatible environments for pedestrians. In developing countries it has been reported that pedestrians do not always check for oncoming traffic before crossing streets and drivers fail to slow down or even stop for pedestrians who are in the street.[9-12] Crossing streets outside of crosswalks or at mid-block is quite prevalent in most countries.[13] This factor, coupled with the lack of enforcement of existing laws, leads to hazardous exposure for pedestrians, regardless of age, in Mexico City. Our observation of the high prevalence of unmarked crosswalks, the practice of crossing roads other than at crosswalks, lack of traffic signs or lack of handicapped access to sidewalks may contribute to the high frequency of exposure of pedestrians to motor vehicle crash impacts. The development of road median fences to prevent crossing other than at designated crosswalks, pedestrian-friendly walkways, broader public education on the use of roads by drivers and pedestrians might be a worthwhile initial effort to address this problem in urban Mexico City and adjacent regions.

Fall deaths involve a number of different exposures. Most common in the US are injury deaths due to falls among the elderly resulting in hip fracture.[14] In Mexico City fall-related deaths also occur frequently in the older age groups and may be related to domestic exposures. In addition, the high rate of fall-related injury deaths may be due to concurrent morbidity from chronic conditions, high-risk environments, and delay in seeking medical treatment.[15,16]

The higher frequency of fall injury deaths in Mexico City may be the result of a delay in arrival of emergency medical services or the failure to seek medical attention after a fall as well as the differences in exposure of individuals to the possibility of falls, particularly in the local environment. Specific in-depth studies, possibly of a case-control variety, may be essential in determining the specific exposures and risk factors involved in these falls, and the nature of the environmental, behavioural or lifestyle measures that may be necessary to primary prevention.