Los Angeles County had more intentional injury deaths (homicides and suicides) than Mexico City during 1994–1995. The lower intentional injury deaths in Mexico City may be due to the strong religious presence in Mexico. Approximately 90% of the Mexican population are Roman Catholic, and suicide and homicide are considered mortal sins.[17]

The differences in death rates between Hispanics in LA County and Mexico City reflect not only many environmental differences between the two regions but also socioeconomic influences as well. We were not able to control for these confounding factors in the analysis and they should be considered in future comparisons of regions with disparate living conditions, economies, etc.

External cause of death coding is mandatory for all injury-related deaths in California. All sudden, violent, or unusual deaths are coroner's cases in California and in most cases involve an autopsy to determine the cause and manner of death. While the autopsy rate has declined annually to 11% of all deaths in 1989 in the US,[18] the proportion of autopsies performed for homicides was 97% and 50% of all unintentional injury, poisoning, and suicide deaths were autopsied.[19]

While external cause of death coding is not mandatory in Mexico City, a substantial number are coded each year. For purposes of this research project, all injury deaths were reviewed by one of us (MH) and, where necessary, causes of death were coded to the appropriate external cause categories following training on use of the ICD (CM) Ninth Revision.

Undetermined external causes of injury deaths are four to five times more frequent in proportion in Mexico City compared with LA County. In the latter, less than one per cent of all injury deaths have undetermined intention (i.e. unintentional, homicide or suicide), whereas in Mexico City almost 13% of injury deaths are of undetermined origin. Undetermined cause of death is a coroner designation in both LA County and Mexico City. Inquiry by one of the authors (MH) failed to ascertain the exact basis for this high proportion of undetermined cause of deaths but the reason may relate to the lack of information available to the medical examiner on the specific details on the mechanism of death.[17] While 95% of all injury deaths are included in coroner jurisdictions in Mexico City, in many cases the information necessary to precisely classify cause of death is not available.[*]

The differences in poisoning death rates between LA County and Mexico City may be due to a difference in conventions of coding certain fatal events related to drug abuse. For example, Fingerhut *et al.*[6] point out that within the US the rules for coding deaths from non-dependent overdose of drugs could be confused by assigning ICD 305 code (non-dependent abuse of drugs) instead of ICD E850–858 (accidental poisoning by drugs). Hence, explanations for the differences in rates observed here could be procedural, not exposure related, and this explanation should be further investigated.

Results of this study show the benefit of sharing international experiences and provide good examples to aid in priority setting for strategies for future work. For example, our data illustrate the importance of the primary prevention of injury in countries having underdeveloped trauma care systems. In a recent report[16] on this question, data on injury deaths were compared in Kumasi, Ghana, Monterrey, Mexico, and Seattle, Washington, representing low to high socioeconomic development. In the former region,

there is lack of emergency medical services (EMS), while in Monterrey only basic EMS are available and in Seattle advanced EMS are provided. Injury deaths decline with increased sophistication of EMS. In Kumasi more than half of all severely injured people died in the field while in Seattle the proportion was 21%. Efforts to develop or enhance emergency service provision will no doubt affect the occurrence of some pre-hospital deaths, but the importance of primary prevention must be stressed.

## Acknowledgments

This work was supported by the Southern California Injury Prevention Research Center, a CDC-funded academic research Center of Excellence (Grant #CCR 903622).

## Notes

* Personal observation by MH.

## References

[1] Rockett IRH, Smith GS. Injuries and the Australian mortality mosaic: a comparison with the United Kingdom and New Zealand. *Public Health* 1989;**103**:353–61.[ISI][Medline]

[2] Rockett IRH, Smith GS. Homicide, suicide, motor vehicle crash and fall mortality: United States experience in comparative perspective. *Am J Public Health* 1989;**72**:1396–400.[ISI][Medline]

[3] Li G, Baker SP. A comparison of injury death rates in China and the United States. *Am J Public Health* 1991;**81**:605–09.[Abstract]

[4] Langlois JA, Smith GS, Baker SP, Langley JD. International comparisons of injury mortality in the elderly: issues and differences between New Zealand and the United States. *Int J Epidemiol* 1995;**24**:136–43.[Abstract]

[5] National Center for Health Statistics. *Proceedings of the International Collaborative Effort on Injury Statistics, Vol. 1*. Hyattsville, MD: National Center for Health Statistics, 1994.

[6] Fingerhut LA, Cox CS, Warner M. *International Comparative Analysis of Injury Mortality: Findings from the ICE on Injury Statistics. Advance Data from Vital and Health Statistics, No. 303*. Hyattsville, MD: National Center for Health Statistics, 1998.

[7] Hijar M. Mortalidad por lesiones accidentales e intencionales en el Distrito Federal. *Salud Publica de México* 1990;**32**:395–404.

Top
Abstract
Introduction
Methods
Results
Discussion
• References

[8] National Highway Traffic Safety Administration. *Traffic Safety Facts 1997: A Compilation of Motor Vehicle Crash Data from the Fatality Analysis Reporting System and the General Estimates System.* DOT HS 808 806. Washington DC: US Department of Transportation, 1998.

[9] Jacobs GD, Sayer I. Road accidents in developing countries. *Accid Anal Prev* 1983;**15**:337–53.[ISI]

[10] Kandela P. Road accidents in Jordon (News). *Lancet* 1993;**i**:342–426.

[11] Downing A. Traffic injury column. In: Holder Y (ed.). *Carec Surveillance Report* 1990;**16**:3–4.

[12] Kraus J, Hooten EG, Brown KA, Peek-Asa C, Heye C, McArthur DL. Child pedestrian and bicyclist injuries: results of community surveillance and a case-control study. *Inj Prev* 1996;**2**:212–18.[Abstract]

[13] Malini E, Victor DJ. Measures to improve pedestrian safety; lessons from experience in Madras (Abstract). *J Traffic Med* 1990;**18**:266.

[14] National Center for Injury Prevention and Control. *National Summary of Injury Mortality Data, 1988–1994.* Atlanta, GA: Centers for Disease Control and Prevention, 1996.

[15] Hijar M, Ortega L, Dimas M. Traumatismo y envenenamientos como causa de demanda a servicios de urgencia. *Salud Publica de México* 1989;**31**:447–68.

[16] Mock C, Jurkovich G, nü-Amon-Kotei D, Arreola-Risa C, Maier R. Trauma mortality patterns in three nations at different economic levels: implications for global trauma system development. *J Trauma* 1998;**44**:804–12.[ISI][Medline]

[17] Central Intelligence Agency. *The World Factbook 1998.* Washington DC: Office of Public Affairs, 1998.

[18] National Center for Health Statistics. *Advance Report of Final Mortality Statistics, 1989. Monthly Vital Statistics Report.* Hyattsville, MD: National Center for Health Statistics, 1992.

[19] Autopsy Frequency—United States, 1980–85. *JAMA* 1988;**259**: 2357–62.[Medline]

## This article has been cited by other articles: (Search Google Scholar for Other Citing Articles)



**INJURY PREVENTION** ›HOME

C Mock, C Arreola Rissa, R Trevino Perez, V Almazan Saavedra, J Enrique Zozaya, R Gonzalez Solis, K Simpson, and M Hernandez Torre
**Childhood injury prevention practices by parents in Mexico**
Inj. Prev., December 1, 2002; 8(4): 303 - 305.
[Abstract] [Full Text] [PDF]

*This Article*

- **Abstract** FREE
- **FREE Full Text (PDF)** FREE
- Alert me when this article is cited
- Alert me if a correction is posted

*Services*

- Email this article to a friend
- Similar articles in this journal
- Similar articles in ISI Web of Science
- Similar articles in PubMed
- Alert me to new issues of the journal
- Download to citation manager
- Search for citing articles in: ISI Web of Science (8)
- Request Permissions

*Google Scholar*

- Articles by Hijar, M.
- Articles by Kraus, J. F
- Articles citing this Article

*PubMed*

- PubMed Citation
- Articles by Hijar, M.
- Articles by Kraus, J. F

Online ISSN 1464-3685 - Print ISSN 0300-5771
Copyright © 2005 International Epidemiological Association
**Oxford Journals** *Oxford University Press*

- Site Map
- Privacy Policy
- Frequently Asked Questions

Other Oxford University Press sites:   Oxford University Press   [GO]

WOODARD
00173

Back to Index

# MEXICO: Medical care

Raul Escalante, who performed valuable help as a volunteer in Mexican health services, Says: "Tim Brown is clearly a gentleman, although the clarification was unnecessary, from my perspective at least. My opinion of public health care in Mexico is actually worse than his, although I do believe he is right when he suggests that doctors make do pretty well with very few resources. Over three years, I transported many patients to public hospitals in Mexico City and believe I can speak to what things were like (at least ten years ago). The main problem was not in the overall quality of the doctors (although I was unpleasantly shocked a couple of times), but rather the unpredictability of what you would get. In some cases, our patients were turned back because of lack of resources (once, our crew was actually asked to leave our Oxygen tank behind because the hopsital was out). Other times, the ER was so overcrowded that there simply weren't enough beds to go around.

The degree of concern shown by doctors was also unpredictable: one time a simple fractured-leg is rushed into the "shock cubicle", another time an anaesthesiologist orders our crew to stop CPR because she doubted our judgement (in the US, that doctor would have probably faced criminal charges)... Apparently Julio Frenk, the new Secretary of Health, is being quietly successful in reforming the health care system. Although I firmly believe that the difficulty in suing for malpractice has the unquestionable benefit of making high quality private health care affordable, even without insurance (albeit, for about 10-15% of the population), the diminution in accountability always makes me uneasy when I seek medical assistance. Society benefits at the expense of the individual who bears a greater risk in medical treatment".

Eric Weiss adds his comment: "We should hold health care providers in other countries, particularly so called "developing" ones, in high esteem. In contrast to the U.S., (at least historically), physicians do not have particularly high social status, are not paid well, and struggle with a medical infrastructure that is usually not well supported (funded) by their governments. The description of the hospital in Merida is all too common. Physicians practicing in such an environment tend to be dedicated, compassionate, creative, and smart. Just in short supply".

Ronald Hilton - 4/25/02

Webmaster

WOODARD
00174

« Encyclopedia of the Nations :: Americas :: Mexico

# Mexico

## HEALTH

Ads by Gooooooogle                    Advertise on this site

**American Health Group**
Consumer-Driven Health Care. Health Care Cost Containment.
www.americanhealthgro...

**Mexico Beachfront Homes**
New Beachfront Community In Baja. Request Info On Homes In Mexico.
www.LoretoBay.com

**Mexico**
Beautiful - Mexico Island Resorts and Entertainment.
www.StBarts Online.com

**Mexico Travel**
Hot Travel Deals To Mexico Book Online Travel to Mexico
www.Travel2Mexico.net

*middle*

Mexico has made slow but measurable progress in public health. The Health Sector Reform Program, launched in 1995, has aimed at reorganizing the healthcare system to expand coverage and increase efficiency of services. In 1997, the National Social Security System operated 14,978 outpatient clinics and 372 general hospitals. In 1999 the country had around 152,000 nurses. As of 1999, there were an estimated 1.7 physicians and 1.1 hospital beds per 1,000 people. As of 1999, total health care expenditure was estimated at 5.3% of GDP. In 2000, 86% of the population had access to safe drinking water and 73% had adequate sanitation.

As of 2002, the crude birth rate and overall mortality rate were estimated at, respectively, 22.36 and 4.99 per 1,000 people. About 65% of the married women (ages 15 to 49) were using contraception in 2000. The infant mortality rate, which was 101.7 per 1,000 live births in 1948, was reduced to 29 by 2000. Average life expectancy, meanwhile, rose from 32.4 years in 1930 to 57.6 in 1965; by 2000, average life expectancy was estimated at 73 years for men and women. Maternal mortality was 55 per 100,000 live births in 1998.

Cholera, yellow fever, plague, and smallpox have been virtually eliminated, and typhus has been controlled. There were 6,293 malaria cases reported in 1998. Permanent campaigns are waged against malaria, poliomyelitis, skin diseases, tuberculosis, leprosy, onchocerciasis, and serious childhood diseases. Immunization rates for children up to one year of age were as follows in 1997: tuberculosis, 99%; diphtheria, pertussis, and tetanus, 93%; polio, 94%; and measles, 84%. Major causes of death in 1994 were noted as follows: communicable diseases (63 per 100,000); neoplasms (57 per 100,000); injuries (73 per 100,000); and circulatory diseases (111 per 100,000).

Since 1995, the number of new AIDS cases reported each year has stabilized. As of 1999, the number of people living with HIV/AIDS was estimated at 150,000 and deaths from AIDS that year were estimated at 4,700. HIV prevalence was 1.1 per 100 adults.

**WOODARD
00175**

Copyright © 2005 - Thomson Gale, a part of the Thomson Corporation - Copyright notice

SignOnSanDiego.com                                              PRINT THIS

# A one-stop hospital

## Officials hope new Tijuana complex will draw patients from north of border

**By Sandra Dibble
and Sarah Skidmore**
UNION-TRIBUNE STAFF WRITERS

December 10, 2005

TIJUANA – Mexico's largest private hospital chain has moved to the California border, causing a stir in the medical community as it opens the largest and most comprehensive private care facility that this city of more than 1.5 million residents has known.

The $70 million complex, operated by Mexico City-based Grupo Empresarial Angeles, includes the 118-bed Hospital Angeles and a nine-story tower of 108 medical offices in the city's upscale Rio Zone.

The hospitals' operators are counting on drawing a significant portion of their patients – as much as 25 percent – from Southern California. They are offering care at lower cost, they say, but at standards similar to those north of the border. Hospital administrators say their services will cost about 40 percent less than comparative care at a San Diego hospital.


JIM BAIRD / Union-Tribune
The $70 million Hospital Angeles complex in Tijuana's Rio Zone was open for tours Thursday.

"The goal is to be as competitive as U.S. hospitals in terms of quality," said Olegario Vázquez Aldir, the chief executive of Grupo Angeles.

The company, which operates radio stations across Mexico and the Camino Real hotel chain, has opened 14 hospitals across Mexico since 1986 and is preparing to open five more.

With its own pharmacy, blood bank, X-ray equipment, neonatal intensive care unit, nuclear medicine lab, monitoring equipment, emergency room and a dozen operating rooms, the hospital's infrastructure marks a significant step forward for Tijuana, where patients must often see a doctor in one location, visit a specialist in another, and get blood tests or X-rays in yet another.

"It is a watershed for Tijuana," said Dr. Cesar Amescua, a pain specialist who will be the hospital's medical director. "Patients will be able to have their problems resolved without leaving the facility."

Physicians working at the hospitals are certified in their specialties through their respective associations, Amescua said.

Inside the blue-and-orange building, the walls are decorated with

WOODARD
00177

brightly colored abstract art by Tijuana painters, and white couches grace the entrance. With its wide marble hallways, the hospital feels more like an upscale hotel than a hospital.

Thursday's inauguration drew hundreds to the facility, including Gov. Eugenio Elorduy Walther and Tijuana Mayor Jorge Hank Rhon. Also attending were Cardinal Norberto Rivera of Mexico City, Mexico's highest-ranking Catholic prelate, and Julio Frenk, the country's health minister.

Hospital Angeles will give those Mexicans who have traditionally crossed to the United States for medical care greater reason to stay in Mexico, Frenk said. "Today, Mexico offers options that rival those of any institution in any part of the world," he said.

For decades, scores of small private hospitals and clinics across Baja California have drawn large numbers of patients from the United States. However, doctors acknowledge that the quality of care is uneven and that weak regulation has allowed many facilities to operate outside the law.


JIM BAIRD / Union-Tribune
The comprehensive private care facility's opening this week in Tijuana drew VIPs, some of whom arrived in this Rolls-Royce.

A representative of San Diego-area hospitals welcomed the expansion of medical services.

"Anything Mexico or Tijuana is doing to improve health care for their own population should be viewed in a positive way," said Judith Yates, president and chief operating officer of the Healthcare Association of San Diego and Imperial Counties.

However, Yates said she hopes the hospital also will act as a safety net, treating the uninsured and low income, not just focusing on high-income patients.

Frenk called for closer monitoring of both public and private hospitals.

"The division is not between public and private hospitals, but between good and bad," Frenk said. "What we need is that all facilities, public or private, are of good quality."

Dr. Pedro González Pacheco, who represents private insurance companies in Tijuana, said private medical care has made strides across Mexico in recent years, especially as more Mexicans purchase health insurance policies.

Two smaller private hospitals in Tijuana, Hospital del Prado and Excel, have offered open-heart surgery for years.

Dr. Patricia Aubanel of Hospital del Prado said she hopes the new hospital can help showcase the good medicine that takes place in Tijuana and sometimes has gone unnoticed.

"We really welcome that they come," said Aubanel, a heart surgeon who has worked on both sides of the border and founded a cardiovascular center in 2002 at Hospital del Prado. "It's good for the city. It puts us at another level of competition, which is always good."

WOODARD
00178

Growing numbers of patients from across the United States reportedly have been going to Mexico in search of elective procedures such as gastric bypass operations and plastic surgery offered at a fraction of U.S. prices.

"We basically hope to offer one more alternative for the Mexican-American population living in Southern California," said Dr. Victor Ramírez, medical director for Grupo Angeles. "Our market is always local, but in this case, here in Tijuana, many Mexican-Americans may want to have access to this hospital."

Hospital Angeles is trying to get contracts with several private insurers in the United States and with cross-border health plans. The group said it is also negotiating with the U.S. government's Medicare program in the hope that it can treat U.S. retirees; Medicare doesn't pay for care in foreign countries, except in rare emergencies.

The Grupo Angeles chain was started in 1986 by Olegario Vázquez Raña, who made his fortune in the furniture business. The group purchased its first hospital from the U.S. company Humana in Mexico City.

■Sandra Dibble: (619) 293-1716; **sandra.dibble@uniontrib.com**

**Find this article at:**
http://www.signonsandiego.com/news/mexico/tijuana/20051210-9999-1b10tjhosp.html

☐ Check the box to include the list of links referenced in the article.

WOODARD
00179

washingtonpost.com
# Passport to Health Care At Lower Cost to Patient
California HMOs Send Some Enrollees to Mexico

By Sonya Geis
Washington Post Staff Writer
Sunday, November 6, 2005; A03



TIJUANA, Mexico -- There are world-class hospitals in San Diego, not far from where Luis Gonzales lives. But when he or a member of his family needs a doctor, they drive 50 miles south to a clinic in Tijuana.

The Gonzaleses are members of a Blue Shield of California HMO that provides all of the family's nonemergency care in Mexico. They are among 20,000 California workers and their dependents in health plans that cost 40 to 50 percent less than comparable care in the United States because the doctor's visits are outsourced south of the border.

With health care costs in the United States continuing to rise, many employers in Southern California are turning to insurance plans that send their workers to Mexico for routine care, plans that are growing by nearly 3,000 people a year. And Gonzales, for his part, is happy about it.

"They have everything I need," Gonzales said. "They're clean. You don't see a difference between a doctor over here and over there."

Despite Gonzales's satisfaction with the quality of his family's care, the new trend has some medical professionals in the United States worried that care is being sacrificed to low prices.

"There are quality standards that we are developing and implementing in America that are not going to be implemented there for a long time," said Jack Lewin, chief executive of the California Medical Association. "In terms of specialized care, it's critically important that we look beyond just cost savings."

Five years ago, California became the only state to regulate insurance programs that require border crossing for basic health care. Since then, more than 700 non-agricultural businesses have offered plans requiring treatment in Mexico. Hundreds of farms offer similar coverage for about 120,000 migrant laborers.

In Texas, legislators explored the possibility of allowing health maintenance organizations to operate on both sides of the border. But physicians in South Texas lobbied against the changes, arguing that local doctors could not compete with the lower costs in Mexico.

Lower-priced labor, malpractice insurance and overhead in Mexico mean both basic and sophisticated medical procedures can be performed at a small fraction of the cost. A hysterectomy that averages $2,025 in the United States costs $810 in Mexico, said Mary Eadson, director of legal compliance for the Western Growers Association, an agricultural organization that provides health insurance for California workers in Mexico.

The movement of U.S. health care across the border has sparked a boom in hospital construction in

WOODARD 00180

Tijuana, with clinics and pharmacies opening a short walk from the border.

Francisco Carrillo owns and operates a Mexican HMO plan for California workers called SIMNSA, and he owns the Centro Medico clinic, where large windows face the border bridge many of his patients cross on their way to the waiting room.

On a recent weekday, half the cars in the parking lot bore California license plates. On two of the clinic's six floors, a new surgical center and a dentist's office are under construction. The clinic's other floors were crowded with patients.

"Things are moving very fast," Carrillo said. "We're growing."

David Castillejos Rios has performed laser eye surgery on both sides of the border. At a small hospital in Tijuana, he charges one-third as much as he does in San Diego.

"The medicine is the same, and to me, whether I do it here or there, it's the same," Castillejos Rios said. "Only the price changes."

The difference can translate into the kind of affordable monthly premiums most American businesses have not seen in a decade. At Health Net, the cost of insuring a family of four whose treatment was covered in the states is $631 a month. Using physicians in Mexico, the same family would pay $306 a month, company officials said.

At the Santaluz golf resort in San Diego, where Gonzales supervises golf course maintenance, workers can sign up for a Blue Shield of California plan called Access Baja. Their doctor visits are covered in the United States or Mexico, while their families are covered only in Mexico. Dale Standfast, the resort's controller, said several workers whose dependents were not covered switched plans to cover their families.

Offering Access Baja saves the resort about $1,000 per month in premiums, he said. This year the club used the savings to offer vision coverage to all employees for the first time, Standfast said.

Representatives of Blue Shield of California and Health Net, both of which offer cross-border HMO plans in California, said the quality of care is comparable in both countries. Their doctors are credentialed in Mexico, and the HMO operations are subject to California oversight. The insurance companies audit Mexican clinics themselves, and then report to the California Department of Managed Health Care.

Company officials emphasize the warmth of the Mexican medical culture.

"Mainly, the patients that come here are searching for more attention," said Juan Carlos Helu Vazquez, a gastroenterologist in Tijuana who sees Mexican and American patients. "They want the doctor to talk to them, be warm to them. There are a lot of patients who like the old-time medicine. They like the doctor asking about your family, your work."

Gonzales said he had better care in Mexico than in the San Diego region.

WOODARD
00181

"I went to the doctor over here and he never cured the problem, he never gave me a good medicine, never sent me to a specialist. He never cared about my health," Gonzales said. "When I went over there, the first doctor I saw, he sent me to a specialist. He wasn't just going to say, 'Take this and go home.' "

Administrators at cross-border HMOs expect their plans to grow because the cost of health insurance in the United States is out of reach for an increasing number of working families.

That is what worries Lewin of the California Medical Association.

"It's understandable that lower-income workers are trying to seek health care they can afford," he said. "But these people are largely paying taxes and contributing some of their own financial resources to this country. It's high time we provided good care for these people through enlightened public policy."

© 2005 The Washington Post Company

WOODARD
00182



Living in Mexico

# MEXICO FAQS
# MEDICAL AND SAFETY

How can I get in touch with AA in Mexico?

What is the level of Health Care and Medicine in Mexico?
   **(Cómo es la calidad de tratamiento médico en México?)**

What about prescription drugs?
   **(Me puede decir algo sobre los medicamentos que requieren prescripción médica?)**

Can I buy Health Insurance in Mexico?
   **(Puedo obtener un seguro médico en México?)**

**Discussion Threads**

Tell me about the Mexican National Health Care Plan

Back to the FAQ INDEX

---

## What is the level of Health Care and Medicine in Mexico?

Mexico has had its share of the US press exploiting some of the non traditional treatments available "South of the Border". However despite this image, the facts are that Mexico has an excellent reputation for the quality of its Health Care system.

As in every country there are good and bad Physicians and better and worse Hospitals. In general, the Physicians and Surgeons in Mexico are well trained and have good diagnostic and treatment skills. Most have received training in the US, Canada or Europe.

The Hospitals (both Private and Public) are usually easily accessible

and well equipped. In the major centers such as Mexico City, Monterrey and Guadalajara, the Hospitals often have leading edge equipment and techniques that equal or exceed those available "North of the Border".

Nearly all local towns have medical care available.

## What about prescription drugs?

Mexico has a more liberal and tolerant attitude towards medication than the US or Canada.

Partly due to the fact that many of the traditional remedies are still accepted as legitimate, and because the belief and use of these traditional medicines goes a long way to reducing health care costs (and keeping people healthy), Pharmacies(Farmacia) in Mexico are very different.

Many drugs that are not available in the US are easily available in Mexico. Generally, the cost of medications is less to much less.

Most Pharmacists are experienced and trained diagnosticians, and will help you with basic problems. In addition, they are qualified to give injections.

Ask around in the community you are in and you will learn which is the preferred Farmacia.

Back to the FAQ INDEX



MAGAZINE     FORUMS     INDEXES     SEARCH     **Now Free!** E-CLASSIFIEDS     MY MAIL

© Mexico Connect 1996-2005

WOODARD
00184



Mexico Insights

# Living at Lake Chapala

...Mexico Makes Sense

Current Issue   Complimentary Issue   Archived Issues   Subscribe

**Community**

Complimentary Issue

UserID: 

Password: 

SEARCH THIS SITE

From the Editors
Feature Article
Getting Here
Homes & Lodging
Soul of Mexico
Markets & More
Mexican Kitchen
Out & About
Cost of Living
Health & Safety
Facts & Figures

Meet the Experts
Ask Us!
Writing for Us
Contact Us

Readers Say...

Where Are We?

Home

## Lakeside Medical Care
*By Karen Blue*

One of the first questions asked by most Americans and Canadians considering life in the Lake Chapala area is, "How good are the doctors and hospitals?"

### Medical Facilities



At the Lakeside, we have five 24-hour clinics and the Red Cross, all prepared to handle most medical emergencies. Most clinics have resident physicians as well as visiting specialists from Guadalajara who hold regular office hours:

**Clinica Ajijic**: Accepts U.S. insurance policies.
Phone: 766-0500; located on the Carreterra #33 in Ajijic

**Mascaras Clinic**: Provides ambulance service. Accepts U.S. insurance policies.
Phone: 765-4805; located in Riberas del Pilar between Ajijic and Chapala

**San Andres Clinic**: Accepts U.S. Insurance policies.
Phone: 766-0812; located at Paseo Del Lago in upper La Floresta, Ajijic

**Sanitario Santa Teresita**:
Phone: 763-0008; located at Miguel Arana 253, in Jocotopec

**Clinica Maria Auxiliadora**:
Phone: 013-763-1088; located on Morelos Ote. in Jocotepec

**Red Cross**:
Phone: 765-2308; located on Avenida Gonzalez Gallo in Chapala

The first three clinics own their own ambulances. The Red Cross has three well-equipped mobile units, and is the only facility


The Best Ajijic & Chapala Magazin
**Subscribe Now**

Attend a Living a Lake Chapala



WOODARD
00185

allowed by Mexican law to attend victims of accidents. The Red Cross ambulances have been specially equipped for cardiac response from money raised largely by the local foreign community.

The local clinics are prepared to handle most emergencies and to stabilize more urgent cases until they can be moved to a Guadalajara hospital, one hour away. Hospitals in Guadalajara rival the best north of the border. They are clean and boast up-to-date equipment. However, the hospitals expect patients to be accompanied by a friend, relative or hired attendant/translator to provide personal care and to assist with baths and meals. Generally, there's an extra bed available in the room for this aide.

I've spoken with friends who've had strokes, heart attacks, hip replacements and even appendicitis treated in Mexican facilities. The general consensus is that the care is loving and of exceptional quality. To Mexicans, people aren't just an insurance claim form; they are patients and are treated very well. An older friend of mine returning from her second hip replacement in two years received a kiss on the cheek from the ambulance attendant who recognized her from the previous year.

### Medical Care, Chiropractic and Alternative Care
In addition to the many physicians practicing at the Lakeside, specialists from Guadalajara visit the local clinics weekly on specified days and hours. We are lucky to have several naturopathic, chiropractic and homeopathic doctors as well as acupuncturists, practitioners of alternative medicine, and physical therapists.

Just like any town or city back home, there are as many opinions as people giving them regarding which hospital, doctor or dentist is the best...or the worst. People are regaled with all sorts of stories at cocktail parties: from the successes of open heart surgery to routine hip and knee replacements to ambulances that have a flat tire on the way to the hospital. As is true everywhere, you need to do your own research. Talk to friends and neighbors. Get recommendations, then speak with the doctors and determine who the best caregivers are for your particular needs *before* you need them.

### Pharmacies
Purchasing medications is very different in Mexico than in the United States or Canada. Here, all medications except controlled substances and narcotics can be purchased without a prescription. Patients are expected to pursue follow-up care with their physician and to avoid self-prescribing medications.

Some drugs are much cheaper here, others more expensive. It depends on how long a drug has been in production, if the drug is imported or produced in Mexico, and whether or not it is available in generic form.

**WOODARD**
**00186**

Many of the local pharmacies employ English-speaking staff and have a cross-reference directory of English and Spanish names for the medications. Because Mexican law requires that a medical doctor own all pharmacies, there will often be a doctor in the pharmacy, ready to check your blood pressure, give you a shot, write a prescription when needed, or consult with you about your symptoms.

### Nursing Homes and Live-In Care

I wouldn't hesitate, if it became necessary, to place a loved one in the nursing homes here. They are administered and staffed by compassionate people who maintain a bright and clean environment. And, of course, they're much less expensive than anything you could find north of the border. Residents have the opportunity to spend time outside year round, and are treated as respected members of the family.

Full-time live-in care is available at a very reasonable cost, and without the legal restrictions you might find back home. These helpers can range from registered nurses to loving older Mexican women who have spent their lives caring for family members. A few foreign residents also provide full or part-time live-in services to supplement their incomes.

*Paid subscribers may submit specific questions on drugs or medical care to: questions@mexico-insights.com. Generally, you can expect a 48-hour response.*

Copyright© 2002-2005 by Mexico Insights. All rights reserved.

WOODARD
00187

SignOnSanDiego.com

PRINT THIS

# The Mexico option

### Cross-border health insurance is a hit with employers and workers

**By Sarah Skidmore**
UNION-TRIBUNE STAFF WRITER

October 16, 2005

J. Guadalupe Gonzalez lives and works in California, but when he wants to see his doctor he heads to Mexico.

Gonzalez's primary doctor is in Tijuana. The office is close to where his family lives, the physician speaks his language and a visit costs less than it would in California.

Plus, his company's health insurance pays for it.

Gonzalez's employer, Schuff Steel in National City, is one of a growing number of California employers that offer workers health insurance that provides care in Mexico.

At least 150,000 California workers are enrolled in such plans, according to insurers.

The plans are cheaper for employers and employees than traditional insurance, with premiums that can be half that of a U.S. plan. And the option provides a more convenient, culturally comfortable environment for some of the thousands of Mexican citizens working in San Diego County.

NELVIN CEPEDA / Union-Tribune
Dr. Hector Ochoa gave a well-baby checkup to Melanie Rubio at a clinic in Tijuana that is run by SIMNSA, one of three companies locally to offer health plans that cover U.S. workers for treatment in Mexico. Participation in the plans is growing rapidly.

Cross-border plans have been available for decades, primarily through agricultural associations like the Western Growers Association and United Agribusiness League. But it wasn't until California passed legislation in 1998 and 1999 legalizing and regulating the cross-border HMOs that the plans became more commercially available and popular among employers.

Three companies sell such plans: Blue Shield of California, Health Net of California and SIMNSA, a Mexico-based company. The Blue Cross and Health Net plans are available to U.S. or Mexican citizens who want to get care in Mexico, while SIMNSA sells only to Mexican citizens. Companies from the Hotel del Coronado to National Steel and Shipbuilding Co. offer employees the plans.

"When you are a large employer in a border community, you have a number of challenges other employers don't understand," said Ellen Vinck, vice president of risk management and benefits for San Diego-based BAE Systems Ship Repair Inc., which provides a cross-border health plan to 20 percent of its employees.

WOODARD
00188

Case 1:05-cv-00377-WDM-BNB   Document 150-21   Filed 01/30/07   USDC Colorado   Page 20 of 20

The plans work nearly the same as U.S. health insurance. Members select a provider from a network, get care and make copayments. Members get care in the United States in emergencies or when a service is unavailable in Mexico.

Insurers said the plans are equally popular with people living in Mexico as those living north of the border.

Several companies said some of their Mexican-American employees often declined benefits because of cost or access issues prior to these plans. And some employees went to Mexico for health care even when they had insurance in the United States.

As a result, companies turned to cross-border care options.

"It's a win-win for everyone," Vinck said. "It was a win for us to provide a plan at half the cost, and we offer the plan to our employees and their families at a minimal cost."

For example, Gonzalez pays $18 a month to cover himself, his wife and two children. That is less than he paid at his last job to cover only himself in a California health plan.

Patients said they prefer the plans because of cost, convenience and the ability to work with a doctor who understands their cultural and language needs. Unlike in the U.S., patients can visit many offices almost immediately and physicians are available nights and weekends.

"We would prefer to wait two hours in line (at the border) than 45-60 days for an appointment (here)," said Luis Gonzalez, who works at the Santaluz Club in North County and has health insurance through Access Baja, a Blue Shield plan.

Gonzalez, who lives in Vista with his family, said medical care in the U.S. feels rushed and cold. But he feels like he has a relationship with his physician in Mexico.

"It's like you were talking with a friend. It's more personal," he said. "The quality of the attention is different. I like the way they treat you."

Employers who offer cross-border plans say employees are very happy with the benefits. But many employers are initially uneasy about the quality of medical care in Mexico.

San Diego-based Evans Hotels did not investigate the plans until several other hotels gave their endorsements. Evans has offered the cross-border care as one of its insurance options for several years now.

"There's a stigma, or there's a lack of understanding," said Peter Duncan, vice president of sales for Blue

### Increases in membership

The three companies that offer cross-border health plans in the region have seen enrollment grow for plans that offer coverage in Mexico.

Note: 2005 figures are from most current data available.

SOURCES: The companies; California Department of Managed Health Care

CRAIG BLANCHARD / Union-Tribune



SIMNSA — 14,485 (2005)



BLUE SHIELD OF CALIFORNIA / ACCESS BAJA — 3,118 (2005)



HEALTH NET OF CALIFORNIA — 19,000 (2005)

WOODARD 00189