Shield. "For many employers it's completely outside their norm to think about providing health care coverage in Mexico. Some, not all, have no understanding of the health care structure."

The insurance companies that offer these cross-border HMOs either contract with providers or own the facilities that provide care. Potential clients can go on tours of the facilities to ease any quality concerns.

California law does not hold Mexican health care providers to the same standards as California providers. The plans require that physicians be licensed in Mexico and meet any specialty board requirements. The companies regularly audit the services, and patients can make complaints through California regulators.



NELVIN CEPEDA / Union-Tribune
At the SIMNSA clinic in Tijuana, Rauel Dominguez located a patient's file.

The California Department of Managed Health Care said it receives few complaints about the plans.

"What I've noticed since 1992 is the tremendous improvement in the capability and modern aspect of the equipment and facilities in Tijuana," said Tom Fawcett, director of human relations for National Steel and Shipbuilding Co., which provides a cross-border option for its employees. "It's comparable to what you'd find facility-wise here."

Some health plans said that by requiring a high standard of care from their providers, they've raised the standard of acceptable care in Mexico. Additionally, the cross-border plans are providing coverage for many Mexican citizens who did not have coverage.

In Mexico, the federal government provides health coverage of all workers in the country. However, families of Mexican citizens who work in California may not be eligible for federal coverage because they do not work within the country.

"It makes a lot of sense," said David Warner, a professor of public affairs at the University of Texas at Austin who has studied cross-border care across the nation. "Essentially, these seem to be things that are desired by the workers and the unions and other players."

Warner said the prevalence of cross-border services is unique to San Diego.

But the health plans said that based on the popularity here, they are looking at expanding services.

SIMNSA said it would like to offer similar services in Texas or Arizona. Blue Shield of California's Access Baja plan has more than doubled its membership and said it would like to expand services to provide care for members in other parts of the state and services in other parts of Mexico. And Health Net of California said that based on its success, it plans to expand its services, such as selling plans directly to individuals.

"I think we will see down the line a common set of standards that will apply to California and Mexico and make everyone feel more comfortable," said Ana Andrade, vice president of Latino programs Health Net of California. "We tend to see the border as a barrier. The border in this case is a bridge to care."

WOODARD
00190

■ Sarah Skidmore: (619) 293-1020; sarah.skidmore@uniontrib.com

**Find this article at:**
http://www.signonsandiego.com/news/business/20051016-9999-mz1b16mexico.html

☐ Check the box to include the list of links referenced in the article.

**WOODARD
00191**

# Health Care and Social Security

Mexico Table of Contents

In the early 1990s, Mexico showed clear signs of having entered a transitional stage in the health of its population. When compared with 1940 or even 1970, Mexico in the 1990s exhibited mortality patterns that more closely approximated those found in developed societies (see table 5, Appendix). Health officials have also reported substantial reductions in morbidity rates for several diseases typically prevalent in poorer countries.

At the same time, however, government officials recognize that this transition is, at best, incomplete. Diseases associated with unsanitary living conditions, minimal access to health care, or inadequate diet continue to affect those in the lowest economic strata. Reductions in government health care expenditures during the economic crisis of the 1980s slowed progress in several areas. In addition, persistent underreporting of diseases in rural areas masks the true dimension of the health care challenge.



Mexico's social security program provides health care to formal-sector workers and their families, some 50 percent of the national population in 1995. This figure represented a drop from the 56 percent coverage rate in 1992. The Mexican Institute of Social Security (Instituto Mexicano de Seguro Social--IMSS) covers approximately 80 percent of these beneficiaries (all employed in the private sector). The Institute of Security and Social Services for State Workers (Instituto de Seguridad y Servicios Sociales para los Trabajadores del Estado--ISSSTE) covers government workers and accounts for 17 percent of the beneficiaries. The Secretariat of National Defense (Secretaría de Defensa Nacional), the Secretariat of the Navy (Secretaría de Marina), and Mexican Petroleum (Petróleos Mexicanos--Pemex) have their own health programs, which cover military and naval personnel, and petroleum workers, respectively (see Personnel, ch. 5). A tripartite funding arrangement finances IMSS operations, with contributions from the employee, employer, and government. ISSSTE programs, as well as those offered by the military and Pemex, are financed through employee and government contributions.

Those outside the social security network--the so-called "open population"--receive health care from a wide array of government agencies. Approximately one-third of the population is served by IMSS-Solidarity (IMSS-Solidaridad), the successor of IMSS-Coplamar (see Structure of Society, this ch.) IMSS-Solidarity is funded by general government revenues, although IMSS provides administrative direction. As part of President de la Madrid's decentralization effort and corresponding federal budget reduction, the population served by IMSS-Coplamar in fourteen states was reassigned to state health agencies under the overall direction of the Secretariat of Health (Secretaría de Salud--SS). The SS also serves as coordinator of the National Health System, which includes the health programs offered by the social security agencies. In keeping with its commitment to a new federal partnership, the Zedillo administration announced that it would transfer facilities and operations of IMSS-Solidaridad and the SS to the states in 1996.

Social security beneficiaries had greater access to health care than did their counterparts among the open population. In 1995 the rates of doctors and hospital beds per 100,000 persons stood at 121 and ninety, respectively, for social security beneficiaries but only 105 and eighty, respectively, for the open population. Social security beneficiaries were also nearly twice as likely as the open population to have consulted a doctor during 1995 and

twice as likely to have had surgery that year.

Notable regional disparities in health care are also evident. In 1983 the government surveyed health care access nationwide as measured by thirteen basic indicators, including medical facilities, prenatal consultation, medical attention to various illnesses, and vaccination programs. The Federal District and three northern and northwestern states-- Coahuila, Colima, and Nuevo León--recorded levels exceeding eighty out of a possible 100 points. In contrast, Oaxaca, Chiapas, and Puebla in southern and central Mexico averaged between forty and fifty points. Guerrero in the southwest posted a score of only thirty-nine.

## Mortality Patterns

In 1940 infectious, parasitic, and respiratory illnesses accounted for nearly 70 percent of all deaths in Mexico. Three decades later, these illnesses still produced more than half of all deaths. By 1990, however, their share of the overall mortality level had dropped to around 20 percent. Cardiovascular illnesses, cancer, accidents, diabetes mellitus, and perinatal complications emerged as the top causes of death in 1990, a sharp change from the previous pattern. Yet despite the progress, health officials recognize the continuing serious threat posed by infectious, parasitic, and respiratory illnesses. Two such illnesses-- pneumonia and influenza--and intestinal infections remained within the top ten causes of death in 1990. Among the twenty leading causes of death were such maladies as nutritional deficiencies, chronic bronchitis, measles, tuberculosis, anemia, and severe respiratory infections.

Government census data record a continuous and significant decline in infant mortality from 1930 to 1980 (see table 6, Appendix). The infant mortality rate stood at 145.6 deaths per 1,000 registered live births in 1930. It dropped to 96.2 by 1950, to 68.5 in 1970, and to 40.0 in 1990.

Wide regional variations in infant mortality levels persisted into the 1990s. The 1990 census indicated, for example, that infant mortality rates clustered around the mid-twenties in Baja California Norte, Baja California Sur, the Federal District, and Tamaulipas, and the mid-fifties in Oaxaca, Guerrero, Puebla, and Chiapas (see fig. 8). Even more dramatic variations could be found across municipalities. In general, the lowest levels appeared in highly urban municipalities, especially state capitals and metropolitan areas. In contrast, the highest rates typically were associated with remote, rural, and largely Indian communities.

Nationally, 52 percent of all recorded infant deaths in 1990 occurred during the postneonatal stage, when infants are most susceptible to infections and poor diet. Although perinatal complications accounted for 35 percent of all infant deaths in 1990, intestinal infections and influenza and pneumonia also remained important causes, representing 15 and 13 percent of infant deaths, respectively.

The government reported significant reductions between 1980 and 1990 in early childhood mortality. Early childhood mortality declined from 3.4 per 1,000 preschoolers in 1980 to 2.4 in 1990. Intestinal infections headed the list of causes of death, followed by measles, pneumonia and influenza, and nutritional deficiencies. Preliminary figures for 1991 suggested a sharp decline in early childhood mortality to 1.6 per 1,000 preschoolers. The 1991 figures pointed to notable statewide variations, with rates below one in Coahuila,

Durango, Sinaloa, Sonora, Tamaulipas, and the Federal District, and above three in Chiapas, Oaxaca, and Puebla.

Maternal mortality also declined over the same period, with rates falling from 9.4 deaths per 10,000 registered live births in 1980 to 5.4 in 1990, and to 5.1 in preliminary 1991 data. Baja California Sur reported no maternal deaths in 1991, with several, mostly northern states--Chihuahua, Coahuila, Durango, Jalisco, Nayarit, Nuevo León, Sinaloa, Tabasco, and Tamaulipas--indicating rates below three deaths per 10,000 registered live births. In sharp contrast stood Oaxaca, with a rate exceeding fourteen deaths per 10,000 registered live births.

## Morbidity Patterns

Although infectious diarrhea and severe respiratory infections have declined significantly as causes of mortality, they remain major illnesses in the early 1990s. Reported cases of infectious diarrhea escalated dramatically from 1,661 per 100,000 residents in 1980 to 2,906 in 1990, and to 4,685 in 1991. During the same period, severe respiratory infections climbed from 3,334 cases per 100,000 residents in 1980 to 10,800 in 1990, and to 13,732 in 1991.

Mexican health officials reported substantial progress in relation to several illnesses controllable by vaccination. Pertussis declined from 122.6 cases per 100,000 residents in 1930 to 4.4 cases in 1980, to 1.3 cases in 1990, and to only 0.2 cases in 1991. Chiapas's rate in 1991 stood at ten times the national average, however. The total number of cases of poliomyelitis declined from 682 in 1980 to seven in 1990 and to zero in 1991. The government recorded only a single case of diphtheria in 1991. Measles epidemics continued to occur, with rates surging from 24.2 cases per 100,000 residents in 1990 to 80.2 in 1990 before falling sharply to 5.9 in 1991. Even here, however, improvement over past decades could be noted because epidemics occurred only every four or five years as compared with the previous pattern of occurring every other year. Somewhat less progress was apparent in the campaign against tuberculosis, with rates declining from 16.1 cases per 100,000 residents in 1980 to 14.3 in 1990.

Vector-transmitted illnesses remain major public health challenges, especially in southern Mexico. Malaria increased dramatically from 36.9 cases per 100,000 residents in 1980 to 171.5 cases in 1985, before dropping to 31.1 in 1991. Chiapas, Oaxaca, Guerrero, Michoacán, and Sinaloa are priority areas for government antimalarial campaigns. After not a single case of onchocerciasis was reported in 1980 and 1985, the disease reemerged in the late 1980s. Health officials identified 2,905 cases in 1987 and 1,238 cases in 1991, most of them in Oaxaca and Chiapas. In contrast, significant progress occurred in the reduction of dengue, with cases per 100,000 residents declining from 73.8 in 1980 to 6.9 in 1991. The disease is found along the Gulf of Mexico and Pacific coastal regions, the mouth of the Río Balsas, and central Chiapas.

Although most sexually transmitted diseases declined throughout the 1980s, acquired immune deficiency syndrome (AIDS) proved a glaring and deadly exception. Mexico reported its first cases of AIDS in 1983. Both the total number of cases and the ratio increased annually through 1993. In 1993 the government reported 5,095 new cases, or 5.4 cases per 100,000 residents.

**WOODARD**
**00194**

## Social Security

Mexico's social security agencies are financed through contributions from members, employers, and the government. In the mid-1990s, contributions averaged around 25 percent of members' salaries. Although informal-sector workers may subscribe to the IMSS, they are effectively prevented from doing so because they must pay not only their own share but that of their employers as well. Members are eligible for a wide array of benefits including pension, disability, and maternity coverage. A variety of other services are also available to all Mexicans, including theaters, vacation centers, funeral parlors, and day-care centers. Approximately 1.5 million Mexicans received monthly pensions in the mid-1990s, a higher figure than in previous decades, reflecting gains in average life expectancy.

An actuarial crisis is expected to threaten the fiscal solvency of the social security system by the early twenty-first century. Analyst Carmelo Mesa-Lago has noted numerous problems confronting the system, including rising administrative expenditures, redundant physical plants, the high costs of complex medical technology for IMSS's approximately 1,700 hospitals, and continual transfers of pension funds to cover deficits in disability and maternity programs. In early 1996, IMSS projected its first annual budget deficit. In December 1995, the legislature approved a plan to enhance the viability of social security by expanding its contributory base from the informal sector. In addition, Mexicans can establish privately operated individual retirement accounts. That element of the plan, to take effect in January 1997, was also designed to increase domestic savings to finance future economic growth.

Despite impressive gains in the health care system during the second half of the twentieth century, Mexico's health care and education systems and, indeed, its entire society remain in a profound state of transition. The population of states in northern Mexico and many urban areas exhibits social indicators on a par with those of developed countries, whereas statistics for southern Mexico and most rural areas are comparable to those of the developing world. One of the key challenges for Mexico in the twenty-first century, therefore, will be to meet the needs of a rapidly expanding and urbanizing population while continuing to improve living conditions for the many disadvantaged segments of its society.

Mexico Table of Contents

Source: *U.S. Library of Congress*

WOODARD
00195

1079-6061/00/4801-0119
The Journal of Trauma: Injury, Infection, and Critical Care
Copyright © 2000 by Lippincott Williams & Wilkins, Inc.

Vol. 48, No. 1
Printed in the U.S.A.

# Low-Cost Improvements in Prehospital Trauma Care in a Latin American City

*Carlos Arreola-Risa, MD, Charles N. Mock, MD, PhD, Louis Lojero-Wheatly, MD, Oscar de la Cruz, EMT, Carlos Garcia, BS, Fernando Canavati-Ayub, MD, and Gregory J. Jurkovich, MD*

*Objective:* Prehospital care is a critical component of efforts to lower trauma mortality. In less-developed countries, scarce resources dictate that any improvements in prehospital care must be low in cost. In one Latin American city, recent efforts to improve prehospital care have included an increase in the number of sites of ambulance dispatch from two to four and introduction of the Prehospital Trauma Life Support (PHTLS) course.

*Methods:* The effect of increased dispatch sites was evaluated by comparing response times before and after completion of the change. The effect of PHTLS was evaluated by comparing prehospital treatment for the 3 months before initiation of the course (n = 361 trauma patients) and the 6 months after (n = 505).

*Results:* Response time decreased from a mean of 15.5 ± 5.1 minutes, when there were two sites of dispatch, to 9.5 ± 2.7 minutes, when there were four sites. Prehospital trauma care improved after initiation of the PHTLS course. For all trauma patients, use of cervical immobilization increased from 39 to 67%. For patients in respiratory distress, there were increases in the use of oropharyngeal airways (16–39%), in the use of suction (10–38%), and in the administration of oxygen (64–87%). For hypotensive patients, there was an increase in use of large-bore intravenous lines from 26 to 58%. The improved prehospital treatment did not increase the mean scene time (5.7 ± 4.4 minutes before vs. 5.9 ± 6.8 minutes after). The percent of patients transported who died in route decreased from 8.2% before the course to 4.7% after. These improvements required a minimal increase (16%) in the ambulance service budget.

*Conclusion:* Increase in sites of dispatch and increased training in the form of the PHTLS course improved the process of prehospital care in this Latin American city and resulted in a decrease in prehospital deaths. These improvements were low cost and should be considered for use in other less developed countries.

*Key words:* Trauma, Injury, Less-developed country, Prehospital, Developing country, Developing world.

Trauma is a major cause of death and disability in almost every country in the world. Its importance in developed countries is well known. Its importance in less-developed countries is often not fully appreciated. Trauma is, nonetheless, a major health problem in most such countries. This finding is especially the case in middle-income countries such as those in Latin America and Eastern Asia. In these countries, successful public health campaigns have diminished the toll from infectious diseases. Offsetting some of these gains have been increases in trauma, especially injury caused by motor vehicles. In Mexico, the mortality rate from motor vehicle–related trauma has increased steadily over the past 20 to 30 years, to the point where it is one of the leading causes of death in children and young adults.[1,2]

Trauma mortality in developed countries has been decreased in recent decades by increased injury prevention efforts and by improved trauma treatment systems.[3] Similar organized efforts to improve trauma care have been infrequent in less-developed countries. In locations such as Mexico, there is a preponderance of prehospital deaths, especially when viewed in comparison to the pattern in developed countries. In a recent study, 73% of all trauma deaths were in the prehospital setting in Monterrey, Mexico, in comparison to 59% in Seattle, Washington.[4,5] This finding points to the prehospital setting as an important area for improvements in the trauma systems in less-developed countries.

Any improvements in prehospital care must be cost-effective in light of the extremely tight financial restraints of less developed countries. Mexico has an annual per capita gross national product of $3,000 compared with $25,000 in the United States. Similarly, spending on health in Mexico is approximately $90 per capita per year in comparison to over $3,000 in the United States.[6,7]

Recent efforts to improve prehospital care in Monterrey have included an increase in the number of sites of ambulance dispatch from two to four and introduction of the Prehospital Trauma Life Support (PHTLS) course of the National Association of Emergency Medical Technicians.[8] The purpose of the current study was to ascertain whether these changes had resulted in any improvement in the process or outcome of prehospital trauma care and whether these interventions should be recommended for implementation in other cities of similar economic status.

## MATERIALS AND METHODS

### Study Site

The setting for the study was Monterrey. This is a city of 1,000,000 people with a metropolitan area of 3,000,000 people, located in the northern Mexican state of Nuevo Leon.

Submitted for publication April 15, 1999.

Accepted for publication July 23, 1999.

From the Emergency Department (C.A.-R.), Hospital San Jose-TEC de Monterrey, Monterrey, N.L., Mexico, the Department of Surgery (F.C.-A.), Santa Engracia Medical Center, San Pedro Garza Garcia, N.L., Mexico, Department of Surgery (C.N.M., C.J.J.), University of Washington, Seattle, Washington, Cruz Verde Monterrey (L.L.-W., O.d.l.C.), Monterrey, N.L., Mexico, and Instituto Tecnologico y de Estudios Superiores de Monterrey (C.G.-E.), Monterrey, N.L., Mexico.

This study was supported by a grant from the Laerdal Foundation.

Poster Presentation at the 58th Annual Meeting of the American Association for the Surgery of Trauma, September 24–26, 1998, Baltimore, Maryland.

Address for reprints: Charles Mock, MD, PhD, Department of Surgery, Box 359796, Harborview Medical Center, 325 Ninth Avenue, Seattle, WA 98104; email: cmock@u.washington.edu.

WOODARD
00196

The Journal of Trauma: Injury, Infection, and Critical Care

January 2000

The city is served by several private ambulance services, but one main ambulance service, the Green Cross (Cruz Verde Monterrey), responds to most major accidents and injuries. Early in the study period, training for prehospital personnel was limited, with approximately half of such personnel being unpaid volunteers with little formal training. The other half had training equivalent to an emergency medical technician, basic degree. The ambulances were staffed with three medics per ambulance, generally one with experience or formal training and two volunteers.

Early on in the study period (before 1992), there were only two sites of ambulance dispatch in the city of Monterrey. In this study, the term "site of dispatch" suggests locations at which ambulances are stationed and from which they leave to respond to emergencies. For purposes of this study, the term will not be used to suggest locations at which phone calls are processed. In Monterrey, the number of sites of dispatch was gradually increased from two (before 1992) to three (1993) and finally to four (1997). Sites of dispatch had temporarily increased to seven during 1996, but this level was not sustainable because of financial restrictions. However, by 1997, there were four fully established, continuously operating sites of ambulance dispatch within the city. The central office has three units on duty and each of the satellite sites has one unit, for a total of six units on duty at any given time.

The Spanish language PHTLS course was first instituted in Monterrey in December of 1994. Before this time, only 2 of the 30 full-time Green Cross medics had taken the PHTLS course in other cities. The course itself had never been held in Monterrey previously. The 1994 course was provided for 20 of the 30 full-time Green Cross medics. Since that time, the course has been held semiannually with training provided for almost all of the full-time paid medics.

Hospital based trauma care in Monterrey is primarily provided by Regional Trauma Center 21, administered by the Mexican Institute of Social Security. Serious trauma is also taken to Regional Trauma Center 33 and to the University of Nuevo Leon Hospital. Less serious injuries are taken to the Metropolitan Hospital and to a clinic operated by the Green Cross itself. Finally, patients with private insurance are usually taken to one of the six private hospitals in the metropolitan area, regardless of their severity. There is no organized trauma system and no organized prehospital triage system is used.

## Data Collection

The effect of the increased number of sites of ambulance dispatch was evaluated by comparing response times before and after completion of the change. Data were obtained from the Green Cross ambulance records. A set of 150 records was randomly selected for the period of 1991 to 1992, during which there were only two sites of ambulance dispatch. A second set of 150 records was randomly selected for the year 1997, when there were four sites of ambulance dispatch. Throughout all these charts, response times were defined as time from notification of the Green Cross office that an injury had occurred until the time of arrival of the ambulance to the site of the injury event.

Before initiation of the PHTLS course, a supplemental data sheet was introduced for use by the Green Cross medics. This expanded the information collected during the ambulance run beyond what had previously been collected routinely. It included the type of accident, prehospital treatment, vital signs, Prehospital Index,[9] and results of treatment, including survival. This form was filled out only on trauma patients. These supplemental data forms were filled out for the period of October through December of 1994, which constituted the pre-PHTLS period. They were also filled out from January through June of 1995, which constituted the post-PHTLS period. Many of the items in the data sheet subsequently became standard parts of prehospital record keeping for the Green Cross after completion of this portion of the study.

The costs to maintain the increased number of sites of dispatch and to conduct the PHTLS courses semiannually were estimated in pesos and then converted to US dollars based on the 1997 exchange rate ($1 = 8 pesos). The total cost of the improvements were then compared with the overall annual budget of the emergency medical services (EMS) component of the Monterrey Green Cross. Statistical analysis was by the unpaired Student $t$ test for continuous data and by $\chi^2$ test or Fisher's exact test for categorical data.[10]

## RESULTS

### Response Times

Mean response time during the period of 1991 to 1992, when there were two sites of ambulance dispatch, was $15.5 \pm 5.1$ minutes. After establishment of four continuously operating sites of ambulance dispatch in 1997, the mean response time had decreased to $9.5 \pm 2.7$ minutes ($p < 0.001$).

### Effects of PHTLS: Study Population

The study population for evaluating the effects of the PHTLS course consisted of 361 trauma patients before initiation of the PHTLS course (October through December 1994), and 505 trauma patients after the initiation of the PHTLS course (January through 1995). Demographic characteristics were similar in the before and after groups. In the before group, the mean age was $32.3 \pm 20.4$ years, and in the after group, it was $32.5 \pm 20.9$ years (not significant [NS]). The proportion of patients who were male was similar in both the before (62%) and after (59%, NS) groups. The proportion of patients who had blunt mechanisms of injury were similar in both the before (77%) and the after (75%) groups.

The Prehospital Index was similar for the two groups. In the before group, the mean Prehospital Index was $2.4 \pm 4.1$ and in the after group, it was $2.7 \pm 4.4$ (NS).

### Effects of PHTLS on Spinal Immobilization

The use of spinal immobilization in all trauma patients increased after the PHTLS course. The use of cervical immobilization increased from 39% of all trauma patients in the before group to 67% of all trauma patients in the after group ($p < 0.001$). Use of thoracic immobilization increased from 39% in the before group to 63% in the after group ($p < 0.001$).

WOODARD
00197

*Improvements in Prehospital Trauma Care in Latin America*

**TABLE 1.** Use of procedures for resuscitation of airway and breathing, all patients

| Procedure | Before PHTLS (n = 361) | After PHTLS (n = 505) | p Value |
|---|---|---|---|
| Oropharyngeal airway | 11 (3%) | 68 (13%) | <0.001 |
| Suction | 10 (3%) | 64 (13%) | <0.001 |
| Oxygen | 88 (24%) | 282 (56%) | <0.001 |
| Endotracheal intubation | 0 | 5 (1%) | =0.08 |

**TABLE 4.** Use of i.v. fluid resuscitation for adults (age ≥15 yr) with hypotension (systolic blood pressure ≤ 85)

| Procedure | Before PHTLS (n = 34) | After PHTLS (n = 45) | p Value |
|---|---|---|---|
| Any use of i.v. fluids | 28 (82%) | 42 (93%) | =0.13 |
| Use of two i.v.s | 8 (24%) | 11 (24%) | =0.9 |
| Use of large-bore[a] i.v.s | 9 (26%) | 26 (58%) | =0.006 |

[a] Large-bore i.v. indicates 16 or 14 gauge.

## Effects of PHTLS on Airway and Breathing Management

Considering all patients, the use of oropharyngeal airways and the use of suction both quadrupled after initiation of the PHTLS course (Table 1). The number of cases for which oxygen was administered doubled.

Patients were categorized by the medics as to whether their respirations were normal, labored, or depressed. The categories labored and depressed were considered as respiratory distress. The proportion of patients with respiratory distress was similar in the before (17%) and after (18%) groups.

Among the patients in respiratory distress, use of oropharyngeal airways more than doubled and use of suction nearly quadrupled after the PHTLS course (Table 2). Use of oxygen increased by the lowest proportion, as its use was fairly widespread (64%) before the PHTLS course. Intubation was rarely performed. No patient had been intubated in the before group. This increased slightly, with five (6%) of those in respiratory distress being intubated in the after group (p = 0.08).

## Effects of PHTLS on Intravenous Fluid Resuscitation

Considering all patients, the use of any intravenous (i.v.) fluids doubled (Table 3) after the PHTLS course. Placement of two i.v. lines was fairly uncommon, but likewise doubled after the PHTLS course. The use of large-bore i.v. lines (16 or 14 gauge) more than tripled.

The proportion of adults (age ≥ 15 years) with hypotension (systolic BP ≤ 85) were similar in both the before (11%) and after (10%) groups. Use of i.v. fluids in this group is indicated in Table 4. Use of any i.v. fluid was already fairly

high in the before group, with the majority (82%) of hypotensive patients receiving such i.v. fluids. There was a trend toward an increase in use of i.v. lines in the after group (Table 4). Placement of two i.v. lines remained at 24% in both the before and after groups. However, use of large-bore i.v. lines more than doubled after the PHTLS course (Table 4).

## Effects of PHTLS on Scene Time

The increased prehospital treatments did not lengthen the scene time. Mean scene time was 5.7 ± 4.4 minutes in the before group and 5.9 ± 6.8 minutes in the after group (NS).

## Effects of PHTLS on Mortality

Patients who were obviously dead at the scene by the time of ambulance arrival and for whom no treatment was undertaken were not considered in this study. The group of study patients included only those with some signs of life at the time of ambulance arrival. The mortality rate in all such patients decreased slightly from 10.3% before to 7.4% after the course (p = 0.13).

Each group contained a small number of patients who died at the scene. These were patients who were in extremis and for whom some form of treatment was started, but who died within minutes after ambulance arrival and before they could be transported. The percent of such scene deaths was the same before (2.2%) and after (2.8%) the course (NS). Considering only patients who were viable enough to be transported, the mortality rate declined from 8.2% before the course to 4.7% afterward (p = 0.04). Such en route deaths included those who died during the transport or who died on arrival to the emergency room while the prehospital personnel were still present to note the death.

## Cost

The 1997 budget for the EMS component of the Green Cross was 3,900,000 pesos or US $488,000 at the 1997 exchange rate. The cost of maintaining additional sites of ambulance dispatch, above and beyond the central office, is estimated to be $3,125 per month per site. This includes the costs of additional ambulances, supplies, and personnel. Hence, the two additional sites of dispatch cost $75,000 per year to maintain.

The fee for the PHTLS course in Monterrey is $130 per student. This is inclusive of the additional cost of flying in and accommodating at least one instructor from Mexico City, where the PHTLS course is based. There are two PHTLS courses conducted in Monterrey each year, with approximately 10 students from the Green Cross taking it each time.

**TABLE 2.** Use of procedures for resuscitation of airway and breathing, patients in respiratory distress

| Procedure | Before PHTLS (n = 61) | After PHTLS (n = 90) | p Value |
|---|---|---|---|
| Oropharyngeal airway | 10 (16%) | 35 (39%) | =0.003 |
| Suction | 6 (10%) | 34 (38%) | <0.001 |
| Oxygen | 39 (64%) | 78 (87%) | =0.001 |
| Endotracheal intubation | 0 | 5 (6%) | =0.08 |

**TABLE 3.** Use of i.v. fluid resuscitation, all patients

| Procedure | Before PHTLS (n = 361) | After PHTLS (n = 505) | p Value |
|---|---|---|---|
| Any use of i.v. fluids | 129 (36%) | 362 (72%) | <0.001 |
| Use of two i.v.s | 14 (4%) | 33 (7%) | <0.001 |
| Use of large-bore[a] i.v.s | 34 (9%) | 148 (29%) | <0.001 |

[a] Large-bore i.v. indicates 16 or 14 gauge.

WOODARD
00198

The Journal of Trauma: Injury, Infection, and Critical Care January 2000

This number includes both new medics and medics who have already taken the course in the past and who are recertifying. The cost for the PHTLS course for the 20 Green Cross students annually is, thus, $2,600. Hence, the total costs of the improvements we have evaluated in this study are estimated to be $77,600 annually, which represents 16% of the overall budget of the ambulance system.

## DISCUSSION

The majority of trauma deaths occur in the prehospital setting in most environments. This finding is especially true in less-developed countries, where the proportion of prehospital deaths tends to be especially high.[5] Hence, injury prevention and prehospital care emerge as two avenues that are especially important to pursue in efforts to lower the trauma mortality rate. Given the tight financial restrictions in less-developed countries, any suggested improvements must be cost-effective to be sustainable.

The goals of the current study were to assess the effectiveness and cost of recent changes in the prehospital EMS in one particular Latin American city, Monterrey, Mexico. The study showed a decrease in the response time, with increases in the number of sites of ambulance dispatch. It also showed an improvement in the process of trauma care and a decrease in the mortality rate among transported patients, with the institution of the PHTLS course. Before drawing conclusions from these data, the limitations of the study must be addressed.

First, it would be best to have data on all trauma deaths. We have data on those deaths that occurred with the prehospital personnel in attendance, whether at the scene, en route, or on arrival to the emergency room. A decrease in the mortality rate of patients during transport was noted. However, we cannot assume that the increased prehospital treatments did not merely shift the mortality to the emergency room or the hospital setting with no change in the overall mortality rate. The large number of hospitals involved and inadequacies of record keeping precluded follow-up of all transported patients.

Second, the medics might have been more highly motivated to accurately record their interventions after the PHTLS course, compared with before the course. Hence, the increased interventions recorded after the course might represent better record keeping rather than better care. Although it is impossible to completely exclude such an ascertainment bias, the data gathering during both phases of the study was closely supervised by both the Green Cross medical director (L.L.-W.) and the Green Cross director of training (O.C.).

Third, the improvements resulting from PHTLS training might wane over time. The course is put on twice per year. Medics who have already taken it recertify every 4 years. The current data do not rule out the possibility that their skills deteriorate over that period of time.

Fourth, we have attempted to estimate the cost of these improvements. We did not have information on the potential cost of increased resource use brought on by the PHTLS course. As shown, the course led to increased use of expendable supplies such as oxygen and i.v. fluids and most likely contributed to increased wear and tear on equipment such as suction machines. The cost of such increased use is difficult to discern and was not measured in this study.

Despite these limitations, the data from this study do provide some indication that the improvements in structure that we have studied most likely do lead to improvements in the process of trauma care and possibly to improved survival as well. Moreover, these changes represented a small proportion of the overall EMS budget.

The use of increased sites of ambulance dispatch is, of course, a standard method to decrease response times. The current study offers nothing new in that regard, except to show that decreased response times are possible, with fairly low expenditures, in the context of a middle income country.

The possible contribution of other ambulance services in Monterrey must also be considered. There are several private ambulance services, all of which are small and generally only for those with private health insurance. The Red Cross also operates an ambulance service, which makes about half the number of runs as does the Green Cross. It is generally called for less-serious emergencies. It has four units on duty, dispatched from three sites. Hence, for those ambulances that are generally called for most emergencies, Monterrey has 10 units available (six Green Cross, four Red Cross). This number gives Monterrey approximately one EMS unit per 100,000 population. This number remains considerably below the 1 unit: 50,000 population ratio suggested by McSwain as needed to maintain a 4- to 6-minute response time.[11]

However, the effective ratio and the response times might be lowered even further by improved coordination. There is currently no organized trauma system in Monterrey nor is there any central planning for coordination of the emergency medical system. People are free to call the Green Cross, the Red Cross, or a private ambulance company. In many circumstances, it might be the Red Cross that is called, although a Green Cross unit is closer; and vice versa. The institution of a more organized trauma system, with the creation of a 911-type universal access number, might make better use of existing facilities and personnel, at a fairly low cost.[12]

In terms of decreasing prehospital times, the topic of helicopters is often raised. In the United States, these are generally used only for areas outside the main cities, where ground transport would be more than 30 minutes.[13] Within the confines of funding and the considerations of cost-effectiveness, helicopters might ultimately be useful in rural areas of Nuevo Leon. However, within the Monterrey metropolitan area, air transport would seem to be much less cost-effective than further improvements in ground transport.[12]

The use of the PHTLS course has been evaluated in one other middle-income country. In Trinidad, Ali et al.[14] showed that, after introduction of the PHTLS course, there were improvements in airway control, cervical spine con-

WOODARD
00199

Vol. 48, No. 1

trol, splinting of fractures, hemorrhage control, and use of oxygen. Moreover, there was also a decrease in mortality from 15.7 to 10.6%, for trauma patients transported to the main trauma hospital in that country, after institution of the PHTLS course.[15] The current study adds support to the finding of Ali et al. and further indicates the relatively low cost of providing this training on an ongoing basis.

The Basic Trauma Life Support (BTLS) course, developed by the American College of Emergency Physicians, is another such standardized course for prehospital care providers. This course has also been taught in Spanish in Monterrey recently. Subject matter is similar to PHTLS. However, the BTLS course is now two different courses, for basic and advanced prehospital providers.[16,17] It is too early to comment on whether PHTLS or BTLS will offer any particular advantages or disadvantages in the Latin American context.

One question that arises is whether courses such as PHTLS or BTLS offer any advantage over training designed and put on locally. This question has not been addressed scientifically. However, these courses are favored by EMS directors (L.L.-W., O.C.) and individual medics in Monterrey as they give a credential not otherwise available locally. These courses also allow the creation of a minimal or "essential" set of skills, derived from the experiences and opinions of large numbers of experts. The concept of essential services and skills has contributed to considerable progress in advancing cost-effective health care interventions in the fields of obstetrics and gynecology, pediatrics, and pharmaceutical supply in many less-developed countries.[18] Furthermore, courses such as PHTLS offer standardized teaching formats to maximize retention of subject matter. However, they cannot substitute for the presence of dedicated teachers and supervisors working on a local basis nor for active medical supervision of day to day EMS activities.[13]

Despite the improved treatments demonstrated in this study, many patients with respiratory distress did not get suctioning or oral airways and some not even oxygen. Some of these patients might have had mild respiratory distress not necessitating such treatments. However, discussions with the Green Cross medics reveal that in many such instances, the necessary equipment and supplies were lacking.

The interventions promoted by both PHTLS and BTLS are generally accepted as the state of the art for prehospital care. This finding is certainly the case for assessment, spinal immobilization, and airway management. However, there is considerable debate about the value of prehospital i.v. fluid resuscitation. Some authors believe that these are of limited benefit in general and especially in the case of penetrating torso injuries.[19,20] Aside from this debate, it is probably advisable that prehospital interventions not increase prehospital time.[13] Hence, it is important to note that the increased interventions in the current study did not lead to increase scene times.

Finally, the cost of the improvements in this study were small, but not insignificant. They represented 16% of the annual Green Cross EMS budget of $488,000. This must obviously be viewed within the context of tight developing-world budgets, where any increase in funding might not be

sustainable. However, to put this increased cost in perspective, the annual budget of the EMS component of the Seattle Fire Department is $9,000,000. Hence, within the context of what an advanced EMS might cost to implement, the improvements in this study seem to represent very cost-effective interventions.

In conclusion, the interventions of increased sites of ambulance dispatch and increased training in the form of the PHTLS course are effective at improving the process of prehospital care in the Latin American context. They also seem to lead to improved outcome and are low cost. They should be considered for use in other middle-income countries.

## Acknowledgments

The authors thank Sra. Thelma Cora Salinas, Presidenta del Patronato Cruz Verde Monterrey, for her guidance and encouragement. The authors also thank the paramedics of the Cruz Verde Monterrey for their cooperation and assistance in this study.

## REFERENCES

1. Hijar-Medina MC. (Mortality as a result of accidental and intentional injuries in the Federal District from 1970 to 1986). *Salud Publica Mex.* 1990;32:395–404.
2. Smith GS, Barss P. Unintentional injuries in developing countries: the epidemiology of a neglected problem. *Epidemiol Rev.* 1991;13:228–266.
3. Baker SP, O'Neill B, Ginsburg M , Li G. *The Injury Fact Book.* 2nd ed. New York: Oxford University Press; 1992.
4. Arreola-Risa C, Mock CN, Padilla D, Cavazos I, Maier RV, Jurkovich GJ. Trauma care systems in urban Latin America: the priorities should be prehospital and emergency room management. *J Trauma.* 1995;39:457–462.
5. Mock CN, Jurkovich GJ, nii-Amon-Kotei D, Arreola-Risa C, Maier RV. Trauma mortality patterns in three nations at different economic levels: implications for global trauma system development. *J Trauma.* 1998;44:804–812.
6. Reddy MA, ed. *Statistical Abstracts of the World.* Detroit; Gale Research; 1996.
7. US Bureau of the Census. *Statistical Abstracts of the United States, 1996.* 116th ed. Washington, DC: US Bureau of the Census; 1996.
8. McSwain N, ed. *Pre-Hospital Trauma Life Support.* 3rd ed. St. Louis: Mosby Year Book, Inc; 1994.
9. Koehler JJ, Baer LJ, Malafa SA, Meindertsma MS, Navitskas NR, Huizenga JE. Prehospital Index: a scoring system for field triage of trauma victims. *Ann Emerg Med.* 1986;15:178–182.
10. Altman DG. *Practical Statistics for Medical Research.* London: Chapman & Hall; 1991.
11. McSwain NE. Prehospital emergency medical systems and cardiopulmonary resuscitation. In: Moore EE, Mattox KL, Feliciano DV, eds. *Trauma.* 2nd ed. Norwalk, Conn: Appleton & Lange; 1991:99–107.
12. Arreola-Risa C, Speare JOR. Trauma in Mexico. *Trauma Q.* 1999;14:211–220.
13. McSwain NE. Pre-hospital care. In: Feliciano DV, Moore EE, Mattox KL, eds. *Trauma.* 3rd ed. Stamford, Conn: Appleton & Lange; 1996:107–121.
14. Ali J, Adam RU, Gana TJ, Williams JI. Effect of the prehospital trauma life support program (PHTLS) on prehospital trauma care. *J Trauma.* 1997;42:786–790.
15. Ali J, Adam RU, Gana TJ, Williams JI. Trauma patient

**WOODARD 00200**

The Journal of Trauma: Injury, Infection, and Critical Care

January 2000

outcome after the prehospital trauma life support program. *J Trauma*. 1997;42:1018–1021.

16. Campbell JE. *Basic Trauma Life Support for Paramedics and Advanced EMS Providers*. Englewood Cliffs: Prentice-Hall; 1997.

17. Campbell JE. *Basic Trauma Life Support for the EMT-B and First Responders*. Englewood Cliffs: Prentice-Hall; 1997.

18. Parry E. Essential surgery. *Trauma Q*. 1999;14:329–333.

19. Lewis FR Jr. Prehospital intravenous fluid therapy: physiologic computer modeling. *J Trauma*. 1986;26:804–811.

20. Bickell WH, Wall MJ Jr, Pepe PE, et al. Immediate versus delayed fluid resuscitation for hypotensive patients with penetrating torso injuries. *N Engl J Med*. 1994;331:1105–1109.

## CALL FOR ABSTRACTS

INTS 2000: Vth Symposium of International Neurotrauma Society will be held in Garmisch-Partenkirsch, Germany on October 1–5, 2000 at Congress-Center Garmisch-Partenkirsch. **Deadline for submission of abstracts is May 1, 2000.**

The following program topics are considered: Regeneration, reorganization, and repair; Gene expression; Nerve grafting and bridging; Cell transplantation; Cell and gene therapy; Molecular mechanisms of injury and cell death; Inflammation; Cellular/subcellular damage vs. tissue injury; Cerebral metabolism; Neurotrauma models; Autonomic dysfunction; Experimental therapy developments; Imaging; Mild and moderate head injury; Prehospital and early clinical management; Neuromonitoring; Subacute and chronic injury; Progressive degeneration; Exofocal lesions; Neuropsychological and physical rehabilitation; Neuroprostheses; Clinical trial design; Outcome measures.

For information contact the Scientific Secretariat, Prof. Dr. A. Baethman, Institute for Surgical Research, Ludwig-Maximilians University, Klinicum Großhadern, D-81366 München, Germany. Phone: 49-89-7095-4350/1; FAX: 49-89-7095-4353; E-mail: *INTS2000@icf.med.uni-muenchen.de*; Web site: *www.ints2000.de*.

Administrative Secretariat: AKM Congress Service, PO Box CH-4005, Basel, Switzerland. Phone: 41-61-686-7711; FAX: 41-61-686-7788; E-mail: *info@akm.ch*.

WOODARD
00201

Gender
and Health



January 2002

# Gender and Road Traffic Injuries

Worldwide, road traffic injuries caused more than a million deaths in 1998, and were the second leading cause of death among those aged 15-44 years. Eighty eight per cent of these deaths occurred in low and middle-income countries, where the majority of casualties were pedestrians, cyclists and riders of motorised two-wheelers. Although more than a quarter of all road traffic deaths occur in South-East Asia, Africa has the highest road traffic death rate (28.2) per 100,000 population.

Studies from developing countries indicate a steady increase in the number of road traffic accidents and in road traffic injury and fatality rates over the past few decades, as a result of increase of motor vehicles and traffic congestion. In Kenya, for example, the numbers killed as a result of road traffic injuries increased by nearly 6 times and non-fatal casualties by more than 5 times between 1962 and 1992.

## What do we know?

### Higher rates of injury and fatality in males

Globally, almost three times (2.7) as many males as compared to females die from road traffic in-

juries, accounting for the largest sex differentials in mortality rates from unintentional injury (Fig 1).

In Barcelona[1], Spain, a large 6-hospital study found that 7 of 10 road traffic injury cases above the age of 14 years were among males, and the overall death rate was more than 3 times higher for men (26.0) than women (7.7).

Injury and fatality rates for males are higher for every category of road injury victim in several developing countries. In a 1997 hospital study in Kampala, Uganda, males outnumbered females among road injury victims by a factor ranging from 2 to 7 among pedestrians, vehicle occupants, motor vehicle and motor cycle drivers and

Figure 1: *Global mortality from unintentional injury, 1998*

Source: WHO. Injury – A leading cause of the global burden of disease. WHO, 1999

[1] These 6 hospitals receive 95% of all MVA victims in Barcelona, allowing population based estimates for the city (Plasencia 1995).



WOODARD
00202

cyclists. Similar findings have been reported from Kenya and Ethiopia.

Higher male pedestrian fatalities have been reported from several industrialised countries. In USA, 70% of pedestrian fatalities are reported to be male, while in Singapore, the proportion was 61% during 1990-1994. There was a sharp increase in the proportion of males among pedestrian fatalities in Australia, from 69% during 1986-1993 to 78% in 1994.

### Special risks among children and youth

Among child pedestrians suffering road traffic injuries, boys are usually involved in more incidents than young girls. A study from Australia suggests that this may be because boys are more likely than girls to cross streets unaccompanied by an adult.

Traffic collisions involving children on bicycles report higher fatality rates for boys. In Australia, the fatality rates for boys on bicycles were twice those for girls. All deaths involved moving vehicles, and most such collisions were attributed to unsafe cycling behaviour on the part of children.

In USA, where large numbers of teenagers are licensed drivers of motor vehicles, young men are at especially high risk, with road traffic fatality risks nearly twice those observed among young women.

### Elderly victims most vulnerable to serious injury and death

For pedestrians, risk of being involved in a collision, mortality, as well as need for long-term specialised care increases with age. This may also be true for vehicle occupants. According to a study from the USA, risk of death in vehicle occupants from similar crash forces increased steadily with age, with 70 year olds three times as likely to die from the same crash experience as a 20 year old.

Data for 5 developing countries (China, Colombia, Costa Rica, Mexico, Taiwan) from the 1990s show that those above 65 years had a higher rate of mortality from road traffic injuries, with rates for elderly males two to three times that for elderly females.

---

Figure 2: *Disability Adjusted Life Years (DALYs) lost due to road traffic injuries, Males, 1998*

Source: WHO. *Injury – A leading cause of the global burden of disease.* WHO, 1999



WOODARD
00203

### Smaller stature of women puts them at greater risk of lower body injury and death

If all other aspects of a given road traffic collision are held constant, women are at a greater risk of lower body injury because of their smaller stature. Studies of the frequency and severity of lower body injury found an excess of ankle/tarsal injuries among females, and follow-up research found this was due to sex differences in height.

Another recent study from the US reports that for age 20-35, female occupants of motor vehicles were 28-31% more likely to die than males from similar crash forces, because of their smaller body stature.

### Gender roles and road traffic injuries

Higher male risk of road traffic injuries and fatality is associated to a significant extent with greater exposure to driving as well as to patterns of high risk behaviour when driving. On the other hand, higher male pedestrian injury and fatality rates appear to hold irrespective of time spent walking on the road, and are attributable to alcohol use and risky behaviour.

### 'Masculinity' may be hazardous to health

Gender role socialisation and the association of masculinity with risk-taking behaviour, acceptance of risk and a disregard of pain and injury may be factors leading to hazardous actions on the part of men. These include, for example, excessive consumption of alcohol, drug use, aggressive behaviour to be in control of situations, and risky driving.

### Exposure to driving

In places where women's mobility is traditionally restricted, men may spend substantially more time in moving vehicles than women, and in all settings other than among the small economic elite, men are more likely to own cars than women. Men are also more likely to be employed as drivers and mechanics in cars and trucks, including long-haul vehicles which means spending several days and nights in the vehicle. This would result in a higher exposure to the risk of traffic injuries in male drivers of vehicles, which is clearly attributable to gender-based differences in male and female roles.

### Alcohol use

- Data consistently show that men are more likely than women to be driving or walking on the road under the influence of alcohol.

- Studies from US and Kenya report that male drivers were far more likely than females to have been drinking prior to a motor vehicle accident.

- In the USA, alcohol use is implicated in approximately one-third of all fatal crashes involving teenagers, and the risks are greatest among young males.

- A national survey of Canadian youth reports that of those who reported drinking at parties, males were 3.5 times more likely to drive after drinking.

- In Sweden, more than twice as many male pedestrian fatalities during 1977-1995 tested positive for blood alcohol as compared to females.

- In a 1996 hospital-based study in Cape Town, South Africa, male pedestrians injured were twice as likely to be positive for blood alcohol than females, and had significantly higher mean blood alcohol levels than females.

### Risky driving and risky pedestrian behaviour

- In a study of risky driving behaviour among 16-19 year olds in Georgia, USA, significantly more males reported driving 20 mph over the speed limit, passing a car in a no-passing zone, taking driving risks for fun and passing two to three cars at once on a two-lane road.

- In Athens, Greece, a study reported that female drivers and riders of motorcycles were significantly more likely to wear a helmet than men drivers and riders.

- In Karachi, Pakistan, males were observed to be significantly more likely than females to jump off a moving bus (43% vs. 1.6%), get on a moving bus (49% vs. 12%), and run to catch a bus (45% vs. 8%), all risky amidst heavy urban traffic.

### Gender factors in health seeking behaviour and social/economic consequences

Limitations of transport, long distances to health facilities, and weak communication systems all

hinder health-seeking for acute conditions and for injuries. Gender differentials in access to health care for traffic injuries is likely to follow prevailing gender disparities for other *acute injuries* in the local setting. It has been suggested that acute accident care is similar to emergency obstetrics, and communities that cannot respond to one, cannot respond to the other.

There are likely to be gender differences in the social and economic consequences of temporary and/or permanent disability resulting from injury. Women may typically not be in jobs that have an adequate insurance coverage or allow for long duration of absence from work. They may not be able to pay for home-based nursing care, and for childcare and paid domestic help that may be needed because of their temporary or permanent impairment. On the other hand, because men are often the sole income earners in many households, injury and its consequences may adversely affect the household economy as a whole. Inadequate social and family support, financial difficulties and uncertainties related to employment are known to be associated significantly with high levels of psychological distress and long term stress following traumatic injury. In some settings, permanent disability from injuries may cause break-down of marriages and place women at risk of destitution.

## What research is needed?

- Where appropriate data do not exist, there is a need to set up national injury surveillance systems, which provide age and sex-specific data on causes of road traffic injuries. There is also need for standardisation and sex disaggregation of existing data sets on traffic injuries, available in many developing and industrialised countries. The analysis of these data sets would help identify country-specific issues, monitor time trends and evaluate existing interventions.

- Research is needed to examine the potential benefits of gender and age-differentiated policies for issuance of driving licenses and related issues.

- Further investigations of the basis for excessive male risk-taking are warranted. Evidence of social effects (whether alone or in combination with biologic factors), may provide a rationale for political or voluntary restrictions of media or other structures which reinforce risky gender stereotypes.

- More research is needed on gender-differentials in access to health care and social support services by victims of road traffic injuries, and the long-term social and economic consequences to their lives.

## What are the implications for policies and for injury prevention programmes?

- In light of findings to date, countries may examine the feasibility and effectiveness in terms of injury prevention, of legislative measures for graduated licensing, a higher age for licensing and for consumption of alcohol for males, and a policy of zero-tolerance for drinking and driving.

- Policy measures and interventions with a specific focus on vulnerable road users in low and middle income countries need to be developed and piloted.

- Interventions which challenge gender-role stereotyping of males as high risk takers and foster safe health practices, need to be designed and tested in a variety of settings. These need to be targeted principally at school-age children and adolescents of both sexes, but should involve older men and women as well, so that there is a supportive environment for boys and men adopting safer and non-risk taking behaviour.

- Positive behavioural changes may be best achieved through community based approaches which allow injury prevention messages to be repeated in different forms and contexts.

- Strategies for financing and organising the delivery of injury and trauma services need to be aware of gender differences in ability to access and to pay for health services for acute care as well as for rehabilitation.

- Gender differences in the social and economic consequences of temporary and/or permanent disability resulting from injury have to be taken into account when planning rehabilitation services.



WORLD HEALTH ORGANIZATION
Department of Gender and Women's Health
20, Avenue Appia
Geneva, Switzerland

WOODARD
00205

*Artificial Organs*
27(8) 673–675, Blackwell Publishing, Inc.
© 2003 International Society for Artificial Organs

Guest Editorial

# Public Health: Developing Country Perspectives

Is a country's life expectancy only a matter of dollars? The answer is no (Fig. 1). In terms of health expenditure, the world is divided into two groups of nations. For the group of US $500/capita and above, nations present a wide range of spending, with little influence on life expectancy. Probably, for this group, unless we deepen the understanding of aging and chronic diseases, average life expectancy will not rise considerably, regardless of increase in expenditure. In contrast, countries spending less than $500/capita show a substantial variation in life expectancy with the investment made. Low per capita spending may result in excellent life expectancy. Take Cuba, China, Sri Lanka, and Costa Rica, for instance. Adequate strategies and implementation bring good results (1,2).

## Cost-effective strategies for less developed nations

As opposed to developed countries, in developing nations policies interact closely to social, political, economic, and geographic factors. Low-tech medical interventions are highly effective. Let us think over the mortality for males in the U.S.A. and Brazil (2) (Fig. 2). It is common sense that being born, growing up, getting old, and dying are man's expected stages. They are reflected in the mortality curve for the U.S.A. In Brazil, death comes much too early. How do these sad figures happen?

In the first 4 years of life, the main causes of hospitalization are pneumonia (30%), diarrheal diseases (25%), and conditions originating in the perinatal period (13%). Of the hospital deaths occurring in this age group, 32% were due to conditions originating in the perinatal period, 11% were due to pneumonia, and 8% were due to diarrheal diseases. Prematurity and low birth weight accounted for 69% of all perinatal deaths (3). This kind of problem is globally present. Oral rehydration therapy using a simple and cheap salt-and-sugar solution can greatly reduce child deaths from diarrhea, and although it costs only US $0.10 a sachet, it is still unavailable in 38% of cases in underdeveloped countries. Antibiotics were discovered in 1928 and first marketed in 1943, but about one third of the world's population does not have access to them.

The cost effectiveness of adequate actions against these problems is remarkable. Let us take the example of the "Children's Pastoral" (4), a social movement planned and implemented by Brazil's Catholic Church. There are 153,000 volunteers monthly following 76,842 pregnant women, 1,135,969 families, and 1,635,461 children under 6 years of age, comprising 3,555 cities in every state of Brazil. Funds come mainly from the federal health budget. For ages below 1 year, the "Pastoral" actions decrease death rates to 60% of the national average. Worth mentioning, these actions take place in regions of poverty where death rates are higher than the national average. Their main approaches are health and nutritional advice, use of oral rehydration, home surveillance, and prompt action for respiratory diseases. The cost of this program is US $0.50/child/month. It is noteworthy that society, not relying only on governments, can increase its own well being. Estimates are that without volunteer work, this project's cost would increase eight-fold.

Unintentional injuries and violence constitute the leading cause of death in the group aged 15–60 years. These causes accounted for 30% of all deaths from defined causes in this age group in 1994. The next most frequent causes of death are diseases of the circulatory system (24%) and malignant neoplasms (13%). Homicide and injury from traffic accidents accounted for 63% of the deaths due to external causes in the group aged 15–19. In terms of efficiency, at above 15 years of age, intervention at the medical level is on par with social and educational interventions (3).

## "All animals are equal, but some animals are more equal than others" (George Orwell)

"Right to all and responsibility of the state" is a frequent slogan when it comes to health care. This is more an ideological attitude than a possibility. The governments usually cannot cope with this burden even in prosperous societies. Limited resources mean that setting priorities is essential. Medical rationing poses a moral problem (5) figuratively comparable to a sinking vessel with a short supply of lifeboats. Do we save women, children, young, elder, or first-class passengers? In spite of the

**WOODARD
00206**

*GUEST EDITORIAL*



FIG. 1. Life expectancy vs. per capita total health expenditure in 2002. Modified and updated from Leon DA et al. (1).

choice for equitability, results fall short of it. Social, economic, and political circumstances dictate a bias that bestows a larger share of the rafts to first-class passengers.

According to the constitution of the World Health Organization, governments have the responsibility for the health of their people. Affluent people are able to defend their citizen's rights more aptly. Living nearer to urban centers and having more education makes it easier to access health care. Prosperous citizens may now and then hire attorneys to force the government into reimbursing expenses customarily refused by the system.

Ruling committees that appraise medical technologies often rely on the opinions and decisions of practicing MDs. These MDs often are trained in large centers, far from the poverty-stricken zones, and are admirers of a highly technological practice of medicine, common in developed nations. Regardless of cost, they choose the best available technologies. It protects their professional reputation within seemingly ethical principles.

When resources are limited, diverting too much to some areas means depriving another. It is difficult to delineate what is "too much." Even when limits are clear, legal and corporate pressures may prevent their implementation. For instance, Brazil's Unified Health System (UHS) pays US $17,000 for a multi-channel cochlear implant. It is a halfway solution for a nonfatal condition. Is it fair to the poverty stricken?



FIG. 2. Mortality vs. age interval for males in the USA and Brazil in 2002. Normalized for same total population (2).

WOODARD
00207

An inspection of UHS lists shows hundreds of uncalled for reimbursements. Often in developing countries, pressures of aggressive and unethical promotion substitute for fair choices.

## Health research in developing countries

Developed countries focus on problems that improve their health and as a corollary bring financial reward. In the private research agenda, money influences more than needs. Commercial interests protect profits, not people. In 1998, global spending on health research was US $70 billion, but 90% of it addressed 10% of the disease burden, namely those diseases most prevalent in developed nations. Malaria is a good example. Two million people die of it every year. In 2002, only US $333 million was spent worldwide in malaria research. The main funding came from the U.S. National Institutes of Health, the Wellcome Trust, and the U.S. Department of Defense (6). To counteract this fact, developing countries must cultivate the ability to define their problems, set objectives and priorities, build sustainable institutions and organizations, and identify solutions to key national health problems (7). Looking at their load of illnesses and its determinants will identify and set priorities in research. Developing countries must

count on their own vision to respond to their countries' needs and not react blindly to the imposed paradigms of globalization.

## REFERENCES

1. Leon DA, Walt G, Gilson L. Recent advances: international perspectives on health inequalities and policy. *BMJ* 2001; 322:591–4.
2. World Health Organization. Available at: http://www.who.int/country/en/.
3. Basic country profiles for the Americas. Pan American Health Organization, World Health Organization. Available at: http://www.paho.org/english/sha/profiles.htm.
4. Pastoral da Criança. Available at: http://www.pastoraldacrianca.org.br/francais/presentation/basedonnees.htm.
5. Kilner JF. *Who lives? Who dies? Ethical criteria in patient selection.* New Haven, CT: Yale University Press, 1992.
6. Global Forum for Health Research. Available at: http://www.globalforumhealth.org/forum_6.
7. Sitthi-Amorn C, Somrongthong R. Strengthening health research capacity in developing countries: a critical element for achieving health equity. *BMJ* 2000;321:813–7.

**Adolfo A. Leirner** was born in São Paulo, Brazil in 1936. He received his degree in electrical engineering in 1958 from the Aeronautics Institute in S. José dos Campos, Brazil. He received his MD and Ph.D. from the University of São Paulo, and since 1986 has been the chairman of the Center for Biomedical Technology of the Heart Institute (InCor), University of São Paulo Medical School, Brazil. Professor Leirner is vice-president of ISAO for Latin America.

**WOODARD
00208**

Copyright © 2003 EBSCO Publishing