◄Back    3 page(s) will be printed.

| | |
|---:|:---|
| **Record:** | 1 |
| **Title:** | Late News. |
| **Source:** | Modern Healthcare; 4/12/2004, Vol. 34 Issue 15, p4-4, 1p, 1c |
| **Document Type:** | Article |
| **Subject Terms:** | *LIBEL & slander<br>*MEDICAL care -- United States<br>*MEDICAL care, Cost of<br>*ANTITRUST investigations |
| **Geographic Terms:** | UNITED States |
| | NAICS/Industry Codes62 Health Care and Social Assistance |
| **Abstract:** | Presents news briefs related to the U.S. healthcare system as of April 12, 2004. Governmental investigation into Eastern New Mexico Medical Center in Roswell for alleged antitrust violations; Defamation lawsuit filed by consultant Joshua Nemzoff against Baptist Health System and CEO Beth O'Brien; Report by the federal Medicare Payment Advisory Commission on Medicare health maintenance organization cost. |
| **Full Text Word Count:** | 968 |
| **ISSN:** | 0160-7480 |
| **Accession Number:** | 12935049 |
| **Database:** | Academic Search Premier |

# Late News

## Resident programs exempt?

An 11th-hour addition to the Pension Funding Equity Act could end a 2-year-old antitrust challenge of the National Resident Matching Program, Modern Healthcare has learned. President Bush is expected to sign the bill into law this week. A provision added while the bill was in conference committee exempts residency matching programs and sponsors from antitrust law. The exemption applies except in the case of price-fixing, said attorney Sherman Marek of Chicago, who represents plaintiffs in the antitrust case. The matching program places graduating medical students in residency programs around the country. Marek said he expects the antitrust challenge to continue because of the exemption for price-fixing claims. However, the matching program's attorney, Thomas Campbell of the Chicago office of Gardner, Carton & Douglas, said, "This will be a deathblow to the plaintiffs' antitrust case." The lawsuit, filed in U.S. District Court in Washington, alleges that hospitals in the matching program depress and standardize wages "below competitive levels" by exchanging salary information and other employment terms.

## FTC investigates N.M. hospital

The Federal Trade Commission is investigating at least one New Mexico hospital-149-bed Eastern New Mexico Medical Center in Roswell-and an independent practice association for alleged antitrust violations, Modern Healthcare has learned. The FTC has not filed formal complaints against either organization. The FTC is looking into allegations that the hospital tried to exclusively contract with local payers to shut out competing hospitals and has attempted to purchase local primary-care practices to control patient referrals, said Lauri Rose, administrator of the Center for Ambulatory Surgery & Endoscopy of Southeastern New

**WOODARD
00210**

Mexico, also in Roswell, which received a subpoena. Rose said the surgery center owners-eight physicians and a California management company-are planning to break ground later this year on a 26-bed acute-care hospital in Roswell that would compete with Eastern New Mexico. Richard Robinson, chief executive officer of Eastern New Mexico, said he has not received notice of an FTC investigation. Lonnie Ray, vice president of the IPA, called Southeastern New Mexico Physicians IPA, refused to comment. FTC sources and Community Health Systems, which owns the hospital, did not return calls for comment by deadline. The FTC served investigative subpoenas to health plans, physicians and local competitors of the hospital, sources said.

## Nemzoff files against Baptist

Consultant Joshua Nemzoff has filed a $4 million breach-of-contract and defamation lawsuit against 10-hospital Baptist Health System, Birmingham, Ala., and its chief executive officer, Beth O'Brien. The lawsuit, filed in U.S. District Court in Philadelphia, alleges that O'Brien told her board that Nemzoff was not competent to assist in a restructuring effort and led a push to oust him. The suit also names Mercer Delta Consulting, a firm hired by O'Brien. According to the complaint, Baptist Health essentially ordered Nemzoff to stop working as its consultant in early March, about five months before his contract was set to end. Nemzoff, based in New Hope, Pa., declined to elaborate. Baptist Health spokeswoman Molly Cate declined to comment on specific allegations but said the system considers the lawsuit "frivolous" and is in the process of responding.

## Quality registration ends May 1

An American Hospital Association advisory said hospitals should contact the Medicare quality improvement organization in their state before May 1 to register for a national quality-of-care reporting initiative, the first step in qualifying for a full-inflation Medicare update in fiscal 2005, which begins Oct. 1. Hospitals already participating in the program have met most of the registration requirements, the AHA said. Hospitals must submit data on 10 quality measures by Aug. 1 to qualify for the full-inflation update under provisions of the recent Medicare reform law. Facilities not meeting the deadline will receive Medicare updates of 0.4 percentage points below inflation. Hospitals must be registered by June 1 with a Web-based service for transmitting data to a central repository used by all quality improvement organizations. The instructions for qualifying were part of a status report on the initiative that also summarized the timetable for adding 12 new quality measures by summer 2005. The new measures are not linked to the payment reform requirement.

## Medicare HMOs cost more

A new report by the federal Medicare Payment Advisory Commission found that Medicare HMOs cost more than traditional fee-for-service Medicare, casting doubt on the Bush administration's rationale for steering seniors toward private plans. After the reimbursement rate increases included in the Medicare reform law passed last December, the government is now paying Medicare HMOs an average of 7% more than it would cost to treat the same patients under traditional Medicare, according to the report. Medicare HMOs contend that they often provide broader benefits than traditional Medicare.

## Judge to rule on HealthSouth debt

A federal judge is expected to rule this week on whether a group of HealthSouth Corp.'s bondholders has the right to force accelerated payments of the company's debt, which could raise the specter of bankruptcy for the embattled rehabilitation chain. Judge Allwin Horn indicated late last month in Jefferson County Circuit Court in Birmingham, Ala., that he would decide this week-when a temporary restraining order against the bondholders expires-on whether to grant a new preliminary injunction barring the bondholder group from demanding $2.7 billion in payments. At deadline, a hearing was also in progress in U.S. District Court in Birmingham to consider a request by federal prosecutors for a gag order restricting attorneys for HealthSouth founder and former chief executive officer, Richard Scrushy, from making comments outside of court that could sway a trial. Scrushy's legal team also recently submitted a motion to the district court asking for dismissal of 78 of the 85 criminal counts against him in connection with a $2.7 billion accounting fraud. His trial is set to begin Aug. 23. For more coverage of HealthSouth's legal situation, visit

**WOODARD
00211**

modernhealthcare.com.

PHOTO (COLOR): O'Brien is accused of ousting Nemzoff.

Copyright of **Modern Healthcare** is the property of Crain Communications Inc. (MI). Copyright of PUBLICATION is the property of PUBLISHER. The copyright in an individual article may be maintained by the author in certain cases. Content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.
**Source:** Modern Healthcare, 4/12/2004, Vol. 34 Issue 15, p4, 1p
**Item:** 12935049

WOODARD
00212

EBSCOhost

◀Back   1 page(s) will be printed.

**Record:** 1

| | |
|---|---|
| **Title:** | In Mexico, Maker of Generics Adds Spice to Drug Business. (cover story) |
| **Authors:** | Luhnow, David |
| **Source:** | Wall Street Journal - Eastern Edition; 2/14/2005, Vol. 245 Issue 31, pA1-A6, 0p, 1 graph, 2bw |
| **Document Type:** | Article |
| **Subject Terms:** | *DRUGS -- Generic substitution<br>*DRUGSTORES<br>*GENERIC drugs<br>*POOR -- Medical care |
| **Geographic Terms:** | MEXICO |
| **Company/Entity:** | PFIZER Inc. **DUNS Number:** 001326495 **Ticker:** PFE<br>GLAXOSMITHKLINE PLC<br>FARMACIAS Similares SA de CV<br><br>NAICS/Industry Codes44611 Pharmacies and Drug Stores |
| **People:** | GONZALEZ, Victor |

**Abstract:** Examines a healthcare revolution in Mexico being led by Victor Gonzalez. Farmacias Similares drug stores which are one of Latin America's fastest-growing retail chains; Stores that stock only generic drugs which are next door to cheap health care clinics which Gonzales subsidizes; How the system allows the poor to get health care they could not otherwise afford; Contention that Gonzalez is shaking up Mexico's health care system and changing the way drugs are sold there; Critics who challenge the quality of his drugs; Creation of an alternative healthcare system by Gonzales which sees 800,000 Mexicans every month for treatment; How his system may harm Pfizer and GlaxoSmithKline, the two biggest drug sellers in the county; The flamboyancy of Gonzales.

| | |
|---|---|
| **ISSN:** | 0099-9660 |
| **Accession Number:** | 16057292 |
| **Database:** | Academic Search Premier |

**WOODARD**
**00213**



Dealing with global health threats — including emerging infectious diseases such as SARS, behavioural risk factors such as tobacco use, and chronic disease — together with other challenges such as injury prevention and environmental health, requires considerable technical capability and experience. Many countries have found the critical mass of skills and knowledge that can be developed in a national public health institute (NPHI) to be crucially important in dealing with health problems on a population and community basis. A group of NPHIs met in 2002 and 2004 to plan ongoing collaboration that focuses on common public health concerns.

# Improving the world's health through national public health institutes

Jeffrey P. Koplan,[1] Pekka Puska,[2] Pekka Jousilahti,[3] Kathy Cahill,[4] Jussi Huttunen,[5] & National Public Health Institute partners[6]

Globalization is as applicable to health issues as to those of trade and economics (1). The increased frequency of travel, distribution of goods, migration, spread of communications and marketing of new lifestyles have promoted a set of risks and health challenges shared by all countries of the world, despite their varied resources, levels of development, demographics and other important considerations (2). The ability of any one country to solve these new challenges on its own is increasingly difficult and certainly inefficient.

In many countries, health authorities have established scientific entities that serve as national resources to prevent and control health problems through research, interventions or the development of policies. There is an increasing tendency to merge these entities and develop more comprehensive public health institutes to deal with the various issues from a public health perspective. We describe the current nature and status of such national public health institutes (NPHIs) and consider the elements that might make them increasingly effective in preventing disease and promoting health in an increasingly interdependent world.

An NPHI is an organizational unit of a national government health ministry (not of a state or province), which serves the whole country as a source of technical public health expertise and would be the unit called upon to respond to public health threats. The institutions listed in the co-authorship of this paper were selected by their ministries of health as meeting these criteria, although in some countries several organizations share roles and responsibilities for different health threats. The distinct, complementary entity of an NPHI is symbiotic with other functions of a ministry of health. Where the ministry is responsible for overall policy, legislation, budgets, curative programmes, etc., the NPHI can provide expert advice and carry out public health programme implementation, disease and risk factor monitoring and surveillance, outbreak investigations, research, and health promotion and education. Advantages of the NPHI include the assembly of a stable mass of expertise, continuity of experience, and the scientific knowledge and appropriate human, technical and financial resources to tackle public health challenges; it is a scientific organization without political affinity.

The oldest of the participating institutes is Brazil's FIOCRUZ (established in 1900); Finland's KTL is over 90 years old, and the CDC in the United States, is over 50 years old. An institute was established in Bosnia and Herzegovina in 1999 and the Chinese Academy of Preventive Medicine was reorganized and renamed as the China CDC in 2002. The size of the institutes varies greatly, from a few hundred workers (Algeria 140 and Pakistan 250) to several thousand (Brazil 6500, China 2400 and the United States 8000).

[1] Vice-President for Academic Health Affairs, The Robert W. Woodruff Health Sciences Center, 1440 Clifton Road NE, Suite 410, Emory University, Atlanta, GA 300322, USA. Correspondence should be sent to this author (email: jkoplan@emory.edu).

[2] Director-General, Kansanterveyslaitos Folkhälsoinstitutet (KTL) [National Public Health Institute], Helsinki, Finland.

[3] Scientist, KTL, Helsinki, Finland.

[4] Senior Advisor for Strategy and Innovation, Centers for Disease Control and Prevention, Atlanta, Georgia, USA.

[5] Past Director-General, KTL, Helsinki, Finland.

[6] Participants in a meeting of Director-Generals of National Public Health Institutes, Bellagio, Italy, October 2002; Gunnar Agren (National Institute of Public Health, Sweden), Paulo Buss (FIOCRUZ, Brazil), Tim Evans (Rockefeller Foundation, USA), Igor Glasunov (National Research Centre for Preventive Medicine, Russian Federation), Oni Idigbe (Nigerian Institute of Medical Research, Nigeria), Amanullah Khan (Institute of Public Health, Pakistan), Li Liming (Chinese CDC, China), Malegapuru William Makgoba (University of Natal, South Africa), John Mathews (Department of Health and Ageing, Australia), Alirza Mesdaghinia (Institute of Public Health Research, Islamic Republic of Iran), Carole Moquin-Pattey (INSERM, France), Alex Papilaya (University of Indonesia), Dirk Ruwaard (National Institute for Public Health and the Environment, the Netherlands), Pathom Sawanpanyalert (National Institute of Health, Thailand), Jaime Sepulveda (Instituto Nacional de Salud Publica, Mexico), Pavel Urban (National Institute of Public Health, Czech Republic), Zlatko Vucina (Federal Public Health Institute, Bosnia and Herzegovina), and Noureddine Zidouni (National Institute of Public Health, Algeria). Additional participants representing other national public health institutes in the July 2004 meeting in Helsinki, Finland, were: Marijan Erceg (Croatia), Paul Gully (Canada), Maarike Harro (Estonia), Miph Musoke (Uganda), Maggie Rae (United Kingdom), Marija Seljak (Slovenia), and Hideo Shinozaki (Japan).

Ref. No. 04-012260

WOODARD
00214

The scope of public health activities of each institute also varies but most of them work on infectious diseases — including immunizations, vital statistics, health promotion, chronic diseases and risk factor surveillance — environmental health and safety, and health services research. Some of the institutes have academic roles; for example, the NPHI of Mexico (Instituto de Salud Publica) educates students enrolled in masters and doctoral degrees. All the institutes have varying emphasis on research, service and regulation. Some, such as Mexico's ISP and France's INSERM, are predominately research focused. If service or the promotion of health is the primary mission, considerable research, mostly applied, is performed to direct and improve that service, e.g. Finland's KTL, the US CDC and Brazil's FIOCRUZ. Many have a major research focus and a supplementary service role, as at the China CDC.

Almost all the NPHIs are supported by their national government in the form of an annual budget, the amounts being a reflection of the size and overall income and expenditure of each country and also the roles that the institute is expected to play. Thus some institutes (e.g. in Sweden and the United States) channel financial support for domestic programmes, with or without technical advice, through local health departments (city, provincial and state), other academic institutions and community organizations. Most of the institutes are responsible to the ministry of health of their national government; some are housed in a university setting.

## Core functions of NPHIs

Most of the NPHIs represented in Bellagio and Helsinki had many common elements. Although of varying size and service provision, each had a core set of fundamental functions that determined its ability to respond to health emergencies and promote disease prevention activities. The desirable core capacities described below will be important contributors to ensuring health in the 21st century.

### Research

Research is needed to create a firm knowledge base in order to anticipate future trends, needs and challenges, taking account of direct indicators of health and also structural, behavioural and social determinants. The primary goal of research carried out in an NPHI is promotion of health and reduction of the risks of diseases of public health importance. Information on the health and health determinants of the populations and on the prevalence of risk factors is necessary for the formulation and implementation of health policy. The research function can also involve the assimilation of knowledge generated by other investigators and in collaboration with universities and other partners.

### Monitoring and surveillance

Monitoring of the health status and health determinants of population groups is a crucial function of the NPHIs. Collection of data and monitoring of disease trends and determinants, however, are not enough: health information must be easily accessible to policy-makers, health professionals, the media and the general public, all of whom need to make informed decisions on policies and personal health choices. The information should be available via electronic media and should be published regularly in publicly accessible form, in order to promote an informed debate concerning health policies and actions.

The core surveillance functions should include: development of health indicators, surveillance of health and health determinants, data analysis, periodic systematic reports and dissemination of information to public health workers, government leaders and more broadly. Core monitoring should concern at least the infectious and chronic diseases and risk factors that threaten health or the services that are major determinants of health status within the country diseases.

Data can be collected from a variety of sources at local and national levels by telephone, mail, in person and by examination. Data can be regulated by health services or collected by special population surveys, which can vary from relatively simple interviews regarding health behaviour and preventive practices to field surveys of risk factors and more comprehensive health examinations. Behavioural risk factor surveillance has increased in recent years, as it has been found to be a very valuable tool for disease prevention and health promotion programmes (3).

### Control of infectious diseases

In every country the burden and threat posed by infectious diseases calls major public attention to the prevention and control of epidemics, which is usually one of the functions of NPHIs. The development and implementation of surveillance programmes, epidemiological investigation, standardized laboratory procedures and practices, technical expertise, and support to local and regional health authorities are all important responsibilities of the NPHI. Many institutes are also involved in implementation of national immunization programmes, including purchasing and distribution of vaccines and monitoring of coverage.

### Chronic noncommunicable diseases

Global health issues and the field of public health are in rapid transition. According to *The world health report 2002*, some 60% of all deaths in the world are attributable to chronic noncommunicable diseases, about half of which are cardiovascular diseases (2). The increase in this global burden is a result of the rapid expansion of risk factors for noncommunicable diseases caused by lifestyle changes, especially in the developing countries.

Following these developments, NPHIs, especially in the developed world, are paying increased attention to chronic diseases and their determinants. Priority concerns include surveillance but also research and various public health functions, including health promotion and health education. Several NPHIs work on nutrition and tobacco-related projects.

### Emergency preparedness

Major epidemics, terrorism, environmental health disasters, natural disasters and other public health emergencies require a public health system that is responsive and capable of delivering emergency services to the population affected. Routine monitoring of infectious diseases, combined with an effective outbreak investigation system, form the foundation of response to a threat or disaster.

Core functions should include: national and regional comprehensive emergency response plans that are regularly tested; epidemiological expertise in disease investigation and specific biological agents, e.g. anthrax and plague (if not available in the country, the possibility of support from other NPHIs or WHO is critical); effective communication systems that provide access to the media, the public health system and health-care providers for the dissemination of information; and cross-training to provide a multiskilled public health workforce for use in an emergency.

WOODARD
00215

Perspectives

### Diagnostic services

Core capacities for public health laboratories will depend upon the needs and functions of each country's health-care delivery structure. Many NPHI laboratories coordinate national screening programmes, particularly in maternal and child health care (e.g. prenatal screening) and serve as a reference or have a consultative role in relation to other private or public health system laboratories.

Core functions should include: control of laboratory standards and quality of public health laboratory services; ensuring that public health laboratory functions are available within the country for routine infectious diseases, chronic disease and environmental health diagnostics; and provision of laboratory training for the public health workforce, e.g. local and regional public health laboratory technicians.

### Health promotion and health communication

Most NPHIs participate in some way in disseminating health information to the public, as public attitudes towards health promotion and the prevention of disease are critical for the success of health campaigns and the implementation of health policy. The media also play a key role in delivering health messages and influencing health policy. In a global environment, the media can obtain information faster than individual NPHIs and it is therefore important that NPHIs have a communications network (e.g. an Internet web site) for sharing information, especially in emergency health situations.

Core functions should include: health communications expertise to provide health messages to diverse populations; implementation of evidence-based health programmes, specifically targeted as determined by public health surveillance and assessment; development of key coalitions and partnerships involving policy-makers and other stakeholders (e.g. health services, civil society, private sectors and the media) to promote health and influence public opinion; and building new communication linkages to disseminate health information, e.g. Internet web sites.

### Training and education

Training to create a competent workforce in public health takes place with the overall education and training system of the country and in collaboration with schools of medicine and public health; the role of NPHIs varies. There are two types of training needs. The first is for a public health workforce of health-care professionals and others on disease-specific and technical and scientific aspects (epidemiology, laboratory work, etc.). The second type of training is development of a public heath workforce that has a set of core competencies applicable to all public health professionals; this focuses on delivering MPH programmes, developing basic management, evaluation, and scientific training, and ensuring that the workforce is cross-trained in many different public health competencies.

## Collaboration and challenges

Many of the NPHIs have collaborative relationships with sister institutes (US CDC and China CDC), international organizations (WHO, UNICEF and The World Bank), universities, non-governmental organizations and professional societies. These partnerships may involve broad memoranda of understanding or very specific collaboration around a particular health issue or research project.

Although NPHIs vary in their roles and functions, the value, service and credibility they add to the ministry of health and their country are significant. While an NPHI of the 1950s would have consisted primarily of infectious disease epidemiologists, laboratory technicians and administrative staff, the present-day NPHI has a mix of public health professionals with skills in laboratory science, research, health promotion, nutrition, behavioural and social science, economics and communications technology.

From the many different models of NPHI, they all have the capacity for research, public health expertise, health monitoring and service delivery, though the breadth and depth of these functions may vary. New health challenges demand intense intellectual ability combined with practical know-how and the capacity to respond quickly with laboratory and epidemiological investigative capacity in order to control the consequences of terrorism and unintentional infectious disease outbreaks. At the same time, an NPHI is expected to make major contributions to prevention of chronic noncommunicable diseases that constitute the major and increasing burden of diseases in most countries (4). Combining research functions and service provision ensures a strong response capacity to any type of emergency or delivery of public health programme.

The rapid spread of emerging infectious diseases such as SARS, the increasing use of tobacco in the developing world, changes in the environment, ageing of the population, changing diets and other lifestyles, and the increasing impact of chronic diseases will challenge NPHIs and create a demand for the establishment of new NPHIs in countries where they do not already exist (5, 6).

It is important for ministries of health around the world to be able to respond to health-threatening situations rapidly and effectively, using the best public health interventions available. Management systems, including information technology, will become even more important worldwide. The linkage of information and surveillance systems for detection and control of communicable diseases will be increasingly in demand by politicians and the public in order to protect populations from threats of terrorism or disease.

Policy development is crucial to improving environments and helping individuals to make healthier choices: smoking bans, seat-belt use, environmental clean-up, nutrition programmes and community design are examples of the policy tools needed by NPHIs. Improving health will include treatment and curative options along with preventive ones, but is highly dependent on sound policies and a mix of feasible public health strategies.

In the future there will be an increasing need to look at public health issues across many different diseases and functions (7). The effect of infectious diseases on chronic diseases, for example, and the genetic revolution will have a major impact on public health delivery and research. NPHIs must be prepared to cope with technological changes as well as disease prevention and control, so a critical mass of experts and public health capacity as demonstrated in NPHIs will be important.

The Bellagio meeting was the first time that NPHIs of the world came together to share common experiences, discuss opportunities for collaboration, and form a network. In 2004 the group reconvened and declared its intention to establish an International Association of National Institutes of Public Health, with a secretariat located at KTL in Helsinki, Finland. Modalities for this organization are being developed; they

WOODARD
00216

Perspectives

will include mechanisms for swift and clear communication between the members, joint training activities, collaborative research projects, and mutual assistance on a wide variety of public health issues such as surveillance and outbreak investigation. In an increasingly globalized world, international collaboration between NPHIs is vital for success in any country and for global public health. The shared vision of the NPHI participants will now be put into operation through an association that facilitates partnership and collaboration. We believe this collaboration will improve public health throughout the world and be a legacy for future generations of public health professionals. ∎

Conflicts of interest: none declared.

1   Collin J, Lee K. Globalization and transborder health risk in the UK. London: The Nuffield Trust; 2003.
2.  The world health report 2002 – Reducing risks, promoting healthy life. Geneva: World Health Organization; 2002.
3.  Beaglehole R, Yach D. Globalization and the prevention and control of noncommunicable disease: the neglected chronic diseases of adults. Lancet 2003;362:903-8.
4.  McQueen D, Puska P, editors. Global behavioural risk factor surveillance. New York: Kluwer Academic/Plenum Publishers; 2003.
5.  Learning from SARS – Renewal of public health in Canada. Ottawa: National Advisory Committee on SARS and Public Health; 2003.
6.  SARS in Hong Kong: an Expert Committee report. 2003. Available from: www.sars-expercom.gov.hk
7.  Beaglehole R, Bonita R. Public health at the crossroads. Cambridge: Cambridge University Press; 1997.

# Missing deaths from pesticide self-poisoning at the IFCS Forum IV

Flemming Konradsen,[1,2] Wim van der Hoek,[2] David Gunnell,[3] & Michael Eddleston[4]

Since the middle of the last century, pesticides have become an integral component of the world's attempt to increase agricultural output and decrease vector-borne disease. However, the benefits of pesticides have come at a cost and their continued use is the frequent subject of debate.

The Intergovernmental Forum on Chemical Safety (IFCS), established in 1994 following the recommendations of the United Nations Conference on the Environment and Development (UNCED, the Earth Summit), was charged with identifying priorities for action on chemical safety and reducing the hazards associated with chemical use (1, 2). IFCS takes the position that substantial use of pesticides is essential to achieve sustainable development. It attempts, however, to find strategies to mitigate the adverse effects that pesticides may have on human health and the environment (1, 3).

IFCS's first meeting provided policy guidance and integrated strategies for implementation of the key areas that were adopted by UNCED in Agenda 21 (1, 2). Its subsequent meetings have evaluated the progress that has been made. In 2000, at Forum III, IFCS adopted the Bahia Declaration on Chemical Safety, which identified key goals with target dates for their achievement (4). This declaration was later endorsed by the United Nations Environment Programme (UNEP) Governing Council and forms an important basis for international efforts to manage chemical use. The most recent meeting — Forum IV — took place in Bangkok in November 2003 (5). Major topics for discussion included the safety of children, occupational safety and health, capacity building in the developing world, and acutely toxic pesticides.

This last subject is of particular concern. Since a report from WHO and UNEP in 1990 (6), the scale of the problem

caused by acutely toxic pesticides has been readily apparent. The report estimated that more than 3 million people were hospitalized for pesticide poisoning every year and that 220 000 died; it particularly noted that two-thirds of hospitalizations and the majority of deaths were attributable to intentional self-poisoning rather than to occupational or accidental poisoning.

Recent studies from Asia suggest that as many as 300 000 deaths from pesticide self-poisoning may occur in the Asia-Pacific region every year (7, 8). The easy availability and lack of safe storage of pesticides in the homes of the rural poor mean that many acts of self-harm, at moments of acute distress, have fatal and sometimes unintended consequences (8, 9).

Official documents from Forum IV invite assistance in the identification of gaps in the proposed strategies for chemical safety (3). Similar to many previous initiatives aimed at reducing the adverse effects of pesticides, the obvious gap is that there is no mention of the hundreds of thousands of deaths from pesticide self-poisoning that occur each year. Instead, the effort was directed towards occupational poisoning. IFCS appears to be overlooking the evidence on major pesticide mortality: a visit to any rural district hospital in Asia will demonstrate the enormity of the problem. A prospective study in Sri Lanka including 2257 poisoned patients admitted to two peripheral hospitals found that more than 95% of the patients with pesticide poisoning were cases of self-poisoning (Eddleston, submitted).

A working group was set up by Forum III to: "provide initial input on the extent of the problem of acutely toxic pesticides, and provide guidance for sound risk management and reduction, including options for phasing out where appropriate, and report to Forum IV" (10). It would seem reasonable — since pesticide self-poisoning is responsible for so many

[1]  Department of International Health, Institute of Public Health, University of Copenhagen, Blegdamsvej 3, 2200 Copenhagen, Denmark. Correspondence should be sent to this author (email: f.konradsen@pubhealth.ku.dk).
[2]  International Water Management Institute, Colombo, Sri Lanka.
[3]  Department of Social Medicine, University of Bristol, Bristol, England.
[4]  Centre for Tropical Medicine, Nuffield Department of Clinical Medicine, University of Oxford, Oxford, England, and Department of Clinical Medicine, University of Colombo, Colombo, Sri Lanka.
Ref. No. 04-017293

157

WOODARD
00217

Perspectives

deaths — to include self-poisoning in the report, but the working group was asked to consider poisoning of pesticide *users* only, excluding self-poisoning, despite most self-poisoning deaths occurring in the farming communities that buy and use pesticides (*8*). Consequently, self-poisoning was not discussed in Forum IV.

There is scope to consider this matter within the Forum since pesticide self-poisoning was not excluded from its first report (*1*). Most health problems related to pesticides in many Asian countries follow self-poisoning, suggesting that they should be included in both the review and IFCS action. Furthermore, the original declaration from the Earth Summit covered all forms of poisoning, stating that "areas of risk reduction encompass the ... prevention of poisoning by chemicals", not just occupational and accidental poisoning (*2*, section 19.46).

If the strategies and policies outlined in the IFCS Forum IV declaration are implemented, there is likely to be a reduction in the morbidity associated with occupational pesticide poisoning. A number of the actions proposed — phasing out the most toxic chemicals, promoting alternative pest management strategies, and improving safe storage — are also likely to have an effect on the number of self-poisoning cases (*11*). Nevertheless, the subject of self-harm needs to be dealt with directly: a strategy aimed specifically at preventing self-poisoning would differ in emphasis from a strategy to reduce occupational poisoning. Since self-poisoning results in far more serious illness than occupational poisoning, the capacity for treatment at health facilities in resource-poor countries must be improved (*8*, *12*). Provision and correct use of effective antidotes in small rural health centres and ventilators in district hospitals, together with the development of evidence-based guidelines, will reduce the number of deaths that occur after presentation to hospital.

Clearly, the issues of self-harm are psychosocially, economically, culturally and politically complex and go beyond the question of pesticides. Prevention campaigns combining social and mental health sectors with the agricultural sector may have an impact on cases of severe poisoning and excessive mortality. In international treaties, there is need for explicit inclusion of self-poisonings in risk assessments, with development of recommendations for restrictions of sales and marketing of particular formulations and concentrations (*13*, *14*).

We call upon IFCS to recognize that globally most pesticide deaths occur following self-poisoning. Self-poisoning needs to be acknowledged as a major problem of chemical safety — one that affects pesticide-using communities in the developing world and one that can be reduced with concentrated effort (*8*, *11*). Perhaps greater involvement of WHO and ministries of health, not just ministries of agriculture or environment, in drawing up treaties such as the Rotterdam Convention (*15*) will improve understanding of these important health issues. ∎

### Acknowledgements
We thank John Haines and Nida Besbelli for critical review of the manuscript. ME is a Wellcome Trust Career Development Fellow, funded by grant GR063560MA.

**Conflicts of interest:** none declared.

1. International Programme on Chemical Safety. *The International Conference on Chemical Safety. Stockholm, Sweden, 25–29 April 1994. Final Report.* Geneva: World Health Organization; 1994. WHO document IPCS/ICCS/94.8. Available from: http://www.who.int/ifcs/Documents/Forum/Forum/F1-report_en.pdf

2. United Nations Conference on the Environment and Development. *Agenda 21. Chapter 19, Environmentally sound management of toxic chemicals, including prevention of illegal international traffic in toxic and dangerous products.* Geneva. United Nations Department of Economic and Social Affairs; 1992. Available from: http://www.un.org/esa/sustdev/documents/agenda21/english/agenda21chapter19.htm

3. Intergovernmental Forum on Chemical Safety. *Chemical safety in a vulnerable world. Forum IV. Fourth session of the Intergovernmental Forum on Chemical Safety, Bangkok, Thailand, 1–7 November 2003. Strategic approach to international chemicals management (SAICM). Forum IV thought starter report to SAICM PrepCom1, 9-13 November 2003.* Geneva: Intergovernmental Forum on Chemical Safety; 2004. . WHO document IFCS/FORUM-IV/13w Rev 2. Available from: http://www.who.int/ifcs/Forums/ForumIV/Meet_docs.htm

4. Intergovernmental Forum on Chemical Safety. *In partnership for global chemical safety. Forum III. Third session of the Intergovernmental Forum on Chemical Safety, Salvador da Bahia, Brazil, 15–20 October 2000. Final report.* Geneva: Intergovernmental Forum on Chemical Safety; 2000. WHO document IFCS/FORUM III/23w. Available from: http://www.who.int/ifcs/Documents/Forum/ForumIII/f3-finrepdoc/Part1.pdf

5. Intergovernmental Forum on Chemical Safety. *Chemical safety in a vulnerable world. Forum IV. Fourth session of the Intergovernmental Forum on Chemical Safety, Bangkok, Thailand, 1–7 November 2003. Final report. Executive summary.* Geneva: Intergovernmental Forum on Chemical Safety; 2004. WHO document IFCS/FORUM IV/16w. Available from: http://www.who.int/ifcs/Forums/ForumIV/FV/report.htm

6. *Public health impact of pesticides used in agriculture.* Geneva: World Health Organization and United Nations Environment Programme; 1990.

7. Phillips MR, Yang G, Zhang Y, Wang L, Ji H, Zhou M. Risk factors for suicide in China: a national case–control psychological autopsy study. *Lancet* 2002;360:1728-36.

8. Eddleston M, Phillips MR. Self-poisoning with pesticides. *BMJ* 2004;328:42-4.

9. Li XY, Yu YC, Wang YP, Yang RS, Zhang C, Ji H, et al. Characteristics of serious suicide attempts treated in general hospitals. *Chinese Journal of Mental Health* 2002;16:681-4.

10. Forum standing committee working group. *Chemical safety in a vulnerable world. Forum IV. Fourth session of the Intergovernmental Forum on Chemical Safety, Bangkok, Thailand, 1–7 November 2003. Acutely toxic pesticides. Initial input on extent of problem and guidance for risk management.* Geneva: Intergovernmental Forum on Chemical Safety; 2004. WHO document IFCS/FORUM-IV/10w. Available from: http://www.who.int/ifcs/Forums/ForumIV/Meet_docs.htm

11. Gunnell D, Eddleston M. Suicide by intentional ingestion of pesticides: a continuing tragedy in developing countries. *International Journal of Epidemiology* 2003;32:902-9.

12. Eddleston M. Patterns and problems of deliberate self-poisoning in the developing world. *The Quarterly Journal of Medicine* 2000;93:715-31.

13. Konradsen F, van der Hoek W, Cole DC, Hutchinson G, Daisley H, Singh S, et al. Reducing acute poisoning in developing countries – options for restricting the availability of pesticides. *Toxicology* 2003;192:249-61.

14. Roberts DM, Karunarathna A, Buckley NA, Manuweera G, Sheriff MHR, Eddleston M. Influence of pesticide regulation on acute poisoning deaths in Sri Lanka. *Bulletin of the World Health Organization* 2003;81:789-98.

15. *The Rotterdam Convention on the Prior Informed Consent procedure for certain hazardous chemicals and pesticides in international trade.* Geneva: World Health Organization/United Nations Environment Programme/Food and Agriculture Organization; 1998. Available from: http://www.pic.int/index.html

**WOODARD
00218**

Copyright of Bulletin of the World Health Organization is the property of World Health Organization and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

WOODARD
00219

International Journal for Quality in Health Care 2000: Volume 12, Number 4: pp 281–295

# Defining and measuring quality of care: a perspective from US researchers

ROBERT H. BROOK[1,2], ELIZABETH A. McGLYNN[1] AND PAUL G. SHEKELLE[1]

[1] RAND, Santa Monica and [2] UCLA Center for the Health Sciences and the Greater Los Angeles Veterans Administration Health Care System, Los Angeles, CA, USA

## Abstract

The modern quality field in medicine is about one-third of a century old. The purpose of this paper is to summarize what we know about quality of care and indicate what we can do to improve quality of care in the next century. We assert that quality can be measured, that quality of care varies enormously, that improving quality of care is difficult, that financial incentives directed at the health system level have little effect on quality, and that we lack a publicly available tool kit to assess quality.

To improve quality of care we will need adequate data and that will require patients to provide information about what happened to them and to allow people to abstract their medical records. It also will require that physicians provide patient information when asked. We also need a strategy to measure quality and then report the results and we need to place in the public domain tool kits that can be used by physicians, administrators, and patient groups to assess and improve quality. Each country should have a national quality report, based on standardized comprehensive and scientifically valid measures, which describes the country's progress in improving quality of care. We can act now.

For the 70–100 procedures that dominate what physicians do, we should have a computer-based, prospective system to ensure that physicians ask patients the questions required to decide whether to do the procedure. The patient should verify the responses. Answers from patients should be combined with test results and other information obtained from the patient's physician to produce an assessment of the procedure's appropriateness and necessity.

Advanced tools to assess quality, based on data from the patient and medical records, are also currently being developed. These tools could be used to comprehensively assess the quality of primary care across multiple conditions at the country, regional, and medical group level.

Keywords: health care, health services evaluation, quality assessment, quality improvement

As this century closes, it is fitting to reflect on what we know about measuring quality of care. This essay is a personal one and reflects mostly research that we have performed at RAND. After doing that, we will consider what needs to be done in the next quarter of a century.

## What we have learned about quality of care

In the last 30 years, research has demonstrated that quality can be measured [1], that quality varies enormously [2], that where you go for care affects its quality far more than who you are [3], that improving quality of care, while possible, is difficult and painful [4] and, in general, has not been successfully accomplished. Changing the way one pays for care or one's system of care will affect the amount of care rendered, but its effect on the distribution of quality care is likely to be clinically unimportant [5] Finally, there is no tool kit in the public domain that can be used in non-research settings to comprehensively assess quality of care. (For a series of quality factoids, see Appendix.)

This last deficiency stems primarily from the lack of a government policy – in any country in the world – to support development of a set of quality assessment tools that are routinely updated, user-friendly, and available to any interested party. No country in the world requires the production of a yearly national report on the level of quality delivered in its health system, although all countries in the world produce multiple financial reports. A visitor from Mars might conclude that the purpose of the US health system is to spend money; and that most of health policy is about who gets the money – doctors, lawyers, or administrators.

Progress on improving quality of care can be illustrated by a story. A few years ago the first author attended a lecture

Address reprint requests to R. H. Brook, The RAND Corporation, Health Program, 1700 Main Street, PO Box 2138, Santa Monica, CA 90407-2138, USA. E-mail: robert_brook@rand.org

WOODARD
00220

R. H. Brook et al.

given by a clinical investigator who had spent his long professional life trying to find a cure for colon cancer. The title of his lecture was 'Results of Controlled Clinical Trials to Improve Survival in Patients with Colon Cancer'. This author came to the lecture fully expecting to be told that the lecturer's life had been a success and that substantial progress had been made in advancing the state of the art of treating patients with colon cancer. Instead, he began his lecture by saying, 'I do not believe my life has been a waste, because I have systematically studied, in the most rigorous way, one proposed innovation after another for the treatment of colon cancer. I have proven beyond the shadow of a doubt that none of these interventions is worth applying to patients, and many of them may actually be harmful. What I have contributed to the field is not new knowledge about what should be done; instead, I have rid the world of a great number of hypotheses about what works by showing that they do not.'

Research in quality of care assessment performed in the last third of this century should be viewed in the same positive way. What we have done is to show world leaders that quality of care varies remarkably, that probably millions of people in developed countries have shortened life expectancies because of poor quality, that neither government nor private-sector policies to improve quality have succeeded; and that efforts to improve quality have not kept up with the scientific advances we have made in medicine. Although the likelihood that a person will benefit from medical care is better now than it was a third of a century ago, largely as a result of investment in basic science and clinical research, there is no evidence that we are better today at applying what we know than we were 30 years ago. Indeed, we may be worse because the complexity of medicine has increased so greatly.

How can we change this situation? First, we need a co-ordinated strategy to produce, and place in the public domain, tool kits that can be used by physicians, administrators, and patient advocacy groups to assess, improve, and alter medical care quality. This will require sustained government funding because the science upon which quality measurement is based is constantly changing. Second, we need to shift some of the resources now spent on advancing the science of medicine to re-engineering our health system to improve its efficiency and effectiveness. In many instances, we would do more to improve the health of the population by using better what we know than by learning new things. Third, each country should have a national report that describes its progress in improving the quality of care. The reports should be based on standardized, comprehensive, and scientifically valid quality of care measures. The reports should highlight implications of the variations in quality that now exist, and evaluate whether we are making progress in our efforts to apply the science that has been developed, mostly with public dollars, in an efficient and effective way to improve people's health.

## Defining quality care

One of the most important contributions of research in the quality field has been its attempt to define what is meant by quality care. All definitions seem to contain two components that are important to people [1]. The first component is providing care of high technical quality. By high technical quality care we mean that the patient receives only the procedures, tests, or services for which the desired health outcomes exceed the health risks by a sufficiently wide margin; and that each of these procedures or services is performed in a technically excellent manner. The second component of quality of care is that all patients wish to be treated in a humane and culturally appropriate manner and be invited to participate fully in deciding about their therapy.

Individuals' value systems and their conditions shape their choices about which component is most important. A patient with a broken leg might place the highest value on the technical aspect of care. A patient who has a chronic or an acute self-limiting condition might value the art of care over technical quality. Other preferences in the art domain, such as using local community versus distant tertiary referral centers, may dominate patient choice. For instance, a patient with cancer who might benefit from going to a referral center that has more experience in treating the tumor may choose to go to her local hospital where she knows and trusts the health professionals even if this means assuming an increased risk of a poorer outcome, including death. What we must do is give people enough information to make informed choices consistent with their values.

## Making tradeoffs in assessing quality

The provision of high technical care and high art of care can be examined from the perspective of an individual patient or of a population of patients. In many health systems in the world this distinction has become moot because, in reality, most doctors today are responsible for a group of patients.

We need to develop new clinical methods for use in day-to-day practice that incorporate a population perspective. An old study done in a poor area in the USA (the Appalachia region) many years ago illustrates this point. A general practitioner, who was the only doctor for more than 5000 people, would come to his office at 8.00 a.m. In the wintertime he might have more than 100 patients waiting to see him. He would ask all patients to sit down and then he would ask everyone who had a sore throat to stand up. Because it was the winter time, about one-third of the patients would stand up. He would then ask those patients who were allergic to penicillin to sit down. About 10% of the patients who were standing up would sit down. Following these two questions, he would ask all patients still standing to walk slowly to the right. His nurse was waiting, and right through their leather jackets or whatever outer clothing they were wearing, each patient would receive a shot of long-acting Penicillin. The doctor would then spend the rest of the morning seeing the patients that remained.

One of the early investigators in the field of quality assessment was somewhat horrified when he saw this process. But this doctor was practicing population-based medicine.

WOODARD
00221

He was saying, 'I have two options. I can schedule appointment times and limit the number of patients who walk into my office. If I do that, many patients will get no care at all. However, I would have more time to provide better care to those patients who actually see me (if better care is correlated with more time with the physician, something that research studies have not been able to substantiate). On the other hand, if I develop a triage system based on scientific evidence, then perhaps I can practice good care for individuals and for a population at the same time'. The compromise he came up with follows many rules of good medicine. Perhaps its most serious drawback was putting holes in leather jackets.

This story illustrates that if we are serious about improving quality of care, we need to decide whether the group we are caring for is the population as a whole, or the patients that choose to see us at a point in time. This dilemma lies at the heart of the agony currently engulfing managed care in the USA as bureaucrats, administrators, and others attempt to increase physicians' list size, which in turn decreases the amount of time physicians have to spend with each patient. Non-physicians are trying to deliver population-based medicine within a defined budget. The leather jackets are objecting [6].

Medicine is full of procedures and tests that may produce slight marginal benefit or even be slightly harmful. No matter how much science we apply, we will never know for certain whether these services are slightly beneficial or slightly harmful. Thus a key policy question is whether society should pay for tests and procedures of marginal or no proven benefit when patients demand such interventions. Here are some telling examples.

**Example 1.** A man gets up two to three times in the middle of the night to urinate because he has an enlarged prostate. He wants to fix this problem and he is willing to take the slight risk of death, and the moderate risks of incontinence and impotence to do it. Should we pay for this procedure, which society would not judge to be cost-effective, out of either public money or publicly subsidized money?

**Example 2.** People should be able to choose a physician that they trust, but should they be able to choose the sex, race, age, perhaps even the hair and eye color of the doctor they see?

**Example 3.** What if we conclude, as research has already demonstrated, that sending reminder cards and having people call up in friendly voices will increase the number of people who get pap smears, mammographies, or blood pressure checks but that these activities increase total costs. How many reminder cards should be sent? How friendly is friendly enough? We do not have sufficient resources to do it all.

These vignettes lead us to make the following recommendations: (i) people's values vary regarding whether they want to maximize the technical or art aspects of care. In addition, it is very difficult to make rational choices under emotional stress. Thus we should make a great effort to reduce substantially the variation in quality of care (of course, without reducing the mean level of quality) so that people do not have to make these choices; (ii) we need to develop a clinical tool kit that will help physicians deliver high quality

of care to populations that is also acceptable to individual patients. The clinical tool kit to do this has not been developed – its framework is barely visible, but we may need to fundamentally alter today's clinical process; (iii) we need to determine what people are willing to give up so that the proportion of the health system that is publicly funded or subsidized is compatible with the goals of society, fosters solidarity within the population, and does not destroy the pursuit of happiness in the name of health. If we want to make care more consistent, at a cost society might deem reasonable, we must forego receiving care of equivocal or marginal health benefit. We would also want the art of care to be high enough so that the patient, if she wishes, is empowered to be an equal partner in managing her own health.

We must find out what people value and figure out how to design an affordable health system that provides it. No health care system in the world is explicitly designed on this principle.

## Choosing measures to assess quality

We can produce information about quality for public consumption that is based on structural measures (innate characteristics of physicians, nurses, the system), process measures (what health professionals do to people), or outcome measures (what happens to people, particularly in terms of their health). In an ideal world in which there was sufficient knowledge to predict with absolute certainty the relationship between structural, process, and outcome measures, one would pick measures of quality that could be obtained inexpensively and unobtrusively. Unfortunately, there are some real problems in using both structural and outcome measures versus process measures to assess quality.

### Structural measures

Research has examined whether structural measures of quality predict what actually was done to patients. For instance, does a physician who is board certified produce better processes or outcomes than one who is not board certified? In general, relationships between structural and process variables are weak, inconsistent, and paradoxical [7]. Thus it is unwise to develop public information on quality of care that is based solely on structural measures. The following example demonstrates why.

The USA spends more money than probably any country in the world on hospital accreditation, yet study after study has demonstrated huge variations in quality of hospital care. There is no evidence to suggest that, in the absence of accreditation, the variation in hospital quality in the USA would be any greater [8]. The UK has a very sophisticated regionalized system of health care. Yet work we did in the UK in one region suggested that hospitals in the same region produced very different rates of the appropriateness of the use of coronary angiography. Measuring the amount of

WOODARD
00222

R. H. Brook et al.

regionalization is not, unfortunately, a very good measure of quality [9].

## Outcomes

In some ways outcomes are also poor measures of quality of care. Health outcomes are exactly the kind of information people want when they select a provider or a hospital. However, outcomes are only partially produced by health services and are frequently influenced more by other factors, (e.g. natural history of the disease, patient physiologic reserve, or patient age). Consider, for example, a patient who comes into the emergency department with a heart attack. If one did nothing for this patient other than relieve his pain, he would be likely (60–70% probability) to leave the hospital alive and be able to resume his normal daily activities. Thus care that was absolutely atrocious from a medical standpoint would result in good outcomes for most patients. To use outcomes as a marker of quality, we need to adjust for differences in case mix and other external factors to ensure fair comparisons among institutions or physicians.

Using outcomes to measure quality is further complicated because many outcomes of interest occur years later, and thus are rendered useless as measures of quality for accountability. For instance, to compare quality of care for patients who have breast cancer, one might want to use an outcome such as the 5-year survival rate. By the time that information was available, it would reflect care that was actually given 7 or 8 years previously. During that period, the institutions that provided that care could have changed markedly. Thus an 8-year-old piece of data would say very little about the quality of care rendered to patients currently.

In addition, if we are serious about ever using outcomes to measure quality of care, we will need to address some uncomfortable issues: (i) we will have to require patients to provide data about what happens to them; and (ii) we will have to provide care in a regionalized manner so that outcomes can be accurately assessed. We will consider the first issue in the next section of this paper, where we discuss obtaining data to assess quality. We will begin discussion of the second issue by considering the operation carotid endarterectomy [10].

Carotid endarterectomy is an operation in which people, most of whom have had a transient ischemic attack, have an obstruction in that artery removed. When this process is done well, it decreases the likelihood of future strokes or death. But the operation is dangerous and can cause immediate death, heart attack, or stroke.

Carotid endarterectomy has been studied extensively in randomized controlled clinical trials that compared medical and surgical treatment [11,12]. However, the people who designed these trials chose surgeons and hospitals that they knew were good and had low complication rates and patients who had higher than average 5-year stroke risk and lower than average surgical risk. These studies showed that patients who had obstruction of the artery and a transient ischemic attack and who went to 'the surgeon selected to participate in the study' had better outcomes – lower rates of stroke and death – at 5 years than if they had had medical therapy.

On the other hand, work we did demonstrated that the complication rate of this procedure, when performed by the average surgeon who does it, may be as much as threefold higher than that reported in the randomized controlled trial [13]. These higher complication rates suggest that medical therapy is better than surgical therapy.

Let us suppose that you have this condition and come to the first author as your internist to ask if he would recommend surgery or medical therapy. There is no current outcome reporting system anywhere in the world that would allow me to give you a database-derived answer to this question. Perhaps I should send you to one of the places that participated in this trial and hope they pay as much attention to you as they did when they were trying to prove that this surgery worked. Perhaps I can assume that because I am in an academic medical center, my surgeons are as good as the surgeons that participated in the trial. Or perhaps I should be more realistic and say, 'I do not know how to distinguish a good surgeon from an average surgeon, and therefore I am going to recommend that you have medical therapy'.

How could we alter this scenario? We would have to dramatically reduce the number of hospitals in the USA that are permitted to perform this operation. The operation works well if the total stroke and death rate is less than a few percent. If it is as much as 6 or 7%, then the operation, for most patients, is probably not worth doing. The difference between the operation that is worth doing and the one that is not worth doing is about three to five extra deaths per 100 people operated upon. To detect a statistically significant difference at this level in a valid way, we would need information on 1000 or more operations so that we could confidently say that an institution's death and stroke rate was low enough to make the operation worthwhile. There are about 100 000 of these operations performed each year in the USA. If we divide this 100 000 by 1000, then we would have only 100 hospitals in the entire country that would do this operation. If we believe that the number needed to obtain statistical validity is 2000 operations per hospital, then only 50 hospitals would be allowed to do this procedure.

If we do not go through a process like this one, we will never be able to help the patient who comes for advice. We will never know what is right to do. Thus before we design, conduct, and most importantly pay for randomized controlled clinical trials, we must be prepared to couple the results of randomized controlled clinical trials to policy recommendations about how care should be provided for a given procedure so that we can determine whether or not the successful arm of the randomized trial is worth providing in a community setting.

## Process measures

Process measures are only as good as the evidence that associates them with improved outcomes. Process assessments produce the harshest judgment of the quality of care. In a comparative study of five different methods to assess quality, four of 300 patients received care that met all of the explicit criteria concerning process of care [14]. That

284

WOODARD
00223

is, just four out of 300 patients got everything that they were supposed to get during the 6 months that their care was observed. If one assumes that high quality of care means that patients receive everything they should get, then 96% of people did not receive high quality of care. On the other hand, if one looked at outcomes that were potentially improveable, 25% of people had outcomes that could be improved by better process of care. Most, but certainly not all, people got well in spite of poor care. The medical profession makes many errors of both commission and omission and we often get away with it. Occasionally we lose.

For the vast majority of medical conditions, we will need to use process measures to assess quality. Thus the first priority of government in developing a quality tool kit should be to develop measures of the process of care. There are exceptions to this rule: when process and outcomes occur close together in time and when the process dominates the predictors of outcome. There are common operations, such as carotid endarterectomy and coronary artery bypass surgery, whose quality may be assessed by outcomes [15]. There are common hospitalizations that have high death rates, such as pneumonia, heart attack, heart failure, and stroke, where risk-adjusted models that compare hospitals by their death rates following hospitalization may be the best method to assess the quality of care patients receive. But, in general, process measures should be used to assess quality. We will need to work hard to make such measures understandable by all potential users.

In sum: regardless of what we would like to have happen, most of the quality indicators that we should use will be process based. When outcome indicators are needed, they will require changes in the way we deliver care so that numbers will be sufficiently large to make valid statistical statements. Whether this is acceptable in the USA is unknown. We should not fund clinical research studies if we do not have a strategy for coupling the results from those studies with a system to deliver services in a high quality manner.

We must provide a few additional comments about the use of outcome data. If the goal is to provide historical information about the progress, or lack thereof, that is occurring in a country's health care system, then outcome data may be very appropriate to use. Outcome data can also play an important role in evaluating changes in policy. For example, one could produce a time series that answers the following question: Is the survival rate from those cancers that are treatable, such as leukemia, lymphoma or breast cancer, increasing over time in the USA or in any country? Such a time series, even though the data in it may be 5–7 years old, would still provide interesting information about whether the US health care system was improving over time. Disaggregating such time series results by race, poverty status, and other important demographic characteristics might also provide insights into the equity of the health care system. Such information should be made available routinely in published reports about the quality of care in the USA or in any other country.

We used outcome data to evaluate the introduction of the

Prospective Payment System in the USA, which overnight changed hospital reimbursement for Medicare patients from a fee-for-service, cost-plus basis to a fixed price for diagnosis related groups (DRGs) system [3]. The evaluation was based on abstracting data from a national sample of over 18 000 patient records and producing risk-adjusted mortality rates for patients who were admitted to hospitals before and after the institution of the DRG program with either pneumonia, stroke, heart attack, heart failure, hip fracture, or depression. We found, in general, that there was no change in the mortality trend line after DRGs were introduced. This was viewed as a positive finding: the program made it much easier for the federal government to control the amount of money spent on hospitals, but it did not, in general, affect the source of inpatient care. The tragedy of this study is that there was no commitment on the part of the US government to repeat it to see whether the outcomes that occurred early in the implementation of DRGs were maintained into its maturity.

## Sources of data for measuring quality

In part, the type of measure one uses to assess quality (i.e. structural, process, outcome) dictates the source from which data about quality should be obtained. There are multiple sources of such data, ranging from routinely collected data that are part of delivering health care, such as claims forms in a fee-for-service system, to data from patient surveys, medical records, or data obtained from direct observation of patients.

Each of these sources has its strengths and weaknesses. For instance, consider a patient who was being told she had breast cancer. The doctor may have told the patient: (i) you have breast cancer; and (ii) here are the various options that you have regarding treatment for this disease. This conversation could have been recorded on a tape or videodisk. However, the doctor may not have recorded any of the conversation in the medical record. Furthermore, the patient, when asked whether the physician informed her of treatment options, may have been so emotionally distraught that she did not remember the doctor's explaining her therapeutic choices. If a quality of care criterion was that the doctor should have a discussion with the patient about treatment choices, then the data obtained from both the medical record and from the patient would indicate that the doctor had failed. However, the data obtained from the audiotape would indicate that the doctor had complied with the criterion. What should be the standard? If the patient was in no frame of mind to actually hear what was being said, does the doctor get credit for saying it anyway? If the audiotape indicated that the doctor did inform the patient, should the doctor be given credit even though he did not record the information in the medical record?

Examples such as this one illustrate that different information is obtained from different sources. This does not mean that we will never know the truth unless we use multiple sources, multiple observers, and spend more money collecting data about quality than providing quality care. It does mean,

WOODARD
00224

R. H. Brook *et al.*

however, that we must assess the validity and reliability of data when assessing quality.

If the type of data to be used in assessing quality is carefully chosen, valid information about quality of care can be obtained. For instance, billing data can be used to assess whether or not a procedure is given to a patient. We used billing data almost one-quarter of a century ago to determine that many doctors used antibiotic injections inappropriately in children [16]. We also determined from billing data that not only did physicians use antibiotic injections inappropriately, but they also gave the wrong antibiotic – one likely to produce more harm than benefit. We used medical record data to determine how quality of care varied among patients hospitalized with heart attack, pneumonia, stroke, and heart failure [3]. Medical record data showed that when services that should have been given to patients – such as the right drug or the right procedure – were not given, then the probability that the patient experienced an abnormal event increased. In addition, data from patients can be used to describe how the patient felt about the care episode, what happened in terms of health and functional status, and whether or not the patient understood how to manage a chronic health problem [17].

Policy decisions can affect our ability to access the best source of data. Quality of care assessment can be extraordinarily expensive unless it is possible to use data sources, whether they are medical records or billing data, without asking for the patient's permission. There is currently a vigorous debate in the USA about the circumstances in which data contained in bills, in encounter forms, and in medical records can be used for purposes such as assessing quality of care [18–20]. If we make it difficult to obtain these records, and require patient permission, then assessing quality of care may become impossible to do reliably or validly.

In addition to obtaining information that is already maintained in some database or record, we must address under what circumstances one can obtain new data from a patient. For instance, suppose we want to know whether a patient has been satisfied with his or her most recent mental health service. Suppose we want to know whether a patient following a hip fracture and surgery can walk up a flight of stairs 6 months later. What human subjects review process do we have to go through to be allowed to collect those data and contact the patient?

There is no question that collecting data is an imposition on people. But to obtain some privileges, people in a developed society must provide information and give up some of their privacy. In the USA, one must report for jury duty when summoned. One must be fingerprinted, take an eyesight test, and pass a written examination to obtain a driver's license. As a geriatrician, the first author is required to report to the Department of Motor Vehicles (DMV) any patient who has Alzheimer's disease so that his license can be removed. An internist/neurologist must report to the DMV if a person has a seizure so that her license can be likewise restricted. How should we tradeoff the need for information versus the right to privacy in the quality of care area?

Our suggestion for compromise is as follows. Patients should be required to provide information about what happened to them, to complete questionnaires about what was done to them, and to allow people to abstract their medical records. Individually identified information must be carefully protected and violators prosecuted vigorously. However, the information must be used to improve quality and reporting it solely in peer-reviewed journals is not enough. Government, purchasers, providers, and consumer advocacy groups should be held accountable to improve care; otherwise why should patients give up their privacy?

We conclude this discussion about the tradeoff between quality assessment and confidentiality by considering how care could be assessed in a long-term care facility, i.e. a nursing home. Unless there are major scientific breakthroughs in the next few years, a large percentage, perhaps even a majority, of women in developed countries will spend some time in a facility that looks like, feels like, or smells like a nursing home. Perhaps as many as half of these women will not have even a single visitor per year or an advocate to help ensure that they are well treated. Many nursing homes are staffed by people who are paid minimum wage and rate working in these facilities slightly better than working in a prison.

How can we safeguard and improve the quality of medical care given to patients under these circumstances? Let us consider a patient who was too weak to turn herself in bed and should be turned gently by a nurse every 2 hours; or a person who is too weak to feed herself and should be fed in a humane way at least three times a day. If we developed quality of care criteria to see that these activities happened, and if we used nursing home medical records to assess compliance with those criteria, it is likely that in many nursing homes we would stimulate an atmosphere of increased fraud in which more time would be spent documenting things that were not done than doing them.

Another possibility would be to put a video camera on every patient's bed with a system that allowed somebody to look at a random set of the videotapes to determine whether the behaviors we wished to encourage actually took place. Do we need patient permission to implement such a system? Is the system a violation of modesty – and of many other things as well? Suppose we gave women in a nursing home a choice about having a camera on their bed and using data from that camera to assess their quality of care. If only some women chose it, would we find that the camera was such a powerful mechanism in influencing quality that those who did not have a camera would never get any attention at all? If the majority of people agreed that in the name of safety, cameras were necessary on all nursing home beds, would we be willing to implement such a policy?

We believe we must confront such issues. We also believe that in most cases we will decide that the price we are paying in terms of relinquished confidentiality is more than worth the improvement in quality of care that will result when information about quality becomes routinely available in all settings.

WOODARD
00225

## Equity in reporting quality of care

The way we measure quality must be fair to providers. Suppose we observe a difference in either processes or outcomes of care between two providers (whether they are hospitals, physicians, or nursing homes), and we wish to do something with this information. 'Doing something' may involve anything ranging from making the information available publicly to using it to regulate or license, or even in some cases giving feedback to the provider who produced the information.

In most cases, providers react defensively to information that suggests deficits in quality. 'I cannot be that bad. The data must be wrong.' In some instances, the pressure from providers may become so great that the mechanism for assessing quality of care is defeated. This is what occurred in the USA with the public release of hospital mortality data by the Health Care Financing Administration (HCFA). The data that were released were adjusted for severity at the time of hospital admission, but the adjustment included only clinical information collected routinely from hospitals at the time patients were discharged. This information contained the procedures that were done, the diagnoses the patient had, and certain demographic variables. These variables were all used in logistic regression models to adjust for case mix; after adjustment, observed and expected death rates were published for all US hospitals.

Certain hospitals, especially some in the inner city, were found to have much higher adjusted death rates than expected. The administrators of these hospitals complained to the HCFA administrator that the ratings were unfair because their hospitals had sicker patients and the method of case adjustment was not sufficiently sensitive to capture that fact. In fact, this may have been true. Work we did in New York City comparing outcomes of care in public versus private hospitals showed that the method of adjusting the data strongly influenced decisions about which hospitals provided better or worse care [21].

The HCFA administrator had two choices. He could pay to collect more detailed clinical data and thus produce better but still not perfect mortality models. If he did this, he could limit the patients whose mortality rates would be publicly released to those with one of a few diseases (pneumonia, stroke, heart attack, and heart failure) that make up a large majority of the hospital deaths for people over the age of 65 years. While developing this technology, he could have continued to report existing mortality data. However, he decided to scrap the whole system. Why? That is a difficult question to answer. Collection of the additional clinical data would have cost an extra $30–50 per patient discharged with those conditions from the hospital. Perhaps that money would have been seen as wasted and better spent on something else – perhaps providing more medical care or more tanks.

This dilemma arises repeatedly in the quality of care field. People want valid and reliable measures of quality of care but they do not want to pay for them. They vigorously oppose any system that has demonstrable error in it that could be improved with a better data collection system

because it is not fair to risk the reputation of a single hospital or a single doctor through bad data about quality. On the other hand, when one proposes a more detailed clinical data collection system, the complaints are that it costs too much, is not feasible, and probably is not that important.

We have to develop a set of policies that will resolve this impasse. There is some evidence that might help in this regard. For example, in a study of prenatal care that used process measures, we found that it did not matter whether one adjusted for case mix in comparing performance among six health management organizations [22]. The comparisons were just as valid with or without adjustment for differences in case mix. This is generally the case in making process comparisons. In addition, for procedures such as coronary artery bypass surgery, where patients are usually operated on after being stabilized, adjustment for differences in case mix when using death rates as the quality measure, even at a detailed clinical level, does not contribute as much as it would if one adjusted for differences in case mix among patients admitted with a medical condition where the severity of the admission for heart attack, pneumonia, or stroke may differ greatly as a function of the hospital to which the patient is admitted [23].

If we are serious about reporting information about quality, we will need to determine the sensitivity of our results (e.g. labeling a good hospital as a bad hospital) to measures based on inexpensively collected data as opposed to more expensively collected data. Using that information, we need to make a decision about which data system should be used to assess quality of care in a valid and reliable way so that it is judged to be fair enough (not perfectly fair because there is no perfect system) to the doctors and hospitals included in the assessment. It is now possible to do this for many chronic conditions and for many procedures.

## Looking to the next century

It would be inappropriate to end this paper on a pessimistic note. A great deal of research has been devoted to measuring the appropriateness and necessity of health care. This work has used a method that combines a review of the scientific literature about the effectiveness and efficacy of a procedure with evidence obtained from a multi-specialty group judgment process [24]. This work has shown that in many countries in the world, a large percentage of procedures are not needed, while at the same time procedures that are needed to improve health are not offered to patients. Research has also shown that physicians fail to ask patients many clinical questions that are vital to deciding whether to do a procedure; or if patients are asked, it occurs in such a hurried and informal manner that valid and reliable information is not obtained. This is a definition of chaos.

The appropriateness technology is sufficiently well developed that it could replace the current way of practicing medicine. There is no question that for the 70–100 procedures that make up most of what we do, we should have a computer-based, prospective system by which we make sure

WOODARD
00226

R. H. Brook et al.

that when we, as physicians, treat patients, we ask the questions required to decide whether to do the procedure. We should make sure that the patient verifies the responses to those questions. We should combine the answers from patients with the results of tests into an appropriateness and necessity score that provides an initial assessment of the appropriateness and necessity of the procedure.

This real time assessment would not be used as an absolute rule to determine whether or not the procedure would be done. But it would serve as a starting point for negotiation between patients and doctors as they go about the business of deciding what should be done. If the assessment is overruled by either the doctor or the patient, then a simple clinical justification for that decision would be provided and used to improve, if deemed correct, the clinical system.

The appropriateness technology is feasible to use today and could radically improve the quality of care provided, at least for expensive procedures. It would help ensure that people get necessary things when they need them and do not get things they do not need.

In addition, advanced tools are also currently being developed that would allow a more valid, reliable, and comprehensive assessment of the quality of primary care across multiple conditions [25–27]. These tools are based upon data obtained both from the patient's medical records and from the patient. Information could be reported at the medical group level about the quality of primary care that is currently being given. Because these tools contain many indicators across multiple conditions and collect data from both records and patients, they are more likely to be valid and reliable and less likely to be gameable (i.e. less likely to be subject to inappropriate manipulation on the part of the provider). For example, because the quality for over 70 conditions is assessed, it would be virtually impossible for medical groups to reallocate funds from unmeasured to measured conditions so that their quality score would increase. These tools could be used to produce a comprehensive assessment of the quality of primary care at the country, region, and medical group level.

The last third of the century has produced information that could be used today to measure and improve quality of health care that is being provided in the western world. It would be a shame not to take advantage of this information, much of which was publicly funded. Right now we are comfortable spending $100 000 or more to extend the life of one patient by one year. We can get more value (i.e. health) for the money we spend if we invest more at the margin in a consistent and stronger effort to measure quality of care and improve it than if we provide more care to insured middle-class Americans.

## References

1. Brook RH, McGlynn EA, Cleary PD. Measuring Quality of Care. *N Engl J Med* 1996; 335: 966–970.

2. Schuster MA, McGlynn EA, Brook RH. How good is the quality of health care in the United States? *Milbank Q* 1998; 76: 517–563.

3. Kahn KL, Keeler EB, Sherwood MJ *et al.* Comparing outcomes of care pre- and post-implementation of the DRG-based prospective payment system. *J Am Med Assoc* 1990; 264: 1984–1988.

4. Oxman AD, Thomson MA, Davis DA, Haynes RB. No magic bullets: a systematic review of 102 trials of interventions to improve professional practice. *Can Med Assoc J* 1995; 153: 1423–1431.

5. Lohr K, Brook RH, Kamberg C. Use of medical care in the RAND Health Insurance Experiment: diagnosis- and service-specific analyses in a randomized controlled trial. *Med Care* 1986; 24: S1–S87.

6. Brook RH. Managed care is not the problem, quality is. *J Am Med Assoc* 1997; 278: 1612–1613.

7. Brook RH, Park RE, Chassin MR. Predicting the appropriate use of carotid endarterectomy, upper gastrointestinal endoscopy, and coronary angiography. *N Engl J Med* 1990; 323: 1173–1177.

8. Keeler EB, Rubenstein LV, Kahn KL *et al.* Hospital characteristics and quality of care. *J Am Med Assoc* 1992; 268: 1709–1714.

9. Gray D, Hampton JR, Bernstein SJ, Brook RH. Clinical practice: Audit of coronary angiography and bypass surgery. *Lancet* 1990; 335: 1317–1320.

10. Brook RH. Adapting practice patterns to a managed care environment: carotid endarterectomy – a case example. *J Vasc Surg* 1996; 23: 913–917.

11. Hobson RW, Weiss DG, Fields WS *et al.* Efficacy of carotid endarterectomy for asymptomatic carotid stenosis. *N Engl J Med* 1993; 328: 222–227.

12. North American symptomatic carotid endarterectomy trial collaborators. Beneficial effect of carotid endarterectomy in symptomatic patients with high-grade carotid stenosis. *N Engl J Med*, 1991; 325: 445–453.

13. Winslow CM, Solomon DH, Chassin MR *et al.* The Appropriateness of performing carotid endarterectomy. *N Engl J Med* 1988; 318: 721–727.

14. Brook RH, Appel FA. Quality of care assessment: Choosing a method for peer review. *N Engl J Med* 1973; 288: 1323–1329.

15. Brook RH. Health care reform is on the way: Do we want to compete on quality? *Ann Intern Med* 1994; 120: 84–86.

16. Brook RH, Williams KN. Effect of medical care review on the use of injections. *Ann Intern Med* 1976; 85: 509–515.

17. Hays RD, Brown JA, Spritzer KL *et al.* Member ratings of health care provided by 48 physician groups. *Arch Intern Med* 1998; 158: 785–790.

18. Detmer DE. Your privacy or your health – will medical privacy legislation stop quality health care? *Int J Qual Health Care* 2000; 12: 1–3.

19. Van den Hoven J. Privacy and health information: the need for a fine-grained account. *Int J Qual Health Care* 2000; 12: 5–6.

20. Willison D. Privacy and confidentiality concerns – are we up to the challenge? *Int J Qual Health Care* 2000; 12: 7–9.

288

WOODARD
00227

US perspective of quality of care

21. Shapiro MF, Park RE, Keesey J, Brook RH. The effect of alternative case-mix adjustments on mortality differences between municipal and voluntary hospitals in New York City. *Health Serv Res* 1994; 29: 95–112.

22. Murata PJ, McGlynn EA, Siu AL *et al.* for the HMO Quality Care Consortium. Quality measures for prenatal care: a comparison of care in six health care plans. *Arch Fam Med* 1994; 3: 41–49.

23. Williams SV, Nash DB, Goldfarb N. Differences in mortality from coronary artery bypass graft surgery at five teaching hospitals. *J Am Med Assoc* 1991; 266: 810–815.

24. Brook RH, Chassin MR, Fink A. A method for the detailed assessment of the appropriateness of medical technologies. *Int J Technol Assess Health Care* 1986; 2: 53–63.

25. Schuster MA, Asch SM, McGlynn EA *et al.* Development of a quality of care measurement system for children and adolescents: methodological considerations and comparisons with a system for adult women. *Arch Pediatr Adolesc Med* 1997; 151: 1085–1092.

26. Malin JL, Asch SM, Kerr EA, McGlynn EA. Evaluating the quality of cancer care: development of cancer quality indicators for a global quality assessment tool. *Cancer* 2000; 88: 701–707.

27. McGlynn EA, Kerr EA, Asch SM. A new approach to assessing the clinical quality of care for women: the QA tool system. *Women's Health Issues* 1999; 9: 184–192.

## Appendix: Quality factoids from work at RAND

1. RAND in the 1970s performed a $100 million community-based randomized controlled experiment to test (in the fee-for service system in the USA) the effect of cost-sharing, (i.e. deductibles and co-insurance versus free care), on use, cost, and health [1,2]. The conclusions from this 5-year landmark study, in general, were that for the average adult and child, cost-sharing, although reducing use by one-third or more, resulted in no change in health status. This lack of an impact on health was at least partly due to the fact that neither compliance with quality of care criteria, nor the likelihood that a patient-initiated episode of care would be one for which medical care was judged to be highly effective as opposed to not effective at all was changed by having free care. Thus, a financial incentive such as free care did not specifically increase the use of health care for medically necessary reasons. Health care use with free care was 30% higher for both effective and ineffective patient care episodes. Thus, a patient in a cost-sharing plan was equally as likely not to show up in the doctor's office for a symptom complex such as a cold for which medical care is not effective as she was likely not to show up for an ulcer, for which therapy could be effective. Furthermore, when the patient did show up, she received about 60% of the services she needed regardless whether care was free or not. This occurred at a time when a US physician could do anything he desired and there was no concept such as utilization review.

2. The conceptual framework for assessing an array of disease-specific outcomes was developed over 20 years ago [3]. This framework was illustrated for a child with asthma. Asthma is the most important common chronic condition for children. To perform a comprehensive assessment of the outcome of asthma care and to use that assessment to determine if a physician provided optimal asthma care would require the following steps:

(a)  First, all patients with asthma would need to be identified and their illness severity determined. Children who have more severe asthma may be triaged either to medical groups or physicians who are known to be experts in treating such children. However measuring severity is not straightforward. Based on a review of the literature and a consensus panel, it was determined that very little research was available to decide how to measure illness severity at the time a child with asthma first presents to a medical group. One of the conclusions of the research study was that more research was needed in this area but research in this area remains a low funding priority.

(b)  Second, the outcomes believed to be important are identified and include the following:

   (i)    disease severity
   (ii)   amelioration of symptoms
   (iii)  patient understanding of his or her disease
   (iv)   disability (work/school lost days)
   (v)    loss of sleep
   (vi)   school/work performance
   (vii)  patient anxiety
   (viii) patient depression
   (xi)   patient feeling of inferiority
   (x)    patient fear of shortened survival
   (xi)   parent/patient expectations for the future
   (xii)  family anxiety
   (xiii) family depression.

   Each of these outcomes was considered by our expert physicians to be important. A review of the literature as well as the opinions of an expert clinical panel indicated that there was little research that would help guide the development of models to explain these outcomes as a function of either innate characteristics of the patient and his or her family, or whether the quality of medical care was good or bad. What was clear is that a different multi-variable model was required to predict the occurrence of each outcome. Further, doctors who are good at preventing the patient from losing sleep because of asthma symptoms may not also be good at helping the child understand or reduce her fear of shortened survival or recognizing or treating the family anxiety and depression that results from having a child with asthma.

   This work concluded that there has not been, for even a single chronic condition, a comprehensive examination of the link between what we do in medicine and the areas of important outcomes, let alone the use

WOODARD
00228

R. H. Brook et al.

of that information to say something about quality of care. Currently there is either no adjustment for differences in severity of illness when outcomes across medical groups or doctors are compared, or only one disease-specific outcome is used, such as mortality, or a general health status measure is used as the outcome measure and this measure does not capture adequately all the dimensions listed above. More research is needed to determine how to use the outcome assessment method to make a definitive statement about the quality of care given to a patient with a specific disease.

3. Five quality of care assessment methods were compared to evaluate the care received by patients with one of three conditions: ulcer, hypertension, or urinary tract infection [4]. The five methods were: implicit process judgment, implicit outcome judgment, implicit quality of care judgment, explicit process judgment, and estimation of group outcomes. These are the fundamental methods that are still used today to assess quality of care.

(a) The implicit process method requires a health professional to form a judgment about whether what was done to a patient is adequate or inadequate, based on a review of the medical record.

(b) The implicit outcome method requires the health professional, without the use of any explicit criteria, to read what was done to the patient and what happened to the patient. To obtain the outcome information, a standardized outcome assessment some time after care was received is performed. The health professional is then asked the question, 'Considering what was done to the patient and what happened to the patient, could the outcome or health status of the patient been improved?'

(c) The implicit quality of care judgment provides the health professional with both what happened to the patient and what was done to the patient, and asks the physician or health professional to rate the quality of care, considering both the process and outcome of care.

(d) The explicit process judgment requires comparing what was done to the patient with explicit, previously developed criteria that are based on a review of the scientific literature and expert judgment.

(e) The fifth method compares what happens to a group of patients whose demographic and clinical characteristics have been precisely defined against explicit external benchmarks or a group judgment of what should be the outcome of care.

When these five methods that form the basis of all modern methods of quality of care assessment were compared, it was shown that about 2% of the patients met all of the explicit process criteria, that the process of care when judged implicitly was adequate for about one-quarter of the patients, and that the implicit outcome judgment was unimproveable for two-thirds of the patients. The results of the implicit quality of care review were very similar to those from the implicit

process judgment.

This study has two very important implications for policy. First, any process judgment of quality of care will produce a much harsher assessment of quality than will an outcome judgment. This is true because people can get bad care and still survive and prosper. Second, physicians believe that a quality of care assessment should be based more on what was done to the patient than what happened to the patient and that outcome data are almost irrelevant to a physician's judgment of the quality of care rendered to a given patient.

4. A quarter of a century ago we demonstrated that routinely collected claims data from a fee-for-service system could be used to make powerful statements about quality of care and that these claims data, in turn, could be used to monitor the results of a program directed at changing the use of injections in the ambulatory arena [5,6]. In the Medicaid Program in New Mexico we observed that about two out of every five ambulatory visits ended with an injection, nearly 50% of the injections were antibiotics, and that most of the injections were for the wrong antibiotic. This determination was made possible by linking claims data that contained the patient diagnosis with procedure data that contained information about whether an injection was given and if so, what medication was used. Based on the above findings, a dual strategy was implemented to both educate physicians about what is the appropriate use of antibiotic injections and to deny payment for injections that were felt to be medically inappropriate. The injection rate fell quickly from about two out of five to one out of seven visits ending in an injection, and most of the injections that were given were ones that were medically appropriate. This study indicates that valid, routinely collected data can be used to both measure and improve quality of care and that before more complex methods of quality of care measurement are used, secondary data bases should be exploited for the impact that they potentially could have on understanding the current level of quality of care and how that care might be improved.

5. In another study done on psychosocial problems and chronically ill children over 25 years ago, 44 children with a chronic illness and their parents were interviewed concerning their expectations for the current visit [7]. The doctor/patient interaction was tape-recorded. Identical categories of information were extracted from the tape recording and from a review of the patient's medical records. Examples of findings from this study are: (i) although parents expected that about three-quarters of the psychosocial aspects of care should be covered by the doctor, only one-quarter were actually discussed in the visit; (ii) unfulfilled expectations were associated with a lower satisfaction with the medical care received; and (iii) doctors recorded about 80% of the discussions of symptoms and physical findings in the patient's medical record, but only 25% of the

WOODARD
00229