discussions of psychosocial problems. This small study, which has been confirmed by many others, indicates that different aspects of the patient's problems are more or less likely to be covered in a routine visit. Patient expectations are not met very often in the psychosocial dimension of health care. Quality of care assessment based on a written medical record is more valid when one examines information about whether history and physical items and symptoms were assessed as opposed to whether psychosocial aspects of the patient's problem were discussed. This study suggests that patient surveys be used when one wants to assess the psychosocial aspects of health care and that the clinical process be re-engineered so that the doctor is aware of the patient's expectations for the visit before the visit actually begins.

6. It is tempting to examine the rate of use of a procedure across geographic areas and conclude that differences in the use of a procedure are related to the appropriateness of the use of a procedure. This was not found to be the case in a study of three procedures – angiography, carotid endarterectomy, and upper gastrointestinal endoscopy – in the USA [8]. These procedures were performed two to three times as frequently in the high-use area compared to the low-use area. However, differences in appropriateness of care by geographic area were small and could not explain the huge differences in the use of the procedure. This work and other work has confirmed that under- and overuse of services exist simultaneously in geographic areas and that reliance on secondary data sources about level of the use of a procedure, unless it is related in an explicit way to appropriateness or need, is a poor and potentially misleading marker of appropriateness or quality of care. This finding has been confirmed in small area analyses as well as in large area analyses and makes it virtually impossible to conclude anything about quality from variations in utilization rates [9].

7. One of the most important questions regarding using secondary data to measure differences in hospital outcomes is the validity of the method that is used to adjust for differences in case mix. We demonstrated, in New York City in the early 1980s, that conclusions regarding the quality of hospital care provided in municipal hospitals versus that in voluntary hospitals are dependent on the adjustment method used 10,11]. We developed logistic regression models for pneumonia, stroke, head trauma, hip repair, and myocardial infarction and compared the additional deaths potentially caused by poor quality of care in city hospitals versus voluntary hospitals under several models. We found that estimates of mortality differences between New York City municipal hospitals and voluntary hospitals are substantially affected by which secondary diagnoses are used in the case mix adjustment method. For instance, if we put into the model only patient characteristics such as age, sex, and those diagnoses that are almost certainly present on admission (such as diabetes) and not potentially caused by poor quality of care during the hospital stay (such as cardiac arrest), then there were 3.3 additional deaths per 100 people admitted in city hospitals for heart attack, 1.2 for pneumonia, 8.3 for stroke, 2.8 for head trauma, and 0.8 for hip repair. However, when we added all the diagnoses into the model that appear on the face sheet of the patient's hospital medical record and therefore are contained in the administrative data base maintained by the State of New York, only differences for stroke remained significant between the two hospital groups. The full adjustment model contains diagnoses that could either have been caused by bad quality of care, such as a patient who developed heart failure because his heart attack was inappropriately managed, or could have been present at time of admission and be a marker of patient severity with which the hospital had to cope. Recently, hospital diagnoses are being coded with an additional digit (in the States of California and New York) that indicates whether the co-morbid diagnoses were present at time of hospital admission or occurred during the hospitalization. Hopefully the use of this digit will increase the validity of case-adjustment methods using secondary data and may make it possible to compare mortality across hospitals for selected conditions without collecting additional clinical data. One of the most important research studies to be immediately performed should be to compare assessments of quality based on those systems that contain this added digit in the secondary database with systems that re-abstract the medical records to collect more detailed clinical data. If it is possible to develop valid risk-adjusted measures of hospital mortality for common conditions from secondary data that include this extra digit, then this could go a long way to making valid information public about differences in hospital quality.

8. Explaining differences in hospital quality has been difficult [12]. What has been established is that hospitals that have better processes of care have better outcomes. In a national study of almost 400 hospitals in the USA in the 1980s, people who received processes of care ranked in the top 25% for conditions such as heart attack, pneumonia, stroke, and heart failure had three to five fewer deaths per 100 people admitted to a hospital than those people who received care in the lower 25th percentile of the quality distribution [13]. This is an enormous difference, and because these data come from a nationally (USA) representative sample of hospitals, the results can be generalized and can be used to assert that hundreds of thousands of excess deaths are being produced in the USA because of variation in the quality of hospital care. There has not been a lot of work that has examined how these deaths could be prevented. However, in another study it was shown that the reasons for possible preventable deaths cut across many different clinical processes such as inadequate treatment of angina, inadequate fluid management, failure to control arrhythmias, inadequate

WOODARD 00230

management of sepsis, inadequate diagnostic work-up, or inadequate airway or oxygen management [14,15]. What this means is that in order to fix this problem of preventable deaths, it will not be possible just to develop an automated drug dispensing system, but rather what one will need is a systems approach to improving and re-engineering hospital care where all aspects of the care process are improved. Targeting one aspect of the care process and hoping to make a major dent in the preventable deaths that occur in American hospitals will just chip away at the problem. Although the above findings regarding variation in hospital quality are accepted, it is also clear that being extremely confident about whether a specific hospital is a statistical quality outlier is difficult to establish. Although it is unlikely that a hospital that provides care in the bottom third of the quality distribution will, if a different method is used to measure quality, move to the top third of the distribution, it is clear that the adjustment method used to correct for differences in case mix when assessing differences in quality of hospital care can change whether a hospital's ranking is significantly different from some pre-established cutpoint.

Thus, what has been learned in the field of measuring hospital quality using outcomes is that a few diseases produce most of the hospital deaths. There is large variation among hospitals in the quality of care for people hospitalized for these conditions. This variation results in a large number of lives (certainly over 100 000) being shortened in the USA today. There are many reasons for these preventable deaths rather than one or two reasons that could be easily identified and corrected with simple management systems. Predicting precisely whether a given hospital is a statistical outlier is difficult because of variation in performance over time, relatively small sample sizes, and the methods used to adjust for case severity. Nonetheless, hospitals that are at the bottom of the quality distribution are unlikely to move to the top of the distribution if the adjustment method is changed and vice-versa.

9. A great deal of work has been done on measuring the appropriateness of medical care. If the health benefit exceeds the health risk by a sufficiently wide margin, then the procedure is defined as appropriate and is worth doing. This definition has been extended to measuring the necessity of care, which is a subset of appropriateness and means that if physicians did not offer patients an appropriate procedure, they would feel so upset they would want to go on strike or consider it morally reprehensible that they could not provide patients this service. Appropriateness studies have been done in many countries in the developed world using a method that is based upon reviewing the scientific literature and filling in the holes in the scientific literature with expert judgment. From this work there are many important generalizations. First, appropriateness of care varies remarkably from hospital to hospital, even in settings in which there is a national health system and regionalization. In one region in the UK, the appropriateness of the use of coronary angiography varied from 37% in one hospital to 63% in another hospital. In general, when appropriateness has been rated by panels in different countries in the western world, there is remarkably good agreement among them, and doctors in the western world seem to be using similar paradigms in judging appropriateness of the use of procedures [16,17]. The one minor exception to this might be physicians in at least one region, i.e. Trent in the UK. Results from both a US panel that rated appropriateness of care for coronary angiography and coronary bypass surgery and from a Trent regional panel were independently applied to actual patients who had undergone coronary angiography in Trent. For coronary angiography, if the US panels ratings were used, then 71% of the angiographies in Trent were judged appropriate; but if the Trent panel's ratings were used, then 49% of the same angiographies were judged appropriate. The difference in these figures was due to the fact that the Trent physician panel members were much more likely to base their ratings on the scientific evidence reported in randomized controlled clinical trials. When there was evidence from randomized controlled clinical trials regarding the efficacy of a coronary angiography, both the US and UK panels agreed that the procedure was appropriate to do. However, when that type of rigorous evidence was missing and was replaced with softer evidence from either descriptive studies, quasi-experimental studies, or even in some cases, animal models, the US panel might indicate it was appropriate to do the procedure, but the UK panel would rate such an indication as equivocal or inappropriate. Of all the physician groups we have examined, which include the Canadians, the Swiss, the Swedish, the Dutch, and the Israelis, the Trent UK panel was more true to the belief that a procedure should be labeled appropriate only if good evidence as opposed to judgment was available to support its use. With this caveat in mind, we have found consistent results regarding appropriateness across many countries.

For instance in four hospitals in Israel, the appropriateness of cholecystectomy varied from 64% to 83% by hospital and was not correlated with the geographical use rate of the procedure in the area served by the hospital [18]. In the USA we found that we could explain 4% or less of the variability in the appropriateness of care on the basis of standard, easily obtainable data about the patient, the physician or the hospital [19]. The characteristics examined were age, sex, race of the patient, physician age, board certification status, and experience with the procedure, and whether the hospital was a teaching one, a profit-making one, and its size. There were a few factors that were significant in predicting the appropriateness of the three procedures (upper gastrointestinal endoscopy, coronary angiography, and carotid endarterectomy). Performance in

WOODARD
00231

a teaching hospital increased the likelihood that the procedure would be clinically appropriate. Angiographies were more often performed for appropriate reasons in older or more affluent patients. Being treated by a surgeon who performed a higher rather than a lower number of procedures, however, decreased the likelihood of an appropriate carotid endarterectomy by one-third from 40% to 28%. The latter finding is an ironic one, in that in order to do the procedure well and justify its use, you need to perform a lot of them. But obviously, one way of performing a lot of them in a market characterized by perhaps too many surgeons who can do this procedure is to perform more of them for reasons that are not appropriate in the first place. In a study of the appropriateness of hysterectomy in managed care plans (seven managed care plans in the USA) we found variation in the rate of inappropriate use of hysterectomy in these plans; 16% of women underwent hysterectomy for reasons judged to be clinically inappropriate, and almost two out of five women had the procedure for reasons that were judged to be either equivocal or medically inappropriate [20]. The appropriateness method has also been applied to identify underuse of care. In six hospitals in Los Angeles, an area in which there is a very high rate of the use of coronary angiography and coronary revascularization, we found that underuse of needed coronary revascularization occurred in 25% of people [21–23]. In other words, in the population of patients who underwent coronary angiography, based on findings from the coronary angiography, and the patient's history and symptoms, only 75% of patients actually had a necessary coronary revascularization procedure. Those people that did not get a coronary revascularization procedure died at much higher rates. Similarly, we found that only 43% of patients in the same geographic area who met necessity criteria based on the results of their history and cardiovascular stress tests actually received a coronary angiography within 3 months of the diagnostic test; 56% received the procedure within 12 months of the stress test. In Switzerland, in a study of 20 primary care physicians and over 7000 patient visits, we found that of the 611 patients who complained of upper digestive tract symptoms, underuse of endoscopy was identified in about 12% of these patients. Thus, findings from this method in multiple countries have demonstrated [24]:

(a) that physician panels around the world can be convened to develop appropriateness criteria;

(b) that these appropriateness criteria can be used to evaluate patient care;

(c) that when they are applied, both overuse and underuse can be detected;

(d) that underuse and overuse of the same procedure occur simultaneously in the same geographic areas, the same hospital, and in care provided by the same physician;

(e) that underuse and overuse occur regardless of the financial incentives that are operating;

(f) the underuse and overuse cannot be predicted from readily available structural data.

Thus, if we are going to improve the appropriateness with which services are used, we must tackle this problem directly, measure it prospectively, and use the data to improve the care process.

10. Results of assessment of the quality of prenatal care in six managed care plans in the USA produced the following conclusions [25]:

(a) that quality of prenatal care varies across the plans. This is similar to findings that have been mentioned previously;

(b) that on average, about 80% of routine screening tests and other routine prenatal care processes were done for women who were pregnant and treated in these health maintenance organizations but only 70% of the interventions to follow-up on abnormal findings or manage complications of pregnancy were done. One plan provided 95% of the routine screening tests while another plan provided less than 66% of them. The assessment of quality was based on information obtained from the medical record and demonstrated that, even in an environment in which population-based medicine is supposed to be practiced and care is managed, a large percentage of the services and tests that need to be done are not done.

11. A recent study demonstrated that it is possible to assess the satisfaction of patients with their physician group [26]. In a study of over 7000 patients and 48 medical groups, large variations in scores on multiple satisfaction scales were found. For instance, on the quality of care scale, which had a mean of 45 and a standard deviation of 10, the low plan had a score of 28 and the high plan had a score of 68. Negative patient ratings of care were significantly related to intention to switch to another physician group, difficulty in getting appointments, lengthy waiting times in the reception area and in the examination areas, the inability to receive consistent care from one physician for routine visits, and not being informed by the office staff when there was a delay in seeing the primary care physician. This study goes a long way to providing evidence that monitoring health care quality at the physician group level is possible and could be used for benchmarking, internal quality improvement, and for providing information to the public about how physician groups will meet their needs.

12. How do we put all these assorted facts about quality together in an attempt to improve the quality of care for a procedure such as carotid endarterectomy? [27, 28] What is needed is for this procedure to be used appropriately and performed in a technically outstanding manner.

(a) Up-to-date, explicit, clinically detailed, multi-specialty criteria need to be developed and used prospectively to decide under what circumstances carotid endarterectomy is both appropriate and necessary.

WOODARD
00232

(b) A system to publicly report outcome data by physician and hospital must be developed because how well this procedure is performed must be the primary criterion in determining whether it should be used.

(c) To produce statistically valid outcome data (stroke and mortality results following carotid endarterectomy) we need to reduce the number of places where the procedure is done. In the USA about 100 000 carotid endarterectomies are performed per year. Obtaining statistically valid outcomes means that no fewer than 500 or 1000 carotid endarterectomies should be performed at any institution that does this procedure. At most, 200 hospitals in the USA should be performing carotid endarterectomy. The country would probably be even better off if only 100 facilities performed this operation.

(d) The appropriateness of the procedure should be explicitly measured and compared with the clinically detailed guidelines. It is vital that for risky procedures such as carotid endarterectomy, we know that they are being performed only when medically justifiable clinical indications are present. Before the procedure is performed, the physician should record symptoms, signs and needed treatments, and the results of tests and should check these against the appropriateness criteria to make sure the patient has a clinical condition that benefits from the operation; if this comparison needs to be overruled the clinician should state in the medical record the reason for this decision and it should be explained as well to the patient.

(e) Because of the variability in reading the results of the carotid angiography, which serves as the basis for doing a carotid endarterectomy, the reliability of angiography readings must be improved so that they can correctly identify those patients who will benefit from carotid endarterectomy. This could be done through slipping standardized previously assessed angiographies into the daily work to make sure that whoever reads the results of the angiogram is capable of rendering an opinion as to whether sufficient disease is present to warrant an operation. In addition, it may be impossible to assure adequate reliability with only a single reading; two or three independent readings may be needed to increase reliability to an acceptable level.

(f) Because of financial pressures that exist in all parts of the world to reduce the use of medical care, a system should be developed to make sure that people who actually need a procedure and meet necessary criteria for it actually are offered it.

## References (Appendix)

1. Brook RH, Ware JE, Rogers WH. Does free care improve adults' health?: Results from a randomized controlled trial. *N Engl J Med* 1983; 309: 1426–1434.

2. Lohr K, Brook RH, Kamberg C. Use of medical care in the RAND Health Insurance Experiment: diagnosis- and service-specific analyses in a randomized controlled trial. *Med Care* 1986; 24: S1–S87.

3. Brook RH, Avery AD, Greenfield S. Assessing the quality of medical care using outcome measures: An overview of the method. *Med Care* 1977; 15 (suppl).

4. Brook RH, Appel FA. Quality of care assessment: Choosing a method for peer review. *N Engl J Med* 1973; 288: 1323–1329.

5. Lohr KN, Brook RH. Quality of care in episodes of respiratory illness among Medicaid patients in New Mexico. *Ann Intern Med* 1980; 92: 99–106.

6. Brook RH, Williams KN. Effect of medical care review on the use of injections. *Ann Intern Med* 1976; 85: 509–515.

7. Lau RR, Williams HS, Williams LC *et al.* Psychosocial problems in chronically ill children: physician concern, parent satisfaction, and the validity of medical records. *J Commun Health* 1982; 7: 250–261.

8. Chassin MR, Kosecoff J, Park RE *et al.* Does inappropriate use explain geographic variations in the use of health care services? *J Am Med Assoc* 1987; 258: 2533–2537.

9. Leape LL, Park RE, Solomon DH *et al.* Does inappropriate use explain small-area variations in the use of health care services? *J Am Med Assoc* 1990; 263: 669–672.

10. Shapiro MF, Park RE, Keesey J, Brook RH. Mortality differences between New York City municipal and voluntary hospitals, for selected conditions. *Am J Public Health* 1993; 83: 1024–1026.

11. Shapiro MF, Park RE, Keesey J, Brook RH. The effect of alternative case-mix adjustments on mortality differences between municipal and voluntary hospitals in New York City. *Health Serv Res* 1994; 29: 95–112.

12. Park RE, Brook RH, Kosecoff J. Explaining variations in hospital death rates: randomness, severity of illness, quality of care. *J Am Med Assoc* 1990; 264: 484–490.

13. Kahn KL, Keeler EB, Sherwood MJ *et al.* Comparing outcomes of care pre- and post-implementation of the DRG-based prospective payment system. *J Am Med Assoc* 1990; 264: 1984–1988.

14. Dubois RW, Rogers WH, Moxley JH *et al.* Hospital inpatient mortality: is it a predictor of quality? *N Engl J Med* 1987; 317: 1674–1680.

15. Dubois RW, Brook RH. Preventable deaths: who, how often, and why? *Ann Intern Med* 1988; 109: 582–589.

16. Gray D, Hampton JR, Bernstein SJ, Brook RH. Clinical practice: audit of coronary angiography and bypass surgery. *Lancet* 1990; 335: 1317–1320.

17. Bernstein SJ, Kosecoff J, Gray D *et al.* The appropriateness of the use of cardiovascular procedures: British versus U.S. perspectives. *Int J Technol Assess Health Care* 1993; 9: 3–10.

18. Pilpel D, Fraser GM, Kosecoff J *et al.* Regional differences in appropriateness of cholecystectomy in a prepaid health insurance system. *Public Health Rev* 1992/93; 20: 61–74.

19. Brook RH, Park RE, Chassin MR. Predicting the appropriate use of carotid endarterectomy, upper gastrointestinal endoscopy, and coronary angiography. *N Engl J Med* 1990; 323: 1173–1177.

WOODARD
00233

20. Bernstein SJ, McGlynn EA, Siu AL *et al.* The appropriateness of hysterectomy. A comparison of care in seven health plans. *J Am Med Assoc* 1993; **269**: 2398–2402.

21. Kravitz RL, Laouri M, Kahan JP *et al.* Validity of criteria used for detecting underuse of coronary revascularization. *J Am Med Assoc* 1995; **274**: 632–638.

22. Laouri M, Kravitz RL, Bernstein SJ *et al.* Underuse of coronary angiography: application of a clinical method. *Int J Qual Health Care* 1997; **9**: 5–22.

23. Laouri M, Kravitz RL, French WJ *et al.* Underuse of coronary revascularization procedures: application of a clinical method. *J Am Coll Cardiol* 1997; **29**: 891–897.

24. Froehlich F, Pache I, Burnand B *et al.* Underutilization of upper gastrointestinal endoscopy. *Gastroenterology* 1997; **112**: 690–697.

25. Murata PJ, McGlynn EA, Siu AL *et al.* for the HMO Quality Care Consortium. Quality measures for prenatal care: a comparison of care in six health care plans. *Arch Fam Med* 1994; **3**: 41–49.

26. Hays RD, Brown JA, Spritzer KL *et al.* Member ratings of health care provided by 48 physician groups. *Arch Intern Med* 1998; **158**: 785–790.

27. Brook RH, Williams KN, Avery AD. Quality assurance today and tomorrow: Forecast for the future. *Ann Int Med* 1976; **85**: 809–817.

28. Brook RH. Adapting practice patterns to a managed care environment: carotid endarterectomy – a case example. *J Vasc Surg* 1996; **23**: 913–917.

**Accepted for publication 11 April 2000**

WOODARD
00234

November 2005
lmf

**MICHAEL DENNIS LONG**

**Labor Market Research:** Bartenders & Restaurant General Managers in and around Denver (Arapahoe County) & Golden ( Jefferson County) Colorado.

I. GENERAL RESEARCH

A. www.fedstats.gov
1. Colorado County Selection Map
2. Arapahoe County Colorado People Quick Facts
3. Profile of General Demographic Characteristics: 2000 - Arapahoe County
4. Profile of Selected Economic Characteristics: 2000 - Arapahoe County
5. Profile of Selected Housing Characteristics: 2000 - Arapahoe County
6. Profile of Selected Social Characteristics: 2000 - Arapahoe County
7. Jefferson County Colorado People Quick Facts
8. Profile of General Demographic Characteristics: 2000 - Jefferson County
9. Profile of Selected Economic Characteristics: 2000 - Jefferson County
10. Profile of Selected Housing Characteristics: 2000 - Jefferson County
11. Profile of Selected Social Characteristics: 2000 - Jefferson County

B www.bls.gov
1. Occupational Employment and Wages: November 200
   a. National Estimates for Bartenders
   b. National Estimates for First-Line Supervisors/Managers of Food Preparation & Serving Workers
   c. National Estimates for Restaurant Cooks

C. www.acinet.org
1. State Profile-Colorado
   a. Largest Employers
2. Occupation Profile/Employment Trends
   a. Bartenders
   b. First Line Supervisors/Managers of Food Preparation & Serving Workers
   c. Cooks, Restaurant

D. www.occupationalinfo.org
1. Bartender-Hotel & Restaurant
2. Manager, Food Service-Hotel & Restaurant & Personal Service
3. Cook

page 2
Labor Market Research
Michael D Long
Golden Colorado

    E. www.onetcenter.org
        1. Summary Report for Bartenders
        2. Summary Report for First-Line Supervisors/Managers of Food Preparation & Serving Workers
        3. Summary Report for Cooks
    F. www.hometownlocator.com
        1. Community Profile, Golden Colorado
        2. Community Profile, Denver Colorado
    G. www.bea.doc.gov
        1. Bearfacts-Colorado Personal Income

II. CONTACTS:
    A.

WOODARD
00315

I. TELEPERFORMANCE USA
375 S State Street #D
Clearfield Utah
801-776-3565
800-938-7872-Salt Lake City Utah - HR Department

1. CONTACT: Victoria, HR Dept
    a. She would consider 90% of their jobs "light & sedentary"
    b. Their employees answer phones & sit at a computer to do their job.
        1. They are flexible with employees who cannot sit for long periods of time while doing their job
            a. Employees use headsets & can move around while talking
        2. Computer literacy is important, but can be learned in their training sessions
    c. They hire full-time & part-time employees
        1. They offer benefits to employees who work 22+ hrs per week
            a. Employees can "design" their own benefits package according to what they need & can afford
            b. They offer:
                1. Medical/dental/vision
                2. 401K after 1 year employment
                3. Paid vacation
                4. Paid sick days
                    a. They have a quarterly attendance policy that varies in each department & with each supervisor, they are reasonable with employees
    d. They are hiring right now & generally have positions available

J. SEAGULL BOOK & TAPE
40 W 500 S
Bountiful Utah
801-296-6632

1. CONTACT: Christina
    a. They hire full-time & part-time employees
    b. They do not offer benefits to full or part-time employees
    c. They do not have vacation pay or sick pay
    d. A knowledge of their products are important, but not essential for hire
    e. Individual must be teachable
    f. They should be able to lift up to 50lbs, but if there is a medical issue they can arrange for assistance
    g. Starting pay is minimum wage

Page 8
Labor Market Research
David Andrews
Davis County Utah

K. DEPARTMENT OF WORKFORCE SERVICES
1. CONTACT-internet www.jobs.utah.gov
a. Customer Service-General Office-Collections - see attached
b. This is a part-time position
c. Pay is $7.00-$8.00/hr - wage is negotiable
d. High School Diploma required
e. no experience necessary but customer service/collections a plus
f. Good customer service skills
g. Must have a valid Utah drivers license to make bank deposits & run errands

WOODARD
00317



Page 1 of 1

MOFFAT
ROUTT
JACKSON
LARIMER
WELD
LOGAN
SEDGWICK
PHILLIPS
MORGAN
RIO BLANCO
GRAND
BOULDER
DENVER
YUMA
ADAMS
WASHINGTON
GILPIN
CLEAR CREEK
Denver
ARAPAHOE
GARFIELD
EAGLE
SUMMIT
JEFFERSON
DOUGLAS
ELBERT
KIT CARSON
PITKIN
LAKE
PARK
LINCOLN
MESA
DELTA
TELLER
EL PASO
CHEYENNE
GUNNISON
CHAFFEE
MONTROSE
FREMONT
KIOWA
CROWLEY
OURAY
PUEBLO
SAGUACHE
CUSTER
SAN MIGUEL
HINSDALE
OTERO
BENT
PROWERS
DOLORES
SAN JUAN
MINERAL
HUERFANO
RIO GRANDE
ALAMOSA
MONTEZUMA
LA PLATA
ARCHULETA
CONEJOS
COSTILLA
LAS ANIMAS
BACA

WOODARD
00318

http://quickfacts.census.gov/qfd/maps/stout08.gif 11/30/2005

State & County QuickFacts

## Arapahoe County, Colorado

| People QuickFacts | Arapahoe County | Colorado |
|---|---|---|
| Population, 2004 estimate | 522,812 | 4,601,403 |
| Population, percent change, April 1, 2000 to July 1, 2004 | 7.0% | 7.0% |
| Population, 2000 | 487,967 | 4,301,261 |
| Population, percent change, 1990 to 2000 | 24.6% | 30.6% |
| Persons under 5 years old, percent, 2000 | 6.9% | 6.9% |
| Persons under 18 years old, percent, 2000 | 26.7% | 25.6% |
| Persons 65 years old and over, percent, 2000 | 8.6% | 9.7% |
| Female persons, percent, 2000 | 50.7% | 49.6% |
| White persons, percent, 2000 (a) | 79.9% | 82.8% |
| Black or African American persons, percent, 2000 (a) | 7.7% | 3.8% |
| American Indian and Alaska Native persons, percent, 2000 (a) | 0.7% | 1.0% |
| Asian persons, percent, 2000 (a) | 3.9% | 2.2% |
| Native Hawaiian and Other Pacific Islander, percent, 2000 (a) | 0.1% | 0.1% |
| Persons reporting some other race, percent, 2000 (a) | 4.5% | 7.2% |
| Persons reporting two or more races, percent, 2000 | 3.2% | 2.8% |
| White persons, not of Hispanic/Latino origin, percent, 2000 | 73.9% | 74.5% |
| Persons of Hispanic or Latino origin, percent, 2000 (b) | 11.8% | 17.1% |
| Living in same house in 1995 and 2000', pct age 5+, 2000 | 44.3% | 44.1% |
| Foreign born persons, percent, 2000 | 11.0% | 8.6% |
| Language other than English spoken at home, pct age 5+, 2000 | 15.5% | 15.1% |
| High school graduates, percent of persons age 25+, 2000 | 90.7% | 86.9% |

WOODARD
00319

| | | |
|---|---|---|
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 37.0% | 32.7% |
| Persons with a disability, age 5+, 2000 | 66,507 | 638,654 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 26.1 | 24.3 |
| Housing units, 2002 | 212,851 | 1,929,092 |
| Homeownership rate, 2000 | 68.0% | 67.3% |
| Housing units in multi-unit structures, percent, 2000 | 31.2% | 25.7% |
| Median value of owner-occupied housing units, 2000 | $171,700 | $166,600 |
| Households, 2000 | 190,909 | 1,658,238 |
| Persons per household, 2000 | 2.53 | 2.53 |
| Median household income, 1999 | $53,570 | $47,203 |
| Per capita money income, 1999 | $28,147 | $24,049 |
| Persons below poverty, percent, 1999 | 5.8% | 9.3% |

| **Business QuickFacts** | **Arapahoe County** | **Colorado** |
|---|---|---|
| Private nonfarm establishments with paid employees, 2001 | 16,645 | 139,225 |
| Private nonfarm employment, 2001 | 308,146 | 1,986,570 |
| Private nonfarm employment, percent change 2000-2001 | 5.4% | 3.8% |
| Nonemployer establishments, 2000 | 37,450 | 333,364 |
| Manufacturers shipments, 1997 ($1000) | 5,017,318 | 40,012,820 |
| Retail sales, 1997 ($1000) | 6,353,603 | 40,536,034 |
| Retail sales per capita, 1997 | $13,726 | $10,417 |
| Minority-owned firms, percent of total, 1997 | 8.7% | 9.0% |
| Women-owned firms, percent of total, 1997 | 27.3% | 28.0% |
| Housing units authorized by building permits, 2002 | 4,763 | 47,871[1] |
| Federal funds and grants, 2002 ($1000) | 2,102,056 | 26,229,424 |

| **Geography QuickFacts** | **Arapahoe County** | **Colorado** |
|---|---|---|
| Land area, 2000 (square miles) | 803 | 103,718 |
| Persons per square mile, 2000 | 607.6 | 41.5 |
| FIPS Code | 005 | 08 |
| Metropolitan or Micropolitan Statistical Area | Denver-Aurora, CO Metro Area | |

WOODARD
00320

1: Colorado state total includes Broomfield County, not shown separately.

(a) Includes persons reporting only one race.
(b) Hispanics may be of any race, so also are included in applicable race categories.

FN: Footnote on this item for this area in place of data
NA: Not available
D: Suppressed to avoid disclosure of confidential information
X: Not applicable
S: Suppressed; does not meet publication standards
Z: Value greater than zero but less than half unit of measure shown
F: Fewer than 100 firms

Source U.S. Census Bureau: State and County QuickFacts. Data derived from Population Estimates, 2000 Census of Population and Housing, 1990 Census of Population and Housing, Small Area Income and Poverty Estimates, County Business Patterns, 1997 Economic Census, Minority- and Women-Owned Business, Building Permits, Consolidated Federal Funds Report, 1997 Census of Governments

Last Revised: Wednesday, 16-Nov-2005 10:03:19 EST

---

**Census Bureau Links:** . . . . . . . . . .

WOODARD
00321

Case 1:05-cv-00377-WDM-BNB Document 150-24 Filed 01/30/07 USDC Colorado Page 14 of 20

Arapahoe County, Colorado - DP-1. Profile of General Demographic Characteristics: 2000

Page 1 of 3

U.S. Census Bureau
American FactFinder

## DP-1. Profile of General Demographic Characteristics: 2000

Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data
Geographic Area: **Arapahoe County, Colorado**

NOTE: For information on confidentiality protection, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| Subject | Number | Percent |
|---|---|---|
| Total population | 487,967 | 100.0 |
| **SEX AND AGE** | | |
| Male | 240,430 | 49.3 |
| Female | 247,537 | 50.7 |
| Under 5 years | 33,720 | 6.9 |
| 5 to 9 years | 36,343 | 7.4 |
| 10 to 14 years | 37,944 | 7.8 |
| 15 to 19 years | 34,052 | 7.0 |
| 20 to 24 years | 30,092 | 6.2 |
| 25 to 34 years | 75,511 | 15.5 |
| 35 to 44 years | 86,013 | 17.6 |
| 45 to 54 years | 74,397 | 15.2 |
| 55 to 59 years | 22,306 | 4.6 |
| 60 to 64 years | 15,660 | 3.2 |
| 65 to 74 years | 22,687 | 4.6 |
| 75 to 84 years | 14,480 | 3.0 |
| 85 years and over | 4,762 | 1.0 |
| Median age (years) | 34.5 | (X) |
| 18 years and over | 357,613 | 73.3 |
| Male | 173,505 | 35.6 |
| Female | 184,108 | 37.7 |
| 21 years and over | 340,373 | 69.8 |
| 62 years and over | 50,625 | 10.4 |
| 65 years and over | 41,929 | 8.6 |
| Male | 17,298 | 3.5 |
| Female | 24,631 | 5.0 |
| **RACE** | | |
| One race | 472,556 | 96.8 |
| White | 390,048 | 79.9 |
| Black or African American | 37,428 | 7.7 |
| American Indian and Alaska Native | 3,234 | 0.7 |

WOODARD
00322

http://factfinder.census.gov/servlet/QTTable?_bm=n&_lang=en&qr_name=DEC_2000_SF1_U_DP1&ds_name=DEC_2000_SF1_U&geo id... 11/30/2005

| Subject | Number | Percent |
|---|---|---|
| Asian | 19,259 | 3.9 |
| Asian Indian | 2,368 | 0.5 |
| Chinese | 3,113 | 0.6 |
| Filipino | 1,836 | 0.4 |
| Japanese | 1,610 | 0.3 |
| Korean | 5,287 | 1.1 |
| Vietnamese | 2,904 | 0.6 |
| Other Asian [1] | 2,141 | 0.4 |
| Native Hawaiian and Other Pacific Islander | 586 | 0.1 |
| Native Hawaiian | 178 | 0.0 |
| Guamanian or Chamorro | 119 | 0.0 |
| Samoan | 97 | 0.0 |
| Other Pacific Islander [2] | 192 | 0.0 |
| Some other race | 22,001 | 4.5 |
| Two or more races | 15,411 | 3.2 |
| | | |
| ***Race alone or in combination with one or more other races [3]*** | | |
| White | 402,871 | 82.6 |
| Black or African American | 42,379 | 8.7 |
| American Indian and Alaska Native | 6,948 | 1.4 |
| Asian | 23,192 | 4.8 |
| Native Hawaiian and Other Pacific Islander | 1,354 | 0.3 |
| Some other race | 27,851 | 5.7 |
| | | |
| **HISPANIC OR LATINO AND RACE** | | |
| **Total population** | **487,967** | **100.0** |
| Hispanic or Latino (of any race) | 57,612 | 11.8 |
| Mexican | 36,191 | 7.4 |
| Puerto Rican | 1,973 | 0.4 |
| Cuban | 544 | 0.1 |
| Other Hispanic or Latino | 18,904 | 3.9 |
| Not Hispanic or Latino | 430,355 | 88.2 |
| White alone | 360,744 | 73.9 |
| | | |
| **RELATIONSHIP** | | |
| **Total population** | **487,967** | **100.0** |
| In households | 483,120 | 99.0 |
| Householder | 190,909 | 39.1 |
| Spouse | 97,830 | 20.0 |
| Child | 145,954 | 29.9 |
| Own child under 18 years | 120,647 | 24.7 |
| Other relatives | 21,476 | 4.4 |
| Under 18 years | 6,981 | 1.4 |
| Nonrelatives | 26,951 | 5.5 |
| Unmarried partner | 10,139 | 2.1 |
| In group quarters | 4,847 | 1.0 |
| Institutionalized population | 3,769 | 0.8 |
| Noninstitutionalized population | 1,078 | 0.2 |
| | | |
| **HOUSEHOLDS BY TYPE** | | |

WOODARD
00323

Arapahoe County, Colorado - DP-1. Profile of General Demographic Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| **Total households** | **190,909** | **100.0** |
| Family households (families) | 125,791 | 65.9 |
| With own children under 18 years | 66,707 | 34.9 |
| Married-couple family | 97,830 | 51.2 |
| With own children under 18 years | 49,160 | 25.8 |
| Female householder, no husband present | 20,319 | 10.6 |
| With own children under 18 years | 13,360 | 7.0 |
| Nonfamily households | 65,118 | 34.1 |
| Householder living alone | 51,462 | 27.0 |
| Householder 65 years and over | 11,296 | 5.9 |
| | | |
| Households with individuals under 18 years | 70,982 | 37.2 |
| Households with individuals 65 years and over | 29,351 | 15.4 |
| | | |
| Average household size | 2.53 | (X) |
| Average family size | 3.11 | (X) |
| | | |
| **HOUSING OCCUPANCY** | | |
| **Total housing units** | **196,835** | **100.0** |
| Occupied housing units | 190,909 | 97.0 |
| Vacant housing units | 5,926 | 3.0 |
| For seasonal, recreational, or occasional use | 513 | 0.3 |
| | | |
| Homeowner vacancy rate (percent) | 0.9 | (X) |
| Rental vacancy rate (percent) | 4.3 | (X) |
| | | |
| **HOUSING TENURE** | | |
| **Occupied housing units** | **190,909** | **100.0** |
| Owner-occupied housing units | 129,822 | 68.0 |
| Renter-occupied housing units | 61,087 | 32.0 |
| | | |
| Average household size of owner-occupied unit | 2.67 | (X) |
| Average household size of renter-occupied unit | 2.23 | (X) |

(X) Not applicable
[1] Other Asian alone, or two or more Asian categories.
[2] Other Pacific Islander alone, or two or more Native Hawaiian and Other Pacific Islander categories.
[3] In combination with one or more other races listed. The six numbers may add to more than the total population and the six percentages may add to more than 100 percent because individuals may report more than one race.
Source: U.S. Census Bureau, Census 2000 Summary File 1, Matrices P1, P3, P4, P8, P9, P12, P13, P.17, P18, P19, P20, P23, P27, P28, P33, PCT5, PCT8, PCT11, PCT15, H1, H3, H4, H5, H11, and H12.

WOODARD
00324

U.S. Census Bureau

American FactFinder

DP-3. **Profile of Selected Economic Characteristics: 2000**
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data
Geographic Area: **Arapahoe County, Colorado**

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| Subject | Number | Percent |
|---|---|---|
| **EMPLOYMENT STATUS** | | |
| **Population 16 years and over** | 372,885 | 100.0 |
| In labor force | 273,207 | 73.3 |
| Civilian labor force | 271,402 | 72.8 |
| Employed | 262,629 | 70.4 |
| Unemployed | 8,773 | 2.4 |
| Percent of civilian labor force | 3.2 | (X) |
| Armed Forces | 1,805 | 0.5 |
| Not in labor force | 99,678 | 26.7 |
| | | |
| **Females 16 years and over** | 191,294 | 100.0 |
| In labor force | 127,602 | 66.7 |
| Civilian labor force | 127,293 | 66.5 |
| Employed | 123,371 | 64.5 |
| | | |
| **Own children under 6 years** | 38,731 | 100.0 |
| All parents in family in labor force | 23,862 | 61.6 |
| | | |
| **COMMUTING TO WORK** | | |
| **Workers 16 years and over** | 260,271 | 100.0 |
| Car, truck, or van -- drove alone | 205,191 | 78.8 |
| Car, truck, or van -- carpooled | 28,303 | 10.9 |
| Public transportation (including taxicab) | 8,380 | 3.2 |
| Walked | 4,081 | 1.6 |
| Other means | 2,395 | 0.9 |
| Worked at home | 11,921 | 4.6 |
| Mean travel time to work (minutes) | 26.1 | (X) |
| | | |
| **Employed civilian population 16 years and over** | 262,629 | 100.0 |
| **OCCUPATION** | | |
| Management, professional, and related occupations | 104,002 | 39.6 |
| Service occupations | 30,692 | 11.7 |
| Sales and office occupations | 82,218 | 31.3 |
| Farming, fishing, and forestry occupations | 158 | 0.1 |
| Construction, extraction, and maintenance occupations | 22,908 | 8.7 |
| Production, transportation, and material moving occupations | 22,651 | 8.6 |

WOODARD
00325

| Subject | Number | Percent |
|---|---|---|
| **INDUSTRY** | | |
| Agriculture, forestry, fishing and hunting, and mining | 1,905 | 0.7 |
| Construction | 18,865 | 7.2 |
| Manufacturing | 17,497 | 6.7 |
| Wholesale trade | 11,052 | 4.2 |
| Retail trade | 31,888 | 12.1 |
| Transportation and warehousing, and utilities | 14,780 | 5.6 |
| Information | 19,479 | 7.4 |
| Finance, insurance, real estate, and rental and leasing | 30,049 | 11.4 |
| Professional, scientific, management, administrative, and waste management services | 34,766 | 13.2 |
| Educational, health and social services | 41,262 | 15.7 |
| Arts, entertainment, recreation, accommodation and food services | 18,094 | 6.9 |
| Other services (except public administration) | 12,217 | 4.7 |
| Public administration | 10,775 | 4.1 |
| | | |
| **CLASS OF WORKER** | | |
| Private wage and salary workers | 215,540 | 82.1 |
| Government workers | 29,243 | 11.1 |
| Self-employed workers in own not incorporated business | 17,186 | 6.5 |
| Unpaid family workers | 660 | 0.3 |
| | | |
| **INCOME IN 1999** | | |
| **Households** | **190,961** | **100.0** |
| Less than $10,000 | 8,595 | 4.5 |
| $10,000 to $14,999 | 6,498 | 3.4 |
| $15,000 to $24,999 | 16,851 | 8.8 |
| $25,000 to $34,999 | 22,759 | 11.9 |
| $35,000 to $49,999 | 32,637 | 17.1 |
| $50,000 to $74,999 | 43,109 | 22.6 |
| $75,000 to $99,999 | 26,258 | 13.8 |
| $100,000 to $149,999 | 20,952 | 11.0 |
| $150,000 to $199,999 | 5,945 | 3.1 |
| $200,000 or more | 7,357 | 3.9 |
| Median household income (dollars) | 53,570 | (X) |
| | | |
| With earnings | 169,387 | 88.7 |
| Mean earnings (dollars) | 68,084 | (X) |
| With Social Security income | 32,555 | 17.0 |
| Mean Social Security income (dollars) | 11,786 | (X) |
| With Supplemental Security Income | 4,203 | 2.2 |
| Mean Supplemental Security Income (dollars) | 6,624 | (X) |
| With public assistance income | 3,187 | 1.7 |
| Mean public assistance income (dollars) | 2,758 | (X) |
| With retirement income | 26,599 | 13.9 |
| Mean retirement income (dollars) | 19,925 | (X) |
| | | |
| **Families** | **126,468** | **100.0** |
| Less than $10,000 | 3,262 | 2.6 |

WOODARD
00326

| Subject | Number | Percent |
|---|---|---|
| $10,000 to $14,999 | 2,449 | 1.9 |
| $15,000 to $24,999 | 7,806 | 6.2 |
| $25,000 to $34,999 | 11,227 | 8.9 |
| $35,000 to $49,999 | 19,984 | 15.8 |
| $50,000 to $74,999 | 30,769 | 24.3 |
| $75,000 to $99,999 | 21,349 | 16.9 |
| $100,000 to $149,999 | 17,729 | 14.0 |
| $150,000 to $199,999 | 5,162 | 4.1 |
| $200,000 or more | 6,731 | 5.3 |
| Median family income (dollars) | 63,875 | (X) |
| | | |
| Per capita income (dollars) | 28,147 | (X) |
| ***Median earnings (dollars):*** | | |
| Male full-time, year-round workers | 41,601 | (X) |
| Female full-time, year-round workers | 31,612 | (X) |
| | | |
| POVERTY STATUS IN 1999 (below poverty level) | | |
| **Families** | **5,282** | (X) |
| Percent below poverty level | (X) | 4.2 |
| With related children under 18 years | 4,404 | (X) |
| Percent below poverty level | (X) | 6.2 |
| With related children under 5 years | 2,281 | (X) |
| Percent below poverty level | (X) | 8.7 |
| | | |
| **Families with female householder, no husband present** | **2,465** | (X) |
| Percent below poverty level | (X) | 12.9 |
| With related children under 18 years | 2,310 | (X) |
| Percent below poverty level | (X) | 16.8 |
| With related children under 5 years | 1,067 | (X) |
| Percent below poverty level | (X) | 26.6 |
| | | |
| **Individuals** | **27,987** | (X) |
| Percent below poverty level | (X) | 5.8 |
| 18 years and over | 18,582 | (X) |
| Percent below poverty level | (X) | 5.2 |
| 65 years and over | 2,051 | (X) |
| Percent below poverty level | (X) | 5.1 |
| Related children under 18 years | 8,944 | (X) |
| Percent below poverty level | (X) | 7.0 |
| Related children 5 to 17 years | 6,064 | (X) |
| Percent below poverty level | (X) | 6.4 |
| Unrelated individuals 15 years and over | 10,187 | (X) |
| Percent below poverty level | (X) | 11.4 |

(X) Not applicable.
Detailed Occupation Code List (PDF 42KB)
Detailed Industry Code List (PDF 44KB)
User note on employment status data (PDF 63KB)
Source: U.S. Census Bureau, Census 2000 Summary File 3, Matrices P30, P32, P33, P43, P46, P49, P50, P51, P52, P53, P58, P62, P63, P64, P65, P67, P71, P72, P73, P74, P76, P77, P82, P87, P90, PCT47, PCT52, and PCT53

WOODARD
00327

U.S. Census Bureau
American FactFinder

DP-4. **Profile of Selected Housing Characteristics: 2000**
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data
Geographic Area: **Arapahoe County, Colorado**

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| Subject | Number | Percent |
|---|---|---|
| **Total housing units** | 196,835 | 100.0 |
| **UNITS IN STRUCTURE** | | |
| 1-unit, detached | 111,736 | 56.8 |
| 1-unit, attached | 20,687 | 10.5 |
| 2 units | 1,692 | 0.9 |
| 3 or 4 units | 5,985 | 3.0 |
| 5 to 9 units | 11,679 | 5.9 |
| 10 to 19 units | 17,587 | 8.9 |
| 20 or more units | 24,466 | 12.4 |
| Mobile home | 2,860 | 1.5 |
| Boat, RV, van, etc. | 143 | 0.1 |
| | | |
| **YEAR STRUCTURE BUILT** | | |
| 1999 to March 2000 | 6,859 | 3.5 |
| 1995 to 1998 | 16,572 | 8.4 |
| 1990 to 1994 | 11,940 | 6.1 |
| 1980 to 1989 | 56,044 | 28.5 |
| 1970 to 1979 | 59,662 | 30.3 |
| 1960 to 1969 | 21,242 | 10.8 |
| 1940 to 1959 | 20,339 | 10.3 |
| 1939 or earlier | 4,177 | 2.1 |
| | | |
| **ROOMS** | | |
| 1 room | 4,540 | 2.3 |
| 2 rooms | 11,522 | 5.9 |
| 3 rooms | 21,773 | 11.1 |
| 4 rooms | 26,776 | 13.6 |
| 5 rooms | 25,633 | 13.0 |
| 6 rooms | 25,303 | 12.9 |
| 7 rooms | 25,534 | 13.0 |
| 8 rooms | 23,215 | 11.8 |
| 9 or more rooms | 32,539 | 16.5 |
| Median (rooms) | 5.8 | (X) |
| | | |
| **Occupied Housing Units** | 190,909 | 100.0 |
| **YEAR HOUSEHOLDER MOVED INTO UNIT** | | |

WOODARD
00328