Arapahoe County, Colorado - DP-4. Profile of Selected Housing Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| 1999 to March 2000 | 49,091 | 25.7 |
| 1995 to 1998 | 63,960 | 33.5 |
| 1990 to 1994 | 31,865 | 16.7 |
| 1980 to 1989 | 25,341 | 13.3 |
| 1970 to 1979 | 13,831 | 7.2 |
| 1969 or earlier | 6,821 | 3.6 |
| **VEHICLES AVAILABLE** | | |
| None | 10,687 | 5.6 |
| 1 | 64,163 | 33.6 |
| 2 | 78,496 | 41.1 |
| 3 or more | 37,563 | 19.7 |
| **HOUSE HEATING FUEL** | | |
| Utility gas | 151,447 | 79.3 |
| Bottled, tank, or LP gas | 2,262 | 1.2 |
| Electricity | 35,122 | 18.4 |
| Fuel oil, kerosene, etc. | 154 | 0.1 |
| Coal or coke | 16 | 0.0 |
| Wood | 137 | 0.1 |
| Solar energy | 138 | 0.1 |
| Other fuel | 1,054 | 0.6 |
| No fuel used | 579 | 0.3 |
| **SELECTED CHARACTERISTICS** | | |
| Lacking complete plumbing facilities | 582 | 0.3 |
| Lacking complete kitchen facilities | 784 | 0.4 |
| No telephone service | 1,505 | 0.8 |
| **OCCUPANTS PER ROOM** | | |
| Occupied housing units | 190,909 | 100.0 |
| 1.00 or less | 181,666 | 95.2 |
| 1.01 to 1.50 | 4,647 | 2.4 |
| 1.51 or more | 4,596 | 2.4 |
| Specified owner-occupied units | 112,113 | 100.0 |
| **VALUE** | | |
| Less than $50,000 | 430 | 0.4 |
| $50,000 to $99,999 | 5,634 | 5.0 |
| $100,000 to $149,999 | 32,045 | 28.6 |
| $150,000 to $199,999 | 34,606 | 30.9 |
| $200,000 to $299,999 | 24,030 | 21.4 |
| $300,000 to $499,999 | 9,708 | 8.7 |
| $500,000 to $999,999 | 4,240 | 3.8 |
| $1,000,000 or more | 1,420 | 1.3 |
| Median (dollars) | 171,700 | (X) |
| **MORTGAGE STATUS AND SELECTED MONTHLY OWNER COSTS** | | |
| With a mortgage | 94,874 | 84.6 |
| Less than $300 | 210 | 0.2 |

WOODARD
00329

Arapahoe County, Colorado - DP-4. Profile of Selected Housing Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| $300 to $499 | 1,694 | 1.5 |
| $500 to $699 | 5,329 | 4.8 |
| $700 to $999 | 19,879 | 17.7 |
| $1,000 to $1,499 | 37,863 | 33.8 |
| $1,500 to $1,999 | 18,254 | 16.3 |
| $2,000 or more | 11,645 | 10.4 |
| Median (dollars) | 1,248 | (X) |
| Not mortgaged | 17,239 | 15.4 |
| Median (dollars) | 319 | (X) |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN 1999** | | |
| Less than 15 percent | 35,528 | 31.7 |
| 15 to 19 percent | 20,465 | 18.3 |
| 20 to 24 percent | 18,152 | 16.2 |
| 25 to 29 percent | 12,285 | 11.0 |
| 30 to 34 percent | 8,287 | 7.4 |
| 35 percent or more | 17,074 | 15.2 |
| Not computed | 322 | 0.3 |
| **Specified renter-occupied units** | 60,906 | 100.0 |
| **GROSS RENT** | | |
| Less than $200 | 1,474 | 2.4 |
| $200 to $299 | 864 | 1.4 |
| $300 to $499 | 5,976 | 9.8 |
| $500 to $749 | 23,028 | 37.8 |
| $750 to $999 | 16,521 | 27.1 |
| $1,000 to $1,499 | 9,995 | 16.4 |
| $1,500 or more | 1,940 | 3.2 |
| No cash rent | 1,108 | 1.8 |
| Median (dollars) | 735 | (X) |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN 1999** | | |
| Less than 15 percent | 8,816 | 14.5 |
| 15 to 19 percent | 9,934 | 16.3 |
| 20 to 24 percent | 9,300 | 15.3 |
| 25 to 29 percent | 7,916 | 13.0 |
| 30 to 34 percent | 5,118 | 8.4 |
| 35 percent or more | 17,822 | 29.3 |
| Not computed | 2,000 | 3.3 |

(X) Not applicable.
Source: U.S. Census Bureau, Census 2000 Summary File 3, Matrices H1, H7, H20, H23, H24, H30, H34, H38, H40, H43, H44, H48, H51, H62, H63, H69, H74, H76, H90, H91, and H94

http://factfinder.census.gov/servlet/QTTable?_bm=y&-qr_name=DEC_2000_SF3_U_DP4&-ds_name=DEC_2000_SF3_U&-_lang=en&-_ss-...   11/30/2005

WOODARD
00330

U.S. Census Bureau
American FactFinder

## DP-2. Profile of Selected Social Characteristics: 2000
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data
Geographic Area: Arapahoe County, Colorado

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| Subject | Number | Percent |
|---|---:|---:|
| **SCHOOL ENROLLMENT** | | |
| Population 3 years and over enrolled in school | 134,175 | 100.0 |
| Nursery school, preschool | 9,242 | 6.9 |
| Kindergarten | 6,914 | 5.2 |
| Elementary school (grades 1-8) | 60,663 | 45.2 |
| High school (grades 9-12) | 29,827 | 22.2 |
| College or graduate school | 27,529 | 20.5 |
| **EDUCATIONAL ATTAINMENT** | | |
| Population 25 years and over | 316,560 | 100.0 |
| Less than 9th grade | 9,666 | 3.1 |
| 9th to 12th grade, no diploma | 19,908 | 6.3 |
| High school graduate (includes equivalency) | 64,921 | 20.5 |
| Some college, no degree | 81,327 | 25.7 |
| Associate degree | 23,506 | 7.4 |
| Bachelor's degree | 79,385 | 25.1 |
| Graduate or professional degree | 37,847 | 12.0 |
| Percent high school graduate or higher | 90.7 | (X) |
| Percent bachelor's degree or higher | 37.0 | (X) |
| **MARITAL STATUS** | | |
| Population 15 years and over | 380,507 | 100.0 |
| Never married | 101,756 | 26.7 |
| Now married, except separated | 210,710 | 55.4 |
| Separated | 6,146 | 1.6 |
| Widowed | 16,394 | 4.3 |
| Female | 13,495 | 3.5 |
| Divorced | 45,501 | 12.0 |
| Female | 27,155 | 7.1 |
| **GRANDPARENTS AS CAREGIVERS** | | |
| Grandparent living in household with one or more own grandchildren under 18 years | 6,857 | 100.0 |
| Grandparent responsible for grandchildren | 2,468 | 36.0 |

WOODARD
00331

Arapahoe County, Colorado - DP-2. Profile of Selected Social Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| **VETERAN STATUS** | | |
| Civilian population 18 years and over | 356,139 | 100.0 |
| Civilian veterans | 50,669 | 14.2 |
| **DISABILITY STATUS OF THE CIVILIAN NONINSTITUTIONALIZED POPULATION** | | |
| Population 5 to 20 years | 113,010 | 100.0 |
| With a disability | 8,512 | 7.5 |
| Population 21 to 64 years | 296,149 | 100.0 |
| With a disability | 42,922 | 14.5 |
| Percent employed | 67.5 | (X) |
| No disability | 253,227 | 85.5 |
| Percent employed | 83.2 | (X) |
| Population 65 years and over | 40,100 | 100.0 |
| With a disability | 15,073 | 37.6 |
| **RESIDENCE IN 1995** | | |
| Population 5 years and over | 454,817 | 100.0 |
| Same house in 1995 | 201,552 | 44.3 |
| Different house in the U.S. in 1995 | 235,549 | 51.8 |
| Same county | 89,917 | 19.8 |
| Different county | 145,632 | 32.0 |
| Same state | 73,182 | 16.1 |
| Different state | 72,450 | 15.9 |
| Elsewhere in 1995 | 17,716 | 3.9 |
| **NATIVITY AND PLACE OF BIRTH** | | |
| Total population | 487,967 | 100.0 |
| Native | 434,525 | 89.0 |
| Born in United States | 427,319 | 87.6 |
| State of residence | 175,849 | 36.0 |
| Different state | 251,470 | 51.5 |
| Born outside United States | 7,206 | 1.5 |
| Foreign born | 53,442 | 11.0 |
| Entered 1990 to March 2000 | 28,722 | 5.9 |
| Naturalized citizen | 19,668 | 4.0 |
| Not a citizen | 33,774 | 6.9 |
| **REGION OF BIRTH OF FOREIGN BORN** | | |
| Total (excluding born at sea) | 53,437 | 100.0 |
| Europe | 10,288 | 19.3 |
| Asia | 15,397 | 28.8 |
| Africa | 2,933 | 5.5 |
| Oceania | 503 | 0.9 |
| Latin America | 22,131 | 41.4 |
| Northern America | 2,185 | 4.1 |
| **LANGUAGE SPOKEN AT HOME** | | |

WOODARD
00332

Arapahoe County, Colorado - DP-2. Profile of Selected Social Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| **Population 5 years and over** | 454,817 | 100.0 |
| English only | 384,272 | 84.5 |
| Language other than English | 70,545 | 15.5 |
| Spanish | 33,154 | 7.3 |
| Speak English less than "very well" | 37,645 | 8.3 |
| Other Indo-European languages | 19,737 | 4.3 |
| Speak English less than "very well" | 15,706 | 3.5 |
| Asian and Pacific Island languages | 5,425 | 1.2 |
| Speak English less than "very well" | 13,469 | 3.0 |
| Speak English less than "very well" | 6,712 | 1.5 |
| | | |
| **ANCESTRY (single or multiple)** | | |
| Total population | 487,967 | 100.0 |
| *Total ancestries reported* | 562,093 | 115.2 |
| Arab | 2,422 | 0.5 |
| Czech[1] | 3,883 | 0.8 |
| Danish | 4,879 | 1.0 |
| Dutch | 10,377 | 2.1 |
| English | 60,493 | 12.4 |
| French (except Basque)[1] | 16,329 | 3.3 |
| French Canadian[1] | 3,387 | 0.7 |
| German | 108,091 | 22.2 |
| Greek | 2,947 | 0.6 |
| Hungarian | 2,319 | 0.5 |
| Irish[1] | 64,249 | 13.2 |
| Italian | 21,352 | 4.4 |
| Lithuanian | 1,311 | 0.3 |
| Norwegian | 13,230 | 2.7 |
| Polish | 12,634 | 2.6 |
| Portuguese | 786 | 0.2 |
| Russian | 8,086 | 1.7 |
| Scotch-Irish | 9,920 | 2.0 |
| Scottish | 13,411 | 2.7 |
| Slovak | 734 | 0.2 |
| Subsaharan African | 5,035 | 1.0 |
| Swedish | 14,131 | 2.9 |
| Swiss | 2,374 | 0.5 |
| Ukrainian | 1,825 | 0.4 |
| United States or American | 23,118 | 4.7 |
| Welsh | 5,274 | 1.1 |
| West Indian (excluding Hispanic groups) | 1,066 | 0.2 |
| Other ancestries | 148,430 | 30.4 |

(X) Not applicable.
[1] The data represent a combination of two ancestries shown separately in Summary File 3. Czech includes Czechoslovakian. French includes Alsatian. French Canadian includes Acadian/Cajun. Irish includes Celtic.

Ancestry Code List (PDF 35KB)
Place of Birth Code List (PDF 74KB)
Language Code List (PDF 17KB)

Source: U.S. Census Bureau, Census 2000 Summary File 3, Matrices P18, P19, P21, P22, P24, P36, P37, P39, P42, PCT8, PCT16, PCT17, and PCT19

http://factfinder.census.gov/servlet/QTTable?_bm=y&-qr_name=DEC_2000_SF3_U_DP2&-ds_name=DEC_2000_SF3_U&-_lang=en&-_ss... 11/30/2005

WOODARD
00333

State & County QuickFacts

- 
- 
- 
- 

## Jefferson County, Colorado

| People QuickFacts | Jefferson County | Colorado |
|---|---|---|
| Population, 2004 estimate | 526,351 | 4,601,403 |
| Population, percent change, April 1, 2000 to July 1, 2004 | 0.2% | 7.0% |
| Population, 2000 | 527,056 | 4,301,261 |
| Population, percent change, 1990 to 2000 | 20.2% | 30.6% |
| Persons under 5 years old, percent, 2000 | 6.3% | 6.9% |
| Persons under 18 years old, percent, 2000 | 25.3% | 25.6% |
| Persons 65 years old and over, percent, 2000 | 9.6% | 9.7% |
| Female persons, percent, 2000 | 50.2% | 49.6% |
| White persons, percent, 2000 (a) | 90.6% | 82.8% |
| Black or African American persons, percent, 2000 (a) | 0.9% | 3.8% |
| American Indian and Alaska Native persons, percent, 2000 (a) | 0.8% | 1.0% |
| Asian persons, percent, 2000 (a) | 2.3% | 2.2% |
| Native Hawaiian and Other Pacific Islander, percent, 2000 (a) | 0.1% | 0.1% |
| Persons reporting some other race, percent, 2000 (a) | 3.2% | 7.2% |
| Persons reporting two or more races, percent, 2000 | 2.2% | 2.8% |
| White persons, not of Hispanic/Latino origin, percent, 2000 | 84.9% | 74.5% |
| Persons of Hispanic or Latino origin, percent, 2000 (b) | 10.0% | 17.1% |
| Living in same house in 1995 and 2000', pct age 5+, 2000 | 50.9% | 44.1% |
| Foreign born persons, percent, 2000 | 5.4% | 8.6% |
| Language other than English spoken at home, pct age 5+, 2000 | 9.2% | 15.1% |
| High school graduates, percent of persons age 25+, 2000 | 91.8% | 86.9% |

WOODARD
00334

| Jefferson County QuickFacts from the US Census Bureau | | Page 2 of 3 |
|---|---|---|
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 36.5% | 32.7% |
| Persons with a disability, age 5+, 2000 | 68,851 | 638,654 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 27.4 | 24.3 |
| Housing units, 2002 | 218,646 | 1,929,092 |
| Homeownership rate, 2000 | 72.5% | 67.3% |
| Housing units in multi-unit structures, percent, 2000 | 23.8% | 25.7% |
| Median value of owner-occupied housing units, 2000 | $187,900 | $166,600 |
| Households, 2000 | 206,067 | 1,658,238 |
| Persons per household, 2000 | 2.52 | 2.53 |
| Median household income, 1999 | $57,339 | $47,203 |
| Per capita money income, 1999 | $28,066 | $24,049 |
| Persons below poverty, percent, 1999 | 5.2% | 9.3% |
| **Business QuickFacts** | **Jefferson County** | **Colorado** |
| Private nonfarm establishments with paid employees, 2001 | 16,202 | 139,225 |
| Private nonfarm employment, 2001 | 179,920 | 1,986,570 |
| Private nonfarm employment, percent change 2000-2001 | -1.4% | 3.8% |
| Nonemployer establishments, 2000 | 43,885 | 333,364 |
| Manufacturers shipments, 1997 ($1000) | 3,711,226 | 40,012,820 |
| Retail sales, 1997 ($1000) | 5,114,830 | 40,536,034 |
| Retail sales per capita, 1997 | $10,309 | $10,417 |
| Minority-owned firms, percent of total, 1997 | 8.0% | 9.0% |
| Women-owned firms, percent of total, 1997 | 29.1% | 28.0% |
| Housing units authorized by building permits, 2002 | 1,924 | 47,871 [1] |
| Federal funds and grants, 2002 ($1000) | 2,424,968 | 26,229,424 |
| **Geography QuickFacts** | **Jefferson County** | **Colorado** |
| Land area, 2000 (square miles) | 772 | 103,718 |
| Persons per square mile, 2000 | 682.6 | 41.5 |
| FIPS Code | 059 | 08 |
| Metropolitan or Micropolitan Statistical Area | Denver-Aurora, CO Metro Area | |

WOODARD
00335

Jefferson County QuickFacts from the US Census Bureau

1: Colorado state total includes Broomfield County, not shown separately.

(a) Includes persons reporting only one race.
(b) Hispanics may be of any race, so also are included in applicable race categories.

FN: Footnote on this item for this area in place of data
NA: Not available
D: Suppressed to avoid disclosure of confidential information
X: Not applicable
S: Suppressed; does not meet publication standards
Z: Value greater than zero but less than half unit of measure shown
F: Fewer than 100 firms

Source U.S. Census Bureau: State and County QuickFacts. Data derived from Population Estimates, 2000 Census of Population and Housing, 1990 Census of Population and Housing, Small Area Income and Poverty Estimates, County Business Patterns, 1997 Economic Census, Minority- and Women-Owned Business, Building Permits, Consolidated Federal Funds Report, 1997 Census of Governments

Last Revised: Wednesday, 16-Nov-2005 10:03:21 EST

Census Bureau Links: . . . . . . . . . . .

WOODARD
00336

U.S. Census Bureau
American FactFinder

## DP-1. Profile of General Demographic Characteristics: 2000
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data
Geographic Area: Jefferson County, Colorado

NOTE: For information on confidentiality protection, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/exps11u.htm

| Subject | Number | Percent |
|---|---|---|
| **Total population** | 527,056 | 100.0 |
| **SEX AND AGE** | | |
| Male | 262,217 | 49.8 |
| Female | 264,839 | 50.2 |
| Under 5 years | 33,280 | 6.3 |
| 5 to 9 years | 36,941 | 7.0 |
| 10 to 14 years | 39,634 | 7.5 |
| 15 to 19 years | 36,700 | 7.0 |
| 20 to 24 years | 29,534 | 5.6 |
| 25 to 34 years | 71,650 | 13.6 |
| 35 to 44 years | 97,374 | 18.5 |
| 45 to 54 years | 84,675 | 16.1 |
| 55 to 59 years | 27,190 | 5.2 |
| 60 to 64 years | 19,252 | 3.7 |
| 65 to 74 years | 28,352 | 5.4 |
| 75 to 84 years | 16,857 | 3.2 |
| 85 years and over | 5,617 | 1.1 |
| Median age (years) | 36.8 | (X) |
| 18 years and over | 393,570 | 74.7 |
| Male | 193,545 | 36.7 |
| Female | 200,025 | 38.0 |
| 21 years and over | 374,566 | 71.1 |
| 62 years and over | 61,724 | 11.7 |
| 65 years and over | 50,826 | 9.6 |
| Male | 21,567 | 4.1 |
| Female | 29,259 | 5.6 |
| **RACE** | | |
| One race | 515,590 | 97.8 |
| White | 477,454 | 90.6 |
| Black or African American | 4,677 | 0.9 |
| American Indian and Alaska Native | 3,971 | 0.8 |

WOODARD
00337

http://factfinder.census.gov/servlet/QTTable?_bm=n&_lang=en&qr_name=DEC_2000_SF1_U_DP1&ds_name=DEC_2000_SF1_U&geo_id...   11/30/2005

Jefferson County, Colorado - DP-1. Profile of General Demographic Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| Asian | 12,036 | 2.3 |
| Asian Indian | 1,314 | 0.2 |
| Chinese | 2,057 | 0.4 |
| Filipino | 833 | 0.2 |
| Japanese | 1,659 | 0.3 |
| Korean | 1,502 | 0.3 |
| Vietnamese | 2,539 | 0.5 |
| Other Asian [1] | 2,132 | 0.4 |
| Native Hawaiian and Other Pacific Islander | 409 | 0.1 |
| Native Hawaiian | 153 | 0.0 |
| Guamanian or Chamorro | 87 | 0.0 |
| Samoan | 63 | 0.0 |
| Other Pacific Islander [2] | 106 | 0.0 |
| Some other race | 17,043 | 3.2 |
| Two or more races | 11,466 | 2.2 |
| **Race alone or in combination with one or more other races [3]** | | |
| White | 487,916 | 92.6 |
| Black or African American | 6,464 | 1.2 |
| American Indian and Alaska Native | 7,772 | 1.5 |
| Asian | 14,946 | 2.8 |
| Native Hawaiian and Other Pacific Islander | 908 | 0.2 |
| Some other race | 21,364 | 4.1 |
| **HISPANIC OR LATINO AND RACE** | | |
| Total population | 527,056 | 100.0 |
| Hispanic or Latino (of any race) | 52,449 | 10.0 |
| Mexican | 28,148 | 5.3 |
| Puerto Rican | 1,031 | 0.2 |
| Cuban | 502 | 0.1 |
| Other Hispanic or Latino | 22,768 | 4.3 |
| Not Hispanic or Latino | 474,607 | 90.0 |
| White alone | 447,416 | 84.9 |
| **RELATIONSHIP** | | |
| Total population | 527,056 | 100.0 |
| In households | 519,326 | 98.5 |
| Householder | 206,067 | 39.1 |
| Spouse | 113,607 | 21.6 |
| Child | 153,242 | 29.1 |
| Own child under 18 years | 124,270 | 23.6 |
| Other relatives | 18,012 | 3.4 |
| Under 18 years | 6,314 | 1.2 |
| Nonrelatives | 28,398 | 5.4 |
| Unmarried partner | 10,716 | 2.0 |
| In group quarters | 7,730 | 1.5 |
| Institutionalized population | 4,632 | 0.9 |
| Noninstitutionalized population | 3,098 | 0.6 |
| **HOUSEHOLDS BY TYPE** | | |

WOODARD
00338

Jefferson County, Colorado - DP-1. Profile of General Demographic Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| **Total households** | 206,067 | 100.0 |
| Family households (families) | 140,439 | 68.2 |
| With own children under 18 years | 68,772 | 33.4 |
| Married-couple family | 113,607 | 55.1 |
| With own children under 18 years | 52,417 | 25.4 |
| Female householder, no husband present | 18,818 | 9.1 |
| With own children under 18 years | 11,846 | 5.7 |
| Nonfamily households | 65,628 | 31.8 |
| Householder living alone | 50,528 | 24.5 |
| Householder 65 years and over | 13,085 | 6.3 |
| | | |
| Households with individuals under 18 years | 73,145 | 35.5 |
| Households with individuals 65 years and over | 35,236 | 17.1 |
| | | |
| Average household size | 2.52 | (X) |
| Average family size | 3.03 | (X) |
| | | |
| **HOUSING OCCUPANCY** | | |
| Total housing units | 212,488 | 100.0 |
| Occupied housing units | 206,067 | 97.0 |
| Vacant housing units | 6,421 | 3.0 |
| For seasonal, recreational, or occasional use | 1,555 | 0.7 |
| | | |
| Homeowner vacancy rate (percent) | 0.6 | (X) |
| Rental vacancy rate (percent) | 3.6 | (X) |
| | | |
| **HOUSING TENURE** | | |
| Occupied housing units | 206,067 | 100.0 |
| Owner-occupied housing units | 149,407 | 72.5 |
| Renter-occupied housing units | 56,660 | 27.5 |
| | | |
| Average household size of owner-occupied unit | 2.63 | (X) |
| Average household size of renter-occupied unit | 2.22 | (X) |

(X) Not applicable.
[1] Other Asian alone, or two or more Asian categories.
[2] Other Pacific Islander alone, or two or more Native Hawaiian and Other Pacific Islander categories.
[3] In combination with one or more other races listed. The six numbers may add to more than the total population and the six percentages may add to more than 100 percent because individuals may report more than one race.
Source: U.S. Census Bureau, Census 2000 Summary File 1, Matrices P1, P3, P4, P8, P9, P12, P13, P17, P18, P19, P20, P23, P27, P28, P33, PCT5, PCT8, PCT11, PCT15, H1, H3, H4, H5, H11, and H12.

WOODARD
00339

http://factfinder.census.gov/servlet/QTTable?_bm=n&_lang=en&qr_name=DEC_2000_SF1_U_DP1&ds_name=DEC_2000_SF1_U&geo_id...   11/30/2005

**U.S. Census Bureau**
American FactFinder

**DP-3. Profile of Selected Economic Characteristics: 2000**
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data
Geographic Area: **Jefferson County, Colorado**

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| Subject | Number | Percent |
|---|---|---|
| **EMPLOYMENT STATUS** | | |
| **Population 16 years and over** | **409,449** | **100.0** |
| In labor force | 300,673 | 73.4 |
| Civilian labor force | 300,508 | 73.4 |
| Employed | 290,962 | 71.1 |
| Unemployed | 9,546 | 2.3 |
| Percent of civilian labor force | 3.2 | (X) |
| Armed Forces | 165 | 0.0 |
| Not in labor force | 108,776 | 26.6 |
| | | |
| **Females 16 years and over** | **207,774** | **100.0** |
| In labor force | 139,333 | 67.1 |
| Civilian labor force | 139,321 | 67.1 |
| Employed | 134,684 | 64.8 |
| | | |
| **Own children under 6 years** | **38,985** | **100.0** |
| All parents in family in labor force | 23,967 | 61.5 |
| | | |
| **COMMUTING TO WORK** | | |
| **Workers 16 years and over** | **286,304** | **100.0** |
| Car, truck, or van -- drove alone | 227,844 | 79.6 |
| Car, truck, or van -- carpooled | 28,383 | 9.9 |
| Public transportation (including taxicab) | 9,478 | 3.3 |
| Walked | 3,640 | 1.3 |
| Other means | 2,462 | 0.9 |
| Worked at home | 14,497 | 5.1 |
| Mean travel time to work (minutes) | 27.4 | (X) |
| | | |
| **OCCUPATION** | | |
| **Employed civilian population 16 years and over** | **290,962** | **100.0** |
| Management, professional, and related occupations | 120,145 | 41.3 |
| Service occupations | 33,581 | 11.5 |
| Sales and office occupations | 83,837 | 28.8 |
| Farming, fishing, and forestry occupations | 301 | 0.1 |
| Construction, extraction, and maintenance occupations | 27,807 | 9.6 |
| Production, transportation, and material moving occupations | 25,291 | 8.7 |

WOODARD 00340

Jefferson County, Colorado - DP-3. Profile of Selected Economic Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| **INDUSTRY** | | |
| Agriculture, forestry, fishing and hunting, and mining | 2,641 | 0.9 |
| Construction | 24,697 | 8.5 |
| Manufacturing | 27,040 | 9.3 |
| Wholesale trade | 11,279 | 3.9 |
| Retail trade | 34,214 | 11.8 |
| Transportation and warehousing, and utilities | 14,233 | 4.9 |
| Information | 15,815 | 5.4 |
| Finance, insurance, real estate, and rental and leasing | 24,782 | 8.5 |
| Professional, scientific, management, administrative, and waste management services | 38,621 | 13.3 |
| Educational, health and social services | 45,495 | 15.6 |
| Arts, entertainment, recreation, accommodation and food services | 22,314 | 7.7 |
| Other services (except public administration) | 13,688 | 4.7 |
| Public administration | 16,143 | 5.5 |
| **CLASS OF WORKER** | | |
| Private wage and salary workers | 230,636 | 79.3 |
| Government workers | 39,934 | 13.7 |
| Self-employed workers in own not incorporated business | 19,851 | 6.8 |
| Unpaid family workers | 541 | 0.2 |
| **INCOME IN 1999** | | |
| Households | 206,256 | 100.0 |
| Less than $10,000 | 8,121 | 3.9 |
| $10,000 to $14,999 | 6,705 | 3.3 |
| $15,000 to $24,999 | 16,487 | 8.0 |
| $25,000 to $34,999 | 21,863 | 10.6 |
| $35,000 to $49,999 | 33,341 | 16.2 |
| $50,000 to $74,999 | 48,698 | 23.6 |
| $75,000 to $99,999 | 31,699 | 15.4 |
| $100,000 to $149,999 | 25,895 | 12.6 |
| $150,000 to $199,999 | 7,387 | 3.6 |
| $200,000 or more | 6,060 | 2.9 |
| Median household income (dollars) | 57,339 | (X) |
| With earnings | 180,779 | 87.6 |
| Mean earnings (dollars) | 68,583 | (X) |
| With Social Security income | 37,911 | 18.4 |
| Mean Social Security income (dollars) | 11,763 | (X) |
| With Supplemental Security Income | 4,302 | 2.1 |
| Mean Supplemental Security Income (dollars) | 6,683 | (X) |
| With public assistance income | 2,887 | 1.4 |
| Mean public assistance income (dollars) | 2,713 | (X) |
| With retirement income | 30,756 | 14.9 |
| Mean retirement income (dollars) | 20,657 | (X) |
| Families | 141,601 | 100.0 |
| Less than $10,000 | 3,012 | 2.1 |

WOODARD 00341

Jefferson County, Colorado - DP-3. Profile of Selected Economic Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| $10,000 to $14,999 | 2,499 | 1.8 |
| $15,000 to $24,999 | 7,368 | 5.2 |
| $25,000 to $34,999 | 11,442 | 8.1 |
| $35,000 to $49,999 | 20,842 | 14.7 |
| $50,000 to $74,999 | 35,832 | 25.3 |
| $75,000 to $99,999 | 26,207 | 18.5 |
| $100,000 to $149,999 | 22,815 | 16.1 |
| $150,000 to $199,999 | 6,267 | 4.4 |
| $200,000 or more | 5,317 | 3.8 |
| Median family income (dollars) | 67,310 | (X) |
| | | |
| Per capita income (dollars) | 28,066 | (X) |
| *Median earnings (dollars):* | | |
| Male full-time, year-round workers | 45,306 | (X) |
| Female full-time, year-round workers | 32,372 | (X) |
| | | |
| **POVERTY STATUS IN 1999 (below poverty level)** | | |
| Families | 4,747 | (X) |
| Percent below poverty level | (X) | 3.4 |
| With related children under 18 years | 3,763 | (X) |
| Percent below poverty level | (X) | 5.1 |
| With related children under 5 years | 1,849 | (X) |
| Percent below poverty level | (X) | 6.9 |
| | | |
| Families with female householder, no husband present | 2,383 | (X) |
| Percent below poverty level | (X) | 13.3 |
| With related children under 18 years | 2,170 | (X) |
| Percent below poverty level | (X) | 17.3 |
| With related children under 5 years | 1,003 | (X) |
| Percent below poverty level | (X) | 28.5 |
| | | |
| Individuals | 26,821 | (X) |
| Percent below poverty level | (X) | 5.2 |
| 18 years and over | 18,651 | (X) |
| Percent below poverty level | (X) | 4.8 |
| 65 years and over | 2,487 | (X) |
| Percent below poverty level | (X) | 5.1 |
| Related children under 18 years | 7,579 | (X) |
| Percent below poverty level | (X) | 5.8 |
| Related children 5 to 17 years | 5,129 | (X) |
| Percent below poverty level | (X) | 5.3 |
| Unrelated individuals 15 years and over | 11,753 | (X) |
| Percent below poverty level | (X) | 12.8 |

(X) Not applicable.
Detailed Occupation Code List (PDF 42KB)
Detailed Industry Code List (PDF 44KB)
User note on employment status data (PDF 63KB)
Source: U.S. Census Bureau, Census 2000 Summary File 3, Matrices P30, P32, P33, P43, P46, P49, P50, P51, P52, P53, P58, P62, P63, P64, P65, P67, P71, P72, P73, P74, P76, P77, P82, P87, P90, PCT47, PCT52, and PCT53

WOODARD 00342

http://factfinder.census.gov/servlet/QTTable?_bm=y&-qr_name=DEC_2000_SF3_U_DP3&-ds_name=DEC_2000_SF3_U&-_lang=en&-_ss....   11/30/2005

**U.S. Census Bureau**
**American FactFinder**

## DP-4. Profile of Selected Housing Characteristics: 2000
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data
Geographic Area: Jefferson County, Colorado

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| Subject | Number | Percent |
|---|---|---|
| **Total housing units** | 212,488 | 100.0 |
| **UNITS IN STRUCTURE** | | |
| 1-unit, detached | 141,553 | 66.6 |
| 1-unit, attached | 18,142 | 8.5 |
| 2 units | 2,819 | 1.3 |
| 3 or 4 units | 6,612 | 3.1 |
| 5 to 9 units | 9,993 | 4.7 |
| 10 to 19 units | 12,724 | 6.0 |
| 20 or more units | 18,491 | 8.7 |
| Mobile home | 2,051 | 1.0 |
| Boat, RV, van, etc. | 103 | 0.0 |
| **YEAR STRUCTURE BUILT** | | |
| 1999 to March 2000 | 4,442 | 2.1 |
| 1995 to 1998 | 17,992 | 8.5 |
| 1990 to 1994 | 15,913 | 7.5 |
| 1980 to 1989 | 41,139 | 19.4 |
| 1970 to 1979 | 63,553 | 29.9 |
| 1960 to 1969 | 33,359 | 15.7 |
| 1940 to 1959 | 28,995 | 13.6 |
| 1939 or earlier | 7,095 | 3.3 |
| **ROOMS** | | |
| 1 room | 2,741 | 1.3 |
| 2 rooms | 8,204 | 3.9 |
| 3 rooms | 16,326 | 7.7 |
| 4 rooms | 28,041 | 13.2 |
| 5 rooms | 28,288 | 13.3 |
| 6 rooms | 30,078 | 14.2 |
| 7 rooms | 31,066 | 14.6 |
| 8 rooms | 28,233 | 13.3 |
| 9 or more rooms | 39,511 | 18.6 |
| Median (rooms) | 6.3 | (X) |
| **Occupied Housing Units** | 206,067 | 100.0 |
| **YEAR HOUSEHOLDER MOVED INTO UNIT** | | |

WOODARD 00343

Jefferson County, Colorado - DP-4. Profile of Selected Housing Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| 1999 to March 2000 | 43,364 | 21.0 |
| 1995 to 1998 | 64,460 | 31.3 |
| 1990 to 1994 | 38,517 | 18.7 |
| 1980 to 1989 | 29,112 | 14.1 |
| 1970 to 1979 | 18,973 | 9.2 |
| 1969 or earlier | 11,641 | 5.6 |
| **VEHICLES AVAILABLE** | | |
| None | 8,336 | 4.0 |
| 1 | 59,280 | 28.8 |
| 2 | 88,863 | 43.1 |
| 3 or more | 49,588 | 24.1 |
| **HOUSE HEATING FUEL** | | |
| Utility gas | 167,647 | 81.4 |
| Bottled, tank, or LP gas | 5,582 | 2.7 |
| Electricity | 29,199 | 14.2 |
| Fuel oil, kerosene, etc. | 181 | 0.1 |
| Coal or coke | 21 | 0.0 |
| Wood | 1,437 | 0.7 |
| Solar energy | 243 | 0.1 |
| Other fuel | 1,199 | 0.6 |
| No fuel used | 558 | 0.3 |
| **SELECTED CHARACTERISTICS** | | |
| Lacking complete plumbing facilities | 657 | 0.3 |
| Lacking complete kitchen facilities | 1,019 | 0.5 |
| No telephone service | 1,198 | 0.6 |
| **OCCUPANTS PER ROOM** | | |
| Occupied housing units | 206,067 | 100.0 |
| 1.00 or less | 201,060 | 97.6 |
| 1.01 to 1.50 | 2,821 | 1.4 |
| 1.51 or more | 2,186 | 1.1 |
| **VALUE** | | |
| Specified owner-occupied units | 132,669 | 100.0 |
| Less than $50,000 | 202 | 0.2 |
| $50,000 to $99,999 | 3,686 | 2.8 |
| $100,000 to $149,999 | 26,432 | 19.9 |
| $150,000 to $199,999 | 46,112 | 34.8 |
| $200,000 to $299,999 | 37,271 | 28.1 |
| $300,000 to $499,999 | 15,287 | 11.5 |
| $500,000 to $999,999 | 3,452 | 2.6 |
| $1,000,000 or more | 227 | 0.2 |
| Median (dollars) | 187,900 | (X) |
| **MORTGAGE STATUS AND SELECTED MONTHLY OWNER COSTS** | | |
| With a mortgage | 107,584 | 81.1 |
| Less than $300 | 210 | 0.2 |

WOODARD 00344

Jefferson County, Colorado - DP-4. Profile of Selected Housing Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| $300 to $499 | 1,732 | 1.3 |
| $500 to $699 | 5,197 | 3.9 |
| $700 to $999 | 20,302 | 15.3 |
| $1,000 to $1,499 | 43,755 | 33.0 |
| $1,500 to $1,999 | 22,673 | 17.1 |
| $2,000 or more | 13,715 | 10.3 |
| Median (dollars) | 1,288 | (X) |
| Not mortgaged | 25,085 | 18.9 |
| Median (dollars) | 318 | (X) |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN 1999** | | |
| Less than 15 percent | 43,045 | 32.4 |
| 15 to 19 percent | 24,330 | 18.3 |
| 20 to 24 percent | 21,206 | 16.0 |
| 25 to 29 percent | 15,136 | 11.4 |
| 30 to 34 percent | 9,148 | 6.9 |
| 35 percent or more | 19,319 | 14.6 |
| Not computed | 485 | 0.4 |
| **Specified renter-occupied units** | 56,350 | 100.0 |
| **GROSS RENT** | | |
| Less than $200 | 1,306 | 2.3 |
| $200 to $299 | 932 | 1.7 |
| $300 to $499 | 4,638 | 8.2 |
| $500 to $749 | 19,852 | 35.2 |
| $750 to $999 | 16,625 | 29.5 |
| $1,000 to $1,499 | 9,969 | 17.7 |
| $1,500 or more | 1,877 | 3.3 |
| No cash rent | 1,151 | 2.0 |
| Median (dollars) | 760 | (X) |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN 1999** | | |
| Less than 15 percent | 8,320 | 14.8 |
| 15 to 19 percent | 9,055 | 16.1 |
| 20 to 24 percent | 8,527 | 15.1 |
| 25 to 29 percent | 7,480 | 13.3 |
| 30 to 34 percent | 5,238 | 9.3 |
| 35 percent or more | 15,912 | 28.2 |
| Not computed | 1,818 | 3.2 |

(X) Not applicable.
Source: U.S. Census Bureau, Census 2000 Summary File 3, Matrices H1, H7, H20, H23, H24, H30, H34, H38, H40, H43, H44, H48, H51, H62, H63, H69, H74, H76, H90, H91, and H94

WOODARD
00345

Jefferson County, Colorado - DP-3. Labor Force Status and Employment Characteristics: 1990

**U.S. Census Bureau**
**American FactFinder**

### DP-3. Labor Force Status and Employment Characteristics: 1990
Data Set: 1990 Summary Tape File 3 (STF 3) - Sample data
Geographic Area: Jefferson County, Colorado

NOTE: For information on confidentiality, sampling error, nonsampling error, and definitions, see
http://factfinder.census.gov/home/en/datanotes/expsf390.htm.

| Subject | Number |
|---|---|
| **LABOR FORCE STATUS** | |
| Persons 16 years and over | 334,305 |
| In labor force | 252,537 |
| Civilian labor force | 252,155 |
| Employed | 240,911 |
| Unemployed | 11,244 |
| Armed Forces | 382 |
| Not in labor force | 81,768 |
| Males 16 years and over | 163,228 |
| In labor force | 135,030 |
| Civilian labor force | 134,682 |
| Employed | 128,207 |
| Unemployed | 6,475 |
| Armed Forces | 348 |
| Not in labor force | 28,198 |
| Females 16 years and over | 171,077 |
| In labor force | 117,507 |
| Civilian labor force | 117,473 |
| Employed | 112,704 |
| Unemployed | 4,769 |
| Armed Forces | 34 |
| Not in labor force | 53,570 |
| Females 16 years and over | 171,077 |
| With own children under 6 years | 28,771 |
| With own children 6 to 17 years only | 32,034 |
| Own children under 6 years in families and subfamilies | 39,491 |
| All parents present in household in labor force | 25,561 |
| Own children 6 to 17 years in families and subfamilies | 73,392 |
| All parents present in household in labor force | 55,607 |
| Persons 16 to 19 years | 22,858 |

WOODARD
00346

Jefferson County, Colorado - DP-3. Labor Force Status and Employment Characteristics: 1990

| Subject | Number |
|---|---|
| Not enrolled in school and not high school graduate | 1,986 |
| Employed or in Armed Forces | 959 |
| Unemployed | 326 |
| Not in labor force | 701 |
| **COMMUTING TO WORK** | |
| Workers 16 years and over | 236,707 |
| Drove alone | 186,247 |
| In carpools | 28,635 |
| Using public transportation | 7,196 |
| Using other means | 1,899 |
| Walked or worked at home | 12,730 |
| **OCCUPATION** | |
| Employed persons 16 years and over | 240,911 |
| Executive, administrative, and managerial occupations | 39,176 |
| Professional specialty occupations | 42,213 |
| Technicians and related support occupations | 12,055 |
| Sales occupations | 31,721 |
| Administrative support occupations, including clerical | 42,860 |
| Private household occupations | 808 |
| Protective service occupations | 3,451 |
| Service occupations, except protective and household | 21,193 |
| Farming, forestry, and fishing occupations | 1,877 |
| Precision production, craft, and repair occupations | 23,850 |
| Machine operators, assemblers, and inspectors | 8,776 |
| Transportation and material moving occupations | 6,572 |
| Handlers, equipment cleaners, helpers, and laborers | 6,359 |
| **INDUSTRY** | |
| Employed persons 16 years and over | 240,911 |
| Agriculture, forestry, and fisheries | 2,628 |
| Mining | 3,712 |
| Construction | 14,581 |
| Manufacturing, nondurable goods | 13,276 |
| Manufacturing, durable goods | 20,834 |
| Transportation | 11,424 |
| Communications and other public utilities | 9,474 |
| Wholesale trade | 12,889 |
| Retail trade | 39,429 |
| Finance, insurance, and real estate | 18,908 |
| Business and repair services | 14,338 |
| Personal services | 6,227 |
| Entertainment and recreation services | 3,724 |
| Health services | 16,414 |
| Educational services | 16,469 |
| Other professional and related services | 21,125 |
| Public administration | 15,459 |
| **CLASS OF WORKER** | |

WOODARD
00347

Jefferson County, Colorado - DP-3. Labor Force Status and Employment Characteristics: 1990

| Subject | Number |
|---|---|
| Employed persons 16 years and over | 240,911 |
| Private wage and salary workers | 186,374 |
| Government workers | 36,783 |
| Local government workers | 16,685 |
| State government workers | 6,726 |
| Federal government workers | 13,372 |
| Self-employed workers | 16,848 |
| Unpaid family workers | 906 |

(X) Not applicable
Source: U.S. Bureau of the Census, 1990 Census of Population and Housing, Summary Tape File 3 (Sample Data)
Matrices P49, P61, P70, P73, P74, P77, P78, P79.

WOODARD
00348

http://factfinder.census.gov/servlet/QTTable?_bm=n&_lang=en&qr_name=DEC_1990_STF3_DP3&ds_name=DEC_1990_STF3_&geo_id=... 11/30/2005