# U.S. Census Bureau
## American FactFinder

### DP-2. Profile of Selected Social Characteristics: 2000
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data
Geographic Area: Jefferson County, Colorado

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| Subject | Number | Percent |
|---|---|---|
| **SCHOOL ENROLLMENT** | | |
| Population 3 years and over enrolled in school | 141,847 | 100.0 |
| Nursery school, preschool | 10,477 | 7.4 |
| Kindergarten | 7,382 | 5.2 |
| Elementary school (grades 1-8) | 61,967 | 43.7 |
| High school (grades 9-12) | 30,976 | 21.8 |
| College or graduate school | 31,045 | 21.9 |
| **EDUCATIONAL ATTAINMENT** | | |
| Population 25 years and over | 351,579 | 100.0 |
| Less than 9th grade | 7,355 | 2.1 |
| 9th to 12th grade, no diploma | 21,392 | 6.1 |
| High school graduate (includes equivalency) | 79,402 | 22.6 |
| Some college, no degree | 89,773 | 25.5 |
| Associate degree | 25,161 | 7.2 |
| Bachelor's degree | 86,004 | 24.5 |
| Graduate or professional degree | 42,492 | 12.1 |
| Percent high school graduate or higher | 91.8 | (X) |
| Percent bachelor's degree or higher | 36.5 | (X) |
| **MARITAL STATUS** | | |
| Population 15 years and over | 417,520 | 100.0 |
| Never married | 102,593 | 24.6 |
| Now married, except separated | 242,883 | 58.2 |
| Separated | 4,996 | 1.2 |
| Widowed | 18,386 | 4.4 |
| Female | 14,623 | 3.5 |
| Divorced | 48,662 | 11.7 |
| Female | 27,802 | 6.7 |
| **GRANDPARENTS AS CAREGIVERS** | | |
| Grandparent living in household with one or more own grandchildren under 18 years | 6,687 | 100.0 |
| Grandparent responsible for grandchildren | 2,506 | 37.5 |

WOODARD
00349

Jefferson County, Colorado - DP-2. Profile of Selected Social Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| **VETERAN STATUS** | | |
| Civilian population 18 years and over | 393,997 | 100.0 |
| Civilian veterans | 54,875 | 13.9 |
| **DISABILITY STATUS OF THE CIVILIAN NONINSTITUTIONALIZED POPULATION** | | |
| Population 5 to 20 years | 118,054 | 100.0 |
| With a disability | 7,718 | 6.5 |
| Population 21 to 64 years | 322,815 | 100.0 |
| With a disability | 43,806 | 13.6 |
| Percent employed | 68.6 | (X) |
| No disability | 278,809 | 86.4 |
| Percent employed | 83.9 | (X) |
| Population 65 years and over | 48,742 | 100.0 |
| With a disability | 17,327 | 35.5 |
| **RESIDENCE IN 1995** | | |
| Population 5 years and over | 494,065 | 100.0 |
| Same house in 1995 | 251,244 | 50.9 |
| Different house in the U.S. in 1995 | 233,727 | 47.3 |
| Same county | 103,970 | 21.0 |
| Different county | 129,757 | 26.3 |
| Same state | 68,938 | 14.0 |
| Different state | 60,819 | 12.3 |
| Elsewhere in 1995 | 9,094 | 1.8 |
| **NATIVITY AND PLACE OF BIRTH** | | |
| Total population | 527,056 | 100.0 |
| Native | 498,656 | 94.6 |
| Born in United States | 494,048 | 93.7 |
| State of residence | 234,978 | 44.6 |
| Different state | 259,070 | 49.2 |
| Born outside United States | 4,608 | 0.9 |
| Foreign born | 28,400 | 5.4 |
| Entered 1990 to March 2000 | 12,542 | 2.4 |
| Naturalized citizen | 12,367 | 2.3 |
| Not a citizen | 16,033 | 3.0 |
| **REGION OF BIRTH OF FOREIGN BORN** | | |
| Total (excluding born at sea) | 28,396 | 100.0 |
| Europe | 9,049 | 31.9 |
| Asia | 8,551 | 30.1 |
| Africa | 629 | 2.2 |
| Oceania | 247 | 0.9 |
| Latin America | 8,233 | 29.0 |
| Northern America | 1,687 | 5.9 |
| **LANGUAGE SPOKEN AT HOME** | | |

WOODARD
00350

Jefferson County, Colorado - DP-2. Profile of Selected Social Characteristics: 2000

| Subject | Number | Percent |
|---|---|---|
| Population 5 years and over | 494,065 | 100.0 |
| English only | 448,457 | 90.8 |
| Language other than English | 45,608 | 9.2 |
| Speak English less than "very well" | 16,896 | 3.4 |
| Spanish | 23,723 | 4.8 |
| Speak English less than "very well" | 8,828 | 1.8 |
| Other Indo-European languages | 12,695 | 2.6 |
| Speak English less than "very well" | 3,851 | 0.8 |
| Asian and Pacific Island languages | 7,716 | 1.6 |
| Speak English less than "very well" | 3,841 | 0.8 |
| | | |
| **ANCESTRY (single or multiple)** | | |
| Total population | 527,056 | 100.0 |
| *Total ancestries reported* | 635,139 | 120.5 |
| Arab | 1,648 | 0.3 |
| Czech[1] | 5,920 | 1.1 |
| Danish | 6,855 | 1.3 |
| Dutch | 11,661 | 2.2 |
| English | 77,800 | 14.8 |
| French (except Basque)[1] | 21,579 | 4.1 |
| French Canadian[1] | 4,081 | 0.8 |
| German | 142,290 | 27.0 |
| Greek | 2,216 | 0.4 |
| Hungarian | 3,172 | 0.6 |
| Irish[1] | 79,458 | 15.1 |
| Italian | 34,449 | 6.5 |
| Lithuanian | 1,237 | 0.2 |
| Norwegian | 16,918 | 3.2 |
| Polish | 16,035 | 3.0 |
| Portuguese | 702 | 0.1 |
| Russian | 5,556 | 1.1 |
| Scotch-Irish | 12,801 | 2.4 |
| Scottish | 16,237 | 3.1 |
| Slovak | 913 | 0.2 |
| Subsaharan African | 811 | 0.2 |
| Swedish | 19,984 | 3.8 |
| Swiss | 2,969 | 0.6 |
| Ukrainian | 1,671 | 0.3 |
| United States or American | 25,823 | 4.9 |
| Welsh | 6,243 | 1.2 |
| West Indian (excluding Hispanic groups) | 282 | 0.1 |
| Other ancestries | 115,828 | 22.0 |

(X) Not applicable.
[1] The data represent a combination of two ancestries shown separately in Summary File 3. Czech includes Czechoslovakian. French includes Alsatian. French Canadian includes Acadian/Cajun. Irish includes Celtic.

Ancestry Code List (PDF 35KB)
Place of Birth Code List (PDF 74KB)
Language Code List (PDF 17KB)

Source: U.S. Census Bureau, Census 2000 Summary File 3, Matrices P18, P19, P21, P22, P24, P36, P37, P39, P42, PCT8, PCT16, PCT17, and PCT19

http://factfinder.census.gov/servlet/QTTable?_bm=y&-qr_name=DEC_2000_SF3_U_DP2&-ds_name=DEC_2000_SF3_U... 11/30/2005

WOODARD
00351



**U.S. Department of Labor**
Bureau of Labor Statistics
*Occupational Employment Statistics*



**www.bls.gov**                                                    Search | A-Z Index

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL

RELATED OES LINKS 

# Occupational Employment and Wages, November 2004

### 35-3011 Bartenders

Mix and serve drinks to patrons, directly or through waitstaff.

**National estimates for this occupation**
**Industry profile for this occupation**
**State profile for this occupation**
**Metropolitan area profile for this occupation**

### National estimates for this occupation: Top

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 471,640 | 1.1 % | $8.35 | $17,360 | 0.5 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $5.74 | $6.37 | $7.51 | $9.35 | $12.59 |
| Annual Wage (2) | $11,930 | $13,250 | $15,620 | $19,440 | $26,190 |

### Industry profile for this occupation: Top

Industries with the highest levels of employment in this occupation:

| Industry | Employment | Hourly mean wage | Annual mean wage |
|---|---|---|---|
| **Full-service restaurants** | 174,910 | $8.63 | $17,950 |

WOODARD
00352

| Drinking places, alcoholic beverages | 141,480 | $7.75 | $16,120 |
| --- | --- | --- | --- |
| Civic and social organizations | 39,210 | $7.52 | $15,650 |
| Traveler accommodation | 37,640 | $9.67 | $20,120 |
| Other amusement and recreation industries | 30,440 | $8.64 | $17,970 |

Top paying industries for this occupation:

| Industry | Employment | Hourly mean wage | Annual mean wage |
| --- | --- | --- | --- |
| Museums, historical sites, zoos, and parks | 70 | $11.78 | $24,500 |
| Management of companies and enterprises | 180 | $10.37 | $21,580 |
| Colleges and universities | 40 | $10.06 | $20,920 |
| Scenic and sightseeing transportation, water | 470 | $9.93 | $20,660 |
| Promoters of performing arts and sports | 1,090 | $9.69 | $20,150 |

---

### State profile for this occupation: Top

States with the highest concentration of workers in this occupation:

| State | Employment | Hourly mean wage | Annual mean wage | Percent of State employment |
| --- | --- | --- | --- | --- |
| Montana | 4,420 | $7.22 | $15,010 | 1.081% |
| Nevada | 11,180 | $9.76 | $20,300 | 0.968% |
| Wisconsin | 22,240 | $8.40 | $17,470 | 0.818% |
| North Dakota | 2,390 | $7.06 | $14,680 | 0.737% |
| Alaska | 2,160 | $10.80 | $22,460 | 0.730% |

Top paying States for this occupation:

**WOODARD 00353**

| | | Hourly mean | Annual mean | Percent of |
| --- | --- | --- | --- | --- |

| State | Employment | wage | wage | State employment |
|---|---|---|---|---|
| Hawaii | 3,200 | $13.26 | $27,570 | 0.558% |
| Alaska | 2,160 | $10.80 | $22,460 | 0.730% |
| Massachusetts | 17,240 | $10.43 | $21,690 | 0.551% |
| Nevada | 11,180 | $9.76 | $20,300 | 0.968% |
| District of Columbia | 1,760 | $9.66 | $20,100 | 0.289% |

**Metropolitan area profile for this occupation: Top**

Metropolitan areas with the highest concentration of workers in this occupation:

| MSA | Employment | Hourly mean wage | Annual mean wage | Percent of MSA employment |
|---|---|---|---|---|
| Great Falls, MT MSA | 420 | $6.64 | $13,810 | 1.230% |
| Green Bay, WI MSA | 1,670 | $7.99 | $16,620 | 1.129% |
| Lowell, MA-NH PMSA | 1,380 | $8.62 | $17,940 | 1.128% |
| Missoula, MT MSA | 580 | $7.25 | $15,080 | 1.068% |
| Las Vegas, NV-AZ MSA | 9,290 | $10.21 | $21,230 | 1.053% |

Top paying Metropolitan areas for this occupation:

| MSA | Employment | Hourly mean wage | Annual mean wage | Percent of MSA employment |
|---|---|---|---|---|
| Honolulu, HI MSA | 1,820 | $12.65 | $26,310 | 0.433% |
| Barnstable-Yarmouth, MA MSA | 570 | $12.56 | $26,110 | 0.849% |
| Rochester, MN MSA | 480 | $12.44 | $25,870 | 0.551% |
| Atlantic-Cape May, NJ PMSA | 1,790 | $11.57 | $24,060 | 0.947% |
| New Haven-Meriden, CT PMSA | 1,260 | $11.21 | $23,310 | 0.492% |

**About November 2004 National, State, and Metropolitan Area Occupational Employment and Wage Estimates**

These estimates are calculated with data collected from employers in all industry sectors in metropolitan and non-metropolitan areas in every State and the District of Columbia. The top five employment and wage figures are provided above. The complete list is available in the **downloadable Excel files(XLS)**.

Percentile wage estimates show the percentage of workers in an occupation that earn less than a given wage and the percentage that earn more. The median wage is the 50th percentile wage estimate--50 percent of workers earn less than the median and 50 percent of workers earn more than the median. **More about percentile wages.**

(1) Estimates for detailed occupations do not sum to the totals because the totals include occupations not shown separately. Estimates do not include self-employed workers.

(2) Annual wages have been calculated by multiplying the hourly mean wage by a "year-round, full-time" hours figure of 2,080 hours; for those occupations where there is not an hourly mean wage published, the annual wage has been directly calculated from the reported survey data.

(3) The relative standard error (RSE) is a measure of the reliability of a survey statistic. The smaller the relative standard error, the more precise the estimate.

All **Food Preparation and Serving Related Occupations**

**November 2004 National Occupational Employment and Wage Estimates**

**November 2004 State Occupational Employment and Wage Estimates**

**November 2004 Metropolitan Area Occupational Employment and Wage Estimates**

**November 2004 National Industry-Specific Occupational Employment and Wage Estimates**

**List of Occupations in SOC Code Number Order**

**List of Occupations in Alphabetical Order**

**Download November 2004 Occupational Employment and Wage Estimates in Zipped Excel files**

**Technical notes**

**Last Modified Date:** November 9, 2005

 **Back to Top**                                                                                                  **www.dol.gov**

**Frequently Asked Questions** | **Freedom of Information Act** | **Customer Survey**
**Privacy & Security Statement** | **Linking to Our Site** | **Accessibility**

U.S. Bureau of Labor Statistics                                                                    URL: **http://www.bls.gov/OES**
Division of Occupational Employment Statistics                                                     Phone: (202) 691-6569
Suite 2135                                                                                         Fax: (202) 691-6444
2 Massachusetts Ave., NE                                                                           OES data questions: **oesinfo@bls.gov**
Washington, DC 20212-0001                                                                          Technical (web) questions: **webmaster@bls.gov**
                                                                                                   Other comments: **feedback@bls.gov**

WOODARD
00355



**U.S. Department of Labor**
Bureau of Labor Statistics
*Occupational Employment Statistics*

**www.bls.gov**

Search | A-Z Index

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL

RELATED OES LINKS

# Occupational Employment and Wages, November 2004

35-1012 First-Line Supervisors/Managers of Food Preparation and Serving Workers

Supervise workers engaged in preparing and serving food.

**National estimates for this occupation**
**Industry profile for this occupation**
**State profile for this occupation**
**Metropolitan area profile for this occupation**

### National estimates for this occupation: Top

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 738,610 | 0.7 % | $13.27 | $27,600 | 0.3 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $7.97 | $9.70 | $12.37 | $16.07 | $20.15 |
| Annual Wage (2) | $16,590 | $20,170 | $25,730 | $33,430 | $41,910 |

### Industry profile for this occupation: Top

Industries with the highest levels of employment in this occupation:

| Industry | Employment | Hourly mean wage | Annual mean wage |
|---|---|---|---|
| **Limited-service eating places** | 316,920 | $11.93 | $24,820 |

WOODARD
00356

First-Line Supervisors/Managers of Food Preparation and Serving Workers                     Page 2 of 4

|  |  |  |  |
|---|---|---|---|
| Full-service restaurants | 187,330 | $14.45 | $30,060 |
| Elementary and secondary schools | 41,110 | $12.54 | $26,080 |
| Special food services | 27,460 | $15.01 | $31,220 |
| Grocery stores | 23,130 | $14.32 | $29,790 |

Top paying industries for this occupation:

| Industry | Employment | Hourly mean wage | Annual mean wage |
|---|---|---|---|
| Scheduled air transportation | 40 | $24.01 | $49,950 |
| Sea, coastal, and Great Lakes transportation | (7) | $19.26 | $40,060 |
| Lessors of nonfinancial intangible assets | 50 | $18.25 | $37,960 |
| Home health care services | 90 | $17.71 | $36,840 |
| Offices of real estate agents and brokers | 50 | $17.47 | $36,330 |

### State profile for this occupation: Top

States with the highest concentration of workers in this occupation:

| State | Employment | Hourly mean wage | Annual mean wage | Percent of State employment |
|---|---|---|---|---|
| Nevada | 8,910 | $13.89 | $28,900 | 0.772% |
| New Mexico | 5,780 | $10.40 | $21,640 | 0.766% |
| Kentucky | 13,100 | $11.40 | $23,720 | 0.755% |
| North Carolina | 28,100 | $13.12 | $27,290 | 0.745% |
| Wyoming | 1,820 | $11.21 | $23,320 | 0.738% |

Top paying States for this occupation:

WOODARD
00357

| State | Employment | Hourly mean wage | Annual mean wage | Percent of State employment |
|---|---|---|---|---|
| Washington | 13,260 | $16.95 | $35,250 | 0.507% |

Case 1:05-cv-00377-WDM-BNB    Document 150-26    Filed 01/30/07    USDC Colorado    Page 10 of 20

First-Line Supervisors/Managers of Food Preparation and Serving Workers                                           Page 3 of 4

| | | | | |
|---|---|---|---|---|
| District of Columbia | 1,760 | $16.27 | $33,850 | 0.289% |
| New Jersey | 18,000 | $15.93 | $33,140 | 0.461% |
| Vermont | 1,280 | $15.79 | $32,830 | 0.432% |
| Connecticut | 8,020 | $15.68 | $32,620 | 0.489% |

**Metropolitan area profile for this occupation: Top**

Metropolitan areas with the highest concentration of workers in this occupation:

| MSA | Employment | Hourly mean wage | Annual mean wage | Percent of MSA employment |
|---|---|---|---|---|
| Wilmington, NC MSA | 1,400 | $12.98 | $27,010 | 1.204% |
| Gadsden, AL MSA | 410 | $11.43 | $23,770 | 1.141% |
| Myrtle Beach, SC MSA | 1,210 | $13.89 | $28,900 | 1.116% |
| Jacksonville, NC MSA | 440 | $12.58 | $26,170 | 1.110% |
| Anniston, AL MSA | 550 | $11.22 | $23,340 | 1.092% |

Top paying Metropolitan areas for this occupation:

| MSA | Employment | Hourly mean wage | Annual mean wage | Percent of MSA employment |
|---|---|---|---|---|
| Danbury, CT PMSA | 290 | $20.19 | $42,000 | 0.318% |
| Bridgeport, CT PMSA | 710 | $19.17 | $39,870 | 0.379% |
| Stamford-Norwalk, CT PMSA | 780 | $19.16 | $39,840 | 0.392% |
| Middlesex-Somerset-Hunterdon, NJ PMSA | 2,210 | $18.45 | $38,370 | 0.355% |
| Seattle-Bellevue-Everett, WA PMSA | 6,840 | $18.14 | $37,720 | 0.522% |

**About November 2004 National, State, and Metropolitan Area Occupational Employment and Wage Estimates**

These estimates are calculated with data collected from employers in all industry sectors in metropolitan and non-metropolitan areas in every State and the District of Columbia. The top five employment and wage figures are provided above. The complete list is available in the **downloadable Excel files(XLS)**.

WOODARD 00358

Percentile wage estimates show the percentage of workers in an occupation that earn less than a given wage and the percentage that earn more. The median wage is the 50th percentile wage estimate--50 percent of workers earn less than the median and 50 percent of workers earn more than the median. **More about percentile wages.**

(1) Estimates for detailed occupations do not sum to the totals because the totals include occupations not shown separately. Estimates do not include self-employed workers.

(2) Annual wages have been calculated by multiplying the hourly mean wage by a "year-round, full-time" hours figure of 2,080 hours; for those occupations where there is not an hourly mean wage published, the annual wage has been directly calculated from the reported survey data.

(3) The relative standard error (RSE) is a measure of the reliability of a survey statistic. The smaller the relative standard error, the more precise the estimate.

(7) Estimate not released.

All **Food Preparation and Serving Related Occupations**

**November 2004 National Occupational Employment and Wage Estimates**

**November 2004 State Occupational Employment and Wage Estimates**

**November 2004 Metropolitan Area Occupational Employment and Wage Estimates**

**November 2004 National Industry-Specific Occupational Employment and Wage Estimates**

**List of Occupations in SOC Code Number Order**

**List of Occupations in Alphabetical Order**

**Download November 2004 Occupational Employment and Wage Estimates in Zipped Excel files**

**Technical notes**

**Last Modified Date:** November 9, 2005

**Back to Top**                                                                                    www.dol.gov

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**
**Privacy & Security Statement | Linking to Our Site | Accessibility**

**U.S. Bureau of Labor Statistics**                                           URL: **http://www.bls.gov/OES**
Division of Occupational Employment Statistics                                Phone: (202) 691-6569
Suite 2135                                                                    Fax: (202) 691-6444
2 Massachusetts Ave., NE                                                      OES data questions: **oesinfo@bls.gov**
Washington, DC 20212-0001                                                     Technical (web) questions: **webmaster@bls.gov**
                                                                              Other comments: **feedback@bls.gov**



**U.S. Department of Labor**
Bureau of Labor Statistics
*Occupational Employment Statistics*

**www.bls.gov**



Search | A-Z Index

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL

| RELATED OES LINKS |  |

# Occupational Employment and Wages, November 2004

**35-2014 Cooks, Restaurant**

Prepare, season, and cook soups, meats, vegetables, desserts, or other foodstuffs in restaurants. May order supplies, keep records and accounts, price items on menu, or plan menu.

**National estimates for this occupation**
**Industry profile for this occupation**
**State profile for this occupation**
**Metropolitan area profile for this occupation**

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 770,660 | 1.2 % | $9.80 | $20,370 | 0.4 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $6.78 | $7.85 | $9.47 | $11.22 | $13.42 |
| Annual Wage (2) | $14,090 | $16,330 | $19,700 | $23,340 | $27,910 |

**Industry profile for this occupation: Top**

Industries with the highest levels of employment in this occupation:

| Industry | Employment | Hourly mean wage | Annual mean wage |
|---|---|---|---|
| Full-service restaurants | 578,690 | $9.68 | $20,130 |

WOODARD
00360

Cooks, Restaurant

Page 2 of 4

| | | | |
|---|---|---|---|
| Limited-service eating places | 60,680 | $8.78 | $18,270 |
| Traveler accommodation | 53,740 | $11.38 | $23,680 |
| Other amusement and recreation industries | 20,070 | $11.06 | $23,000 |
| Drinking places, alcoholic beverages | 17,100 | $9.61 | $20,000 |

Top paying industries for this occupation:

| Industry | Employment | Hourly mean wage | Annual mean wage |
|---|---|---|---|
| Clothing stores | 40 | $12.55 | $26,100 |
| Animal slaughtering and processing | (7) | $12.07 | $25,110 |
| Scenic and sightseeing transportation, water | 210 | $11.85 | $24,650 |
| Scenic and sightseeing transportation, land | (7) | $11.61 | $24,140 |
| Activities related to real estate | 90 | $11.48 | $23,870 |

---

**State profile for this occupation: Top**

States with the highest concentration of workers in this occupation:

| State | Employment | Hourly mean wage | Annual mean wage | Percent of State employment |
|---|---|---|---|---|
| Hawaii | 6,210 | $11.68 | $24,290 | 1.082% |
| Nevada | 12,200 | $11.72 | $24,380 | 1.057% |
| Montana | 3,870 | $8.18 | $17,010 | 0.947% |
| Colorado | 18,570 | $10.40 | $21,640 | 0.872% |
| Wyoming | 2,070 | $8.87 | $18,450 | 0.839% |

Top paying States for this occupation:

WOODARD
00361

| State | Employment | Hourly mean wage | Annual mean wage | Percent of State |
|---|---|---|---|---|

| | | | | employment |
|---|---|---|---|---|
| Alaska | 1,990 | $13.10 | $27,250 | 0.673% |
| Connecticut | 7,030 | $12.10 | $25,180 | 0.428% |
| New York | 34,660 | $11.85 | $24,640 | 0.418% |
| Massachusetts | 16,730 | $11.85 | $24,640 | 0.535% |
| Nevada | 12,200 | $11.72 | $24,380 | 1.057% |

**Metropolitan area profile for this occupation:** <u>Top</u>

Metropolitan areas with the highest concentration of workers in this occupation:

| MSA | Employment | Hourly mean wage | Annual mean wage | Percent of MSA employment |
|---|---|---|---|---|
| Naples, FL MSA | 1,810 | $11.17 | $23,240 | 1.500% |
| Lawrence, KS MSA | 670 | $8.22 | $17,090 | 1.376% |
| Myrtle Beach, SC MSA | 1,470 | $9.96 | $20,720 | 1.356% |
| Atlantic-Cape May, NJ PMSA | 2,350 | $12.76 | $26,540 | 1.243% |
| Barnstable-Yarmouth, MA MSA | 830 | $13.55 | $28,170 | 1.236% |

Top paying Metropolitan areas for this occupation:

| MSA | Employment | Hourly mean wage | Annual mean wage | Percent of MSA employment |
|---|---|---|---|---|
| Bridgeport, CT PMSA | 560 | $15.22 | $31,660 | 0.299% |
| Anchorage, AK MSA | 820 | $14.71 | $30,590 | 0.582% |
| Danbury, CT PMSA | 380 | $14.39 | $29,930 | 0.416% |
| Barnstable-Yarmouth, MA MSA | 830 | $13.55 | $28,170 | 1.236% |
| Brockton, MA PMSA | 290 | $13.36 | $27,780 | 0.289% |

**About November 2004 National, State, and Metropolitan Area Occupational Employment and Wage Estimates**

WOODARD
00362

These estimates are calculated with data collected from employers in all industry sectors in metropolitan and non-metropolitan areas in every State and the District of Columbia. The top five employment and wage figures are provided above. The complete list is available in the **downloadable Excel files(XLS)**.

Percentile wage estimates show the percentage of workers in an occupation that earn less than a given wage and the percentage that earn more. The median wage is the 50th percentile wage estimate--50 percent of workers earn less than the median and 50 percent of workers earn more than the median. **More about percentile wages.**

(1) Estimates for detailed occupations do not sum to the totals because the totals include occupations not shown separately. Estimates do not include self-employed workers.

(2) Annual wages have been calculated by multiplying the hourly mean wage by a "year-round, full-time" hours figure of 2,080 hours; for those occupations where there is not an hourly mean wage published, the annual wage has been directly calculated from the reported survey data.

(3) The relative standard error (RSE) is a measure of the reliability of a survey statistic. The smaller the relative standard error, the more precise the estimate.

(7) Estimate not released.

All **Food Preparation and Serving Related Occupations**

**November 2004 National Occupational Employment and Wage Estimates**

**November 2004 State Occupational Employment and Wage Estimates**

**November 2004 Metropolitan Area Occupational Employment and Wage Estimates**

**November 2004 National Industry-Specific Occupational Employment and Wage Estimates**

**List of Occupations in SOC Code Number Order**

**List of Occupations in Alphabetical Order**

**Download November 2004 Occupational Employment and Wage Estimates in Zipped Excel files**

**Technical notes**

**Last Modified Date:** November 9, 2005

**Back to Top**                                                                                      www.dol.gov

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Linking to Our Site | Accessibility

U.S. Bureau of Labor Statistics
Division of Occupational Employment Statistics
Suite 2135
2 Massachusetts Ave., NE
Washington, DC 20212-0001

URL: http://www.bls.gov/OES
Phone: (202) 691-6569
Fax: (202) 691-6444
OES data questions: oesinfo@bls.gov
Technical (web) questions: webmaster@bls.gov
Other comments: feedback@bls.gov

WOODARD
00363

http://www.bls.gov/oes/current/oes352014.htm                                                          12/14/2005

Help on this page    Normal View

# State Profile: Colorado



### Demographic Information:



| | | | |
|---|---|---|---|
| 2003 Population | 4,550,700 | Ranking | |
| 2003 Labor Force | 2,477,900 | Ranking | |
| 2003 Unemployment Rate | 6.0% | Ranking | Local Rates |
| 2004 Median Household Income | $51,100 | Ranking | |
| 2003 Per Capita Income | $34,500 | Ranking | |

### Occupation Rankings in Colorado:

**First select the type of occupational ranking...**
- ⊙ Fastest-growing occupations
- ○ Occupations with the most openings
- ○ Occupations with the largest employment
- ○ Occupations with declining employment
- ○ Highest-paying occupations

**Then select the average worker education level...**
- ⊙ Overall
- ○ Requiring only work experience or on-the-job training
- ○ Requiring post-secondary training or an associate's degree
- ○ Requiring a bachelor's degree or higher

[Search]

### State Information:

**WOODARD 00364**

- **Largest Employers** - This link will take you to a list of the largest employers in Colorado.
- **State Resources** - This link will take you to state information on Career/Labor Market Information and Education, Cultural, and Recreational information.
- **Licensing Information** - You can view licensing information by occupation or state agency.

### State Programs:

Find detailed information, maps and driving directions to services in Colorado at America's Service Locator. Please note that this may not be a comprehensive list of providers for your state.

Help on this page     Normal View

# State Profile: Largest Employers

## Colorado

Listed below are the largest employers in Colorado. Click on an employer to learn more about it.

| # | Employer | City | Number of Employees |
|---|---|---|---|
| 1 | GOLDER ASSOCIATES | Lakewood | 10,030 |
| 2 | LOCKHEED MARTIN CORP | Littleton | 10,000 |
| 3 | LOCKHEED MARTIN SPACE SYSTEMS | Littleton | 10,000 |
| 4 | PETERSON AFB | Colorado Springs | 9,286 |
| 5 | COLORADO STATE UNIVERSITY | Fort Collins | 7,910 |
| 6 | DENVER INTERNATIONAL AIRPORT | Denver | 7,000 |
| 7 | IBM CORP | Boulder | 5,000 |
| 8 | NORTH AMERICAN AEROSPACE DFNSE | Colorado Springs | 5,000 |
| 9 | EXEMPLA HEALTHCARE | Denver | 5,000 |
| 10 | ST JOSEPH HOSPITAL | Denver | 5,000 |
| 11 | TRANSPORTATION SAFETY OFFICE | Denver | 5,000 |
| 12 | PIONEER PORK | Springfield | 5,000 |
| 13 | SCHRIEVER AIR FORCE BASE | Colorado Springs | 4,800 |
| 14 | HEWLETT-PACKARD CO | Colorado Springs | 4,000 |
| 15 | MCI | Colorado Springs | 4,000 |
| 16 | PENROSE ST FRANCIS HOSPITAL | Colorado Springs | 4,000 |
| 17 | FAS CORP | Greenwood Village | 4,000 |
| 18 | GREAT-WEST LIFE & ANNUITY INS | Greenwood Village | 4,000 |
| 19 | UNIVERSITY-NORTHERN COLORADO | Greeley | 3,600 |
| 20 | UNIVERSITY OF COLORADO | Boulder | 3,500 |
| 21 | MEMORIAL HOSPITAL | Colorado Springs | 3,500 |
| 22 | GREAT-WEST LIFE & ANNUITY INS | Greenwood Village | 3,500 |
| 23 | STORAGE TECHNOLOGY CORP | Louisville | 3,500 |



Nearly 12 million U.S. employers' information is available in this tool. Employer Information is provided under license by infoUSA®, Omaha, NE, (800)-555-5211. Copyright© 2005. All Rights Reserved. This information was last updated October 2004 and may not be the most current information available from infoUSA.

Send requests for changes and additions to infoUSA by e-mailing employer.database@infoUSA.com or calling 1-800-555-5211 (ask for the Government Division).

Back

WOODARD
00365

Normal View

# Occupation Profile

## BARTENDERS: COLORADO

## Occupation Description

Mix and serve drinks to patrons, directly or through waitstaff.

## State and National Wages

| Location | Pay Period | 2003 | | | | |
|---|---|---|---|---|---|---|
| | | 10% | 25% | Median | 75% | 90% |
| United States | Hourly | $5.73 | $6.33 | $7.29 | $9.04 | $12.08 |
| | Yearly | $11,900 | $13,200 | $15,200 | $18,800 | $25,100 |
| Colorado | Hourly | $5.64 | $6.09 | $6.83 | $8.38 | $10.88 |
| | Yearly | $11,700 | $12,700 | $14,200 | $17,400 | $22,600 |

Wage Data: Frequently Asked Questions

Rank this occupation by median wage across all states.
Compare wages by occupation and local area.
Compare wages by metropolitan areas.

**Source:** Bureau of Labor Statistics, Occupational Employment Statistics Survey; Colorado Department of Labor and Employment, Labor Market Information

## State and National Trends

| United States | Employment | | Percent Change | Job Openings [1] |
|---|---|---|---|---|
| | 2002 | 2012 | | |
| Bartenders | 463,000 | 502,900 | + 9 % | 22,270 |
| Colorado | Employment | | Percent Change | Job Openings [1] |
| | 2002 | 2012 | | |
| Bartenders | 9,630 | 11,180 | + 16 % | 540 |

[1] Job Openings refers to the average annual job openings due to growth and net replacement.

Employment Trends: Frequently Asked Questions

Rank this occupation by percent change across all states.
Compare employment trends by occupation.
Compare employment trends by industry and occupation.

**Source:** Bureau of Labor Statistics, Office of Occupational Statistics and Employment Projections; Colorado Department of Labor and Employment, Labor Market Information

WOODARD
00366

http://www.acinet.org/acinet/occ_rep.asp?printer=true&next=occ_rep&Level=&optstatus=11111111&io...   12/14/2005

## Knowledge, Skills, and Abilities

The most important knowledge, skills, and abilities (KSAs) are listed for **Bartenders**.

### Knowledge:

- **Customer and Personal Service** - Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.
- **Psychology** - Knowledge of human behavior and performance; individual differences in ability, personality, and interests; learning and motivation; psychological research methods; and the assessment and treatment of behavioral and affective disorders.
- **Mathematics** - Knowledge of arithmetic, algebra, geometry, calculus, statistics, and their applications.
- **Sales and Marketing** - Knowledge of principles and methods for showing, promoting, and selling products or services. This includes marketing strategy and tactics, product demonstration, sales techniques, and sales control systems.
- **English Language** - Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar.

### Skills:

- **Active Listening** - Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- **Speaking** - Talking to others to convey information effectively.
- **Social Perceptiveness** - Being aware of others' reactions and understanding why they react as they do.
- **Mathematics** - Using mathematics to solve problems.
- **Service Orientation** - Actively looking for ways to help people.

### Abilities:

- **Oral Comprehension** - The ability to listen to and understand information and ideas presented through spoken words and sentences.
- **Oral Expression** - The ability to communicate information and ideas in speaking so others will understand.
- **Problem Sensitivity** - The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.
- **Speech Recognition** - The ability to identify and understand the speech of another person.
- **Near Vision** - The ability to see details at close range (within a few feet of the observer).
- **Speech Clarity** - The ability to speak clearly so others can understand you.

Source: Occupational Information Network: Bartenders.

---

## Tasks and Activities

Occupation specific tasks and the most important generalized work activities are listed for **Bartenders**.

### Occupation Specific Tasks:

- Arrange bottles and glasses to make attractive displays.
- Ask customers who become loud and obnoxious to leave, or physically remove them.
- Attempt to limit problems and liability related to customers' excessive drinking by taking steps such as persuading customers to stop drinking, or ordering taxis or other transportation for intoxicated patrons.
- Balance cash receipts.
- Check identification of customers in order to verify age requirements for purchase of alcohol.
- Clean bars, work areas, and tables.
- Clean glasses, utensils, and bar equipment.
- Collect money for drinks served.
- Create drink recipes.

WOODARD
00367

- Mix ingredients, such as liquor, soda, water, sugar, and bitters, in order to prepare cocktails and other drinks.
- Order or requisition liquors and supplies.
- Plan bar menus.
- Plan, organize, and control the operations of a cocktail lounge or bar.
- Prepare appetizers, such as pickles, cheese, and cold meats.
- Serve snacks or food items to customers seated at the bar.
- Serve wine, and bottled or draft beer.
- Slice and pit fruit for garnishing drinks.
- Supervise the work of bar staff and other bartenders.
- Take beverage orders from serving staff or directly from patrons.

### Generalized Work Activities:

- *Performing for or Working Directly with the Public* - Performing for people or dealing directly with the public. This includes serving customers in restaurants and stores, and receiving clients or guests.
- *Communicating with Persons Outside Organization* - Communicating with people outside the organization, representing the organization to customers, the public, government, and other external sources. This information can be exchanged in person, in writing, or by telephone or e-mail.
- *Establishing and Maintaining Interpersonal Relationships* - Developing constructive and cooperative working relationships with others, and maintaining them over time.
- *Identifying Objects, Actions, and Events* - Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events.
- *Communicating with Supervisors, Peers, or Subordinates* - Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person.
- *Judging the Qualities of Things, Services, or People* - Assessing the value, importance, or quality of things or people.

### Detailed Work Activities:

- assist patrons to make wine selection
- calculate monetary exchange
- check ID to ensure minimum age requirement is met
- clean rooms or work areas
- collect payment
- mix drinks or flavors for mixed drinks
- order or purchase supplies, materials, or equipment
- prepare appetizers, salads, or cold dishes
- provide customer service
- purchase food or beverages
- recognize customer intoxication
- requisition stock, materials, supplies or equipment
- serve food or beverages
- understand government alcoholic beverage service regulations
- understand government health, hotel or food service regulations
- use cash registers
- use knowledge of food handling rules
- use oral or written communication techniques
- wash dishes, glassware, or related utensils

Source: Occupational Information Network: Bartenders.

---

## Education and Training

**Occupation:** Bartenders
**Most Common Educational/Training Level:** Short-term on-the-job training
**Related Instructional Programs:** Bartending/Bartender

**Distribution of Educational Attainment**

WOODARD
00368

| | Percent of employees aged 25 to 44 in the occupation whose |