| Occupation | highest level of educational attainment is- | | |
| --- | --- | --- | --- |
| | High School or Less | Some College | Bachelor Degree or More |
| Bartenders | 49.2% | 37.9% | 12.9% |
| Food and Beverage Serving Workers | 64.7% | 26.5% | 8.8% |
| Food Preparation and Serving Related | 70% | 21.8% | 8.2% |
| Total, All Occupations | 42.4% | 27.8% | 29.8% |

Search the College Opportunities On-Line for educational institutions in Colorado

Access additional Colorado Education Resources in the Career Resource Library.

Use the Financial Aid Advisor to help find funds for financing education.

**WIA Eligible Training Provider List:** http://navigator.cdle.state.co.us/

Source: Bureau of Labor Statistics, Office of Occupational Statistics and Employment Projections (Education/Training Level, Educational Attainment); National Center for Education Statistics (Typical Instructional Programs)

## Related Occupation Profiles
**Occupations with similar skill requirements**

- Cashiers
- Combined Food Preparation and Serving Workers, Including Fast Food
- Counter and Rental Clerks
- Flight Attendants
- Food Preparation Workers
- Locker Room, Coatroom, and Dressing Room Attendants
- Transportation Attendants, Except Flight Attendants and Baggage Porters
- Waiters and Waitresses

## Web Resources

The following resources are related to occupations in the job family **Food Preparation and Serving Related**

Cooks and Food Preparation Workers
Food and Beverage Serving Workers
Other Food Preparation and Serving Related Workers
Supervisors, Food Preparation and Serving Workers

## Cooks and Food Preparation Workers

- Cook, Human Resources Development Canada
- Cooks (Except Private Household), Alabama CINS
- Cooks and Chefs, California Occupational Guide
- Cooks, Restaurant, CareerZone
- Cooks, Short Order and Fast Food, California Occupational Guide
- Food Preparation Workers, CareerZone
- Kitchen Workers, California Occupational Guide
- Short-Order Cooks, Learn More Resource Center

**WOODARD
00369**

## Food and Beverage Serving Workers

- Bartender, Human Resources Development Canada
- Bartenders, Alabama CINS
- Food and Beverage Server, Human Resources Development Canada
- Food and Beverage Serving and Related Workers, Occupational Outlook Handbook
- Sommelier, Princeton Review
- Waiters and Waitresses, Alabama CINS
- Waiters and Waitresses, California Occupational Guide

## Other Food Preparation and Serving Related Workers

- Buspersons, Learn More Resource Center
- Counter Attendants (Lunchroom and Cafeteria), Alabama CINS
- Dining Room Attendants (Bus Persons), California Occupational Guide
- Fast Food Cooks, Learn More Resource Center
- Food Preparation and Service Workers (Except Private Household), Alabama CINS
- Hosts and Hostesses, Restaurant, California Occupational Guide
- Maitre d'Hotel, Human Resources Development Canada
- Restaurant Hosts, Learn More Resource Center

## Supervisors, Food Preparation and Serving Workers

- Caterer, Princeton Review
- Chef, Human Resources Development Canada
- Chef, Princeton Review
- Chefs and Cooks, British Columbia Occupational Outlooks
- Chefs, Cooks, and Food Preparation Workers, Occupational Outlook Handbook
- Food and Beverage Supervisor, Human Resources Development Canada
- Restauranteur, Princeton Review

**WOODARD**
**00370**

Normal View

# Occupation Profile

### FIRST-LINE SUPERVISORS/MANAGERS OF FOOD PREPARATION AND SERVING WORKERS: COLORADO

## Occupation Description

Supervise workers engaged in preparing and serving food.

## State and National Wages

| Location | Pay Period | 2003 | | | | |
|---|---|---|---|---|---|---|
| | | 10% | 25% | Median | 75% | 90% |
| United States | Hourly | $7.78 | $9.45 | $12.01 | $15.59 | $19.70 |
| | Yearly | $16,200 | $19,700 | $25,000 | $32,400 | $41,000 |
| Colorado | Hourly | $8.87 | $11.20 | $13.55 | $17.21 | $21.05 |
| | Yearly | $18,400 | $23,300 | $28,200 | $35,800 | $43,800 |

Wage Data: Frequently Asked Questions

Rank this occupation by median wage across all states.
Compare wages by occupation and local area.
Compare wages by metropolitan areas.

**Source:** Bureau of Labor Statistics, Occupational Employment Statistics Survey; Colorado Department of Labor and Employment, Labor Market Information

## State and National Trends

| United States | Employment | | Percent Change | Job Openings [1] |
|---|---|---|---|---|
| | 2002 | 2012 | | |
| First-line supervisors/managers of food preparation and serving workers | 692,300 | 799,700 | + 16 % | 27,210 |
| Colorado | Employment | | Percent Change | Job Openings [1] |
| | 2002 | 2012 | | |
| First-line supervisors/managers of food preparation and serving workers | 14,700 | 18,290 | + 24 % | 710 |

[1] Job Openings refers to the average annual job openings due to growth and net replacement.

Employment Trends: Frequently Asked Questions

Rank this occupation by percent change across all states.
Compare employment trends by occupation.
Compare employment trends by industry and occupation.

**WOODARD**
**00371**

**Source:** Bureau of Labor Statistics, Office of Occupational Statistics and Employment Projections; Colorado Department of Labor and

Employment, Labor Market Information

## Knowledge, Skills, and Abilities

The most important knowledge, skills, and abilities (KSAs) are listed for **First-Line Supervisors/Managers of Food Preparation and Serving Workers**.

### Knowledge:

- **Customer and Personal Service** - Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.
- **Administration and Management** - Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, production methods, and coordination of people and resources.
- **Production and Processing** - Knowledge of raw materials, production processes, quality control, costs, and other techniques for maximizing the effective manufacture and distribution of goods.
- **Food Production** - Knowledge of techniques and equipment for planting, growing, and harvesting food products (both plant and animal) for consumption, including storage/handling techniques.
- **Personnel and Human Resources** - Knowledge of principles and procedures for personnel recruitment, selection, training, compensation and benefits, labor relations and negotiation, and personnel information systems.

### Skills:

- **Speaking** - Talking to others to convey information effectively.
- **Active Listening** - Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- **Time Management** - Managing one's own time and the time of others.
- **Reading Comprehension** - Understanding written sentences and paragraphs in work related documents.
- **Instructing** - Teaching others how to do something.

### Abilities:

- **Oral Expression** - The ability to communicate information and ideas in speaking so others will understand.
- **Oral Comprehension** - The ability to listen to and understand information and ideas presented through spoken words and sentences.
- **Problem Sensitivity** - The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.
- **Speech Clarity** - The ability to speak clearly so others can understand you.
- **Speech Recognition** - The ability to identify and understand the speech of another person.

Source: Occupational Information Network: First-Line Supervisors/Managers of Food Preparation and Serving Workers.

## Tasks and Activities

Occupation specific tasks and the most important generalized work activities are listed for **First-Line Supervisors/Managers of Food Preparation and Serving Workers**.

**WOODARD 00372**

### Occupation Specific Tasks:

- Analyze operational problems, such as theft and wastage, and establish procedures to alleviate these problems.
- Assign duties, responsibilities, and work stations to employees in accordance with work requirements.

- Collaborate with other personnel in order to plan menus, serving arrangements, and related details.
- Compile and balance cash receipts at the end of the day or shift.
- Control inventories of food, equipment, smallware, and liquor, and report shortages to designated personnel.
- Develop departmental objectives, budgets, policies, procedures, and strategies.
- Develop equipment maintenance schedules and arrange for repairs.
- Estimate ingredients and supplies required to prepare a recipe.
- Evaluate new products for usefulness and suitability.
- Forecast staff, equipment, and supply requirements based on a master menu.
- Greet and seat guests, and present menus and wine lists.
- Inspect supplies, equipment, and work areas in order to ensure efficient service and conformance to standards.
- Observe and evaluate workers and work procedures in order to ensure quality standards and service.
- Perform personnel actions such as hiring and firing staff, consulting with other managers as necessary.
- Perform serving duties such as carving meat, preparing flambe dishes, or serving wine and liquor.
- Present bills and accept payments.
- Purchase or requisition supplies and equipment needed to ensure quality and timely delivery of services.
- Recommend measures for improving work procedures and worker performance in order to increase service quality and enhance job safety.
- Record production and operational data on specified forms.
- Resolve customer complaints regarding food service.
- Schedule parties and take reservations.
- Specify food portions and courses, production and time sequences, and workstation and equipment arrangements.
- Supervise and check the assembly of regular and special diet trays and the delivery of food trolleys to hospital patients.
- Train workers in food preparation, and in service, sanitation, and safety procedures.

**Generalized Work Activities:**

- ***Performing for or Working Directly with the Public*** - Performing for people or dealing directly with the public. This includes serving customers in restaurants and stores, and receiving clients or guests.
- ***Identifying Objects, Actions, and Events*** - Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events.
- ***Getting Information*** - Observing, receiving, and otherwise obtaining information from all relevant sources.
- ***Making Decisions and Solving Problems*** - Analyzing information and evaluating results to choose the best solution and solve problems.
- ***Communicating with Supervisors, Peers, or Subordinates*** - Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person.

**Detailed Work Activities:**

- analyze organizational operating practices or procedures
- assign work to staff or employees
- conduct training for personnel
- coordinate banquets, meetings or related events
- determine food portions
- direct and coordinate activities of workers or staff
- direct and coordinate food or beverage preparation
- greet customers, guests, visitors, or passengers
- hire, discharge, transfer, or promote workers
- identify cut or grade of meat
- inspect facilities or equipment for regulatory compliance
- inventory stock to ensure adequate supplies
- investigate customer complaints
- maintain production or work records
- manage finances for institutional food service
- modify work procedures or processes to meet deadlines
- monitor worker performance
- oversee work progress to verify safety or conformance to standards
- plan menus
- provide customer service

WOODARD
00373

- purchase food or beverages
- purchase housekeeping or cleaning supplies or equipment
- recognize customer intoxication
- recommend improvements to work methods or procedures
- requisition stock, materials, supplies or equipment
- resolve customer or public complaints
- resolve or assist workers to resolve work problems
- schedule employee work hours
- schedule restaurant reservations
- use oral or written communication techniques

Source: Occupational Information Network: First-Line Supervisors/Managers of Food Preparation and Serving Workers.

## Education and Training

**Occupation:** First-Line Supervisors/Managers of Food Preparation and Serving Workers
**Most Common Educational/Training Level:** Work experience in a related occupation
**Related Instructional Programs:**

- Cooking and Related Culinary Arts, General
- Foodservice Systems Administration/Management
- Restaurant, Culinary, and Catering Management/Manager

### Distribution of Educational Attainment

| Occupation | Percent of employees aged 25 to 44 in the occupation whose highest level of educational attainment is- | | |
|---|---|---|---|
| | High School or Less | Some College | Bachelor Degree or More |
| First-Line Supervisors/Managers of Food Preparatio | 56.2% | 30.3% | 13.5% |
| Supervisors, Food Preparation and Serving Workers | 52% | 34.2% | 13.9% |
| Food Preparation and Serving Related | 70% | 21.8% | 8.2% |
| Total, All Occupations | 42.4% | 27.8% | 29.8% |

Search the College Opportunities On-Line for educational institutions in Colorado

Access additional Colorado Education Resources in the Career Resource Library.

Use the Financial Aid Advisor to help find funds for financing education.

**WIA Eligible Training Provider List:** http://navigator.cdle.state.co.us/

Source: Bureau of Labor Statistics, Office of Occupational Statistics and Employment Projections (Education/Training Level, Educational Attainment); National Center for Education Statistics (Typical Instructional Programs)

## Related Occupation Profiles
**Occupations with similar skill requirements**

- Chefs and Head Cooks
- Dietetic Technicians
- Dietitians and Nutritionists
- Farm and Home Management Advisors
- First-Line Supervisors/Managers of Farming, Fishing, and Forestry Workers

WOODARD
00374

- First-Line Supervisors/Managers of Housekeeping and Janitorial Workers
- First-Line Supervisors/Managers of Landscaping, Lawn Service, and Groundskeeping Workers
- First-Line Supervisors/Managers of Personal Service Workers
- Food Service Managers
- Recreation Workers

## Web Resources

The following resources are related to occupations in the job family **Food Preparation and Serving Related**

Cooks and Food Preparation Workers
Food and Beverage Serving Workers
Other Food Preparation and Serving Related Workers
Supervisors, Food Preparation and Serving Workers

### Cooks and Food Preparation Workers

- Cook, Human Resources Development Canada
- Cooks (Except Private Household), Alabama CINS
- Cooks and Chefs, California Occupational Guide
- Cooks, Restaurant, CareerZone
- Cooks, Short Order and Fast Food, California Occupational Guide
- Food Preparation Workers, CareerZone
- Kitchen Workers, California Occupational Guide
- Short-Order Cooks, Learn More Resource Center

### Food and Beverage Serving Workers

- Bartender, Human Resources Development Canada
- Bartenders, Alabama CINS
- Food and Beverage Server, Human Resources Development Canada
- Food and Beverage Serving and Related Workers, Occupational Outlook Handbook
- Sommelier, Princeton Review
- Waiters and Waitresses, Alabama CINS
- Waiters and Waitresses, California Occupational Guide

### Other Food Preparation and Serving Related Workers

- Buspersons, Learn More Resource Center
- Counter Attendants (Lunchroom and Cafeteria), Alabama CINS
- Dining Room Attendants (Bus Persons), California Occupational Guide
- Fast Food Cooks, Learn More Resource Center
- Food Preparation and Service Workers (Except Private Household), Alabama CINS
- Hosts and Hostesses, Restaurant, California Occupational Guide
- Maitre d'Hotel, Human Resources Development Canada
- Restaurant Hosts, Learn More Resource Center

### Supervisors, Food Preparation and Serving Workers

- Caterer, Princeton Review
- Chef, Human Resources Development Canada
- Chef, Princeton Review
- Chefs and Cooks, British Columbia Occupational Outlooks
- Chefs, Cooks, and Food Preparation Workers, Occupational Outlook Handbook
- Food and Beverage Supervisor, Human Resources Development Canada
- Restauranteur, Princeton Review

WOODARD
00375

Normal View

# Occupation Profile

### COOKS, RESTAURANT: COLORADO

## Occupation Description

Prepare, season, and cook soups, meats, vegetables, desserts, or other foodstuffs in restaurants. May order supplies, keep records and accounts, price items on menu, or plan menu.

## State and National Wages

| Location | Pay Period | 2003 | | | | |
|---|---|---|---|---|---|---|
| | | 10% | 25% | Median | 75% | 90% |
| United States | Hourly | $6.71 | $7.75 | $9.33 | $11.08 | $13.32 |
| United States | Yearly | $14,000 | $16,100 | $19,400 | $23,000 | $27,700 |
| Colorado | Hourly | $7.21 | $8.48 | $9.92 | $11.81 | $14.03 |
| Colorado | Yearly | $15,000 | $17,600 | $20,600 | $24,600 | $29,200 |

Wage Data: Frequently Asked Questions

Rank this occupation by median wage across all states.
Compare wages by occupation and local area.
Compare wages by metropolitan areas.

Source: Bureau of Labor Statistics, Occupational Employment Statistics Survey; Colorado Department of Labor and Employment, Labor Market Information

## State and National Trends

| United States | Employment | | Percent Change | Job Openings [1] |
|---|---|---|---|---|
| | 2002 | 2012 | | |
| Cooks, restaurant | 727,100 | 842,800 | + 16 % | 34,080 |
| Colorado | Employment | | Percent Change | Job Openings [1] |
| | 2002 | 2012 | | |
| Cooks, restaurant | 19,030 | 23,720 | + 25 % | 1,060 |

[1] Job Openings refers to the average annual job openings due to growth and net replacement.

Employment Trends: Frequently Asked Questions

Rank this occupation by percent change across all states.
Compare employment trends by occupation.
Compare employment trends by industry and occupation.

**WOODARD**
**00376**

Source: Bureau of Labor Statistics, Office of Occupational Statistics and Employment Projections; Colorado Department of Labor and Employment, Labor Market Information

## Knowledge, Skills, and Abilities

The most important knowledge, skills, and abilities (KSAs) are listed for **Cooks, Restaurant**.

**Knowledge:**

- *Food Production* - Knowledge of techniques and equipment for planting, growing, and harvesting food products (both plant and animal) for consumption, including storage/handling techniques.
- *Customer and Personal Service* - Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.
- *Production and Processing* - Knowledge of raw materials, production processes, quality control, costs, and other techniques for maximizing the effective manufacture and distribution of goods.
- *Administration and Management* - Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, production methods, and coordination of people and resources.
- *English Language* - Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar.

**Skills:**

- *Active Listening* - Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- *Reading Comprehension* - Understanding written sentences and paragraphs in work related documents.
- *Speaking* - Talking to others to convey information effectively.
- *Active Learning* - Understanding the implications of new information for both current and future problem-solving and decision-making.
- *Instructing* - Teaching others how to do something.

**Abilities:**

- *Problem Sensitivity* - The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.
- *Information Ordering* - The ability to arrange things or actions in a certain order or pattern according to a specific rule or set of rules (e.g., patterns of numbers, letters, words, pictures, mathematical operations).
- *Near Vision* - The ability to see details at close range (within a few feet of the observer).
- *Time Sharing* - The ability to shift back and forth between two or more activities or sources of information (such as speech, sounds, touch, or other sources).
- *Manual Dexterity* - The ability to quickly move your hand, your hand together with your arm, or your two hands to grasp, manipulate, or assemble objects.
- *Oral Comprehension* - The ability to listen to and understand information and ideas presented through spoken words and sentences.
- *Oral Expression* - The ability to communicate information and ideas in speaking so others will understand.

**Source:** Occupational Information Network: Cooks, Restaurant.

## Tasks and Activities

Occupation specific tasks and the most important generalized work activities are listed for **Cooks, Restaurant**.

**Occupation Specific Tasks:**

- Bake breads, rolls, cakes, and pastries.

WOODARD
00377

- Bake, roast, broil, and steam meats, fish, vegetables, and other foods.
- Butcher and dress animals, fowl, or shellfish, or cut and bone meat prior to cooking.
- Carve and trim meats such as beef, veal, ham, pork, and lamb for hot or cold service, or for sandwiches.
- Consult with supervisory staff to plan menus, taking into consideration factors such as costs and special event needs.
- Coordinate and supervise work of kitchen staff.
- Estimate expected food consumption); then requisition or purchase supplies, or procure food from storage.
- Inspect food preparation and serving areas to ensure observance of safe, sanitary food-handling practices.
- Keep records and accounts.
- Observe and test foods to determine if they have been cooked sufficiently, using methods such as tasting, smelling, or piercing them with utensils.
- Plan and price menu items.
- Portion, arrange, and garnish food, and serve food to waiters or patrons.
- Prepare relishes and hors d'oeuvres.
- Regulate temperature of ovens, broilers, grills, and roasters.
- Season and cook food according to recipes or personal judgment and experience.
- Substitute for or assist other cooks during emergencies or rush periods.
- Turn or stir foods to ensure even cooking.
- Wash, peel, cut, and seed fruits and vegetables to prepare them for consumption.
- Weigh, measure, and mix ingredients according to recipes or personal judgment, using various kitchen utensils and equipment.

**Generalized Work Activities:**

- *Getting Information* - Observing, receiving, and otherwise obtaining information from all relevant sources.
- *Monitor Processes, Materials, or Surroundings* - Monitoring and reviewing information from materials, events, or the environment, to detect or assess problems.
- *Inspecting Equipment, Structures, or Material* - Inspecting equipment, structures, or materials to identify the cause of errors or other problems or defects.
- *Identifying Objects, Actions, and Events* - Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events.
- *Handling and Moving Objects* - Using hands and arms in handling, installing, positioning, and moving materials, and manipulating things.

**Detailed Work Activities:**

- assign work to staff or employees
- bake breads, rolls, or other baked goods
- carve meat or bone fish or fowl
- consult with managerial or supervisory personnel
- cook in quantity
- cook meals
- coordinate banquets, meetings or related events
- cut, trim, or clean meat, or carcasses
- decorate cakes
- determine food or beverage costs
- determine food portions
- direct and coordinate activities of workers or staff
- direct and coordinate food or beverage preparation
- distribute food to waiters or waitresses to serve to customers
- evaluate premises for cleanliness
- follow recipes
- identify cut or grade of meat
- inventory stock to ensure adequate supplies
- investigate customer complaints
- knead, shape, cut, or roll food products by hand
- maintain records, reports, or files
- measure or weigh ingredients for food preparation
- modify recipes to produce specific food products
- operate baking equipment

WOODARD
00378

- operate cooking equipment
- operate food decorating equipment
- operate food preparation equipment
- order or purchase supplies, materials, or equipment
- oversee work progress to verify safety or conformance to standards
- perform a variety of food preparation duties other than cooking
- plan meal presentations
- plan menus
- prepare appetizers, salads, or cold dishes
- prepare beverages
- prepare specialty foods
- price items on menu
- provide customer service
- purchase food or beverages
- read work order, instructions, formulas, or processing charts
- requisition stock, materials, supplies or equipment
- serve food or beverages
- test food to determine that it is cooked
- understand government health, hotel or food service regulations
- use knives
- use knowledge of food handling rules
- use specialized bakery equipment

Source: Occupational Information Network: Cooks, Restaurant.

## Education and Training

**Occupation:** Cooks, Restaurant
**Most Common Educational/Training Level:** Long-term on-the-job training
**Related Instructional Programs:**

- Cooking and Related Culinary Arts, General
- Culinary Arts/Chef Training

### Distribution of Educational Attainment

| Occupation | Percent of employees aged 25 to 44 in the occupation whose highest level of educational attainment is- | | |
|---|---|---|---|
| | High School or Less | Some College | Bachelor Degree or More |
| Cooks, Restaurant | 78.3% | 16.4% | 5.3% |
| Cooks and Food Preparation Workers | 78.1% | 16.6% | 5.3% |
| Food Preparation and Serving Related | 70% | 21.8% | 8.2% |
| Total, All Occupations | 42.4% | 27.8% | 29.8% |

Search the College Opportunities On-Line for educational institutions in Colorado

Access additional Colorado Education Resources in the Career Resource Library.

Use the Financial Aid Advisor to help find funds for financing education.

**WIA Eligible Training Provider List:** http://navigator.cdle.state.co.us/

WOODARD 00379

Source: Bureau of Labor Statistics, Office of Occupational Statistics and Employment Projections (Education/Training Level, Educational Attainment); National Center for Education Statistics (Typical Instructional Programs)

**Related Occupation Profiles**
Occupations with similar skill requirements

- Cashiers
- Counter and Rental Clerks
- Dietetic Technicians
- First-Line Supervisors/Managers of Food Preparation and Serving Workers
- First-Line Supervisors/Managers of Office and Administrative Support Workers
- Food Preparation Workers
- Hairdressers, Hairstylists, and Cosmetologists
- Recreation Workers
- Residential Advisors

---

## Web Resources

The following resources are related to occupations in the job family **Food Preparation and Serving Related**

Cooks and Food Preparation Workers
Food and Beverage Serving Workers
Other Food Preparation and Serving Related Workers
Supervisors, Food Preparation and Serving Workers

### Cooks and Food Preparation Workers

- Cook, Human Resources Development Canada
- Cooks (Except Private Household), Alabama CINS
- Cooks and Chefs, California Occupational Guide
- Cooks, Restaurant, CareerZone
- Cooks, Short Order and Fast Food, California Occupational Guide
- Food Preparation Workers, CareerZone
- Kitchen Workers, California Occupational Guide
- Short-Order Cooks, Learn More Resource Center

### Food and Beverage Serving Workers

- Bartender, Human Resources Development Canada
- Bartenders, Alabama CINS
- Food and Beverage Server, Human Resources Development Canada
- Food and Beverage Serving and Related Workers, Occupational Outlook Handbook
- Sommelier, Princeton Review
- Waiters and Waitresses, Alabama CINS
- Waiters and Waitresses, California Occupational Guide

### Other Food Preparation and Serving Related Workers

- Buspersons, Learn More Resource Center
- Counter Attendants (Lunchroom and Cafeteria), Alabama CINS
- Dining Room Attendants (Bus Persons), California Occupational Guide
- Fast Food Cooks, Learn More Resource Center
- Food Preparation and Service Workers (Except Private Household), Alabama CINS
- Hosts and Hostesses, Restaurant, California Occupational Guide
- Maitre d'Hotel, Human Resources Development Canada
- Restaurant Hosts, Learn More Resource Center

### Supervisors, Food Preparation and Serving Workers

- Caterer, Princeton Review
- Chef, Human Resources Development Canada

**WOODARD**
**00380**

- Chef, Princeton Review
- Chefs and Cooks, British Columbia Occupational Outlooks
- Chefs, Cooks, and Food Preparation Workers, Occupational Outlook Handbook
- Food and Beverage Supervisor, Human Resources Development Canada
- Restauranteur, Princeton Review

WOODARD
00381

312.474-010 - BARTENDER (hotel & rest.) alternate titles: bar attendant; barkeeper - DOT Dictionary o...  Page 1 of 2




| A | B | C |
| D | E | F |
| G | H | I |
| J | K | L |
| M | N | O |
| P | Q | R |
| S | T | U |
| V | W | X |
| Y | Z | ? |

[ <Previous ] [ Next > ] [ Search ] [ Contents ] [ Glossary ] [ Link to this page ] [ About ]

CODE: **312.474-010**              Buy the DOT:**Download/Diskettes/CD-ROM**
TITLE(s): **BARTENDER (hotel & rest.) alternate titles: bar attendant; barkeeper**

Mixes and serves alcoholic and nonalcoholic drinks to patrons of bar, following standard recipes: Mixes ingredients, such as liquor, soda, water, sugar, and bitters, to prepare cocktails and other drinks. Serves wine and draught or bottled beer. Collects money for drinks served. Orders or requisitions liquors and supplies. Arranges bottles and glasses to make attractive display. May slice and pit fruit for garnishing drinks. May prepare appetizers, such as pickles, cheese, and cold meats. May tend service bar and be designated Service Bartender (hotel & rest.).
**GOE: 09.04.01 STRENGTH: L GED: R3 M2 L3 SVP: 3 DLU: 80**

- Dictionary of Occupational Titles (DOT) Index
- Standard Industrial Classifications (SIC) Index
- World Facts
- Quick Maps (for your web site)
- Flags of All Countries (for your web site)
- Digraphs - Internet Country Codes
- Airport Codes
- Seaport Codes
- About Climate (+ Glossary)
- Immigration Superhighway
- ITA Main Page

  . Feedback




**WOODARD 00382**

———————— _URL address of this page: http://www.occupationalinfo.org/31/312474010.html

http://www.occupationalinfo.org/31/312474010.html                              12/14/2005

Immigration Lawyers on the Internet

| | Español | Children | Lawyers | E-mail

"Immigration Superhighway", "Immigration Central", "Immigration Assistant", "Immigration Expert", "Immigration Expert Pro" and "Immigration USA" are trademarks of Information Technology Associates.

© 1995 - 2003 Photius Coutsoukis and Information Technology Associates (All Rights Reserved). Revised 26-May-03

003009CTR030418

WOODARD
00383





CODE: **187.167-106**  Buy the DOT:**Download/Diskettes/CD-ROM**
TITLE(s): **MANAGER, FOOD SERVICE (hotel & rest.; personal ser.)**

Coordinates food service activities of hotel, restaurant, or other similar establishment or at social functions: Estimates food and beverage costs and requisitions or purchases supplies. Confers with food preparation and other personnel to plan menus and related activities, such as dining room, bar, and banquet operations. Directs hiring and assignment of personnel. Investigates and resolves food quality and service complaints. May review financial transactions and monitor budget to ensure efficient operation, and to ensure expenditures stay within budget limitations. May be designated according to type of establishment or specialty as Caterer (personal ser.); Manager, Banquet (hotel & rest.); Manager, Cafeteria Or Lunchroom (hotel & rest.); Manager, Catering (hotel & rest.); Manager, Food And Beverage (hotel & rest.); Manager, Restaurant Or Coffee Shop (hotel & rest.).
**GOE: 11.11.04 STRENGTH: L GED: R4 M4 L4 SVP: 7 DLU: 80**

- Dictionary of Occupational Titles (DOT) Index
- Standard Industrial Classifications (SIC) Index
- World Facts
- Quick Maps (for your web site)
- Flags of All Countries (for your web site)
- Digraphs - Internet Country Codes
- Airport Codes
- Seaport Codes
- About Climate (+ Glossary)
- Immigration Superhighway
- ITA Main Page

. Feedback




**WOODARD 00384**

___URL address of this page: http://www.occupationalinfo.org/18/187167106.html

187.167-106 - MANAGER, FOOD SERVICE (hotel & rest.; personal ser.) - DOT Dictionary of Occupa...   Page 2 of 2



| | Español | Children | Lawyers | E-mail

"Immigration Superhighway", "Immigration Central", "Immigration Assistant", "Immigration Expert", "Immigration Expert Pro" and "Immigration USA" are trademarks of Information Technology Associates.

© 1995 - 2003 Photius Coutsoukis and Information Technology Associates (All Rights Reserved). Revised 26-May-03

004670CTR030418

313.361-014 - COOK (hotel & rest.) alternate titles: cook, restaurant - DOT Dictionary of Occupational ...   Page 1 of 2

 

| A | B | C |
| D | E | F |
| G | H | I |
| J | K | L |
| M | N | O |
| P | Q | R |
| S | T | U |
| V | W | X |
| Y | Z | ? |

<Previous | Next > | Search | Contents | Glossary | Link to this page | About

CODE: **313.361-014**        Buy the DOT:**Download/Diskettes/CD-ROM**
TITLE(s): **COOK (hotel & rest.) alternate titles: cook, restaurant**

Prepares, seasons, and cooks soups, meats, vegetables, desserts, and other foodstuffs for consumption in eating establishments: Reads menu to estimate food requirements and orders food from supplier or procures food from storage. Adjusts thermostat controls to regulate temperature of ovens, broilers, grills, roasters, and steam kettles. Measures and mixes ingredients according to recipe, using variety of kitchen utensils and equipment, such as blenders, mixers, grinders, slicers, and tenderizers, to prepare soups, salads, gravies, desserts, sauces, and casseroles. Bakes, roasts, broils, and steams meats, fish, vegetables, and other foods. Adds seasoning to foods during mixing or cooking, according to personal judgment and experience. Observes and tests foods being cooked by tasting, smelling, and piercing with fork to determine that it is cooked. Carves meats, portions food on serving plates, adds gravies and sauces, and garnishes servings to fill orders. May supervise other cooks and kitchen employees. May wash, peel, cut, and shred vegetables and fruits to prepare them for use. May butcher chickens, fish, and shellfish. May cut, trim, and bone meat prior to cooking. May bake bread, rolls, cakes, and pastry [BAKER (hotel & rest.) 313.381-010]. May price items on menu. May be designated according to meal cooked or shift worked as Cook, Dinner (hotel & rest.); Cook, Morning (hotel & rest.); or according to food item prepared as Cook, Roast (hotel & rest.); or according to method of cooking as Cook, Broiler (hotel & rest.). May substitute for and relieve or assist other cooks during emergencies or rush periods and be designated Cook, Relief (hotel & rest.). May prepare and cook meals for institutionalized patients requiring special diets and be designated Food-Service Worker (hotel & rest.). May be designated: Cook, Dessert (hotel & rest.); Cook, Fry (hotel & rest.); Cook, Night (hotel & rest.); Cook, Sauce (hotel & rest.); Cook, Soup (hotel & rest.); Cook, Special Diet (hotel & rest.); Cook, Vegetable (hotel & rest.). May oversee work of patients assigned to kitchen for work therapy purposes when working in psychiatric hospital.
**GOE: 05.05.17 STRENGTH: M GED: R3 M3 L3 SVP: 7 DLU: 81**

- Dictionary of Occupational Titles (DOT) Index
- Standard Industrial Classifications (SIC) Index
- World Facts
- Quick Maps (for your web site)
- Flags of All Countries (for your web site)
- Digraphs - Internet Country Codes
- Airport Codes
- Seaport Codes
- About Climate (+ Glossary)

**WOODARD
00386**

- Immigration Superhighway

- ITA Main Page

  . Feedback

 

_URL address of this page: **http://www.occupationalinfo.org/31/313361014.html**

Immigration Lawyers on the Internet

| | Español | Children | Lawyers | E-mail

"Immigration Superhighway", "Immigration Central", "Immigration Assistant", "Immigration Expert", "Immigration Expert Pro" and "Immigration USA" are trademarks of Information Technology Associates.

© 1995 - 2003 Photius Coutsoukis and Information Technology Associates (All Rights Reserved).
Revised 26-May-03

007804CTR030418

WOODARD
00387

**o*net OnLine**

Occupational Information Network
**O*NET OnLine**

Related Links | OnLine Help | Home          Occupation Quick Search: [    ] Go

Updated 2004

# Summary Report for:
## 35-3011.00 - Bartenders

Mix and serve drinks to patrons, directly or through waitstaff.

**Sample of reported job titles:** Bartender, Mixologist

View report:  | Summary |   Details    Custom

Tasks | Knowledge | Skills | Abilities | Work Activities | Work Context | Job Zone | Interests | Work Styles | Work Values | Related Occupations | Wages & Employment

## Tasks

- Collect money for drinks served.
- Check identification of customers in order to verify age requirements for purchase of alcohol.
- Balance cash receipts.
- Attempt to limit problems and liability related to customers' excessive drinking by taking steps such as persuading customers to stop drinking, or ordering taxis or other transportation for intoxicated patrons.
- Clean glasses, utensils, and bar equipment.
- Take beverage orders from serving staff or directly from patrons.
- Serve wine, and bottled or draft beer.
- Clean bars, work areas, and tables.
- Mix ingredients, such as liquor, soda, water, sugar, and bitters, in order to prepare cocktails and other drinks.
- Serve snacks or food items to customers seated at the bar.

back to top

## Knowledge

**Customer and Personal Service** — Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.

**Psychology** — Knowledge of human behavior and performance; individual differences in ability, personality, and interests; learning and motivation; psychological research methods; and the assessment and treatment of behavioral and affective disorders.

**Mathematics** — Knowledge of arithmetic, algebra, geometry, calculus, statistics, and their applications.

back to top

## Skills

**Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.