**Speaking** — Talking to others to convey information effectively.

**Social Perceptiveness** — Being aware of others' reactions and understanding why they react as they do.

**Mathematics** — Using mathematics to solve problems.

**Service Orientation** — Actively looking for ways to help people.

**Critical Thinking** — Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.

**Reading Comprehension** — Understanding written sentences and paragraphs in work related documents.

**Learning Strategies** — Selecting and using training/instructional methods and procedures appropriate for the situation when learning or teaching new things.

**Coordination** — Adjusting actions in relation to others' actions.

**Active Learning** — Understanding the implications of new information for both current and future problem-solving and decision-making.

back to top

## Abilities

**Oral Comprehension** — The ability to listen to and understand information and ideas presented through spoken words and sentences.

**Oral Expression** — The ability to communicate information and ideas in speaking so others will understand.

**Problem Sensitivity** — The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.

**Speech Recognition** — The ability to identify and understand the speech of another person.

**Near Vision** — The ability to see details at close range (within a few feet of the observer).

**Speech Clarity** — The ability to speak clearly so others can understand you.

**Information Ordering** — The ability to arrange things or actions in a certain order or pattern according to a specific rule or set of rules (e.g., patterns of numbers, letters, words, pictures, mathematical operations).

**Trunk Strength** — The ability to use your abdominal and lower back muscles to support part of the body repeatedly or continuously over time without 'giving out' or fatiguing.

**Manual Dexterity** — The ability to quickly move your hand, your hand together with your arm, or your two hands to grasp, manipulate, or assemble objects.

**Memorization** — The ability to remember information such as words, numbers, pictures, and procedures.

back to top

## Work Activities

**Performing for or Working Directly with the Public** — Performing for people or dealing directly with the public. This includes serving customers in restaurants and stores, and receiving clients or guests.

**Communicating with Persons Outside Organization** — Communicating with people outside the organization, representing the organization to customers, the public, government, and other external sources. This information can be exchanged in person, in writing, or by telephone or e-mail.

**Establishing and Maintaining Interpersonal Relationships** — Developing constructive and cooperative working relationships with others, and maintaining them over time.

**Communicating with Supervisors, Peers, or Subordinates** — Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person.

**Identifying Objects, Actions, and Events** — Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events.

WOODARD
00389

**Judging the Qualities of Things, Services, or People** — Assessing the value, importance, or quality of things or people.

**Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources.

**Selling or Influencing Others** — Convincing others to buy merchandise/goods or to otherwise change their minds or actions.

**Performing General Physical Activities** — Performing physical activities that require considerable use of your arms and legs and moving your whole body, such as climbing, lifting, balancing, walking, stooping, and handling of materials.

**Monitor Processes, Materials, or Surroundings** — Monitoring and reviewing information from materials, events, or the environment, to detect or assess problems.

back to top

## Work Context

**Contact With Others** — How much does this job require the worker to be in contact with others (face-to-face, by telephone, or otherwise) in order to perform it?

**Spend Time Standing** — How much does this job require standing?

**Face-to-Face Discussions** — How often do you have to have face-to-face discussions with individuals or teams in this job?

**Physical Proximity** — To what extent does this job require the worker to perform job tasks in close physical proximity to other people?

**Spend Time Walking and Running** — How much does this job require walking and running?

**Freedom to Make Decisions** — How much decision making freedom, without supervision, does the job offer?

**Indoors, Environmentally Controlled** — How often does this job require working indoors in environmentally controlled conditions?

**Telephone** — How often do you have telephone conversations in this job?

**Deal With External Customers** — How important is it to work with customers or the public in this job?

**Structured versus Unstructured Work** — To what extent is this job structured for the worker, rather than allowing the worker to determine tasks, priorities, and goals?

back to top

## Job Zone

| | |
|---|---|
| **Title** | Job Zone Two: Some Preparation Needed |
| **Overall Experience** | Some previous work-related skill, knowledge, or experience may be helpful in these occupations, but usually is not needed. For example, a teller might benefit from experience working directly with the public, but an inexperienced person could still learn to be a teller with little difficulty. |
| **Job Training** | Employees in these occupations need anywhere from a few months to one year of working with experienced employees. |
| **Job Zone Examples** | These occupations often involve using your knowledge and skills to help others. Examples include sheet metal workers, forest fire fighters, customer service representatives, pharmacy technicians, salespersons (retail), and tellers. |
| **SVP Range** | (4.0 to < 6.0) |
| **Education** | These occupations usually require a high school diploma and may require some vocational training or job-related course work. In some cases, an associate's or bachelor's degree could be needed. |

**There is 1 recognized apprenticeable specialty associated with this occupation:**
Bartender

To learn about specific apprenticeship opportunities, please consult the listing of State Offices 🖉 external site for contact information.

WOODARD
00390

Summary Report

For general information about apprenticeships, training, and partnerships with business, visit the U.S. Department of Labor Office of Apprenticeship Training, Employer and Labor Services (OATELS) website.

back to top

## Interests

**Enterprising** — Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business.

**Social** — Social occupations frequently involve working with, communicating with, and teaching people. These occupations often involve helping or providing service to others.

**Realistic** — Realistic occupations frequently involve work activities that include practical, hands-on problems and solutions. They often deal with plants, animals, and real-world materials like wood, tools, and machinery. Many of the occupations require working outside, and do not involve a lot of paperwork or working closely with others.

back to top

## Work Styles

**Self Control** — Job requires maintaining composure, keeping emotions in check, controlling anger, and avoiding aggressive behavior, even in very difficult situations.

**Cooperation** — Job requires being pleasant with others on the job and displaying a good-natured, cooperative attitude.

**Integrity** — Job requires being honest and ethical.

**Stress Tolerance** — Job requires accepting criticism and dealing calmly and effectively with high stress situations.

**Dependability** — Job requires being reliable, responsible, and dependable, and fulfilling obligations.

**Social Orientation** — Job requires preferring to work with others rather than alone, and being personally connected with others on the job.

**Concern for Others** — Job requires being sensitive to others' needs and feelings and being understanding and helpful on the job.

**Attention to Detail** — Job requires being careful about detail and thorough in completing work tasks.

**Adaptability/Flexibility** — Job requires being open to change (positive or negative) and to considerable variety in the workplace.

**Independence** — Job requires developing one's own ways of doing things, guiding oneself with little or no supervision, and depending on oneself to get things done.

back to top

## Work Values

**Relationships** — Occupations that satisfy this work value allow employees to provide service to others and work with co-workers in a friendly non-competitive environment. Corresponding needs are Co-workers, Moral Values and Social Service.

**Support** — Occupations that satisfy this work value offer supportive management that stands behind employees. Corresponding needs are Company Policies, Supervision: Human Relations and Supervision: Technical.

back to top

## Related Occupations

| | |
|---|---|
| 35-2021.00 | Food Preparation Workers |
| 35-3021.00 | Combined Food Preparation and Serving Workers, Including Fast Food |
| 35-3031.00 | Waiters and Waitresses |

WOODARD
00391

Summary Report                                                                                    Page 5 of 5

| | |
|---|---|
| 39-3093.00 | Locker Room, Coatroom, and Dressing Room Attendants |
| 39-6031.00 | Flight Attendants |
| 39-6032.00 | Transportation Attendants, Except Flight Attendants and Baggage Porters |
| 41-2011.00 | Cashiers |
| 41-2021.00 | Counter and Rental Clerks |

back to top

## Wages & Employment Trends

### National

| | |
|---|---|
| **Median wages (2003)** | $7.29 hourly, $15,170 annual |
| **Employment (2002)** | 463,000 employees |
| **Projected growth (2002-2012)** | ▪ Slower than average (0-9%) |
| **Projected need (2002-2012)** | 223,000 additional employees |

### State & National

Select a State ▾ Go    

Source: Bureau of Labor Statistics 2003 wage data and 2002-2012 employment projections. "Projected growth" represents the estimated change in total emploment over the projections period (2002-2012). "Projected need" represents job openings due to growth and net replacement.

back to top

---

Find Occupations | Skills Search | Crosswalk Search
Related Links | OnLine Help | Home

Send comments or inquiries to O*NET Information.
Link to Us
Privacy Statement | Disclaimer

WOODARD
00392

12/14/2005

Summary Report

Page 1 of 5



**Occupational Information Network**

# O*NET OnLine

Related Links | OnLine Help | Home

Occupation Quick Search: |                    | Go

<u>Updated 2004</u>

# Summary Report for:
## 35-1012.00 - First-Line Supervisors/Managers of Food Preparation and Serving Workers

Supervise workers engaged in preparing and serving food.

**Sample of reported job titles:** Food Service Supervisor, Kitchen Manager, Executive Chef, Dietary Manager, Dietary Supervisor, Food Service Director, Food Service Manager, Restaurant Manager, Supervisor Of Food And Nutrition Services, Cafeteria Manager

| View report: | **Summary** | <u>Details</u> | <u>Custom</u> |

<u>Tasks</u> | <u>Knowledge</u> | <u>Skills</u> | <u>Abilities</u> | <u>Work Activities</u> | <u>Work Context</u> | <u>Job Zone</u> | <u>Interests</u> | <u>Work Styles</u> | <u>Work Values</u> | <u>Related Occupations</u> | <u>Wages & Employment</u> | <u>Additional Information</u>

## Tasks

- Compile and balance cash receipts at the end of the day or shift.
- Resolve customer complaints regarding food service.
- Train workers in food preparation, and in service, sanitation, and safety procedures.
- Inspect supplies, equipment, and work areas in order to ensure efficient service and conformance to standards.
- Control inventories of food, equipment, smallware, and liquor, and report shortages to designated personnel.
- Observe and evaluate workers and work procedures in order to ensure quality standards and service.
- Assign duties, responsibilities, and work stations to employees in accordance with work requirements.
- Estimate ingredients and supplies required to prepare a recipe.
- Perform personnel actions such as hiring and firing staff, consulting with other managers as necessary.
- Analyze operational problems, such as theft and wastage, and establish procedures to alleviate these problems.

<u>back to top</u>

## Knowledge

**Customer and Personal Service** --- Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.

**Administration and Management** — Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, production methods, and coordination of people and resources.

<u>back to top</u>

## Skills

**Speaking** — Talking to others to convey information effectively.

**Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.

**WOODARD**
**00393**

Summary Report

**Time Management** --- Managing one's own time and the time of others.

**Instructing** — Teaching others how to do something.

**Reading Comprehension** --- Understanding written sentences and paragraphs in work related documents.

**Monitoring** — Monitoring/Assessing performance of yourself, other individuals, or organizations to make improvements or take corrective action.

**Mathematics** — Using mathematics to solve problems.

**Service Orientation** --- Actively looking for ways to help people.

**Social Perceptiveness** — Being aware of others' reactions and understanding why they react as they do.

**Management of Personnel Resources** --- Motivating, developing, and directing people as they work, identifying the best people for the job.

back to top

## Abilities

**Oral Expression** — The ability to communicate information and ideas in speaking so others will understand.

**Oral Comprehension** — The ability to listen to and understand information and ideas presented through spoken words and sentences.

**Problem Sensitivity** — The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.

**Speech Clarity** --- The ability to speak clearly so others can understand you.

**Speech Recognition** — The ability to identify and understand the speech of another person.

**Information Ordering** --- The ability to arrange things or actions in a certain order or pattern according to a specific rule or set of rules (e.g., patterns of numbers, letters, words, pictures, mathematical operations).

**Deductive Reasoning** — The ability to apply general rules to specific problems to produce answers that make sense.

**Inductive Reasoning** — The ability to combine pieces of information to form general rules or conclusions (includes finding a relationship among seemingly unrelated events).

**Near Vision** — The ability to see details at close range (within a few feet of the observer).

**Category Flexibility** — The ability to generate or use different sets of rules for combining or grouping things in different ways.

back to top

## Work Activities

**Performing for or Working Directly with the Public** --- Performing for people or dealing directly with the public. This includes serving customers in restaurants and stores, and receiving clients or guests.

**Identifying Objects, Actions, and Events** — Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events.

**Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources.

**Communicating with Supervisors, Peers, or Subordinates** — Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person.

**Making Decisions and Solving Problems** — Analyzing information and evaluating results to choose the best solution and solve problems.

**Establishing and Maintaining Interpersonal Relationships** — Developing constructive and cooperative working relationships with others, and maintaining them over time.

**Training and Teaching Others** — Identifying the educational needs of others, developing formal educational or training programs or classes, and teaching or instructing others.

WOODARD
00394

12/14/2005

Summary Report                                                                                      Page 3 of 5

**Evaluating Information to Determine Compliance with Standards** — Using relevant information and individual judgment to determine whether events or processes comply with laws, regulations, or standards.

**Resolving Conflicts and Negotiating with Others** — Handling complaints, settling disputes, and resolving grievances and conflicts, or otherwise negotiating with others.

**Selling or Influencing Others** — Convincing others to buy merchandise/goods or to otherwise change their minds or actions.

back to top

## Work Context

**Face-to-Face Discussions** — How often do you have to have face-to-face discussions with individuals or teams in this job?

**Contact With Others** — How much does this job require the worker to be in contact with others (face-to-face, by telephone, or otherwise) in order to perform it?

**Telephone** — How often do you have telephone conversations in this job?

**Work With Work Group or Team** — How important is it to work with others in a group or team in this job?

**Indoors, Environmentally Controlled** — How often does this job require working indoors in environmentally controlled conditions?

**Physical Proximity** — To what extent does this job require the worker to perform job tasks in close physical proximity to other people?

**Spend Time Standing** — How much does this job require standing?

**Responsible for Others' Health and Safety** — How much responsibility is there for the health and safety of others in this job?

**Freedom to Make Decisions** — How much decision making freedom, without supervision, does the job offer?

**Frequency of Decision Making** — How frequently is the worker required to make decisions that affect other people, the financial resources, and/or the image and reputation of the organization?

back to top

## Job Zone

**Title** Job Zone Two: Some Preparation Needed

**Overall Experience** Some previous work-related skill, knowledge, or experience may be helpful in these occupations, but usually is not needed. For example, a teller might benefit from experience working directly with the public, but an inexperienced person could still learn to be a teller with little difficulty.

**Job Training** Employees in these occupations need anywhere from a few months to one year of working with experienced employees.

**Job Zone Examples** These occupations often involve using your knowledge and skills to help others. Examples include sheet metal workers, forest fire fighters, customer service representatives, pharmacy technicians, salespersons (retail), and tellers.

**SVP Range** (4.0 to < 6.0)

**Education** These occupations usually require a high school diploma and may require some vocational training or job-related course work. In some cases, an associate's or bachelor's degree could be needed.

back to top

## Interests                                                                        **WOODARD**
                                                                                     **00395**

**Enterprising** — Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business.

**Realistic** — Realistic occupations frequently involve work activities that include practical, hands-on problems and solutions.

Summary Report                                                                  Page 4 of 5

They often deal with plants, animals, and real-world materials like wood, tools, and machinery. Many of the occupations require working outside, and do not involve a lot of paperwork or working closely with others.

**Conventional** — Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow.

back to top

## Work Styles

**Dependability** — Job requires being reliable, responsible, and dependable, and fulfilling obligations.

**Cooperation** — Job requires being pleasant with others on the job and displaying a good-natured, cooperative attitude.

**Self Control** — Job requires maintaining composure, keeping emotions in check, controlling anger, and avoiding aggressive behavior, even in very difficult situations.

**Leadership** — Job requires a willingness to lead, take charge, and offer opinions and direction.

**Stress Tolerance** — Job requires accepting criticism and dealing calmly and effectively with high stress situations.

**Integrity** — Job requires being honest and ethical.

**Attention to Detail** — Job requires being careful about detail and thorough in completing work tasks.

**Initiative** — Job requires a willingness to take on responsibilities and challenges.

**Adaptability/Flexibility** — Job requires being open to change (positive or negative) and to considerable variety in the workplace.

**Concern for Others** — Job requires being sensitive to others' needs and feelings and being understanding and helpful on the job.

back to top

## Work Values

**Independence** — Occupations that satisfy this work value allow employs to work on their own and make decisions. Corresponding needs are Creativity, Responsibility and Autonomy.

**Relationships** — Occupations that satisfy this work value allow employees to provide service to others and work with co-workers in a friendly non-competitive environment. Corresponding needs are Co-workers, Moral Values and Social Service.

back to top

## Related Occupations

| | |
|---|---|
| 11-9051.00 | Food Service Managers |
| 25-9021.00 | Farm and Home Management Advisors |
| 29-1031.00 | Dietitians and Nutritionists |
| 29-2051.00 | Dietetic Technicians |
| 35-1011.00 | Chefs and Head Cooks |
| 37-1011.02 | Janitorial Supervisors |
| 37-1012.01 | Lawn Service Managers |
| 39-1021.00 | First-Line Supervisors/Managers of Personal Service Workers |
| 39-9032.00 | Recreation Workers |
| 45-1011.03 | First-Line Supervisors and Manager/Supervisors - Animal Care Workers, Except Livestock |

back to top

**WOODARD**
**00396**

Summary Report

## Wages & Employment Trends

### National

| | |
|---|---|
| **Median wages (2003)** | $12.01 hourly, $24,990 annual |
| **Employment (2002)** | 692,000 employees |
| **Projected growth (2002-2012)** | ▪▪  Average (10-20%) |
| **Projected need (2002-2012)** | 272,000 additional employees |

### State & National

Select a State ▾  Go   CAREERINFONET

Source: Bureau of Labor Statistics 2003 wage data and 2002-2012 employment projections. "Projected growth" represents the estimated change in total emploment over the projections period (2002-2012). "Projected need" represents job openings due to growth and net replacement.

back to top

## Sources of Additional Information

**Disclaimer:** Sources are listed to provide additional information on related jobs, specialties, and/or industries. Links to non-DOL Internet sites are provided for your convenience and do not constitute an endorsement.

- American Culinary Federation ☞ external site, 180 Center Pl. Way, St. Augustine, FL 32095. Phone: (800) 624-9458. Fax: (904) 825-4758.
- International Council on Hotel, Restaurant, and Institutional Education ☞ external site, 2613 N. Parham Rd., 2nd Floor, Richmond, VA 23294-4442. Phone: (804) 346-4800. Fax: (804) 346-5009.
- National Restaurant Association ☞ external site, 1200 17th St. NW, Washington, DC 20036. Phone: (202) 331-5900.

back to top

---

Find Occupations | Skills Search | Crosswalk Search
Related Links | OnLine Help | Home

Send comments or inquiries to O*NET Information.
Link to Us
Privacy Statement | Disclaimer

WOODARD
00397

Summary Report





Occupation Quick Search:

# Summary Report for:

Updated 2004

## 35-2014.00 - Cooks, Restaurant

Prepare, season, and cook soups, meats, vegetables, desserts, or other foodstuffs in restaurants. May order supplies, keep records and accounts, price items on menu, or plan menu.

**Sample of reported job titles:** Cook, Line Cook, Prep Cook (Preparation Cook), Grill Cook, Banquet Cook, Breakfast Cook, Back Line Cook, Fry Cook, Pastry Baker, Saucier

| View report: | Summary | Details | Custom |
|---|---|---|---|

Tasks | Knowledge | Skills | Abilities | Work Activities | Work Context | Job Zone | Interests | Work Styles | Work Values | Related Occupations | Wages & Employment | Additional Information

## Tasks

- Inspect food preparation and serving areas to ensure observance of safe, sanitary food-handling practices.
- Turn or stir foods to ensure even cooking.
- Season and cook food according to recipes or personal judgment and experience.
- Observe and test foods to determine if they have been cooked sufficiently, using methods such as tasting, smelling, or piercing them with utensils.
- Weigh, measure, and mix ingredients according to recipes or personal judgment, using various kitchen utensils and equipment.
- Portion, arrange, and garnish food, and serve food to waiters or patrons.
- Regulate temperature of ovens, broilers, grills, and roasters.
- Substitute for or assist other cooks during emergencies or rush periods.
- Bake, roast, broil, and steam meats, fish, vegetables, and other foods.
- Wash, peel, cut, and seed fruits and vegetables to prepare them for consumption.

back to top

## Knowledge

**Food Production** — Knowledge of techniques and equipment for planting, growing, and harvesting food products (both plant and animal) for consumption, including storage/handling techniques.

**Customer and Personal Service** — Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.

**Production and Processing** — Knowledge of raw materials, production processes, quality control, costs, and other techniques for maximizing the effective manufacture and distribution of goods.

back to top

## Skills

WOODARD
00398

12/14/2005

**Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.

**Reading Comprehension** — Understanding written sentences and paragraphs in work related documents.

**Speaking** — Talking to others to convey information effectively.

**Active Learning** — Understanding the implications of new information for both current and future problem-solving and decision-making.

**Instructing** — Teaching others how to do something.

**Learning Strategies** — Selecting and using training/instructional methods and procedures appropriate for the situation when learning or teaching new things.

**Social Perceptiveness** — Being aware of others' reactions and understanding why they react as they do.

**Coordination** — Adjusting actions in relation to others' actions.

**Time Management** — Managing one's own time and the time of others.

back to top

## Abilities

**Problem Sensitivity** — The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.

**Information Ordering** — The ability to arrange things or actions in a certain order or pattern according to a specific rule or set of rules (e.g., patterns of numbers, letters, words, pictures, mathematical operations).

**Near Vision** — The ability to see details at close range (within a few feet of the observer).

**Time Sharing** — The ability to shift back and forth between two or more activities or sources of information (such as speech, sounds, touch, or other sources).

**Manual Dexterity** — The ability to quickly move your hand, your hand together with your arm, or your two hands to grasp, manipulate, or assemble objects.

**Oral Comprehension** — The ability to listen to and understand information and ideas presented through spoken words and sentences.

**Oral Expression** — The ability to communicate information and ideas in speaking so others will understand.

**Deductive Reasoning** — The ability to apply general rules to specific problems to produce answers that make sense.

**Speech Clarity** — The ability to speak clearly so others can understand you.

**Speech Recognition** — The ability to identify and understand the speech of another person.

back to top

## Work Activities

**Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources.

**Monitor Processes, Materials, or Surroundings** — Monitoring and reviewing information from materials, events, or the environment, to detect or assess problems.

**Identifying Objects, Actions, and Events** — Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events.

**Inspecting Equipment, Structures, or Material** — Inspecting equipment, structures, or materials to identify the cause of errors or other problems or defects.

**Handling and Moving Objects** — Using hands and arms in handling, installing, positioning, and moving materials, and manipulating things.

**Communicating with Supervisors, Peers, or Subordinates** — Providing information to supervisors, co-workers, and

Summary Report

Page 3 of 5

subordinates by telephone, in written form, e-mail, or in person.

**Training and Teaching Others** — Identifying the educational needs of others, developing formal educational or training programs or classes, and teaching or instructing others.

**Making Decisions and Solving Problems** — Analyzing information and evaluating results to choose the best solution and solve problems.

back to top

## Work Context

**Spend Time Standing** — How much does this job require standing?

**Face-to-Face Discussions** — How often do you have to have face-to-face discussions with individuals or teams in this job?

**Exposed to Minor Burns, Cuts, Bites, or Stings** — How often does this job require exposure to minor burns, cuts, bites, or stings?

**Contact With Others** — How much does this job require the worker to be in contact with others (face-to-face, by telephone, or otherwise) in order to perform it?

**Work With Work Group or Team** — How important is it to work with others in a group or team in this job?

**Spend Time Using Your Hands to Handle, Control, or Feel Objects, Tools, or Controls** — How much does this job require using your hands to handle, control, or feel objects, tools or controls?

**Indoors, Environmentally Controlled** — How often does this job require working indoors in environmentally controlled conditions?

**Physical Proximity** — To what extent does this job require the worker to perform job tasks in close physical proximity to other people?

**Spend Time Making Repetitive Motions** — How much does this job require making repetitive motions?

**Very Hot or Cold Temperatures** — How often does this job require working in very hot (above 90 F degrees) or very cold (below 32 F degrees) temperatures?

back to top

## Job Zone

| | |
|---|---|
| **Title** | Job Zone Two: Some Preparation Needed |
| **Overall Experience** | Some previous work-related skill, knowledge, or experience may be helpful in these occupations, but usually is not needed. For example, a teller might benefit from experience working directly with the public, but an inexperienced person could still learn to be a teller with little difficulty. |
| **Job Training** | Employees in these occupations need anywhere from a few months to one year of working with experienced employees. |
| **Job Zone Examples** | These occupations often involve using your knowledge and skills to help others. Examples include sheet metal workers, forest fire fighters, customer service representatives, pharmacy technicians, salespersons (retail), and tellers. |
| **SVP Range** | (4.0 to < 6.0) |
| **Education** | These occupations usually require a high school diploma and may require some vocational training or job-related course work. In some cases, an associate's or bachelor's degree could be needed. |

**There is 1 recognized apprenticeable specialty associated with this occupation:**
Cook (Hotel and Restaurant)

To learn about specific apprenticeship opportunities, please consult the listing of State Offices ⚓ external site for contact information.

WOODARD
00400

12/14/2005

Summary Report

For general information about apprenticeships, training, and partnerships with business, visit the U.S. Department of Labor Office of Apprenticeship Training, Employer and Labor Services (OATELS) website.

back to top

## Interests

**Realistic** — Realistic occupations frequently involve work activities that include practical, hands-on problems and solutions. They often deal with plants, animals, and real-world materials like wood, tools, and machinery. Many of the occupations require working outside, and do not involve a lot of paperwork or working closely with others.

**Enterprising** — Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business.

**Artistic** — Artistic occupations frequently involve working with forms, designs and patterns. They often require self-expression and the work can be done without following a clear set of rules.

back to top

## Work Styles

**Dependability** — Job requires being reliable, responsible, and dependable, and fulfilling obligations.

**Attention to Detail** — Job requires being careful about detail and thorough in completing work tasks.

**Cooperation** — Job requires being pleasant with others on the job and displaying a good-natured, cooperative attitude.

**Self Control** — Job requires maintaining composure, keeping emotions in check, controlling anger, and avoiding aggressive behavior, even in very difficult situations.

**Stress Tolerance** — Job requires accepting criticism and dealing calmly and effectively with high stress situations.

**Initiative** — Job requires a willingness to take on responsibilities and challenges.

**Achievement/Effort** — Job requires establishing and maintaining personally challenging achievement goals and exerting effort toward mastering tasks.

**Integrity** — Job requires being honest and ethical.

**Persistence** — Job requires persistence in the face of obstacles.

**Concern for Others** — Job requires being sensitive to others' needs and feelings and being understanding and helpful on the job.

back to top

## Work Values

**Relationships** — Occupations that satisfy this work value allow employees to provide service to others and work with co-workers in a friendly non-competitive environment. Corresponding needs are Co-workers, Moral Values and Social Service.

**Achievement** — Occupations that satisfy this work value are results oriented and allow employees to use their strongest abilities, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement.

back to top

## Related Occupations

| | |
|---|---|
| 29-2051.00 | Dietetic Technicians |
| 35-1012.00 | First-Line Supervisors/Managers of Food Preparation and Serving Workers |
| 35-2021.00 | Food Preparation Workers |
| 39-5012.00 | Hairdressers, Hairstylists, and Cosmetologists |

WOODARD
00401

12/14/2005

Summary Report

| | |
|---|---|
| 39-9032.00 | Recreation Workers |
| 39-9041.00 | Residential Advisors |
| 41-2011.00 | Cashiers |
| 41-2021.00 | Counter and Rental Clerks |
| 43-1011.02 | First-Line Supervisors, Administrative Support |

back to top

## Wages & Employment Trends

### National

| | |
|---|---|
| **Median wages (2003)** | $9.33 hourly, $19,400 annual |
| **Employment (2002)** | 727,000 employees |
| **Projected growth (2002-2012)** | ▪▪ Average (10-20%) |
| **Projected need (2002-2012)** | 341,000 additional employees |

### State & National

Select a State ▾ Go   

Source: Bureau of Labor Statistics 2003 wage data and 2002-2012 employment projections. "Projected growth" represents the estimated change in total emploment over the projections period (2002-2012). "Projected need" represents job openings due to growth and net replacement.

back to top

## Sources of Additional Information

**Disclaimer:** Sources are listed to provide additional information on related jobs, specialties, and/or industries. Links to non-DOL Internet sites are provided for your convenience and do not constitute an endorsement.

- American Culinary Federation ⟲ external site, 180 Center Pl. Way, St. Augustine, FL 32095. Phone: (800) 624-9458. Fax: (904) 825-4758.
- International Council on Hotel, Restaurant, and Institutional Education ⟲ external site, 2613 N. Parham Rd., 2nd Floor, Richmond, VA 23294-4442. Phone: (804) 346-4800. Fax: (804) 346-5009.
- National Restaurant Association ⟲ external site, 1200 17th St. NW, Washington, DC 20036. Phone: (202) 331-5900.

back to top

Find Occupations | Skills Search | Crosswalk Search
Related Links | OnLine Help | Home

Send comments or inquiries to O*NET Information.
Link to Us
Privacy Statement | Disclaimer

WOODARD
00402

Denver, Colorado CO Community Profile: City Data, Resources, Demographics

 **HomeTownLocator**™
*... local information, resources & data*

# Denver, Colorado (CO)
# Community Profile

**Jump to . . . (on this page)**

**Local Jobs, People, Hotels**
**Financial Services**
**Aerial Photos & Maps**
**Arts & Culture**
**Census Data, Demographics**
**& Statistics**
**Community Organizations**
**Entertainment - Movies**
**Environment & Science**
**Government**
**Health & Medical**
**Internet Tools**
**Jobs & Employment**
**Newcomer Information**
**Newspapers, Radio & TV**
**Parks & Recreation**
**Pets & Hobbies**
**Real Estate - Homes For**
**Sale**
**Schools & Education**
**Social Services**
**Travel & Tourism**

## Most Popular Resources

• **Search the MLS in Denver, Colorado**
• **Book a Hotel in/near Denver, Colorado**
• **Jobs in/near Denver, Colorado**
• **Compare Local REALTORS®: Buyers | Sellers**

**Current Conditions | Forecast | Sunrise & Sunset**

**Denver, CO**

 7:55 AM MST
Partly Cloudy
25°F
W 6 MPH

**Time Zone:** Mountain
(Standard Time: GMT -7 hours, DST: GMT -6 hours)

**Coordinates:** Latitude 39.74 & Longitude -104.98

**LodgingLocator**

**Denver, CO**
**Colorado Hotels,**
**Motels and Lodging**

---

**Real Estate Tools**

**View Local MLS Listings**

**MLS Listings In Another ZIP Code**

**Find & Compare Local REALTORS® Buy/Sell**

**What's Your Home Worth?**

**Home Loans - Pre-Qualify and Save!**

**Homeowners Insurance Compare Quotes Save $**

---

**Denver County Cities & Towns[1], Area Code 303 Cross Reference Denver, CO ZIP Codes**

**Denver, CO New Homes**
Build new home or find new homes for sale in Denver, Colorado area.

Ads by Goooooogle

**Denver CO Home Search**
No obligation search of the entire Denver CO MLS. 1000's of listings.

Advertise on this site



Note: Some Data/Resources may not be available for all locations/ZIP Codes.

*Denver Locator*

WOODARD
00403

Denver, Colorado CO Community Profile: City Data, Resources, Demographics          Page 2 of 6

- **Denver, Colorado Hotels, Motels and Lodging**
- **Jobs & Employment Center for Denver, CO**
- **Find a Contractor – Free Estimates**
- **Search for People in Denver, CO**

Ads by Goooooogle

**Colorado Apartments**
Detailed Listings, Photos
& More on ForRent.com.
Find it Here!
www.ForRent.com

Find a Local Business in Denver, Colorado
- ⦿ Search by **Business TYPE**
- ◯ Search by **Business NAME** [_____] Search

**U.S. Census Records**
Find the occupations,
residences, and details of
your ancestors lives
Ancestry.com

**[Top]**

*Denver Financial Services: Compare FREE Quotes - Save $$*

- **Mortgages**: <u>Purchase & Refinance</u> | **Equity Loan** | **FHA** | **VA** | **No Doc** | **Problem Credit** | **Construction**
- **Insurance**: **Auto** | **Business** | **Health** | **Homeowners** | **Life**

**Demographics**
Reports, Trends, Maps in
PDF Delivered to You in
Minutes!
STDBsiteprofile.com

**[Top]**

*Denver Aerial Photos & Maps*

**Denver CO Apartments**
Free Apartment Search at
Rent.com. Report Your
Lease To Us & Get $100!
www.Rent.com

- **Denver County Physical Features and Cultural Features**
- **Aerial Photo**
- **Airports & Heliports in or near Denver, CO**
- **Area Code Map for Colorado**
- **Flood Hazard Map**
- **How Far Is It From Denver, Colorado to...?**
- **Map of Local Area by Google Maps**
- **Map of Local Area by MapQuest**
- **Populated Places in Denver County**
- **Regional Area Map**
- **Topographical Map**
- **Toxic Releases/Hazardous Waste Map**

**Demographics (Claritas)**
Reliable demographic
reports & maps for your
markets starting at $49.
www.sitereports.com

Advertise on this site

**[Top]**

*Denver Arts & Culture*

- **Colorado's National Historic Landmarks**
- **Colorado Historic Preservation Office**
- **Search for Books about Denver, Colorado**

**[Top]**

*Denver Census Data, Demographics & Statistics*

- **Denver, Colorado Basic Census Data**
- **Denver, Colorado Local Area Business Patterns**
- **Denver, Colorado Neighborhood Demographics**
- **Denver County Demographic Profile**
- **Denver County - Crime Statistics**
- **Denver County - Personal Income**
- **Denver County and County Subdivisions Basic Census Data**
- **Denver, Colorado Construction Statistics - Building Permits**

WOODARD
00404

Denver, Colorado CO Community Profile: City Data, Resources, Demographics                 Page 3 of 6

- **Colorado Economic Conditions - Quarterly Report by FDIC**
- **Colorado Health Statistics - National Center for Health Statistics**
- **Colorado State Census Quick Facts - People, Business & Geography**
- **Residential Profile**

**[Top]**

*Denver Community Organizations*

- **American Red Cross - Local Chapter**
- **Habitat for Humanity - Local Affiliates**
- **Nonprofit Organizations**
- **VA Facilities in Colorado**

**[Top]**

*Denver Entertainment - Movies*

- **Denver, Colorado Movies**
- **Local TV Listings**

**[Top]**

*Denver Environment & Science*

- **Denver, Colorado Environmental Releases/Pollution Sources**
- **Denver, Colorado Environmental Conditions and Features (EnviroMapper)**
- **Denver County Pollution Scorecard**
- **Airport Weather for Colorado Airports**
- **Airport Weather for 6,000 Airports in 200 Countries**
- **EnviroLink Atlas (local environmental community)**
- **US Geological Survey Fact Sheet for Colorado**

**[Top]**

*Denver Government*

- **Denver County - USDA Cooperative Extension Office**
- **Colorado Division of Wildlife**
- **Elected Officials**
- **State and Local Government Websites**

**[Top]**

*Denver Health & Medical*

- **Denver, Colorado Hospitals (Local/Regional/State)**
- **Colorado Health Statistics - National Center for Health Statistics**
- **Poison Control & Prevention Centers serving Colorado**
- **Pollen Levels**
- **Substance Abuse & Mental Health Services**

**[Top]**                      **WOODARD
                                00405**

Denver, Colorado CO Community Profile: City Data, Resources, Demographics          Page 4 of 6

### Denver Internet Tools

- **Local WiFi Hotspots**
- **VERY Accurate Time - National Institute of Stds. & Technology (NIST)**

**[Top]**

### Denver Jobs & Employment

- **Fastest Growing Occupations in Colorado**
- **Jobs & Employment Center for Denver, Colorado**
- **USAJOBS - The Federal Government's Official Jobs Site**

**[Top]**

### Denver Newcomer Information

- **Colorado Farmers Markets**
- **Organic Farms & Farmers Markets in or near Denver County**

**[Top]**

### Denver Newspapers, Radio & TV

- **Local Newspapers, Radio and TV**
- **Ownership of Local Media**
- **Search Google News for Denver, Colorado**
- **Search Yahoo News for Denver, Colorado**

**[Top]**

### Denver and Greater Colorado Parks & Recreation

- **Denver County Golf Courses**
- **Colorado Festivals**
- **Colorado National Forests**
- **Colorado Recreation Areas**
- **Colorado Wildlife Refuges**
- **Colorado State Parks**
- **National Parks, Preserves, Seashores and Wild/Scenic Rivers in Colorado**
- **Parks in Denver and Denver County**
- **Things To Do in Colorado**

**[Top]**

### Denver Pets & Hobbies

- **Dog Parks in Colorado**
- **Where to Bird in Colorado**

**[Top]**

### Denver Real Estate - Homes For Sale

WOODARD
00406

Denver, Colorado CO Community Profile: City Data, Resources, Demographics                    Page 5 of 6

- **\*\*\* View Local Denver Real Estate (MLS) Listings \*\*\***
- **Buying? Compare REALTORS® with fast, free and anonymous tool**
- **Homeowners Insurance - Compare Quotes and Save $$**
- **Mortgage Loan Finder: FREE Quotes, Multiple Lenders, Pre-Qualify and Save!**
- **Selling? Save on fees with anonymous tool to find and compare REALTORS®**
- **What is Your Home Worth? Free analysis in 60 Seconds!**

**[Top]**

### *Denver Schools & Education*

- **Denver and Denver County Schools (All)**
- **List Public Libraries in Local Area**

**[Top]**

### *Denver Social Services*

- **Volunteer Opportunities**

**[Top]**

### *Denver Travel & Tourism*

- **Colorado Hotels, Motels and Lodging**
- **Campgrounds and RV Resorts**
- **Things To Do in Colorado**

**[Top]**

### *Search for Local Post Office in Denver*

| Denver, CO | PostOfficeLocator |

**[Top]**

### *Search for Local Denver Businesses and Services*

| | Google Local Search |
| e.g. florists, pizza, dentists, etc. | |

**[Top]**

### *Search the Web*

| Google | | Web Search |

WOODARD
00407

Golden, Colorado CO Community Profile: City Data, Resources, Demographics                    Page 1 of 6

 **HomeTownLocator**™
*... local information, resources & data*

# Golden, Colorado (CO)
# Community Profile

*Jump to . . . (on this page)*

**Local Jobs, People, Hotels**
**Financial Services**
**Aerial Photos & Maps**
**Arts & Culture**
**Census Data, Demographics & Statistics**
**Community Organizations**
**Entertainment - Movies**
**Environment & Science**
**Government**
**Health & Medical**
**Internet Tools**
**Jobs & Employment**
**Newcomer Information**
**Newspapers, Radio & TV**
**Parks & Recreation**
**Pets & Hobbies**
**Real Estate - Homes For Sale**
**Schools & Education**
**Social Services**
**Travel & Tourism**

## Most Popular Resources

• **Search the MLS in Golden, Colorado**
• **Book a Hotel in/near Golden, Colorado**
• **Jobs in/near Golden, Colorado**
• **Compare Local REALTORS®: Buyers | Sellers**

---

**Current Conditions | Forecast | Sunrise & Sunset**

Golden, CO

  6:48 AM MST
Partly Cloudy
25°F
W 17 MPH

**Time Zone:** Mountain
(Standard Time: GMT -7 hours, DST: GMT -6 hours)

**Coordinates:** Latitude 39.76 & Longitude -105.22

**LodgingLocator**

**Golden, CO Colorado Hotels, Motels and Lodging**

| Real Estate Tools |
| --- |
| **View Local MLS Listings** |
| **MLS Listings In Another ZIP Code** |
| **Find & Compare Local REALTORS® Buy/Sell** |
| **What's Your Home Worth?** |
| **Home Loans – Pre-Qualify and Save!** |
| **Homeowners Insurance Compare Quotes Save $** |

## Jefferson County Cities & Towns[1], Area Code 303 Cross Reference
### Golden, CO ZIP Codes: 80401  80402  80403  80419

**Demographics By Zip Code**
Get US Demographic Reports From 2000 Census & 2009 Projection Data!
Ads by Goooooogle

**Golden Colorado Homes**
Instantly view all Golden Colorado real estate for sale. Unlimited use
Advertise on this site



Note: Some Data/Resources may not be available for all locations/ZIP Codes.

*Golden Locator*

**WOODARD**
**00408**