Golden, Colorado CO Community Profile: City Data, Resources, Demographics

- **Golden, Colorado Hotels, Motels and Lodging**
- **Jobs & Employment Center for Golden, CO**
- **Find a Contractor - Free Estimates**
- **Search for People in Golden, CO**

Find a Local Business in Golden, Colorado
- ◉ Search by Business TYPE
- ○ Search by Business NAME [        ] Search

Ads by Gooooooogle

**Foreclosures**
Foreclosures from $25,000 $0 down 3, 4, 5 bdrm homes - try a search
www.iForeclosures.com

**U.S. Census Records**
Find the occupations, residences, and details of your ancestors lives
Ancestry.com

[Top]

*Golden Financial Services: Compare FREE Quotes - Save $$*

- **Mortgages**: **Purchase & Refinance** | **Equity Loan** | **FHA** | **VA** | **No Doc** | **Problem Credit** | **Construction**
- **Insurance**: **Auto** | **Business** | **Health** | **Homeowners** | **Life**

**Demographics**
Reports, Trends, Maps in PDF Delivered to You in Minutes!
STDBsiteprofile.com

[Top]

*Golden Aerial Photos & Maps*

- **Jefferson County Physical Features and Cultural Features**
- **Aerial Photo**
- **Airports & Heliports in or near Golden, CO**
- **Area Code Map for Colorado**
- **Flood Hazard Map**
- **How Far Is It From Golden, Colorado to...?**
- **Map of Local Area by Google Maps**
- **Map of Local Area by MapQuest**
- **Populated Places in Jefferson County**
- **Regional Area Map**
- **Topographical Map**
- **Toxic Releases/Hazardous Waste Map**

**Jefferson County homes**
Updated daily all the homes in the MLS, fast, easy and effective!
www.SeeDenverHomes.com

**Golden Hotel, Colorado**
Located in Downtown Golden Extensive Amenities and Suites
TheGoldenHotel.com

Advertise on this site

[Top]

*Golden Arts & Culture*

- **Colorado's National Historic Landmarks**
- **Colorado Historic Preservation Office**
- **Search for Books about Golden, Colorado**

[Top]

*Golden Census Data, Demographics & Statistics*

- **Golden, Colorado Basic Census Data**
- **Golden, Colorado Local Area Business Patterns**
- **Golden, Colorado Neighborhood Demographics**
- **Jefferson County Demographic Profile**
- **Jefferson County - Crime Statistics**
- **Jefferson County - Personal Income**
- **Jefferson County and County Subdivisions Basic Census Data**
- **Jefferson, Colorado Construction Statistics - Building Permits**

WOODARD
00409

- **Colorado Economic Conditions - Quarterly Report by FDIC**
- **Colorado Health Statistics - National Center for Health Statistics**
- **Colorado State Census Quick Facts - People, Business & Geography**
- **Residential Profile**

[Top]

*Golden Community Organizations*

- **American Red Cross - Local Chapter**
- **Habitat for Humanity - Local Affiliates**
- **Nonprofit Organizations**
- **VA Facilities in Colorado**

[Top]

*Golden Entertainment - Movies*

- **Golden, Colorado Movies**
- **Local TV Listings**

[Top]

*Golden Environment & Science*

- **Golden, Colorado Environmental Releases/Pollution Sources**
- **Golden, Colorado Environmental Conditions and Features (EnviroMapper)**
- **Jefferson County Pollution Scorecard**
- **Airport Weather for Colorado Airports**
- **Airport Weather for 6,000 Airports in 200 Countries**
- **EnviroLink Atlas (local environmental community)**
- **US Geological Survey Fact Sheet for Colorado**

[Top]

*Golden Government*

- **Jefferson County - USDA Cooperative Extension Office**
- **Colorado Division of Wildlife**
- **Elected Officials**
- **State and Local Government Websites**

[Top]

*Golden Health & Medical*

- **Golden, Colorado Hospitals (Local/Regional/State)**
- **Colorado Health Statistics - National Center for Health Statistics**
- **Poison Control & Prevention Centers serving Colorado**
- **Pollen Levels**
- **Substance Abuse & Mental Health Services**

[Top]

WOODARD
00410

*Golden Internet Tools*

- **Local WiFi Hotspots**
- **VERY Accurate Time - National Institute of Stds. & Technology (NIST)**

[Top]

*Golden Jobs & Employment*

- **Fastest Growing Occupations in Colorado**
- **Jobs & Employment Center for Golden, Colorado**
- **USAJOBS - The Federal Government's Official Jobs Site**

[Top]

*Golden Newcomer Information*

- **Colorado Farmers Markets**
- **Organic Farms & Farmers Markets in or near Jefferson County**

[Top]

*Golden Newspapers, Radio & TV*

- **Local Newspapers, Radio and TV**
- **Ownership of Local Media**
- **Search Google News for Golden, Colorado**
- **Search Yahoo News for Golden, Colorado**

[Top]

*Golden and Greater Colorado Parks & Recreation*

- **Jefferson County Golf Courses**
- **Colorado Festivals**
- **Colorado National Forests**
- **Colorado Recreation Areas**
- **Colorado Wildlife Refuges**
- **Colorado State Parks**
- **National Parks, Preserves, Seashores and Wild/Scenic Rivers in Colorado**
- **Parks in Golden and Jefferson County**
- **Things To Do in Colorado**

[Top]

*Golden Pets & Hobbies*

- **Dog Parks in Colorado**
- **Where to Bird in Colorado**

[Top]

*Golden Real Estate - Homes For Sale*

WOODARD
00411

Golden, Colorado CO Community Profile: City Data, Resources, Demographics                Page 5 of 6

- **\*\*\* View Local Golden Real Estate (MLS) Listings \*\*\***
- **Buying? Compare REALTORS® with fast, free and anonymous tool**
- **Homeowners Insurance - Compare Quotes and Save $$**
- **Mortgage Loan Finder: FREE Quotes, Multiple Lenders, Pre-Qualify and Save!**
- **Selling? Save on fees with anonymous tool to find and compare REALTORS®**
- **What is Your Home Worth? Free analysis in 60 Seconds!**

[Top]

### Golden Schools & Education

- **Golden and Jefferson County Schools (All)**
- **List Public Libraries in Local Area**

[Top]

### Golden Social Services

- **Volunteer Opportunities**

[Top]

### Golden Travel & Tourism

- **Colorado Hotels, Motels and Lodging**
- **Campgrounds and RV Resorts**
- **Things To Do in Colorado**

[Top]

### Search for Local Post Office in Golden

| Golden, CO | PostOfficeLocator |

[Top]

### Search for Local Golden Businesses and Services

| | Google Local Search |
| e.g. florists, pizza, dentists, etc. | |

[Top]

### Search the Web

| Google | | Web Search |

**WOODARD 00412**

Search Topix for Local News

WOODARD
00413

Bureau of Economic Analysis: Regional Economic Accounts

Page 1 of 1



## Regional Economic Accounts

Tools: About Regional Methodologies Articles Release Schedule FAQs Staff Contacts Search:

Home > Regional Economic Accounts > BEARFACTS > State BEARFACTS > ← BEARFACTS 1994 – 2004

# ← BEARFACTS 1994 – 2004

**Colorado** (08000)

The population of Colorado in 2004 was 4,601,403. Its rank was 22nd in the nation. (The District of Columbia is included for ranking purposes.)

### PER CAPITA PERSONAL INCOME

In 2004 Colorado had a per capita personal income (PCPI) of $36,109. This PCPI ranked 10th in the United States and was 109 percent of the national average, $33,041. The 2004 PCPI reflected an increase of 4.5 percent from 2003. The 2003-2004 national change was 4.9 percent. In 1994 the PCPI of Colorado was $23,004 and ranked 15th in the United States. The 1994-2004 average annual growth rate of PCPI was 4.6 percent. The average annual growth rate for the nation was 4.1 percent.

### TOTAL PERSONAL INCOME

In 2004 Colorado had a total personal income (TPI) of $166,152,653. This TPI ranked 21st in the United States. In 1994 the TPI of Colorado was $85,671,260 and ranked 22nd in the United States. The 2004 TPI reflected an increase of 5.8 percent from 2003. The 2003-2004 national change was 6.0 percent. The 1994-2004 average annual growth rate of TPI was 6.8 percent. The average annual growth rate for the nation was 5.2 percent.

### COMPONENTS OF TOTAL PERSONAL INCOME

Total personal income includes net earnings by place of residence; dividends, interest, and rent; and total personal current transfer receipts received by the residents of Colorado. In 2004 net earnings accounted for 73.4 percent of TPI (compared with 70.6 in 1994); dividends, interest, and rent were 16.8 percent (compared with 19.1 in 1994); and personal current transfer receipts were 9.8 percent (compared with 10.3 in 1994). From 2003 to 2004 net earnings increased 6.2 percent; dividends, interest, and rent increased 4.8 percent; and personal current transfer receipts increased 4.6 percent. From 1994 to 2004 net earnings increased on average 7.3 percent each year; dividends, interest, and rent increased on average 5.5 percent; and personal current transfer receipts increased on average 6.3 percent.

### EARNINGS BY PLACE OF WORK

Earnings of persons employed in Colorado increased from $127,274,730 in 2003 to $135,118,932 in 2004, an increase of 6.2 percent. The 2003-2004 national change was 6.3 percent. The average annual growth rate from the 1994 estimate of $67,742,353 to the 2004 estimate was 7.1 percent. The average annual growth rate for the nation was 5.5 percent.

*Note:* All income estimates with the exception of PCPI are in thousands of dollars, not adjusted for inflation.

To display BEARFACTS for a different set of years select a year from this list, or use the arrows at the top of the page:



2004
2003
2002
2001
2000

Home | Contact Us | Policies | Information Quality Guidelines | Data Dissemination Practices | Privacy Policy | FirstGov

Bureau of Economic Analysis is an agency of the U.S. Department of Commerce 

**WOODARD
00414**