IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES

    Plaintiff,

v.

PARK COUNTY, a Public Entity of the State of Colorado and Its Governing Board;

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;

PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the State of Colorado;

FRED WEGENER, Individually and in His Capacity as Sheriff of Park County, Colorado;

MONTE GORE, Individually and in His Capacity as Captain of Park County Sheriff's Department; and

VICKI PAULSEN, Individually and in Her Official Capacity as Registered Nurse for Park County, Colorado,

    Defendants.

---

**UNOPPOSED MOTION FOR SECOND EXTENSION
OF LIMITED DISCOVERY FROM FEDERAL AGENCY**

---

Defendant Vicki Paulsen ("Paulsen"), by and through her undersigned counsel and pursuant to F.R.C.P. 6(b) and D.C.COLO.L.CivR 6.1(C), hereby submits this Unopposed Motion for Second Extension of Limited Discovery from Federal Agency, and as grounds therefore states as follows:

### D.C.COLO.L.CivR 7.1 Certification

Counsel for Paulsen has conferred in good faith with counsel for Plaintiff, Bill Trine, who stated that Plaintiff does not oppose the relief requested in this Motion.  Counsel for Paulsen also

conferred with counsel for co-Defendants, Andrew Ringel, who does not have an objection to the extension.

1. Defendant Paulsen respectfully requests the Court grant a second extension of the discovery deadline for the limited purpose of allowing the parties time to complete working toward obtaining information from, and potentially deposing, employees of the U.S. Immigration and Customs Enforcement ("ICE"). The Court previously granted an extension for this limited discovery until January 31, 2007.

2. In the past several weeks, counsel has been diligently working to get a decision from the Department of Homeland Security's regional counsel's office regarding whether the defendants' Touhey request for depositions of ICE employees would be granted; the timing of a response, however, is up to the DHS and is beyond undersigned counsel's control. Undersigned counsel understands, from recent conversations with the regional counsel's office, that the Department of Homeland Security issued a letter containing a response to the Touhey requests for depositions, which is reported to be forthcoming. Undersigned counsel has not yet received or viewed the letter, however, and therefore requires an extension of the deadline to receive a final resolution of the issue of depositions of ICE employees.

3. In addition, an extension of the limited discovery is necessary because the regional counsel's office has not yet determined whether to provide copies of the Plaintiff's immigration records, as was requested by the defendants. Conversations with the regional counsel's office on the request for documents are ongoing. To allow time for the resolution of that request, Defendant Paulsen respectfully requests an extension of the limited discovery period up to and including March 2, 2007.

4. Defendant Paulsen has filed three prior motions for extension of the discovery cutoff. (*See* Unopposed Motion for Extension of Time for Fact Discovery, Jun. 5, 2006 (Doc. 68); Joint Motion to Amend/Correct/Modify Scheduling Order, July 6, 2006 (Doc. 76); and Unopposed Motion to Extend Discovery for Limited Purpose of Completing Discovery from Federal Agency, Dec. 15, 2006). Those requests were granted.

5. This extension of time will not prejudice either party or interfere with existing deadlines. Dispositive motions are being briefed and remain pending. The pretrial order is due on March 6, 2007, and a pretrial conference is set for March 13, 2007. The requested discovery cutoff occurs before either of those dates.

6. Pursuant to D.C. Colo. LCivR 6.1(D), a copy of this Motion is being served on the undersigned's client.

WHEREFORE, Defendant Paulsen respectfully requests that the Court enter an Order granting her Unopposed Motion for Second Extension of Limited Discovery from Federal Agency up to and including March 2, 2007.

Respectfully submitted: January 31, 2006

s/ Melanie B. Lewis
_____
Josh A. Marks, Esq.
Melanie B. Lewis
Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street
Boulder, CO  80302
Phone: (303) 402-1600
Fax: (303) 402-1601
Email: jam@bhgrlaw.com; mbl@bhgrlaw.com

*Attorneys for Defendant Paulsen*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed the foregoing **UNOPPOSED MOTION FOR SECOND EXTENSION OF LIMITED DISCOVERY FROM FEDERAL AGENCY** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO  80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO  80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO  80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO  80202
ringela@hallevans.com

s/ Julie Bozeman
_____
Julie Bozeman

4