IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-377-WDM-BNB

MOISES CARRANZA-REYES

    Plaintiff,

v.

PARK COUNTY, a Public Entity of the State of Colorado and Its Governing Board;

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;

PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the State of Colorado;

FRED WEGENER, Individually and in His Capacity as Sheriff of Park County, Colorado;

MONTE GORE, Individually and in His Capacity as Captain of Park County Sheriff's Department; and

VICKI PAULSEN, Individually and in Her Official Capacity as Registered Nurse for Park County, Colorado,

    Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on Defendant Vicki Paulsen's Unopposed Motion for Second Extension of Limited Discovery from Federal Agency.

    IT IS ORDERED that the Motion is GRANTED. The period for completion of limited discovery from the Department of Homeland Security is extended up to and including March 2, 2007.

DATED: