LAW OFFICES
# TRINE & METCALF, P.C.

1435 ARAPAHOE AVENUE
**BOULDER, COLORADO 80302-6390**

WILLIAM A. TRINE
J. CONARD METCALF
DEBORAH L. TAUSSIG
CHERYL TRINE
TIMMS R. FOWLER – OF COUNSEL

TELEPHONE: (303) 442-0173
FACSIMILE: (303) 443-7677
firm@trine-metcalf.com
F.I.N. 84-0603964

1 February 2007

Clerk of the Court
United States District Court
District of Colorado

Re:     Carranza-Reyes v. Park County, et al
        Case No. 2005-WM-377 (BNB)

Dear Clerk:

        Please see attached documents, Exhibits 1-5 for Plaintiff's Response to Defendants'
Motion to Exclude Plaintiff's Expert Witness, Patricia L. Pacey, Ph.D.  These exhibits were
accidentally omitted from the filing of the document.  We ask that you please attach them to our
response.

        We apologize for any trouble this might have caused.  Thank you for your time and
attention to this matter.

Sincerely,

s/ Ashley Ronan

Ashley Ronan
Legal Assistant

Attachments