Carranza-Reyes v. Park County                                       Briselda Gomez-Villalobos

73

```
 1  correct?
 2     A.   I remember it was on a Sunday.
 3     Q.   And do you remember who informed you that
 4  you were going to leave the jail?
 5     A.   Well, the sheriff took me to a place, and
 6  there was a desk, and then he pointed to a telephone,
 7  and I picked it up, and Mr. Pina told me that we were
 8  going to be released in a couple of hours.
 9     Q.   And did Mr. Pina explain to you why you
10  were being released?
11     A.   No. All he said was that they were going
12  to take me and my husband to the hospital, that he was
13  the consul representative.
14     Q.   In that telephone conversation, did Mr.
15  Pina say anything to you about why Moises was in the
16  hospital?
17     A.   No.
18     Q.   And was it within a few hours that you
19  were released from the jail after that phone call?
20     A.   About two or three hours later.
21     Q.   Then were you taken to the hospital?
22     A.   Yes.
23     Q.   Who took you to the hospital?
24     A.   A man. He was dressed in green.
25     Q.   Like a uniform?
```

74

```
 1     A.   I don't recall if it was a uniform. I do
 2  believe it was.
 3     Q.   Were you -- did you drive in a car from
 4  the jail to the hospital?
 5     A.   Yes.
 6     Q.   And you were in the car with your
 7  husband?
 8     A.   Yes.
 9          THE DEPONENT: May I please go to the
10  bathroom?
11          MR. MARKS: Yes, sure. Let's take a
12  break.
13          (Break from 3:17 p.m. to 3:27 p.m.)
14          MR. MARKS: Can you read back the last
15  question and answer?
16          (The last question and answer were read
17  back.)
18     Q.   (BY MR. MARKS) When was the first point
19  that you got reunited with your husband after you first
20  came to the jail?
21     A.   On that Sunday.
22     Q.   Was it before you got in the car?
23     A.   Yes.
24     Q.   And when you first got reunited with your
25  husband, did he mention what happened to Moises?
```

75

```
 1     A.   I remember him telling him [sic] that his
 2  brother Moises was sick, that he was in the hospital.
 3     Q.   What was --
 4     A.   I remember he was crying, and then I
 5  started to cry, also.
 6     Q.   What do you remember in terms of the
 7  first thing your husband said about Moises to you?
 8     A.   He only told me that they had taken him
 9  to the hospital.
10     Q.   And where did he tell you this?
11     A.   There, I remember, by the entrance. I
12  remember it by the entrance.
13     Q.   Of the jail?
14     A.   Yes.
15     Q.   Was that shortly before you got in the
16  car and started traveling to the hospital?
17     A.   Excuse me?
18     Q.   This discussion that you just told me
19  about, did that happen right before you and your
20  husband got into the car which took you to the
21  hospital?
22     A.   Yes.
23     Q.   Okay. Did you have any more discussions
24  with your husband about Moises prior to getting into
25  the car?
```

76

```
 1     A.   No. He was crying.
 2     Q.   At some point did he stop crying?
 3     A.   No. He was crying all the time.
 4     Q.   So he was -- was he crying all the way to
 5  the hospital in the car ride?
 6     A.   Yes.
 7     Q.   Did he ever become calm enough to talk to
 8  you about what happened to Moises in the jail?
 9     A.   Well, no. He was -- no, he wouldn't calm
10  down. He was crying. He was crying continuously.
11  Once we arrived at the hospital -- I don't know if she
12  was a nurse or if she was the physician, and she asked
13  me if I wanted to see my brother-in-law, and I remember
14  I said yes.
15     Q.   Do you need to take a break?
16     A.   I remember that he was really doing
17  poorly. I saw him, he looked really bad. He had all
18  kinds of hoses. His face was swollen, his entire body
19  was swollen. It was awful.
20     Q.   Up to this point, had your husband given
21  you any explanation as to what had happened to Moises
22  in the jail?
23     A.   Not at that time.
24     Q.   After you observed Moises, did you go
25  back to your husband and ask him if he had -- if he
```

Pages 73 to 76

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

PLAINTIFF'S
EXHIBIT
3