**61**

1  Q. That would be in United States dollars?
2  A. That's in dollars.
3  Q. Okay. So --
4  A. We were careful that everything was in
5  dollars.
6  Q. So you would get -- how did you get the
7  data, if you know, or how did your staff get the data to
8  do it in dollars?
9  A. Well, some of the places we contacted
10 because they want paid in dollars.
11 Q. Just said, This is our fee in dollars?
12 A. Right. And others we used whatever the
13 conversion rate was, which is probably about 10 and a
14 half pesos to a dollar.
15 Q. And then you would -- if you got a quote of
16 it in pesos, you'd convert it based on whatever the
17 then-prevailing exchange rate would be, and then put it
18 in this chart, or Mr. Daly did, in dollars?
19 A. Right.
20 Q. Okay. Whose handwriting is at the bottom of
21 this chart?
22 A. I'm not entirely sure. It looks like
23 Char's, but I can't swear to that.
24 Q. Okay. Do you know what is meant by
25 "R-s-c-h" -- which I assume is research -- that says, "66

**62**

1  percent less in Mexico"?
2  A. Right.
3  Q. What does that mean?
4  A. That means what it says: Research says 66
5  percent less in Mexico.
6  Q. And --
7  A. But that isn't what we found.
8  Q. And what you found was about a 48 percent --
9  A. Right. And it varies quite a bit by -- I
10 mean, I don't think you can average these, because it is
11 a lot different based on different aspects of the care.
12 Q. Okay. Depending on what the nature of the
13 care is?
14 A. That's right.
15 Q. Let me understand the C.N.A. care systems
16 piece. When it says 22 hours -- $22 in United States
17 dollars an hour with a four-hour minimum, what does that
18 mean?
19 A. That means that the agencies that provide
20 that care, the average cost was $17, but they won't come
21 in for one hour. They only come in for a four-hour
22 shift --
23 Q. Okay.
24 A. -- or more.
25 Q. And when the data there is $88 per day, how

**63**

1  many hours is that?
2  A. I think that that's eight hours --
3  Q. Okay. And do you know --
4  A. -- but let me make sure. Let me see if I
5  can find it here and make sure so that I don't tell you
6  incorrect information.
7  Q. Take a look at pages 44 and 45.
8  A. I'm not there yet. Ah. They're using a
9  $12 -- 12-hour day.
10 Q. For Mexico?
11 A. For Mexico; that's right.
12 Q. And would you assume that a C.N.A. in the
13 United States would be an eight-hour day, or would that
14 be a 12 hour day too?
15 A. Well, we got an hourly rate --
16 Q. Okay.
17 A. -- and so we are using the hourly rate. And
18 we know that it's generally a four-hour minimum.
19 Q. Okay. So the -- so 73 hours -- $73 a day
20 converted from -- well, let me ask you this so that I
21 understand it: Do you know whether this kind of personal
22 care assistance in Mexico requires payment in dollars, or
23 was it converted?
24 A. I expect it varies hugely with the agency.
25 Q. But that's $73 a day for a 12-hour day, as

**64**

1  opposed to $22 an hour in the United States?
2  A. With a four-hour minimum.
3  Q. Okay. So if you were going to compare the
4  costs, you would need to multiply $22 an hour by 12?
5  A. No. We would need to find less than 12-hour
6  care, because he doesn't need 12 hours of care. And so
7  we would need to find a provider who would provide less
8  care, and we would need to know if that care cost goes up
9  on an hourly basis in Mexico.
10 Q. Okay. And do you -- from the data that
11 you've reviewed, do you know that information --
12 A. I don't --
13 Q. -- or is that information --
14 A. I don't have that information.
15 Q. Does Mr. Daly speak Spanish?
16 A. No.
17 Q. So he would have used Miss Valenzuela to
18 help translate --
19 A. That's right.
20 Q. -- to get this data?
21 A. Yes.
22 Q. When you -- on the stuff that has the
23 information about providers in Mexico, the number there,
24 is that a telephone number?
25 A. Yes.

PLAINTIFF'S
EXHIBIT
5

65

1  Q. Without country codes and that sort of
2  thing?
3  A. Well, you know the country code.
4  Q. No, I understand that. But other than --
5  that's what that refers to?
6  A. Yes.
7  Q. Okay. Take a look at page 21, if you would.
8  I'm confused a little bit, because when we were looking
9  at that chart at the beginning, which is page 6, you
10 indicated that the numbers on that chart are put back
11 into United States dollars. But it looks like, if you
12 look at page 21, for instance, the hospital Angeles
13 Mexico at $500 per visit, that suggests to me that might
14 be in pesos, particularly since --
15 A. Yeah, that was pesos, and we converted it
16 over here in handwriting to dollars.
17 Q. Understood. So the raw data on the surveys
18 are -- even though it has a dollar sign, it's your
19 understanding that's pesos. And then when it got into
20 the comparison of average medical costs, it became United
21 States dollars?
22 A. If -- if it was given in pesos.
23 Q. Okay.
24 A. I mean, in Mexico they use the dollar sign
25 in front of the pesos, which always confuses tourists.

66

1  Q. Oh, okay. All right. So when --
2  A. So when you go shopping, and it says this is
3  $650, and you think, My God, that's an expensive pair of
4  earrings --
5  Q. They're using that as a shorthand. They
6  don't have a symbol for the pesos, other than the dollar?
7  A. Well, they use a dollar sign in front of it.
8  Q. Got it. Okay. That's helpful. Take a look
9  at -- beginning on page 52.
10 A. It's blank.
11 Q. I understand. But what I wanted to show you
12 is that this is your equipment part of your folder, of
13 your file that begins, and then on 53 is the data on
14 equipment. Does that seem right to you?
15 A. Well, this is just, yeah, different kinds of
16 equipment.
17 Q. Right. Okay. I don't see any information
18 about the cost of equipment in Mexico. Am I missing
19 something --
20 A. No.
21 Q. -- or was that not something you did?
22 A. We didn't do that.
23 Q. Why?
24 A. First of all, because we didn't -- we didn't
25 contact Mexican suppliers and try to describe what we

67

1  were doing. That was -- that would be very complicated.
2  And so we just -- because it's a small part of the life
3  care plan, and I was using U.S. costs. I decided to not
4  do that.
5  Q. Okay.
6  A. It was a considered decision.
7  Q. I understand. Take a look at page 80.
8  A. On page what?
9  Q. 80, 8-0. I'm sorry. Do you know whose
10 handwriting this is?
11 A. This is Char's handwriting, actually, so I'm
12 wrong about whose handwriting that was on the other page.
13 I don't know whose handwriting that was.
14 Q. This reflects, I believe, a conversation
15 between Miss Morgan and Mr. Carranza-Reyes dated on
16 December 14th of '05; is that correct?
17 A. Um-hum, that's correct, with Deena as the
18 interpreter.
19     THE REPORTER: Wait.
20     (Break taken from 5:36 p.m. until 5:44 p.m.)
21 Q. (BY MR. RINGEL) Back to Exhibit 80, I
22 believe that the court reporter's coughing caused her to
23 not get the last series of questions, so I'm going to ask
24 you again --
25 A. Okay.

68

1  Q. -- just to make sure we have a record of it.
2  Page 80 of your file is -- reflects a telephone
3  conversation between Miss Morgan with Mr. Carranza-Reyes
4  of December 14, 2005, using Miss Valenzuela as an
5  interpreter?
6  A. Yes.
7  Q. And you weren't present for that
8  conversation; is that correct?
9  A. That's correct.
10 Q. The next page, page 81, is information that
11 you -- that Miss Morgan asked of Mr. Trine's office; is
12 that right?
13 A. These are things that we knew we were
14 missing that we needed.
15 Q. Okay. And --
16 A. You know, it's really hard to know what
17 you're missing.
18 Q. I understand. And this information is now
19 amongst the medical records that you have in your
20 possession?
21 A. Yes.
22 Q. You got this information?
23 A. Yes.
24 Q. Take a look at page 82. Do you recognize
25 this handwriting?