IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

---

**UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR REPLY BRIEF**
and Proposed Order

---

Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby submit this Unopposed Motion to Exceed Page Limit for Reply Brief, as follows:

    1.    This Court's Pretrial and Trial Procedures § 6.2 establish a ten (10) page limit on reply briefs filed in support of motions for summary judgment pursuant to Fed. R. Civ. P. 56. These Defendants respectfully request leave of this Court to file the accompanying Reply Brief in Support of Motion for Summary Judgment which is sixty (60) pages. These Defendants submit an oversize brief is necessary and fully justified in this matter for a variety of different reasons.

2. The underlying factual predicate of this case is quite complicated. Discovery in this matter was extensive and resulted in the depositions of more than 30 individuals and the production of several thousand pages of documents. In addition, Plaintiff has several distinct claims and these Defendants have raised a variety of different defenses that all have required separate factual statements to support and explain. Further, Plaintiff's conditions of confinement claim raises a host of different allegations requiring separate presentation of the different facts germane to each of the Plaintiff's allegations.

3. Plaintiff has not appropriately responded to the Defendants' Statement of Undisputed Facts. As a result, the Defendants have been required to address this issue. The Defendants' Reply Brief section on this issue consists of 3 pages. Plaintiff has presented a Statement of Additional Disputed and Undisputed Facts consisting of 152 separate facts. Pursuant to this Court's local rules, Defendants are required to address each of the facts presented by the Plaintiff separately with specific citations to the summary judgment record. Defendants have done so and this section of the Defendants' Reply Brief consists of 29 pages.

4. These Defendants are also required to address all of the different arguments raised by the Plaintiff. Plaintiff's claims are against the Board of County Commissioners of Park County, Sheriff Fred Wegener, in both his individual and official capacity, and Captain Monte Gore, also in both his official and individual capacity. The nature of the Plaintiff's claims requires Defendants to provide this Court with a detailed legal analysis. This section of the Defendants' Reply Brief consists of 27 pages.

5. Three Defendants are filing this Motion for Summary Judgment and the Plaintiff's claims against Defendants Sheriff Wegener and Captain Monte Gore are against these

individual Defendants in both their official and individual capacities.  These Defendants filed a combined Reply Brief instead of separate replies for the convenience of this Court and the parties.  Because there are three different Defendants, however, each Defendant should be entitled to file a separate ten page summary judgment effort pursuant to this Court's local rules.

6. Finally, this Court has previously allowed by these Defendants and the Plaintiff to file oversize summary judgment briefs recognizing the complicated legal and factual issues presented by this matter fully justifies additional briefing by the parties to allow this Court to make as informed a decision about the issues raised in these Defendants' Motion for Summary Judgment as possible.

7. Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for the Plaintiff, William A. Trine, Esq., Lloyd Kordick, Esq. and Joseph Archuleta, Esq. via electronic mail prior to filing the instant Motion.  Mr. Trine indicated the Plaintiff does not oppose this Motion.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore respectfully request this Court allow them to file an oversize Reply Brief in Support of Motion for Summary Judgment and accept the accompanying Reply Brief in Support of Motion for Summary Judgment from Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore for filing with this Court, and for all other and further relief as this Court deems just and appropriate.

3

Dated this 12th day of February, 2007.

Respectfully submitted,


s/Andrew D. Ringel, Esq.
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Phone:  (303) 628-3300
Fax:      (303) 293-3238
ringela@hallevans.com
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

4

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 12th day of February, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

William A. Trine, Esq.
btrine@trine-metcalf.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
ringela@hallevans.com
veigaj@hallevans.com
Phone: 303-628-3300
Fax:    303-293-3238
**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\motion exceed page limit2.doc

5