IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
and
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion for Second Extension of Limited Discovery from Federal Agency** [docket no. 151, filed January 31, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and limited discovery from Federal Agency is granted to and including **March 2, 2007**.


DATED:  February 12, 2007