COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

EXHIBIT A-44

Case No. 05-cv-377-WDM-BNB

DEPOSITION OF EDWARD ALLEN          August 23, 2006

MOISES CARRANZA-REYES,

        Plaintiff,

vs.

PARK COUNTY, a Public Entity of the State of Colorado and Governing Board, and

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, and

PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the State of Colorado, and

FRED WEGENER, Individually and in his Capacity as Sheriff of Park County, Colorado, and

MONTE GORE, Individually and in his Capacity as Captain of Park County Sheriff's Department, and

VICKI PAULSEN, Individually and in her Official Capacity as Registered Nurse for Park County, Colorado, and

JAMES BACHMAN, M.D., Individually and in his Official Capacity as Medical Director of the Park County Jail,

        Defendants.

1    and found out it was correct. So that was the only
2    thing that might have been changed, and we didn't
3    have to because for once I got it right.
4         Q.    That makes sense. All right. Let me ask
5    you about the circumstances of you starting to work
6    at the Park County Jail, okay?
7         A.    Okay.
8         Q.    When did you start working there?
9         A.    April 1st, 2002.
10        Q.    And what was your position at the Park
11   County Jail?
12        A.    Deputy in the jail.
13        Q.    Did you work in any other capacity during
14   the time that you worked there?
15        A.    No, other than -- the only other duty we
16   had at one time, and it was kind of an exceptional
17   deal, was during the Hayman Fire. We did a little
18   bit of road patrol to help with that end. The count
19   was lower, so we were doing some of that.
20        Q.    Did you have a particular shift that you
21   worked in the jail?
22        A.    Yes, sir. It was swing shift. My shift
23   was from 4:00 in the afternoon until midnight.
24        Q.    Did you have particular days of the week
25   that you worked?

1  condition of the showers between March 1st of 2003
2  and March 8th of 2003 in D-Pod?
3      A.   There was problems at that time with the
4  toilets, and I believe there was also problems with
5  the shower draining, which coincided with the
6  toilets.
7      Q.   When there was problems with toilets not
8  working right and potentially overflowing, there
9  were also problems with the shower drains?  Am I
10 understanding you right?
11     A.   A lot of the times it would coincide with
12 each other.  Other times it would be just strictly a
13 toilet problem or a shower problem.  But there was
14 times, yes, that they both would -- when one would
15 plug, the other one would plug.
16     Q.   Okay.  You do recall between March 1st of
17 2003 and March 8th of 2003 problems with toilets; is
18 that true?
19     A.   Yes, sir.
20     Q.   What kind of problems were going on with
21 the toilets at that period of time?
22     A.   Well, they just overflowed.  They
23 wouldn't flush.  I mean, they would flush, but they
24 wouldn't go down.  We would have to go in there
25 with -- issue plungers or go in with plungers.

1   There were several times you go in there with a
2   snake, you know, a Roto-Rooter on a little electric
3   motor.  We had access to get one of those.
4   Sometimes it worked, but a lot of times it didn't.
5                    We also put -- the same problems
6   would be going on with other cell blocks too.  Some
7   not to the same extent because of the amount of use
8   involved, but that was an ongoing problem, yes.
9        Q.   During the entire time you worked at the
10  jail, were there problems with toilets overflowing?
11       A.   It wasn't a constant problem, but, yeah,
12  you always had something come up.  With any of the
13  particular cell blocks you could have a toilet
14  plugging.  Sometimes it was their fault, a lot of
15  times it was our fault.
16       Q.   You worked in corrections for a long
17  time, and it strikes me that on occasion people who
18  are behind bars might intentionally back up a
19  toilet?
20       A.   That's why I said sometimes it was their
21  fault, sometimes it was our.
22       Q.   So you observed that occur at the Park
23  County Jail?
24       A.   As to them causing the problems?
25       Q.   Right.

1    A.   I did.  Strangely enough it was just DOC
2    inmates.  I never had a problem with county inmates
3    doing it or INS, but then damn boot campers would.
4         Q.   They just wanted to cause havoc and make
5    you clean up their mess?
6         A.   And they were cutting their own throats
7    when they did because you'd make sure DI had a
8    little bird in his ear and tell him which inmate it
9    was, and his life was pretty miserable for a few
10   days.
11        Q.   When there was a problem with the
12   toilets, did maintenance address it?
13        A.   Regardless to whether we got it to
14   working or not, we passed on to the next shift to
15   have Jim take a look at them.  I can't sit here and
16   tell you that he did or he didn't because I didn't
17   observe that, but word would be passed on to him,
18   yes.
19        Q.   How would a problem with the shower,
20   with either the water temperature or its drain
21   or the toilet, be communicated from your shift to
22   Jim Deathridge?
23        A.   We would let -- theoretically it was
24   supposed to have a work order that would be put in
25   his box that he would pick up when he'd come on

1   shift. If you didn't have a work order, we'd try to
2   write a note and let day shift know. But if it
3   worked like it was supposed to, it would be written
4   and verbal communication to him the following day.
5       Q.   That would go -- you guys would make sure
6   that there was some written record that there was a
7   problem that would get passed through the graveyard
8   shift to Mr. Deathridge; is that right?
9       A.   Yes, sir.
10      Q.   Okay. Would it be noted on the master
11  control log?
12      A.   Probably not, unless it was a real
13  serious problem. The control log basically was for
14  the movement in and out of the facility, as far as
15  inmates coming and going, staff coming and going,
16  visitors. The normal day-to-day work load basically
17  didn't go into that. If it did, it would be here's
18  a car out there in the lane. So it would be passed
19  on as notes or verbally.
20      Q.   Would it ever be that there would be a
21  memo that was created by the graveyard shift that
22  would go to maintenance to say we're really having a
23  problem with the --
24      A.   Should.
25      Q.   -- toilets here?

1     A.   Should, yes.

2     Q.   Did you ever write such a memo?

3     A.   I didn't write them. I came in and would
4 verbally tell them because by then I was usually up
5 to my you know what.

6     Q.   When you were on shift and there was a
7 toilet overflow problem, would you be someone who
8 would be responsible for helping to deal with that
9 problem?

10    A.   Well, anybody that's there should be
11 helping, should be responsible for it.

12    Q.   Okay.

13    A.   I mean, that's -- you always seem to have
14 some inmates that kind of know what's going on, but
15 you best need to be there to watch who knows what
16 it's about. So I always just either did it or
17 helped do it.

18    Q.   So you have a recollection of
19 occasionally yourself working a plunger or the
20 snake?

21    A.   Yes, sir.

22    Q.   Do you have any specific recollection of
23 having to use a plunger or the snake between
24 March 1st of 2003 until March 8th of 2003?

25    A.   Yes, I do because when I was doing a -- I

1   don't remember if I was just doing a walk through or
2   if it was a count. But there was an inmate there
3   trying to -- and when I say inmate, I mean INS
4   detainee to DOC I guess, but trying to clean up a
5   mess that the toilets was overflowing. And it was
6   pretty obvious what was going on. So once we
7   completed count, if that's what I was doing, then we
8   went and got the tools or the material and mop
9   buckets to try and clean the mess up.
10      Q.   Okay.
11      A.   It happened several times for whatever
12  reason at that time, yes.
13      Q.   And you think that -- what you earlier
14  talked about, sometimes it was their fault and
15  sometimes it was your fault, but I have the
16  impression that you believe when the toilets
17  overflowed in the D-Pod when INS detainees were
18  there that it was the jail's fault?
19      A.   Yeah. Yes, sir, because of the fact that
20  usually when you snake something out you can find
21  out what was down there, and there was nothing like
22  a wadded up roll of toilet paper or sheets or
23  bedding. It was just -- yeah.
24      Q.   I understand.
25           MR. KORDICK:   Did you get that?

```
1      Q.   It was human waste?
2      A.   Yes, sir.
3      Q.   Okay.  I don't need any more detail than
4   that.  Thank you, Mr. Allen.
5              When there was a problem with the
6   toilets between March 1st and March 8th of 2003 that
7   you recall, do you recall it getting cleaned up?
8      A.   Well, we'd always try to clean it up.
9   We'd take in the mop buckets and disinfectant,
10  whatever we could put in there.  But at the same
11  time I can't tell you that it got real clean because
12  there was just too many people.  What it really
13  needed to have done when something like that happens
14  is just go from floor to ceiling, but wasn't able to
15  do that.
16     Q.   Do you remember seeing feces on the
17  floor?
18     A.   When I ran that snake down through there,
19  yes, sir.
20     Q.   Were the feces cleaned up from the
21  bathroom at least?
22     A.   Yes.
23     Q.   Okay.
24     A.   Hopefully it was cleaned up good enough,
25  but (indicating).
```

1    at night after lights out, for instance?
2        A.   Once we locked down, called for lockdown,
3    there was a formal count.
4        Q.   Okay.
5        A.   That would be between 9:30 and 10:00 in
6    the evening.
7        Q.   Was that a face count as well?
8        A.   No, that would be a body count.
9        Q.   Okay.
10       A.   We only did the face counts during chow.
11   Each shift is required to do one.  Day shift did one
12   for dinner, graves did breakfast, we did supper.
13       Q.   Okay.  The evening meal?
14       A.   Yes, sir.
15       Q.   Do you recall during the period of time
16   March 1st to March 8th of 2003 anybody not coming
17   down for their meals in the evening, their meal on
18   your shift?
19       A.   Yes, sir.
20       Q.   Do you recall Moises Carranza-Reyes not
21   coming down?
22       A.   Yes, sir.  And the reason I remember him
23   is because I talked to his brother earlier when he
24   let me know that he was one of the ones that was
25   sick and that he appeared sicker than the others.

1   Q.   Would there ever have been a circumstance
2   where one detainee would bring food for the evening
3   meal to another detainee?
4   A.   They can only pick up one tray.
5   Q.   Okay.
6   A.   You're only allowed one tray.  So if
7   somebody said he was sick, I'm taking it to him.  I
8   can't say that everybody did this, but what it was
9   supposed to be is that they only took their tray.
10  If the man was sick, I would lock the cell doors
11  with the food on the outside.  I would go find the
12  man, which was sometimes tough with the English and
13  the names, which they were very good at helping us
14  with that because they would try to be slow and say
15  the name.
16              I would go find the guy.  If he
17  didn't want it, then I would take it away.  But I
18  had to see the guy was living and breathing and it
19  was the correct person.  That's the purpose of a
20  face count.  A lot of the shifts didn't do that.
21  They said, oh, he's upstairs, okay.  That's not
22  right.  You have to go see them.
23  Q.   When you served the evening meal on your
24  shift, was there a form that you had to fill out
25  that would document each of the inmates or detainees