COPY

EXHIBIT A-45

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-CV-377-WDM-BNB

---

DEPOSITION OF: VINCE MARKOVCHICK, M.D.
April 11, 2006

---

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Defendant Bachman at 660 Bannock Street, Denver, Colorado 80204 at 9:09 a.m. before Rebecca S. Tafoya, Registered Professional Reporter and Notary Public within Colorado. Coffman Reporting

303.893.0202
303.893.2230 FAX

28

1    patient left and final patient condition, were
2    those two filled out by you?
3        A.   I believe those were filled out by Dr.
4    Mitchusson. And it looks like -- let me see. It
5    looks like we may have filled out -- or I may have
6    filled out the admit when he first arrived,
7    because -- and the reason I say that is because I
8    initially checked "serious."
9        Q.   Um-hum.
10       A.   That would have been when he was in the
11   back -- when he was in the regular treatment room.
12   We clearly saw somebody who was very sick with
13   pneumonia who needed to go to the ICU but was not
14   deemed to be, you know, absolutely critical. And
15   then when he deteriorated, I clearly changed and
16   downgraded his condition from serious to critical
17   both on the -- I think I did that on the front
18   sheet as well as the admitting sheet, which is on
19   0058.
20       Q.   So it's your opinion that you filled out
21   the order for admission sometime before 6:10 p.m.
22   and --
23       A.   It --
24       Q.   -- and at that time you filled that out
25   initially, you felt the patient was very sick with

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *