IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;

FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado;

MONTE GORE, individually and in his capacity as captain of Park County Sheriff's Department; and

VICKI PAULSEN, individually and in her official capacity as registered nurse for Park County, Colorado,

    Defendants.

_____

**DEFENDANT PAULSEN'S MOTION TO EXCEED PAGE LIMIT IN REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE REPLY BRIEF**
_____

Defendant Vicki Paulsen ("Paulsen"), by and through her undersigned counsel and pursuant to F.R.C.P. 6(b) and D.C.COLO.L.CivR 6.1(C), hereby submits this Motion to Exceed Page Limit in Reply Brief in Support of Motion for Summary Judgment and Unopposed Motion for Second Extension of Time to File Reply Brief, and as grounds therefore states as follows:

**D.C.COLO.L.CivR 7.1 Certification**

Counsel for Paulsen conferred in good faith with counsel for Plaintiff, Bill Trine, regarding the relief requested in this Motion. Mr. Trine stated that Plaintiff does not oppose

Paulsen's request for a second extension of time until Thursday, February 15, 2007, by which to file her Reply Brief in Support of Motion for Summary Judgment.  Mr. Trine states that Plaintiff does oppose, however, Paulsen's request to exceed the page limit for her reply brief.

    1.    Defendant Paulsen respectfully requests an extension of time of three days, or up to and including February 15, 2007, by which to file her reply in support of her motion for summary judgment.  Paulsen previously filed a motion for extension of her reply brief deadline seeking an extension from January 30, 3007, the reply's original due date, to February 12, 2007.  Drafting the reply has consumed more time than was anticipated, however, due to the considerable amount of time that was consumed by a careful review of Plaintiff's extensive statement of facts.  Plaintiff's Response to the Park County Defendants' Motion for Summary Judgment contains 152 paragraphs of factual allegations, all of which are incorporated in full by reference into Plaintiff's Response to Paulsen's Motion for Summary Judgment.  In addition to those 152 paragraphs, Plaintiff presented 98 paragraphs of factual allegations in his Response to Paulsen's Motion for Summary Judgment.  Reviewing the evidence cited by the parties, and analyzing the interplay between the various factual statements presented, has consumed a considerable amount of time.  For this reason, Paulsen respectfully requests a three-day extension, up to February 15, 2007, by which to file her reply brief.  Plaintiff does not oppose this request.

    2.    In addition to requesting a brief extension, Paulsen respectfully requests that the Court enter an order allowing her to exceed this Court's 10-page limit for summary judgment replies.  As set forth above, Plaintiff's Response to Paulsen's Motion for Summary Judgment contains 98 paragraphs of additional facts.  Plaintiff also disputes, with explanation, 29 of the

factual statements in Paulsen's Motion for Summary Judgment. Despite efforts to consolidate and categorize the replies to the factual statements, briefing the reply to Plaintiff's facts alone, as required by this Court's practice standards, consumes more than ten pages in Paulsen's reply brief. Paulsen estimates that the reply brief could be as long as thirty pages, but may be much less than that after final editing. Because Paulsen believes that the detailed briefing of the facts will be helpful to the Court's determination of her motion, she respectfully requests this Court allow her to file her reply brief in excess of this Court's ten-page limit.

3. For these reasons, Defendant Paulsen requests a second extension of the due date for her reply in support of her motion for summary judgment until February 15, 2007, and requests the Court allow her leave to submit a reply brief in excess of the Court's ten-page limit.

4. This motion represents Defendant Paulsen's second request for an extension of the deadline to file her reply in support of her motion for summary judgment.

5. The extension of time requested in this Motion will not prejudice either party or interfere with existing deadlines. A pretrial conference is not set until March 13, 2007.

6. Pursuant to D.C. Colo. LCivR 6.1(D), a copy of this Motion is being served on the undersigned's client.

WHEREFORE, Defendant Paulsen respectfully requests that the Court enter an Order providing her until February 15, 2007, to file a reply brief, and allowing her leave to exceed the Court's 10-page limit for replies.

Respectfully submitted:  February 12, 2007

                                                        s/ Melanie B. Lewis

Josh A. Marks, Esq.
Melanie B. Lewis
Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com; mbl@bhgrlaw.com

*Attorneys for Defendant Paulsen*

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, I electronically filed the foregoing **DEFENDANT PAULSEN'S MOTION TO EXCEED PAGE LIMIT IN REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE REPLY BRIEF** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO  80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO  80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO  80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

Andrew Ringel
Jennifer Veiga
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO  80202
ringela@hallevans.com
veigaj@hallevans.com

*s/Julie Bozeman*

_____
Julie Bozeman

5