IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;

FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado;

MONTE GORE, individually and in his capacity as captain of Park County Sheriff's Department; and

VICKI PAULSEN, individually and in her official capacity as registered nurse for Park County, Colorado,

    Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on Vicki Paulsen's Motion to Exceed Page Limit in Reply Brief in Support of Motion for Summary Judgment and Unopposed Motion for Second Extension of Time to File Reply Brief.

    IT IS ORDERED that the Motion is GRANTED.  Defendant Paulsen has up to and including February 15, 2007, by which to file her reply in support of her motion for summary judgment.  In addition, Defendant Paulsen has leave to file a reply brief exceeding this Court's 10-page limit.

DATED: