IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA REYES,

    Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board;
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants.

## MINUTE ORDER

JUDGE WALKER D. MILLER

Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The Unopposed Motion to Exceed Page Limit for Reply Brief (doc no 155) filed by Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore is granted.

Dated: February 13, 2007

                                                    s/ Jane Trexler, Secretary/Deputy Clerk