IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
and
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Paulsen's Motion to Exceed Page Limit in Reply Brief in Support of Motion for Summary Judgment and Unopposed Motion for Second Extension of Time to File Reply Brief** [docket no. 160, filed February 12, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. Defendant may reply to the Motion for Summary Judgment on or before **February 15, 2007**. The reply is to be no longer than twenty (20) pages.

DATED: February 13, 2007