IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY BRIEFS REGARDING PLAINTIFF'S EXPERTS
and Proposed Order

---

Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore, and Vicki Paulsen by and through their respective counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., and Josh A. Marks, Esq. and Melanie B. Lewis, Esq. of Berg Hill Greenleaf and Ruscitti, LLP, hereby submit this Unopposed Motion for Extension of Time to Submit Reply Briefs Regarding Plaintiff's Experts, as follows:

    1.    Plaintiff submitted his Response to Defendants' Motion to Limit Expert testimony by Michael S. Niederman, M.D. and Robert B. Greifinger, M.D. on January 26, 2007. Plaintiff filed his Response to Defendants' Motion to Exclude Plaintiff's Expert Witness Helen M. Woodard, M.A. on January 30, 2007. Plaintiff submitted his Response to Defendants' Motion to

Exclude Plaintiff's Expert Witness Patricia L. Pacey, Ph.D. on February 1, 2007. Pursuant to the applicable Federal Rules of Civil Procedure and the Local Rules of the United States District Court of the District of Colorado, the Defendants' Reply Briefs in support of their Motions are due on February 13, 2007, February 19, 2007, and February 19, 2007, respectively. Defendants respectfully request an extension of time until and including February 26, 2007, to file their Reply Briefs in support of all three Motions.

2. The undersigned counsel for the Defendants has the primary responsibility for preparing the Defendants' Reply Briefs regarding the Defendants' challenges to the Plaintiff's experts. Due to the undersigned counsel's work on the extensive Reply Brief in Support of Motion for Summary Judgment from Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore filed on February 12, 2007, the undersigned counsel has not had the opportunity to devote significant attention to the Reply Briefs. Moreover, Plaintiff's three Responses contain a variety of different arguments and rely on many different cases that require research and analysis by the undersigned counsel. Finally, the issues raised by the Defendants' challenges to the Plaintiff's four experts pursuant to Fed. R. Evid. 702 raise important issues to be decided by this Court that warrant complete analysis and briefing by the Defendants. No party will be prejudiced by this brief extension of time.

3. Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for the Plaintiff, William A. Trine, Esq., via electronic mail prior to filing the instant Motion. Mr. Trine indicated the Plaintiff does not oppose this Motion.

4. Pursuant to D.C.Colo.LCiv.R. 6.1(D), undersigned counsel has served his client representative with a copy of this Motion as indicated on the attached Certificate of Mailing.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore and Vicki Paulsen respectfully request this Court allow them until and including February 26, 2007, to file their Reply Brief in Support of Motion to Limit Expert testimony by Michael S. Niederman, M.D. and Robert B. Greifinger, M.D., their Reply Brief in Support of Motion to Exclude Plaintiff's Expert Witness Helen M. Woodard, M.A., and their Reply Brief in Support of Motion to Exclude Plaintiff's Expert Patricia L. Pacey, Ph.D., and for all other and further relief as this Court deems just and appropriate.

Dated this 13th day of February, 2007.

Respectfully submitted,

s/Andrew D. Ringel, Esq.
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Phone: (303) 628-3300
Fax:     (303) 293-3238
ringela@hallevans.com
veigaj@hallevans.com
**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

and

Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
Tel: (303) 402-1600
jam@bhgrlaw.com, mbl@bhgrlaw.com
**ATTORNEYS FOR DEFENDANT VICKI PAULSEN**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 13th day of February, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.  
archuletalaw@qwest.net

William A. Trine, Esq.  
btrine@trine-metcalf.com

Josh A. Marks, Esq.  
jam@bhgrlaw.com

Melanie B. Lewis, Esq.  
mbl@bhgrlaw.com

Lloyd C. Kordick, Esq.  
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.  
akimmel@tlpj.org

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant via U.S. Mail, first-class postage prepaid and addressed as follows:

Stephen Groome, Esq.  
Park County Attorney  
P.O. Box 1373  
Fairplay, Colorado 80440

s/Loree Trout, Secretary to  
Andrew D. Ringel, Esq.  
Jennifer L. Veiga, Esq.  
Hall & Evans, L.L.C.  
1125 17th Street, Suite 600  
Denver, CO 80202-2052  
ringela@hallevans.com  
veigaj@hallevans.com  
Phone: 303-628-3300  
Fax:     303-293-3238  
**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\Motion Ext - Reply to MIL Experts.doc