IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, et. al.

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY BRIEFS REGARDING PLAINTIFF'S EXPERTS

This matter comes before the Court on the Defendants' Unopposed Motion for Extension of Time to Submit Reply Briefs Regarding Plaintiff's Experts. Having reviewed the Motion, and being fully advised, the Court hereby Order the Motion is granted and Defendants shall have until and including February 26, 2007, to submit their Reply Brief in Support of Motion to Limit Expert Testimony by Michael S. Niederman, M.D. and Robert B. Greifinger, M.D., their Reply Brief in Support of Motion to Exclude Plaintiff's Expert Witness Helen M. Woodard, M.A., and their Reply Brief in Support of Motion to Exclude Plaintiff's Expert Patricia L. Pacey, Ph.D.

    Dated this _____ day of February 2007.

                        By the Court:

                        _____
                        Walker D. Miller
                        United States District Court Judge