IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado;
MONTE GORE, individually and in his capacity as captain of Park County Sheriff's Department; and
VICKI PAULSEN, individually and in her official capacity as registered nurse for Park County, Colorado,

    Defendants.

___

**PAULSEN'S UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY TWO PAGES OVER PAGE LIMIT**
___

Defendant Vicki Paulsen ("Paulsen"), by and through her undersigned counsel, hereby submits this Unopposed Motion for Leave to File Reply Two Pages over Page Limit, and as grounds therefore states as follows:

### D.C.COLO.L.CivR 7.1 Certification

Counsel for Paulsen conferred in good faith with counsel for Plaintiff, Bill Trine, regarding the relief requested in this Motion. Mr. Trine does not oppose the relief requested in this Motion. Andrew Ringel, counsel for the Park County Board of Commissioners, Sheriff Wegener and Monte Gore, does not oppose the relief requested in this Motion.

1. This Court's page limit for reply briefs is ten pages. On February 12, 2007, Paulsen moved for leave to file a brief exceeding the page limits, stating that she anticipated that the reply brief may be up to 30 pages long, but could be much less than that. Plaintiff's counsel opposed the request because he believed 30 pages to be excessive for a reply. The Court entered an order directing Paulsen to limit her reply to 20 pages.

2. Despite counsel's best efforts, counsel was unable to whittle the brief to shorter than 22 pages without eliminating analysis of key facts and law bearing on the propriety of summary judgment in this case. The Court has permitted the page limits for every other brief in the case to be extended. Because a thorough reply could not be drafted in less than 22-pages, Paulsen respectfully requests that the Court accept for filing the accompanying reply brief although it is 22 pages long.

WHEREFORE, Defendant Paulsen respectfully requests that the Court enter an Order providing accepting for filing the accompanying 22-page reply brief in support of her Motion for Summary Judgment, as well as providing such other relief as the Court finds just and appropriate.

Respectfully submitted:  February 15, 2007

s/ Melanie B. Lewis
_____
Josh A. Marks, Esq.
Melanie B. Lewis
Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com; mbl@bhgrlaw.com

*Attorneys for Defendant Paulsen*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, I electronically filed the foregoing **PAULSEN'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TWO PAGES OVER PAGE LIMIT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO  80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO  80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO  80302
btrine@trine-metcalf.com

Adele P. Kimmell
Trial Lawyers for Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmell@tlpj.org

Andrew Ringel
Jennifer Veiga
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO  80202
ringela@hallevans.com
veigaj@hallevans.com

*s/Julie Bozeman*
_____
Julie Bozeman

3