1/16/2006 Carranza-Reyes, Moises, Vol. 1

```
0001
 1    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLORADO
 2
      Case No. 2005-WM-377 (BNB)
 3    _____
 4    DEPOSITION OF:  MOISES CARRANZA-REYES, Volume I
      January 16 AND 17, 2006
 5    _____
 6    MOISES CARRANZA-REYES,
 7    Plaintiff
 8    v.
 9    PARK COUNTY, a public entity of the State of Colorado
      and its governing board, THE PARK COUNTY BOARD OF
10    COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a
      public entity of the State of Colorado; FRED WEGENER,
11    individually and in his official capacity as Sheriff of
      Park County, Colorado; MONTE GORE, individually and in
12    his capacity as Captain of Park County Sheriff's
      Department; VICKIE PAULSEN, individually and in her
13    official capacity as Registered Nurse for Park County,
      Colorado; JAMES BACHMAN, M.D., individually and in his
14    official capacity as Medical Director of the Park
      County Jail,
15
      Defendants.
16
17    _____
18    TAKEN PURSUANT TO NOTICE on behalf of the Defendant
      Park County at 1125 17th Street, Suite 600, Denver,
19    Colorado 80202 at 9:09 a.m. before Laura L. Corning,
      Federal Certified Realtime Reporter, Certified
20    Shorthand Reporter and Notary Public within Colorado.
21
22
23
24
25
```

1/16/2006 Carranza-Reyes, Moises, Vol. 1

```
 1                           I N D E X
 2    EXAMINATION OF MOISES CARRANZA-REYES:          PAGE
      Volume I
 3    January 16, 2006
 4    By Mr. Kordick                                  --
 5    By Mr. Archuleta                                --
 6    By Mr. Ringel                                    6
 7    By Ms. Lewis                                    --
 8    By Mr. Sargent                                  --
 9
                                                   INITIAL
10    DEPOSITION EXHIBITS                          REFERENCE
11    13   Plaintiff's Rule 26(a)(1) Disclosures      11
12    14   Plaintiff's Responses to the First Set of  34
           Interrogatories and Requests for Production
13         of Documents from Defendants Park County,
           the Park County Board of County Commissioners,
14         the Park County Commissioners, the Park
           County Sheriff's Office, Fred Wegener, and
15         Monte Gore
16    15   Order to Detain or Release Aliens         123
17    16   Park County Jail Reporte Para El Doctor   128
18    17   Form                                      225
19    18   Letter from Don, Hiller & Gallcher        227
20    19   Records release authorization             230
21    (Attached to Original and copy transcripts.)
22
23
24
25
```

1/16/2006 Carranza-Reyes, Moises, Vol. 1

```
                       APPEARANCES
 1
 2    For the Plaintiff:    LLOYD C. KORDICK, ESQ.
                            805 South Cascade
 3                          Colorado Springs, Colorado 80903
 4                          JOSEPH J. ARCHULETA, ESQ.
                            Law Office of Joseph Archuleta
 5                          1724 Ogden Street
                            Denver, Colorado 80128
 6
      For the Defendants    ANDREW D. RINGEL, ESQ.
 7    Park County, Park     Hall & Evans, LLC
      County Board of       1125 17th Street
 8    Commissioners, Park   Suite 600
      County Sheriff's      Denver, Colorado 80202-2037
 9    Office, Wegener,
      Gore:
10
      For the Defendant     MELANIE B. LEWIS, ESQ.
11    Paulsen:              Berg Hill Greenleaf
                              & Ruscitti LLP
12                          1712 Pearl Street
                            Boulder, Colorado 80302
13
      For the Defendant     CRAIG SARGENT, ESQ.
14    Bachman:              Johnson McConaty & Sargent, P.C.
                            400 South Colorado Boulevard
15                          Suite 900
                            Glendale, Colorado 80246
16
      Also Present:         Jack G. Mudry, Interpreter
17                          Jose M. Gonzalez
                            Jackie Beaver
18
19
20
21
22
23
24
25
```

1/16/2006 Carranza-Reyes, Moises, Vol. 1

```
 1              WHEREUPON, the within proceedings were
 2    taken pursuant to the Federal Rules of Civil
 3    Procedure:
 4              (At this time Ms. Beaver was not present in
 5    the deposition room.)
 6              MR. KORDICK:  For the record --
 7              MR. SARGENT:  Wait just a second.  I just
 8    want to meet some people.
 9              MR. KORDICK:  I'm going to introduce you.
10              MS. LEWIS:  Okay.
11              MR. KORDICK:  For the record, I've asked
12    Joe Gonzales, who is a translator, to be present to
13    observe the procedures for at least a portion of the
14    time and be available if we need to consult with our
15    client sometime during the deposition.  And I've asked
16    my client, because of translation issues I've had in
17    other cases unrelated to this -- I had a case where I
18    had a Puerto Rican client who didn't speak English, and
19    the translator was from Peru, and it turned out they
20    could not understand each other for some reason, and it
21    was a very difficult situation.
22              So I've tried to simplify it by telling
23    my client to listen to the question carefully and to
24    answer slowly so that the translator can translate
25    contemporaneously with his answer.
```

1/17/2006 Carranza-Reyes, Volume II, Moises

1  spitting up saliva, but it was like -- it was something
2  in there that I couldn't get out.
3      Q.   Did anything else happen that night in terms
4  of your symptoms?
5      A.   My brother was there to keep an eye on me,
6  and he says that he thought that I had a fever and so
7  that -- and my lips looked very dry.
8      Q.   Did you receive any other medication that
9  night?
10     A.   No.  No, sir.
11     Q.   Do you recall anything else about that night
12 following the day that you first saw the nurse that we
13 haven't talked about?
14     A.   No, I don't remember.
15     Q.   Let's talk about the next day, the day after
16 the day you first saw the nurse, all right?
17     A.   Yes.
18     Q.   What happened that morning when you woke up?
19     A.   I woke up, and she had already come by.  It
20 was like she didn't even have the intention of waiting
21 for me, like I couldn't even walk more quickly.
22     Q.   I don't understand.  You were asleep when
23 the nurse came by on that following morning?
24     A.   We're talking about the following day?
25     Q.   Correct.  The day after the first day you

1/17/2006 Carranza-Reyes, Volume II, Moises

1  saw the nurse.
2      A.   Yeah, I was laying down.  I couldn't get
3  down, though.  I didn't have the strength.  My brother
4  helped me stand up later.
5      Q.   Okay.  At the time that the nurse came by,
6  was that the time the nurse would come by in the morning
7  to deliver medicine?
8      A.   Yes.
9      Q.   And you didn't have the opportunity to
10 communicate with the nurse on that morning.  Am I
11 correct?
12     A.   I didn't have the opportunity, but the
13 people were telling her that there were sick people
14 upstairs.  I don't recall if my brother told her that
15 too, but she didn't come up.  She didn't come into the
16 cell.  She didn't see anybody upstairs.
17     Q.   You were upstairs at the time she came to
18 the cell door; is that correct?
19     A.   Yes.
20     Q.   And given where you were upstairs, it was
21 not possible for you to hear any conversation between the
22 nurse and anyone at the cell door.  Is that true?
23     A.   The door was here, and the people would come
24 up and gather around, and they were shouting because it
25 was a small place, and they were inside.  They were

1/17/2006 Carranza-Reyes, Volume II, Moises

1  shouting out.  They were shouting out, "There's people
2  upstairs" and "Let's go."  They were saying that in
3  Spanish.  I don't know if she understood that or not, but
4  she never went in.  But I did hear when she was there,
5  and I even saw her.
6      Q.   Did you hear anybody speaking to her in
7  English on that morning?
8      A.   Yeah, there were people that were speaking
9  to her in English.  I don't know if it was good English.
10 My friend that was interpreting for me was there.  He was
11 always there.
12     Q.   But you couldn't understand the English to
13 know what they were saying to her in English; isn't that
14 true?
15     A.   True.
16     Q.   Anything else about that visit by the nurse
17 to the cell the day after you first saw her that you
18 recall that we haven't talked about?
19     A.   I don't remember.
20     Q.   Did anything else happen to you in terms of
21 your symptoms or condition that morning, the day after
22 you saw the nurse for the first time?
23     A.   After a couple of hours in the morning, I
24 started to get worse and started to vomit.  People saw me
25 vomiting, and there were others that were doing the same,

1/17/2006 Carranza-Reyes, Volume II, Moises

1  but I don't know why they noticed me more.  Maybe it was
2  more an exaggerated vomiting of mine.
3      Q.   Where were you vomiting?
4      A.   Downstairs.  It was wherever I was.  I mean,
5  I was at the tables or I was upstairs or it would happen
6  to me, I would start to feel nauseous, and my brother
7  would try and help me get to the bathroom and . . .
8      Q.   Did you ever vomit somewhere other than in
9  the toilet?
10     A.   Yes.
11     Q.   Where?
12     A.   On the ground.  Normally, everybody was
13 doing it on the floor, on the ground.
14     Q.   Did the vomit just stay there, or was
15 anybody cleaning it up?
16     A.   You had to clean it up with a piece of
17 paper, and then you would throw it over to one side or
18 throw it out.
19     Q.   Okay.  How many people would you estimate
20 that day were vomiting in addition to yourself?
21     A.   I'd say there was an average of -- oh, if
22 there were 50 or 60 of us there altogether, there were 30
23 of us vomiting.  The place was a place that just would
24 make you sick, the way the bathroom was and how dirty it
25 was.  They only wanted to give us water to clean things

1/17/2006 Carranza-Reyes, Volume II, Moises

```
 1      COFFMAN REPORTING & LITIGATION SUPPORT, INC.        1440 Blake Street, Suite 320
 2              Denver, Colorado 80202                      303.893.0202
 3
 4   January 31, 2006
 5
 6   LLOYD C. KORDICK, ESQ. 805 South Cascade
 7   Colorado Springs, Colorado 80903
 8    Re:  Carranza-Reyes v. Park County, et al.
 9   Deposition of: MOISES CARRANZA-REYES, VOLUME II Date of Deposition:  January 17, 2006
10   Trial Date:  None set
11   Dear Mr. Kordick:
12   Enclosed is the original signature page of the above
13   deposition.  It was agreed you would arrange for the witness's signature with your copy of the transcript.
14    Amendment sheets are included.  After the signature page
15   and amendment sheets are signed, please have both notarized and return for filing to . . .
16        this office within 30 days pursuant
17        to Rule 30.
18   Thank you for your prompt attention to this matter.
19   Sincerely,
20    COFFMAN REPORTING
21    cc:  Attending counsel
22
23
24
25
```

1/17/2006 Carranza-Reyes, Volume II, Moises

```
 1      COFFMAN REPORTING & LITIGATION SUPPORT, INC.        1440 Blake Street, Suite 320
 2              Denver, Colorado 80202                      303.893.0202
 3
 4   ANDREW D. RINGEL, ESQ. Hall & Evans, LLC
 5   1125 17th Street Suite 600
 6   Denver, Colorado 80202
 7    Re:  Carranza-Reyes v. Park County, et al.
 8   Deposition of: MOISES CARRANZA-REYES, VOLUME II Date of Deposition:  January 17, 2006
 9   Trial Date:  None set
10   Enclosed is:
11   ( ) ORIGINAL TRANSCRIPT.  Please retain unopened       original until it is required by any party in a
12        trial or hearing in the above matter.
13   ( ) ORIGINAL SIGNATURE PAGE    ___with  ___without corrections; copies provided to
14        other counsel; please append these sealed originals    to original transcript in your possession.
15   ( ) No signature or correction sheets received.
16   ( ) Review of transcript not requested.
17   ( ) 30-day review unavailable.  Signature/correction
18        pages forwarded to counsel handling signature.    Original filed in anticipation of trial date.
19        See letter within deposition.
20   ( ) Copy of deposition, signature and correction pages    sent to deponent.  See letter within deposition.
21   ( ) Signature not applicable.
22   Original transcript filed on_____ via_____
23   Follow-up documentation filed on_____ via_____  _____
24
25   cc:  Attending counsel
```