10/31/2005 Gore, Monte Vol I

```
0001
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2
     Case No. 2005-WM-377 (BNB)
 3   _____

 4   DEPOSITION OF:  MONTE GORE, VOLUME 1
     October 31, 2005
 5   _____

 6   MOISES CARRANZA-REYES,
 7   Plaintiff,
 8   v.
 9   PARK COUNTY, a public entity of the State of Colorado and its
     governing board, THE PARK COUNTY BOARD OF COUNTY
10   COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity
     of the State of Colorado; FRED WEGENER, individually and in
11   his official capacity as Sheriff of Park County, Colorado;
     MONTE GORE, individually and in his capacity as Captain of
12   Park County Sheriff's Department; VICKIE PAULSEN, individually
     and in her official capacity as Registered Nurse for Park
13   County, Colorado; JAMES BACHMAN, M.D., individually and in his
     official capacity as Medical Director of the Park County Jail,
14
     Defendants.
15   _____
16
17
18   TAKEN PURSUANT TO NOTICE AND AGREEMENT on behalf of the
19   Plaintiff at 824 Castello, Fairplay, Colorado at 9:04 a.m.
20   before Theresa A. Coffman, Federal Certified Realtime
21   Reporter, Registered Professional Reporter and Notary Public
22   within Colorado.
23
24              COFFMAN REPORTING         303.893.0202
25            * SUBJECT TO CONFIDENTIALITY DESIGNATIONS *
```

                                1

10/31/2005 Gore, Monte Vol I

```
                         APPEARANCES
 1
 2   For the Plaintiff:    WILLIAM A. TRINE, ESQ.
                           Trine & Metcalf, P.C.
 3                         1435 Arapahoe
                           Boulder, Colorado 80302
 4
                           LLOYD C. KORDICK, ESQ.
 5                         805 South Cascade
                           Colorado Springs, Colorado 80903
 6
                           JOSEPH J. ARCHULETA, ESQ.
 7                         Law Office of Joseph J. Archuleta
                           1724 Ogden Street
 8                         Denver, Colorado 80218
 9   For the Defendants    ANDREW D. RINGEL, ESQ.
     Park County, Park     Hall & Evans, LLC
10   County Board of       1125 17th Street
     Commissioners, Park   Suite 600
11   County Sheriff's Office, Denver, Colorado 80202
     Wegener and Gore:
12
                           STEPHEN A. GROOME, ESQ.
13                         P.O. Box 1373
                           501 Main Street
14                         Fairplay, Colorado 80440
15   For the Defendant     MELANIE B. LEWIS, ESQ.
     Paulsen:              Berg Hill Greenleaf & Ruscitti LLP
16                         1712 Pearl Street
                           Boulder, Colorado 80302
17
     For the Defendant     ANDREW W. JURS, ESQ.
18   Bachman:              Johnson McConaty & Sargent, P.C.
                           400 South Colorado Boulevard
19                         Suite 900
                           Glendale, Colorado 80246
20
21   Also Present:         None
22
23
24
25
```

                                2

10/31/2005 Gore, Monte Vol I

```
                           I N D E X
 1
 2   EXAMINATION OF MONTE GORE                        PAGE
     Volume I
 3   October 31, 2005
 4   By Mr. Trine                                       5
 5   By Mr. Kordick                                     --
 6   By Mr. Archuleta                                   --
 7   By Mr. Ringel                                      --
 8   By Mr. Groome                                      --
 9   By Ms. Lewis                                       --
10   By Mr. Jurs                                        --
11
                                                     INITIAL
12   DEPOSITION EXHIBITS:                           REFERENCE
13   1    Park County Jail Sergeants Daily Logs,      144
          various dates and attachments
14
     2    The Park County Jail's Response to the       64
15        Consulate General of Mexico Regarding the
          Medical Concerns of Moises Carranza, 3/14/03
16
     3    Master Control Logs, 3/1 through 3/10        70
17
     4    Park County Jail Policies and Procedures,   194
18        Establishment of Health Care Unit Policy and
          Procedure Manual
19
     5    Park County Sheriff's Office Policy and      22
20        Procedure Manual, 11/1/00, three pages
21   6    Policy, "Communicable Diseases"              39
22   7    Policy and Procedure Manual, Housekeeping,  190
          description of cleaning/disinfecting,
23        Bates Nos. 0416, 1530, 1528, 1529
24   (Original exhibits attached to original deposition; copy
     exhibits included in continuing exhibit file; copies provided
25   to counsel as requested.)
```

                                3

10/31/2005 Gore, Monte Vol I

```
 1   REQUESTED PORTIONS OF TESTIMONY:                 PAGE
 2   Request for document production                   --
     or information
 3
 4   Certified question                                --

 5
     Instruction not to answer                         43
 6
 7   Other requests or marked testimony                --

 8
     REFERENCES TO EXHIBITS MARKED PREVIOUSLY:
 9
10   (None.)
11
12
13
...
25
```

Paulsen's A-19                                         4

10/31/2005 Gore, Monte Vol I

```
 1   we're going to take the inmate whether I get permission
 2   or not.
 3        Q.   (BY MR. TRINE)  And wouldn't you be able to
 4   take that inmate without even calling INS in an
 5   emergency?
 6        A.   If it was deemed an emergency.
 7        Q.   You could?
 8        A.   Yes.
 9        Q.   Okay.  In other words, you wouldn't have to
10   wait for INS to provide transportation in an emergency,
11   would you?
12        A.   Well, if we had an emergency taking place,
13   then typically we're going to respond to that as an
14   emergency.
15        Q.   So I guess the answer to my question is you
16   could do that without INS providing the transportation;
17   is that right?
18        A.   And we did.  We actually -- I had my staff
19   do the transportation.  And I believe that was due to the
20   nurse feeling that he had to see a doctor.
21        Q.   So at 8:35, Muldoon was called and told to
22   stand by, he might have to transfer someone to Summit
23   County, right?
24        A.   Yes.
25        Q.   And then at 8:50, Deputy Theobald went to
```

10/31/2005 Gore, Monte Vol I

```
 1          COFFMAN REPORTING & LITIGATION SUPPORT, INC.
                    1440 Blake Street, Suite 320
 2                     Denver, Colorado 80202
                           303.893.0202
 3
 4
    WILLIAM A. TRINE, ESQ.
 5  Trine & Metcalf, P.C.
    1435 Arapahoe
 6  Boulder, Colorado 80302
 7
 8  Re:  Carranza-Reyes v. Park County, et al.
    Deposition of: MONTE GORE, VOLUME I
 9  Date of Deposition: October 31, 2005
    Trial Date: None set
10
    Enclosed is:
11
    ( )  ORIGINAL TRANSCRIPT.  Please retain unopened
12       original until it is required by any party in a
         trial or hearing in the above matter.
13
    ( )  ORIGINAL SIGNATURE PAGE
14       ___with  ___without corrections; copies provided to
         other counsel; please append these sealed originals
15       to original transcript in your possession.
16  ( )  No signature or correction sheets received.
17  ( )  Review of transcript not requested.
18  ( )  30-day review unavailable.  Signature/correction
         pages forwarded to counsel handling signature.
19       Original filed in anticipation of trial date.
         See letter within deposition.
20
    ( )  Copy of deposition, signature and correction pages
21       sent to deponent.  See letter within deposition.
22  ( )  Signature not applicable.
23  Original transcript filed on_____via_____
24  Follow-up documentation filed on_____via_____
25  cc:  Attending counsel
```