10/4/2006 Knox, Catherine

```
         UNITED STATES DISTRICT COURT
             DISTRICT OF COLORADO
MOISES CARRANZA-REYES,      )
                            )
            Plaintiff,      )
                            )
    v.                      ) No. 05CV-00377-WD-BNB
                            )
THE PARK COUNTY BOARD OF    )
COUNTY COMMISSIONER; FRED   )
WEGENER, individually and in)
his official capacity as    )
Sheriff of Park County,     )
Colorado; MONTE GORE,       )
individually and in his     )
official capacity as Captain)
of Park County Sheriff's    )
Department; VICKIE PAULSEN, )
Individually, and in her    )
official capacity as        )
Registered Nurse for Park   )
County Colorado; and JAMES  )
BACHMAN, M.D., individually )
and in his official capacity)
as Medical Director of the  )
Park County Jail,           )
                            )
            Defendants.     )
                            )
              DEPOSITION OF
            CATHERINE M. KNOX
        Taken in behalf of Defendants
                 * * *
              October 4, 2006
            815 Broadway Street
            Portland, Oregon

Shon McClements
Court Reporter
```

10/4/2006 Knox, Catherine

```
 1                    EXHIBITS
 2  No. 88   E-mail to Mr. Trine from Ms. Knox,    9
             5/11/05
 3
    No. 89   Catherine M. Knox Time and           11
 4           Expense Report
 5  No. 90   CV for Catherine M. Knox             16
 6  No. 91   Report of Catherine M. Knox          29
 7  No. 92   Pages from APIC Text of Infection    31
             Control and Epidemiology
 8
    No. 93   State of Colorado Nurse Practice Act 49
 9
10
...
25
```

3

10/4/2006 Knox, Catherine

```
                    APPEARANCES:
 1
 2  For the Plaintiff:      MR. WILLIAM A. TRINE
                            Attorney at Law
 3                          1435 Arapahoe Avenue
                            Boulder, CO 80302
 4
    For the Defendants,     MS. MELANIE B. LEWIS
 5  Paulsen:                Attorney at Law
                            1712 Pearl Street
 6                          Boulder, CO 80302
 7  For the Defendants,     MR. ANDREW W. JURS
    Bachman:                Attorney at Law
 8                          Suite 900
                            400 South Colorado Blvd
 9                          Glendale, Colorado 80246
10  For the Defendants,     MS. JENNIFER L. VEIGA
    Park County, Wegener,   Attorney at Law
11  Gore:                   Suite 600
    (Via Phone)             1125 17th Street
12                          Denver, Colorado 80202
13
    Also Present:           (None)
14
15                  INDEX
16  EXAMINATION BY:                PAGE NO.
17  Ms. Lewis                       4 - 109
18  Mr. Jurs                      109 - 138
19  Ms. Veiga                     138 - 142
20  Ms. Lewis                           142
21  Mr. Trine                     142 - 147
22
...
25
```

2

10/4/2006 Knox, Catherine

```
 1    PORTLAND, OREGON; WEDNESDAY, OCTOBER 4, 2006
 2                    8:17 a.m.
 3                     * * *
 4                CATHERINE M. KNOX
 5   called as a witness in behalf of the Defendants,
 6        having first been sworn by the Reporter,
 7               testifies as follows:
 8                    EXAMINATION
 9  BY MS. LEWIS:
10    Q.  Could you please state your name and
11  business address for the record.
12    A.  My name is Catherine M. Knox. My business
13  address is One Lincoln Center, Suite 380, 10300 S.W.
14  Greenburg Road, Portland, Oregon, 97223.
15    Q.  Have you ever been deposed before?
16    A.  I have been deposed before.
17    Q.  I will go over some rules anyway to try to
18  make this process a little bit easier. Basically if
19  you could wait until I finish asking my questions
20  before you answer, it helps the court reporter get a
21  cleaner record down.
22        Also, if you can answer verbally instead of
23  nodding your head because the court reporter can't
24  get that on the record. If you could answer by
25  saying yes or no when the question calls for that
```

Paulsen's A-20

4

10/4/2006 Knox, Catherine

1  expectations but nothing specific about what to look
2  for to monitor his condition, whether it was getting
3  better or deteriorating.
4       I believe that she -- given that -- and
5  there are some standards to back this up, that he was
6  presenting a second time for the same complaint, and,
7  in fact, his -- he had additional symptoms, so it
8  should have been clear that the symptomatic efforts
9  to treat him were not working and at that point to
10 have called and obtained more specific either orders
11 or medical direction to be implemented before what is
12 essentially a 48-hour wait for the next time health
13 care staff are present in the jail.
14      I think the -- so what I was I guess trying
15 to say and what she did not consider, what actions,
16 the two that I can think of is to have discussed with
17 the physician or the nurse practitioner his case and
18 whether or not lab work or medications, more than
19 these over-the-counter, could be ordered and to have
20 provided I think -- not I think, but more specific
21 instructions to the officers about the things like
22 how much fluid he needed, monitoring his vomiting and
23 diarrhea, being sure that he was kept warm in terms
24 of his convalescence.
25      Q.  You said something interesting just now.

57

10/4/2006 Knox, Catherine

1  You said that his condition on the 7th suggested that
2  the treatment modalities used on the 6th were not
3  working, correct?
4       A.  Correct.
5       Q.  What about with regard to his temperature?
6  Isn't it true that his temperature decreased from the
7  first day to the second day?
8       A.  His temperature did decrease.
9       Q.  Wouldn't that suggest that the ibuprofen was
10 working?
11      A.  I think you're drawing a -- it's not a
12 conclusion that I would draw.
13      Q.  And please explain why not.
14      A.  The reason is that you're -- yes.  The
15 temperature is lower.  It could be a subnormal
16 temperature which could be significant.  You
17 generally can't take a single vital sign out of a
18 group of vital signs and use it in isolation from
19 everything else to predict whether someone is getting
20 better or not.
21      He has a more rapid pulse here.  I think
22 he's got -- based on what's here, he continues to be
23 at risk of dehydration, and the rapid pulse would be
24 evidence of that.  He now has vomiting in addition to
25 all of the other symptoms.  I do not believe that on

58

10/4/2006 Knox, Catherine

1  the basis of temperature alone you could come to the
2  conclusion that he was getting better and not worse.
3       Q.  Is it your opinion that the symptoms he
4  presented with on the 6th and the 7th indicated he
5  had a strep infection to a nurse at the time being
6  presented with that?
7       A.  No, I do not.  I think on the 7th it would
8  be reasonable for the nurse to not know, and I think
9  it would be reasonable for the nurse to see that
10 this -- again, assuming that the nurse had collected
11 the data to know that these symptoms started
12 within -- would it be three -- three days before the
13 7th?  Am I correct on my time frame?  He had had
14 symptoms two days before the 6th which was Thursday.
15 They started Tuesday, so now he's three days on the
16 7th; that he is continuing to have these kinds of
17 symptoms.  He is reporting back -- do you remember
18 her instructions were that if his condition is worse,
19 report back?  He is reporting back; that you would
20 come to the conclusion that he has -- there is some
21 generalized problem here that needs to be worked up.
22      Q.  How did his symptoms differ, if they do,
23 from a run-of-the-mill viral infection?
24      A.  Do you want to describe for me what you mean
25 by run-of-the-mill viral infection?

59

10/4/2006 Knox, Catherine

1       Q.  Sure.  It's my experience just as a person
2  that everybody gets stomach bugs.  They get bugs and
3  fevers at various times throughout the year.  That's
4  what I would describe as kind of the run-of-the-mill
5  viral infection.  You have a fever.  You feel ill.
6  You don't go to the doctor.  You recover on your own.
7  It's non-eventful.
8       My question is:  Did Mr. Carranza-Reyes
9  present with symptoms that indicated he had something
10 more than what the average person, you know,
11 experiences, doesn't go to the doctor for, to the
12 extent you know?
13      A.  The way I would answer your question is that
14 I believe that Vickie Paulsen knew that there were
15 other people in the same pod who were having symptoms
16 of an upper respiratory infection, maybe some nausea
17 and diarrhea.  I have a clear recollection about the
18 flu-like symptoms.  What is different is that this
19 person is seeking her out amongst all others for
20 attention to a sore throat.  He has vital signs that
21 are -- have some abnormalities in them, and
22 symptomatic treatment isn't making a difference.
23 He's not feeling better as a result of this.
24      The last I guess fact that I think is
25 important in distinguishing this is that, and maybe

60

10/4/2006 Knox, Catherine

1 it's two parts, these are symptoms that have been in
2 place since Monday night or Tuesday day, and that
3 that's a long period of time for symptoms like these
4 to kind of continue to be reported as getting worse
5 rather than better.
6   Q. What's a typical period of time?
7   A. Two to three days. If you kind of look at
8 the typical instructions, typical instructions I have
9 seen and I'm familiar with that have to do with
10 fever, nausea and vomiting, the patient presents a
11 second time or the fever continues for a period of
12 48 hours, that at that point you need to contact a
13 medical provider for more specific orders.
14   Q. Do we know whether his fever persisted for
15 more than 48 hours?
16   A. Well, we know that on the 6th he had a fever
17 and that he reported being warm to touch I thought
18 for a couple of days earlier than that. He reported
19 a fever. Here under the A it says the skin is warm
20 and dry to touch. It may very well be that he has
21 got a fever and it was an improperly taken
22 temperature. I guess that's the problem I have with
23 relying on a single vital sign.
24   Q. Does symptomatic treatment make a difference
25 in the run-of-the-mill viral infection as I have

61

10/4/2006 Knox, Catherine

1 described it?
2   A. A person will feel more comfortable. They
3 will report having some relief of symptoms.
4   Q. From which medications; do you know?
5   A. When you said symptomatic, to me that
6 includes also rest, water, fluids, warmth, all of
7 those things.
8   Q. Is it your experience in corrections that
9 inmates who are incarcerated frequent medical
10 providers more often than the general population
11 does?
12   A. I want to be thoughtful in my answer to you.
13     There is a general belief that that is so,
14 and yet when you look more carefully at it there are
15 many reasons why people who are incarcerated request
16 medical attention more frequently, and that is
17 largely because in the first place they're unable to
18 go to the grocery store and by symptomatic treatment.
19 They have to see a medical provider for it. There
20 are many visits that are a result of that. Almost
21 any request for any kind of medical device has to be
22 sought based on having an encounter.
23     Then I think the population itself is one
24 that has been underserved, and so there are very
25 likely once medical care is available, and you see

62

10/4/2006 Knox, Catherine

1 this in insured populations as well, there is an
2 increase in the number of requests for medical
3 attention when a person is first covered. When you
4 first come to jail, if someone has been without
5 medical coverage, you will see an increase in request
6 for attention because of that.
7     When you add to that his own story of kind
8 of crossing the border and so forth, it would -- yes.
9 I think there is a lot of reasons to come to the
10 conclusion that people who are incarcerated will seek
11 medical attention more frequently than people in the
12 general community.
13   Q. I want to go back to something you said
14 about the strep infection. I want to make sure I
15 understand your position or the extent of your
16 opinions in this case.
17     Do you have an opinion that Ms. Paulsen
18 should have recognized a strep infection in
19 Mr. Carranza-Reyes on March 6th and March 7th?
20   A. First of all, I don't think I have even used
21 the term that he had a strep infection. I think that
22 is a term that you've used.
23   Q. That's correct.
24   A. And it's my opinion that it would not be --
25 I'm not sure exactly how to phrase this. I don't

63

10/4/2006 Knox, Catherine

1 think that a nurse necessarily would recognize or be
2 able to diagnose strep infection based on his
3 presentation on his second encounter.
4   Q. So your opinion is that she should have done
5 more than she did on March 6th and 7th to track down
6 the cause of whatever was bothering him but not
7 necessarily that he presented with definite signs of
8 a strep infection --
9   A. That's correct.
10   Q. -- that she didn't recognize?
11   A. That's correct. I'm sorry. I interrupted
12 you.
13   Q. That's okay.
14   A. That's correct.
15   Q. If we could go to March 8th now.
16   A. Good. We're moving along.
17   Q. I won't take that personally.
18   A. No. Please don't. I think you are being
19 very thorough. Are you referring to my report?
20   Q. Yeah.
21     Now, she gets called at 3:00 a.m.,
22 March 8th, 2003, right?
23   A. Correct.
24   Q. About Mr. Carranza-Reyes, right?
25   A. Correct.

64

10/4/2006 Knox, Catherine

```
 1              CATHERINE M. KNOX
 2           I have read the transcript of the deposition
    taken on October 4, 2006, at Portland, Oregon, and
 3  make the following additions or corrections:
 4  PAGE    LINE    CORRECTION AND REASON FOR CORRECTION
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17                    _____
18                    CATHERINE M. KNOX
19  Subscribed and sworn to before me this ____ day of
    _____, 2006.
20
                      _____
21                    Notary Public for the State
                      of _____
22                    residing at _____
                      My Commission Expires: _____
23
    Re:   US District Court District of Colorado
24        Carranza-Reyes v. Park County
          No. 05CV-00377-WD-BNB
25        SM
```

149