## Page 1

12/13/2006 Volz, Anthony

0001

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2
     Case No. 2005-WM-377 (BNB)
 3   _____
 4   DEPOSITION OF:  ANTHONY G. VOLZ, MSN, RNC, ANP
     December 13, 2006
 5   _____
 6   MOISES CARRANZA-REYES,
 7        Plaintiff,
 8   v.
 9   PARK COUNTY, a public entity of the State of Colorado and
     its governing board, THE PARK COUNTY BOARD OF COUNTY
10   COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public
     entity of the State of Colorado; FRED WEGENER,
11   individually and in his official capacity as Sheriff of
     Park County, Colorado; MONTE GORE, individually and in
12   his capacity as Captain of Park County Sheriff's
     Department; VICKIE PAULSEN, individually and in her
13   official capacity as Registered Nurse for Park County,
     Colorado; JAMES BACHMAN, M.D., individually and in his
14   official capacity as Medical Director of the Park County
     Jail,
15
     Defendants.
16   _____
17
18   TAKEN PURSUANT TO NOTICE on behalf of the Defendant
19   Paulsen at 805 South Cascade Avenue, Colorado Springs,
20   Colorado 80903 at 9:10 a.m. before Sylvia E. Noneff,
21   Registered Professional Reporter and Notary Public within
22   Colorado.
```

1

## Page 2

12/13/2006 Volz, Anthony

```
                       APPEARANCES
 1
 2   For the Plaintiff:    LLOYD KORDICK, ESQ.
                           Lloyd C. Kordick & Associates
 3                         805 South Cascade Avenue
                           Colorado Springs, Colorado 80903
 4
     For the Defendants    JENNIFER L. VEIGA, ESQ.
 5   Park County, Park     Hall & Evans, LLC
     County Board of       1125 17th Street
 6   Commissioners, Park   Suite 600
     County Sheriff's      Denver, Colorado 80202
 7   Office, Wegener and
     Gore:
 8
     For the Defendant     MELANIE B. LEWIS, ESQ.
 9   Paulsen:              Berg Hill Greenleaf & Ruscitti LLP
                           1712 Pearl Street
10                         Boulder, Colorado 80302
11   Also Present:         None
```

2

## Page 3

12/13/2006 Volz, Anthony

```
 1                         I N D E X
 2   EXAMINATION OF ANTHONY G. VOLZ, MSN, RNC, ANP:    PAGE
     December 13, 2006
 3
     By Mr. Kordick                          144, 160, 163
 4
     By Ms. Veiga                       116, 159, 162, 166
 5
     By Ms. Lewis                         4, 144, 159, 162
 6
                                                     INITIAL
 7   DEPOSITION EXHIBITS:                           REFERENCE
 8   102  Curriculum vitae of Anthony G. Volz,           9
          MSN, RNC, ANP, not dated
 9
     103  Case review by Volz re Carranza-Reyes,        10
10        6/20/06
11   104  Fax cover sheet from Elizabeth to Knox,       16
          5/25/05; transcript of telephone meeting
12        between Kordick, Archuleta, Carranza-
          Reyes, 2/16/05
13
     105  Handwritten notes by Volz re Paulsen's       159
14        deposition transcript, not dated
15   106  Park County Jail chart notes re              159
          Carranza-Reyes, 3/6/03 and 3/7/03
16
     107  Notes by Volz re Park County Policy and      160
17        Procedure Manual, not dated
18   (Original exhibits attached to original deposition; copy
     exhibits included in continuing exhibit file; copies
19   provided to counsel as requested.)
20
21   REQUESTED PORTIONS OF TESTIMONY:                  PAGE
     (None.)
22
23   REFERENCES TO EXHIBITS MARKED PREVIOUSLY:
24   Exhibit    Page
25      2        16
```

3

## Page 4

12/13/2006 Volz, Anthony

```
 1              WHEREUPON, the within proceedings were taken
 2   pursuant to the Federal Rules of Civil Procedure:
 3              ANTHONY G. VOLZ, MSN, RNC, ANP,
 4   having been first duly sworn to state the whole truth,
 5   was examined and testified as follows:
 6                         EXAMINATION
 7   BY MS. LEWIS:
 8        Q.   Would you please state your name and
 9   business address for the record.
10        A.   Anthony Gerard Volz; V, as in Victor, o-l-z,
11   as in zebra.  My business address is -- we just moved --
12   2222 North Nevada, Suite 2100, 80907.
13        Q.   We met just a moment ago.  And my name is
14   Melanie Lewis, and I represent Nurse Vicki Paulsen in
15   this case.
16        A.   Okay.
17        Q.   And I noticed from the materials that you
18   have provided that you have been deposed before; is that
19   right?
20        A.   Correct.
21        Q.   Okay.  And is that just one time you were
22   deposed?
23        A.   Correct, yeah.
24        Q.   I'll still go over some ground rules to try
25   to make this process a little easier.  If you could
```

Paulsen's A-21

4

12/13/2006 Volz, Anthony

1 eventually was transported, or was it -- is it some other
2 time frame?
3    A.   In my opinion, he should have been
4 transferred at 3:00 in the morning.
5    Q.   At 3:45 a.m. --
6    A.   Yes --
7    Q.   -- when she was called?
8    A.   -- when she got that call.
9    Q.   Okay. Are you offering expert testimony on
10 the issues of deliberate indifference?
11    A.   I don't understand what that question is.
12    Q.   Well, do you understand -- do you have an
13 understanding what it means to violate the 8th or 14th
14 Amendments?
15    A.   No, I don't.
16    Q.   So how are you concluding that there was an
17 apparent violation?
18    A.   On recall of looking at this right now. But
19 looking -- I had the amendments in front of me at that
20 time, and I made that conclusion at that time.
21    Q.   Do you --
22    A.   So I would have to have those amendments in
23 front of me to reevaluate what that -- what the
24 definitions are of those.
25    Q.   So you don't have any specialized training

97

12/13/2006 Volz, Anthony

1 or experience in determining whether a violation of the
2 8th Amendment occurred --
3    A.   No, I don't.
4    Q.   -- or the 14th Amendment, right?
5    A.   No.
6    Q.   And do you feel like you're more qualified
7 than a jury to determine whether there was a violation of
8 the 8th Amendment in regards to medical care?
9    A.   I don't --
10    MR. KORDICK: Object to the form of the
11 question.
12    THE DEPONENT: I don't know if the jury is
13 any more expert than I would be if you explain the -- if
14 I had an opportunity to rereview what the amendments are.
15    Q.   (BY MS. LEWIS) Well, let's put it this way:
16 You reviewed the amendments --
17    A.   Correct.
18    Q.   -- when you were preparing your report,
19 right?
20    A.   Correct.
21    Q.   And is that the first time you actually sat
22 down and read them?
23    A.   And reviewed them and applied them, correct.
24    Q.   And you would agree with me that's the same
25 exact exercise a jury would go through --

98

12/13/2006 Volz, Anthony

1    A.   Oh, I --
2    THE REPORTER: Wait.
3    THE DEPONENT: Oh, that was me.
4    Q.   (BY MS. LEWIS) Yeah, you've got to wait.
5    (The question on page 98, lines 24 through
6 25 was read back.)
7    Q.   -- meaning they would look at the law and
8 try to determine whether there was a violation of the
9 law, right?
10    A.   I agree.
11    Q.   And you're not saying you're in a better
12 position than a jury to evaluate that question?
13    A.   I agree.
14    Q.   Okay. Was there any information that you
15 saw that Ms. Paulsen knew Mr. Carranza-Reyes had a strep
16 A infection?
17    A.   No.
18    Q.   Is there any information you had or you saw
19 that led you to believe that Ms. Paulsen knew Mr.
20 Carranza-Reyes had a life-threatening condition?
21    A.   Yes.
22    Q.   And at what time did she --
23    A.   At 3:00, or whatever that time is that the
24 deputy called.
25    Q.   3:45?

99

12/13/2006 Volz, Anthony

1    A.   3:45 --
2    Q.   And that's --
3    A.   -- on the 8th.
4    Q.   That was me. I'm sorry. And that's based
5 on the respirations, right?
6    A.   Correct.
7    Q.   Okay. On your Review of Summary Number 9,
8 the middle paragraph, you say, "Nurse Paulsen had been
9 given the option by INS to transport earlier than waiting
10 the three to four hours of INS transport coordination."
11 Do you see that?
12    A.   Yes.
13    (Interruption of the proceedings by a knock
14 at the door.)
15    MR. KORDICK: Don't say I never bought you
16 nothing for Christmas.
17    MS. VEIGA: I should have ordered chips, or
18 something.
19    MS. LEWIS: I know it.
20    Q.   (BY MS. LEWIS) And again, you're not --
21 you're not saying that Ms. Paulsen was told anything
22 but -- by INS that she could transport if his condition
23 worsened?
24    A.   They did tell her that it could take two to
25 three hours to arrange transport on their part.

100

12/13/2006 Volz, Anthony

```
 1              SIGNATURE OF WITNESS
 2            I, ANTHONY G. VOLZ, MSN, RNC, ANP, do hereby
 3   certify that I have read the deposition and that the
 4   foregoing transcript and accompanying change sheets, if
 5   any, constitute a true and complete transcript of my
 6   testimony.
 7
 8
 9            _____
              ANTHONY G. VOLZ, MSN, RNC, ANP
10            Date Read and Signed:_____
11
     SUBSCRIBED AND SWORN TO before me this ____ day of
12   _____, _____ .
13        (  ) Changes attached       (  ) No changes
14
15            _____
              NOTARY PUBLIC
16
              Address: _____
17
                       _____
18
              My commission expires: _____
19
20
     Re:  Carranza-Reyes v. Park County
21   Date of Deposition:  December 13, 2006
     Trial Date:  None Set
22   Volume:  --
     Reporter:  SEN
23   Proofer:  BM
     Return to:  Coffman Reporting
24               1440 Blake Street, Suite 320
                 Denver, Colorado 80202
25
```

169

12/13/2006 Volz, Anthony

```
 1        COFFMAN REPORTING & LITIGATION SUPPORT, INC.
              1440 Blake Street, Suite 320
 2                Denver, Colorado 80202
                     303.893.0202
 3
 4   December 22, 2006
 5
     LLOYD KORDICK, ESQ.
 6   Lloyd C. Kordick & Associates
     805 South Cascade Avenue
 7   Colorado Springs, Colorado 80903
 8
     Re:  Carranza-Reyes v. Park County
 9   Deposition of:  ANTHONY G. VOLZ, MSN, RNC, ANP
     Date of Deposition:  December 13, 2006
10   Trial Date:  None Set
11
     Dear Mr. Kordick:
12
     Enclosed is the original signature page of the above
13   deposition.  It was agreed you would arrange for the
     witnesses's signature with your copy of the transcript.
14
     Amendment sheets are included.  After the signature page
15   and amendment sheets are signed, please have both
     notarized and return for filing to . . .
16
17      to this office within 30 days pursuant to Rule 30.
18
     Thank you for your prompt attention to this matter.
19
     Sincerely,
20
21   COFFMAN REPORTING
22   cc: Attending counsel
23
24
25
```

170

12/13/2006 Volz, Anthony

```
 1        COFFMAN REPORTING & LITIGATION SUPPORT, INC.
              1440 Blake Street, Suite 320
 2                Denver, Colorado 80202
                     303.893.0202
 3
 4   MELANIE B. LEWIS, ESQ.
     Berg Hill Greenleaf & Ruscitti LLP
 5   1712 Pearl Street
     Boulder, Colorado 80302
 6
 7   Re:  Carranza-Reyes v. Park County
     Deposition of:  ANTHONY G. VOLZ, MSN, RNC, ANP
 8   Date of Deposition:  December 13, 2006
     Trial Date:  None Set
 9
     Enclosed is:
10
     (  )  ORIGINAL TRANSCRIPT.  Please retain unopened
11         original until it is required by any party in a
           trial or hearing in the above matter.
12
     (  )  ORIGINAL SIGNATURE PAGE
13         ___with  ___without corrections; copies provided to
           other counsel; please append these sealed originals
14         to original transcript in your possession.
15   (  )  No signature or correction sheets received.
16   (  )  Review of transcript not requested.
17   (  )  30-day review unavailable.  Signature/correction
           pages forwarded to counsel handling signature.
18         Original filed in anticipation of trial date.
           See letter within deposition.
19
     (  )  Copy of deposition, signature and correction pages
20         sent to deponent.  See letter within deposition.
21   (  )  Signature not applicable.
22   Original transcript filed on _____ via_____
23   Follow-up documentation filed on_____ via_____
24   cc:  Attending counsel
25
```

171