4/11/2006 Markovchick, Vince

```
 1
 2      UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO
 3
        Case No. 05-CV-377-WDM-BNB
 4      _____
 5      DEPOSITION OF:   VINCE MARKOVCHICK, M.D.
        April 11, 2006
 6      _____
 7      MOISES CARRANZA-REYES,
 8      Plaintiff,
 9      v.
10      PARK COUNTY, a public entity of the State of Colorado
        and its governing board, THE PARK COUNTY BOARD OF
11      COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a
        public entity of the State of Colorado; FRED WEGENER,
12      individually and in his official capacity as Sheriff
        of Park County, Colorado; MONTE GORE, individually
13      and in his capacity as Captain of Park County Sheriff's
        Department; VICKIE PAULSEN, individually and in her
14      official capacity as Registered Nurse for Park County,
        Colorado; JAMES BACHMAN, M.D., individually and in
15      his official capacity as Medical Director of the
        Park County Jail,
16
        Defendants.
17      _____
18
19
20      TAKEN PURSUANT TO NOTICE on behalf of the Defendant
21      Bachman at 400 Bannock Street, Denver, Colorado
22      80204 at 9:15 a.m. before Rebecca S. Tafoya,
23      Registered Professional Reporter and Notary Public
24      within Colorado.
25
```

1

4/11/2006 Markovchick, Vince

```
                        APPEARANCES
 1
 2    For the Plaintiff:    WILLIAM A. TRINE, ESQ.
                            Trine & Metcalf, P.C.
 3                          1435 Arapahoe Avenue
                            Boulder, Colorado 80302
 4
                            JOSEPH J. ARCHULETA, ESQ.
 5                          Law Office of Joseph J. Archuleta
                            1724 Ogden Street
 6                          Denver, Colorado 80218
 7    For the Defendants    GILLIAN DALE, ESQ.
      Park County, Park     Hall & Evans, LLC
 8    County Board of       1125 17th Street
      Commissioners, Park   Suite 600
 9    County Sheriff's      Denver, Colorado 80202
      Office, Wegener and
10    Gore:
11    For the Defendant     MELANIE B. LEWIS, ESQ.
      Paulsen:              Berg Hill Greenleaf
12                            & Ruscitti LLP
                            1712 Pearl Street
13                          Boulder, Colorado 80302
14    For the Defendant     ANDREW W. JURS, ESQ.
      Bachman:              Johnson, McConaty & Sargent, P.C.
15                          400 South Colorado Boulevard
                            Suite 900
16                          Glendale, Colorado 80246
17    Also Present:         None
18
19
20
21
22
23
24
25
```

2

4/11/2006 Markovchick, Vince

```
 1                      I N D E X
 2   EXAMINATION OF VINCE MARKOVCHICK, M.D.     PAGE
     April 11, 2006
 3
        By Mr. Trine                             41
 4
        By Mr. Archuleta                         --
 5
        By Ms. Dale                              37
 6
        By Ms. Lewis                             48
 7
        By Mr. Jurs                             4, 47
 8
 9                                           INITIAL
10   DEPOSITION EXHIBITS:                   REFERENCE
11   39   Denver Health Medical Center          5
          Emergency Department records,
12        3/8/03
13   (Originals exhibits attached to original
     deposition; copy exhibits included in continuing
14   exhibit file; copies provided to counsel as
     requested.)
15
16
17   REQUESTED PORTIONS OF TESTIMONY:         PAGE
     Request for document production          --
18   or information
19   Certified question                       --
20   Instruction not to answer                --
21   Other requests or marked testimony       --
22
     REFERENCES TO EXHIBITS MARKED PREVIOUSLY:
23
     (None.)
24
25
```

3

4/11/2006 Markovchick, Vince

```
 1          WHEREUPON, the within proceedings were
 2   taken pursuant to the Federal Rules of Civil
 3   Procedure:
 4          (Deposition Exhibit 39 was marked.)
 5          VINCE MARKOVCHICK, M.D.,
 6   having been first duly sworn to state the whole
 7   truth, was examined and testified as follows:
 8                    EXAMINATION
 9   BY MR. JURS:
10      Q.  Sir, my name is Andrew Jurs, and I
11   represent Dr. James Bachman in this litigation, and
12   we met off the record, but I wanted to reintroduce
13   myself. I also wanted to thank you for your time
14   today, because you made yourself available so
15   quickly, and that's extremely convenient for us,
16   and I wanted to thank you on behalf of the
17   litigation.
18          Could you please state your full name
19   for the record.
20      A.  Vincent John Markovchick.
21      Q.  And what is your business address, sir?
22      A.  Department of emergency medicine, Denver
23   Health, 777 Bannock Street, Denver, 80204.
24      Q.  Have you been deposed before in a legal
25   setting like this?
```

4

**Paulsen's A-23**

4/11/2006 Markovchick, Vince

1  Q. I'm sorry, Doctor. I'm not trying to
2  interrupt you. I'm trying to let you finish.
3  A. I'm sorry.
4  Q. And I apologize. Are you able to
5  determine what time the chest X-ray was taken to
6  make the diagnosis?
7  A. I would -- no, because I don't have the
8  chest X-ray report. Although we intubated the
9  patient, and we would have gotten a portable chest
10 X-ray right after intubation, and it looks like we
11 intubated the patient at -- we gave the first
12 medication for rapid sequence intubation at 1835.
13 He would have been intubated then within five
14 minutes, 1840.
15     So the chest X-ray would have been done
16 at 1845, unless we had ordered a chest X-ray when
17 he first arrived. We may have done that. I don't
18 know. But -- because you didn't give me any of the
19 X-ray radiology reports. So I don't know if there
20 was one when he first arrived or this X-ray that
21 I'm commenting on was after we intubated him.
22 Q. Okay. Thank you. Do you know if you
23 spoke to the patient at all to determine his
24 history or anything like -- anything like that?
25 A. Well, I'm sure I would have spoken to

25

4/11/2006 Markovchick, Vince

1  him when we moved -- when I became aware of him and
2  he was critical, at least to explain to him what we
3  were going to do, because it's pretty scary to --
4  we put him to sleep basically, then paralyze him
5  and then intubate him. So I'm sure I had spoken to
6  him then. I don't recall taking any history
7  personally from the patient.
8  Q. Okay.
9  A. The resident clearly did get some
10 history from the patient prior to us having to put
11 a tube in to breathe for him.
12 Q. And that's on page 0051?
13 A. Correct.
14 Q. And who is the resident in this
15 particular case?
16 A. It was Dr. Kelli Mitchusson, who at that
17 time was one of our junior emergency medicine
18 residents.
19 Q. Is that he or she?
20 A. She.
21 Q. Do you know if she speaks Spanish?
22 A. You know, a lot of our residents do, and
23 I'm not certain if Dr. Mitchusson was one of those.
24 Q. If a physician in the emergency
25 department either does not speak Spanish or doesn't

26

4/11/2006 Markovchick, Vince

1  feel proficient enough to converse in it, how is
2  that handled in your department?
3  A. Well, we -- we either find another
4  physician who does -- a medical student who speaks
5  Spanish or a nurse who speaks Spanish. And if we
6  don't have any -- any medical caregiver who speaks
7  Spanish who can help us translate, then we have --
8  we -- part of a day we have a Spanish-speaking
9  translator in the emergency department, or we can
10 always use the language line, which is a phone
11 translation service.
12 Q. So on page 51 Dr. -- Mitchusson?
13 A. Yes.
14 Q. She wrote, All the documents are --
15 strike that -- the words under Subjective,
16 Objective, ED course, final ED assessment and
17 discharge plan?
18 A. Correct.
19 Q. Is your handwriting below that, At the
20 time patient left ED, condition in ED and -- at the
21 bottom?
22 A. Yes. I -- my signature's at the bottom,
23 and -- and then there's -- my handwriting is all on
24 0052.
25 Q. At the bottom of 51, at the time the

27

4/11/2006 Markovchick, Vince

1  patient left and final patient condition, were
2  those two filled out by you?
3  A. I believe those were filled out by Dr.
4  Mitchusson. And it looks like -- let me see. It
5  looks like we may have filled out -- or I may have
6  filled out the admit when he first arrived,
7  because -- and the reason I say that is because I
8  initially checked "serious."
9  Q. Um-hum.
10 A. That would have been when he was in the
11 back -- when he was in the regular treatment room.
12 We clearly saw somebody who was very sick with
13 pneumonia who needed to go to the ICU but was not
14 deemed to be, you know, absolutely critical. And
15 then when he deteriorated, I clearly changed and
16 downgraded his condition from serious to critical
17 both on the -- I think I did that on the front
18 sheet as well as the admitting sheet, which is on
19 0058.
20 Q. So it's your opinion that you filled out
21 the order for admission sometime before 6:10 p.m.
22 and --
23 A. It --
24 Q. -- and at that time you filled that out
25 initially, you felt the patient was very sick with

28

4/11/2006 Markovchick, Vince

```
 1           C E R T I F I C A T I O N
 2           I, REBECCA S. TAFOYA, RPR, appointed to
 3   take the deposition of
 4           VINCE MARKOVCHICK, M.D.,
 5   certify that prior to the deposition the witness
 6   was sworn by me to testify to the truth; that the
 7   deposition was taken by me at 660 Bannock Street,
 8   Denver, Colorado 80204 on April 11, 2006; that the
 9   proceedings were reduced to typewritten form by
10   computer-aided transcription consisting of 52 pages
11   herein; that the foregoing is an accurate
12   transcript of the proceedings.
13           I certify review of the transcript was
14   requested on the record.
15           I further certify I am not related to
16   any party herein or their counsel and have no
17   interest in the result of this litigation.
18           IN WITNESS WHEREOF, I have hereunto set
19   my hand this 21st day of April, 2006.
20
21
22           _____
             REBECCA S. TAFOYA
23           Registered Professional Reporter
24
25
```

49

4/11/2006 Markovchick, Vince

```
 1       S I G N A T U R E   O F   W I T N E S S
 2           I, VINCE MARKOVCHICK, M.D., do hereby
 3   certify that I have read the foregoing deposition
 4   and that the foregoing transcript and accompanying
 5   change sheets, if any, constitute a true and
 6   complete transcript of my testimony.
 7
 8
 9           _____
             VINCE MARKOVCHICK, M.D.
10           Date Read and Signed: _____
11
12           SUBSCRIBED AND SWORN TO before me this
     _____ day of _____, _____.
13
             ( ) No changes       ( ) Changes attached
14
15
16           _____
             NOTARY PUBLIC
17
             Address: _____
18
             _____
19
             My commission expires: _____
20
21
     Re: Carranza-Reyes v. Park County, et al.
22   Date of Deposition: April 11, 2006
     Trial Date: None set
23   Volume: ---
     Reporter: RT
24   Proofer: MKH
25
```

50

4/11/2006 Markovchick, Vince

```
 1       COFFMAN REPORTING & LITIGATION SUPPORT, INC.
               1440 Blake Street, Suite 320
 2                Denver, Colorado 80202
                     303.893.0202
 3
 4   April 21, 2006
 5
 6   WILLIAM A. TRINE, ESQ.
     Trine & Metcalf, P.C.
 7   1435 Arapahoe Avenue
     Boulder, Colorado 80302
 8
 9   Re: Carranza-Reyes v. Park County, et al.
     Deposition of: VINCE MARKOVCHICK, M.D.
10   Date of Deposition: April 11, 2006
     Trial Date: None set
11
12   Dear Mr. Trine:
13   Enclosed is the original signature page of the
     above deposition. It was agreed you would arrange
14   for the witness's signature with your copy of the
     transcript.
15
     Amendment sheets are included. After the signature
16   page and amendment sheets are signed, please have
     both notarized and return for filing . . .
17
18          to this office within 30 days pursuant
            to Rule 30.
19
20   Thank you for your prompt attention to this matter.
21   Sincerely,
22
23   COFFMAN REPORTING
24   cc: Attending counsel
25
```

51

4/11/2006 Markovchick, Vince

```
 1       COFFMAN REPORTING & LITIGATION SUPPORT, INC.
               1440 Blake Street, Suite 320
 2                Denver, Colorado 80202
                     303.893.0202
 3
 4   ANDREW W. JURS, ESQ.
     Johnson, McConaty & Sargent, P.C.
 5   400 South Colorado Boulevard
     Suite 900
 6   Glendale, Colorado 80246
 7
     Re: Carranza-Reyes v. Park County, et al.
 8   Deposition of: VINCE MARKOVCHICK, M.D.
     Date of Deposition: April 11, 2006
 9   Trial Date: None set
10   Enclosed is:
11   ( ) ORIGINAL TRANSCRIPT. Please retain unopened
         original until it is required by any party in
12       a trial or hearing in the above matter.
13   ( ) ORIGINAL SIGNATURE PAGE
         ____ with ____ without corrections; copies
14       provided to attending counsel. Please append
         these sealed originals to original transcript
15       in your possession.
16   ( ) No signature or correction sheets received.
17   ( ) Review of transcript not requested.
18   ( ) 30-day review unavailable. Signature/
         correction pages forwarded to counsel handling
19       signature. Original filed in anticipation of
         trial date. See letter within deposition.
20
     ( ) Copy of deposition, signature and correction
21       pages sent to deponent. See letter within
         deposition.
22
     ( ) Signature not applicable.
23
     Original Transcript filed on _____ via _____
24   Follow-up documentation filed on _____ via _____
25   cc: Attending counsel
```

52