IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado; and
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail;

    Defendants.

---

## DECLARATION OF DONALD H. KEARNS, M.D.

---

I, Donald H. Kearns, M.D., in accordance with the requirements of 28 U.S.C. § 1746, under penalty of perjury, hereby declare:

1. I am a physician and a specialist in infectious disease.

2. On September 14, 2006, I prepared an expert report providing my expert opinion regarding the disease process and course of treatment of Plaintiff Moises Carranza-Reyes. My September 14, 2006, report represents my assessment of Mr. Carranza-Reyes's course of health in regard to this lawsuit and is a true and correct representation of my expert opinion concerning Mr. Carranza-Reyes.

3. A copy of my September 14, 2006, evaluation and my curriculum vitae are attached to this Declaration.

Dated this 15th day of February, 2007.

                                                                                             _____
                                                                                              Donald H. Kearns, M.D.

# ROCKY MOUNTAIN INFECTIOUS DISEASE SPECIALISTS, P.C.

DONALD H. KEARNS, M.D.  
KAREN A. WENDEL, M.D.

JONATHAN S. HARTE, M.D.

JAMES M. NEID, JR., M.D.  
GEOFFERY W.P. CLOVER, M.D.

September 14, 2006

Dear Andrew Ringel,

Please note the following summary and opinions on the course of Moises Carranza-Reyes (the patient).

The patient was taken to Park County Jail on 03/01/2003. There was no record of any illness. On 03/06/2003 the patient complained of aches, nausea, diarrhea, nasal congestion and sore throat. Examination of his lungs was normal and he was treated for aches, congestion and diarrhea. On 03/07/2003 the patient was about the same. On 03/08/03 at 0345 the patient was noted to have trouble breathing, nausea and vomiting. At 0750 on 03/08/2003 the patient complained of right sided pain radiating to his flank and groin. He was transported to Summit County. The patient arrived at Summit County Medical Center at 1242.

At Summit Medical Center the patient was noted to have a productive cough, shortness of breath, pleuritic chest pain and to feel warm. His temperature was 98.5, RR24, PP126, BP 66 and Pulse Ox 91% on 15 L 02. A chest x-ray revealed a large right middle and lower lobe pneumonia. The patient was hydrated, given levofloxacin and transferred to Denver Health at 1528. Blood cultures grew Beta Hemolytic Strep, group A. His creatinine was 3.8 and platelet count was 118. In transit his blood pressure was 110 to 138/palp.

The patient arrived at Denver Health at 1700, and was intubated in the emergency department and transferred to the ICU. His vital signs were T38.2, RR 40, BP 76/57, P 150 and Pulse Ox 91% on nrb at 15. He was given ceftriaxone levofloxacin, amphotericin and pressors. The patient sustained a cardiac arrest at 2320 and was resuscitated. He required maximal support for multiorgan failure including ventilator support, hemodialysis antibiotics and pressors. By 03/11/2006 his left leg was mottled with dusky areas, evolving into gangrene and requiring a left below the knee amputation. The patient ultimately recovered.

1550 S. Potomac Street, Suite 270  
Aurora, Colorado 80012  
Phone: 303-750-1800  
Fax: 303-750-8000

**EXHIBIT B**

10099 Ridge Gate Parkway, Suite 460  
Lone Tree, Colorado 80134  
Phone: 303-799-7372  
Fax: 303-799-7371

# ROCKY MOUNTAIN INFECTIOUS DISEASE SPECIALISTS, P.C.

DONALD H. KEARNS, M.D.  
KAREN A. WENDEL, M.D.

JONATHAN S. HARTE, M.D.

JAMES M. NEID, JR., M.D.  
GEOFFERY W.P. CLOVER, M.D.

My opinions are as follows:

1. While at the Summit County Jail, the patient became ill with a Group A Strep (GAS) sepsis and pneumonia. This illness can progress from mildly to seriously ill in explosive fashion over a few hours. Only in retrospect can the fulminant course be understood. This is a very rare pneumonia, making it impossible to diagnose accurately prospectively.
2. It is known that crowding can enhance respiratory transmission of GAS pharyngitis. There is no evidence that crowding can enhance development of GAS sepsis and pneumonia.
3. No other inmates suffered from documented GAS disease.
4. The record does not provide evidence as to when the patient acquired GAS. While pharyngitis may be caused by respiratory spread, it can also be acquired after the skin has been colonized for weeks. In other words, the patient could have entered the jail with GAS already in his body without it causing harm or being recognizable. There is no evidence GAS is spread by feces.
5. It is not necessary to be in a jail setting to develop GAS sepsis and pneumonia.
6. GAS sepsis and pneumonia caused severe hypoxia, respiratory and renal failure, hypotension and cardiac arrest in the patient.
7. In conjunction with hypotension and pressors, the patient developed gangrene of his left leg.

Donald H. Kearns, M.D.

1550 S. Potomac Street, Suite 270  
Aurora, Colorado 80012  
Phone: 303-750-1800  
Fax: 303-750-8000

10099 Ridge Gate Parkway, Suite 460  
Lone Tree, Colorado 80134  
Phone: 303-799-7372  
Fax: 303-799-7371

# Donald H Kearns, M.D.
## Deposition and Testimony

1. DEPOSTION DECEMBER 1997     Testified for Plaintiff Johnson vs. Jensen Law Firm in Kansas City- Spigarelli

2. DEPOSITION JANUARY 2000     Testified for Dr. Katz- Schima vs. Katz

3. DEPOSITION MARCH 2000     Testified for Pinnacol Assurance
Jones vs. Colorado Mental Health Pinnacol

4. DEPOSITION APRIL 2004     Shipman v. Holmes, 99 Cv 6791, Denver County District Court, Attorney Peter Pryor Esq. Deposition testimony April 2004

5. DEPOSITION/ TRIAL APRIL 2004     Small v. Duletsky, Case No: 02-cv-243, Summit County District Court, Attorney Paul Cooper, Deposition testimony April 2004 and trial testimony February 2005

6. DEPOSITION/ TRIAL SEPTEMBER 2004     Gomez v. Hinrichs, Case No: 01-cv-2735, El Paso County District Court, Attorney Paul Cooper, Deposition testimony September 2004

7. TESTIMONY AUGUST 2006     Sims v. Father and Sons Moving, Pinnacol Assurance, W.C. No: 4655-886, Claim No: 3150557, Attorney T. Paul Krueger, Testified August 14, 2006 at Administrative Court, Denver

# CURRICULUM VITAE

## DONALD H. KEARNS, M.D.

Identifying Data:	Donald H. Kearns, M.D.
April 24, 1938
Boise, Idaho
American

Education:
High School:	Fremont High School
Oakland, California
1955

Undergraduate Education:	University of California, Berkeley
1955 - 1958, 1959 - 1961
B.A. with honors, 1961

Medical School:	Stanford Medical School, Stanford, California
1961 - 1966, M.D. 1966

Internship:	University of Colorado Medical Center
Straight Medicine, 1966 - 1967

Residency:	University of Colorado Medical Center
Straight Medicine, 1967 - 1969

Fellowship:	Fellow in Microbiology and Medicine
Baylor College of Medicine, 1971 - 1973

Academic and Professional
Positions Held:	Private Practice, 1974 - present

Clinical Instructor in Medicine
University of Colorado Medical Center
1974 - 1977

Clinical Assistant Professor of Medicine
University of Colorado Medical Center
1977 - 1983

Donald H. Kearns, M.D.  
Curriculum Vitae

Page 2

Clinical Associate Professor of Medicine  
University of Colorado Medical Center  
1983 - present

Numerous conferences in Infectious Disease are given at Presbyterian/St. Lukes, St. Joseph's, Medical Center of Aurora - North Campus and Medical Center of Aurora - South Campus

Instructor in Microbiology and Medicine  
Baylor College of Medicine  
1973 - 1974

**Hospital Affiliations:**  
Center  
**1974 - Present**

Presbyterian/St. Lukes Medical

1719 E. 19th Avenue, Denver, CO 80218

St. Joseph's Hospital  
1835 Franklin Street, Denver, CO 80218

Medical Center of Aurora - North Campus  
700 Potomac Street, Aurora, CO 80011

Medical Center of Aurora - South Campus  
1501 S. Potomac, Aurora, CO 80012

**Military:**

Research Associate, National Center for Disease Control, Venereal Disease Research Laboratory, Atlanta, Georgia  
1969 - 1971

**Licensure and Certification:**

Colorado #15659 - Issued 1967  
BNDD #AK5873890 - Denver, Colorado

Qualifying Examination in Internal Medicine, 1970

Page 3

Donald H. Kearns, M.D.

Curriculum Vitae

Certifying Examination in Internal Medicine, 1974

Sub-Specialty Boards in Infectious Diseases, 1978

**Professional Society Memberships:** American College of Physicians, 1975

Colorado Medical Society, 1975

American Society of Microbiology, 1975

Infectious Disease Society of America, 1985

**Publications:** Kivel RM, Kearns DH, and Liebowitz D: Significance of Antibodies to Dietary Proteins in the Serums of Patients with Nontropical Sprue, N. Engl. J. Med. 271:769-772, 1964

Kearns, DH, O'Reilly RJ, Lee L, et al: Secretory IgA Antibodies in the Urethral Exudate of men with Uncomplicated Urethritis due to Neisseria gonnorrhoeae. J. Infect. Dis. 127:99-101, 1973

Kearns, DH, Seibert GB, O'Reilly R, et al: Paradox of the Immune Response to Uncomplicated Gonococcal Urethritis. N. Engl. J. Med. 289:1170-1174, 1973

# ROCKY MOUNTAIN INFECTIOUS DISEASE SPECIALISTS, P.C.

DONALD H. KEARNS, M.D.  
KAREN A. WENDEL, M.D.

JONATHAN S. HARTE, M.D.

JAMES M. NEID, JR., M.D.  
GEOFFERY W.P. CLOVER, M.D.

To: Andrew Ringel

My Fee for review of records, Deposition and Trial is $475.00 per hour.

Sincerely yours,

Donald H. Kearns, M.D.

1550 S. Potomac Street, Suite 270  
Aurora, Colorado 80012  
Phone: 303-750-1800  
Fax: 303-750-8000

10099 Ridge Gate Parkway, Suite 460  
Lone Tree, Colorado 80134  
Phone: 303-799-7372  
Fax: 303-799-7371