MAJOR ARTICLE

# Pneumonia Outbreak Associated with Group A *Streptococcus* Species at a Military Training Facility

Nancy F. Crum,[1] Kevin L. Russell,[1,2] Edward L. Kaplan,[4] Mark R. Wallace,[1] Jianguo Wu,[2] Parvin Ashtari,[2] Dana J. Morris,[3] and Braden R. Hale[1]

[1]Infectious Diseases Division, Naval Medical Center San Diego, [2]Naval Health Research Center, and [3]Marine Corps Recruit Depot, San Diego, California; and [4]World Health Organization Collaborating Center for Reference and Research on Streptococci, Department of Pediatrics, University of Minnesota Medical School, Minneapolis, Minnesota

(See the editorial commentary by Matson et al. on pages 526–7 and the article by Thornton et al. on pages 519–25)

***Background.*** Although group A streptococci (GAS) infections are a major cause of morbidity and mortality, outbreaks of associated pneumonia are rare. We report an outbreak of GAS pneumonia that occurred at a US military training camp.

***Methods.*** Standard epidemiologic and laboratory procedures were used to characterize the outbreak and causative organism(s). A case-control study and determination of the prevalence of GAS infection among camp personnel were also performed.

***Results.*** A total of 162 of 4500 Marine Corps personnel were hospitalized for respiratory symptoms during the period of 1 November and 20 December 2002, and 127 (78%) had radiographically confirmed pneumonia. The attack rate was 1.6 cases per 100 person-months. Thirty-four (27%) of 127 patients with pneumonitis had definite or probable GAS pneumonia; an additional 22 (17.3%) were coinfected with GAS and another pathogen. Pathogens, in addition to GAS, included *Chlamydia pneumoniae* (27 patients), *Mycoplasma pneumoniae* (19), adenovirus (5), and *Streptococcus pneumoniae* (2). A survey revealed that the pharyngeal carriage rate of GAS among camp personnel was 16%. Molecular characterization of the GAS isolates found *emm* type 3, multilocus sequence type 15. The epidemic ended after administration of additional prophylaxis with a single dose of intramuscular benzathine penicillin (1.2 million U) or azithromycin (1 g orally). Because the number of days from the last penicillin injection was correlated with a positive throat culture result and the occurrence of pneumonia, the dosing interval of benzathine penicillin was shortened from every 28–35 days to every 21 days.

***Conclusions.*** This is the largest outbreak of GAS pneumonia reported in >30 years. This outbreak emphasizes the potential for GAS to cause epidemics of severe infection and demonstrates the need for surveillance and consideration of appropriate antibiotic prophylaxis among particularly high-risk populations.

Although GAS has long been recognized as a major pathogen, the magnitude of disease it caused in the military remained underappreciated until World War II. During that conflict, ≥1 million US Navy personnel were infected with GAS [1–3]. Despite the high incidence of GAS infection in the military [4–8], GAS has rarely caused outbreaks of pneumonia [9]; the last reported outbreak occurred in 1964–1966 [10].

The Commission on Streptococcal and Staphylococcal Diseases of the Armed Forces Epidemiological Board initially advocated the use of intramuscular repository benzathine penicillin (BPG) for mass prophylaxis against this organism [11–14]. Since the 1950s, BPG has been used at military training camps; some facilities administer only 1 injection, whereas others administer additional doses to minimize carriage rates and prevent epidemic disease [15–20]. At the Marine Corps Recruit Depot (MCRD) and Naval Training Centers in San Diego, California, GAS carriage rates have been historically high; consequently, 2 injections of BPG during the

Received 25 June 2004; accepted 17 September 2004; electronically published 20 January 2005.

The views expressed in this article are those of the authors and do not reflect the official policy or position of the Department of the Navy, Department of Defense, or the US Government.

The authors acknowledge that a preliminary report regarding the outbreak of pneumonia was published in conjunction with the Centers for Disease Control and Prevention in February 2003 (MMWR Morb Mortal Wkly Rep 2003; 52:106–9). This manuscript represents the full report with additional clinical and laboratory data of the outbreak.

Reprints or correspondence: Nancy F. Crum, Clinical Investigation Dept. (KCA), Naval Medical Center San Diego, 34800 Bob Wilson Dr., Sta. 5, San Diego, CA 92134–1005 (nfcrum@nmcsd.med.navy.mil).

**Clinical Infectious Diseases   2005; 40:511–8**
© 2005 by the Infectious Diseases Society of America. All rights reserved.
1058-4838/2005/4004-0004$15.00

13-week training period have been required. A 1986–1987 outbreak of rheumatic fever occurred at the Naval Training Centers in San Diego after BPG administration had been briefly discontinued [5]. We report a large outbreak of GAS pneumonia in a recruit training population that occurred despite antibiotic prophylaxis.

## METHODS

*Setting and subjects.* This outbreak occurred among MCRD recruits. At arrival, each recruit receives influenza, *Streptococcus pneumoniae* (polyvalent pneumovax 23; Merck), and meningococcal (Menomune quadrivalent polysaccharide vaccine; Aventis Pasteur) vaccinations. GAS prophylaxis at MCRD involves year-round administration of BPG (Monarch Pharmaceuticals) at the beginning of the training period plus an additional dose 28–35 days later. Recruits with self-identified penicillin allergies received self-administered erythromycin (250 mg po b.i.d.) for the first 30 days of training.

*Data collection.* A cluster of lower respiratory infections was noted at MCRD in November 2002. After recognition of this cluster, all MCRD recruits who presented with a radiographically confirmed infiltrate were admitted to Naval Medical Center San Diego. Patients were treated as inpatients for ⩾24 h, and the following laboratory data were obtained: results of urine antigen tests for *Legionella pneumoniae* serogroup 1 (Binax) and *S. pneumoniae* (Binax); results of serum tests for *Mycoplasma pneumoniae* IgM (ETI-MP ELISA; Diasorin) and IgG (by ELISA; Wampole) antibodies and *Chlamydia pneumoniae* IgM and IgG (by microimmunofluorescence; Focus Technologies); rhinoprobe direct fluorescence antibody findings (Arlington Scientific) for respiratory viruses (influenza A and B; parainfluenza 1, 2, and 3; respiratory syncytial virus; and adenovirus); 2 sets of blood cultures; throat culture for GAS; a Gram stain and sputum culture representative of the lower respiratory tract (⩾25 polymorphonuclear leukocytes and <10 squamous epithelial cells per field); and anti-streptolysin O (ASO) titer (Beckman Coulter). A subset of patients underwent ASO testing by means of the classical hemolytic method and anti-DNAse B testing at the World Health Organization Collaborating Center for Reference and Research on Streptococci at the University of Minnesota (Minneapolis) [21].

A survey involving 493 members of 2 training groups was performed on 10 December 2002. A questionnaire was administered to and throat samples were obtained for GAS culture from all 493 members, and a viral nasopharyngeal culture was performed for every third recruit (for 161 samples). On the basis of the data obtained from the first survey, comprehensive surveillance of all recruits and staff personnel ($n = 4500$) was conducted on 15 December, including administration of a brief questionnaire, performance of throat culture for GAS, determination of vital signs, and pulse oximetry. Recruits were examined by a physician if the resting pulse was >100 beats/min, the pulse oximetry finding was <96%, or the oral temperature was >38.1°C (>100.5°F). Chest radiographs were obtained for all recruits with rales noted on pulmonary examination, hypoxia, or tachypnea.

*Microbiologic analysis.* The throat cultures for hospitalized patients and screened outpatients were evaluated using standard techniques [21]. A collection of 54 streptococcal isolates was sent to the Naval Health Research Center (San Diego) for further analysis. Determination of antimicrobial susceptibilities was done with the broth microdilution method (with a 15-antibiotic panel, including penicillin, clindamycin, and erythromycin) and the Etest (for azithromycin). Molecular determination of *emm* type was performed by sequencing the 5′ variable region of the GAS *emm* gene, as described elsewhere [22]. Multilocus sequence typing (MLST) was performed for determination of sequence type [23] using the Internet MLST database resource (http://www.mlst.net). The presence of genes encoding for the pyrogenic exotoxins A, B, and C (*spe* A, *spe* B, and *spe* C) was also determined [24]. A comparison of circulating GAS *emm* types, MLST sequence types, and the presence of the pyrogenic exotoxin genes A, B, and C was performed for persons with radiographically confirmed pneumonitis versus those with positive GAS pharyngeal culture results during surveillance studies.

*Case definitions.* All patients with pneumonia had respiratory symptoms and radiographic confirmation of an infiltrate/opacity by a staff radiologist. Cases of GAS pneumonia were categorized as definite or probable. A definite case required a positive result of a GAS culture of blood or pleural fluid samples and/or the development of toxic shock syndrome. A probable case of GAS pneumonia was defined as a sputum or throat culture positive for GAS, an ASO titer of >250 Todd units or anti-DNAse B titer of >250, or an increase in the ASO or anti-DNAse B titer of ⩾0.2 log units between acute- and convalescent-phase specimens, with no other identified cause of infection [10, 21].

A confirmed case of *M. pneumoniae* pneumonia was defined by IgG seroconversion, and a probable case was defined by isolated positive IgM without a positive IgG [25, 26]. A confirmed case of *C. pneumoniae* pneumonia was defined as a 4-fold increase in the IgG titer over a 3–4-week period or an IgM titer of ⩾16, and a possible case was defined as an isolated IgG titer of ⩾512 without a corresponding positive IgM [27].

*Treatment.* Inpatient treatment was standardized. Patients initially received intravenous ceftriaxone (2 g q.d.) plus levofloxacin (500 mg q.d.) or azithromycin (500 mg q.d.). Hypotensive patients and those with either toxic shock syndrome or concurrent soft-tissue infection were also given clindamycin (900 mg iv q8h); patients with toxic shock syndrome also received a 5-day course of intravenous immunoglobulin (150 mg/

NIEDERMAN 00116

kg q.d.). When patients improved and were discharged, oral amoxicillin was given to those with definite or probable GAS infection; other patients received oral levofloxacin.

*Data analysis.* The data were entered into an Excel database (Microsoft). Comparisons among groups were made with Fisher's exact test for dichotomous variables or the Wilcoxon rank sum test for continuous variables with use of SPSS software, version 9.0 (SPSS). Correlations between variables were determined using the correlation test, and statistical significance was defined as a $P$ value of $<.05$.

## RESULTS

*Course of the epidemic.* During the period of 1 November through 20 December 2002, a total of 162 of 4500 camp personnel were admitted for a respiratory illness, 127 (78.4%) of whom had radiographically confirmed pneumonia (figure 1). The attack rate of pneumonia during this outbreak was 1.6 cases per 100 person-months. The baseline rate of pneumonia resulting in hospitalization during the winter months had been 0.2 cases per 100 person-months in previous years.

The initial active surveillance ($n = 493$) on 10 December 2002 revealed a 15% prevalence of GAS on pharyngeal cultures. In addition, a high rate of allergy to penicillin (30%) and poor compliance with (self-administered) oral erythromycin therapy (<20%) were noted. The entire recruit and staff population (4500 persons) was screened on 15 December, and the prevalence of GAS noted by throat culture was 16%. Each subject received a 1.2-mU dose of BPG or, for patients who were allergic to penicillin, directly observed weekly oral doses of azithromycin (1 g). The outbreak of pneumonia immediately ended (figure 1). An algorithm was introduced that reduced the rate of self-reported penicillin allergy from 30% to 10%.

Individuals with a positive GAS culture result were more likely to have a sore throat than were those with a negative culture result (OR, 1.3; $P = .01$). Evaluation of the MCRD staff revealed that the persons who had worked most closely with the recruits (i.e., drill instructors) had the highest prevalence of GAS, as determined by throat culture (OR, 2.9; $P<.001$). The number of days since receipt of the last penicillin shot was highly correlated with a positive throat culture result ($P<.001$) (figure 2). The risk of pneumonia was also found to correlate with the timing of the 1.2-mU injections of BPG; the number of hospital admissions peaked at the end of the BPG dosing interval (figure 3). The BPG dosing schedule was subsequently switched to every 21 days (for a total of 3 injections) instead of 2 injections at days 0 and 28–35 of training.

The outbreak of pneumonia ended on 20 December 2002. One week later, the rate of pharyngeal carriage of GAS was 2.2%, compared with the rate of 16% noted on 15 December. Since this time, carriage rates have remained at <2%. In addition, passive surveillance revealed that pneumonia admission rates and clinical GAS pharyngitis rates were stable for 1 year after the outbreak period.

*Demographic data.* Recruits admitted with pneumonia ($n = 127$) had a median age of 19 years (range, 17–33 years). There were no significant differences in age, race, or other



NIEDERMAN 00117

**Figure 1.** Diagram of an outbreak involving 127 cases of group A *Streptococcus* (GAS) pneumonia at a Marine Corps Recruit Depot in San Diego, California.



**Figure 2.** Prevalence of group A *Streptococcus* (GAS) species on pharyngeal cultures in relationship to timing of penicillin prophylaxis

measured parameters between the total recruit population and the population of recruits with pneumonia.

*Laboratory findings and clinical features.* Definite or probable GAS was implicated in 44% of the hospital admissions for pneumonia. Thirty-four (27%) of 127 pneumonia cases were associated with GAS alone (7 were definite and 27 were probable cases) (table 1). Patients with probable GAS pneumonia included 16 persons with elevated ASO or anti-DNAse B titers, 5 with sputum or throat cultures positive for GAS, and 7 with both elevated ASO and/or anti-DNAse B titers and a positive culture result without a different etiologic agent identified. Of the 16 patients with an elevated ASO titer alone, the mean titer was 593 Todd units.

Twenty-two cases of pneumonia (17%) were determined to be coinfections with GAS and another pathogen. Twenty-eight patients (22%) were infected with a single non-GAS etiologic agent. There were 19 cases of *M. pneumoniae* infection (3 definite and 16 probable), 27 cases of *C. pneumoniae* infection (8 definite and 19 possible), 5 cases of adenovirus infection, 2 cases of *S. pneumoniae* infection, 1 case of *Haemophilus influenzae* infection, and 1 case of *Moraxella catarrhalis* infection. Overall, a probable microbiologic cause was established for 84 (66%) of the 127 cases of pneumonia.

Patients with definite or probable GAS pneumonia were demographically and clinically similar to patients with pneumonia due to other agents. Ninety-nine percent of patients with pneumonia had cough (median duration, 13 days). Fever and sore throat were noted in 58% of patients, pleuritic chest pain was noted in 47%, and dyspnea was noted in 43%. Patients with GAS pneumonia did not differ from patients with other types of pneumonia with regard to presenting symptoms. The median ASO titer was higher in the GAS pneumonia group (479 vs. 68 Todd units; $P < .001$). The median WBC count at the time of hospital admission was higher in patients with GAS pneumonia (14,800 cells/mm$^3$) than in those with non-GAS pneumonia (12,600 cells/mm$^3$; $P = .15$). Two patients (5.9%) with GAS pneumonia had elevated creatinine levels (>2.0 mg/dL). The duration of hospitalization was greater in the GAS pneumonia group ($P = .003$).

Two patients with GAS pneumonia developed streptococcal toxic shock syndrome and required intensive care management (one patient was hospitalized for 25 days, and the other was hospitalized for 34 days). Two patients with GAS pneumonia and 1 coinfected patient had extrapulmonary infection, including lower extremity cellulitis and a GAS peritonsillar abscess. There were no deaths due to GAS pneumonia or to any pneumonia during this outbreak. A coincident fatal case of serogroup C meningococcemia occurred on 15 December 2002; premortem cultures and autopsy results did not reveal GAS.

*Radiographic features.* Of the 127 patients with pneumonia, 65 (51%) had multilobar involvement, 30 (24%) had a pleural effusion, and 5 (4%) had empyema; all cases of empyema occurred in association with definite GAS pneumonia. Of the 34 patients with GAS pneumonia, 20 (59%) had multilobar involvement. No one had intrathoracic adenopathy or cavitary lesions noted on a radiograph.

*Evaluation of the GAS outbreak strain.* All GAS isolates recovered from patients with GAS pneumonia were susceptible to all 15 antibiotics tested, including penicillin, clindamycin, erythromycin, and azithromycin. All clinical GAS pneumonia–



Figure 3. The relationship between cases of pneumonia and the timing of antibiotic prophylaxis

associated isolates were identified as *emm* type 3 by *emm* gene sequencing and as sequence type 15 by MLST. Among the isolates recovered from patients with positive screening pharyngeal culture results, 27 of 30 were also *emm* type 3, sequence type 15. The 3 non–*emm* type 3 strains identified among patients with positive pharyngeal culture results included 2 *emm* type 6 strain (sequence type 37) and 1 *emm* type 28 strain (sequence type 52). All *emm* type 3/sequence type 15 isolates tested positive for all 3 pyrogenic exotoxin genes that encode SpeA, SpeB, and SpeC superantigens.

## DISCUSSION

This is the largest reported outbreak of GAS pneumonia in nearly half a century [10]. Military trainees are at particular risk for streptococcal infection because of their crowded living conditions [5, 6, 10, 12]. These outbreaks highlight the continued need for adequate prophylaxis against GAS infection among particularly high-risk groups.

GAS is an uncommon cause of pneumonia in the era of antibiotics, accounting for <1% of community cases [28, 29]. An estimated 9600 cases of invasive GAS disease (3.5 cases per 100,000 persons) are reported annually in the United States, and the rate has been stable since the 1980s; ~12% of cases of disease are pneumonia [30, 31]. Although military camps are at risk for epidemics of respiratory diseases, including influenza and infections with *Mycoplasma* species, pneumococcus, meningococci, and adenovirus [32–37], the outbreak of GAS pneumonia was somewhat surprising, given the paucity of invasive GAS infections over the past 15 years and given the ongoing prophylaxis program.

The outbreak at our military training facility correlated with a high prevalence (16% of 4500 persons) of GAS noted on throat cultures. Increased time from last dose of prophylaxis with BPG or erythromycin was associated with higher rates of GAS on pharyngeal cultures and higher pneumonia rates. Given these data and on the basis of work by Bass et al. [38], who

Table 1. Etiologic agents during an outbreak of pneumonia at the Marine Corps Recruit Depot, San Diego, 2002.

| Organism | No. (%) of patients, by pneumonia classification | | |
|---|---|---|---|
| | All | Definite pneumonia | Probable pneumonia |
| GAS | 34 (26.8) | 7 (5.5) | 27 (21.3)[a] |
| *Mycoplasma pneumoniae* | 19 (15)[b] | 3 (2.4) | 16 (12.6) |
| *Chlamydia pneumoniae* | 27 (21.3)[c] | 8 (6.3) | 19 (15) |
| Adenovirus | 5 (3.9) | 0 (0) | 0 (0) |
| *Streptococcus pneumoniae* | 2 (1.6) | 0 (0) | 0 (0) |
| *Haemophilus influenzae* | 1 (0.8) | 0 (0) | 0 (0) |
| *Moraxella catarrhalis* | 1 (0.8) | 0 (0) | 0 (0) |
| Total | 84 (66.1)[d] | 0 (0) | 0 (0) |
| Unknown etiology | 43 (33.9) | 0 (0) | 0 (0) |

NOTE. GAS, group A *Streptococcus* species.

[a] Patients with probable cases include 16 patients with elevated anti-streptolysin O (ASO) or anti-DNAse B titers, 5 with sputum or throat cultures positive for GAS, and 7 with both elevated ASO and/or anti-DNAse B titers and positive culture results. By definition, no other etiologic agent was identified in this group.
[b] Nine probable cases and 1 definite case of *M. pneumoniae* pneumonia occurred with concurrent evidence of an elevated ASO titer and/or throat or sputum culture positive for GAS.
[c] Three cases of possible *C. pneumoniae* pneumonia occurred among patients with definite GAS infection. In addition, 9 possible cases and 1 definite case *C. pneumoniae* infection occurred with concurrent evidence of an elevated ASO titer and/or throat or sputum culture positive for GAS.
[d] Some patients had dual infections.

NIEDERMAN 00119

showed that serum penicillin levels decrease after 1–2 weeks, we decreased the time interval of administration of penicillin prophylaxis from every 28–35 days to every 21 days. Previously described epidemics also occurred in situations involving inadequate prophylaxis [5, 16]. We developed a screening process to "confirm" self-reported penicillin allergy and administered directly observed weekly doses of azithromycin instead of self-administered erythromycin to assure compliance [39]. The outbreak of GAS pneumonia ended after these interventions. Both penicillin and azithromycin have been shown to prevent acute respiratory disease beyond the elimination of GAS [39, 40]. These regimens have potential complications, including increased risk of penicillin allergy and anaphylaxis, as well as an increased prevalence of azithromycin-resistant streptococci. GAS isolates have remained susceptible to penicillin and macrolides at the MCRD, but increasing macrolide resistance has been noted in some areas in the United States, and it is more pronounced overseas [41].

GAS pneumonia may be preceded by infection with viral or bacterial pathogens. Early in the 20th Century, GAS was often a second invader, following influenza, measles, pertussis, varicella, or *M. pneumoniae* infection [9, 42–48]. Like many of these respiratory pathogens, GAS occurs predominantly during the winter [31, 49]. Although we detected few other pathogens in our patients with defined GAS pneumonia, we did find a significant number of cases of pneumonia coincident with the GAS pneumonia outbreak; the pathogens identified included *Mycoplasma* species, *Chlamydia* species, adenovirus, and the pneumococcus. Patients from whom multiple pathogens were isolated did not have a more complicated course; the most-clinically severe cases occurred in patients from whom GAS was isolated from the blood or pleural space.

GAS pneumonia has been noted to cause a severe interstitial or confluent bronchopneumonia, with a predilection toward pleural effusions and empyema, particularly on the left side [9, 10, 29, 43]. Bacteremia is present in 10%–15% of patients and is more common in older patients [45]. Case-fatality rates before the introduction of penicillin in the 1940s were ~50%, but deaths have been much less common in the antibiotic era [42]. Older age, toxic shock syndrome, and pneumonia are predictors of death in persons with invasive GAS disease; those aged <30 years have an extremely low risk of death ($P < .001$) [30]. In our outbreak of pneumonia, none of 34 patients with GAS pneumonia died, although 2 patients spent several weeks in the intensive care unit.

Despite attempts to create precise definitions for the cause of pneumonia in this outbreak, our case definitions had limitations. The use of sputum and/or throat cultures for diagnosis of GAS pneumonia may lead to an overestimation of the number of cases of GAS pneumonia, because positive results may occur in patients with GAS pharyngitis or pharyngeal carriage alone. Our use of ASO titers for the diagnosis of probable GAS pneumonia may also be questioned [50], but in an ongoing GAS pneumonia outbreak, we feel that this was justified for patients who did not have any other identifiable pathogen isolated. Most patients with GAS pneumonia had high ASO titers (>500 Todd units) and/or increasing titers. Finally, diagnosis of *M. pneumoniae* and *C. pneumoniae* infections by serologic testing alone may be problematic [25–27]. Despite these limitations, GAS was clearly the predominant pathogen identified, and administration of BPG was associated with the end of the outbreak, lending support to the hypothesis that GAS was the primary etiologic agent.

The microbiologic analysis of the GAS revealed *emm* type 3. This epidemic strain has been frequently found in invasive disease, specifically bronchopneumonia [30, 51, 52]. The presence of pyrogenic exotoxins is associated with severe sequelae, such as streptococcal toxic shock syndrome [53–55]. Although this outbreak was not associated with necrotizing fasciitis, rheumatic fever, or poststreptococcal glomerulonephritis, evidence of shock was seen in 2 patients. The presence of all 3 superantigen gene sequences in the clone circulating during our epidemic may account for the unusual presentation and virulence.

We report a large outbreak of GAS pneumonia at a US military training camp. This outbreak confirms the need for ongoing GAS surveillance and appropriate use of antibiotic prophylaxis among particularly high-risk populations.

### Acknowledgments

We would like to express our gratitude to the many clinicians who cared for the patients in this report and the laboratory personnel who identified the microbiologic agents of this outbreak. We especially thank Dwight Johnson for determining ASO titers and *emm* sequencing at the World Health Organization Collaborating Center at the University of Minnesota (Minneapolis). We also thank Judy Christensen for design of the figures in this report.

*Potential conflicts of interest.* All authors: no conflicts.

### References

1. Thomas RJ, Conwill DE, Morton DE, Brooks TJ, Holmes CK, Mahaffey WB. Penicillin prophylaxis for streptococcal infections in the United States Navy and Marine Corps recruit camps, 1951–1985. Rev Infect Dis 1988; 10:125–30.
2. History and accomplishments: an introduction to NAMRU-4. Great Lakes, IL: Naval Medical Research Unit No. 4, 1972.
3. Davison WC. Reduction of communicable diseases among troops and children during national defense program. War Medicine 1941; 1:863–72.
4. Acute rheumatic fever among army trainees—Fort Leonard Wood, Missouri, 1987–1988. MMWR Morb Mortal Wkly Rep 1988; 37:519–22.
5. Wallace MR, Garst PD, Papadimos TJ, Oldfield EC 3rd. The return of acute rheumatic fever in young adults. JAMA 1989; 262:2557–61.
6. Gunzenhauser JD, Longfield JN, Brundage JF, Kaplan EL, Miller RN, Brandt CA. Epidemic streptococcal disease among Army trainees, July 1989 through June 1991. J Infect Dis 1995; 172:124–31.

7. Dully FE Jr. Streptococcal epidemic in an aircraft carrier. Aerosp Med 1973; 44:1181–2.
8. Bloomfield AL, Rantz LA. An outbreak of streptococcal septic sore throat in an army camp. JAMA 1943; 121:315–9.
9. Welch CC, Tombridge TL, Baker WJ, Kinney RJ. Betahemolytic streptococcal pneumonia: report of an outbreak in a military population. Am J Med Sc 1961; 242:157–65.
10. Basiliere JL, Bistrong HW, Spence WF. Streptococcal pneumonia: recent outbreaks in military recruit population. Am J Med 1968; 44:580–9.
11. Wannamaker LW, Rammelkamp CH Jr, Denny FW, et al. Prophylaxis of acute rheumatic fever by treatment of the preceding streptococcal infection with various amounts of depot penicillin. Am J Med 1951; 10:673–95.
12. Rammelkamp CH Jr. Armed Forces Epidemiological Board. Activities of the Commission on Streptococcal and Staphylococcal Diseases. Mil Med 1962; 127:1007–8.
13. Stevens DL, Kaplan EL. Streptococcal infections: clinical aspects, microbiology, and molecular pathogenesis. New York: Oxford Press, 2000.
14. Greenberg JH. Streptococcal disease in the United States Army. Am J Public Health 1962; 52:223–34.
15. McFarland RB, Colvin VG, Seal JR. Mass prophylaxis of epidemic streptococcal infections with benzathine penicillin G. II. Experience at a naval training center during the winter of 1956–57. N Engl J Med 1958; 258:1277–84.
16. Schreier AJ, Hockett VE, Seal JR. Mass prophylaxis of epidemic streptococcal infections with benzathine penicillin G. I. Experience at a naval training center during the winter of 1955–56. N Engl J Med 1958; 258:1231–8.
17. Seal JR. Mass prophylaxis of epidemic streptococcal infections; report on the use of penicillin prophylaxis in the Navy during the winter of 1954 to 1955. Antibiot Annu 1955–1956; 3:202–16.
18. Miller LF. Prophylactic procedures in Navy recruits. Mil Med 1963; 128:858–66.
19. Frank PF, Stollerman GH, Miller LF. Protection of a military population from rheumatic fever. Routine administration of benzathine penicillin G to healthy individuals. JAMA 1965; 193:775–83.
20. Frank PF. Streptococcal prophylaxis in Navy recruits with oral and benzathine penicillin. US Armed Forces Med J 1958; 9:543–60.
21. Johnson DR, Sramek J, Kaplan EL, et al. Laboratory diagnosis of group A streptococcal infections: a laboratory manual. World Health Organization Collaborating Center for Reference and Research on Streptococci. Geneva: World Health Organization, 1996.
22. Beall B, Facklam R, Thompson T. Sequencing emm-specific PCR products for routine and accurate typing of group A streptococci. J Clin Microbiol 1996; 34:953–8.
23. Enright MC, Spratt BG, Kalia A, Cross JH, Bessen DE. Multilocus sequence typing of Streptococcus pyogenes and the relationships between emm type and clone. Infect Immun 2001; 69:2416–27.
24. Black CM, Talkington DF, Messmer TO, Facklam RR, Hornes E, Olsvik O. Detection of streptococcal pyrogenic exotoxin genes by a nested polymerase chain reaction. Mol Cell Probes 1993; 7:255–9.
25. Thacker WL, Talkington DF. Analysis of complement fixation and commercial enzyme immunoassays for detection of antibodies to Mycoplasma pneumoniae in human serum. Clin Diag Lab Immunol 2000; 7:778–80.
26. Waites KB, Thacker WL. The value of culture and serology for detection of Mycoplasma pneumoniae infections in the clinical laboratory in the age of molecular diagnostics. Clinical Microbiology Newsletter 2001; 23:123–30.
27. Dowell SF, Peeling RW, Boman J, et al. Standardizing Chlamydia pneumoniae assays: recommendations from the Centers for Disease Control and Prevention (USA) and the Laboratory Centre for Disease Control (Canada). Clin Infect Dis 2001; 33:492–503.
28. Birch C, Gowardman J. Streptococcus pyogenes: a forgotten cause of severe community-acquired pneumonia. Anaesth Intensive Care 2000; 28:87–90.
29. Woodhead MA, Macfarlane JT, McCracken JS, Rose DH, Finch RG. Prospective study of the aetiology and outcome of pneumonia in the community. Lancet 1987; 1:671–4.
30. O'Brien KL, Beall B, Barrett NL, et al. Epidemiology of invasive group A Streptococcus disease in the United States, 1995–1999. Clin Infect Dis 2002; 35:268–76.
31. Muller MP, Low DE, Green KA, et al. Clinical and epidemiologic features of group A streptococcal pneumonia in Ontario, Canada. Arch Intern Med 2003; 163:467–72.
32. Gray GC, Callahan JD, Hawksworth AW, Fisher CA, Gaydos JC. Respiratory diseases among US military personnel: countering emerging threats. Emerg Infect Dis 1999; 5:379–85.
33. Gray GC, Goswami PR, Malasig MD, et al. Adult adenovirus infections: loss of orphaned vaccines precipitates military respiratory disease epidemics. Adenovirus Surveillance Group. Clin Infect Dis 2000; 31:663–70.
34. Crum NF, Wallace MR, Lamb CR, et al. Halting a pneumococcal pneumonia outbreak among United States Marine Corps trainees. Am J Prev Med 2003; 25:107–11.
35. Brundage JF, Ryan MA, Feighner BH, Erdtmann FJ. Meningococcal disease among United States military service members in relation to routine uses of vaccines with different serogroup-specific components, 1964–1998. Clin Infect Dis 2002; 35:1376–81.
36. Gerber P, Woolridge RL, Seal JR, Ziegra SR. Epidemic influenza B and C in Navy recruits during winter of 1951–52. Proc Soc Exp Biol Med 1952; 81.
37. Rosenbaum MJ, Edwards EA, Frank PF, Pierce WE, Crawford YE. Epidemiology and prevention of acute respiratory disease in Naval recruits. I. Ten years' experience with microbial agents isolated from Naval recruits with acute respiratory disease. Am J Public Health Nations Health 1965; 55:38–46.
38. Bass JW, Longfield JN, Jones RG, Hartman RM. Serum levels of penicillin in basic trainees in the US Army who received intramuscular penicillin G benzathine. Clin Infect Dis 1996; 22:727–8.
39. Gray GC, McPhate DC, Leinonen M, et al. Weekly oral azithromycin as prophylaxis for agents causing acute respiratory disease. Clin Infect Dis 1998; 26:103–10.
40. Gunzenhauser JD, Brundage JF, McNeil JG, Miller RN. Broad and persistent effects of benzathine penicillin G in the prevention of febrile, acute respiratory disease. J Infect Dis 1992; 166:365–73.
41. Bingen E, Leclercq R, Fitoussi F, et al. Emergence of group A streptococcus strains with different mechanisms of macrolide resistance. Antimicrob Agents Chemother 2002; 46:1199–203.
42. MacCallum WG. The pathology of the pneumonia in the United States Army Camps during the winter 1917–1918. New York: Rockefeller Institute for Medical Research, 1919.
43. Parker MT. Necropsy studies of the bacterial complications of influenza. J Infect 1979; 1:9–16.
44. Vugia DJ, Peterson CL, Meyers HB, et al. Invasive group A streptococcal infections in children with varicella in Southern California. Pediatr Infect Dis J 1996; 15:146–50.
45. Keefer CS, Rantz LA, Rammelkamp CH. Hemolytic streptococcal pneumonia and empyema: a study of 55 cases with special reference to treatment. Ann Intern Med 1941; 14:1533–50.
46. Lampe RM, Kaplan SL. Group A streptococcal empyema complicating Mycoplasma pneumoniae infection. South Med J 1982; 75:885–7.
47. Cimolai N, Wensley D, Seear M, Thomas ET. Mycoplasma pneumoniae as a cofactor in severe respiratory infections. Clin Infect Dis 1995; 21:1182–5.
48. Bisno AL, Stevens DL. Streptococcus pyogenes (including streptococcal toxic shock syndrome and necrotizing fasciitis). In: Mandell, Douglas, and Bennett's principles and practice of infectious diseases. 5th ed. Philadelphia: Churchill Livingstone, 2000:2113.
49. Barnham M, Weightman N, Anderson A, Pagan F, Chapman S. Review of 17 cases of pneumonia caused by Streptococcus pyogenes. Eur J Clin Microbiol Infect Dis 1999; 18:506–9.

50. Shet A, Kaplan EL. Clinical use and interpretation of group A streptococcal antibody tests: a practical approach for the pediatrician or primary care physician. Pediatr Infect Dis J 2002; 21:420–30.
51. Roggiani M, Stoehr JA, Olmsted SB, et al. Toxoids of streptococcal pyrogenic exotoxin A are protective in rabbit models of streptococcal toxic shock syndrome. Infect Immun 2000; 68:5011–7.
52. Stevens DL. The flesh-eating bacterium: what's next? J Infect Dis 1999; 179(Suppl 2):S366–74.
53. Stevens DL, Tanner MH, Winship J, et al. Severe group A streptococcal infections associated with a toxic shock–like syndrome and scarlet fever toxin A. N Engl J Med 1989; 321:1–7.
54. Hackett SP, Stevens DL. Superantigens associated with staphylococcal and streptococcal toxic shock syndrome are potent inducers of tumor necrosis factor–$\beta$ synthesis. J Infect Dis 1993; 168:232–5.
55. Llewelyn M, Cohen J. Superantigens: microbial agents that corrupt immunity. Lancet Infect Dis 2002; 2:156–62.

NIEDERMAN 00122