IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO SUBMIT REPLY BRIEF IN SUPPORT OF MOTION TO
EXCLUDE PLAINTIFF'S EXPERT PATRICIA L. PACEY, Ph.D**
and Proposed Order

---

    Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore, and Vicki Paulsen by and through their respective counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., and Josh A. Marks, Esq. and Melanie B. Lewis, Esq. of Berg Hill Greenleaf and Ruscitti, LLP, hereby submit this Unopposed Motion for Extension of Time to Submit Reply Brief in Support of Motion to Exclude Plaintiff's Expert Patricia L. Pacey, Ph.D., as follows:

    1.    Plaintiff submitted his Response to Defendants' Motion to Limit Expert testimony by Michael S. Niederman, M.D. and Robert B. Greifinger, M.D. on January 26, 2007. Plaintiff filed his Response to Defendants' Motion to Exclude Plaintiff's Expert Witness Helen M.

Woodard, M.A. on January 30, 2007.  Plaintiff submitted his Response to Defendants' Motion to Exclude Plaintiff's Expert Witness Patricia L. Pacey, Ph.D. on February 1, 2007.  Pursuant to the applicable Federal Rules of Civil Procedure and the Local Rules of the United States District Court of the District of Colorado, the Defendants' Reply Briefs in support of their Motions were due on February 13, 2007, February 19, 2007, and February 19, 2007, respectively.  On February 13, 2007, Defendants filed an Unopposed Motion for Extension of Time to Submit Reply Briefs Regarding Plaintiff's Experts.  This Court granted the Defendants' Unopposed Motion in a Minute Order dated February 13, 2007, granting the Defendants until February 26, 2007, to file their three Reply Briefs regarding Plaintiff's expert witnesses.

2.   The undersigned counsel for the Defendants has had and has the primary responsibility for preparing the Defendants' Reply Briefs regarding the Defendants' challenges to the Plaintiff's experts.  Defendants filed their Reply in Support of Motion to Limit Expert Testimony of Michael S. Niederman, M.D. and Robert B. Greifinger, M.D. on February 19, 2007.  Defendants filed their Reply in Support of Motion to Exclude Testimony of Plaintiff's Expert Witness Helen M. Woodard, M.D. on February 23, 2007.  However, due to the undersigned counsel's work on the above two Reply Briefs and other matters, Defendants respectfully request an extension of four (4) days until and including March 2, 2007, to file their Reply Brief in Support of Motion to Exclude Plaintiff's Expert Witness Patricia L. Pacey, Ph.D.  The Reply Brief concerning Dr. Pacey has taken the undersigned counsel longer than anticipated given the nature of the arguments raised by the Plaintiff.  No party will be prejudiced by this brief extension of time.

2

3.      Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for the Plaintiff, William A. Trine, Esq., via electronic mail prior to filing the instant Motion.  Mr. Trine indicated the Plaintiff does not oppose this Motion.

4.      Pursuant to D.C.Colo.LCiv.R. 6.1(D), undersigned counsel has served his client representative with a copy of this Motion as indicated on the attached Certificate of Mailing.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore and Vicki Paulsen respectfully request this Court allow them until and including March 2, 2007, to file their Reply Brief in Support of Motion to Exclude Plaintiff's Expert Patricia L. Pacey, Ph.D., and for all other and further relief as this Court deems just and appropriate.

Dated this 26th day of February, 2007.

Respectfully submitted,


s/Andrew D. Ringel, Esq.
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Phone:  (303) 628-3300
Fax:     (303) 293-3238
ringela@hallevans.com
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

3

and

        Josh A. Marks, Esq.
        Melanie B. Lewis, Esq.
        Berg Hill Greenleaf & Ruscitti, LLP
        1712 Pearl Street
        Boulder, CO 80302
        Tel: (303) 402-1600
        jam@bhgrlaw.com
        mbl@bhgrlaw.com

        **ATTORNEYS FOR DEFENDANT**
        **VICKI PAULSEN**

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 26th day of February, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

William A. Trine, Esq.
btrine@trine-metcalf.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant via U.S. Mail, first-class postage prepaid and addressed as follows:

Stephen Groome, Esq.
Park County Attorney
P.O. Box 1373
Fairplay, Colorado 80440

s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
ringela@hallevans.com
veigaj@hallevans.com
Phone: 303-628-3300
Fax:    303-293-3238
**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\Motion Ext - Reply to MIL Expert Pacey.doc