IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, et. al.

    Defendants.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFF'S EXPERT PATRICIA L. PACEY, Ph.D**

This matter comes before the Court on the Defendants' Unopposed Motion for Extension of Time to Submit Reply Brief in Support of Motion to Exclude Plaintiff's Expert Patricia L. Pacey, Ph.D.  Having reviewed the Motion, and being fully advised, the Court hereby Orders the Motion is granted and Defendants shall have until and including March 2, 2007, to submit their Reply Brief in Support of Motion to Exclude Plaintiff's Expert Patricia L. Pacey, Ph.D.

    Dated this ____ day of February 2007.

    By the Court:

_____
Walker D. Miller
United States District Court Judge