Data from International Monetary Fund Web Site
Government Bond Yields
2/9/07

| COUNTRYNAME | DESCRIPTOR | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 5 Yr Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRALIA | TREASURY BONDS: 15 YEARS | 6.89 | 5.50 | 6.08 | 6.26 | 5.63 | 5.82 | 5.36 | 5.61 | 5.32 | 5.62 | |
| BELGIUM | GOVERNMENT BOND YIELD | 5.74 | 4.72 | 4.81 | 5.58 | 5.13 | 4.96 | 4.18 | 4.15 | 3.41 | 3.84 | |
| CANADA | GOVERNMENT BOND YIELD > 10 YRS. | 6.42 | 5.47 | 5.69 | 5.89 | 5.78 | 5.66 | 5.28 | 5.08 | 4.39 | 4.30 | |
| DENMARK | GOVERNMENT BOND YIELD | 5.08 | 4.59 | 4.30 | 5.54 | n.a. | 4.57 | 3.53 | 3.32 | 2.90 | 3.60 | |
| EURO AREA | GOVERNMENT BOND YIELD | 5.96 | 4.70 | 4.65 | 5.44 | 5.03 | 4.92 | 4.16 | 4.14 | 3.44 | 3.86 | |
| FINLAND | GOVERNMENT BOND YIELD | n.a. | n.a. | 4.72 | 5.48 | 5.04 | 4.98 | 4.14 | 4.11 | 3.35 | 3.78 | |
| FRANCE | GOVERNMENT BOND YIELD | 5.63 | 4.72 | 4.69 | 5.45 | 5.05 | 4.93 | 4.18 | 4.15 | 3.46 | n.a. | |
| GERMANY | GOVERNMENT BOND YIELD | 5.08 | 4.39 | 4.26 | 5.24 | 4.70 | 4.61 | 3.81 | 3.75 | 3.18 | 3.73 | |
| GREECE | GOVERNMENT BOND YIELD | n.a. | 8.48 | 6.30 | 6.10 | 5.30 | 5.12 | 4.27 | 4.26 | 3.59 | 4.07 | |
| ICELAND | GOVERNMENT BOND YIELD - 10 YEAR IND. | 5.49 | 4.73 | 4.28 | 5.35 | 5.33 | 5.23 | 4.41 | 3.88 | n.a. | n.a. | |
| ITALY | GOVERNMENT BOND YIELD | 6.86 | 4.90 | 4.73 | 5.58 | 5.19 | 5.03 | 4.25 | 4.26 | 3.56 | 4.05 | |
| JAPAN | GOVERNMENT BOND YIELD | 1.69 | 1.10 | 1.77 | 1.75 | 1.33 | 1.25 | 1.01 | 1.50 | 1.36 | 1.73 | |
| MEXICO | GOVERNMENT BOND YIELD | 21.44 | n.a. | 20.11 | 15.81 | 10.28 | 10.13 | 8.98 | 9.54 | 9.42 | 8.39 | 9.29 |
| NETHERLANDS | GOVERNMENT BOND YIELD | 5.81 | 4.87 | 4.92 | 5.51 | 5.17 | 5.00 | 4.18 | 4.10 | 3.37 | n.a. | |
| NEW ZEALAND | GOVERNMENT BOND YIELD | 7.21 | 6.47 | 6.13 | 6.85 | 6.12 | 6.28 | 5.51 | 5.98 | 5.98 | 6.01 | |
| NORWAY | GOVERNMENT BOND YIELD | 5.13 | 5.35 | 5.38 | 6.38 | 6.31 | 6.33 | 4.50 | 3.60 | 3.28 | n.a. | |
| SPAIN | GOVERNMENT BOND YIELD | 5.84 | 4.55 | 4.30 | 5.36 | 4.87 | 4.62 | 3.52 | 3.59 | 3.05 | 3.67 | |
| SWITZERLAND | GOVERNMENT BOND YIELD | 3.08 | 2.71 | 3.62 | 3.55 | 3.56 | 2.40 | 2.78 | 2.38 | 1.96 | 2.49 | |
| UNITED KINGDOM | GOVT BOND YIELD: LONG-TERM | 7.09 | 5.45 | 4.70 | 4.68 | 4.78 | 4.83 | 4.64 | 4.77 | 4.39 | n.a. | |
| UNITED STATES | GOVT BOND YIELD: 10 YEAR | 6.35 | 5.26 | 5.64 | 6.03 | 5.02 | 4.61 | 4.02 | 4.27 | 4.29 | 4.79 | 4.40 |

EXHIBIT A-14

Data from International Monetary Fund Web Site
Changes in CPI
2/9/07

| COUNTRYNAME | DESCRIPTOR | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 5 Yr Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRALIA | CPI % CHANGE | 0.25 | 0.85 | 1.47 | 4.48 | 4.38 | 3.00 | 2.77 | 2.34 | 2.67 | n.a. | |
| BELGIUM | CPI % CHANGE | 1.63 | 0.95 | 1.12 | 2.54 | 2.47 | 1.64 | 1.59 | 2.09 | 2.78 | 1.79 | |
| CANADA | CPI % CHANGE | 1.62 | 0.99 | 1.72 | 2.75 | 2.53 | 2.25 | 2.77 | 1.83 | 2.23 | n.a. | |
| DENMARK | CPI % CHANGE | 2.20 | 1.85 | 2.48 | 2.92 | 2.35 | 2.43 | 2.09 | 1.16 | 1.81 | 1.89 | |
| EURO AREA | CPI % CHANGE | 1.58 | 1.09 | 1.12 | 2.34 | 2.11 | 2.25 | 2.07 | 2.14 | 2.19 | 2.18 | |
| FINLAND | CPI % CHANGE | 1.20 | 1.40 | 1.16 | 3.37 | 2.57 | 1.56 | 0.88 | 0.19 | 0.86 | 1.56 | |
| FRANCE | CPI % CHANGE | 1.20 | 0.67 | 0.50 | 1.69 | 1.66 | 1.92 | 2.08 | 2.17 | 1.70 | 1.71 | |
| GERMANY | CPI % CHANGE | 1.88 | 0.94 | 0.57 | 1.47 | 1.98 | 1.37 | 1.05 | 1.67 | 1.95 | 1.71 | |
| GREECE | CPI % CHANGE | 5.54 | 4.77 | 2.64 | 3.17 | 3.40 | 3.57 | 3.54 | 2.89 | 3.56 | 3.20 | |
| ICELAND | CPI % CHANGE | 1.75 | 1.72 | 3.22 | 5.16 | 6.39 | 5.17 | 2.06 | 2.80 | 4.16 | 6.69 | |
| ITALY | CPI % CHANGE | 2.04 | 1.96 | 1.66 | 2.54 | 2.79 | 2.47 | 2.67 | 2.21 | 1.99 | n.a. | |
| JAPAN | CPI % CHANGE | 1.77 | 0.67 | -0.33 | -0.71 | -0.76 | -0.90 | -0.25 | -0.01 | -0.27 | n.a. | |
| MEXICO | CPI % CHANGE | 20.63 | 15.93 | 16.59 | 9.50 | 6.36 | 5.03 | 4.55 | 4.69 | 3.99 | 3.63 | 4.38 |
| NETHERLANDS | CPI % CHANGE | 2.16 | 1.98 | 2.21 | 3.03 | 4.20 | 3.26 | 2.10 | 1.24 | 1.67 | 1.16 | |
| NEW ZEALAND | CPI % CHANGE | 1.19 | 1.27 | -0.11 | 2.62 | 2.63 | 2.68 | 1.75 | 2.29 | 3.04 | n.a. | |
| NORWAY | CPI % CHANGE | 2.58 | 2.26 | 2.33 | 3.09 | 3.02 | 1.29 | 2.48 | 0.47 | 1.52 | n.a. | |
| SPAIN | CPI % CHANGE | 1.97 | 1.83 | 2.31 | 3.43 | 3.59 | 3.07 | 3.03 | 3.03 | 3.37 | 3.53 | |
| SWITZERLAND | CPI % CHANGE | 0.52 | 0.02 | 0.82 | 1.54 | 0.99 | 0.64 | 0.64 | 0.80 | 1.17 | 1.06 | |
| UNITED KINGDOM | CPI % CHANGE | 3.13 | 3.42 | 1.56 | 2.93 | 1.82 | 1.63 | 2.91 | 2.96 | 2.83 | 3.19 | |
| UNITED STATES | CPI % CHANGE | 2.34 | 1.55 | 2.19 | 3.38 | 2.83 | 1.59 | 2.27 | 2.68 | 3.39 | 3.23 | 2.63 |