IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
and
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. During the conference, defendants expressed surprise that the plaintiff is asserting claims for violations of equal protection and due process of law. They indicated an intention to seek limited additional discovery addressed to those issues and to request leave to file supplemental motions for summary judgment.

IT IS ORDERED that any motion to reopen discovery and to permit supplemental briefing on summary judgment in view of the misunderstanding about the equal protection and due process claims shall be filed, if at all, on or before **March 23, 2007**.

Dated March 13, 2007.

                                              BY THE COURT:

                                               s/ Boyd N. Boland
                                              United States Magistrate Judge