IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRAZA-REYES,

    Plaintiff,

v.

PARK COUNTY, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Jury trial (4 weeks) will begin **April 14, 2008, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    Counsel shall contact chambers to set a trial preparation conference after ruling on dispositive motions.

Dated:  March 13, 2007

                                             s/ Jane Trexler, Secretary/Deputy Clerk