IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

---

Civil Action No. 05-cv-00377-WDM-BNB    Date: March 13, 2007
Courtroom Deputy: Geneva D. Mattei    FTR BNB COURTROOM A-401

---

MOISES CARRANZA-REYES,    William Trine
    Cheryl Trine
        Plaintiff,    Lloyd Kordick
    Joseph Archuleta
v.

PARK COUNTY BOARD OF COUNTY    Andrew Ringel
COMMISSIONERS,
FRED (I) WEGENER,
individually and in his official capacity
and/or the Sheriff of Park County Colorado
MONTE (I) GORE,
individually and in his official capacity as
Captain of Park County Sheriff's Dept.
VICKI (I) PAULSEN,    Melanie Lewis
individually and as registered nurse for
Park County

        Defendants.

---

## COURTROOM MINUTES

---

**PRETRIAL CONFERENCE**

Court in Session:    9:05 a.m.

Appearance of counsel.

Court's initial comments.

The proposed Pretrial Order was reviewed.

ORDERED:    **Pretrial Order was approved and filed with the corrections made of record.**
            **Exhibits to be supplemented with Bates numbered exhibits.**
            **Exhibits to be exchanged on or before March 27, 2007.**
            **Objections to be filed on or before April 13, 2007.**
            **Demonstrative exhibits to be exchange 45 days prior to trial.**

Court in Recess:	9:47 a.m.	Hearing concluded.

Total In-Court Time:  00:42