IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

    Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board;
THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado;
JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

    Defendants.

---

### NOTICE OF CHANGE OF BUSINESS NAME, E-MAIL ADDRESS, AND WEBSITE ADDRESS

---

    Plaintiff's counsel, Adele P. Kimmel, hereby notifies the Court that her business name, e-mail address, and website address have changed. The changes are as follows:

        Business name: Public Justice, P.C.
        E-mail address: akimmel@publicjustice.net
        Website address: http://publicjustice.net

    Please note that the address, telephone number, and fax number remain the same.

    DATED this 19th day of March, 2007.

Respectfully submitted,

s/Adele P. Kimmel
Adele P. Kimmel, admitted *pro hac vice*
Public Justice, P.C.
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 797-8600
Fax: (202) 232-7203
akimmel@publicjustice.net

William A. Trine, #577
Deborah Taussig, #33156
Trine & Metcalf, PC
1435 Arapahoe Avenue
Boulder Colorado 80302-6390
(303) 442-0173

Joseph J. Archuleta, #19426
Attorney at Law
1724 Ogden Street
Denver Colorado 80218
(303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado 80903

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 19th day of March 2007, I electronically filed the foregoing **NOTICE OF CHANGE OF BUSINESS NAME, E-MAIL ADDRESS, AND WEBSITE ADDRESS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons at the e-mail addresses listed below:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, CO 80218-1018
archuletalaw@qwest.net

Lloyd C. Kordick
Lloyd C. Kordick & Associates
805 S. Cascade
Colorado Springs, CO 80903
Lloyd@kordicklaw.com

William A. Trine
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, CO 80302
Btrine@trine-metcalf.com

Andrew D. Ringel
Jennifer L. Veiga
Hall & Evans, L.L.C.
1125 Seventeenth Street, Suite 600
Denver, CO 80202-2052
ringela@hallevens.com
viegaj@hallevans.com

Craig A. Sargeant
Johnson, McConaty & Sargent, P.C.
400 S. Colorado Blvd., Suite 900
Glendale, Colorado 80246
csargent@jmspc.com

Josh A. Marks
Melanie B. Lewis
Berg Hill Greenleaf & Ruscitti, L.L.P.
1712 Pearl Street
Boulder, CO 80302
jam@bhgrlaw.com
mbl@bhgrlaw.com

s/Paula D. Athey
Paula D. Athey
Legal Assistant to Adele P. Kimmel
Public Justice, P.C.
1825 K Street, N.W.
Suite 200
Washington, D.C.  20006
(202) 797-8600
Fax:  (202) 232-7203
pathey@publicjustice.net