COPY

1

**EXHIBIT A-9**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF:  ROBERT B. GREIFINGER, M.D.
Volume I
August 25, 2006

---

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Defendants at

1435 Arapahoe Street, Boulder, Colorado 80302 before

Laura L. Corning, Federal Certified Realtime Reporter,

Certified Shorthand Reporter and Notary Public within

Colorado.

*Coffman Reporting*

303.893.0202
303.893.2230 FAX
WWW.COFFMANREPORTING.COM

\* SUBJECT TO CONFIDENTIALITY DESIGNATIONS \*     DISK ENCLOSED (INSIDE BACK COVER)

36

1      A.      Certainly.

2      Q.      When's the last time that you provided
3  primary medical care to anyone?

4      A.      1985.

5      Q.      Okay.  And when you -- so your treatment of
6  streptococcus A would have been 1985 or before?

7      A.      Yes.

8      Q.      In what context did you treat streptococcus
9  A?

10     A.      I was a pediatrician.

11     Q.      So you treated children with streptococcus
12 A?

13     A.      Yes.

14     Q.      Is streptococcus A the common version of
15 what I might think of in lay terms as strep throat?

16     A.      Yes.

17     Q.      So this was something that you saw in your
18 pediatric practice on probably a daily basis?

19     A.      Yes.

20     Q.      Okay.  Would you consider yourself an
21 expert in streptococcus A and it's infection mechanisms?

22     A.      No.

23     Q.      And am I -- is it fair to say that you're
24 not offering an opinion in this case about the infection
25 mechanisms of streptococcus A?

Case 1:05-cv-00377-WDM-BNB   Document 181-1   Filed 03/22/07   USDC Colorado   Page 3 of 6
Carranza-Reyes v. Park County                                    Robert G. Greifinger, M.D., Volume I

37

1    A.    Only to the extent that if asked, I would
2    offer an opinion about whether Mr. Carranza-Reyes's
3    condition by the time he reached Denver Health could have
4    been prevented.
5    Q.    Okay. And what is your opinion in that
6    regard?
7    A.    Yes.
8    Q.    And who could have prevented his condition
9    at the time that he -- by the time he reached Denver
10   Health?
11   A.    The county, the sheriff, Captain Gore,
12   Vicki Paulsen, James Bachman, and the other named
13   defendants.
14   Q.    Okay. Have you ever written a publication
15   on the topic of pneumonia?
16   A.    Yes.
17   Q.    Can you show it to me on this publication
18   list?
19   A.    Well, tuberculosis is generally pneumonia.
20   Q.    Okay.
21   A.    Would you like to refine the question?
22   Q.    Sure. Pneumonia not related to
23   tuberculosis.
24   A.    No.
25   Q.    Have you ever written about sepsis?

*   SUBJECT TO CONFIDENTIALITY DESIGNATIONS   *

                                                                                38

1       A.      No.

2       Q.      Would you consider yourself an expert in
3    sepsis?

4       A.      No.

5       Q.      Have you ever written about -- well, I
6    notice on the third -- on the last page of this exhibit,
7    there is a pocket guide series on tuberculosis.

8       A.      Yes.

9       Q.      And you wrote about something called MRSA?

10      A.      Yes.

11      Q.      Is that the only publication that you have
12   written about MRSA?

13      A.      Yes.  I likely mentioned MRSA in my recent
14   writing, because it is a substantial problem behind bars.

15      Q.      Okay.  Would you consider yourself an
16   expert in MRSA?

17      A.      Yes, in the public health aspects.

18      Q.      And what does that mean?

19      A.      That means I'm an expert in the prevention
20   of transmission of MRSA in correctional facilities.

21      Q.      Are you aware that Mr. Carranza-Reyes was
22   diagnosed with MRSA at Denver Health Medical Center?

23      A.      Yes.

24      Q.      Do you have an opinion about when Mr.
25   Carranza-Reyes developed MRSA?

1    A.    No.

2    Q.    Are you an expert in the sort of infectious
3    disease mechanism aspects of MRSA?

4    A.    I'm not clear on what you mean by that
5    question.

6    Q.    Okay. Would you consider yourself an
7    expert in how MRSA is transmitted, for instance?

8    A.    Yes.

9    Q.    Would you consider yourself an expert in
10   the -- I don't know -- biology of MRSA?

11   A.    No. I'm familiar with it, but I would not
12   consider myself an expert.

13   Q.    Would you consider yourself an expert in
14   sort of the -- when I say "infectious disease mechanism,"
15   I'm struggling for a different term -- the manner in
16   which MRSA is developed and transmitted from a biological
17   or microbiological perspective as opposed to a
18   environmental perspective, if you understand that
19   distinction?

20   A.    No, sir.

21   Q.    Okay.

22   A.    I don't understand.

23         MR. SARGENT:  Can I just throw a word out?
24   Is "pathophysiology" a word that might help us here, in
25   terms of the development of the progression versus

40

1   bacteria organisms?  Is "pathophysiology" a more

2   medically recognized term to describe this?

3              THE DEPONENT:  I'm more an expert on the

4   elements of transmission and prevention of transmission

5   than I am with pathophysiology.

6              MR. RINGEL:  Thanks, Craig.  That's the

7   word I wasn't knowing.

8              MR. SARGENT:  I figured.

9              (Deposition Exhibit 73 was marked.)

10     Q.      (BY MR. RINGEL)  Take a look, Doctor, at

11  what's been marked for purposes of this deposition as

12  Deposition Exhibit number 73.  Can you identify this for

13  me?

14     A.      Yes.  This is a list of my testimony in the

15  past four years and my fees for this case.

16     Q.      Okay.  It looks to me -- and you tell me if

17  I'm wrong -- that the only time that you were engaged as

18  an expert during the past four years by the defense or a

19  defendant was this Brown case in New York in 2002.  Is

20  that a correct assumption on my part, based upon this

21  list?

22     A.      No.  All things are not as they appear.

23  I've been retained in a number of cases but haven't

24  testified or haven't testified yet.

25     Q.      Fair enough.  But -- but of all the times