## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES

      Plaintiff,

vs.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

      Defendants.

---

## PLAINTIFF'S AMENDED EXHIBIT LIST TO FINAL PRETRIAL ORDER

---

      Plaintiff, by and through his counsel, Bill Trine and Cheryl Trine of Trine and Metcalf, P.C.,

hereby submits Plaintiff's Amended Exhibit List to Final Pretrial Order, which is attached as Exhibit

A.  No new exhibits have been added.  Some exhibits are further identified by Bate-stamp,

deposition exhibit number, or source where presented to defense counsel.

      Dated this 21st day of March, 2007.

                        Respectfully submitted,

                        By:  s/ William A. Trine, Esq.___

                        William A. Trine, #577
                        Cheryl L. Trine, #38150
                        Trine & Metcalf, PC
                        1435 Arapahoe Avenue
                        Boulder Colorado 80302-6390
                        (303) 442-0173

Joseph J. Archuleta, #19426
Joseph J. Archuleta and Associates
1724 Ogden Street
Denver Colorado 80218
(303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado 80903
(719) 475-8460

Adele Kimmel, Esq.
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
(202) 797-8600

Attorneys for Plaintiff

## **CERTIFICATE OF MAILING/SERVICE**

The undersigned hereby certifies that on this 21st day March, 2007, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, Colorado 80218-1018
*Co-Counsel for Plaintiff*

Lloyd C. Kordick,
Attorney at Law
805 S. Cascade
Colorado Springs, CO 80903
*Co-Counsel for Plaintiff*

Adele P. Kimmel
Richard H. Frankel
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.

Suite 800
Washington, D.C. 20030
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th Street, Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of*
*County Commissioners, Park County Sheriff's Office,*
*Fred Wegener, and Monte Gore*

Josh A. Marks
Berg, Hill, Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO  80302
*Counsel for Defendant Vicki Paulsen*

s/ Elizabeth Peach_____

**EXHIBIT A**

Plaintiff reserves the right to use any exhibits identified by Defendants.

1.      Daily jail logs from March 1, 2003 through March 10, 2003 (Bate-stamped 1-108; Deposition Exhibit 1).

2.      The Park County Jail's response to the Consulate General of Mexico regarding the medical concerns of Moises Carranza-Reyes dated 3/14/03 (Park 0128-Park 158; Deposition Exhibit 2).

3.      Master Control Log (Park 0966-Park 1014; Deposition Exhibit 3).

4.      Park County Jail Policies & Procedures (Park 0550-Park 0694; Deposition Exhibit 4).

5.      Park County Sheriff's Office Policy & Procedure Manual – Inmate Sleeping Areas; Housing Area Furnishings; Inmate Housing – Showers (Park 1450-Park 1452; Deposition Exhibit 5).

6.      Communicable Diseases (Park 1995-Park 1999; Deposition Exhibit 6).

7.      Vicki Paulsen Park County Personnel File (Park 0291-Park 0311; Deposition Exhibit 20).

8.      Pass-On Records (Park 3406-Park 3597; Deposition Exhibit 21).

9.      Summit Medical Center records re: Carranza-Reyes (Bate 1-17; Deposition Exhibit 24).

10.      The Consulate General of Mexico, Denver, Colorado, dated 3/10/03 requesting ICE to provide medical examinations for the rest of the detainees at the Park County Jail with attached treatment authorization requests and other documents (Park 0496; Park 0473-Park 0493; Deposition Exhibit 30).

11.     Invoices from Park County Sheriff's Office to INS for detention of detainees in months of January, February and March (Park 0443-Park 0446; Deposition Exhibit 35).

12.     Interoffice Memorandum from Corporal Crawford to Captain Gore dated 3/8/03 re: Carranza-Reyes (Park 0145-Park 0149; Plaintiff's Exhibit 99, taken from Deposition Exhibit 2).

13.     Interoffice Memorandum from Corporal Crawford to "all staff" dated 3/8/03 (Carranza-Reyes has a kidney stone, etc.) (Park 3529 and Park 3530-Park 3532; Deposition Exhibit 100, taken from Exhibit 21).

14.     Park County Sheriff's Office Policy & Procedure Manual, Chapter 11, J-1111, Sanitation and Hygiene (Park 1528-Park 2532; Deposition Exhibit 36).

15.     Architectural drawings of jail dated 4/3/95 (Park 2278; Deposition Exhibit 29).

16.     Denver Health Medical Center (DHMC) emergency room records (DHMC 0051-0055 dated 3/8/03.

17.     Dr. Ivor Samuel Douglas, DHMC records; cumulative critical care documentation (Deposition Exhibit 40).

18.     Plaintiff's Fourth Supplemental Disclosures re: Ivor Samuel Douglas, M.D. (Deposition Exhibit 44).

19.     Clinica Campesina medical records re: Carranza-Reyes (Deposition Exhibits 66, 67, 68, and 69).

20.     Helen Woodard report, including life care plan (Deposition Exhibit 48).

21.     Helen Woodard data, including cost surveys (Deposition Exhibit 49).

22.     Dr. Pacey's notes of her conversation with Helen Woodard on 5/13/06 (Deposition Exhibit 50).

23.     Report of Patricia L. Pacey, Ph.D. (Deposition Exhibit 51).

24.     Research from Helen Woodard's file (Deposition Exhibit 56).

25.     Government Surveys data from the Bureau of Census from Patricia Pacey's records (Deposition Exhibit 57).

26.     Patricia Pacey's Appendix (Plaintiff's Initial Rule 26a2 Disclosures).

27.     Resume of Robert B. Greifinger, M.D. (Deposition Exhibit 71).

28.     Dr. Greifinger's publication list (Deposition Exhibit 72).

29.     Dr. Greifinger's report dated 7/29/05 (Deposition Exhibit 74).

30.     Dr. Greifinger's report dated 4/27/06 (Deposition Exhibit 75).

31.     Dr. Greifinger's report dated 6/2/06 (Deposition Exhibit 76).

32.     National Commission on Correctional Health Care Standards, 1997 ed., J-41; J-12; J-36; J-38.

33.     National Commission on Correctional Health Care Standards, 2003 ed., JE-11; J-41; J-12; J-38.

34.     Summit County Ambulance Service records on transport of Carranza-Reyes to DHMC on 3/8/03 (Deposition Exhibit 84).

35.     Catherine M. Knox Curriculum Vitae (Deposition Exhibit 90).

36.     Report of Catherine M. Knox, R.N. (Deposition Exhibit 91).

37.     Colorado Nurse Practice Act (NPA) (Deposition Exhibit 93).

38.     Curriculum Vitae of Michael S. Niederman, M.D. (Deposition Exhibit 80).

39.     Dr. Niederman's report dated 6/8/06 (Deposition Exhibit 83).

40.     Curriculum Vitae of Manuel D. Romero (Deposition Exhibit 59).

41.     Report of Manuel D. Romero (Deposition Exhibit 60).

42.     32 Photographs taken of the Plaintiff while hospitalized at DHMC.

43.     Photographs of Plaintiff with and without prosthesis after discharge from DHMC (26 photos) (Plaintiff's Initial Rule 26a1 Disclosures).

44.     Plaintiff's military honorable discharge certificate dated 6/23/01 (Plaintiff's Initial Rule 26a1 Disclosures).

45.     Military hospital record reflecting out-patient surgery for external hemorrhoids dated 7/21/02 (Plaintiff's Initial Rule 26a1 Disclosures).

46.     Pharmacy record dated 8/6/01 (Plaintiff's Initial Rule 26a1 Disclosures).

47.     Military hospital certificate reflecting Plaintiff's good health and passing a military physical (Plaintiff's Initial Rule 26a1 Disclosures).

48.     Document from the 3 Distrito Federal, including fingerprints and signature of Plaintiff (Plaintiff's Initial Rule 26a1 Disclosures).

49.     Distrito Federal showing service in the local police department (Plaintiff's Initial Rule 26a1 Disclosures).

50.     Ejercito Mexicano, Plaintiff's military records (Plaintiff's Initial Rule 26a1 Disclosures).

51.     Document identifying Plaintiff's parents, Juan Carranza and Laura Luz-Reyes (Plaintiff's Initial Rule 26a1 Disclosures; Depo. Exhibit 38).

52.     Departamento del Distrito Federal, showing Plaintiff's ID number within the Mexican Police Department (660227) (Plaintiff's Initial Rule 26a1 Disclosures).

53.     Estados Unidos Mexicanos Registro Civil (Plaintiff's Initial Rule 26a1 Disclosures).

54.     Notice of Action – Application from Juan Carranza to bring Abraham Carranza-Reyes to America (Plaintiff's Initial Rule 26a1 Disclosures).

55.     Naturalization INS registration No. A35629159 for Juan Carranza Alva (Plaintiff's Initial Rule 26a1 Disclosures).

56.     Plaintiff's birth certificate (translation) (Plaintiff's Initial Rule 26a1 Disclosures).

57.     Laboratorio San Pedro test results for Plaintiff (Plaintiff's Initial Rule 26a1 Disclosures).

58.     Letter from the Consulate of Mexico dated 8/20/05 containing statement given to the Consulate by Abraham Carranza-Reyes on 3/10/03 (Plaintiff's Initial Rule 26a1 Disclosures).

59.     Medical records from Clinica Campesina, Thornton, CO, for the dates of 12/12/05 through 1/10/06, Bate-stamped 0009 through 00165.

60.     Statement of Abraham Carranza-Reyes given to Fabian Pina Ruiz of the Mexican Consulate in Denver, CO, dated 10/3/03 (in Spanish), with English translation dated 10/3/03 done by Jose M. Gonzalez, Ph.D., a certified interpreter from Spanish Language Specialists, together with an email from Vanessa Calva dated 9/28/05 (Plaintiff's Third Supplemental Rule 26a1 Disclosures).

61.     Code of Colorado Regulations 1000, Department of Public Health & Environment, 6 Colo. Code Regs. 1010-13, Sections 8.1 through 14.7 (Plaintiff's Deposition Exhibit 22).

62.     Park County Sheriff's Office Detention Center Job Description for Nurse (Park 1356-Park 1357; Deposition Exhibit 25).

63.     INS Detention Standard – Medical Care (Park 1688-Park 1705; Deposition Exhibit 26).

64.     James J. Bachman, M.D., Curriculum Vitae (Deposition Exhibit 27).

65.     James Bachman, M.D./Park County Jail Contract of Employment dated 2/15/01 (Park 0312-Park 0320; Deposition Exhibit 28).

66.     Jail Captain job description dated 7/6/00 (Park 1335-Park 1336; Deposition Exhibit 34).

67.     *Summit Daily* news article dated 11/21/03 quoting Sheriff Fred Wegener (Deposition Exhibit 31).

68.     *Summit Daily* news article dated 3/26/04 by Linda Balough (Deposition Exhibit 32).

69.     *Denver Post* article by Kirk Mitchell on Park County Jail profits (Park 1324; Deposition Exhibit 33).

70.     Statement of Edward Allen dated 1/12/06 (Deposition Exhibit 70).

71.     Report of Thomas A. Rosazza dated 9/11/06 (Rosazza 0001-01422).

72.     Letter from Denver Health, Amit Jha, M.D., showing Plaintiff is cleared for prosthesis (Plaintiff's Initial Rule 26a1 Disclosures).

73.     Notice of hospital lien, Summit Medical Center and Denver Health (Plaintiff's Initial Rule 26a1 Disclosures).

74.     Park County Sheriff's Office Detention center note stating Park County Jail accepts full financial responsibility for any hospital care rendered to Plaintiff and signed by Corporal Crawford, #3504 (Plaintiff's Initial Rule 26a1 Disclosures; Depo. Exhibit 99-2).

75.     Denver Health Medical Center records (3,344 pages) (Bate-stamped 0001 through 3,344).

76.     Medical billings from hospital and physicians, Bate-stamped 02001 through 02251.

77.     Park County Environmental Health Department records and correspondence, Bate-stamped 0001 through 0018.

78.     Park County Final Adopted Budget for the year 2005 (Plaintiff's Initial Rule 26a1 Disclosures).

79.     Denver Health accounting and billing records, Bate-stamped pages 0001 through 0537.

80.     Medical records of Dr. Irene Aguilar, Westside Clinic/Denver Health, Bate-stamped 0001 through 0008.

81.     Email from Vanessa Calva Ruiz, Consul de Proteccion, Consulado General de Mexico, dated 11/2/05 (Plaintiff's Third Supplemental Rule 26a1 Disclosures).

82.     Copy of Plaintiff's automobile insurance coverage for his vehicle, insurance identification card, Colorado insurance identification card, and copy of Plaintiff's Mexican driver's license (Plaintiff's Third Supplemental Rule 26a1 Disclosures).

83.     Clinica Campesina Encounter Invoices Nos. 265414, 263048, 252452, 239870, 238795, 228071, and 219539, whose charges total $640.95 (Plaintiff's Sixth Supplemental Rule 26a1 Disclosures).