IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0037-WDM-BNB

MOISES CARRANZA-REYES

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants.

_____

## PLAINTIFF'S OBJECTIONS AND STIPULATIONS
## TO DEFENDANTS' EXHIBIT LIST
_____

    Plaintiff, through his counsel, submits the following objections and stipulations to Defendants' Exhibit list in compliance with Fed. R. Civ. P. 26(a)(3), as follows on Exhibit A.

    DATED this _6th_ day of April, 2007.

                                           Respectfully submitted,

                                           By:   /s/ William A. Trine, Esq.
                                                   William A. Trine, #577
                                                   Trine & Metcalf, PC
                                                   1435 Arapahoe Avenue
                                                   Boulder Colorado 80302-6390
                                                   (303) 442-0173

                                                   Joseph J. Archuleta, #19426
                                                   Joseph J. Archuleta and Associates

1724 Ogden Street
Denver Colorado 80218
(303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado 80903
(719) 475-8460

Adele Kimmel, Esq.
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
(202) 797-8600

**Attorneys for Plaintiff**

**CERTIFICATE OF MAILING/SERVICE**

The undersigned hereby certifies that on this _6th_ day April, 2007, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, Colorado 80218-1018
*Co-Counsel for Plaintiff*

Lloyd C. Kordick,
Attorney at Law
805 S. Cascade
Colorado Springs, CO 80903
*Co-Counsel for Plaintiff*

Adele P. Kimmel
Richard H. Frankel
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.

2

Suite 800
Washington, D.C. 20030
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th Street, Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of
County Commissioners, Park County Sheriff's Office,
Fred Wegener, and Monte Gore*

Josh A. Marks
Berg, Hill, Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO  80302
*Counsel for Defendant Vicki Paulsen*


                                                          /s/ Elizabeth Peach