**<u>EXHIBIT A</u>**

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 1. Colorado Department of Public Health Inspection Reports of the Park County Detention Center (Park 0004-11; 0023-24) | | X | Relevancy (401, 402 & 403); and Hearsay (802) |
| 2. Park County Daily Jail Logs and County Sheets, March 1-10, 2003 (Park 0026-0127) | X | | |
| 3. Park County Jail's Response to the Consulate General of Mexico regarding The Medical Concerns of Moises Carranza-Reyes dated 3/14/03 (Park 0128-158) | X | | |
| 4. Letter from Capt. Mote Gore to U.S. Dept. of Justice re INS Inspection/ Recommendation for the Park County Jail, and Plan of Action, 01/15/03 (Park 0159) | | X | Relevancy (401, 402); Hearsay (802) |
| 5. INS Inspection Report for the Park County Jail, 9/02, (Park 0171-0247) | | | Relevancy (401, 402 & 403); Hearsay (802) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 6.  U.S. Dept. of Justice/INS Inter-governmental Service Agreement for Housing Federal Detainees (Park 0268-0288) | X | | |
| 7.  Voluntary Statement of Clarence Candelaria re INS Hold Moises Carranza-Reyes, including Handwritten Notations, 03/17/03 (Park 0289-0290) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 8.  Park County Jail Personnel Records of Vicki Paulsen, R.N. (Park 0291-0311) | | X | Hearsay (802) |
| 9.  Agreement for Professional Services for Park County, CO, between James Bachman, M.D. & Park County, CO, 02/15/01 (Park 0312-0320) | | X | Relevancy (401, 402) |
| 10. Park County Jail Cleaning Procedures (Park 0416) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 11. Invoices for cleaning & sanitation supplies (Park 0417-0428) | | X | Hearsay (802); Relevancy (401, 402) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 12.  Park County Government Jail Medical Expenses for 2003 (Park 0429) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 13.  Letters/Monthly Billing Invoices to INS for January, February & March, 2003 INS Holds, 02/10/03; 03/13/03; 04/14/03 (Park 0443-0445) | X | | |
| 14.  Memorandum from Sgt. Muldoon to Capt. Gore re transport of Moises Carranza-Reyes from the Park County Jail to Summit County Medical Center, 9/30/05 (Park 0481) | | X | Hearsay (802) |
| 15.  Interoffice Memorandum from Sgt. Muldoon to Capt. Gore re transport Of Moises Carranza-Reyes from the Park County Jail to Summit County Medical Center, 9/30/05 (Park 0482) | | X | Hearsay (802) |
| 16.  Immigration & Naturalization Service Pre-Authorization Referrals for Moises Carranza-Reyes, 3/9/03 (Park 0491-0493) | | | Hearsay (802); Relevancy (401, 402) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 17.  Memo from Maintenance to Capt. Gore listing Pod D measurements, with Attached Plans for Pod D Upper and Lower Tiers, 10/12/05 (Park 0524-0526) | X | | |
| 18.  Park County Jail Medical Dept. Policies & Procedures Manual (Park 0545-0694 (Depo. Exhibit 5) | X | | |
| 19.  Park County Jail Master Control Log, 1/1/03 – 5/31/03 (Park 0695-1322) | X | | |
| 20.  Park County Jail Policy & Procedures Manual (Park 1324-1766) | X | | |
| 21.  Inmate Handbook (Spanish) (Park 1767-1796) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 22.  Park County Jail Criminal Justice Code of Ethics (Park 1797-2228) | ? | | Hearsay (802); Relevancy (401, 402 & 403) |
| 23.  As-Built Drawing: Special Systems Plan, 2nd Floor – Western Corrections Group, 4/3/95 (Park 2278) | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 24.  Park County Jail's Maintenance Purchases, 1/02 – 10/02 (Park 2396-2535) | | | Hearsay (802); Relevancy (401, 402) |
| 25.  Park County Jail's Maintenance Purchases, 11/02 – 12/03 (Park 2536-2654) | | | Hearsay (802); Relevancy (401, 402) |
| 26.  Park County Jail's Soft Goods & Bed Purchases, 3/01 – 9/03 (Park 2655-2699) | | | Hearsay (802); Relevancy (401, 402) |
| 27.  Order and Park County Jail Voucher showing purchase of Manual for Health Care Standards, 5/3/02 (Park 2700-2702) | | | Hearsay (802); Relevancy (401, 402) |
| 28.  Park County Jail Head/Face Count Sheets for Day Shift, 2/03 (Park 2703-2732) | X | | |
| 29.  Park County Jail Head/Face Count Sheets for Graveyard Shift, 2/03 (Park 2764-2794) | X | | |
| 30.  Park County Jail Head/Face Count Sheets for Graveyard Shift, 2/03 (Park 2764-2794) | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 31.  Park County Jail Head/Face Count Sheets for Day Shift, 3/03 (Park 2795-2827) | X | | |
| 32.  Park County Jail Head/Face Count Sheets for Swing Shift, 3/03 (Park 2828-2859) | X | | |
| 33.  Park County Jail Head/Face Count Sheets for Graveyard Shift, 3/03 (Park 2860-2890) | X | | |
| 34.  Park County Jail Meal Count Sheets, 3/03 (Park 2891-3044) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 35.  Park County Jail Meal County Sheets, 2/03 (Park 3045-3203) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 36.  Park County Jail Pass-on Notes, 2/03 (Park 3406-3500) | X | | |
| 37.Park County Jail Pass-on Notes, 3/03 (Park 3501-3597) | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 38.  Memo from Vicki Paulsen, RN, re Moises Carranza-Reyes, 3/8/03 (Park 3988-3989) | | X | Hearsay (802) |
| 39.  Park County Jail Communicable Diseases Policy (Park 1995-2000) | X | | |
| 40.  INS Detention Standard Medical Care (Park 1688-1698) | X | | |
| 41.  Plans/Diagrams of Pod D (Park 4089-4091) | X | | |
| 42.  Park County Jail Kite Log, 3/9/03 – 3/25/03 (Park 4313-4314) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 43.  Park County Jail Sergeants' Daily Logs, 2/03 (Day Shift) (Park 4843-4936) | | X | Hearsay (802); Relevancy (401, 402 & 403) |
| 44.  Park County Jail Sergeants' Daily Logs, 2/03 (Swing Shift) Park 4937-5007) | | X | Hearsay (802); Relevancy (401, 402 & 403) |
| 45.  Park County Jail Sergeants' Daily Logs, 2/03 (Graveyard Shift (Park 5008-5096) | | X | Hearsay (802); Relevancy (401, 402 & 403) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 46.  Park County Jail Visitors' Logs (Park 6911-6964) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 47.  Park County Jail Visitors' Register (Park 6965-6968) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 48.  Plaintiff's Responses to First Set of Interrogatories & Request for Production of Documents from Defendants Park County, Park County Board of County Commissioners, the Park County Sheriff's Office, Fred Wegener, and Monte Gore, 12/12/05 | | X | Hearsay (802); Relevancy (401, 402 & 403) |
| 49.  Plaintiff's Responses to Second Set of Interrogatories & Requests for Production of Documents to Plaintiff Moises Carranza-Reyes from Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore, 6/13/06 | | X | Hearsay (802); Relevancy (401, 402 & 403) |
| 50.  Letter from Don, Hiller & Galleher to Park County Sheriff's Office requesting Records of Moises Carranza-Reyes (Depo Exhibit 18) | | | Hearsay (802); Relevancy (401, 402 & 403) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 51.  Records release signed by Moises Carranza-Reyes allowing access by Aiden Leonard & Summit Daily News (Depo. Exhibit 19) | | X | Relevancy (401, 402 & 403) |
| 52.  Letter from the Consulate General of Mexico to Jerry Weber, ICE, 3/10/03 (Depo. Exhibit 30) | X | | |
| 53.  Memo by Fabian Pina Ruiz (Depo. Exhibit 37) | | | |
| 54.  U.S. Dept. of Justice Notice of Action-Immigrant Petition for Relative, Fiance(e), or Orphan by Juan A. Carranza (Depo. Exhibit 38) | X | | |
| 55.  Statement of Edward Allen dated 10/28/05 (Depo. Exhibit 70) | | X | Hearsay (802) |
| 56.  Medical Records of Moises Carranza-Reyes from Summit County Medical Center (0001-0017, SMC 0001-0007) (Depo. Exhibits 24, 24A, 85, 86) | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 57.  Ambulance Transport Records of Moises Carranza-Reyes, including Summit County Emergency Services Patient Contact Report and Transfer Consent Form (Depo. Exhibits 84, 87) | X | | |
| 58.  Medical Records of Moises Carranza-Reyes from Denver Health Medical Center (DHMC 000-3209) | X | | |
| 59.  Medical Records of Moises Carranza-Reyes from Westside Clinic/ Denver Health (0001-0007) | X | | |
| 60.  Medical Records & Invoices of Moises Carranza-Reyes from Clinica Campesina (008-015; Defendants' Park County, et al. Seventh Supple-Mental Disclosure Documents, and Depo. Exhibits 66, 67, 68, 101) | X | | |
| 61.  Letter from Meredith Poppish, RN, RNP-C, To Whom it May Concern, With attached med recordsl 2/2/06, Depo. Exhibit 69) | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 62.  Clinica Campesina Mental Health Referral Form dated 1/10/06 | X | | |
| 63.  Renewal Notice Letter dated 6/1/02 from the State of Colorado Dept. of Corrections to Jerry Solberg, Park County Board of County Commissioners | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 64.  Intergovernmental Contract dated 7/17/03 between State of Colorado (Dept. of Corrections) and Park County | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 65.  Colorado DOC Private Prisons Monitoring Unit Contract Facility Visit, Park County Jail, 10/30/02 (DOC 0001) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 66.  Colorado DOC Memo from Michael Colvin to Michael Arellano re Park County Jail Visit of 12/16/02 (DOC 0002) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 67.  Colorado DOC Memo from Terry Flanagan to Michael Arellano re Park County Jail Audit, 9/17/02 (DOC 003-0017) | | | Hearsay (802); Relevancy (401, 402 & 403) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 68.  Colorado DOC Memo from Michael Arellano to Bill Zalman, Through Lou Archuleta, re Park County Jail Visit, 11/18/03 (DOC 0018-0019) | | | Hearsay (802; Relevancy (401, 402 & 403) |
| 69.  Colorado DOC Memo from John Bongirno to Michael Arellano re Park County Jail Visit, 2/27/03 (DOC 0020-0021) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 70.  Colorado DOC Memo from John Bongirno to Michael Arellano re Park County Jail Visit, 4/3/03 (DOC 0022-0023) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 71.  Colorado DOC Memo from Deborah Ahlin to Lou Archuleta re Park County Jail Visit, 10/20/03 (DOC 0024-0025) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 72.  Colorado DOC Private Prisons Monitoring Unit Contract Facility Visit, Park County Jail, 6/6/02 (DOC 0026) | | | Hearsay (802); Relevancy (401, 402 & 403) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 73.  Colorado DOC Memo from Deborah Ahlin to Michael Arellano Re Park County Jail Visit, 9/23/03 (DOC 0027) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 74.  Colorado DOC Private Prisons Monitoring Unit Contract Facility Visit, Park County Jail, 4/17/03 (DOC 0028) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 75.  Colorado DOC Memo from Deborah Ahlin to Michael Arellano Re Park County Jail Visit, 7/3/03 (DOC 0029-0030) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 76.  Colorado DOC Memo from Jim Webber to Michael Arellano re Park County Jail Visit, 5/14/04 (DOC 0031) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 77.  Colorado DOC Memo from Deborah Ahlin to Michael Arellano re Park County Jail Visit, 3/22/04 (DOC 0032) | | | Hearsay (802); Relevancy (401, 402 & 403) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 78. Colorado DOC Memo from Deborah Ahlin to Michael Arellano re Park County Jail Visit, 4/22/04 (DOC 0033-0034) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 79. Colorado DOC Memo from Deborah Ahlin to Michael Arellano re Park County Jail Visit, 4/13/04 (DOC 0035-0036) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 80. Colorado DOC Memo from Deborah Ahlin to Michael Arellano re Park County Jail Visit, 4/15/04 (DOC 0037-0038) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 81. Colorado DOC Memo from Deborah Ahlin to Michael Arellano re Park County Jail Visit, 6/14/04 (DOC 0039) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 82. Colorado DOC Memo from Deborah Ahlin to Michael Arellano re Park County Jail Visit, 9/2/04 (DOC 0040-0041) | | | Hearsay (802; Relevancy (401, 402 & 403) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 83. Colorado DOC Memo from T. Flanagan to Michael Arellano re Park County Jail Visit, 11/17/04 (DOC 0042-0043) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 84. Colorado DOC Memo from Deborah Ahlin to Michael Arellano re Park County Jail Visit, 5/13/04 (DOC 0044-0445) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 85. Colorado DOC Memo from T. Flanagan to Michael Arellano re Park County Jail Visit, 1/6/04 (DOC 0048-0049) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 86. Colorado DOC Memo from Wes Lehman to Michael Arellano re Park County Detention Center – ACA Compliance, 9/10/04 (DC 0050-0057) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 87. Documents from Immigration & Naturalization Service/Immigration & Custom Enforcement | | | Plaintiff reserves objections until documents Produced |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 88.  Documents from Mexican Consulate | | | Plaintiff reserves objections until documents Produced |
| 89.  Documents from the Country of Mexico | | | Plaintiff reserves objections until documents Produced |
| 90.  Expert File of Thomas A. Rosazza (Rosazza 0001-0142) | | | Hearsay (802) |
| 91.  Expert File of Kathryn L. Doeschot | | | Hearsay (802) |
| 92.  Expert File of Gregory B. Taylor and Kyle D. Jacobson | | | Hearsay (802) |
| 93.  Expert File of Donald H. Kearns, M.D. (Kearns 001-0422) | | | Hearsay (802) |
| 94.  Expert File of Shelley Fischer, RN, MS | | | Hearsay (802) |
| 95.  Expert File of Ivor Garlick, M.D. | | | Hearsay (802) |
| 96.  Expert File of Elizabeth Kraft, M.D. | | | Hearsay (802) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 97. Park County Sheriff's Office Detention Center Inter-Office Memo From Cpl. Crawford to Capt. Gore, Cc: Sgt. Muldoon, re Moises Carranza-Reyes, 3/8/03 (Depo. Exhibit 99-1) | | X | Hearsay (802) |
| 98. Park County Sheriff's Office Detention Center Inter-Office Memo From Cpl. Crawford to Denver Health, Bed Control (Judy) re financial Responsibility of the Park County Jail For hospital care rendered to Carranza-Reyes, 3/8/03 (Depo. Exhibit 99-2) | | X | Relevancy (401, 402 & 403) |
| 99. Park County Sheriff's Office Detention Center Inter-Office Memo From Sgt. Muldoon to Capt. Gore re INS Detainee Carranza-Reyes – Timeline, 3/12/03 (Depo. Exhibit 99-3) | | X | Hearsay (802) |
| 100. Park County Sheriff's Office Detention Center Inter-Office Memo from Cp. Crawford to All Staff concerning Shift Highlights/Inmate Carranza-Reyes, 3/8/03 (Park 3529) (Depo. Exhibit 100-1) | | X | Hearsay (802 |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 101.  Park County Sheriff's Office Detention Center Inter-Office Memo from Cpl. Crawford to Capt. Gore, cc: Sgt. Muldoon re INS Inmate Carranza-Reyes Timeline, 3/8/03 (Park 3530-3531) (Depo. Exhibit 100-2) | | | Hearsay (802) |
| 102.  Park County Sheriff's Office Detention Center Inter-Office Memo from Cpl. Crawford to All Staff Concerning Shift Highlights/Inmate Carranza-Reyes (with handwritten notations), 3/8/03 (Depo. Exhibit 100-3) | | | Hearsay (802) |
| 103.  Denver Health Medical Center Progress Record, 3/9/03 (Depo. Exhibit 40) | X | | |
| 104.  Denver Health Medical Center Physician Order Sheet, Ongoing Orders, 3/8/03 (Depo. Exhibit 41) | X | | |
| 105.  Denver Health Medical Center Physician Order Sheet, Ongoing Orders, 3/9/03 (Depo. Exhibit 42) | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 106.  Denver Health Medical Center Progress Record, 3/9/03 (Depo. Exhibit 43) | X | | |
| 107.  Letter from William Trine, Esq. to Dr. Douglas, 3/21/06 (Depo. Exhibit 45) | | X | Hearsay (802) |
| 108.  Expert File and Billing Records of Plaintiff's expert Helen Woodard (Woodard 0001-0313, 0417-0423) (Depo. Exhibit 49) | | X | Hearsay (802) |
| 109.  Handwritten notes of Woodard Telephone Conversation with Moises Carranza-Reyes, 5/13/06 (Depo. Exhibit 50) | | X | Hearsay (802) |
| 110.  Expert File of Plaintiff's expert Patricia Pacey (Pacey 0001-0403) | | X | Hearsay (802) |
| 111.  InternationalLiving.com article re Mexico healthcare, undated (Depo. Exhibit 52) | | X | Hearsay (802); Relevancy (401, 402 & 403) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 112.  LA Times article:  "Healthcare is Migrating South of the Border," printed from the internet 5/17/06 (Depo Exhibit 53) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 113.  Washington Post article:  "Passport to Health Care at Lower Cost to Patient," 11/5/05 (Depo. Exhibit 54) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 114.  Comparison of average medical costs in the U.S. versus Mexico City by Woodard, undated; Services Survey Form For Mr. Carranza-Reyes by Woodard, 4/06; Services Survey Form for Mr. Carranza-Reyes by Woodard, 3/06 (Depo. Exhibit 56) | | X | Hearsay (802) |
| 115.  Table PINC-04, undated (Depo. Exhibit 57) | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 116.  U.S. Census Bureau Historical Income Tables-People, printed 7/5/06 (Depo. Exhibit 58) | | X | Hearsay (802) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 117.  Expert File of Plaintiff's Expert Manuel Romero (Romero 0001-01193) | | X | Hearsay (802) |
| 118.  Handwritten notes of Manuel Romero (Depo. Exhibit 63) | | X | Hearsay (802) |
| 119.  Deposition outlines James Bachman & handwritten notations (Depo. Exhibits 62 and 64) | | X | Hearsay (802) |
| 120.  Expert File of Plaintiff's Expert Catherine Knox, RN (Knox 0001-1002) | | X | Hearsay (802) |
| 121.  Electronic correspondence from Catherine Knox to William Trine, Esq., 5/11/05 (Depo. Exhibit 88) | | X | Hearsay (802) |
| 122.  Time and Expense Report of Catherine Knox, RN (Depo. Exhibit 89) | X | | |
| 123.  Selected pages from APIC Test of Infection Control and Epidemiology re Group A Streptococcus (Depo. Exhibit 92) | | X | Hearsay (802) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 124.  State of Colorado Nurse Practice Act (Depo. Exhibit 93) | X | | |
| 125.  Expert File of Plaintiff's expert Anthony Volz, RN (Volz 0001-0440) | | X | Hearsay (802) |
| 126.  File of Plaintiff's expert Robert Greifinger, MD (Greifinger 0001-0691) | | X | Hearsay (802) |
| 127.  Additional File materials of Plaintiff's expert Robert Greifinger (Depo. Exhibit 78) | | X | Hearsay (802) |
| 128.  Invoices of Dr. Greifinger (Depo. Exhibit 94) | X | | |
| 129.  Letters from Dr. Greifinger to William Trine, Esq. (Depo. Exhibit 95) | | X | Hearsay (802) |
| 130.  Expert File of Plaintiff's expert Michael Niederman, MD (Niederman 0001-00322) | | X | Hearsay (802) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 131.  Deposition outlines for Dr. Ivor Dougla and Edward Allen (Depo. Exhibit 82) | | X | Hearsay (802) |
| 132.  Park County Jail Cleaning Policies (Park 0416) | | X | Hearsay (802); Relevancy (401, 402 & 403) |
| 133.  Dep. Thomas Memo to Capt. Gore, 3/13/03 (Park 0136) | | X | Hearsay (802) |
| 134.  Order to Detain or Release Aliens, 3/1/03 (Park 0138) | | X | Hearsay (802) |
| 135.  Cpl. J. Bellantonio Memo to Capt. Gore, 3/12/03 (Park 0137) | | X | Hearsay (802) |
| 136.  INS Detainee Intake Form for Moises Carranza-Reyes (Park 0139) | X | | |
| 137.  Park County Jail Reporte Para El Doctor for Moises Carranza-Reyes (Park 0140) | X | | |
| 138.  Park County Jail Count Sheets, 3/1/03 – 3/8/03 (Park 2796-2868) | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 139.  Park County Pod Walk Log Sheets, 3/2/03 – 3/7/03 (Park 0119, 0102, 0090, 0074, 0069) | X | | |
| 140.  Sgt. Flint Memo to Sgt. Muldoon/ Day Shift, 3/4/03 (Park 3517) | X | | |
| 141.  Park County Jail Nursing Notes for Moises Carranza-Reyes (Park 3525, 3528 & 3542-3543) | X | | |
| 142.  Dep. Don Frye Incident Report, 3/8/03 (Park 0155-0156) | X | | |
| 143.  Sgt. Muldoon Memo to Capt. Gore, 3/8/03 (Park 3530-3531) | | X | Hearsay (802) |
| 144.  Sgt. Muldoon Memo to Capt. Gore, 3/12/03 (Park 0148-0149) | | X | Hearsay (802) |
| 145.  Cpl. Crawford Memo to All Staff, 3/8/03 (Park 3529) | | X | Hearsay (802) |
| 146.  Special Systems Plan Second Floor – The Western Corrections Group (Park 2278) | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 147.  Bibliography of General Economic Sources of Patricia L. Pacey, Ph.D. | X | | |
| 148.  English Language Proficiency & Wage Rates of Mexican Immigrants by Jeremy Sandford | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 149.  English Language Ability and the Labor Market Opportunities of Hispanic And East Asian Immigrant Men by Sherrie A. Kossoudji | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 150.  The Role of Immigrants in the U.S. Labor Market by the Congressional Budget Office | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 151.  Life and Worklife Expectancies by Hugh Richards, M.S. and Jon R. Abele, Esq. | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 152.  The New Worklife Expectancies Table by A.M. Gamboa, Jr., Ph.D. and David S. Gibson, MBA, CPA | | | Hearsay (802); Relevancy (401, 402 & 403) |
| 153.  Data from International Monetary Fund Web Site, Government Bond Yields, 2/9/07 | | | Hearsay (802); Relevancy (401, 402 & 403) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 154.  Pneumonia Outbreak Associated with Group A Streptococcus Species at Military Training Facility by Nancy F. Crum, et al | X | | |
| 155.  Joseph J. Archuleta letter to Vanesa Calva Ruiz, 6/8/05 | | X | Hearsay (802) |
| 156.  Invoice from Hanger Prosthetics and Orthotics, 6/9/05 | X | | |
| 157.  Receipt from Hanger Prosthetics and Orthotics, 6/27/05 | X | | |
| 158.  Joseph J. Archuleta letter to Vanessa Calva Ruiz, 11/1/05 | | X | Hearsay (802); Relevancy (401, 402 & 403) |
| 159.  Invoice from Hanger Prosthetics and Orthotics, 10/23/05 | X | | |
| 160.  Vanessa Calva Ruiz email to Joseph Arhculeta, 11/2/05 | | X | Hearsay (802); Relevancy (401, 402 & 403) |
| 161.  Joseph Archuleta letter to United States of America, et al, 7/7/03 | | X | Hearsay (802) |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 162.  Invoice from Hanger Prosthetics and Orthotics, 11/2/05 | X | | |
| 163.  State of Colorado Proof of Insurance for Moises Carranza | | X | Relevancy (401, 402 & 403) |
| 164.  Identification Record for Moises Carranza-Reyes | | X | Relevancy (401, 402 & 403) |
| 165.  La Comandancia De Law IRM Exteinda la Presente Constancia to Moises Carranza-Reyes, 6/23/01 | X | | |
| 166.  Secretari De La Defensa Natcional Records for Moises Carranza-Reyes, 7/23/01 | X | | |
| 167.  Ejercito Mexicano Unidad De Especialisadas Medics for Moises Carranza-Reyes, 6/01 | X | | |
| 168.  Secreteria De La Defensa National Certica for Moises Carranza-Reyes | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 169.  Distrito Federal Secretaria de Seguridad Publica Records for Moises Carranza-Reyes | X | | |
| 170.  Eljercito Mexicano Service Militar Nacional Records for Moises Carranza-Reyes | X | | |
| 171.  Solictud de Empleo Records for Moises Carranza-Reyes, 7/19/02 | X | | |
| 172.  Departamento Del Distrito Federal Secretaria General de Proteccion y Vialidad Records for Moises Carranza-Reyes | X | | |
| 173.  Estados Unidos Mexicanos Registro Civil for Moises Carranza-Reyes | X | | |
| 174.  Acta de Nacimiento for Moises Carranza-Reyes | X | | |
| 175.  Laboratorio San Pedro records for Moises Carranza-Reyes | X | | |

| Exhibit | Stipulate to Admissibility | Stipulate to Authenticity | Objections on Grounds of Hearsay Of hearsay (Rule 802); Relevancy (Rule 401-402); Prejudice, Confusion or Waste of Time (Rule 403) |
|---|---|---|---|
| 176. Statement of Moises Carranza-Reyes, 6/22/05 | X | | |
| 177. Juan Marcos Guttierez Gonalez letter to Moises Carranza-Reyes and Abraham Carranza-Reyes, 8/20/05 | X | | |
| 178. Moises Carranza-Reyes Application for Assistance to Friends of Man, 3/18/04 | | X | Relevancy (401, 402 & 403) |
| 179. All exhibits identified by Plaintiff | | | No exhibits identified |
| 180. All exhibits necessary for impeachment | | | No exhibits identified |
| 181. All exhibits necessary for rebuttal | | | No exhibits identified |
| 182. All exhibits necessary to establish foundation or authenticity | | | No exhibits identified |
| 183. All exhibits necessary to refresh recollection | | | No exhibits identified |
| 184. Demonstrative exhibits | | | No exhibits identified. |