IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants

---

### DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBITS PURSUANT TO FED. R. CIV. P. 26(a)(3)

---

Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore, and Vicki Paulsen, by and through their respective counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C. and Josh A. Marks, Esq. and Melanie B. Lewis, Esq. of Berg Hill Greenleaf and Ruscitti, LLP, pursuant to Fed. R. Civ. P. 26(a)(3) and the Final Pretrial Order entered by this Court on March 13, 2007, hereby respectfully submit the Defendants' Objections to Plaintiff's Exhibits Pursuant to Fed. R. Civ. P. 26(a)(3), as follows:

Defendant's objections correspond to the numbers used in the Plaintiff's Amended Exhibit List to Final Pretrial Order filed with this Court on March 27, 2007.

**Objections to Plaintiff's Exhibits:**

1. Lack of authentication and foundation on the first page of this exhibit.

3. Incomplete pursuant to Fed. R. Evid. 106.

4. Incomplete pursuant to Fed. R. Evid. 106.

5. Incomplete pursuant to Fed. R. Evid. 106.

6. Incomplete pursuant to Fed. R. Evid. 106.

9. Incomplete pursuant to Fed. R. Evid. 106; lack of authentication and foundation.

10. Lack of authentication and foundation.

12. Improper multiple documents; lack of authentication and foundation.

13. Improper multiple documents; lack of authentication and foundation.

14. Incomplete pursuant to Fed. R. Evid. 106.

15. Lack of authentication and foundation; lack of original document pursuant to Fed. R. Evid. 1002; hearsay; incomplete pursuant to Fed. R. Evid. 106.

16. Incomplete pursuant to Fed. R. Evid. 106.

17. Incomplete pursuant to Fed. R. Evid. 106.

18. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation.

20. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

21. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation.

23. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

26. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

27. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation.

28. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation.

29. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

30. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

31. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

32. Incomplete pursuant to Fed. R. Evid. 106; lack of authentication and foundation; hearsay.

33. Incomplete pursuant to Fed. R. Evid. 106; lack of authentication and foundation; hearsay.

34. Incomplete pursuant to Fed. R Evid. 106.

35. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation.

36. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

37. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation.

38. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation.

39. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

40. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation.

41. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

42. Lack of authentication and foundation; improper multiple documents.

43. Lack of authentication and foundation; improper multiple documents.

54. Lack of authentication and foundation; hearsay.

55. Lack of authentication and foundation; hearsay.

59. Incomplete pursuant to Fed. R. Evid. 106; lack of authentication and foundation.

61. Lack of authentication and foundation; hearsay; incomplete pursuant to Fed. R. Evid. 106.

63. Incomplete pursuant to Fed. R. Evid. 106.

64. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation.

67. Hearsay; lack of authentication and foundation.

68. Hearsay; lack of authentication and foundation.

69. Hearsay; lack of authentication and foundation.

70. Hearsay; lack of authentication and foundation.

71. Hearsay; improper expert testimony pursuant to Fed. R. Evid. 702; lack of authentication and foundation; improper summary pursuant to Fed. R. Evid. 1006.

73. Lack of authentication and foundation; hearsay; incomplete pursuant to Fed. R. Evid. 106.

74. Improper evidence pursuant to Fed. R. Evid. 408.

75. Lack of authentication and foundation; hearsay.

76. Lack of authentication and foundation; hearsay.

77. Lack of authentication and foundation; hearsay.

78. Lack of authentication and foundation; hearsay; incomplete pursuant to Fed. R. Evid. 106.

79. Lack of authentication and foundation; hearsay.

83. Lack of authentication and foundation; hearsay.

In addition to the above objections, pursuant to Fed. R. Civ. P. 26(a)(3), Defendants reserve their right to object pursuant to Fed. R. Evid. 402 and Fed. R. Evid. 403, and any other basis not subject to a Fed. R. Civ. P. 26(a)(3) objection to any of the exhibits or witnesses listed by the Plaintiff in the Final Pretrial Order and the Plaintiff's Amended Exhibit List to Final Pretrial Order.

WHEREFORE, Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore, and Vicki Paulsen respectfully submit the foregoing Defendants' Objections to Plaintiff's Exhibits Pursuant to Fed. R. Civ. P. 26(A)(3).

Dated this 12th day of April, 2007.

Respectfully submitted,

s/ Andrew D. Ringel_____
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Tel:  (303) 628-3300
Fax:  (303) 293-3238

**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, FRED WEGENER AND MONTE GORE**

and

Josh A. Marks, Esq.
Melanie B. Lewis, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
Tel: (303) 402-1600
Fax: (303) 402-1601
jam@bhgrlaw.com
mbl@bhgrlaw.com

**ATTORNEYS FOR DEFENDANT VICKI PAULSEN**

**CERTIFICATE OF SERVICE (CM/ECF)**

  I HEREBY CERTIFY that on the 12th day of April, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Joseph J. Archuleta, Esq.<br>archuletalaw@qwest.net | Lloyd C. Kordick, Esq.<br>lloyd@kordicklaw.com |
| William A. Trine, Esq.<br>btrine@trine-metcalf.com | Adele P. Kimmel, Esq.<br>akimmel@public justice.net |
| Josh A. Marks, Esq.<br>jam@bhgrlaw.com | |
| Melanie B. Lewis, Esq.<br>mbl@bhgrlaw.com | |

          s/Loree Trout,   Secretary
           Andrew D. Ringel, Esq.
           Jennifer L. Veiga, Esq.
           Hall & Evans, L.L.C.
           1125 17th Street, Suite 600
           Denver, CO 80202-2052
           303-628-3300
           Fax: 303-293-3238
           ringela@hallevans.com

           **ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\Obj to pla exhibit- 26(A)(3).doc