IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;

FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado;

MONTE GORE, individually and in his capacity as captain of Park County Sheriff's Department; and

VICKI PAULSEN, individually and in her official capacity as registered nurse for Park County, Colorado,

    Defendants.

## DEFENDANT PAULSEN'S SUPPLEMENT TO REPLY BRIEF
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Vicki Paulsen, by and through her undersigned counsel, hereby submits this Supplement to her Reply Brief in Support of her Motion for Summary Judgment as follows:

In Paulsen's Reply Brief in Support of her Motion for Summary Judgment, Paulsen attached a declaration of expert witness Dr. Donald H. Kearns to address Plaintiff's hearsay challenge to the admissibility of certain expert reports. (*See* Reply in Support of Mot. for S.J., at 22, n.8 (attaching Exh. A-25)). At the same time, Paulsen stated that she would supplement her reply once she received similar declarations from Dr. Kraft and Dr. Garlick attesting to their reports. (*See id.*). Having received executed declarations from Dr. Kraft and Dr. Garlick, Paulsen supplements her

Reply in Support of her Motion for Summary Judgment with Dr. Kraft's and Dr. Garlick's declarations, which are attached hereto as Exhibits A-26 and A-27.

Respectfully submitted this 24th day of April, 2007

            s/ Melanie B. Lewis
            _____
            Josh A. Marks
            Melanie B. Lewis
            Berg Hill Greenleaf & Ruscitti LLP
            1712 Pearl Street
            Boulder, CO  80302
            Phone:  (303) 402-1600
            Fax:  (303) 402-1601
            Email:  jam@bhgrlaw.com; mbl@bhgrlaw.com

            *Attorneys for Defendant Paulsen*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2007, I electronically filed the foregoing **DEFENDANT PAULSEN'S SUPPLEMENT TO REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,:

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO  80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO  80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO  80302
btrine@trine-metcalf.com

Adele P. Kimmell
Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmel@publicjustice.net

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO  80202
ringela@hallevans.com

s/ Julie Bozeman
_____
Julie Bozeman

3