**EXHIBIT A-53**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF: ABRAHAM CARRANZA-REYES
February 6, 2006

---

MOISES CARRANZA-REYES,

Plaintiff

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Defendant Park County at 1125 17th Street, Suite 600, Denver, Colorado 80202 at 9:00 a.m. before Laura L. Corning, Federal Certified Realtime Reporter, Certified Shorthand Reporter and Notary Public within Colorado.

*   SUBJECT TO CONFIDENTIALITY DESIGNATIONS   *

d998e91e-7170-4023-bff2-9fe39d2f8518

Carranza-Reyes v. Park County                Abraham Carranza-Reyes

Page 179

1  did to examine him on the second visit?
2      A.    I don't understand. What do you mean by
3  she did to examine?
4      Q.    Did your brother talk about whether the
5  nurse, for example, took his temperature?
6      A.    No, he didn't say anything.
7      Q.    That's what I'm asking, if the nurse --
8  if your brother described what the nurse did to check
9  him over.
10     A.    My brother made no comment to me about
11 that.
12     Q.    On the second visit was your brother
13 accompanied by an interpreter, too?
14     A.    Yes.
15     Q.    And was it the same gentleman from
16 Central America?
17     A.    Yes.
18     Q.    Did the gentleman from Central America
19 discuss what the nurse did to check over your brother?
20     A.    No.
21     Q.    Okay. Did your brother tell you what, if
22 anything, the nurse had recommended he do?
23     A.    No. He only said that he -- that she
24 said for him to take the meds that she had given to him
25 and also that pink liquid.

*   SUBJECT TO CONFIDENTIALITY DESIGNATIONS   *

d998e91e-7170-4023-bff2-9fe39d2f8518