253

**EXHIBIT A-52**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF: MOISES CARRANZA-REYES, VOLUME II
January 17, 2006

---

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Defendants at 1125 17th Street, Suite 600, Denver, Colorado 80202 at 1:21 p.m. before Theresa A. Coffman, Federal Certified Realtime Reporter and Notary Public within Colorado.

Coffman Reporting
303.893.0202
303.893.2230 FAX

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

```
 1        A.     Hardly anything at all.
 2        Q.     And what happened?
 3        A.     I went in with the guy who was helping me,
 4   who was interpreting.
 5        Q.     What did you tell the nurse?
 6        A.     I told my friend to say I was feeling really
 7   badly. I told him that I had what I said: Headaches,
 8   stomachaches. My body felt very heavy, and I was
 9   feeling --
10               INTERPRETER: Let the interpreter clarify
11   one thing.
12        A.     I felt like I was dizzy. I told him that,
13   and then he told her, and I remember he said to me that
14   she had asked where was I from.
15        Q.     (BY MR. RINGEL) Did you tell your friend,
16   the interpreter, who then told the nurse, where you were
17   from?
18        A.     Yes.
19        Q.     You told her you were from Mexico?
20        A.     Mexico City.
21        Q.     Did you tell her any biographical
22   information about yourself?
23        A.     Biographical? What do you mean?
24        Q.     Personal information, like where you were
25   from specifically, what your work background was, your
```

1  family, anything like that?
2      A.   No, she never asked me that.
3      Q.   How long would you estimate your visit was
4  in its entirety with the nurse the first time you saw
5  her?
6      A.   I think about five minutes, maybe less.
7      Q.   Did you tell the nurse that you had body
8  aches?
9      A.   Yeah. I told the interpreter, "Tell her I
10 felt really bad." I had a bad sore throat, that I had
11 stomachaches, that I felt like I was dizzy and I had the
12 shakes, and the only thing she said back that he told me
13 she'd asked is where are you from.
14     Q.   Did she ask any specific questions through
15 the interpreter about how you -- about any of your
16 symptoms?
17     A.   No, because she said, well, you know, "It's
18 the altitude," that it was just something that was
19 normal, normal, normal.
20     Q.   Did she take your temperature?
21     A.   No. I don't remember that, no.
22     Q.   Did she take your pulse?
23     A.   No.
24     Q.   Did she listen to your breathing?
25     A.   I don't remember that she even came up to

1    Q.    (BY MR. RINGEL)  Were you taken to the
2 infirmary again to see the nurse, the nurse's station?
3    A.    Yes, sir.
4    Q.    Who was with you?
5    A.    My brother wanted to go with me, but once
6 again, they wouldn't let him.  The interpreter friend who
7 went with me the first time went.
8    Q.    Did you ever learn why they wouldn't let
9 your brother come with you?
10   A.    Could have been because he didn't speak
11 English.
12   Q.    Do you remember the officer who took you to
13 see the nurse on that day?
14   A.    A big guy.
15   Q.    Okay.
16   A.    Can't remember what his face looked like,
17 though.
18   Q.    Had you encountered that individual
19 previously?
20   A.    It could be.
21   Q.    When do you remember encountering him
22 previously?
23         MR. KORDICK:  Objection to form.
24   A.    I was pretty sick, and I said maybe I could
25 remember him, but I don't know.

1   Q.   (BY MR. RINGEL)  What time of the day did
2   you see the nurse for the second time?
3   A.   I don't remember the time.
4   Q.   Tell me everything you remember about your
5   meeting with the nurse the second time.
6   A.   She asked me what I felt like.  Sore throat
7   I said.  I felt even worse.  The sore throat was worse.
8   I had been coughing, started to cough more.  I started
9   vomiting.  The interpreter told her that I was feeling
10  pain in my stomach and I was very dizzy.  And she said,
11  "Ah, it could be the altitude."  I don't know why she was
12  reacting in that way, but . . .
13  Q.   Did she examine you in any way?
14  A.   No, sir.
15  Q.   She didn't touch your skin?
16  A.   No, sir.
17  Q.   Did she listen to your lungs or to your
18  heart with a stethoscope?
19  A.   I don't even remember that she approached
20  me.
21  Q.   Did she take your temperature?
22  A.   No, sir.
23  Q.   Did she touch your abdomen?
24  A.   No.
25  Q.   How long was this second visit with the

1   or someone else?

2         A.      My brother was with me, but there was

3   another young guy that spoke a little bit of English, if

4   I recall.

5         Q.      Were any of the sheriff's officials checking

6   on you during that period of time?

7         A.      He was -- the guy who took me to the nurse's

8   station, I don't remember, but I don't think he came back

9   to see me again, but he was one of the only people that

10  did see me.  That's what I remember.

11        Q.      At some point in time later that morning,

12  you see the nurse for a third time; is that correct?

13        A.      Yes, sir.

14        Q.      Did anything else happen that you remember

15  between when you were with the deputy in the nurse's

16  station and when you saw the nurse for the third time

17  that we haven't already talked about?

18        A.      No.  I don't remember if anything else

19  happened or not.

20        Q.      What time of day was it in the morning when

21  you saw the nurse for the third time; do you recall?

22        A.      No, sir.  I can't remember.

23        Q.      Was it in the morning?

24        A.      I remember that it was in the morning.  I

25  don't know what time in the morning it was.

1    Q.    What do you remember about that third visit
2    you had with the nurse? Where did it take place?
3    A.    I remember I was in bed laying down with my
4    knees on the floor. I wanted to get my brother -- I
5    wanted to get up and get my brother to help me go to the
6    bathroom, but they say that when I started to get up, I
7    fell over. And they think that I fainted. I don't
8    remember the time, but I remember I opened my eyes, and I
9    saw the nurse. And my brother was there and I remember
10   that other guy that spoke a little bit of English, and
11   they were around me, and some of the other people that
12   were there, there was nine of them, and I remember
13   looking at them, and I saw my brother, and I remember I
14   saw them, and they were like -- they all looked worried,
15   like they were angry.
16   Q.    Do you remember talking to the nurse at that
17   time when you woke up and saw her there?
18   A.    No, I don't remember talking to her, but
19   somebody said to me what was wrong with me, what hurt me.
20   I don't remember if I answered back or not, but I
21   remember that she touched me. She touched me in my back
22   area. And then I saw that she was moving her head. And
23   then she left and I didn't see her again -- or I don't
24   remember seeing her again.
25   Q.    She was moving her head how?