IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

EXHIBIT A-53

---

DEPOSITION OF:  ABRAHAM CARRANZA-REYES
February 6, 2006

---

MOISES CARRANZA-REYES,

Plaintiff

v.

PARK COUNTY, a public entity of the State of Colorado
and its governing board, THE PARK COUNTY BOARD OF COUNTY
COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public
entity of the State of Colorado; FRED WEGENER,
individually and in his official capacity as Sheriff of
Park County, Colorado; MONTE GORE, individually and in
his capacity as Captain of Park County Sheriff's
Department; VICKIE PAULSEN, individually and in her
official capacity as Registered Nurse for Park County,
Colorado; JAMES BACHMAN, M.D., individually and in his
official capacity as Medical Director of the Park County
Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Defendant Park
County at 1125 17th Street, Suite 600, Denver, Colorado
80202 at 9:00 a.m. before Laura L. Corning, Federal
Certified Realtime Reporter, Certified Shorthand
Reporter and Notary Public within Colorado.

*    SUBJECT TO CONFIDENTIALITY DESIGNATIONS    *

d998e91e-7170-4023-bff2-9fe39d2f8518

Page 179

1   did to examine him on the second visit?
2       A.      I don't understand.  What do you mean by
3   she did to examine?
4       Q.      Did your brother talk about whether the
5   nurse, for example, took his temperature?
6       A.      No, he didn't say anything.
7       Q.      That's what I'm asking, if the nurse --
8   if your brother described what the nurse did to check
9   him over.
10      A.      My brother made no comment to me about
11  that.
12      Q.      On the second visit was your brother
13  accompanied by an interpreter, too?
14      A.      Yes.
15      Q.      And was it the same gentleman from
16  Central America?
17      A.      Yes.
18      Q.      Did the gentleman from Central America
19  discuss what the nurse did to check over your brother?
20      A.      No.
21      Q.      Okay.  Did your brother tell you what, if
22  anything, the nurse had recommended he do?
23      A.      No.  He only said that he -- that she
24  said for him to take the meds that she had given to him
25  and also that pink liquid.

*    SUBJECT TO CONFIDENTIALITY DESIGNATIONS    *

d998e91e-7170-4023-bff2-9fe39d2f8518