IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants

## ORDER RE: SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

The Court having reviewed Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore's Supplemental Motion for Summary Judgment, being duly advised in the premises, and for good cause shown, DOES HEREBY GRANT the Supplemental Motion for Summary Judgment.

DONE ON THIS _____DAY OF _____ 2007.

                                  By the Court:

                                  _____
                                  United States District Court Judge