## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

DEPOSITION OF:  MOISES CARRANZA-REYES, Volume I
January 16 AND 17, 2006

MOISES CARRANZA-REYES,
Plaintiff
v.
PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

TAKEN PURSUANT TO NOTICE on behalf of the Defendant Park County at 1125 17th Street, Suite 600, Denver, Colorado 80202 at 9:09 a.m. before Laura L. Corning, Federal Certified Realtime Reporter, Certified Shorthand Reporter and Notary Public within Colorado.

## Page 2

APPEARANCES

For the Plaintiff:
LLOYD C. KORDICK, ESQ.
805 South Cascade
Colorado Springs, Colorado 80903
JOSEPH J. ARCHULETA, ESQ.
Law Office of Joseph Archuleta
1724 Ogden Street
Denver, Colorado 80128

For the Defendants
Park County, Park
County Board of
Commissioners, Park
County Sheriff's
Office, Wegener,
Gore:
ANDREW D. RINGEL, ESQ.
Hall & Evans, LLC
1125 17th Street
Suite 600
Denver, Colorado 80202-2037

For the Defendant
Paulsen:
MELANIE B. LEWIS, ESQ.
Berg Hill Greenleaf
  & Ruscitti LLP
1712 Pearl Street
Boulder, Colorado 80302

For the Defendant
Bachman:
CRAIG SARGENT, ESQ.
Johnson McConaty & Sargent, P.C.
400 South Colorado Boulevard
Suite 900
Glendale, Colorado 80246

Also Present:
Jack G. Mudry, Interpreter
Jose M. Gonzalez
Jackie Beaver

## Page 3

EXHIBIT 1
I N D E X

| EXAMINATION OF MOISES CARRANZA-REYES: | PAGE |
|---|---|
| Volume I | |
| January 16, 2006 | |
| By Mr. Kordick | -- |
| By Mr. Archuleta | -- |
| By Mr. Ringel | 6 |
| By Ms. Lewis | -- |
| By Mr. Sargent | -- |

| DEPOSITION EXHIBITS | INITIAL REFERENCE |
|---|---|
| 13  Plaintiff's Rule 26(a)(1) Disclosures | 11 |
| 14  Plaintiff's Responses to the First Set of Interrogatories and Requests for Production of Documents from Defendants Park County, the Park County Board of County Commissioners, the Park County Commissioners, the Park County Sheriff's Office, Fred Wegener, and Monte Gore | 34 |
| 15  Order to Detain or Release Aliens | 123 |
| 16  Park County Jail Reporte Para El Doctor | 128 |
| 17  Form | 225 |
| 18  Letter from Don, Hiller & Galleher | 227 |
| 19  Records release authorization | 230 |

(Attached to Original and copy transcripts.)

## Page 4

1         WHEREUPON, the within proceedings were
2  taken pursuant to the Federal Rules of Civil
3  Procedure:
4         (At this time Ms. Beaver was not present in
5  the deposition room.)
6         MR. KORDICK: For the record --
7         MR. SARGENT: Wait just a second. I just
8  want to meet some people.
9         MR. KORDICK: I'm going to introduce you.
10        MS. LEWIS: Okay.
11        MR. KORDICK: For the record, I've asked
12 Joe Gonzales, who is a translator, to be present to
13 observe the procedures for at least a portion of the
14 time and be available if we need to consult with our
15 client sometime during the deposition. And I've asked
16 my client, because of translation issues I've had in
17 other cases unrelated to this -- I had a case where I
18 had a Puerto Rican client who didn't speak English, and
19 the translator was from Peru, and it turned out they
20 could not understand each other for some reason, and it
21 was a very difficult situation.
22        So I've tried to simplify it by telling
23 my client to listen to the question carefully and to
24 answer slowly so that the translator can translate
25 contemporaneously with his answer.

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

```
                                    145
 1    A.    Very thin one. So it was like you were
 2  laying on the floor, because when you lay down on it,
 3  the top of it would compress down to where the bottom
 4  was and you could feel the cold rising up from the
 5  floor through it. I remember the room that we were
 6  sleeping in, I remember I could touch the wall and I
 7  remember it was like cold and humid.
 8    Q.    Where was the mattress physically
 9  situated that first night?
10    A.    On the ground.
11    Q.    I understand on the ground. On the
12  first -- on the first level? On the second level?
13    A.    Upstairs.
14    Q.    Okay. Where upstairs physically?
15    A.    Wherever we could clean it up to put it
16  down, because everybody had to clean up their little
17  area to put it down.
18    Q.    Were you in between bunks?
19    A.    Yes.
20    Q.    Your brother was with you, correct?
21    A.    Yes.
22    Q.    Did your brother have a bunk the first
23  night?
24    A.    No. There was no room.
25    Q.    Your -- did your brother have a bunk any
```

```
                                    146
 1  of the nights that you and he were together in the
 2  jail?
 3    A.    No.
 4    Q.    Your sister-in-law was somewhere else in
 5  the jail as far as you know, correct?
 6    A.    I think so.
 7    Q.    When's the last time you saw your sister-
 8  in-law at the jail?
 9    A.    I remember when I was getting put into my
10  cell I saw her, and then after that I saw her again,
11  and I remember I saw them taking her to an exercise
12  room or the gymnasium or whatever.
13    Q.    Other than that one time, did you see
14  your sister-in-law at any other time that you were in
15  the jail?
16    A.    I think so.
17    Q.    Where?
18    A.    Once or twice -- I don't remember what
19  time or what part of the day or -- but I remember
20  because they would take her back and forth to the
21  gymnasium, and maybe I saw her once or twice.
22    Q.    Did you have the opportunity to talk with
23  your sister-in-law from the time that you were
24  separated in the jail?
25    A.    No.
```

```
                                    147
 1    Q.    And then the next time that you were able
 2  to talk to your sister-in-law was when you were in the
 3  hospital; is that true?
 4    A.    Yes. The hospital?
 5    Q.    Yes, the hospital. Let me just clarify.
 6  After you and your brother went into the cell that you
 7  described and your sister went somewhere else -- your
 8  sister-in-law went somewhere else, you didn't have any
 9  opportunity to speak with your sister-in-law until the
10  time you were in the hospital.
11    A.    Yeah. Yeah. At the end, when I was in
12  the hospital, yeah.
13    Q.    Did you meet any of the people that
14  were -- let me back up. When was the first time that
15  you communicated with the other individuals that were
16  in the cell with you?
17    A.    That same night.
18    Q.    Describe your communications with them.
19    A.    They would say, don't feel bad, we've
20  been here for a long time. Take it easy, don't
21  despair. That was all. Yeah, just that night trying
22  to think things through, but that was all.
23    Q.    Did you have an understanding of why
24  these other individuals were in the jail?
25    A.    Not at those moments, no.
```

```
                                    148
 1    Q.    Sometime later did you learn why those
 2  individuals were in the jail?
 3    A.    Yes.
 4    Q.    What did you learn about your fellow
 5  people in the jail?
 6    A.    The ones that were in Block D with me?
 7    Q.    Yes.
 8    A.    They had been -- were being held for
 9  immigration holds.
10    Q.    Was everyone in the cell with you there
11  for an immigration hold, as far as you understood?
12    A.    Yes.
13    Q.    Okay. Where were some of the other
14  people in that cell from?
15    A.    From Mexico. I think there were some
16  others from Central America, too.
17    Q.    Did most of the people in that cell with
18  you speak Spanish?
19    A.    All of them spoke Spanish.
20    Q.    Did any of them speak English?
21    A.    Yes.
22    Q.    How many of them?
23    A.    There were a number of them that did, but
24  there was one in particular that spoke good English.
25    Q.    Do you recall the one in particular who
```

149

1  spoke good English's name?
2     A.   No.
3     Q.   Was he in the cell with you on an
4  immigration hold, as far as you know?
5     A.   Yes.
6     Q.   Did that individual provide translation
7  or facilitate communication between the folks that were
8  in the cell and the officers?
9     A.   Yeah. He helped out a lot. He was the
10 only one that we had.
11    Q.   Did you have any communication with any
12 of the officers the first night you got there?
13    A.   No. In the cell?
14    Q.   In the cell, correct.
15    A.   No. I don't recall that.
16    Q.   Did any of the officers walk around the
17 cell during the night?
18    A.   Yeah. Strangely enough, they were
19 kicking around the dirty tissues there underneath the
20 beds with their feet.
21    Q.   Okay. So there were officers that
22 patrolled upstairs in that cell that first night?
23    A.   Yeah.
24    Q.   Did they have flashlights?
25         MR. KORDICK: The last response, he

150

1  didn't really have an oral response. He nodded and
2  we -- and I --
3         MR. RINGEL: Thank you.
4         MR. KORDICK: -- I have a problem with
5  that.
6         MR. RINGEL: I agree. Can you ask -- was
7  the response to the -- let me just ask the question
8  again.
9     Q.   (BY MR. RINGEL) Did the officers have
10 flashlights?
11        MR. KORDICK: That's a different
12 question, by the way, and I --
13    A.   They could have, but I don't recall.
14        MR. RINGEL: Why don't you read back the
15 question that I apparently didn't remember correctly.
16        THE INTERPRETER: For the record the
17 interpreter recalls the question and the answer of Mr.
18 Carranza-Reyes was "um-hum," and the interpreter said
19 "yeah."
20        MR. RINGEL: Okay.
21        MR. KORDICK: Could have been. I just
22 saw kind of a nod of the head.
23        THE INTERPRETER: That's what the
24 interpreter recalls.
25        MR. RINGEL: Why don't we read that

151

1  question -- but you --
2         (Page 149, lines 22 through 24 were read
3  back.)
4     Q.   (BY MR. RINGEL) Were there officers
5  patrolling the upper floor of the cell the first night
6  you were there?
7     A.   Yes.
8     Q.   How often did they conduct patrols?
9     A.   I couldn't tell you if it was every three
10 hours, every five hours, because, you know, I would
11 fall asleep and --
12    Q.   Okay. Could it have been every one-half
13 hour?
14    A.   Possibly.
15        MR. RINGEL: Now is a good time for a
16 break. Why don't we take a break.
17        (Break from 4:23 p.m. to 4:39 p.m.)
18    Q.   (BY MR. RINGEL) Back on the record.
19 Anything else about your first night in the Park County
20 Jail that we haven't talked about that you remember?
21    A.   No.
22    Q.   Let's talk about the first day you were
23 in the jail. Okay?
24    A.   That would be the second one, right?
25    Q.   Well, okay.

152

1         MR. SARGENT: March 2, 2003. Okay.
2         MR. RINGEL: Thank you.
3     Q.   (BY MR. RINGEL) You arrived in the jail
4  on March 1, 2003, correct?
5     A.   I recall that, yes.
6     Q.   So let's talk about March 2, 2003. Were
7  you -- did you have any sickness or illness or any
8  symptoms of a sickness or illness that you experienced
9  on March 2, 2003?
10    A.   No. I felt fine.
11    Q.   All right. When did you wake up on that
12 day?
13    A.   Early.
14    Q.   Okay. Was it light out or was it still
15 dark?
16    A.   There was light inside.
17    Q.   Okay. Do you know what time it was at
18 all?
19    A.   I don't know, but I think it was early.
20    Q.   Okay. What occurred in the cell when
21 everybody was waking up early in the morning?
22    A.   I was watching -- at least I was one that
23 was watching what they were doing.
24    Q.   Who is "they"?
25    A.   The prisoners.

**213**

1  Q.  Did you -- at that time, when you first
2  started feeling the symptoms that you just described
3  for me, what did you believe was wrong with you?
4  A.  Maybe it was like flu.
5  Q.  Did you request medical attention on
6  March 4, 2003 from anyone?
7  A.  Yes.
8  Q.  How did you -- describe how you requested
9  medical attention.
10 A.  I told the young guy that was there who
11 spoke English that I didn't feel well and I wanted to
12 see the nurse. He said, we need to talk to the sheriff
13 first, and we were waiting for him to arrive.
14 Q.  The young guy who spoke English that you
15 were just referring to is the same individual who we
16 were talking about earlier today who helped you fill
17 out the forms requesting things from jail officials; is
18 that correct?
19 A.  Yes.
20 Q.  And when you say "the sheriff," what are
21 you referring to?
22 A.  A police officer.
23 Q.  One of the officials who ran the jail?
24 A.  I think so.
25 Q.  What time of day did you talk to this man

**214**

1  who spoke English about your need for medical
2  attention?
3  A.  I don't remember the time. It could have
4  been after noon.
5  Q.  What specifically do you recall telling
6  this man about what your medical status was?
7  A.  That I didn't feel well, I felt like I --
8  my throat was very sore. I felt like I was having
9  shakes, and my body felt -- my body felt very heavy,
10 like . . .
11 Q.  I understand how you felt, but what did
12 you tell this man about how you felt?
13 A.  What I told you I felt like: sore
14 throat, body felt heavy, a very bad headache. That's
15 what I told him.
16 Q.  What did he tell you?
17 A.  He said, let's wait for the sheriff to
18 come in.
19 Q.  Okay. Did either -- did you attempt to
20 communicate or did you communicate with any official of
21 the jail -- "sheriff" in your term -- that afternoon
22 about your illness?
23 A.  Yes.
24 Q.  Okay. Who did you speak to?
25 A.  This young guy is the one that spoke to

**215**

1  the sheriff for me, and he was interpreting what I
2  said.
3  Q.  Okay. So there was a conversation where
4  you, the young guy who spoke English and a sheriff,
5  official from the jail, were participating?
6  A.  Yes.
7  Q.  Okay. What time of day was this
8  conversation?
9  A.  It was after noon.
10 Q.  Okay. Do you recall the sheriff official
11 who you spoke to? Do you know his or her name?
12 A.  No.
13 Q.  Was it a man or a woman?
14 A.  A man.
15 Q.  Do you know any -- do you recall anything
16 specific about this man at all?
17 A.  No.
18 Q.  If I had a picture of this man or you saw
19 him walk into this room, do you believe you would
20 recognize him?
21 A.  It's been a long time. Who knows.
22 Q.  How long was your conversation with this
23 man and the guy who spoke English?
24 A.  It was very rapid. I don't remember.
25 Q.  10 minutes?

**216**

1  A.  He was coming through on his patrol, so
2  it could have been less.
3  Q.  What did you tell him through the
4  interpreter?
5  A.  I wanted to see the nurse because I felt
6  very badly.
7  Q.  Did you describe your symptoms to him?
8  A.  Yes.
9  Q.  In the same way that you've described
10 them to me today?
11 A.  Yes, um-hum.
12 Q.  What was his response to you and the
13 English -- the man who spoke English who was
14 interpreting for you?
15 A.  That it couldn't be done.
16 Q.  That what could not be done?
17 A.  Couldn't see the nurse.
18 Q.  Were you -- did he tell you why?
19 A.  No, I don't remember.
20 Q.  Did you ask him why?
21 A.  I think so.
22 Q.  Okay.
23 A.  I remember I didn't see her that day,
24 that it couldn't be done. I don't remember if I was
25 waiting for her thinking she was going to come by and

217

1  then she didn't or what.
2      Q.   Do you recall seeing the nurse that day
3  at all?
4      A.   No, I don't remember. I remember I felt
5  badly, and I remember I was waiting to try and see her,
6  and I remember I didn't.
7      Q.   Do you recall anyone passing out medicine
8  in the cell on March 4, 2003?
9      A.   No, I don't remember.
10     Q.   Do you remember anything else about your
11 conversation with the jail official and the young guy
12 who spoke English that we haven't already talked about?
13     A.   The only thing I do remember is that he
14 was saying, "Tomorrow, tomorrow."
15     Q.   Who was saying "tomorrow"?
16     A.   The sheriff. He told the young guy that
17 was interpreting for me that.
18     Q.   And then young guy who was interpreting
19 for you told you?
20     A.   Well, the young guy told me "tomorrow,
21 tomorrow" in Spanish, because I think the sheriff told
22 him in English, "tomorrow, tomorrow."
23     Q.   I understand. Anything else about that
24 conversation that you remember?
25     A.   No.

218

1      Q.   Did your symptoms get worse or change in
2  any way later on March 4, 2003?
3      A.   I started feeling sleepy and started
4  feeling like I didn't feel well. I thought maybe
5  trying to go to sleep would help me a little.
6      Q.   When did your symptoms change during the
7  course of the day on March 4, 2003?
8          MR. KORDICK: Object to the form of the
9  question.
10     A.   I couldn't tell you how they changed or
11 when they changed, but I started to feel very bad.
12     Q.   (BY MR. RINGEL) Okay. Other than
13 feeling very bad, the symptoms that you've listed for
14 me, based on my memory and what I've written down, are
15 headaches, shakes, a sore throat and your body felt
16 heavy. Did you experience any other symptoms on
17 March 4, 2003 that you recall?
18     A.   I said that I started to feel sleepy. I
19 thought maybe it would be good for me to try and sleep.
20     Q.   Okay. Did you sleep, that you recall,
21 during the daytime hours of March 4, 2003?
22     A.   I think I was drowsy or I was just laying
23 down, but I don't -- no, I don't think I was able to
24 sleep. I don't know if I was or not.
25     Q.   Where was your brother when you were

219

1  having the conversation with the sheriff officer and
2  the guy who was speaking English to translate for you?
3      A.   I think he was playing chess.
4      Q.   Was your brother present at the time that
5  you were having the initial conversation with the
6  fellow who spoke English earlier that afternoon that
7  you previously described for me?
8      A.   I don't understand the question.
9      Q.   You told me a few minutes ago that you
10 had a conversation with the young man who spoke English
11 about that you needed medical attention prior to when
12 you spoke with him to the sheriff official.
13     A.   Yes.
14     Q.   Do you remember telling me about that
15 conversation?
16     A.   Yes.
17     Q.   Where was your brother when you were
18 having that conversation with the young man who spoke
19 English?
20     A.   I think he was playing chess.
21     Q.   So he was not a participant in that
22 conversation?
23     A.   No. That I can recall, no.
24     Q.   And your brother was also not a
25 participant in the conversation that you and the young

220

1  man who spoke English had with the sheriff official; is
2  that true?
3      A.   True.
4      Q.   Okay. Did you request medical assistance
5  at any other time on March 4, 2003 from anyone?
6      A.   Who else could I ask for it from except
7  the sheriffs?
8      Q.   Okay. But you only asked for it once on
9  that day; am I correct?
10     A.   True, because they told me no. They said
11 tomorrow.
12     Q.   Okay. During the evening and night of
13 March 4, 2003, did your symptoms or how you felt change
14 at all?
15     A.   Well, I think I told you that I don't
16 know, but I -- I remember getting tired. I thought
17 that if I tried to lay down and go to sleep, it would
18 be good for me, but I tried to, and I couldn't.
19     Q.   Did anything change, as far as your
20 physical condition, on March 4, 2003 in the evening or
21 the nighttime that we haven't already talked about?
22     A.   I don't remember, but I think maybe,
23 yeah, that the clothing was dirty, that they didn't
24 want to wash the clothing for us. I think that was
25 when an official that night talked to the whole group

241

1  Q. Was that the first time that any form
2  requesting to see a nurse was filled out by you or on
3  your behalf?
4  A. The first time that I filled out a form
5  to have the nurse come and see me, yes. But there were
6  other people that had filled things out like that, and
7  whether or not they had seen her, I don't know.
8  Q. Okay. What, to your understanding, was
9  put on that piece of paper by your friend?
10 A. I think -- I think he put down that I
11 needed to see the nurse, that I wanted to see the
12 nurse, because he asked me what was I feeling like, and
13 I said, I'm feeling worse than yesterday. I'm in more
14 pain than I was yesterday. And so I think he put that
15 down, that I needed to see nurse, I wanted to see the
16 nurse.
17 Q. Okay. Is there anything else that you
18 understand he put down on that piece of paper?
19 A. I don't think so, no. I don't know.
20 Q. And that paper was written in English,
21 correct?
22 A. Yeah, I remember it was in English.
23 Q. And on March 5, 2003 could you read
24 English?
25 A. No.

242

1  Q. Did you eat breakfast the morning of
2  March 5, 2003?
3  A. I think I just had some juice. I didn't
4  have anything else.
5  Q. What were you doing the morning of
6  March 5, 2003, other than what you just described?
7  A. I was sick. What could I have done?
8  Q. What were you doing?
9  A. Trying to see the nurse.
10 Q. Okay. But where were you?
11 A. I already told you.
12 Q. Remind me.
13 A. Okay. I was upstairs, and she came by
14 quickly. I didn't have even time to go down the
15 stairs. I asked the other guy to help me. He helped
16 me. And the sheriff came in doing his patrol, we spoke
17 to him. He says, "No, she's already gone, you got to
18 fill out a form." And this sheet goes up on the door,
19 and then you just sit there and you wait. And I was
20 there waiting, 20, 30 minutes hoping somebody would do
21 me the favor of picking up this sheet.
22 Q. Where were you waiting?
23 A. At the door, looking up to see if the
24 sheriffs were going to arrive to pick this thing up.
25 Q. Did they ever pick it up?

243

1  A. Yes.
2  Q. When?
3  A. Sheriff came by and picked it up maybe
4  six -- five or six minutes after that.
5  Q. Okay. Do you know approximately what
6  time of day it was when that form was picked up by the
7  sheriff officials?
8  A. It was in the morning. I don't have any
9  idea of what time it would have been. I saw with my
10 own eyes, and it took them a long time. I don't know.
11 They could have thrown the piece of paper away for all
12 I knew.
13 Q. But you saw them pick the piece of paper
14 up?
15 A. No. If they threw it away, then why
16 would it be picked up? I had to fill out another one.
17 Q. I understood that you had testified a few
18 minutes ago that you observed the sheriff official pick
19 up the paper that you filled out with the assistance of
20 your English-speaking friend.
21     MR. KORDICK: I'm not -- this isn't an
22 objection, but I think Mr. Archuleta feels that there
23 is a misunderstanding somehow.
24     MR. ARCHULETA: Just so I can clarify,
25 Jack, you mentioned that Moises felt that they could

244

1  have thrown away the paper. My understanding of what
2  his testimony is is that they got the paper and threw
3  it away. And I think that's the confusion you're
4  having. So I just wanted to clarify that.
5     MR. RINGEL: Okay. Let me ask the
6  question.
7  Q. (BY MR. RINGEL) Did you observe anyone
8  picking up the paper that your friend filled out and
9  put in the appropriate place for them to pick up?
10 A. Yes.
11 Q. Did you observe who picked it up?
12 A. It was the official who was over there by
13 where the beds were.
14 Q. Okay. Do you have any recollection of
15 what that official looked like?
16 A. I don't remember him well, but he was a
17 big guy.
18 Q. Did you observe anything that later
19 happened to that piece of paper?
20 A. I think he read it. I think he read it,
21 because he looked at it. I think he threw it away,
22 because 20 minutes went by and nobody came to get me.
23 Nobody took me out.
24 Q. Did you observe him throw it away?
25 A. Yeah, I saw him.

245

1  Q.  Where did he throw it away?
2  A.  They were in the cubicle where there was
3  a table. He put it -- he looked at it and he put it
4  like that (indicated), and he took it and he threw it
5  down.
6  Q.  And you believe that this individual read
7  the piece of paper and knew what it was concerning
8  prior to doing what you just described?
9  A.  Yes. Yes, I think so.
10 Q.  But you can't describe that individual
11 other than he was a, quote, big guy, end quote, at all.
12         MR. KORDICK: Objection, asked and
13 answered.
14 A.  Yeah. Um-hum. Yes, true.
15 Q.  (BY MR. RINGEL) Other than the events
16 that you've just described that occurred apparently on
17 March 5, 2003, did anything else --
18         MR. KORDICK: Objection as to form. I
19 didn't know that he was just describing events of that
20 date. I didn't understand that.
21         MR. SARGENT: March 5?
22         MR. KORDICK: March 3rd I thought he
23 said.
24         MR. RINGEL: I said March 5.
25         MR. SARGENT: We've been talking about

246

1  the 5th for the last --
2         MR. KORDICK: That's what I thought. I
3  thought he said March 3.
4         MR. RINGEL: I thought I said March 5,
5  but let's clarify.
6  Q.  (BY MR. RINGEL) Other than the events
7  that you just described on March 5, what else occurred
8  that morning?
9  A.  Waiting for the nurse.
10 Q.  Where were you physically waiting for the
11 nurse: downstairs, upstairs, in the bed, in the
12 shower, at the table, where?
13 A.  Which day?
14 Q.  The morning of March 5, 2003, Wednesday.
15 A.  Remember I told you that I was at the --
16 at the doorway.
17 Q.  You spent the whole morning at the
18 doorway?
19 A.  Would have been an hour or more.
20 Q.  Okay. And other than that period of
21 time, where else did you spend time?
22 A.  I was there. I wanted her to see me. I
23 filled out another piece of paper with my friend. He
24 started pushing a button that was there. He was
25 pushing a button that was there, and that's when he

247

1  wanted them to take me to see her.
2  Q.  Let me back up. You filled out another
3  form with your friend?
4  A.  Yes.
5  Q.  When during that day, March 5, 2003, did
6  the second form get filled out?
7  A.  All this took a long time for me. It
8  could have been 30 minutes later, it could have been an
9  hour later. It was after filling out the first form
10 and I wanted her to come and see me.
11 Q.  It was -- how long a period of time did
12 it take -- how long after you observed the officer
13 throw away the form did you fill out a second form?
14 A.  Could have been around 30 minutes,
15 because I didn't see that he was doing anything.
16 Q.  Okay. Did -- now, do you have any idea
17 what information was conveyed on the second form?
18 A.  He put down the same symptoms, and then I
19 don't remember what he said. It was something like
20 urgent, urgent.
21 Q.  Okay. What happened -- what happened to
22 that form after your friend filled it out?
23 A.  We put it again up in the glass.
24 Q.  Okay. And did you observe anybody pick
25 up that form?

248

1  A.  Yes.
2  Q.  Okay. How long did it take for that form
3  to be picked up?
4  A.  That didn't take a long time. It was the
5  official that was there in the front, and it took maybe
6  five minutes.
7  Q.  Who picked it up?
8  A.  The same guy that had thrown the first
9  one down.
10 Q.  Okay. Did you observe that man do
11 anything with this second form?
12 A.  He did the same thing he did with the
13 first one, and then he put it in the same place, and
14 strangely it didn't fall down or he didn't throw it
15 down or -- I don't know.
16 Q.  What place did he put both forms that is
17 the same place?
18 A.  In front of him.
19 Q.  I'm confused. I thought that you said
20 the first form was thrown away. Is that true or not
21 true?
22 A.  I think so.
23 Q.  In a trash can?
24 A.  I saw him throw it down and not pick it
25 up, but I don't know if it went to the trash can or

261

1 wasn't let to go?
2   A.   Wanted to go with me.
3   Q.   So you went somewhere?
4   A.   Yes.
5   Q.   Where did you go?
6   A.   To the nurse's station.
7   Q.   Who was with you?
8   A.   The interpreter. The friend that was in
9 jail with us. In the block.
10  Q.   And was the individual who you were just
11 talking to with you as well?
12  A.   It was the interpreter. Which individual
13 are you talking about?
14  Q.   The sheriff's official.
15  A.   He was the one that took us. Yeah.
16  Q.   I understand. Where did you go? Describe
17 from where you went to where you ended up.
18  A.   I was there in Block D. We went through a
19 hallway, and I don't know if it was just seconds that it
20 took, or maybe it was a couple minutes. I think we got
21 to the nurse's station because that's where the nurse
22 was.
23  Q.   So you saw the nurse on March 5 of 2003?
24  A.   That's what I remember, that I saw her.
25  Q.   And your memory is specific that the first

262

1 time that you saw the nurse was on March 5 of 2003?
2   A.   It could have been the 6th or the 7th too,
3 but I know that I saw her.
4   Q.   Okay. So what you were describing to me was
5 the circumstances of the first time that you ended up
6 being able to see the nurse?
7   A.   Yes.
8   Q.   You don't know exactly what day it was?
9   A.   No, I'm not sure. I was sick.
10  Q.   Are you -- in terms of did the events with
11 respect to the two notes that you described for me this
12 morning and how the security officer -- his response to
13 those notes and pushing the button, was all of that --
14 did all of that occur on the same day that you first saw
15 the nurse?
16  A.   I remember it was the same day that that all
17 happened.
18  Q.   So what particular day it was you don't
19 know, but you remember that it was all the same day?
20  A.   It could have been any of those days.
21  Q.   And "any of those days" is the 5th, the 6th,
22 or the 7th of March?
23  A.   Could have been.
24  Q.   Tell me everything you recall about your
25 first visit with the nurse.

263

1   A.   Hardly anything at all.
2   Q.   And what happened?
3   A.   I went in with the guy who was helping me,
4 who was interpreting.
5   Q.   What did you tell the nurse?
6   A.   I told my friend to say I was feeling really
7 badly. I told him that I had what I said: Headaches,
8 stomachaches. My body felt very heavy, and I was
9 feeling --
10      INTERPRETER: Let the interpreter clarify
11 one thing.
12  A.   I felt like I was dizzy. I told him that,
13 and then he told her, and I remember he said to me that
14 she had asked where was I from.
15  Q.   (BY MR. RINGEL) Did you tell your friend,
16 the interpreter, who then told the nurse, where you were
17 from?
18  A.   Yes.
19  Q.   You told her you were from Mexico?
20  A.   Mexico City.
21  Q.   Did you tell her any biographical
22 information about yourself?
23  A.   Biographical? What do you mean?
24  Q.   Personal information, like where you were
25 from specifically, what your work background was, your

264

1 family, anything like that?
2   A.   No, she never asked me that.
3   Q.   How long would you estimate your visit was
4 in its entirety with the nurse the first time you saw
5 her?
6   A.   I think about five minutes, maybe less.
7   Q.   Did you tell the nurse that you had body
8 aches?
9   A.   Yeah. I told the interpreter, "Tell her I
10 felt really bad." I had a bad sore throat, that I had
11 stomachaches, that I felt like I was dizzy and I had the
12 shakes, and the only thing she said back that he told me
13 she'd asked is where are you from.
14  Q.   Did she ask any specific questions through
15 the interpreter about how you -- about any of your
16 symptoms?
17  A.   No, because she said, well, you know, "It's
18 the altitude," that it was just something that was
19 normal, normal, normal.
20  Q.   Did she take your temperature?
21  A.   No. I don't remember that, no.
22  Q.   Did she take your pulse?
23  A.   No.
24  Q.   Did she listen to your breathing?
25  A.   I don't remember that she even came up to

```
                                    265                                              267
 1   me.                                          1   the way you were because of the altitude of where the
 2      Q.  Did she examine you in any way?       2   jail was. Is that true?
 3      A.  No, I don't recall that.              3      A.  Who said that?
 4      Q.  Did you ask her to examine you?       4      Q.  You told me that the nurse said to you,
 5      A.  I said that I was sick. I think she should  5  "Everything's normal, it's just the altitude" or
 6   know how to do her job. I don't know.        6   something to that effect. Is that true?
 7      Q.  But did you say, "Please examine me" or any  7    A.  Yes.
 8   words to that effect?                        8      Q.  Did you question that determination by the
 9      A.  I didn't tell her, "Examine me." I just  9   nurse?
10   said, "I feel bad, my body hurts. Help me." She said, 10  A.  I remember she asked me, "Oh, is this the
11   "Just drink some water," that it was the altitude and it 11  first time you've come to the United States," and I said
12   was normal.                                 12   yes, and she said, "Oh, yes, then definitely it's got to
13      Q.  Okay. Did she put her hands on you at all? 13  be the altitude. It's normal."
14      A.  No.                                  14      Q.  Did you question her determination that it
15      Q.  She didn't touch your skin?          15   was the altitude?
16      A.  No.                                  16      A.  No, because I didn't know.
17      Q.  She didn't feel your abdomen?        17      Q.  Did it sound to you that it was wrong for
18      A.  No.                                  18   her to believe that you were sick because of the
19      Q.  Did she give you any medicine?       19   altitude?
20      A.  She gave me a little cup with some pills. 20    A.  I don't know. She was the nurse.
21      Q.  Did you have any understanding of what those 21    Q.  Is there anything else about that encounter
22   pills were?                                 22   with the nurse that we haven't talked about?
23      A.  She told my friend that it was for the pain. 23   A.  No, I don't remember anything else. If I do
24      Q.  Did you get any other medicine but those 24   remember something, I'll tell you.
25   pills?                                      25      Q.  Thank you. I appreciate that. What

                                    266                                              268
 1      A.  I don't remember that day whether I did.  1   happened next after you saw the nurse for the first time?
 2   She just give them to me and said, "Okay, go on now. 2     A.  We went back to the block, and my brother
 3   You're going to feel better. Just drink a lot of water." 3   was waiting at the door, and he said, "What happened?" I
 4      Q.  Did she give you any Pepto-Bismol?    4   said that the nurse had just given me some pills to take
 5      A.  Yeah, but not that big. Not in that   5   and he said, "Well, how do you feel?" I told him I felt
 6   occasion -- on that occasion.                6   really bad. And so I told him I felt bad, and I went up
 7      Q.  Okay. The first time that you met with the  7   and laid down, and I remember that he stayed, and he was
 8   nurse, she did not give you any Pepto-Bismol?  8   talking to the guy who was my interpreter, and I could
 9      A.  Not that I can remember.              9   tell that my brother was very bothered by this.
10      Q.  Do you have any ability to place your visit 10    Q.  Could you hear the conversation between the
11   to the nurse that we've just been talking about in a 11   fellow who was your interpreter and your brother, or
12   point in time of a day?                    12   could you just watch it without hearing it?
13      A.  I don't remember the time. Could have been 13    A.  I went upstairs, and they stayed down.
14   the afternoon, could have been in the morning. When 14    Q.  So you could not hear them? Right?
15   you're in jail like that, you lose sense of time. 15      A.  No.
16      Q.  Is there anything about your first visit 16       Q.  Did anything else happen -- well, what
17   with the nurse that you recall that we haven't already 17   happened next in terms of what you were doing after you
18   talked about?                              18   went upstairs to lie down on that day?
19      A.  No. It was very quick. That was all. It 19       A.  I stayed laying down.
20   was normal for her.                        20          MR. RINGEL: Can we go off the record for a
21      Q.  What do you mean, it was normal for her? I 21   second?
22   don't understand.                          22          (Discussion off the record.)
23      A.  Like she said, it was normal what was 23         Q.  (BY MR. RINGEL) Did you stay laying down
24   happening to me because it was just the altitude. 24   for the rest of that day, or did something else happen
25      Q.  She told you she believed you were feeling 25  with respect to you?
```

269

1  A. The whole time I stayed laying down.
2  Q. Do you recall eating dinner that day?
3  A. I remember my brother got angry with me
4  because I didn't want to eat.
5  Q. Did your brother get angry with you because
6  you didn't want to eat dinner, or was it a different
7  meal?
8  A. The last meal of the day.
9  Q. Okay.
10 A. He noticed that I wasn't eating normally
11 then.
12 Q. After you visited with the nurse the first
13 time, did your symptoms of your illness change?
14 A. No, sir.
15 Q. At no time did they change?
16 A. They got worse.
17 Q. When did they get worse?
18 A. I don't know what moment.
19 Q. Okay. Did they get worse that evening or
20 night, or did they not get worse until the following day?
21 A. Well, I started to feel worse. I don't know
22 if it was in the afternoon or in the evening. And then
23 my -- I could tell that my brother was really upset, and
24 he would say to me, "Come on, brother, try and eat
25 something because it might help you feel better." you

270

1  know, because he knows that I wasn't eating. And I said,
2  "Yeah, I can't. I can't."
3        And I don't know if this happened Wednesday
4  or not, and I don't know if I passed out, but I remember
5  opening my eyes one time, and my brother was there, and
6  he looked at me, and he said, "Well, what happened? Are
7  you okay?" And he picked up the sheet that was on me,
8  and I looked, and I had another sheet on me, and he
9  picked it up, and it was covering me and . . . I had it
10 on me because I didn't want to have the air hit me.
11 Q. The first day that you saw the nurse, did
12 you request any further medical attention or assistance
13 from anyone who was an official at the jail later that
14 same day?
15 A. Not that same day, no.
16 Q. Do you recall any interactions with any
17 sheriff official?
18 A. I don't remember, but I think that it could
19 have been my brother that talked to somebody, but I don't
20 know who he talked to. He wanted somebody to come and
21 look at me and see me where I was. But nobody else came.
22 Q. Did you witness your brother talking to
23 someone and hear what he had to say in terms of his
24 communication as you've just described?
25 A. I don't remember having heard anything, but

271

1  I remember seeing that he was talking, but I didn't know
2  who he was talking with.
3  Q. But he was talking to someone who was an
4  official from the jail?
5  A. Yeah. I remember he spoke to some official.
6  Q. The same day after you saw the nurse for the
7  first time?
8  A. Could have been the same day or not, or it
9  could have been before that or after, but he saw me and
10 how sick I was.
11 Q. All right. Other than that conversation
12 that you've just related to me that you saw but did not
13 hear, are you aware of your brother having any other
14 conversations about your illness the day -- or your
15 brother having any conversations about your illness the
16 day you saw the nurse for the first time?
17 A. It could have happened, because like I told
18 you, I don't remember if I passed out or what, but I
19 would open my eyes and see him in front of me saying
20 something like "There is nobody that can do anything."
21 Q. Okay. What happened the night following the
22 day of the time you first saw the nurse? Describe that
23 night for me.
24 A. I felt really bad, and I remember that night
25 I started to cough. I remember a towel that they had

272

1  given us that I tried to roll up around me, my neck, so
2  it was still wet. It didn't have anything else besides
3  just that rag that we used to dry ourselves off. So the
4  rags that I had to use were the same rags that I had to
5  use to clean up the saliva and things like that. I tried
6  to use those things to cover myself up, to put them over
7  me so that I would protect myself and I wouldn't be
8  coughing. And -- because when I was coughing, it was
9  hurting me.
10 Q. Where was it hurting you when you were
11 coughing?
12 A. In my chest. I didn't understand why I was
13 starting to cough. I felt like it was a lot of pain.
14 When I started to breathe in, the air would come in, and
15 it would hurt me very badly in my throat.
16 Q. Was it a dry cough or a wet cough?
17 A. It was -- it caused me pain. It wasn't a
18 normal cough. It was something that would cause me
19 irritation and something that caused me to keep coughing.
20 It was like (indicated). It was kind of like a tingling.
21 Q. Did you cough up any phlegm or saliva or
22 anything like that?
23 A. It was like a dry cough, but it was like a
24 cough that would spatter -- spatter me. I started to
25 feel nauseous, but I didn't vomit, but it was like it was

273

1  spitting up saliva, but it was like -- it was something
2  in there that I couldn't get out.
3    Q.  Did anything else happen that night in terms
4  of your symptoms?
5    A.  My brother was there to keep an eye on me,
6  and he says that he thought that I had a fever and so
7  that -- and my lips looked very dry.
8    Q.  Did you receive any other medication that
9  night?
10   A.  No. No, sir.
11   Q.  Do you recall anything else about that night
12 following the day that you first saw the nurse that we
13 haven't talked about?
14   A.  No, I don't remember.
15   Q.  Let's talk about the next day, the day after
16 the day you first saw the nurse, all right?
17   A.  Yes.
18   Q.  What happened that morning when you woke up?
19   A.  I woke up, and she had already come by. It
20 was like she didn't even have the intention of waiting
21 for me, like I couldn't even walk more quickly.
22   Q.  I don't understand. You were asleep when
23 the nurse came by on that following morning?
24   A.  We're talking about the following day?
25   Q.  Correct. The day after the first day you

274

1  saw the nurse.
2    A.  Yeah. I was laying down. I couldn't get
3  down, though. I didn't have the strength. My brother
4  helped me stand up later.
5    Q.  Okay. At the time that the nurse came by,
6  was that the time the nurse would come by in the morning
7  to deliver medicine?
8    A.  Yes.
9    Q.  And you didn't have the opportunity to
10 communicate with the nurse on that morning. Am I
11 correct?
12   A.  I didn't have the opportunity, but the
13 people were telling her that there were sick people
14 upstairs. I don't recall if my brother told her that
15 too, but she didn't come up. She didn't come into the
16 cell. She didn't see anybody upstairs.
17   Q.  You were upstairs at the time she came to
18 the cell door; is that correct?
19   A.  Yes.
20   Q.  And given where you were upstairs, it was
21 not possible for you to hear any conversation between the
22 nurse and anyone at the cell door. Is that true?
23   A.  The door was here, and the people would come
24 up and gather around, and they were shouting because it
25 was a small place, and they were inside. They were

275

1  shouting out. They were shouting out, "There's people
2  upstairs" and "Let's go." They were saying that in
3  Spanish. I don't know if she understood that or not, but
4  she never went in. But I did hear when she was there,
5  and I even saw her.
6    Q.  Did you hear anybody speaking to her in
7  English on that morning?
8    A.  Yeah, there were people that were speaking
9  to her in English. I don't know if it was good English.
10 My friend that was interpreting for me was there. He was
11 always there.
12   Q.  But you couldn't understand the English to
13 know what they were saying to her in English; isn't that
14 true?
15   A.  True.
16   Q.  Anything else about that visit by the nurse
17 to the cell the day after you first saw her that you
18 recall that we haven't talked about?
19   A.  I don't remember.
20   Q.  Did anything else happen to you in terms of
21 your symptoms or condition that morning, the day after
22 you saw the nurse for the first time?
23   A.  After a couple of hours in the morning, I
24 started to get worse and started to vomit. People saw me
25 vomiting, and there were others that were doing the same,

276

1  but I don't know why they noticed me more. Maybe it was
2  more an exaggerated vomiting of mine.
3    Q.  Where were you vomiting?
4    A.  Downstairs. It was wherever I was. I mean,
5  I was at the tables or I was upstairs or it would happen
6  to me, I would start to feel nauseous, and my brother
7  would try and help me get to the bathroom and . . .
8    Q.  Did you ever vomit somewhere other than in
9  the toilet?
10   A.  Yes.
11   Q.  Where?
12   A.  On the ground. Normally, everybody was
13 doing it on the floor, on the ground.
14   Q.  Did the vomit just stay there, or was
15 anybody cleaning it up?
16   A.  You had to clean it up with a piece of
17 paper, and then you would throw it over to one side or
18 throw it out.
19   Q.  Okay. How many people would you estimate
20 that day were vomiting in addition to yourself?
21   A.  I'd say there was an average of -- oh, if
22 there were 50 or 60 of us there altogether, there were 30
23 of us vomiting. The place was a place that just would
24 make you sick, the way the bathroom was and how dirty it
25 was. They only wanted to give us water to clean things

277

1  up. They didn't want to give us any chemicals. I don't
2  know why they were doing things that way. Even though
3  we're Mexicans, we're still people.
4      Q.  Did you request to see the nurse the morning
5  that we're talking about the day after you first saw the
6  nurse?
7      A.  Yes, sir.
8      Q.  How?
9      A.  Well, it was the same procedure, but my
10 brother and this interpreter guy, they were there with
11 me, and I don't remember having seen my face that
12 morning, but I remember that they were saying that I
13 really looked pale and really looked bad.
14     Q.  When you say it was the same procedure, what
15 do you mean?
16     A.  This friend wrote down on that sheet of
17 paper that it was urgent that I needed to see the nurse.
18 And now this time, they took me over there quickly.
19     Q.  So you -- on a similar form, the interpreter
20 wrote down that you needed to urgently see the nurse, and
21 rapidly after that, you then saw the nurse for a second
22 time the day that you -- the day after you saw her for
23 the first time?
24         MR. KORDICK:  Objection to form.
25     A.  I remember that, yeah.

278

1      Q.  (BY MR. RINGEL)  Were you taken to the
2  infirmary again to see the nurse, the nurse's station?
3      A.  Yes, sir.
4      Q.  Who was with you?
5      A.  My brother wanted to go with me, but once
6  again, they wouldn't let him. The interpreter friend who
7  went with me the first time went.
8      Q.  Did you ever learn why they wouldn't let
9  your brother come with you?
10     A.  Could have been because he didn't speak
11 English.
12     Q.  Do you remember the officer who took you to
13 see the nurse on that day?
14     A.  A big guy.
15     Q.  Okay.
16     A.  Can't remember what his face looked like,
17 though.
18     Q.  Had you encountered that individual
19 previously?
20     A.  It could be.
21     Q.  When do you remember encountering him
22 previously?
23         MR. KORDICK:  Objection to form.
24     A.  I was pretty sick, and I said maybe I could
25 remember him, but I don't know.

279

1      Q.  (BY MR. RINGEL)  What time of the day did
2  you see the nurse for the second time?
3      A.  I don't remember the time.
4      Q.  Tell me everything you remember about your
5  meeting with the nurse the second time.
6      A.  She asked me what I felt like. Sore throat
7  I said. I felt even worse. The sore throat was worse.
8  I had been coughing, started to cough more. I started
9  vomiting. The interpreter told her that I was feeling
10 pain in my stomach and I was very dizzy. And she said,
11 "Ah, it could be the altitude." I don't know why she was
12 reacting in that way, but . . .
13     Q.  Did she examine you in any way?
14     A.  No, sir.
15     Q.  She didn't touch your skin?
16     A.  No, sir.
17     Q.  Did she listen to your lungs or to your
18 heart with a stethoscope?
19     A.  I don't even remember that she approached
20 me.
21     Q.  Did she take your temperature?
22     A.  No, sir.
23     Q.  Did she touch your abdomen?
24     A.  No.
25     Q.  How long was this second visit with the

280

1  nurse?
2      A.  Could have been longer. Maybe five minutes
3  more.
4      Q.  Five minutes more than the first visit?
5      A.  Yes.
6      Q.  Anything else about that visit the second
7  time with the nurse that you remember that we haven't
8  already talked about?
9      A.  No. Just the things I said were normal.
10 She said if this is the first time I'd been in this
11 country, if I was from Mexico City, and she said, "Oh,
12 it's the altitude here is very high."
13     Q.  Did she give you any medication the second
14 time you saw her?
15     A.  Yes, sir.
16     Q.  What medication did you get that second
17 time?
18     A.  I remember she came over and gave me about
19 four little pills that were kind of a brown color in a
20 little cup. And I remember she gave me another cup with
21 pink-colored liquid in it. Could have been Pepto-Bismol,
22 Pepto. I think I knew what that was.
23     Q.  Had you had Pepto-Bismol before that day?
24     A.  No, sir.
25     Q.  At any time during your life?

281

1   A. Yes.
2   Q. You know what Pepto-Bismol is?
3   A. For digestive things and for colic...
4   Q. But you had taken it growing up or being an
5   adult in Mexico or something?
6   A. Perhaps, yes.
7   Q. Did she give you any other medication on
8   that day?
9   A. No, sir.
10      MR. KORDICK: Can we take a break?
11      MR. RINGEL: Yes.
12      INTERPRETER: He wanted to use the bathroom.
13      (Break from 2:17 p.m. to 2:23 p.m.)
14  Q. (BY MR. RINGEL) How did you get to the
15  nurse the second day that you visited with her?
16  A. A sheriff took me.
17  Q. Did you walk?
18  A. Slowly.
19  Q. After you visited with the nurse for the
20  second time, how did your -- what were your symptoms and
21  your condition like for the remainder of that day?
22  A. I was worse. I started to vomit a lot. I
23  remember my brother said I was very feverish, and I
24  remember he was putting some wet rags on my head. That
25  went on the whole night.

282

1   Q. Anything else that you remember about that
2   evening or night?
3   A. That I can remember, no.
4   Q. Did you receive any medical attention that
5   night?
6   A. No, not that I remember.
7   Q. Did you talk to anyone who was a sheriff
8   official about your medical condition that night?
9   A. Spoke with my brother. I don't know if he
10  spoke with the young guy that was helping us. I was in
11  very bad shape, and they looked at me, and they saw how
12  bad I was. And I remember the sheriffs came in and saw
13  me, what I was looking like, and I remember there were
14  moments when I don't even remember being there, and I
15  don't remember -- I lost track of time. I lost track of
16  everything.
17  Q. Do you recall observing anyone communicate
18  with the sheriff officials on your behalf about your
19  medical condition that evening or night?
20  A. I remember having -- I don't remember having
21  heard anything, but I remember having seen my brother try
22  to tell them something when they came up, but I don't
23  know what it was because I didn't understand.
24  Q. I have information that you had a
25  conversation with a deputy at 1 o'clock in the morning on

283

1   March 8 of 2003. I believe that that will be the next
2   night in the chronology that we are at. Do you recall a
3   conversation in the early morning, say, 1 o'clock in the
4   morning, with a deputy on that night?
5       MR. KORDICK: Object to form.
6   A. What day are you telling me about now?
7   Q. (BY MR. RINGEL) March 8. Early morning
8   March 8. 1 o'clock a.m.
9   A. That was a Saturday, wasn't it? On the 8th?
10  Q. I don't know what day of the week it was.
11  Do you have a memory of a conversation you had in the
12  early morning with a deputy on Saturday?
13  A. Yes, sir.
14  Q. You think that conversation at about 1:00 in
15  the morning occurred on Saturday?
16  A. Yes. Yes, sir. It happened in the early
17  morning. I don't know if it was -- it could have been --
18  I don't know if it was in the early morning, if it was
19  before daybreak or afterwards, earlier or later. I don't
20  know.
21      MS. LEWIS: For the record, I'd just like to
22  interject that the witness is referring to a calendar.
23  It looks like it has some handwritten notes on it -- I'm
24  not sure what it is -- during his testimony.
25      MR. RINGEL: I'd like to make that an

284

1   exhibit.
2       MR. KORDICK: Actually, it was in front of
3   me, and he pulled it over because it's got the dates of
4   the -- the dates is all. Just shows you what day...
5       MR. RINGEL: I think if he's referred to it
6   during his testimony, which I believe he has as well, it
7   should be marked as Exhibit 18 for purposes of this
8   deposition.
9       MR. KORDICK: Those are my notes, and he
10  can't read them, so I don't...
11      MR. RINGEL: Are you objecting to it being
12  marked?
13      MR. KORDICK: Yes.
14      MR. RINGEL: Can you describe what it is for
15  the record, so that we'll have a record of it in case
16  this issue needs to be raised with the magistrate judge?
17      MR. KORDICK: It's a calendar with March of
18  2003 on it showing which day of the week each day is, and
19  it has -- I think it has a note. On Saturday it says,
20  "2107 to 9107," and I don't know what that means, but it
21  has a calendar count of how many people were in the unit
22  of 41. On the second Sunday it says "48" with an arrow,
23  meaning how many people were in the jail. It says, "No
24  religious." "Sunday, sick." "Really bad right side."
25  "Could not get up." That's referring to somebody that

285

1 was sick in the jail.
2     MR. RINGEL: Whose handwriting is on that
3 document?
4     MR. KORDICK: It's mine. And on Monday, the
5 3rd, it says, "Food," and it has the number 50 and 48
6 above it, which are the amount of people that were in the
7 jail, D Pod, and Tuesday, the 4th, says, "50 people.
8 Nurse not in."
9     MR. RINGEL: Have you read everything that's
10 on that?
11     MR. KORDICK: Actually, these are not --
12 these are my notes. They don't refer to my client or
13 anything that's in the file, and he was referring to it,
14 pulled it over to get the right date for the day of the
15 week, and . . .
16     MR. RINGEL: The notes are in English, I
17 understand?
18     MR. KORDICK: Yeah, correct, and I don't
19 even know what some of them mean. The 5th says, "No more
20 food delivery, sick, did not get up." That's on
21 Wednesday, the 5th. The 6th has no note at all. And the
22 7th, it says, "Too ill to get food downstairs." And the
23 8th doesn't have anything written on it at all.
24     MR. RINGEL: Is the 8th as far as you know,
25 based on that document, a Saturday?

286

1     MR. KORDICK: It's a Saturday.
2     MR. RINGEL: Okay. Thank you for describing
3 that.
4     MR. KORDICK: It's blank.
5     MR. RINGEL: Thank you for describing that.
6 I withdraw my request to make it an exhibit.
7   Q. (BY MR. RINGEL) Okay. You recall, Mr.
8 Carranza, that the early morning of Saturday you had a
9 conversation with a deputy about your health? Is that
10 true?
11   A. Yes, sir.
12   Q. What do you recall of that conversation?
13   A. My brother was there too.
14   Q. Okay. What did the deputy look like?
15   A. Can't remember completely. I'm not trying
16 to forget what his face was. I was in really bad shape.
17 You're talking about the early morning hours. That night
18 I felt like I was dying.
19   Q. Okay. Do you recall that deputy giving you
20 medicine?
21   A. Yes, sir, he did.
22   Q. What kind of medicine did he give you?
23   A. The same pills that the nurse had given me.
24   Q. Did he also give you Pepto-Bismol?
25   A. Not at those moments, no.

287

1   Q. Do you remember anything else about the
2 conversation with him? Did you tell him what was going
3 on with you at that time?
4   A. No, I just remember that he looked -- he
5 looked very upset, and he would come in -- he would go
6 out and come in again, and he would look at me, and I
7 don't know if he requested authorization or not, but then
8 he took me with him.
9   Q. Was the person who was translating there?
10   A. No, sir.
11   Q. So there was difficulty in communicating
12 with this deputy?
13   A. A lot of problems, but I remember that he
14 spoke and he understood a little bit of Spanish.
15   Q. Do you recall going with this man to
16 medical?
17   A. Yes, sir.
18   Q. What do you recall of you going with this
19 man to medical?
20   A. A very friendly guy. He was -- would touch
21 me like this (indicating), and it was like he was saying
22 relax, relax. I remember he took me to the nurse's
23 station, and he helped me to lean back. It wasn't in a
24 bed, but it was, like, on the seats where they see you
25 when the nurse sees you.

288

1   Q. Did he take your blood pressure?
2   A. I remember he took my blood pressure, yeah.
3   Q. Did he take your pulse?
4   A. I remember he took my pulse.
5   Q. Did he listen to you with a stethoscope to
6 check your breathing?
7   A. I think so. I remember he was checking me
8 out, you know, and he would feel, and he would squeeze
9 me, and he would touch me like this.
10   Q. Did he ask you questions about your medical
11 status?
12   A. He might have, but I don't know if I
13 understood him. But I remember he talked to Vicki
14 Paulsen, the nurse.
15   Q. At that time did you know what the nurse's
16 name was?
17   A. No.
18   Q. Did he talk to the nurse while you were in
19 medical with him?
20   A. Yes.
21   Q. And your friend, the interpreter, was there
22 too?
23   A. No.
24   Q. And how did he talk to the nurse? By
25 telephone?

289

1   A.  Yes, sir.
2   Q.  Do you have any understanding of what the
3   conversation between this man was and the nurse?
4   A.  No, sir.
5   Q.  Because it was in English?
6   A.  Yes, sir.
7   Q.  How long was that conversation?
8   A.  It was -- well, I don't know. It could have
9   been maybe 15 minutes. I don't know, but I know that he
10  talked to her a lot. I remember he gave me oxygen. I
11  remember I felt a lot of pain here in the back, on my
12  back. And he was talking and talking to the nurse. I
13  remember hearing her -- or the tone of her voice.
14  Q.  What do you remember about the tone of her
15  voice?
16  A.  I remember it was her form of speaking.
17  Q.  What do you remember about her form of
18  speaking?
19  A.  Spoke very quickly, and you could hear it.
20  It was very loud. It was her. It was in English, but it
21  was her.
22  Q.  Did she sound angry to you or agitated in
23  any way?
24  A.  I think maybe she was tired. She felt like
25  she was under pressure. I could hear it very clearly,

290

1   and I don't know what was being said, but they were
2   speaking a lot.
3   Q.  Did you get the oxygen before the man's
4   phone call with the nurse or after?
5        (At this time Mr. Sargent left the
6   deposition room.)
7   A.  Before the call. It could have been before,
8   but it could have been right when they were talking. I
9   couldn't tell you for sure.
10  Q.  How long were you in medical with this man?
11  A.  It could have been an hour, sir, it could
12  have been less. I don't know.
13  Q.  Did you know that he was going to call the
14  nurse before he made the phone call, or did you just
15  recognize her voice on the phone?
16  A.  No. He made the call, and I recognized the
17  voice when they were talking.
18  Q.  Do you believe you would recognize this man
19  if you saw him again?
20  A.  Well, I think that -- I don't know. I close
21  my eyes trying to remember him and remember how he helped
22  me a lot that night, and he's one of the people that
23  really was concerned about me and about the other people,
24  and so he was a person that I hold in high esteem.
25       (At this time Mr. Sargent entered the

291

1   deposition room.)
2   Q.  Okay. Do you remember anything else about
3   your encounter with this man that night that you haven't
4   already told us?
5   A.  That he was keeping an eye on me, sir. It's
6   a very professional person, and he saw me. He saw me
7   vomiting, he saw me laying out there on the floor, laying
8   in the bed. He saw me leaning over, and he just behaved
9   professionally.
10  Q.  Did you communicate with this man with hand
11  signals at any time?
12  A.  Yes, sir.
13  Q.  Describe how you communicated with him with
14  hand signals.
15  A.  I would say "pain" in Spanish, and I would
16  show like this or I would touch myself here. Stomach.
17  And I would show him . . . He was touching me, and I
18  understood he was saying relax, relax, and he was telling
19  me relax, because he had seen me vomit and he had seen me
20  spitting up black stuff. I didn't have to show him much.
21  I tried to show him what I felt like, but he could see
22  it.
23       MR. KORDICK: And this is a point of
24  information. When he was asked to describe his hand
25  signals, he put his hands up by his throat, and I don't

292

1   think that was reflected in the record anywhere. He also
2   put his right hand on his back on, I think, the right
3   side of his back. Is that all he did?
4        INTERPRETER: For the record, I believe the
5   interpreter said something like "I was showing him like
6   this with my hands and like this," and that's what --
7   that's what the interpreter was interpreting.
8        MR. KORDICK: That's correct, but the record
9   doesn't reflect what areas he was showing, so we have to
10  make a record on that. It's not a deficiency in the
11  translation; it's not a criticism. It's just that that
12  happens in English too, like show them where it hurt, and
13  the person puts their hand on their neck, and we can't
14  see that unless someone makes a record of it.
15       As I recall, he was also showing his chest
16  as a problem. Is that right? With the hand signals?
17  A.  Yes, sir. Yes, sir.
18  Q.  (BY MR. RINGEL) Let me ask the question
19  more generically.
20  A.  Yes.
21  Q.  Can you show me on your body, and then I
22  will describe it and I will ask you to confirm my
23  description, of the different areas where you showed this
24  man where you were having a medical problem on the early
25  morning of March 8, 2003.

293

1  A.  He saw me laying down, and I saw him, and I
2  tried to show him where it was I felt so much pain, and I
3  didn't know what to do. And he brought me some pills,
4  and I was still -- was the same.
5  Q.  When you were describing that, you placed
6  your right hand on the right lower side of your back; is
7  that correct?
8  A.  Yes, sir.
9  Q.  And your doing so was to demonstrate to us
10 in similar fashion what you demonstrated to the man on
11 that night?
12 A.  Yes.
13 Q.  Okay. Where is the next area you showed him
14 you were having a physical problem?
15 A.  When he took me to the nurse's station, I
16 touched myself here, showing him that I had pain here.
17 Here and in the chest area.
18 Q.  The last two places you just touched
19 yourself were you placed both hands around the upper part
20 of your throat. Is that true?
21 A.  Yes, sir.
22 Q.  And then you placed both your hands across
23 each other on your chest. Is that true?
24 A.  Yes, sir.
25 Q.  Is there any other place where you showed

294

1  him you were having a physical problem on that night?
2  A.  I showed him back here, but he had me laying
3  back, and I showed him that I couldn't stand the pain
4  laying back in that position.
5  Q.  And when you say "back here," you're talking
6  about that same place where you had already placed your
7  right hand on the lower right side of your back?
8  A.  When I was laying down in bed, he came by,
9  and I showed him that. The first time was when I was in
10 bed, and the second time was at the nurse's station.
11 Q.  So the first time that you were describing
12 with your right hand on your right lower back was when
13 you were in bed?
14 A.  Yes, sir.
15 Q.  Was that prior to when you went with him to
16 the nurse's station or after?
17 A.  Before going with him to the nurse's
18 station.
19 Q.  And where you were showing him with your
20 hands where it hurt on your throat and on your chest was
21 at the nurse's station?
22 A.  Yeah. It's really a strong pain.
23 Q.  Do you recall anything else about your
24 communications with hand signals or in any way with this
25 man on that night?

295

1  A.  No. No, I don't remember anything more.
2  Q.  Did you ever use your thumb as a thumbs-up,
3  or the same or below, a thumbs-down signal with this
4  individual?
5  A.  I don't remember that, sir.
6  Q.  Is that a possibility?
7  A.  It could be. I don't know. I don't
8  remember it.
9  Q.  What happened next in terms of your
10 receiving medical attention after you were seen by this
11 deputy?
12 A.  I remember they took me back to the cell.
13 Before that, he gave me some medicine. I said that.
14 Q.  And what's happening to you when you're back
15 in the cell? What are you doing and what's going on with
16 you?
17 A.  My brother came up and helped me lay back
18 and laid down on the ground there, on the mattress. But
19 I didn't feel right standing up, and I couldn't be laying
20 down either.
21 Q.  Was the deputy that --
22     INTERPRETER: I'm sorry. Can the
23 interpreter clarify one thing?
24     MR. RINGEL: My fault.
25 A.  That was the first time that I could be

296

1  laying down like this in a bed. That was the first night
2  I was in a bed.
3  Q.  (BY MR. RINGEL) Do you recall that the
4  Friday night into Saturday morning, that night you were
5  in a bed and not on the floor on a mattress?
6  A.  Yes, sir. I remember the way that I was
7  laying down, though. It wasn't that I was laying down
8  like in the bed. It was with my knees on the ground and
9  my chest on the floor -- or like that in the bathroom
10 too. And I was vomiting, and my brother would help me go
11 down and come back up again because he thought I was
12 vomiting a lot.
13     MR. RINGEL: Can I ask the interpreter a
14 clarification? When you translated it as his chest was
15 on the floor, based on what he was miming, it struck me
16 that maybe his chest was on the bed. Can you ask him
17 that clarification?
18 A.  It was that my knees were on the ground, but
19 my chest was on the bed, on the bunk. As I remember
20 that, that was that Friday at night.
21 Q.  (BY MR. RINGEL) Was anyone checking on you
22 during the time period after you returned from the
23 nurse's station?
24 A.  My brother and another young guy.
25 Q.  Was it the young guy who was the interpreter

297

1  or someone else?
2      A.   My brother was with me, but there was
3  another young guy that spoke a little bit of English, if
4  I recall.
5      Q.   Were any of the sheriff's officials checking
6  on you during that period of time?
7      A.   He was -- the guy who took me to the nurse's
8  station, I don't remember, but I don't think he came back
9  to see me again, but he was one of the only people that
10 did see me. That's what I remember.
11     Q.   At some point in time later that morning,
12 you see the nurse for a third time; is that correct?
13     A.   Yes, sir.
14     Q.   Did anything else happen that you remember
15 between when you were with the deputy in the nurse's
16 station and when you saw the nurse for the third time
17 that we haven't already talked about?
18     A.   No. I don't remember if anything else
19 happened or not.
20     Q.   What time of day was it in the morning when
21 you saw the nurse for the third time; do you recall?
22     A.   No, sir. I can't remember.
23     Q.   Was it in the morning?
24     A.   I remember that it was in the morning. I
25 don't know what time in the morning it was.

298

1      Q.   What do you remember about that third visit
2  you had with the nurse? Where did it take place?
3      A.   I remember I was in bed laying down with my
4  knees on the floor. I wanted to get my brother -- I
5  wanted to get up and get my brother to help me go to the
6  bathroom, but they say that when I started to get up, I
7  fell over. And they think that I fainted. I don't
8  remember the time, but I remember I opened my eyes, and I
9  saw the nurse. And my brother was there and I remember
10 that other guy that spoke a little bit of English, and
11 they were around me, and some of the other people that
12 were there, there was nine of them, and I remember
13 looking at them, and I saw my brother, and I remember I
14 saw them, and they were like -- they all looked worried,
15 like they were angry.
16     Q.   Do you remember talking to the nurse at that
17 time when you woke up and saw her there?
18     A.   No, I don't remember talking to her, but
19 somebody said to me what was wrong with me, what hurt me.
20 I don't remember if I answered back or not, but I
21 remember that she touched me. She touched me in my back
22 area. And then I saw that she was moving her head. And
23 then she left and I didn't see her again -- or I don't
24 remember seeing her again.
25     Q.   She was moving her head how?

299

1      A.   (Indicated.) She touched me and she went
2  like that, and then I don't remember seeing her again.
3      Q.   Can you describe how she was moving her head
4  in words for us?
5      A.   She made -- I'll say them with words -- with
6  her head rotating around her shoulders.
7           MR. KORDICK: And for the record, I hope
8  this accurately describes it. If it doesn't -- it's like
9  when somebody nods their head no, like going back and
10 forth is what he appeared to do physically.
11     A.   Yeah, maybe I saw that she was worried
12 about -- worried.
13     Q.   (BY MR. RINGEL) Did she -- I mean, what did
14 you interpret her head movement to be?
15     A.   It's like she was worried about something.
16 Like when something's wrong, you know.
17     Q.   Like "Oh, no"?
18          THE DEPONENT (In English): No, I know --
19          INTERPRETER: "I don't know" means what? I
20 don't know or --
21          MR. KORDICK: We're getting really off base
22 here. We better stop the English and go back to the
23 translation.
24     Q.   (BY MR. RINGEL) Like "Oh, my God"?
25     A.   Um-hum, yes. Oh, my God. Yeah, I don't

300

1  know what she said or, like, "Oh, my God." When
2  something bad happens in Mexico, something's not right,
3  something's not good.
4      Q.   And that's how you interpreted her head
5  movement?
6      A.   Yes, sir.
7      Q.   Do you remember anything else about your
8  encounter with her that morning?
9      A.   No, sir, no.
10     Q.   Did you have any other communication with
11 any other sheriff official that morning about your
12 condition?
13     A.   It was not me anymore. It was my brother
14 that was very upset and angry.
15     Q.   So your brother was communicating with
16 sheriff's officials. Did you observe his communications?
17     A.   My brother was talking to them all the time.
18     Q.   On that day?
19     A.   Yes.
20     Q.   Do you have any idea what your brother was
21 communicating with them?
22     A.   Well, they were trying to communicate, and
23 they were saying, well, what was happening, and they
24 brought me down -- they took me down with the mattress to
25 the bottom area there where the garbage can was, and he

301

1  was trying to talk to them, and they were speaking
2  English to him, and then the other guy that spoke a
3  little bit of English was trying to communicate to them
4  as well about what was going on with me.
5         My brother carried me to bring me down with
6  another person. Carried me down.
7     Q.   With another detainee or a sheriff official?
8     A.   It was with another detainee.
9     Q.   Anything else you remember happening that
10 morning?
11    A.   They brought a chair over to me, and they
12 said, "Sit down here." I would attempt -- and I didn't
13 understand all of it, but my brother was demanding things
14 from them. I remember an officer gave my brother some
15 juice. I don't know who it was.
16    Q.   What kind of juice was it?
17    A.   They were red-colored things that they were
18 supposed to help me, and I don't know how many things of
19 juice there were.
20    Q.   Did you drink some of the juice?
21    A.   They said I had to drink it.
22    Q.   Did you drink it?
23    A.   Yes, sir.
24    Q.   How much juice did you drink?
25    A.   I drank it all down, and then I vomited it

302

1  all up.
2     Q.   Okay.
3     A.   Somebody told my brother that an officer in
4  the past had been sick with the same thing that I had.
5     Q.   Do you recall someone saying "kidney stones"
6  to you?
7     A.   Not that anybody said that to me. I
8  remember something that happened with my brother. It's a
9  female sheriff that gave him, like, a funnel with
10 something in it, and they were supposed to carry me down
11 and -- because it was --
12         INTERPRETER: And the interpreter didn't
13 understand this part of going down with the funnel. If I
14 could clarify that.
15    A.   I was downstairs. What my brother
16 understood, along with the other guy who spoke some
17 English, was that I was supposed to try to urinate to get
18 a stone out, and they were going to be able to use that
19 to send it in for analysis to see what it was that I had
20 wrong. I got scared because when I urinated, it was
21 bloody.
22         My brother was really upset because they
23 wanted me to keep drinking and finish up all this juice.
24 I vomited into the garbage can, but it all came out, and
25 it got me all full of vomit because my feet were on the

303

1  ground, and it all came out.
2     Q.   At some point you were taken in a vehicle to
3  the hospital. Do you remember that?
4     A.   Yes, sir.
5     Q.   And that occurred on March 8 of 2003,
6  Saturday; is that correct?
7     A.   Yes, sir.
8     Q.   Do you recall anything that happened at the
9  jail up to the time that you were transported to the
10 hospital that we haven't already talked about?
11    A.   Yes, sir.
12    Q.   Okay. What else do you recall of that
13 period of time?
14    A.   I remember they put me into a wheelchair and
15 took me. They saw how bad I was. They gave me a garbage
16 can because I was vomiting, and they let me keep
17 vomiting -- it could have been for 30 minutes -- in the
18 garbage can. And they could see that my clothes were all
19 torn up.
20         They took me somewhere, I don't know where
21 it was, and they gave me some clean clothes, and I don't
22 know where they got them. I remember they handcuffed me,
23 and they chained me up around the waist, and I remember
24 they gave me a plastic bag to put in between my hands so
25 I could vomit into that.

304

1         I felt really bad, and I couldn't breathe.
2  And I was having trouble breathing when I was being
3  transported.
4     Q.   Let me back up and talk about the time
5  before you were transported. Where did they take you to
6  give you the clean clothes?
7     A.   It was the same place where I had come in.
8  I remember where they had sit us down on the benches
9  where they gave us that questionnaire. The difference
10 was that this time I was in a wheelchair.
11    Q.   What kind of clothes did they give you?
12    A.   Clean -- clean clothes. It looked like they
13 were clean and they were new. They took those sandals
14 that they had given me -- they took those away from me.
15    Q.   Was it the same kind of jail uniform that
16 you had on before?
17    A.   Yes, sir.
18    Q.   And the same kind of shoes but just a
19 different pair of them?
20    A.   They had given me -- they gave me now
21 sandals that were open without the closed heel.
22    Q.   Were there any problems with the clothes or
23 the sandals that you got on March 8 of 2003?
24    A.   Just to put them on myself, sir.
25    Q.   Did anybody help you put them on?

305

1   A.   No.
2   Q.   Was anyone -- who was with you?
3   A.   I don't remember. It was an officer.
4   Q.   Your brother was no longer with you?
5   A.   They didn't let him, no.
6   Q.   And none of the people that could speak
7   English were with you either; is that correct?
8   A.   No one else.
9   Q.   Do you recall anything else about being at
10  the jail before the transport that we haven't now talked
11  about?
12  A.   I can remember what the officer said.
13  Q.   What --
14  A.   Something to my brother about somebody else
15  had been in sick with the same thing I had, and they had
16  given him that juice, and it had gotten him better.
17  Q.   Okay. Anything else that you recall?
18  A.   No, sir. I remember it took them a long
19  time to be able to transfer me.
20  Q.   Do you recall what time of day it was when
21  you left on the transport?
22  A.   I don't remember the time, but I think it
23  was late, sir.
24  Q.   Was it daylight or nighttime?
25  A.   It was during the day.

306

1   Q.   Was it in the morning or in the afternoon?
2   A.   It was in between morning and afternoon. I
3   don't know, really.
4   Q.   Do you recall the type of vehicle that you
5   were transported in from the jail to the hospital?
6   A.   Yes, sir.
7   Q.   What kind of vehicle was it?
8   A.   That it was like a small car. Well, it
9   wasn't like a car. It was a Jeep. But very small.
10  Q.   Do you recall the -- how many people
11  transported you?
12  A.   One. A guy in civilian clothes.
13  Q.   Do you recall what he looked like?
14  A.   No. I don't remember him very much.
15  Q.   Had you seen him at the jail before that
16  moment?
17  A.   I don't remember him, no. I don't know,
18  sir. He was dressed in civilian clothes. He didn't have
19  a uniform that I can remember.
20  Q.   Okay. Where did you sit in the vehicle?
21  A.   In the rear part but on the driver's side.
22  Q.   What do you recall of the trip?
23  A.   I was suffocating, and I was trying to
24  communicate that I wanted him to lower a window to get
25  some air in there. He could see me trying to get some

307

1   air, and I was vomiting in the backseat. He could see me
2   through the rearview mirror.
3   Q.   Anything else you recall of that trip?
4   A.   Well, we got to the hospital.
5   Q.   How long did the trip take?
6   A.   I don't know, sir. I don't remember. It
7   could have been an hour, it could have been two. I
8   remember going downhill, and I remember the curves, but I
9   don't remember.
10  Q.   Did the man in the car that was driving
11  recognize that you needed to get some air?
12  A.   I don't know if he didn't understand or it
13  didn't matter to him. Well, I do think that he
14  understood, but I don't think it mattered.
15  Q.   Did you speak to him in Spanish or English
16  or both?
17  A.   I spoke to him in Spanish. I remember that
18  he spoke a couple of words in Spanish. Not English.
19  Q.   You believe that he understood what you
20  needed?
21  A.   I think he did, and I was trying to show him
22  like this, making these movements like this, and I think
23  he understood because he would see me. At one time he
24  looked around, and he was making these kind of movements
25  to, like, tell me, easy, take it easy. And he could see

308

1   that I was vomiting, and I was trying to get air
2   and . . .
3   Q.   You were moving your hands around your face
4   and your mouth. Is that true?
5   A.   Yes, sir.
6   Q.   Trying to demonstrate similarly to what you
7   were doing with this man in the vehicle transporting you
8   from the jail to the hospital?
9   A.   Yes.
10  Q.   Do you remember anything else about the trip
11  from the jail to the hospital?
12  A.   No, no.
13  Q.   What do you remember about the hospital?
14  A.   He helped me to get into the hospital. He
15  didn't take the handcuffs off me, though. I guess that
16  was normal. I don't know. But it was very heavy, the
17  chains were, and the handcuffs. They felt very heavy on
18  me. I remember going into the hospital. I waited for, I
19  don't know --
20       INTERPRETER: Have the interpreter clarify
21  one thing.
22  A.   I remember waiting, I don't know, five
23  minutes or maybe less before going into the hospital.
24  Q.   (BY MR. RINGEL) Did you see a doctor in the
25  hospital?

---

309

1  A. A lot of them.
2  Q. Was someone communicating with you in
3  Spanish at that hospital?
4  A. Somebody came up and said something to me.
5  Q. In Spanish?
6  A. Yes, sir.
7  Q. Do you know who the individual was that
8  communicated with you in Spanish at that hospital?
9  A. I think it was a female doctor.
10 Q. Was this female doctor young or old?
11 A. Young. Between maybe -- well, I don't know.
12 Just young.
13 Q. Did she speak good Spanish?
14 A. I understood her.
15 Q. Were you able to tell her what was wrong
16 with you?
17 A. I didn't explain anything.
18 Q. Describe your communications with anyone in
19 the hospital that you recall.
20 A. I didn't have strength to -- I didn't have
21 breath if you want to say it that way.
22 Q. What were they doing?
23 A. I remember they took off the clothing I had
24 around my chest. A lot of doctors came up and surrounded
25 me and were touching me like this (indicated), and I saw

310

1  that they were very concerned, and they were running back
2  and forth from here to there. I could see that they were
3  very concerned, and they were seeing what was happening
4  with me, and I don't know what it is that was happening
5  with me. I don't know if they knew.
6  Q. Do you recall anything else about being at
7  that hospital?
8  MR. KORDICK: I'm sorry. Let him finish his
9  answer. I object to you not letting him finish. Go
10 ahead.
11 A. I saw that the doctors were very concerned,
12 running back and forth all around me.
13 Q. (BY MR. RINGEL) Do you recall anything else
14 about what was happening during the time period you were
15 at the hospital?
16 A. A woman told me -- I don't know if she was a
17 doctor or she was a nurse, but she said something like,
18 "Sir, I'm sorry, but we don't have the machinery here
19 that we need to save you."
20 Q. How long would you estimate you were at the
21 hospital?
22 A. I don't know, sir.
23 Q. Do you have any other recollections of what
24 occurred at that hospital that we haven't already talked
25 about this afternoon?

311

1  A. No, I don't recall anything more.
2  Q. At some point you were put in an ambulance
3  and taken to another hospital. Do you remember that?
4  A. Yes.
5  Q. What do you remember about the ambulance
6  ride?
7  A. They were talking -- or they were arguing.
8  I think that these doctors were angry because the police
9  officer wanted to handcuff me. And they didn't let him,
10 and I think they saw how sick I was. But the officer was
11 very upset by that because he wanted to handcuff me.
12 They took me in the ambulance. They were saying to me,
13 relax, and I remember that they were touching me like
14 this, and they were looking at the machinery and
15 everything like that in the ambulance.
16 Q. How many people rode in the back of the
17 ambulance with you?
18 A. I don't know if there were three or there
19 were more, but they were very attentive to me about what
20 was happening to me.
21 Q. Where was the officer when you were riding
22 in the ambulance?
23 A. He was back there in his truck following us.
24 He never left the area behind us.
25 Q. Was the ambulance's sirens or lights on as

312

1  far as you know?
2  A. I don't remember, but I don't think so.
3  Q. How long did it take to go in the ambulance
4  to the second hospital?
5  A. I just got into one ambulance. I didn't get
6  into another one.
7  Q. I understand that. How long did it take you
8  to travel in the one ambulance from the first hospital to
9  the second hospital?
10 A. They were going very fast, so it was -- it
11 was quick. I don't remember. It was a short time, but
12 it happened very quickly.
13 Q. Did anyone communicate with you in Spanish
14 during the ride in the ambulance?
15 A. I don't know. I remember we were going
16 along, and I remember that the officer was following us,
17 and I remember seeing the people, and I remember that
18 they were saying things, but I was just in real bad
19 shape. I don't remember.
20 Q. You don't remember whether anyone was
21 attempting to communicate with you in Spanish during that
22 ambulance ride?
23 A. People were putting their palms on me,
24 touching me like that. They were looking at the
25 machinery. They were checking the machines and things