COPY

EXHIBIT 2

```
 1           IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLORADO

 3

 4   Case No. 05-cv-377-WDM-BNB

 5   _____

 6   DEPOSITION OF EDWARD ALLEN      August 23, 2006

 7   _____

     MOISES CARRANZA-REYES,
 8
                 Plaintiff,
 9
     vs.
10
     PARK COUNTY, a Public Entity of the State of
11   Colorado and Governing Board, and

12   THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, and

13   PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the
     State of Colorado, and
14
     FRED WEGENER, Individually and in his Capacity as
15   Sheriff of Park County, Colorado, and

16   MONTE GORE, Individually and in his Capacity as
     Captain of Park County Sheriff's Department, and
17
     VICKI PAULSEN, Individually and in her Official
18   Capacity as Registered Nurse for Park County,
     Colorado, and
19
     JAMES BACHMAN, M.D., Individually and in his
20   Official Capacity as Medical Director of the Park
     County Jail,
21
                 Defendants.
22
     _____
23

24

25
```

33

```
00:35  1  whatever reason I was pretty handy at doing that
00:35  2  kind of thing.
00:35  3      Q.  Kind of restoring order?
       4      A.  Yes, sir.
       5      Q.  All right.  How did you get recruited to
00:35  6  come work at Park County Jail?  How did that happen?
00:35  7      A.  A friend of mine that was still in DOC,
00:35  8  he called me up and he said that they were needing
00:35  9  and advertising for help.  I was fixing to be laid
00:35 10  off at ASI.  They had gotten in some financial
00:35 11  problems, so we were looking for a job.  I called
00:36 12  over there and got an appointment with Monte Gore,
00:36 13  and that's how I got started.
00:36 14      Q.  You had known Monte Gore prior to that
00:36 15  time, right?
00:36 16      A.  I had met him one time at that -- in
00:36 17  Summit County when we did that demonstration on the
00:36 18  forced cell.
00:36 19      Q.  Describe your interview with Mr. Gore.
00:36 20      A.  He basically at the time, same drill,
00:36 21  excited about getting some ex-DOC for their
00:36 22  experience and was hoping that some of that would
00:36 23  rub off on some of the younger officers that they
00:36 24  had.  I really didn't want to go back into
00:36 25  corrections, but it sounded like they really wanted
```

34

```
00:36  1  to get it going.  It was a little private deal, so I
00:36  2  went ahead and took the job.
00:37  3      Q.  At the time that you started there, were
00:37  4  there INS detainees being housed at the Park County
00:37  5  Jail?
00:37  6      A.  You know, I can't remember if -- it seems
00:37  7  like we might have had very few at that particular
00:37  8  time.  I was trying to remember if we were getting
00:37  9  INS contracts.  I know they had some once in awhile,
00:37 10  but nothing like what it was towards the end.  They
00:37 11  had boot camp contracts with DOC, which had just
00:37 12  gotten started, but I can't exactly remember if they
00:37 13  had a real bona fide INS contract or if that came
00:37 14  shortly after that.
00:37 15      Q.  At some point during the time that you
00:37 16  were working at the Park County Jail they started
00:37 17  housing a fair number of INS detainees?
00:37 18      A.  Yes, sir.
00:37 19      Q.  And you think that was more towards the
00:37 20  end of the time that you were there?
00:38 21      A.  Well, towards the end we had a lot of
      22  them.  When it first started, that I can remember,
00:38 23  first started getting INS inmates, we would have
00:38 24  eight, 10, 12, 15.  Then the number just steadily
00:38 25  kept growing after that.
```

35

```
00:38  1      Q.  Were the INS detainees always housed in
00:38  2  D-Pod?
00:38  3      A.  No, sir.  They were housed in another
00:38  4  cell block that was just the exact same thing except
00:38  5  on the opposite side of the facility.
00:38  6      Q.  What pod was that?
00:38  7      A.  I believe that was A.
00:38  8      Q.  And when did the INS detainees start
00:38  9  regularly being held in D-Pod, if you remember?
00:38 10      A.  I can't tell you the date, but it seems
00:38 11  like they were there at least the last four or five
00:38 12  months that I was there.
00:38 13      Q.  And you left in April of '03; is that
00:38 14  right?
00:38 15      A.  Yes, sir.  I believe it was the 21st.
00:38 16      Q.  Okay.
00:39 17      A.  There was INS inmates, though, with the
00:39 18  females back in the back, so that was the other
00:39 19  place that they would hold them.
00:39 20      Q.  But just to clarify, at one point the
00:39 21  male INS detainees were being held in A-Pod and then
00:39 22  they moved over to D-Pod?
00:39 23      A.  And I don't know why they did that.  They
00:39 24  were the exact same, just flip-flopped was all.
00:39 25      Q.  All right.  Did you get training by the
```

36

```
00:39  1  Park County Jail when you started?
00:39  2      A.  No, sir.
00:39  3      Q.  Did you get a handbook?
00:39  4      A.  No.  They had a -- what did they have?  A
00:39  5  couple pieces of paper was basically what they had.
00:40  6  I don't really remember anything formal.  It was a
00:40  7  pretty informal deal, and I think that was why, the
00:40  8  impression I got was why they wanted some DOC,
00:40  9  ex-DOC hands.
00:40 10      Q.  And other than you and Mr. Bellantonio,
00:40 11  did you work with anybody during the time that you
00:40 12  were working for Park County Jail that was a former
00:40 13  DOC employee?
00:40 14      A.  Jack Stanick was not in a state
00:40 15  Department of Corrections, but he worked in a jail
00:40 16  back east.  And it was a large jail, so he had quite
00:40 17  a bit of extensive background in some type of
00:40 18  corrections.  We were the only three that I knew of
00:40 19  on my shift.
00:40 20      Q.  Okay.  How much interaction did you have
00:40 21  with the deputies that were on other shifts?
00:40 22      A.  We would have the few minutes during the
00:41 23  shift change.  You know, you would have the shift
00:41 24  sergeant from each shift doing their little thing.
00:41 25  But where we got most of the information would be
```

Page 37

```
00:41  1   talking to a deputy while you're exchanging keys, to
00:41  2   know what was going on. The sergeant got the
00:41  3   formal, we got the informal, which was probably the
       4   best because they knew what was really going on.
       5       Q.   The other deputies did?
00:41  6       A.   Yes, sir.
00:41  7       Q.   Because the sergeant was typically mostly
00:41  8   in the master control; is that right?
00:41  9       A.   Correct.
00:41 10       Q.   Do you ever remember reviewing any
00:41 11   policies and procedures of the Park County Jail?
00:41 12       A.   No, sir.
00:41 13       Q.   Do you ever remember reviewing an inmate
00:41 14   handbook?
00:41 15       A.   No, sir.
00:41 16       Q.   Was there anything that was given to the
00:41 17   inmates when they arrived at the jail in terms of a
00:42 18   handbook or any description of their policies and
00:42 19   procedures that they had to follow?
00:42 20       A.   No, sir. The only thing that I can
00:42 21   remember any inmates receiving would be the boot
00:42 22   camp inmates, and they had some literature from the
00:42 23   DOC as to -- the DOC procedures for when they would
00:42 24   arrive at Buena Vista, or what they might have
00:42 25   brought in from other facilities that they had with
```

Page 38

```
00:42  1   them. We didn't give them anything other than the
00:42  2   health screening deal that they filled out, and of
00:42  3   course if they come in from another facility
00:42  4   stateside we didn't have to do that because that was
00:42  5   already taken care of.
00:42  6       Q.   Okay. When you talk about boot camp
00:42  7   inmates, what are you talking about?
00:42  8       A.   DOC inmates that were being held by
00:42  9   contract to go to Buena Vista, for their boot camp
00:42 10   that they had set up with DOC.
00:42 11       Q.   So am I understanding right that these
00:43 12   inmates would get processed through DRDC, come to
00:43 13   Park County, and wait for space at the boot camp of
00:43 14   Buena Vista?
00:43 15       A.   Most generally that's how it worked, yes,
00:43 16   sir.
00:43 17       Q.   Okay. And DRDC is the Denver Reception
00:43 18   and Diagnostic Center?
00:43 19       A.   Correct.
00:43 20       Q.   Where were the DOC inmates that you just
00:43 21   described housed in the Park County Jail?
      22       A.   Well, they would move to several
00:43 23   different places. They started out in D-Block and
00:43 24   then they moved them over to A and put the INS in
00:43 25   D. And then when I left, the boot camp was in the
```

Page 39

```
00:43  1   C-Block -- or excuse me, B.
00:43  2       Q.   Was there any construction or expansion
00:43  3   of the Park County Jail at the time that you were
00:43  4   there?
00:43  5       A.   No, sir.
00:43  6       Q.   Okay. What I want to do now, Mr. Allen,
00:44  7   is ask you some specific questions about your
00:44  8   statement, okay?
00:44  9       A.   Okay.
00:44 10       Q.   You understand that -- well, let me ask
00:44 11   it as a better question. Do you understand that
00:44 12   Mr. Carranza-Reyes was in the Park County Jail from
00:44 13   March 1st, 2003 through March 8th, 2003?
00:44 14       A.   Yes, sir.
00:44 15       Q.   Okay. Do you know which of those days
00:44 16   you were working?
00:44 17       A.   I wasn't there the 1st. My days off were
00:45 18   Friday and Saturday. I don't think I came in
00:45 19   contact with him until probably he had been there a
00:45 20   day or maybe two before. Well, my first day would
00:45 21   have been the first contact I would have had with
00:45 22   him, if I had even visited with him personally. I
00:45 23   know I did visit with him and his brother, but he
00:45 24   had been there several days by then.
00:45 25       Q.   Okay. Take a look at page 5 of your
```

Page 40

```
00:45  1   statement. At the fifth sort of entry where it says
00:45  2   LK, and then it says, "Can you tell me when these
00:45  3   pods -- how big was D-Pod?" Do you see where I'm
00:46  4   at?
00:46  5       A.   Can I tell you how big D-Pod was, yes,
00:46  6   sir.
00:46  7       Q.   And then you say, "Originally it was an
00:46  8   18-man unit."
00:46  9       A.   Correct.
00:46 10       Q.   How do you know it was originally an
00:46 11   18-man unit?
00:46 12       A.   Well, two things. They had 18 bunks
00:46 13   upstairs.
00:46 14       Q.   Okay.
00:46 15       A.   By the approximate floor size -- DOC is
00:46 16   required approximate 80 square foot for inmate, and
00:46 17   that's just -- I never measured it, but just
00:46 18   stepping it off and looking at it, that would have
00:46 19   been about what that was supposed to be. And then
00:46 20   other deputies that had worked there several years
00:46 21   prior to me coming, we got to visiting, and that's
00:46 22   how -- they stated it was an 18-man unit at that
00:46 23   time.
00:46 24       Q.   Let me ask you a couple questions about
00:46 25   that. Who are the deputies that you just referred
```

**Page 53**

01:02  1  A. Yes, sir.
01:02  2  Q. Did you ever observe used hygiene items
01:02  3  being ever issued to anybody?
01:02  4  A. No, because the bags were made up -- one
01:02  5  of the ladies in the sheriff's department front, in
01:02  6  the main sheriff's department themselves had some
01:02  7  people that would fill those bags and bring them
01:02  8  back to us. They were already closed back up. If
01:02  9  one was broke open and parts of it fell out, we just
01:03 10  left it and issued new ones.
01:03 11  Q. Okay. Did you ever use a translator in
01:03 12  booking that you recall?
01:03 13  A. On occasion we had to because there
01:03 14  was -- not very often, but there was times when
01:03 15  there just wasn't enough communication skills
01:03 16  between the two parties to get it done.
01:03 17  Q. Is it fair to say that some of the
01:03 18  Park County folks understood some Spanish and some
01:03 19  of the detainees understood some English?
01:03 20  A. Yes, sir.
01:03 21  Q. Okay.
01:03 22  A. That was how we would communicate the
01:03 23  biggest part of the time.
01:03 24  Q. Did you do any kind of orientation to the
01:03 25  detainees when they hit the door?

**Page 54**

01:03  1  A. Typically the INS, when we first started
01:03  2  getting them, weren't there but a day or two. Some
01:03  3  of them would just be overnight. Then it gradually
01:03  4  got to the point where they were staying
01:04  5  considerably longer periods of time.
01:04  6     So we would try to let them know
01:04  7  when chow was, if they needed something how to get
01:04  8  ahold of us; you know, stand there at the window and
01:04  9  wave at us. Whatever they needed to do. That was
01:04 10  pretty typical of what we would -- because once they
01:04 11  were there for the first day, then they knew what
01:04 12  was going on. We tried to let them know when
01:04 13  laundry would be picked up because that would be
01:04 14  kind of out of sync for them.
01:04 15  Q. Were they issued underclothes, underwear?
01:04 16  A. No. They had -- let's see. Yes, they
01:04 17  were. They were issued T-shirts and boxers.
01:04 18  Q. And were the T-shirts and boxers they
01:04 19  were issued clean?
01:04 20  A. They were always given to them clean.
01:04 21  They may not have looked clean. I'll keep saying
01:04 22  that.
01:04 23  Q. I understand.
01:04 24  A. Because that was just the way it was, but
01:04 25  they were clean, yes.

**Page 55**

01:04  1  Q. And when you say things looked gray,
01:04  2  that's similar to how things ended up looking at the
01:05  3  Buena Vista Correctional Facility too, right?
01:05  4  A. Oh, yeah. You have laundry services done
01:05  5  for people wearing the same clothes over and over
01:05  6  for any long period of time, it eventually turns a
01:05  7  little bit gray looking.
01:05  8  Q. How did they smell?
01:05  9  A. Smelled like soap.
01:05 10  Q. Did you ever recall any kind of clothing
01:05 11  or bedding being issued to a detainee that smelled
01:05 12  like body odor?
01:05 13  A. No. And then again, it's kind of hard to
01:05 14  tell too when you've got 50 people in the cell
01:05 15  block. You walk in and the whole place smells. But
01:05 16  I did not ever issue anything that smelled like body
01:05 17  odor, no.
01:05 18  Q. Were you involved in issuing mattresses
01:05 19  to inmates at the cell block?
01:05 20  A. Yes, sir.
01:05 21  Q. Were the mattresses clean?
01:06 22  A. The mattresses would be -- once an inmate
01:06 23  left or you had extra mattresses, they were pulled
01:06 24  out. They were disinfected with a bleach type
01:06 25  solution, and then it depended on the weather. If

**Page 56**

01:06  1  we could put them outside, they were. If it wasn't,
01:06  2  then they kind of got put in that rec room we were
01:06  3  talking about to try to air out and dry out.
01:06  4  Q. If they could be put outside, sunshine
01:06  5  was used as a disinfectant too?
01:06  6  A. I wasn't there for that. That was
01:06  7  typically taken care of on day shift, but that was
01:06  8  what was supposed to be done if possible.
01:06  9  Q. Did you observe mattresses at any point
01:06 10  in time airing out either outside or in the rec
01:06 11  room?
01:06 12  A. Yeah, they would be stacked in the
01:06 13  rec room or else right in front of that lobby desk
01:06 14  in the area in front of the control room because
01:06 15  that's where we would typically pick them up to
01:07 16  issue them.
01:07 17  Q. Okay.
01:07 18  A. That doesn't mean that some of these
01:07 19  mattresses didn't have a tear or rip, because they
01:07 20  got that way.
01:07 21  Q. I understand. Take a look at the bottom
01:07 22  of page 6, the last statement next to your initials
01:07 23  where it says EA. You talk about a lady that spoke
01:07 24  Spanish. Do you see that there?
01:07 25  A. Uh-huh. Yes, sir.

Page 109

```
02:32  1     A.    No.  It was pretty much the nose, the
02:32  2  aching, just the side ache, the cold.  He was cold.
02:32  3     Q.    Did you hear -- did anybody tell you that
  ?    4  he was suffering from diarrhea?
  ?    5     A.    Yeah.  I think when he was talking about
02:33  6  his side hurting, he kept saying bathroom or what I
02:33  7  took to be bathroom.  So I had to figure out that
02:33  8  either he couldn't go to the bathroom or he was
02:33  9  going too much.  And later I found out it was too
02:33 10  much, but I didn't -- I couldn't figure out for sure
02:33 11  which problem was the one at that particular time.
02:33 12              The following day I found out that
02:33 13  it was he was having diarrhea, but that night when
02:33 14  we were trying to talk all I could understand was
02:33 15  the bathroom part of it.
02:33 16     Q.    How did you find out the following day
02:33 17  that he was having problems with diarrhea?
02:33 18     A.    One of other inmates, between Abraham and
02:33 19  somebody else, finally figured out how to tell me
02:33 20  what it was.
02:33 21     Q.    Okay.  Did you ever hear that Moises
02:34 22  Carranza-Reyes was having a little problem with
02:34 23  vomiting?
02:34 24     A.    Well, vomiting, I know he did because --
02:34 25  he didn't tell me this.  But, I mean, if you have
```

Page 110

```
02:34  1  kids or have been around a drunk and they vomit, you
02:34  2  can smell it, and that's just what he smelled like.
02:34  3     Q.    So you smelled the aftereffects of
02:34  4  vomit --
02:34  5     A.    Yes, sir.
02:34  6     Q.    -- on his person?
02:34  7     A.    Yes, sir.
02:34  8     Q.    Okay.  Now, correct me if I'm wrong.  I
02:34  9  understand that you had two communications,
02:34 10  observations of Moises Carranza-Reyes, or were there
02:34 11  more than two?
02:34 12     A.    Well, I would come in contact with him of
02:34 13  course more often than that at night with the counts
02:34 14  and what have you, but there was two individual
02:34 15  times that I can remember that we tried to speak to
02:34 16  each other, yes.
02:34 17     Q.    And those were the time that he's trying
02:34 18  to come down the stairs and the time that you were
02:35 19  looking for him to give him his meal or find out
02:35 20  what was going on?
02:35 21     A.    Right.  And the rest of it I would see
      22  him, but he would either be asleep and then his
02:35 23  brother would try to talk to me.
02:35 24     Q.    Okay.
02:35 25     A.    From the time I saw him wrapped up in the
```

Page 111

```
02:35  1  blanket on the stairs, he didn't have much -- he
02:35  2  wasn't really able to talk to me or couldn't because
02:35  3  he was always on his mattress asleep, so his brother
02:35  4  was doing the talking to me then.
02:35  5     Q.    Was Abraham Carranza-Reyes sick?
02:35  6     A.    If he was, he sure wasn't near as sick as
02:35  7  his brother.  But there was so many up them up there
02:35  8  at that particular time that had the runny nose and
02:35  9  the -- I think he probably had a little bit of the
02:35 10  flu, but it wasn't near as bad as some of the
02:35 11  others.
02:35 12     Q.    Did he ever, did Abraham ever complain to
02:35 13  you about being sick?
02:35 14     A.    Not that I remember.  I think he was so
02:35 15  concerned about his brother that I don't think he
02:36 16  was -- because I can't remember him complaining to
02:36 17  me, other than he needed some more toilet paper,
02:36 18  which is kind of an ongoing thing with all of them.
02:36 19  And we were concerned about trying to get kites to
02:36 20  see the nurse for his brother.
02:36 21     Q.    During the time period that you helped
02:36 22  Moises Carranza-Reyes and Abraham Carranza-Reyes
02:36 23  fill out kites to see medical, did you do the same
02:36 24  thing with any other detainee in D-Pod?
02:36 25     A.    Several, yes, sir.
```

Page 112

```
02:36  1     Q.    Okay.
02:36  2     A.    Once they figured out that's what we
02:36  3  were doing, there was four or five of them probably
02:36  4  that evening and probably another three or four the
02:36  5  next evening when I come on shift.
02:36  6     Q.    Okay.
02:36  7     A.    Which was a common thing anyway.  When
02:36  8  one of them didn't feel good, it happened even prior
02:36  9  to this, that if they weren't feeling good we'd
02:36 10  get -- try to figure out how to get them a kite
02:36 11  filled out.  But on this particular case there was
02:37 12  several of them filled out in the course of the two
02:37 13  days that this was going on.
02:37 14     Q.    Do you remember anything about the
02:37 15  sicknesses of any of those other detainees?
02:37 16     A.    Other than the fact that they all had
02:37 17  pretty much the same symptoms as far as the runny
02:37 18  nose and the chills.  I don't know that any of the
02:37 19  others had the diarrhea or the vomiting or the achy,
02:37 20  you know, the pain in the side.  But there was a lot
02:37 21  of flu-like symptoms to me that I saw there.
02:37 22     Q.    How many detainees do you believe had
02:37 23  flu-like symptoms as you are describing during that
02:37 24  first week in March of 2003 in the D-Pod?
02:37 25     A.    Boy, there was a bunch.  I'd be willing
```

**Page 117**

02:43  1  outside with the INS people. And if there was
02:43  2  somebody from the jail, then Ben or Dan would go
02:43  3  pick them up and bring them to us.
       4      Q.   But the typical INS detainee would never
       5  get processed into the Eagle County Jail --
02:43  6      A.   Correct.
02:43  7      Q.   -- as far as you know?
02:43  8      A.   Correct.
02:44  9      Q.   Do you remember the names of any of the
02:44 10  detainees who were sick at the same time as Moises
02:44 11  Carranza-Reyes?
02:44 12      A.   No, because -- and the reason I don't
02:44 13  remember them is the fact that very -- they didn't
02:44 14  come up to me, other than the fact that they asked
02:44 15  for kites. And once I got them kites, they in a
02:44 16  small group would go back to a table and start
02:44 17  working on filling them out.
02:44 18           We had a drop box in there for
02:44 19  them, but I don't know if they didn't really realize
02:44 20  what it was for, even though I tried to tell them,
02:44 21  or they just didn't trust it. But then once they
02:44 22  got them all filled out, they would get my attention
02:44 23  and I would stop back into the cell block and pick
02:44 24  up the kites. But I can't tell you the other names
02:44 25  of the people that might have put in because unless

**Page 118**

02:44  1  we particularly had a one-on-one conversation, I
02:44  2  didn't get their names.
02:45  3      Q.   Do you recall any one-on-one
02:45  4  conversations with any other detainee during this
02:45  5  period of time similar to the ones that you
02:45  6  described involving Moises Carranza-Reyes and his
02:45  7  brother?
02:45  8      A.   Mostly during that period of time it
02:45  9  would be a group of them that would talk. You know,
02:45 10  this one would talk and this one would talk, and
02:45 11  between three or four of them and me we would figure
02:45 12  out what the heck we were trying to say to each
02:45 13  other.
02:45 14      Q.   And I may have asked you this, and if I
02:45 15  did I apologize. After you put the kites that
02:45 16  you've described in the box where they were to go be
02:45 17  directed at medical, you have no idea what happened
02:45 18  to them after that?
02:45 19      A.   No, sir. I know what should have
02:45 20  happened, but I don't know what happened to them.
02:45 21      Q.   What should have happened?
      22      A.   Medical should have picked them up when
02:45 23  they come in on their shift the following morning or
02:45 24  the following workday.
02:45 25      Q.   Do you know what Nurse Paulsen's typical

**Page 119**

02:46  1  schedule was in March of 2003?
02:46  2      A.   As far as I knew is her shift was
02:46  3  basically the same as day shift, from 8:00 to 4:00.
02:46  4  It may have been a little bit earlier, but she
02:46  5  typically left about the time we came on shift.
02:46  6      Q.   Do you know what her off days were?
02:46  7      A.   Saturdays and Sundays because I never did
02:46  8  see her there on the weekends unless there was
02:46  9  something in particular going on.
02:46 10      Q.   If there was a medical issue on the swing
02:46 11  shift that you felt somebody needed immediate
02:46 12  medical attention, could you call Ms. Paulsen?
02:46 13      A.   I couldn't, but the person in the control
02:46 14  room or whoever was in charge of the shift at that
02:46 15  particular time could. So what would happen is that
02:46 16  we would communicate. If they thought it was
02:46 17  somebody cut and bleeding bad, yeah, we would, but
02:46 18  we had to call the nurse at home.
02:46 19      Q.   Did you ever think that Moises
02:47 20  Carranza-Reyes' condition was such that the nurse
02:47 21  needed to be notified?
02:47 22      A.   Well, that was the reason for the kites.
02:47 23      Q.   Okay. But did you ever consider calling
02:47 24  the nurse during your shift about Moises
02:47 25  Carranza-Reyes?

**Page 120**

02:47  1      A.   On the night that I took in a bunch of
02:47  2  Kool-Aid and went and got the Ibuprofen and aspirin
02:47  3  and things like that, because that was the only
02:47  4  thing the deputy would be allowed to get, I told
02:47  5  Sergeant Flint then we need to either make sure
02:47  6  these people see the nurse first thing tomorrow
02:47  7  morning or call them. And so he told me that he
02:47  8  would make sure that day shift was aware of the fact
02:47  9  that these people needed to see the nurse the
02:47 10  following morning.
02:47 11           I didn't think it was necessary
02:47 12  that night, unless that pain -- the pain in the side
02:48 13  is what scared me because I didn't know if it was
02:48 14  appendix or what, but the rest of the symptoms was a
02:48 15  flu bug type thing. I was more worried about the
02:48 16  pain in the side, and he assured me that he would
02:48 17  make sure that day shift -- when we talked to
02:48 18  graveyard, told them about the guy, if the pain
02:48 19  got -- in my opinion, that was the thing that we
02:48 20  needed to watch for. If it got worse, get ahold of
02:48 21  somebody.
02:48 22      Q.   Did --
02:48 23      A.   But if it didn't, then day shift, when
02:48 24  the nurse came in, okay. But I don't know for sure
02:48 25  what happened after that.

161

03:50 1  never saw it as high as it was at this period of
03:50 2  time, correct.
03:51 3      Q.  Okay.  Was there ever a period of time in
      4  which there were several inmates doing sick call at
      5  the same time as there was as you've described
03:51 6  during the period of March 1st through 8th?
03:51 7      A.  Was there as many inmates going to sick
03:51 8  call?
03:51 9      Q.  Yes, at one time.
03:51 10         MR. KORDICK:  I object to the form of
03:51 11 the question.
03:51 12     A.  I don't know.
03:51 13         MR. KORDICK:  Sick call.
03:51 14     A.  I mean, most of the sick call slips were
03:51 15 done in the morning when the nurse was there.  The
03:51 16 ones that we would pick up would be the ones that
03:51 17 somebody didn't feel so good after 4:00.  I can't
03:51 18 tell you that.
03:51 19     Q.  Okay.  Are you familiar with the medical
03:51 20 care being provided within the DOC system at
03:51 21 Buena Vista?
03:51 22     A.  Am I familiar with the medical care?
03:51 23     Q.  Yes.
03:51 24     A.  Well, to a point any officer is, yes.
03:51 25     Q.  And you're familiar with the Park County

162

03:52 1  Jail medical services to the extent as an officer,
03:52 2  correct?
03:52 3      A.  Well, as an officer I knew that if the
03:52 4  nurse was there during day shift and we supplied the
03:52 5  meds and then you put in kites to see the nurse, I
03:52 6  knew that, yes.
03:52 7      Q.  So was there any major difference between
03:52 8  the two systems?
03:52 9      A.  Yeah.  In DOC you had medical care there
03:52 10 24 hours a day.
03:52 11     Q.  A nurse or a doctor?
03:52 12     A.  Nurse or PA.  And if it was just a nurse
03:52 13 that didn't have the ability to do certain things,
03:52 14 then she would make a phone call and within
03:52 15 30 minutes we would have.
03:52 16     Q.  Okay.  Do you believe that the jail
03:52 17 medical services were being provided appropriately
03:52 18 based on your observations?
03:52 19     A.  Until Nurse Paulsen got there, in my
03:52 20 opinion it was a total wreck with the nurse that was
03:52 21 at the facility.  I don't even know who Dr. Bachman
      22 is.  I've never met him or seen him.  The only thing
03:53 23 I know about him is just a name, so I can't tell you
03:53 24 anything about him.
03:53 25         But the medical with the -- who

163

03:53 1  was the nurse before, Peterson, was a mess, in my
03:53 2  opinion.  When Ms. Paulsen came she got -- like I
03:53 3  was saying earlier, she straightened out the
03:53 4  procedure on giving medication to inmates because
03:53 5  what we were doing prior to that was not only crazy
03:53 6  but it was illegal.  I'm not supposed to go through
03:53 7  a bottle of drugs and figure out which is which.
03:53 8         But when Ms. Paulsen came, she had
03:53 9  them already taken care of in envelopes, inmates'
03:53 10 names, any instructions that we needed to know
03:53 11 about.  All we had to do was distribute them, make
03:54 12 sure it was the right inmate, and that they were
03:54 13 taken or refused.  So that was good.
03:54 14     Q.  Did you ever see a problem with the
03:54 15 medical services being provided at Park County Jail
03:54 16 such that you felt it was necessary to make a report
03:54 17 to anyone about it?
03:54 18     A.  Anybody that works there at any given
03:54 19 time can think why did they see this certain person
03:54 20 or why didn't they.  I'm not a doctor.  I don't know
03:54 21 how they do their priorities.  I did feel they
03:54 22 should have seen some of these people sooner than
03:54 23 they did.
03:54 24         The part with screening of the INS
03:54 25 for the Tuberculosis, we were supposed to keep them

164

03:54 1  separated for 24 hours.  Well, hell, we had no way
03:54 2  of doing that a lot of times.  That was a concern,
03:55 3  yes.
03:55 4      Q.  Did you ever report those concerns to a
03:55 5  superior?
03:55 6      A.  Well, yeah, we all -- you know, where are
03:55 7  we going to put them when they came in?  Where are
03:55 8  we going to put these people for 24 hours?  Well,
03:55 9  you're going to put them over here.
03:55 10     Q.  Was that something that was talked about
03:55 11 in general, or you specifically brought a complaint
03:55 12 to the sergeant or to Monte Gore?
03:55 13     A.  There again, my sergeant would know about
03:55 14 it and as far as I could go because nobody else was
03:55 15 going to -- what else were you going to do.
03:55 16     Q.  Well, did you ever talk to Dr. Bachman
03:55 17 about it?
03:55 18     A.  I never saw Dr. Bachman.  I never met the
03:55 19 man.
03:55 20     Q.  Did you ever talk to Nurse Paulsen about
03:55 21 it?
03:55 22     A.  Oh, Nurse Paulsen, yeah, because she was
03:55 23 concerned about it, but where were we going to put
03:55 24 them?  The point is we had X number of cells and
03:55 25 X number of inmates, and it didn't jive.  We had no

189

```
04:24  1   materials with their paper shoes, they're going to
04:24  2   move those all over the place too, aren't they?
04:24  3        A.   That would be another way for it to be
       4   spread around, yes.
04:24  5        Q.   And if these paper shoes aren't washed
04:24  6   for a period of up to five days as the note
04:24  7   reflects, that stuff's going to be tracked all over
04:25  8   the place whether they're cleaning the floor or not,
04:25  9   aren't they?
04:25 10             MR. RINGEL:  Object to the form and
04:25 11   the foundation.
04:25 12        A.   Yes.
04:25 13        Q.   Now, you were asked about some -- when
04:25 14   you left DOC they were starting to double bunk in
04:25 15   some of the areas that had bigger cells; is that
04:25 16   right?
04:25 17        A.   Correct.
04:25 18        Q.   Had those been single cells before?
04:25 19        A.   They had always been single.  There was
04:25 20   certain cells that was left as a single cell.  It
04:25 21   was a type of incentive type thing that if you were
04:25 22   completing the programs and doing what you were
04:25 23   supposed to be and report free and had a job, that
04:25 24   you would be eligible for a single cell, which is
04:25 25   what most all of them wanted to get to.  They were a
```

190

```
04:25  1   little bit bigger.  They were up on the third tier,
04:25  2   so it was quieter.  But when we started getting all
04:26  3   the population explosion, they went to double cells
04:26  4   also, double bunk cells.
04:26  5        Q.   Okay.  But they were bigger than the
04:26  6   other double bunk cells?
04:26  7        A.   Not a whole lot, but they were bigger,
04:26  8   yes.
04:26  9        Q.   So the conditions weren't any worse than
04:26 10   the other double bunks?
04:26 11        A.   They weren't really different than the
04:26 12   cells that had already been double bunked.
04:26 13        Q.   Did you ever see the kind of overcrowding
04:26 14   problems in the DOC as you saw in the Park County
04:26 15   Jail?
04:26 16        A.   There was -- in my opinion, any time a
04:26 17   physical plant gets bigger -- or population is
04:26 18   bigger than the physical plant's able to -- designed
04:26 19   for, it's not good.  But I didn't see things quite
04:26 20   like what I was seeing in Park County, no.
04:26 21        Q.   We know that the day shift was charged
      22   with doing laundry, and they weren't doing the
04:27 23   laundry, were they?
04:27 24             MR. RINGEL:  Object to the form and
04:27 25   the foundation.
```

191

```
04:27  1        A.   Apparently they weren't at this
04:27  2   particular time.
04:27  3        Q.   And we know that the machines weren't
04:27  4   broke down there then because you were able to get a
04:27  5   laundry person out and you used the machines, didn't
04:27  6   you?
04:27  7        A.   Correct.
04:27  8        Q.   If the machines had been broken down, you
04:27  9   wouldn't have been able to do the laundry on your
04:27 10   shift either, could you?
04:27 11        A.   Correct.
04:27 12        Q.   And you also testified that the face
04:27 13   count or head count was something that you as a DOC
04:27 14   retired officer was trying to instill in the other
04:27 15   officers and train them to do, correct?
04:27 16        A.   Correct.  They didn't have a problem so
04:27 17   much with the regular body count.  It was the face
04:27 18   count that they typically slacked off in because
04:27 19   instead of taking the time to go hunt the individual
04:27 20   down and make sure that that's who they were talking
04:28 21   to, they would either believe another inmate that
04:28 22   said he's asleep or a voice that would come down
04:28 23   from another cell that said I don't want my chow.
04:28 24   And that was one of the things that we were trying
04:28 25   to get them to understand, that you've got to put a
```

192

```
04:28  1   face to a name.
04:28  2        Q.   When you first came there April of 2002
04:28  3   were the jailers who were working there, the
04:28  4   deputies then, not doing the face count?
04:28  5        A.   Well, they were doing what I think they
04:28  6   thought was a face count.  But see, John Bellantonio
04:28  7   had started there and another fellow from DOC were
04:28  8   there however long, John, probably five or six
04:28  9   months before I came to work there.  So they got
04:28 10   part of them to understand some of it.
04:28 11        Q.   Right.
04:29 12        A.   But when I went to work there it was
04:29 13   still with me a pretty big issue with the face
04:29 14   counts.
04:29 15        Q.   So some of the -- so on your shift -- I
04:29 16   mean, you didn't know what was going on on the other
04:29 17   shifts I assume?
04:29 18        A.   No, sir.
04:29 19        Q.   But during your shift when you first
04:29 20   arrived there, they weren't doing the face count
04:29 21   properly?
04:29 22        A.   On my shift was probably the only one
04:29 23   that was doing the face count properly because John
04:29 24   wouldn't allow it otherwise.
04:29 25        Q.   I see.  But you're aware that other
```

193

```
04:29  1   shifts weren't doing it?
04:29  2       A.   The reason you were aware of it is
04:29  3   because you would have a roster with an inmate's
       4   name on it, and you would call him down for chow and
  :-9  5   found out that he had left before breakfast.
04:29  6       Q.   So they hadn't done a face count?
04:29  7       A.   But they would have him checked off as
04:29  8   being there. I don't know how he was able to clear
04:29  9   count. And the only way that that can happen is if
04:29 10   they didn't physically go and see a body to match
04:29 11   the name.
04:30 12       Q.   Okay. And my client reported, and I'm
04:30 13   going to represent this as a factual thing that you
04:30 14   don't know. But my client reported that when he
04:30 15   first arrived and was taken to the D-Pod, that the
04:30 16   inmates in bunks on either side of him, he was
04:30 17   laying on the floor, were very ill and that he
04:30 18   got their food tray for them and brought them up to
04:30 19   them.
04:30 20            MR. RINGEL: Object to the form and
04:30 21   the foundation.
04:30 22       Q.   Would that have been something -- first
04:30 23   of all, that's something that couldn't have happened
04:30 24   on your shift?
04:30 25       A.   That was -- yeah, that's not the way it's
```

194

```
04:30  1   done, no.
04:30  2       Q.   Okay.
04:30  3       A.   That's not to say that it didn't happen
04:30  4   on another shift, but it wouldn't happen on ours
04:30  5   because me or John or Jack just wouldn't allow that
04:30  6   to happen.
04:30  7       Q.   Because you wanted to see the condition
04:30  8   of the person getting the meal, correct?
04:31  9       A.   Had to see living, breathing flesh to
04:31 10   match the man.
04:31 11       Q.   Okay. And that's because a person might
04:31 12   be critically ill?
04:31 13       A.   Could be sick, could be hurt, could be
04:31 14   dead, could be gone, Could be somebody else.
04:31 15       Q.   Okay. Could be escaped.
04:31 16       A.   That's correct. That's why they could be
04:31 17   somebody else.
04:31 18       Q.   That's why the face count is so
04:31 19   important?
04:31 20       A.   That's why the face count is important.
04:31 21       Q.   And you know, at least in some of these
      22   cases from your own observation, that other shifts
04:31 23   weren't doing the face count correctly on occasion?
04:31 24       A.   Yes, sir.
04:31 25       Q.   Now, my client described that when he
```

195

```
04:31  1   came into the cell block that he had to find a place
04:31  2   to put his mat down, and that the place where he
04:31  3   found an empty spot, that there were lots of pieces
04:31  4   of toilet paper from the inmates that were sick had
04:31  5   been putting on the floor and he had to try to clean
04:31  6   this area up to put his mattress down. Is that
04:32  7   something that you've actually seen, where people
04:32  8   have thrown toilet paper out of these bunks?
04:32  9            MR. RINGEL: Form and foundation.
04:32 10       A.   Not that I actually saw them throw it,
04:32 11   but what you would see is they would have them
04:32 12   laying beside them and wadded up by their mattress.
04:32 13   Then what would happen with it is -- if they did
04:32 14   throw it, they were trying to throw it off into the
04:32 15   corner into a trash can, if there was a trash can up
04:32 16   there.
04:32 17       Q.   Right.
04:32 18       A.   But the way it usually got spread around
04:32 19   is just that individual would fall asleep, somebody
04:32 20   else would try to stumble through, and it would just
04:32 21   get kicked on down the line.
04:32 22       Q.   Now, when you reported to Flint, your
04:32 23   sergeant, he's the highest ranking guy there, right?
04:32 24       A.   At that particular time on that shift,
04:32 25   yes.
```

196

```
04:32  1       Q.   And I'm assuming that when you're in
04:32  2   there during most of your shift at least, probably
04:33  3   Mr. Gore is not there?
04:33  4       A.   It was pretty rare that we saw Mr. Gore
04:33  5   past 5:00.
04:33  6       Q.   Okay.
04:33  7       A.   5:00 was typically the end of his. And,
04:33  8   I mean, it might be I might not have seen him for
04:33  9   two or three weeks, and if we did it would be a
04:33 10   quick glimpse or he might step into the control room
04:33 11   for whatever reason.
04:33 12       Q.   So your supervisor contact was with
04:33 13   Flint, correct?
04:33 14       A.   Yes, sir.
04:33 15       Q.   And if you were going to be complaining
04:33 16   about the conditions in the jail, you would direct
04:33 17   them to your immediate supervisor, Flint?
04:33 18       A.   Correct.
04:33 19       Q.   And you did that, didn't you?
04:33 20       A.   Yes, sir.
04:33 21       Q.   When you were there, did you ever hear
04:33 22   any members of the staff brag or express pride in
04:33 23   the fact that they had so many INS inmates and they
04:33 24   were getting so much per head for these people?
04:33 25            MR. RINGEL: Object to the form.
```

**Page 205**

04:44  1    A.   My guess is that -- I would say yes. And
04:44  2  the reason I say that is because Sergeant Flint was
04:44  3  a very nice guy, but he could get names turned
       4  around worse than I could, and, hell, I see
       5  backwards. But he could turn names around. And I
04:44  6  don't know why, but it was not unusual to have -- I
04:44  7  would be going hunting for somebody with the wrong
04:44  8  name that he had written down.
04:44  9              To sit here and say that is
04:44 10  exactly what happened, no. But that is something
04:44 11  that Sergeant Flint typically did, was get names
04:44 12  backwards or the wrong name or turn it around.
04:44 13      Q.   And this corresponds to the identical
04:44 14  symptoms that you recall in Carranza-Reyes at that
04:44 15  time?
04:44 16              MR. RINGEL: Object to the form and
04:44 17  the foundation.
04:44 18      A.   Yes, those symptoms there, except like I
04:44 19  said for the altitude sickness. I didn't say that,
04:45 20  but that would be something that Flint put in there.
04:45 21  Which made sense when you thought about it later,
04:45 22  because they're coming from sea level and we're
04:45 23  8,500, 9,000 feet elevation.
04:45 24      Q.   This pain that he felt in his side, this
04:45 25  was -- as a corrections officer, you were very

**Page 206**

04:45  1  concerned that this could be very acute, a serious
04:45  2  acute injury?
04:45  3              MR. RINGEL: Object to form and
04:45  4  foundation.
04:45  5              MR. JURS: Form and foundation.
04:45  6      A.   If the inmate wasn't lying, which I
04:45  7  didn't believe he was, yeah. I mean, you've got
04:45  8  appendix. I've dealt with several in the DOC over
04:45  9  the years that, you know, bad pains in the side and
04:45 10  wind up with a burst appendix. So the pain in the
04:45 11  side is what bothered me the most.
04:45 12      Q.   And were you surprised the next day when
04:45 13  you found out that he still hadn't seen any medical
04:45 14  person?
04:45 15              MR. RINGEL: Object to the form.
04:45 16      A.   I was, but it wouldn't be unusual. You
04:46 17  know, I had no way of knowing for sure just how many
04:46 18  inmates Ms. Paulsen might have had to have seen that
04:46 19  day. But I would have kind of thought that this one
04:46 20  would have got there just simply because we made a
04:46 21  point to write it down in a pass along.
      22      Q.   And with that kind of a note, if
04:46 23  Ms. Paulsen wasn't there that day, and I think there
04:46 24  might be some indication that she was not working
04:46 25  that day, would you have expected someone in the

**Page 207**

04:46  1  administration such as Gore or Muldoon to try to
04:46  2  contact alternative medical people such as
04:46  3  Dr. Bachman to come in and see this patient?
04:46  4              MR. RINGEL: Object to the form and
04:46  5  foundation.
04:46  6      A.   Well, I would have thought that they
04:46  7  would, but then that's, I guess, a judgment they're
04:46  8  going to have to make. But if the person was still
04:46  9  having those same pains the next day, I would have
04:46 10  thought somebody should have, yes.
04:47 11      Q.   With reference to your experience at DOC,
04:47 12  if you had put in a complaint like this about the
04:47 13  person having pains in their side and wanting
04:47 14  medical attention, could they have obtained prompt
04:47 15  medical attention?
04:47 16      A.   Normally in DOC on swing shift if
04:47 17  somebody came down and was in your opinion really
04:47 18  hurting like that, that I could call medical and
04:47 19  either myself or one of my officers working for me
04:47 20  would escort that individual down to medical. There
04:47 21  we were lucky enough to have medical staff on-site
04:47 22  24 hours a day.
04:47 23      Q.   I want to ask you some questions about
04:47 24  this translator. Was there an inmate that was --
04:48 25  first of all, you indicated there was a guard at one

**Page 208**

04:48  1  time that spoke Spanish very well, correct?
04:48  2      A.   Yes, sir, there was a female officer.
04:48  3      Q.   Was there an inmate who was used, a DOC
04:48  4  inmate that was used for translation of INS
04:48  5  detainees?
04:48  6      A.   We had one there that was a DOC inmate by
04:48  7  the name of Candelaria that John and myself had
04:48  8  dealt with at Buena Vista Correctional Facility over
04:48  9  the years that spoke Spanish. We had tried not to
04:48 10  use him in particular. Most generally with their
04:48 11  little bit of English and our little bit of Spanish
04:48 12  we could get by, but there was times when we just
04:48 13  couldn't make somebody understand something. And as
04:49 14  much as you hated to, Candelaria may be the only one
04:49 15  there at those particular times, so we would use him
04:49 16  and hope that we got the right information.
04:49 17      Q.   With the number of INS retainees that
04:49 18  were going through there, 61 at this point from
04:49 19  March 1st to March 8th, did you feel it was
04:49 20  inappropriate not to have a Spanish speaking person
04:49 21  who was a member of the staff available at all
04:49 22  times?
04:49 23              MR. RINGEL: Object to the form and
04:49 24  foundation.
04:49 25      A.   Not so much that I felt inappropriate.