IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY BRIEF IN SUPPORT OF SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT
with proposed order

    Defendants the Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby submit this Unopposed Motion for Extension of Time to Submit Reply Brief in Support of Supplemental Motion for Summary Judgment, and as grounds therefore state as follows:

    1.    Plaintiff Moises Carranza-Reyes filed his Response to Supplemental Motion for Summary Judgment from Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore on May 30, 2007. Pursuant to the applicable Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Colorado,

these Defendants' Reply Brief in Support of Supplemental Motion for Summary Judgment is due on or before June 18, 2007. These Defendants respectfully request an extension of time until and including June 25, 2007, to submit their Reply Brief in Support of Supplemental Motion for Summary Judgment.

2. The brief extension of time for these Defendants to submit their Reply Brief in Support of Supplemental Motion for Summary Judgment is required for the following reasons. Plaintiff's Response consists of 20 pages. In his Response, Plaintiff has set forth 69 separate facts in the Plaintiff's Statement of Disputed and Undisputed Material Facts. Under this Court's local rules, these Defendants are required to admit or deny each and every one of these facts and to provide citations to the record to support these Defendants' position concerning each of these facts. The record in this case consists of more than 30 depositions and several thousand pages of documents. As a result, it has taken and will take a considerable amount of time for counsel for these Defendants to complete this aspect of the Reply Brief. In addition, Plaintiff has challenged the many different legal arguments raised by these Defendants in their Motion for Summary Judgment and offered a variety of different additional precedents in the Response that require analysis and discussion in these Defendants' Reply Brief. It has taken and will take time for counsel for the Defendants to review the precedent relied upon by the Plaintiff and to offer an appropriate analysis for this Court in the Reply Brief. Finally, the undersigned counsel has a long-planned out of state vacation from June 8, 2007, through June 18, 2007. These reasons fully justify this Court granting these Defendants until June 25, 2007, to submit their Reply Brief in Support of Motion for Summary Judgment. No party will be prejudiced by this request for an extension of time based on the Plaintiff's non-objection to this Motion.

3. Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for the Plaintiff, William A. Trine, Esq., prior to filing the instant Motion. Mr. Trine indicated that the Plaintiff does not oppose this Motion.

4. Pursuant to D.C.Colo.LCiv.R. 6.1(D), undersigned counsel has served his client representative with a copy of this Motion as indicated on the attached Certificate of Mailing.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, respectfully request this Court extend the deadline for these Defendants to submit their Reply Brief in Support of Supplemental Motion for Summary Judgment, until and including June 25, 2007, and for all other and further relief as this Court deems just and appropriate.

Dated this 6th day of June, 2007.

Respectfully submitted,

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
(303) 628-3300
ringela@hallevans.com
*Attorneys for Board of County Commissioners of Park County, Fred Wegener, and Monte Gore*

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 6th day of June, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

William A. Trine, Esq.
btrine@trine-metcalf.com

Adele P. Kimmel, Esq.
akimmel@publicjustice.net

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant via U.S. Mail, first-class postage prepaid and addressed as follows:

Defendants
c/o Stephen Groome, Esq.
Park County Attorney
P.O. Box 1373
Fairplay, CO 80440

s/Loree Trout,   Secretary to    .
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\motion to extend reply brief2.doc