IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department;
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO SUBMIT REPLY BRIEF IN SUPPORT OF
SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on the Unopposed Motion for Extension of Time to Submit Reply Brief in Support of Supplemental Motion for Summary Judgment from Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore. Having reviewed the Motion, and being fully advised, the Court hereby Order the Motion is granted and these Defendants shall have until and including June 25, 2007, to submit their Reply Brief in Support of Supplemental Motion for Summary Judgment.

    Dated this ____ day of June, 2007.

                                  By the Court:

                                  _____
                                  Walker D. Miller
                                  United States District Court Judge