1/18/2006 Paulsen, Vicki

0001

```
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO
 2
        Case No. 2005-WM-377 (BNB)
 3      _____
 4      DEPOSITION OF:  VICKI ANN PAULSEN, R.N.
        January 18, 2006
 5      _____
 6      MOISES CARRANZA-REYES,
 7      Plaintiff,
 8      v.
 9      PARK COUNTY, a public entity of the State of Colorado and
        its governing board, THE PARK COUNTY BOARD OF COUNTY
10      COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public
        entity of the State of Colorado; FRED WEGENER,
11      individually and in his official capacity as Sheriff of
        Park County, Colorado; MONTE GORE, individually and in
12      his capacity as Captain of Park County Sheriff's
        Department; VICKIE PAULSEN, individually and in her
13      official capacity as Registered Nurse for Park County,
        Colorado; JAMES BACHMAN, M.D., individually and in his
14      official capacity as Medical Director of the Park County
        Jail,
15
        Defendants.
16      _____
17
18
19      TAKEN PURSUANT TO NOTICE on behalf of the Plaintiff at
20      1125 17th Street, Suite 600, Denver, Colorado 80202 at
21      9:04 a.m. before Theresa A. Coffman, Federal Certified
22      Realtime Reporter, Registered Professional Reporter and
23      Notary Public within Colorado.
24
25
```

1/18/2006 Paulsen, Vicki

```
                              APPEARANCES
 1
 2      For the Plaintiff:        WILLIAM A. TRINE, ESQ.
                                  Trine & Metcalf, P.C.
 3                                1435 Arapahoe
                                  Boulder, Colorado 80302
 4
                                  LLOYD C. KORDICK, ESQ.
 5                                805 South Cascade
                                  Colorado Springs, Colorado 80903
 6
                                  JOSEPH J. ARCHULETA, ESQ.
 7                                Law Office of Joseph J. Archuleta
                                  1724 Ogden Street
 8                                Denver, Colorado 80218
 9      For the Defendants        JENNIFER L. VEIGA, ESQ.
        Park County, Park         Hall & Evans, LLC
10      County Board of           1125 17th Street
        Commissioners, Park       Suite 600
11      County Sheriff's Office,  Denver, Colorado 80202
        Wegener and Gore:
12
        For the Defendant         MELANIE B. LEWIS, ESQ.
13      Paulsen:                  Berg Hill Greenleaf & Ruscitti LLP
                                  1712 Pearl Street
14                                Boulder, Colorado 80302
15      For the Defendant         CRAIG A. SARGENT, ESQ.
        Bachman:                  ANDREW W. JURS, ESQ.
16                                Johnson McConaty & Sargent, P.C.
                                  400 South Colorado Boulevard
17                                Suite 900
                                  Glendale, Colorado 80246
18
        Also Present:             Moises Carranza-Reyes
19
20
21
22
23
24
25
```

Exhibit E

1/18/2006 Paulsen, Vicki

```
 1                            I N D E X
 2      EXAMINATION OF VICKI ANN PAULSEN, R.N.             PAGE
        January 18, 2006
 3
 4      By Mr. Trine                                       5, 225
        By Mr. Archuleta                                    --
 5
        By Mr. Kordick                                      --
 6
        By Ms. Veiga                                        --
 7
        By Mr. Sargent                                      --
 8
        By Mr. Jurs                                        223
 9
        By Ms. Lewis                                       220
10
11                                                       INITIAL
        DEPOSITION EXHIBITS:                           REFERENCE
12
        20    Paulsen Park County personnel file           5
13
        21    Pass-On records                             55
14
        22    Code of Colorado Regulations, Department    12
15          of Public Health and Environment Consumer
            Protection Section,
16
        23    Park County Sheriff's Office Detention      46
17          Center INS Detainee Intake Form, 3/6/03
18      24    Summit Medical Center records              135
19      25    Park County Sheriff's Office Detention     173
            Center Job Description
20
        26    INS Detention Standard, Medical Care       215
21
22      (Original exhibits attached to original deposition; copy
        exhibits included in continuing exhibit file; copies
23      provided to counsel as requested.)
24
25
```

1/18/2006 Paulsen, Vicki

```
 1      REQUESTED PORTIONS OF TESTIMONY:                  PAGE
 2      Request for document production                    --
        or information
 3
        Certified question                                 --
 4
        Instruction not to answer                          77
 5
        Other requests or marked testimony                 --
 6
 7
        REFERENCES TO EXHIBITS MARKED PREVIOUSLY:
 8
        Exhibit No.      Page Reference
 9
            2               201
10          3                69
            4               183
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1/18/2006 Paulsen, Vicki

```
 1            WHEREUPON, the within proceedings were taken
 2   pursuant to the Federal Rules of Civil Procedure:
 3            VICKI ANN PAULSEN, R.N.,
 4   having been first duly sworn to state the whole truth,
 5   was examined and testified as follows:
 6            (At this time Mr. Jurs was not present in
 7   the deposition room.)
 8            (Deposition Exhibits 20 and 21 were marked.)
 9                         EXAMINATION
10   BY MR. TRINE:
11       Q.   Please state your full name and address.
12       A.   Vicki Ann Paulsen, and it's 348 Aspen Lane,
13   Hartsel, Colorado.
14            (Discussion off the record.)
15       Q.   And what is your profession or occupation?
16       A.   I'm a registered nurse.
17       Q.   And I believe that there's an Exhibit 20
18   right in front of you there --
19       A.   Um-hum.
20       Q.   -- that is titled "Personnel Action Form."
21       A.   Um-hum.
22       Q.   And it contains your personnel file at Park
23   County.  Do you see that?
24       A.   Yes.
25       Q.   And am I correct that you apparently became
```

6/18/2007 1:36 PM                                              5

1/18/2006 Paulsen, Vicki

```
 1   employed at Park County at a salary of $43,245.34?
 2       A.   Um-hum, um-hum.  Oh, yes.
 3       Q.   And you were paid how often?  Weekly,
 4   monthly?
 5       A.   Monthly.
 6       Q.   Monthly?
 7       A.   Um-hum.
 8       Q.   And did that include any overtime that
 9   you --
10       A.   No.
11       Q.   -- might have to put in?
12       A.   No.
13       Q.   So if you did have to work overtime, what
14   record was kept of that?  Did you fill out a form?
15       A.   No.  I was salaried, so I did not.
16       Q.   Well, were you paid extra --
17       A.   No.
18       Q.   -- over and above your salary?
19       A.   No, I was not.
20       Q.   So if you had to work more than 40 hours a
21   week, you didn't receive extra compensation?
22       A.   No, I did not.
23       Q.   When you were hired by Park County, was it
24   your understanding that you would be the only registered
25   nurse employed by the county?
```

6/18/2007 1:36 PM                                              6

1/18/2006 Paulsen, Vicki

```
 1       A.   At that time, yes.  They were planning on
 2   later on hiring someone else.
 3       Q.   When did you learn of that?
 4       A.   I think that was their plan all along, that
 5   they would try to get someone else when they, I guess,
 6   could afford it.  I don't know.
 7       Q.   In other words, you were informed of that,
 8   what, during the hiring interview process?
 9       A.   Um-hum.  That was their plan down the road,
10   to add another nurse.
11       Q.   And did they let you know about when they
12   thought they might do that?
13       A.   No, they did not.
14       Q.   Did they explain that that would be another
15   full-time nurse, or part-time?
16       A.   They didn't say.
17       Q.   And you were interviewed by Monte Gore and
18   Sergeant Flint?
19       A.   Yes.
20       Q.   Do you remember any other statements that
21   were made about your job and what was expected of you in
22   that interview?
23            MS. LEWIS:  Object to the form of the
24   question.  You can answer.
25       A.   I'm not sure what you're asking.
```

6/18/2007 1:36 PM                                              7

1/18/2006 Paulsen, Vicki

```
 1       Q.   (BY MR. TRINE)  Okay.  During the course of
 2   the interview, they apparently explained that down the
 3   road they were hoping to get another nurse?
 4       A.   Right.
 5       Q.   Did they say anything else about their plans
 6   for the medical clinic?
 7       A.   They wanted to expand it.
 8       Q.   Expand it in what way?
 9       A.   They were planning an addition onto the
10   jail, and at that time, when that was going to take
11   place, then they would expand the medical department into
12   a larger room with hopefully another nurse.  Um-hum.
13       Q.   What about additional medical equipment?
14   Was that discussed?
15       A.   It was on an as-needed basis.
16       Q.   And before you applied for the position or,
17   rather, before you accepted the position --
18       A.   Right.
19       Q.   -- did you tour the facility?
20       A.   No, I did not.
21       Q.   And you didn't actually know what was in the
22   medical room and didn't personally see the medical
23   room --
24       A.   No.
25       Q.   -- before you took the job?
```

6/18/2007 1:36 PM                                              8

```
 1                    EXAMINATION
 2   BY MR. TRINE:
 3       Q.    Just one follow-up question.  When you said
 4   in answer to a question that you should have been
 5   provided with Park 1699 through 1705, my question is,
 6   were you provided with those?
 7       A.    That's which?
 8       Q.    This is in Exhibit 26.
 9       A.    These -- oh, back here?
10       Q.    Yeah.  You were asked to review Park 1699
11   through 1705.
12       A.    And I -- I don't know that they were in the
13   manual.  I can't tell you for sure one way or the other
14   if these definitely were there.
15       Q.    What did you mean by you should have been
16   provided with these?
17       A.    If they weren't there, I should have been
18   provided with them.
19       Q.    If they weren't in --
20       A.    In the policy and procedure --
21       Q.    In Exhibit 4?
22       A.    In the policy and procedure manual.
23       Q.    Okay.  Earlier we talked about there being
24   two manuals.
25       A.    Um-hum.
```

```
 1       Q.    The policy and procedure manual that we
 2   discussed at length, which is Exhibit 4 --
 3       A.    Right.
 4       Q.    -- and these are pages out of a different
 5   manual.  Exhibit 26 is another policy and procedure
 6   manual.  Now, are you saying that if these pages were not
 7   contained in Exhibit 4, that you didn't have them or
 8   didn't receive them?
 9       A.    I don't remember these.
10       Q.    You do not remember --
11       A.    I don't remember these.
12       Q.    -- 1699 through 1705?
13       A.    Right.
14       Q.    So you don't remember ever receiving those
15   pages?
16       A.    Not specifically, no.
17             MR. TRINE:  I just wanted to clear that up
18             MS. LEWIS:  We'll handle signature.
19             WHEREUPON, the within proceedings were
20   concluded at the approximate hour of 5:05 p.m. this 18th
21   day of January, 2006.
22                  *       *        *
23
24
25
```

```
 1              C E R T I F I C A T I O N
 2           I, THERESA A. COFFMAN, Federal Certified
 3   Realtime Reporter, appointed to take the deposition of
 4           VICKI ANN PAULSEN, R.N.,
 5   certify that prior to the deposition the witness was
 6   sworn by me to tell the truth; that the deposition was
 7   taken by me at 1125 17th Street, Suite 600, Denver,
 8   Colorado 80202 on January 18, 2006; that the proceedings
 9   were reduced to typewritten form by computer-aided
10   transcription consisting of 230 pages herein; that the
11   foregoing is an accurate transcript of the proceedings.
12           I certify review of the transcript was
13   requested.
14           I further certify I am not related to any
15   party herein nor their counsel and have no interest in
16   the result of this litigation.
17           IN WITNESS WHEREOF, I have hereunto set my
18   hand this 30th day of January, 2006.
19
20
21
22                    _____
                      THERESA A. COFFMAN
                      Federal Certified Realtime Reporter
23
24
25
```

```
 1           S I G N A T U R E   O F   W I T N E S S
 2           I, VICKI ANN PAULSEN, R.N., do hereby
 3   certify that I have read the deposition and that the
 4   foregoing transcript and accompanying change sheets, if
 5   any, constitute a true and complete transcript of my
 6   testimony.
 7
 8
 9                    _____
                      VICKI ANN PAULSEN, R.N.
10                    Date Read and Signed:_____
11
12   SUBSCRIBED AND SWORN TO before me this ____ day of
13   _____, _____ .
       ( ) Changes attached      ( ) No changes
14
15
16                    _____
17                    NOTARY PUBLIC
                      Address: _____
18
                               _____
19
                      My commission expires: _____
20
21
     Re:  Carranza-Reyes v. Park County, et al.
22   Date of Deposition:  January 18, 2006
     Trial Date:  None Set
23   Volume:  --
     Reporter:  TC
24   Proofer:  MKH
     Audio:  SC
25
```

1/18/2006 Paulsen, Vicki

```
 1          COFFMAN REPORTING & LITIGATION SUPPORT, INC.
                   1440 Blake Street, Suite 320
 2                    Denver, Colorado 80202
                         303.893.0202
 3
 4   February 1, 2006
 5
 6   MELANIE B. LEWIS, ESQ.
     Berg Hill Greenleaf & Ruscitti LLP
 7   1712 Pearl Street
     Boulder, Colorado 80302
 8
 9   Re:  Carranza-Reyes v. Park County, et al.
     Deposition of:  VICKI ANN PAULSEN, R.N.
10   Date of Deposition:  January 18, 2006
     Trial Date:  None Set
11
12   Dear Ms. Lewis:
13   Enclosed is the original signature page of the above
     deposition.  It was agreed you would arrange for the
14   witness's signature with your copy of the transcript.
15   Amendment sheets are included.  After the signature page
     and amendment sheets are signed, please have both
16   notarized and return for filing to . . .
17        this office within 30 days pursuant
          to Rule 30.
18
     Thank you for your prompt attention to this matter.
19
     Sincerely,
20
21   COFFMAN REPORTING
22   cc:  Attending counsel
23
24
25
```

1/18/2006 Paulsen, Vicki

```
 1          COFFMAN REPORTING & LITIGATION SUPPORT, INC.
                   1440 Blake Street, Suite 320
 2                    Denver, Colorado 80202
                         303.893.0202
 3
 4   LLOYD C. KORDICK, ESQ.
     805 South Cascade
 5   Colorado Springs, Colorado 80903
 6
     Re:  Carranza-Reyes v. Park County, et al.
 7   Deposition of:  VICKI ANN PAULSEN, R.N.
     Date of Deposition:  January 18, 2006
 8   Trial Date:  None Set
 9   Enclosed is:
10   {  }  ORIGINAL TRANSCRIPT.  Please retain unopened
           original until it is required by any party in a
11         trial or hearing in the above matter.
12   {  }  ORIGINAL SIGNATURE PAGE
           ___with  ___without corrections; copies provided to
13         other counsel; please append these sealed originals
           to original transcript in your possession.
14
     {  }  No signature or correction sheets received.
15
     {  }  Review of transcript not requested.
16
     {  }  30-day review unavailable.  Signature/correction
17         pages forwarded to counsel handling signature.
           Original filed in anticipation of trial date.
18         See letter within deposition.
19   {  }  Copy of deposition, signature and correction pages
           sent to deponent.  See letter within deposition.
20
     {  }  Signature not applicable.
21
     Original transcript filed on_____via_____
22
     Follow-up documentation filed on_____via_____
23
24
25   cc:  Attending counsel
```