```
0001
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO
 2
        Case No. 2005-WM-377 (BNB)
 3      _____
 4      DEPOSITION OF:  JAMES BACHMAN, M.D.
        January 19, 2006
 5      _____
 6      MOISES CARRANZA-REYES,
 7      Plaintiff,
 8      v.
 9      PARK COUNTY, a public entity of the State of Colorado and
        its governing board, THE PARK COUNTY BOARD OF COUNTY
10      COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public
        entity of the State of Colorado; FRED WEGENER,
11      individually and in his official capacity as Sheriff of
        Park County, Colorado; MONTE GORE, individually and in
12      his capacity as Captain of Park County Sheriff's
        Department; VICKIE PAULSEN, individually and in her
13      official capacity as Registered Nurse for Park County,
        Colorado; JAMES BACHMAN, M.D., individually and in his
14      official capacity as Medical Director of the Park County
        Jail,
15
        Defendants.
16      _____
17
18
19      TAKEN PURSUANT TO NOTICE on behalf of the Plaintiff at
20      340 Peak One Drive, Frisco, Colorado 80443 at 9:22 a.m.
21      before Theresa A. Coffman, Federal Certified Realtime
22      Reporter, Registered Professional Reporter and Notary
23      Public within Colorado.
24
25
```

```
 1                              APPEARANCES
 2      For the Plaintiff:      WILLIAM A. TRINE, ESQ.
                                Trine & Metcalf, P.C.
 3                              1435 Arapahoe
                                Boulder, Colorado 80302
 4
                                LLOYD C. KORDICK, ESQ.
 5                              805 South Cascade
                                Colorado Springs, Colorado 80903
 6
        For the Defendants      JENNIFER L. VEIGA, ESQ.
 7      Park County, Park       Hall & Evans, LLC
        County Board of         1125 17th Street
 8      Commissioners, Park     Suite 600
        County Sheriff's Office, Denver, Colorado 80202
 9      Wegener and Gore:
10      For the Defendant       JOSH A. MARKS, ESQ.
        Paulsen:                Berg Hill Greenleaf & Ruscitti LLP
11                              1712 Pearl Street
                                Boulder, Colorado 80302
12
        For the Defendant       CRAIG A. SARGENT, ESQ.
13      Bachman:                Johnson McConaty & Sargent, P.C.
                                400 South Colorado Boulevard
14                              Suite 900
                                Glendale, Colorado 80246
15
        Also Present:           None
16
17
18
19
20
21
22
23
24
25
```

Exhibit F

```
 1                              I N D E X
 2      EXAMINATION OF JAMES BACHMAN, M.D.              PAGE
        January 19, 2006
 3
        By Mr. Trine                                    4, 142
 4
        By Mr. Kordick                                  --
 5
        By Ms. Veiga                                    --
 6
        By Mr. Marks                                    139
 7
        By Mr. Sargent                                  --
 8
                                                        INITIAL
 9      DEPOSITION EXHIBITS:                            REFERENCE
10      27    Curriculum Vitae, Dr. Bachman             4
11      28    Agreement for Professional Services,      24
              2/15/01
12
        29    Special Systems Plan, Second Floor, The   15
13            Western Corrections Group, as built 4/3/95
14      30    Letter form Calzada-Gomez to Weber, 3/10/03  107
              with attachments
15
        (Original exhibits attached to original deposition; copy
16      exhibits included in continuing exhibit file; copies
        provided to counsel as requested.)
17
        REQUESTED PORTIONS OF TESTIMONY:                PAGE
18
        Request for document production                 --
19      or information
20      Certified question                              --
21      Other requests or marked testimony              --
22      REFERENCES TO EXHIBITS MARKED PREVIOUSLY:
23      Exhibit No. Page Reference      Exhibit No. Page Reference
             2          72                    6          116
24           4          50                   21          130
             5          42                   24          78
25
```

```
 1              WHEREUPON, the within proceedings were taken
 2      pursuant to the Federal Rules of Civil Procedure:
 3              (Deposition Exhibit 27 was marked.)
 4              JAMES BACHMAN, M.D.,
 5      having been first duly sworn to state the whole truth,
 6      was examined and testified as follows:
 7                              EXAMINATION
 8      BY MR. TRINE:
 9         Q.   Please state your full name and address for
10      the record.
11         A.   James J. Bachman.  Business address or
12      personal address?
13         Q.   Business is fine.
14         A.   P.O. Box 545, Frisco, Colorado 80443.
15         Q.   Your occupation or profession?
16         A.   I am a physician.
17         Q.   And, Dr. Bachman, I'll hand you what has
18      been marked Deposition Exhibit 27, which was provided to
19      us by your counsel and appears to be your resume; is that
20      correct?
21         A.   Yes, sir.
22         Q.   Is that current?
23         A.   Yes, sir.
24         Q.   When did you become board certified in
25      family medicine?
```

1/19/2006 Bachman, James

1  guess this might be a viral illness and not strep, based
2  on the information you've just shown me.
3      Q.  (BY MR. TRINE)  And what are you talking
4  about when you say the information I just showed you?
5  Are you talking about the information contained on Park
6  141?
7      A.  Yes, yes.  The information you just pointed
8  out to me.  If someone asked me, what do you think
9  academically given that limited information, my answer
10 would be I think they have a viral illness.
11     Q.  A viral infection?
12     A.  Viral infection and not strep.  So that
13 would be my first --
14     Q.  And why would you say not strep?
15     A.  Repeating myself, that I don't normally
16 think of strep causing diarrhea and body aches.  I think
17 of that being viral.
18     Q.  Doctor, if you are developing bacteremia and
19 a septic condition, you can have body aches, headache,
20 nausea and diarrhea; isn't that correct?
21     A.  I'm sure the answer is yes.  I'm not an
22 expert in sepsis.
23     Q.  So these signs and symptoms that are
24 recorded on Park 141 could be consistent with both sepsis
25 and a strep throat, isn't that right, the combination of

6/18/2007 1:36 PM                                            93

1/19/2006 Bachman, James

1  the two?
2           MR. SARGENT:  Object to form and foundation.
3  Sorry.  Standing objection, so go ahead.
4      A.  I think there's a long list of diagnoses
5  that you could theoretically appropriately include as a
6  differential.
7      Q.  (BY MR. TRINE)  I understand that, but that
8  wasn't my question.
9           MR. TRINE:  Would you repeat my question,
10 please.
11          (The last question was read back.)
12     A.  My answer is the signs and symptoms would be
13 consistent with a long list of medical problems, and,
14 yes, on that list I would include strep and sepsis.
15     Q.  (BY MR. TRINE)  And that would also be true
16 of an elevated temperature of 100.2 and a pulse of 88 and
17 respiration of 24; is that right?  That would be
18 consistent with both a developing sepsis and a strep sore
19 throat?
20     A.  If I was presented those vital signs on a
21 test and asked to give a diagnosis, I would say most
22 likely viral illness or a cold.  If asked on a test,
23 could that include a long list of diagnoses including
24 sepsis and strep, the answer was I cannot exclude those
25 diagnoses with those vital signs.  Does that answer your

6/18/2007 1:36 PM                                            94

1/19/2006 Bachman, James

1  question?
2      Q.  And, Doctor, with regard to the skin being
3  warm to touch and his being slightly tender over the
4  stomach, again, those symptoms, together with everything
5  else, could be consistent with a combination of sepsis
6  and a strep infection; isn't that right?
7      A.  My first choice would be viral illness.
8  There would be a long list of things that would be
9  possible.  Strep and sepsis would have to be included on
10 that long list.
11     Q.  And in order to make a diagnosis and rule
12 out the most life-threatening diagnosis, you'd want to do
13 some diagnostic testing, wouldn't you?
14     A.  If I saw that patient with that information
15 that I'm presented on this page, I would not be
16 performing diagnostic tests at that time.
17     Q.  Okay.
18     A.  I apologize.  Did that answer your question?
19     Q.  Yeah.  You said you wouldn't have to perform
20 diagnostic testing to rule out the most life-threatening
21 possible diagnosis?
22          MR. SARGENT:  Form and foundation.
23          MR. TRINE:  That was my question.
24     A.  Okay.  And let me try to answer that.  If --
25 and I guess I didn't answer your question, I answered a

6/18/2007 1:36 PM                                            95

1/19/2006 Bachman, James

1  different question.  Would I be worried about life-
2  threatening illness given the information I see on this
3  page?  My answer is yes.
4      Q.  (BY MR. TRINE)  That wasn't my question.
5      A.  If your question -- I apologize -- in fact,
6  why don't you ask it again.
7      Q.  I'm going to ask it again.
8      A.  I apologize again.
9           (Discussion off the record.)
10     A.  And I'm sorry.  Let's try you asking me --
11     Q.  Doctor, in order to rule out the most life-
12 threatening possible diagnosis, you would have to do
13 diagnostic testing; isn't that correct?
14     A.  And now I understand your question better.
15 If one wished to rule out life-threatening illness, one
16 would have to do further testing, yes.
17     Q.  And isn't septicemia a potential life-
18 threatening condition?
19     A.  If one wished to rule out septicemia, one
20 would have to do further testing, yes.  And sepsis would
21 be life-threatening, yes.
22     Q.  And can strep throat lead to septicemia?
23     A.  Extremely rarely, yes.
24     Q.  Which is one of the reasons, if you suspect
25 a strep throat, you get a culture, isn't that right, to

6/18/2007 1:36 PM                                            96

1/19/2006 Bachman, James

```
 1    problem, then, with the staff being given those
 2    guidelines if a deputy saw someone they thought might
 3    have a communicable, infectious disease, putting them in
 4    isolation, not for two weeks but until they could reach
 5    you? That's what the guideline states.
 6              MR. SARGENT: Form and foundation.
 7         A.   I thought my answer was that I would have
 8    modified those guidelines and maybe changed that list.
 9         Q.   (BY MR. TRINE) But you'd still want some
10    kind of guideline or list, wouldn't you?
11         A.   Oh, yes. Absolutely, yes. I think it's a
12    good idea. I'm not sure -- this is very, very general,
13    and I might have reviewed that and tried to give a more
14    specific recommendation than the one you asked me to
15    review.
16         Q.   In other words, give them even more
17    guidance --
18         A.   Yes.
19         Q.   -- on what to look for and when to call you?
20         A.   And as I mentioned, I met with them on two
21    occasions and addressed those issues. Yes, I felt -- I
22    agree with what you said.
23         Q.   Okay. So in answer to counsel's questions,
24    you weren't condemning the fact that they're doing this
25    and giving guidelines and allowing the staff to determine
```

6/18/2007 1:36 PM                                                      145

1/19/2006 Bachman, James

```
 1    when there might be an infection and then call you?
 2              MR. SARGENT: Form.
 3         A.   Again, I don't remember reviewing this
 4    specific guideline, but sure. The concept is a good
 5    concept.
 6              MR. TRINE: Okay. No further questions.
 7              THE REPORTER: Craig?
 8              MR. SARGENT: I'll handle signature.
 9              WHEREUPON, the within proceedings were
10    concluded at the approximate hour of 2:27 p.m. this 19th
11    day of January, 2006.
12                   *         *         *
```

6/18/2007 1:36 PM                                                      146

1/19/2006 Bachman, James

```
 1                  C E R T I F I C A T I O N
 2              I, THERESA A. COFFMAN, Federal Certified
 3    Realtime Reporter, appointed to take the deposition of
 4              JAMES BACHMAN, M.D.,
 5    certify that prior to the deposition the witness was
 6    sworn by me to tell the truth; that the deposition was
 7    taken by me at 340 Peak One Drive, Frisco, Colorado on
 8    January 19, 2006; that the proceedings were reduced to
 9    typewritten form by computer-aided transcription
10    consisting of 150 pages herein; that the foregoing is an
11    accurate transcript of the proceedings.
12              I certify review of the transcript was
13    requested.
14              I further certify I am not related to any
15    party herein nor their counsel and have no interest in
16    the result of this litigation.
17              IN WITNESS WHEREOF, I have hereunto set my
18    hand this 31st day of January, 2006.
19
20
21
22              _____
                THERESA A. COFFMAN
                Federal Certified Realtime Reporter
23
24
25
```

6/18/2007 1:36 PM                                                      147

1/19/2006 Bachman, James

```
 1              S I G N A T U R E   O F   W I T N E S S
 2              I, JAMES BACHMAN, M.D., do hereby certify
 3    that I have read the deposition and that the foregoing
 4    transcript and accompanying change sheets, if any,
 5    constitute a true and complete transcript of my
 6    testimony.
 7
 8
 9              _____
                JAMES BACHMAN, M.D.
10              Date Read and Signed:_____
11
12    SUBSCRIBED AND SWORN TO before me this _____ day of
      _____, _____.
13
            ( ) Changes attached        ( ) No changes
14
15
16              _____
17              NOTARY PUBLIC
                Address: _____
18
                         _____
19
                My commission expires: _____
20
21
      Re:  Carranza-Reyes v. Park County, et al.
22    Date of Deposition: January 19, 2006
      Trial Date: None Set
23    Volume: --
      Reporter: TC
24    Proofer: MKH
      Audio: SC
25
```

6/18/2007 1:36 PM                                                      148

1/19/2006 Bachman, James

```
 1         COFFMAN REPORTING & LITIGATION SUPPORT, INC.
                    1440 Blake Street, Suite 320
 2                     Denver, Colorado 80202
                            303.893.0202
 3
 4    February 1, 2006
 5
 6    CRAIG A. SARGENT, ESQ.
      Johnson McConaty & Sargent, P.C.
 7    400 South Colorado Boulevard
      Suite 900
 8    Glendale, Colorado 80246
 9
      Re:  Carranza-Reyes v. Park County, et al.
10    Deposition of:  JAMES BACHMAN, M.D.
      Date of Deposition:  January 19, 2006
11    Trial Date:  None Set
12
      Dear Mr. Sargent:
13
      Enclosed is the original signature page of the above
14    deposition.  It was agreed you would arrange for the
      witness's signature with your copy of the transcript.
15
      Amendment sheets are included.  After the signature page
16    and amendment sheets are signed, please have both
      notarized and return for filing to . . .
17
             this office within 30 days pursuant
18           to Rule 30.
19    Thank you for your prompt attention to this matter.
20    Sincerely,
21
      COFFMAN REPORTING
22
      cc:  Attending counsel
23
24
25
```

1/19/2006 Bachman, James

```
 1         COFFMAN REPORTING & LITIGATION SUPPORT, INC.
                    1440 Blake Street, Suite 320
 2                     Denver, Colorado 80202
                            303.893.0202
 3
 4    LLOYD C. KORDICK, ESQ.
      805 South Cascade
 5    Colorado Springs, Colorado 80903
 6
      Re:  Carranza-Reyes v. Park County, et al.
 7    Deposition of:  JAMES BACHMAN, M.D.
      Date of Deposition:  January 19, 2006
 8    Trial Date:  None Set
 9    Enclosed is:
10    ( )  ORIGINAL TRANSCRIPT.  Please retain unopened
              original until it is required by any party in a
11            trial or hearing in the above matter.
12    ( )  ORIGINAL SIGNATURE PAGE
              ___with  ___without corrections; copies provided to
13            other counsel; please append these sealed originals
              to original transcript in your possession.
14
      ( )  No signature or correction sheets received.
15
      ( )  Review of transcript not requested.
16
      ( )  30-day review unavailable.  Signature/correction
17            pages forwarded to counsel handling signature.
              Original filed in anticipation of trial date.
18            See letter within deposition.
19    ( )  Copy of deposition, signature and correction pages
              sent to deponent.  See letter within deposition.
20
      ( )  Signature not applicable.
21
      Original transcript filed on_____via_____
22
      Follow-up documentation filed on_____via_____
23
24
25    cc:  Attending counsel
```