IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

## JOINT MOTION FOR TELEPHONE STATUS CONFERENCE

Defendants the Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., on behalf of all of the parties, hereby respectfully submit this Joint Motion for Telephone Status Conference, and as grounds therefore state as follows:

    1.    By Minute Order dated April 12, 2007, this Court set a hearing on motions pursuant to Fed. R. Evid. 702 for July 18, 2007, at 9:00 a.m. (Doc. 187). The parties would like clarification from this Court concerning this Court's procedures and expectations concerning this upcoming motions hearing. Defendants have collectively filed the following motions pursuant to Fed. R. Evid. 702: (a) Defendants' Motion to Limit Expert Testimony by Michael S. Niederman, M.D. and Robert B. Griefinger, M.D. filed January 2, 2007; (b) Defendants' Motion to Exclude

Plaintiff's Expert Witness Helen M. Woodard, M.A. filed January 3, 2007; (c) Defendants' Motion to Exclude Plaintiff's Expert Witness Patricia L. Pacey, Ph.D. filed January 3, 2007; and (d) Defendant Paulsen's Motion to Exclude Testimony of Catherine Knox and Anthony Volz under Fed. R. Evid. 702.  All of these motions except for the last one are fully-briefed.  Pursuant to this Court's Minute Order dated April 12, 2007, complete briefing on the final Fed. R. Evid. 702 motion will be completed by July 2, 2007.  Combined these Motions challenge six experts endorsed by the Plaintiff.

   2. This Court did not provide any specific direction concerning the upcoming Fed. R. Evid. 702 motions hearing in this Court's Minute Order of April 12, 2007.  Further, nothing contained in this Court's Pretrial and Trial Procedures provides any specific direction or procedure for Fed. R. Evid. 702 motions hearings.  As a result, the parties jointly respectfully request this Court hold a telephone status conference as soon as possible concerning this Court's procedures and expectations for the upcoming Fed. R. Evid. 702 motions hearing.  For example, counsel for the parties at present does not know definitively if this Court would like testimony at the hearing from the challenged experts or whether this Court simply would like argument from counsel concerning the challenged experts.  Counsel for the parties suspects the former because of the day-long hearing scheduled before this Court.  Because of the expense associated with counsel for the Plaintiff arranging for testimony of the challenged experts before this Court, and the need for all counsel to adequately prepare for such testimony, if this Court is not interested in the testimony from some or all of the experts it would be extremely helpful to the parties if this Court could so advise.  In addition, if there is going to be expert testimony and the introduction of evidence at the Fed. R. Evid. 702 motions hearing, counsel for the parties would like some

additional direction from this Court in terms of order of proof and this Court's general procedures and expectations of how the Court would like to conduct the motions hearing.

3. Based on the foregoing considerations, the parties respectfully request this Court hold a telephone status conference with counsel for the parties to explain the Court's procedures and expectations regarding such a hearing. Counsel for the parties can arrange to participate in a telephone status conference with this Court on a date convenient for the Court and all counsel and counsel for the parties will set up an appropriate telephone conference call.

4. Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants circulated this Joint Motion to counsel for the other parties. Counsel for the Plaintiff, William A. Trine, Esq., and counsel for Defendant Vicki Paulsen, Melanie B. Lewis, Esq., indicated the Plaintiff and Defendant Paulsen join in this Motion.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, and Vickie Paulsen respectfully submit the foregoing Joint Motion for Telephone Status Conference concerning this Court's procedures and expectations regarding the Fed. R. Evid. 702 motions hearing scheduled for July 18, 2007, at 9:00 a.m., and for all other and further relief as this Court deems just and appropriate.

Dated this 22nd day of June, 2007.

Respectfully submitted,


s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
(303) 628-3300
ringela@hallevans.com
veigaj@hallevans.com

*Attorneys for Board of County Commissioners of Park County, Fred Wegener, and Monte Gore*

4

**CERTIFICATE OF SERVICE (CM/ECF)**

       I HEREBY CERTIFY that on the 22nd day of June, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Joseph J. Archuleta, Esq.<br>archuletalaw@qwest.net | Lloyd C. Kordick, Esq.<br>lloyd@kordicklaw.com |
| William A. Trine, Esq.<br>btrine@trine-metcalf.com | Adele P. Kimmel, Esq.<br>akimmel@publicjustice.net |
| Josh A. Marks, Esq.<br>jam@bhgrlaw.com | |
| Melanie B. Lewis, Esq.<br>mbl@bhgrlaw.com | |

                                        s/Marlene Wilson, Secretary
                                        Andrew D. Ringel, Esq.
                                        Hall & Evans, L.L.C.
                                        1125 17th Street, Suite 600
                                        Denver, CO 80202-2052
                                        303-628-3300
                                        Fax: 303-293-3238
                                        ringela@hallevans.com

                                        **ATTORNEYS FOR DEFENDANTS**
                                        **PARK COUNTY BOARD OF COUNTY**
                                        **COMMISSIONERS, FRED WEGENER**
                                        **AND MONTE GORE**