IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

_____

**UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR REPLY BRIEF**
and Proposed Order
_____

Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby submit this Unopposed Motion to Exceed Page Limit for Reply Brief, as follows:

1.    This Court's Pretrial and Trial Procedures § 6.2 establish a ten (10) page limit on reply briefs filed in support of motions for summary judgment pursuant to Fed. R. Civ. P. 56. These Defendants respectfully request leave of this Court to file the accompanying Reply in Support of Supplemental Motion for Summary Judgment which is twenty-five (25) pages. These Defendants submit an oversize brief is necessary and fully justified in this matter for a variety of different reasons.

2.	The underlying factual predicate of this case is quite complicated. Discovery in this matter was extensive and resulted in the depositions of more than 30 individuals and the production of several thousand pages of documents. Further, both parties filed substantially oversize summary judgment briefs on the issues previously briefed for this Court.

3.	Plaintiff has presented a Statement of Additional Disputed and Undisputed Facts consisting of 69 separate facts. Pursuant to this Court's local rules, Defendants are required to address each of the facts presented by the Plaintiff separately with specific citations to the summary judgment record. Defendants have done so and this section of the Defendants' Reply consists of 13 pages.

4.	These Defendants are also required to address all of the different arguments raised by the Plaintiff. Plaintiff's claims are against the Board of County Commissioners of Park County, Sheriff Fred Wegener, in both his individual and official capacity, and Captain Monte Gore, also in both his official and individual capacity. The claims addressed in the Supplemental Motion for Summary Judgment are claims under the Due Process Clause and the Equal Protection Clause of the Fourteenth Amendment. Plaintiff makes a variety of different arguments concerning these claims requiring response from the Defendants. This section of the Defendants' Reply consists of 9 pages.

5.	Finally, Plaintiff has also argued in his Response that his equal protection and due process claims are also against Defendant Vicki Paulsen. Defendants address this argument in the Defendants' Reply in 3 pages.

6.	Finally, this Court has previously allowed by these Defendants and the Plaintiff to file oversize summary judgment briefs recognizing the complicated legal and factual issues

presented by this matter fully justifies additional briefing by the parties to allow this Court to make as informed a decision about the issues raised in these Defendants' Motion for Summary Judgment as possible.

7.    Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for the Plaintiff, William A. Trine, Esq., via electronic mail prior to filing the instant Motion.  Mr. Trine indicated the Plaintiff does not oppose this Motion.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore respectfully request this Court allow them to file an oversize Reply in Support of Supplemental Motion for Summary Judgment and accept the accompanying Reply in Support of Supplemental Motion for Summary Judgment for filing with this Court, and for all other and further relief as this Court deems just and appropriate.

Dated this 25th day of June, 2007.

Respectfully submitted,

s/Andrew D. Ringel, Esq.
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
Phone:  (303) 628-3300
Fax:     (303) 293-3238
ringela@hallevans.com
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 25th day of June, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

William A. Trine, Esq.
btrine@trine-metcalf.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.
akimmel@publicjustice.net

s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
ringela@hallevans.com
veigaj@hallevans.com
Phone: 303-628-3300
Fax:    303-293-3238
**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\mot exceed page limit-reply suppl msj.doc

4