IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

---

This matter comes before the Court on the Unopposed Motion to Exceed Page Limit for Reply Brief from Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore. Having reviewed the Motion, and being fully advised, the Court hereby grants the Motion. The Reply in Support of Supplemental Motion for Summary Judgment filed by Defendants Park County Board of County Commissioners, Fred Wegener and Monte Gore is accepted for filing by this Court.

Dated this _____ day of June, 2007.

By the Court:

_____
Walker D. Miller
United States District Judge