**COPY**

**EXHIBIT A-55**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF: DANIEL MULDOON
November 1, 2005

---

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE AND AGREEMENT on behalf of the Plaintiff at 825 Castello, Fairplay, Colorado 80440 at 1:48 p.m. before Theresa A. Coffman, Federal Certified Realtime Reporter, Registered Professional Reporter and Notary Public within Colorado.

Coffman Reporting
303.893.0202
303.893.2230 FAX

*** SUBJECT TO CONFIDENTIALITY DESIGNATIONS ***

59

```
 1        Q.    When you indicate that on that trip to
 2   Summit County with regard to any communications with
 3   Carranza-Reyes that you, quote, communicated simple
 4   messages regarding basic needs through gestures and
 5   common phrases in either English or Spanish, what
 6   communications do you recall having?
 7        A.    Generally whether he was doing all right,
 8   things like that.
 9        Q.    Do you remember anything specific?
10        A.    Other than he indicated that he had a need
11   to vomit, so we provided him with the plastic bag.
12        Q.    Okay.
13        A.    And then apparently he had a need to vomit
14   twice while in the waiting room, and I was able to take
15   him into the restroom to accomplish that, and then
16   usually when I'm doing a transport, every now and then
17   I'll look back and say, "You doing okay?"
18        Q.    Did you know Clarence Candelaria?
19        A.    Yes, sir.  I'm familiar with Inmate Clarence
20   Candelaria.
21        Q.    And you've known him for how long?
22        A.    However long he was in the Park County Jail,
23   sir.
24        Q.    And he apparently was working as a janitor
25   and translator?
```