EXHIBIT A-56

EXHIBIT 4

## PARK COUNTY JAIL

## POLICIES AND PROCEDURES

## ESTABLISHMENT OF HEALTH CARE UNIT POLICY AND PROCEDURE MANUAL

PURPOSE: to ensure that members of the health care unit staff have an available resource which contains both policy and procedures for issues relative to health care delivery.

POLICY:

A health-care unit manual is established and is to be maintained to ensure that medical care is provided in a uniform manner. The policy and procedure manual developed for the health care unit shall be based on the most current standards set forth for jails by the National Commission on Correctional Health Care.

The policy manual and/or individual policy and procedure statements shall undergo at least annual review or revision as indicated by the most current standards set forth by the National Commission on Correctional Health Care.

The procedures set forth by the health care unit manual are designed to serve as guidelines for practices that are consistent with the policy of the health care unit. Because patients and health care situations vary, licensed health care providers may deviate from written procedure, but only when such deviation is based on supportable, documented and sound clinical judgement. Additionally, the individual licensed health care provider must be willing to assume and accept responsibility for any omission, commission, or negative outcome, which results from such deviation.

PARK 0550
REYES