

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLORADO

EXHIBIT

A-57

3

4    Case No. 05-cv-377-WDM-BNB

5    _____

6    DEPOSITION OF EDWARD ALLEN          August 23, 2006

7    _____

     MOISES CARRANZA-REYES,

8

                    Plaintiff,

9

     vs.

10

     PARK COUNTY, a Public Entity of the State of

11   Colorado and Governing Board, and

12   THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, and

13   PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the
     State of Colorado, and

14

     FRED WEGENER, Individually and in his Capacity as

15   Sheriff of Park County, Colorado, and

16   MONTE GORE, Individually and in his Capacity as
     Captain of Park County Sheriff's Department, and

17

     VICKI PAULSEN, Individually and in her Official

18   Capacity as Registered Nurse for Park County,
     Colorado, and

19

     JAMES BACHMAN, M.D., Individually and in his

20   Official Capacity as Medical Director of the Park
     County Jail,

21

                    Defendants.

22

23   _____

24

25

1       A.      2000 to 2003.

2       Q.      And where is ASI Construction?

3       A.      Buena Vista, Colorado.

4       Q.      And prior to that you worked for the

5  Department of Corrections?

6       A.      Yes, sir.

7       Q.      When did you start working for the DOC?

8       A.      '77 to 2000.

9       Q.      So you had about 23 years?

10      A.      Yes, sir.

11      Q.      Okay.   And what was your first position

12  with the Department of Corrections?

13      A.      It was behind the walls there in

14  Canon City at the maximum facility security, and in

15  '82 I went to Buena Vista.   And that's where I

16  finished out my career, was in Buena Vista.

17      Q.      So you started as a correctional officer

18  at what facility?

19      A.      I started working in corrections in

20  Canon City I was working in one of their production

21  shops.

22      Q.      Okay.

23      A.      And from there I was in housing and

24  security in Buena Vista.

25      Q.      So at the time that you retired from the