IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRAZA-REYES,

    Plaintiff,

v.

PARK COUNTY, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion to exceed page limit for reply brief is denied.  Defendants may file a brief of up to 15 pages on or before June 29, 2007.

Dated:  June 26, 2007

                                                           s/ Jane Trexler, Secretary/Deputy Clerk