**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

      Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK
COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a
public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as
Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of
Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as
Registered Nurse for Park County, Colorado,

      Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S**
**RESPONSE TO DEFENDANT PAULSEN'S MOTION TO EXCLUDE TESTIMONY OF**
**CATHERINE KNOX AND ANTHONY VOLZ UNDER FED.R.EVID. 702**
**With proposed order**

---

      Plaintiff, Moises Carranza-Reyes, by and through his counsel, Bill A. Trine, Esq. and Cheryl

L. Trine, Esq. of Trine & Metcalf, P.C., hereby submit this Unopposed Motion for Extension of

Time to Submit a Response Brief in Opposition to Defendant Paulsen's Motion to Exclude

Testimony of Catherine Knox and Anthony Volz under Fed.R.Evid. 702, and as grounds therefore

states as follows:

      1.      In a Minute Order dated April 12, 2007, this Court established a deadline of June 18,

2007, for parties to file further motions; and a deadline of July 2, 2007, for all briefing to be

completed.

2.      Defendant Paulsen filed a Motion to Exclude Testimony of Catherine Knox and Anthony Volz under Fed.R.Evid. 702 on June 18, 2007.  As a result, Plaintiff was given only 14 days to file a Response before the July 2, 2007 deadline set by this Court.

3.      Plaintiff requests an extension of time of seven days to Monday, July 9, 2007, to file a response, which extension will not interfere with or delay the date scheduled for the Rule 702 hearing on July  18, 2007.  The brief extension of time is necessary because Defendant Paulsen submitted a 21-page brief with approximately 50 pages of attachments that has required extensive on-going research of the record and the law in order to offer an appropriate analysis for this Court in the Response Brief.  Plaintiff will be prejudiced if forced to answer this lengthy and complicated motion to exclude two essential experts in less than 20 days.  These reasons justify this Court granting the Plaintiff until July 9, 2007, to submit his Response.  No party will be prejudiced by this request for an extension of time based on Defendant Paulsen's non-objections to this Motion.

4.      Pursuant to D.C.Colo.L.Civ.R. 7.1(A), counsel for Plaintiff contacted counsel for Defendant Paulsen, Josh A. Marks, prior to filing the instant Motion.  Josh Marks indicated that Defendant Paulsen does not oppose this Motion.

5.      Pursuant to D.C.Colo.L..Civ.R. 6.1(D), Plaintiff's counsel has served Plaintiff with a copy of this Motion.

WHEREFORE, for all of the foregoing reasons, Plaintiff Moises Carranza-Reyes respectfully requests this Court extend the deadline for Plaintiff to submit his Response in Opposition to Motion to Exclude Testimony of Catherine Knox and Anthony Volz under Fed.R.Evid. 702 until July 9, 2007, and for all other and further relief as this Court deems just and appropriate.

Dated this 27th day of June, 2007.

Respectfully submitted,


By:    /s/ William A. Trine, Esq.
   William A. Trine, #577
   Cheryl L. Trine, #38150
   Trine & Metcalf, PC
   1435 Arapahoe Avenue
   Boulder Colorado 80302-6390
   (303) 442-0173

   Joseph J. Archuleta, #19426
   Joseph J. Archuleta and Associates
   1724 Ogden Street
   Denver Colorado 80218
   (303) 837-1642

   Lloyd C. Kordick, #6298
   Lloyd C. Kordick & Associates
   805 S. Cascade Avenue
   Colorado Springs Colorado 80903
   (719) 475-8460

   Adele Kimmel, Esq.
   Trial Lawyers for Public Justice
   1717 Massachusetts Avenue, N.W.
   Suite 800
   Washington, D.C. 20030
   (202) 797-8600

   **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE (CM/ECF)

     The undersigned hereby certifies that on this 27th day of June, 2007, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing, which will send notification of such filing to the following email addresses:

Joseph Archuleta
archuletalaw@quest.net

Lloyd C. Kordick,
Lloyd@kordicklaw.com

Adele P. Kimmel
akimmel@publicjustice.net

Andrew Ringel
ringela@hallevans.com

Melanie Lewis
mbl@bhgrlaw.com

Josh A. Marks
jam@bhgrlaw.com


/s/ Elizabeth Peach