**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

      Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

      Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S RESPONSE TO DEFENDANT PAULSEN'S MOTION TO EXCLUDE TESTIMONY OF CATHERINE KNOX AND ANTHONY VOLZ UNDER FED.R.EVID. 702**

_____

      This matter comes before the Court on the Unopposed Motion for Extension of Time to Submit Response Brief in Opposition to Defendant Paulsen's Motion to Exclude Testimony of Catherine Knox and Anthony Volz under Fed.R.Evid. 702. Having reviewed the Motion, and being fully advised, the Court hereby Orders the Motion is granted and the Plaintiff shall have until and including July 9, 2007, to submit his Response brief in Opposition to the Motion to Exclude Testimony of Catherine Knox and Anthony Volz.

      Dated this _____ day of June, 2007.

                                                                            By the Court:

                                                                            _____
                                                                            Walker D. Miller
                                                                            United States District Court Judge