

EXHIBIT A-57

1         IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLORADO

3

4    Case No. 05-cv-377-WDM-BNB

5    _____

6    DEPOSITION OF EDWARD ALLEN          August 23, 2006

7    _____

     MOISES CARRANZA-REYES,
8
                Plaintiff,
9
     vs.
10
     PARK COUNTY, a Public Entity of the State of
11   Colorado and Governing Board, and

12   THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, and

13   PARK COUNTY SHERIFF'S OFFICE, a Public Entity of the
     State of Colorado, and
14
     FRED WEGENER, Individually and in his Capacity as
15   Sheriff of Park County, Colorado, and

16   MONTE GORE, Individually and in his Capacity as
     Captain of Park County Sheriff's Department, and
17
     VICKI PAULSEN, Individually and in her Official
18   Capacity as Registered Nurse for Park County,
     Colorado, and
19
     JAMES BACHMAN, M.D., Individually and in his
20   Official Capacity as Medical Director of the Park
     County Jail,
21
                Defendants.
22
     _____
23

24

25

1   A.   2000 to 2003.

2   Q.   And where is ASI Construction?

3   A.   Buena Vista, Colorado.

4   Q.   And prior to that you worked for the
5   Department of Corrections?

6   A.   Yes, sir.

7   Q.   When did you start working for the DOC?

8   A.   '77 to 2000.

9   Q.   So you had about 23 years?

10   A.   Yes, sir.

11   Q.   Okay.  And what was your first position
12   with the Department of Corrections?

13   A.   It was behind the walls there in
14   Canon City at the maximum facility security, and in
15   '82 I went to Buena Vista.  And that's where I
16   finished out my career, was in Buena Vista.

17   Q.   So you started as a correctional officer
18   at what facility?

19   A.   I started working in corrections in
20   Canon City I was working in one of their production
21   shops.

22   Q.   Okay.

23   A.   And from there I was in housing and
24   security in Buena Vista.

25   Q.   So at the time that you retired from the