**EXHIBIT A-58**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

---

DEPOSITION OF: FREDERICK WILLIAM WEGENER, III
January 20, 2006

---

MOISES CARRANZA-REYES,

Plaintiff,

v.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

---

TAKEN PURSUANT TO NOTICE on behalf of the Plaintiff at

824 Costilla, Fairplay, Colorado at 9:23 a.m. before

Theresa A. Coffman, Federal Certified Realtime Reporter,

Registered Professional Reporter and Notary Public within

Colorado.

*Coffman Reporting*
303.893.0202
303.893.2230 FAX

Case 1:05-cv-00377-WDM-BNB   Document 207-4   Filed 06/27/07   USDC Colorado   Page 2 of 2
Carranza-Reyes v. Park County                                    Frederick William Wegener III

27

1  to continue and expand contracts with other agencies to
2  increase revenue. Currently, the facility receives $45 a
3  day per inmate." And then it says, "I was a little" --
4  this is a quote -- "I was a little unsure at first that
5  the state could pay us (for housing inmates,) but it is
6  so short on space that we expect to continue to expand
7  the contracts over time. If we do this and it is
8  successful, this will be a big help to Park County," and
9  that's the quote from you; is that correct?
10      A.    That's correct.
11      Q.    And then it says, "Gore has managed the jail
12 for the last three years, building its profit margin each
13 year by bringing in paying prisoners from other counties
14 and agencies." That accurate, that statement?
15      A.    That we've been bringing in paying
16 prisoners?
17      Q.    Building a profit margin each year by
18 bringing in paying prisoners.
19      A.    Yes. We've been bringing in paying
20 prisoners.
21      Q.    But it's increasing your profit margin when
22 you're bringing in paying prisoners, isn't it?
23      A.    It depends. If more staff is needed, then
24 it's -- you know, cuts down on there. And then more
25 staff means there's more food that has to be prepared and