Page 169

M. Niederman

[1]
[2] picked up the phone and said this guy looks
[3] like he's very, very sick and I got to get him
[4] out of here immediately, whether if she had
[5] done that some of that delay could have been
[6] avoided, so if it was possible for her to have
[7] elevated concern in a way to get him out of
[8] there quicker, she didn't do that, to some
[9] extent she's responsible.
[10]    Q: But without knowing more detail
[11] about —
[12]    A: But I don't know that, correct.
[13]    Q: I'm jumping to a completely
[14] different area. What does it mean when a
[15] physician writes down when they review — what
[16] is a pharynx that is without injection?
[17]    A: That it's not red.
[18]    Q: Or without exudate?
[19]    A: That there's no puss in it.
[20]    Q: Or that without tonsil or
[21] hypertrophy?
[22]    A: That the tonsils are not enlarged.
[23]    Q: Now, if a doctor observed those
[24] things, would that somehow be inconsistent
[25] with acquiring, I guess, Group A Strep that

Page 170

M. Niederman

[1]
[2] had started or colonized in the throat and the
[3] lung area?
[4]    MR. TRINE: Objection to form.
[5] Go ahead.
[6]    A: It's not suggesting it, but it's
[7] not — but certainly those findings can be
[8] present and the bacteria can still be in the
[9] throat.
[10]    Q: What does that suggest in terms of
[11] the progression of the bacteria?
[12]    A: Not a lot.
[13]    Q: Why not?
[14]    A: Because it doesn't. The bacteria,
[15] like I said, can be there and it could spread
[16] from there to the lung and it doesn't have to
[17] be associated with any of those findings in
[18] order for that spread from the pharynx to the
[19] lung to occur.
[20]    Q: Is Group A Strep different from
[21] other kinds of strep in terms of not having a
[22] sore or red — reddened throat as a symptom?
[23]    A: No. No. I mean, it is the
[24] bacteria that causes strep, sore throat.
[25]    Q: Is one of the common symptoms of a

EXHIBIT 4

M. Niederman

[1]
[2] strep infection, including this Group A, a red
[3] and sore throat?
[4]    A: One of the common symptoms is a
[5] sore throat, which this person had. One of
[6] the findings can be redness and exudate, but
[7] certainly I don't think anybody is disagreeing
[8] that he had a symptom of a sore throat.
[9]    Q: I don't mean to be splitting hairs,
[10] but if someone has a sore throat and the
[11] throat isn't red or doesn't have any exudate,
[12] how is that consistent?
[13]    A: Because the bacteria is making the
[14] patient sick and those findings aren't
[15] present. I mean, it's not 100 percent
[16] correlation between symptoms and physical
[17] findings. Again, there's a lot of other
[18] information we don't have. For example, when
[19] you look in the throat, depends on how long
[20] you look, did you use a light, did you use a
[21] tongue stick, so to truly say that all of
[22] those findings were negative, it really
[23] depends on the vigorousness of the exam, so I
[24] don't have any knowledge as to even if those
[25] findings were recorded in a medical record,

M. Niederman

[1]
[2] how extensive an exam that was based on.
[3]    Q: You would expect a physician to
[4] have done a reasonably thorough exam?
[5]    A: Not necessarily. I think if I were
[6] confronted with a patient with septic shock, I
[7] might not spend a whole lot of time carefully
[8] examining his throat.
[9]    Q: Well, if Mr. Carranza-Reyes' throat
[10] had been examined and that examination
[11] demonstrated that it was without injection,
[12] exudate or tonsil hypertrophy, would a prior
[13] examination have indicated, you know, the
[14] presence of those symptoms?
[15]    A: I have no idea.
[16]    Q: I mean, in other words, can
[17] someone's throat be red and then suddenly not
[18] be red with these — with this kind of
[19] bacterial infection?
[20]    A: Certainly possible.
[21]    Q: Same thing with exudate, could it
[22] have exudate and then the exudate goes away,
[23] you know, subsequently?
[24]    A: I guess it's possible. You know, I
[25] don't think I have any way of answering that.

Page 173

M. Niederman

Q: I'm just trying to find out if the literature indicates that these kind of symptoms come and go with —

A: Let's be clear. His symptoms never came and went. His symptoms were there. The findings were not recorded by one doctor who looked. Nobody else looked. And I don't know how carefully this doctor looked. So I don't put — what you asked me is if I put a lot of weight in that finding, and the answer is no.

Q: No one else looked, you're saying you don't believe that Nurse Paulsen looked in his throat?

A: If she did, she didn't record it.

Q: Would you have expected a nurse or a doctor who had suspected some kind of bacterial infection such as strep to look down someone's throat?

A: I would expect, if a patient came to a nurse with a sore throat, they would look in his throat. What I said is I'm not so sure that if a patient came to me in the emergency setting in septic shock with or without a history of sore throat that I would spend a

Page 174

M. Niederman

lot of time looking at his throat.

MR. MARKS: Doctor, what I would like to do, I think I've asked you the questions that I wanted to ask you, I will look over my notes and see if any of the other counsel, in the meantime, have come up with additional questions. I'll step aside for the moment.

THE WITNESS: Okay.

MR. TRINE: I have no questions.

MR. RINGEL: I just have one.

CONTINUED EXAMINATION
BY MR. RINGEL:

Q: Other than the opinions that are contained in your June 8th, '06 report and the opinions that you've expressed in this deposition today, do you have any other expert opinion about this case?

A: No.

MR. RINGEL: That's all I've got.

CONTINUED EXAMINATION
BY MR. JURS:

Q: Do you know the accuracy of rapid

Page 175

M. Niederman

strep testing compared to cultures?

A: Well, cultures are more definitive. Rapid strep testing is a screening test that's not 100 percent. There are false positives and false negatives, but in epidemiologic settings or epidemic setting, rather, epidemiologic studies, it's reliable, but not 100 percent accurate.

MR. JURS: That's all I need to know. Thank you for your time, doctor.

MR. RINGEL: Anything else, Josh?

MR. MARKS: No, I haven't come up with anything in a minute or two.

MR. RINGEL: Do you want another minute to look at your notes?

MR. MARKS: I'm doing that. I think I'm all right. I think I've asked everything.

MR. RINGEL: All right, Josh, I'm going to sign off then, if we are done. The only thing we're going to do is talk about signature on the record and that's it.

Page 176

M. Niederman

MR. TRINE: Doctor, we need to know whether you want to waive reading and signature or whether you want to read and make any corrections necessary and sign?

THE WITNESS: If you tell me you're going to look at it, I'm willing to waive.

MR. TRINE: I'll read it. I'll look at it.

THE WITNESS: Because I'm not going to get a chance to read it that carefully, so if you take a look at it and call me if there's any questions about what I said.

MR. TRINE: That's fine. I'm willing to do that. I'll also send you a copy of your deposition.

(TIME NOTED: 1:05 P.M.)