Carranza-Reyes v. Park County                                                James Bachman, M.D.

## 109

1  A. Denkinger.
2  Q. Now, is that an emergency room physician?
3  A. Sir, Summit Medical Center is the emergency
4  room.
5  Q. Do you know why this detainee was seen by
6  him on the 10th and was not seen by you?
7  A. Do you know if the 10th was a Sunday or a
8  Monday?
9  Q. Tuesday. No, wait. Monday, Monday. It was
10 a Monday.
11 A. And do you know what time of day this
12 patient was seen?
13 Q. I can't tell from this record.
14 A. I can't either. I don't know. It's
15 possible this patient was seen when my office was not
16 open.
17 Q. The patients you saw who were INS detainees,
18 you apparently saw on the 11th?
19 A. That's when I -- the date I put on these
20 documents, so I would assume that's correct.
21 Q. Well, the date indicates the appointment
22 date, the 11th, correct?
23 A. That would make that most likely the date,
24 yes.
25 Q. You saw an INS detainee whose last name was

## 110

1  Villande-Jesus?
2  A. Yes, sir.
3  Q. And made a diagnosis of acute pharyngitis
4  and fever?
5  A. Yes, sir.
6  Q. With a temp of 101.7?
7  A. Yes, sir.
8  Q. And what did you prescribe?
9  A. Amoxicillin, 500 milligrams three times a
10 day, number 21.
11 Q. And why did you prescribe that?
12 A. Why?
13 Q. Yes.
14 A. To treat the pharyngitis.
15 Q. Because that, by definition, is an infection
16 that would require antibiotic treatment?
17 A. I clinically felt that he had a bacterial
18 infection that I wished to treat with antibiotics.
19 Q. Do you have any present memory of seeing
20 that detainee?
21 A. Do I remember seeing him? Yes.
22 Q. Apart from the record, you have a
23 recollection of the man?
24 A. I specifically remember seeing six patients
25 in the immediate period following Mr. Reyes' illness, and

## 111

EXHIBIT 5

1  given that documentation, I assumed he was one of them.
2  I certainly remember all six collectively. I'm not sure
3  I could put names on individuals if you brought them in
4  this room.
5  Q. And in order to diagnose an acute
6  pharyngitis, would it have been necessary that he
7  indicate to you in some fashion that his throat was sore?
8  That he had a sore throat?
9  A. I don't know. I would assume the answer is
10 yes, but I don't know. I assume so, yes.
11 Q. If you look at Park 475, you also saw a
12 Villano-DeJesus, patient?
13 A. Yes, sir.
14 Q. And that was also on the 11th?
15 A. Yes, sir.
16 Q. And he also had pharyngitis, correct?
17 A. Yes, sir.
18 Q. It indicates you prescribed medications, but
19 it doesn't indicate what medications.
20 A. I would draw that same conclusion, yes.
21 Q. In all probability, you probably prescribed
22 the same medications for pharyngitis as you did for
23 Villande-Jesus?
24 A. I don't know for sure, but that would be a
25 fair assumption, yes.

## 112

1  Q. He also most likely had a sore throat?
2  A. I think that's a fair assumption. I can't
3  remember specific details, but most likely.
4  Q. Then you, looking at Park 476, the next
5  page, you also saw another detainee. It looks like
6  Coredo-Saedad on the 11th. Do you see that?
7  A. I'm looking at the same document, yes.
8  Q. He apparently indicated to you that he'd had
9  a fever last week?
10 A. That's what the document says, yes.
11 Q. And course of treatment, you have Rx and
12 then no treatment. What does that mean?
13 A. That means there was no treatment provided.
14 Q. Because he had already recovered from
15 whatever fever he had or illness?
16 A. I did not see clinical evidence of an
17 infection, and I didn't wish to treat with antibiotics in
18 that patient on that day.
19 Q. Then on Park 477 you saw a detainee whose
20 last name was Hernandez?
21 A. I'm looking at the same document. That
22 would indicate that, yes.
23 Q. There is nothing listed under course of
24 treatment or diagnosis. Do you remember why you saw him?
25 A. My document does have something listed under

### 113

1  course of treatment.
2  Q. Oh, it does? And what is that?
3  A. 0477? Mine says Rx OTC, Robitussin q.h.s.
4  p.r.n.
5  Q. What is OTC?
6  A. Over the counter.
7  Q. And why did you prescribe that over-the-
8  counter medication?
9  A. Robitussin is also guaifenesin, and it
10 breaks up mucus. So I must have, either by history or by
11 exam, felt he was congested.
12 Q. Then the next one, which is 478, and the
13 last name is Valentin or Valentine-Diaz; is that correct?
14 A. I'm looking at that same document as you.
15 Q. And apparently that was a normal exam with
16 no complaints?
17 A. That's what I'm reading as well.
18 Q. And do you know why he was referred to you
19 for examination when he had no complaints?
20 A. My memory is I received a phone call from
21 Vicki Paulsen, who asked me to see some people who may or
22 may not have been in contact with Mr. Reyes.
23 Q. Then if you look at 479, Hernandez-Sanchez
24 that you also saw on the 11th, this detainee also had no
25 acute illness when you saw him but indicated that he had

### 114

1  had a fever that last week; is that right?
2  A. I am looking at the same document as you.
3  Yes, that's correct.
4  Q. So it was not necessary you render any
5  treatment because he had recovered from that fever?
6  A. That's what the record indicates. That is
7  my handwriting.
8  Q. Then you saw, on Park 480, a Perez-Ramirez
9  who had cold symptoms?
10 A. Go ahead.
11 Q. I was at 480.
12 A. I'm back there, yes.
13 Q. And you saw a Perez-Ramirez, who had cold
14 symptoms at that time?
15 A. Yes, sir.
16 Q. You prescribed over-the-counter medication?
17 A. Yes, sir.
18 Q. Now, Doctor, I want you to assume
19 hypothetically that there were 61 detainees in Pod D on
20 March 7, and on the afternoon of March 7, 50 of those 61s
21 were transported out of there by the INS, and some of
22 those detainees had an illness of some undiagnosed type.
23 A. Okay.
24 Q. Were you informed at any time that there
25 were a number of detainees in Pod D who were evidencing

### 115

1  symptoms of an illness?
2      MR. SARGENT: Form and foundation.
3  A. I'm not aware of anything you just said
4  other than the records of the patients that we just
5  reviewed.
6  Q. (BY MR. TRINE) Did you at any time instruct
7  Nurse Paulsen or anyone at the Park County Jail to call
8  you if it appeared that an illness or an infection of any
9  kind was spreading among detainees?
10     MR. SARGENT: Form and foundation.
11 A. Are we talking about this specific incident
12 or in general?
13 Q. (BY MR. TRINE) I said at any time.
14 A. Was Nurse Paulsen -- well, you --
15 Q. Have you -- let me --
16 A. Yeah, please ask the question again.
17 Q. It's not complicated. Here's my question:
18 Did you instruct Nurse Paulsen or anyone at the jail at
19 any time to let you know if they observed any evidence of
20 any infectious or communicable disease process spreading
21 among the inmates or the detainees in Pod D?
22 A. Now I have your question.
23     MR. SARGENT: Form and foundation.
24 A. And my answer is it was my understanding
25 with Nurse Paulsen that she'd call me anytime she had any

### 116

1  questions about any patient. It's my understanding with
2  Nurse Paulsen that she would call me anytime that there
3  was anything unusual medically happening at that
4  facility, so my answer would be yes. If there was an
5  unusual outbreak of anything, then I would have expected
6  her to call me.
7  Q. (BY MR. TRINE) Okay. Thank you. If you
8  will, please refer in the binder you have to Deposition
9  Exhibit 6 that is titled Communicable Diseases, and it's,
10 for the record, marked as Park 1995 through 1999. This
11 document was provided to us by the sheriff's office as
12 part of the policy and procedure manual utilized at the
13 jail. And I assume that you became familiar with this
14 document when you reviewed policies and procedures there;
15 is that correct?
16 A. My best answer is that I've not seen this
17 document before. It is distinctly different in format
18 than all the other documents you have shown me or that I
19 remember reviewing previously. So I do not have a memory
20 of reviewing this particular document before while
21 looking at Park 1995.
22 Q. Do you agree with the first paragraph that a
23 communicable or infectious disease is one which can be
24 transmitted from one person to another? There are
25 various methods of transmission, some direct and others