Carranza-Reyes v. Park County

Timothy Barnes Keeling, D.O.

85

1    Q.    (BY MR. TRINE)  Okay.  And if they were
2  able to get a diastolic, it would be custom and practice
3  to record it, wouldn't it?
4         MR. RINGEL:  Object to the form and the
5  foundation.
6         THE WITNESS:  Do I answer?
7         MR. MURRAY:  Only if you can.
8    A.    Yeah.  I don't know what their thoughts
9  were, why they didn't put something under that Diastolic
10  box.
11    Q.    (BY MR. TRINE)  And the pulse at 126 and
12  respiration at 24, in combination with the blood pressure
13  of 66 and perhaps no diastolic would indicate that, at
14  least at that time, the patient had not yet been
15  stabilized; is that correct?
16         MR. RINGEL:  Object to the form and
17  foundation.
18    A.    The patient had not been stabilized at that
19  time.
20    Q.    (BY MR. TRINE)  Okay.  And then the O2
21  sats at 91 percent, is that on room air or oxygen?
22    A.    I don't know.
23    Q.    And then under Chief Complaint it indicates
24  that -- vomiting and possible kidney stone, and do you
25  know whether that information came from the officer who

86

1  accompanied the patient or directly from the patient or
2  some other source?
3         MR. RINGEL:  Object to the form and the
4  foundation.
5    A.    I don't know.
6    Q.    (BY MR. TRINE)  Then the triage assessment
7  indicating that for three days the patient had
8  right-sided chest pain, fever, nausea, vomiting and
9  diarrhea, would all of those symptoms be consistent with
10  a septic condition?
11         MR. RINGEL:  Object to the form and
12  foundation.
13         MR. MURRAY:  You mean in terms of his
14  analysis that day, Bill?  I think I have to interpose a
15  comment to be consistent with what I've done with others.
16    Q.    (BY MR. TRINE)  No, no, no.  Would that be
17  consistent with the diagnosis that you made of sepsis
18  that day --
19         MR. RINGEL:  Same objections.
20    Q.    (BY MR. TRINE)  -- that for three days he
21  had had right-sided chest pain, fever, nausea, vomiting
22  and diarrhea?
23         MR. RINGEL:  Same objections.
24    A.    I think that those symptoms could be found
25  in many different conditions.

EXHIBIT 6    87

1    Q.    (BY MR. TRINE)  I understand that.  That
2  wasn't my question, though.  Among those conditions,
3  would those symptoms be consistent with the sepsis that
4  you had diagnosed that day?
5    A.    Fever, chills are oftentimes associated with
6  sepsis.  I don't know if the other ones need to be
7  included to make a diagnosis of sepsis.
8    Q.    Okay.  The right-sided chest pain would
9  certainly be consistent with the pneumonia that you
10  subsequently diagnosed in the right lower lobe of the
11  lung; is that right?
12    A.    Yes.
13    Q.    Now, it indicates that -- under that triage
14  assessment that he came from the bathroom unable to void.
15  And would that be consistent with dehydration resulting
16  from sepsis?
17         MR. RINGEL:  Object to the form and the
18  foundation.
19         MR. MURRAY:  Where are you, please?  On the
20  form, where are you?
21         MR. TRINE:  Excuse me?
22         MR. MURRAY:  Where are you?
23         MR. TRINE:  On the triage assessment where
24  he indicates "from WR" -- I assume waiting room -- "to
25  BR" -- bathroom -- "unable to void."

88

1         MR. MURRAY:  Okay.
2    Q.    (BY MR. TRINE)  If he was unable to void,
3  would that also be consistent with dehydration from
4  vomiting and possible sepsis?
5         MR. RINGEL:  Object to the form and the
6  foundation.
7    A.    Unable to void could be from a number of
8  reasons, including dehydration, or just -- some people
9  just aren't able to void when -- on demand.
10    Q.    (BY MR. TRINE)  And then under "Skin," it
11  indicates that he's pale and jaundiced.  Is being pale
12  and jaundiced consistent with sepsis?
13    A.    People with sepsis can be pale.
14    Q.    And what would cause jaundice?
15    A.    Jaundice is seen in a number of conditions.
16  It's --
17         THE WITNESS:  Am I being a medical expert
18  here?
19    A.    Amongst which -- we see people with jaundice
20  with viral hepatitis, alcoholic hepatitis, amongst other
21  conditions.
22    Q.    (BY MR. TRINE)  And what about liver being
23  affected by sepsis?
24    A.    Liver can be affected by many things, and
25  sepsis could affect the liver.

Pages 85 to 88

*  SUBJECT TO CONFIDENTIALITY DESIGNATIONS  *