**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES

      Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

      Defendants.

_____

**PLAINTIFF'S STATUS REPORT ON
RULE 702 EVIDENTIARY HEARING**
_____

      Plaintiff, by and through his counsel, Bill Trine of Trine and Metcalf, P.C., hereby reports on the expert witness schedule for the Rule 702 Evidentiary Hearing on July 18, 2007, as follows:

      1.      On April 10, 2007, counsel for Plaintiff was informed that the Court wanted to set aside a full day for a Rule 702 Evidentiary Hearing to take evidence from Plaintiff's expert witnesses regarding the motions filed by the defense to exclude or limit their testimony. The available dates provided by the Court were July 3, July 18, or October 3, 2007. The July 18 date was selected by counsel and by Minute Order dated April 12, 2007, this Court set a Rule 702 hearing on the motions commencing at 9:00 a.m. Counsel for Plaintiff then began making appropriate arrangements to schedule expert witnesses to attend the July 18 hearing. Plaintiff's experts, Dr. Niederman and Dr.

1

Greifinger, reside in New York and Catherine Knox, R.N., resides in the State of Oregon. Travel arrangements have been made to accommodate the below schedule:

| | |
|---|---|
| 9:00 a.m. | Dr. Greifinger |
| 10:00 a.m. | Helen Woodard, M.A. |
| 11:00 a.m. | Catherine Knox, R.N. |
| 1:00 p.m. | Dr. Niederman |
| 2:30 p.m. | Patricia Pacey, Ph.D. (economist) |

We are attempting to schedule Anthony Volz, R.N., for 3:30 or 4:00 p.m. on July 18, but those arrangements have not yet been made.

Dr. Niederman will travel from New York on the evening of July 17, and has a return flight the afternoon of July 18. Catherine Knox, R.N., will travel from Portland, Oregon, on the morning of July 18, arriving at DIA at 9:48 a.m. and she has a return flight at 4:00 p.m. on July 18. Dr. Niederman will travel from New York on the morning of July 18 and will be returning to New York late afternoon on July 18. The remaining expert witnesses, Helen Woodard (Denver), Patricia Pacey (Boulder), and Anthony Volz (Colorado Springs), are Colorado residents.

Dated this 11th day of July, 2007.

Respectfully submitted,

By: s/ William A. Trine, Esq.
William A. Trine, #577
Cheryl L. Trine, #38150
Trine & Metcalf, PC
1435 Arapahoe Avenue
Boulder Colorado 80302-6390
(303) 442-0173

2

Joseph J. Archuleta, #19426
Joseph J. Archuleta and Associates
1724 Ogden Street
Denver Colorado 80218
(303) 837-1642

Lloyd C. Kordick, #6298
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs Colorado 80903
(719) 475-8460

Adele Kimmel, Esq.
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
(202) 797-8600

Attorneys for Plaintiff

## CERTIFICATE OF MAILING/SERVICE

The undersigned hereby certifies that on this 11th day July, 2007, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing and/or placed in the United States Mail, postage prepaid, and properly addressed to:

Joseph Archuleta
Attorney at Law
1724 Ogden Street
Denver, Colorado 80218-1018
*Co-Counsel for Plaintiff*

Lloyd C. Kordick,
Attorney at Law
805 S. Cascade
Colorado Springs, CO 80903
*Co-Counsel for Plaintiff*

Adele P. Kimmel
Richard H. Frankel

3

Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20030
*Co-Counsel for Plaintiff*

Andrew Ringel
Jennifer L. Veiga
Hall & Evans
1125 17th Street, Suite 600
Denver, CO 80202-2052
*Counsel for Defendant Park County, Park County Board of*
*County Commissioners, Park County Sheriff's Office,*
*Fred Wegener, and Monte Gore*

Josh A. Marks
Berg, Hill, Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO  80302
*Counsel for Defendant Vicki Paulsen*


                                        s/ Elizabeth Peach_____
                                        Assistant to Bill Trine