IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Courtroom Deputy: Cathy Coomes
Court Reporter: Janet Coppock

Date:  July 13, 2007

**Civil Action No.**  05-cv-00377-WDM-BNB

Parties | Counsel
--- | ---
MOISES CARRANZA-REYES, | Joseph Archuleta
 | William Trine
Plaintiff, |
vs. |
PARK COUNTY BOARD OF COUNTY COMMISSIONERS, | Andrew Ringle
FRED WEGENER, individually, |
FRED WEGENER, in his official capacity and/or the Sheriff of Park County Colorado, |
MONTE GORE, individually, |
MONTE GORE, in his official capacity as Captain of Park County Sheriff's Department, |
VICKI PAULSEN, individually, and | Josh Marks
VICKI PAULSEN, as registered nurse for Park County, |
Defendants. |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**2:05 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL BY TELEPHONE.

Discussion regarding evidence to be presented at the Rule 702 Motion Hearing set for July 18, 2007.

**2:25 p.m.     COURT IN RECESS**

**Total in court time:        0:20**
**Hearing concluded**