IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants

## SUPPLEMENT TO REPLY IN SUPPORT OF SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., hereby submit this Supplement to Reply in Support of Supplemental Motion for Summary Judgment, as follows:

    1.    Defendants Park County Board of County Commissioners, Fred Wegener, and Monte Gore filed their Reply in Support of Supplemental Motion for Summary Judgment on June 27, 2007 (Doc. 207). In their Reply, these Defendants noted that a transcript of the Final Pretrial Conference had been ordered and would be provided to this Court upon its receipt by counsel for the Defendants. [*See* Reply in Support of Supplemental Motion for Summary Judgment, at 9 n. 1]. Counsel for these Defendants has received a transcript of the Final Pretrial

Conference and now provides it to this Court. [*See* Transcript, Final Pretrial Conference, March 13, 2007, attached as Exh. A-59]. For the discussion during the Final Pretrial Conference concerning the scope of the Plaintiff's due process and equal protection theories these Defendants direct this Court to the Transcript pages 5-16. [*See* Transcript, at 5-16, Exh. A-59].

WHEREFORE, Defendants Board of County Commissioners of Park County, Fred Wegener and Monte Gore respectfully submit the foregoing Supplement to Reply in Support of Supplemental Motion for Summary Judgment.

Dated this 20th day of July, 2007.

Respectfully submitted,

s/ Andrew D. Ringel_____
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
ringela@hallevans.com
Tel: (303) 628-3300
Fax: (303) 293-3238

**ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, FRED WEGENER AND MONTE GORE**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 20th day of July, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

William A. Trine, Esq.
btrine@trine-metcalf.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.
akimmel@publicjustice.net

s/Loree Trout,   Secretary
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\supplement to reply to suppl msj.doc

3