# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: July 18, 2007  
Time: 5 hours and 23 minutes

**CASE NO.   05-cv-00377-WDM-BNB**

<u>Parties</u>

**MOISES CARRANZA-REYES,**

        Plaintiff,

vs.

**PARK COUNTY BOARD OF COUNTY OF COMMISSIONERS, et al,**

        Defendants.

<u>Counsel</u>

William Trine  
Joseph Archuleta  
Cheryl Trine

Josh Marks  
Andrew Ringel

## RULE 702 MOTIONS HEARING

**9:08 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

Discussion regarding how this hearing should proceed.

**9:13 a.m.**   Direct examination of plaintiff's witness Dr. Robert Greifinger by Mr. Trine.

Page Two
05-cv-00377-WDM-BNB
July 18, 2007

**9:37 a.m.**     Cross examination by Mr. Ringel.

**9:53 a.m.**     Redirect examination by Mr. Trine.

**9:58 a.m.**     Questions to the witness by the Court.

**10:01 a.m.**    Further redirect examination by Mr. Trine.

Court **exhibits 1, 2 and 3** identified and ADMITTED for purposes of these proceedings.

Witness excused.

**10:04 a.m.**    Direct examination of plaintiff's witness Helen Woodard by Mr. Trine.

**10:40 a.m.**    Cross examination by Mr. Ringel.

**11:05 a.m.**    **COURT IN RECESS**

**11:18 a.m.**    **COURT IN SESSION**

          Cross examination by Mr. Ringel continues.

**11:28 a.m.**    Redirect examination by Mr. Trine.

Witness excused.

**11:32 a.m.**    Direct examination of plaintiff's witness Catherine Knox by Mr. Trine.

**12:00 p.m.**    **COURT IN RECESS**

**1:39 p.m.**     **COURT IN SESSION**

          Direct examination by Mr. Trine continues.

**1:48 p.m.**     Cross examination by Mr. Marks.

**2:12 p.m.**     Redirect examination by Mr. Trine.

Page Three
05-cv-00377-WDM-BNB
July 18, 2007

Witness excused.

**2:18 p.m.**     Direct examination by plaintiff's witness Michael Niederman by Mr. Trine.

**2:41 p.m.**     Cross examination by Mr. Ringel.

**3:04 p.m.**     Redirect examination by Mr. Trine.

Witness excused.

Court **exhibit 4** identified and ADMITTED for purposes of these proceedings.

**3:06 p.m.**     **COURT IN RECESS**

**3:28 p.m.**     **COURT IN SESSION**

   Direct examination of plaintiff's witness Patricia Pacey by Mr. Trine.

**4:05 p.m.**     Cross examination by Mr. Ringel.

**4:37 p.m.**     Redirect examination by Mr. Trine.

**4:39 p.m.**     Questions to the witness by the Court.

**4:41 p.m.**     Further cross examination by Mr. Ringel.

Witness excused.

**ORDERED:**  Motions are submitted and under advisement.

**ORDERED:**  Counsel directed to chambers to schedule a status conference in **September, 2007.**

**4:45 p.m.**     **COURT IN RECESS**

**Total in court time:**     323 minutes

**Hearing concluded**