**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

Defendants.

_____

**UNOPPOSED MOTION TO AMEND FINAL PRE-TRIAL ORDER TO ADD ANTHONY VOLZ, R.N. AS AN EXPERT WITNESS FOR PLAINTIFF**
**With proposed order**

_____

Plaintiff, Moises Carranza-Reyes, by and through his counsel, Bill A. Trine, Esq. and Cheryl L. Trine, Esq. of Trine & Metcalf, P.C., hereby submit this Unopposed Motion To Amend Final Pre-Trial Order To Add Anthony Volz, R.N. As An Expert Witness For Plaintiff, and as grounds therefore states as follows:

1.  Plaintiff disclosed Anthony Volz, R.N., as an expert witness in Plaintiff's First Supplemental 26(a)(2)(B) Disclosures on June 30, 2006, and attached Mr. Volz' CV, signed report, list of publications and testimony, and fee schedule.

1

  2. Defendants took the deposition of Anthony Volz, R.N. on December 13, 2006.

  2. Plaintiff included Mr. Volz's name on all drafts of the Pre-Trial Order, but inadvertently left his name out of the Final Pre-Trial Order, dated March 13, 2007.

  3. None of the parties realized Mr. Volz' name had been omitted from the Final Pre-Trial Order. Defendant Paulsen filed a Motion to Exclude Testimony Of Catherine Knox And Anthony Volz Under Fed.R.Evid. 702 on June 18, 2007, and Plaintiff filed a Response. Defendants and Plaintiff filed a Joint Motion For Telephone Status Conference on June 22, 2007 that included Mr. Volz as one of the witnesses scheduled to testify at the Rule 702 Hearing. Mr. Volz was present at the Rule 702 Hearing on July 18, 2007, but did not testify due to time restraints.

  4. No party will be prejudiced if Plaintiff's motion is granted because Defendants have known of Mr. Volz and have filed all dispositive motions pertaining to him. However, Plaintiff will be prejudiced by the exclusion of Mr. Volz as an expert witness because he is necessary to Plaintiff's case-in-chief. These reasons justify this Court granting the Plaintiff's Motion.

  4. Pursuant to D.C.Colo.L.Civ.R. 7.1(A), counsel for Plaintiff contacted counsel for Defendants: Melanie Lewis and Andrew Ringel prior to filing the instant Motion, and both indicated they did not oppose this Motion.

  WHEREFORE, for all of the foregoing reasons, Plaintiff Moises Carranza-Reyes respectfully requests this Court amend the Final Pre-Trial Order To Add Anthony Volz As An Expert Witness For Plaintiff, and for all other and further relief as this Court deems just and appropriate.

Dated this 15th day of August, 2007.

                        Respectfully submitted,

                        By:   /s/ William A. Trine, Esq.
                            William A. Trine, #577
                            Cheryl L. Trine, #38150
                            Trine & Metcalf, PC
                            1435 Arapahoe Avenue
                            Boulder Colorado 80302-6390
            (303) 442-0173

                            Joseph J. Archuleta, #19426
                            Joseph J. Archuleta and Associates
                            1724 Ogden Street
                            Denver Colorado 80218
                            (303) 837-1642

                            Lloyd C. Kordick, #6298
                            Lloyd C. Kordick & Associates
                            805 S. Cascade Avenue
                            Colorado Springs Colorado 80903
                                (719) 475-8460

                            Adele Kimmel, Esq.
                            Trial Lawyers for Public Justice
                            1717 Massachusetts Avenue, N.W.
                            Suite 800
                            Washington, D.C. 20030
                            (202) 797-8600

                            **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE (CM/ECF)**

The undersigned hereby certifies that on this 15th day of August, 2007, a true and correct copy of the foregoing pleading was e-served via Electronic Case Filing, which will send notification of such filing to the following email addresses:

Joseph Archuleta
archuletalaw@quest.net

Lloyd C. Kordick,
Lloyd@kordicklaw.com

Adele P. Kimmel
akimmel@publicjustice.net

Andrew Ringel
ringela@hallevans.com

Melanie Lewis
mbl@bhgrlaw.com

Josh A. Marks
jam@bhgrlaw.com

/s/ Elizabeth Peach