**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2005-WM-377 (BNB)

MOISES CARRANZA-REYES

    Plaintiff,

vs.

PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO AMEND FINAL PRE-TRIAL ORDER TO ADD ANTHONY VOLZ, R.N. AS AN EXPERT WITNESS FOR PLAINTIFF**
_____

    This matter comes before the Court on the Unopposed Motion Amend Final Pre-Trial Order To Add Anthony Volz, R.N. As An Expert Witness For Plaintiff. Having reviewed the Motion, and being fully advised, the Court hereby Orders the Motion is granted and the Final Pre-Trial Order shall be amended to include the name of Anthony Volz, R.N. as an expert witness for Plaintiffs.

    Dated this _____ day of August, 2007.

    By the Court:

    _____
    Boyd N. Boland
    United States District Court
Magistrate Judge

1