IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department,
and
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Final Pre-trial Order to Add Anthony Volz, R.N. as an Expert Witness for Plaintiff** [docket no. 216, filed August 15, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED:  August 16, 2007