IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRAZA-REYES,

    Plaintiff,

v.

PARK COUNTY, et al.,

    Defendants.

_____

### MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Hearing for oral ruling on the motions in limine will be held **September 28, 2007,** at 9:00 a.m. in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: September 7, 2007

                                        s/ Jane Trexler, Secretary/Deputy Clerk