IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

_____

**DEFENDANTS' UNOPPOSED MOTION TO AMEND FINAL PRETRIAL ORDER**
and Proposed Order
_____

    Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore, and Vicki Paulsen by and through their respective counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., and Josh A. Marks, Esq. and Melanie B. Lewis, Esq. of Berg Hill Greenleaf and Ruscitti, LLP, pursuant to Fed. R. Civ. P. 16(e), hereby submit this Unopposed Motion to Amend Final Pretrial Order, as follows:

    1.    The Final Pretrial Order was entered by this Court on March 13, 2007. As part of the Special Issues section of the Final Pretrial Order, Defendants advised both the Plaintiff and this Court of the fact that there were outstanding document requests to obtain some additional documents concerning the Plaintiff from Mexico as well as from the government of the United

States. [*See* Final Pretrial Order, at 51]. On August 31, 2007, Plaintiff served the Plaintiff's Ninth Supplemental Rule 26 Disclosures and disclosed documents obtained by counsel for the Plaintiff from the United States Department of Homeland Security on August 17, 2007, pursuant to a Freedom of Information Act Request initiated by counsel for the Plaintiff. Because of the unavailability of these documents when the Final Pretrial Order was completed by the parties and entered by this Court, the Defendants did not list any such documents as exhibits in the Defendants' Exhibit List that was part of the Final Pretrial Order. [*See* Final Pretrial Order, at 62-73]. Defendants respectfully request this Court allow the Defendants to amend the Final Pretrial Order to add the new documents obtained by counsel for the Plaintiff from the United States Department of Homeland Security and recently disclosed as an exhibit for use by the Defendants at any trial in this matter. Under these circumstances, Defendants respectfully submit that an amendment to the Final Pretrial Order is justified and appropriate. Defendants respectfully request this Court allow the Defendants to amend the Final Pretrial Order with the attached Defendants' Supplemental Exhibit List that is identical to the original Defendants' Exhibit List except for Exhibit No. 185 which consists of the new United States Department of Homeland Security documents.[1]

2. Pursuant to Fed. R. Civ. P. 16(e), a final pretrial order may only be modified to prevent manifest injustice. *See* Fed. R. Civ. P. 16(e); **Tyler v. City of Manhattan, Kan.,** 118 F.3d 1400, 1403-4 (10th Cir. 1997); **Joseph Mfg. Co., Inc. v. Olympic Fire Corp.,** 986 F.2d 416, 418-19 (10th Cir. 1993). Defendants respectfully submit the manifest injustice standard is met in

---

[1] Defendants have also eliminated the footnotes that were originally in the Defendant's Exhibit List because they were stricken by this Court at the Final Pretrial Conference.

2

the instant case for several reasons. First, Defendants did not have access to the United States Department of Homeland Security documents at the time the Final Pretrial Order was entered by this Court. Second, Defendants notified counsel for the Plaintiff and this Court of their intent to seek an amendment to the Final Pretrial Order at the time it was entered so no surprise or prejudice exists. Third, the additional documents are necessary to establish important facts related to the Plaintiff's interactions with federal immigration authorities and his immigration status in this litigation. Absent the new exhibits, Defendants will not be able to present a full, complete and accurate picture concerning the Plaintiff at trial. No justification exists to hamstring the Defendants' trial presentation in such a fashion. Fourth, the trial in this matter is not scheduled until April 14, 2008, so Plaintiff has plenty of time to address the new exhibit in trial preparations. Under the circumstances of this case, an amendment of the Final Pretrial Order is fully justified. *Compare* **Lentz v. Mason,** 32 F.Supp.2d 733, 737-38 (D.N.J. 1999) (allowing amendment of final pretrial order).

3. Pursuant to D.C.Colo.L.Civ.R. 7.1(A) the undersigned counsel contacted counsel for the Plaintiff, Cheryl Trine, Esq., via electronic mail prior to filing the instant Motion. Ms. Trine indicated the Plaintiff does not oppose this Motion.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore and Vicki Paulsen respectfully request this Court amend the Final Pretrial Order by accepting the attached Defendants' Supplemental Exhibit List as part of the Final Pretrial Order entered by this Court on March 13, 2007, and for all other and further relief as this Court deems just and appropriate.

Dated this 12th day of September, 2007.

        Respectfully submitted,

        s/Andrew D. Ringel, Esq.
        Andrew D. Ringel, Esq.
        Jennifer L. Veiga, Esq.
        Hall & Evans, L.L.C.
        1125 17th Street, Suite 600
        Denver, Colorado 80202-2052
        Phone:  (303) 628-3300
        Fax:     (303) 293-3238
        ringela@hallevans.com
        veigaj@hallevans.com

        **ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

and

        Josh A. Marks, Esq.
        Melanie B. Lewis, Esq.
        Berg Hill Greenleaf & Ruscitti, LLP
        1712 Pearl Street
        Boulder, CO 80302
        Tel: (303) 402-1600
        jam@bhgrlaw.com, mbl@bhgrlaw.com

        **ATTORNEYS FOR DEFENDANT VICKI PAULSEN**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 12th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

William A. Trine, Esq.
btrine@trine-metcalf.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.
akimmel@tlpj.org

s/Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
ringela@hallevans.com
veigaj@hallevans.com
Phone: 303-628-3300
Fax:    303-293-3238
**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\motion to amend final pretrial order.doc