Attachment

# DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST:

1. Colorado Department of Public Health Inspection Reports of the Park County Detention Center [PARK 0004-11; 0023-24]

2. Park County Daily Jail Logs and Count Sheets, March 1–10, 2003 [PARK 0026-0127]

3. The Park County Jail's Response to the Consulate General of Mexico Regarding the Medical Concerns of Moises Carranza-Reyes dated March 14, 2003 [PARK 0128-0158]

4. Letter from Captain Monte Gore to U.S. Department of Justice re INS Inspection/ Recommendation for the Park County Jail, and Plan of Action, 01/15/2003 [PARK 0159]

5. INS Inspection Report for the Park County Jail, September 2002 [PARK 0171-0247]

6. U.S. Department of Justice/ INS Intergovernmental Service Agreement for Housing Federal Detainees [PARK 0268-0288]

7. Voluntary Statement by Clarence Candelaria re INS Hold Moises Carranza-Reyes, including Handwritten Notations, 03/17/2003 [PARK 0289-0290]

8. Park County Jail Personnel Records of Vicki Paulsen, R.N. [PARK 0291-0311]

9. Agreement for Professional Services for Park County, Colorado, between James Bachman, M.D. and Park County, Colorado, 02/15/2001 [PARK 0312-0320]

10. Park County Jail Cleaning Procedures [PARK 0416]

11. Invoices for cleaning and sanitation supplies [PARK 0417-0428]

12. Park County Government Jail Medical Expenses for 2003 [PARK 0429]

13. Letters/Monthly Billing Invoices to INS for January, February and March 2003 INS Holds, 02/10/2003, 03/13/2003, 04/14/2003 [PARK 0443-0445]

14. Memorandum from Sergeant Muldoon to Captain Gore regarding transport of Moises Carranza-Reyes from the Park County Jail to Summit County Medical Center, 09/30/2005 [PARK 0481]

15. Interoffice Memorandum from Sergeant Muldoon to Captain Gore regarding transport of Moises Carranza-Reyes from the Park County Jail to Summit County Medical Center, 09/30/2005 [PARK 0482]

16. Immigration and Naturalization Service Pre-Authorization Referrals for Moises Carranza-Reyes, March 9, 2003 [PARK 0491-0493]

17. Memo from Maintenance to Captain Gore listing Pod D Measurements, with attached Plans for Pod D Upper and Lower Tiers, 10/12/2005 [PARK 0524-0526]

18. Park County Jail Medical Department Policies and Procedures Manual [PARK 0545-0694] (Deposition Exhibit 4)

19. Park County Jail Master Control Log, January 1, 2003 to May 31, 2003 [PARK 0695-1322]

20. Park County Jail Policy and Procedures Manual [PARK 1324-1766]

21. Inmate Handbook (Spanish) [PARK 1767-1796]

22. Park County Jail Criminal Justice Code of Ethics [PARK 1797-2228]

23. As-Built Drawing: Special Systems Plan, Second Floor – Western Corrections Group, 04/03/1995  [PARK 2278]

24. The Park County Jail's Maintenance Purchases, January 2002 to October 2002 - [PARK 2396-2535].

25. The Park County Jail's Maintenance Purchases, November 2002 to December 2003 [PARK 2536-2654].

26. The Park County Jail's Soft Goods and Bed Purchases, March 2001 to September 2003 [PARK 2655-2699].

27. Order and Park County Jail Voucher showing purchase of Manual for Health Care Standards, 05/03/2002 [PARK 2700- 2702].

28. Park County Jail Head/Face Count Sheets for Day Shift, February 2003 [PARK 2703-2732].

29. Park County Jail Head/Face Count Sheets for Swing Shift, February 2003 [PARK 2733-2763].

30. Park County Jail Head/Face Count Sheets for Graveyard Shift, February 2003 [PARK 2764-2794].

31. Park County Jail Head/Face Count Sheets for Day Shift, March 2003 [PARK 2795-2827].

32. Park County Jail Head/Face Count Sheets for Swing Shift, March 2003 [PARK 2828-2859].

33. Park County Jail Head/Face Count Sheets for Graveyard Shift, March 2003 [PARK 2860-2890].

34. Park County Jail Meal Count Sheets, March 2003 [PARK 2891-3044].

35. Park County Jail Meal Count Sheets, February 2003 [PARK 3045-3203].

36. Park County Jail Pass-On Notes, February 2003 [PARK 3406-3500]

37. Park County Jail Pass-On Notes, March 2003 [PARK 3501-3597]

38. Memo from Vicki Paulsen, RN regarding Moises Carranza-Reyes, 03/08/2003 [PARK 3988-3989]

39. Park County Jail Communicable Diseases Policy [PARK 1995-2000]

40. INS Detention Standard Medical Care [PARK 1688-1698]

41. Plans/ Diagrams of Pod D [PARK 4089-4091]

42. Park County Jail Kite Log, 01/09/2003-03/25/2003 [PARK 4313-4314]

43. Park County Jail Sergeants' Daily Logs, February 2003 (Day Shift) [PARK 4843–4936].

44. Park County Jail Sergeants' Daily Logs, February 2003 (Swing Shift) [PARK 4937-5007].

45. Park County Jail Sergeants' Daily Logs, February 2003 (Graveyard Shift)[PARK 5008-5096].

46. Park County Jail Visitors' Logs [PARK 6911- 6964].

47. Park County Jail Visitor Register [PARK 6965-6968].

48. Plaintiff's Responses to First Set of Interrogatories and Request for Production of Documents from Defendants Park County, Park County Board of County Commissioners, the Park County Sheriff's Office, Fred Wegener and Monte Gore, December 12, 2005

49. Plaintiff's Responses to Second Set of Interrogatories and Requests for Production of Documents to Plaintiff Moises Carranza-Reyes from Defendants the Park County Board of County Commissioners, Fred Wegener and Monte Gore, June 13, 2006

50. Letter from Don, Hiller & Galleher to Park County Sheriff's Office requesting Records of Moises Carranza-Reyes (Deposition Exhibit 18)

51. Records Release signed by Moises Carranza-Reyes allowing access by Aiden Leonard and Summit Daily News (Deposition Exhibit 19)

52. Letter from the Consulate General of Mexico to Jerry Weber, ICE, 03/10/2003 (Deposition Exhibit 30)

53. Memo by Fabian Pina Ruiz (Deposition Exhibit 37)

54. U.S. Department of Justice Notice of Action-Immigrant Petition for Relative, Fiance(e) or Orphan by Juan A. Carranza (Deposition Exhibit 38)

55. Statement of Edward Allen dated 10/28/205 (Deposition Exhibit 70)

56. Medical Records of Moises Carranza-Reyes from Summit County Medical Center [00001-00017, SMC 0005, SCAS 00001-00007] (Deposition Exhibits 24, 24A, 85, 86)

57. Ambulance Transport Records of Moises Carranza-Reyes, including Summit County Emergency Services Patient Contact Report, and Transfer Consent Form (Deposition Exhibits 84, 87)

58. Medical Records of Moises Carranza-Reyes from Denver Health Medical Center [DHMC 0000-3209]

59. Medical Records of Moises Carranza-Reyes from Westside Clinic/ Denver Health (00001-00007)

60. Medical Records and Invoices of Moises Carranza-Reyes from Clinica Compesina [00008-15; Defendants' Park County, et al. Seventh Supplemental Disclosure Documents, and Deposition Exhibits 66, 67, 68, 101]

61. Letter from Meredith Poppish, RN, RNP-C to To Whom It May Concern, with attached medical records, 02/02/2006 (Deposition Exhibit 69)

62. Clinica Campesina Mental Health Referral Form dated January 10, 2006

63. Renewal Notice Letter dated June 1, 2002 from the State of Colorado Department of Corrections to Jerry Solberg, Park County Board of County Commissioners.

  64. Intergovernmental Contract dated July 17, 2003, between the State of Colorado (Department of Corrections) and Park County.

  65. Colorado DOC Private Prisons Monitoring Unit Contract Facility Visit, Park County Jail, 10/30/2002 [DOC 0001]

  66. Colorado DOC Memorandum from Michael Colvin to Michael Arellano regarding Park County Jail Visit of 12/16/2002 [DOC 0002]

  67. Colorado DOC Memorandum from Terry Flanagan to Michael Arellano regarding Park County Jail Audit, 09/17/2002 [DOC 0003-0017]

  68. Colorado DOC Memorandum from Michael Arellano to Bill Zalman, through Lou Archuleta, regarding Park County Jail Visit, 11/18/2003 [DOC 0018-0019]

  69. Colorado DOC Memorandum from John Bongirno to Michael Arellano regarding Park County Jail Visit, 02/27/2003 [DOC 0020-0021]

  70. Colorado DOC Memorandum from John Bongirno to Michael Arellano regarding Park County Jail Visit, 04/03/2003 [DOC 0022-0023]

  71. Colorado DOC Memorandum from Deborah Ahlin to Lou Archuleta regarding Park County Jail Visit, 10/20/2003 [DOC 0024-0025]

  72. Colorado DOC Private Prisons Monitoring Unit Contract Facility Visit, Park County Jail, 06/06/2002 [DOC 0026]

  73. Colorado DOC Memorandum from Deborah Ahlin to Michael Arellano regarding Park County Jail Visit, 09/23/2003 [DOC 0027]

  74. Colorado DOC Private Prisons Monitoring Unit Contract Facility Visit, Park County Jail, 04/17/2003 [DOC 0028]

  75. Colorado DOC Memorandum from Deborah Ahlin to Michael Arellano regarding Park County Jail Visit, 07/03/2003 [DOC 0029-0030]

  76. Colorado DOC Memorandum from Jim Webber to Michael Arellano regarding Park County Jail Visit, 05/14/2004 [DOC 0031]

  77. Colorado DOC Memorandum from Deborah Ahlin to Michael Arellano regarding Park County Jail Visit, 03/22/2004 [DOC 0032]

78. Colorado DOC Memorandum from Deborah Ahlin to Michael Arellano regarding Park County Jail Visit, 04/02/2004 [DOC 0033-0034]

79. Colorado DOC Memorandum from Deborah Ahlin to Michael Arellano regarding Park County Jail Visit, 04/13/2004 [DOC 0035-0036]

80. Colorado DOC Memorandum from Deborah Ahlin to Michael Arellano regarding Park County Jail Visit, 04/15/2004 [DOC 0037-0038]

81. Colorado DOC Memorandum from Deborah Ahlin to Michael Arellano regarding Park County Jail Visit, 06/14/2004 [DOC 0039]

82. Colorado DOC Memorandum from Deborah Ahlin to Michael Arellano regarding Park County Jail Visit, 09/02/2004 [DOC 0040-0041]

83. Colorado DOC Memorandum from T. Flanagan to Michael Arellano regarding Park County Jail Visit, 11/17/2004 [DOC 0042-0043]

84. Colorado DOC Memorandum from Deborah Ahlin to Michael Arellano regarding Park County Jail Visit, 05/13/2004 [DOC 0044-0045]

85. Colorado DOC Memorandum from T. Flanagan to Michael Arellano regarding Park County Jail Visit, 01/06/2004 [DOC 0048-0049]

86. Colorado DOC Memorandum from Wes Lehman to Michael Arellano regarding Park County Detention Center – ACA Compliance, 09/10/2004 [DOC 0050-0057]

87. Documents from Immigration and Naturalization Service/Immigration and Customs Enforcement

88. Documents from Mexican Consulate

89. Documents from the Country of Mexico

90. Expert File of Thomas A. Rosazza [Rosazza 00001-01422]

91. Expert File of Kathryn L. Doeschot

92. Expert File of Gregory B. Taylor and Kyle D. Jacobson

93. Expert File of Donald H. Kearns, M.D. [Kearns 00001-00422]

94. Expert File of Shelley Fischer, RN, MS

95. Expert File of Ivor Garlick, M.D.

96. Expert File of Elizabeth Kraft, M.D.

97. Park County Sheriff's Office Detention Center Inter-Office Memo from Corporal Crawford to Captain Gore, cc: Sgt. Muldoon, regarding Moises Carranza-Reyes, 03/08/2003 (Deposition Exhibit 99-1)

98. Park County Sheriff's Office Detention Center Inter-Office Memo from Corporal Crawford to Denver Health, Bed Control (Judy) re financial responsibility of the Park County Jail for hospital care rendered to Carranza-Reyes, 03/08/2003 (Deposition Exhibit 99-2)

99. Park County Sheriff's Office Detention Center Inter-Office Memo from Sergeant Muldoon to Captain Gore re INS Detainee Carranza-Reyes – Timeline, 03/12/2003 (Deposition Exhibit 99-3).

100. Park County Sheriff's Office Detention Center Inter-Office Memo from Corporal Crawford to All Staff concerning Shift Highlights/ Inmate Carranza-Reyes, 03/08/2003 [PARK 3529](Deposition Exhibit 100-1)

101. Park County Sheriff's Office Detention Center Inter-Office Memo from Corporal Crawford to Captain Gore, cc: Sgt. Muldoon re INS Inmate Carranza-Reyes – Timeline, 03/08/2003 [PARK 3530-3531](Deposition Exhibit 100-2)

102. Park County Sheriff's Office Detention Center Inter-Office Memo from Corporal Crawford to All Staff concerning Shift Highlights/ Inmate Carranza-Reyes (with handwritten notations), 03/08/2003 [PARK 3532] (Deposition Exhibit 100-3)

103. Denver Health Medical Center Progress Record, 03/09/2003 (Deposition Exhibit 40)

104. Denver Health Medical Center Physician Order Sheet, Ongoing Orders, 03/08/2003 (Deposition Exhibit 41)

105. Denver Health Medical Center Physician Order Sheet, Ongoing Orders, 03/09/2003 (Deposition Exhibit 42)

106. Denver Health Medical Center Progress Record, 03/09/2003) (Deposition Exhibit 43)

107. Letter from William Trine, Esq. to Dr. Douglas, 03/21/2006 (Deposition Exhibit 45)

7

108. Expert File and Billing Records of Plaintiff's expert Helen Woodard [Woodard 00001-00313, 00417-00423] (Deposition Exhibit 49)

109. Handwritten Notes of Woodard Telephone Conversation with Moises Carranza-Reyes, 05/13/2006 (Deposition Exhibit 50)

110. Expert File of Plaintiff's expert Patricia Pacey [Pacey 00001-00403]

111. InternationalLiving.com article re Mexico healthcare, undated (Deposition Exhibit 52)

112. LA Times Article: "Healthcare is Migrating South of the Border," printed from the internet 05/17/2006 (Deposition Exhibit 53)

113. Washington Post Article: Passport to Health Care at Lower Cost to Patient," 11/05/2005 (Deposition Exhibit 54)

114. Comparison of average medical costs in the U.S. versus Mexico City by Woodard, undated; Services Survey Form for Mr. Carranza-Reyes by Woodard, 04/2006; Services Survey Form for Mr. Carranza-Reyes by Woodard, 03/2006 (Deposition Exhibit 56)

115. Table PINC-04, undated (Deposition Exhibit 57)

116. U.S. Census Bureau Historical Income Tables–People, printed 07/05/2006 (Deposition Exhibit 58)

117. Expert File of Plaintiff's expert Manuel Romero [Romero 00001-01193]

118. Handwritten Notes of Manuel Romero (Deposition Exhibit 63)

119. Deposition Outlines of James Bachman/ handwritten notations (Deposition Exhibits 62 and 64)

120. Expert File of Plaintiff's expert Catherine Knox, R.N. [Knox 00001-01002]

121. Electronic Correspondence from Catherine Knox to William Trine, Esq., 05/11/2005 (Deposition Exhibit 88)

122. Time and Expense Report of Catherine Knox, R.N. (Deposition Exhibit 89)

123. Selected pages from APIC Text of Infection Control and Epidemiology re Group A Streptococcus (Deposition Exhibit 92)

124. State of Colorado Nurse Practice Act (Deposition Exhibit 93)

125. Expert File of Plaintiff's expert Anthony Volz, R.N. [Volz 00001-00440]

126. File of Plaintiff's expert Robert Greifinger, M.D. [Greifinger 00001-00691]

127. Additional File materials of Plaintiff's expert Robert Greifinger (Deposition Exhibit 78)

128. Invoices of Dr. Greifinger (Deposition Exhibit 94)

129. Letters from Dr. Greifinger to William Trine, Esq. (Deposition Exhibit 95)

130. Expert File of Plaintiff's expert Michael Niederman, M.D. [Niederman 00001-00322]

131. Deposition Outlines for Dr. Ivor Douglas and Edward Allen (Deposition Exhibit 82)

132. Park County Jail Cleaning Policies [PARK 0416]

133. Deputy Thomas Memorandum to Captain Gore, 3/13/03 [PARK 0136]

134. Order to Detain or Release Aliens, 3/1/03 [PARK 0138]

135. Corporal J. Bellantonio Memorandum to Captain M. Gore, 3/12/03 [PARK 0137]

136. INS Detainee Intake Form for Moises Carranza-Reyes [PARK 0139]

137. Park County Jail Reporte Para El Doctor for Moises Carranza-Reyes [PARK 0140]

138. Park County Jail Count Sheets, 3/1/03 to 3/8/03 [PARK 2796-2868]

139. Park County Pod Walk Log Sheets, 3/2/03 to 3/7/03 [PARK 0119, 0102, 0090, 0074, 0069].

140. Sgt. Flint Memorandum to Sgt. Muldoon/Day Shift, March 4, 2003 [PARK 3517]

141. Park County Jail Nursing Notes for Moises Carranza-Reyes [PARK 3525, 3528 & 3542-3543].

142. Deputy Don Frye Incident Report, March 8, 2003 [PARK 0155-0156].

143. Sgt. Muldoon Memorandum to Capt. Gore, March 8, 2003 [PARK 3530-3531].

144. Sgt. Muldoon Memorandum to Capt. Gore, March 12, 2003 [PARK 0148-0149].

145. Corporal Crawford Memorandum to All Staff, March 8, 2003 [PARK 3529].

146. Special Systems Plan Second Floor—The Western Corrections Group [PARK 2278].

147. Bibliography of General Economic Sources of Patricia L. Pacey, Ph.D.

148. English Language Proficiency and Wage Rates of Mexican Immigrants by Jeremy Sandford

149. English Language Ability and the Labor Market Opportunities of Hispanic and East Asian Immigrant Men by Sherrie A. Kossoudji

150. The Role of Immigrants in the U.S. Labor Market by the Congressional Budget Office

151. Life and Worklife Expectancies by Hugh Richards, M.S. and Jon R. Abele, Esq.

152. The New Worklife Expectancies Tables by A.M. Gamboa Jr., Ph.D. and David S. Gibson, MBA, CPA

153. Data from International Monetary Fund Web Site, Government Bond Yields, 2/9/07

154. Pneumonia Outbreak Associated with Group A Streptococcus Species at Military Training Facility by Nancy F. Crum et. al.

155. Joseph J. Archuleta Letter to Vanessa Calva Ruiz, June 8, 2005

156. Invoice from Hanger Prosthetics and Orthotics, June 9, 2005

157. Receipt from Hanger Prosthetics and Orthotics, June 27, 2005

158. Joseph J. Archuleta Letter to Vanessa Calva Ruiz, November 1, 2005

159. Invoice from Hanger Prosthetics and Orthotics, October 23, 2005

160. Vanessa Calva Ruiz Email to Joseph Archuleta, November 2, 2005

161. Joseph Archuleta Letter to United States of America et. al., July 7, 2003

162. Invoice from Hanger Prosthetics and Orthotics, November 22, 2005

163. State of Colorado Proof of Insurance for Moises Carranza

164. Identification Record for Moises Carranza-Reyes

165. La Comandancia De Law IRM Exteinda la Presente Constancia to Moises Carranza-Reyes, June 23, 2001

166. Secretaria De La Defensa Nacional Records for Moises Carranza-Reyes, July 23, 2001

167. Ejercito Mexicano Unidad De Especialisadas Medics for Moises Carranza-Reyes, June 2001

168. Secreteria De La Defensa National Certica for Moises Carranza-Reyes

169. Distrito Federal Secretaria de Seguridad Publica Records for Moises Carranza-Reyes

170. Eljercito Mexicano Service Militar Nacional Records for Moises Carranza-Reyes

171. Solictud de Empleo Records for Moises Carranza-Reyes, July 19, 2002

172. Departamento Del Distrito Federal Secretaria General de Proteccion y Vialidad Records for Moises Carranza-Reyes

173. Estados Unidos Mexicanos Registro Civil for Moises Carranza-Reyes

174. Acta de Nacimiento for Moises Carranza-Reyes

175. Laboratorio San Pedro Records for Moises Carranza-Reyes

176. Statement of Moises Carranza-Reyes, June 22, 2005

177. Juan Marcos Guttierez Gonalez Letter to Moises Carranza-Reyes and Abraham Carranza-Reyes, August 20, 2005

178. Moises Carranza-Reyes Application for Assistance to Friends of Man, March 18, 2004

179. All exhibits identified by the Plaintiff.

180. All exhibits necessary for impeachment.

181. All exhibits necessary for rebuttal.

182. All exhibits necessary to establish foundation or authenticity.

183. All exhibits necessary to refresh recollection

184. Demonstrative exhibits

185. Documents produced by United States Department of Homeland Security pursuant to Freedom of Information Act request by counsel for Plaintiff (Pages 1-122)

H:\Users\RINGELA\park\Carranza-Reyes\Supplemental Exhibit List.doc