IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

      Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO AMEND FINAL PRETRIAL ORDER**

---

The Court having reviewed the Defendants' Unopposed Motion to Amend Final Pretrial Order, being duly advised in the premises, and for good cause shown, hereby grants the Motion. The Final Pretrial Order entered by this Court on March 13, 2007, is amended to attach the Defendants' Supplemental Exhibit List tendered with the Defendants' Motion.

Dated this ____ day of September, 2007.

By the Court:

_____
Boyd N. Boland
United States Magistrate Judge