IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS,
FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,
MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department, and
VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

Defendants.

## ORDER

This matter is before me on the **Defendants' Unopposed Motion to Amend Final Pretrial Order** [Doc. # 221, filed 9/12/2007] (the "Motion"). The Motion seeks to amend the final pretrial order to add one additional exhibit, Defendants' Exhibit 185, to the defendants' exhibit list. The Motion is not opposed.

IT IS ORDERED that the Motion is GRANTED. The Final Pretrial Order is amended to include the Defendants' Supplemental Exhibit List [Doc. # 221-2, filed 9/12/2007].

Dated September 13, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge