IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendants

## NOTICE OF APPEAL FROM DEFENDANTS FRED WEGENER AND MONTE GORE

Defendants Fred Wegener and Monte Gore, by and through their counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C. hereby appeal the District Court's Order on Motions for Summary Judgment dated August 17, 2007.

Dated this 14th day of September, 2007.

                Respectfully submitted,

                s/ Andrew D. Ringel_____
                Andrew D. Ringel, Esq.
                Jennifer L. Veiga, Esq.
                Hall & Evans, L.L.C.
                1125 17th Street, Suite 600
                Denver, Colorado 80202-2052
                ringela@hallevans.com
                Tel:  (303) 628-3300
                Fax:  (303) 293-3238

                **ATTORNEYS FOR DEFENDANTS**
                **BOARD OF COUNTY**
                **COMMISSIONERS OF PARK**
                **COUNTY, FRED WEGENER**
                **AND MONTE GORE**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 14th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

William A. Trine, Esq.
btrine@trine-metcalf.com

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

Adele P. Kimmel, Esq.
akimmel@publicjustice.net

s/Loree Trout,   Secretary
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
troutl@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\notice of appeal.doc

3