UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 17, 2007

SEE NOTICE OF ELECTRONIC FILING

**RE:    Carranza-Reyes v. Park County, et al**

District Court Case No. 05-cv-00377-WDM-BNB
Notice of Appeal Filed by Monte Gore and Fred Wegener on 09/14/07
Fee Status: Fees Paid
Other Pending Appeals: yes

Attached are the following documents for the parties in connection with the notice of appeal: Copy of the notice of appeal and a copy of the docket sheet. The appellant only is directed to the U.S. Court of Appeals for the 10th Circuit website (http://www.ca10.uscourts.gov/clerk/rulesandforms.php) to obtain the Notice of Transcript Order form, Docketing Statement, Docketing Statement Instructions, and the Counsel Notice of Appeal Letter.

The appellant must carefully read the directions for provided with the Notice of Transcript Order form. If a transcript is being ordered, the appellant and the court reporter must complete the Notice of Transcript Order. The appellant must complete a separate form for each court reporter and/or reporting service, indicating only the dates of the proceedings that reporter is being requested to transcribe. Please contact the reporter or reporting services directly to obtain information and make arrangements for the preparation of the necessary transcripts. Instructions and the names, addresses and telephone numbers for most of the court reporters and reporting services can be found on the attached list.

File one copy of the Notice of Transcript Order with the U.S. District Court on CM/ECF, one copy in paper with the U.S. Court of Appeals and serve all parties within 10 days after filing of the Notice of Appeal, pursuant to Fed. R. App. P. 10. If no transcript is being ordered, or all necessary transcripts are presently on file, the appellant must complete the Notice of Transcript Order, including Section A and file it within the same 10 day period as indicated above. If the entire transcript is not ordered by the appellant, the appellee should refer to Fed. R. App. P. 10.

If you have any difficulty accessing the necessary appeal documents please contact the appeals clerk at the U.S. District Court for the District of Colorado (303) 844-3433.

Sincerely,
GREGORY C. LANGHAM, Clerk


by s/ Bobbi Reed_____
   Deputy Clerk

cc:    Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)

**FURTHER INSTRUCTIONS FOR ORDERING TRANSCRIPTS:**

Please review the enclosed docket sheet and locate the docket entry for the minutes of the proceedings you wish to have transcribed. In the entry will be either:
-the name of the court reporter,
-the name of the E.C.R. operator (meaning the proceeding was tape recorded before a District Court Judge),
-an indication of the tape number of the proceedings (meaning the proceeding was tape recorded before a magistrate judge) or
-"FTR" (meaning the proceeding was digitially recorded before either a District Court Judge or a Magistrate Judge).

If a name of a court reporter appears, please contact that reporter directly to make arrangements for the preparation of the transcript. The names, addresses and phone numbers for the court reporters and some of the contract reporters are on the attached sheet. If the name of the reporter is not on this list, please refer to the attached certificate of mailing.

If the proceedings was before a District Court Judge (other than Judge Richard P. Matsch) and was recorded by an E.C.R. operator or FTR, please contact Federal Reporting Service. Their address and phone number is on the attached list.

If the proceedings was before Judge Richard P. Matsch (either tape recorded (E.C.R) or digitally recorded (FTR) please contact Kathy Terasaki. Her address and phone number is on the attached list.

If the proceeding was held before a Magistrate Judge and was either tape recorded (E.C.R) or digitally recorded (FTR) please contact Avery Woods Reporting Service. Their address and phone number is on the attached list.

**COURT REPORTERS**
901 19th Street
Denver, Colorado 80294

Suzanne Claar
303-825-8874

Paul Zuckerman
303-629-9285

Gwen Daniel
303-571-4084

Therese Lindblom
303-628-7877

Kara Spitler
303-623-3080

Janet Cappock (fka Morrissey)
303-893-2835

Darlene Martinez
303-296-2008

**ECR OPERATOR**
Kathy Terasaki
E.C.R. Operator
901 19th Street
Denver, Colorado 80294
303-335-2095

**DISTRICT COURT JUDGE TAPE/DIGITAL**
**(except Judge Matsch)**
Federal Reporting Service
17454 East Asbury Place
Aurora, CO   80013
303-751-2777

**MAGISTRATE TAPE/DIGITAL**
Avery Woods Reporting Service
455 Sherman Street #250
Denver, CO 80203
303-825-6119

**WYOMING DOCKET**
Wyoming Reporting Service
P.O. Box 165
401 West 19th St.
Cheyenne, WY 82003
307-635-4424
1-800-444-2826
(Jackie Gallo, Monty Bowen, Eric Nordberg, J. Dew Harris, Lori Arnold, Kathy Mullivan, Alicia Robertson, V. Lund and others)

**OTHER COURT REPORTERS**
Jamie L. Hendrich
U.S. District Courthouse
111 S. Wolcott, Room 217
Casper, WY 82601
307-265-5280

Adrienne Whitlow
8600 E. Alameda Ave, Apt. 21-101
Denver, CO 80247
(303) 695-1121

Bonnie Carpenter
Carpenter Reporting, Inc.
12510 East Iliff
Suite 120
Aurora, CO 80014
303-752-1200