```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX004226
Cashier ID: sq
Transaction Date: 09/14/2007
Payer Name: HALL AND EVANS
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: HALL AND EVANS
 Amount:        $455.00
----------------------------------
CREDIT CARD
 Amt Tendered: $455.00
----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

05-CV-377-WDM-BNB


A fee of $45.00 will be assessed on
any returned check.
```