**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                    Douglas E. Cressler
Clerk of Court              September 18, 2007            Chief Deputy Clerk


Mr. Andrew David Ringel
Ms. Jennifer L. Veiga
Hall & Evans
1125 Seventeenth Street
Suite 600
Denver, CO 80202


RE:     07-1380, Carranza-Reyes v. Park County Board of Commissio, et al
        Dist/Ag docket: [05-cv-00377-WDM-BNB]


Dear Counsel:

This appeal was docketed today. For your convenience, copies of the Tenth Circuit Rules,
effective January 1, 2007, and the Federal Rules of Appellate Procedure, effective
December 1, 2006, are available on the court's website at http://www.ca10.uscourts.gov.
You may also obtain a copy of the rules by calling this office. Effective September 4,
2007, counsel must also comply with the court's new General Order, which takes effect
that day. You may find the order on the court's website. We invite you to contact us with
any questions you may have about our operating procedures. Please note that all court
forms are now available on the court's web site. Outlined below are some of the
requirements for prosecuting this appeal.

Attorneys must complete and file an entry of appearance form within ten days of the date
of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form
within thirty days of the date of this letter. Appellant's failure to enter an appearance may
cause the appeal to be dismissed. An appellee who fails to enter an appearance may not
receive notice or service of orders.

In this court, an attorney who files a notice of appeal has entered an appearance.
Consequently, you may not withdraw without the court's permission.

You are required to file a docketing statement within 10 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 10 days of the date of this letter. Please note that under local rule 3.4(C), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief. In addition to the docketing statement, all transcripts must be ordered within 10 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

Appellant is not required to file a designation of record, but will be required to file an appendix with appellant's opening brief. *See* 10th Cir. R. 10.2(A) and 30.1.

Appellant must file an opening brief and appendix within 40 days after the date on which the district clerk notifies the parties and the circuit clerk that the record is complete for purposes of appeal. *See* 10th Cir. R. 31.1(A)(1). Motions for extensions of time to file briefs and appendixes are not favored and will not be granted unless they comply with 10th Cir. R. 27.3.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules. *See* Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2, 32.1 and 31.3 when applicable. An original and 7 copies of briefs must be filed. *See* 10th Cir. R. 31.5. Appendixes must satisfy the requirements of 10th Cir. R. 30.1(A) and 30.1(C) and 2 copies must be filed. *See* 10th Cir. R. 30.1(D).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Joseph Archuleta
        Adele P. Kimmel
        Lloyd C. Kordick
        William A. Trine