```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX004329
Cashier ID: sq
Transaction Date: 09/20/2007
Payer Name: BERG HILL GREENLEAF RUSCITTI
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BERG HILL GREENLEAF RUSCITTI
 Amount:        $455.00
--------------------------------
CHECK
 Check/Money Order Num: 11113 & 14
 Amt Tendered:  $455.00
--------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

05-CV-377-WDM-BNB


A fee of $45.00 will be assessed on
any returned check.
```