# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 28, 2007 |
| Court Reporter: Janet Coppock | Time:   53 minutes |

**CASE NO.   05-cv-00377-WDM-BNB**

| Parties | Counsel |
|---|---|
| **MOISES CARRANZA-REYES,** | William Trine |
| | Joseph Archuleta |
| Plaintiff, | Cheryl Trine |
| | Lloyd Kordick |
| vs. | |
| **PARK COUNTY BOARD OF COUNTY OF COMMISSIONERS, et al,** | Josh Marks |
| | Andrew Ringel |
| Defendants. | |

## ORAL RULING

**9:02 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Court states its findings and conclusions.

**ORDERED:**  Defendants' Motion in Limine to Limit Expert Testimony by Michael Niederman, M.D. and Robert Griefinger, M.D. (Doc #127), filed 1/2/07 is **GRANTED** as stated on the record.

Page Two
05-cv-00377-WDM-BNB
September 28, 2007

**ORDERED:** Defendants' Motion in Limine to Exclude Plaintiff's Expert Witness Helen Woodard, M.A. (Doc #128), filed 1/3/07 is **GRANTED in PART and DENIED in PART** as stated on the record.

**ORDERED:** Defendants' Motion in Limine to Exclude Plaintiff's Expert Witness Patricia Pacey, Ph.D (Doc #130), filed 1/3/07 is **GRANTED in PART and DENIED in PART** as stated on the record.

**ORDERED:** Defendant Vicki Paulsen's Motion to Exclude Testimony of Catherine Knox and Anthony Volz Under Fed. R. Evid. 702 (Doc #199), filed 6/18/07 is **GRANTED in PART and DENIED in PART** as stated on the record.

**ORDERED:** Status conference set October 1, 2007 is **VACATED.**

**9:55 a.m.**     **COURT IN RECESS**

**Total in court time:**     **53  minutes**

**Hearing concluded**