Robert Greifinger - Cross

1    Q.   Right.

2    A.   But sore throats are either caused by viruses or strep A.

3    There is no other bacteria for which one would use antibiotics

4    but for very rare diseases like diphtheria, so Dr. Bachman

5    chose to use antibiotics.  It's overwhelmingly likely that his

6    choice was to use antibiotics to treat strep A.

7    Q.   Well, just because -- again, Doctor, let me see if I can

8    underline the point.  There was no culture of any other person

9    in that jail that definitively says anyone had strep A in that

10   jail during that time other than Mr. Carranza-Reyes.

11   A.   That's right.  There were no cultures done.

12   Q.   So not only do we not know whether he was in contact with

13   anyone with streptococcus A prior to March 1st; we also don't

14   know that he was in contact with anyone with streptococcus A

15   after March 1st, correct?

16   A.   Not specifically, that's correct.

17   Q.   You have not relied on prior to today any specific

18   scholarly articles related to the transmission or development

19   of streptococcus A, correct?

20   A.   I relied on my education, training and experience which

21   included scholarly articles, but I did not mention them during

22   my deposition.

23   Q.   And no such article is mentioned as you being -- you having

24   relied on it in your report, correct?

25   A.   That's correct.

Robert Greifinger - Cross

1   Q.  And isn't it also true, Doctor, that your report

2   specifically doesn't say that you were offering a causation

3   opinion and then that I elicited that opinion from you during

4   your deposition, correct?

5   A.  I am sorry.  I am having trouble with the negative in your

6   sentence.

7   Q.  I apologize.  Let me see if I can try again.  Isn't it

8   true, Doctor, that nowhere in your report do you specifically

9   say Mr. Carranza-Reyes' strep A was caused by the conditions of

10  confinement in the jail?

11  A.  If you are asking me if there is anywhere in my report

12  where it says that the strep A was caused by the confinement,

13  probably not that specifically, but I do say that the

14  conditions caused his illness and led to the consequences that

15  he has.

16  Q.  Okay.  Let's talk about the second part of your opinion

17  that even if Mr. Carranza-Reyes was colonized with the

18  streptococcus A prior to March 1st, 2003, the conditions of the

19  jail stressed his immune system and caused asymptomatic strep A

20  to become symptomatic?

21  A.  Yes, that plus the burden of other microbes whether they

22  were strep A or viruses that were pouring down on him between

23  these two triple bunks from the nasal discharges.  So as I

24  mentioned earlier, you can have a little infection and the body

25  is wonderful and it can attack that infection and contain it,

Robert Greifinger - Cross

1    but if you add other infection, whether it's the same organism

2    or other respiratory organisms like cold viruses, that can

3    cause the patient to have a tipping point and thereby become

4    unable for the patient's own immune defenses to contain the

5    disease, and then it would require in this case antibiotics to

6    prevent the development of pneumonia and sepsis and septic

7    shock.

8    Q.   And you believe that that opinion you just gave to the

9    report is supported by scholarly research?

10   A.   Yes, I do.

11   Q.   Show me where in one of these three articles it says that.

12   A.   What is it you want me to show through?

13   Q.   The opinion you just gave, Doctor.

14   A.   The crowding enhances the spread of infection, that is the

15   main, main point.

16   Q.   Isn't there a different between --

17   A.   Can I finish?

18   Q.   -- the general principle that crowding enhances the spread

19   of infection and this particular crowding caused

20   Mr. Carranza-Reyes to have symptomatic strep A?

21   A.   Crowding is a very well-known risk factor for the

22   transmission of communicable diseases, viral diseases,

23   bacterial diseases.  And he was well.  He comes into the

24   prison, to the jail.  He encounters people who are ill with

25   respiratory disease, spewing respiratory secretions from their

Robert Greifinger - Cross

1    noses and throats and their lungs, and he is crowded and he

2    gets sick.  I think it's -- this is the way nature works.  This

3    is the germ theory of transmission of disease which was first

4    elaborated in the mid to late 19th century and really hasn't

5    changed very much.

6         What we do have since the late 1940s is antibiotics

7    that can prevent these infections from leading to devastating

8    consequences.

9    Q.  It sounds to me, Doctor, that the basis of your opinion is

10   the general germ theory principle and the literature that you

11   cited that supports that general principle that one's living

12   conditions and particularly crowded living conditions can cause

13   one to get ill.  Is that a fair understanding of your opinion?

14   A.  Yes.

15   Q.  But isn't that different than a specific causation opinion

16   that the particular infectious bacteria that Mr. Carranza-Reyes

17   caught in this instance was specifically and unambiguously

18   caused by the conditions and confinement in the jail?

19   A.  Yes, it is different because there was no research project

20   conducted or should there have been an epidemiological study or

21   a research project.  This is something that we all know from

22   experience in our lives.  When our kids go to nursery school,

23   they start getting colds and bring them home, and as parents we

24   catch them.  We just know this as prudent laypeople, but I am

25   saying that there is science behind this.  There is elegant

Robert Greifinger - Cross

1    science and epidemiologic study behind the fact that this kind

2    of crowding and unhygienic conditions cause susceptibility to

3    serious consequences of bacterial infection like strep A.

4    Q.   Is it fair, Doctor, to understand -- let me ask it more

5    directly.  Have you reviewed the motions and the papers that we

6    filed about challenging your expertise to give the opinions

7    that you have given today?

8    A.   Yes.

9    Q.   Okay.  And after your review of all those papers, you have

10   not done a supplemental report, correct?

11   A.   That's correct.

12   Q.   Despite having done three other supplemental reports,

13   correct?

14   A.   Correct.

15   Q.   None of those four reports cite any scholarly research at

16   all, correct?

17   A.   That's correct.

18   Q.   And during your deposition you never cited any specific

19   scholarly research in response to questions from any counsel,

20   correct?

21   A.   That's correct.

22   Q.   And you had your deposition taken in this case twice,

23   correct?

24   A.   In two parts, yes.

25   Q.   And the only time that you cited specific scholarly

Robert Greifinger - Cross

1   articles are the three that you brought with you in court

2   today?

3   *A.  Yes.*

4        *MR. RINGEL:*  I don't have any further questions, thank

5   you.

6        *THE COURT:*  All right.  Mr. Marks?

7        *MR. MARKS:*  Your Honor, we are dividing up lead

8   counsel role in order to be more efficient, so I have no

9   questions.

10        *THE COURT:*  Good.

11        Redirect?

12                    **REDIRECT EXAMINATION**

13   *BY MR. TRINE:*

14   *Q.*  Doctor, you were referred to the <u>Dukes</u> case in Georgia

15   which a <u>Daubert</u> hearing was held and you were not able to

16   render testimony on the cause of a patient who had a particular

17   form of meningitis; is that right?

18   *A.*  Yes, but I don't recall that there was a hearing.  I think

19   it was the order was filed on the basis of motions.

20   *Q.*  Okay.  In any event, you had not treated a patient with

21   that form of meningitis previously; is that correct?

22   *A.*  That's correct.  Cryptococcal infection, especially

23   cryptococcal meningitis is usually treated by an infectious

24   disease specialist.

25   *Q.*  Doctor, how many -- can you give us an estimate of how many

Robert Greifinger - Redirect

1   patients you have treated with streptococcal infections, strep

2   throat, in your years of practice?

3   A.  Many, many hundreds of patients.

4   Q.  So you have had experience specifically with strep A

5   infection; is that right?

6   A.  Yes.  It's the most common bacterial infection in children

7   between ages five and 15.

8   Q.  And you were asked on cross-examination to concede the fact

9   that you don't know which of these detainees may have had strep

10  A infection other than perhaps the ones that were sleeping on

11  both sides of him; is that correct?

12  A.  Yes.  It could have been others in the dormitory, just

13  physical proximity increases the risk of transmission

14  tremendously.

15  Q.  And am I correct that despite the illness throughout the

16  jail, none of the detainees were examined or seen by a doctor

17  between March 1 and March 8 when Carranza-Reyes was transferred

18  to Summit County and then Denver Health; is that correct?

19          MR. RINGEL:  Objection, relevance.

20          THE COURT:  Overruled.

21  A.  That's correct.  There was -- none of the patients were

22  seen by a physician.

23  BY MR. TRINE:

24  Q.  And so, Doctor, am I correct, then, and is it fair to say

25  that based on all of the evidence and the records, you know he

Robert Greifinger - Redirect

1   was in contact with someone in the jail who had strep A, but

2   you don't know who that person might be?

3   A.   That's correct.

4   Q.   And that's because of all the testimony you have already

5   rendered that he was healthy when he arrived.  No evidence that

6   he was exposed before he arrived, that there is an incubation

7   period of one to three days, and three days later he became ill

8   with strep A; is that correct?

9   A.   That's correct.

10  Q.   And Doctor, is the method of strep A being communicated

11  among people in crowded conditions a novel or unusual theory?

12  A.   No, absolutely not.  This has been well-known for strep A

13  and for every other disease that's transmitted by droplet

14  infection.  There have been multiple publications on outbreaks

15  in military barracks, in nursing homes, in schools, and these

16  outbreaks are referred to in almost every article on the

17  transmission of streptococcus A.

18  Q.   Doctor, am I correct that in your deposition testimony you

19  explained to defense counsel that there was, in fact, a vast

20  amount of literature that would support your opinions?

21  A.   Yes.

22           MR. TRINE:  That's all I have, Your Honor.

23           THE COURT:  There doesn't seem to be any dispute that

24  the bacteria was this strep bacteria and that the consequences

25  led to pneumonia and then sepsis; is that correct?

Robert Greifinger - Redirect

1          *THE WITNESS:*  That's the best of my understanding,

2    yes, sir.

3          *THE COURT:*  And that's the progression that would

4    follow -- can follow from untreated strep?

5          *THE WITNESS:*  Yes, it can follow.

6          *THE COURT:*  With regard to overcrowding, what does

7    that mean?  18 would be too many for me to sleep with, but

8    what's the difference between 18 and 60?

9          *THE WITNESS:*  There are conventions that have been

10   established by sanitarians and architects on the number of

11   square feet per American in a dormitory setting, the number

12   that makes it safer or relatively safe as compared to much more

13   dangerous.  And there are standards for those number of square

14   feet published by the American Correctional Association, so

15   architects design dormitories to fit within those standards.

16   It's not to say you can't have transmission in a dormitory

17   that's operating at its rated capacity, but it's much less

18   likely.  And it's about hygiene.  It's all about hygiene.

19         *THE COURT:*  So there is no direct evidence of strep,

20   and you infer bacterial infections from the prescription of

21   antibiotics; is that correct?

22         *THE WITNESS:*  I infer it from the fact that

23   Mr. Carranza-Reyes did get sick with bacterial infection and

24   from Dr. Bachman treating several patients with antibiotics.  I

25   am using that to support my argument, I guess, that he too must

Robert Greifinger - Redirect

1   have thought that there were bacterial infections present.

2   Antibiotics are not effective against --

3           THE COURT:  When was that treatment by Dr. Bachman.

4           THE WITNESS:  That was several days after March 8th,

5   the date that Mr. Carranza-Reyes went to Denver Health.

6           THE COURT:  Do my questions cause either counsel wish

7   to follow up?

8           MR. TRINE:  Yes.  Let me clarify, if I could, Your

9   Honor.

10  BY MR. TRINE:

11  Q.  You were asked about the diagnosis of strep A.  And am I

12  correct that he was diagnosed with strep A on arrival at Denver

13  Health and that there is no dispute about the fact that the

14  pneumonia and sepsis was created by a streptococcus A

15  infection?

16  A.  That's correct, Mr. Carranza-Reyes had strep.  I don't

17  think there is any dispute.  I may be wrong about the several

18  days later.  It may have been actually on the 8th.  I am not --

19  I just don't recall the date that Dr. Bachman treated the

20  others.

21          MS. TRINE:  Yeah.  Dr. Bachman at no time treated the

22  plaintiff, but Your Honor --

23          THE COURT:  I am not confused about that.  I

24  understand.

25          MR. TRINE:  Okay.  The treatment of several other

Robert Greifinger - Redirect

1   detainees occurred on March 11, several days after

2   Carranza-Reyes had been transferred to Denver Health.  The

3   remaining detainees were seen by a doctor.

4           THE COURT:  Okay.

5           MR. RINGEL:  I don't have anything further in light of

6   the Court's questions or Mr. Trine's.  Thank you, Your Honor.

7           THE COURT:  You may step down.  Thank you for your

8   testimony.

9           THE WITNESS:  Thank you, sir.

10          MR. TRINE:  Our next witness is Helen Woodard.  We

11  will call Helen Woodard to the stand as our next witness.

12        (**Helen Woodard** was sworn.)

13          THE WITNESS:  Yes.

14          THE COURT DEPUTY:  Please state your full name and

15  spell your last name for the record.

16          THE WITNESS:  Helen M. Woodard, W-O-O-D-A-R-D.

17                     **DIRECT EXAMINATION**

18  BY MR. TRINE:

19  Q.  And what is your address?

20  A.  1435 Reed, Lakewood, Colorado 80214.

21  Q.  And your occupation or profession?

22  A.  I am a rehabilitation counselor, life care planner, case

23  manager.

24  Q.  And your qualifications are not being questioned in this

25  particular motion, so I won't go into all of those, but

Catherine Knox - Redirect

1   to make medical diagnoses?

2   A.  No, she is not.

3   Q.  And if on the morning of the 8th she indicated to the

4   deputies that she thought he might have kidney stones, would

5   that be something under the Colorado Nurse Practices Act that

6   she would be authorized to do?

7   A.  No.  I considered that speculative, a speculative

8   statement.

9          MR. TRINE:  That's all I have.  Thank you.

10          THE COURT:  May this witness be excused?

11          MR. MARKS:  Yes, Your Honor.

12          MR. TRINE:  Yes, Your Honor.

13          THE COURT:  Thank you for your testimony.  You are

14   excused.

15          MR. TRINE:  Your Honor, we would call Dr. Niederman to

16   the stand.

17      (**Michael Niederman** was sworn.)

18          THE WITNESS:  I do.

19          THE COURT DEPUTY:  Please state your full name and

20   spell your last name for the record.

21          THE WITNESS:  Michael S. Niederman, N-I-E-D-E-R-M-A-N.

22                       **DIRECT EXAMINATION**

23   BY MR. TRINE:

24   Q.  Your address, Dr. Niederman?

25   A.  My office address is 222 Station Plaza North, Suite 509,

Michael Niederman - Direct

1   Mineola, New York, and the Zip code is 11501.

2   Q.  And Doctor, your qualifications as a physician are not in

3   question here in the motions that have been filed, but just

4   briefly let the Court know what your areas of expertise are.

5   A.  I am board certified in internal medicine, pulmonary

6   medicine and critical care medicine.

7   Q.  Now, Doctor, you have offered an opinion that the general

8   jail conditions as you understand them to be of the

9   overcrowding and unsanitary conditions caused plaintiff to

10  develop a strep A infection.  What methods did you use in

11  arriving at this opinion?

12  A.  I made that conclusion based on the way I would make any

13  kind of a medical conclusion.  I reviewed the records.  I used

14  my experience and my knowledge of diseases and disease

15  pathophysiology and as I would with any clinical situation used

16  those facts to reach the conclusions that I did.

17  Q.  And were you also provided information about this

18  particular case, that is the jail records and medical records

19  and deposition testimony?

20  A.  I was given depositions.  I was given records I guess from

21  the infirmary at the jail and I guess some of the medical

22  records as well.  I also didn't mention that in trying to look

23  at this information, I consulted known medical sources just to

24  corroborate my initial impressions and so forth.

25  Q.  Okay.  And could you please describe for the Court what

Michael Niederman - Direct

1  information, knowledge and experience you have had with the

2  spread of community acquired infectious disease.

3  A.  I am a physician taking care of patients with lung disease.

4  A lot of the lung diseases that I deal with are infectious in

5  nature, and beyond that I have had a particular personal and

6  research interest in pneumonias, and that's included both basic

7  research and clinical research.

8         And in the course of the clinical work and the

9  research that I do, part of the things that we pay attention to

10  is how patients develop disease and how disease spreads and the

11  different mechanisms of disease.  For example, I would give a

12  lecture to our medical students on how patients develop

13  pneumonia, what the different roots of infection are and that

14  would be one of the ways that I would use this information on a

15  more regular basis.

16  Q.  And in that regard while we are on that topic, then, would

17  you explain how a strep A infection is developed and how it can

18  be -- other people can develop it from sources?

19  A.  I won't comment on all strep A infections.  I will try to

20  confine them to what is relevant here which is the development

21  of a pneumonia due to strep A which is what this patient was

22  known to have.  And again to put it into context, this is a

23  very unusual form of pneumonia.  It's not something that

24  anybody has seen much of except in epidemic situations, and

25  therefore it's very distinctive.  And I think it raises a lot

Michael Niederman - Direct

1    of questions immediately as to how did something like this

2    happen.

3             And what's known about pneumonia in general is a

4    little bit more specific about strep A.  In general patients

5    develop pneumonia because of bacteria generally colonizes or

6    grows without causing injury or illness in the back of the

7    mouth and the patient aspirates it in the lung, and that

8    bacteria leads to a respiratory infection, either bronchitis or

9    pneumonia.  Some organisms less commonly are inhaled from the

10   air, but usually they are spread person to person by hand to

11   mouth contact and then that sets up the colonization that I

12   mentioned.  Those are the major roots of development of

13   infection for pneumonia in general.

14             There are some other roots that are much less common

15   spread by the bloodstream from a site outside the lung, but

16   generally most patients develop pneumonia by aspiration.

17             What's known specifically about strep is group A strep

18   is one of the organisms that develops into pneumonia after

19   first colonizing in the oropharynx, first leading to

20   symptomatic pharyngitis, and then that organism is aspirated in

21   some patients.  A relatively small percentage of the patients

22   become colonized progress to developing a pneumonia.

23   Q.  Now, in this case, Doctor, with respect to the opinion that

24   the conditions of the jail caused him to first develop a strep

25   A infection, what is the basis of that opinion with regard to

Michael Niederman - Direct

1    the conditions of the jail?

2    A.  Well, again, what I know from reading the depositions and

3    the available information is that this individual came to the

4    jail with no respiratory complaints.  He didn't have a sore

5    throat.  He didn't have a fever, didn't feel unwell and was

6    there for it seemed to be at least three or four days before he

7    developed symptoms of malaise and sore throat.  That's the

8    first bit of information I think is relevant for reaching a

9    conclusion that his sore throat was acquired while he was in

10   the jail.

11              In the descriptions of Mr. Carranza-Reyes' brother, as

12   well as some of the descriptions that I read from the guards

13   and the nurse, they witnessed that there were a number of

14   individuals who were sick in the jail.  The jail cell itself

15   had been built for a much smaller number of inmates than were

16   actually in the jail at the time that this individual was

17   there.  And many of the reports describe other inmates

18   coughing, vomiting, particularly having runny noses.  That

19   seemed to be corroborated by some records I received from the

20   Mexican consulate that showed that there were several

21   individuals that were Mexican origin and they had insisted be

22   examined after this, Mr. Carranza-Reyes went to the hospital,

23   and several of them had similar complaints.

24              And that's the way it was described by both of the

25   brothers when they were in the jail, that there were many

Michael Niederman - Direct

1   others who were coughing and had respiratory illness.  And that

2   would be entirely consistent with what's known about the spread

3   of this bacteria is that it spreads person to person and it

4   requires somebody generally to have this infection to pass it

5   on to someone else.

6          It did not appear from the descriptions that I read

7   that he was the first person in that cell to have respiratory

8   symptoms, so that's the basis on which I reached a conclusion

9   that he acquired it while he was there and that the conditions

10  of crowding and having people on top of each other accelerated

11  this risk of person-to-person transmission.

12  Q.  And Doctor, if, in fact, the evidence indicates that

13  Mr. Carranza-Reyes upon arrival had to sleep on a mattress on

14  the floor between bunk beds with bunk beds containing people

15  who were sick and coughing and spitting up into tissues, would

16  that be a common way of transmitting an infectious disease

17  through the coughing and droplets?

18  A.  It's certainly another added mechanism.  Again, this is not

19  a bacteria that's inhaled, so what would have had to happen is

20  presumably if he is lying on the ground and somebody above him

21  is coughing, just by gravity those droplets are going to fall

22  downward.  If any of that falls on him, gets on his hand, he

23  touches his nose, he touches his mouth unaware that he has been

24  coughed on, that would be a very easy way to accelerate that

25  person-to-person transmission.  So the conditions of people

Michael Niederman - Direct

 1   close to one another and coughing and not being separated when

 2   they were ill is certainly factors that could add to his risk

 3   of person-to-person transmission of this bacteria.

 4   Q.  And Doctor, are there research and peer review articles on

 5   group A strep that would support your opinion that that is

 6   probably how he received that infection at the jail?

 7   A.  The answer to that is yes.  And the articles, probably the

 8   one article that comes closest to looking at a situation

 9   similar to this is An Epidemic of Group A Strep in Military

10   Recruits that documents the development of group A strep

11   pneumonia after many of these individuals had been closely

12   confined.  There was a high frequency of group A strep

13   pneumonia in this population.  Many of these individuals were

14   colonized in the oropharynx.

15        And the epidemic came to a halt when they made a

16   routine effort to give everybody in the base penicillin to

17   eradicate the carriers and that caused a complete stopping of

18   the entire epidemic.  So that peer review experience I think

19   very clearly demonstrates that there was person-to-person

20   transmission and that that person-to-person transmission

21   stopped when there was a therapeutic intervention to eliminate

22   the bacteria from the persons who were spreading it to one

23   another.

24   Q.  And Doctor, in your opinion if Mr. Carranza-Reyes had

25   received antibiotic treatment for his strep throat before it

Michael Niederman - Direct

1   developed into pneumonia, would pneumonia have necessarily

2   followed?

3   *A.* Well, it's impossible to know that for sure, but again

4   following from the experience that's been described by others

5   in the treatment of group A strep, if you eradicate the

6   carriers, you eliminate the group A strep from the mouth,

7   pneumonia disappears.

8           Now, I can't tell you that in him specifically there

9   is a hundred percent likelihood that with penicillin he would

10  not have gotten pneumonia, but certainly more likely than not

11  had he received penicillin when he first was symptomatic, which

12  was at least two days or more before he developed clinical

13  signs of pneumonia, there is a very good chance that that would

14  have prevented him from getting pneumonia.

15  *Q.* Now, while we are still talking about how he acquired the

16  strep infection, Doctor, are you able to, based on all the

17  information that's been provided to you, are you able to

18  eliminate other possible causes of his acquiring this strep

19  before he arrived at the jail?

20  *A.* I don't think I can a hundred percent eliminate other

21  possibilities, but I have considered those possibilities. And

22  given the time course of his illness and the description of his

23  living conditions at the time he first developed symptoms, it

24  seems much less likely that other mechanisms would explain

25  this.

Michael Niederman - Direct

1    Q.   From all the information provided to you, including the

2    depositions of the plaintiff and his brother, was there any

3    indication that Mr. Carranza-Reyes was in close proximity with

4    another sick person who might have had strep A on his travels

5    to the United States?

6    A.   Prior to ending up in the jail you are asking?

7    Q.   Yeah, prior to ending up in the jail.

8    A.   There is no description that I read about his conditions

9    when he was traveling to the U.S. or in the truck that he was

10   in, I guess the van, when he was initially arrested.  There did

11   not from any of the descriptions appear to be anybody else who

12   was sick at the time and there was no description that he was

13   sick at the time, so I have no reason to think that they

14   were -- that that -- those conditions had any bearing on his

15   development of this infection.

16   Q.   And so there was no evidence that was presented to you that

17   would indicate that he was colonized with strep A before

18   arriving at the jail?

19   A.   There was no evidence that I saw in any of the records I

20   looked at.

21   Q.   Nevertheless, without such evidence in assuming that he

22   somehow was colonized before he arrived at the jail, then as I

23   understand it, it's your opinion that the stress of a crowded,

24   unsanitary jail can reduce the immune system and allow an

25   infection to occur; is that correct?

Michael Niederman - Direct

1    A.   Well, it's certainly another possible relationship of his

2    condition to what happened because I think when a patient

3    develops an infection that's so unusual, it's not just exposure

4    to the bacteria alone, it's enough to cause this infection, he

5    has to have some enhanced susceptibility.  Some reduced immune

6    function is usually the mechanism.  That reduced immune

7    function could be genetic, but interestingly he had a brother

8    with him with obviously very close genetic makeup and he didn't

9    develop this infection.

10         So maybe it would not be something as simple as

11   straightforward genetics that he was an individual more prone

12   than others and some other factors could have contributed.  And

13   certainly his illness that was described could have debilitated

14   him further.  The crowding conditions could have debilitated

15   him to the point that that can interfere with immunologic

16   function, but clearly something happened that made him the one

17   to progress from the pharyngitis to the pneumonia.

18   Q.   Now, Doctor, having failed to treat the strep throat while

19   he was at the jail, is it more probable than not that treatment

20   of the pneumonia at some point in time would have prevented the

21   sepsis and septic shock?

22   A.   Well, it's very clear with pneumonia in general that the

23   earlier you treat it, the less likelihood of death and

24   complications.  And what's known specifically about group A

25   strep is the more severely ill you are at the time you are

Michael Niederman - Direct

1   first diagnosed, the greater the risk of mortality and

2   complications.  And this individual was very sick at the time

3   he was first diagnosed and it appeared that he got

4   progressively sick as the day went on, so obviously the earlier

5   that this individual could have been diagnosed and treated, the

6   less sick he would have been at the point of initial treatment.

7   And the observations have been made in other experiences with

8   this bacteria that a less sick individual at the time of his

9   initial treatment, the less risk there are of the poor

10  outcomes.

11  Q.  Now, Doctor, did you arrive at an opinion based on

12  everything you reviewed and in particular, of course, the

13  nurse's charts and all the medical records on when he most

14  probably began developing symptoms of pneumonia after having

15  the strep throat?

16  A.  It's very hard to say because we don't have a lot of

17  details, but as I had said in my deposition, at 3:45 in the

18  morning on March 8 there was an event that happened.  He was

19  found by the guard to be quite ill.  He was put on oxygen.  The

20  nurse was contacted.  So at that point I believe he had

21  pneumonia.  He may well have had it before then, but I think

22  unequivocally he had it at 3:45 in the morning.

23  Q.  And what was it about his symptoms or condition at that

24  time that leads you to that conclusion?

25  A.  He was apparently quite ill and having difficulty