Michael Niederman - Direct

1   breathing.  He was complaining of chest pain.  The guards -- he

2   was vomiting and having malaise.  The guard looked at him and

3   made a decision to put him on oxygen, and that was the first

4   time in his entire illness that anybody felt a need to give him

5   oxygen.

6   Q.  And, Doctor, are you familiar with medical literature and

7   studies or standards of care indicating how soon after symptoms

8   of pneumonia develop antibiotics can be successfully used to

9   treat that pneumonia?

10  A.  Well, literature that's available on this topic doesn't

11  look at it exactly the way you have asked.  It looks at it when

12  a patient comes to a hospital and has pneumonia that requires

13  hospitalization, the sooner they get antibiotics the better the

14  outcome as measured by mortality and length of stay.

15          And the national standard for patients who come to

16  hospitals and are diagnosed with pneumonia are to be given

17  antibiotics within four hours, but the data that's based on

18  shows earlier administration is even better.  And with delays

19  beyond four hours, mortality rises with each hour that

20  antibiotic therapy is delayed.

21          Similar data have been shown in sepsis.  And it's a

22  general concept that's been documented with data as well as

23  common sense that with a severe infection the more severe that

24  is and the longer it goes untreated, the greater the risk of

25  complications.

Michael Niederman - Direct

1   Q.  And so, Doctor, would you conclude from that that it was

2   critically important that the plaintiff be hospitalized at

3   3:30 in the morning on the 8th?

4   A.  I think that he should have been more carefully attended.

5   I think he should have been transported to a hospital.  Had

6   that happened, he would have had a chest x-ray.  They would

7   have made a diagnosis of pneumonia at that time.  And even

8   assuming a slight delay from 3:45 in the morning to bring him

9   to a hospital and do an x-ray, he from the time he arrived at

10  that hospital, the standard would have been to give him

11  antibiotics within four hours.

12          And it appears that in the best case scenario he

13  didn't arrive at the hospital or not even a hospital, but the

14  urgent care area until 12:45, so he didn't even get to a place

15  that could give him antibiotics for at least nine hours.

16  Q.  Doctor, is it more probable than not that his infection

17  could have been successfully treated if he had been given

18  antibiotics in a timely fashion?

19  A.  I think the answer to that is yes because I think if you

20  read the descriptions, his health throughout the day

21  deteriorated progressively from 3:45 in the morning when he was

22  having some chest pain and some shortness of breath and was

23  able to stand up and move around, but although then after that

24  he fell down because whether his blood pressure was low or not

25  is speculative.

Michael Niederman - Direct

1            When he arrived at the Summit Medical Center, he had a

2    blood pressure of 66 systolic, so that was I assume

3    tremendously lower than he had been earlier that morning.  And

4    by the time he arrived then at the medical center, he was sick

5    enough to be put on a ventilator and then later died and had to

6    be resuscitated, so he had a progressive course throughout the

7    day and clearly progressed from the time he was first

8    symptomatic and could have been transported to a hospital and

9    the time he was actually transported and attended to and given

10   medical therapy.

11           And by the time he arrived at Summit Medical Center,

12   he had such severe bodily dysfunction that that already lowered

13   his chances of a uncomplicated recovery.

14           MR. TRINE:  Thank you.  That's all I have, Doctor.

15           THE COURT:  Cross-examination?

16           MR. RINGEL:  Thank you, Your Honor.

17                        **CROSS-EXAMINATION**

18   BY MR. RINGEL:

19   Q.  Good afternoon, Doctor.

20   A.  Hello.

21   Q.  I wanted to talk to you first about what you were just

22   talking about with Mr. Trine, the opinion that you have that

23   earlier treatment with antibiotics of Mr. Carranza-Reyes'

24   pneumonia the morning of March 8, 2003 would have made a

25   difference.  Do you believe that it would have made a

Michael Niederman - Cross

1    difference in his outcome?

2    A.   Yes.

3    Q.   Can you quantify that in any way, shape, fashion or form?

4    A.   On the data that I could use to try to quantify that is as

5    I mentioned, for mortality for every hour beyond four hours

6    that a person has a delay in antibiotics, there is a greater

7    mortality.  Similarly, there have been studies that look at

8    length of stay which is in my opinion a surrogate marker of

9    complications.  The more complicated your course, the longer

10   you stay in the hospital, and that's also related to the time

11   of the administration of antibiotics.  So can I quantitate -- I

12   am not sure what quantitation you are looking for.

13   Q.   Okay.  The data you are relying on for the proposition that

14   earlier treatment is better for pneumonia is general data that

15   measures the outcome of earlier treatment in terms of mortality

16   and length of hospital stay, correct?

17   A.   That's some of the data, correct.

18   Q.   Okay.  What I am wondering is it's not possible, is it, for

19   you to opine that the specific course of Mr. Carranza-Reyes

20   would have been different had he been treated with antibiotics

21   within the first four hours after 3:45 a.m. on March 8, 2003.

22   A.   And why -- I think it's possible.  I am not sure.

23   Q.   How would it have changed?  What would have been different?

24   A.   I think his chances of the complications he had and the

25   severity of his illness he had when he got to a hospital would

Michael Niederman - Cross

1   have been lower.  And if that had been the case, many of his

2   complications would not have occurred.  When he arrived at

3   Summit Medical Center, he had already acute renal failure.  He

4   had already hypotension, a full blown sepsis syndrome which did

5   not appear to be present when they found him at 3:45.

6          And during that time patients do not have an unending

7   reserve to be able to tolerate the degree of illness that he

8   had.  And there comes a point, and I can't tell you when that

9   line was crossed, but certainly long before he got to the

10  hospital that he might have had a much better outcome.

11         I know in reading the objections you had to this

12  testimony earlier, this was one of the points you brought up.

13  And I, if I understood your objection then and if I understand

14  it from your question now, you are I think asking me even if

15  this were true for pneumonia in general, how do I know it's

16  true for the type of pneumonia he had?  Is that one of your

17  questions or not?

18  Q.  That is one of my questions and let me ask that.  The

19  question that I was asking before, however, is how do you apply

20  the general principle specifically to Mr. Carranza's case, and

21  I think you have answered that question to the best way that

22  you can.

23         But am I right in thinking that you believe based on

24  your knowledge of the course of treatment -- of the course of

25  this type of infection that the outcome may have been

Michael Niederman - Cross

1   different, but you cannot specifically say these are the things

2   that wouldn't have happened had he been treated within four

3   hours of 3:45 a.m.?

4   A.  Let me restate that.  I think if he had been treated before

5   he had a full blown septic shock picture, the complication that

6   he had of the gangrene and the amputation most likely would not

7   have happened.  That in my opinion is a direct complication of

8   his hypotension and his DIC related to his severe sepsis, and

9   it did not appear that when he was first found at 3:45 he had a

10  full blown septic shock picture.

11  Q.  Based on the limited data that you have.

12  A.  Based on the limited data that anybody has.  Nobody

13  documented anything as severe at that point as was found when

14  he arrived at Summit Medical Center.

15  Q.  Okay.  But in between you don't have an opinion about when

16  between 3:45 a.m. and when he got to Summit Medical Center at

17  approximately 12:45 p.m. he developed the full blown sepsis?

18  A.  No.  But the sooner he got treated the better and

19  certainly -- right.

20  Q.  Back to the question that you anticipated that I might have

21  based on your review of our papers.  You indicated that one of

22  the criticisms you believe we have is that how do you apply the

23  general pneumonia documentation to strep A, and that is one of

24  the questions I would like to ask you about.  The documentation

25  that you have related to mortality and length of stay is

Michael Niederman - Cross

1   general pneumonia data, correct?

2   A.   Correct.

3   Q.   And you have told me or I understand that strep A as a

4   cause of pneumonia is a very rare cause of pneumonia and

5   different than other causes of pneumonia, true?

6   A.   Correct, usually more serious.

7   Q.   Wouldn't that suggest that one would need to get someone

8   like Mr. Carranza-Reyes to antibiotic treatment for strep A

9   pneumonia faster than the general standard of pneumonia based

10   on the data that you have talked about today?

11   A.   It's certainly possible that since this is a very severe

12   infection, it's better to treat it even sooner than a more

13   standard pneumonia, yes.

14   Q.   I mean, is there the type of mortality and length of stay,

15   hospital stay data about strep A pneumonia in a similar fashion

16   as the general pneumonia data you are relying on?

17   A.   It's not exactly the same, but interestingly, we did this

18   deposition I believe last September.  In December of 2006 there

19   was an article which I brought with me about specifically the

20   question you are asking, about strep A pneumonia mortality.

21          And the article specifically looks at -- it's not just

22   pneumonia, but it's invasive group A strep infections admitted

23   to the ICU.  In that article the number of organ dysfunctions

24   at the time of admission and the severity of general condition

25   which is reflected in a scoring system, the higher that is at

Michael Niederman - Cross

1   the time they got to the hospital, the higher the mortality

2   rate and it's directly related.  So extrapolating those

3   observations to the observation that he didn't have as severe

4   an illness at 3:45 as he did at 12:45, I think it's not

5   unreasonable to conclude that his risk of mortality and

6   complications would have been lower if he had been brought to a

7   hospital quicker and treated with antibiotics quicker.

8   Q.   That study couldn't have been the basis of your expert

9   opinion because it postdates that, correct?

10  A.   That study corroborates the -- and the basis of my expert

11  opinion is my reading of the facts in the case, my general

12  knowledge of pneumonia, my general experience with patients

13  with pneumonia.  This article is more explicit to the --

14  originally when we talked about this, I generalized my general

15  knowledge of pneumonia to strep specifically with no reason to

16  think that that wouldn't apply.  This article in my opinion

17  just corroborates that that was the correct way of approaching.

18  Q.   I understand your position, Doctor, but it remains the case

19  that your opinion predates your review of this article?

20  A.   Predates the publication of this article, correct.

21  Q.   And a review of it?

22  A.   Correct.

23  Q.   At no time did you supplement your opinion to provide this

24  article to anybody who is a party in this case, correct?

25  A.   Correct.

Michael Niederman - Cross

 1  *Q.*  Until today?

 2  *A.*  Correct.

 3  *Q.*  You relied upon in your -- as part of your opinion and you

 4  referenced the study earlier in your testimony in response to

 5  Mr. Trine the group A streptococcus outbreak at the military

 6  training facility.

 7  *A.*  Correct.

 8  *Q.*  Are you familiar with that article?

 9  *A.*  Yeah, I have it with me, if you would like to go through

10  it.

11          MR. RINGEL:  Your Honor, so you can follow along for

12  the record, that was attached as Exhibit A7 to the reply brief

13  on the Greifinger motion.

14  *BY MR. RINGEL:*

15  *Q.*  Presumably the folks that were infected with strep A that

16  became pneumonia in the military training facility received

17  timely treatment for their pneumonia, correct?

18  *A.*  If you could tell me the basis for presuming that, I would

19  be happy to tell you if I agree.

20  *Q.*  There is no way to know that one way or the other, correct?

21  *A.*  Correct.  I don't know how they were treated.

22  *Q.*  And that result is not published in the article?

23  *A.*  I did not see that in the article, correct.

24  *Q.*  If you can take a look at looks like it's Page 514 of the

25  article.

Michael Niederman - Cross

1    A.   Okay.

2    Q.   On the right-hand column it indicates that there were two

3    patients who developed streptococcal toxic shock syndrome and

4    required hospitalization for 25 days and 34 days.   Are you with

5    me?

6    A.   Yup, I see it.

7    Q.   Neither you nor I nor anyone else other than perhaps the

8    authors of that study knows one way or the other whether the

9    trainees received appropriate medical care.

10   A.   It's not discussed here, correct.

11   Q.   Assuming that they did, it's possible that people still had

12   significant complications from strep A pneumonia and related --

13   and that infection, correct?

14   A.   I think so.   They only report their mortality.   They don't

15   report any complications.

16   Q.   Okay.   I wanted to talk to you about the more general

17   causation opinions that Mr. Trine talked to you about first.

18   And the way that I understand it, Dr. Niederman, is that you

19   have two causation opinions, first that the infection of strep

20   A was caused by the conditions of confinement at the Park

21   County Jail, correct?

22   A.   As I said, more likely than not given that he came in

23   without any symptoms, that he acquired this infection in the

24   jail, yes.

25   Q.   Your alternative opinion is his -- the conditions of

Michael Niederman - Cross

1    confinement caused asymptomatic strep that he had previously

2    colonized to become symptomatic?

3    A.   That was another possible mechanism, but one that I thought

4    was less likely than the first.

5    Q.   And you indicated in response to Mr. Trine's question that

6    you cannot eliminate the possibility that he was colonized with

7    the strep A and bacteria prior to March 1st, 2003 when he

8    arrived at the jail?

9    A.   As I said, I can't eliminate that, but I in preferring the

10   first explanation over the second is the fact that when he

11   arrived at the jail other people already had respiratory

12   illness, so he did not and they did makes much more sense to me

13   that that's the mechanism by which he acquired this respiratory

14   illness.

15   Q.   But there is no data, Doctor, that any of those people that

16   were observed by Mr. Carranza-Reyes and his brother or anyone

17   else with respiratory illness in the jail had strep A, correct?

18   A.   To the best I know, none of them were cultured so correct.

19   Some were treated, but none were cultured.

20   Q.   And there were other causes of the type of respiratory

21   ailment that is described in the materials that you have read,

22   correct?

23   A.   There are certainly other causes, but they were not treated

24   for those other causes.  They were treated for the strep.

25   Q.   Well --

Michael Niederman - Cross

1    A.   They were generally given penicillin, so it works

2    macrolides, and I am not sure what other viral illnesses would

3    be treated with antibiotics.

4    Q.   Well, that's true, and I understand that, Doctor, but of

5    the people that were treated with antibiotics, it's only a

6    small subset of the people that were -- that shared a cell with

7    Mr. Carranza-Reyes during the 7-day period, correct?

8    A.   Of the ones that I know of, yes, it's a small subset.   I

9    don't know how many were treated and how many -- no, I don't

10   know.   I only know of the ones that I got the records about

11   their treatment.

12   Q.   And those were records related to Dr. Bachman treating

13   certain of the INS detainees after Mr. Carranza-Reyes had --

14   everybody figured out what had happened to him?

15   A.   Right.

16   Q.   And if my memory serves me, there were about six or seven

17   patients?

18   A.   Right.   I think two or three of them had pharyngitis as

19   their diagnosis.

20   Q.   And it's your testimony that pharyngitis is indicative of a

21   bacteria infection like strep A?

22   A.   Strep A leads to -- can lead to pharyngitis.   These

23   patients received antibiotics, so I am assuming that the doctor

24   who saw them thought their pharyngitis was bacterial.

25   Q.   Because otherwise they wouldn't have gotten antibiotics?

Michael Niederman - Cross

1   A.   Correct.

2   Q.   But they weren't cultured and no one else in that cell was

3   cultured, so we don't know whether anyone else had strep A

4   other than Mr. Carranza-Reyes, correct?

5   A.   That is correct.

6   Q.   And you indicated that based on the information that you

7   reviewed, there was nobody that was symptomatic that

8   Mr. Carranza-Reyes' interacted with during the time from when

9   he left Mexico until the time he arrived at the jail, correct?

10  A.   In my reading, right, of his travels, nobody who he was

11  traveling with had respiratory symptoms at the time he was

12  traveling, correct.

13  Q.   But that doesn't preclude the possibility that some of

14  those people had colonized strep A that hadn't become

15  symptomatic, correct?

16  A.   Yes.  Anything is possible.

17  Q.   And that's why the possibility that he could have caught

18  strep A from someone like that is why you cannot exclude his

19  colonization prior to March 1, 2003?

20  A.   That is correct.  But again, as I said, this is a very

21  unusual form of infection leading to pneumonia.  And the

22  descriptions in general have involved crowded conditions and

23  not simply -- as far as I know, I am unaware of any

24  descriptions of, for example, undocumented aliens traveling the

25  way he did acquiring group A strep pneumonia, but I am very

Michael Niederman - Cross

1   much aware people in crowded conditions like he was are

2   documented to get group A strep pneumonia.

3   Q.   If one traveled with 12 or 15 people in a van over a

4   considerable distance, would that be a crowded enough condition

5   to give someone strep?

6   A.   Again, I don't know how many people were in his van.  The

7   description I read didn't describe 12 to 15 in his area.  I

8   don't know how big the area was.  And as I said, if that is

9   crowding conditions, it's not yet been described in the

10  literature as having led to group A strep pneumonia, so it

11  would be purely a new idea, a new theory of yours that crowding

12  in a van could lead to group A strep pneumonia.  It's not a new

13  theory that crowding in a military condition, which is very

14  similar to crowding as described in his jail, can lead to group

15  A strep pneumonia.

16  Q.   Back to that military training study, Doctor.  There is

17  nothing in that study that definitively says these people

18  caught strep A because of the conditions in the military

19  trainee facility.  That's not addressed in that study, is it?

20  A.   Indirectly they imply that the conditions of

21  person-to-person contact in the military is what led to this

22  illness, correct.

23  Q.   But there is no causation finding in that study, is there?

24  A.   Causation finding with regard to what?

25  Q.   A bacterial level.

Michael Niederman - Cross

1   A.   There is a causation.   They eliminated this epidemic by

2   giving everybody penicillin.   This epidemic was there.   It

3   disappeared when everybody got penicillin.   That's about as

4   close to a natural experiment in causation as I can imagine.

5   Q.   Okay.   The study that -- the military trainee study doesn't

6   describe the conditions of the military trainees in any kind of

7   detail, correct?

8   A.   I don't think so, but I can certainly look and see if that

9   is in there.   I don't think it describes the condition in that

10   particular -- it doesn't have -- it doesn't have a specific

11   description that I see of how close they were to one another.

12   Q.   Your alternative causation opinion is that the conditions

13   of confinement caused Mr. Carranza-Reyes had he colonized the

14   strep A prior to visiting the jail to become symptomatic; is

15   that right?

16   A.   Yeah, I think that's another idea that I raise, but not one

17   that I think is as likely as the first.

18   Q.   That idea is not included in your written report, correct?

19   A.   Correct.

20   Q.   That was one that you first brought to our attention --

21   A.   During the deposition.

22   Q.   -- during the deposition?

23   A.   Correct.

24   Q.   And you don't cite in your report any scholarly study that

25   supports the proposition that streptococcus A can become -- go

Michael Niederman - Cross

1    from asymptomatic to symptomatic based on the particular living

2    conditions of an individual?

3    A.   On an individual basis, no.  In general, again the reports

4    of symptomatic group A strep in individuals who have been

5    closely confined with one another is well described in the

6    medical literature, but for an individual patient, that's what

7    you are asking, no.

8    Q.   Well, you are extrapolating from the general proposition

9    that strep A happens at -- in close quarters to the more

10   specific proposition that Mr. Carranza-Reyes' strep A went from

11   asymptomatic to symptomatic because of the conditions of

12   confinement that he found himself in, and I am wondering what

13   support you have in scholarly literature for that proposition

14   specifically.

15   A.   The only real support for that, and again as you have said,

16   this is not my primary causation idea.  It's a secondary

17   thought that we discussed at the deposition, but the best and

18   closest that we can see in that is the high frequency of

19   infectious diseases in inmates, in concentration camps where

20   multiple other factors play a role, but certainly it's well

21   known that individuals that are kept in confined quarters have

22   epidemics spread of infectious diseases.

23        There have been well-documented scientific outbreaks,

24   for example, of tuberculosis in inmate facilities.  And again,

25   not every inmate gets that, so presumably it's more than just

Michael Niederman - Cross

1    the exposure, but it's the impact of that environment on

2    individuals' immune systems explains why one individual gets it

3    and another one doesn't.

4         But again, I don't feel that it's scientifically

5    unheard of to say that emotional stress and physical stress

6    have adverse consequences on the immune system.  There are

7    numerous studies that show that, and that as a result of that

8    adverse consequence on the immune system, an individual is more

9    likely to get a symptomatic infection with a organism that's

10   already present in his body.

11   Q.  I assume you looked for studies about strep A outbreaks in

12   incarcerating settings and didn't find any, correct?

13   A.  I didn't look exhaustively but -- I don't remember seeing

14   reports in a setting in a jail, although again, as best I

15   understood this was a relatively unique setting.  Not all jails

16   have the kind of conditions that Mr. Carranza-Reyes was in, so

17   it would be unlikely that there is a big experience of this

18   because there aren't jails like this very often.

19   Q.  But you didn't find or rely on any such study in forming

20   your expert opinions in this case?

21   A.  Right.

22        MR. RINGEL:  I don't have any further questions, thank

23   you.

24        THE COURT:  Redirect?

25        MR. TRINE:  Yes, Your Honor.

Michael Niederman - Redirect

**REDIRECT EXAMINATION**

*BY MS. TRINE:*

Q.   Doctor, with reference to the article you say you brought with you on group A strep, I think you said published in December of 2006?

A.   Correct.

Q.   What is the title of that article?

A.   Morbidity and Mortality of Patients with Invasive Group A Streptococcal Infections Admitted to the ICU.

Q.   Doctor, would you mind if we made that the subject of an exhibit so you could leave it with us?

A.   That would be fine.

        *MR. TRINE:*   Could we do that, please, Your Honor?

        *THE COURT:*   Yes.   We will have it marked as what, Court Exhibit 4 is it now?

*BY MR. TRINE:*

Q.   And Doctor, you were asked about the remaining detainees. I think there were nine that were left in the jail after Carranza-Reyes and his brother were moved out.   And of those nine remaining detainees, you indicated that several of those were treated for a bacterial infection by the doctor.   Do you recall that?

A.   Yes.

Q.   And is it true, Doctor, that we don't know how many of the 50 detainees who were transported out of the jail on March 7

Michael Niederman - Redirect

1  may or may not have had strep A because none of those detainees

2  were seen by a doctor or their throats cultured; is that right?

3  A.  I don't have any information about that, that's correct.

4  　　　　MR. TRINE:  Nothing further, Your Honor.

5  　　　　THE COURT:  All right.  May this witness be excused?

6  　　　　MR. RINGEL:  Yes, Your Honor.

7  　　　　MR. TRINE:  Yes, Your Honor.

8  　　　　THE COURT:  You are excused.  Thank you for your

9  testimony.

10  　　　　We will take our mid after break for 20 minutes and we

11  will be in recess.

12  　　(Recess at 3:06 p.m.)

13  　　(Reconvened at 3:30.)

14  　　　　THE COURT:  Please be seated and call your next

15  witness.

16  　　　　MR. TRINE:  Thank you, Your Honor.  We will call

17  Patricia Pacey to the stand.

18  　　(**Patricia Pacey** was sworn.)

19  　　　　THE WITNESS:  I do.

20  　　　　THE COURT DEPUTY:  Please state your full name and

21  spell your last name for the record.

22  　　　　THE WITNESS:  My name is Patricia Lee Pacey.  Pacey is

23  P-A-C-E-Y.

24  　　　　　　　　　**DIRECT EXAMINATION**

25  BY MR. TRINE: