**EXHIBIT 3**

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

DEPOSITION OF: MOISES CARRANZA-REYES, Volume I
January 16 AND 17, 2006

MOISES CARRANZA-REYES,
Plaintiff
v.
PARK COUNTY, a public entity of the State of Colorado and its governing board, THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public entity of the State of Colorado; FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado; MONTE GORE, individually and in his capacity as Captain of Park County Sheriff's Department; VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado; JAMES BACHMAN, M.D., individually and in his official capacity as Medical Director of the Park County Jail,

Defendants.

TAKEN PURSUANT TO NOTICE on behalf of the Defendant Park County at 1125 17th Street, Suite 600, Denver, Colorado 80202 at 9:09 a.m. before Laura L. Corning, Federal Certified Realtime Reporter, Certified Shorthand Reporter and Notary Public within Colorado.

## Page 2

APPEARANCES

For the Plaintiff:    LLOYD C. KORDICK, ESQ.
                      805 South Cascade
                      Colorado Springs, Colorado 80903
                      JOSEPH J. ARCHULETA, ESQ.
                      Law Office of Joseph Archuleta
                      1724 Ogden Street
                      Denver, Colorado 80128

For the Defendants    ANDREW D. RINGEL, ESQ.
Park County, Park     Hall & Evans, LLC
County Board of       1125 17th Street
Commissioners, Park   Suite 600
County Sheriff's      Denver, Colorado 80202-2037
Office, Wegener,
Gore:

For the Defendant     MELANIE B. LEWIS, ESQ.
Paulsen:              Berg Hill Greenleaf
                         & Ruscitti LLP
                      1712 Pearl Street
                      Boulder, Colorado 80302

For the Defendant     CRAIG SARGENT, ESQ.
Bachman:              Johnson McConaty & Sargent, P.C.
                      400 South Colorado Boulevard
                      Suite 900
                      Glendale, Colorado 80246

Also Present:         Jack G. Mudry, Interpreter
                      Jose M. Gonzalez
                      Jackie Beaver

## Page 3

                                                          INDEX
EXAMINATION OF MOISES CARRANZA-REYES:                     PAGE
Volume I
January 16, 2006
By Mr. Kordick                                             --
By Mr. Archuleta                                           --
By Mr. Ringel                                               6
By Ms. Lewis                                               --
By Mr. Sargent                                             --

                                                        INITIAL
DEPOSITION EXHIBITS                                    REFERENCE
13   Plaintiff's Rule 26(a)(1) Disclosures                 11
14   Plaintiff's Responses to the First Set of             34
     Interrogatories and Requests for Production
     of Documents from Defendants Park County,
     the Park County Board of County Commissioners,
     the Park County Commissioners, the Park
     County Sheriff's Office, Fred Wegener, and
     Monte Gore
15   Order to Detain or Release Aliens                    123
16   Park County Jail Reporte Para El Doctor              128
17   Form                                                 225
18   Letter from Don, Hiller & Galleher                   227
19   Records release authorization                        230
(Attached to Original and copy transcripts.)

## Page 4

1    WHEREUPON, the within proceedings were
2  taken pursuant to the Federal Rules of Civil
3  Procedure:
4        (At this time Ms. Beaver was not present in
5  the deposition room.)
6        MR. KORDICK: For the record --
7        MR. SARGENT: Wait just a second. I just
8  want to meet some people.
9        MR. KORDICK: I'm going to introduce you.
10       MS. LEWIS: Okay.
11       MR. KORDICK: For the record, I've asked
12 Joe Gonzales, who is a translator, to be present to
13 observe the procedures for at least a portion of the
14 time and be available if we need to consult with our
15 client sometime during the deposition. And I've asked
16 my client, because of translation issues I've had in
17 other cases unrelated to this -- I had a case where I
18 had a Puerto Rican client who didn't speak English, and
19 the translator was from Peru, and it turned out they
20 could not understand each other for some reason, and it
21 was a very difficult situation.
22       So I've tried to simplify it by telling
23 my client to listen to the question carefully and to
24 answer slowly so that the translator can translate
25 contemporaneously with his answer.

*Coffman Reporting*

303.893.0202
303.893.2230 FAX

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

**77**

1  A. It's a code of military justice. I'll
2  tell you what it is. It says that in case of war, in
3  case of disaster, in case of emergency, that we are
4  bound by our oath to give our lives for our country.
5  Q. When's the last time you had any contact
6  with any immigration official in the United States?
7  A. With an immigration official?
8  Q. Correct.
9  A. When they took me to jail.
10 Q. After that, have you had any contact with
11 any immigration official in the United States?
12 A. No.
13 Q. No immigration official talked to you at
14 the hospital, as far as you know?
15 A. Not with me, no.
16 Q. Okay. Are you aware of any immigration
17 official having any contact with your brother after you
18 were picked up by immigration officials?
19 A. Did I see anything or am I conscious of
20 anything like that? No.
21 Q. What's your brother's immigration status
22 today?
23 A. He's here illegally.
24 Q. What's your sister-in-law's immigration
25 status today?

**78**

1  A. Illegally.
2  Q. I have seen a piece of paper that seems
3  to indicate that someone was sponsoring your brother to
4  become a legal resident in the United States. Do you
5  know anything about that?
6  A. I don't know.
7  Q. Who is Juan Carranza?
8  A. My dad.
9  Q. Has your brother, as far as you know,
10 attempted to change his status from illegal to legal,
11 as far as his immigration status to the United States
12 stands?
13 A. Yes.
14 Q. Do you have an understanding of what the
15 status of that process is regarding your brother?
16 A. No.
17 Q. Do you know whether your sister-in-law
18 has attempted in any fashion to legalize her status in
19 the United States?
20 A. I don't know.
21 Q. Your niece is a United States citizen by
22 virtue of the fact she was born in Colorado; is that
23 correct?
24 A. Yes.
25 Q. All right. Prior to 2003 had you ever

**79**

1  been in the United States?
2  A. I said already that I hadn't.
3  Q. I apologize for asking that question
4  again.
5  A. That's fine.
6  Q. Prior to 2003 did you ever attempt to
7  immigrate to the United States?
8  A. No.
9  Q. Do you recall the date in 2003 that you
10 left for the United States?
11 A. It was in the month of February. I can't
12 give you the exact date. I don't remember it.
13 Q. All right. If you look at page 2 of
14 Exhibit 14, the last paragraph --
15       MR. RINGEL: I would ask the interpreter
16 to translate that last paragraph for Mr. Carranza-
17 Reyes.
18       THE INTERPRETER: The interpreter is
19 looking at page 14, page 2.
20       MR. RINGEL: From August 2002 to
21 February 10, 2003, that paragraph?
22       THE INTERPRETER: Yes. The interpreter
23 will then interpret that into Spanish.
24       MR. KORDICK: I apologize. What page are
25 you on?

**80**

1       THE INTERPRETER: Page 2.
2       MR. KORDICK: Which paragraph?
3       THE INTERPRETER: Bottom paragraph.
4       MR. RINGEL: That's correct.
5       THE INTERPRETER: Mr. Carranza is
6  indicating to the interpreter that the word here, which
7  says "carnicia" in this version should be
8  "carniceria" --
9       MR. RINGEL: Okay.
10      THE INTERPRETER: -- which means a
11 butcher shop. The interpreter will continue then.
12 Q. (BY MR. RINGEL) Do you understand what
13 the interpreter just translated for you?
14 A. Yes.
15 Q. Okay. That seems to indicate to me that
16 the last job you had in Mexico ended February 10, 2003.
17 Is that consistent with your memory?
18 A. Um-hum. Yes. Yes, that's correct.
19 Q. All right. How long after that day,
20 February 10, 2003, did you begin your journey to the
21 United States?
22 A. It seems to me it was the following week.
23 I think it maybe could have been the 18th or the 19th.
24 I don't remember.
25 Q. Describe everything you took with you for

### Page 81

1  that journey to the United States.
2  A.  I recall it was about a 36-hour trip from
3  the Federal District to the border, and all I really
4  took with me was money to be able to buy some food at
5  the bus stop for that period of time.
6  Q.  You traveled from the Federal District to
7  the border where you crossed by bus?
8  A.  Yes.
9  Q.  Who did you travel with?
10 A.  With my brother and with my sister-in-
11 law.
12 Q.  Anyone else?
13 A.  No, no one else.
14 Q.  What city in Mexico, or town in Mexico,
15 did you end up in before you crossed the border to the
16 United States?
17 A.  Sonora.
18 Q.  What state of the United States is that
19 directly south of?
20 A.  I don't know.
21 Q.  Do you know what state in Mexico Sonora
22 is in?
23 A.  It's a state.
24 Q.  Okay.  And it's along the Mexico/United
25 States border?

### Page 82

1  A.  Yes.
2  Q.  Is there a particular city in that state
3  of Mexico that you ended up in before you crossed to
4  the United States?
5  A.  I was in the Federal District.
6     THE DEPONENT (In English):  Mexico City.
7  Q.  (BY MR. RINGEL)  I'm not sure that you're
8  understanding me.  What you just told me was that
9  Sonora is a state.
10 A.  Agua Prieta.
11 Q.  And that's a city in the state of Sonora?
12 A.  Yes.  Yeah.
13    THE DEPONENT (In English):  Sorry.
14 Q.  (BY MR. RINGEL)  I understand.  Sometimes
15 I'm slow.
16    THE DEPONENT (In English):  That's okay.
17 Q.  (BY MR. RINGEL)  And sometimes I don't
18 ask the right question.
19 A.  That's okay.
20 Q.  Okay.  Do you -- you indicated in our
21 discussion about this topic that you believe you left
22 Mexico City or the Federal District on either the 18th
23 or the 19th of February.  Is that consistent with your
24 understanding?
25 A.  I think it was right around those dates.

### Page 83

1  I don't recall exactly.
2  Q.  And then it took you about 36 hours to
3  get from the Federal District to the state of Sonora?
4  A.  Yes, about that.
5  Q.  How long were you in the city that I
6  can't pronounce before you attempted to cross the
7  border?
8  A.  It was a number of days.  It could have
9  been four or five or six, around there.
10 Q.  Prior to leaving the Federal District,
11 did you have an arrangement made to have someone assist
12 you across the border, or did you make that arrangement
13 when you arrived at the city?
14 A.  I didn't have any arrangement at all,
15 just everything came together as we were on the road.
16 Q.  You made arrangements in the city for you
17 and your brother and your sister to get assistance from
18 someone to cross the border; is that correct?
19 A.  That's what somebody normally does when
20 they're getting ready to cross.
21 Q.  Those people are called "coyotes"; is
22 that correct?
23 A.  I have heard that they're called
24 "coyotes."
25 Q.  Is that a term that you're familiar with?

### Page 84

1  A.  Yes.
2  Q.  Did someone who is like a coyote or --
3  let me back up.  Did a coyote help you across the
4  border?
5  A.  Well, I don't know.  There were people
6  saying, coyote, coyote, but I don't know who the coyote
7  was.
8  Q.  Did you have to pay to get assistance
9  crossing the border?
10 A.  I think so.
11 Q.  How much did you have to pay?
12 A.  Around 1,500, 1,600 dollars.
13 Q.  Was it -- did you pay the person you paid
14 in dollars or in pesos?
15 A.  Dollars.
16 Q.  Okay.  Did your brother and your sister
17 have to pay a similar amount?
18 A.  I think so.
19 Q.  Describe for me how you actually crossed
20 from the -- from Mexico to the United States.
21 A.  Walking.
22 Q.  How long were you walking?
23 A.  Not too long.
24 Q.  One hour?
25 A.  Could have been around 14 hours, but we

85
1  were taking rest breaks. I was in good shape then.
2  Back then I wasn't -- I didn't look like I do now.
3  There were some other pretty chubby people. Now I
4  couldn't -- I can't exercise anymore. I can't run or
5  anything, so . . .
6      Q.   How many people were in your party that
7  crossed the border the same time along with you and
8  your brother and your sister?
9      A.   I don't remember, but there was some kids
10 there, too. Could have been maybe 12 people or more.
11 I don't know.
12     Q.   Was there a leader of the group?
13     A.   There was a person in front, but I don't
14 know if that person was the leader or not.
15     Q.   What were the geographical conditions
16 that you were walking over?
17     A.   It was countryside. There were places
18 where it was flat, some places where it was hilly, but
19 it was normal.
20     Q.   Did you know all the people that were you
21 with?
22     A.   Just my brother and my sister-in-law.
23     Q.   Had you met any of the people you were
24 with prior to starting across the border?
25     A.   No.

86
1      Q.   What personally did you have with you
2  when you made that journey across the border to the
3  United States?
4      A.   We had some fruit, we had some water and
5  we had some dry meat, we had some crackers. I went
6  through survival training in the Army about how to
7  survive in the mountains, and I still haven't died from
8  what I've been through, so . . .
9      Q.   What were you wearing?
10     A.   Jeans and some boots, a couple of
11 T-shirts and a thick jacket like this one, yeah, and a
12 cap.
13     Q.   Anything else?
14     A.   No.
15     Q.   Did you have anything else with you?
16     A.   My belt.
17     Q.   Did you have any other provisions with
18 you other than the food and the water that you
19 described?
20     A.   No. I think -- thought that what I had
21 was going to be sufficient.
22     Q.   So you said it took about 14 hours of
23 walking; is that true?
24     A.   Yeah. Maybe a little bit less.
25     Q.   Can you estimate the distance that you

87
1  traveled?
2      A.   It wasn't very much distance. That's --
3  my experience in the Army is that you -- you go and
4  then you rest up to an hour and then you go some more.
5      Q.   Did you travel at night or during the
6  day?
7      A.   During the day.
8      Q.   At some point you ended up in some place
9  in the United States where you were ultimately picked
10 up by a vehicle; is that true?
11     A.   Correct.
12     Q.   Do you know where that pickup location
13 was?
14     A.   I don't want to act like I'm being --
15 being gross or insulting, but I just don't know the
16 United States.
17     Q.   If you don't know something, Mr.
18 Carranza-Reyes, I understand that. I don't know what
19 you know, and that's why I have to ask you questions.
20 So if you don't know where it was, you just need to
21 tell me you don't know where it was.
22     A.   I just don't know.
23     Q.   Okay. What -- you got picked up by a
24 vehicle. Describe the vehicle for me.
25     A.   It was a pickup. By that time it was

88
1  pretty dark. It was kind of like a van.
2      Q.   Okay. It had a cover to it?
3      A.   No. It was a Dodge Caravan, but it
4  didn't have -- maybe it was that. But it didn't have a
5  back roof on it.
6      Q.   It was a pickup truck, like a Dodge
7  Caravan that didn't have a top over the back of it?
8      A.   It didn't have what?
9      Q.   It didn't have a cover over the back of
10 the pickup, the bed?
11     A.   It was a pickup, but it was just one
12 piece.
13     Q.   Okay. Did that vehicle pick up everyone
14 in the group who traveled with you across the border?
15     A.   Yes.
16     Q.   About how many people were riding in the
17 back of this vehicle with you?
18     A.   Could have been 10 or 12, or maybe fewer
19 than that. But like I told you, I don't remember how
20 many all together.
21     Q.   Were there seats for everyone in the
22 vehicle?
23     A.   Some of us were -- were hidden, but there
24 were some that had seats.
25     Q.   Where were you in the vehicle?

**89**

1    A.    I was laying down, relaxed -- relaxed,
2    without problems.
3    Q.    How long were you in this vehicle?
4    A.    I think it could have been around three
5    hours or maybe less.
6    Q.    Okay. After you were in this vehicle,
7    did you go somewhere else in the United States? Did
8    you stop somewhere? Did you get in another vehicle?
9    What happened next?
10   A.    I heard that the people said that we
11   had -- we got to Phoenix, and it was a house.
12   Q.    How many people were staying in this
13   house?
14   A.    Just us.
15   Q.    "Just us" meaning the group that came
16   with you across the border or "just us" meaning your
17   brother and your sister-in-law?
18   A.    Those that came with the group.
19   Q.    Okay. How long were you in this house in
20   Phoenix?
21   A.    Could have been around four or five days.
22   Not too many, around there.
23   Q.    Then you get in another vehicle, true?
24   A.    Yes.
25   Q.    What -- describe that vehicle.

**90**

1    A.    It was a pickup with a camper.
2    Q.    Who -- how many people were in that
3    vehicle with you?
4    A.    Three or four people in the front cabin,
5    in the back there were eight or nine of us.
6    Q.    Where were you physically in that
7    vehicle?
8    A.    I was in the cabin -- I'm sorry. The
9    cabin was in front. I wasn't there. I was in the
10   back.
11   Q.    Were there seats in the camper or -- part
12   of it, or were you just sort of sitting on the bed of
13   the truck?
14   A.    We were laying down because the back was
15   carpeted.
16   Q.    How long were you in that vehicle?
17   A.    Not too long. It was about 9:00 at night
18   when we left. We got detained the following day there,
19   around there.
20   Q.    Okay. So let me see if I can understand.
21   You walked across the border for 14 hours or less; then
22   you got picked up in the Dodge Caravan or similar
23   vehicle and that drove you to Phoenix. You stayed in
24   Phoenix for up to maybe five or six days, and then you
25   left at 9:00 at night in this pickup truck with the

**91**

1    camper with the back carpeted, and then you were picked
2    up by the INS that next morning.
3    A.    We weren't walking for 14 hours. What
4    happened, it was 14 hours along with all the other
5    time, the wait time, the rest time and everything else.
6    Q.    The whole travel on foot and waiting and
7    resting, from Mexico until you're picked up by the
8    first vehicle, took 14 hours of time. You weren't
9    walking the entire 14 hours.
10   A.    Yes.
11   Q.    And then after that you drove in the
12   Dodge Caravan or similar vehicle to what you heard
13   someone say was Phoenix.
14   A.    Yes.
15   Q.    And then you stayed some period of time,
16   maybe up to five or six days, in the same house in
17   Phoenix; is that true?
18   A.    Yes. Five or six days, maybe less. I
19   don't remember.
20   Q.    I understand. Then you left at about
21   9:00 at night in the pickup truck with the camper and
22   the carpeting on the back and were then picked up by
23   the immigration officials the following morning; is
24   that true?
25   A.    No. It was a patrol car that stopped us.

**92**

1    Q.    Okay. A patrol car like police or
2    sheriff?
3    A.    I don't know the difference. I just know
4    that the police officer had some kind of a hat on or --
5    like a sombrero.
6    Q.    But -- all right. How much money did you
7    have with you when you left Mexico that you didn't pay
8    to the person to help you travel?
9    A.    My brother had the money.
10   Q.    How much money did your brother have?
11   A.    Well, I don't recall exactly, but I think
12   that we had, oh, maybe around -- more or less around
13   $5,000.
14   Q.    Did it cost you collectively, you, your
15   brother and your sister-in-law, money to stay in the
16   house you were staying in in what you heard was
17   Phoenix, Arizona?
18   A.    What cost me?
19   Q.    Did you have to pay the people whose
20   house it was to stay there?
21   A.    I don't know, maybe the house belonged to
22   the people -- the person who was our guide. And they
23   treated us really very well in the food -- we didn't
24   pay anything for the food or the water, either.
25   Q.    So you were well fed and well hydrated

**93**

1  during the time that you were staying in that house.
2  A.  Yeah. There was a TV there, too.
3  Q.  Did the TV get Spanish-language channels?
4  A.  Also in English.
5  Q.  Okay. Did you have the opportunity to
6  take a shower or a bath or otherwise wash yourself
7  during the time that you were staying at the house?
8  A.  Every day. I -- I like to do that every
9  day.
10 Q.  Did you have a change of clothing with
11 you?
12 A.  Well, the people that brought us allowed
13 us -- well, my brother did, was able to go to Wal-Mart
14 and get some different clothes, and then we were able
15 to discard the clothes that we had crossed with, yeah.
16 Q.  So you changed your clothes during that
17 period of time.
18 A.  Yes.
19 Q.  When you left that house in the vehicle
20 that was a pickup truck that had the carpet on the bed
21 of the pickup truck in the camper, what were you
22 wearing?
23 A.  Well, I kept a jacket that I had crossed
24 with, and I got a chance to wash it and hang it up in
25 the closet there. And the house had air-conditioning

**94**

1  or heating, whatever. And then I was also able to --
2  to put on a pair of jeans and have some T-shirts that I
3  was wearing, too.
4  Q.  Okay. What did you have in your
5  possession when you left in that vehicle to continue
6  your journey?
7  A.  In the truck you mean?
8  Q.  Yes.
9  A.  My jacket, my wallet, and some -- some
10 pop and some -- some food.
11 Q.  Okay. Where were you going to? Had you
12 not been picked up by this guy with the sombrero, where
13 were you planning to end up?
14 A.  Chicago.
15 Q.  Was the -- was your understanding that
16 you were going to ride in this particular vehicle from
17 the house to Chicago, or was there a plan to change
18 vehicles?
19 A.  I believe that that vehicle was going to
20 take me to Chicago.
21 Q.  All right. Was anyone who you traveled
22 with from the time you left Mexico to the time that you
23 were picked up by law enforcement in the United States
24 ill in any way, shape or form?
25 A.  You mean since I left Mexico?

**95**

1  Q.  I understand that you traveled with the
2  same group of people from when you left Mexico until
3  you got into that vehicle and were then picked up by
4  law enforcement officials.
5  A.  No. I left with my brother from Mexico
6  City, and when we got to the border where there were
7  these other people there.
8  Q.  Right.
9  A.  And we were with them, and the other
10 people I didn't know.
11 Q.  Do you know -- did you observe any of the
12 other people that you traveled with from the border,
13 across the border, until you were picked up by the
14 Dodge Caravan or similar vehicle, being ill in any way?
15 A.  Well, you're mistaken on another thing.
16 The group of people that I crossed with was not the
17 same group of people that I got sent to Chicago with.
18 Q.  I understand that. And let me try to
19 break it down. The group of people you crossed with,
20 were any of those people ill?
21 A.  No.
22 Q.  Did you observe anyone who you traveled
23 with in the Dodge Caravan, from the point you were
24 picked up, after you crossed the border, to the house,
25 as being ill?

**96**

1  A.  There weren't any other people at the
2  house. The people that I got into the pickup with --
3  my brother with, when we got in, they were people that
4  were brought from somewhere else.
5  Q.  Okay. Let me see if I can back up.
6  There were a certain number of people that you can't
7  remember that rode in the Dodge Caravan or similar
8  vehicle with you from the pickup point, after you
9  crossed the border, to somewhere, presumably you were
10 dropped over the house -- off at the house. Were any
11 of those people sick?
12 A.  No.
13 Q.  Okay. Then you and your brother and your
14 sister-in-law were the only ones staying at this house;
15 is that true?
16 A.  With the people that we crossed with.
17 Q.  Okay. So everyone that you crossed with
18 stayed at this house.
19 A.  Yes.
20 Q.  Okay. And then you left with your
21 brother and your sister-in-law in the pickup truck to
22 go to Chicago, correct?
23 A.  Yes. Just the three of us, yes.
24 Q.  And then there were different people who
25 also rode with you in that pickup truck.

**97**

1  A. They were already in the pickup truck
2  when we got in.
3  Q. Okay. But they were different people
4  than the people that you crossed over with.
5  A. Yes.
6  Q. Okay. And you -- I think, if my memory
7  is right about what you said, there were four or five
8  people in the cab and eight or nine people in the bed
9  of the truck; is that right?
10 A. Yes.
11 Q. Okay. Were any of those people that you
12 were riding in the pickup truck with ill in any way?
13 A. No.
14 Q. Okay. Prior to entering the pickup
15 truck, you had not seen any of those people before; is
16 that true?
17 A. Never. Yeah.
18 Q. Had you ever had a skin rash?
19 A. No. Maybe I could have had a rash from
20 an allergy or from something that I had eaten, when you
21 eat something that doesn't agree with you.
22 Q. Did you notice anything that could be a
23 rash or a pimple or a bug bite on your skin during your
24 journey from Mexico until you got picked up by law
25 enforcement in the United States?

**98**

1  A. You mean if I had anything like that?
2  Q. Correct.
3  A. That I can recall, I didn't have anything
4  at all.
5  Q. Okay. Do you recall observing anyone
6  that you were traveling with during that same period of
7  time have a rash or pimples or bug bites or anything
8  along those lines?
9  A. Those people had clothing covering up
10 their skin. I never looked at them for that. I don't
11 know.
12 Q. Did your brother or your sister-in-law
13 complain about anything like a skin rash or a bug bite
14 or a skin condition during your travel?
15 A. No.
16 Q. Okay. Do you recall anything that we
17 have been talking about, about your travel from Mexico
18 to the United States up to the point where you're
19 picked up by the law enforcement officer who is wearing
20 the sombrero?
21 A. No.
22 Q. Okay. Describe when your -- when the
23 pickup truck you were riding in --
24     MR. RINGEL: Do you want to take a break?
25     MR. SARGENT: No. It was cold. Now it's

**99**

1  too hot.
2     MR. KORDICK: You're right.
3     MR. RINGEL: It's operator error.
4     MR. KORDICK: Trying to kill us in here.
5     MR. SARGENT: Not claiming to be an
6  expert.
7     MR. RINGEL: I know better than to touch
8  it.
9     MR. KORDICK: Oh, did he touch it? Oh,
10 he's responsible.
11    MR. RINGEL: Yeah. I didn't do anything.
12 Okay.
13 Q. (BY MR. RINGEL) Describe the
14 circumstances of when the vehicle you were driving in
15 was stopped by the law enforcement officer who you
16 described as wearing a sombrero.
17 A. I don't know what the laws are like here
18 in the United States. In Mexico they can stop a
19 vehicle just because some official doesn't like the
20 color of it.
21 Q. Do you know why the vehicle was stopped?
22 A. I think it was for a seatbelt matter,
23 because that's what the official was motioning toward.
24 Q. Describe that official for me.
25 A. I saw him out of the side of my eye. I

**100**

1  couldn't -- you know, I didn't have a chance to see him
2  like I am looking at you or I am looking at the
3  interpreter. I was laying down, and I just saw him out
4  of the side of my eye, and he was a big guy.
5  Q. Was he white, black, or Hispanic?
6  A. White guy.
7  Q. Okay. What color was his uniform?
8  A. I think it was a blue one, but I don't
9  know. I don't remember.
10 Q. Who was driving the car -- or the truck?
11 A. A young guy. I hadn't met him. I don't
12 know who he was.
13 Q. Did the law enforcement officer speak to
14 the driver of the vehicle?
15 A. I think so, because he spoke English.
16 Q. The driver spoke English?
17 A. I think he was trying to act like he
18 didn't. I don't know for sure.
19 Q. Did the -- but the law enforcement
20 officer was speaking in English?
21 A. Yes.
22 Q. And did you understand what he was saying
23 to the driver?
24 A. No. Nothing. He spoke very quickly.
25 Q. And what happened next, after their

Page 129

1    MR. KORDICK: Oh, I'm sorry. Thank you.
2  A.   This is the sheet.
3  Q.   (BY MR. RINGEL) Of all the handwriting
4  on this sheet, what is your handwriting, if any?
5  A.   Everything that's written.
6  Q.   It looks to me like at the top of the
7  page, that -- that writing of your name at the very top
8  is not in your handwriting; is that true?
9  A.   Yeah, it's true, it's not my writing.
10 Q.   But everything else that's in handwriting
11 on this page is yours?
12 A.   Yes.
13 Q.   Okay. Did you have any problem
14 understanding this form when you filled it out?
15 A.   No, none.
16 Q.   Other than the form that's been marked as
17 Exhibit 16, did you complete any other form during your
18 time at the -- when you first arrived at the jail?
19 A.   No, I don't think so.
20 Q.   Okay. So you filled out this form and
21 then you talked to the inmate with the ponytail. What
22 else happened when you first arrived?
23 A.   No. He was already talking to us.
24 Q.   Okay. While you were filling out the
25 form or before you got the form?

Page 130

1  A.   I was concentrating on this paperwork.
2  He was talking to us before and during this, but I
3  wasn't paying attention to him.
4  Q.   Okay. Did you complete the -- this
5  paperwork -- this document that's been marked as
6  Exhibit 16 as completely and accurately as you could at
7  that time?
8  A.   Yes, as honestly as I could.
9  Q.   What color was the inmate's uniform that
10 you were talking to with the ponytail?
11 A.   He had a uniform that was white with dark
12 stripes, and I don't remember if it was blue stripes or
13 brown stripes. He didn't have the same blue uniform
14 that we were wearing.
15 Q.   When did you get your blue uniform?
16 A.   When we finished filling out the sheets.
17 Q.   Describe -- did you get things other than
18 the blue uniform?
19 A.   Dirty shoes, a torn uniform, dirty
20 blankets, something to clean yourself with, some soap,
21 and a toothbrush. I don't know if that was used or
22 not.
23 Q.   Okay. Were you interacting with any
24 officials of the jail at that point in time, when you
25 received that -- all that stuff?

Page 131

1  A.   Yeah. It was an official.
2  Q.   Was it a man or a woman?
3  A.   A man.
4  Q.   One official or more than one official?
5  A.   There was one that was talking to us in
6  English, and I didn't understand anything, even less
7  than I do now, and then there was another one who was
8  standing back there who had a face that, you know,
9  could have killed you.
10    MR. SARGENT: Do you have a brother
11 working there?
12 Q.   (BY MR. RINGEL) The individual with the
13 face that could have killed you, was that a man or a
14 woman?
15 A.   Man.
16 Q.   Okay. Did that man speak to you at all?
17 A.   He was saying something to the other
18 sheriff, and I don't know what it was, that he was
19 giving him orders or what. He was saying something,
20 but I don't know what it was.
21 Q.   Was anyone translating the information --
22 or translating what either of the two sheriffs were
23 saying to you, to you or anyone else in the group?
24 A.   The supposed interpreter that they had
25 there, after we filled these things out, the only thing

Page 132

1  that he was saying was where are you from, where are
2  you from, where are you from. I don't know if he was
3  interpreting what they were saying. That's all he was
4  saying.
5  Q.   Was that the same guy with the ponytail?
6  A.   Yes.
7  Q.   Okay. So that inmate was there during
8  this period of time.
9  A.   Yeah. He was a prisoner. He said he was
10 helping us and doing what he was doing because they
11 would either give him a reduction of his sentence or
12 they would allow him to say whatever he wanted, because
13 of that he was helping us or something like that.
14 Q.   How long were you in the initial jail?
15 A.   I can't tell you, but I think it was
16 about an hour or a little more. I lost all sense of
17 time.
18 Q.   Did you -- you received a uniform,
19 correct?
20 A.   A torn one, yeah.
21 Q.   Was the uniform clean or dirty?
22 A.   It smelled bad. I mean, it was folded,
23 but when you unfolded it, you could tell that there was
24 something there. It was -- I don't know. It was dirty
25 or -- it was -- and it smelled bad.

### 133

1  Q.  Did you receive any other clothing other
2  than the uniform?
3  A.  No other clothing.
4  Q.  Did you receive any shoes?
5  A.  Dirty, torn ones.
6  Q.  What kind of shoes were they?
7  A.  They were like slippers that were
8  enclosed. They were closed up, but what they had
9  inside, well, you know, it almost made me throw up to
10 put them on, but I had to do it.
11 Q.  What were shoes made out of?
12 A.  Just some kind of cheap cloth.
13 Q.  Did you receive toiletry or hygiene
14 items?
15 A.  Yes. Yeah, I remember they gave me some
16 soaps, some toilet paper and, I think, yeah, a
17 toothbrush.
18 Q.  Anything else?
19 A.  They gave us some blankets.
20 Q.  Did you have bedding, like blankets,
21 pillow, mattress, that sort of thing?
22     MR. KORDICK: Do you remember all that?
23     THE INTERPRETER: Yeah.
24 A.  Yeah. They gave us a really thin
25 mattress. They gave us a blanket that was even

### 134

1  thinner, and it was like these things were worse than
2  dirty. It was like they were greasy or -- or stained
3  with something, and you would pass your hand over it
4  and you would feel that it had something on it, like it
5  was -- it was stained, it was dirty and in that way
6  greasy.
7  Q.  (BY MR. RINGEL) Did you get a pillow?
8  A.  I don't recall that. I remember that I
9  was using towels for that.
10 Q.  How many towels did you get?
11 A.  They gave me one, and then they gave me
12 like scrap cloth.
13 Q.  To use as like a washcloth?
14 A.  Yes.
15 Q.  Did you have a -- did you get a bag to
16 keep your clothes in at all?
17 A.  No, no. They -- we would throw it into a
18 bucket.
19 Q.  Did you have a mesh bag of any kind?
20 A.  You mean here at the jail?
21 Q.  Yes.
22 A.  No.
23 Q.  Did you receive any written materials
24 about the rules of the jail?
25 A.  I don't remember, but I don't think so.

### 135

1  Q.  Did you receive anything called an inmate
2  handbook?
3  A.  No, no.
4  Q.  Did you receive any paper or writing
5  implements?
6  A.  No.
7  Q.  Did you receive anything else that we
8  haven't talked about?
9  A.  No.
10 Q.  During the time that you were in the
11 first area when you were in the jail, did anyone
12 provide you with an orientation to the rules of the
13 jail?
14 A.  No, no one.
15 Q.  Did you ever get an orientation to the
16 jail at any time while you were there?
17 A.  No, no one.
18 Q.  How did you learn the rules of the jail?
19 A.  I don't know if there were any rules.
20 Q.  Okay. No one who is an official
21 explained any rules to you in the jail at any time?
22 A.  No.
23 Q.  What time did you arrive at the jail?
24 A.  It was dark out. It could have been 8:00
25 or 9:00. It could have been earlier. It could have

### 136

1  been later. I don't remember.
2  Q.  Did you wear a watch at the time?
3  A.  They took it away from me.
4  Q.  "They" being the immigration officials?
5  A.  Yes.
6  Q.  Okay. Anything else you remember about
7  the events in the first place you were in the jail?
8  A.  No. Just that this guy was there
9  acting -- making fun of us. I don't know if it --
10 maybe I'm just being a little too -- too negative, but
11 I could tell the other guy that was there, I think he
12 felt badly about what his colleague was doing, but it
13 seemed like the first guy, everything that he would
14 give me was broken or dirty or torn or whatever.
15 Q.  Was the guy that was giving you the
16 broken or dirty or torn things the guy with the face
17 that could kill, or another guy?
18 A.  No. This was a prisoner that was giving
19 us those things, a female.
20 Q.  Do you remember what she looked like?
21 A.  She was an older woman, a blue uniform, I
22 think. I don't remember the color. She was
23 bringing -- going back and forth bringing clothing in.
24 I don't know if it was right there or she had to go
25 somewhere else to get it. She was kind of chubby. She

141

1  with at the beginning, or someone else?
2     A.    I think it was another one.
3     Q.    What did he or she look like?
4     A.    That officer -- it was a man.
5     Q.    What did he look like?
6     A.    Maybe I just felt like I was overwhelmed,
7  you know what I mean? I'll just tell you that, you
8  know, I wasn't really paying much attention to the way
9  the people looked because here I was overwhelmed with
10 carrying these things, this blanket, and I was all
11 smelly, and it was just terrible, and I didn't know
12 what was going to happen to me and where I was going to
13 end up.
14    Q.    Okay. What did the physical layout of
15 the first floor of the cell look like?
16    A.    Downstairs, at the bottom?
17    Q.    Yes.
18    A.    Well, it looked clean, but there was
19 toilet paper thrown all over the place and the bathroom
20 was dirty and it just stunk. You could see the poop
21 that was in the -- in the bowl there. You could see it
22 there.
23    Q.    Okay. What was the physical layout like?
24    A.    Three tables, I recall that. There was a
25 phone there. There was a drinking fountain. There

142

1  were two toilet bowls. There were showers. You would
2  go in there, and then on this side (indicated)-- at the
3  end of the cell block where I was there was this little
4  window, and it was all sealed up and everything, but
5  there was a window there.
6     Q.    You could look out of the cell where you
7  were --
8     A.    Yes.
9     Q.    --- inside into the jail? Or could
10 you --
11    A.    To the other cell blocks you mean, you
12 could see there? Yes, I could see. I could see the
13 sheriffs.
14    Q.    There wasn't a window to the outside of
15 the jail, correct?
16    A.    Yes.
17    Q.    Where was that window?
18    A.    At the end of where the tables were.
19 Here is the entrance, here (indicated) is where this
20 little window is completely sealed up. A very small
21 window. Might have been about this (indicated) big, up
22 there. You had to stretch up to look at it, to look
23 through it.
24    Q.    But through that little window you could
25 see the outside world?

143

1     A.    Yes.
2     Q.    What was the floor made out of of the
3  bottom of the cell?
4     A.    I don't know. I think it could have been
5  concrete.
6     Q.    What were the tables made out of?
7     A.    Cement.
8     Q.    Was there normal bathroom tile in the
9  bathroom part of the jail, or was it made out of
10 something else?
11    A.    I don't remember, but it was so dirty,
12 the showers looked like they were black. And I
13 think -- it smelled like mold in there.
14    Q.    Okay. When you first arrived in the
15 cell, what were the other inmates doing?
16    A.    There were some that were sleeping and
17 the lights were out. There were people that were
18 sneezing and coughing all over the place, and I saw a
19 lot of --
20          THE INTERPRETER: Allow the interpreter
21 to clarify one thing.
22    A.    There was tissue or toilet paper thrown
23 all over the place that had people's saliva or mucus on
24 it. I think so, because upstairs there was no water.
25    Q.    (BY MR. RINGEL) Okay. Was there a trash

144

1  can anywhere in the cell?
2     A.    Yeah. But it had a hole in it, because
3  everything you threw into it would come out the bottom.
4     Q.    Describe the trash can.
5     A.    A big one. It was -- it was broken, and
6  it was -- it had a break in the bottom.
7     Q.    When you say "a big one," how big?
8     A.    Like about this size (indicated). It was
9  split in the bottom. It was really dirty, and it had a
10 bag in it, but I don't think they ever changed the bag.
11    Q.    What was the trash can made out of?
12    A.    Plastic.
13    Q.    What were the bunks made out of?
14    A.    Metal.
15    Q.    Did they have springs on them?
16    A.    Yes. Yeah. They had like springs.
17    Q.    Am I correct in understanding that during
18 the entire time that you were at the jail, you never
19 slept in a bunk; is that true?
20    A.    I never did.
21    Q.    Where did you sleep?
22    A.    On the floor.
23    Q.    On a mattress?
24    A.    If you want to call it that.
25    Q.    Describe that mattress for me.

149

1 spoke good English's name?
2    A.    No.
3    Q.    Was he in the cell with you on an
4 immigration hold, as far as you know?
5    A.    Yes.
6    Q.    Did that individual provide translation
7 or facilitate communication between the folks that were
8 in the cell and the officers?
9    A.    Yeah. He helped out a lot. He was the
10 only one that we had.
11   Q.    Did you have any communication with any
12 of the officers the first night you got there?
13   A.    No. In the cell?
14   Q.    In the cell, correct.
15   A.    No. I don't recall that.
16   Q.    Did any of the officers walk around the
17 cell during the night?
18   A.    Yeah. Strangely enough, they were
19 kicking around the dirty tissues there underneath the
20 beds with their feet.
21   Q.    Okay. So there were officers that
22 patrolled upstairs in that cell that first night?
23   A.    Yeah.
24   Q.    Did they have flashlights?
25         MR. KORDICK: The last response, he

150

1 didn't really have an oral response. He nodded and
2 we -- and I --
3         MR. RINGEL: Thank you.
4         MR. KORDICK: -- I have a problem with
5 that.
6         MR. RINGEL: I agree. Can you ask -- was
7 the response to the -- let me just ask the question
8 again.
9    Q.    (BY MR. RINGEL) Did the officers have
10 flashlights?
11        MR. KORDICK: That's a different
12 question, by the way, and I --
13   A.    They could have, but I don't recall.
14        MR. RINGEL: Why don't you read back the
15 question that I apparently didn't remember correctly.
16        THE INTERPRETER: For the record the
17 interpreter recalls the question and the answer of Mr.
18 Carranza-Reyes was "um-hum," and the interpreter said
19 "yeah."
20        MR. RINGEL: Okay.
21        MR. KORDICK: Could have been. I just
22 saw kind of a nod of the head.
23        THE INTERPRETER: That's what the
24 interpreter recalls.
25        MR. RINGEL: Why don't we read that

151

1 question -- but you --
2         (Page 149, lines 22 through 24 were read
3 back.)
4    Q.    (BY MR. RINGEL) Were there officers
5 patrolling the upper floor of the cell the first night
6 you were there?
7    A.    Yes.
8    Q.    How often did they conduct patrols?
9    A.    I couldn't tell you if it was every three
10 hours, every five hours, because, you know, I would
11 fall asleep and --
12   Q.    Okay. Could it have been every one-half
13 hour?
14   A.    Possibly.
15        MR. RINGEL: Now is a good time for a
16 break. Why don't we take a break.
17        (Break from 4:23 p.m. to 4:39 p.m.)
18   Q.    (BY MR. RINGEL) Back on the record.
19 Anything else about your first night in the Park County
20 Jail that we haven't talked about that you remember?
21   A.    No.
22   Q.    Let's talk about the first day you were
23 in the jail. Okay?
24   A.    That would be the second one, right?
25   Q.    Well, okay.

152

1         MR. SARGENT: March 2, 2003. Okay.
2         MR. RINGEL: Thank you.
3    Q.    (BY MR. RINGEL) You arrived in the jail
4 on March 1, 2003, correct?
5    A.    I recall that, yes.
6    Q.    So let's talk about March 2, 2003. Were
7 you -- did you have any sickness or illness or any
8 symptoms of a sickness or illness that you experienced
9 on March 2, 2003?
10   A.    No. I felt fine.
11   Q.    All right. When did you wake up on that
12 day?
13   A.    Early.
14   Q.    Okay. Was it light out or was it still
15 dark?
16   A.    There was light inside.
17   Q.    Okay. Do you know what time it was at
18 all?
19   A.    I don't know, but I think it was early.
20   Q.    Okay. What occurred in the cell when
21 everybody was waking up early in the morning?
22   A.    I was watching -- at least I was one that
23 was watching what they were doing.
24   Q.    Who is "they"?
25   A.    The prisoners.

**157**

1  others had a striped uniform.
2  Q.  The same stripes that you talked about,
3  about the earlier inmate with long hair in a ponytail?
4  A.  Yes.
5  Q.  Okay. Were there any activities that
6  occurred after breakfast, before lunch?
7  A.  We would play chess.
8  Q.  Were there any other games or cards that
9  you were able to occupy your time with?
10 A.  I didn't like those games. I thought it
11 was a more intelligent way to spend my time playing
12 chess.
13 Q.  But there were other games that other
14 people were playing?
15 A.  Yes.
16 Q.  And people played them on those same
17 tables where you ate breakfast?
18 A.  Yes, sir.
19 Q.  Did you play chess with your brother?
20 A.  Yes, sir.
21 Q.  Who won?
22 A.  Well, we were winning all the time, and I
23 don't know if it was just because we were so good or if
24 it was because these other guys had been there for so
25 long that they were not quite as good anymore.

**158**

1  Q.  Did you play your brother?
2  A.  Yes.
3  Q.  Who is better at chess, you or your
4  brother?
5  A.  I think he is.
6  Q.  Okay.
7  A.  Not too much better, though, and if I
8  have some luck, I can win.
9  Q.  Okay. Do you recall playing chess that
10 morning?
11 A.  Yes.
12 Q.  Okay. Did you do anything else the
13 morning of March 2, 2003 other than take a shower and
14 play chess?
15 A.  I had to pick up the pieces of paper that
16 were thrown on the floor around the side of the beds.
17 Q.  Okay. Did someone ask you to pick those
18 pieces of paper up?
19 A.  No, but that was where I had to sleep.
20 Q.  Okay. Was the cell cleaned the morning
21 of March 2, 2003 by anyone?
22 A.  That I can remember, no.
23 Q.  Do you recall any cleaning supplies being
24 given to the people in the cell during any time that
25 you were in the cell?

**159**

1  A.  No. I don't recall that.
2  Q.  Okay. Does that mean it didn't happen or
3  does that mean you don't recall whether it did or not?
4  A.  I don't think they ever cleaned it. The
5  whole time it was really dirty.
6  Q.  Okay. The next thing that happened that
7  day was lunch. Do you remember lunch on March 2, 2003?
8  A.  Yes.
9  Q.  What do you remember about lunch?
10 A.  By "lunch," what do you mean?
11 Q.  The meal during the middle of the day.
12 A.  Okay. In Mexico we have what we call
13 breakfast and then we have the main meal, the comida,
14 and then we have dinner.
15 Q.  And am I correct in understanding that
16 what you would have as the comida is your big meal of
17 the day?
18 A.  Yeah. The second meal of the day.
19 Q.  And then the dinner that you would have
20 in Mexico is a lighter meal than the second meal of the
21 day?
22 A.  No.
23 Q.  Okay. You understand that in the United
24 States the second meal of the day is usually lighter
25 than the third meal of the day?

**160**

1        MR. KORDICK:  Not necessarily.
2  A.  Here? Yes.
3  Q.  (BY MR. RINGEL) And that's how it was at
4  the jail, right? The second meal of the day was not as
5  big as the third meal of the day at the jail; is that
6  true?
7  A.  In any event, you would be hungry.
8        THE DEPONENT (In English):  Sorry.
9  Q.  (BY MR. RINGEL) Where did you have
10 lunch?
11 A.  On the ground.
12 Q.  Okay. On the ground where?
13 A.  Next to the garbage can.
14 Q.  Which was on the first level or the
15 second level?
16 A.  Downstairs.
17 Q.  Why did you eat lunch on the ground when
18 you ate breakfast at the table?
19 A.  Because in the morning very few wanted to
20 eat, so there is room. In the afternoon there was no
21 room. Everybody wanted to eat.
22 Q.  What did you do after lunch?
23 A.  Well, I might have slept, or I might have
24 been playing. I played a lot. The other guys would
25 try and talk you into it because they thought that they

181

1  yesterday?
2  A.  Yes.
3  Q.  Okay. What responses do you want -- why
4  don't you describe for me what the areas are that you
5  want to supplement, and then go ahead and supplement
6  them.
7  A.  About the forms that I talked about that
8  we were to fill out to get the telephone cards and to
9  request to see a doctor.
10  Q.  Okay. What -- what do you want to add to
11  your responses yesterday?
12  A.  When you were asking me about the 2nd and
13  the 3rd, the Sunday and the Monday, I didn't know after
14  that if you asked me if any other time during the week
15  I would comment or say that anything was different or
16  if you were just asking me about those two days.
17  Q.  I believe we asked yesterday about the
18  1st and the 2nd and hadn't gotten to the 3rd yet.
19  There were some questions that were asked about the
20  entirety of your stay in the jail. So . . .
21  A.  Yeah. And that's where I got confused.
22  Maybe it wasn't specific enough what I said.
23  Q.  Okay. So what do you want to add to a
24  response related to forms that you filled out
25  requesting things from jail personnel?

182

1  A.  I remember that I filled out those forms
2  as well to request to see a nurse. I don't know if it
3  was just that day exclusively that I requested to see a
4  doctor, but during that week I did.
5  Q.  Do you remember what day it was that you
6  filled out a request to see a nurse?
7  A.  I don't remember exactly. It could have
8  been on Wednesday or Thursday. I don't recall. I
9  remember, though, then I felt very sick, I felt very
10  bad. I remember I had a fever and I just felt very
11  bad.
12  Q.  Did you request -- did you fill out a
13  form to request to see a nurse on one occasion or more
14  than one occasion?
15  A.  More than one time.
16  Q.  How many times?
17  A.  I think there were two or three, it could
18  have been as many as four different forms that I filled
19  out.
20  Q.  Did your brother fill out any forms on
21  your behalf to see a nurse, that you're aware of?
22  A.  He didn't speak English.
23  Q.  Did someone assist you in filling out the
24  forms?
25  A.  Yes.

183

1  Q.  Who?
2  A.  A prisoner that was with me in jail
3  there.
4  Q.  Do you know that individual's name?
5  A.  It's a shame that I don't, but I don't.
6  Q.  Do you know anything about that
7  individual?
8  A.  I don't remember anything.
9  Q.  Do you know where that individual was
10  from?
11  A.  I don't remember.
12  Q.  Do you know if the individual was from
13  Mexico?
14  A.  Could have been. Who knows, though.
15  Q.  But that individual filled out the form
16  in English; is that true?
17  A.  Yes.
18  Q.  Okay. You told him what to fill out and
19  he did in English, as far as you know?
20  A.  I told him how I felt, and he looked at
21  me and he saw how I looked. I told him that I was in a
22  lot of pain and my throat was hurting me a lot. I
23  think that's what he put down on the form.
24  Q.  Okay. But you couldn't read the form
25  because it was in English, right?

184

1  A.  Right, I couldn't.
2  Q.  Did you -- in this form that you filled
3  out, did you request to see a doctor, or were you just
4  requesting to see a nurse?
5  A.  I knew that there was a nurse that had
6  come by, and I wanted to see somebody, have somebody
7  come and see me.
8  Q.  Okay. Is there any other response to any
9  other question that you were asked yesterday that you
10  want to change or supplement in any fashion?
11  A.  I remember there was one or two -- I
12  think there were two prisoners that were with me. I
13  remember that they were on like either side of me in
14  the cell, and I remember one of them was so sick that
15  he couldn't get out of the bunk, and I remember I
16  brought his food tray up to him.
17  Q.  Do you know anything about that prisoner?
18  A.  Just that he was very sick. It was
19  somebody who was complaining a lot, just I saw that his
20  eyes were very watery and he was crying, and I don't
21  know if it was because he was -- nobody was coming to
22  see him and that's why it was or because he was just to
23  the point of desperation, but I remember him. He was
24  very sick.
25         I remember -- I think I mentioned this,

185

1  but that in that space where I was, I had to get over
2  there and clean it out, and I had to clean it up and
3  wipe it out with some towels, because there was saliva
4  all over the place and there was spit, and it was
5  just -- I had to get there and I had to clean it up
6  because it was all really filthy.
7      Q.   Do you know anything about who the
8  individual that you've just described was in terms of
9  where he was from, what his name was, what his
10 background was or any facts that might lead someone to
11 be able to identify who it was?
12     A.   No.
13     Q.   Are there any other questions that you
14 were asked yesterday that you want to change or
15 supplement your responses to?
16     A.   I remember when I was talking about that
17 day, that Sunday -- I remember that they brought in a
18 pail of water, and I remember I was playing chess and
19 that somebody had said, well, do we have any soap for
20 the water, or somebody asked for chemicals or something
21 to clean up.  And -- and they were told no, there
22 wasn't any, they didn't have any.
23     Q.   What did this pail of water look like?
24     A.   It was dirty water.
25     Q.   What was the pail made out of?

186

1      A.   It was a yellow bucket with wheels, but
2  it was almost black because it was so dirty.
3      Q.   Are there any other responses to any
4  questions that you were asked yesterday that you would
5  like to supplement or change in any fashion?
6      A.   You know, I have a lot of memories, and I
7  think perhaps as we go along there will be some other
8  things that come to my mind.
9      Q.   Okay.  I would ask you this:  If during
10 the course of today you recall anything that you
11 believe might be responsive to a question of yesterday
12 or earlier today before [sic] your recollection, that
13 you interrupt or supplement or change or provide that
14 information as you remember it.
15     A.   I did remember something else, too.
16     Q.   Okay.
17     A.   And I want to add one other thing, too,
18 because I remember this -- I remember about these
19 blankets that I talked about having covered the duct
20 because the cold air that was coming through these
21 ducts.  I also remember that there was a grille, and
22 they had that covered upstairs.  The grille was covered
23 upstairs, so, you know, you wouldn't fall through it.
24 And I remember about sleeping on this dirty mattress
25 and how dirty it was and what it looked like.

187

1      Q.   Anything else that you remember?
2      A.   That's what I recall at this moment.
3      Q.   Okay.  Where was this grille that you
4  just described that was covered up?
5      A.   Upstairs.
6      Q.   Was it on the ceiling?  Was it on a wall?
7  Was it on the floor?
8      A.   It was like this (indicated).  It was
9  upstairs.  Here is a bed and a bed and a bed, and here
10 is the grille right here (indicated), so that you
11 wouldn't fall.
12     Q.   Was the grille on the floor?
13     A.   Yeah.  I think it was anchored into the
14 floor and on the part up there (indicated).
15     Q.   Describe everything that you remember
16 about this grille, in terms of where it was, what it
17 looked like and how it was covered.
18     A.   It was like a grille.  It was on -- it
19 was on the top.  You know what I mean when I'm talking
20 about a grille, right?
21     Q.   It's like an air vent?
22     A.   In Mexico the grille I'm talking about is
23 something that's a protective thing.  It's a metal
24 thing.  It has intervals of spaces that are squared.
25 It could be 30 centimeters, it could be 50 centimeters.

188

1  This would be a grille (indicated).  And that's where
2  the blankets were.  Not just on one of these but a
3  number of them they were covering, and they would be
4  tied in the grille pieces.  And this was to protect
5  people from falling down through them in the
6  downstairs.
7      Q.   Okay.  So the grille was in the floor,
8  and the blankets were to protect someone's foot from
9  going into the open spaces of the grille.
10         MR. KORDICK:  This isn't an objection,
11 this is a point of information.  Mr. Archuleta speaks
12 some Spanish, and he thinks that maybe there is a
13 mistake about whether he's saying sheets covering the
14 grille or blankets, and I just wanted to clarify that
15 if he's talking about a sheet that is covering the
16 grille or blanket.
17     A.   They were blankets.  They were like
18 covers.
19         MR. KORDICK:  Okay.
20     A.   There were people that had just covers
21 and other people had blankets, and sometimes they would
22 use the covers --
23         THE INTERPRETER:  Allow the interpreter
24 to clarify one thing.
25     A.   It was like a cover that was kind of like

193

1  Q.  What was the name of the hospital or
2  other facility where the surgery took place?
3  A.  The Central Military Hospital, the only
4  one there.
5  Q.  Do you remember the name of the doctor
6  that performed the surgery?
7  A.  It was a colonel, but I don't remember
8  what -- who it was.
9  Q.  You were in the military at the time the
10 surgery was performed?
11 A.  Yes, sir.
12 Q.  Were you hospitalized after the surgery?
13 A.  A couple of hours I had to stay in and
14 rest.
15 Q.  But you were not admitted to the
16 hospital.
17 A.  No.
18 Q.  This was outpatient surgery?
19 A.  I don't know what that means.
20 Q.  You went in to have the surgery, had the
21 surgery, stayed in the hospital for a few hours and
22 left on the same day?
23 A.  Yes.  Affirmative.
24 Q.  In calendar years 1995, 1996 and 1997,
25 you saw no doctor or other healthcare providers in

194

1  Mexico for any reason?
2  A.  Never.
3  Q.  Same answer for '98, '99, 2000, 2001 and
4  2002?
5  A.  No, because in 2001 I did see the doctor.
6  Q.  But only for hemorrhoid surgery, not for
7  any other reason.
8  A.  Aside from that, no.
9  Q.  You don't -- did you ever have, in
10 Mexico, a regular doctor who would give you a physical
11 on an annual or every-other-year basis?
12 A.  No.
13 Q.  Did you ever go see a dentist in Mexico,
14 from 1995 until you left for the United States?
15 A.  No.
16 Q.  Okay.  Did you ever see any healthcare
17 provider for the flu during the period of 1995 until
18 you left for the United States?
19 A.  In Mexico what you usually do is just you
20 have some tea, you have some of these things that vapor
21 you or the other things that -- the Respiral that
22 people take to get over.
23 Q.  Have you ever been treated for cancer
24 during your lifetime?
25 A.  During my lifetime?  No.

195

1  Q.  Have you ever had any treatment for your
2  knees, either knee, prior to coming to the United
3  States, during your lifetime?
4  A.  The knees, yes.
5  Q.  Describe your treatment -- what treatment
6  on your knees occurred during your lifetime?
7  A.  It's been a long time.  I don't remember.
8  Q.  Did you have surgery on both knees?
9  A.  I had to be casted because I fell and my
10 kneecap was up and they had to bring it down and they
11 casted me.
12 Q.  Which knee?
13 A.  The right knee.
14 Q.  When did the accident occur with respect
15 to your injury to your right kneecap?
16 A.  Could have been around 15 --
17     THE INTERPRETER:  Allow the interpreter
18 to clarify one thing.
19 A.  My mother could tell you better than me.
20 I can't remember.  I was pretty young, but it would
21 have been more than 15 years ago.
22 Q.  (BY MR. RINGEL)  Was there a scar on your
23 knee as a result of the treatment?
24 A.  Yes.
25 Q.  Okay.  Describe the scar for me.

196

1  A.  It looks like a wound.
2  Q.  What treatment did you have that resulted
3  in the scar?
4  A.  They went in and they had to bring down
5  the kneecap.  I think they had to do something with the
6  bone there.
7  Q.  Do you have a similar scar on your left
8  knee?
9  A.  Yes.
10 Q.  Was your left knee ever injured in a
11 similar fashion?
12 A.  Yeah.  From what?
13 Q.  From anything.  I mean --
14 A.  No.  When they did my -- these things to
15 my knees you mean?
16 Q.  Let me -- let me back up.
17     THE DEPONENT (In English):  Okay.
18 Q.  (BY MR. RINGEL)  Do you have a scar on
19 your left knee?
20 A.  No.  It's in the right -- well, I have
21 one on both, but it was first one side.
22 Q.  Okay.  So am I understanding correctly
23 that you had a similar procedure involving your kneecap
24 on both knees?
25 A.  Yes.  They were operated on.  I didn't

205

1 contaminated your food or that the food was
2 contaminated in any way?
3    A.   Who knows, it could have been. It's hard
4 to know. You're hungry and you're just waiting for the
5 food to come, and, you know, it gets there and you grab
6 it and you eat it. The food didn't really have a good
7 taste to it. It needed salt. It didn't have the
8 condiments it should have. For me, it wasn't good. I
9 don't know.
10   Q.   Okay. Is it fair to say that you don't
11 know sitting here today whether the food that you were
12 served at the Park County Jail was contaminated or not?
13   A.   I didn't prepare the food, so I couldn't
14 assure you that it was contaminated or it wasn't. The
15 meat could have been sitting in refrigeration for 10
16 days and it gets prepared and it looks like that it
17 came in the same day, and, you know, that meat can be
18 contaminated.
19   Q.   Let me ask --
20        MR. KORDICK: Can I talk to him for a
21 second?
22        MR. RINGEL: No.
23   Q.   (BY MR. RINGEL) Let me ask the question
24 this way.
25        MR. RINGEL: Let me just finish this

206

1 inquiry and then you can talk to him.
2    Q.   (BY MR. RINGEL) Did you personally
3 observe anything about the food that led you to believe
4 it was contaminated?
5    A.   Could be. The food wasn't fresh. I
6 could tell you that it wasn't freshly prepared that
7 day.
8    Q.   Okay. You observed with your own eyes
9 that the food was not fresh, correct?
10   A.   I could say maybe yes, maybe not. I
11 could say that when it's prepared it looks like it came
12 in the same day.
13   Q.   Okay.
14        MR. RINGEL: Lloyd, do you think you can
15 help on this?
16        MR. KORDICK: Well, it's up to you.
17 You're the one taking the deposition. I could talk to
18 him a little bit. Maybe it will speed it up.
19        MR. RINGEL: Yeah. What I want to
20 understand --
21        MR. KORDICK: I mean, let me have a
22 conference with him.
23        MR. RINGEL: What I understand is if he's
24 alleging that the bad conditions of the jail included
25 the food or not.

207

1         MR. KORDICK: I understand. Let me talk
2 to him.
3         MR. RINGEL: Thank you.
4         (Discussion off the record between
5 deponent and deponent's counsel.)
6         MR. RINGEL: Back on the record. By
7 agreement of counsel, counsel for Mr. Carranza-Reyes
8 just had a conversation with him, with the interpreter,
9 to attempt to clarify the issue of food. So let me ask
10 Mr. Carranza-Reyes a broad question and then see if he
11 can respond to it.
12   Q.   (BY MR. RINGEL) Mr. Carranza-Reyes, are
13 you claiming that the food that was served to you in
14 the jail was unsanitary or contaminated in any fashion?
15   A.   No.
16   Q.   Okay. Thank you.
17        MR. RINGEL: Thank you, Counsel.
18   Q.   (BY MR. RINGEL) Did anything else occur
19 on -- let me ask you this: On March 3, 2003, which you
20 believe was a Monday, did any of the officers, in your
21 observation, patrol the cell?
22   A.   Yes.
23   Q.   How frequently did that patrol occur?
24   A.   I think they were doing it constantly.
25 Who knows how many.

208

1    Q.   During the daytime hours or during the
2 nighttime hours or both?
3    A.   Total, all the time.
4    Q.   Did anything else occur on March 3, 2003
5 during that day when you were in the jail that you
6 believe is important that we haven't talked about?
7    A.   I saw some of the young guys there that
8 they were sick, but I didn't know what -- the system
9 that they had was like at the jail.
10   Q.   When you say that there were people sick
11 on March 3, 2003, what symptoms of sickness did you
12 observe in people that were sharing a cell with you on
13 that day?
14   A.   Well, what you would call here the flu.
15 There were people coughing, in pain. There were people
16 who were sweating and had covered themselves up, and
17 there were some that were -- were shaking and were
18 shivering.
19   Q.   And any other symptoms of anybody that
20 you recall observing on March 3, 2003 who was a fellow
21 detainee with you on that day?
22   A.   Almost everybody had similar symptoms.
23   Q.   I understand, but were there any
24 additional symptoms than the ones you just listed for
25 me that you observed in anybody that was in that jail

209

1  cell with on March 3, 2003?
2    A.   No. The same symptoms that I told you
3  about.
4    Q.   What did you believe was wrong with these
5  people that you were housed with?
6    A.   I think it was the flu because of the
7  cold.
8    Q.   Do you have any medical training in your
9  lifetime?
10   A.   Yes.
11   Q.   What kind of medical training have you
12 had in your lifetime?
13   A.   First aid.
14   Q.   When did you receive first-aid training?
15   A.   In the Army.
16   Q.   Did you have any first-aid training as
17 part of being a police officer in Mexico?
18   A.   I did as well, but that was very basic.
19   Q.   Describe the first-aid training that you
20 received as a police officer.
21   A.   It would depend on the circumstances that
22 you find yourself confronting.
23   Q.   I don't understand your response.
24   A.   It would depend what kind of injury,
25 whether it was a person -- in what area they would be

210

1  in, whether it was a fracture, whether it was a sprain
2  or whether -- what kind of injury it was.
3    Q.   Did you take a first-aid class as part of
4  either your training for or your status as a police
5  officer in Mexico?
6    A.   Not as a police officer, but as a
7  military person, yes.
8    Q.   Okay. How many hours was the class?
9    A.   It was part of the training that we did
10 over three months. It was 24-hour-a-day training.
11   Q.   And during that three-month period of
12 time, how much of it was devoted to first-aid training?
13   A.   Could have been a couple of hours or a
14 little more.
15   Q.   Describe basically what you learned how
16 to do as a first-aid person while in the Army in
17 Mexico.
18   A.   But these things we're talking about
19 first aid, when it's in the -- in the terrain of the
20 military activity.
21   Q.   What did they teach you how to do?
22   A.   Well, you know, this is in case somebody
23 was choking or something like that. You know, it's
24 very common in Mexico where people would get kind of
25 like a flu or things like that that go away after a few

211

1  days. You could observe a person's face, see what
2  color their face is to see what kind of flu they might
3  have, what kind of fever they might be showing,
4  observing their lips, looking at throat and tongue.
5  You can look at the person's throat to see what level
6  of inflammation it has. If they show a headache, you
7  could try and determine whether it was because of a
8  blow or whether it had to do with an infection or
9  something like that.
10   Q.   And this was the type of thing that you
11 were taught how to recognize in your first-aid training
12 in the military?
13   A.   How to identify, yeah.
14   Q.   So that you could get them to appropriate
15 medical attention?
16   A.   Yeah. To the doctor, yeah.
17   Q.   Okay.
18   A.   So, yeah, you as a soldier, then you ask
19 questions, how do you feel, what's happening, and you
20 can look at that person, see if you can take them
21 somewhere, if you should take them somewhere or if
22 they're just making it up.
23   Q.   Did you have any other medical training,
24 other than what you just described for me in the
25 military or otherwise, at any time in your lifetime?

212

1    A.   No, no.
2    Q.   Okay. Let's talk about March 4, 2003.
3  Okay? And you believe that was a Tuesday; is that
4  correct?
5    A.   Yes.
6    Q.   Were you sick on March 4, 2003?
7    A.   Started to feel bad. I don't know if it
8  was because I felt like it was -- it was colder that
9  night. I don't remember well. But I think I got up
10 later that day -- late.
11   Q.   When during the day did you start to feel
12 bad?
13   A.   I can't remember if it was Monday night,
14 but I know that on Tuesday I felt bad.
15   Q.   And when you say you felt bad, describe
16 the symptoms that you were first feeling when you first
17 started to feel bad.
18   A.   I felt like headachy and I started to
19 feel that my throat was sore. My body started to feel
20 very heavy.
21   Q.   Any other symptoms that you recall that
22 you first had when you first started feeling bad?
23   A.   No. I just felt like I was feeling that
24 everything was bothering me, and I was feeling very
25 uncomfortable.

**213**

1    Q.   Did you -- at that time, when you first
2 started feeling the symptoms that you just described
3 for me, what did you believe was wrong with you?
4    A.   Maybe it was like flu.
5    Q.   Did you request medical attention on
6 March 4, 2003 from anyone?
7    A.   Yes.
8    Q.   How did you -- describe how you requested
9 medical attention.
10    A.   I told the young guy that was there who
11 spoke English that I didn't feel well and I wanted to
12 see the nurse. He said, we need to talk to the sheriff
13 first, and we were waiting for him to arrive.
14    Q.   The young guy who spoke English that you
15 were just referring to is the same individual who we
16 were talking about earlier today who helped you fill
17 out the forms requesting things from jail officials; is
18 that correct?
19    A.   Yes.
20    Q.   And when you say "the sheriff," what are
21 you referring to?
22    A.   A police officer.
23    Q.   One of the officials who ran the jail?
24    A.   I think so.
25    Q.   What time of day did you talk to this man

**214**

1 who spoke English about your need for medical
2 attention?
3    A.   I don't remember the time. It could have
4 been after noon.
5    Q.   What specifically do you recall telling
6 this man about what your medical status was?
7    A.   That I didn't feel well, I felt like I --
8 my throat was very sore. I felt like I was having
9 shakes, and my body felt -- my body felt very heavy,
10 like . . .
11    Q.   I understand how you felt, but what did
12 you tell this man about how you felt?
13    A.   What I told you I felt like: sore
14 throat, body felt heavy, a very bad headache. That's
15 what I told him.
16    Q.   What did he tell you?
17    A.   He said, let's wait for the sheriff to
18 come in.
19    Q.   Okay. Did either -- did you attempt to
20 communicate or did you communicate with any official of
21 the jail -- "sheriff" in your term -- that afternoon
22 about your illness?
23    A.   Yes.
24    Q.   Okay. Who did you speak to?
25    A.   This young guy is the one that spoke to

**215**

1 the sheriff for me, and he was interpreting what I
2 said.
3    Q.   Okay. So there was a conversation where
4 you, the young guy who spoke English and a sheriff
5 official from the jail, were participating?
6    A.   Yes.
7    Q.   Okay. What time of day was this
8 conversation?
9    A.   It was after noon.
10    Q.   Okay. Do you recall the sheriff official
11 who you spoke to? Do you know his or her name?
12    A.   No.
13    Q.   Was it a man or a woman?
14    A.   A man.
15    Q.   Do you know any -- do you recall anything
16 specific about this man at all?
17    A.   No.
18    Q.   If I had a picture of this man or you saw
19 him walk into this room, do you believe you would
20 recognize him?
21    A.   It's been a long time. Who knows.
22    Q.   How long was your conversation with this
23 man and the guy who spoke English?
24    A.   It was very rapid. I don't remember.
25    Q.   10 minutes?

**216**

1    A.   He was coming through on his patrol, so
2 it could have been less.
3    Q.   What did you tell him through the
4 interpreter?
5    A.   I wanted to see the nurse because I felt
6 very badly.
7    Q.   Did you describe your symptoms to him?
8    A.   Yes.
9    Q.   In the same way that you've described
10 them to me today?
11    A.   Yes, um-hum.
12    Q.   What was his response to you and the
13 English -- the man who spoke English who was
14 interpreting for you?
15    A.   That it couldn't be done.
16    Q.   That what could not be done?
17    A.   Couldn't see the nurse.
18    Q.   Were you -- did he tell you why?
19    A.   No, I don't remember.
20    Q.   Did you ask him why?
21    A.   I think so.
22    Q.   Okay.
23    A.   I remember I didn't see her that day,
24 that it couldn't be done. I don't remember if I was
25 waiting for her thinking she was going to come by and

217

1  then she didn't or what.
2      Q.    Do you recall seeing the nurse that day
3  at all?
4      A.    No, I don't remember. I remember I felt
5  badly, and I remember I was waiting to try and see her,
6  and I remember I didn't.
7      Q.    Do you recall anyone passing out medicine
8  in the cell on March 4, 2003?
9      A.    No, I don't remember.
10     Q.    Do you remember anything else about your
11 conversation with the jail official and the young guy
12 who spoke English that we haven't already talked about?
13     A.    The only thing I do remember is that he
14 was saying, "Tomorrow, tomorrow."
15     Q.    Who was saying "tomorrow"?
16     A.    The sheriff. He told the young guy that
17 was interpreting for me that.
18     Q.    And then young guy who was interpreting
19 for you told you?
20     A.    Well, the young guy told me "tomorrow,
21 tomorrow" in Spanish, because I think the sheriff told
22 him in English, "tomorrow, tomorrow."
23     Q.    I understand. Anything else about that
24 conversation that you remember?
25     A.    No.

218

1      Q.    Did your symptoms get worse or change in
2  any way later on March 4, 2003?
3      A.    I started feeling sleepy and started
4  feeling like I didn't feel well. I thought maybe
5  trying to go to sleep would help me a little.
6      Q.    When did your symptoms change during the
7  course of the day on March 4, 2003?
8           MR. KORDICK: Object to the form of the
9  question.
10     A.    I couldn't tell you how they changed or
11 when they changed, but I started to feel very bad.
12     Q.    (BY MR. RINGEL) Okay. Other than
13 feeling very bad, the symptoms that you've listed for
14 me, based on my memory and what I've written down, are
15 headaches, shakes, a sore throat and your body felt
16 heavy. Did you experience any other symptoms on
17 March 4, 2003 that you recall?
18     A.    I said that I started to feel sleepy. I
19 thought maybe it would be good for me to try and sleep.
20     Q.    Okay. Did you sleep, that you recall,
21 during the daytime hours of March 4, 2003?
22     A.    I think I was drowsy or I was just laying
23 down, but I don't -- no, I don't think I was able to
24 sleep. I don't know if I was or not.
25     Q.    Where was your brother when you were

219

1  having the conversation with the sheriff officer and
2  the guy who was speaking English to translate for you?
3      A.    I think he was playing chess.
4      Q.    Was your brother present at the time that
5  you were having the initial conversation with the
6  fellow who spoke English earlier that afternoon that
7  you previously described for me?
8      A.    I don't understand the question.
9      Q.    You told me a few minutes ago that you
10 had a conversation with the young man who spoke English
11 about that you needed medical attention prior to when
12 you spoke with him to the sheriff official.
13     A.    Yes.
14     Q.    Do you remember telling me about that
15 conversation?
16     A.    Yes.
17     Q.    Where was your brother when you were
18 having that conversation with the young man who spoke
19 English?
20     A.    I think he was playing chess.
21     Q.    So he was not a participant in that
22 conversation?
23     A.    No. That I can recall, no.
24     Q.    And your brother was also not a
25 participant in the conversation that you and the young

220

1  man who spoke English had with the sheriff official; is
2  that true?
3      A.    True.
4      Q.    Okay. Did you request medical assistance
5  at any other time on March 4, 2003 from anyone?
6      A.    Who else could I ask for it from except
7  the sheriffs?
8      Q.    Okay. But you only asked for it once on
9  that day; am I correct?
10     A.    True, because they told me no. They said
11 tomorrow.
12     Q.    Okay. During the evening and night of
13 March 4, 2003, did your symptoms or how you felt change
14 at all?
15     A.    Well, I think I told you that I don't
16 know, but I -- I remember getting tired. I thought
17 that if I tried to lay down and go to sleep, it would
18 be good for me, but I tried to, and I couldn't.
19     Q.    Did anything change, as far as your
20 physical condition, on March 4, 2003 in the evening or
21 the nighttime that we haven't already talked about?
22     A.    I don't remember, but I think maybe,
23 yeah, that the clothing was dirty, that they didn't
24 want to wash the clothing for us. I think that was
25 when an official that night talked to the whole group