## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2005-WM-377 (BNB)

DEPOSITION OF: ABRAHAM CARRANZA-REYES
February 6, 2006

MOISES CARRANZA-REYES,
Plaintiff
v.
PARK COUNTY, a public entity of the State of Colorado
and its governing board, THE PARK COUNTY BOARD OF COUNTY
COMMISSIONERS; PARK COUNTY SHERIFF'S OFFICE, a public
entity of the State of Colorado; FRED WEGENER,
individually and in his official capacity as Sheriff of
Park County, Colorado; MONTE GORE, individually and in
his capacity as Captain of Park County Sheriff's
Department; VICKIE PAULSEN, individually and in her
official capacity as Registered Nurse for Park County,
Colorado; JAMES BACHMAN, M.D., individually and in his
official capacity as Medical Director of the Park County
Jail,

Defendants.

TAKEN PURSUANT TO NOTICE on behalf of the Defendant Park
County at 1125 17th Street, Suite 600, Denver, Colorado
80202 at 9:00 a.m. before Laura L. Corning, Federal
Certified Realtime Reporter, Certified Shorthand
Reporter and Notary Public within Colorado.

## Page 2

APPEARANCES

For the Plaintiff:      LLOYD C. KORDICK, ESQ.
                        805 South Cascade
                        Colorado Springs, Colorado 80903
                        JOSEPH J. ARCHULETA, ESQ.
                        Law Office of Joseph Archuleta
                        1724 Ogden Street
                        Denver, Colorado 80218

For the Defendants      ANDREW D. RINGEL, ESQ.
Park County, Park       Hall & Evans, LLC
County Board of         1125 17th Street
Commissioners, Park     Suite 600
County Sheriff's        Denver, Colorado 80202-2037
Office, Wegener,
Gore:

For the Defendant       JOSH A. MARKS, ESQ.
Paulsen:                Berg Hill Greenleaf
                          & Ruscitti, LLP
                        1712 Pearl Street
                        Boulder, Colorado 80302

For the Defendant       ANDREW W. JURS, ESQ.
Bachman:                Johnson McConaty & Sargent, P.C.
                        400 South Colorado Boulevard
                        Suite 900
                        Glendale, Colorado 80246

Also Present:           Bety Ziman, Interpreter
                        Moises Carranza-Reyes

## Page 3

EXHIBIT 4

I N D E X

| EXAMINATION OF ABRAHAM CARRANZA-REYES: | PAGE |
|---|---|
| February 6, 2006 | |
| By Mr. Kordick | 188 |
| By Mr. Archuleta | -- |
| By Mr. Ringel | 5, 196 |
| By Mr. Marks | 173 |
| By Mr. Jurs | 188 |

| DEPOSITION EXHIBITS | INITIAL REFERENCE |
|---|---|
| 37  Statement | 33 |
| 38  U.S. Department of Justice Notice of Action | 42 |

(Original exhibits attached to original deposition;
copy exhibits included in continuing exhibit file;
copies provided to counsel as requested.)

REQUESTED PORTIONS OF TESTIMONY:                    PAGE
(None.)

REFERENCES TO EXHIBITS MARKED PREVIOUSLY:
Exhibit No.     Page Reference
    16              114
    17              115

## Page 4

1    WHEREUPON, the within proceedings were
2 taken pursuant to the Federal Rules of Civil
3 Procedure:
4    (At this time Mr. Archuleta was not
5 present in the deposition room.)
6    MR. KORDICK: For the record, I'm Lloyd
7 Kordick, and I represent Moises Carranza-Reyes as his
8 legal attorney, and I -- Mr. Carranza-Reyes -- Moises
9 Carranza-Reyes is represented by a David Simmons, who
10 is an immigration attorney, in the sense that he does
11 exclusively immigration work --
12    BETY ZIMAN,
13 having been first duly sworn to interpret Spanish to
14 English and English to Spanish, and
15    ABRAHAM CARRANZA-REYES,
16 having been first duly sworn to state the whole truth,
17 was examined and testified through the interpreter as
18 follows:
19    MR. KORDICK: Just that David Simmons
20 represents my client, Moises Carranza-Reyes, and
21 apparently I spoke with him with reference to my
22 client -- and he also represents Abraham Carranza-
23 Reyes, his twin brother. He had indicated that he was
24 directing Mr. Abraham Carranza-Reyes to plead the Fifth
25 Amendment against self-incrimination, if any questions

49

1   Q.   Was your wife working at that time, after
2   your marriage?
3   A.   No.
4   Q.   What was your brother's health like in
5   Mexico?
6   A.   Good.
7   Q.   Did he have any medical problems or
8   issues of any kind when the two of you were growing up
9   in Mexico, that you remember?
10  A.   I don't understand the question.
11  Q.   Okay. Did your brother after -- was your
12  brother ever in the hospital in Mexico while you were
13  also living in Mexico, that you remember?
14  A.   Yes.
15  Q.   Why?
16  A.   It's been a long time.
17  Q.   Okay. You remember your brother being in
18  the hospital when you were growing up in Mexico?
19  A.   Yes.
20  Q.   Do you remember what the nature of the
21  medical problem was that your brother had?
22  A.   Yes.
23  Q.   What was the nature of the problem?
24  A.   It had something to do with his knees.
25  He used to complain that they hurt and tell that to my

50

1   mom, and she knows more about that, so she took him to
2   the hospital.
3   Q.   Did your brother have surgery on both of
4   his knees?
5   A.   Yes.
6   Q.   Was it -- was your brother injured or did
7   he have a problem with his knees that developed since
8   he was born?
9   A.   I wouldn't be able to tell you.
10  Q.   Okay. Did you ever have a problem with
11  your knees?
12  A.   Me?
13  Q.   Yes.
14  A.   No.
15  Q.   How long was your brother in the hospital
16  related to his knees, if you remember?
17  A.   Two or three days. I don't recall.
18  Q.   How old were you when your brother was in
19  the hospital for his knees?
20  A.   13, 14 years old. I don't recall.
21  Q.   So that would have been around 1990?
22  A.   Could be. I don't know the year.
23  Q.   But you remember you were about -- you
24  were a teenager?
25  A.   Yes.

51

1   Q.   And you were still going to school at the
2   time?
3   A.   Oh, yes.
4   Q.   And your brother was still going to
5   school at the time?
6   A.   Yes.
7   Q.   Do you remember the name of the hospital?
8   A.   Hospital Infantil Del Nino. Children's
9   Hospital in Mexico.
10  Q.   And that hospital is in Mexico City?
11  A.   Yes.
12  Q.   Is it in the Federal District or in
13  another part?
14  A.   Federal District.
15  Q.   Is that a big hospital?
16  A.   It is my understanding that it is.
17  Q.   I've never been there. You've been
18  there, correct?
19  A.   Yes.
20  Q.   Okay. How does it compare to Denver
21  Health hospital?
22  A.   One story.
23  Q.   Okay. Was your brother ever in the
24  hospital for any -- at any other time in Mexico other
25  than his knee problem, that you're aware of?

52

1   A.   Could be.
2   Q.   Do you have a recollection of why your
3   brother was in the hospital on another occasion?
4   A.   Yes.
5   Q.   Why was your brother in the hospital on
6   another occasion?
7   A.   He mentioned to me that he was in the
8   military central hospital.
9   Q.   Is that hospital also in the Federal
10  District of Mexico City?
11  A.   I would say so.
12  Q.   Do you know what your brother was being
13  treated for in the military Central Hospital?
14  A.   Yes.
15  Q.   What was he being treated for?
16  A.   Because he told me he had had
17  hemorrhoids.
18  Q.   Okay. When your brother was treated for
19  hemorrhoids, where were you living?
20  A.   I was in Chicago.
21  Q.   So you weren't in Mexico during that
22  period of time.
23  A.   No.
24  Q.   Do you know what year your brother was
25  treated for hemorrhoids?

### 53

1  A.  No.
2  Q.  But it had to have been between 1999 and
3  2002; is that true?
4  A.  Yes.
5  Q.  Other than your brother's knee problem
6  and your brother's hemorrhoids problem, are you aware
7  of any other treatment in a hospital that he received
8  in Mexico?
9  A.  Yes.
10 Q.  What other time was he treated in a
11 hospital?
12 A.  When we first arrived in the United
13 States.
14 Q.  In Mexico, other than your brother's knee
15 problem and his hemorrhoid problem, was he ever treated
16 in a hospital?
17 A.  No.
18 Q.  Are you aware of your brother receiving
19 medical treatment of any kind in Mexico other than for
20 his knee problem and his hemorrhoid problem?
21 A.  What?
22 Q.  Your brother received medical care for
23 knee surgery -- for his knees, correct?
24 A.  That is correct, sir.
25 Q.  Your mother -- excuse me.  Your brother

### 54

1  also received medical care for hemorrhoids, correct?
2  A.  Yes.
3  Q.  Other than his knees and his hemorrhoids,
4  are you aware of your brother receiving medical care
5  for anything in Mexico?
6  A.  No.
7  Q.  Did you have a regular doctor in Mexico
8  growing up?
9  A.  No.
10 Q.  Did your brother?
11 A.  I don't -- I think he didn't.
12 Q.  Would you go see the doctor for a checkup
13 once a year or something like that when you were
14 growing up?
15 A.  Yes.
16 Q.  Who was that doctor?
17 A.  To the children's hospital.
18 Q.  Did your brother also have annual or
19 periodic checkups at that same hospital?
20 A.  Well, I don't know if it was a checkup,
21 but we would get our vaccines.
22 Q.  Okay.  You'd get vaccines, and would the
23 doctor look at your eyes and your throat and that kind
24 of thing?
25 A.  Yes.

### 55

1  Q.  The doctor did some kind of physical
2  checkup of you when you went to the children's
3  hospital?
4  A.  Yes.
5  Q.  And you and your brother went to the same
6  doctor?
7  A.  No.
8  Q.  Okay.  Would you go with your brother at
9  the same time or different times?
10 A.  Different times.
11 Q.  But you believe your brother went to the
12 same hospital.
13 A.  Yes.
14 Q.  Do you recall your brother being allergic
15 to anything growing up?
16 A.  No.
17 Q.  Was your brother a sick child or a
18 healthy child?
19 A.  Healthy child.
20 Q.  Was anybody in your family sick growing
21 up?
22 A.  No.
23 Q.  Does your family have any medical history
24 of serious illnesses?
25 A.  No.

### 56

1  Q.  Has anyone in your family had cancer?
2  A.  Yes.
3  Q.  Who?
4  A.  My grandmother.
5  Q.  What was her name?
6  A.  Adolfina.
7  Q.  What kind of cancer did she have?
8  A.  I don't know.
9  Q.  When did she pass away, if she did?
10 A.  No, she didn't.
11 Q.  She's still alive?
12 A.  Yes.
13 Q.  Did she live with you growing up?
14 A.  Yes and no.
15 Q.  Does she live with your mother now?
16 A.  Yes.
17 Q.  Is this your mother's mother?
18 A.  Yes.
19 Q.  What's her last name?
20 A.  Garay-Cabrera.
21 Q.  How old is she?
22 A.  90-something.
23 Q.  Wow.  When did she have cancer?
24 A.  I don't recall.
25 Q.  Okay.  Were you in the United States or

**65**

1  City?
2  A.  To Sonora.
3  Q.  And that's a state in Mexico?
4  A.  Yes, sir.
5  Q.  And that state is along the United
6  States-Mexican border; is that true?
7  A.  Yes.
8  Q.  How long did it take you to get from
9  Mexico City to Sonora?
10 A.  A day or two. A couple of days.
11 Q.  How did you travel?
12 A.  By bus.
13 Q.  Who traveled with you?
14 A.  My brother, my wife.
15 Q.  Anyone else?
16 A.  No.
17 Q.  How long was the actual time you were
18 driving in the bus?
19 A.  I don't know. It could be one or two
20 days.
21 Q.  How many kilometers is it, approximately,
22 if you know?
23 A.  No, I do not know.
24 Q.  What possessions did you have with you
25 for that bus trip?

**66**

1  A.  Our personal items.
2  Q.  Describe everything that you had with you
3  that you remember.
4  A.  Jacket, my Bible, cologne, toilet paper,
5  money.
6  Q.  How much money?
7  A.  I don't recall, but it was a good amount.
8  Q.  Dollars or pesos?
9  A.  Dollars.
10 Q.  Does $5,000 sound right to you?
11 A.  No.
12 Q.  Less than that or more than that?
13 A.  Less.
14 Q.  What else do you remember having with you
15 on that bus trip?
16 A.  Cookies, food that we would purchase when
17 the bus would make a stop, drinking soda. Well, more
18 or less, we did not have that many things.
19 Q.  Change of clothes?
20 A.  Yes.
21 Q.  How many?
22 A.  One.
23 Q.  A full set of clothes, including
24 undergarments?
25 A.  Yes.

**67**

1  Q.  But just one.
2  A.  One or two, I don't remember exactly.
3  Q.  Okay. What was the temperature like
4  outside?
5      MR. KORDICK: Object to the form of the
6  question.
7  A.  The temperature where?
8  Q.  (BY MR. RINGEL) The temperature in
9  Mexico during the -- your bus trip.
10     MR. KORDICK: Object to the form of the
11 question.
12 A.  I don't understand. Inside the bus,
13 outside of the bus?
14 Q.  (BY MR. RINGEL) Outside of the bus.
15 A.  It was pleasant.
16 Q.  Do you have any idea what it was in
17 Celsius or centigrade?
18 A.  No.
19 Q.  How heavy was your jacket?
20 A.  It was like this one (indicated).
21 Q.  Fair to say, medium-weight jacket?
22 A.  Yeah, because it was like a vest.
23 Q.  Do you still have that vest?
24 A.  No.
25 Q.  What happened to it?

**68**

1  A.  Well, I don't recall.
2  Q.  How did you support yourself when you
3  were in Mexico in 2002 and 2003?
4  A.  I had my money.
5  Q.  How much money did you bring back with
6  you?
7      MR. KORDICK: I object to the form.
8  A.  Back or there? What do you mean? I
9  don't understand "how much money."
10     MR. KORDICK: Maybe you can --
11 Q.  (BY MR. RINGEL) When you came back to
12 Mexico from the United States, how much money did you
13 bring back with you?
14 A.  I would say about 8, 9 hundred dollars.
15 Q.  Okay. Was anybody sick on the bus?
16 A.  You mean on my way back to the U.S.?
17 Q.  No. I'm sorry. On the bus from Mexico
18 City to Sonora, was anyone ill?
19 A.  No.
20 Q.  Was it a regular size bus? How big was
21 the bus?
22 A.  A regular -- regular bus. Like a
23 Greyhound.
24 Q.  Was it full?
25 A.  Partially.

Page 77

1  brother was behind us, ahead of us, and I don't recall
2  what else I had.
3  Q.   What was in your little bag?
4  A.   My food.
5  Q.   How much water did you take?
6  A.   I had about a gallon, big gallon.
7  Q.   What did your brother have with him?
8  A.   Similar things.
9  Q.   What did your wife have with her?
10 A.   Water, same.
11 Q.   What was the temperature outside when you
12 were walking?
13 A.   It was pleasant.
14 Q.   Do you have any estimate about what the
15 temperature was in centigrade?
16 A.   No.
17 Q.   Was anyone who walked with you sick or
18 ill in any fashion, that you observed?
19 A.   No.
20 Q.   Did anyone that you were walking with
21 have a rash or a bite from an insect or anything like
22 that?
23 A.   No.
24 Q.   Do you have any estimate of the number of
25 kilometers that you walked?

Page 78

1  A.   I have no idea.
2  Q.   When you crossed the border to the United
3  States in 1999, did you follow a similar route?
4  A.   Similar, yes.
5  Q.   Also from Agua Prieta, correct?
6  A.   Yes.
7  Q.   Did you stay in the same hotel?
8  A.   No.
9  Q.   Did you know any of the people that
10 traveled with you in the group of 11 or 12, other than
11 your brother or your wife?
12 A.   No.
13 Q.   All right. You get to the United States
14 and a vehicle arrives to pick you up; is that correct?
15 A.   That is correct.
16 Q.   What was the -- what did the vehicle look
17 like? What kind of vehicle was it?
18 A.   It was a big vehicle.
19 Q.   Was it a car or a truck?
20 A.   It was a truck.
21 Q.   Was it a pickup truck or an SUV?
22 A.   I don't know brands, makes.
23 Q.   Okay. Did all of you go in the truck
24 together?
25 A.   Yes.

Page 79

1  Q.   Who was driving the truck?
2  A.   I don't know that person.
3  Q.   Okay. How many people were in the truck
4  in total?
5  A.   The same people.
6  Q.   Okay. Plus somebody who was driving the
7  truck, right?
8  A.   Yes, of course.
9  Q.   Was it a man or a woman who drove the
10 truck?
11 A.   It was a male.
12 Q.   Okay. Of the approximately 12 people
13 that were in the truck, how many were men and how many
14 were women?
15 A.   I would guess half and half.
16 Q.   How many were children?
17 A.   I think there were two girls.
18 Q.   How old were they?
19 A.   Little girls.
20 Q.   Babies?
21 A.   One of them was a baby.
22 Q.   The older one was a toddler?
23 A.   Perhaps she was four years old.
24 Q.   Where did you -- where were you in the
25 truck when you got in it?

Page 80

1  A.   You lie down at the bed of the truck.
2  Q.   Was there anything in the back of that
3  truck?
4  A.   Seats.
5  Q.   Okay. But you were lying down in the
6  back. Was it -- did the truck have a roof where you
7  were, or not?
8  A.   No, I did not lay down in the back.
9  Q.   Okay. Where were you physically located
10 when you got in the truck?
11 A.   In the middle.
12 Q.   Okay. In a seat?
13 A.   No. I lied down.
14 Q.   Okay. Was there a back of the truck that
15 was uncovered?
16 A.   Maybe.
17 Q.   Where was your brother?
18 A.   To my side.
19 Q.   Lying down, also?
20 A.   Yes.
21 Q.   How many people were lying down in the
22 place where you were lying down?
23 A.   I don't recall.
24 Q.   Was this a commercial truck or was this a
25 truck that you would see an average person driving down

* SUBJECT TO CONFIDENTIALITY DESIGNATIONS *

85

1　Spanish.
2　Q.　Did your brother go with you?
3　A.　No.
4　Q.　Did your wife?
5　A.　No.
6　Q.　Was there anybody sick in the house?
7　A.　No.
8　Q.　Was the house clean?
9　A.　Yes.
10　Q.　Did you clean the house?
11　A.　We all helped.
12　Q.　Whose house was it?
13　A.　I don't know.
14　Q.　Did you have to pay to stay in the house?
15　A.　No.
16　Q.　Do you remember anything else you did
17　during the time that you were in Phoenix, during that
18　two- or three-day period of time, that we haven't
19　already talked about?
20　A.　I don't remember.
21　Q.　At some point you left that house,
22　correct?
23　A.　Yes.
24　Q.　How did you leave that house?
25　A.　In a vehicle.

86

1　Q.　What did the vehicle look like?
2　A.　I don't recall. It was a car, a truck.
3　Q.　Was it a different vehicle than the van,
4　or was it the same van?
5　A.　It was different from the van.
6　Q.　Okay. What did you take with you in the
7　vehicle?
8　A.　Once again, my personal items.
9　Q.　The same personal items that we've
10　already talked about that you took with you across the
11　border to the United States?
12　A.　Yes.
13　Q.　Who was with you in this vehicle?
14　A.　My brother, my wife and other people.
15　Q.　How many other people?
16　A.　I don't recall. There were about 10 or
17　11.
18　Q.　Was it the same people that had been
19　staying in the house with you, or different people?
20　A.　Different people.
21　Q.　Were there people in the vehicle when you
22　first got into the vehicle at the house?
23　A.　Yes.
24　Q.　How many?
25　A.　I don't know. About 10, 11. I didn't

87

1　count.
2　Q.　Were you the last stop before you hit the
3　road, or were there other stops after the house where
4　you were at?
5　A.　We boarded with my wife and my brother,
6　but I don't recall. Seems to me, yes, but I don't
7　recall.
8　Q.　"Seems to me, yes," what? That you --
9　that there were other stops or you were the last people
10　picked up?
11　A.　I don't recall. I was sleeping. Perhaps
12　it would stop to gas up.
13　Q.　Did any of the people that you walked
14　across the border with travel with you in this second
15　vehicle, other than your brother and your wife?
16　A.　No.
17　Q.　Was anyone in the second vehicle sick?
18　A.　I don't know.
19　Q.　At some point the -- this second vehicle
20　is stopped by law enforcement in the United States; is
21　that correct?
22　A.　Yes.
23　Q.　How long were you in the vehicle from the
24　time it picked you up at the house until it was
25　stopped?

88

1　A.　Several hours. I don't recall.
2　Q.　More than 10 hours or less than 10 hours?
3　A.　More or less, like 10 hours. I don't
4　know.
5　Q.　Where were you going in this second
6　vehicle?
7　A.　I was going to Chicago.
8　Q.　Was everybody in the vehicle going to
9　Chicago, or were others going to different places in
10　the United States?
11　A.　I don't know.
12　Q.　Do you know what highway route you took
13　from Phoenix?
14　A.　No.
15　Q.　Do you know where you were stopped by law
16　enforcement in the United States?
17　A.　Yes.
18　Q.　Where?
19　A.　In the mountains.
20　Q.　Do you know what state it was in?
21　A.　Colorado.
22　Q.　Did you drive -- do you recall the second
23　vehicle stopping from the time that you were in the --
24　you got into it at the house to the time you were
25　stopped in Colorado by law enforcement?

**133**

1   A.   No.
2   Q.   I want to talk to you about the first
3   full day you were in the jail. Okay?
4   A.   I did not understand your question.
5   Q.   Okay. This next series of questions is
6   going to be about March 2, 2003 -- okay? -- which I
7   understand is the second day you're in the jail; is
8   that correct?
9   A.   That is right.
10  Q.   Was your brother sick at all that day?
11  A.   No.
12  Q.   Did you observe others in the cell being
13  sick on March 2, 2003?
14  A.   Many people.
15  Q.   Okay. How did they manifest their
16  illness to you on March 2, 2003?
17       MR. KORDICK: Object to form.
18  A.   Because they were coughing, they had
19  mucus coming out of their noses. Oh, you know, there
20  was a guy, the one that was sleeping right next to
21  Moises -- this guy, his eyes were teary. I recall that
22  Moises used to bring him food -- used to bring him
23  food. You see, the same as he -- I think that he's the
24  one who was the sickest of them. There were so many
25  people that they couldn't -- and, you know, then --

**134**

1   well, you know, I wasn't able to have that much of a
2   dialogue with them because we were just getting to know
3   each other.
4   Q.   (BY MR. RINGEL) What other physical
5   manifestations of illness did you observe in your
6   fellow detainees on March 2, 2003?
7   A.   Well, the issue with the cough, the cold,
8   the eyes, then it wasn't normal that they didn't want
9   to eat, loss of appetite. Their mouth was very dry and
10  they had cracks, bloody cracks on their lips. That is
11  more or less what I recall.
12  Q.   Okay. Do you recall anyone vomiting on
13  March 2, 2003?
14  A.   Could be, because -- because the toilet
15  seats always had vomit on them, and they -- there was
16  spit around them.
17  Q.   At any time March 2, 2003 were the people
18  in this cell block, including yourself, provided with
19  cleaning materials of any kind?
20  A.   As we are talking right now, on March the
21  2nd, the only thing we got that day was like a
22  bucket -- well, it was more like a wheel bucket with
23  water, and they also gave us -- what do they call it
24  here? It was like a mop. They gave us a mop for us to
25  clean the place up. That's what I recall.

**135**

1   Q.   Did anybody who was a detainee clean the
2   cell up on March 2, 2003, that you observed?
3   A.   Truth be told, no. That, I did not -- I
4   didn't notice.
5   Q.   Okay. Did you have breakfast on March 2,
6   2003?
7   A.   Yes.
8   Q.   Did Moises eat breakfast?
9   A.   I would think he did.
10  Q.   Did you have a midday meal or lunch on
11  March 2, 2003?
12  A.   Of 2003. Okay. Yes.
13       THE INTERPRETER: I need a water.
14       MR. RINGEL: Okay.
15       THE INTERPRETER: Thank you.
16       MR. RINGEL: No problem.
17       (At this time Mr. Marks left the
18  deposition room.)
19  Q.   (BY MR. RINGEL) Okay. Do you recall
20  having an evening meal on March 2, 2003?
21  A.   Yes.
22  Q.   What did you do during the daytime of
23  March 2, 2003?
24  A.   Well, I like to play dexterity games, and
25  they had a chess set. As of that day we started to

**136**

1   play like champion chess.
2   Q.   You had a tournament of chess amongst the
3   detainees; is that fair?
4   A.   Yes.
5   Q.   If you kept winning, you kept getting to
6   play?
7   A.   That is correct.
8   Q.   Did Moises play chess?
9   A.   Yes, he does.
10  Q.   Did he play on that day?
11  A.   Yes. All of us who knew how to play, we
12  were playing.
13       THE INTERPRETER: Like a round-robin.
14  Q.   (BY MR. RINGEL) Did you do anything else
15  other than play chess that day?
16  A.   We were playing dominoes, anything that
17  passed the time.
18  Q.   Were you taken outside or -- for
19  recreation?
20  A.   The guys did.
21  Q.   Were you taken outside -- did you have
22  the opportunity to go -- to go outside for recreation?
23  A.   Yes.
24  Q.   Did you go outside?
25  A.   No.

**137**

1  Q.  Did your brother?
2  A.  I don't know. I don't think so.
3  Q.  Did anybody come by during any time of
4  March 2, 2003 and provide medicine to the detainees who
5  were in the cell with you?
6  A.  I don't recall exactly.
7  Q.  Okay. Do you recall anything unusual
8  happening on March 2, 2003?
9  A.  No, I don't recall.
10  Q.  Let's talk about the next day, March 3rd
11  of 2003. Okay?
12  A.  Fine.
13  Q.  So your third day in the jail. Okay?
14  A.  Is it the 3rd?
15  Q.  You arrived on the 1st, and now it's the
16  3rd, so it would be the third calendar day that you
17  were in the jail.
18  A.  Yes. Calendar day, yes.
19  Q.  Okay. Was your brother sick on March 3,
20  2003, that you remember?
21  A.  He was not sick.
22  Q.  Okay. What was the first day, in terms
23  of a calendar day, that you recall your brother being
24  sick?
25  A.  The calendar. I -- okay. I think this

**138**

1  was -- he started to feel -- his throat was hurting,
2  headaches -- because he told me so -- that happened
3  Tuesday afternoon. Is it Tuesday? The 4th?
4  Q.  You think it was Tuesday in terms of the
5  day of the week, but you don't know what calendar day
6  it was?
7  A.  It was Tuesday.
8  Q.  Okay. What did you observe in terms of
9  physical manifestations of other people who were sick
10  on March 3, 2003 in that cell?
11  A.  I apologize. I don't understand the
12  question. What do you mean "physical"?
13  Q.  Okay. What did you observe in terms of
14  the condition of others in the cell on March 3, 2003
15  that led you to believe they were ill?
16  A.  Their state of mind. You know, many of
17  them were just sleeping, and under their beds there was
18  lots of paper. Some of them even didn't want to eat,
19  and that is the difference that I noticed.
20  Q.  Okay. Do you recall anybody bringing
21  medicine to anyone in the cell on March 3, 2003?
22  A.  March the 3rd? That would be a Monday.
23  I don't recall.
24  Q.  Do you recall anyone bringing medicine to
25  the cell at any time that you were there?

**139**

1  A.  Yeah, I think that there was a guy. He
2  had something that helped him to, you know --
3      THE INTERPRETER: And the interpreter
4  believes it's an inhaler for asthma.
5  Q.  (BY MR. RINGEL) Okay. Did the nurse
6  ever come by the cell and hand out medicine to a
7  variety of people who were in the cell at any time that
8  you were in the jail?
9  A.  Yes.
10  Q.  How many times?
11  A.  Twice a day, I think.
12  Q.  Did that happen every day that you were
13  there or not every day that you were there?
14  A.  Not every day, as far as I remember.
15  Q.  Did it happen every work -- or every
16  weekday and not on weekends, or was it not
17  differentiated in that fashion?
18  A.  There was no -- there was no control.
19  Q.  That was not the pattern?
20  A.  I don't know.
21  Q.  Okay. Did someone bring medicine around
22  twice a day every day, whether it was the nurse or not?
23  A.  Yes.
24  Q.  What was the first symptoms of illness
25  your brother had?

**140**

1  A.  His throat was sore. He felt like a
2  tickling in it, raspy. In my thinking it was like cold
3  symptoms, like his head hurt. That's it. Those were
4  the symptoms.
5  Q.  What did you think was wrong with your
6  brother at the beginning of when he first became sick?
7  A.  Well, it looked to me like he was
8  catching a cold, as I mentioned to you.
9  Q.  At some point during the time you were
10  with your brother in jail, did you believe something
11  was wrong with him that was more serious than a cold?
12  A.  Yes.
13  Q.  When?
14  A.  Wednesday and Thursday and Friday,
15  Saturday he was -- it was critical.
16  Q.  Okay. By Wednesday, you thought there
17  was something wrong with your brother other than a
18  cold; is that correct?
19  A.  At night.
20  Q.  Wednesday night.
21  A.  Yes.
22  Q.  Wednesday night what did you think was
23  wrong with your brother?
24  A.  It wasn't more than that cold -- okay.
25  Wednesday night he felt very tired. His throat was

Carranza-Reyes v. Park County                                           Abraham Carranza-Reyes

141

1  bothering him even more. And, you know, to tell you
2  very frankly, I didn't notice. He coughed, and there
3  was blood on the paper, and I don't know if the blood
4  came from his nose or from his mouth. A lot of mucus.
5            And I noticed that -- I had noticed
6  another guy's before that, his lips were very chapped,
7  like he was dehydrating. That's what I remember about
8  that Wednesday.
9      Q.   That was your brother's condition
10 Wednesday night.
11     A.   That's more or less what I remember.
12     Q.   Okay. At that point Wednesday night, you
13 thought it was more serious than a cold, but what did
14 you think was wrong with your brother?
15     A.   That it was a bad cold. It wasn't just a
16 cold, but a more serious condition.
17     Q.   Like the flu?
18     A.   Yes.
19     Q.   Did you think your brother had the flu
20 Wednesday night?
21     A.   Not as bad, but I thought it was a very
22 bad cold.
23     Q.   Okay. At some point did you think your
24 brother had something different than a cold or the flu?
25           MR. KORDICK: I object to the form,

142

1  because I don't know if you're talking about that day
2  or the whole time he was there.
3            MR. RINGEL: Fair clarification.
4      Q.   (BY MR. RINGEL) Throughout the entire
5  time he was in the jail with you.
6      A.   Well, you see, I come back -- I'm going
7  back now to Wednesday. You see, it looked strange to
8  me, because supposedly he had been to see the nurse on
9  that day, and they told me they gave him some
10 brown-looking pills. And I understand that when you're
11 giving him medication for him to improve, not for him
12 to worsen.
13     Q.   Okay. I'm not sure you understood my
14 question, so let me ask it again.
15     A.   (IN ENGLISH) Okay.
16     Q.   From Wednesday night through the rest of
17 the time your brother was in the jail, was there a
18 point in time where you believed your brother was sick
19 with something different than a cold or the flu?
20           (At this time Mr. Marks entered the
21 deposition room.)
22     A.   Well, the problem is that from Wednesday
23 on the symptoms changed. I was looking at him, I was
24 watching over him. He had fever, and then he had pain
25 in his lower back.

143

1      Q.   Let me interrupt. When did he start
2  having fever?
3            MR. KORDICK: Wait. Stop. He didn't get
4  to finish his answer. I object to not letting him
5  finish.
6            MR. RINGEL: I'm trying to clarify
7  something. You can object all you want.
8            MR. KORDICK: Well, he didn't finish his
9  last answer.
10     Q.   (BY MR. RINGEL) Okay. Finish the rest
11 of your answer.
12     A.   Well, I --
13     Q.   When did your brother start having fever?
14     A.   Thursday he started, with the pain. I
15 used to massage his back, and I remember I was already
16 worried. I realized that this was not so normal, and I
17 remember he asked to go to the infirmary.
18     Q.   Okay.
19     A.   And then he told me that -- when he came
20 back, that the nurse had said that -- the height. It
21 wasn't only my brother who said that to me; the guy
22 that went with him said the same thing.
23           MR. KORDICK: This isn't an objection,
24 but by "height," you mean altitude?
25           THE INTERPRETER: Yes. Altitude.

144

1            MR. KORDICK: Okay.
2            THE INTERPRETER: I stand corrected.
3  Thank you, sir.
4      Q.   (BY MR. RINGEL) What symptoms did your
5  brother have on Thursday?
6      A.   Fever, he was very weak, he was walking
7  kind of slow, he was shaky, he was having cold sweats.
8  You know, when you finish eating, you burp. He was
9  burping constantly. He had lots of gas in his stomach.
10 And I kept saying, This makes no sense. And I was
11 asking, What did the nurse say? And he said that she
12 gave him a double doses of some pills, for him to drink
13 them in some pink liquid. And the guy that went with
14 him told me the same thing. It looked very, very
15 strange to me.
16     Q.   Okay. Did your brother have any other
17 symptoms on Thursday than what you've described for me?
18     A.   You know, that's as far as I remember,
19 but he was getting worse and worse as time progressed.
20 He kept on . . .
21     Q.   What additional symptoms did your brother
22 have on Friday?
23     A.   Well, by Friday he couldn't even stand
24 up. Oh, I remember that that nurse came up, and there
25 was another guy there, prostrated there, that was the