IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION**
with proposed order

---

    Defendants the Park County Board of County Commissioners, Fred Wegener, Monte Gore and Vickie Paulsen, by and through their respective counsel, Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C. and Josh A. Marks, Esq. and Melanie B. Lewis, Esq. of Berg Hill Greenleaf & Ruscitti, LLP, hereby submit this Unopposed Motion for Extension of Time to Submit Response to Plaintiff's Motion for Reconsideration, and as grounds therefore state as follows:

    1.    Plaintiff Moises Carranza-Reyes filed his Motion for Reconsideration of Oral Ruling Re: Michael Niederman, M.D. and Robert Greifinger, M.D. on October 26, 2007. Pursuant to the applicable Federal Rules of Civil Procedure and the Local Rules of the United

States District Court for the District of Colorado, the Defendants' Response to the Plaintiff's Motion for Reconsideration is due on or before November 15, 2007.  Defendants respectfully request an extension of twenty (20) days until and including December 5, 2007, to submit their Response to Plaintiff's Motion for Reconsideration of Oral Ruling Re:  Michael Niederman, M.D. and Robert Greifinger, M.D.

2. Defendants request this extension of time to submit their Response to Plaintiff's Motion for Reconsideration for several different reasons.  First, a mediation in this matter has been scheduled for November 16, 2007, before David W. Aemmer, Esq., Chief Circuit Mediator of the Circuit Mediation Office of the United States Court of Appeals for the Tenth Circuit.  Counsel for the Defendants did not believe it was appropriate to spend the resources to respond to the Plaintiff's Motion for Reconsideration in light of the upcoming mediation.  Second, the individual Defendants have initiated appeals of this Court's denial of their qualified immunity from the Plaintiff's 42 U.S.C. § 1983 claims against them in their individual capacities.  Thus, this Court may not proceed to trial until after the Tenth Circuit resolves the interlocutory appeal.  Accordingly, there is no need for a quick resolution of the issues raised in the Plaintiff's Motion for Reconsideration.  Third, the trial in this matter is not until April 14, 2008, so this extension will still allow this Court the opportunity to resolve the issues raised by the Plaintiff's Motion for Reconsideration long before trial.  Fourth, and finally, counsel for the Defendants requires the opportunity to review the documentation attached to the Plaintiff's Motion for Reconsideration, along with the entirety of the transcript of the evidentiary hearing held before this Court to prepare an appropriate response to the Plaintiff's Motion for Reconsideration.

3

       3.      Pursuant to D.C.Colo.L.Civ.R. 7.1(A) counsel for these Defendants contacted counsel for the Plaintiff, William A. Trine, Esq., prior to filing the instant Motion. Mr. Trine indicated that the Plaintiff does not oppose this Motion.

       4.      Pursuant to D.C.Colo.LCiv.R. 6.1(D), undersigned counsel has served his client representative with a copy of this Motion as indicated on the attached Certificate of Mailing.

WHEREFORE, for all of the foregoing reasons, Defendants Park County Board of County Commissioners, Fred Wegener, Monte Gore and Vickie Paulsen, respectfully request this Court extend the deadline for the Defendants to submit their Response to Plaintiff's Motion for Reconsideration of Oral Ruling Re: Michael Niederman, M.D. and Robert Greifinger, M.D. until and including December 5, 2007, and for all other and further relief as this Court deems just and appropriate.

Dated this 15th day of November, 2007.

        Respectfully submitted,


        s/ Andrew D. Ringel_____
        Andrew D. Ringel, Esq.
        Jennifer L. Veiga, Esq.
        Hall & Evans, L.L.C.
        1125 17th Street, Suite 600
        Denver, Colorado 80202-2052
        Tel:  (303) 628-3300
        Fax:  (303) 293-3238

        **ATTORNEYS FOR DEFENDANTS**
        **BOARD OF COUNTY**
        **COMMISSIONERS OF PARK**
        **COUNTY, FRED WEGENER**
        **AND MONTE GORE**

and

        Josh A. Marks, Esq.
        Melanie B. Lewis, Esq.
        Berg Hill Greenleaf & Ruscitti, LLP
        1712 Pearl Street
        Boulder, CO 80302
        Tel: (303) 402-1600
        Fax: (303) 402-1601
        jam@bhgrlaw.com
        mbl@bhgrlaw.com

        **ATTORNEYS FOR DEFENDANT**
        **VICKIE PAULSEN**

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 15th day of November 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

William A. Trine, Esq.
btrine@trine-metcalf.com

Adele P. Kimmel, Esq.
akimmel@publicjustice.net

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant via U.S. Mail, first-class postage prepaid and addressed as follows:

Defendants:
c/o Lee Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffmann & Carberry, P.C.
675 Main Street
P.O. Box 1046
Fairplay, CO 80440

s/Loree Trout,   Secretary to   .
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\users\RINGELA\park\Carranza-Reyes\motion to extend response to reconsider.doc

5