IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, et. al.

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter comes before the Court on the Defendants' Unopposed Motion for Extension of Time to Submit Response to Plaintiff's Motion for Reconsideration.  Having reviewed the Motion, and being fully advised, the Court hereby Order the Motion is granted and Defendants shall have until and including December 5, 2007, to submit their Response to Plaintiff's Motion for Reconsideration of Oral Ruling Re:  Michael Niederman, M.D. and Robert Greifinger, M.D.

Dated this ____ day of November, 2007.

By the Court:

_____
Walker D. Miller
United States District Court Judge