IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

      Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

      Defendants.

---

**VOLUNTARY STIPULATED DISMISSAL OF DEFENDANTS
FRED WEGENER, MONTE GORE, AND VICKIE PAULSEN**
with proposed Order

---

Plaintiff Moises Carranza-Reyes and Defendants Fred Wegener, Monte Gore and, Vickie Paulsen, R.N., by and through their respective counsel, William Trine, Esq. and Cheryl Trine, Esq. of Trine & Metcalf, P.C., Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., and Josh A. Marks, Esq. and Melanie B. Lewis, Esq. of Berg Hill Greenleaf & Ruscitti, LLP, hereby submit this Voluntary Stipulated Dismissal of Defendants Fred Wegener, Monte Gore, and Vickie Paulsen, and as grounds therefore state as follows:

1.     Plaintiff Moises Carranza-Reyes would like to voluntarily dismiss Defendants Fred Wegener, Monte Gore and Vickie Paulsen pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice with all parties to pay their own attorneys fees and costs.  Pursuant to Fed. R. Civ. P.

41(a)(1), one counsel for all of the parties have stipulated to this voluntary dismissal and have signed this Voluntary Stipulated Dismissal.

WHEREFORE, for all of the foregoing reasons, the Plaintiff Moises Carranza-Reyes and Defendants Fred Wegener, Monte Gore, and Vickie Paulsen respectfully request this Court accept the voluntary stipulated dismissal of Defendants Fred Wegener, Monte Gore and Vickie Paulsen with prejudice, each party to pay their own attorneys fees and costs, and enter the attached Order of Dismissal With Prejudice of Defendants Fred Wegener, Monte Gore and Vickie Paulsen as an Order of this Court.

Dated this 17th day of December, 2007.

Respectfully submitted,

s/ Cheryl L. Trine
_____
William A. Trine, Esq.
Cheryl L. Trine, Esq.
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, Colorado 80302
btrine@trine-metcalf.com
cltrine@trine-metcalf.com
*Attorneys for Plaintiff*

s/ Andrew D. Ringel
_____
Andrew D. Ringel, Esq.
Jennifer L. Veiga, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado 80202-2052
(303) 628-3300
ringela@hallevans.com
*Attorneys for Board of County Commissioners of Park County, Fred Wegener, and Monte Gore*

s/ Josh A. Marks
_____
Josh A. Marks, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, Colorado 80302
(303) 402-1600
jam@bhglaw.com
*Attorneys for Vickie Paulsen, R.N.*

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on the 17th day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph J. Archuleta, Esq.
archuletalaw@qwest.net

Lloyd C. Kordick, Esq.
lloyd@kordicklaw.com

William A. Trine, Esq.
btrine@trine-metcalf.com

Adele P. Kimmel, Esq.
akimmel@publicjustice.net

Josh A. Marks, Esq.
jam@bhgrlaw.com

Melanie B. Lewis, Esq.
mbl@bhgrlaw.com

<u>s/Loree Trout,   Secretary</u>
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS PARK COUNTY BOARD OF COUNTY COMMISSIONERS, FRED WEGENER AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\voluntary dismissal.doc