IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

**JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
with proposed Order

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff Moises Carranza-Reyes and Defendant The Park County Board of County Commissioners, by and through their respective counsel, William Trine, Esq. and Cheryl Trine, Esq. of Trine & Metcalf, P.C. and Andrew D. Ringel, Esq. and Jennifer L. Veiga, Esq. of Hall & Evans, L.L.C., that the parties have reached a full and final settlement in above captioned matter, and

IT IS FURTHER STIPULATED AND AGREED to that the parties request the Court to enter an Order of Dismissal with Prejudice, with each party to pay its own costs and attorneys fees.

Dated this 18th day of December, 2007.

Respectfully submitted,

s/ Cheryl L. Trine                                                              s/ Andrew D. Ringel
_____                          _____
William A. Trine, Esq.                                                   Andrew D. Ringel, Esq.
Cheryl L. Trine, Esq.                                                     Jennifer L. Veiga, Esq.
Trine & Metcalf, P.C.                                                     Hall & Evans, L.L.C.
1435 Arapahoe Avenue                                                1125 17th Street, Suite 600
Boulder, Colorado 80302                                             Denver, Colorado 80202-2052
btrine@trine-metcalf.com                                             (303) 628-3300
cltrine@trine-metcalf.com                                            ringela@hallevans.com
*Attorneys for Plaintiff*                                                 *Attorneys for Board of County Commissioners of Park County, Fred Wegener, and Monte Gore*

2

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on the 18th day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Joseph J. Archuleta, Esq.<br>archuletalaw@qwest.net | Lloyd C. Kordick, Esq.<br>lloyd@kordicklaw.com |
| William A. Trine, Esq.<br>btrine@trine-metcalf.com | Adele P. Kimmel, Esq.<br>akimmel@publicjustice.net |
| Josh A. Marks, Esq.<br>jam@bhgrlaw.com | |
| Melanie B. Lewis, Esq.<br>mbl@bhgrlaw.com | |

                              s/Loree Trout,  Secretary
                              Andrew D. Ringel, Esq.
                              Hall & Evans, L.L.C.
                              1125 17th Street, Suite 600
                              Denver, CO 80202-2052
                              303-628-3300
                              Fax: 303-293-3238
                              ringela@hallevans.com

                              **ATTORNEYS FOR DEFENDANTS**
                              **PARK COUNTY BOARD OF COUNTY**
                              **COMMISSIONERS, FRED WEGENER**
                              **AND MONTE GORE**

H:\Users\RINGELA\park\Carranza-Reyes\joint stipulated motion for dismissal.doc