IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS;
FRED WEGENER, individually and in his official capacity as Sheriff of Park County, Colorado;
MONTE GORE, individually and in his official capacity as Captain of Park County Sheriff's Department; and
VICKIE PAULSEN, individually, and in her official capacity as Registered Nurse for Park County, Colorado;

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff Moises Carranza-Reyes' claims against Defendant The Park County Board of County Commissioners should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2. That Plaintiff's claims against Defendant The Park County Board of County Commissioners are DISMISSED WITH PREJUDICE, each party to pay their own attorneys fees and costs.

Dated this _____ day of December, 2007.

BY THE COURT:

_____
Walker D. Miller
United States District Judge

2