IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00377-WDM-BNB

MOISES CARRANZA-REYES,

    Plaintiff,

v.

THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS; et al.,

    Defendants.

## NOTICE OF DISMISSAL

    The court takes judicial notice that the parties have filed a Voluntary Stipulated Dismissal of Defendants Fred Wegener, Monte Gore, and Vickie Paulsen (doc. no. 242) and a Joint Stipulated Motion for Dismissal With Prejudice (doc. no. 243) as to The Park County Board of County Commissioners, both in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 18, 2007.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL